Skip to Main Content  Logout  My Account  Search Menu  All Case Records Search  Refine Search  Back          Location : All-Superior   Help

# REGISTER OF ACTIONS
## CASE NO. 2017CV292233

| | |
|---|---|
| Donna Curling, Coalition for Good Governance, Donna Price, Jeffrey Schoenberg, Laura Digges, William Digges, III., Ricardo Davis VS. Brian Kemp, David Worley, Rebecca Sullivan, Ralph ("Rusty") Simpson, Seth Harp, State Election Board, Richard Barron, Mary Cooney, Vernetta Nuriddin, David Burge, Stan Matarazzo, Aaron Johnson, Fulton County Board of Registration and Elections, Maxine Daniels, Michael Coveny, Anthony Lewis, Leona Perry, Samuel Tillman, Baoky Vu, DeKalb County Board of Registrations and Elections, Janine Eveler, Phil Daniell, Fred Aiken, Joe Pettit, Jessica Brooks, Darryl Wilson, Cobb County Board of Elections and Registration, Merle King, Center for Election Systems at Kennesaw State University | Case Type: **DECLARATORY JUDGMENT CIVIL**<br>Date Filed: **07/03/2017**<br>Location: **EJ6**<br>Judicial Officer: **RUSSELL, CONSTANCE**<br>SB176 Case Cross Reference Number: **0602017051402** |

---

### PARTY INFORMATION

**Attorneys**

**DEFENDANT** Aiken, Fred

**DEFENDANT** Barron, Richard

**DEFENDANT** Brooks, Jessica

**DEFENDANT** Burge, David J.

**DEFENDANT** Center for Election Systems at Kennesaw State University

**DEFENDANT** Cobb County Board of Elections and Registration

**DEFENDANT** Cooney, Mary Carole

**DEFENDANT** Coveny, Michael P.

**DEFENDANT** Daniell, Phil

**DEFENDANT** Daniels, Maxine

**DEFENDANT** DeKalb County Board of Registrations and Elections

**DEFENDANT** Eveler, Janine

**DEFENDANT** Fulton County Board of Registration and Elections

**DEFENDANT** Harp, Seth

**DEFENDANT** Johnson, Aaron

DEFENDANT Kemp, Brian

DEFENDANT King, Merle

DEFENDANT Lewis, Anthony

DEFENDANT Matarazzo, Stan

DEFENDANT Nuriddin, Vernetta

DEFENDANT Perry, Leona

DEFENDANT Pettit, Joe

DEFENDANT Simpson, Ralph ("Rusty") F.

DEFENDANT State Election Board

DEFENDANT Sullivan, Rebecca N.

DEFENDANT Tillman, Samuel E.

DEFENDANT Vu, Baoky N.

DEFENDANT Wilson, Darryl O.

DEFENDANT Worley, David J.

| | | |
|---|---|---|
| PLAINTIFF | Coalition for Good Governance | **BRYAN M WARD**<br>*Retained*<br>999 PEACHTREE STREET, NE<br>ATLANTA, GA 30309-3996<br><br>404-853-8000(W) |
| PLAINTIFF | Curling, Donna | **BRYAN M WARD**<br>*Retained*<br>999 PEACHTREE STREET, NE<br>ATLANTA, GA 30309-3996<br><br>404-853-8000(W) |
| PLAINTIFF | Davis, Ricardo | **BRYAN M WARD**<br>*Retained*<br>999 PEACHTREE STREET, NE<br>ATLANTA, GA 30309-3996<br><br>404-853-8000(W) |

| PLAINTIFF | Digges, Laura | BRYAN M WARD |
| --- | --- | --- |
| | | *Retained* |
| | | 999 PEACHTREE STREET, NE |
| | | ATLANTA, GA 30309-3996 |
| | | |
| | | 404-853-8000(W) |
| PLAINTIFF | Digges, William, III. | BRYAN M WARD |
| | | *Retained* |
| | | 999 PEACHTREE STREET, NE |
| | | ATLANTA, GA 30309-3996 |
| | | |
| | | 404-853-8000(W) |
| PLAINTIFF | Price, Donna | BRYAN M WARD |
| | | *Retained* |
| | | 999 PEACHTREE STREET, NE |
| | | ATLANTA, GA 30309-3996 |
| | | |
| | | 404-853-8000(W) |
| PLAINTIFF | Schoenberg, Jeffrey | BRYAN M WARD |
| | | *Retained* |
| | | 999 PEACHTREE STREET, NE |
| | | ATLANTA, GA 30309-3996 |
| | | |
| | | 404-853-8000(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
| --- | --- |
| 08/07/2017 | SHERIFF'S ENTRY OF SERVICE |
| 08/07/2017 | PROPOSED ORDER |
| 08/07/2017 | AFFIDAVIT OF SERVICE |
| 08/07/2017 | MOTION |
| 08/04/2017 | MOTION |
| 08/04/2017 | CERTIFICATE OF SERVICE |
| 08/02/2017 | CERTIFICATE OF SERVICE |
| 07/26/2017 | SUMMONS |
| 07/07/2017 | NOTICE |
| 07/03/2017 | SUMMONS |
| 07/03/2017 | CASE INITIATION FORM |
| 07/03/2017 | PLAINTIFF'S ORIGINAL PETITION |

## FINANCIAL INFORMATION

**PLAINTIFF** Coalition for Good Governance
Total Financial Assessment   52.00
Total Payments and Credits   52.00
**Balance Due as of 08/08/2017**   **0.00**

| Date | Description | Receipt | Party | Amount |
| --- | --- | --- | --- | --- |
| 08/04/2017 | Transaction Assessment | | | 1.00 |
| 08/04/2017 | Efile GA Electronic Payment | Receipt # 2017-84123 | Coalition for Good Governance | (1.00) |
| 08/08/2017 | Transaction Assessment | | | 1.00 |
| 08/08/2017 | Efile GA Electronic Payment | Receipt # 2017-84228 | Coalition for Good Governance | (1.00) |
| 08/08/2017 | Transaction Assessment | | | 50.00 |
| 08/08/2017 | Payment | Receipt # 2017-84271 | Coalition for Good Governance | (50.00) |

| Date | Description | Receipt | Party | Amount |
|---|---|---|---|---|
| | **PLAINTIFF** Curling, Donna | | | |
| | Total Financial Assessment | | | 637.00 |
| | Total Payments and Credits | | | 637.00 |
| | **Balance Due as of 08/08/2017** | | | **0.00** |
| 07/05/2017 | Transaction Assessment | | | 487.00 |
| 07/05/2017 | Efile GA Electronic Payment | Receipt # 2017-81785 | Curling, Donna | (487.00) |
| 07/26/2017 | Transaction Assessment | | | 150.00 |
| 07/26/2017 | Payment | Receipt # 2017-83306 | WARD, BRYAN M | (150.00) |