For your convenience, this form has been designed to be completed online. Please be sure all pertinent information is completed before printing. Once the form is completed, select 'Print' to print the form. Selecting 'Reset' will clear the entire form.
****Please print and rescan forms after completion if you are using this for E-Filing purposes.

## General Civil Case Filing Information Form (Non-Domestic)

**Court**   County FULTON   Date Filed 07/03/2017
☑ Superior   Docket # 2017CV292233   MM-DD-YYYY
☐ State

Fulton County Superior Court
***EFILED***QW
Date: 7/3/2017 6:50:28 PM
Cathelene Robinson, Clerk

**Plaintiff(s)**

| CURLING | DONNA | | | | |
|---|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix | Maiden |
| COALITION FOR GOOD GOVERNANCE | | | | | |
| Last | First | Middle I. | Suffix | Prefix | Maiden |
| PRICE | DONNA | | | | |
| Last | First | Middle I. | Suffix | Prefix | Maiden |
| SCHOENBERG | JEFFREY | | | | |
| Last | First | Middle I. | Suffix | Prefix | Maiden |

**No. of Plaintiffs** 7

**Defendant(s)**

| KEMP | BRIAN | P. | | | |
|---|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix | Maiden |
| WORLEY | DAVID | J. | | | |
| Last | First | Middle I. | Suffix | Prefix | Maiden |
| SULLIVAN | REBECCA | N. | | | |
| Last | First | Middle I. | Suffix | Prefix | Maiden |
| SIMPSON | RALPH | F. | | | |
| Last | First | Middle I. | Suffix | Prefix | Maiden |

**No. of Defendants** 29

**Plaintiff/Petitioner's Attorney**   ☐ Pro Se

| WARD | BRYAN | M. | |
|---|---|---|---|
| Last | First | Middle I. | Suffix |

**Bar #** 736656

### Check Primary Type (Check only ONE)

☐ Contract/Account
☐ Wills/Estate
☐ Real Property
☐ Dispossessory/Distress
☐ Presonal Property
☐ Equity
☐ Habeas Corpus
☐ Appeals, Reviews
☐ Post Judgement Garnishment, Attachment, or Other Relief
☐ Non-Domestic Contempt
☐ Tort (If tort, fill in right column)
☑ Other General Civil Specify ELECTION CASE- CIVIL AND INJUNCTIVE RELIEF

### If Tort is Case Type: (Check no more than TWO)

☐ Auto Accident
☐ Premises Liability
☐ Medical Malpractice
☐ Other Professional Negligence
☐ Product Liability
☐ Other Specify _____

**Are Punitive Damages Pleaded?**   ☐ Yes  ☑ No

☑ I hereby certify that the documents in this filing (including attachments and exhibits) satisfy the requirements for redaction of personal or confidential information in O.C.G.A. 9-11-7.1