Fulton County Superior Court
***EFILED***QW
Date: 7/3/2017 6:50:28 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

|  |  |
|---|---|
| DONNA CURLING, an individual; | ) |
| | ) |
| COALITION FOR GOOD GOVERNANCE, a non-profit corporation organized and existing under Colorado Law; | ) ) ) ) ) |
| | ) |
| DONNA PRICE, an individual; | ) |
| | ) |
| JEFFREY SCHOENBERG, an individual; | ) |
| | ) |
| LAURA DIGGES, an individual; | ) |
| | ) |
| WILLIAM DIGGES III, an individual; | ) |
| | ) |
| RICARDO DAVIS, an individual; | ) |
| | ) |
|      Plaintiffs, | ) |
| | ) |
|      v. | ) |
| | ) |
| BRIAN P. KEMP, in his individual capacity and his official capacity as Secretary of State of Georgia and Chair of the STATE ELECTION BOARD; | ) ) ) ) ) |
| | ) |
| DAVID J. WORLEY, REBECCA N. SULLIVAN, RALPH F. "RUSTY" SIMPSON, and SETH HARP, in their individual capacities and their official capacities as members of the STATE ELECTION BOARD; | ) ) ) ) ) ) |
| | ) |
| THE STATE ELECTION BOARD; | ) |
| | ) |
| RICHARD BARRON, in his individual capacity and his official capacity as | ) ) |

CIVIL ACTION FILE NO.: 2017CV292233

**DEMAND FOR JURY TRIAL**

1

Director of the FULTON COUNTY           )
BOARD OF REGISTRATION AND               )
ELECTIONS;                              )
                                        )
MARY CAROLE COONEY, VERNETTA            )
NURIDDIN, DAVID J. BURGE, STAN          )
MATARAZZO and AARON JOHNSON             )
in their individual capacities and official  )
capacities as members of the FULTON     )
COUNTY BOARD OF REGISTRATION            )
AND ELECTIONS;                          )
                                        )
THE FULTON COUNTY BOARD OF              )
REGISTRATION AND ELECTIONS;             )
                                        )
MAXINE DANIELS, in her individual       )
capacity and her official capacity as   )
Director of VOTER REGISTRATIONS         )
AND ELECTIONS FOR DEKALB                )
COUNTY;                                 )
                                        )
MICHAEL P. COVENY, ANTHONY              )
LEWIS, LEONA PERRY, SAMUEL              )
E. TILLMAN, and BAOKY N. VU             )
in their individual capacities and official  )
capacities as members of the DEKALB     )
COUNTY BOARD OF REGISTRATIONS           )
AND ELECTIONS;                          )
                                        )
THE DEKALB COUNTY BOARD OF              )
REGISTRATIONS AND ELECTIONS;            )
                                        )
JANINE EVELER, in her individual        )
capacity and her official capacity as   )
Director of the COBB COUNTY             )
BOARD OF ELECTIONS AND                  )
REGISTRATION;                           )
                                        )
PHIL DANIELL, FRED AIKEN, JOE           )
PETTIT, JESSICA BROOKS, and             )

| | |
|---|---|
| DARRYL O. WILSON in their individual capacities and official capacities as members of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; ) ) ) ) ) ) | |
| THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; ) ) ) | 2017CV292233 |
| MERLE KING, in his individual capacity and his official capacity as Executive Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and ) ) ) ) ) ) | |
| THE CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY ) ) ) ) | |
| Defendants. ) | |

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to file electronically with the clerk of the **SUPERIOR COURT OF FULTON COUNTY** at https://efilega.tylerhost.net/ofsweb and serve upon Plaintiffs' attorney, whose address is 3399 Peachtree Road, NE #400 Atlanta, GA 30326, an answer to the **VERIFIED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND WRIT OF MANDAMUS** (the "Verified Complaint"), attached.

You have **30 days** after service of this Summons and attached Verified Complaint upon you **to file your answer with the Superior Court of Fulton County**, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. **If you fail to do so, the Court will issue a default judgement against you for the relief demanded in the Verified Complaint.**

This <u>3RD</u> day of <u>JULY</u> 2017

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court

By: _____
Deputy Clerk

To the Defendant upon whom this petition is served:

This copy of the Verified Complaint and Summons was served upon you this _____
day of _____ 2017.


_____
Deputy Sherriff