Fulton County Superior Court
\*\*\*EFILED\*\*\*MH
Date: 7/7/2017 4:22:58 PM
Cathelene Robinson, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual; ) | |
| ) | |
| COALITION FOR GOOD ) | |
| GOVERNANCE, a non-profit corporation ) | |
| organized and existing under Colorado ) | |
| Law; ) | |
| ) | |
| DONNA PRICE, an individual; ) | |
| ) | |
| JEFFREY SCHOENBERG, an individual; ) | |
| ) | |
| LAURA DIGGES, an individual; ) | |
| ) | |
| WILLIAM DIGGES III, an individual; ) | |
| ) | |
| RICARDO DAVIS, an individual; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.: 2017CV292233 |
| BRIAN P. KEMP, in his individual ) | |
| capacity and his official capacity as ) | |
| Secretary of State of Georgia and ) | |
| Chair of the STATE ELECTION BOARD; ) | **NOTICE OF** |
| ) | **RELATED CASE** |
| DAVID J. WORLEY, REBECCA N. ) | |
| SULLIVAN, RALPH F. "RUSTY" ) | |
| SIMPSON, and SETH HARP, in their ) | |
| individual capacities and their official ) | |
| capacities as members of the STATE ) | |
| ELECTION BOARD; ) | |

| | |
|---|---|
| THE STATE ELECTION BOARD; | ) |
| | ) |
| | ) |
| RICHARD BARRON, in his individual | ) |
| capacity and his official capacity as | ) |
| Director of the FULTON COUNTY | ) |
| BOARD OF REGISTRATION AND | ) |
| ELECTIONS; | ) |
| | ) |
| MARY CAROLE COONEY, VERNETTA | ) |
| NURIDDIN, DAVID J. BURGE, STAN | ) |
| MATARAZZO and AARON JOHNSON | ) |
| in their individual capacities and official | ) |
| capacities as members of the FULTON | ) |
| COUNTY BOARD OF REGISTRATION | ) |
| AND ELECTIONS; | ) |
| | ) |
| THE FULTON COUNTY BOARD OF | ) |
| REGISTRATION AND ELECTIONS; | ) |
| | ) |
| MAXINE DANIELS, in her individual | ) |
| capacity and her official capacity as | ) |
| Director of VOTER REGISTRATIONS | ) |
| AND ELECTIONS FOR DEKALB | ) |
| COUNTY; | ) |
| | ) |
| MICHAEL P. COVENY, ANTHONY | ) |
| LEWIS, LEONA PERRY, SAMUEL | ) |
| E. TILLMAN, and BAOKY N. VU | ) |
| in their individual capacities and official | ) |
| capacities as members of the DEKALB | ) |
| COUNTY BOARD OF REGISTRATIONS | ) |
| AND ELECTIONS; | ) |
| | ) |
| THE DEKALB COUNTY BOARD OF | ) |

| | |
|---|---|
| REGISTRATIONS AND ELECTIONS; | ) |
| | ) |
| JANINE EVELER, in her individual capacity and her official capacity as Director of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) |
| | ) |
| PHIL DANIELL, FRED AIKEN, JOE PETTIT, JESSICA BROOKS, and DARRYL O. WILSON in their individual capacities and official capacities as members of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) ) ) |
| | ) |
| THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) |
| | ) |
| MERLE KING, in his individual capacity and his official capacity as Executive Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and | ) ) ) ) ) |
| | ) |
| THE CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY | ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF RELATED CASE**

Pursuant to Uniform Superior Court Rule 4.8, Plaintiffs in the above-styled action hereby notify the Court of a related case. The related case is <u>Donna Curling, et al. v. Brian Kemp, in his official capacity as Secretary of State of Georgia, et. al.</u>, Case No. 2017cv290630, and it is pending before the Honorable Kimberly M. Esmond Adams. The instant case and the related case have some of the same parties and involve some of the same issues though there are different plaintiffs, defendants, claims, and prayers for relief.

Respectfully submitted this 7th day of July 2017.

/s/ Bryan M. Ward
Bryan Ward, Esq.
Georgia Bar No. 736656
Marvin Lim, Esq.
Georgia Bar No. 147236
Holcomb + Ward LLP
3399 Peachtree Rd NE, Suite 400
Atlanta, GA 30326
(404) 601-2803 (office)
(404) 393-1554 (fax)
Bryan.Ward@holcombward.com
Marvin@holcombward.com