Fulton County Superior Court
\*\*\*EFILED\*\*\*QW
Date: 7/26/2017 4:26:25 PM
Cathelene Robinson, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual; ) | |
| ) | |
| COALITION FOR GOOD ) | |
| GOVERNANCE, a non-profit corporation ) | |
| organized and existing under Colorado ) | |
| Law; ) | |
| ) | |
| DONNA PRICE, an individual; ) | |
| ) | |
| JEFFREY SCHOENBERG, an individual; ) | |
| ) | |
| LAURA DIGGES, an individual; ) | |
| ) | |
| WILLIAM DIGGES III, an individual; ) | |
| ) | |
| RICARDO DAVIS, an individual; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.: 2017CV292233 |
| BRIAN P. KEMP, in his individual ) | |
| capacity and his official capacity as ) | |
| Secretary of State of Georgia and ) | |
| Chair of the STATE ELECTION BOARD; ) | **DEMAND FOR** |
| ) | **JURY TRIAL** |
| DAVID J. WORLEY, REBECCA N. ) | |
| SULLIVAN, RALPH F. "RUSTY" ) | |
| SIMPSON, and SETH HARP, in their ) | |
| individual capacities and their official ) | |
| capacities as members of the STATE ) | |
| ELECTION BOARD; ) | |

1

THE STATE ELECTION BOARD;           )
                                     )
RICHARD BARRON, in his individual   )
capacity and his official capacity as )
Director of the FULTON COUNTY       )
BOARD OF REGISTRATION AND           )
ELECTIONS;                           )
                                     )
MARY CAROLE COONEY, VERNETTA )
NURIDDIN, DAVID J. BURGE, STAN      )
MATARAZZO and AARON JOHNSON         )
in their individual capacities and official )
capacities as members of the FULTON )
COUNTY BOARD OF REGISTRATION       )
AND ELECTIONS;                       )
                                     )
THE FULTON COUNTY BOARD OF          )
REGISTRATION AND ELECTIONS;         )
                                     )
MAXINE DANIELS, in her individual   )
capacity and her official capacity as )
Director of VOTER REGISTRATIONS     )
AND ELECTIONS FOR DEKALB            )
COUNTY;                              )
                                     )
MICHAEL P. COVENY, ANTHONY          )
LEWIS, LEONA PERRY, SAMUEL          )
E. TILLMAN, and BAOKY N. VU         )
in their individual capacities and official )
capacities as members of the DEKALB )
COUNTY BOARD OF REGISTRATIONS )
AND ELECTIONS;                       )
                                     )
THE DEKALB COUNTY BOARD OF          )

| | |
|---|---|
| REGISTRATIONS AND ELECTIONS; | ) |
| | ) |
| JANINE EVELER, in her individual capacity and her official capacity as Director of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) ) |
| | ) |
| PHIL DANIELL, FRED AIKEN, JOE PETTIT, JESSICA BROOKS, and DARRYL O. WILSON in their individual capacities and official capacities as members of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) ) ) |
| | ) |
| THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) |
| | ) |
| MERLE KING, in his individual capacity and his official capacity as Executive Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and | ) ) ) ) ) |
| | ) |
| THE CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY | ) ) ) |
| | ) |
| Defendants. | ) ) |

KAREN HANDEL and )
THOMAS JONATHON OSSOFF )
)
Candidates in Contested Election. )
)

## SPECIAL PROCESS SUMMONS

## PETITION TO CONTEST ELECTION

To the following Defendants:

1. Brian Kemp, in his capacity as Secretary of State of Georgia and Chair of the State Election Board
2. The State Election Board
3. The Fulton County Board of Registration and Elections
4. The DeKalb County Board of Registrations and Elections
5. The Cobb County Board of Elections and Registration

And to the following Candidates who participated in the Special Election Run Off for Georgia's Sixth Congressional District, held June 20, 2017:

1. Ms. Karen Handel
2. Mr. Thomas Jonathan Ossoff

In accordance with O.C.G.A. § 21-2-524(f), each Defendant and Candidate listed above is hereby summoned and required to appear before the **SUPERIOR COURT OF FULTON COUNTY** to answer Plaintiff's **VERIFIED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND WRIT OF MANDAMUS** (the "Petition"), timely filed on July 3, 2017 and assigned case number 2017cv972233. A copy of the Petition is attached hereto.

You have until August 7, 2017 or not more than 10 days after the service of this Special Process Summons upon you, which comes later, to appear and answer this petition before the Fulton County Superior Court, exclusive of the day of service. If you fail to do so, the Court will issue a default judgment against you for the relief demanded in the Petitions.

This 26th day of July 2017.

                                               Honorable Cathelene "Tina" Robinson
                                               Clerk of Superior Court
                                               By:

                                               _____
                                               Deputy Clerk

To the Defendant / Candidate upon whom this petition is served:

This copy of the Summons and Petition was served upon you this _____ day of _____ 2017.

                                               _____
                                               Deputy Sheriff