Fulton County Superior Court
***EFILED***MH
Date: 8/2/2017 4:21:33 PM
Cathelene Robinson, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual; ) | |
| ) | |
| COALITION FOR GOOD ) | |
| GOVERNANCE, a non-profit corporation ) | |
| organized and existing under Colorado ) | |
| Law; ) | |
| ) | |
| DONNA PRICE, an individual; ) | |
| ) | |
| JEFFREY SCHOENBERG, an individual; ) | |
| ) | |
| LAURA DIGGES, an individual; ) | |
| ) | |
| WILLIAM DIGGES III, an individual; ) | |
| ) | |
| RICARDO DAVIS, an individual; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                                             ) | CIVIL ACTION |
| ) | FILE NO.: 2017CV292233 |
| BRIAN P. KEMP, in his individual ) | |
| capacity and his official capacity as ) | |
| Secretary of State of Georgia and ) | |
| Chair of the STATE ELECTION BOARD; ) | |
| ) | |
| DAVID J. WORLEY, REBECCA N. ) | |
| SULLIVAN, RALPH F. "RUSTY" ) | |
| SIMPSON, and SETH HARP, in their ) | |
| individual capacities and their official ) | |
| capacities as members of the STATE ) | |
| ELECTION BOARD; ) | |

| | |
|---|---|
| THE STATE ELECTION BOARD; | ) <br> ) <br> ) |
| RICHARD BARRON, in his individual capacity and his official capacity as Director of the FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MARY CAROLE COONEY, VERNETTA NURIDDIN, DAVID J. BURGE, STAN MATARAZZO and AARON JOHNSON in their individual capacities and official capacities as members of the FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| THE FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) <br> ) <br> ) |
| MAXINE DANIELS, in her individual capacity and her official capacity as Director of VOTER REGISTRATIONS AND ELECTIONS FOR DEKALB COUNTY; | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MICHAEL P. COVENY, ANTHONY LEWIS, LEONA PERRY, SAMUEL E. TILLMAN, and BAOKY N. VU in their individual capacities and official capacities as members of the DEKALB COUNTY BOARD OF REGISTRATIONS AND ELECTIONS; | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| THE DEKALB COUNTY BOARD OF | ) |

2

| | |
|---|---|
| REGISTRATIONS AND ELECTIONS; | ) |
| | ) |
| JANINE EVELER, in her individual capacity and her official capacity as Director of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) |
| | ) |
| PHIL DANIELL, FRED AIKEN, JOE PETTIT, JESSICA BROOKS, and DARRYL O. WILSON in their individual capacities and official capacities as members of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) ) ) |
| | ) |
| THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) |
| | ) |
| MERLE KING, in his individual capacity and his official capacity as Executive Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and | ) ) ) ) ) |
| | ) |
| THE CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY | ) ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

3

Pursuant to O.C.G.A. § 21-2-524(b), and in accordance with O.C.G.A. §9-10-12(b), the undersigned hereby certifies that a true and correct copy of the **SUMMONS** and **VERIFIED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND WRIT OF MANDAMUS** for the above-styled case was sent via Federal Express Overnight Delivery, prepaid and properly addressed to the following:

Secretary Kemp, Chairman
State Election Board
214 State Capitol
Atlanta, Georgia 30334

A copy of the same was also sent to Mr. Ryan Germany via electronic mail.

This 5th day of July 2017.

Bryan Ward, Esq.
Georgia Bar No. 736656
Marvin Lim, Esq.
Georgia Bar No. 147236
Holcomb + Ward LLP
3399 Peachtree Rd NE, Suite 400
Atlanta, GA 30326
(404) 601-2803 (office)
(404) 393-1554 (fax)
Bryan.Ward@holcombward.com
Marvin@holcombward.com