Fulton County Superior Court
***EFILED***DC
Date: 8/4/2017 5:12:47 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual; ) <br> ) <br> COALITION FOR GOOD ) <br> GOVERNANCE, a non-profit corporation ) <br> organized and existing under Colorado ) <br> Law; ) <br> ) <br> DONNA PRICE, an individual; ) <br> ) <br> JEFFREY SCHOENBERG, an individual; ) <br> ) <br> LAURA DIGGES, an individual; ) <br> ) <br> WILLIAM DIGGES III, an individual; ) <br> ) <br> RICARDO DAVIS, an individual; ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRIAN P. KEMP, in his individual ) <br> capacity and his official capacity as ) <br> Secretary of State of Georgia and ) <br> Chair of the STATE ELECTION BOARD; ) <br> ) <br> DAVID J. WORLEY, REBECCA N. ) <br> SULLIVAN, RALPH F. "RUSTY" ) <br> SIMPSON, and SETH HARP, in their ) <br> individual capacities and their official ) <br> capacities as members of the STATE ) <br> ELECTION BOARD; ) <br> ) <br> THE STATE ELECTION BOARD; ) <br> ) <br> RICHARD BARRON, in his individual ) <br> capacity and his official capacity as ) | <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> CIVIL ACTION <br> FILE NO.: 2017CV292233 |

9

| | |
|---|---|
| Director of the FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) ) ) ) |
| MARY CAROLE COONEY, VERNETTA NURIDDIN, DAVID J. BURGE, STAN MATARAZZO and AARON JOHNSON in their individual capacities and official capacities as members of the FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) ) ) ) ) ) ) ) ) |
| THE FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) ) ) |
| MAXINE DANIELS, in her individual capacity and her official capacity as Director of VOTER REGISTRATIONS AND ELECTIONS FOR DEKALB COUNTY; | ) ) ) ) ) ) |
| MICHAEL P. COVENY, ANTHONY LEWIS, LEONA PERRY, SAMUEL E. TILLMAN, and BAOKY N. VU in their individual capacities and official capacities as members of the DEKALB COUNTY BOARD OF REGISTRATIONS AND ELECTIONS; | ) ) ) ) ) ) ) ) ) |
| THE DEKALB COUNTY BOARD OF REGISTRATIONS AND ELECTIONS; | ) ) ) |
| JANINE EVELER, in her individual capacity and her official capacity as Director of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) ) |
| PHIL DANIELL, FRED AIKEN, JOE PETTIT, JESSICA BROOKS, and | ) ) |

10

| | |
|---|---|
| DARRYL O. WILSON in their individual capacities and official capacities as members of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | )<br>)<br>)<br>)<br>)<br>) |
| THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | )<br>)<br>)<br>) |
| MERLE KING, in his individual capacity and his official capacity as Executive Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and | )<br>)<br>)<br>)<br>)<br>) |
| THE CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiffs—through their attorney—delivered a true and correct copy of their **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** and **VERIFIED AMENDED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND WRITS OF MANDAMUS**—filed with the Court in the above-styled case—to the following parties, as addressed, via United States First Class Mail:

**Defendants**

**Secretary of State Brian Kemp** and **The State Election Board**
214 State Capitol
Atlanta, Georgia 30334

**David J. Worley**
107 Regents Square
Peachtree City, GA 30269

**Rebecca N. Sullivan**
Georgia Department of Administrative Services
200 Piedmont Avenue, SE
Suite 1804, West Tower
Atlanta, Georgia 30334

**Ralph F. Simpson**
1020 N. College Avenue
Tifton, GA 31794

**Seth Harp**
936 Second Avenue
Columbus, GA 31901

**Fulton County Board of Registration and Elections**
130 Peachtree Street
Suite 2186
Atlanta, GA 30303

**Richard Barron**
707 Pershing Avenue, SE
Atlanta, GA 30312

**Mary Carole Cooney**
380 Robin Hood Road, NE
Atlanta, GA 30309

**Vernetta Nuriddin**
1233 Spring Park Drive, SW
Atlanta, GA 30311

**David J. Burge**
Smith, Gambrell, & Russell, LLP
1230 Peachtree Street, NE
Suite #3100
Atlanta, GA 30309

**Stan Matarazzo**
3873 Roswell Road, NE
Apt. #15
Atlanta, GA 30342

**Aaron Johnson**
2918 Edgewater Street, SW
Atlanta, GA 30331

**DeKalb County Board of Registrations and Elections**
1300 Commerce Drive
Decatur, GA 30030

**Maxine Daniels**
1406 Saint Dustans Road
Lithonia, GA 30058

**Michael P. Coveny**
1716 Barkston Court
Atlanta, GA 30341

**Anthony Lewis**
3147 Flat Shoals Road
Decatur, GA 30034

**Leona Perry**
1808 Cashmere Court
Lithonia, GA 30058

**Samuel E. Tillman**
2283 Troutdale Drive
Decatur, GA 30032

**Baoky N. Vu**
517 Sycamore Drive
Decatur, GA 30030

**Cobb County Board of Elections and Registration**
736 Whitlock Avenue, NW
Suite 400
Marietta GA 30064

**Janine Eveler**
2992 Goldfinch Circle
Marietta, GA 30066

**Phil Daniell**
1804 Milford Way, SW
Marietta, GA 30008

**Fred Aiken**
4020 Pineview Drive, SE
Smyrna, GA 30080

**Joe Pettit**
3300 Windy Ridge Parkway
Unit 1215
Atlanta, GA 30339

**Jessica Brooks**
1991 O'Shea Lane
Marietta, GA 30062

**Darryl O. Wilson**
3278 Yorktown Drive
Roswell, GA 30075

**Merle King**
Kennesaw State University
Center for Election Systems
3205 Campus Loop Road
Kennesaw, GA 30144

**Candidates**

**Representative Karen Handel**
3085 Roxburgh Drive
Roswell, GA 30076

**Jon Ossoff**
c/o Russell D. Waldon, Esq.
900 Circle 75 Parkway
Suite 1040
Atlanta, GA 30339

This 4th day of August 2017.

/s/ Bryan Ward
Bryan Ward

15