Fulton County Superior Court
\*\*\*EFILED\*\*\*LW
Date: 8/7/2017 4:16:23 PM
Cathelene Robinson, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DONNA CURLING, ET AL

                Plaintiff,

V.

BRIAN P. KEMP, ET AL

                Defendant.

CIVIL ACTION FILE
NO. 2017CV292233

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, EARL W GAYLE, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on July 26, 2017, at 11:34am, he/she served **Brian P Kemp, in his individual capacity as Secretary of State of Georgia and Chair of the State Election Board** by serving copies of the below listed documents to Robin Herron, Executive Assistant, who is authorized to accept service for the Secretary of State of Georgia located at 214 State Capital suite 214, Atlanta, GA 30334.

DOCUMENTS: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated __8-4__, 2017

                              EARL W GAYLE
                              Process Server

Sworn to and subscribed before me,
on __8/4__, 2017

[Notary seal: MARC ALLARD, Notary Public, Gwinnett County, Georgia, Expires Nov 7, 2019]

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                Plaintiff,

V.

BRIAN P. KEMP, ET AL

                Defendant.

CIVIL ACTION FILE
NO. 2017CV292233

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, EARL W GAYLE, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on July 26, 2017, at 11:34am, he/she served Brian P Kemp, in his official capacity as **Secretary of State of Georgia and Chair of the State Election Board** by serving copies of the below listed documents to Robin Herron, Executive Assistant, who is authorized to accept service for the Secretary of State of Georgia located at 214 State Capital suite 214, Atlanta, GA 30334.

DOCUMENTS: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated 8-4 , 2017

EARL W GAYLE
Process Server

Sworn to and subscribed before me,
on 8/4 , 2017

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                Plaintiff,

V.

BRIAN P. KEMP, ET AL

                Defendant,

CIVIL ACTION FILE
NO. 2017CV292233

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, EARL W GAYLE, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on July 26, 2017, at 11:34am, he/she served **The State Election Board** by serving copies of the below listed documents to Robin Herron, Executive Assistant, who is authorized to accept service for The State Election Board located at 214 State Capital suite 214, Atlanta, GA  30334.

DOCUMENTS: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated __8-4__ 2017

EARL W GAYLE
Process Server

Sworn to and subscribed before me
on __8/4__

*[Notary seal: Marc Allard, Notary Public, Gwinnett County, Georgia, Expires Nov 7, 2019]*

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                    Plaintiff,

V.

                    CIVIL ACTION FILE
                    NO. 2017CV292233

BRIAN P. KEMP, ET AL

                    Defendant.

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, EARL W GAYLE, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on July 26, 2017, at 11:49am, he/she personally served Rebecca N Sullivan located at 200 Piedmont Ave 1804 west Tower, Atlanta, GA 30334,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated _8-4_, 2017

                                  EARL W GAYLE
                                  Process Server

Sworn to and subscribed before me,
on _8/4_, 2017

_Marc Albbard_, Notary Public

[Notary seal: MARC ALBBARD, EXPIRES NOV 7, 2019, GWINNETT COUNTY, GEORGIA]

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DONNA CURLING, ET AL

                Plaintiff,          CIVIL ACTION FILE

V.                                                  NO. 2017CV292233

BRIAN P. KEMP, ET AL

                Defendant,

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, PAUL TUCKER, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on July 30, 2017, at 3:00pm, he/she personally served **Richard Barron** located at 707 Pershing, Atlanta, GA  30312,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated _____8-4_____, 2017

                                                    PAUL TUCKER
                                                    Process Server

Sworn to and subscribed before me,
on _____8/4_____, 2017

_____ Notary Public

[Notary seal: MARC ALLAN, NOTARY PUBLIC, EXPIRES NOV 7, 2019, GWINNETT COUNTY, GEORGIA]

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

DONNA CURLING, ET AL

                  Plaintiff,            CIVIL ACTION FILE
V.                                                  NO. 2017CV292233

BRIAN P. KEMP, ET AL

                  Defendant,

**AFFIDAVIT OF SERVICE**

PERSONALLY appeared before me, PAUL TUCKER, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on July 30, 2017, at 3:30pm, he/she served **Mary Carole Cooney,**

by personally serving Henry Cooney, spouse/co-resident

located at 380 robin hood rd, Atlanta, GA   30309,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated _____8-4_____, 2017

                                                        PAUL TUCKER
                                                        Process Server

Sworn to and subscribed before me,
on _____8/4_____, 2017

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                        Plaintiff,                  CIVIL ACTION FILE

V.                                                    NO. 2017CV292233

BRIAN P. KEMP, ET AL

                        Defendant,

**AFFIDAVIT OF SERVICE**

PERSONALLY appeared before me, PAUL TUCKER, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on July 30, 2017, at 2:37pm, he/she personally served **Vernetta Nuriddin** located at 1233 Spring Park Dr, Atlanta, GA 30311,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated   8-4  , 2017

                                            PAUL TUCKER
                                            Process Server

Sworn to and subscribed before me,
on   8/4  , 2017

MARC AL_____, Notary Public

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL.

                Plaintiff,           CIVIL ACTION FILE

V                                                NO. 2017CV292233

BRIAN P. KEMP, ET AL

                Defendant.

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, EARL W GAYLE, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on August 01, 2017, at 1:30pm, he/she personally served David J Burge located at 1230 Peachtree Street, Suite 3540, Atlanta, GA 30309.

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated    8-4   , 2017

EARL W GAYLE
Process Server

Sworn to and subscribed before me,
on    8/4   , 2017

Notary Public

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                 Plaintiff,

V.

BRIAN P. KEMP, ET AL

                 Defendant,

CIVIL ACTION FILE
NO. 2017CV292233

**AFFIDAVIT OF SERVICE**

PERSONALLY appeared before me, PAUL TUCKER, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on July 30, 2017, at 7:30pm, he/she personally served **Stan Matarazzo** located at 3873 Roswell Rd. Apt #15, Atlanta, GA 30342,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated 8-4, 2017

PAUL TUCKER
Process Server

Sworn to and subscribed before me,
on 8/4, 2017

Notary Public

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                 Plaintiff,

V.

BRIAN P. KEMP, ET AL

                 Defendant,

CIVIL ACTION FILE
NO. 2017CV292233

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, PAUL TUCKER, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on July 30, 2017, at 4:00pm, he/she personally served **Michael P Coveny**

located at 1716 Barkston Ct, Atlanta, GA 30341

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated 8-4, 2017

PAUL TUCKER
Process Server

Sworn to and subscribed before me,
on 8/4, 2017

Notary Public

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                       Plaintiff,                  CIVIL ACTION FILE
V.                                                          NO. 2017CV292233

BRIAN P. KEMP, ET AL

                       Defendant,

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, PAUL TUCKER, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on July 30, 2017, at 5:00pm, he/she served **Anthony Lewis,**

by personally serving Beverly Sharp, Mother/Co-resident

located at 3147 Flat Shoals rd, Decatur, GA   30034,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated __8-4__, 2017

                                                      PAUL TUCKER
                                                      Process Server

Sworn to and subscribed before me,
on __8/4__, 2017

_____ Notary Public

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                Plaintiff,                CIVIL ACTION FILE
V.                                                    NO. 2017CV292233

BRIAN P. KEMP, ET AL

                Defendant,

**AFFIDAVIT OF SERVICE**

PERSONALLY appeared before me, MICHAEL RIVERS, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on July 26, 2017, at 5:30pm, he/she personally served **Leona Perry** located at, 1808 Cashmere Ct. Lithonia, GA 30058

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated 8-4, 2017

MICHAEL RIVERS
Process Server

Sworn to and subscribed before me,
on 8/4, 2017

Notary Public

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

               Plaintiff,             CIVIL ACTION FILE
V.                                                  NO. 2017CV292233

BRIAN P. KEMP, ET AL

               Defendant,

**AFFIDAVIT OF SERVICE**

PERSONALLY appeared before me, PAUL TUCKER, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on August 01, 2017, at 12:25pm, he/she served **Samuel E Tillman,**

by personally serving Samual Tillman Jr, Co-Resident

located at 2283 Troutdale, Decatur, Ga  30032,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated ____8-4____, 2017

                                                  PAUL TUCKER
                                                  Process Server

Sworn to and subscribed before me,
on ____8/4____, 2017

_____ Notary Public

[Notary seal: MARC ALLARD, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, EXPIRES NOV 7, 2019]

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                Plaintiff,              CIVIL ACTION FILE
V.                                         NO. 2017CV292233

BRIAN P. KEMP, ET AL

                Defendant,

**AFFIDAVIT OF SERVICE**

PERSONALLY appeared before me, PAUL TUCKER, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on August 01, 2017, at 7:00pm, he/she personally served **Baoky N Vu** located at 513 Sycamore Dr, Decatur, GA 30030,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated ___8-4___, 2017

                                                  PAUL TUCKER
                                                  Process Server

Sworn to and subscribed before me,
on ___8/4___, 2017

_[Notary signature: Marc Allard]_
Notary Public
[Notary seal: MARC ALLARD, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, EXPIRES NOV 7, 2019]

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JAN 03 2017

Administrative Order No._____

2017 EX 00004

# ORDER FOR APPOINTMENT FOR PROCESS SERVICE

Having read and considered the petitions and criminal records, and it appearing to the Court that sufficient grounds exist that each petitioner meets the requirements for appointment by the Court, it is hereby

ORDERED and ADJUDGED that the following:

Acree, William
Adams Jr., John
Allen, Lakeita
Anderson, William
Andrews, Gene
Augustine, Aresia
Bailey, Anna
Banks, Randy
Barney, Steven
Barry, Paul
Basham, James
Bass, Susan
Bell, Jackson
Benito, Richard
Benito, Robert
Benson, James
Bolling, Katherine
Braithwaite, Duane
Brazeman, Craig
Briley, Donnie
Brown, Reginald
Cardenas, Traci
Carithers, Gregory
Chastain, Michael
Clemmons, Joyce
Cline, Travis
Collier, William
Correa, Wilberto
Cross, Charles
Cunningham, Sally
Daniels, Alysa
Daniels, Sonia
Davenport, Alterick
Davidson, Danny
Day, Duane
Dolbier, Jeffrey

Dreeman, Douglas
Duchon, Deborah
Echols, Eric
Echols, Patricia
Edwards, Donnie
Elliott, Maurice
Evans, Alonzo
Faulkner, Dana
Feathers, Jennifer
Ferrero, Amy
Fitzgerald, Floretta
Fogle, Johnny
Folds, George
Ford, Ronnie
Fox, Juhani
Franklin, Anthony
Freese, Jessica
Fuller, Thomas
Gayle, Earl
George, Randal
Gibbs III, Thomas
Gordon, Chelsea
Greeley, Vincent
Gruhn, Tammie
Handley, Wiley
Harris, Constance
Harris, Parks
Hassan, Muhsin
Hassan, Muhsin S.
Heimerich, Richard
Highsmith, Amos
Hightower, Anthonio
Hill, Hollis
Hindsman, Cherrod
Horton, Christopher
Howard, Ricky

Hudson, Hakimah
Hudson, Kyle
Humphrey, Joviera
James, Frank
Johnson, Christina
Johnson, Earl
Jones, Alicia
Jones, Dewey
Jones, Keisha
Kahssu, Haile
Kennedy, Richard
Kidd, Elizabeth
Kim, Leonard
King, Amos
Kotlar, Michael
Lair, Aaron
Lane, Madeline
Lausman, Marsha
Letts, William
Lewis, Kevin
Lobin, Jerome
Lutwack, William
Maggard, Andrew
Maggard III, Andrew
Mallas, Nicholas
McClellan, Rodney
McGahee, Larry
Moore, Jeanine
Morgan, Todd
Mott, Cynthia
Murphy, Gregory
Murphy, Herbert
Murrieta, Francisco
Nadler, Jonathan
Nichols, Jean
Nichols, Lathan

Nolen, Milton
Nowik, Dennis
O'Brien, Christopher
O'Leary, Christine
Perkins, Karen
Poncinie, Richard
Price, James
Ransom Jr., John
Rauser, Jayne
Reddick, Derek
Reid, Cletis
Rhodes, Kathryn
Rioe, Robert
Rivers, Michael
Robertson, Brad
Robertson, Marlena
Robinson, Jeroy
Sadler, Jr., John
Saxon, Jasmine
Saxon, Rashad
Saxon, Robin
Seklecki, Christian
Self, Curvin
Shadix, Jimmy
Shepherd, Elizabeth
Singleton, Wesley
Smith, Delacie
Smith, Ronald
Smith, Terral
Smith, Virginia
Smith Jr., Bruce
Snellings, Sharon
Spears, Joye
Stanton, Christopher
Steidl, David
Stevenson, Nosiba

| | | | |
|---|---|---|---|
| Stewart, Ronnie | Thrash, Nancy | Wayne, John | Zayas, Roberto |
| Stinyard, Kelvin | Trumble, Garfield | Weeks, Frances | |
| Stone, Rodney | Tucker, Daryl | West, Eric | |
| Sullivan, Brian | Tucker, Paul | White Jr., Andy | |
| Suttles Jr., Marvin | Tuttle, Garry | Wingo, Michael | |
| Swindle, Frank | Underwood, Robert | Winkleman, Nan | |
| Tamaroff, Paul | Velasquez, Julius | Wolfe, Lisa | |
| Tassaw, Borhane | Walker, Reginald | Wright, Christopher | |
| Thompson, Vanessa | Washington, Sabrina | Yeste, John | |

be appointed and authorized to serve as a Permanent Process Server in the Fulton County Superior Court, for the Calendar Year 2017, without the necessity of an order for appointment in each individual case.

BY ORDER OF THE Court this _3rd_ day of January, 2017.

Gail S. Tusan, Chief Judge
Fulton County Superior Court
Atlanta Judicial Circuit

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual; ) | |
| ) | |
| COALITION FOR GOOD ) | |
| GOVERNANCE, a non-profit corporation ) | |
| organized and existing under Colorado ) | |
| Law; ) | |
| ) | |
| DONNA PRICE, an individual; ) | |
| ) | |
| JEFFREY SCHOENBERG, an individual; ) | |
| ) | |
| LAURA DIGGES, an individual; ) | |
| ) | |
| WILLIAM DIGGES III, an individual; ) | |
| ) | |
| RICARDO DAVIS, an individual; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.:2017cv292233 |
| BRIAN P. KEMP, in his individual ) | |
| capacity and his official capacity as ) | |
| Secretary of State of Georgia and ) | |
| Chair of the STATE ELECTION BOARD; ) | DEMAND FOR |
| ) | JURY TRIAL |
| DAVID J. WORLEY, REBECCA N. ) | |
| SULLIVAN, RALPH F. "RUSTY" ) | |
| SIMPSON, and SETH HARP, in their ) | |
| individual capacities and their official ) | |
| capacities as members of the STATE ) | |
| ELECTION BOARD; ) | |
| ) | |
| THE STATE ELECTION BOARD; ) | |
| ) | |
| RICHARD BARRON, in his individual ) | |
| capacity and his official capacity as ) | |

Director of the FULTON COUNTY )
BOARD OF REGISTRATION AND )
ELECTIONS; )
)
MARY CAROLE COONEY, VERNETTA )
NURIDDIN, DAVID J. BURGE, STAN )
MATARAZZO and AARON JOHNSON )
in their individual capacities and official )
capacities as members of the FULTON )
COUNTY BOARD OF REGISTRATION )
AND ELECTIONS; )
)
THE FULTON COUNTY BOARD OF )
REGISTRATION AND ELECTIONS; )
)
MAXINE DANIELS, in her individual )
capacity and her official capacity as )
Director of VOTER REGISTRATIONS )
AND ELECTIONS FOR DEKALB )
COUNTY; )
)
MICHAEL P. COVENY, ANTHONY )
LEWIS, LEONA PERRY, SAMUEL )
E. TILLMAN, and BAOKY N. VU )
in their individual capacities and official )
capacities as members of the DEKALB )
COUNTY BOARD OF REGISTRATIONS )
AND ELECTIONS; )
)
THE DEKALB COUNTY BOARD OF )
REGISTRATIONS AND ELECTIONS; )
)
JANINE EVELER, in her individual )
capacity and her official capacity as )
Director of the COBB COUNTY )
BOARD OF ELECTIONS AND )
REGISTRATION; )
)
PHIL DANIELL, FRED AIKEN, JOE )
PETTIT, JESSICA BROOKS, and )

| | |
|---|---|
| DARRYL O. WILSON in their individual capacities and official capacities as members of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) ) |
| THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) |
| MERLE KING, in his individual capacity and his official capacity as Executive Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and | ) ) ) ) ) ) ) |
| THE CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY | ) ) ) ) |
| Defendants. | ) ) |
| KAREN HANDEL and THOMAS JONATHAN OSSOFF | ) ) ) ) |
| Candidates in Contested Election. | ) ) ) |

## ACCEPTANCE OF SERVICE BY
## THOMAS JONATHAN ("JON") OSSOFF

By and through his undersigned counsel, Thomas Jonathan ("Jon") Ossoff

has accepted service of the Complaint and hereby acknowledges service

pursuant to O.C.G.A. § 9-11-4.

Mr. Ossoff acknowledges receipt of the Plaintiffs' request that he waive service of a summons in the action of <u>Curling et al. v. Kemp et. al.</u>, which is case number 2017cv292233 in the Superior Court of the State of Georgia in and for the County of Fulton.

Mr. Ossoff has received a copy of the complaint in the action. He agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the he be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

Mr. Ossoff will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

This 5th day of August, 2017.

                                             Russell Waldon, Esq.
Georgia Bar No. 730737
Waldon Adelman Castilla
Hiestand & Prout
900 Circle 75 Parkway SE
Suite 1040
Atlanta, GA 30339
(770) 953-1710 (office)
rwaldon@wachp.com