Fulton County Superior Court
\*\*\*EFILED\*\*\*RM
Date: 8/7/2017 3:43:32 PM
Cathelene Robinson, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual; ) <br> ) <br> COALITION FOR GOOD ) <br> GOVERNANCE, a non-profit corporation ) <br> organized and existing under Colorado ) <br> Law; ) <br> ) <br> DONNA PRICE, an individual; ) <br> ) <br> JEFFREY SCHOENBERG, an individual; ) <br> ) <br> LAURA DIGGES, an individual; ) <br> ) <br> WILLIAM DIGGES III, an individual; ) <br> ) <br> RICARDO DAVIS, an individual; ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRIAN P. KEMP, in his individual ) <br> capacity and his official capacity as ) <br> Secretary of State of Georgia and ) <br> Chair of the STATE ELECTION BOARD; ) <br> ) <br> DAVID J. WORLEY, REBECCA N. ) <br> SULLIVAN, RALPH F. "RUSTY" ) <br> SIMPSON, and SETH HARP, in their ) <br> individual capacities and their official ) <br> capacities as members of the STATE ) <br> ELECTION BOARD; ) | CIVIL ACTION <br> FILE NO.: 2017CV292233 <br><br> **DEMAND FOR** <br> **JURY TRIAL** |

1

|  |  |
|---|---|
| THE STATE ELECTION BOARD; | ) ) ) |
| RICHARD BARRON, in his individual capacity and his official capacity as Director of the FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) ) ) ) ) ) ) |
| MARY CAROLE COONEY, VERNETTA NURIDDIN, DAVID J. BURGE, STAN MATARAZZO, AARON JOHNSON, and MARK WINGATE, in their individual capacities and official capacities as members of the FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) ) ) ) ) ) ) ) ) ) |
| THE FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) ) ) |
| MAXINE DANIELS, in her individual capacity and her official capacity as Director of the DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) ) ) ) ) ) ) |
| MICHAEL P. COVENY, ANTHONY LEWIS, LEONA PERRY, SAMUEL E. TILLMAN, and BAOKY N. VU in their individual capacities and official capacities as members of the DEKALB COUNTY BOARD OF REGISTRATIONS AND ELECTIONS; | ) ) ) ) ) ) ) ) ) |

2

| | |
|---|---|
| THE DEKALB COUNTY BOARD OF REGISTRATIONS AND ELECTIONS; | ) ) ) |
| JANINE EVELER, in her individual capacity and her official capacity as Director of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) ) ) |
| PHIL DANIELL, FRED AIKEN, JOE PETTIT, JESSICA BROOKS, and DARRYL O. WILSON in their individual capacities and official capacities as members of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) ) ) ) |
| THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) |
| MERLE KING, in his individual capacity and his official capacity as Executive Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and | ) ) ) ) ) ) |
| Defendants. | ) ) |
| KAREN HANDEL and THOMAS JONATHAN OSSOFF | ) ) ) ) |
| Candidates in Contested Election. | ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

With respect to Plaintiffs' Motion for Leave to File Amended Complaint, and the Amended Complaint thereto attached, it is hereby

ORDERED that Plaintiff's Motion for Leave to File Amended Complaint is GRANTED; and

ORDERED that Amended Complaint, as attached to Plaintiffs' Motion for Leave to File Amended Complaint, be deemed filed as of the date of this Order, and that Defendants, if served special process per Georgia Code Section 21-2-524 or as otherwise ordered by the Court prior to _____, shall have until _____ to appear and answer.

ORDERED this ___ day of August, 2017.

                                                      Judge Constance C. Russell

Proposed Order Submitted by:

/s/ Bryan Ward
Bryan Ward, Esq.
Georgia Bar No. 736656
Marvin Lim, Esq.
Georgia Bar No. 147236
Holcomb + Ward LLP
3399 Peachtree Rd NE, Suite 400
Atlanta, GA 30326
(404) 601-2803 (office)
(404) 393-1554 (fax)
Bryan.Ward@holcombward.com
Marvin@holcombward.com

4