Fulton County Superior Court
***EFILED***RM
Date: 8/7/2017 12:00:00 AM
Cathelene Robinson, Clerk

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No. 2017CV292133

Date Filed July 3, 2017

Attorney's Address
Holcomb + Ward, LLP
3399 Peachtree Rd., Suite 400
Atlanta, GA 30309

Name and Address of Party to be Served
Brian P. Kemp, as Secretary of State and Chair of State Election Board
214 State Capitol
Atlanta, GA 30334 (Fulton Co.)

Fulton County Sheriff's Office
Civil Process Received
JUL 27 2017
185 Central Ave, 9th Floor
Atlanta, GA 30303

SUPERIOR COURT
GEORGIA, FULTON COUNTY

Donna Curling, et al.
_____ Plaintiff

VS.

Brian Kemp, et al.
_____ Defendant

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a copy of the action and summons at this most place notorious place of abode in this county.

Delivered same into hands of _____ described as follows age, about____ years; weight, about_____ pounds; height about___ feet and___ inches, domiciled at the residence of the defendant.

**CORPORATION**
Served the defendant Brian Kemp / Sec of State a corporation by leaving a copy of the with in action and summons with Divincia Richardson in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon continuing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This 8 day of August 20 17.

Dep Morgan #2502
DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE - CLERK; CANARY - PLAINTIFF; PINK - DEFENDANT

2765

**SHERIFF'S ENTRY OF SERVICE**

## SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. 2017 CV 292233 | Superior Court ☒  Magistrate Court ☐ |
| | State Court ☐  Probate Court ☐ |
| | Juvenile Court ☐ |
| Date Filed 7/3/17 | Georgia, Fulton COUNTY |

Attorney's Address

Donna Curling, et al.
_____ Plaintiff

vs.

Name and Address of Party to be Served.
Mr. Ralph Simpson
3027 Park Ave North
Tifton, GA 31794

Brian Kemp, et al.
_____ Defendant

_____ Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☒ I have this day served the defendant _Ralph Simpson_ personally with a copy of the within action and summons.

☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

**NOTORIOUS**
☐ Delivered same into hands of _____ described as follows: age, about ____ years; weight ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION**
Served the defendant _____ a corporation
☐ by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This 13th day of July, 2017.

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____   WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT

27765

## SHERIFF'S ENTRY OF SERVICE

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No. 2017 CV 292233

Date Filed 7/3/17

Superior Court ☒
State Court ☐
Juvenile Court ☐
Magistrate Court ☐
Probate Court ☐

Georgia, __Fulton__ COUNTY

Attorney's Address

Donna Curling, et al.
_____ Plaintiff

vs.

Name and Address of Party to be Served.

Mr. Ralph Simpson
3027 Park Ave North
Tifton, GA 31794

Brian Kemp, et al.
_____ Defendant

_____ Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL** ☒ I have this day served the defendant Ralph Simpson personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This 13th day of July, 2017.

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____   WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT