# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:17-CV-2989-AT |
| BRIAN P. KEMP, et al. ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

With respect to Plaintiffs' Motion for Leave to File Amended Complaint, and the Amended Complaint thereto attached, it is hereby

1. ORDERED that Plaintiff's Motion for Leave to File Amended Complaint is GRANTED; and

2. ORDERED that Plaintiffs' Verified Amended Election Contest and Complaint for Declaratory Relief, Injunctive Relief, Damages, and Writs of Mandamus, as attached to Plaintiffs' Motion for Leave to File Amended Complaint, be deemed filed as of the date of this Order.

IT IS SO ORDERED this ___ day of August 2017.

_____
Amy Totenberg
United States District Judge

1