IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al., )
)
    Plaintiffs, )
) CA No. 1:17cv02989-AT
v. )
)
BRIAN KEMP, et al., )
)
    Defendants. )

**STATE DEFENDANTS' MOTION TO DISMISS**

Come Now the State Election Board ("SEB"), Secretary of State and Chair of the SEB Brian P. Kemp, members of the SEB David J. Worley, Rebecca N. Sullivan, Ralph F. Simpson, and Seth Harp[1] (hereafter "State Defendants") through counsel, and pursuant to Fed. R. Civ. Proc. 81(c)(2)(C), hereby file their response to the Original Complaint, the operative complaint in this case.[2] The State Defendants move for dismissal of all claims pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6).

---

[1] Seth Harp, while appointed to the SEB has not yet been sworn in to office.
[2] Defendants Merle King and CES have not been served with process in this action.

1

The basis for the motion is more fully set forth in the accompanying Brief in Support of Motion to Dismiss.

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General     112505

ANNETTE M. COWART     191199
Deputy Attorney General

RUSSELL D. WILLARD     760280
Senior Assistant Attorney General

/s/Cristina Correia
CRISTINA CORREIA     188620
Assistant Attorney General

/s/Elizabeth A. Monyak
ELIZABETH A. MONYAK     005745
Assistant Attorney General

/s/Josiah B. Heidt
JOSIAH B. HEIDT     104183
Assistant Attorney General

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334
404-656-7063

Attorneys for State Defendants

Please address all
Communication to:
CRISTINA CORREIA
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325

# CERTIFICATE OF COMPLIANCE

I hereby certify that the forgoing Defendants' Brief in Support of Motion to Dismiss was prepared in 14-point Times New Roman in compliance with Local Rules 5.1(C) and 7.1(D).

# CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **STATE DEFENDANTS' MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Bryan Ward
Marvin Lim
Holcomb + Ward LLP
3399 Peachtree Rd NE, Suite 400
Atlanta, GA 30326
Bryan.Ward@holcombward.com
Marvin@holcombward.com

I further certify that I have served, by electronic mail, the following non-cm/ecf participants:

Overtis Hicks Brantley
Bennett D. Bryan
DeKalb County Law Department
1300 Commerce Drive 5th Floor
Decatur, GA 30030

Patrise M. Perkins-Hooker
Kaye Burwell
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street SW Suite 4038
Atlanta, GA 30303
Facsimile: (404) 730-6324

Daniel W. White
Haynie, Litchfield, Crane & White, PC
222 Washington Avenue
Marietta, Georgia 30060

| | |
|---|---|
| Rep. Karen Handel<br>U.S. Congressional District 6<br>c/o Anne Lewis, Esq.<br>awl@sbllaw.net | Jon Ossoff<br>Candidate for Congress<br>c/o Russell Waldon, Esq.<br>rwaldon@wachp.com |

This 15th day of August, 2017.

                                  /s/ Cristina Correia
                                  Assistant Attorney General