# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | CA No. 1:17cv02989-AT |
| ) | |
| v. ) | |
| ) | |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF CHRIS HARVEY

I, Chris Harvey, do hereby declare and state that the following facts are true and correct to the best of my knowledge, information and belief.

1.

I am over the age of 21 years and am in all ways competent to give testimony, suffering no physical or mental disabilities.

2.

I am aware of the fact that this declaration is being submitted in support of the State Defendants' Motion to Dismiss.

3.

I am the Director of Elections for the State Elections Division of the Office of the Secretary of State. The Elections Division is responsible for carrying out the

duties of the Secretary of State pertaining to election laws, including compiling and maintaining election results, as well as carrying out other responsibilities.

4.

The individual voting report attached hereto as Exhibits 1 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff Donna Curling. The voting history for Ms. Curling indicates that she did not vote in the June 20, 2017 run-off election for Congressional District 6.

5.

The individual voting report attached hereto as Exhibits 2 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff Donna Price. The voter information for Ms. Price indicates that she resides in Congressional District 4.

6.

The individual voting report attached hereto as Exhibits 3 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff Jeffrey Schoenberg. The voting history for Mr. Schoenberg indicates that he voted by absentee ballot in the June 20, 2017 run-off election for Congressional District 6.

7.

The individual voting report attached hereto as Exhibits 4 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff William Digges. The voting history for Mr. Digges indicates that he voted by absentee ballot in the June 20, 2017 run-off election for Congressional District 6.

8.

The individual voting report attached hereto as Exhibits 5 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff Laura Digges. The voting history for Ms. Digges indicates that she voted by absentee ballot in the June 20, 2017 run-off election for Congressional District 6.

9.

The individual voting report attached hereto as Exhibits 6 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff Ricardo Davis. The voter information for Mr. Davis indicates that he resides in Congressional District 11.

I declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

This  11  day of August, 2017.

*[signature]*

**CHRIS HARVEY**
Director, Division of Elections
Office of the Secretary of State