# EXHIBIT 1

TO CHRIS HARVEY DECLARATION

# GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

## INDIVIDUAL VOTER REPORT

### Voter Current Information

Voter Registration #: 02429474

Name: CURLING, DONNA ADAMS

Race: White not of Hispanic Origin

Gender: Female

Residence Address: 11200 BOWEN RD
ROSWELL 30075 - 2239

Mailing Address:

Voter Status: Active

Status Reason:

Special Designation:

State Districts Information:

| CONG | HOUSE | JUDIC | SENAT |
|---|---|---|---|
| 006 | 048 | ATLA | 056 |

County Districts Information:

| COMMI | SCHOL |
|---|---|
| 2 | 1 |

Municipal Districts Information: CITYL
LRG

### Election History

| Voter Name | Voter Registation # | Status |
|---|---|---|
| CURLING, DONNA ADAMS. | 02429474 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/08/1988 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 11/03/1992 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 11/05/1996 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 03/18/1997 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |

# Election History

| Voter Name | Voter Registation # | Status |
|---|---|---|
| CURLING, DONNA ADAMS. | 02429474 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/07/2000 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 03/02/2004 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 07/20/2004 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 08/10/2004 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/02/2004 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 11/08/2005 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 12/06/2005 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 07/18/2006 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 08/08/2006 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 03/20/2007 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 11/06/2007 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 02/05/2008 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 07/15/2008 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 12/02/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | FULTON | Regular | |
| 11/03/2009 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 11/02/2010 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 11/06/2012 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 05/20/2014 | GEN. PRI._GEN. NP_SPEC ELECTION | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/04/2014 | GEN._SPEC. ELECTION | GENERAL | STATE WIDE | | FULTON | Absentee | |
| 03/01/2016 | MARCH 1, 2016 PPP/SPECIAL ELECTION | PPP | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/08/2016 | NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | GENERAL | STATE WIDE | | FULTON | Absentee | |
| 04/18/2017 | APRIL 18, 2017 FEDERAL SPECIAL ELECTION | SPECIAL ELECTION | STATE WIDE | | FULTON | Absentee | |
| 04/18/2017 | APRIL 18, 2017 SPECIAL ELECTION RUNOFF | SPECIAL ELECTION RUNOFF | STATE WIDE | | FULTON | Absentee | |