# EXHIBIT 2

## TO CHRIS HARVEY DECLARATION

07/05/2017

GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

Generated By:KRAYBURN

INDIVIDUAL VOTER REPORT

## Voter Current Information

| | |
|---|---|
| Voter Registration #: | 02074490 |
| Name: | PRICE, DONNA D |
| Race: | White not of Hispanic Origin |
| Gender: | Female |
| Residence Address: | 650 PEPPERWOOD LN<br>STONE MOUNTAIN 30087 - 5728 |
| Mailing Address: | |
| Voter Status: | Active |
| Status Reason: | |
| Special Designation: | |

State Districts Information:

| CONG | HOUSE | JUDIC | SENAT |
|---|---|---|---|
| 004 | 088 | STMT | 041 |

County Districts Information:

| COMMI | SCHOL | SUPBE | SUPCM |
|---|---|---|---|
| 4 | 6 | 8 | 7 |

Municipal Districts Information:

## Election History

| Voter Name | Voter Registration # | Status |
|---|---|---|
| PRICE, DONNA D. | 02074490 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 07/09/1996 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/05/1996 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/03/1998 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/07/2000 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 03/02/2004 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | DEKALB | Regular | |

Page 1 of 2

## Election History

| Voter Name | Voter Registration # | Status |
|---|---|---|
| PRICE, DONNA D. | 02074490 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 07/20/2004 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 08/10/2004 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/02/2004 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/23/2004 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 07/18/2006 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 08/08/2006 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 02/05/2008 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 12/02/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 11/02/2010 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/06/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | | DEKALB | Regular | |
| 11/04/2014 | GEN._SPEC. ELECTION | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 03/01/2016 | MARCH 1, 2016 PPP/SPECIAL ELECTION | PPP | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/08/2016 | NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | GENERAL | STATE WIDE | | DEKALB | Regular | |