# EXHIBIT 3

## TO CHRIS HARVEY DECLARATION

07/05/2017

GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

INDIVIDUAL VOTER REPORT

Generated By:KRAYBURN

## Voter Current Information

| | |
|---|---|
| Voter Registration #: | 02516356 |
| Name: | SCHOENBERG, JEFFREY |
| Race: | White not of Hispanic Origin |
| Gender: | Male |
| Residence Address: | 1018 WINDING RIDGE CT<br>DUNWOODY 30338 |
| Mailing Address: | |
| Voter Status: | Active |
| Status Reason: | |
| Special Designation: | |

State Districts Information:

| CONG | HOUSE | JUDIC | SENAT |
|---|---|---|---|
| 006 | 079 | STMT | 040 |

County Districts Information:

| COMMI | SCHOL | SUPBE | SUPCM |
|---|---|---|---|
| 1 | 1 | 8 | 6 |

Municipal Districts Information: CITYL  SUPCL
1      4

## Election History

| Voter Name | | Voter Registration # | | Status | |
|---|---|---|---|---|---|
| SCHOENBERG, JEFFREY | | 02516356 | | ACTIVE | |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/08/1994 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 03/05/1996 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | REPUBLICAN | DEKALB | Regular | |
| 03/26/1996 | SPECIAL | SPECIAL ELECTION | COUNTY | | DEKALB | Regular | |
| 07/09/1996 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |

Page 1 of 3

Election History

| | Voter Name | | Voter Registation # | | Status | | |
|---|---|---|---|---|---|---|---|
| | SCHOENBERG, JEFFREY | | 02516356 | | ACTIVE | | |
| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
| 08/06/1996 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/05/1996 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 03/18/1997 | SPECIAL | SPECIAL ELECTION | COUNTY | | DEKALB | Regular | |
| 07/21/1998 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 08/11/1998 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/03/1998 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 11/24/1998 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | FULTON | Regular | |
| 02/23/1999 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 03/07/2000 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 07/18/2000 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/07/2000 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 03/20/2001 | SPECIAL | SPECIAL ELECTION | COUNTY | | DEKALB | Regular | |
| 08/20/2002 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 09/10/2002 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 03/02/2004 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 07/20/2004 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 08/10/2004 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/02/2004 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/23/2004 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 11/08/2005 | SPECIAL | SPECIAL ELECTION | COUNTY | | DEKALB | Regular | |
| 07/18/2006 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 08/08/2006 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 02/05/2008 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 07/15/2008 | SPECIAL | SPECIAL ELECTION | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 08/05/2008 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 09/16/2008 | SPECIAL | SPECIAL ELECTION | COUNTY | | DEKALB | Regular | |
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 12/02/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 07/20/2010 | SPECIAL | SPECIAL ELECTION | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 08/10/2010 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/02/2010 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/30/2010 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 11/08/2011 | SPECIAL | SPECIAL ELECTION | COUNTY | | DEKALB | Regular | |
| 12/06/2011 | COUNTY SPECIAL ELECTION | SPECIAL ELECTION | STATE WIDE | | DEKALB | Regular | |

Election History

| Voter Name | Voter Registation # | Status |
|---|---|---|
| SCHOENBERG, JEFFREY . | 02516356 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 07/31/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/06/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | | DEKALB | Regular | |
| 11/05/2013 | NOV. 5, 2013-NON PARTISAN MUNICIPAL | NON- PARTISAN | MUNICIPALITY | | DEKALB | Regular | |
| 05/20/2014 | GEN. PRI._GEN. NP_SPEC ELECTION | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Absentee | |
| 07/22/2014 | GEN. PRI. RUNOFF_GEN. NP RUNOFF_SPEC RUNOFF ELEC. | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/04/2014 | GEN._SPEC. ELECTION | GENERAL | STATE WIDE | | DEKALB | Absentee | |
| 11/03/2015 | 11/3/2015 GENERAL ELECTION/SPECIAL ELECTION | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 03/01/2016 | MARCH 1, 2016 PPP/SPECIAL ELECTION | PPP | STATE WIDE | DEMOCRAT | DEKALB | Absentee | |
| 05/24/2016 | MAY 24, 2016 GEN. PRI./GEN. NP/SPEC. ELECTION | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Absentee | |
| 07/26/2016 | JULY 26, 2016 GEN. PRI. RO/GEN. NP R0/SPEC. RO EL | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/08/2016 | NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | GENERAL | STATE WIDE | | DEKALB | Absentee | |
| 04/18/2017 | APRIL 18, 2017 FEDERAL SPECIAL ELECTION | GENERAL | STATE WIDE | | DEKALB | Absentee | |
| 06/20/2017 | JUNE 20, 2017 FEDERAL SPECIAL ELECTION RUNOFF | GENERAL ELECTION RUNOFF | STATE WIDE | | DEKALB | Absentee | |