# EXHIBIT 4

## TO CHRIS HARVEY DECLARATION

07/05/2017

Generated By:KRAYBURN

# GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

## INDIVIDUAL VOTER REPORT

## Voter Current Information

| | |
|---|---|
| Voter Registration #: | 03514314 |
| Name: | DIGGES, WILLIAM EDWARD |
| Race: | White not of Hispanic Origin |
| Gender: | Male |
| Residence Address: | 3478 CHASTAIN GLEN LN NE<br>MARIETTA 30066 - 3479 |
| Mailing Address: | |
| Voter Status: | Active |
| Status Reason: | |
| Special Designation: | |

State Districts Information:

| CONG | HOUSE | JUDIC | SENAT |
|---|---|---|---|
| 006 | 044 | COBB | 032 |

County Districts Information:

| COMMI | SCHOL |
|---|---|
| 3 | 4 |

Municipal Districts Information:

## Election History

| Voter Name | Voter Registration # | Status |
|---|---|---|
| DIGGES, WILLIAM EDWARD. | 03514314 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/05/1996 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/03/1998 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/07/2000 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/02/2004 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |

Election History

| | Voter Name | Voter Registation # | | Status | |
|---|---|---|---|---|---|
| | DIGGES, WILLIAM EDWARD. | 03514314 | | ACTIVE | |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 12/02/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Regular | |
| 11/02/2010 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 07/31/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | | COBB | Regular | |
| 11/06/2012 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/04/2014 | GEN_SPEC. ELECTION | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/08/2016 | NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | GENERAL | STATE WIDE | | COBB | Absentee | |
| 04/18/2017 | APRIL 18, 2017 FEDERAL SPECIAL ELECTION | GENERAL | STATE WIDE | | COBB | Absentee | |
| 05/16/2017 | MAY 16, 2017 SENATE DISTRICT 32 SPECIAL RUNOFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Absentee | |
| 06/20/2017 | JUNE 20, 2017 FEDERAL SPECIAL ELECTION RUNOFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Absentee | |