# EXHIBIT 5

## TO CHRIS HARVEY DECLARATION

07/05/2017

GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

Generated By:KRAYBURN

INDIVIDUAL VOTER REPORT

## Voter Current Information

| | |
|---|---|
| Voter Registration #: | 03516344 |
| Name: | DIGGES, LAURA MARIE |
| Race: | Other |
| Gender: | Female |
| Residence Address: | 3478 CHASTAIN GLEN LN NE<br>MARIETTA 30066 - 3479 |
| Mailing Address: | |
| Voter Status: | Active |
| Status Reason: | |
| Special Designation: | |
| State Districts Information: | CONG 006  HOUSE 044  JUDIC COBB  SENAT 032 |
| County Districts Information: | COMMI 3  SCHOL 4 |
| Municipal Districts Information: | |

## Election History

| Voter Name | Voter Registration # | Status |
|---|---|---|
| DIGGES, LAURA MARIE. | 03516344 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/05/1996 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/07/2000 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/02/2004 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |

Page 1 of 2

# Election History

| Voter Name | Voter Registration # | Status |
|---|---|---|
| DIGGES, LAURA MARIE. | 03516344 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 12/02/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Regular | |
| 11/02/2010 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 07/31/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | | COBB | Regular | |
| 11/06/2012 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/04/2014 | GEN._SPEC. ELECTION | GENERAL | STATE WIDE | DEMOCRAT | COBB | Regular | |
| 11/08/2016 | NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | GENERAL | STATE WIDE | | COBB | Absentee | |
| 04/18/2017 | APRIL 18, 2017 FEDERAL SPECIAL ELECTION | GENERAL | STATE WIDE | | COBB | Absentee | |
| 05/16/2017 | MAY 16, 2017 SENATE DISTRICT 32 SPECIAL RUNOFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Absentee | |
| 06/20/2017 | JUNE 20, 2017 FEDERAL SPECIAL ELECTION RUNOFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Absentee | |