# EXHIBIT 6

## TO CHRIS HARVEY DECLARATION

07/05/2017

GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

Generated By:KRAYBURN

INDIVIDUAL VOTER REPORT

## Voter Current Information

| | |
|---|---|
| Voter Registration #: | 04296318 |
| Name: | DAVIS, RICARDO CORYE |
| Race: | Other |
| Gender: | Male |
| Residence Address: | 206 HUNTERS MILL LN<br>WOODSTOCK 30188 - 3026 |
| Mailing Address: | |
| Voter Status: | Active |
| Status Reason: | |
| Special Designation: | |
| State Districts Information: | CONG 011  HOUSE 021  JUDIC BLRD  SENAT 021 |
| County Districts Information: | COMMI 002  SCHOL 003 |
| Municipal Districts Information: | |

## Election History

| Voter Name | | Voter Registration # | | Status |
|---|---|---|---|---|
| DAVIS, RICARDO CORYE. | | 04296318 | | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 03/07/2000 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 07/18/2000 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/07/2000 | GENERAL | GENERAL | STATE WIDE | | CHEROKEE | Regular | |
| 11/28/2000 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | CHEROKEE | Regular | |
| 09/18/2001 | SPECIAL | SPECIAL ELECTION | COUNTY | | CHEROKEE | Regular | |

Page 1 of 2

Election History

| Voter Name | Voter Registration # | Status |
|---|---|---|
| DAVIS, RICARDO CORYE. | 04296318 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 01/22/2002 | SPECIAL | SPECIAL ELECTION | COUNTY | | CHEROKEE | Regular | |
| 08/20/2002 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 09/10/2002 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | CHEROKEE | Regular | |
| 03/02/2004 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | | CHEROKEE | Regular | |
| 07/20/2004 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 08/10/2004 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 07/18/2006 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 08/08/2006 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | CHEROKEE | Regular | |
| 02/05/2008 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 07/15/2008 | SPECIAL | SPECIAL ELECTION | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | CHEROKEE | Regular | |
| 12/02/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | CHEROKEE | Regular | |
| 07/20/2010 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 08/10/2010 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/08/2011 | SPECIAL | SPECIAL ELECTION | COUNTY | | CHEROKEE | Regular | |
| 07/31/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 08/21/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/06/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | | CHEROKEE | Regular | |
| 05/20/2014 | GEN. PRI._GEN. NP_SPEC ELECTION | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Absentee | |
| 07/22/2014 | GEN. PRI. RUNOFF_GEN. NP RUNOFF_SPEC RUNOFF ELEC. | GENERAL PRIMARY RUNOFF | STATE WIDE | REPUBLICAN | CHEROKEE | Absentee | |
| 11/04/2014 | GEN._SPEC. ELECTION | GENERAL | STATE WIDE | | CHEROKEE | Absentee | |
| 03/01/2016 | MARCH 1, 2016 PPP/SPECIAL ELECTION | PPP | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/08/2016 | NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | GENERAL | STATE WIDE | | CHEROKEE | Absentee | |