Civil Action No. __2017CV292233__

Date Filed __July 3, 2017__

Superior Court ☒ __(Fulton County__
State Court ☐

Georgia, DeKalb County

__Donna Curling, et al.__

**Plaintiff**

**Attorney's Address**

⌐ Holcomb + Ward, LLP
3399 Peachtree Road NE
Suite 400
⌐ Atlanta, GA 30326

vs.

__Brian Kemp, et al__

**Defendant**

**Name and Address of Party to be Served**

__DeKalb County Board of__
__Registrations + Elections__
__1300 Commerce Drive__
__Decatur, GA 30030    c/o Maxine Daniels__
                       or agent who can accept service

**Garnishee**

## MARSHAL/SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows age, about ___ years; weight, about ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant __Dekalb Registrations + Elections__ a corporation by leaving a copy of the within action and summons with __Maxine Daniels__ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __9th__ day of __Aug__, 20__17__.

_____ #2002
**DEPUTY**

SHERIFF DOCKET _____    PAGE _____