IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al. | |
| Plaintiff, | CIVIL ACTION FILE NO.: |
| | 1:17-cv-2989-AT |
| vs. | |
| BRIAN P. KEMP, et al. | |
| Defendant. | |

**NOTICE OF APPEARANCE OF COUNSEL**

Come now, Daniel W. White, and the firm of Haynie, Litchfield, Crane & White, PC, and without waiving any defenses as to service of process or other jurisdictional matters, enters this notice of appearance on behalf of the following named defendants in the above-styled civil action:

COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION

JANINE EVELER, in her individual capacity and as Director of the Cobb County Board of Elections and Registration

PHIL DANIEL, FRED AIKEN, JOE PETTIT, JESSICA BROOKS, and DARRYL O. WILSON, in their individual capacities and official capacities as members of the Cobb County Board of Elections and Registration.

Respectfully submitted this 17th day of August, 2017.

        HAYNIE, LITCHFIELD, CRANE & WHITE, PC

        /s/Daniel W. White_____
        DANIEL W. WHITE
        Georgia Bar No. 153033
        GREGG E. LITCHFIELD
        Georgia Bar No. 454040
        SARAH G. HEGENER
        Georgia Bar No. 534438
        *Attorneys for Defendant Cobb County Board of Elections*

222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlclaw.com

## **CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

                                          /s/Daniel W. White
                                          DANIEL W. WHITE
                                          Georgia Bar No. 153033
                                          *Attorney for Defendant Cobb County Board of Elections*

HAYNIE, LITCHFIELD, CRANE & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlclaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2017, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    BRYAN WARD, *Attorney for Plaintiffs*

    CHRISTOPHER M. CARR, Attorney General
    CRISTINA M. CORREIA, Assistant Attorney General
    ELIZABETH A. MONYAK, Assistant Attorney General
    JOSIAH B. HEIDT, Assistant Attorney General
    *Attorneys for State Defendants*

I hereby certify that I have mailed by United States Postal Service the document to the following parties who have not yet appeared for notice purposes on CM/ECF system:

    OVERTIS HICKS BRANTLEY
    BENNETT D. BRYAN
    DeKalb County Law Department
    1300 Commerce Drive 5th Floor
    Decatur, GA 30030
    *Attorneys for DeKalb County Defendants*

    PATRISE M. PERKINS-HOOKER
    KAYE BURWELL
    CHERYL RINGER
    Fulton County Attorney's Office
    141 Pryor Street SW Suite 4038
    Atlanta, GA 30303
    *Attorneys for Fulton County Defendants*

Rep. Karen Handel
U.S. Congressional District 6
85C Mill Street
Suite 300
Roswell, GA 30076

Russell D. Waldon
900 Circle 75 Parkway
Suite 1040
Atlanta, GA 30339
*Attorney for Jon Ossoff*

        /s/Daniel W. White
        DANIEL W. WHITE
        Georgia Bar No. 153033
        *Attorney for Defendant Cobb County Board of Elections*

HAYNIE, LITCHFIELD, CRANE & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlclaw.com