IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**BRIAN P. KEMP, et al.,**<br><br>Defendants. | **Civil Action File No.**<br>**1:17-CV-02989-AT** |

## ENTRY OF APPEARANCE

**COMES NOW**, Bennett D. Bryan, who is authorized to practice in this Court, to enter his appearance in this case as co-counsel for Defendants Maxine Daniels, Michael P. Coveny, Anthony Lewis, Leona Perry, Samuel E. Tillman, Baoky N. Vu and The DeKalb County Board of Registration and Elections, in the above-styled action.

Respectfully submitted this 17th day of August, 2017.

                                                LAURA K. JOHNSON
                                                DEPUTY COUNTY ATTORNEY
                                                Georgia Bar No. 392090

                                                TERRY G. PHILLIPS
                                                SUPERVISING ATTORNEY
                                                Gerogia Bar No. 576865

*/s/ Bennett D. Bryan*
BENNETT D. BRYAN
ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 157099

Attorneys for Defendants

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Bennett D. Bryan
Assistant County Attorney
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011 (Telephone)
(404) 371-3024 (Fascimile)
bdbryan@dekalbcountyga.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN P. KEMP, et al.,<br><br>Defendants. | Civil Action File No.<br>1:17-CV-02989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send e-mail notification of such filing to the following opposing counsel of record:

BRYAN WARD
*Attorney for Plaintiffs*

CHRISTOPHER M. CARR, Attorney General
CRISTINA M. CORREIA, Assistant Attorney General
ELIZABETH A. MONYAK, Assistant Attorney General
JOSIAH B. HEIDT, Assistant Attorney General
*Attorneys for State Defendants*

I hereby certify that I served the opposing party by depositing a copy of same in the U.S mail in a properly addressed envelope with adequate postage thereon to ensure delivery, addressed to:

PATRISE M. PERKINS-HOOKER
KAYE BURWELL
CHERYL RINGER
Fulton County Attorney's Office
141 Pryor Street SW Suite 4038
Atlanta, GA 30303
*Attorneys for Fulton County Defendants*

Rep. Karen Handel
U.S. Congressional District 6
85C Mill Street
Suite 300
Roswell, GA 30076

Russell D. Waldon
900 Circle 75 Parkway
Suite 1040
Atlanta, GA 30339
*Attorney for Jon Ossoff*

This 17th of August, 2017.

                                                */s/ Bennett D. Bryan*
                                                BENNETT D. BRYAN
                                                ASSISTANT COUNTY ATTORNEY
                                                Georgia Bar No. 157099
                                                *One of the Attorneys for Defendants*