IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRIAN P. KEMP, in his individual capacity )<br>and his official capacity as Secretary of )<br>State of Georgia and Chair of the )<br>STATE ELECTION BOARD, et al., )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO.: 2017cv292233 |

## VERIFICATION OF AMENDED COMPLAINT

I, **DONNA CURLING**—a plaintiff in the above-styled case—personally appeared before the undersigned notary public who was duly authorized to administer oaths at the time of their signature dated below. In accordance with O.C.G.A. § 21-2-524(d), I affirm the following statements under oath:

1. I petition to contest the result of the Special Election for Georgia's 6th Congressional District between Karen Handel and John Ossoff, held on June 20, 2017 (the "Runoff") in good faith.
2. To my best knowledge and belief, I believe the contested result of the Runoff is illegal and therefore the election return is incorrect.
3. To the best of my knowledge, information, and belief, every fact alleged in the attached Amended Verified Complaint is true and correct, except for any fact that also states a legal conclusion.

Dated this 18th day of July 2017.

_____
DONNA CURLING

Sworn to and subscribed before me
this 18th day of July 2017.

_____
Notary Public

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.: 2017cv292233 |
| BRIAN P. KEMP, in his individual capacity ) | |
| and his official capacity as Secretary of ) | |
| State of Georgia and Chair of the ) | |
| STATE ELECTION BOARD, et al., ) | |
| ) | |
| Defendants. ) | |

## VERIFICATION OF AMENDED COMPLAINT

I, **MARILYN MARKS**, executive director and an officer of **COALITION FOR GOOD GOVERNANCE**, a plaintiff in the above-styled case, personally appeared before the undersigned notary public, duly authorized to administer oaths, and state under oath that every fact alleged in the **VERIFIED AMENDED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND WRITS OF MANDAMUS**, attached hereto, is true and correct to the best of my knowledge, information, and belief, except for any fact that also states a legal conclusion.

Dated this 2nd day of ~~July~~ August 2017.

_____
MARILYN MARKS

Sworn to and subscribed before me
This 2nd day of ~~July~~ August 2017.

_____
Notary Public

Wilta F. Sullivan
Notary Public
Mecklenburg County, NC

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, an individual, et al.    )
                                         )
        Plaintiffs,                      )
                                         )
v.                                       )  CIVIL ACTION
                                         )  FILE NO.: 2017cv292233
BRIAN P. KEMP, in his individual capacity)
and his official capacity as Secretary of)
State of Georgia and Chair of the        )
STATE ELECTION BOARD, et al.,            )
                                         )
        Defendants.                      )

## VERIFICATION OF AMENDED COMPLAINT

I, **DONNA PRICE**, a plaintiff in the above-styled case, personally appeared before the undersigned notary public, who is duly authorized to administer oaths, and state under oath that every fact alleged in the **VERIFIED AMENDED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND WRITS OF MANDAMUS**, attached hereto, is true and correct to the best of my knowledge, information, and belief, except for any fact that also states a legal conclusion.

Dated this ___ day of July 2017.

_____
DONNA PRICE

Sworn to and subscribed before me
this ___ day of July 2017.

_____
Notary Public

[Notary Seal: C GANOS WENNDT, Notary Public - State of Georgia, Gwinnett County, My Commission Expires Feb 21, 2020]

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.: 2017cv292233 |
| BRIAN P. KEMP, in his individual capacity ) | |
| and his official capacity as Secretary of ) | |
| State of Georgia and Chair of the ) | |
| STATE ELECTION BOARD, et al., ) | |
| ) | |
| Defendants. ) | |

## VERIFICATION OF AMENDED COMPLAINT

I, JEFFREY H.E. SCHOENBERG—a plaintiff in the above-styled case—personally appeared before the undersigned notary public who was duly authorized to administer oaths at the time of their signature dated below. In accordance with O.C.G.A. § 21-2-524(d), I affirm the following statements under oath:

1. I petition to contest the result of the Special Election for Georgia's 6th Congressional District between Karen Handel and John Ossoff, held on June 20, 2017 (the "Runoff") in good faith.
2. To my best knowledge and belief, I believe the contested result of the Runoff is illegal and therefore the election return is incorrect.
3. To the best of my knowledge, information, and belief, every fact alleged in the attached Amended Verified Complaint is true and correct, except for any fact that also states a legal conclusion.

Dated this 18TH day of July 2017.

JEFFREY H.E. SCHOENBERG

Sworn to and subscribed before me
this 18th day of July 2017.

Notary Public

DAVID P SCHOENBERG
NOTARY PUBLIC
Fulton County
State of Georgia
My Comm. Expires July 28, 2018

# IN THE SUPERIOR COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.: 2017cv292233 |
| BRIAN P. KEMP, in his individual capacity ) | |
| and his official capacity as Secretary of ) | |
| State of Georgia and Chair of the ) | |
| STATE ELECTION BOARD, et al., ) | |
| ) | |
| Defendants. ) | |

## VERIFICATION OF AMENDED COMPLAINT

I, LAURA DIGGES—a plaintiff in the above-styled case—personally appeared before the undersigned notary public who was duly authorized to administer oaths at the time of their signature dated below. In accordance with O.C.G.A. § 21-2-524(d), I affirm the following statements under oath:

1. I petition to contest the result of the Special Election for Georgia's 6th Congressional District between Karen Handel and John Ossoff, held on June 20, 2017 (the "Runoff") in good faith.
2. To my best knowledge and belief, I believe the contested result of the Runoff is illegal and therefore the election return is incorrect.
3. To the best of my knowledge, information, and belief, every fact alleged in the attached Amended Verified Complaint is true and correct, except for any fact that also states a legal conclusion.

Dated this _18_ day of July 2017.

_____
LAURA DIGGES

Sworn to and subscribed before me
this _18_ day of July 2017.

_____
Notary Public

A. MALINAO
Notary Public - State of Georgia
Cobb County
My Commission Expires May 2, 2020

Notarization validates
signature only,
not document content.

1

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.: 2017cv292233 |
| BRIAN P. KEMP, in his individual capacity ) | |
| and his official capacity as Secretary of ) | |
| State of Georgia and Chair of the ) | |
| STATE ELECTION BOARD, et al., ) | |
| ) | |
| Defendants. ) | |

### VERIFICATION OF AMENDED COMPLAINT

I, **WILLIAM DIGGES III**—a plaintiff in the above-styled case—personally appeared before the undersigned notary public who was duly authorized to administer oaths at the time of their signature dated below. In accordance with O.C.G.A. § 21-2-524(d), I affirm the following statements under oath:

1. I petition to contest the result of the Special Election for Georgia's 6th Congressional District between Karen Handel and John Ossoff, held on June 20, 2017 (the "Runoff") in good faith.
2. To my best knowledge and belief, I believe the contested result of the Runoff is illegal and therefore the election return is incorrect.
3. To the best of my knowledge, information, and belief, every fact alleged in the attached Amended Verified Complaint is true and correct, except for any fact that also states a legal conclusion.

Dated this 18th day of July 2017.

_____
WILLIAM DIGGES III

Sworn to and subscribed before me
this 18 day of July 2017.

_____
Notary Public

A. MALINAO
Notary Public · State of Georgia
Cobb County
My Commission Expires May 2, 2020

Notarization validates
signature only,
not document content.

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DONNA CURLING, an individual, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRIAN P. KEMP, in his individual capacity ) <br> and his official capacity as Secretary of ) <br> State of Georgia and Chair of the ) <br> STATE ELECTION BOARD, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> FILE NO.: 2017cv292233 |

## VERIFICATION OF AMENDED COMPLAINT

I, **RICARDO DAVIS**, a plaintiff in the above-styled case, personally appeared before the undersigned notary public, duly authorized to administer oaths, and state under oath that every fact alleged in the **VERIFIED AMENDED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND WRITS OF MANDAMUS**, attached hereto, is true and correct to the best of my knowledge, information, and belief, except for any fact that also states a legal conclusion.

Dated this 25 day of July 2017.

_____
RICARDO DAVIS

Sworn to and subscribed before me
this 25th day of July 2017.

_____
Notary Public