IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | CA No. 1:17cv02989-AT |
| ) | |
| v. ) | |
| ) | |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

NOTICE IN RESPONSE TO
COURT'S ORDER (DOC. 14)

*Curling, et al., v. Kemp, et al.*, CA 2017CV290630 (Fulton Co. Superior Court), is a closed case. The case was dismissed by a final order entered by the Superior Court on June 9, 2017. The Court's Order was entered after an evidentiary hearing. Plaintiffs filed a motion for reconsideration on June 20, 2017. On July 7, 2017, Plaintiffs filed a voluntary dismissal without prejudice.

1

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General                    112505

ANNETTE M. COWART          191199
Deputy Attorney General

RUSSELL D. WILLARD           760280
Senior Assistant Attorney General

/s/Cristina M. Correia_____
CRISTINA M. CORREIA           188620
Assistant Attorney General
ccorreia@law.ga.gov

ELIZABETH A. MONYAK       005745
Assistant Attorney General

/s/Josiah B. Heidt_____
JOSIAH B. HEIDT                    104183
Assistant Attorney General

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA  30334

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **STATE DEFENDANTS' NOTICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

 Bryan Ward
 Marvin Lim
 Holcomb + Ward LLP
 3399 Peachtree Rd NE, Suite 400
 Atlanta, GA 30326
 Bryan.Ward@holcombward.com
 Marvin@holcombward.com

Overtis Hicks Brantley
Bennett D. Bryan
DeKalb County Law Department
1300 Commerce Drive 5th Floor
Decatur, GA 30030

Daniel W. White
Haynie, Litchfield, Crane & White, PC
222 Washington Avenue
Marietta, Georgia 30060

I further certify that I have served, by electronic mail, the following non-cm/ecf participants:

Patrise M. Perkins-Hooker
Kaye Burwell
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street SW Suite 4038

Atlanta, GA 30303
Facsimile: (404) 730-6324

Rep. Karen Handel
U.S. Congressional District 6
c/o Anne Lewis, Esq.
awl@sbllaw.net

Jon Ossoff
Candidate for Congress
c/o Russell Waldon, Esq.
rwaldon@wachp.com

This 18th day of August, 2017.

      /s/Josiah B. Heidt
      Assistant Attorney General