IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 1:17cv2989-AT |
| BRIAN P. KEMP, et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE IN RESPONSE TO COURT'S ORDER (DOC. 14)**

The related case, *Donna Curling et al. v. Brian Kemp, in his official capacity as Secretary of State of Georgia, et al.*, Case No. 2017cv290630, is closed. The related case was brought by three of the seven current plaintiffs—Curling, Price, and Coalition for Good Governance (then Rocky Mountain Foundation)—against four of the twenty-nine current defendants—Kemp, Barron, Daniels, and Eveler, only in their official capacities. The related case sought injunctive relief in advance of the June 20, 2017 election and a Writ of Mandamus directed at defendant Kemp. No claims related to civil rights were brought at that time. The trial court, without ruling on the facts, dismissed the case primarily on sovereign immunity grounds after a hearing for a temporary restraining order. The case was voluntarily dismissed, without prejudice, on July 7, 2017, while a motion for reconsideration remained pending.

2

        Respectfully submitted,
        /s/Bryan Ward_____
        Bryan Ward
        Holcomb + Ward LLP
        3399 Peachtree Rd NE, Suite 400
        Atlanta, GA 30326
        (404) 601-2803 (office)
        (404) 393-1554 (fax)
        bryan.ward@holcombward.com
        Georgia Bar No. 736656
        *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **PLAINTIFF'S NOTICE IN RESPONSE TO COURT'S ORDER (DOC. 14)** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Cristina M. Correia
Josiah B. Heidt
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334

Overtis Hicks Brantley
Bennett D. Bryan
DeKalb County Law Department
1300 Commerce Drive 5th Floor
Decatur, GA 30030

Daniel W. White
Haynie, Litchfield, Crane & White, PC
222 Washington Avenue
Marietta, Georgia 30060

I further certify that I have served, by electronic mail, the following non-cm/ecf participants:

Patrise M. Perkins-Hooker
Kaye Burwell
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street SW Suite 4038

Atlanta, GA 30303
Facsimile: (404) 730-6324
patrise.hooker@fultoncountyga.gov


Rep. Karen Handel                        Jon Ossoff
U.S. Congressional District 6            Candidate for Congress
c/o Anne Lewis, Esq.                     c/o Russell Waldon, Esq.
awl@sbllaw.net                           rwaldon@wachp.com

    This 18th day of August, 2017.

                        /s/Bryan Ward
                        *Attorney for Plaintiffs*