Case 1:17-cv-02989-AT   Document 19   Filed 08/18/17   Page 1 of 1

**SHERIFF'S ENTRY OF SERVICE**

68512

KEEP

A803B7

Marietta, Georgia — COBB COUNTY

Superior Court ☒ (Fulton)   State Court ☐

Attorney's Address:
Holcomb + Ward LLP
3399 Peachtree Rd NE
Suite 400
Atlanta, GA 30326

Civil Action No. 2017CV292233
Date Filed 7/3/17

Name and Address of Party to be Served:
Cobb County Board of Elections + Registration
736 Whitlock Ave NW, Suite 300G4
Marietta, GA 30064
c/o Janine Eveler (or agent thereof able to accept service)

Plaintiff: Donna Curling, et al.

VS.

Defendant: Brian P. Kemp, et al

Garnishee

**PERSONAL** ☐ I have this day served the defendant _____ of the within action and summons _____ personally with a copy.

**NOTORIOUS** ☐ I have this day served the defendant _____ a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant Cobb County Board of Elections + Registration a corporation by leaving a copy of the within action and summons with Janine Eveler in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 10 day of 08, 20 17

DEPUTY [signature] 030/7

17 AUG -8 PM 12:17
CIVIL SECTION
SHERIFF'S OFF...
COBB COUNTY, GEORGIA
185 Roswell Street
Marietta, Ga. 30090-9650

SHERIFF DOCKET _____ PAGE _____

WHITE: Clerk    CANARY: Plaintiff Attorney    PINK: Defendant