```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION


 DONNA CURLING, an individual;        )
                                      )
       COALITION FOR GOOD             ) CIVIL ACTION FILE NO:
      GOVERNANCE, a non-profit        ) 1:17-CV-02989-AT
    corporation  organized and        )
  existing under Colorado   Law;      )
                                      )
    DONNA PRICE, an individual;       )
                                      )
      JEFFREY SCHOENBERG, an          )
             individual;              )
                                      )
   LAURA DIGGES, an individual;       )
                                      )
      WILLIAM DIGGES III, an          )
             individual;              )
                                      )
   RICARDO DAVIS, an individual;      )
                                      )
             Plaintiffs,              )
                                      )
                 v.                   )
                                      )
 BRIAN P. KEMP, in his individual     )
                                      )
    capacity and his official         )
           capacity as                )
   Secretary of State of Georgia      )
               and                    )
   Chair of the STATE ELECTION        )
              BOARD;                  )
                                      )
   DAVID J. WORLEY, REBECCA N.        )
       SULLIVAN, RALPH F. "RUSTY"     )
                                      )
 SIMPSON, and SETH HARP, in their     )
       individual capacities and      )
   their official capacities as       )
        members of the STATE          )
           ELECTION BOARD;            )
   THE STATE ELECTION BOARD;          )
                                      )
       RICHARD BARRON, in his         )
    individual capacity and his       )
```

official capacity as Director of )
the FULTON COUNTY BOARD OF )
REGISTRATION AND ELECTIONS; )
)
MARY CAROLE COONEY, VERNETTA )
NURIDDIN, DAVID J. BURGE, STAN )
MATARAZZO and AARON JOHNSON in )
their individual capacities and )
official capacities as members )
of the FULTON COUNTY BOARD OF )
REGISTRATION AND ELECTIONS; )
)
THE FULTON COUNTY BOARD OF )
REGISTRATION AND ELECTIONS; )
Director of the FULTON )
COUNTY   BOARD OF REGISTRATION )
AND   ELECTIONS; )
)
MAXINE DANIELS, in her )
individual capacity and her )
official capacity as Director of )
VOTER REGISTRATIONS AND )
ELECTIONS FOR DEKALB COUNTY; )
)
MICHAEL P. COVENY, ANTHONY )
LEWIS, LEONA PERRY, SAMUEL E. )
TILLMAN, and BAOKY N. VU in )
their individual capacities and )
official capacities as members )
of the DEKALB COUNTY BOARD OF )
REGISTRATIONS AND ELECTIONS; )
)
THE DEKALB COUNTY BOARD OF )
REGISTRATIONS AND ELECTIONS; )
)
JANINE EVELER, in her individual )
capacity and her official )
capacity as Director of the COBB )
COUNTY )
BOARD OF ELECTIONS AND )
REGISTRATION; )
)
PHIL DANIELL, FRED AIKEN, JOE )
PETTIT, JESSICA BROOKS, and )
DARRYL O. WILSON in their )
individual capacities and )
official capacities as members )
of the COBB COUNTY BOARD OF )
ELECTIONS AND )
REGISTRATION; )

**THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION;**

**MERLE KING, in his individual capacity and his official capacity as Executive Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and**

**THE CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY,**

Defendants.

### NOTICE OF APPEARANCE OF DAVID R. LOWMAN

COMES NOW, the undersigned attorney at law and files this Notice of Appearance of **DAVID R. LOWMAN** as counsel for Defendants Fulton County Board of Registration and Elections ("FCBRE"),Director Richard Barron, members of the FCBRE Mary Carole Cooney, Vernetta Nuriddin, David J. Burge, Stan Matarazzo and Aaron Johnson. It is requested that the Clerk forward notice of all hearings, motions and trials in the above-styled action to the undersigned.

Respectfully submitted this 18th day of August, 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**
Patrise Perkins-Hooker
Georgia Bar No.231973

Kaye W. Burwell
Georgia Bar No. 775060
Kaye.burwell@fultoncountyga.gov

Cheryl M. Ringer
Georgia Bar No. 557420
Cheryl.ringer@fultoncountyga.gov

*/s/ David R. Lowman*
David R. Lowman
Georgia Bar No. 460298
David.lowman@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, an individual; | ) |
| | ) |
| COALITION FOR GOOD GOVERNANCE, a non-profit corporation organized and existing under Colorado Law; | ) CIVIL ACTION FILE NO: ) 1:17-CV-02989-AT ) ) ) |
| | ) |
| DONNA PRICE, an individual; | ) |
| | ) |
| JEFFREY SCHOENBERG, an individual; | ) ) |
| | ) |
| LAURA DIGGES, an individual; | ) |
| | ) |
| WILLIAM DIGGES III, an individual; | ) ) |
| | ) |
| RICARDO DAVIS, an individual; | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIAN P. KEMP, in his individual capacity and his official capacity as Secretary of State of Georgia and Chair of the STATE ELECTION BOARD; | ) ) ) ) ) ) ) |
| | ) |
| DAVID J. WORLEY, REBECCA N. SULLIVAN, RALPH F. "RUSTY" SIMPSON, and SETH HARP, in their individual capacities and their official capacities as members of the STATE ELECTION BOARD; | ) ) ) ) ) ) |
| THE STATE ELECTION BOARD; | ) |
| | ) |
| RICHARD BARRON, in his individual capacity and his | ) ) |

```
official capacity as Director of    )
   the FULTON COUNTY BOARD OF       )
   REGISTRATION AND ELECTIONS;      )
                                    )
   MARY CAROLE COONEY, VERNETTA     )
NURIDDIN, DAVID J. BURGE, STAN      )
MATARAZZO and AARON JOHNSON  in     )
their individual capacities and     )
 official capacities as members     )
 of the FULTON COUNTY BOARD OF      )
   REGISTRATION AND ELECTIONS;      )
                                    )
    THE FULTON COUNTY BOARD OF      )
   REGISTRATION AND ELECTIONS;      )
        Director of the FULTON      )
COUNTY    BOARD OF REGISTRATION     )
       AND   ELECTIONS;             )
                                    )
     MAXINE DANIELS, in her         )
   individual capacity and her      )
official capacity as Director of    )
     VOTER REGISTRATIONS AND        )
 ELECTIONS FOR DEKALB COUNTY;       )
                                    )
    MICHAEL P. COVENY, ANTHONY      )
 LEWIS, LEONA PERRY, SAMUEL E.      )
   TILLMAN, and BAOKY N. VU in      )
 their individual capacities and    )
  official capacities as members    )
 of the DEKALB COUNTY BOARD OF      )
   REGISTRATIONS AND ELECTIONS;     )
                                    )
    THE DEKALB COUNTY BOARD OF      )
   REGISTRATIONS AND ELECTIONS;     )
                                    )
JANINE EVELER, in her individual    )
    capacity and her official       )
capacity as Director of the COBB    )
            COUNTY                  )
     BOARD OF ELECTIONS AND         )
         REGISTRATION;              )
                                    )
   PHIL DANIELL, FRED AIKEN, JOE    )
   PETTIT, JESSICA BROOKS, and      )
    DARRYL O. WILSON in their       )
    individual capacities and
 official capacities as members
  of the COBB COUNTY BOARD OF
         ELECTIONS AND
         REGISTRATION;
```

**THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION;**

**MERLE KING, in his individual capacity and his official capacity as Executive Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and**

**THE CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY,**

Defendants.

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, I presented the **NOTICE OF APPEARANCE OF DAVID R. LOWMAN** in Courier New, 12 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system using the CM/ECF system and deposited the same in the United States Mail with adequate postage affixed thereon, and addressed as follows:

>Bryan Myerson Ward
>Eversheds Sutherland,LLP
>Suite 2300
>999 Peachtree Street, N.E.
>Atlanta, GA 30309-3996
>
>Cristina Correia, Esq.
>Elizabeth Ahern Monyak, Esq.
>Attorney General's Office-Atl
>Department of Law
>40 Capitol Square, S.W.
>Atlanta, GA 30334
>
>Josiah Benjamin Heidt
>Georgia Department of Law
>Office of the Attorney General
>40 Capitol Square, S.W.
>Atlanta, GA 30334-1300

        Bennett Davis Bryan
        DeKalb County District Attorney's Office
        Stone Mountain Judicial Circuit
        556 North McDonough Street
        Suite 700
        Decatur, GA 30030

        Daniel Walter White
        Haynie Litchfield Crane & White
        222 Washington Avenue
        Marietta, GA 30060

                    ***/s/ David R. Lowman***
                    David R. Lowman
                    Georgia Bar No. 460298
                    David.lowman@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)