```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION


  DONNA CURLING, an individual;      )
                                     )
       COALITION FOR GOOD            ) CIVIL ACTION FILE NO:
     GOVERNANCE, a non-profit        ) 1:17-CV-02989-AT
   corporation  organized and        )
  existing under Colorado   Law;     )
                                     )
    DONNA PRICE, an individual;      )
                                     )
      JEFFREY SCHOENBERG, an         )
            individual;              )
                                     )
    LAURA DIGGES, an individual;     )
                                     )
       WILLIAM DIGGES III, an        )
            individual;              )
                                     )
    RICARDO DAVIS, an individual;    )
                                     )
            Plaintiffs,              )
                                     )
                v.                   )
                                     )
  BRIAN P. KEMP, in his individual   )
                                     )
     capacity and his official       )
            capacity as              )
   Secretary of State of Georgia     )
                and                  )
    Chair of the STATE ELECTION      )
              BOARD;                 )
                                     )
   DAVID J. WORLEY, REBECCA N.       )
      SULLIVAN, RALPH F. "RUSTY"     )
                                     )
 SIMPSON, and SETH HARP, in their    )
        individual capacities and    )
   their official capacities as      )
       members of the STATE          )
           ELECTION BOARD;           )
   THE STATE ELECTION BOARD;         )
                                     )
       RICHARD BARRON, in his        )
    individual capacity and his      )
```

| | |
|---|---|
| official capacity as Director of the FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) ) ) ) |
| MARY CAROLE COONEY, VERNETTA NURIDDIN, DAVID J. BURGE, STAN MATARAZZO and AARON JOHNSON in their individual capacities and official capacities as members of the FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) ) ) ) ) ) ) ) |
| THE FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; Director of the FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; | ) ) ) ) ) ) |
| MAXINE DANIELS, in her individual capacity and her official capacity as Director of VOTER REGISTRATIONS AND ELECTIONS FOR DEKALB COUNTY; | ) ) ) ) ) ) |
| MICHAEL P. COVENY, ANTHONY LEWIS, LEONA PERRY, SAMUEL E. TILLMAN, and BAOKY N. VU in their individual capacities and official capacities as members of the DEKALB COUNTY BOARD OF REGISTRATIONS AND ELECTIONS; | ) ) ) ) ) ) ) ) |
| THE DEKALB COUNTY BOARD OF REGISTRATIONS AND ELECTIONS; | ) ) ) |
| JANINE EVELER, in her individual capacity and her official capacity as Director of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) ) ) |
| PHIL DANIELL, FRED AIKEN, JOE PETTIT, JESSICA BROOKS, and DARRYL O. WILSON in their individual capacities and official capacities as members of the COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION; | ) ) ) ) ) ) ) |

**THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION;**

**MERLE KING, in his individual capacity and his official capacity as Executive Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and**

**THE CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY,**

    **Defendants.**

### NOTICE OF APPEARANCE OF CHERYL RINGER

COMES NOW, the undersigned attorney at law and files this Notice of Appearance of **CHERYL M. RINGER** as counsel for Defendants Fulton County Board of Registration and Elections ("FCBRE"), Director Richard Barron, members of the FCBRE Mary Carole Cooney, Vernetta Nuriddin, David J. Burge, Stan Matarazzo and Aaron Johnson. It is requested that the Clerk forward notice of all hearings, motions and trials in the above-styled action to the undersigned.

Respectfully submitted this 18th day of August, 2017.

    **OFFICE OF THE FULTON COUNTY ATTORNEY**
    Patrise Perkins-Hooker
    Georgia Bar No. 231973

    Kaye W. Burwell
    Georgia Bar No. 775060
    Kaye.burwell@fultoncountyga.gov

    */s/ Cheryl M. Ringer*
    Cheryl M. Ringer
    Georgia Bar No. 557420
    Cheryl.ringer@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, an individual; | ) |
| | ) |
| COALITION FOR GOOD GOVERNANCE, a non-profit corporation organized and existing under Colorado Law; | ) CIVIL ACTION FILE NO: <br> ) 1:17-CV-02989-AT <br> ) <br> ) <br> ) |
| | ) |
| DONNA PRICE, an individual; | ) |
| | ) |
| JEFFREY SCHOENBERG, an individual; | ) <br> ) |
| | ) |
| LAURA DIGGES, an individual; | ) |
| | ) |
| WILLIAM DIGGES III, an individual; | ) <br> ) |
| | ) |
| RICARDO DAVIS, an individual; | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIAN P. KEMP, in his individual capacity and his official capacity as Secretary of State of Georgia and Chair of the STATE ELECTION BOARD; | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| | ) |
| DAVID J. WORLEY, REBECCA N. SULLIVAN, RALPH F. "RUSTY" SIMPSON, and SETH HARP, in their individual capacities and their official capacities as members of the STATE ELECTION BOARD; | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| THE STATE ELECTION BOARD; | ) |
| | ) |
| RICHARD BARRON, in his individual capacity and his | ) <br> ) |

official capacity as Director of     )
the FULTON COUNTY BOARD OF            )
REGISTRATION AND ELECTIONS;           )
                                      )
MARY CAROLE COONEY, VERNETTA          )
NURIDDIN, DAVID J. BURGE, STAN        )
MATARAZZO and AARON JOHNSON  in       )
their individual capacities and       )
official capacities as members        )
of the FULTON COUNTY BOARD OF         )
REGISTRATION AND ELECTIONS;           )
                                      )
THE FULTON COUNTY BOARD OF            )
REGISTRATION AND ELECTIONS;           )
     Director of the FULTON           )
COUNTY   BOARD OF REGISTRATION        )
     AND   ELECTIONS;                 )
                                      )
MAXINE DANIELS, in her                )
individual capacity and her           )
official capacity as Director of      )
VOTER REGISTRATIONS AND               )
ELECTIONS FOR DEKALB COUNTY;          )
                                      )
MICHAEL P. COVENY, ANTHONY            )
LEWIS, LEONA PERRY, SAMUEL E.         )
TILLMAN, and BAOKY N. VU in           )
their individual capacities and       )
official capacities as members        )
of the DEKALB COUNTY BOARD OF         )
REGISTRATIONS AND ELECTIONS;          )
                                      )
THE DEKALB COUNTY BOARD OF            )
REGISTRATIONS AND ELECTIONS;          )
                                      )
JANINE EVELER, in her individual      )
capacity and her official             )
capacity as Director of the COBB      )
          COUNTY                      )
BOARD OF ELECTIONS AND                )
REGISTRATION;                         )
                                      )
PHIL DANIELL, FRED AIKEN, JOE         )
PETTIT, JESSICA BROOKS, and           )
DARRYL O. WILSON in their             )
individual capacities and             )
official capacities as members        )
of the COBB COUNTY BOARD OF           )
ELECTIONS AND                         )
REGISTRATION;                         )

**THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION;**

**MERLE KING, in his individual capacity and his official capacity as Executive Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and**

**THE CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY,**

       **Defendants.**

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, I presented the **NOTICE OF APPEARANCE OF CHERYL M. RINGER** in Courier New, 12 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system using the CM/ECF system and deposited the same in the United States Mail with adequate postage affixed thereon, and addressed as follows:

        Bryan Myerson Ward
        Eversheds Sutherland,LLP
        Suite 2300
        999 Peachtree Street, N.E.
        Atlanta, GA 30309-3996

        Cristina Correia, Esq.
        Elizabeth Ahern Monyak, Esq.
        Attorney General's Office-Atl
        Department of Law
        40 Capitol Square, S.W.
        Atlanta, GA 30334

        Josiah Benjamin Heidt
        Georgia Department of Law
        Office of the Attorney General
        40 Capitol Square, S.W.
        Atlanta, GA 30334-1300

```
                    Bennett Davis Bryan
                    DeKalb County District Attorney's Office
                    Stone Mountain Judicial Circuit
                    556 North McDonough Street
                    Suite 700
                    Decatur, GA 30030

                    Daniel Walter White
                    Haynie Litchfield Crane & White
                    222 Washington Avenue
                    Marietta, GA 30060
```

       ***/s/ Cheryl M. Ringer***
       Cheryl M. Ringer
       Georgia Bar No. 557420
       Cheryl.ringer@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)