IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, an individual; | ) |
| | ) |
| COALITION FOR GOOD | ) CIVIL ACTION FILE NO: |
| GOVERNANCE, a non-profit | ) 1:17-CV-02989-AT |
| corporation  organized and | ) |
| existing under Colorado   Law; | ) |
| | ) |
| DONNA PRICE, an individual; | ) |
| | ) |
| JEFFREY SCHOENBERG, an | ) |
| individual; | ) |
| | ) |
| LAURA DIGGES, an individual; | ) |
| | ) |
| WILLIAM DIGGES III, an | ) |
| individual; | ) |
| | ) |
| RICARDO DAVIS, an individual; | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIAN P. KEMP, in his individual | ) |
| | ) |
| capacity and his official | ) |
| capacity as | ) |
| Secretary of State of Georgia | ) |
| and | ) |
| Chair of the STATE ELECTION | ) |
| BOARD; | ) |
| | ) |
| DAVID J. WORLEY, REBECCA N. | ) |
| SULLIVAN, RALPH F. "RUSTY" | ) |
| | ) |
| SIMPSON, and SETH HARP, in their | ) |
| individual capacities and | ) |
| their official capacities as | ) |
| members of the STATE | ) |
| ELECTION BOARD; | ) |
| THE STATE ELECTION BOARD; | ) |
| | ) |
| RICHARD BARRON, in his | ) |
| individual capacity and his | ) |

official capacity as Director of      )
the FULTON COUNTY BOARD OF            )
REGISTRATION AND ELECTIONS;           )
                                      )
MARY CAROLE COONEY, VERNETTA          )
NURIDDIN, DAVID J. BURGE, STAN        )
MATARAZZO and AARON JOHNSON   in      )
their individual capacities and       )
official capacities as members        )
of the FULTON COUNTY BOARD OF         )
REGISTRATION AND ELECTIONS;           )
                                      )
THE FULTON COUNTY BOARD OF            )
REGISTRATION AND ELECTIONS;           )
Director of the FULTON COUNTY         )
BOARD OF REGISTRATION AND             )
ELECTIONS;                            )
                                      )
MAXINE DANIELS, in her                )
individual capacity and her           )
official capacity as Director of      )
VOTER REGISTRATIONS AND               )
ELECTIONS FOR DEKALB COUNTY;          )
                                      )
MICHAEL P. COVENY, ANTHONY            )
LEWIS, LEONA PERRY, SAMUEL E.         )
TILLMAN, and BAOKY N. VU in           )
their individual capacities and       )
official capacities as members        )
of the DEKALB COUNTY BOARD OF         )
REGISTRATIONS AND ELECTIONS;          )
                                      )
THE DEKALB COUNTY BOARD OF            )
REGISTRATIONS AND ELECTIONS;          )
                                      )
JANINE EVELER, in her individual      )
capacity and her official             )
capacity as Director of the COBB      )
COUNTY                                )
BOARD OF ELECTIONS AND                )
REGISTRATION;                         )
                                      )
PHIL DANIELL, FRED AIKEN, JOE         )
PETTIT, JESSICA BROOKS, and           )
DARRYL O. WILSON in their             )
individual capacities and
official capacities as members
of the COBB COUNTY BOARD OF
ELECTIONS AND
REGISTRATION;

**THE COBB COUNTY BOARD OF
ELECTIONS AND REGISTRATION;**

**MERLE KING, in his individual
capacity and his official
capacity as Executive  Director
of the CENTER FOR ELECTION
SYSTEMS AT KENNESAW STATE
UNIVERSITY; and**

**THE CENTER FOR ELECTION SYSTEMS
AT KENNESAW STATE UNIVERSITY,**

**Defendants.**

## NOTICE OF APPEARANCE OF KAYE W. BURWELL

COMES NOW, the undersigned attorney at law and files this Notice of Appearance of **KAYE  W.  BURWELL** as counsel for Defendants Fulton County Board of Registration and Elections ("FCBRE"),Director Richard Barron, members of the FCBRE Mary Carole Cooney, Vernetta Nuriddin, David J. Burge, Stan Matarazzo and Aaron Johnson. It is requested that the Clerk forward notice of all hearings, motions and trials in the above-styled action to the undersigned.

Respectfully submitted this 21st day of August, 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**
Patrise Perkins-Hooker
Georgia Bar No.231973

*/s/ Kaye W. Burwell_____*
Kaye W. Burwell
Georgia Bar No. 775060
Kaye.burwell@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, an individual; | ) |
| | ) |
| COALITION FOR GOOD | ) CIVIL ACTION FILE NO: |
| GOVERNANCE, a non-profit | ) 1:17-CV-02989-AT |
| corporation  organized and | ) |
| existing under Colorado   Law; | ) |
| | ) |
| DONNA PRICE, an individual; | ) |
| | ) |
| JEFFREY SCHOENBERG, an | ) |
| individual; | ) |
| | ) |
| LAURA DIGGES, an individual; | ) |
| | ) |
| WILLIAM DIGGES III, an | ) |
| individual; | ) |
| | ) |
| RICARDO DAVIS, an individual; | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIAN P. KEMP, in his individual | ) |
| | ) |
| capacity and his official | ) |
| capacity as | ) |
| Secretary of State of Georgia | ) |
| and | ) |
| Chair of the STATE ELECTION | ) |
| BOARD; | ) |
| | ) |
| DAVID J. WORLEY, REBECCA N. | ) |
| SULLIVAN, RALPH F. "RUSTY" | ) |
| | ) |
| SIMPSON, and SETH HARP, in their | ) |
| individual capacities and | ) |
| their official capacities as | ) |
| members of the STATE | ) |
| ELECTION BOARD; | ) |
| THE STATE ELECTION BOARD; | ) |
| | ) |
| RICHARD BARRON, in his | ) |
| individual capacity and his | ) |

official capacity as Director of   )
the FULTON COUNTY BOARD OF     )
REGISTRATION AND ELECTIONS;     )
                                )
MARY CAROLE COONEY, VERNETTA    )
NURIDDIN, DAVID J. BURGE, STAN  )
MATARAZZO and AARON JOHNSON  in )
their individual capacities and )
official capacities as members  )
of the FULTON COUNTY BOARD OF   )
REGISTRATION AND ELECTIONS;     )
                                )
THE FULTON COUNTY BOARD OF      )
REGISTRATION AND ELECTIONS;     )
       Director of the FULTON   )
COUNTY    BOARD OF REGISTRATION )
     AND   ELECTIONS;           )
                                )
MAXINE DANIELS, in her          )
individual capacity and her     )
official capacity as Director of )
VOTER REGISTRATIONS AND         )
ELECTIONS FOR DEKALB COUNTY;    )
                                )
MICHAEL P. COVENY, ANTHONY      )
LEWIS, LEONA PERRY, SAMUEL E.   )
TILLMAN, and BAOKY N. VU in     )
their individual capacities and )
official capacities as members  )
of the DEKALB COUNTY BOARD OF   )
REGISTRATIONS AND ELECTIONS;    )
                                )
THE DEKALB COUNTY BOARD OF      )
REGISTRATIONS AND ELECTIONS;    )
                                )
JANINE EVELER, in her individual )
capacity and her official       )
capacity as Director of the COBB )
          COUNTY                )
BOARD OF ELECTIONS AND          )
REGISTRATION;                   )
                                )
PHIL DANIELL, FRED AIKEN, JOE   )
PETTIT, JESSICA BROOKS, and     )
DARRYL O. WILSON in their       )
individual capacities and
official capacities as members
of the COBB COUNTY BOARD OF
ELECTIONS AND
REGISTRATION;

**THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION;**

**MERLE KING, in his individual capacity and his official capacity as Executive  Director of the CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY; and**

**THE CENTER FOR ELECTION SYSTEMS AT KENNESAW STATE UNIVERSITY,**

      **Defendants.**

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this day, I presented the **NOTICE OF APPEARANCE OF KAYE W. BURWELL** in Courier New, 12 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system using the CM/ECF system and deposited the same in the United States Mail with adequate postage affixed thereon, and addressed as follows:

Bryan Myerson Ward
Eversheds Sutherland,LLP
Suite 2300
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996

Cristina Correia, Esq.
Elizabeth Ahern Monyak, Esq.
Attorney General's Office-Atl
Department of Law
40 Capitol Square, S.W.
Atlanta, GA 30334

Josiah Benjamin Heidt
Georgia Department of Law
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300

Bennett Davis Bryan
DeKalb County District Attorney's Office
Stone Mountain Judicial Circuit
556 North McDonough Street
Suite 700
Decatur, GA 30030

Daniel Walter White
Haynie Litchfield Crane & White
222 Washington Avenue
Marietta, GA 30060

/s/ *Kaye W. Burwell*_____
Kaye W. Burwell
Georgia Bar No. 775060
Kaye.burwell@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)