## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DONNA CURLING, ET AL

               Plaintiff,           CIVIL ACTION FILE

V.                               NO. 2017CV292233

BRIAN P. KEMP, ET AL

               Defendant,

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, EARL W GAYLE, the undersigned

officer duly authorized to administer oaths, first being duly sworn, on oath deposes and

states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party

having no interest in the above-styled case. Affiant is appointed as process server by this

Court by attached Order incorporated herein by reference. Affiant further states that on

August 15, 2017, at 1259pm, he/she served **The Fulton County Board of Registration and**

**Elections,** by serving copies of the below listed documents to Felisa Cordy, Executive Assistant

Who is authorized to accept service for The Fulton County Board of Registration and

Elections, located at 130 Peachtree suite, Atlanta, GA 30303,

DOCUMENTS: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated    8-16    ,2017

                                     EARL W GAYLE
                                     Process Server

Sworn to and subscribed before me,

on    8/16    2017

                            Notary Public

MARC ALLARD
NOTARY
EXPIRES
NOV 7, 2019
PUBLIC
GWINNETT COUNTY, GEORGIA

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

DONNA CURLING, ET AL

                            Plaintiff,                  CIVIL ACTION FILE

V.                                               NO. 2017CV292233

BRIAN P. KEMP, ET AL

                            Defendant,

**AFFIDAVIT OF SERVICE**

PERSONALLY appeared before me, PAUL TUCKER, the undersigned

officer duly authorized to administer oaths, first being duly sworn, on oath deposes and

states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party

having no interest in the above-styled case. Affiant is appointed as process server by this

Court by attached Order incorporated herein by reference. Affiant further states that on

August 05, 2017, at 500pm, he/she personally served **Maxine Daniels,**

located at 1406 Saint Dustans Rd, Lithonia, GA 30058,

DOCUMENTS: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated     8 - 7    ,2017

                                         PAUL TUCKER
                                         Process Server

Sworn to and subscribed before me,
on _____,2017

_____ Notary Public

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DONNA CURLING, ET AL

                         Plaintiff,                    CIVIL ACTION FILE

V.                                           NO. 2017CV292233

BRIAN P. KEMP, ET AL

                         Defendant,

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, PAUL TUCKER, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on August 05, 2017, at 500pm, he/she served **The Dekalb County Board of Registrations and Elections,** by serving copies of the below listed documents to Maxine Daniels, Board Member is the authorized agent for service, located at 1406 Saint Dustans Rd, Lithonia, GA 30058,

DOCUMENTS: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated      __8-7__     ,2017

                                         PAUL TUCKER
                                        Process Server

Sworn to and subscribed before me,
on _____8/7_____,2017

_____ Notary Public

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DONNA CURLING, ET AL

                       Plaintiff,

V.

BRIAN P. KEMP, ET AL

                       Defendant,

CIVIL ACTION FILE
NO. 2017CV292233

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, ROBERT P. RICE, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on August 04, 2017, at 7:32pm, he/she personally served **Phil Daniel** located at 1804 Milford Way, Marietta, GA   300087,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated _____Aug 8_____,2017

_____
ROBERT P. RICE
Process Server

Sworn to and subscribed before me,
on _____,2017

_____ Notary Public

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

DONNA CURLING, ET AL

                    Plaintiff,                CIVIL ACTION FILE

V.                                       NO. 2017CV292233

BRIAN P. KEMP, ET AL

                    Defendant,


**AFFIDAVIT OF SERVICE**

      PERSONALLY appeared before me, ROBERT P. RICE, the undersigned

officer duly authorized to administer oaths, first being duly sworn, on oath deposes and

states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party

having no interest in the above-styled case. Affiant is appointed as process server by this

Court by attached Order incorporated herein by reference. Affiant further states that on

August 04, 2017, at 5:17pm, he/she served **Darryl O Wilson,**

by personally serving Darryl O. Wilson, Sr., Father, co-resident

located at 3278 Yorktown Dr, Roswell, GA  30075,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and
Write of Mandamus.**


      Dated _____,2017

                                          ROBERT P. RICE
                                        Process Server


      Sworn to and subscribed before me,
on _____,2017

_____ Notary Public

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DONNA CURLING, ET AL

                        Plaintiff,                    CIVIL ACTION FILE
V.                                                    NO. 2017CV292233

BRIAN P. KEMP, ET AL

                        Defendant,

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, EARL W GAYLE, the undersigned

officer duly authorized to administer oaths, first being duly sworn, on oath deposes and

states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party

having no interest in the above-styled case. Affiant is appointed as process server by this

Court by attached Order incorporated herein by reference. Affiant further states that on

July 15, 2017, at 900am, he/she served **Aaron Johnson,**

by personally serving Aaron Johnson, Jr., son/co-resident

located at 2918 Edgewater Street, Atlanta, GA  30331,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated _____,2017


                                                    _____
                                                    EARL W GAYLE
                                                    Process Server

Sworn to and subscribed before me,
on _____,2017

_____ Notary Public

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                        Plaintiff,                  CIVIL ACTION FILE

V.                                          NO. 2017CV292233

BRIAN P. KEMP, ET AL

                        Defendant,

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, ROBERT P. RICE, the undersigned

officer duly authorized to administer oaths, first being duly sworn, on oath deposes and

states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party

having no interest in the above-styled case. Affiant is appointed as process server by this

Court by attached Order incorporated herein by reference. Affiant further states that on

August 04, 2017, at 6:50pm, he/she personally served **Fred Aiken**

located at 4020 Pineview Dr, Smyrna, GA  30008,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated    Aug 8   ,2017

                                   ROBERT P. RICE
                                    Process Server

Sworn to and subscribed before me,
on _____,2017

_____Notary Public

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DONNA CURLING, ET AL

                       Plaintiff,                  CIVIL ACTION FILE

V.                                          NO. 2017CV292233

BRIAN P. KEMP, ET AL

                       Defendant,

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, ROBERT P. RICE, the undersigned

officer duly authorized to administer oaths, first being duly sworn, on oath deposes and

states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party

having no interest in the above-styled case. Affiant is appointed as process server by this

Court by attached Order incorporated herein by reference. Affiant further states that on

August 07, 2017, at 1:10pm, he/she personally served **Joe Pettit**

located at 819 Pickens Ind. Dr. #3, Marietta, GA 30339,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated    Aug 8      ,2017

                                         ROBERT P. RICE
                                         Process Server

Sworn to and subscribed before me,
on _____ ,2017

                     Notary Public

MARC ALLNEAD
NOTARY
EXPIRES
NOV 7, 2019
PUBLIC
GWINNETT COUNTY, GEORGIA