## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DONNA CURLING, ET AL

                Plaintiff,             CIVIL ACTION FILE

V.                                     NO. 2017CV292233

BRIAN P. KEMP, ET AL

                Defendant,

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, BERHANE TASSAW, the undersigned

officer duly authorized to administer oaths, first being duly sworn, on oath deposes and

states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party

having no interest in the above-styled case. Affiant is appointed as process server by this

Court by attached Order incorporated herein by reference. Affiant further states that on

August 11, 2017, at 1250pm, he/she personally served **David J Worley**

located at 8100 A Roswell Rd, Suite 100, Atlanta, GA   30350,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated _____8/16_____,2017

_____
BERHANE TASSAW
Process Server

Sworn to and subscribed before me,
on _____8/16_____,2017

_____
Notary Public

EXPIRES
NOV 7, 2019