**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION**

DONNA CURLING, et al.          :
                               :
Plaintiff,                     :          CIVIL ACTION FILE NO.:
                               :          1:17-cv-2989-AT
vs.                            :
                               :
BRIAN P. KEMP, et al.          :
                               :
Defendant.                     :
_____    :

## NOTICE OF APPEARANCE OF COUNSEL

Comes now, Aaron Wright, of the firm of Holcomb + Ward, LLP, being

duly admitted to practice law before this Court, and enters this notice of

appearance on behalf of the following named plaintiffs in the above-styled civil

action:

DONNA CURLING

COALITION FOR GOOD GOVERNANCE

DONNA PRICE

JEFFREY SCHOENBERG

LAURA DIGGES

WILLIAM DIGGES III

1

2

RICARDO DAVIS

Respectfully submitted this 21st day of August, 2017.


/s/Aaron Wright
Aaron Wright
Georgia Bar No.  776592
Holcomb + Ward, LLP
*Attorney for Plaintiffs*
3399 Peachtree Road NE, Suite 400
Atlanta, Georgia 30326
(404) 601-2803 (phone)
(404)-393-1554 (fax)
aaron@holcombward.com

**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION**

DONNA CURLING, et al.          :
                               :
Plaintiff,                     :          CIVIL ACTION FILE NO.:
                               :          1:17-cv-2989-AT
vs.                            :
                               :
BRIAN P. KEMP, et al.          :
                               :
Defendant.                     :
_____:

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that I have read the Court's Standing Order in Cases

Proceeding Before the Honorable Amy Totenberg and that I will comply with

its provisions during the pendency of this litigation.

Respectfully submitted this 21ˢᵗ day of August, 2017.

> /s/Aaron Wright
> Aaron Wright
> Georgia Bar No.  776592
> Holcomb + Ward, LLP
> *Attorney for Plaintiffs*
> 3399 Peachtree Road NE, Suite 400
> Atlanta, Georgia 30326
> (404) 601-2803 (phone)
> (404)-393-1554 (fax)
> aaron@holcombward.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I have electronically filed the

foregoing **Notice of Appearance of Counsel** and **Certificate of Compliance**

with the Clerk of Court using the CM/ECF system, which will automatically

send email notification of such filing to the following attorneys of record:


Cristina M. Correia
Josiah B. Heidt
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334

Overtis Hicks Brantley
Bennett D. Bryan
DeKalb County Law Department
1300 Commerce Drive
5th Floor
Decatur, GA 30030

Daniel W. White
Haynie, Litchfield, Crane & White
PC 222 Washington Avenue
Marietta, Georgia 30060

Kaye  W. Burwell
Fulton County Attorney's Office
141 Pryor Street SW
Suite 4038
Atlanta, GA 30303

I further certify that I have served, by electronic mail, the following

non- cm/ecf participants:

Rep. Karen Handel
U.S. Congressional District 6
c/o Anne Lewis, Esq.
awl@sbllaw.net

Jon Ossoff
Candidate for Congress c/o
Russell Waldon, Esq.
rwaldon@wachp.com

This 21st day of August, 2017.

/s/Aaron Wright
Aaron Wright
Georgia Bar No.  776592
Holcomb + Ward, LLP
*Attorney for Plaintiffs*
3399 Peachtree Road NE, Suite 400
Atlanta, Georgia 30326
(404) 601-2803 (phone)
(404)-393-1554 (fax)
aaron@holcombward.com