# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 1:17cv2989-AT |
| BRIAN P. KEMP, et al. ) | |
| ) | |
| Defendants. ) | |

## ACKNOWLEDGEMENT AND RECEIPT OF ACCEPTANCE OF SERVICE

By and through her undersigned counsel, Defendant Jessica Brooks has accepted service of Plaintiffs' **Summons** and **Verified Complaint for Declaratory Relief, Injunctive Relief, Writ of Mandamus, and Plaintiff's Amended Complaint** in the above-styled case pursuant to FRCP Rule 4 as if personal service was perfected upon Ms. Brooks herself.

Defendant Brooks acknowledges receipt of the Plaintiffs' request that she waive service of the summons and complaint in the above-styled action. She agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that she be served with judicial process in the manner provided elsewhere under Rule 4. Defendant Brooks does not waive any

affirmative defenses as to the jurisdiction of this Court except as to service of process.

This 21st day of August 2017.

/s/Daniel W. White
Daniel W. White
Georgia Bar No. 153033
Haynie Litchfield, Crane & White, PC
222 Washington Avenue
Marietta, GA 30060
dwhite@hlclaw.com
*Attorney for Cobb County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I electronically filed the foregoing ACKNOWLEDGEMENT AND RECEIPT OF ACCEPTANCE OF SERVICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

BRYAN WARD, *Attorney for Plaintiffs*

CHRISTOPHER M. CARR, Attorney General
CRISTINA M. CORREIA, Assistant Attorney General
ELIZABETH A. MONYAK, Assistant Attorney General
JOSIAH B. HEIDT, Assistant Attorney General
*Attorneys for State Defendants*

OVERTIS HICKS BRANTLEY
BENNETT D. BRYAN
*Attorneys for DeKalb County Defendants*

PATRISE M. PERKINS-HOOKER
KAYE BURWELL
CHERYL RINGER
*Attorneys for Fulton County Defendants*

I hereby certify that I have mailed by United States Postal Service the document to the following parties who have not yet appeared for notice purposes on CM/ECF system:

3

Rep. Karen Handel
U.S. Congressional District 6
85C Mill Street
Suite 300
Roswell, GA 30076

Russell D. Waldon
900 Circle 75 Parkway
Suite 1040
Atlanta, GA 30339
*Attorney for Jon Ossoff*

/s/Daniel W. White
DANIEL W. WHITE
Georgia Bar No. 153033
*Attorney for Defendant Cobb County Board of Elections*

HAYNIE, LITCHFIELD, CRANE & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlclaw.com