# HAYNIE, LITCHFIELD, CRANE, & WHITE, P. C.
### ATTORNEYS AT LAW
### 222 WASHINGTON AVENUE
## MARIETTA, GEORGIA 30060

DOUGLAS R. HAYNIE
GREGG E. LITCHFIELD
STEPHEN T. CRANE
DANIEL W. WHITE

TELEPHONE 422-8900
AREA CODE 770
TELECOPIER 424-8900

dhaynie@hlclaw.com
gel@hlclaw.com
scrane@hlclaw.com
dwhite@hlclaw.com

August 21, 2017

Ms. Amy McConochie
Courtroom Deputy Clerk to Hon. Judge Amy Totenberg
U.S. District Court Northern District of Georgia
2388 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309
*via email and First Class Mail*

   Re: *Donna Curling, et al. v. Brian Kemp, et al.,* US District Court for Northern District of Georgia, Civil Action No. 1:17-cv-02989-AT

Dear Ms. McConochie,

  I am lead counsel for the Cobb County Board of Elections and all Cobb County defendants in the above styled action. The purpose of this letter is to request a leave of absence, pursuant to Local Rule of Court LR 83.1(E)(3), and specifically to request that the above styled case not be placed on a calendar during the following periods of absence (the purpose of the leave is indicated by each date):

    September 7-11, 2017 – out-of-state travel

    September 14-15, 2017 – continuing legal education

    September 25-29, 2017 – family vacation

    October 6, 2017 – out-of-state travel

  A copy of the Leave of Absence that has been on file in multiple state courts since late July has been attached hereto. No leave of absence was filed in the U.S. District Court for Northern District of Georgia at that time because counsel had no cases pending before this court. A copy of this request will be served upon opposing counsel in this matter. If you have any questions or concerns regarding this matter please feel free to contact me at any time. Thank you for your attention to this matter.

                 Sincerely,

                  Daniel W. White
                  Georgia Bar. No. 153033

*NOTICE OF LEAVE OF ABSENCE*

TO: All Judges, Clerks of Court and Counsel of Record

FROM: Daniel W. White

RE: **Notice of Leave of Absence**

DATE: July 25, 2017

FILED IN OFFICE
CLERK OF SUPERIOR COURT
CLERK OF STATE COURT
CHEROKEE COUNTY GA

2017 JUL 27 AM 11: 52

PATTY BAKER, CLERK

Comes now, DANIEL W. WHITE, pursuant to Uniform Superior Court Rule 16.1, as amended September 18, 2014, and respectfully notifies all judges before whom he has cases pending, all affected clerks of court and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1.

The period of leave during which time Applicant will be away from the practice of law are as follows:

| |
|---|
| September 7, 2017 through September 11, 2017 for planned travel |
| September 14, 2017 through September 15, 2017 for continuing legal education |
| September 25, 2017 through September 29, 2017 for family vacation |
| October 6, 2017 for planned travel |

2.

All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

This 25th day of July, 2017.

/s/ Daniel W. White
Daniel W. White
Georgia Bar No. 153033

HAYNIE, LITCHFIELD, CRANE & WHITE P.C.
222 Washington Avenue
Marietta, GA 30060
(770) 422-8900

1

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks and opposing counsel listed on the attached Exhibit "A", by depositing same in the U.S. Mail with adequate postage affixed thereto.

This 25th day of July, 2017.

/s/ Daniel W. White
Daniel W. White
Georgia Bar No. 153033

HAYNIE, LITCHFIELD, CRANE & WHITE P.C.
222 Washington Avenue
Marietta, GA 30060
(770) 422-8900

EXHIBIT "A"

| NAME OF CASE AND CASE NUMBER | NAME OF JUDGE, COURT AND COUNTY | OPPOSING COUNSEL |
|---|---|---|
| The City of Marietta, Georgia v. Roshni Enterprises, LLC<br><br>Civil Action File No.: 09-1-00364-48<br><br>Superior Court of Cobb County | Judge Stephen Schuster<br><br>Superior Court of Cobb County<br><br>70 Haynes Street<br>Marietta, GA 30090 | Mr. Mark Forsling<br>Schreeder, Wheeler & Flint, P.C.<br>1100 Peachtree Street<br>Suite 800<br>Atlanta, GA 30309-4516 |
| The City of Canton, Georgia & Cobb County-Marietta Water Authority v. Turner<br><br>Civil Action File No.:<br>Superior Court of Cherokee County | Judge David Cannon<br><br>Superior Court of Cherokee County<br>90 North Street<br>Canton, GA 30114 | Mr. Matthew W. Dominick<br>327 Dahlonega Street, Suite 501<br>Cumming, GA 30040<br><br>Mr. George E. Butler II<br>Law Offices of George E Butler II<br>132 Hawkins Street<br>Dahlonega, GA 30533 |
| The City of Canton, Georgia & Cobb County-Marietta Water Authority v. Ligon<br><br>Civil Action File No.: 08-CV-1056-JH<br><br>Superior Court of Cherokee County | Judge N. Jackson Harris<br><br>Superior Court of Cherokee County<br><br>90 North Street<br>Canton, GA 30114 | Mr. Douglas Flint<br>Flint, Connolly & Walker, LLP<br>131 East Main Street<br>Canton, GA 30114 |
| The City of Canton, Georgia & Cobb County-Marietta Water Authority v. Temple-Inland Land & Timber, LLC<br><br>Civil Action File No.: 08-CV-1055-DC<br><br>Superior Court of Cherokee County | Judge David Cannon<br><br>Superior Court of Cherokee County<br><br>90 North Street<br>Canton, GA 30114 | Mr. Douglas Flint<br>Flint, Connolly & Walker, LLP<br>131 East Main Street<br>Canton, GA 30114 |
| The City of Canton, Georgia & Cobb County-Marietta Water Authority v. Fincher Road Investments, LLLP<br><br>Civil Action File No.: 10-CV-2815-DC<br><br>Superior Court of Cherokee County | Judge David Cannon<br><br>Superior Court of Cherokee County<br><br>90 North Street<br>Canton, GA 30114 | Mr. Douglas Flint<br>Flint, Connolly & Walker, LLP<br>131 East Main Street<br>Canton, GA 30114 |
| Clear Channel Outdoor, Inc., and 1200 Roswell, LLC v. The City of Marietta<br><br>Civil Action File No.: 15-1-1082-52<br><br>Cobb County Superior Court | Judge A. Greg Poole<br><br>Superior Court of Cobb County<br><br>70 Haynes Street<br>Marietta, GA 30090 | Mr. Scott Peters<br>Schreeder, Wheeler & Flint<br>1100 Peachtree Street, NE, Suite 800<br>Atlanta, GA 30309-4516<br><br>Mr. Roy E. Barnes<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, Georgia 30060 |

3

| | | |
|---|---|---|
| The City of Marietta v. Oaktree Corporation, d/b/a Horsetown<br><br>Civil Action File No.: 17-1-01300<br><br>Cobb County Superior Court | Judge Kimberly A. Childs<br><br>Superior Court of Cobb County<br><br>70 Haynes Street<br>Marietta, GA 30090 | Mr. Scott Peters<br>Schreeder, Wheeler & Flint<br>1100 Peachtree Street, NE, Suite 800<br>Atlanta, GA 30309-4516 |
| The City of Marietta v. Stor Master, LLC<br><br>Civil Action File No.: 17-1-01103-48<br><br>Cobb County Superior Court | Judge Stephen Schuster<br><br>Superior Court of Cobb County<br><br>70 Haynes Street<br>Marietta, GA 30090 | Mr. Nicholas Papleacos<br>Chamberlain, Hrdlicka, White, Williams & Aughtry<br>191 Peachtree Street, 34th floor<br>Atlanta, Ga. 30303-1747 |
| Mark Thompson and Three Bears, LLC v. W.E. Contracting, Paradise Landscaping, Inc., Magnum Paving, LLC, et al.<br><br>Civil Action File No.: 17-CV-557<br><br>Bartow County Superior Court | Superior Court of Bartow County<br><br>135 W Cherokee Ave<br>Suite 233<br>Cartersville, Georgia 30120 | Wm. Morgan Akin<br>S. Lester Tate, III<br>W. Matthew Wilson<br>Akin & Tate, PC<br>P.O. Box 878<br>Cartersville, GA 30120 |

4

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I electronically filed the foregoing REQUEST FOR LEAVE OF ABSENCE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

BRYAN WARD, *Attorney for Plaintiffs*

CHRISTOPHER M. CARR, Attorney General
CRISTINA M. CORREIA, Assistant Attorney General
ELIZABETH A. MONYAK, Assistant Attorney General
JOSIAH B. HEIDT, Assistant Attorney General
*Attorneys for State Defendants*

OVERTIS HICKS BRANTLEY
BENNETT D. BRYAN
*Attorneys for DeKalb County Defendants*

PATRISE M. PERKINS-HOOKER
KAYE BURWELL
CHERYL RINGER
*Attorneys for Fulton County Defendants*

I hereby certify that I have mailed by United States Postal Service the document to the following parties who have not yet appeared for notice purposes on CM/ECF system:

Rep. Karen Handel
U.S. Congressional District 6
85C Mill Street
Suite 300
Roswell, GA 30076

Russell D. Waldon
900 Circle 75 Parkway
Suite 1040
Atlanta, GA 30339
*Attorney for Jon Ossoff*

      /s/Daniel W. White
      DANIEL W. WHITE
      Georgia Bar No. 153033
      *Attorney for Defendant Cobb County Board of Elections*

HAYNIE, LITCHFIELD, CRANE & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlclaw.com