IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>BRIAN P. KEMP, et al.; )<br>)<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>FILE NO: 1:17cv02989-AT |

## AMENDED AFFIDAVIT OF DWIGHT BROWER IN SUPPORT OF FULTON COUNTY DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LIMITED AND EXPEDITED DISCOVERY

Dwight Brower, who appeared before the undersigned notary public duly authorized to administer oaths in this state and after being sworn, deposes and says as follows:

1.

I am Dwight Brower. I am more than 21 years old and I am under no legal disability which would prevent me from giving this affidavit. I am giving this

**FURTHER AFFIANT SAYETH NOT.**

Executed in Fulton County, Georgia this 21st day of August, 2017.

_signature_

DWIGHT BROWER
Chief of Elections, Fulton County

SWORN to and subscribed before me this 21 day of August, 2017.

_Felisa Cordy_
Notary Public

My Commission Expires: March, 01 2021