IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al. : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> BRIAN P. KEMP, et al. : <br> : <br> Defendant. : <br> : | CIVIL ACTION FILE NO.: <br> 1:17-cv-2989-AT |

## NOTICE OF APPEARANCE OF COUNSEL

Comes now, Marvin Lim, of the firm of Holcomb + Ward, LLP, being duly admitted to practice law before this Court, and enters this notice of appearance on behalf of the following named plaintiffs in the above-styled civil action:

DONNA CURLING

COALITION FOR GOOD GOVERNANCE

DONNA PRICE

JEFFREY SCHOENBERG

LAURA DIGGES

WILLIAM DIGGES III

RICARDO DAVIS

Respectfully submitted this 21st day of August, 2017.

/s/Marvin Lim
Marvin Lim
Georgia Bar No. 147236
Holcomb + Ward, LLP
*Attorney for Plaintiffs*
3399 Peachtree Road NE, Suite 400
Atlanta, Georgia 30326
marvin@holcombward.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al. | : |
| Plaintiff, | : CIVIL ACTION FILE NO.: |
| | : 1:17-cv-2989-AT |
| vs. | : |
| BRIAN P. KEMP, et al. | : |
| Defendant. | : |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

/s/Marvin Lim
Marvin Lim
Georgia Bar No. 776592
Holcomb + Ward, LLP
*Attorney for Plaintiffs*
3399 Peachtree Road NE, Suite 400
Atlanta, Georgia 30326
(404) 601-2803 (phone)
(404) 393-1554 (fax)
marvin@holcombward.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I have electronically filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Cristina M. Correia
Josiah B. Heidt
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334

Daniel W. White
Haynie, Litchfield, Crane & White, PC
222 Washington Avenue
Marietta, Georgia 30060

Kaye W. Burwell
Cheryl M. Ringer
David R. Lowman
Fulton County Attorney's Office
141 Pryor Street SW
Suite 4038
Atlanta, GA 30303

Overtis Hicks Brantley
Bennett D. Bryan
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030

I further certify that I have served, by electronic mail, the following non- cm/ecf participants:

Rep. Karen Handel
U.S. Congressional District 6
c/o Anne Lewis, Esq.
awl@sbllaw.net

Jon Ossoff
Candidate for Congress
c/o Russell Waldon, Esq.
rwaldon@wachp.com

    This 21st day of August, 2017.

        /s/Marvin Lim
        Marvin Lim
        Georgia Bar No. 147236
        Holcomb + Ward, LLP
        *Attorney for Plaintiffs*
        3399 Peachtree Road NE, Suite 400
        Atlanta, Georgia 30326
        (404) 601-2803 (phone)
        (404) 393-1554 (fax)
        aaron@holcombward.com