# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 1:17cv2989-AT |
| BRIAN P. KEMP, et al. ) | |
| ) | |
| Defendants. ) | |

## ACKNOWLEDGEMENT AND RECEIPT OF ACCEPTANCE OF SERVICE

By and through her undersigned counsel, Defendant Marc Wingate has accepted service of Plaintiffs' **Summons** and **Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus** in the above-styled case pursuant to FRCP Rule 4 as if personal service was perfected upon Mr. Wingate himself.

Defendant Wingate acknowledges receipt of the Plaintiffs' request that he waive service of the summons and complaint in the above-styled action. He agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that he be served with judicial process in the manner provided elsewhere under Rule 4. Defendant Wingate shall be granted the time to answer as provided in FRCP Rule 4(b)(3).

This __21st__ day of August 2017.

          OFFICE OF THE COUNTY ATTORNEY

          /s/ Kaye Burwell
          KAYE BURWELL
          Bar No. 775060
          CHERYL RINGER
          Bar No. 557420
          DAVID LOWMAN
          Bar No. 460298
          Fulton County Attorney's Office
          141 Pryor Street SW Suite 4038
          Atlanta, GA 30303

          *Attorneys for Fulton County Defendants, including Marc Wingate*