# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>BRIAN P KEMP et al.<br><br>  Defendants. | CIVIL ACTION FILE NO.<br>2017-CV-02989-AT |

## DEKALB DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

**DEFENDANTS** Maxine Daniels, Michael Coveny, Anthony Lewis, Leona Perry, Samuel Tillman, and Baoky Vu ("Individual DeKalb Defendants") and Defendant DeKalb County Board of Registrations and Elections ("DeKalb BRE") (together "DeKalb Defendants") hereby oppose Plaintiffs' Motion for Expedited Discovery [Doc. 4] and join in the response briefs filed on behalf of the State Defendants [Doc. 28], the Fulton County Defendants [Doc. 29], and the Cobb County Defendants [Doc. 32] for the following reasons:

1. The election challenge is moot. The DeKalb Defendants incorporate the briefs of the State, Fulton County, and Cobb County Defendants concerning this issue as if fully set forth herein.

2. The DeKalb Defendants are immune from suit and therefore discovery is inappropriate. The DeKalb Defendants incorporate the briefs of the State, Fulton County, and Cobb County Defendants concerning this issue as if fully set forth herein.

3. The DeKalb Defendants object to Plaintiffs' discovery requests to set aside DRE machines used in the April 18, 2017 and June 20, 2017 as an undue hardship. The DeKalb Defendants incorporate the briefs of the State, Fulton County, and Cobb County Defendants concerning this issue as if fully set forth herein.

Respectfully submitted this <u>22nd</u> day of August, 2017.

> LAURA K. JOHNSON
> DEPUTY COUNTY ATTORNEY
> Georgia Bar No. 392090

Terry Phillips
SUPERVISING ATTORNEY
Georgia Bar No. 576865

*/s/ Bennett D. Bryan*
Bennett D. Bryan
ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 157099

Attorneys for Defendant Maxine Daniels

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Bennett D. Bryan
Assistant County Attorney
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011 – Telephone
(404) 371-3024 – Facsmile
bdbryan@dekalbcountyga.gov

–3–

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING et al., | |
|    Plaintiffs, | |
| vs. | CIVIL ACTION FILE NO. 2017-CV-02989-AT |
| BRIAN P KEMP et al. | |
|    Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, I electronically filed the foregoing **RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY** with the Clerk of Court and that I served the opposing counsel by depositing same in the U.S. mail in a properly addressed envelope with adequate postage thereon to ensure delivery, addressed to:

Edward B. Krugman, Esq.
Robert L. Ashe, III, Esq.
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309

Robert A. McGuire, III, Esq.
Robert McGuire Law Firm
2703 Jahn Ave NW, Suite C-7
Gig Harbor, Washington 98335

*/s/Bennett D. Bryan*
Bennett D. Bryan
ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 157099