IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                Plaintiff,        CIVIL ACTION FILE

V.                                                 NO. 2017CV292233

BRIAN P. KEMP, ET AL

                Defendant,

## AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, ROBERT P. RICE, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on August 18, 2017, at 955am, he/she served **The Center for Election Systems at Kennesaw State University**, by serving copies of the below listed documents to Merle King, Executive Director located at 3205 Campus Loop Rd., (Kennesaw State U, Center for Election), Kennesaw, GA 30144,

DOCUMENTS: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated 21 August ,2017

                                              ROBERT P. RICE
                                              Process Server

Sworn to and subscribed before me,
on   8/21 ,2017

_____ Notary Public
MARC ALLEN
NOTARY
EXPIRES
NOV 7, 2019
GWINNETT COUNTY, GEORGIA

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DONNA CURLING, ET AL

                Plaintiff,           CIVIL ACTION FILE

V.                                              NO. 2017CV292233

BRIAN P. KEMP, ET AL

                Defendant,

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, ROBERT P. RICE, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on August 18, 2017, at 955am, he/she personally served **Merle King** located at 3205 Campus Loop Rd., (Kennesaw State U, Center for Election), Kennesaw, GA 30144, with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated 21 August, 2017

                                                _____
                                                ROBERT P. RICE
                                                Process Server

Sworn to and subscribed before me,
on 8/21, 2017

_____ Notary Public

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

DONNA CURLING, ET AL

                      Plaintiff,           CIVIL ACTION FILE

V.                                                NO. 2017CV292233

BRIAN P. KEMP, ET AL

                      Defendant,

### AFFIDAVIT OF SERVICE

PERSONALLY appeared before me, ROBERT P. RICE, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on August 18, 2017, at 930am, he/she served **The Cobb County Board of Elections and Registration** by personally serving Janine Eveler, who is authorized to accept service for The Cobb County Board of Elections and Registration, located at 736 Whitlock Ave., Suite 400, Marietta, GA 30064, with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated 21st August ,2017

                                                                     ROBERT P. RICE
                                                                     Process Server

Sworn to and subscribed before me,
on   8/21 ,2017

_Mar Allard_
Notary Public

EXPIRES
NOV 7, 2019
GWINNETT COUNTY, GEORGIA

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DONNA CURLING, ET AL

                Plaintiff,          CIVIL ACTION FILE
V.                                                  NO. 2017CV292233

BRIAN P. KEMP, ET AL

                Defendant,

**AFFIDAVIT OF SERVICE**

PERSONALLY appeared before me, ROBERT P. RICE, the undersigned officer duly authorized to administer oaths, first being duly sworn, on oath deposes and states that he/she is a citizen of the State of Georgia and 21 years of age or older and is a party having no interest in the above-styled case. Affiant is appointed as process server by this Court by attached Order incorporated herein by reference. Affiant further states that on August 18, 2017, at 930am, he/she personally served **Janine Eveler** located at 736 Whitlock Ave., Suite 400, Marietta, GA 30064,

with the following: **Summons & Verified Complaint for Declaratory Relief, Injunctive Relief, and Writ of Mandamus.**

Dated _21 August_, 2017

                                                    ROBERT P. RICE
                                                    Process Server

Sworn to and subscribed before me,
on _8/21_, 2017

_____ Notary Public