IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) Civil Action File No. 1:17-cv-2989-AT |
| BRIAN KEMP, et al. | ) |
| | ) |
| Defendants. | ) |

## RESPONSE/ANSWER

Thomas Jonathan Ossoff has acknowledged service of plaintiffs' Complaint and Amended Complaint, is neither a plaintiff nor a defendant in this litigation, and makes this special appearance through legal counsel as he has been identified in the caption as one of the "Candidates in Contested Election."

Thomas Jonathan Ossoff respectfully requests that he receive notice through his legal counsel of all Hearings, Orders, etc. and receive copies of all discovery and discovery notices.

Respectfully submitted this 23rd day of August, 2017.

> WALDON ADELMAN CASTILLA
> HIESTAND & PROUT
>
> /s/ Russell D. Waldon
> RUSSELL D. WALDON
> Georgia Bar No.730737
> *Attorney for Thomas Jonathan Ossoff*

1

WALDON ADELMAN CASTILLA
HIESTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 933-7022
 rwaldon@wachp.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using font type of Times New Roman and a point size of 14.

This 23rd day of August, 2017.

                          WALDON ADELMAN CASTILLA
                          HIESTAND & PROUT

                          /s/ Russell D. Waldon
                          RUSSELL D. WALDON
                          Georgia Bar No.730737
                          *Attorney for Thomas Jonathan Ossoff*

WALDON ADELMAN CASTILLA
HIESTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 933-7022
 rwaldon@wachp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2017, I electronically filed the foregoing ANSWER/RESPONSE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>BRYAN WARD, *Attorney for Plaintiffs*
>
>CHRISTOPHER M. CARR, Attorney General
>CRISTINA M. CORREIA, Assistant Attorney General
>ELIZABETH A. MONYAK, Assistant Attorney General
>JOSIAH B. HEIDT, Assistant Attorney General
>*Attorneys for State Defendants*
>
>DANIEL WHITE, *Attorney for Cobb County Board of Elections*

I hereby certify that I have mailed by United States Postal Service the document to the following parties who have not yet appeared for notice purposes on CM/ECF system:

>OVERTIS HICKS BRANTLEY
>BENNETT D. BRYAN
>DeKalb County Law Department
>1300 Commerce Drive, 5th Floor
>Decatur, GA 30030
>*Attorneys for DeKalb County Defendants*

PATRISE M. PERKINS-HOOKER
KAYE BURWELL
CHERYL RINGER
Fulton County Attorney's Office
141 Pryor Street SW, Suite 4038
Atlanta, GA 30303
*Attorneys for Fulton County Defendants*

Rep. Karen Handel
U.S. Congressional District 6
85C Mill Street
Suite 300
Roswell, GA 30076

                WALDON ADELMAN CASTILLA
                HIESTAND & PROUT

                /s/ Russell D. Waldon
                RUSSELL D. WALDON
                Georgia Bar No.730737
                *Attorney for Thomas Jonathan Ossoff*

WALDON ADELMAN CASTILLA
HIESTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 933-7022
rwaldon@wachp.com

5