IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) Civil Action File No. 1:17-cv-2989-AT |
| BRIAN KEMP, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Russell D. Waldon and the law firm of Waldon Adelman Castilla Hiestand & Prout and hereby enters this Notice of Appearance on behalf of Thomas Jonathan Ossoff.

Respectfully submitted this 23rd day of August, 2017.

                                             WALDON ADELMAN CASTILLA
                                             HIESTAND & PROUT

                                             /s/ Russell D. Waldon
                                             RUSSELL D. WALDON
                                             Georgia Bar No.730737
                                             *Attorney for Thomas Jonathan Ossoff*

WALDON ADELMAN CASTILLA
HIESTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 933-7022
 rwaldon@wachp.com

1

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using font type of Times New Roman and a point size of 14.

This 23rd day of August, 2017.

                                        WALDON ADELMAN CASTILLA
                                        HIESTAND & PROUT

                                        /s/ Russell D. Waldon
                                        RUSSELL D. WALDON
                                        Georgia Bar No.730737
                                        *Attorney for Thomas Jonathan Ossoff*

WALDON ADELMAN CASTILLA
HIESTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 933-7022
 rwaldon@wachp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2017, I electronically filed the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

BRYAN WARD, *Attorney for Plaintiffs*

CHRISTOPHER M. CARR, Attorney General
CRISTINA M. CORREIA, Assistant Attorney General
ELIZABETH A. MONYAK, Assistant Attorney General
JOSIAH B. HEIDT, Assistant Attorney General
*Attorneys for State Defendants*

DANIEL WHITE, *Attorney for Cobb County Board of Elections*

I hereby certify that I have mailed by United States Postal Service the document to the following parties who have not yet appeared for notice purposes on CM/ECF system:

OVERTIS HICKS BRANTLEY
BENNETT D. BRYAN
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
*Attorneys for DeKalb County Defendants*

3

PATRISE M. PERKINS-HOOKER
KAYE BURWELL
CHERYL RINGER
Fulton County Attorney's Office
141 Pryor Street SW, Suite 4038
Atlanta, GA 30303
*Attorneys for Fulton County Defendants*

Rep. Karen Handel
U.S. Congressional District 6
85C Mill Street
Suite 300
Roswell, GA 30076

                        WALDON ADELMAN CASTILLA
                        HIESTAND & PROUT


                        /s/ Russell D. Waldon
                        RUSSELL D. WALDON
                        Georgia Bar No.730737
                        *Attorney for Thomas Jonathan Ossoff*

WALDON ADELMAN CASTILLA
HIESTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 933-7022
rwaldon@wachp.com

4