# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-cv-02989-AT**
**Curling et al v. Kemp et al**
**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Chambers on 08/22/2017.

TIME COURT COMMENCED: 3:37 P.M.
TIME COURT CONCLUDED: 4:23 P.M.         COURT REPORTER: Shannon Welch
TIME IN COURT: 00:46                    DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:    Bennett Bryan representing The Dekalb County Board of
                        Registrations and Elections
                        Bennett Bryan representing Anthony Lewis
                        Bennett Bryan representing Baoky N. Vu
                        Bennett Bryan representing Leona Perry
                        Bennett Bryan representing Maxine Daniels
                        Bennett Bryan representing Michael P. Coveny
                        Bennett Bryan representing Samuel E. Tillman
                        Kaye Burwell representing Aaron Johnson
                        Kaye Burwell representing David J. Burge
                        Kaye Burwell representing Mary Carole Cooney
                        Kaye Burwell representing Richard Barron
                        Kaye Burwell representing Stan Matarazzo
                        Kaye Burwell representing Vernetta Nuriddin
                        Cristina Correia representing The Center for Election Systems at
                        Kennasaw State University
                        Cristina Correia representing The State Election Board
                        Cristina Correia representing Brian P. Kemp
                        Cristina Correia representing David J. Worley
                        Cristina Correia representing Merle King
                        Cristina Correia representing Ralph F. (Rusty) Simpson
                        Cristina Correia representing Rebecca N. Sullivan
                        Cristina Correia representing Seth Harp
                        Josiah Heidt representing The Center for Election Systems at
                        Kennasaw State University
                        Josiah Heidt representing The State Election Board
                        Josiah Heidt representing Brian P. Kemp

Josiah Heidt representing David J. Worley
Josiah Heidt representing Merle King
Josiah Heidt representing Ralph F. (Rusty) Simpson
Josiah Heidt representing Rebecca N. Sullivan
Josiah Heidt representing Seth Harp
David Lowman representing The Fulton County Board of Registration and Elections
David Lowman representing Aaron Johnson
David Lowman representing David J. Burge
David Lowman representing Mary Carole Cooney
David Lowman representing Richard Barron
David Lowman representing Stan Matarazzo
David Lowman representing Vernetta Nuriddin
Elizabeth Monyak representing The State Election Board
Elizabeth Monyak representing Brian P. Kemp
Elizabeth Monyak representing David J. Worley
Elizabeth Monyak representing Ralph F. (Rusty) Simpson
Elizabeth Monyak representing Rebecca N. Sullivan
Elizabeth Monyak representing Seth Harp
Cheryl Ringer representing The Fulton County Board of Registration and Elections
Cheryl Ringer representing Aaron Johnson
Cheryl Ringer representing David J. Burge
Cheryl Ringer representing Mary Carole Cooney
Cheryl Ringer representing Richard Barron
Cheryl Ringer representing Stan Matarazzo
Cheryl Ringer representing Vernetta Nuriddin
Russell Waldon representing Thomas Jonathan Ossoff
Bryan Ward representing Coalition for Good Governance
Bryan Ward representing David J. Burge
Bryan Ward representing Donna Curling
Bryan Ward representing Donna Price
Bryan Ward representing Jeffrey Schoenberg
Bryan Ward representing Laura Digges
Bryan Ward representing Ricardo Davis
Bryan Ward representing William Digges
Daniel White representing The Cobb County Board of Elections and Registration
Daniel White representing Darryl O. Wilson
Daniel White representing Fred Aiken
Daniel White representing Janine Eveler
Daniel White representing Jessica Brooks
Daniel White representing Joe Pettit
Daniel White representing Phil Daniell
Aaron Wright representing Coalition for Good Governance
Aaron Wright representing Donna Curling

|  |  |
|---|---|
| | Aaron Wright representing Donna Price |
| | Aaron Wright representing Jeffrey Schoenberg |
| | Aaron Wright representing Laura Digges |
| | Aaron Wright representing Ricardo Davis |
| | Aaron Wright representing William Digges |
| OTHER(S) PRESENT: | Anne Lewis, counsel for Karen Handel |
| | attorney Edward Schwartz, plaintiffs Marilyn Marks and Donna Curling |
| | attorney Sara Hegner |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The parties updated the Court as to the status of service on Defendants. Plaintiff will file a motion for preliminary injunction by August 30, 2017; Defendants' responses are due by September 5, 2017. At the time of filing this motion, Plaintiff is to identify a reasonable timeframe for having the hearing and a short burst of discovery. By close of business on Friday, August 25, 2017, Defendants are to send the Court their schedules for accomplishing the tasks necessary to hold the election (e.g. estimates as to how long is needed to program the voting machines and how far in advance each jurisdiction creates their ballots). These can be separate or joint submissions. By Friday, August 25, 2017, Defense counsel should send Plaintiffs a letter indicating the extent to which they plan to reassert the same arguments as in their previous motions to dismiss. The State Defendants will file a motion to dismiss by Tuesday, August 29, 2017; they may have 50 pages for this motion and Plaintiffs may have 50 pages for their response that is due by Tuesday, September 5, 2017. The County Defendants indicated they may adopt many of the State Defendants arguments, but will file their own separate motions to dismiss; any such motions are due by Tuesday, August 29, 2017. The Court indicated it would not authorize expedited discovery until it reviews the forthcoming motion for preliminary injunctions and motions to dismiss. The parties are to identify any prospective relief issues they believe are not barred. By Thursday, August 31, 2017, Defendants are to provide Plaintiffs the serial numbers for the machines used in the various precincts so that Plaintiff can determine a sample for testing. |