**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 PRYOR STREET, S.W.
SUITE 4038
ATLANTA, GEORGIA 30303

PATRISE PERKINS-HOOKER
COUNTY ATTORNEY



TELEPHONE (404) 612-0246
FACSIMILE (404) 730-6324

August 23, 2017

ATTN: Ms. Amy McConochie
Courtroom Deputy Clerk to Hon. Judge Amy Totenberg
United States District Court of Northern Georgia
1856 Richard B. Russell Federal Building and
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

      Re:    Donna Curling, et al. v. Brian Kemp, et al.
              Civil Action File No.: 1:17-CV-02989-AT

Dear Ms. McConochie,

      Pursuant to Local Rule 83.1(E) (3), please accept this letter as my Request for **Leave of Absence** from **September 14, 2017 through September 18, 2017.** The purpose of this leave is for personal obligations out of town. Please accept this letter as my request that this case not be calendared during the period of absence set forth herein.

Respectfully submitted,

Kaye W. Burwell
Georgia Bar No. 775060


cc:    Anne Lewis
        Bryan Ward
        Russell Waldon
        Aaron Wright
        Bennett Bryan
        Cristina Correia
        Daniel White
        Elizabeth Monyak
        Josiah Heidt
        Marvin Lim