August 24, 2017

ATTN: Ms. Amy  McConochie
Courtroom Deputy Clerk to Hon. Judge Amy Totenberg
United States District Court of Northern
Georgia
1856 Richard B. Russell Federal
Building and United States
Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

Re:   **Donna Curling, et al.  v. Brian Kemp, et al.**
      **Civil Action File No.: l:17-CV-02989-AT**

Dear Ms. McConochie,

Pursuant to Local Rule 83.1(E) (3), please accept this letter as my Request for **Leave of Absence** from **September 14, 2017** and **September 15, 2017.**  The purpose of this leave is for professional obligations out of town. Please accept this letter as my request that this case not be calendared during the period of absence set forth herein.

Respectfully submitted,


**/s/ David L. Lowman_____**
David L. Lowman
Georgia Bar No. 460298
David.lowman@fultoncountyga.gov

cc: Anne Lewis
    Bryan Ward
    Russell Waldon
    Aaron Wright
    Bennett Bryan
    Cristina Correia
    Daniel White
    Elizabeth Monyak
    Josiah Heidt
    Marvin Lim

P:\CALitigation\Elections\Curling, Donna v. Kemp, Brian (Curling II) 1.17-CV-02989-AT- (DRL)\Pleadings\8.24.17 District Court Leave - David R. Lowman.rtf