# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | CA No. 1:17cv02989-AT |
| ) | |
| v. ) | |
| ) | |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE
## OF ELECTION DEADLINES

Pursuant to the Court's instruction of August 22, 2017, the attached exhibits outline critical dates and deadlines involved in preparing for the November 7, 2017 municipal general and special elections. The dates have been provided by the Secretary of State, on behalf of the State Defendants (Exhibit A); the Cobb County Board of Registration and Elections, on behalf of the Cobb County Defendants, (Exhibit B); the DeKalb County Board of Registration and Elections, on behalf of the DeKalb County Defendants, (Exhibit C) and; the Fulton County Department of Registration and Elections, on behalf of the Fulton County Defendants (Exhibit D).

Respectfully submitted,

| | |
|---|---|
| /s/ Bennett Bryan<br>OVERTIS HICKS BRANTLEY<br>BENNETT D. BRYAN<br>DeKalb County Law Department<br>1300 Commerce Drive 5th Floor<br>Decatur, GA 30030<br>Attorneys for DeKalb County Defendants<br><br>/s/Cheryl Ringer<br>PATRISE M. PERKINS-HOOKER<br>KAYE BURWELL<br>CHERYL RINGER<br>Fulton County Attorney's Office<br>141 Pryor Street SW Suite 4038<br>Atlanta, GA 30303<br>Attorneys for Fulton County Defendants<br><br>/s/Daniel White<br>DANIEL W. WHITE<br>Haynie, Litchfield, Crane & White, PC<br>222 Washington Avenue<br>Marietta, Georgia 30060<br>Attorney for Cobb County Defendants | /s/Cristina Correia<br>CHRISTOPHER M. CARR<br>ANNETTE M. COWART<br>RUSSELL D. WILLARD<br>CRISTINA M. CORREIA<br>ELIZABETH A. MONYAK<br>JOSIAH B. HEIDT<br>Georgia Department of Law<br>40 Capitol Square SW<br>Atlanta, GA  30334<br>Attorneys for State Defendants |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the forgoing Defendants' Notice of Election Deadlines was prepared in 14-point Times New Roman in compliance with Local Rules 5.1(C) and 7.1(D).

**ATTACHMENT A**

**State Defendants' 2017 Election Preparation Timetable**

Municipal Election- There are approximately 540 municipalities in Georgia. Mayor, city council, and school board seats (for municipalities with school systems) are up for election in this cycle. There are also special elections to fill vacancies on both November 7, 2017 (Fulton County Commission Chair and other seats that have been vacated) and September 19, 2017 (Lincoln County Sheriff) and runoffs, if necessary, respectively on October 17, 2017 and December 5, 2017

Municipal General Election Date- November 7, 2017 (Runoff- December 5, 2017)

Supplemental List Created and sent to Counties- October 23 – October 27, 2017

In-Person Early Voting Begins- October 16, 2017

Absentee Ballots start being sent out- October 16, 2017[1]

Express Poll Pull- October 26, 2017

Voter Registration Deadline- October 10, 2017

Deadline for Logic and Accuracy Testing- October 13, 2017

Deadline to Order Printed Ballots[2]- September 29, 2017

---

[1] In odd-numbered years, absentee ballots start going out 22 days before the election. In even-numbered years, they start going out 45 days before an election.

Database and Ballots Completed by Center for Election Systems- September 25 – September 29, 2017

Proofed Ballot Returned to Center for Election Systems- End of August – September, 2017, Databases will be proofed as they become available.  Must be completed in time to order and print ballots in before the early voting period begins

Center for Election Systems sends Ballot Proof to Counties- End of August – September, 2017

Center for Election Systems finalizes database and ballot proof- End of September, 2017

Poll Worker Training- Throughout September, 2017 (If we were to change how a voter cast a ballot, we would need to train poll workers on that new system)

Write-In Candidate Qualifying- September 1, 2017

Municipal Qualifying- August 21-25, 2017

Center for Election Systems begins building databases and ballot forms- August 23 – September 1, 2017

---

[2] There are approximately 3 vendors that provide printed ballots to counties. In odd-numbered years, there is typically a 2 week turnaround in receiving printed ballots. In even numbered years, with higher volume of printed ballots, there is a longer turnaround time. These vendors serve many states and cannot prioritize Georgia ballots. Large changes to the estimated volume of paper ballots would require close integration with these vendors.

Other issues:

- Reconfiguring polling places—All of the polling places in the state would have to be reconfigured from rooms that can hold 10-100 compact DRE machines with built-in privacy screens to rooms that have booths to allow a voter to complete a ballot by hand. This would be a massive undertaking for larger, densely populated counties. Many locations would have to be moved, which has to be done in time to notify voters at least 30 days in advance.
- Ordering supplies- in addition to tables, chairs, privacy booths, additional ballots, counties will need additional pens, pencils, other forms, envelopes, etc. This will be a disruption to county budgeting processes.

**ATTACHMENT B**

| Dates | Critical Actions |
|---|---|
| August 23 – September 18, 2017 | Ballot information provided to KSU Election Center; KSU builds GEMS database and creates ballot cards for each precinct |
| September 18, 2017 thru September 22, 2017 | Revisions to database and ballot cards based on input from Cobb Board of Elections and Registration |
| September 22, 2017 | Ballot cards finalized and order placed with vendor; memory cards created to begin testing |
| October 9, 2017 | In person Poll Worker training commences. |
| October 12, 2017 – October 15, 2017 | Perform Logic & Accuracy Testing of DREs for Early Voting Polls |
| October 13, 2017 | Absentee Ballots must be mailed out. |
| October 15, 2017 | Setup of DREs at Early Voting location - Early Voting |
| October 16, 2017 thru November 3, 2017 | Early Voting Begin and End dates |
| October 18, 2017 | Stage DREs By Precincts and Allocated Quantities for Logic & Accuracy Testing - Election Day. |
| October 19, 2017 thru October 25, 2017 | Perform Logic & Accuracy Testing DREs and Express Poll Devices- Election Day. |
| October 26, 2017 thru October 27, 2017 | Delivery of DREs to Kennesaw, Austell, and Powder Springs for early voting satellite locations |
| November 1, 2017 thru November 3, 2017 | Delivery of DREs to Election Day Polls |
| November 4, 2017 thru November 5, 2017 | Express Poll Assignment & Distribute Elections Supplies to Poll Managers |
| November 7, 2017 | Municipal General Election – Election Day |

**ATTACHMENT C**

## DeKalb County Election Schedule for 2017 Municipal/Special Election

| Action Item | Date | Comments |
| --- | --- | --- |
| Qualified candidates to CES | September 1 | Municipal Candidates to be added to GEMS database |
| Poll worker training begins | September 11 | |
| Ballot Finalized | September 29 | Delayed pending BOC decision on County E-HOST/SPLOST special election |
| L&A testing of DRE/OS units | Begins October 4 | This is tentative pending negotiations with CES on database availability |
| Registration Deadline | October 10 | |
| Delivery of equipment to advance site | October 12-13 | |
| Poll worker training ends | October 13 | |
| Start of advance voting and mailing absentee ballots | October 16 | |
| Begin delivery of voting equipment to polling places | October 31 | |
| Last day of advance voting | November 3 | |
| Set Express poll units for election day | November 4 | |
| Issue supplies to poll managers | November 5 | |

**ATTACHMENT D**

# FULTON COUNTY CRITICAL DATES ELECTION TIMELINE
# FOR NOVEMBER 7, 2017 ELECTIONS

| *DATES* | CRITICAL ACTIONS |
|---|---|
| *SEPTEMBER 3, 2017* | **ONLINE POLL WORKER TRAINING COMMENCES.  (NUMBER OF POLL WORKERS: 1,772)** |
| *SEPTEMBER 12, 2017 THRU SEPTEMBER 14, 2017* | **DETERMINE THE QUANTITY OF DRE MACHINES NEEDED IN EACH PRECINCT FOR LOGIC & ACCURACY TESTING - EARLY VOTING** |
| *SEPTEMBER 15, 2017 THRU SEPTEMBER 18, 2017* | **GET NEW MEMORY CARDS FOR EACH MACHINE AND DOWNLOAD THE CORRECT PRECINCT'S BALLOT INFORMATION ONTO THE MEMORY CARDS.** |
| *SEPTEMBER 19, 2017 THRU OCTOBER 6, 2017* | **PERFORM LOGIC & ACCURACY TESTING OF DRES FOR EARLY VOTING POLLS.** |
| *SEPTEMBER 18, 2017 THRU SEPTEMBER 20, 2017* | **QUALIFYING PERIOD FOR CHAIRMAN OF THE FULTON COUNTY BOARD OF COMMISSIONERS' ELECTION.** |
| *SEPTEMBER 21, 2017* | **PROVIDE CANDIDATE INFORMATION FOR BALLOTS TO KENNESAW STATE UNIVERSITY.** |
| *OCTOBER 3, 2017* | **IN PERSON POLL WORKER TRAINING COMMENCES.** |
| *OCTOBER 9, 2017 THRU OCTOBER 11, 2017* | **STAGE DRES BY PRECINCTS AND ALLOCATED QUANTITIES FOR LOGIC & ACCURACY TESTING - ELECTION DAY.** |

| | |
|---|---|
| *OCTOBER 10, 2017 THRU OCTOBER 12, 2017* | **DELIVERY OF DRES TO EARLY VOTING SITES - EARLY VOTING.** |
| *OCTOBER 12, 2017 THRU OCTOBER 27, 2017* | **PERFORM LOGIC & ACCURACY TESTING OF DRES AND EXPRESS POLL DEVICES- ELECTION DAY.** |
| *OCTOBER 13, 2017* | **ABSENTEE BALLOTS MUST BE MAILED OUT.** |
| *OCTOBER 16, 2017 THRU NOVEMBER 3, 2017* | **EARLY VOTING START AND THRU DATE - EARLY VOTING.** |
| *OCTOBER 30, 2017 THRU NOVEMBER 6, 2017* | **DELIVERY OF DRES TO ELECTION DAY POLLS.** |
| *NOVEMBER 4, 2017 THRU NOVEMBER 5, 2017* | **EXPRESS POLL ASSIGNMENT & SUPPLY ISSUE.** |

Please note that Fulton County is conducting the following elections on November 7, 2017:

1) City Of Alpharetta Municipal General.

2) City of Atlanta Municipal General.

3) City of College Park Municipal General.

4) City of East Point Municipal General.

5) City of Fairburn Municipal General.

6) City of Johns Creek Municipal General.

7) City of Milton Municipal General.

8) City of Roswell Municipal General.

9) Special Election City of Sandy Springs Municipal General.

10) Special Election Commissioner District 4.

11) Special Election Commissioner District 7.

12) Special Election State Senate District 39 (once the Governor issues the writ).

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **DEFENDANTS' NOTICE OF ELECTION DEADLINES** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Bryan Ward
Marvin Lim
Holcomb + Ward LLP
3399 Peachtree Rd NE, Suite 400
Atlanta, GA 30326
Bryan.Ward@holcombward.com
Marvin@holcombward.com

I further certify that I have served, by electronic mail, the following non-cm/ecf participants:

| | |
|---|---|
| Rep. Karen Handel | Jon Ossoff |
| U.S. Congressional District 6 | Candidate for Congress |
| c/o Anne Lewis, Esq. | c/o Russell Waldon, Esq. |
| awl@sbllaw.net | rwaldon@wachp.com |

This 25st day of August, 2017.

/s/ Cheryl Ringer
Senior Assistant County Attorney