# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,          )
                                )
        Plaintiffs,             )          CA No. 1:17cv02989-AT
                                )
v.                              )
                                )
BRIAN KEMP, et al.,             )
                                )
        Defendants.             )

## DECLARATION OF CHRIS HARVEY

I, Chris Harvey, do hereby declare and state that the following facts are true
and correct to the best of my knowledge, information and belief.

1.

I am over the age of 21 years and am in all ways competent to give
testimony, suffering no physical or mental disabilities.

2.

I am aware of the fact that this declaration is being submitted in support of
the State Defendants' Motion to Dismiss.

3.

I am the Director of Elections for the State Elections Division of the Office
of the Secretary of State.  The Elections Division is responsible for carrying out the

duties of the Secretary of State pertaining to election laws, including compiling and maintaining election results, as well as carrying out other responsibilities.

4.

The individual voting report attached hereto as Exhibits 1 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff Donna Curling. The voting history for Ms. Curling indicates that she did not vote in the June 20, 2017 run-off election for Congressional District 6.

5.

The individual voting report attached hereto as Exhibits 2 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff Donna Price. The voter information for Ms. Price indicates that she resides in Congressional District 4.

6.

The individual voting report attached hereto as Exhibits 3 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff Jeffrey Schoenberg. The voting history for Mr. Schoenberg indicates that he voted by absentee ballot in the June 20, 2017 run-off election for Congressional District 6.

7.

The individual voting report attached hereto as Exhibits 4 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff William Digges.  The voting history for Mr. Digges indicates that he voted by absentee ballot in the June 20, 2017 run-off election for Congressional District 6.

8.

The individual voting report attached hereto as Exhibits 5 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff Laura Digges.  The voting history for Ms. Digges indicates that she voted by absentee ballot in the June 20, 2017 run-off election for Congressional District 6.

9.

The individual voting report attached hereto as Exhibits 6 is a true and accurate copy of the voter information and voting history maintained in the Georgia Voter Registration System for Plaintiff Ricardo Davis.  The voter information for Mr. Davis indicates that he resides in Congressional District 11.

I declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. This _11_ day of August, 2017.

**CHRIS HARVEY**
Director, Division of Elections
Office of the Secretary of State

# EXHIBIT 1

## TO CHRIS HARVEY DECLARATION

08/10/2017

**GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM**

**INDIVIDUAL VOTER REPORT**

Generated By:KRAYBURN

## Voter Current Information

| | |
|---|---|
| Voter Registration #: | 02429474 |
| Name: | CURLING, DONNA ADAMS |
| Race: | White not of Hispanic Origin |
| Gender: | Female |
| Residence Address: | 11200 BOWEN RD<br>ROSWELL 30075 - 2239 |
| Mailing Address: | |
| Voter Status: | Active |
| Status Reason: | |
| Special Designation: | |
| State Districts Information: | CONG   HOUSE   JUDIC   SENAT<br>006    048    ATLA   056 |
| County Districts Information: | COMMI   SCHOL<br>2     1 |
| Municipal Districts Information: | CITYL<br>LRG |

## Election History

| | Voter Name<br>CURLING, DONNA ADAMS. | | Voter Registration #<br>02429474 | | Status<br>ACTIVE | | |
|---|---|---|---|---|---|---|---|

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/08/1988 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 11/03/1992 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 11/05/1996 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 03/18/1997 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |

Page 1 of 2

# Election History

| Voter Name | Voter Registration # | Status |
|---|---|---|
| CURLING, DONNA ADAMS. | 024294/4 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/07/2000 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 03/02/2004 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | | FULTON | Regular | |
| 07/20/2004 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 08/10/2004 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/02/2004 | GENERAL | GENERAL | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/08/2005 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 12/06/2005 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 07/18/2006 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 08/08/2006 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 03/20/2007 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 11/06/2007 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 02/05/2008 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 07/15/2008 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 12/02/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | FULTON | Regular | |
| 11/03/2009 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 11/02/2010 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 11/06/2012 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 05/20/2014 | GEN_PRI_GEN_NP_SPEC ELECTION | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/04/2014 | GEN_SPEC_ELECTION | GENERAL | STATE WIDE | | FULTON | Absentee | |
| 03/01/2016 | MARCH 1, 2016 PPP/SPECIAL ELECTION | PPP | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/08/2016 | NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | GENERAL | STATE WIDE | | FULTON | Absentee | |
| 04/18/2017 | APRIL 18, 2017 FEDERAL SPECIAL ELECTION | SPECIAL ELECTION | STATE WIDE | | FULTON | Absentee | |
| 04/18/2017 | APRIL 18, 2017 SPECIAL ELECTION RUNOFF | SPECIAL ELECTION RUNOFF | STATE WIDE | | FULTON | Absentee | |

# EXHIBIT 2

## TO CHRIS HARVEY DECLARATION

07/05/2017

GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

INDIVIDUAL VOTER REPORT

Generated By:KRAYBURN

## Voter Current Information

| | |
|---|---|
| Voter Registration #: | 02074490 |
| Name: | PRICE, DONNA D |
| Race: | White not of Hispanic Origin |
| Gender: | Female |
| Residence Address: | 650 PEPPERWOOD LN<br>STONE MOUNTAIN 30087 - 5728 |
| Mailing Address: | |
| Voter Status: | Active |
| Status Reason: | |
| Special Designation: | |
| State Districts Information: | CONG   HOUSE   JUDIC   SENAT<br>004     088     STMT    041 |
| County Districts Information: | COMMI   SCHOL   SUPBE   SUPCM<br>4       6       8       7 |
| Municipal Districts Information: | |

## Election History

| | | |
|---|---|---|
| Voter Name<br>PRICE, DONNA D. | Voter Registration #<br>02074490 | Status<br>ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 07/09/1996 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/05/1996 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/03/1998 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/07/2000 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 03/02/2004 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | DEKALB | Regular | |

# Election History

| Voter Name | Voter Registration # | Status |
|---|---|---|
| PRICE, DONNA D. | 02074490 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 07/20/2004 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 08/10/2004 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/02/2004 | GENERAL | GENERAL ELECTION | STATE WIDE | | DEKALB | Regular | |
| 11/23/2004 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 07/18/2006 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 08/08/2006 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 02/05/2008 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 12/02/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 11/02/2010 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/06/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | | DEKALB | Regular | |
| 11/04/2014 | GEN._SPEC. ELECTION | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 03/01/2016 | MARCH 1, 2016 PPP/SPECIAL ELECTION | PPP | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/08/2016 | NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | GENERAL | STATE WIDE | | DEKALB | Regular | |

# EXHIBIT 3

TO CHRIS HARVEY DECLARATION

07/05/2017

GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

Generated By:KRAYBURN

INDIVIDUAL VOTER REPORT

## Voter Current Information

| | |
|---|---|
| Voter Registration #: | 02516356 |
| Name: | SCHOENBERG, JEFFREY |
| Race: | White not of Hispanic Origin |
| Gender: | Male |
| Residence Address: | 1018 WINDING RIDGE CT |
| | DUNWOODY 30338 |

Mailing Address:

Voter Status:            Active

Status Reason:

Special Designation:

State Districts Information:

| CONG | HOUSE | JUDIC | SENAT |
|---|---|---|---|
| 006 | 079 | STMT | 040 |

County Districts Information:

| COMMI | SCHOL | SUPBE | SUPCM |
|---|---|---|---|
| 1 | 1 | 8 | 6 |

Municipal Districts Information: CITYL   SUPCL
                                  1        4

## Election History

| | Voter Name | | Voter Registration # | | Status |
|---|---|---|---|---|---|
| | SCHOENBERG, JEFFREY . | | 02516356 | | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/08/1994 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 03/05/1996 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | REPUBLICAN | DEKALB | Regular | |
| 03/26/1996 | SPECIAL | SPECIAL ELECTION | COUNTY | | DEKALB | Regular | |
| 07/09/1996 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |

Page 1 of 3

# Election History

| Voter Name | Voter Registration # | Status |
|---|---|---|
| SCHOENBERG, JEFFREY . | 025163356 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 08/06/1996 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/05/1996 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 03/18/1997 | SPECIAL | SPECIAL ELECTION | COUNTY | | DEKALB | Regular | |
| 07/21/1998 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 08/11/1998 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | FULTON | Regular | |
| 11/03/1998 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 11/24/1998 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | FULTON | Regular | |
| 02/23/1999 | SPECIAL | SPECIAL ELECTION | COUNTY | | FULTON | Regular | |
| 03/07/2000 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | | FULTON | Regular | |
| 07/18/2000 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | | FULTON | Regular | |
| 11/07/2000 | GENERAL | GENERAL | STATE WIDE | | FULTON | Regular | |
| 03/20/2001 | SPECIAL | SPECIAL ELECTION | COUNTY | | DEKALB | Regular | |
| 08/20/2002 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | | DEKALB | Regular | |
| 09/10/2002 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 03/02/2004 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 07/20/2004 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 08/10/2004 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/02/2004 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/23/2004 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 11/08/2005 | SPECIAL | SPECIAL ELECTION | COUNTY | | DEKALB | Regular | |
| 07/18/2006 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | | DEKALB | Regular | |
| 08/08/2006 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 02/05/2008 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 07/15/2008 | SPECIAL | SPECIAL ELECTION | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 08/05/2008 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 09/16/2008 | SPECIAL | SPECIAL ELECTION | COUNTY | DEMOCRAT | DEKALB | Regular | |
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 12/02/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 07/20/2010 | SPECIAL | SPECIAL ELECTION | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 08/10/2010 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | DEMOCRAT | DEKALB | Regular | |
| 11/02/2010 | GENERAL | GENERAL | STATE WIDE | | DEKALB | Regular | |
| 11/30/2010 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | DEKALB | Regular | |
| 11/08/2011 | SPECIAL | SPECIAL ELECTION | SPECIAL | | DEKALB | Regular | |
| 12/06/2011 | COUNTY SPECIAL ELECTION | SPECIAL ELECTION | STATE WIDE | | DEKALB | Regular | |

# EXHIBIT 4

## TO CHRIS HARVEY DECLARATION

07/05/2017

GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

Generated By:KRAYBURN

INDIVIDUAL VOTER REPORT

## Voter Current Information

| | |
|---|---|
| Voter Registration #: | 03514314 |
| Name: | DIGGES, WILLIAM EDWARD |
| Race: | White not of Hispanic Origin |
| Gender: | Male |
| Residence Address: | 3478 CHASTAIN GLEN LN NE |
| | MARIETTA 30066 - 3479 |
| Mailing Address: | |
| Voter Status: | Active |
| Status Reason: | |
| Special Designation: | |

State Districts Information:

| CONG | HOUSE | JUDIC | SENAT |
|---|---|---|---|
| 006 | 044 | COBB | 032 |

County Districts Information:

| COMMI | SCHOL |
|---|---|
| 3 | 4 |

Municipal Districts Information:

## Election History

| | Voter Name | | | Voter Registration # | | Status | | |
|---|---|---|---|---|---|---|---|---|
| | DIGGES, WILLIAM EDWARD. | | | 03514314 | | ACTIVE | | |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/05/1996 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/03/1998 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/07/2000 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/02/2004 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |

# Election History

| | Voter Name | | Voter Registation # | | Status |
|---|---|---|---|---|---|
| | DIGGES, WILLIAM EDWARD. | | 035143314 | | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 12/02/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Regular | |
| 11/02/2010 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 07/31/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | | COBB | Regular | |
| 11/06/2012 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/04/2014 | GEN._SPEC. ELECTION | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/08/2016 | NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | GENERAL | STATE WIDE | | COBB | Absentee | |
| 04/18/2017 | APRIL 18, 2017 FEDERAL SPECIAL ELECTION | GENERAL | STATE WIDE | | COBB | Absentee | |
| 05/16/2017 | MAY 16, 2017 SENATE DISTRICT 32 SPECIAL RUNOFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Absentee | |
| 06/20/2017 | JUNE 20, 2017 FEDERAL SPECIAL ELECTION RUNOFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Absentee | |

# EXHIBIT 5

## TO CHRIS HARVEY DECLARATION

07/05/2017

# GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

## INDIVIDUAL VOTER REPORT

Generated By:KRAYBURN

## Voter Current Information

| | |
|---|---|
| Voter Registration #: | 03516344 |
| Name: | DIGGES, LAURA MARIE |
| Race: | Other |
| Gender: | Female |
| Residence Address: | 3478 CHASTAIN GLEN LN NE |
| | MARIETTA 30066 - 3479 |

Mailing Address:

Voter Status: Active

Status Reason:

Special Designation:

State Districts Information:

| CONG | HOUSE | JUDIC | SENAT |
|---|---|---|---|
| 006 | 044 | COBB | 032 |

County Districts Information:

| COMMI | SCHOL |
|---|---|
| 3 | 4 |

Municipal Districts Information:

## Election History

| Voter Name | Voter Registration # | Status |
|---|---|---|
| DIGGES, LAURA MARIE | 03516344 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 11/05/1996 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/07/2000 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/02/2004 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |

Page 1 of 2

# Election History

| | Voter Name | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | DIGGES, LAURA MARIE. | Voter Registration # 03516344 | | Status ACTIVE | | |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/20/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Regular | |
| 11/02/2010 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 07/31/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | | COBB | Regular | |
| 11/06/2012 | GENERAL | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/04/2014 | GEN._SPEC. ELECTION | GENERAL | STATE WIDE | | COBB | Regular | |
| 11/08/2016 | NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | GENERAL | STATE WIDE | | COBB | Absentee | |
| 04/18/2017 | APRIL 18, 2017 FEDERAL SPECIAL ELECTION | GENERAL | STATE WIDE | DEMOCRAT | COBB | Absentee | |
| 05/16/2017 | MAY 16, 2017 SENATE DISTRICT 32 SPECIAL RUNOFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Absentee | |
| 06/20/2017 | JUNE 20, 2017 FEDERAL SPECIAL ELECTION RUNOFF | GENERAL ELECTION RUNOFF | STATE WIDE | | COBB | Absentee | |

# EXHIBIT 6

## TO CHRIS HARVEY DECLARATION

07/05/2017

GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM

INDIVIDUAL VOTER REPORT

Generated By:KRAYBURN

## Voter Current Information

| | |
|---|---|
| Voter Registration #: | 04296318 |
| Name: | DAVIS, RICARDO CORYE |
| Race: | Other |
| Gender: | Male |
| Residence Address: | 206 HUNTERS MILL LN |
| | WOODSTOCK 30188 - 3026 |

Mailing Address:

Voter Status: Active

Status Reason:

Special Designation:

| State Districts Information: | CONG | HOUSE | JUDIC | SENAT |
|---|---|---|---|---|
| | 011 | 021 | BLRD | 021 |

| County Districts Information: | COMMI | SCHOL |
|---|---|---|
| | 002 | 003 |

Municipal Districts Information:

## Election History

| | Voter Name | Voter Registration # | Status |
|---|---|---|---|
| | DAVIS, RICARDO CORYE | 04296318 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 03/07/2000 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 07/18/2000 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/07/2000 | GENERAL | GENERAL PRIMARY | STATE WIDE | | CHEROKEE | Regular | |
| 11/28/2000 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | CHEROKEE | Regular | |
| 09/18/2001 | SPECIAL | SPECIAL ELECTION | COUNTY | | CHEROKEE | Regular | |

Page 1 of 2

# Election History

| Voter Name | Voter Registration # | Status |
|---|---|---|
| DAVIS, RICARDO CORYE. | 04296318 | ACTIVE |

| Election Date | Election Name | Election Type | Election Category | Party | Where Voted | How Voted | Challenged |
|---|---|---|---|---|---|---|---|
| 01/22/2002 | SPECIAL | SPECIAL ELECTION | COUNTY | | CHEROKEE | Regular | |
| 08/20/2002 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 09/10/2002 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/05/2002 | GENERAL | GENERAL | STATE WIDE | | CHEROKEE | Regular | |
| 03/02/2004 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | | CHEROKEE | Regular | |
| 07/20/2004 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 08/10/2004 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 07/18/2006 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 08/08/2006 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/07/2006 | GENERAL | GENERAL | STATE WIDE | | CHEROKEE | Regular | |
| 02/05/2008 | PRESIDENTIAL PRIMARY | PPP | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 07/15/2008 | SPECIAL | SPECIAL ELECTION | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/04/2008 | GENERAL | GENERAL | STATE WIDE | | CHEROKEE | Regular | |
| 12/02/2008 | GENERAL RUN-OFF | GENERAL ELECTION RUNOFF | STATE WIDE | | CHEROKEE | Regular | |
| 07/20/2010 | GENERAL PRIMARY | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 08/10/2010 | GENERAL PRIMARY RUN-OFF | GENERAL PRIMARY RUNOFF | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/08/2011 | SPECIAL | SPECIAL ELECTION | COUNTY | | CHEROKEE | Regular | |
| 07/31/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 08/21/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/06/2012 | SPECIAL | SPECIAL ELECTION | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 05/20/2014 | GEN._PRI._GEN_NP_SPEC ELECTION | GENERAL PRIMARY | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 07/22/2014 | GEN_PRI_RUNOFF_GEN_NP RUNOFF_SPEC RUNOFF ELEC. | GENERAL PRIMARY RUNOFF | STATE WIDE | REPUBLICAN | CHEROKEE | Absentee | |
| 11/04/2014 | GEN._SPEC. ELECTION | GENERAL | STATE WIDE | | CHEROKEE | Absentee | |
| 03/01/2016 | MARCH 1, 2016 PPP/SPECIAL ELECTION | PPP | STATE WIDE | REPUBLICAN | CHEROKEE | Regular | |
| 11/08/2016 | NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | GENERAL | STATE WIDE | | CHEROKEE | Absentee | |