UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING,** *et al.* <br><br> Plaintiff, <br><br> v. <br><br> **BRIAN KEMP,** *et al.* <br><br> Defendant. | Civil Action File No. 1:17-cv-2989-AT |

# [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Motion for Extension of Time in which to File Their Motion for a Preliminary Injunction and for Leave to Expand the Page Limit for this Motion,

It is this _____ day of August, 2017 by the United States District Court for the Northern District of Georgia,

**ORDERED**, that Plaintiff's Motion for Extension of Time in which to File Their Motion for Preliminary Injunction and for Leave to Expand the Page Limit for this Motion, be and hereby is GRANTED, and it is further

**ORDERED**, that the parties adhere to the following briefing schedule for the Motion for Preliminary Injunction:

    1.    Plaintiffs' preliminary injunction motion - September 5, 2017;

2

2. Defendants' response – September 11, 2017;

3. Plaintiffs' reply – September 18, 2017; and it is further

**ORDERED**, that Plaintiffs may have up to an additional 15 pages for their Motion and Memorandum in Support.

_____
**Amy Totenberg**
**United States District Court Judge**