IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRIAN P. KEMP, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

On August 31, 2017, the Court held a phone conference with counsel for Plaintiffs and Defendants. The discussion primarily focused on Plaintiffs' motion for additional time to file their motion for preliminary injunction, the scope of relief Plaintiffs seek in this motion, and the serious scheduling issues posed by the Court's review of this matter prior to commencement of early voting on October 16, 2017 and preparations for such voting. The Court requested additional information in connection with the new claim Plaintiffs indicated they sought to add and then took under advisement Plaintiffs' motion for an extension (Doc. 51).

The Court instructed Plaintiffs' counsel to file no later than 12:00 PM on September 1, 2017 their motion to further amend their complaint along with the proposed claim amendment. The Court also advised counsel that it would first

review the supplemental information requested during the phone conference and then issue a schedule for deadlines if the Court granted the Plaintiffs' motion for extension. The Court **GRANTS** the Plaintiffs' extension motion (Doc. 51), contingent on the motion and brief being filed no later than 6:00 PM on September 1, 2017.[1]

The briefing schedule is set forth below. No extensions shall be granted. The schedule includes an additional requirement for the parties to file memoranda, not to exceed 6 pages, addressing the equity, public interest, and harm issues posed by the potential grant of injunctive relief in an election context in as highly compressed a time frame as exists in this case. Counsel are directed to include legal authorities from election cases or directly analogous contexts.

| Item to be filed | Date to be filed |
|---|---|
| Plaintiffs' motion for preliminary injunction | September 1, 2017 (no later than 6:00 PM) |
| Plaintiffs' response to Defendants' original motions to dismiss | September 5, 2017 |
| Defendants' response to Plaintiffs' motion for preliminary injunction | September 7, 2017 |
| Defendants' motions to dismiss Plaintiffs' additional voting privacy claim *(not to exceed 5 pages)* | September 8, 2017 |
| All parties' filing of a memorandum regarding balancing of equity and harm issues (not to exceed 6 pages) that the Court should consider in connection with the issues posed by implementing a remedy on the heels of an election on a highly compressed time schedule. | September 11, 2017 (no later than 1:00 PM) |
| Plaintiffs' response to Defendants | September 11, 2017 |

---

[1] Plaintiffs withdrew their request for an enlargement of the number of pages for the brief in support of the motion.

| | |
|---|---|
| motion to dismiss additional voting privacy claims (not to exceed 5 pages) | |
| Defendants' reply supporting their motions to dismiss (for all claims) | September 12, 2017 |
| Plaintiffs' reply in support of motion for preliminary injunction | September 12, 2017 |

The Court will set a potential hearing date for a preliminary injunction hearing for a date to be determined during the week of September 18, 2017. However, the Court will determine whether such a hearing is appropriate and necessary based on its assessment of the motions and briefs.

**IT IS SO ORDERED** this 1st date of September, 2017.

_____
**Amy Totenberg**
**United States District Judge**