# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Kemp et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 08/31/2017.

TIME COURT COMMENCED: 2:01 P.M.
TIME COURT CONCLUDED: 2:53 P.M.     COURT REPORTER: Shannon Welch
TIME IN COURT: 00:52                DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:   Bennett Bryan representing The Dekalb County Board of Registrations and Elections
Bennett Bryan representing Anthony Lewis
Bennett Bryan representing Baoky N. Vu
Bennett Bryan representing Leona Perry
Bennett Bryan representing Maxine Daniels
Bennett Bryan representing Michael P. Coveny
Bennett Bryan representing Samuel E. Tillman
Kaye Burwell representing Aaron Johnson
Kaye Burwell representing David J. Burge
Kaye Burwell representing Mary Carole Cooney
Kaye Burwell representing Richard Barron
Kaye Burwell representing Stan Matarazzo
Kaye Burwell representing Vernetta Nuriddin
Cristina Correia representing The Center for Election Systems at Kennasaw State University
Cristina Correia representing The State Election Board
Cristina Correia representing Brian P. Kemp
Cristina Correia representing David J. Worley
Cristina Correia representing Merle King
Cristina Correia representing Ralph F. (Rusty) Simpson
Cristina Correia representing Rebecca N. Sullivan
Cristina Correia representing Seth Harp

David Lowman representing The Fulton County Board of Registration and Elections
David Lowman representing Aaron Johnson
David Lowman representing David J. Burge
David Lowman representing Mary Carole Cooney
David Lowman representing Richard Barron
David Lowman representing Stan Matarazzo
David Lowman representing Vernetta Nuriddin
Elizabeth Monyak representing The State Election Board
Elizabeth Monyak representing Brian P. Kemp
Elizabeth Monyak representing David J. Worley
Elizabeth Monyak representing Ralph F. (Rusty) Simpson
Elizabeth Monyak representing Rebecca N. Sullivan Elizabeth Monyak representing Seth Harp
Cheryl Ringer representing The Fulton County Board of Registration and Elections
Cheryl Ringer representing Aaron Johnson
Cheryl Ringer representing David J. Burge
Cheryl Ringer representing Mary Carole Cooney
Cheryl Ringer representing Richard Barron
Cheryl Ringer representing Stan Matarazzo
Cheryl Ringer representing Vernetta Nuriddin
Bryan Ward representing Coalition for Good Governance
Bryan Ward representing David J. Burge
Bryan Ward representing Donna Curling
Bryan Ward representing Donna Price
Bryan Ward representing Jeffrey Schoenberg
Bryan Ward representing Laura Digges
Bryan Ward representing Ricardo Davis
Bryan Ward representing William Digges
Daniel White representing The Cobb County Board of Elections and Registration
Daniel White representing Darryl O. Wilson
Daniel White representing Fred Aiken
Daniel White representing Janine Eveler
Daniel White representing Jessica Brooks
Daniel White representing Joe Pettit
Daniel White representing Phil Daniell

| | |
|---|---|
| OTHER(S) PRESENT: | Edward Schwartz and Joe Caldwell appearing on behalf of Plaintiff's via special dispensation from the Court |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MOTIONS RULED ON: | [51] Motion for Leave to File Excess Pages WITHDRAWN |
| MINUTE TEXT: | The Court granted attorneys Edward Schwartz and Joe Caldwell special dispensation to participate in the conference and deal with the issues in their [37] and [44] Applications for Admission Pro Hac Vice after the hearing. Plaintiffs informed the Court of the type of relief they intend to seek in the motion for preliminary injunction. Plaintiffs indicated they can file the motion for preliminary injunction by 6:00 PM on Friday, September 1, 2017. Counsel for the Defendants voiced their opposition. The Court directed Plaintiffs to file a motion seeking leave to amend the complaint to add the additional claim they seek to pursue by noon on Friday, September 1, 2017. The Court directed Plaintiffs to email the Courtroom Deputy Clerk (and copy defense counsel) the constitutional and statutory provisions they are relying on for this new claim. The Court directed defense counsel to file the transcript of the state court hearing. Discussion was had regarding deadlines. The Court took the parties' positions under advisement. Plaintiffs indicated they no longer seek an enlargement of the page limits for their motion for preliminary injunction. |