IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRIAN KEMP, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

The Court addressed the State Defendants' Motion to Stay All Discovery [Doc. 55] during the course of its conference with counsel on September 1, 2017. As the Court recognized at this conference, the State Defendants (and other defendants asserting immunity defenses) are entitled to the stay of discovery related obligations requested by the State's Motion. *Howe v. City of Enterprise*, 861 F.3d 1300, 1302 (11th Cir. 2017). Therefore, the Court **GRANTS** the State Defendants' Motion to Stay [Doc. 55]. However, as the Court stated during the conference, this is a case of public import, and the Court takes seriously the need to ensure orderly and prompt litigation and resolution of the case. Undue delays in cooperation may cause adverse case management problems and potential costs down the line. Therefore, the Court encourages the parties to address litigation and scheduling issues on an expedited and cooperative basis, though the

Defendants are not legally required to move forward on discovery related matters, including scheduling matters, prior to the Court's ruling on Defendants' motion(s) to dismiss.

**IT IS SO ORDERED** this 5th day of September, 2017.

_____
**Amy Totenberg**
**United States District Judge**