# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-cv-02989-AT**
**Curling et al v. Kemp et al**
**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Chambers on 09/1/2017.

TIME COURT COMMENCED: 3:06 P.M.
TIME COURT CONCLUDED: 3:39 P.M.     COURT REPORTER: Shannon Welch
TIME IN COURT: 00:33                DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:  Bennett Bryan representing The Dekalb County Board of Registrations and Elections
Bennett Bryan representing Anthony Lewis
Bennett Bryan representing Baoky N. Vu
Bennett Bryan representing Leona Perry
Bennett Bryan representing Maxine Daniels
Bennett Bryan representing Michael P. Coveny
Bennett Bryan representing Samuel E. Tillman
Kaye Burwell representing Aaron Johnson
Kaye Burwell representing David J. Burge
Kaye Burwell representing Mary Carole Cooney
Kaye Burwell representing Richard Barron
Kaye Burwell representing Stan Matarazzo
Kaye Burwell representing Vernetta Nuriddin
Cristina Correia representing The Center for Election Systems at Kennasaw State University
Cristina Correia representing The State Election Board
Cristina Correia representing Brian P. Kemp
Cristina Correia representing David J. Worley
Cristina Correia representing Merle King
Cristina Correia representing Ralph F. (Rusty) Simpson
Cristina Correia representing Rebecca N. Sullivan
Cristina Correia representing Seth Harp

|  |  |
|---|---|
|  | David Lowman representing The Fulton County Board of Registration and Elections<br>David Lowman representing Aaron Johnson<br>David Lowman representing David J. Burge<br>David Lowman representing Mary Carole Cooney<br>David Lowman representing Richard Barron<br>David Lowman representing Stan Matarazzo<br>David Lowman representing Vernetta Nuriddin<br>Elizabeth Monyak representing The State Election Board<br>Elizabeth Monyak representing Brian P. Kemp<br>Elizabeth Monyak representing David J. Worley<br>Elizabeth Monyak representing Ralph F. (Rusty) Simpson<br>Elizabeth Monyak representing Rebecca N. Sullivan Elizabeth Monyak representing Seth Harp<br>Bryan Ward representing Coalition for Good Governance<br>Bryan Ward representing David J. Burge<br>Bryan Ward representing Donna Curling<br>Bryan Ward representing Donna Price<br>Bryan Ward representing Jeffrey Schoenberg<br>Bryan Ward representing Laura Digges<br>Bryan Ward representing Ricardo Davis<br>Bryan Ward representing William Digges<br>Daniel White representing The Cobb County Board of Elections and Registration<br>Daniel White representing Darryl O. Wilson<br>Daniel White representing Fred Aiken<br>Daniel White representing Janine Eveler<br>Daniel White representing Jessica Brooks<br>Daniel White representing Joe Pettit<br>Daniel White representing Phil Daniell |
| OTHER(S) PRESENT: | Edward Schwartz and Joe Caldwell appearing on behalf of Plaintiff's via special dispensation from the Court; Anne Lewis representing Karen Handel via special dispensation from the Court |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |

| | |
|---|---|
| MOTIONS RULED ON: | [47] Motion to Dismiss DEEMED MOOT |
| | [48] Motion to Dismiss DEEMED MOOT |
| | [49] Motion to Dismiss DEEMED MOOT |
| | [50] Motion to Dismiss DEEMED MOOT |
| MINUTE TEXT: | The Court granted attorneys Edward Schwartz, Joe Caldwell, and Anne Lewis special dispensation to participate in the conference. Discussion was had regarding scheduling. The Court authorized Plaintiffs to file an amended complaint. The amended complaint is to be filed by September 15, 2017. Defendants' responses are due by September 29, 2017; no extensions will be granted. Plaintiffs' reply brief is due 14 days thereafter, but the Court encouraged Plaintiffs to file it sooner; no extensions will be granted. If Plaintiffs do not file the amended complaint as represented, Defendants have leave to reassert the motions to dismiss that were deemed moot by the Court. The parties are to meet and confer next week on the issue of the litigation hold. |