## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION FILE NO.: |
| ) | 1:17-cv-2989-AT |
| v. ) | |
| ) | |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Vincent R. Russo and the law firm of Robbins Ross Alloy Belinfante Littlefield LLC, 999 Peachtree Street, NE, Suite 1120, Atlanta, Georgia 30309, and hereby enters his appearance as co-counsel for Karen C. Handel in the above-captioned matter.

This 11th day of September, 2017.

*/s/ Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
ROBBINS ROSS ALLOY BELINFANTE
    LITTLEFIELD LLC
999 Peachtree Street, N.E., Suite 1120
Atlanta, Georgia 30309-3996
678-701-9381 (telephone)
404.856.3250 (facsimile)

*Attorneys for Karen C. Handel*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice of Appearance of Counsel has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ *Vincent R. Russo*
Vincent R. Russo

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:17-cv-2989-AT |
| v. | ) | |
| | ) | |
| BRIAN KEMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record for all parties to this matter via electronic notification or otherwise.

Bryan M. Ward, Esq.
bryan.ward@holcombward.com
Aaron Wright, Esq.
aaron@holcombward.com
Marvin Lim, Esq.
marvin@holcombward.com
Attorneys for Plaintiff

Cristina M. Correia, Esq.
Assistant Attorney General
ccorreia@law.ga.gov

Josiah Heidt, Esq.
Assistant Attorney General
jheidt@law.ga.gov
Elizabeth Ahern Monyak, Esq.
Assistant Attorney General
emonyak@law.ga.gov
Attorneys for the State Defendants

Daniel W. White, Esq.
dwhite@hlclaw.com
Attorney for the Cobb County Board of Elections and Registration

Bennett Davis Bryan, Esq.
bdbryan@dekalbcountyga.gov
Attorney for the DeKalb County Board of Voter Registrations and Elections

Cheryl Ringer, Esq.
cheryl.ringer@fultoncountyga.gov
David R. Lowman, Esq.
david.lowman@fultoncountyga.gov
Kaye Woodard Burwell, Esq.
kaye.burwell@fultoncountyga.gov
Attorneys for the Fulton County Board of Registration and Elections

Russell D. Waldon, Esq.
rwaldon@wachp.com
Attorney for Thomas Jonathan Ossoff

This 11th day of September, 2017.

                                                    */s/ Vincent R. Russo*
                                                    Vincent R. Russo
                                                    Georgia Bar No. 242628