# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., )<br>  )<br>  Plaintiffs, )<br>  )<br>v. )<br>  )<br>BRIAN KEMP, et al., )<br>  )<br>  Defendants. ) | CIVIL ACTION FILE NO.:<br>1:17-cv-2989-AT |

## REPRESENTATIVE KAREN C. HANDEL'S
## RESPONSE TO THIS COURT'S SEPTEMBER 15, 2017 ORDER

Pursuant to the Court's September 15, 2017 Order [Doc. 69], counsel for Representative Karen C. Handel notifies the Court that the undersigned agrees to acknowledge service of the amended complaint on behalf of Representative Karen C. Handel. The undersigned has conferred with Plaintiffs' counsel, and the service issue is resolved. An acknowledgment of service on behalf of Representative Karen C. Handel is being filed contemporaneously with this response.

Respectfully submitted this 18th day of September, 2017.

/s/ Vincent R. Russo
Anne W. Lewis
Georgia Bar No. 737490
awl@sbllaw.net
Frank B. Strickland
Georgia Bar No. 687600
fbs@sbllaw.net

Barclay S. Hendrix
Georgia Bar No. 917852
barclay.hendrix@sbllaw.com
STRICKLAND BROCKINGTON
LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, Georgia 30309
678-347-2200 (telephone)
678-347-2210 (facsimile)

Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
ROBBINS ROSS ALLOY BELINFANTE
    LITTLEFIELD LLC
999 Peachtree Street, N.E., Suite 1120
Atlanta, Georgia 30309-3996
678-701-9381 (telephone)
404-856-3250 (facsimile)

*Attorneys for Karen C. Handel*

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Special Appearance of Karen C. Handel, Candidate, has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

                                              */s/ Vincent R. Russo*
                                              Vincent R. Russo

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION FILE NO.: |
| ) | 1:17-cv-2989-AT |
| v. ) | |
| ) | |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **REPRESENTATIVE KAREN C. HANDEL'S RESPONSE TO THIS COURT'S SEPTEMBER 15, 2017 ORDER** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this case.

This 18th day of September, 2017.

/s/ *Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628