# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:17-cv-2989-AT |
| v. | ) | |
| | ) | |
| BRIAN KEMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ACKNOWLEDGMENT OF SERVICE

Due and legal service of the above-styled Amended Complaint upon Representative Karen C. Handel is hereby acknowledged.

Respectfully submitted this 18th day of September, 2017.

                                              */s/ Vincent R. Russo*
                                              Anne W. Lewis
                                              Georgia Bar No. 737490
                                              awl@sbllaw.net
                                              Frank B. Strickland
                                              Georgia Bar No. 687600
                                              fbs@sbllaw.net
                                              Barclay S. Hendrix
                                              Georgia Bar No. 917852
                                              barclay.hendrix@sbllaw.com
                                              STRICKLAND BROCKINGTON
                                              LEWIS LLP
                                              Midtown Proscenium Suite 2200
                                              1170 Peachtree Street NE

Atlanta, Georgia 30309
678-347-2200 (telephone)
678-347-2210 (facsimile)

Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
ROBBINS ROSS ALLOY BELINFANTE
  LITTLEFIELD LLC
999 Peachtree Street, N.E., Suite 1120
Atlanta, Georgia 30309-3996
678-701-9381 (telephone)
404-856-3250 (facsimile)

*Attorneys for Karen C. Handel*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Special Appearance of Karen C. Handel, Candidate, has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

>                             */s/ Vincent R. Russo*
>                             Vincent R. Russo

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION FILE NO.: |
| ) | 1:17-cv-2989-AT |
| v. ) | |
| ) | |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **ACKNOWLEDGMENT OF SERVICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this case.

This 18th day of September, 2017.

*/s/ Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628