# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-cv-02989-AT**
**Curling et al v. Kemp et al**
**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Chambers on 09/20/2017.

TIME COURT COMMENCED: 2:08 P.M.
TIME COURT CONCLUDED: 2:30 P.M.　　COURT REPORTER: Shannon Welch
TIME IN COURT: 00:22　　DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Bennett Bryan representing The Dekalb County Board of Registrations and Elections
Bennett Bryan representing Anthony Lewis
Bennett Bryan representing Baoky N. Vu
Bennett Bryan representing Leona Perry
Bennett Bryan representing Maxine Daniels
Bennett Bryan representing Michael P. Coveny
Bennett Bryan representing Samuel E. Tillman
Kaye Burwell representing Aaron Johnson
Kaye Burwell representing David J. Burge
Kaye Burwell representing Mary Carole Cooney
Kaye Burwell representing Richard Barron
Kaye Burwell representing Stan Matarazzo
Kaye Burwell representing Vernetta Nuriddin
Joe Caldwell, Jr. representing Coalition for Good Governance
Joe Caldwell, Jr. representing David J. Burge
Joe Caldwell, Jr. representing Donna Curling
Joe Caldwell, Jr. representing Donna Price
Joe Caldwell, Jr. representing Jeffrey Schoenberg
Joe Caldwell, Jr. representing Laura Digges
Joe Caldwell, Jr. representing Ricardo Davis
Joe Caldwell, Jr. representing William Digges
Cristina Correia representing The Center for Election Systems at Kennasaw State University
Cristina Correia representing The State Election Board
Cristina Correia representing Brian P. Kemp
Cristina Correia representing David J. Worley
Cristina Correia representing Merle King
Cristina Correia representing Ralph F. (Rusty) Simpson
Cristina Correia representing Rebecca N. Sullivan
Cristina Correia representing Seth Harp

Josiah Heidt representing The Center for Election Systems at Kennasaw State University
Josiah Heidt representing The State Election Board
Josiah Heidt representing Brian P. Kemp
Josiah Heidt representing David J. Worley
Josiah Heidt representing Merle King
Josiah Heidt representing Ralph F. (Rusty) Simpson
Josiah Heidt representing Rebecca N. Sullivan
Josiah Heidt representing Seth Harp
Barclay Hendri  representing Karen C. Handel
David Lowman representing The Fulton County Board of Registration and Elections
David Lowman representing Aaron Johnson
David Lowman representing David J. Burge
David Lowman representing Mary Carole Cooney
David Lowman representing Richard Barron
David Lowman representing Stan Matarazzo
David Lowman representing Vernetta Nuriddin
Elizabeth Monyak representing The State Election Board
Elizabeth Monyak representing Brian P. Kemp
Elizabeth Monyak representing David J. Worley
Elizabeth Monyak representing Ralph F. (Rusty) Simpson
Elizabeth Monyak representing Rebecca N. Sullivan
Elizabeth Monyak representing Seth Harp
Cheryl Ringer representing Aaron Johnson
Cheryl Ringer representing David J. Burge
Cheryl Ringer representing Mary Carole Cooney
Cheryl Ringer representing Richard Barron
Cheryl Ringer representing Stan Matarazzo
Cheryl Ringer representing Vernetta Nuriddin
Vincent Russo representing Karen C. Handel
Edward Schwartz representing Coalition for Good Governance
Edward Schwartz  representing David J. Burge
Edward Schwartz  representing Donna Curling
Edward Schwartz  representing Donna Price
Edward Schwartz  representing Jeffrey Schoenberg
Edward Schwartz  representing Laura Digges
Edward Schwartz  representing Ricardo Davis
Edward Schwartz  representing William Digges
Fran B. Stric  land representing Karen C. Handel
Bryan Ward representing Coalition for Good Governance
Bryan Ward representing David J. Burge
Bryan Ward representing Donna Curling
Bryan Ward representing Donna Price
Bryan Ward representing Jeffrey Schoenberg
Bryan Ward representing Laura Digges
Bryan Ward representing Ricardo Davis
Bryan Ward representing William Digges

Daniel White representing The Cobb County Board of Elections and Registration
Daniel White representing Darryl O. Wilson
Daniel White representing Fred Aiken
Daniel White representing Janine Eveler
Daniel White representing Jessica Brooks
Daniel White representing Joe Pettit
Daniel White representing Phil Daniell

**OTHERS PRESENT:** Russell Waldon respresenting Thomas Jonathan Ossoff

**PROCEEDING CATEGORY:** Telephone Conference(Other Proceeding Non-evidentiary);

**MINUTE TEXT:** Plaintiffs stated that they did drop the contest claim in the recently filed amended complaint and that there were no remaining claims against Karen Handel. Counsel for Handel contended that she should thus be dismissed as a party. By Tuesday, September 26, 2017, the Plaintiffs are to provide Handel's attorney, and notify the Court, as to Plaintiffs' position re the claims against Handel. Discussion was had regarding Defendant Wingate's motion to remand. Plaintiffs will file opposition to the motion to remand. Discussion was had regarding the litigation hold on voting equipment. Plaintiffs will inform Defendants by Friday, September 22, 2017, re what equipment, if any, it believes need to remain subject to the litigation hold.