IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-CV-2989-AT |
| BRIAN P. KEMP, *et al.*, | : |
| | : |
| Defendants. | : |

## **ORDER**

The Court addresses various motions still pending in this matter:

- Plaintiffs' Motion for Leave to Serve Election Contest Defendants and Candidates by Certified Process Server [Doc. 3];

- Plaintiffs' Expedited Motion for Limited Early and Expedited Discovery [Doc. 4]; and

- The State Defendants' Motion to File a Brief in Excess of Twenty-Five Pages [Doc. 6].

The first motion was originally filed in state court and was then automatically filed in this Court when the case was removed on August 8, 2017. Plaintiffs sought leave to serve certain Defendants (against whom they were bringing election contest claims) and affected candidates by special process under state law. This motion is **DENIED** as **MOOT** [Doc. 3], as counsel for all

parties in this case have represented that all parties have been properly served, and as Plaintiffs have filed a Second Amended Complaint deleting their election contest claims.

In the second motion, Plaintiffs sought early and expedited discovery soon after the case was removed because of the time-sensitive nature of their claims at that point. Plaintiffs brought election contest claims regarding the June 2017 run-off special election results for Georgia's 6th Congressional District, and they also sought a preliminary injunction regarding the upcoming November 2017 election cycle. Since then, Plaintiffs have filed a Second Amended Complaint without either of those claims, thus removing the basis for this motion. This motion is therefore **DENIED** as **MOOT** [Doc. 4].

In the third motion, the State Defendants sought leave for additional pages in their initial motion to dismiss the Complaint. This motion is **DENIED** as **MOOT** [Doc. 6], as Defendants' motion to dismiss was already mooted by Plaintiffs' First Amended Complaint.

**IT IS SO ORDERED** this 22nd day of September, 2017.

_____
**Amy Totenberg**
**United States District Judge**