IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | * | |
|     PLAINTIFFS, | * | |
| | * | CASE NO: |
| v. | * | 1:17-cv-02989-AT |
| | * | |
| BRIAN P. KEMP, et al., | * | |
|     DEFENDANTS. | * | |

**THE STATE DEFENDANTS' MOTION TO FILE A BRIEF IN EXCESS OF TWENTY-FIVE PAGES**

State Defendants Secretary of State Brian P. Kemp, State Election Board, State Election Board Members David J. Worley, Rebecca N. Sullivan, Ralph F. Simpson and Seth Harp, and Merle King (collectively the "State Defendants") respectfully request leave to file a Brief in excess of the twenty-five (25) page limit set forth in Local Rule 7.1(D). In support of this Motion, the State Defendants show this Court as follows:

    1. Plaintiffs have filed Second Amended Complaint consisting of one hundred and seventy three (173) paragraphs and including eleven (11) causes of action. Doc. 70. The State Defendants intend to file a Motion to Dismiss the Complaint for lack of subject matter jurisdiction and failure to state a claim pursuant to Federal Rules 12(b)(1), (6).

2. The 173-paragraph Complaint in this case raises a multitude of federal and state claims.  Plaintiffs are asserting constitutional claims under both the United States and the Georgia Constitution, a variety of different state claims, and the issuance of the extraordinary writ of mandamus.

3.  Briefing the legal bases for dismissal of the various individual claims necessarily requires analysis of different areas of federal and state law, each with differing legal standards and applicable law.  The State Defendants, therefore, request that they be given a 25-page extension of the page limit for briefs (allowing the filing of a brief not to exceed 50 pages) so that they can adequately address the legal grounds for dismissal for each of the different claims set forth in the lengthy Complaint.

4.  A proposed Order is attached for the Court's convenience.

For the foregoing reasons, the State Defendants respectfully request that this Court grant their Motion to File a Brief in Excess of Twenty-Five Pages.

                                        Respectfully submitted,

                                        CHRISTOPHER M. CARR
                                        Attorney General               112505

                                        ANNETTE M. COWART   191199
                                        Deputy Attorney General

                                        RUSSELL D. WILLARD   760280
                                        Senior Assistant Attorney General

/s/Cristina M. Correia
CRISTINA M. CORREIA     188620
Assistant Attorney General

/s/Elizabeth A. Monyak
ELIZABETH A. MONYAK     005745
Assistant Attorney General

/s/Josiah B. Heidt
JOSIAH B. HEIDT     104183
Assistant Attorney General

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA  30334
404-656-7063

Attorneys for State Defendants

## CERTIFICATE PURSUANT TO L.R. 7.1D

I hereby certify that this Motion conforms to the requirements of L.R. 5.1C.  This Motion is written in 14 point Times New Roman font.

/s/Cristina M. Correia
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **STATE DEFENDANTS' MOTION TO FILE A BRIEF IN EXCESS OF TWENTY-FIVE PAGES** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 22nd day of September, 2017.

/s/ Cristina Correia
Assistant Attorney General