# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | Civil Action No. |
| Plaintiffs, ) | 1:17-cv-02989-AT |
| ) | |
| v. ) | |
| ) | |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER coming before the Court on motion of the State Defendants seeking to leave to file a brief in support of their Motion to Dismiss the Second Amended Complaint in excess of 25 pages and up to and including 50 pages, the Court being advised of the premises, IT IS HEREBY ORDERED THAT:

The motion is GRANTED.

So ordered this _____ day of _____, 2017.

_____
Amy Totenberg
United States District Judge

Order Prepared By:

Cristina Correia
Assistant Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 656-7063
Email: ccorreia@law.ga.gov