IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>            Plaintiffs,<br><br>      v.<br><br>BRIAN KEMP, ET AL.<br><br>            Defendants. | Civil Action File No. 1:17-cv-2989-AT |

**PLAINTIFFS' UNOPPOSED MOTION TO
CONSOLIDATE DEADLINES FOR PLAINTIFFS'
RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs respectfully move this Court for an order granting this Unopposed Motion to Consolidate Deadlines for Plaintiffs' Responses to Defendants' Motions to Dismiss, and respectfully request that the Court consolidate the deadlines for Plaintiffs to respond to all Defendants' motions to dismiss (Dkt. Nos. 79, 82, 83, and 84) and to set such deadlines as October 13, 2017.

The basis for this motion is more fully set forth in the accompanying Brief in Support of Plaintiffs' Unopposed Motion to Consolidate Deadlines for Plaintiffs' Responses to Defendants' Motions to Dismiss.

Dated: October 2, 2017                    Respectfully submitted,

                                                                 */s/ Bryan M. Ward*_____
                                                                 BRYAN M. WARD
                                                                 Georgia Bar No. 736656
                                                                 MARVIN LIM
                                                                 Georgia Bar No. 147236
                                                                 HOLCOMB + WARD, LLP
                                                                 3399 Peachtree Road NE, Suite 400
                                                                 Atlanta, GA 30326
                                                                 Telephone:  (404) 601-2803
                                                                 Facsimile:  (404) 393-1554

                                                                 EDWARD B. SCHWARTZ (*pro hac vice*)
                                                                 JOE R. CALDWELL, JR. (*pro hac vice*)
                                                                 STEPTOE & JOHNSON, LLP
                                                                 1330 Connecticut Avenue, NW
                                                                 Washington, DC 200036
                                                                 Telephone:  (202) 429-3000
                                                                 Facsimile:  (202) 429-3902

## PROOF OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record through the Court's electronic filing service on October 2, 2017.

                                              /s/ *Bryan M. Ward*
                                              Bryan M. Ward