# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.** <br><br> Plaintiffs, <br><br> v. <br><br> **BRIAN KEMP, ET AL.** <br><br> Defendants. | Civil Action File No. 1:17-cv-2989-AT |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Unopposed Motion to Consolidate Deadlines for Plaintiffs' Response to Defendants' Motions to Dismiss,

It is this _____ day of October 2017 by the United States District Court for the Northern District of Georgia,

**ORDERED**, that Plaintiffs' Unopposed Motion to Consolidate Deadlines for Plaintiffs' Responses to Defendants' Motions to Dismiss, be hereby is GRANTED and it is further

**ORDERED**, that the Plaintiffs' reply brief to the Defendants' motions to dismiss (Dkt. Nos. 79, 82, 83, and 84) is due by October 13, 2017.

_____
**Amy Totenberg**
**United States District Court Judge**