IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>               Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.<br><br>               Defendants. | Civil Action File No. 1:17-cv-2989-AT |

## ORDER

UPON CONSIDERATION of Plaintiffs' Unopposed Motion to Consolidate Deadlines for Plaintiffs' Response to Defendants' Motions to Dismiss,

It is this 3rd day of October 2017 by the United States District Court for the Northern District of Georgia,

**ORDERED**, that Plaintiffs' Unopposed Motion to Consolidate Deadlines for Plaintiffs' Responses to Defendants' Motions to Dismiss, be hereby GRANTED and it is further

**ORDERED**, that the Plaintiffs' response brief to the Defendants' motions to dismiss (Dkt. Nos. 79, 82, 83, and 84) is due by October 13, 2017.

_____
**Amy Totenberg**
**United States District Court Judge**