IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | Civil Action No. |
| Plaintiffs, ) | 1:17-cv-02989-AT |
| ) | |
| v. ) | |
| ) | |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER coming before the Court on motion of the State Defendants seeking leave to file a brief in support of their Motion to Dismiss the Second Amended Complaint in excess of 25 pages and up to and including 50 pages, the Court being advised of the premises, IT IS HEREBY ORDERED THAT:

The motion is GRANTED.

So ordered this 10th day of October, 2017.

_____
Amy Totenberg
United States District Judge