IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>          Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.<br><br>          Defendants. | Civil Action File No. 1:17-cv-2989-AT |

**PLAINTIFFS' MOTION TO FILE
A BRIEF IN EXCESS OF TWENTY-FIVE PAGES**

Plaintiffs respectfully move this Court for an order granting this Motion to File a Brief in Excess of Twenty-Five Pages, and respectfully request that the Court grant Plaintiffs leave to file a brief in support of Plaintiffs' Response to Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint in excess of twenty-five pages and not to exceed ninety pages.

The basis for this motion is more fully set forth in the accompanying Brief in Support of Plaintiffs' Motion to File a Brief in Excess of Twenty-Five Pages.

Dated: October 13, 2017          Respectfully submitted,

/s/ Edward B. Schwartz
/s/ Bryan M. Ward

BRYAN M. WARD
Georgia Bar No. 736656
MARVIN LIM
Georgia Bar No. 147236
HOLCOMB + WARD, LLP
3399 Peachtree Road NE, Suite 400
Atlanta, GA 30326
Telephone:  (404) 601-2803
Facsimile:  (404) 393-1554

EDWARD B. SCHWARTZ (*pro hac vice*)
JOE R. CALDWELL, JR. (*pro hac vice*)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 200036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902

## PROOF OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorneys of record through the Court's electronic filing service on October 13, 2017.

*/s/* Edward B. Schwartz
EDWARD B. SCHWARTZ
/s/ Bryan M. Ward
BRYAN M. WARD

3