|  |  |
|---|---|
| **DONNA CURLING, ET AL.**<br><br>            Plaintiff,<br><br>v.<br><br>**BRIAN KEMP, ET AL.**<br><br>            Defendant. | **Civil Action File No. 1:17-cv-2989-AT** |

# [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Motion to File a Brief in Excess of Twenty-Five Pages,

It is this _____ day of October, 2017 by the United States District Court for the Northern District of Georgia,

**ORDERED**, that Plaintiffs' Motion to File a Brief in Excess of Twenty-Five Pages, be hereby GRANTED.

_____
**Amy Totenberg
United States District Court Judge**