IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRIAN P. KEMP, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion for Leave to File Excess Pages [Doc. 90]. Plaintiffs seek to file a 90-page memorandum in response to Defendants' motions to dismiss. Plaintiffs requested the additional pages on the same day their response was due, October 13, 2017.

The Court will allow Plaintiffs to file a 75-page response brief. While Plaintiffs correctly point out that that the State Defendants were allowed to file a 50-page motion to dismiss (which, in addition to the County Defendants' three motions to dismiss, cumulatively totals 106 pages for all Defendants' briefs), several of Defendants' arguments are overlapping and do not warrant a 90-page response. Moreover, the Court has already instructed the parties in this case to ask for additional pages in advance of filing their motions, especially given the tight time frame in which Plaintiffs seek relief in this matter. The Court is not

inclined to grant requests for additional pages filed on the same day the brief is due.

Thus, the Court **GRANTS IN PART** Plaintiffs' motion for additional pages [Doc. 90]. Plaintiffs shall file their 75-page response brief no later than October 20, 2017 at 4:30 P.M. The Court expects the response brief to be a condensed version of the currently filed brief, not a revised version with new or additional arguments. Defendants' time to file their reply brief(s) is extended to October 30, 2017.

**IT IS SO ORDERED** this 18th day of October, 2017.

_____
**Amy Totenberg**
**United States District Judge**