IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al.,<br>    PLAINTIFFS, | *<br>* | |
| | * | CASE NO: |
| v. | * | 1:17-cv-02989-AT |
| | * | |
| BRIAN P. KEMP, et al.,<br>    DEFENDANTS. | *<br>* | |

### THE STATE DEFENDANTS' MOTION TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES

State Defendants Secretary of State Brian P. Kemp, State Election Board, State Election Board Members David J. Worley, Rebecca N. Sullivan, Ralph F. Simpson and Seth Harp, and Merle King (collectively the "State Defendants") respectfully request leave to file a Brief in excess of the fifteen (15) page limit set forth in Local Rule 7.1(D).  In support of this Motion, the State Defendants show this Court as follows:

1.  Plaintiffs have filed Response Brief to Defendants' motions to dismiss that is 71 pages in length.  Doc. 93.

2.  In order to fully address the arguments advanced in Plaintiffs' Memorandum in Opposition to Defendants' Motions to Dismiss, the State Defendants request leave to file a brief that is thirty (30) pages in length.

1

3. A proposed Order is attached for the Court's convenience.

For the foregoing reasons, the State Defendants respectfully request that this Court grant their Motion to File a Brief in Excess of Fifteen Pages.

        Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER M. CARR | |
| Attorney General | 112505 |
| | |
| ANNETTE M. COWART | 191199 |
| Deputy Attorney General | |
| | |
| RUSSELL D. WILLARD | 760280 |
| Senior Assistant Attorney General | |

/s/Cristina M. Correia
CRISTINA M. CORREIA   188620
Assistant Attorney General

/s/Elizabeth A. Monyak
ELIZABETH A. MONYAK   005745
Assistant Attorney General

JOSIAH B. HEIDT   104183
Assistant Attorney General

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA  30334
404-656-7063

Attorneys for State Defendants

## CERTIFICATE PURSUANT TO L.R. 7.1D

I hereby certify that this Motion conforms to the requirements of L.R. 5.1C.  This Motion is written in 14 point Times New Roman font.

        /s/Cristina M. Correia
         Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **STATE DEFENDANTS' MOTION TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 27th day of October, 2017.

      /s/ Cristina Correia
      Assistant Attorney General