IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | CA No. 1:17cv02989-AT |
| ) | |
| v. ) | |
| ) | |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF CONSENT
TO WITHDRAW AS COUNSEL AND
NOTICE OF SUBSTITUTION OF COUNSEL

Come now the undersigned counsel for Defendants Secretary of State and Chair of the State Election Board, Brian Kemp, the State Election Board (SEB), and SEB members Rebecca Sullivan, David Worley, Rusty Simpson, and Seth Harp, in both their official and individual capacities, and hereby withdraw as counsel in the above action. Pursuant to Local Rule 83.1E(2)(d), the undersigned hereby notify this Court of their withdrawal as counsel with the Consent of these Defendants. The following counsel is substituted as counsel for these Defendants in this action:

    Roy E. Barnes
    John F. Salter
    Barnes Law Group, LLC
    31 Atlanta Street
    Marietta, GA  30060

Consented to:

/s/ Brian P. Kemp

Brian P. Kemp
Secretary of State and
Chairman of the SEB

Consented to:

_____
Rebecca Sullivan
Member of the SEB

3

Consented to:

_____
David Worley
Member of the SEB

Consented to:

*/s/ Ralph F. Simpson*

Ralph F. "Rusty" Simpson
Member of the SEB

Consented to:

_____
Seth Harp
Member of the SEB

/s/*John F. Salter*
Roy E. Barnes
John F. Salter
Barnes Law Group LLC
31 Atlanta Street
Marietta, GA  30060

Counsel for Defendants
Brian P. Kemp, Rebecca
Sullivan, David Worley,
Rusty Simpson, and
Seth Harp

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General                112505

ANNETTE M. COWART              191199
Deputy Attorney General

RUSSELL D. WILLARD             760280
Senior Assistant Attorney General

/s/Cristina M. Correia
CRISTINA M. CORREIA            188620
Assistant Attorney General

/s/Elizabeth A. Monyak
ELIZABETH A. MONYAK            005745
Assistant Attorney General

/s/Josiah B. Heidt
JOSIAH B. HEIDT                104183
Assistant Attorney General

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA 30334
404-656-7063

8

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **CERTIFICATE OF CONSENT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 3rd day of November, 2017.

/s/ Cristina Correia
Assistant Attorney General