# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| | ) |
| Plaintiffs, | )  CA No. 1:17cv02989-AT |
| | ) |
| v. | ) |
| | ) |
| BRIAN KEMP, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF CONSENT
## TO WITHDRAW AS COUNSEL AND
## NOTICE OF SUBSTITUTION OF COUNSEL

Come now the undersigned counsel for Defendant Merle King, in both his official and individual capacities, and hereby withdraw as counsel in the above action. Pursuant to Local Rule 83.1E(2)(d), the undersigned hereby notify this Court of their withdrawal as counsel with the Consent of Defendant King. The following counsel is substituted as counsel for Mr. King in this action:

Robert Sparks Highsmith Jr.
Holland & Knight LLP
1180 W. Peachtree Street NW, Suite 1800
Atlanta, GA  30309-3407

Consented to:

*[signature]*                                   Nov. 4, 2017
_____
Merle King

3

                /s/Robert S. Highsmith Jr.
                Robert Sparks Highsmith Jr.
                Holland & Knight LLP
                1180 W. Peachtree NW
                Suite 1800
                Atlanta, GA  30309-3407

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General                 112505

ANNETTE M. COWART               191199
Deputy Attorney General

RUSSELL D. WILLARD              760280
Senior Assistant Attorney General

/s/Cristina M. Correia
CRISTINA M. CORREIA             188620
Assistant Attorney General

/s/Elizabeth A. Monyak
ELIZABETH A. MONYAK             005745
Assistant Attorney General

/s/Josiah B. Heidt
JOSIAH B. HEIDT                 104183
Assistant Attorney General

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA  30334
404-656-7063

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **CERTIFICATE OF CONSENT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 3rd day of November, 2017.

/s/ Cristina Correia
Assistant Attorney General