Edward B. Schwartz
202 429 6220
eschwartz@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com



September 29, 2017

*Via Email*

Marilyn R. Marks
Coalition for Good Governance
7035 Marching Duck Drive E504
Charlotte, NC 28210

    Re:  *Curling et al v. Kemp et al:* 17-cv-2989-AT:Notice of Motion to Withdraw

Dear Marilyn:

    I am writing to follow up on our past communications regarding the termination of the Coalition for Good Governance's ("CGG" or "you" or "your") attorney client relationship with Steptoe & Johnson LLP ("Steptoe") in *Curling v. Kemp, et al.*, 1:17-cv-02989-AT (the "Case"). ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ We intend to file a withdrawal motion on October 17, 2017 ███████████████████████████████████████████████████████████████████ we provide you here with the information referenced under Local Rule 83.1(E). ███████████ the Case is before Judge Totenberg and her clerk is Amy McConochie, who can be reached at (404) 215-1437, in the Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309. ████████████████ opposing counsel in this Case are:

Marilyn R. Marks
September 28, 2017
Page 2



<table>
</table>

| | |
|---|---|
| **Cristina Correia**<br>Attorney General's Office-Atlanta<br>Department of Law<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>404-656-7063 | **Josiah Benjamin Heidt**<br>Georgia Department of Law<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>404-656-3389 |
| **Elizabeth Ahern Monyak**<br>Attorney General's Office-Atlanta<br>Suite 668<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>404-463-0816 | **Cheryl Ringer**<br>Office of Fulton County Attorney<br>Fulton County Government Center<br>141 Pryor Street, S.W.<br>Suite 4038<br>Atlanta, GA 30303<br>404-612-0263 |
| **David R. Lowman**<br>Fulton County Attorney's Office<br>141 Pryor Street, SW<br>Suite 4038<br>Atlanta, GA 30303<br>404-612-0246 | **Kaye Woodard Burwell**<br>Office of the Fulton County Attorney<br>Suite 4038<br>141 Pryor Street, S.W.<br>Atlanta, GA 30303<br>404-612-0262 |
| **Bennett Davis Bryan**<br>DeKalb County District Attorney's Office<br>Assistant County Attorney<br>5th Floor<br>1300 Commerce Drive<br>Decatur, GA 30030<br>404-371-3011 | **Daniel Walter White**<br>Haynie Litchfield Crane & White<br>222 Washington Avenue<br>Marietta, GA 30060<br>770-422-8900 |

The Case is pending and will remain in the United States District Court for the Northern District of Georgia, Atlanta Division after the termination of Steptoe's relationship with CGG, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

CGG has the burden of keeping the Court informed respecting where notices, pleadings or other papers may be served: whether to Holcomb + Ward, another counsel, or both. CGG also has the obligation to prepare for trial or have counsel to prepare for trial. If CGG files or refuses to meet these burdens, CGG may suffer adverse consequences.

There are upcoming proceedings scheduled in the Case, as set forth below:

Marilyn R. Marks
September 28, 2017
Page 3



| Deadline Date | Docket No. | Description |
|---|---|---|
| ███ | ███ | ███ |

███

Upon our withdrawal, to the extent that you do not want to receive service through counsel Holcomb + Ward, ███ service of notices may be made upon CGG at 7035 Marching Duck Drive E504 Charlotte, NC 28210. ███ under the Local Rules, if CGG is a corporation, corporations may only be represented in court by an attorney. An attorney must sign all pleadings submitted to the court and a corporate officer may not represent the corporation in court unless that officer is also an attorney licensed to practice law in Georgia. Failure to comply with this rule could result in a default being entered against the corporate party.

███

Sincerely,

Edward B. Schwartz