# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **BRIAN KEMP, ET AL.** ) <br> ) <br> Defendants. ) <br> ) | Civil Action File No. 1:17-cv-2989-AT |

# [PROPOSED] ORDER

UPON CONSIDERATION of Steptoe & Johnson LLP Motion for Permission to Withdraw as Counsel for Plaintiff Coalition for Good Governance (CGG),

It is this _____ day of November, 2017 by the United States District Court for the Northern District of Georgia,

**ORDERED**, that Steptoe & Johnson LLP Motion to Withdraw as Counsel for Plaintiff CGG, is hereby GRANTED.

_____
**Amy Totenberg**
**United States District Court Judge**