# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-cv-02989-AT**
**Curling et al v. Kemp et al**
**Honorable Amy Totenberg**

---

Minute Sheet for proceedings held In Chambers on 11/07/2017.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 11:13 A.M.     COURT REPORTER: Shannon Welch
TIME IN COURT: 00:38                 DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Roy Barnes representing State of Election Board |
| | Roy Barnes representing The State Election Board |
| | Roy Barnes representing Brian P. Kemp |
| | Roy Barnes representing David J. Worley |
| | Roy Barnes representing Ralph F. (Rusty) Simpson |
| | Roy Barnes representing Rebecca N. Sullivan |
| | Roy Barnes representing Seth Harp |
| | Bennett Bryan representing The Dekalb County Board of Registrations and Elections |
| | Bennett Bryan representing Anthony Lewis |
| | Bennett Bryan representing Baoky N. Vu |
| | Bennett Bryan representing Leona Perry |
| | Bennett Bryan representing Maxine Daniels |
| | Bennett Bryan representing Michael P. Coveny |
| | Bennett Bryan representing Samuel E. Tillman |
| | Kaye Burwell representing The Fulton County Board of Registration and Elections |
| | Kaye Burwell representing Aaron Johnson |
| | Kaye Burwell representing David J. Burge |
| | Kaye Burwell representing Mark Wingate |
| | Kaye Burwell representing Mary Carole Cooney |
| | Kaye Burwell representing Richard Barron |
| | Kaye Burwell representing Stan Matarazzo |
| | Kaye Burwell representing Vernetta Nuriddin |
| | Joe Caldwell representing Coalition for Good Governance |
| | Joe Caldwell representing Donna Curling |
| | Joe Caldwell representing Donna Price |
| | Joe Caldwell representing Jeffrey Schoenberg |
| | Joe Caldwell representing Laura Digges |

Joe Caldwell representing Ricardo Davis
Joe Caldwell representing William Digges
Robert Highsmith representing Merle King
David Lowman representing The Fulton County Board of Registration and Elections
David Lowman representing Aaron Johnson
David Lowman representing David J. Burge
David Lowman representing Mark Wingate
David Lowman representing Mary Carole Cooney
David Lowman representing Richard Barron
David Lowman representing Stan Matarazzo
David Lowman representing Vernetta Nuriddin
Cheryl Ringer representing The Fulton County Board of Registration and Elections
Cheryl Ringer representing David J. Burge
Cheryl Ringer representing Mary Carole Cooney
Cheryl Ringer representing Richard Barron
Cheryl Ringer representing Stan Matarazzo
Cheryl Ringer representing Vernetta Nuriddin
John Salter representing State of Election Board
John Salter representing Brian P. Kemp
John Salter representing David J. Worley
John Salter representing Ralph F. (Rusty) Simpson
John Salter representing Rebecca N. Sullivan
John Salter representing Seth Harp
Bryan Ward representing Coalition for Good Governance
Bryan Ward representing David J. Burge
Bryan Ward representing Donna Curling
Bryan Ward representing Donna Price
Bryan Ward representing Edward Curtis Terry
Bryan Ward representing Jeffrey Schoenberg
Bryan Ward representing Laura Digges
Bryan Ward representing Ricardo Davis
Bryan Ward representing William Digges
Daniel White representing The Cobb County Board of Elections and Registration
Daniel White representing Darryl O. Wilson
Daniel White representing Fred Aiken
Daniel White representing Janine Eveler
Daniel White representing Jessica Brooks
Daniel White representing Joe Pettit
Daniel White representing Phil Daniell
\*\* Grant Schnell representing Merle King

| | |
|---|---|
| OTHER(S) PRESENT: | Marilyn Marks of the Coalition for Good Governance |
| PROCEEDING | Telephone Conference(Other Proceeding Non-evidentiary); |

CATEGORY:

MINUTE TEXT:   The Court indicated that the Plaintiffs must file a motion regarding spoliation if they want to pursue that issue. The Court inquired as to what the Defendants had done regarding the wiping of the Kennesaw State University server. The Court encouraged the parties to confer about preservation of evidence. Plaintiffs will circulate a draft order to Defendants and submit a proposed order to the Court by close of business on Monday, November 13, 2017. Counsel for the State Defendants requested oral argument on the pending motions to dismiss. The Court inquired as to whether the parties can stipulate to any items, including facts. The parties are to provide the Court with a joint report not exceeding 4 pages in length summarizing their conversations by close of business on Monday, November 13, 2017.