# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING,** *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | )   **CIVIL ACTION FILE NO.** |
| **v.** | ) |
| | )   **1:17-CV-2989-AT** |
| **BRIAN P. KEMP,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Grant Edward Lavelle Schnell of the law firm of HOLLAND & KNIGHT LLP enters his appearance in the above-captioned case on behalf of Defendant Merle King, in both his official and individual capacities. All court filings and orders can be served on Mr. Schnell at the address set forth below, or via the Court's electronic filing system at the email address below:

> Grant Edward Lavelle Schnell, Esq.
> HOLLAND & KNIGHT, LLP
> Regions Plaza, Suite 1800
> 1180 West Peachtree Street
> Atlanta, Georgia  30309
> Telephone: (404) 817-8500
> Facsimile: (404) 881-0470
> Email: grant.schnell@hklaw.com

This 7th day of November 2017.

**HOLLAND & KNIGHT LLP**

<u>*/s/ Grant Edward Lavelle Schnell*</u>
Grant Edward Lavelle Schnell
Georgia Bar No. 106794
Regions Plaza, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 817-8500
Facsimile:   (404) 881-0470
E-Mail:  grant.schnell@hklaw.com

*Counsel for Defendant Merle King*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document was prepared using Times New Roman font, 14-point type, which is one of the font and print selections approved by the Court in L.R. 5.1(B).

This 7th day of November 2017.

                                          **HOLLAND & KNIGHT LLP**

                                        */s/ Grant Edward Lavelle Schnell*
                                        Grant Edward Lavelle Schnell
                                        Georgia Bar No. 106794

# CERTIFICATE OF SERVICE

I hereby certify that on this day I filed a true and correct copy of the above with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

This 7th day of November 2017.

**HOLLAND & KNIGHT LLP**

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell
Georgia Bar No. 106794