FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 15 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BRIAN KEMP, ET AL.<br><br>　　　　　　Defendant. | Civil Action File No. 1:17-cv-2989-AT |

## PLAINTIFF COALITION FOR GOOD GOVERNANCE'S REQUEST FOR A HEARING AND FOR LEAVE TO BE HEARD REGARDING STEPTOE & JOHNSON'S WITHDRAWAL MOTION

Pursuant to LR 83.1(D)(2), Plaintiff Coalition for Good Governance ("CGG"), a non-profit corporation, respectfully requests leave of this Court to be heard in open court through the person of its lay Executive Director Marilyn R. Marks at a hearing on the pending withdrawal motion filed by CGG's lawyers, who say they are conflicted from further representing CGG in this matter. (ECF #104.)

CGG's response to the withdrawal motion is due Friday, November 17, 2017. CGG has been unsuccessful in its efforts to engage substitute counsel to respond to the motion or to replace Steptoe & Johnson and Holcomb+Ward. CGG thus faces the quandary of choosing between filing no response (since an entity may not appear except through a lawyer), and filing this request to appear through its lay executive director at a hearing in place of filing a written response.

CGG would prefer to request additional time to file a written response through a lawyer, but counsel Holcomb+Ward has refused CGG's instructions to file a request for additional time for CGG to file a written response to Steptoe & Johnson's motion.

Accordingly, CGG respectfully requests that it be allowed to appear and be heard at a hearing. Alternately, CGG respectfully requests an extension of 14 days to file its response to the withdrawal motion.

Dated: November 15, 2017                    Respectfully submitted,

*/s/ Marilyn Marks*

Marilyn Marks
Executive Director
Coalition for Good Governance
(acting *pro se*)
7035 Marching Duck Dr. E504
Charlotte, NC 28210
Marilyn@USCGG.org
704-552-1618

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have filed

**PLAINTIFF COALITION FOR GOOD GOVERNANCE'S REQUEST FOR A HEARING AND FOR LEAVE TO BE HEARD REGARDING STEPTOE & JOHNSON'S WITHDRAWAL MOTION**

with the Clerk of the Court at the Clerk's office, and served the following attorneys of record by US Mail and through email.

**Bryan Myerson Ward**
**Aaron Wright**
**Marvin Lim**
Holcombe and Ward, LLP
Suite 400
3399 Peachtree Road, NE
Atlanta, GA 30326
404-892-5695
Fax: 404-393-1554
Email: bryan.ward@holcombward.com
       aaron@holcombward.com
       marvin@holcombward.com

**Edward Bruce Schwartz**
**Joe Robert Caldwell , Jr.**
Steptoe & Johnson-DC
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
202-429-6220
Email: eschwartz@steptoe.com
Email: jcaldwell@Steptoe.com

**John Frank Salter, Jr.**
**Roy E. Barnes**
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
770-419-8505

Fax: 770-590-8958
Email: john@barneslawgroup.com
Email: Roy@barneslawgroup.com

**Patrise M. Perkins-Hooker**
**Kaye Burwell**
**David Lowman**
**Cheryl Ringer**
Fulton County Attorney's Office
141 Pryor Street SW Suite 4038
Atlanta, GA 30303
cheryl.ringer@fultoncountyga.gov
david.lowman@fultoncountyga.gov
kaye.burwell@fultoncountyga.gov

**Bennett D. Bryan**
DeKalb County Law Department
1300 Commerce Drive 5th Floor
Decatur, GA 30030
bdbryan@dekalbcountyga.gov

**Daniel Walter White**
Haynie Litchfield Crane & White
222 Washington Avenue
Marietta, GA 30060
770-422-8900  Fax: 770-424-8900
Email: dwhite@hlclaw.com

**Robert S. Highsmith**
**Grant Edward Schnell**
Holland & Knight LLP -Atl
One Regions Plaza, Suite 1800
1180 West Peachtree St., N.W.
Atlanta, GA 30309-3407
404-817-8500  Fax: 404-881-0470
Email: robert.highsmith@hklaw.com
Email: grant.schnell@hklaw.com

This 15th day of November, 2017.

_____
Marilyn Marks