IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-CV-2989-AT |
| BRIAN KEMP, *et al.*, | : |
| | : |
| Defendants. | : |

## **ORDER**

This matter is before the Court on Plaintiff Coalition for Good Governance's ("CGG") Request for a Hearing and for Leave to Be Heard Regarding Steptoe & Johnson's Withdrawal Motion [Doc. 109].

Upon review, the Court **GRANTS** CGG's Motion insofar as CGG may have additional time to file a response to Steptoe & Johnson's withdrawal motion. CGG may file a response no later than November 27, 2017. The Clerk is **DIRECTED** to file CGG's response ex parte with the Court. The Clerk is **FURTHER DIRECTED** to mail a copy of this Order to CGG at 7035 Marching Duck Dr. E504, Charlotte, NC 28210, and to also email a copy of this Order to CGG at Marilyn@USCGG.org.

**IT IS SO ORDERED** this 15th day of November, 2017.

_____
**Amy Totenberg**
**United States District Judge**