

**DeKalb County Law Department**

O.V. Brantley
County Attorney

**Chief Executive Officer**
Michael L. Thurmond

**Board of Commissioners**

District 1
Nancy Jester

District 2
Jeff Rader

District 3
Larry Johnson

District 4
Steve Bradshaw

District 5
Mereda Davis Johnson

District 6
Kathie Gannon

District 7
Gregory Adams, Sr.

November 27, 2017

Ms. Amy McConoie, Courtroom Deputy
Clerk for Hon. Amy Totenberg
United States District Court
2388 Richard B. Russell Federal Building
and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

      **REQUEST FOR LEAVE OF ABSENCE**
      Re:    **Donna Curling, et al., v. Brian Kemp, et al.**
            **USDC, NDGA, Civil Action File No. 1:17-CV-02989-AT**
            **(Our File No. 29-0308)**

Dear Ms. McConoie:

    Please accept this letter pursuant to Local Rule 83.1E(3) in regards to leaves of absences. I am lead counsel for Defendant in the above-referenced case, and request that the referenced case not be calendared during the periods of **February 1, 2018 through and including February 5, 2018, May 3, 2018 through and including May 15, 2018 and June 29, 2018 through and including July 9, 2018**, during which time I will be away from the practice of law and taking leave for out of town vacation travel.

    Thank you for your consideration in this matter. Please let me know if I need to provide the court with any further information.

                                  Sincerely,

                              */s/Bennett D. Bryan*
                              Bennett D. Bryan
                              Assistant County Attorney

BDB/gmc

cc:  Cristina Correia (via electronic filing)
     Josiah Benjamin Heidt (via electronic filing)
     Elizabeth Ahern Monyak (via electronic filing)

Cheryl Ringer (via electronic filing)
David R. Lowman (via electronic filing)
Kaye Woodard Burwell (via electronic filing)
Daniel Walter White (via electronic filing)