IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRIAN KEMP, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF LIMITED SCOPE APPEARANCE

William Brent Ney respectfully files and serves this Notice of Limited Scope Appearance pursuant to LR 83.1(D), NDGa and hereby notifies the Court and all other parties that he is appearing as counsel of record for the Coalition for Good Governance ("CGG"), one of the Plaintiffs in the above-styled action, on a limited basis in accordance with Georgia Rules of Professional Conduct Rules 1.2 (a) and (c), for the **sole purpose** of litigating issues related to the withdrawal and/or disqualification of Steptoe & Johnson LLP as counsel and any ancillary urgent matters until such time as CCG is able to retain new counsel to represent it on the merits. The undersigned counsel has not been retained to represent CGG on the litigation of its claims on the merits in this matter and CGG intends to retain other counsel for such purpose.

- 2 -

Dated:  November 27, 2017             Respectfully submitted,

                                      */s/ William Brent Ney*
                                      WILLIAM BRENT NEY
                                      Georgia Bar No. 542519
                                      Attorney for Coalition
                                       for Good Governance


Address:

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
404-842-7232
470-225-6646 (Fax)
william@nhphlaw.com

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the within and foregoing **"Notice of Limited Scope Appearance"** to be served upon all other parties in this action by electronic service via to be served via electronic delivery using the PACER-ECF system as authorized by LR 5.0(A), NDGA upon the following:

Edward B. Schwartz
Joe R. Caldwell, Jr.
Steptoe & Johnson LLP
1330 Connecticut Avenue, Northwest
Washington, District of Columbia 20036
  Attorneys for Plaintiffs, *pro hac vice*

Bryan M.Ward
Marvin Lim
Holcomb +Ward, LLP
3399 Peachtree Road NE, Suite 400
Atlanta, Georgia 30326
Attorneys for Plaintiffs


David R. Lowman
Cheryl Ringer
Kaye Woodard Burwell
Office of Fulton County Attorney
Fulton County Government Center
Suite 4038
141 Pryor Street, Southwest
Atlanta, Georgia 30303
  Attorneys for Defendants

Daniel Walter White
Haynie Litchfield Crane & White
222 Washington Avenue
Marietta, Georgia 30060
  Attorney for Defendants

Bennett Davis Bryan
DeKalb County District Attorney's Office
Assistant County Attorney
5th Floor
1300 Commerce Drive
Decatur, Georgia 30030
  Attorney for Defendants

Grant Edward Schnell
Robert S. Highsmith
Holland & Knight LLP – Atl
One Regions Plaza, Suite 1800
1180 West Peachtree St., NW
Atlanta, Ga 30309
Attorneys for Defendant Merle King

John Frank Salter, Jr.
Roy Barnes
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
Attorneys for Brian P. Kemp, David J.
Worley, Rebecca N. Sullivan,
Ralph F. (Rusty) Simpson, Seth Harp, The
State Election Board

Dated: November 27, 2017                Respectfully submitted,

*/s/ William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
Attorney for Coalition
 for Good Governance