IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRIAN KEMP, ET AL., ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF COALITION FOR GOOD GOVERNANCE'S MOTION
FOR EXPANSION OF TIME TO FILE *EX PARTE* RESPONSE TO
STEPTOE & JOHNSON LLP'S MOTION TO WITHDRAW**

The Coalition for Good Governance ("CGG") respectfully moves the Court to grant an expansion of time until 5:00 p.m. on November 28, 2017 to file CGG's Response to Steptoe & Johnson LLP's Motion to Withdraw. [Docket Entry 104].

On November 15, 2017 the Court ordered CGG to file its Response *ex parte* with the Clerk on November 27, 2017. [Docket Entry 110]. Thereafter, CGG retained the undersigned counsel for the limited purpose of litigating issues related to the withdrawal and/or disqualification of Steptoe & Johnson LLP as counsel and any ancillary urgent matters until such time as CCG is able to retain new counsel to represent it on the merits. On November 27, 2017, immediately before printing and delivering to the Clerk of the Court an extensive Response Brief containing

relevant exhibits, undersigned counsel was informed by Steptoe that Steptoe would voluntarily seek this Court's permission to withdraw from all representation in the case.

This last-minute unanticipated development from Steptoe regarding legal issues central to the CGG Response created the need to make significant changes in documentation that had been readied for filing.  Undersigned counsel had a required court appearance this afternoon, making it impossible to make the appropriate modifications to the Response Brief and physically deliver the paper document to the Clerk of the Court for timely *ex parte* filing before the close of the business today. Therefore, CGG seeks an expansion of time of one business day, until 5:00 p.m. November 28, 2017 for its *ex parte* filing of the referenced Response.


Dated:  November 27, 2017		Respectfully submitted,


				*/s/ William Brent Ney*
				WILLIAM BRENT NEY
				Georgia Bar No. 542519
				Attorney for Coalition
				  for Good Governance

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
404-842-7232
470-225-6646 (Fax)
william@nhphlaw.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The above counsel hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the within and foregoing **"Notice of Limited Scope Appearance"** to be served upon all other parties in this action by electronic service via to be served via electronic delivery using the PACER-ECF system as authorized by LR 5.0(A), NDGA upon the following:

Edward B. Schwartz
Joe R. Caldwell, Jr.
Steptoe & Johnson LLP
1330 Connecticut Avenue, Northwest
Washington, District of Columbia 20036
  Attorneys for Plaintiffs, *pro hac vice*

Bryan M.Ward
Marvin Lim
Holcomb +Ward, LLP
3399 Peachtree Road NE, Suite 400
Atlanta, Georgia 30326
Attorneys for Plaintiffs


David R. Lowman
Cheryl Ringer
Kaye Woodard Burwell
Office of Fulton County Attorney
Fulton County Government Center
Suite 4038
141 Pryor Street, Southwest
Atlanta, Georgia 30303
  Attorneys for Defendants

Daniel Walter White
Haynie Litchfield Crane & White
222 Washington Avenue
Marietta, Georgia 30060
  Attorney for Defendants

Bennett Davis Bryan
DeKalb County District Attorney's Office
Assistant County Attorney
5th Floor
1300 Commerce Drive
Decatur, Georgia 30030
  Attorney for Defendants

Grant Edward Schnell
Robert S. Highsmith
Holland & Knight LLP – Atl
One Regions Plaza, Suite 1800
1180 West Peachtree St., NW
Atlanta, Ga 30309
Attorneys for Defendant Merle King

John Frank Salter, Jr.
Roy Barnes
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
Attorneys for Brian P. Kemp, David J.
Worley, Rebecca N. Sullivan,
Ralph F. (Rusty) Simpson, Seth Harp, The
State Election Board

Dated: November 27, 2017	Respectfully submitted,

*/s/ William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
Attorney for Coalition
 for Good Governance