IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE NO. 1:17-cv-2989-AT |
| BRIAN KEMP, ET AL., | ) |
| | ) |
| **Defendants.** | ) |

## **PROPOSED ORDER**

THIS MATTER, having come before the Court on Coalition for **Good Governance's Motion for Expansion of Time to File *Ex Parte* Response to Steptoe & Johnson LLP's Motion to Withdraw** and good cause having been shown, the Court hereby GRANTS the Motion.  CGG may file its response *ex parte* no later than 5:00 p.m. on November 28, 2017.

SO ORDERED, this _____ day of _____, 2017.

_____
HONORABLE AMY TOTENBERG
Judge, United States District Court
Northern District of Georgia