**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRIAN KEMP, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**COALITION FOR GOOD GOVERNANCE'S MOTION**
**TO STAY ALL PROCEEDINGS FOR THIRTY DAYS**

The Coalition for Good Governance ("CGG"), one of the Plaintiffs herein, respectfully moves this Court for an Order immediately staying all proceedings in this matter for thirty days. This Motion is supported by the attached Brief.

Dated: November 28, 2017         Respectfully submitted,

/s/ *William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
Attorney for Coalition
  for Good Governance

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
404-842-7232
470-225-6646 (Fax)
william@nhphlaw.com