# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRIAN KEMP, ET AL., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

THIS MATTER, having come before the Court on Coalition for Good Governance's Motion to Stay All Proceedings for Thirty Days [Docket Entry No. __], and good cause having been shown, the Court hereby GRANTS the Motion. These proceedings are hereby STAYED for a period of thirty days.

SO ORDERED, this _____ day of _____, 2017.

_____
HONORABLE AMY TOTENBERG
Judge, United States District Court
Northern District of Georgia