IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>    Plaintiffs,<br><br>  v.<br><br>BRIAN KEMP, ET AL.<br><br>    Defendants. | Civil Action File No. 1:17-cv-2989-AT |

**CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFFS DONNA CURLING, COALITION FOR GOOD GOVERNANCE, DONNA PRICE, JEFFREY SCHOENBERG, LAURA DIGGES, WILLIAM DIGGES III, RICARDO DAVIS, AND EDWARD CURTIS TERRY**

COME NOW Bryan Ward, Marvin Lim, Aaron Wright and the law firm of Holcomb + Ward, LLP and, pursuant to Rule 83.1(E) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, file this Certificate of Consent to withdraw as counsel for Plaintiffs Donna Curling, Coalition for Good Governance, Donna Price, Jeffrey Schoenberg, Laura Digges, William Digges III, Ricardo Davis, and Edward Curtis Terry in this action.

As evidenced by their e-signatures below, Donna Curling, Coalition for Good Governance, Donna Price, Jeffrey Schoenberg, Laura Digges, William

Digges III, Ricardo Davis, and Edward Curtis Terry consent to the requested withdrawal of counsel. Each Plaintiff confirmed this consent in writing to the undersigned after reviewing a draft of this Certificate of Consent.

William Ney and Robert McGuire represent the Coalition for Good Governance. The other Plaintiffs have not yet selected new counsel.

Respectfully submitted, this 21st day of December 2017.

      /s/ Bryan M. Ward
BRYAN M. WARD
Georgia Bar No. 736656
MARVIN LIM
Georgia Bar No. 147236
AARON WRIGHT
Georgia Bar No. 776592
HOLCOMB + WARD, LLP
3399 Peachtree Road NE, Suite 400
Atlanta, GA 30326
Telephone: (404) 601-2803
Facsimile: (404) 393-1554

      /s/ Donna Curling
Donna Curling

      /s/ Marilyn Marks
Marilyn Marks
Executive Director

Coalition for Good Governance
7035 Marching Duck Dr. E504
Charlotte, NC 28210
Marilyn@USCGG.org
704-552-1618

 /s/ Donna Price
----
Donna Price


 /s/ Jeffrey Schoenberg
----
Jeffrey Schoenberg


 /s/ Laura Digges
----
Laura Digges


 /s/ William Digges III
----
William Digges III


 /s/ Ricardo Davis
----
Ricardo Davis


 /s/ Edward Curtis Terry
----
Edward Curtis Terry

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**BRIAN KEMP, ET AL.** )<br>)<br>Defendants. )<br>) | Civil Action File No. 1:17-cv-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, a copy of the foregoing Certificate of Consent to Withdraw as Counsel for Plaintiffs Donna Curling, Coalition for Good Governance, Donna Price, Jeffrey Schoenberg, Laura Digges, William Digges III, Ricardo Davis, and Edward Curtis Terry was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Bryan M. Ward
BRYAN M. WARD

4

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>          Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.<br><br>          Defendants. | Civil Action File No. 1:17-cv-2989-AT |

**CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Rule 5.1(C) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, specifically, Times New Roman 14 pt.

                                                      /s/ Bryan M. Ward
                                                      BRYAN M. WARD