Edward B. Schwartz
202 429 6220
eschwartz@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

November 27, 2017

Donna Curling (dcurling0531@gmail.com)

Ricardo Davis (ricardodavis@gaconstitutionparty.org)

Laura Digges (lmdigges@gmail.com)

William Digges, III (wdigges@gmail.com)

Donna Price (donnapricestudio@gmail.com)

Jeffrey Schoenberg (schoenbergjhe@gmail.com)

Edward Curtis Terry (ted.terry.mayor@gmail.com)

Re:   **Notice of Withdrawal from *Curling v. Kemp*, 1:17-cv-02989-AT**

Dear all:

As you know, Steptoe & Johnson LLP represented jointly each of the plaintiffs in *Curling v. Kemp*, Case No. 1:17-cv-02989-AT (N.D. Ga.) ("Case"). As you also know, on November 3, 2017, we moved to withdraw from the representation of one of the plaintiffs, Coalition for Good Governance ("CGG") because, among other things, we could no longer work constructively with Marilyn Marks, the Executive Director of CGG, and because the objectives of CGG and other plaintiffs differ. On behalf of CGG, Ms. Marks has declined to consent to our continuing representation of the remaining plaintiffs in the action. Therefore, under applicable Georgia rules, we intend to withdraw from the representation of all plaintiffs.

This letter provides you the detailed notice of withdrawal under Local Rule 83.1(E). ██████████████████████████████████████████████ we provide you here with all of the information referenced under Local Rule 83.1(E). We will file a withdrawal motion on December 14, 2017, if not substituted before then.

████████████ the Case is pending before Judge Totenberg and her clerk is Amy McConochie, who can be reached at (404) 215-1437, in the Richard B. Russell Federal Building,



Plaintiffs
November 27, 2017
Page 2

2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309. ▌
▌▌▌▌ opposing counsel in this Case are:

|  |  |
|---|---|
| **Roy E. Barnes**<br>Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375 | **John F. Salter**<br>Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375 |
| **Robert Sparks Highsmith, Jr.**<br>Holland & Knight LLP<br>1180 W. Peachtree Street NW<br>Suite 1800<br>Atlanta, GA 30309<br>404-898-8012 | **Cheryl Ringer**<br>Office of Fulton County Attorney<br>Fulton County Government Center<br>141 Pryor Street, S.W.<br>Suite 4038<br>Atlanta, GA 30303<br>404-612-0263 |
| **David R. Lowman**<br>Fulton County Attorney's Office<br>141 Pryor Street, SW<br>Suite 4038<br>Atlanta, GA 30303<br>404-612-0246 | **Kaye Woodard Burwell**<br>Office of the Fulton County Attorney<br>Suite 4038<br>141 Pryor Street, S.W.<br>Atlanta, GA 30303<br>404-612-0262 |
| **Bennett Davis Bryan**<br>DeKalb County District Attorney's Office<br>Assistant County Attorney<br>5th Floor<br>1300 Commerce Drive<br>Decatur, GA 30030<br>404-371-3011 | **Daniel Walter White**<br>Haynie Litchfield Crane & White<br>222 Washington Avenue<br>Marietta, GA 30060<br>770-422-8900 |
| **Anne Ware Lewis**<br>Strickland Brockington Lewis, LLP<br>1170 Peachtree Street, NE<br>Suite 2200, Midtown Prosceium<br>Atlanta, GA 30309-7200<br>678-347-2200 | **Barclay Hendrix**<br>Strickland Brockington Lewis, LLP<br>1170 Peachtree Street, NE<br>Suite 2200, Midtown Prosceium<br>Atlanta, GA 30309-7200<br>678-374-2200 |

Plaintiffs
November 27, 2017
Page 3



| **Frank B. Strickland** | **Vincent Robert Russo, Jr.** |
|---|---|
| Strickland Brockington Lewis, LLP | Robbins Ross Alloy Belinfante Littlefield, LLC -Atl |
| 1170 Peachtree Street, NE | Suite 1120 |
| Suite 2200, Midtown Prosceium | 999 Peachtree Street, N.E. |
| Atlanta, GA 30309-7200 | Atlanta, GA 30309 |
| 678-347-2200 | 404-856-3260 |

The Case is pending and will remain in the United States District Court for the Northern District of Georgia, Atlanta Division after the termination of Steptoe's relationship with the plaintiffs.

You have the burden of keeping the court informed respecting where notices, pleadings, or other papers may be served—whether to Holcomb + Ward, another counsel, or both.  You also have the obligation to prepare for trial or have counsel to prepare for trial.  If you fail or refuse to meet these burdens, you may suffer adverse consequences. The deadline for the close of all discovery in this case is January 20, 2018.[1]

Upon our withdrawal, to the extent that you do not want to receive service through counsel Holcomb + Ward or if Holcomb + Ward no longer serves as your counsel and no other counsel represents you, then we will advise that service of notices may be made upon you. under the Local Rules, if you are a corporation, corporations may only be represented in court by an attorney.  An attorney must sign all pleadings submitted to the court and a corporate officer may not represent the corporation in court unless that officer is also an attorney licensed to practice law in Georgia.  Failure to comply with this rule could result in a default being entered against the corporate party.

Sincerely,

Edward B. Schwartz

cc: Holcomb + Ward
    CGG

---

[1] The court has not entered a scheduling order in this case, but Judge Totenberg set January 20, 2018 as the discovery deadline during a telephonic conference.