## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| **BRIAN KEMP, ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE OF
## ROBERT ALEXANDER MCGUIRE, III

Robert Alexander McGuire, III respectfully files and serves this Notice of Appearance pursuant to LR 83.1(D), NDGa and hereby notifies the Court and all other parties that he is appearing as co-counsel of record for the Coalition for Good Governance ("CGG"), one of the Plaintiffs in the above-styled action.

Dated: January 9, 2018

                                      Respectfully submitted,

                                      */s/ Robert Alexander McGuire, III*
                                      ROBERT ALEXANDER MCGUIRE, III
                                      Washington Bar No. 50649
                                      Admitted *Pro Hac Vice*
                                      *Attorney for Coalition for Good Governance*

Robert McGuire Law Firm
2703 Jahn Avenue NW, Suite C-7
Gig Harbor, Washington 98335

- 2 -

844-318-6730
866-352-1051 (Fax)
ram@lawram.com

/s/William Brent Ney
WILLIAM BRENT NEY
Georgia Bar No. 542519
*Attorney for Coalition for Good Governance*

Ney Hoffecker peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
404-842-7232
470-225-6646 (Fax)
william@nhphlaw.com

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that on January 9, 2018, I caused the within and foregoing **"Notice of Appearance of Robert Alexander McGuire, III"** to be served upon the following ECF participants by electronic service via to be served via electronic delivery using the PACER-ECF system as authorized by LR 5.0(A), NDGA:

**Roy E. Barnes**
Roy@barneslawgroup.com,efilings@barneslawgroup.com,renee@barneslawgroup.com,sholt@barneslawgroup.com,koneill@barneslawgroup.com

**Bennett Davis Bryan**
bdbryan@dekalbcountyga.gov,glmcfadden@dekalbcountyga.gov

**Kaye Woodard Burwell**
kaye.burwell@fultoncountyga.gov,Antwanna.Stinson@fultoncountyga.gov,danette.john@fultoncountyga.gov,wayne.alphonso@fultoncountyga.gov,terry1.allen@fultoncountyga.go

**Joe Robert Caldwell , Jr**
jcaldwell@Steptoe.com

**Cristina Correia**
ccorreia@law.ga.gov

**Josiah Benjamin Heidt**
jheidt@law.ga.gov

**Barclay Hendrix**
barclay.hendrix@sbllaw.com

**Robert S. Highsmith**
robert.highsmith@hklaw.com,courtney.steele@hklaw.com,lynette.foster@hklaw.com,cynthia.pettit@hklaw.com

- 4 -

**Anne Ware Lewis**
awl@sbllaw.net,laila.tehrani@sbllaw.com,barclay.hendrix@sbllaw.com

**David R. Lowman**
david.lowman@fultoncountyga.gov,katina.patterson@fultoncountyga.gov,Jene.Gipson@fultoncountyga.gov

**Robert Alexander McGuire , III**
ram@lawram.com

**William Brent Ney**
william@nhelaw.com

**Cheryl Ringer**
cheryl.ringer@fultoncountyga.gov,Adrienne.Hutcherson@fultoncountyga.gov,Tammy.walton@fultoncountyga.gov

**Vincent Robert Russo , Jr**
vrusso@robbinsfirm.com,rm eier@robbinsfirm.com

**John Frank Salter , Jr**
john@barneslawgroup.com,leigh@barneslawgroup.com,efilings@barneslawgroup.com

**Grant Edward Schnell**
grant.schnell@hklaw.com,cindy.black@hklaw.com

**Edward Bruce Schwartz**
eschwartz@steptoe.com,jpope@steptoe.com

**Frank B. Strickland**
fbs@sbllaw.net,laila.tehrani@sbllaw.net

**Russell Dunn Waldon**
rwaldon@wachp.com

**Bryan Myerson Ward**
bryan.ward@holcombward.com

**Daniel Walter White**
dwhite@hlclaw.com

I further caused a paper copy of the within and foregoing **"Notice of Appearance of Robert Alexander McGuire, III"** to be served upon the following non-ECF participants by mail or other consented-to electronic means pursuant to Fed. R. Civ. P. 5(b)(2)(C), (E), or (F), as required by Standing Order No. 16-01, Ex A, at § H II.B.3, NDGA:

**Edward Curtis Terry**
1055 Rowland St
Clarkston, GA 30021
   *Pro Se Plaintiff*

Respectfully submitted,

*/s/ Robert Alexander McGuire, III*
ROBERT ALEXANDER MCGUIRE, III
Washington Bar No. 50649
Admitted *Pro Hac Vice*
*Attorney for Coalition for Good Governance*