IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRIAN P. KEMP, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

Steptoe & Johnson LLP ("Steptoe"), counsel for the individual Plaintiffs in this matter, filed a status report on January 8, 2018 regarding its representation of the individual Plaintiffs going forward. (Doc. 128.) Steptoe states that it intends to file a motion to withdraw entirely from this case on January 12, 2018. In the event that Steptoe files the motion to withdraw, and in the event that any of the individual Plaintiffs subsequently seeks to file an objection to Steptoe's motion, the Court preemptively **DIRECTS** the Clerk of Court to file any such objection on a sealed, *ex parte* basis with the Court, as any such objection may contain privileged information or information that is detrimental to other parties in this matter. The Court **FURTHER DIRECTS** Steptoe, if it files a motion to withdraw, to provide each of the individual Plaintiffs it represents with a copy of

this Order, a copy of its motion to withdraw, and the address and contact information for the Clerk of Court.

**IT IS SO ORDERED** this 10th day of January, 2018.

_____
**Amy Totenberg**
**United States District Judge**