# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, ET AL.<br><br>               Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.<br><br>               Defendants. | Civil Action<br>No. 1:17-cv-02989-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Dated: January 16, 2018.

                                          Respectfully submitted,

                                          /s/ Robert A. McGuire, III
                                          Robert A. McGuire, III
                                          Admitted Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
2703 Jahn Ave NW, Suite C-7
Gig Harbor, WA  98335
Telephone: (844) 318-6730
Email: ram@lawram.com

        /s/ William Brent Ney
        William Brent Ney
        GA Bar Number 542519

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 842-7232
Email: william@nhphlaw.com

        *Attorneys for Plaintiff Coalition for Good Governance*

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I electronically filed **Certificate of Compliance** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| **Roy E. Barnes** | **William Brent Ney** |
| **Bennett Davis Bryan** | **Cheryl Ringer** |
| **Kaye Woodard Burwell** | **Vincent Robert Russo, Jr** |
| **Joe Robert Caldwell , Jr** | **John Frank Salter, Jr** |
| **Cristina Correia** | **Grant Edward Schnell** |
| **Josiah Benjamin Heidt** | **Edward Bruce Schwartz** |
| **Barclay Hendrix** | **Frank B. Strickland** |
| **Robert S. Highsmith** | **Russell Dunn Waldon** |
| **Anne Ware Lewis** | **Bryan Myerson Ward** |
| **David R. Lowman** | **Daniel Walter White** |
| **Robert Alexander McGuire , III** | |

I hereby certify that I served the foregoing to the following non-ECF participants by United States Postal Service (or other consented-to electronic means pursuant to Fed. R. Civ. P. 5(b)(2)(C), (E), or (F)), as required by Standing Order No. 16-01, Ex A, at § H II.B.3, NDGA:

**Edward Curtis Terry**
 Clarkston, GA
  *Pro Se Plaintiff*

          */s/ Robert Alexander McGuire, III*
          ROBERT ALEXANDER MCGUIRE, III
          Admitted Pro Hac Vice (ECF No. 125)
          Washington Bar No. 50649
          *Attorney for Coalition for Good Governance*

ROBERT MCGUIRE LAW FIRM
2703 Jahn Ave NW, Suite C-7
Gig Harbor, WA  98335
Telephone: (844) 318-6730
Email: ram@lawram.com