February 2, 2018



Office of the Clerk
Room 2211
75 Ted Turner Drive, SW
Atlanta, GA 30303

Subject: Curling v. Kemp, Case No. 1:17-cv-2989-AT

Dear Clerk of the Court:

I have been informed by Steptoe & Johnson LLP that I need to file with the Clerk of the Court a letter with our contact information and mailing address. Please find the information requested below.

Name:  Ricardo Davis
Address:  206 Hunters Mill Lane, Woodstock, Georgia 30188
Work Phone:  (678) 528-9661
Home Phone:  (770) 924-4625
Email address:  ricardodavis@gaconstitutionparty.org

Sincerely,

Ricardo Davis