



Making It Right

JOHN F. SALTER
John@BarnesLawGroup.com
Member of the State Bar of Georgia

February 16, 2018

**VIA CM/ECF FILING**
Courtroom Deputy for the Honorable Amy Totenberg
2388 Richard B. Russell
Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re: <u>Curling, et al. v. Kemp, et al.</u>
1:17-CV-02989-AT
**United States District Court Northern District of Georgia**

Dear Courtroom Deputy Clerk:

I am lead counsel for Secretary of State Brian Kemp and the State Election Board members in the above captioned litigation and wish to take a leave of absence for the dates of:

-Vacation: Monday, February 26, 2018-Tuesday, February 27, 2018;
-Spring Break: Monday April 2, 2018-Friday, April 6, 2018; and
-Out of The Country: Friday, July 6, 2018-Monday, July 23, 2018.

Please let this communication serve as my respectful request, pursuant to Local Rule 83.1E(3), that the above-referenced case not be calendared during this period of absence.

Should you have any questions or wish to discuss this matter, please do not hesitate to contact me.

Respectfully yours,
*John F. Salter*
JOHN F. SALTER

JFS/lb
cc: All Counsel Of Record via CM/ECF Filing