FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 22 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

February 19, 2018

Office of the Clerk
Room 2211
75 Ted Turner Drive SW
Atlanta, GA 30303

Subject: Curling v. Kemp, Case No. 1:17-cv-2989-AT

Dear Clerk of the Court:

Steptoe & Johnson LLP has directed me to personally file a notice with the Court indicating whether I intend to proceed pro se, proceed with new counsel, or dismiss my claims against Defendants. I intend to proceed as a plaintiff with counsel. I am in the process of engaging new counsel who will promptly inform the court when arrangements are finalized.

Sincerely,

*Laura Digges*

Laura Digges

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 22 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

February 19, 2018

Office of the Clerk
Room 2211
75 Ted Turner Drive SW
Atlanta, GA  30303

Subject: Curling v. Kemp, Case No. 1:17-cv-2989-AT

Dear Clerk of the Court:

Steptoe & Johnson LLP has directed me to personally file a notice with the Court indicating whether I intend to proceed pro se, proceed with new counsel, or dismiss my claims against Defendants. I intend to proceed as a plaintiff with counsel. I am in the process of engaging new counsel who will promptly inform the court when arrangements are finalized.

Sincerely,

*William Digges* (signature)

William Digges