February 20, 2018

Ricardo Davis
206 Hunters Mill Lane, Woodstock, Georgia 30188
Phone: (678) 528-9661
Email: ricardodavis@gaconstitutionparty.org

US District Court-Northern District of Georgia, Atlanta Division
Attn: Clerk of Court
Room 2211
75 Ted Turner Drive, SW
Atlanta, GA 30303

Subject:    Notice of Intent to Proceed
            Curling v. Kemp, Case No. 1:17-cv-2989-AT

To Whom It May Concern:

I intend to proceed as a plaintiff with counsel. I am in the process of engaging new counsel who will promptly inform the court when arrangements are finalized

Sincerely,

Ricardo Davis