United States District Court
for the Northern District of GA
Atlanta Division

February 21, 2018

DONNA CURLING, et al.,
Plaintiff

v.

BRIAN KEMP, et al.,
Defendants

CASE NUMBER:
1:17-CV-2989-AT

Honorable Judge Totenberg:

We (Donna Curling, Donna Price, Jeffrey Schoenberg) are writing to report back to the Court per Court order by February, 22, 2018, as to whether we will be continuing in Civil Action 1:17-CV-2989-AT with new counsel, pro se or withdrawing. (DONNA CURLING, etc al., Plaintiffs V. BRIAN KEMP, et al., Defendants)

We are in advanced discussions with a major Washington, DC-based international law firm with expertise in litigation, cybersecurity and other areas of law relevant to the Plaintiffs' case.

We would very much appreciate an extension of two additional weeks during which we hope to finalize this engagement. Alternatively, if the court prefers, we would be prepared to proceed *pro se* for a reasonable period of time during which we would continue to work to finalize an engagement with new counsel.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 22 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Respectfully submitted,

_____  2-21-2018
Donna Curling

_____  2-21-2018
Donna Price

_____  2/21/2018
Jeffrey Schoenberg