IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-2989-AT |
| BRIAN P. KEMP, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on several notices filed by the following six individual plaintiffs: Donna Curling, Donna Price, Jeffrey Schoenberg, Laura Digges, William Digges, III, and Ricardo Davis. The plaintiffs filed these notices in compliance with the Court's prior Order dated January 18, 2018.[1] (*See* Doc. 135.) They notified the Court that they intend to proceed with counsel, but they have not yet obtained counsel and are in the process of doing so. In particular, Ms. Curling, Ms. Price, and Mr. Schoenberg request two additional weeks to finalize the process of obtaining new counsel.

Given the complex nature of this case, the Court would prefer that, if the individual plaintiffs still wish to proceed in this matter, they proceed with counsel to the extent it is possible. Accordingly, the Court **DIRECTS** the individual

---

[1] Plaintiff Edward Curtis Terry has not filed a notice as required by the Court's January 18, 2018 Order.

plaintiffs to file a notice no later than March 30, 2018 indicating whether they intend to proceed *pro se* or with new counsel, and if they intend to proceed with counsel, they shall name the new counsel in the notice.  Any new counsel for the individual plaintiffs shall file a notice of appearance no later than April 2, 2018.  This case shall remain administratively closed during this time.

If Mr. Terry intends to proceed in this case, he must comply with this Order.  His failure to comply with this Order may be construed as a failure to prosecute his claims and may result in a dismissal of his claims against Defendants.

The Court will not grant any further extensions on this issue.

**IT IS SO ORDERED** this 27th day of February, 2018.

_____
**Amy Totenberg**
**United States District Judge**