IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,    :
            :
            :
  Plaintiffs,      :
            :
v.           :   CIVIL ACTION NO.
            :   1:17-CV-2989-AT
BRIAN P. KEMP, *et al.*,    :
            :
            :
  Defendants.     :

## ORDER

It has come to the Court's attention that Plaintiff Edward Curtis Terry has not provided his contact information, including his mailing address, to the Clerk of Court as ordered by the Court on January 18, 2018.  (Doc. 135.)  The Clerk is therefore unable to serve its notices and orders in this case, including the Court's Order of February 27, 2018 (Doc. 144), to Mr. Terry, who is currently a *pro se* party.[1]

The Court has communicated with Mr. Terry's former counsel, Steptoe & Johnson LLP ("Steptoe"), regarding his contact information, and Steptoe provided the Court with Mr. Terry's email address.  Steptoe did not have a mailing address for Mr. Terry.  Under these circumstances, the Court **DIRECTS** the Clerk to email a copy of this Order, as well as the Order of January 18, 2018

---

[1] Service by the Court upon *pro se* parties is conducted by mail.

(Doc. 135) and the Order of February 27, 2018 (Doc. 144) to Mr. Terry via email at the following address as provided by his former counsel: ted.terry.mayor@gmail.com.  The Court **FURTHER DIRECTS** Mr. Terry to file with the Clerk a notice that provides his mailing address no later than March 9, 2018.[2]  Pursuant to this Court's Standing Order No. 16-01, "[p]ro se litigants who are not attorneys in good standing admitted to the Bar of this Court must file all documents with the Court in paper form."  Mr. Terry thus shall file this notice by mailing it to the Clerk of Court at the address below:

>  Clerk of Court
>  Room 2211
>  U.S. Courthouse
>  75 Ted Turner Dr. SW
>  Atlanta, GA 30303

Mr. Terry is **ADVISED** that all filings must contain this case number, 1:17-cv-2989-AT, to ensure that they are filed in the proper case.  Mr. Terry is further **ADVISED** that, as indicated by Standing Order No. 16-01, emails to the Clerk do not constitute official filings in a case.

The Clerk is **DIRECTED** to resubmit this matter to the undersigned on March 12, 2018 if Mr. Terry has not complied as directed.

---

[2] If Mr. Terry obtains new counsel who files a notice of appearance prior to March 9, 2018, he may forgo this requirement, as all service from the Court will then be conducted upon his new attorney.

**IT IS SO ORDERED** this 27th day of February, 2018.

_____
**Amy Totenberg**
**United States District Judge**