IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,

    Plaintiffs,

v.

BRIAN P. KEMP, *et al.*,      CIVIL ACTION NO.
                                                  1:17-CV-2989-AT

    Defendant.

## **ORDER**

On January 18, 2018, the Court granted Steptoe & Johnson LLP's motion to withdraw as counsel for the individual plaintiffs, including Plaintiff Edward Curtis Terry, in this matter. (Doc. 135.) The Court also directed each of the individual plaintiffs to file (1) a notice with the Court no later than February 22, 2018 indicating whether they intend to proceed pro se or with new counsel and (2) a notice with the Clerk of the Court no later than February 5, 2018 providing each individual's mailing address and other contact information. (*Id.* at 3-4.) Mr. Terry did not comply with this Order. Subsequently, on February 27, 2018, the Court issued two orders. In one Order (Doc. 144), the Court granted the individual plaintiffs additional time to obtain new counsel. In the other Order (Doc. 145), the Court again directed Mr. Terry to file a notice with the Clerk of the Court no later than March 9, 2018 providing his mailing address. The Clerk then

emailed a copy of the January 18, 2018 Order (Doc. 135) and both February 27, 2018 Orders (Docs. 144, 145) per the Court's direction, as the Court only had Mr. Terry's email address as a way to contact him.

Mr. Terry still has not complied with the Court's last Order (Doc. 145) directing him to file a notice with his mailing address no later than March 9, 2018.  The Court advises Mr. Terry that failure to comply with the instant Order may result in dismissal of his claims in this case.  *See* Local Rule 41.3A(2).  Accordingly, Mr. Terry is **DIRECTED** to file a notice with the Clerk of the Court providing his mailing address no later than March 20, 2018.  Mr. Terry shall file this notice by mailing it to the Clerk of Court at the address below:

> Clerk of Court
> Room 2211
> U.S. Courthouse
> 75 Ted Turner Dr. SW
> Atlanta, GA 30303

Mr. Terry is **ADVISED** that all filings must contain this case number, 1:17-cv-2989-AT, to ensure that they are filed in the proper case.  Mr. Terry is further **ADVISED** that, as indicated by Standing Order No. 16-01, emails to the Clerk do not constitute official filings in a case.

The Court **DIRECTS** the Clerk to email a copy of this Order to Mr. Terry via email at the following address as provided by his former counsel: ted.terry.mayor@gmail.com.

**IT IS SO ORDERED** this 14th day of March, 2018.

_____
**Amy Totenberg**
**United States District Judge**