IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRIAN P. KEMP, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

On March 14, 2018, the Court directed Plaintiff Edward Curtis Terry to file a notice with the Clerk of the Court providing his mailing address no later than March 20, 2018. This was the second Order directing Mr. Terry to provide his mailing address to the Clerk. (*See* Doc. 145.) The Court advised in the March 14th Order that Mr. Terry's failure to comply with the Order may result in the dismissal of his claims pursuant to Local Rule 41.3A(2). The March 20, 2018 deadline has passed, and Mr. Terry has not complied with the Court's prior Order. Thus, the Court **DISMISSES** Mr. Terry's claims in this case pursuant to Local Rule 41.3A(2), for his refusal to obey a lawful order of the Court.

**IT IS SO ORDERED** this 20th day of March, 2018.

_____
**Amy Totenberg**
**United States District Judge**