UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.,<br><br>        Plaintiffs,<br><br>BRIAN P. KEMP, et al.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-2989-AT |

## JUDGMENT

This action having come before the Court, the Honorable Amy Totenberg, United States District Judge,, it is

**Ordered and Adjudged** that the civil action be and the same hereby is **DISMISSED** pursuant to Local Rule 41.3A(2) for his refusal to obey a lawful Order of the Court.

Dated at Atlanta, Georgia, this 21st day of March, 2018.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                               By:    s/Jill Ayers
                                           Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 21, 2018
James N. Hatten
Clerk of Court

By:    s/Jill Ayers
         Deputy Clerk