IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRIAN KEMP, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

William Brent Ney respectfully files and serves this Notice of Entry Appearance pursuant to LR 83.1(D), NDGa and hereby notifies the Court and all other parties that he is appearing as counsel of record for William Digges III, Laura Digges, and Ricardo Davis, Plaintiffs in the above-styled action  The undersigned counsel has also been retained to represent Coalition for Good Governance ("Coalition") regarding the litigation of its claims on the merits in this matter.[1]

---

[1] Said counsel had previously filed a limited scope entry of appearance on behalf of Coalition [Docket Entry 112].

- 2 -

Dated:  March 30, 2018                     Respectfully submitted,

*/s/ William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
Attorney for Coalition
 for Good Governance


Address:

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
404-842-7232
470-225-6646 (Fax)
william@nhphlaw.com

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the within and foregoing **"Notice of Entry of Appearance"** to be served upon all other parties in this action by electronic service via to be served via electronic delivery using the PACER-ECF system as authorized by LR 5.0(A), NDGA upon the following:

Edward B. Schwartz
Joe R. Caldwell, Jr.
Steptoe & Johnson LLP
1330 Connecticut Avenue, Northwest
Washington, District of Columbia 20036
  Attorneys for Plaintiffs, *pro hac vice*

Cristina Correia
Attorney General's Office-Atlanta
Department of Law
40 Capitol Square, Southwest
Atlanta, Georgia 30334
  Attorney for Defendants

Elizabeth Ahern Monyak
Attorney General's Office-Atlanta
40 Capitol Square, Southwest
Suite 668
Atlanta, Georgia 30334
  Attorney for Defendants

David R. Lowman
Cheryl Ringer
Kaye Woodard Burwell
Office of Fulton County Attorney
Fulton County Government Center
Suite 4038
141 Pryor Street, Southwest
Atlanta, Georgia 30303
  Attorneys for Defendants

Josiah Benjamin Heidt
Georgia Department of Law
Office of the Attorney General
40 Capitol Square, Southwest
Atlanta, Georgia 30334
  Attorney for Defendants

Daniel Walter White
Haynie Litchfield Crane & White
222 Washington Avenue
Marietta, Georgia 30060
  Attorney for Defendants

Bennett Davis Bryan
DeKalb County District Attorney's Office
Assistant County Attorney
5th Floor
1300 Commerce Drive
Decatur, Georgia 30030
  Attorney for Defendants

Dated: March 30, 2018          Respectfully submitted,

                                    */s/ William Brent Ney*
                                    WILLIAM BRENT NEY
                                    Georgia Bar No. 542519
                                    Attorney for Coalition
                                      for Good Governance