# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRIAN KEMP, ET AL.,** <br> **Defendants.** | Civil Action No. 1:17-CV-2989-AT |

## NOTICE

Pursuant to this Court's February 27, 2018 Order (Dkt. No. 144), Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg hereby indicate that we intend to proceed with new counsel, David D. Cross and Jane P. Bentrott of Morrison & Foerster, LLP, to be admitted *pro hac vice*. Mr. Cross and Ms. Bentrott will file Notices of Appearance pursuant to the Court's Order.

Plaintiffs also respectfully request that the Court convene a status conference at the Court's earliest convenience.

KH481752.DOCX

Dated:  March 30, 2018  Respectfully submitted,

 /s/ Donna Curling
Donna Curling


 /s/ Donna Price
Donna Price


 /s/ Jeffrey Schoenberg
Jeffrey Schoenberg

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRIAN KEMP, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I further certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
hknapp@khlawfirm.com
*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, a copy of the foregoing NOTICE was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
hknapp@khlawfirm.com
*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*