IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

### NOTICE OF APPEARANCE OF JANE P. BENTROTT

To the Clerk of the Court and all parties of record:

Please enter the appearance of Jane P. Bentrott of Morrison & Foerster LLP as counsel of record for Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg in the above-captioned case.

Dated: April 2, 2018

Respectfully submitted,

/s/ Jane P. Bentrott
David D. Cross
(*pro hac vice* application pending)
Jane P. Bentrott
(*pro hac vice* application pending)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
DCross@mofo.com
JBentrott@mofo.com

                        Halsey G. Knapp, Jr.
                        Georgia Bar No. 425320
                        Adam M. Sparks
                        Georgia Bar No. 341578
                        KREVOLIN & HORST, LLC
                        1201 West Peachtree Street, NW
                        Suite 3250
                        Atlanta, GA 30309
                        Telephone: (404) 888-9700
                        hknapp@khlawfirm.com
                        sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and I will comply with its provisions during the pendency of this litigation.

Pursuant to LR 7.1(D), I further certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                  /s/ Jane P. Bentrott
                                                  Jane P. Bentrott

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, v. **BRIAN KEMP, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2018, a copy of the foregoing NOTICE OF APPEARANCE OF JANE P. BENTROTT was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                              /s/ Halsey G. Knapp, Jr.
                                              Halsey G. Knapp, Jr.