# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRIAN KEMP, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1(D), Bruce P. Brown files this Notice of Appearance as counsel for Plaintiff Coalition for Good Governance.

Respectfully submitted this 3rd day of April, 2018.

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700
bbrown@brucepbrownlaw.com

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the within and foregoing **"Notice of Appearance"** to be served upon all other parties in this action via the Court's electronic filing and delivery system.

Respectfully submitted this 3rd day of April, 2018.

>/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700
bbrown@brucepbrownlaw.com