**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.**<br><br>  Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.**<br><br>  Defendants. | Civil Action<br>No. 1:17-cv-02989-AT |

**[PROPOSED] ORDER**

On April 4, 2018, Plaintiffs Coalition for Good Governance, Laura Digges, William Digges, and Ricardo Davis filed their *Motion By Coalition Plaintiffs For Leave To File Third Amended Complaint* (the "Motion").

Having considered the Motion and finding justice so requires, the Motion is **GRANTED**. The Court **DIRECTS** the Clerk of the Court to docket the *Third Amended Complaint Of Plaintiffs Coalition For Good Governance, Laura Digges, William Digges III, Ricardo Davis, And Megan Missett* attached to the Motion.

The Court further **DIRECTS** the Clerk to add Megan Missett as a Plaintiff in this case.

1

Finally, the Court **ORDERS** each of the Defendants not named in the Third Amended Complaint to continue preserving all evidence that they are currently required to preserve in their capacities as named parties.

**IT IS SO ORDERED** this _____ day of April, 2018.

_____
AMY TOTENBERG
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2018, I electronically filed the foregoing PROPOSED ORDER with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| **Roy E. Barnes** | **William Brent Ney** |
| **Bennett Davis Bryan** | **Cheryl Ringer** |
| **Kaye Woodard Burwell** | **Vincent Robert Russo, Jr** |
| **Joe Robert Caldwell , Jr** | **John Frank Salter, Jr** |
| **Cristina Correia** | **Grant Edward Schnell** |
| **Josiah Benjamin Heidt** | **Edward Bruce Schwartz** |
| **Barclay Hendrix** | **Frank B. Strickland** |
| **Robert S. Highsmith** | **Russell Dunn Waldon** |
| **Anne Ware Lewis** | **Bryan Myerson Ward** |
| **David R. Lowman** | **Daniel Walter White** |
| **Robert Alexander McGuire , III** | |

I hereby certify that I served the foregoing to the following non-ECF participants by United States Postal Service (or other consented-to electronic means pursuant to Fed. R. Civ. P. 5(b)(2)(C), (E), or (F)), as required by Standing Order No. 16-01, Ex A, at § H II.B.3, NDGA:

**None**

*/s/ Bruce Brown*
Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucepbrownlaw.com
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700