# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BRIAN KEMP, ET AL.<br><br>　　　　　Defendants. | Civil Action<br>No. 1:17-cv-02989-AT |

## NOTICE OF CHANGE OF ADDRESS/CONTACT INFORMATION PURSUANT TO LR 83.1(D)(3)

TO THE COURT, INTERESTED PARTIES, AND COUNSEL OF RECORD:

PLEASE BE ADVISED of the following new address, telephone number, and fax number of the undersigned counsel for Plaintiff Coalition for Good Governance, which are effective immediately:

　　Robert A. McGuire, III
　　ROBERT MCGUIRE LAW FIRM
　　113 Cherry St. #86685
　　Seattle, WA 98104-2205
　　T: (253) 267-8530
　　F: (253) 267-8530

　　Email remains the same: ram@lawram.com.

1

Dated: April 6, 2018.

      Respectfully submitted,

      */s/ Robert A. McGuire, III*
      Robert A. McGuire, III
      Admitted Pro Hac Vice (ECF No. 125)
      ROBERT MCGUIRE LAW FIRM
      113 Cherry St. #86685
      Seattle, WA 98104-2205
      T: (253) 267-8530

      *Attorney for Plaintiff Coalition for Good Governance*

      */s/ William Brent Ney*
      William Brent Ney
      GA Bar Number 542519
      NEY HOFFECKER PEACOCK & HAYLE, LLC
      One Midtown Plaza, Suite 1010
      1360 Peachtree Street NE
      Atlanta, GA 30309
      T: (404) 842-7232

      *Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I electronically filed the foregoing NOTICE OF CHANGE OF ADDRESS/CONTACT INFORMATION PURSUANT TO LR 83.1(D)(3) with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| **Adam Martin Sparks** | **Grant Edward Schnell** |
| **Anne Ware Lewis** | **Halsey G. Knapp , Jr** |
| **Barclay Hendrix** | **John Frank Salter , Jr** |
| **Bennett Davis Bryan** | **Josiah Benjamin Heidt** |
| **Bruce P. Brown** | **Kaye Woodard Burwell** |
| **Cary Ichter** | **Robert Alexander McGuire , III** |
| **Cheryl Ringer** | **Robert S. Highsmith** |
| **Cristina Correia** | **Roy E. Barnes** |
| **Daniel Walter White** | **Russell Dunn Waldon** |
| **David R. Lowman** | **Vincent Robert Russo , Jr** |
| **Frank B. Strickland** | **William Brent Ney** |

I hereby certify that I served the foregoing to the following non-ECF participants by United States Postal Service (or other consented-to electronic means pursuant to Fed. R. Civ. P. 5(b)(2)(C), (E), or (F)), as required by Standing Order No. 16-01, Ex A, at § H II.B.3, NDGA:

David D. Cross (EMAIL)
Morrison & Foerster, LLP-DC
2000 Pennsylvania Avenue, NW
Washington, DC 20006

Jane P. Bentrott (EMAIL)
Morrison & Foerster, LLP-DC
2000 Pennsylvania Avenue, NW
Washington, DC 20006

           */s/ Robert Alexander McGuire, III*
           ROBERT ALEXANDER MCGUIRE, III

3

4

                                          Admitted Pro Hac Vice (ECF No. 125)
                                          Washington Bar No. 50649

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA 98104-2205
T: (253) 267-8530
Email: ram@lawram.com

                                          *Attorney for Coalition for Good Governance*