# ROBERT MCGUIRE
# LAW FIRM

| WASHINGTON: | COLORADO: |
|---|---|
| 113 Cherry St. #86685 | 1624 Market St. Ste. 226 #86685 |
| Seattle, Washington  98104-2205 | Denver, Colorado  80202-2523 |

www.lawram.com

April 6, 2018

**Via Email (Amy_McConochie@ gand.uscourts.gov)**

Ms. Amy Cash McConochie
Courtroom Deputy Clerk
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

  Re: *Curling v. Kemp*, No. 1:17-cv-02989-AT
    <u>Request for Additional Leave of Absence Less Than 21 Days</u>

Dear Ms. McConochie:

I am presently appearing in the above matter as lead counsel for Plaintiff Coalition for Good Governance.

Pursuant to Local Rule 83.1(E)(3) NDGa and Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II.(c)(iii), I write to advise that I will be absent from work and unavailable during the periods, each less than twenty-one days, one of which is new, and I respectfully request that this case not be calendared during these periods of my absence:

<u>Previously Noticed:</u>
- April 16–20, 2018—Reason: Personal and family commitments/Travel.

Ms. Amy Cash McConochie
Re: Request for Additional Leave of Absence Less Than 21 Days
April 6, 2018
Page 2

New:
- May 14–15, 2018—Reason: Travel and appearance at appellate oral argument in the U.S. Court of Appeals for the Tenth Circuit.

Please contact me with any questions you may have.

        Very truly yours,

        */s/ Robert Alexander McGuire, III*
        ROBERT ALEXANDER MCGUIRE, III
        Admitted Pro Hac Vice (ECF No. 125)
        Washington Bar No. 50649

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA 98104-2205
T: (253) 267-8530
Email: ram@lawram.com

        /s/ William Brent Ney
        William Brent Ney
        GA Bar Number 542519

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, GA 30309
T: (404) 842-7232

        *Attorneys for Plaintiff Coalition for Good Governance*

Cc (by service): Counsel of record and any *pro se* parties.

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I electronically filed **Letter Regarding Request Leaves of Absence** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Adam Martin Sparks | Grant Edward Schnell |
| Anne Ware Lewis | Halsey G. Knapp , Jr |
| Barclay Hendrix | John Frank Salter , Jr |
| Bennett Davis Bryan | Josiah Benjamin Heidt |
| Bruce P. Brown | Kaye Woodard Burwell |
| Cary Ichter | Robert Alexander McGuire , III |
| Cheryl Ringer | Robert S. Highsmith |
| Cristina Correia | Roy E. Barnes |
| Daniel Walter White | Russell Dunn Waldon |
| David R. Lowman | Vincent Robert Russo , Jr |
| Frank B. Strickland | William Brent Ney |

I hereby certify that I served the foregoing to the following non-ECF participants by United States Postal Service (or other consented-to electronic means pursuant to Fed. R. Civ. P. 5(b)(2)(C), (E), or (F)), as required by Standing Order No. 16-01, Ex A, at § H II.B.3, NDGA:

David D. Cross (EMAIL)
Morrison & Foerster, LLP-DC
2000 Pennsylvania Avenue, NW
Washington, DC 20006

Jane P. Bentrott (EMAIL)
Morrison & Foerster, LLP-DC
2000 Pennsylvania Avenue, NW
Washington, DC 20006

*/s/ Robert Alexander McGuire, III*
ROBERT ALEXANDER MCGUIRE, III
Admitted Pro Hac Vice (ECF No. 125)

- 2 -

Washington Bar No. 50649

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA 98104-2205
T: (253) 267-8530
Email: ram@lawram.com

*Attorney for Coalition for Good Governance*