# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, et al.,

Plaintiffs,

v.

BRIAN KEMP, et al.,

Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-02989-AT

## ORDER

Calling themselves "the Coalition Plaintiffs," Plaintiffs Coalition for Good Governance, Laura Digges, William Digges III, and Ricardo Davis filed a motion for leave to file a Third Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). The motion does not indicate that their Co-Plaintiffs join this motion, and given that their separate attorneys did not sign either the Motion or the proposed Third Amended Complaint, it is improbable that they do. As the other Plaintiffs must join any such motion and the Complaint must be filed on behalf of all Plaintiffs, the Motion (Doc. 160) is **DENIED.**

Further, all Plaintiffs are hereby ordered to attempt to resolve their disputes as to whether they can agree jointly upon one operative Complaint and, then, to advise the Defendants of their plans regarding any future joint

amendment and/or any other means to address any conflicts regarding the allegations of the case.  Should the Plaintiffs be unable to arrive at a joint resolution, this Court will entertain arguments on a motion to sever by any of the Plaintiffs and/or Defendants.

    **IT IS SO ORDERED** this \_\_\_ day of _____, 2018.

_____
**Amy Totenberg**
**United States District Judge**