Halsey G. Knapp, Jr.                                     Direct Dial:  404/888-9611
                                                         hknapp@khlawfirm.com

April 9, 2018

Ms. Amy Cash McConochie
Courtroom Deputy Clerk
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Fe:   *Curling v. Kemp*, No. 1:17-cv-02989-AT
          Leave of Absence for Halsey G. Knapp, Jr.

Dear Ms. McConochie:

Pursuant to Northern District Local Rule 83.1 (E)(3) regarding leaves of absence of not greater than twenty (20) consecutive days, please accept this letter requesting that no hearings or trials be calendared during the time periods of:

**June 7 - 8, 2018** (State Bar Meetings)

**July 2 - 6, 2018** (Family Vacation)

**August 24 - 31, 2018** (Family Vacation)

**November 19 – 23, 2018** (Family Vacation)

**December 20 – 31, 2018** (Family Vacation)

Applicant currently has no hearings or trials scheduled for the above-referenced matter during the requested leave periods.

                                    Sincerely,

                                    */s/ Halsey G. Knapp, Jr.*
                                    Halsey G. Knapp, Jr.
                                    Georgia Bar No. 425320

HGK: acf
Cc:  All counsel of record (via CM/ECF)

KH482628.PDF.docx