

**DeKalb County Law Department**

Viviane H. Ernstes
Interim County Attorney

**Chief Executive Officer**
Michael L. Thurmond

**Board of Commissioners**

District 1
Nancy Jester

District 2
Jeff Rader

District 3
Larry Johnson

District 4
Steve Bradshaw

District 5
Mereda Davis Johnson

District 6
Kathie Gannon

District 7
Gregory Adams, Sr.

April 11, 2018

<u>**VIA CM/ECF FILING**</u>
Ms. Amy McConochie, Courtroom
Deputy Clerk for Hon. Amy Totenberg
United States District Court
2388 Richard B. Russell Federal Building
and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

**REQUEST FOR LEAVE OF ABSENCE**
**Re:    <u>Donna Curling, et al., v. Brian Kemp, et al.</u>**
**USDC, NDGA, Civil Action File No. 1:17-CV-02989-AT**
**(Our File No. 29-0308)**

Dear Ms. McConochie:

Please accept this letter pursuant to Local Rule 83.1E(3) in regards to my leave of absence. I am lead counsel for Defendant in the above-referenced case, and request that the referenced case not be calendared during the period of **July 18, 2018 through and including July 20, 2018**, during which time I will be away from the practice of law and taking leave for out of town vacation travel.

Thank you for your consideration in this matter. Please let me know if I need to provide the court with any further information.

Sincerely,

*/s/Bennett D. Bryan*
Bennett D. Bryan
Senior Assistant County Attorney

BDB/gmc

cc:    All Counsel of Record via CM/ECF Filing