IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
COALITION PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Movants") file this motion requesting an extension of two weeks to respond to the Motion by Coalition Plaintiffs for Leave to File Third Amended Complaint (Dkt. No. 160). Defendants have consented to this extension. Plaintiffs Coalition for Good Governance, Laura Digges, William Digges III, and Ricardo Davis (the "Coalition Plaintiffs") have informed the undersigned that they oppose an extension.

Movants submit that good cause exists for an extension in light of the assertions Coalition Plaintiffs make in their Motion and the arguments certain Defendants have submitted in response to the Motion. The requested extension is for a short period and will not affect any other deadlines set by the Court.

KH483128.DOCX

WHEREFORE, Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg respectfully request that the deadline be extended to May 2, 2018. A proposed order granting this motion is attached for the Court's convenience.

Dated:  April 13, 2018   Respectfully submitted,

David D. Cross (admitted *pro hac vice*)
Jane P. Bentrott (admitted *pro hac vice*)
John P. Carlin
(*pro hac vice* application pending)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JBentrott@mofo.com
JCarlin@mofo.com

  /s/ Adam M. Sparks
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

 /s/ Adam M. Sparks
Adam M. Sparks

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, a copy of the foregoing MOTION FOR EXTENSION OF TIME TO RESPOND TO COALITION PLAINTIFFS' MOTION FOR LEAVE TO AMEND was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

    /s/ Adam M. Sparks
Adam M. Sparks