IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**ORDER GRANTING MOTION
FOR EXTENSION OF TIME TO RESPOND TO
COALITION PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

The Court hereby grants Plaintiffs Donna Curling, Donna Price, and Jeffrey

Schoenberg's motion and orders that the deadline to respond to the Motion by

Coalition Plaintiffs for Leave to File Third Amended Complaint (Dkt. No. 160)

shall be extended to May 2, 2018.

SO ORDERED, this ___ day of April, 2018.


_____
The Honorable Amy Totenberg
United States District Judge


KH483126.DOCX