IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-CV-2989-AT |
| BRIAN KEMP, *et al.*, | : |
| | : |
| Defendants. | : |

## **ORDER**

This matter is before the Court on Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg's Motion for Extension of Time to Respond to Coalition Plaintiffs' Motion for Leave to Amend [Doc. 170]. The Coalition Plaintiffs oppose an extension. Upon review, the Court **GRANTS** Plaintiffs' Motion for Extension of Time to the extent that Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg may file their Response no later than 5:00pm on April 26, 2018.

**IT IS SO ORDERED** this 18th day of April, 2018.

_____
**Amy Totenberg**
**United States District Judge**