# MORRISON | FOERSTER

2000 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20006-1888

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

April 24, 2018

Writer's Direct Contact
+1 (202) 887.8795
DCross@mofo.com

**VIA CM/ECF FILING**

Ms. Amy Cash McConochie
Courtoom Deputy Clerk for the Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re:   *Curling v. Kemp*, No. 1:17-cv-02989-AT
      Request for Leave of Absence

Dear Ms. McConochie:

    I am lead counsel for Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg in the above-referenced case. Pursuant to Local Rule 83.1(E)(3) NDGa and Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II.(c)(iii), I respectfully request that the referenced case not be calendared during the periods of:

> April 30, 2018 and May 2- 3, 2018 (May 1 has been the subject of separate correspondence between us earlier today),
> May 7, 2018 through May 9, 2018,
> May 14, 2018 through May 18, 2018, and
> May 21, 2018 through May 25, 2018.

During this time, I will be unavailable due to travel pertaining to taking and defending depositions for another litigation.

    Thank you for your consideration. Please let me know if I should provide the Court with any further information.

Sincerely,

*/s/ David D. Cross*

David D. Cross

cc: All Counsel of Record (via CM/ECF filing)