IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## MOTION FOR USE OF ELECTRONIC EQUIPMENT
## DURING MAY 1, 2018 CONFERENCE

Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg (the "Curling Plaintiffs") respectfully move for entry of an Order authorizing the use of electronic equipment, including a laptop computer, a tablet computer, a mobile phone, and any necessary accessories and media, by its counsel in attendance at the Tuesday, May 1, 2018 status conference in the above-styled action. The Curling Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel, David D. Cross and Halsey G. Knapp, Jr., extend from 9:00 a.m. through completion of the hearing, at the Court's discretion.

WHEREFORE the Curling Plaintiffs respectfully request that this Court enter an Order GRANTING this motion to bring the aforementioned electronic

1

dc-926694

equipment into the courtroom for use during the May 1, 2018 hearing. A proposed Order is attached hereto as Exhibit A.

Dated:  April 30, 2018
                                  Respectfully submitted,

                                  David D. Cross
                                  (admitted *pro hac vice*)
                                  Jane P. Bentrott
                                  (admitted *pro hac vice*)
                                  John P. Carlin
                                  (*pro hac vice* application pending)
                                  MORRISON & FOERSTER LLP
                                  2000 Pennsylvania Avenue, NW
                                  Suite 6000
                                  Washington, DC 20006
                                  Telephone: (202) 887-1500
                                  DCross@mofo.com
                                  JBentrott@mofo.com
                                  JCarlin@mofo.com

                                   /s/ Adam M. Sparks
                                  Halsey G. Knapp, Jr.
                                  GA Bar No. 425320
                                  Adam M. Sparks
                                  GA Bar No. 341578
                                  KREVOLIN & HORST, LLC
                                  1201 West Peachtree Street, NW
                                  Suite 3250
                                  Atlanta, GA 30309
                                  Telephone: (404) 888-9700
                                  HKnapp@khlawfirm.com
                                  Sparks@khlawfirm.com

                                  *Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

dc-926694

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> Plaintiffs, <br><br> v. <br><br> **BRIAN KEMP, ET AL.,** <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                 /s/ Adam M. Sparks <br>
                                                 Adam M. Sparks

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRIAN KEMP, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, I filed a copy of the foregoing MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING MAY 1, 2018 CONFERENCE with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

      /s/ Adam M. Sparks
     Adam M. Sparks