IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

### ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING MAY 1, 2018 CONFERENCE

At the motion of Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg in the above-styled action, it is hereby **ORDERED** that counsel for the Curling Plaintiffs (David D. Cross and Halsey G. Knapp, Jr.) may bring and use a laptop computer, a tablet computer, a mobile phone, and any necessary accessories and media in conjunction with the hearing on Tuesday, May 1, 2018 before Judge Amy Totenberg, at the discretion of the Court.

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this ____ day of _____, 2018.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE

5

dc-926694