# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRIAN KEMP, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING MAY 1, 2018 CONFERENCE

At the motion of Plaintiffs Coalition for Good Governance, Laura Digges, William Digges III, and Ricardo Davis ("Coalition Plaintiffs") in the above-styled action, it is hereby **ORDERED** that counsel for the Coalition Plaintiffs (Bruce Brown, Robert McGuire, Cary Ichter and William Ney) may bring and use laptop computers, tablet computers, mobile phones, mouse, chargers and any necessary accessories and media in conjunction with the hearing on Tuesday, May 1, 2018 into Courtroom 2308 before Judge Amy Totenberg, at the discretion of the Court.

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

- 2 -

**IT IS SO ORDERED** this 30th day of April, 2018.

                                         _____
                                         HONORABLE AMY TOTENBERG,
                                         JUDGE
                                         UNITED STATES DISTRICT COURT
                                         NORTHERN DISTRICT OF GEORGIA
                                         ATLANTA DIVISION