# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

1:17-cv-02989-AT
Curling et al v. Kemp et al
Honorable Amy Totenberg

---

Minute Sheet for proceedings held In Open Court on 05/01/2018.

TIME COURT COMMENCED: 10:47 A.M.
TIME COURT CONCLUDED: 12:42 P.M.   COURT REPORTER: Shannon Welch
TIME IN COURT: 1:55                DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Roy Barnes representing State of Election Board
Roy Barnes representing The State Election Board
Roy Barnes representing Brian P. Kemp
Roy Barnes representing David J. Worley
Roy Barnes representing Ralph F. (Rusty) Simpson
Roy Barnes representing Rebecca N. Sullivan
Roy Barnes representing Seth Harp
Bruce Brown representing Coalition for Good Governance
Bennett Bryan representing The Dekalb County Board of Registrations and Elections
Bennett Bryan representing Anthony Lewis
Bennett Bryan representing Baoky N. Vu
Bennett Bryan representing Leona Perry
Bennett Bryan representing Maxine Daniels
Bennett Bryan representing Michael P. Coveny
Bennett Bryan representing Samuel E. Tillman
Kaye Burwell representing The Fulton County Board of Registration and Elections
Kaye Burwell representing Aaron Johnson
Kaye Burwell representing David J. Burge
Kaye Burwell representing Mark Wingate
Kaye Burwell representing Mary Carole Cooney
Kaye Burwell representing Richard Barron
Kaye Burwell representing Stan Matarazzo
Kaye Burwell representing Vernetta Nuriddin
David Cross representing Donna Curling

|  |  |
|---|---|
|  | David Cross representing Donna Price<br>David Cross representing Jeffrey Schoenberg<br>Robert Highsmith representing Merle King<br>Cary Ichter representing Coalition for Good Governance<br>Cary Ichter representing Laura Digges<br>Cary Ichter representing Ricardo Davis<br>Cary Ichter representing William Digges<br>Halsey Knapp representing Donna Curling<br>Halsey Knapp representing Donna Price<br>Halsey Knapp representing Jeffrey Schoenberg<br>Robert McGuire representing Coalition for Good Governance<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Cheryl Ringer representing Aaron Johnson<br>Cheryl Ringer representing David J. Burge<br>Cheryl Ringer representing Mary Carole Cooney<br>Cheryl Ringer representing Richard Barron<br>Cheryl Ringer representing Stan Matarazzo<br>Cheryl Ringer representing Vernetta Nuriddin<br>Vincent Russo representing Karen C. Handel<br>John Salter representing The State Election Board<br>John Salter representing Brian P. Kemp<br>John Salter representing David J. Worley<br>John Salter representing Ralph F. (Rusty) Simpson<br>John Salter representing Rebecca N. Sullivan<br>John Salter representing Seth Harp<br>Grant Schnell representing Merle King<br>Daniel White representing The Cobb County Board of Elections and Registration<br>Daniel White representing Darryl O. Wilson<br>Daniel White representing Fred Aiken<br>Daniel White representing Janine Eveler<br>Daniel White representing Jessica Brooks<br>Daniel White representing Joe Pettit<br>Daniel White representing Phil Daniell |
| OTHER(S) PRESENT: | Marilyn Marks, Bryan Ward |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court confirmed that the firm of Holcomb and Ward, LLP has been relieved of its duties and responsibilities in this case. Discussion was had regarding the positions of the various Plaintiffs and possible severance. Discussion was had regarding the Plaintiffs' proposed 3rd Amended Complaint. By next week, Plaintiffs are to file a notice identifying the paragraphs they |

believe include material modifications. By Thursday, May 3, the parties are to have a phone conference to discuss sampling of the voting machines, and by Tuesday, May 9, they are to come up with a proposal on how to accomplish that. Plaintiffs are to relay their Rule 34 request re observing the May 22 election in more specificity; by Friday, May 4, Defendants are to identify in writing their concerns related to this request. The Court will hold a follow-up telephone conference on May 9 at 4 PM. By 1:00 PM on Tuesday, May 9, The State Defendants and Fulton County are to notify Plaintiffs and the Court re their positions on the posture of the defendants and sovereign immunity.