IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN P. KEMP, et al.,<br><br>Defendants. | Civil Action File No.<br>1:17-CV-02989-AT |

## ENTRY OF APPEARANCE

**COMES NOW**, Terry G. Phillips, who is authorized to practice in this Court, to enter his appearance in this case as co-counsel for Defendants Maxine Daniels, Michael P. Coveny, Anthony Lewis, Leona Perry, Samuel E. Tillman, Baoky N. Vu and The DeKalb County Board of Registration and Elections, in the above-styled action.

Respectfully submitted this 8th day of May, 2018.

LAURA K. JOHNSON
DEPUTY COUNTY ATTORNEY
Georgia Bar No. 392090

BENNETT D. BRYAN
Senior Assistant County Attorney
Georgia Bar No. 157099

/s/ Terry G. Phillips
TERRY G. PHILLIPS
Supervising Attorney
Georgia Bar No. 576865
Attorneys for Defendants

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Terry G. Phillips
Supervising Attorney
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011 (Telephone)
(404) 371-3024 (Fascimile)
tgphili@dekalbcountyga.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al._<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN P. KEMP, et al.,<br><br>Defendants. | Civil Action File No.<br>1:17-CV-02989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send e-mail notification of such filing to the following opposing counsel of record:

BRYAN WARD
*Attorney for Plaintiffs*

CHRISTOPHER M. CARR, Attorney General
CRISTINA M. CORREIA, Assistant Attorney General
ELIZABETH A. MONYAK, Assistant Attorney General
JOSIAH B. HEIDT, Assistant Attorney General
*Attorneys for State Defendants*

I hereby certify that I served the opposing party by depositing a copy of same in the U.S. mail in a properly addressed envelope with adequate postage thereon to ensure delivery, addressed to:

>Patrice M. Perkins-Hooker
>Kaye Burwell
>Cheryl Ringer
>Fulton County Attorney's Office
>141 Pryor Street SW Suite 4038
>Atlanta, GA 30303
>*Attorneys for Fulton County Defendants*
>
>Rep. Karen Handel
>U.S. Congressional District 6
>85C Mill Street, Suite 300
>Roswell, GA 30076
>
>Russell D. Waldon
>900 Circle 75 Parkway, Suite 1040
>Atlanta, GA 30339
>*Attorney for Jon Ossoff*

This 8th day of May, 2018.

>/s/ *Terry G. Phillips*
>TERRY G. PHILLIPS
>Supervising Attorney
>Georgia Bar No. 576865
>*One of the Attorneys for Defendants*