# APPLICATION FOR REFUND OF FEES
# PAID ELECTRONICALLY THROUGH PAY.GOV

Date of Request: 05/08/2018              Date of Fee Payment:  05/08/2018

Case Number:   1:17-cv-02989-AT          Receipt Number:   113E-7865525

Amount to be Refunded: $150.00

Reason for Request:
CM/ECF website appeared to "time out" while payment information was being submitted.



Supervisor's Recommendation:




Action Taken:        _____        Approved

                     _____        Denied

                     _____        Referred to Judge for further action


_____         _____
DATE                                   JAMES N. HATTEN
                                       Clerk of Court