# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING et al.,

   Plaintiffs,

vs.

BRIAN P. KEMP et al.

   Defendants.

_____

CIVIL ACTION FILE NO.
1:17-CV-02989-AT

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.1(D) for the U.S. District Court, Northern District of Georgia, the undersigned hereby enters an appearance on behalf of Defendant DeKalb County Board of Registrations and Elections in the above-styled case.

Respectfully submitted this 9th day of May, 2018.

                                        */s/ Laura K. Johnson, Esq.*_____
                                        Laura K. Johnson
                                        Deputy County Attorney
                                        Georgia Bar No. 392090

                                        Attorney for DeKalb County Board of
                                        Registration and Elections

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Bennett Bryan, Senior Assistant County Attorney
Terry Phillips, Supervising Attorney
Laura K. Johnson, Deputy County Attorney
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
Phone: (404) 371-3011
Fax: (404) 371-3024
benbryan@dekalbcountyga.gov
tgphilli@dekalbcountyga.gov
lkjohnson@dekalbcountyga.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING et al., | |
| Plaintiffs, | CIVIL ACTION FILE NO. |
| vs. | 1:17-CV-02989-AT |
| BRIAN P. KEMP et al. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

This is to certify that on May 9, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send electronic notification to all counsel of record.

This 9th day of May 2018.

/s/ *Laura K. Johnson, Esq.*_____
Laura K. Johnson, Esq.
Ga. Bar No. 392090

- 3 -