IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING MAY 10, 2018 CONFERENCE

Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg (the "Curling Plaintiffs") respectfully move for entry of an Order authorizing the use of electronic equipment, including a laptop computer, a mobile phone, and necessary accessories and media, by their counsel in attendance at the Thursday, May 10, 2018 conference in the above-styled action. The Curling Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel, Catherine L. Chapple and Halsey G. Knapp, Jr., extend from 2:00 p.m. through completion of the conference, at the Court's discretion.

WHEREFORE the Curling Plaintiffs respectfully request that this Court enter an Order GRANTING this Motion to bring the aforementioned electronic equipment into the courtroom for use during the May 10, 2018 conference.

dc-928186

A proposed Order is attached hereto as Exhibit A.

Dated:  May 9, 2018                      Respectfully submitted,

                                               David D. Cross
(admitted *pro hac vice*)
Jane P. Bentrott
(admitted *pro hac vice*)
John P. Carlin
(*pro hac vice* application pending)
Catherine L. Chapple
(*pro hac vice* application pending)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JBentrott@mofo.com
JCarlin@mofo.com
CChapple@mofo.com

<u>/s/ Adam M. Sparks</u>
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                          /s/ Adam M. Sparks
                                          Adam M. Sparks

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018, a copy of the foregoing MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING MAY 10, 2018 CONFERENCE was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Adam M. Sparks
Adam M. Sparks