IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,

    Plaintiffs,

v.

BRIAN KEMP, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-02989-AT

## MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING MAY 10, 2018 CONFERENCE

**COMES NOW,** Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, Seth Harp, & The State Election Board and hereby move for entry of an Order authorizing the use of electronic equipment including a laptop computer, a mobile phone, and necessary accessories and media, by their counsel in attendance at the Thursday, May 10, 2018 conference in the above-styled action. The Defendants submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel, Roy E. Barnes and John F. Salter extend from 2:00 pm through completion of the conference, at the Court's discretion.

**THEREFORE,** Defendants, Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, Seth Harp, & The State Election Board request that this Court enter an Order GRANTING this Motion to bring the

- 1 -

aforementioned electronic equipment into the courtroom for use during the May 10, 2018 conference.

A proposed Order is attached hereto as Exhibit A.

This 10th day of May, 2018.

                              **BARNES LAW GROUP, LLC**

                              */s/John F. Salter*
                              **JOHN F. SALTER**
                              Georgia Bar No. 623325
                              **ROY E. BARNES**
                              Georgia Bar No. 039000

**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
(770) 227-6375
(770) 227-6373 (fax)
john@barneslawgroup.com
roy@barneslawgroup.com

*Attorneys for Defendants Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, Seth Harp, & The State Election Board*

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceedings Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

*/s/John F. Salter*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Century Schoolbook and a point size of 13.

*/s/John F. Salter*

*Attorneys for Defendants Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, Seth Harp, & The State Election Board*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING MAY 10, 2018 CONFERENCE** with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 10th day of May, 2018.

                                           **BARNES LAW GROUP, LLC**

                                           */s/John F. Salter*
                                           **JOHN F. SALTER**
                                           Georgia Bar No. 623325
                                           **ROY E. BARNES**
                                           Georgia Bar No. 039000

**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
(770) 227-6375
(770) 227-6373 (fax)
john@barneslawgroup.com
roy@barneslawgroup.com

*Attorneys for Defendants Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, Seth Harp, & The State Election Board*