IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-2989-AT |
| BRIAN KEMP, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

There is no longer a need for this case to remain administratively closed as all plaintiffs in this matter have retained counsel.  The Court hereby **ORDERS** this case to be re-opened.

**IT IS SO ORDERED** this 10th day of May, 2018.

_____
**Amy Totenberg**
**United States District Judge**