# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION** |
| vs. ) | |
| ) | **FILE NO. 1:17-cv-2989-AT** |
| BRIAN KEMP, ET AL., ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING MAY 10, 2018 CONFERENCE

Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis ("Coalition Plaintiffs") respectfully move for entry of an Order authorizing the use of electronic equipment, including a laptop computer, a mobile phone, and necessary accessories and media, by their counsel in attendance at the Thursday, May 10, 2018 conference in the above-captioned matter. The Coalition Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for attending counsel, Cary Ichter extend from 2:00 p.m. until the completion of the conference, at the Court's discretion.

WHEREFORE the Coalition Plaintiffs respectfully request this Court enter an Order GRANTING their Motion allowing the aforementioned electronic equipment into the courtroom for use during the May 10, 2018 conference.\

A proposed Order is attached hereto as Exhibit A.

Dated: May 10, 2018                          Respectfully submitted,

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
cichter@ichterdavis.com

**ICHTER DAVIS LLC**
3340 Peachtree Road NE,
Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610

*Attorney for Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font Times New Roman, point size 14.

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the within and foregoing **Motion for Use of Electronic Equipment During May 10, 2018 Conference** to be served upon all other parties in this action via electronic delivery using the Court's CM/ECF system as authorized by LR 5.0(A), which will automatically send notification of such filing to all attorneys of record.

/s/ *Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515

*Attorney for Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis*