IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE NO. 1:17-cv-2989-AT |
| BRIAN KEMP, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING MAY 10, 2018 CONFERENCE

At the Motion of Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis ("Coalition Plaintiffs") in the above-captioned matter, it is hereby **ORDERED** that counsel for the Coalition Plaintiffs may bring and use a laptop computer, a mobile phone, and any necessary accessories and media in conjunction with the conference on Thursday, May 10, 2018, before and scheduled by Judge Amy Totenberg, at the discretion of the Court.

All such equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**SO ORDERED** this 10th of May, 2018.

_____
THE HON. AMY TOTENBERG
JUDGE, USDC, NDGA