# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-cv-02989-AT**
**Curling et al v. Kemp et al**
**Honorable Amy Totenberg**

---

Minute Sheet for proceedings held In Chambers on 05/09/2018.

    TIME COURT COMMENCED: 4:04 P.M.
    TIME COURT CONCLUDED: 5:28 P.M.     COURT REPORTER: Shannon Welch
    TIME IN COURT: 1:24                 DEPUTY CLERK: Amy McConochie
    OFFICE LOCATION: Atlanta

ATTORNEY(S)     Roy Barnes representing State of Election Board
PRESENT:        Roy Barnes representing The State Election Board
                Roy Barnes representing Brian P. Kemp
                Roy Barnes representing David J. Worley
                Roy Barnes representing Ralph F. (Rusty) Simpson
                Roy Barnes representing Rebecca N. Sullivan
                Roy Barnes representing Seth Harp
                Bruce Brown representing Coalition for Good Governance
                Kaye Burwell representing The Fulton County Board of
                Registration and Elections
                Kaye Burwell representing Aaron Johnson
                Kaye Burwell representing David J. Burge
                Kaye Burwell representing Mark Wingate
                Kaye Burwell representing Mary Carole Cooney
                Kaye Burwell representing Richard Barron
                Kaye Burwell representing Stan Matarazzo
                Kaye Burwell representing Vernetta Nuriddin
                Catherine Chappell representing Donna Curling
                Catherine Chappell representing Donna Price
                Catherine Chappell representing Jeffrey Schoenberg
                David Cross representing Donna Curling
                David Cross representing Donna Price
                David Cross representing Jeffrey Schoenberg
                Cary Ichter representing Coalition for Good Governance
                Cary Ichter representing Laura Digges
                Cary Ichter representing Ricardo Davis
                Cary Ichter representing William Digges
                Laura Johnson representing The Dekalb County Board of
                Registrations and Elections

|  |  |
|---|---|
|  | Halsey Knapp representing Donna Curling<br>Halsey Knapp representing Donna Price<br>Halsey Knapp representing Jeffrey Schoenberg<br>Robert McGuire representing Coalition for Good Governance<br>David Lowman representing Aaron Johnson<br>David Lowman representing David J. Burge<br>David Lowman representing Mark Wingate<br>David Lowman representing Mary Carole Cooney<br>David Lowman representing Richard Barron<br>David Lowman representing Stan Matarazzo<br>David Lowman representing Vernetta Nuriddin<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Cheryl Ringer representing Aaron Johnson<br>Cheryl Ringer representing David J. Burge<br>Cheryl Ringer representing Mary Carole Cooney<br>Cheryl Ringer representing Richard Barron<br>Cheryl Ringer representing Stan Matarazzo<br>Cheryl Ringer representing Vernetta Nuriddin<br>John Salter representing The State Election Board<br>John Salter representing Brian P. Kemp<br>John Salter representing David J. Worley<br>John Salter representing Ralph F. (Rusty) Simpson<br>John Salter representing Rebecca N. Sullivan<br>John Salter representing Seth Harp<br>Grant Schnell representing Merle King<br>Daniel White representing The Cobb County Board of Elections and Registration<br>Daniel White representing Darryl O. Wilson<br>Daniel White representing Fred Aiken<br>Daniel White representing Janine Eveler<br>Daniel White representing Jessica Brooks<br>Daniel White representing Joe Pettit<br>Daniel White representing Phil Daniell |
| OTHER(S) PRESENT: | Marilyn Marks |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court heard from the parties on the status of the voting machines and the need to preserve evidence. A recess was had. The hearing resumed. The Court heard further from the parties, then indicated it would reserve a room at the courthouse for 3:30 PM on Tuesday, May 10 for the parties to meet. Defendant Merle King was excused from this meeting. The Court will then hold a hearing at 5:00 PM, if needed. Counsel for the state |

defendants was directed to send the Court the state law they referenced during the conference.