# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:17-cv-02989-AT**
**Curling et al v. Kemp et al**
**Honorable Amy Totenberg**

---

Minute Sheet for proceedings held In Open Court on 05/10/2018.

TIME COURT COMMENCED: 6:23 P.M.
TIME COURT CONCLUDED: 6:46 P.M.      COURT REPORTER: Shannon Welch
TIME IN COURT: 0:23                  DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance |
| | Catherine Chappell representing Donna Curling |
| | Catherine Chappell representing Donna Price |
| | Catherine Chappell representing Jeffrey Schoenberg |
| | Cary Ichter representing Coalition for Good Governance |
| | Cary Ichter representing Laura Digges |
| | Cary Ichter representing Ricardo Davis |
| | Cary Ichter representing William Digges |
| | Laura Johnson representing The Dekalb County Board of Registrations and Elections |
| | Halsey Knapp representing Donna Curling |
| | Halsey Knapp representing Donna Price |
| | Halsey Knapp representing Jeffrey Schoenberg |
| | Robert McGuire representing Coalition for Good Governance |
| | Cheryl Ringer representing The Fulton County Board of Registration and Elections |
| | Cheryl Ringer representing Aaron Johnson |
| | Cheryl Ringer representing David J. Burge |
| | Cheryl Ringer representing Mary Carole Cooney |
| | Cheryl Ringer representing Richard Barron |
| | Cheryl Ringer representing Stan Matarazzo |
| | Cheryl Ringer representing Vernetta Nuriddin |
| | John Salter representing The State Election Board |
| | John Salter representing Brian P. Kemp |
| | John Salter representing David J. Worley |
| | John Salter representing Ralph F. (Rusty) Simpson |
| | John Salter representing Rebecca N. Sullivan |
| | John Salter representing Seth Harp |
| | Grant Schnell representing Merle King |

|  |  |
|---|---|
|  | Daniel White representing The Cobb County Board of Elections and Registration |
|  | Daniel White representing Darryl O. Wilson |
|  | Daniel White representing Fred Aiken |
|  | Daniel White representing Janine Eveler |
|  | Daniel White representing Jessica Brooks |
|  | Daniel White representing Joe Pettit |
|  | Daniel White representing Phil Daniell |
| OTHER(S) PRESENT: | Marilyn Marks |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court held a status conference on preservation issues. Coalition Plaintiffs' Exhibit 1 admitted.  The Court approved the general terms of the parties' agreement as the order of the Court. The voting machines that are subject to the current litigation hold will stay on hold and will not be used in the May 22 election.  By Tuesday, May 15, the Coalition Plaintiffs shall respond to Defendants' inquiry as to why the litigation hold include optical scanning machines that are not DRE machines.  By Thursday, May 17, the parties are to submit a joint proposed schedule to the Court.. |