IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.<br><br>Defendants. | Civil Action<br>No. 1:17-cv-02989-AT |

### NOTICE OF COMPLIANCE BY THE COALITION PLAINTIFFS WITH ORDER TO RESPOND TO DEFENDANTS (DOC. 205)

TO THE COURT, PARTIES, AND COUNSEL OF RECORD:

Please TAKE NOTICE that Plaintiffs Coalition for Good Governance, Laura Digges, William Digges III, and Ricardo Davis (the "Coalition Plaintiffs"), complied on Monday, May 14, 2018, with this Court's Order (Doc. 205) requiring that they "respond to Defendants' inquiry as to why the litigation hold in this action [should] include optical scanning machines that are not DRE machines." A copy of the response is attached hereto as *Exhibit 1*.

Dated: May 17, 2018.

Respectfully submitted,

*/s/ Robert A. McGuire, III*
**Robert A. McGuire, III**
Admitted Pro Hac Vice (ECF No. 125)

1

*Attorney for Plaintiff Coalition for Good Governance*

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA  98104-2205
ram@lawram.com
(253) 267-8530

*/s/ William Brent Ney*
**William Brent Ney**
GA Bar Number 542519

*Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, GA 30309
(404) 842-7232

**Bruce P. Brown**
Georgia Bar No. 064460

*Attorney for Plaintiff Coalition for Good Governance*

Bruce P. Brown Law LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
 (11th bbrown@brucepbrownlaw.com
(404) 881-0700

**Cary Ichter**

2

Georgia Bar No. 382515

*Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis*

Ichter Davis, LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, GA 30326
cichter@IchterDavis.com
Tel.: 404.869.5243
Fax: 404.869.7610

## CERTIFICATE OF COMPLIANCE WITH LR 5.1C, NDGa

I hereby certify pursuant to LR 7.1D, NDGa that the foregoing document has been prepared with one of the font and point selections approved by this Court in LR 5.1C, NDGa, using a 14-point Times New Roman font.

                                                */s/ Robert A. McGuire, III*
                                                Robert A. McGuire, III
                                                Admitted Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA  98104-2205
ram@lawram.com
(253) 267-8530

                                                *Attorney for Plaintiff Coalition for Good Governance*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 17, 2018, I electronically filed the foregoing NOTICE OF COMPLIANCE BY THE COALITION PLAINTIFFS WITH ORDER TO RESPOND TO DEFENDANTS (DOC. 205), plus Exhibit 1, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record, according to the Court's Electronic Mail Notice List.

            */s/ Robert A. McGuire, III*
            Robert A. McGuire, III
            Admitted Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA  98104-2205
ram@lawram.com
(253) 267-8530

            *Attorney for Plaintiff Coalition for Good*
            *Governance*