IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,

    Plaintiffs,

v.

BRIAN KEMP, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:17-CV-2989-AT

# **ORDER**

The Court has reviewed the parties' positions as to the Coalition Plaintiffs'[1] Motion to Amend the Complaint [Doc. 160] and is prepared to allow the proposed amendment. Thus, the Court seeks to understand how the Curling Plaintiffs[2] plan to proceed with their claims. The Curling Plaintiffs represented to the Court that they wish to drop certain claims as well as certain defendants from their pleadings. It appears, then, that the Curling Plaintiffs could achieve this by either filing a separately amended complaint or entering a stipulation with Defendants. If the former, the Court would prefer that the time for Defendants to respond to the Coalition Plaintiffs' amended complaint be the same as the time for Defendants to respond to the Curling Plaintiffs' amended complaint.

---

[1] Coalition for Good Governance, Laura Digges, William Digges III, and Ricardo Davis.
[2] Donna Curling, Donna Price, and Jeffrey Schoenberg.

Accordingly, the Court **DIRECTS** the Curling Plaintiffs to confer with the other parties as to how they plan to proceed. The parties shall file a joint notice no later than June 1, 2018 with the following information: (1) whether the Curling Plaintiffs plan to file a separately amended complaint or enter a stipulation with Defendants regarding the Second Amended Complaint; (2) the proposed time frame for the Curling Plaintiffs to file either a separately amended complaint or a stipulation; and (3) if the Curling Plaintiffs choose to file a separately amended complaint, the proposed deadlines for filing responses and replies (which should be the same as the deadlines for filing responses and replies to the Coalition Plaintiffs' amended complaint).[3]

**IT IS SO ORDERED** this 25th day of May, 2018.

**Amy Totenberg**
**United States District Judge**

---

[3] The Court proceeds on the assumption that, if the Curling Plaintiffs choose to file a stipulation regarding the Second Amended Complaint, the motions to dismiss the Second Amended Complaint and all related briefings will not be mooted and will remain pending as to the Curling Plaintiffs.