## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## PARTIES' JOINT NOTICE REGARDING CURLING PLAINTIFFS' STIPULATED DISMISSAL

1.      Pursuant to this Court's Order dated May 25, 2018 (Dkt. No. 215) ("Order"), the Parties, by and through their respective counsel, hereby notify the Court that the Parties intend to proceed under a Stipulation with respect to dismissing certain claims and defendants in the Second Amended Complaint (Dkt. No. 70).

2.      Curling Plaintiffs have conferred with all other Parties to this litigation.  The Parties have entered into and filed the aforementioned Stipulation today (June 1, 2018).  *See* Dkt. No. 218.

3.      The Stipulation is contingent upon the Court's docketing of the Coalition Plaintiffs' proposed Third Amended Complaint (Dkt. No. 160-1) as the

KH488810.DOCX

Coalition Plaintiffs' operative complaint, as the Court has indicated it is prepared to do. (Order, at 1.)

4.     Given that the Curling Plaintiffs will not file a motion to amend the Second Amended Complaint and all Parties have consented to amending the Second Amended Complaint via the Stipulation, no schedule for briefing regarding the agreed-upon amendments is necessary or appropriate, and the Parties do not propose one.

5.     The Parties anticipate filing soon a joint motion to sever the Coalition Plaintiffs' claims in their proposed Third Amended Complaint from Curling Plaintiffs' claims in the Second Amended Complaint, as amended via stipulation. The Parties believe such severance will maximize efficiency and best secure the just, speedy, and inexpensive determination of each action.

6.     Unless the Court plans to deny Defendants' pending motions to dismiss (Dkt. Nos. 82 and 83) and find that the Curling Plaintiffs' stipulated-to Second Amended Complaint does not implicate issues of sovereign immunity, Curling Plaintiffs request the right to respond to the May 8, 2018 filing titled Advisory Notice of Defendants Secretary of State Kemp and State Election Board Officials Regarding Immunity (Dkt. No. 191).  Defendants Secretary of State Kemp, the State Election Board Officials, and the State Election Board submitted a

20-page brief making substantive legal arguments regarding their pending motion to dismiss the Second Amended Complaint to which the Curling Plaintiffs have not yet been permitted a response.  Although the Curling Plaintiffs believe Defendants' motions to dismiss lack merit, they should be permitted a response to this new substantive filing by Defendants Secretary of State Kemp, the State Election Board Officials, and the State Election Board unless the Court is denying those motions and thus does not need further briefing.  The Curling Plaintiffs request that they be permitted to file their response on or before Friday, June 8, 2018.  To the extent the Court permits Defendants to reply, Defendants will do so within ten (10) days.

7.     Coalition Plaintiffs respectfully request the Court to set an expedited briefing schedule for any motions to dismiss directed at the Third Amended Complaint.

8.     The Parties request a status conference with the Court at its earliest convenience.

Dated: June 1, 2018                    Respectfully submitted,

                                       */s/ Adam M. Sparks*
                                       Adam M. Sparks
                                       GA Bar No. 341578
                                       Halsey G. Knapp, Jr.
                                       GA Bar No. 425320
                                       KREVOLIN & HORST, LLC
                                       1201 West Peachtree Street, NW
                                       Suite 3250

Atlanta, GA 30309
Telephone: (404) 888-9700
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling,*
*Donna Price & Jeffrey Schoenberg*

*/s/ David D. Cross*
David D. Cross
(admitted *pro hac vice*)
John P. Carlin
(admitted *pro hac vice*)
Jane P. Bentrott
(admitted *pro hac vice*)
Catherine L. Chapple
(admitted *pro hac vice*)
Rob W. Manoso (*pro hac vice* application
pending)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JCarlin@mofo.com
JBentrott@mofo.com
CChapple@mofo.com

*/s/ Robert A. McGuire, III*
**Robert A. McGuire, III**
Admitted Pro Hac Vice (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA 98104-2205
ram@lawram.com
(253) 267-8530

*Attorney for Plaintiff Coalition for Good Governance*

*/s/ William Brent Ney*
**William Brent Ney**
GA Bar Number 542519
NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, GA 30309
(404) 842-7232

*Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

*/s/ Daniel W. White*
DANIEL W. WHITE
Georgia Bar No. 153033
HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA 30060
770-422-8900
dwhite@hlclaw.com

*Attorney for Cobb Defendants*

*/s/ Bennett D. Bryan*
Bennett D. Bryan
SENIOR ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 157099

LAURA K. JOHNSON
DEPUTY COUNTY ATTORNEY
Georgia Bar No. 392090

Terry G. Phillips
SUPERVISING ATTORNEY
Georgia Bar No. 576865

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Bennett D. Bryan
Assistant County Attorney
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011 – Telephone
(404) 371-3024 – Facsimile
bdbryan@dekalbcountyga.gov

*Attorneys for DeKalb Defendants*

*/s/ John F. Salter*
**JOHN F. SALTER**
Georgia Bar No. 623325
**ROY E. BARNES**
Georgia Bar No. 039000
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
(770) 227-6375
(770) 227-6373 (fax)
john@barneslawgroup.com
roy@barneslawgroup.com

*Attorneys for Defendants Brian P. Kemp,*
*David J. Worley, Rebecca N. Sullivan, Ralph*
*F. "Rusty" Simpson, Seth Harp, & The State*
*Election Board*

*/s/ David R. Lowman*
David Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

Kaye Burwell
Georgia Bar Number: 775060
kaye.burwell@fultoncountyga.gov
Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303

*Attorneys for Defendants Richard Barron, Mary Carole Cooney, Vernetta Nuriddin, David J. Burge, Stan Matarazzo, Aaron Johnson, and The Fulton County Board of Registration & Elections*

<u>*/s/ Grant Edward Lavelle Schnell*</u>
Robert S. Highsmith, Jr.
State Bar of Georgia No. 352777
Grant Edward Lavelle Schnell
Georgia Bar No. 106794

**HOLLAND & KNIGHT LLP**
Regions Plaza, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.817.8500
Facsimile: 404.881.0470
robert.highsmith@hklaw.com
grant.schnell@hklaw.com

*Attorneys for Merle King*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRIAN KEMP, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has

been prepared in accordance with the font type and margin requirements of LR 5.1,

using font type of Times New Roman and a point size of 14.

*/s/ David D. Cross*
David D. Cross

KH488810.DOCX

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRIAN KEMP, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2018, a copy of the foregoing PARTIES'

JOINT NOTICE REGARDING CURLING PLAINTIFFS' STIPULATED

DISMISSAL was electronically filed with the Clerk of Court using the CM/ECF

system, which will automatically send notification of such filing to all attorneys of

record.

　*/s/ Adam M. Sparks*
Adam M. Sparks

KH488810.DOCX