IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

### CURLING PLAINTIFFS' STIPULATED DISMISSAL

1. Pursuant to this Court's Order dated June 5, 2018 (Dkt. No. 220), Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs") will provide notice to the Court today stating that Curling Plaintiffs do not intend to amend the Second Amended Complaint. Rather, Curling Plaintiffs intend to proceed with the Second Amended Complaint as the operative complaint representing the claims of Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg.

2. However, Curling Plaintiffs continue to seek to narrow the issues before this Court in an attempt to proceed as expeditiously as possible.

3. Therefore, Curling Plaintiffs are entering into stipulated dismissals to dismiss *all* claims, without prejudice, as against the following Defendants:

KH489825.DOCX

a. Defendant Maxine Daniels, Director of the DeKalb County Board of Registrations and Elections;

b. Defendants Michael P. Coveny, Anthony Lewis, Leona Perry, Samuel E. Tillman, and Baoky N. Vu ("Members of the DeKalb County Board of Registrations and Elections");

c. Defendant DeKalb County Board of Registrations and Elections;

d. Defendant Janine Eveler, Director of the Cobb County Board of Elections and Registration;

e. Defendants Phil Daniell, Fred Aiken, Joe Pettit, Jessica Brooks, and Darryl O. Wilson ("Members of the Cobb County Board of Elections and Registration");

f. Defendant Cobb County Board of Elections and Registration;

g. Defendant Merle King, Executive Director of the Center for Election Systems at Kennesaw State University.[1]

Dated: June 11, 2018              Respectfully submitted,

   /s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
GA Bar No. 425320

---

[1] Merle King, following his dismissal, will continue to preserve potentially relevant materials and information for this litigation and will cooperate with discovery.

Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

David D. Cross
(admitted *pro hac vice*)
John P. Carlin
(admitted *pro hac vice*)
Catherine L. Chapple
(admitted *pro hac vice*)
Jane P. Bentrott
(admitted *pro hac vice*)
Rob W. Manoso
(admitted *pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JCarlin@mofo.com
CChapple@mofo.com
JBentrott@mofo.com
RManoso@mofo.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

*/s/ Daniel W. White*
DANIEL W. WHITE
Georgia Bar No. 153033
HAYNIE, LITCHFIELD & WHITE, PC

222 Washington Avenue
Marietta, GA 30060
770-422-8900
dwhite@hlclaw.com

*Attorney for Cobb Defendants*

*/s/ Bennett D. Bryan*
Bennett D. Bryan
SENIOR ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 157099

LAURA K. JOHNSON
DEPUTY COUNTY ATTORNEY
Georgia Bar No. 392090

Terry G. Phillips
SUPERVISING ATTORNEY
Georgia Bar No. 576865

PLEASE ADDRESS ALL COMMUNICATIONS TO:
Bennett D. Bryan
Assistant County Attorney
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011 – Telephone
(404) 371-3024 – Facsmile
bdbryan@dekalbcountyga.gov

*Attorneys for DeKalb Defendants*

*/s/ Grant Edward Lavelle Schnell*
Robert S. Highsmith, Jr.
State Bar of Georgia No. 352777
Grant Edward Lavelle Schnell
Georgia Bar No. 106794

**HOLLAND & KNIGHT LLP**
Regions Plaza, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.817.8500
Facsimile: 404.881.0470
robert.highsmith@hklaw.com
grant.schnell@hklaw.com

*Attorneys for Merle King*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                                 /s/ David D. Cross
                                                               David D. Cross

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2018, a copy of the foregoing CURLING PLAINTIFFS' STIPULATED DISMISSAL was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

       /s/ Halsey G. Knapp, Jr.
       Halsey G. Knapp, Jr.