# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CA No. 1:17cv02989-AT |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN KEMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF CONSENT
## TO WITHDRAW AS COUNSEL AND
## NOTICE OF SUBSTITUTION OF COUNSEL

COME NOW the undersigned counsel for Defendants Michael P. Coveny, Anthony Lewis, Leona Perry, Samuel E. Tillman, and Boaky N. Vu, in their individual capacities and their official capacities as members of the DeKalb County Board of Registration and Elections, Erica Hamilton,[1] in her individual capacity and official capacity as director of the DeKalb County Board of Registration and Elections, and the DeKalb County Board of Registration and Elections, and hereby withdraw as counsel in the above-styled action. Pursuant to Northern District of

---

[1] Defendant Maxine Daniels is no longer employed by DeKalb County as the Director of the Board of Registration and Elections or in any other capacity. To the extent Maxine Daniels has been dismissed from the case as a Defendant and is no longer employed by DeKalb County, her to consent to the substation of counsel is not necessary. Erica Hamilton, who is now the current Director of the Board, has indicated her consent to the substitution of counsel along with the members of the Board.

Georgia Local Rule 83.1E(2)(d), the undersigned hereby notify this Court of their withdrawal as counsel with the Consent of these Defendants.

The following counsel is substituted as counsel for these Defendants in this action:

    Daniel W. White
    Sarah G. Hegener
    Haynie, Litchfield & White, P.C.
    222 Washington Avenue NE
    Marietta, GA 30060

Respectfully submitted this 28th day of June, 2018.

    /s/ Laura K. Johnson
      LAURA K. JOHNSON
      Georgia Bar No. 392090

    /s/ Terry G. Phillips
      TERRY G. PHILLIPS
      Georgia Bar No. 576856

    /s/ Bennet D. Bryan
      BENNETT D. BRYAN
      Georgia Bar No. 157099

*Attorneys for Defendants*
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
404-371-3011- Telephone
404-371-3024- Facsimile
bdbryan@dekalbcountyga.gov

/s/ Daniel W. White
DANIEL W. WHITE
Georgia Bar No. 153033
SARAH G. HEGENER
Georgia Bar No. 534438

Haynie, Litchfield & White, P.C.
222 Washington Avenue NE
Marietta, GA 30060
*Substituted Counsel for Defendants*

Consented to by:

Erica Hamilton
*Director of the DeKalb County Board of Registration and Elections*

Michael P. Coveny
*Member of the DeKalb County Board of Registration and Elections*

Anthony Lewis
*Member of the DeKalb County Board of Registration and Elections*

Leona Perry
*Member of the DeKalb County Board of Registration and Elections*

_____
Samuel E. Tillman
*Member of the DeKalb County Board
of Registration and Elections*

_____
Baoky N. Vu
*Member of the DeKalb County Board
of Registration and Elections*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing CERTIFICATE OF CONSENT TO WITHDRAWAL OF COUNSEL with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 28th day of June, 2018.

/s/ Daniel W. White
DANIEL W. WHITE
Georgia Bar No. 153033