IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. |
| | ) | 1:17cv02989-AT |
| v. | ) | |
| | ) | |
| BRIAN KEMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Jon L. Schwartz respectfully files this Notice of Appearance as counsel for *Amici Curiae* Common Cause, National Election Defense Coalition, and Protect Democracy.


s/ Jon L. Schwartz

JON L. SCHWARTZ (Ga. Bar No. 631038)
Jon L. Schwartz, Attorney at Law, P.C.
1170 Peachtree St., N.E., Suite 1200
Atlanta, Georgia 30309
Tel. (404) 667-3047
Fax (404) 529-4587
Attorney for *Amici Curiae* Common Cause, National Election Defense Coalition, and Protect Democracy

## CERTIFICATE OF SERVICE

I certify that I have this 17th day of July, 2018, served the foregoing *Notice of Appearance* upon all counsel of record by way of the Court's electronic case filing (ECF) system.

s/ Jon L. Schwartz

JON L. SCHWARTZ (Ga. Bar No. 631038)
Jon L. Schwartz, Attorney at Law, P.C.
1170 Peachtree St., N.E., Suite 1200
Atlanta, Georgia 30309
Tel. (404) 667-3047
Fax (404) 529-4587