# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. |
| | ) | 1:17-cv-02989-AT |
| v. | ) | |
| | ) | |
| BRIAN KEMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF MATTHEW J. MURRAY IN SUPPORT OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

I, Matthew J. Murray, declare as follows:

1. I am a partner in the San Francisco law firm of Altshuler Berzon LLP, a member of the State Bar of California, and co-counsel for *Amici Curiae* Common Cause, National Election Defense Coalition, and Protect Democracy in the above-captioned action. My application for admission *pro hac vice* is currently pending before the Court. I make this declaration of my own personal knowledge, and I am competent to testify to the matters set forth herein.

2. I contacted counsel for the parties to request the parties' consent to the filing of an *Amicus Curiae* Brief.

3. Counsel Robert McGuire informed me that the Coalition Plaintiffs consent to the filing of an *Amicus Curiae* Brief. Counsel David Cross informed me

1

that the Curling Plaintiffs consent to the filing of an *Amicus Curiae* Brief.

4. Deputy County Attorney Kaye Woodard Burwell informed me that the Fulton County Defendants do not consent.

5. I have attempted to contact Jon F. Salter and Roy E. Barnes, counsel for the State Defendants, via both email and phone. I have not received a response on behalf of the State Defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July 2018, at San Francisco, California.

s/ Matthew J. Murray

Matthew J. Murray

## CERTIFICATE OF SERVICE

I certify that I have this 17th day of July, 2018, served the foregoing Declaration upon all counsel of record by way of the Court's electronic case filing (ECF) system.

s/ Jon L. Schwartz

JON L. SCHWARTZ (Ga. Bar No. 631038)
Jon L. Schwartz, Attorney at Law, P.C.
1170 Peachtree St., N.E., Suite 1200
Atlanta, Georgia 30309
Tel. (404) 667-3047
Fax (404) 529-4587