## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. |
| ) | 1:17cv02989-AT |
| v. ) | |
| ) | |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

s/ Jon L. Schwartz

JON L. SCHWARTZ (Ga. Bar No. 631038)
Jon L. Schwartz, Attorney at Law, P.C.
1170 Peachtree St., N.E., Suite 1200
Atlanta, Georgia 30309
Tel. (404) 667-3047
Fax (404) 529-4587

s/ Stephen P. Berzon

s/ Stacey M. Leyton

s/ Matthew J. Murray

STEPHEN P. BERZON (*pro hac vice* pending)
STACEY M. LEYTON (*pro hac vice* pending)

MATTHEW J. MURRAY (*pro hac vice* pending)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 947108
Tel. (415) 421-7151
Fax (415) 362-8064

Attorneys for *Amici Curiae* Common Cause,
National Election Defense Coalition, and
Protect Democracy

## CERTIFICATE OF SERVICE

I certify that I have this 17th day of July, 2018, served the foregoing Certificate of Compliance upon all counsel of record by way of the Court's electronic case filing (ECF) system.

s/ Jon L. Schwartz

JON SCHWARTZ (Ga. Bar No. 631038)
Jon L. Schwartz, Attorney at Law, P.C.
1170 Peachtree St., N.E., Suite 1200
Atlanta, Georgia 30309
Tel. (404) 667-3047
Fax (404) 529-4587