# ROBERT MCGUIRE
# LAW FIRM

| WASHINGTON: | COLORADO: |
|---|---|
| 113 Cherry St. #86685 | 1624 Market St. Ste. 226 #86685 |
| Seattle, Washington  98104-2205 | Denver, Colorado  80202-2523 |

www.lawram.com

July 30, 2018

**Via Email (Amy_McConochie@ gand.uscourts.gov)**

Ms. Amy Cash McConochie
Courtroom Deputy Clerk
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    *Curling v. Kemp*, No. 1:17-cv-02989-AT
                Request for Additional Leave of Absence Less Than 21 Days

Dear Ms. McConochie:

I am presently appearing in the above matter as lead counsel for Plaintiff Coalition for Good Governance.

Pursuant to Local Rule 83.1(E)(3) NDGa and Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II.(c)(iii), I write to advise that I will be absent from work and unavailable during the following two periods, each less than twenty-one days, and I respectfully request that this case not be calendared during these periods of my absence:

- Wednesday–Thursday, August 29–30, 2018— Travel to and appearance at argument in the U.S. District Court for the Southern District of California.

Ms. Amy Cash McConochie
Re: Request for Additional Leave of Absence Less Than 21 Days
July 30, 2018
Page 2

- Friday, August 31–Wednesday, September 5, 2018— Reason: Personal and family commitments/Travel.

Please contact me with any questions you may have.

>Very truly yours,
>
>*/s/ Robert Alexander McGuire, III*
>ROBERT ALEXANDER MCGUIRE, III
>Admitted Pro Hac Vice (ECF No. 125)
>Washington Bar No. 50649

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA 98104-2205
T: (253) 267-8530
Email: ram@lawram.com

>/s/ William Brent Ney
>William Brent Ney
>GA Bar Number 542519

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, GA 30309
T: (404) 842-7232

>*Attorneys for Plaintiff Coalition for Good Governance*

Cc (by service): Counsel of record and any *pro se* parties.

Ms. Amy Cash McConochie
Re: Request for Additional Leave of Absence Less Than 21 Days
July 30, 2018
Page 3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2018, I electronically filed the foregoing REQUEST FOR LEAVE OF ABSENCE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record, according to the Court's Electronic Mail Notice List.

                                                */s/ Robert A. McGuire, III*
                                                **Robert A. McGuire, III**
                                                Admitted Pro Hac Vice (ECF No. 125)

                                                *Attorney for Plaintiff Coalition for Good Governance*

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA  98104-2205
ram@lawram.com
(253) 267-8530

                                                */s/ William Brent Ney*
                                                **William Brent Ney**
                                                GA Bar Number 542519

                                                *Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, GA 30309
(404) 842-7232