# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRIAN KEMP, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## COALITION PLAINTIFFS' MOTION FOR
## PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs

Coalition for Good Governance, William Digges III, Laura Digges, Megan

Missett, and Ricardo Davis (the "Coalition Plaintiffs") move this Court to grant a

preliminary injunction prohibiting the Defendants from conducting the November

2018 general election and the related December 2018 runoff election through direct

recording electronic (DRE) voting units for in-person voting.

In connection with the foregoing requested relief, Coalition Plaintiffs request

this Court to order Defendants instead to conduct such elections using paper

ballots, as permitted by Georgia law, and to make available at each polling place at

least one voting system equipped for individuals with disabilities that produces a

permanent paper record, which may not be a paperless DRE voting unit (unless no

other equipment equipped for individuals with disabilities is reasonably available that satisfies the requirement to have a manual audit capacity), as required by federal law.

In connection with the foregoing requested relief, Coalition Plaintiffs request this Court to order the Defendant State Election Board Members to promulgate rules requiring and specifying appropriate procedures for conducting pre-certification audits of the results of both such elections and, to order the Defendant Secretary of State, before October 1, 2018, to conduct an audit of and correct any identified errors in the DRE system's electronic pollbook data that will be used in both such elections.

Pursuant to Rule 65(d), Plaintiffs have filed with this Motion a proposed order directed at the persons to be bound thereby, stating the reasons why the order should issue, stating the order's terms specifically, and describing the acts restrained and required.

Pursuant to Rule 7.1A of the Local Rules of the Northern District of Georgia, and Part III (a) of this Court's Standing Order, Plaintiffs have filed herewith a brief citing legal authorities supporting the motion and the facts relied upon. Attached to the brief are declarations from the following:

1. Matt Bernhard

2.      Dana Bowers

3.      Bruce Brown

4.      Jasmine Clark

5.      Kimberly Copeland

6.      Rob Kadel

7.      Logan Lamb

8.      Carri Luse

9.      Marilyn Marks

10.    Laurie Mitchell

11.    Rebecca Wilson

Respectfully submitted this 3nd day of August, 2018.

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*/s/ Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
Attorney for Coalition
for Good Governance, William
Digges III, Laura Digges, Ricardo
Davis, and Megan Missett
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

/s/ William Brent Ney

William Brent Ney
Georgia Bar No. 542519
Attorney for Coalition
for Good Governance, William
Digges III, Laura Digges, Ricardo Davis,
and Megan Missett
NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
(404) 842-7232

/s/ Cary Ichter

CARY ICHTER
Georgia Bar No. 382515
Attorney for Coalition
for Good Governance, William
Digges III, Laura Digges, Ricardo
Davis and Megan Missett
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in

accordance with the font type and margin requirements of LR 5.1, using font

type of Times New Roman and a point size of 14.

/s/ Bruce P. Brown

Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the foregoing COALITION

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION to be served upon

all other parties in this action by via electronic delivery using the PACER-ECF

system.

This 3RD day of August, 2018.

<div style="margin-left:40%">

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

</div>