IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CONSENT MOTION FOR SCHEDULING ORDER

Pursuant to an agreement among the Parties, Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs") hereby move this Court to enter an Order applying the same briefing schedule to the Curling Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 260) as that set forth in this Court's Order dated August 7, 2018 (Dkt. No. 259) for the Coalition Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 258).  Consistent with this Order, Defendants shall file their response(s) to both Curling Plaintiffs' and Coalition Plaintiffs' Motions for Preliminary Injunction no later than August 14, 2018, and Curling Plaintiffs shall file their reply no later than August 20, 2018.  All Parties consent to this schedule.  A proposed scheduling order is attached to this Consent Motion for the convenience of the Court.

KH497652.DOCX

Dated: August 8, 2018 Respectfully submitted,

/s/ Halsey G. Knapp, Jr
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
**KREVOLIN & HORST, LLC**
1201 West Peachtree Street, NW; Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
hknapp@khlawfirm.com
sparks@khlawfirm.com


/s/ David D. Cross
David D. Cross
(admitted *pro hac vice*)
John P. Carlin
(admitted *pro hac vice*)
Jane P. Bentrott
(admitted *pro hac vice*)
Catherine L. Chapple
(admitted *pro hac vice*)
Robert W. Manoso (*pro hac vice* pending)
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Avenue, NW; Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JCarlin@mofo.com
JBentrott@mofo.com
CChapple@mofo.com
RManoso@mofo.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, v. **BRIAN KEMP, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, a copy of the foregoing **CONSENT MOTION FOR SCHEDULING ORDER** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.