IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, ET AL.,
Plaintiffs,

v.

BRIAN KEMP, ET AL.,
Defendants.

Civil Action No. 1:17-CV-2989-AT

## SCHEDULING ORDER

Pursuant to the Consent Motion for Scheduling Order filed by Plaintiffs

Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs"), the

Court ORDERS that Defendants shall file their response(s) to the Curling

Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 260) no later than August

14, 2018, and the Curling Plaintiffs shall file any reply no later than August 20,

2018.

IT IS SO ORDERED, this 13th day of August, 2018.

_____
The Honorable Amy Totenberg
Judge, United States District Court