IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,

Plaintiffs,

v.

BRIAN KEMP, et al.,

Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-02989-AT

## ORDER

**THIS MATTER** coming before the Court on the Motion of the State Defendants seeking leave to file a Brief In Support Of Their Response to both of the Curling Plaintiffs' and the Coalition Plaintiffs' Motions for Preliminary Injunction in excess of 25 pages and up to and including 30 pages, the Court being advised of the premises, **IT IS HEREBY ORDERED THAT:**

The motion is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2018.

_____
Amy Totenberg
United States District Judge