*CURLING, et al. v. KEMP, et al.*
Civil Action File No: 1:17-CV-02989

**EXHIBIT 5**
DECLARATION OF NANCY BOREN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al | Civil Action File |
| Plaintiffs | No: 1:17-CV-02989-AT |
| v. | |
| BRIAN KEMP, et al | |
| Defendants. | |

## DECLARATION OF NANCY BOREN

Pursuant to 28 U.S.C. § 1746, Nancy Boren, Elections and Registration Director for the Muscogee County Board of Registrations and Elections declares as follows:

1. I make this Declaration for the Court's information in the above matter of *Donna Curling, et al., v. Brian Kemp, et al,* (Civil Action No. 1:17-cv-2989-AT).

2. I have served as the Elections Director to the Board of Registrations and Elections for Muscogee County, Georgia since December 1995. I have worked on or been responsible for the management of all primaries and elections in Muscogee County, Georgia for approximately 23 years. I have served on statewide committees related to the conduct of elections. I have provided testimony or written comments to committees of the Georgia General Assembly regarding election matters. As the Elections Director for Muscogee County, Georgia I have acquired a comprehensive understanding of all aspects of the business of conducting elections with the highest degree of efficiency and integrity, and in full compliance with the Elections Code, and the applicable regulations and the State Elections Board.

3. This declaration is provided at the request of the office of the Secretary of State and is intended to provide information on the practical realities of switching to a new system of

voting in Muscogee County, a large suburban county and one of 159 counties less than 90 days before major statewide elections. I understand that changes are necessary and that there is a state-wide commission looking at new voting equipment for Georgia. However, in my opinion, based on my years of experience a change to paper ballots in time for the November 2018 election is not appropriate.

4. In 1995 Muscogee County moved from a punch card voting system to an optical scan voting system. Thereafter in 2002, the County began using direct recording electronic voting on Election Day and advance in person voting for primaries and elections with optical scanning technology used for absentee and provisional ballots.

5. Muscogee County has a large potential voting population with approximately 130,000 registered voters and the preparation for elections on that scale requires a considerable effort. Although Election Day in Georgia is November 6, 2018, in Muscogee, we are already in the process of finalizing the ballot in coordination with the Secretary of State's office. In a little less than a month, absentee by mail and Uniformed and Overseas Civilian Absentee Voting Act (UOCAVA) ballots begin to be sent out on September 18, and all UOCAVA ballots must go out by September 22. Absentee in person voting also known as advanced voting or early voting begins on October 15 and ends on November 2. The voter registration deadline for the November general election is October 9, 2018.

6. The implementation of paper ballots would be a sudden and unanticipated change that would require expenditure of significant funds that have been not been budgeted for expenditure in 2018. Additional funds would be necessary to print ballots, purchase equipment including but not limited to optical scanners, and supplies, and hire and train adequate staff.

Additionally, the Elections Office in Muscogee would have to develop and implement new processes in the midst of the normal preparation for executing an election on November 6, 2018.

7. A paper ballot voting system requires that a large number of ballots be printed to accommodate all of the voters. The cost of printing ballots has historically been a cost carried by the county. A large number of ballots would have to be printed to allow for the fact that there will inevitably be a percentage of voters that will need ballots re-issued because of errors and then the duplication of ballots not correctly marked.

8. A change in voting systems would require the development of new signage and instructional materials to guide voters. It would require adequate time to procure these materials and the November 6 election is less than ninety days away with absentee in person voting beginning on October 15, 2018. Any change in voting system between elections is confusing to both voters and poll officials. Although it may seem easy to vote correctly on an optical scan ballot, it is not as intuitive to many voters. This leads to the need for duplication of many ballots, which would be additional expenses to hire more vote review panel members, duplication team members and training for both. Duplicating a large number of ballots brings about insecurity with ballot secrecy and accuracy amongst the voters and the media.

9. The deployment of a paper ballot system for the November 2018 election would require major training changes to be developed for training of poll officials. Additionally, staff would require training on new voting systems procedures and troubleshooting. The cost of putting together an absentee ballot package, including outgoing and incoming postage, would be another substantial and currently-unbudgeted expense.

10. Paper ballots are not counted by hand. The Muscogee County Board of Registrations and Elections like most other election superintendents uses optical scan units to

count the ballots. The current inventory of optical scan units would not handle the number of ballot pages to be scanned. The time that it takes to scan a ballot depends on the length of the ballot, the number of pages and the accuracy of marks made by the individual voter. This then increases the time it takes to for voters to cast their ballot and at peaks times for busy precincts could impact parking and add to the voters' level of frustration.

11. Polling places would be need to be equipped with adequate optical scan units to minimize delays. The procurement of adequate units is not an anticipated expense that has been budgeted for 2018.

12. With 159 counties looking to acquire optical scan units within a short time frame, the surge in demand could create a tighter market which could raise prices and may ultimately make it challenging to acquire the necessary number of units in time for the beginning of absentee in person voting or Election Day.

13. In addition to preparation for voting, staff is engaged in all matters related to voter registration. The deadline for voters to register to participate in the November 6 election is October 9, 2018.

14. Attempting to change to a new statewide system of voting at this point would create a significant administrative and financial burden on Muscogee County's election officials. With less than ninety days until elections and approximately 60 days until absentee in person voting begins, the range of activities outlined above could not be accomplished.

15. The Muscogee County Board of Elections and Registration prides itself on providing timely and accurate information to it voters. There simply is not enough time to adequately and effectively train staff, poll managers and poll workers and for them to be prepared to fully support voters or to properly educate the public on these changes. Voter

education in advance of a change of this magnitude is critical as is trained staff to support them. Any increase in the amount of time it takes to vote leads to longer lines which are an irritant to voters and can lead to voters walking off if they are unaware of any changes that adds to the time it takes to vote.

16. Additional measures would need to be developed and implemented to protect the security of the ballots and any routine problems associated with equipment, and thereby to preserve voter confidence in the integrity of the voting process. The State Election Board may need to be develop rules to govern ballot security and that will likely take more time than is remaining between now and the beginning of in person absentee voting on October 15, 2018.

17. I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Executed this 13th day of August, 2018.

*signature*
NANCY BOREN
*Elections Director, Muscogee County Board of Registrations and Elections*