IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN P. KEMP, et al.; <br><br> Defendants. | CIVIL ACTION <br> FILE NO: 1:17cv02989-AT |

**FULTON COUNTY DEFENDANTS'**
**MOTION TO FILE A RESPONSE BRIEF IN EXCESS OF TWENTY-FIVE PAGES**

The Fulton County Board of Registration and Elections ("FCBRE") and members of the FCBRE, Mary Carole Cooney, Vernetta Nuriddin, David J. Burge, Stan Matarazzo, Mark Wingate and Aaron Johnson, (hereafter "Fulton County Defendants") respectfully request leave to file a Response Brief in excess of the twenty- five (25) page limit set forth in Local Rule 7.1(D). In support of this Motion, the Fulton County Defendants show this Court as follows:

1. On August 3, 2018, the Coalition Plaintiffs filed a Motion for Preliminary Injunction, asking the Court to prohibit Defendants

"from conducting the November 2018 general election and the related December 2018 runoff election through direct recording electronic (DRE) voting units for in-person voting." [Coalition Pls.' Motion, Doc. 258 at 1].

2. On August 8, 2018, the Curling Plaintiffs also filed a Motion for Preliminary Injunction [Doc. 260], asking the Court to prohibit Defendants "from conducting the November 2018 general election and the related December 2018 runoff election through direct recording electronic (DRE) voting units for in-person voting."

3. As agreed by the parties [Doc. 261 at 1], this Response is to both groups of Plaintiffs' motions.

4. The Fulton County Defendants, therefore, request that they be given a page extension of the page limit for briefs (allowing the filing of a response brief not to exceed 25 pages) so that they can adequately address the legal grounds for denial for each of the different claims set forth in both motions.

A proposed Order is attached for the Court's convenience.

For the foregoing reasons, the Fulton County Defendants respectfully request that this Court grant their Motion to File a Brief in Excess of Twenty-Five Pages and Up to and Including Thirty Pages.

Respectfully submitted this 14th day of August, 2018.

                    OFFICE OF THE COUNTY ATTORNEY

                    **/s/David R. Lowman**
                    Kaye Burwell
                    Georgia Bar Number:   775060
                    kaye.burwell@fultoncountyga.gov
                    Cheryl Ringer
                    Georgia Bar Number: 557420
                    cheryl.ringer@fultoncountyga.gov
                    David Lowman
                    Georgia Bar Number: 460298
                    david.lowman@fultoncountyga.gov

                    ATTORNEYS FOR DEFENDANTS RICHARD BARRON MARY CAROLE COONEY, VERNETTA NURIDDIN, DAVID J. BURGE, STAN MATARAZZO, AARON JOHNSON, AND THE FULTON COUNTY BOARD OF REGISTRATION & ELECTIONS

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing FULTON COUNTY DEFENDANTS' MOTION TO FILE EXCESS PAGES with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

    This 14th day of August, 2018.

                                          /s/ David R. Lowman

                                          Georgia Bar Number: 460298
                                          david.lowman@fultoncountyga.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN P. KEMP, et al.; <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) FILE NO: 1:17cv02989-AT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

**THIS MATTER** coming before the Court on motion of the Fulton County Defendants seeking to leave to file a response brief to Plaintiffs' Motions for Preliminary Injunction in excess of 25 pages and up to and including 30 pages, the Court being advised of the premises, **IT IS HEREBY ORDERED THAT:**

The motion is **GRANTED**.

**SO ORDERED** this_____day of _____, 2018.

_____
Amy Totenberg
United States District Judge