IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRIAN KEMP, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

This matter coming before the Court on motion of the Fulton County Defendants seeking leave to file a response brief to Plaintiffs' Motions for Preliminary Injunction in excess of 25 pages and up to and including 30 pages, the Court being advised accordingly, it is hereby ordered that the Fulton County Defendants' Motion is **GRANTED**.

**IT IS SO ORDERED** this 15th day of August, 2018.

_____
**Amy Totenberg**
**United States District Judge**