IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

v.

**BRIAN KEMP, ET AL.,**
**Defendants.**

Civil Action No. 1:17-CV-2989-AT

## [PROPOSED] ORDER

This matter coming before the Court on motion of the Coalition Plaintiffs, (Doc ), seeking leave to file a reply briegf in support of their Motion for Preliminary Injunction, (Doc. ), in excess of 15 pages and up to and including 30 pages, the Court being advised accordingly, it is hereby ordered that the Coalition Plaintiffs' Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of August, 218.

_____
Amy Totenberg
United States District Judge

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused the foregoing [PROPOSED] ORDER to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 20th day of August, 2018.

/s/ *Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Attorney for Coalition for Good Governanc*

/s/ *William Brent Ney*
William Brent Ney
Georgia Bar No. 542519

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
(404) 842-7232

*Attorney for Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*