IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRIAN KEMP, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CURLING PLAINTIFFS' UNOPPOSED MOTION
## TO FILE REPLY IN EXCESS OF FIFTEEN PAGES

Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs") respectfully request leave to a file a 25-page Reply in Support of their Motion for Preliminary Injunction (Dkt. No. 260). In support of their Motion, the Curling Plaintiffs submit as follows:

1. On August 14, 2018, the State Defendants and Fulton County separately filed Responses to the Curling Plaintiffs and Coalition Plaintiffs' Motions for Preliminary Injunction totaling 60 pages. (Dkt. Nos. 265, 267). In addition, Defendants filed multiple Declarations in support of their Responses.

2. The Curling Plaintiffs seek an additional 10 pages in their Reply to fully address the arguments raised by Defendants in their Responses and the evidence submitted in support of those arguments.

3. Counsel for the Curling Plaintiffs has been informed that Defendants do not oppose this Motion.

4. A Proposed Order is attached to this Motion for the Court's convenience.

For the foregoing reasons, the Curling Plaintiffs respectfully request that the Court grant their Motion and permit the Curling Plaintiffs to file a 25-page Reply.

Dated: August 20, 2018                    Respectfully submitted,

                                            /s/ David D. Cross
David D. Cross (*pro hac vice*)
John P. Carlin (*pro hac vice*)
Jane P. Bentrott (*pro hac vice*)
Catherine L. Chapple (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JCarlin@mofo.com
RManoso@mofo.com
CChapple@mofo.com
JBentrott@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW

Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling,
Donna Price & Jeffrey Schoenberg*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

    /s/ David D. Cross
David D. Cross

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, a copy of the foregoing CURLING PLAINTIFFS' UNOPPOSED MOTION TO FILE REPLY IN EXCESS OF FIFTEEN PAGES was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ David D. Cross
David D. Cross
