IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRIAN KEMP, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING
CURLING PLAINTIFFS' UNOPPOSED MOTION
TO FILE REPLY IN EXCESS OF FIFTEEN PAGES**

This matter coming before the Court on motion of the Curling Plaintiffs seeking leave to file a reply in support of their Motion for Preliminary Injunction in excess of 15 pages and up to and including 25 pages, the Court being advised accordingly, it is hereby ordered that the Curling Plaintiffs' Unopposed Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of August, 2018.

_____
U.S. District Court Judge Amy Totenberg

1