IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

### ORDER

This matter coming before the Court on motion of the Curling Plaintiffs seeking leave to file a reply in support of their Motion for Preliminary Injunction in excess of 15 pages and up to and including 25 pages, the Court being advised accordingly, it is hereby ordered that the Curling Plaintiffs' Unopposed Motion is **GRANTED**.

**IT IS SO ORDERED** this 20th day of August, 2018.

_____
Amy Totenberg
United States District Judge