

| | | |
|---|---|---|
| | | **Chief Executive Officer** |
| | | Michael L. Thurmond |
| | **DeKalb County Law Department** | **Board of Commissioners** |
| | | District 1 |
| | | Nancy Jester |
| | Viviane H. Ernstes | |
| | County Attorney | District 2 |
| | | Jeff Rader |
| | | District 3 |
| | | Larry Johnson |
| | August 27, 2018 | District 4 |
| | | Steve Bradshaw |
| | | District 5 |
| | | Mereda Davis Johnson |
| | | District 6 |
| | | Kathie Gannon |
| | | District 7 |
| | | Gregory Adams, Sr. |

**VIA CM/ECF FILING**
Ms. Amy McConochie, Courtroom
Deputy Clerk for Hon. Amy Totenberg
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

        **REQUEST FOR LEAVE OF ABSENCE**
        Re: <u>**Donna Curling, et al., v. Brian Kemp, et al.**</u>
              **USDC, NDGA, Civil Action File No. 1:17-CV-02989-AT**
              **(Our File No. 29-0308)**

Dear Ms. McConochie:

    Please accept this letter pursuant to Local Rule 83.1E(3) in regards to a leave of absence. I am lead counsel for Defendant in the above-referenced case, and request that the referenced case not be calendared during the period of **August 31, 2018 through September 5, 2018; September 13, 2018 through September 14, 2018; September 27, 2018 through September 28, 2018; October 11, 2018 through October 12, 2018; November 7, 2018; November 21, 2018; December 7, 2018 through December 10, 2018; and December 19, 2018 through January 4, 2019** during which time I will be away from the practice of law and taking leave for out of town vacation travel.

    Thank you for your consideration in this matter. Please let me know if I need to provide the court with any further information.

                                Sincerely,

                                */s/ Bennett D. Bryan*
                                Bennett D. Bryan
                                Senior Assistant County Attorney
                                Georgia Bar No. 157099

BDB/gmc

cc:       All Counsel Of Record Via CM/ECF Filing