IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRIAN KEMP, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

The Court has carefully reviewed the State Defendants'[1] Motion to Dismiss the Curling Plaintiffs'[2] Second Amended Complaint [Doc. 83], the Fulton County Defendants'[3] Motion to Dismiss the Curling Plaintiffs' Second Amended Complaint

---

[1] Per the Curling Plaintiffs' Second Amended Complaint (Doc. 70) and subsequently filed Notice Regarding the Second Amended Complaint (Doc. 222), the Curling Plaintiffs bring claims against the following "State Defendants": Brian Kemp in his official capacity, the State Election Board, and members of the State Election Board (David J. Worley, Rebecca N. Sullivan, Ralph F. Simpson, and Seth Harp) in their official capacities.

[2] Donna Curling, Donna Price, and Jeffrey Schoenberg.

[3] Per the Curling Plaintiffs' Second Amended Complaint (Doc. 70) and subsequently filed Notice Regarding the Second Amended Complaint (Doc. 222), the Curling Plaintiffs bring claims against the following "Fulton County Defendants": Richard Barron in his official capacity, the Fulton County Board of Registration and Elections, and members of the Fulton County Board of Registration and Elections (Mary Carole Cooney, Vernetta Nuriddin, David J. Burge, and Aaron Johnson) in their official capacities.

[Doc. 82], and the State Defendants'[4] Motion to Dismiss the Coalition Plaintiffs'[5] Third Amended Complaint [Doc. 234]. The Fulton County Defendants[6] have not moved to dismiss the Coalition Plaintiffs' Third Amended Complaint. Upon review, the Court has concluded that issues of standing, Georgia sovereign immunity, Eleventh Amendment immunity, res judicata, and collateral estoppel do not bar the Court's exercise of jurisdiction in this matter. The Court will issue a memorandum decision with respect to this determination in the coming two weeks. Accordingly, the Court will schedule a hearing for oral argument on the Plaintiffs' separate motions for preliminary injunction (Docs. 258, 260) on September 17, 2018 at 11:00 A.M., subject to any significant court conflicts on the part of lead counsel. If such conflicts exist, counsel are **DIRECTED** to notify the Courtroom Deputy within one day of the date of this Order of the nature of the conflict.

---

[4] Per the Coalition Plaintiffs' Third Amended Complaint (Doc. 226), the Coalition Plaintiffs bring claims against the following "State Defendants": Brian Kemp in his official capacity and members of the State Election Board (David J. Worley, Rebecca N. Sullivan, Ralph F. Simpson, and Seth Harp) in their official capacities. Unlike the Curling Plaintiffs, the Coalition Plaintiffs do not bring claims against the State Election Board as an entity.

[5] Coalition for Good Governance, Laura Digges, William Digges, Ricardo Davis, and Megan Missett.

[6] Per the Coalition Plaintiffs' Third Amended Complaint (Doc. 226), the Coalition Plaintiffs bring claims against the following "Fulton County Defendants": Richard Barron in his official capacity and members of the Fulton County Board of Registration and Elections (Mary Carole Cooney, Vernetta Nuriddin, David J. Burge, and Aaron Johnson) in their official capacities. Unlike the Curling Plaintiffs, the Coalition Plaintiffs do not bring claims against the Fulton County Board of Registration and Elections as an entity.

**IT IS SO ORDERED** this 28th day of August, 2018.

_____
**Amy Totenberg**
**United States District Judge**