IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-2989-AT |
| BRIAN KEMP, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

After issuance of the Court's Order (Doc. 279) scheduling a hearing on September 17, 2018, the Court received an email from counsel for the State Defendants representing that they have a significant conflict in another case on September 17th and 18th and that it would be prejudicial to the State Defendants if counsel could not be present at the hearing. Given the time sensitivity of this matter and the scheduling conflicts presented by counsel for the State Defendants and Fulton County Defendants, the Court moves the hearing to September 12, 2018 at 11:00 A.M. As a result of moving up the schedule, the Court has determined that it will proceed as follows at the September 12, 2018 hearing:

1.  The Court will first hear oral argument on the issues of immunity and any other asserted jurisdictional defenses. Each side[1] will be allocated 15 minutes for argument. Counsel for the parties on each side are directed to confer and determine how they wish to divide the 15-minute time allocated to each side. If no agreement can be reached, the time shall be divided equally. Each side may reserve some portion of its time for rebuttal. The Court will then address immunity issues and any other jurisdictional issues.

2.  Assuming that the Court determines it has jurisdiction over Plaintiffs' claims for purposes of considering Plaintiffs' motions for preliminary injunction, the Court will then hear from both sides regarding Plaintiffs' preliminary injunction motions. Each side shall have 30 minutes to present oral arguments. Counsel should be prepared to address in oral argument all requirements for preliminary injunctive relief. Subsequently, each side shall have 1 hour to present testimony or other evidence.[2]

3.  The Court has allocated 3.5 hours for the hearing in total but will consider adjusting this based on what live testimony may be essential to the parties' presentations at the hearing. Additionally, if either side determines that it does not need the full hour to present testimony or

---

[1] By "each side," the Court means all parties on one side (Plaintiffs) versus all parties on the other side (Defendants).
[2] The division of time between parties on the same side shall be handled as set forth in paragraph 1.

other evidence, the Court will allow that side to allocate more of its time toward oral argument. The Court reiterates that it is particularly interested in hearing from the parties about the public interest element of the preliminary injunction request and whether the requested relief in the time frame prior to the election is practicable. The Court will consider any affidavits timely filed on the record.

4. Counsel are **DIRECTED** to confer no later than Thursday, September 6, 2018 at 4:00 P.M. regarding what, if any, witnesses they anticipate calling at the hearing and the projected time length of each witness's testimony, including direct examination and cross-examination. They shall advise the Court by September 7, 2018 at 12:00 P.M. regarding the results of their conference via submission of a joint filing on the record. The submission shall identify all potential live witnesses. If the parties agree on a specific amount of additional time needed for the hearing, they shall so indicate. If any side anticipates needing more than 1 hour for live testimony (including cross-examination) and other parties object, the party seeking additional time shall explain the reasons why more time is needed in a supplemental submission to be filed by September 7, 2018 at 2:00 P.M. Any additional witness affidavits must be filed no later than September 11, 2018 at 9:30 A.M.

**IT IS SO ORDERED** this 4th day of September, 2018.

_____
**Amy Totenberg**
**United States District Judge**