**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>          Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.<br><br>          Defendants. | **Civil Action<br>No. 1:17-cv-02989-AT** |

**JOINT NOTICE OF PARTIES IN ADVANCE OF HEARING**

Pursuant to this Court's Order (Doc. 280), the parties file this joint submission on the record in advance of the hearing set for September 12, 2018, at 11:00 a.m. Eastern time ("the Hearing").

**I.    Conferral**

This notice advises the Court of the results of the conferral by and between the Coalition Plaintiffs,[1] Curling Plaintiffs,[2] State Defendants,[3] and Fulton County Defendants,[4] conducted through counsel, on September 6, 2018.

---

[1] Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett, and Ricardo Davis.
[2] Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg.
[3] Official-capacity Defendants Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, and Seth Harp.
[4] Official-capacity Defendants Mary Carole Cooney, Vernetta Nuriddin, David J. Burge, Stan Matarazzo, and Aaron Johnson.

1

## II. All Potential Live Witnesses.

The parties advise that they may call the following live witnesses at the Hearing. Each party reserves the right to cross-examine any witness called by any other party within the total time allotted per side (or per plaintiffs' group, as applicable).

### A. Coalition Plaintiffs

The Coalition Plaintiffs identify the following as their potential live witnesses, whose testimony will address the indicated issues:

| **Witness** | **Subject of Testimony** | **Estimated Time** |
| --- | --- | --- |
| Richard A. DeMillo<br>*Charlotte B. and Roger C. Warren Chair of Computer Science at Georgia Tech* | Public interest element of the preliminary injunction request. | Direct: 10–15 minutes<br>Cross by<br>Curling: 5 minutes<br>State: 5 minutes<br>Fulton: 5 minutes |
| Michael Barnes<br>*Employee, Secretary of State Elections Division*<br>*Former Director of Center for Election Systems at Kennesaw State University* | Election security and public interest element of the preliminary injunction request. | Direct: 5 minutes<br>Cross by<br>Curling: 5 minutes<br>State: 5 minutes<br>Fulton: 5 minutes |

B. **Curling Plaintiffs**

The Curling Plaintiffs identify the following as their potential live witnesses, whose testimony will address the indicated issues:

| Witness | Subject of Testimony | Estimated Time |
|---|---|---|
| Alex Halderman | Election security and public interest element of the preliminary injunction request. | Direct: 5–15 minutes<br>Cross by<br>Coalition: 5 minutes<br>State: 5 minutes<br>Fulton: 5 |
| Chris Harvey | Election security and public interest element of the preliminary injunction request. | Direct: 5–15 minutes<br>Cross by<br>Coalition: 5 minutes<br>State: 5 minutes<br>Fulton: 5 minutes |
| Richard Barron | Election security and public interest element of the preliminary injunction request. | Direct: 5–15 minutes<br>Cross by<br>Coalition: 5 minutes<br>State: None.<br>Fulton: 5 minutes |

C. **State Defendants**

The State believes that the Motions for Preliminary Injunction can be decided on the briefs and submitted declarations. In the absence of a written memorandum opinion deciding the State's Motion(s) to Dismiss raising various

3

issues including, but not limited to, threshold issues of jurisdiction and immunity, proceeding with what is in substance a proceeding on the merits of the injunctive relief sought by the Complaints is improper and prejudicial. Without waiving these objections, and assuming the Court decides to allow live testimony, the State Defendants identify the following as their potential live witnesses, whose testimony will address the indicated issues:

| **Witness** | **Subject of Testimony** | **Estimated Time** |
|---|---|---|
| Rebecca Sullivan<br>*Chair of State Election Board* | Infeasibility of rulemaking this close to the election to address the issues implicated in Plaintiffs' proposed mandates. | <u>Direct</u>: 10 minutes<br><u>Cross by</u><br>Coalition: 5 minutes<br>Curling: 5 minutes<br>Fulton: 5 minutes |
| Cathy Cox<br>*Georgia Secretary of State (1999-2007)* | Infeasibility of moving to a paper-ballot process for Nov. 6, 2018 Election. | <u>Direct</u>: 20–25 minutes<br><u>Cross by</u><br>Coalition: 15 minutes<br>Curling: 10-15 minutes<br>Fulton: 5 minutes |

### D. Fulton County Defendants

The Fulton County Defendants identify the following as their potential live witnesses, whose testimony will address the indicated issues:

| Witness | Subject of Testimony | Estimated Time |
|---|---|---|
| Cecilia Houston | Public interest element of the preliminary injunction request. | <u>Direct</u>: 5–10 minutes <br> <u>Cross by</u> <br> Coalition: 5 minutes <br> Curling: 5 minutes <br> State: None. |

### III. Parties' Conferral on Additional Time Needed for the Hearing and on Division of Time.

After conferring, the Curling and Coalition Plaintiffs have agreed to request an enlargement of time for presenting witness testimony and closing argument. The State Defendants believe additional time is unnecessary. Fulton County will respond to Plaintiffs' supplemental submission requesting additional time. Per the Court's Order (Doc. 280), the Plaintiffs will explain why more time is needed in a separate supplemental submission.

5

Respectfully submitted this 7th day September, 2018.

                                                 */s/ Bruce P. Brown*
                                                 **Bruce P. Brown**
                                                 Georgia Bar No. 064460

                                                 *Attorney for Plaintiff Coalition for Good Governance*

Bruce P. Brown Law LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
 (11th bbrown@brucepbrownlaw.com
(404) 881-0700

                                                 */s/ Robert A. McGuire, III*
                                                 **Robert A. McGuire, III**
                                                 Admitted Pro Hac Vice (ECF No. 125)

                                                 *Attorney for Plaintiff Coalition for Good Governance*

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA  98104-2205
ram@lawram.com
(253) 267-8530

                                                 */s/ William Brent Ney*
                                                 **William Brent Ney**
                                                 GA Bar Number 542519

                                                 *Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

NEY HOFFECKER PEACOCK & HAYLE, LLC

One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, GA 30309
(404) 842-7232

/s/ Cary Ichter
**Cary Ichter**
Georgia Bar No. 382515

*Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis*

Ichter Davis, LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, GA 30326
cichter@IchterDavis.com
Tel.: 404.869.5243
Fax: 404.869.7610

/s/ Adam M. Sparks
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

David D. Cross (admitted *pro hac vice*)
Jane P. Bentrott (admitted *pro hac vice*)
John P. Carlin (admitted *pro hac vice*)
Catherine Chapple (*pro hac vice* pending)

7

Robert W. Manoso (*pro hac vice* pending)

MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JBentrott@mofo.com
JCarlin@mofo.com
CChapple@mofo.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

 

                                          */s/John F. Salter*
                                          **JOHN F. SALTER**
                                          Georgia Bar No. 623325
                                          **ROY E. BARNES**
                                          Georgia Bar No. 039000

**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
(770) 227-6375
(770) 227-6373 (fax)
john@barneslawgroup.com
roy@barneslawgroup.com

    *Attorneys for Defendants Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, Seth Harp, & The State Election Board*

                                          **/s/David R. Lowman**

                                          Kaye Woodard Burwell

                                          Georgia Bar Number:   775060

                                          kaye.burwell@fultoncountyga.gov

                                              Cheryl Ringer
                                              Georgia Bar Number: 557420
                                              cheryl.ringer@fultoncountyga.gov
                                              David Lowman
                                              Georgia Bar Number: 460298
                                              david.lowman@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303

*Attorneys For Defendants Mary Carole Cooney, Vernetta Nuriddin, David J. Burge, Stan Matarazzo, Aaron Johnson, and the Fulton County Board of Registration & Elections*

9

## CERTIFICATE OF COMPLIANCE WITH LR 5.1C, NDGa

I hereby certify pursuant to LR 7.1D, NDGa that the foregoing document has been prepared with one of the font and point selections approved by this Court in LR 5.1C, NDGa, using a 14-point Times New Roman font.

*/s/ Bruce P. Brown*
**Bruce P. Brown**
Georgia Bar No. 064460

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, I electronically filed the foregoing JOINT NOTICE OF PARTIES IN ADVANCE OF HEARING with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record, according to the Court's Electronic Mail Notice List.

[*/s/ Bruce P. Brown*
**Bruce P. Brown**
Georgia Bar No. 064460