**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.**<br>**Plaintiffs,**<br>**v.**<br>**BRIAN KEMP, ET AL.**<br>**Defendants.** | **Civil Action**<br>**No. 1:17-cv-02989-AT** |

**PLAINTIFFS' JOINT SUPPLEMENTAL SUBMISSION**

Pursuant to this Court's Order (Doc. 280), the Coalition Plaintiffs[1] and the Curling Plaintiffs[2] (together, the "Plaintiffs") file this joint supplemental submission to explain why additional time is needed for the hearing set for September 12, 2018, at 11:00 a.m. Eastern time. (the "Hearing").

## I. Request for More Time.

The Plaintiffs respectfully request that this Court permit an additional hour for Plaintiffs' side at the Hearing.

[1] Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett, and Ricardo Davis.

[2] Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg.

## II.   Reasons Why More Time Is Needed.

In its Order of September 4, 2018, this Court allocates 2 hours to the presentation of witness testimony or other evidence—1 hour per side. (Doc. 280, at 2–3, ¶ 3.)

In the Joint Notice of Parties in Advance of Hearing (Doc. 282) filed earlier today, the parties estimated their time requirements for witnesses as follows:

- the Coalition Plaintiffs indicated they may call 2 witnesses for a total of 10–20 minutes of direct examination;
- the Curling Plaintiffs indicated they may call 3 witnesses for a total of 15–45 minutes of direct examination; and
- the Defendants together indicated they may call 3 witnesses for a total of 35–45 minutes of direct examination.

Under this proposal, the Plaintiffs' side would potentially require 1:05 just to conduct their own direct examinations.  When the Plaintiffs' need to conduct cross-examinations of the Defendants' 35–45 minutes of direct testimony is considered, there is good cause to enlarge the Plaintiffs' side's combined total time from 1 hour to 2 hours.  To the extent Plaintiffs do not use their entire 2 hours to conduct witness examinations, this Court will benefit from the Plaintiffs' side's ability to reserve any leftover time for closing argument that can help to contextualize the

live testimony and record evidence. The State Defendants do not believe additional time is necessary, and the Fulton County Defendants have advised that they will separately respond to this submission. (Doc. 282, at 5, § III.)

Folding the Plaintiffs' proposal into the framework established by the Court for the Hearing would yield the following schedule:

| | |
|---|---|
| Hearing convenes & appearances | 11:00 a.m.–11:05 a.m. |
| Oral argument on issues of immunity and any other asserted jurisdictional defenses—15 minutes per side | 11:05 a.m.–11:20 a.m. (Plaintiffs).<br>11:20 a.m.–11:35 a.m. (Defendants).<br>(Pls.' rebuttal from time reserved.) |
| Argument from both sides regarding preliminary injunction motions–30 minutes per side | 11:35 a.m.–12:05 p.m. (Plaintiffs).<br>12:05 p.m.–12:35 p.m. (Defendants).<br>(Pls.' rebuttal from time reserved.) |
| Live testimony and argument—2 hours for Plaintiffs' side, 1 hour for Defendants' side, divided as parties choose between direct, cross, and closing argument | 12:35 p.m.–3:35 p.m.<br>Plaintiffs' witnesses, then Defendants' witnesses, then closing argument: Pls., Defs., then Pls.' rebuttal. |

The Plaintiffs respectfully submit that good cause exists for this Court to enlarge the 1 hour per side currently allocated to the presentation of witness testimony or other evidence and instead provide 2 hours to Plaintiffs' side and 1 hour to Defendants' side for these purposes, and for closing argument.

**CONCLUSION**

The Plaintiffs respectfully submit this Plaintiffs' Joint Supplemental Submission and, for the reasons set forth above, respectfully request that the Court permit an additional hour for Plaintiffs' side at the Hearing.

Dated: September 7, 2018.

Respectfully submitted,

*/s/ Robert A. McGuire, III*
**Robert A. McGuire, III**
Admitted Pro Hac Vice (ECF No. 125)

*Attorney for Plaintiff Coalition for Good Governance*

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA 98104-2205
ram@lawram.com
(253) 267-8530

*/s/ William Brent Ney*
**William Brent Ney**
GA Bar Number 542519

*Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, GA 30309
(404) 842-7232

*/s/ Bruce P. Brown*
**Bruce P. Brown**
Georgia Bar No. 064460

*Attorney for Plaintiff Coalition for Good Governance*

Bruce P. Brown Law LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(11th bbrown@brucepbrownlaw.com
(404) 881-0700

*/s/ Cary Ichter*
**Cary Ichter**
Georgia Bar No. 382515

*Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis*

Ichter Davis, LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, GA 30326
cichter@IchterDavis.com
Tel.: 404.869.5243
Fax: 404.869.7610

/s/ Adam M. Sparks
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC

1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

David D. Cross (admitted *pro hac vice*)
Jane P. Bentrott (admitted *pro hac vice*)
John P. Carlin (admitted *pro hac vice*)
Catherine Chapple (*pro hac vice* pending)
Robert W. Manoso (*pro hac vice* pending)

MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JBentrott@mofo.com
JCarlin@mofo.com
CChapple@mofo.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

**CERTIFICATE OF COMPLIANCE WITH LR 5.1C, NDGa**

I hereby certify pursuant to LR 7.1D, NDGa that the foregoing document has been prepared with one of the font and point selections approved by this Court in LR 5.1C, NDGa, using a 14-point Times New Roman font.

*/s/ Robert A. McGuire, III*
**Robert A. McGuire, III**
Admitted Pro Hac Vice (ECF No. 125)

*Attorney for Plaintiff Coalition for Good Governance*

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA 98104-2205
ram@lawram.com
(253) 267-8530

*/s/ William Brent Ney*
**William Brent Ney**
GA Bar Number 542519

*Attorney for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, GA 30309
(404) 842-7232

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, I electronically filed the foregoing PLAINTIFFS' JOINT SUPPLEMENTAL SUBMISSION with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record, according to the Court's Electronic Mail Notice List.

*/s/ Robert A. McGuire, III*
**Robert A. McGuire, III**
Admitted Pro Hac Vice (ECF No. 125)

*Attorney for Plaintiff Coalition for Good Governance*

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA 98104-2205
ram@lawram.com
(253) 267-8530