AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1 17 CV 02989

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Richard Barron, Director of Fulton County Board of Elections
was received by me on *(date)* 09/05/2018 .

☑ I served the subpoena by delivering a copy to the named person as follows: I personally served
Richard Barron, Director of Fulton County Board of Elections at 141 Pryor St SW, Atlanta, GA 30303
on *(date)* 09/06/2018 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-7-18

*Server's signature*

Derek Reddick, Process Server
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794
*Server's address*

Additional information regarding attempted service, etc:
Documents served- Subpoena


639423