IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>    Plaintiffs,<br><br> v.<br><br>BRIAN KEMP, ET AL.<br><br>    Defendants. | Civil Action<br>No. 1:17-cv-02989-AT |

**COALITION PLAINTIFFS' NOTICE OF FILING SECOND
DECLARATION OF RICHARD A. DEMILLO**

TO THE COURT, PARTIES, AND COUNSEL OF RECORD:

Please TAKE NOTICE that Plaintiffs Coalition for Good Governance, Laura Digges, William Digges III, Ricardo Davis, and Megan Missett (the "Coalition Plaintiffs"), in support of their Motion for Preliminary Injunction (Doc. 258) and pursuant to this Court's Order (Doc. 280, at 3, ¶ 4), file the attached second **DECLARATION OF RICHARD A. DeMILLO**.

1

Respectfully submitted this 9th day of September, 2018.

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice (ECF No. 125) |
| BRUCE P. BROWN LAW LLC | *Attorney for Coalition* |
| *Attorney for Coalition for* | *for Good Governance, William* |
| *Good Governance* | *Digges III, Laura Digges, Ricardo* |
| | *Davis, and Megan Missett* |
| 1123 Zonolite Rd. NE | |
| Suite 6 | ROBERT MCGUIRE LAW FIRM |
| Atlanta, Georgia 30306 | 113 Cherry St. #86685 |
| (404) 881-0700 | Seattle, Washington 98104-2205 |
| | (253) 267-8530 |
| | |
| */s/ William Brent Ney* | */s/ Cary Ichter* |
| William Brent Ney | CARY ICHTER |
| Georgia Bar No. 542519 | Georgia Bar No. 382515 |
| *Attorney for Coalition* | *Attorney for Coalition* |
| *for Good Governance, William* | *for Good Governance, William* |
| *Digges III, Laura Digges, Ricardo* | *Digges III, Laura Digges, Ricardo* |
| *Davis,and Megan Missett* | *Davis and Megan Missett* |
| | |
| NEY HOFFECKER PEACOCK & HAYLE, LLC | ICHTER DAVIS LLC |
| One Midtown Plaza, Suite 1010 | 3340 Peachtree Road NE |
| 1360 Peachtree Street NE | Suite 1530 |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30326 |
| (404) 842-7232 | (404) 869-7600 |

## CERTIFICATE OF COMPLIANCE WITH LR 5.1C, NDGa

I hereby certify pursuant to LR 7.1D, NDGa that the foregoing document has been prepared with one of the font and point selections approved by this Court in LR 5.1C, NDGa, using a 14-point Times New Roman font.

*/s/ Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA  98104-2205
ram@lawram.com
(253) 267-8530

*Attorney for Plaintiff Coalition for Good Governance*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2018, I electronically filed the foregoing COALITION PLAINTIFFS' NOTICE OF FILING SECOND DECLARATION OF RICHARD A. DEMILLO, with its attached Exhibit 1, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record, according to the Court's Electronic Mail Notice List.

                                                */s/ Robert A. McGuire, III*
                                                Robert A. McGuire, III
                                                Admitted Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA  98104-2205
ram@lawram.com
(253) 267-8530

                                                *Attorney for Plaintiff Coalition for Good Governance*