# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRIAN KEMP, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## ORDER FOR USE OF ELECTRONIC EQUIPMENT
## DURING THE SEPTEMBER 12, 2018 HEARING

At the motion of the Curling Plaintiffs in the above-styled action, it is hereby

**ORDERED** that counsel and witnesses for the Curling Plaintiffs (David D. Cross,

Jane P. Bentrott, Catherine L. Chapple, Robert W. Manoso, and J. Alex

Halderman) may bring and use laptop computers, tablet computers, smart phones,

and other computer media and accessories in conjunction with the hearing on

Wednesday, September 12, 2018 before Judge Amy Totenberg.

Said equipment shall be subject to inspection. Proper identification will be

required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this ____ day of September, 2018.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE