IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRIAN KEMP, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

This matter is before the Court on the Joint Notice of Parties in Advance of Hearing [Doc. 282] and Plaintiffs' Joint Supplemental Submission [Doc. 283]. Both filings relate to the hearing scheduled on September 12, 2018. The Court has currently allotted 3.5 hours for the hearing, which includes one hour for each side (i.e., all Plaintiffs on one side and all Defendants on the other side) to present testimony or other evidence regarding Plaintiffs' motions for preliminary injunction. (*See* Doc. 280.)

In the Joint Notice, the parties identify all potential live witnesses and estimate the time needed for direct examination and cross examination of each witness. Separately, in their Joint Supplemental Submission, Plaintiffs explain why they believe they need an additional hour – for a total of two hours instead of

one hour – to present live testimony and to also conduct closing arguments. The State Defendants represent that they believe additional time is unnecessary.

Upon review, the Court determines that additional time is warranted for the September 12th hearing. The Court also notes that both sides – not just Plaintiffs – have estimated needing more than the one hour of allotted time to present their witnesses.[1] Accordingly, the Court sets forth the following revised schedule for the hearing:

| Party | Subject Matter or Witness[2] | Time (in minutes) |
|---|---|---|
| All Plaintiffs | Arguments on immunity, standing, and res judicata and collateral estoppel | 15 |
| All Defendants | Arguments on immunity, standing, and res judicata and collateral estoppel | 15 |
| All Plaintiffs | Opening arguments on the motions for preliminary injunction | 25 |
| All Defendants | Opening arguments on the motions for preliminary injunction | 25 |
| Coalition Plaintiffs | Direct and cross examination of Richard A. DeMillo | 30 |
| Coalition Plaintiffs | Direct and cross examination of Michael Barnes | 20 |
| Curling Plaintiffs | Direct and cross examination of Alex Halderman | 30 |
| Curling Plaintiffs | Direct and cross examination of Chris Harvey | 30 |
| Curling Plaintiffs | Direct and cross examination of Richard Barron | 25 |
| State Defendants | Direct and cross examination of Rebecca Sullivan | 25 |

---

[1] The parties provided time range estimates for each witness, and the Court uses the maximum estimated time per witness to get a realistic sense for the total time the parties may need at the hearing.
[2] The Court has adopted the parties' estimated times for presenting each witness as indicated in their Joint Notice.

| State Defendants | Direct and cross examination of Cathy Cox | 60 |
| Fulton County Defendants | Direct and cross examination of Cecilia Houston | 20 |
| N/A | Lunch break | 60 |
| All Plaintiffs | Closing arguments on the motions for preliminary injunction | 15 |
| All Defendants | Closing arguments on the motions for preliminary injunction | 15 |
| **TOTAL** | | 410 |

This revised schedule allots approximately 7 total hours for the hearing. The Court also notes that it has already rescheduled the hearing to begin at 10:00 A.M. on September 12, 2018 (instead of at 11:00 A.M. as originally scheduled).

The Court emphasizes that all parties shall be diligent about keeping time and adhering to the time estimates set forth in this Order. If the hearing is running long, the Court may determine that closing arguments are not necessary or that the time for testimony or arguments must be reduced. Additionally, any time spent answering the Court's questions – either during counsel's arguments or during witness testimony – shall be included in the time allotted above.

**IT IS SO ORDERED** this 10th day of September, 2018.

_____
**Amy Totenberg
United States District Judge**

3