# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,

    Plaintiffs,

v.

BRIAN KEMP, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-02989-AT

## ORDER FOR USE OF ELECTRONIC EQUIPMENT

At the motion of the State Defendants in the above-styled action, it is hereby **ORDERED** that counsel and witnesses for the State Defendants (John F. Salter and Roy E. Barnes) may bring and use laptop computers, tablet computers, projectors, smart phones, and other computer media and accessories for preparation on Tuesday, September 11, 2018 and the hearing on Wednesday, September 12, 2018 before Judge Amy Totenberg. Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

- 1 -

- 2 -

**IT IS SO ORDERED** this \_\_\_\_ day of September, 2018.


_____
**THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE**