# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## REVISED MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING THE SEPTEMBER 12, 2018 HEARING

Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs") respectfully move for entry of an Order authorizing the use of electronic equipment, including 5 laptop computers with laptop power cords, 1 tablet computer with power cord, 6 smart phones with smartphone power cords, 2 USB drives, an electronic voting machine with a stand and power cord, and a VGA cable, by their counsel and witnesses on Tuesday, September 11, 2018 and on Wednesday, September 12, 2018 in conjunction with a hearing scheduled to begin at 10:00 am on Wednesday, September 12, 2018 before Judge Amy Totenberg.

The Curling Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel, David D. Cross, Jane P. Bentrott, Catherine L. Chapple, and Robert W. Manoso, and their witnesses,

including at least J. Alex Halderman, extend through completion of the hearing, at the Court's discretion.

WHEREFORE the Curling Plaintiffs respectfully request that this Court enter an Order GRANTING this Motion to bring the aforementioned electronic equipment into the courtroom for use on September 11, 2018 and during the September 12, 2018 hearing. A proposed order is attached hereto as Exhibit A.

Dated:  September 10, 2018                         Respectfully submitted,

    /s/ David D. Cross
David D. Cross (*pro hac vice*)
John P. Carlin (*pro hac vice*)
Jane P. Bentrott (*pro hac vice*)
Catherine L. Chapple (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JCarlin@mofo.com
RManoso@mofo.com
CChapple@mofo.com
JBentrott@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250

Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling,*
*Donna Price & Jeffrey Schoenberg*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

---

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRIAN KEMP, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

---

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

 /s/ David D. Cross
David D. Cross

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRIAN KEMP, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2018, a copy of the foregoing

REVISED MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING THE

SEPTEMBER 12, 2018 HEARING was electronically filed with the Clerk of

Court using the CM/ECF system, which will automatically send notification of

such filing to all attorneys of record.

   /s/ David D. Cross
David D. Cross