IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,

Plaintiffs,                                           CIVIL ACTION FILE

v.                                                    NO. 1:17-CV-02989-AT

BRIAN KEMP, et al.,

Defendants.

## BRIAN P. KEMP AND STATE DEFENDANTS AMENDED MOTION FOR USE OF ELECTRONIC EQUIPMENT

Defendants, Brian Kemp and The State Election Board (the "State Defendants") respectfully move for entry of an Order authorizing the use of electronic equipment, including:

- one laptop computer with power cords;
- two extension cords;
- one screen;
- one laser pointer;
- one tablet computer;
- one projector with power cords;
- two smart phones with power cords;
- one USB drive; and
- one internet hot spot device.

These items will be used for preparation on Tuesday, September 11, 2018 at 10:00 am and Wednesday, September 12, 2018 for the hearing scheduled to begin at 10:00 am. The State Defendants submit

that good cause exists to grant this Motion, and request that this authorization for their attending counsel, John F. Salter and Roy E. Barnes, extend through completion of the hearing, at the Court's direction.

**WHEREFORE** the State Defendants respectfully request that this Court enter an Order **GRANTING** this Motion to bring the aforementioned electronic equipment into the courtroom for use in preparation on September 11, 2018 and September 12, 2018 for the hearing. A proposed order is attached hereto as Exhibit A.

This 10th day of September, 2018.

                                               **BARNES LAW GROUP, LLC**

                                               */s/John F. Salter*
                                               **JOHN F. SALTER**
                                               Georgia Bar No. 623325
                                               **ROY E. BARNES**
                                               Georgia Bar No. 039000

**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
(770) 227-6375
(770) 227-6373 (fax)
john@barneslawgroup.com
roy@barneslawgroup.com

*Attorneys for Defendants Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, Seth Harp, & The State Election Board*

- 3 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceedings Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

*/s/John F. Salter*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Century Schoolbook and a point size of 13.

*/s/John F. Salter*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **BRIAN P. KEMP AND STATE DEFENDANTS AMENDED MOTION FOR USE OF ELECTRONIC EQUIPMENT** with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 10th day of September, 2018.

                                             **BARNES LAW GROUP, LLC**

                                             */s/John F. Salter*
                                             **JOHN F. SALTER**
                                             Georgia Bar No. 623325
                                             **ROY E. BARNES**
                                             Georgia Bar No. 039000

**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
(770) 227-6375
(770) 227-6373 (fax)
john@barneslawgroup.com
roy@barneslawgroup.com

*Attorneys for Defendants Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. "Rusty" Simpson, Seth Harp, & The State Election Board*