## **EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, et al.,

Plaintiffs,

v.

BRIAN KEMP, et al.,

Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-02989-AT

## ORDER FOR USE OF ELECTRONIC EQUIPMENT

At the motion of the State Defendants in the above-styled action, it is hereby **ORDERED** that counsel and witnesses for the State Defendants (John F. Salter and Roy E. Barnes) may bring and use including the following:

- one laptop computer with power cords;
- two extension cords;
- one screen;
- one laser pointer;
- one tablet computer;
- one projector with power cords;
- two smart phones with power cords;
- one USB drive; and
- one internet hot spot device.

These items will be used for preparation on Tuesday, September 11, 2018 and the hearing on Wednesday, September 12, 2018 before Judge Amy

Totenberg. Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this \_\_\_\_ day of September, 2018.

_____
**THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE**