IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, v. **BRIAN KEMP, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

### _AMENDED_ MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING THE SEPTEMBER 12, 2018 HEARING

Plaintiffs Coalition for Good Governance, Laura Digges, William Digges III, Ricardo Davis, and Megan Missett (the "Coalition Plaintiffs") respectfully move for entry of an Order authorizing the use of electronic equipment, including 8 laptop computers with charging cords, 1 keyboard, 1 portable mouse, 3 tablet computers with charging cords, 2 USB hard drives, 1 Mophie portable battery with power cord, 1 Targus USB hub with power cord, and 8 smart phones with charging cords by their attending counsel, client corporate representative, experts, and witnesses at the Wednesday, September 12, 2018 hearing scheduled to begin at 10:00 am. The Coalition Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel, client corporate representative, experts, and witnesses, including

Robert McGuire, Bruce Brown, Cary Ichter, William Ney, Marilyn Marks, Logan Lamb, Matt Bernhard, and Richard DeMillo, extend through completion of the hearing, at the Court's discretion.

WHEREFORE the Curling Plaintiffs respectfully request that this Court enter an Order GRANTING this Motion to bring the aforementioned electronic equipment into the courtroom for use during the September 12, 2018 hearing. A proposed order is attached hereto as Exhibit A.

Respectfully submitted this 10th day of September, 2018.

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice (ECF No. 125) |
| BRUCE P. BROWN LAW LLC | *Attorney for Coalition* |
| *Attorney for Coalition for* | *for Good Governance, William* |
| *Good Governance* | *Digges III, Laura Digges, Ricardo* |
| | *Davis, and Megan Missett* |
| 1123 Zonolite Rd. NE | |
| Suite 6 | ROBERT MCGUIRE LAW FIRM |
| Atlanta, Georgia 30306 | 113 Cherry St. #86685 |
| (404) 881-0700 | Seattle, Washington 98104-2205 |
| | (253) 267-8530 |
| | |
| */s/ William Brent Ney* | */s/ Cary Ichter* |
| William Brent Ney | CARY ICHTER |
| Georgia Bar No. 542519 | Georgia Bar No. 382515 |
| *Attorney for Coalition* | *Attorney for Coalition* |
| *for Good Governance, William* | *for Good Governance, William* |
| *Digges III, Laura Digges, Ricardo* | *Digges III, Laura Digges, Ricardo* |
| *Davis,and Megan Missett* | *Davis and Megan Missett* |

NEY HOFFECKER PEACOCK &
HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
(404) 842-7232

ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

## CERTIFICATE OF COMPLIANCE WITH LR 5.1C, NDGa

I hereby certify pursuant to LR 7.1D, NDGa that the foregoing document has been prepared with one of the font and point selections approved by this Court in LR 5.1C, NDGa, using a 14-point Times New Roman font.

>*/s/ Robert A. McGuire, III*
> Robert A. McGuire, III
> Admitted Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA  98104-2205
ram@lawram.com
(253) 267-8530

>*Attorney for Plaintiff Coalition for Good Governance*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2018, I electronically filed the foregoing AMENDED MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING THE SEPTEMBER 12, 2018 HEARING with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record, according to the Court's Electronic Mail Notice List.

                                                */s/ Robert A. McGuire, III*
                                                Robert A. McGuire, III
                                                Admitted Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA  98104-2205
ram@lawram.com
(253) 267-8530

                                                *Attorney for Plaintiff Coalition for Good Governance*