# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## [PROPOSED] ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING THE SEPTEMBER 12, 2018 HEARING

At the amended motion of the Coalition Plaintiffs in the above-styled action, it is hereby **ORDERED** that counsel, client corporate representative, experts, and witnesses for the Coalition Plaintiffs (Robert McGuire, Bruce Brown, Cary Ichter, William Ney, Marilyn Marks, Logan Lamb, Matt Bernhard, and Richard DeMillo) may collectively bring and use 8 laptop computers with charging cords, 1 keyboard, 1 portable mouse, 3 tablet computers with charging cords, 2 USB hard drives, 1 Mophie portable battery with power cord, 1 Targus USB hub with power cord, and 8 smart phones with charging cords in conjunction with the hearing set for 10:00 a.m. on Wednesday, September 12, 2018 before Judge Amy Totenberg.

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this \_\_\_\_ day of September, 2018.

———————————————————
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2018, I electronically filed the foregoing [PROPOSED] ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING THE SEPTEMBER 12, 2018 HEARING with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record, according to the Court's Electronic Mail Notice List.

                                            */s/ Robert A. McGuire, III*
                                            Robert A. McGuire, III
                                            Admitted Pro Hac Vice (ECF No. 125)

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA  98104-2205
ram@lawram.com
(253) 267-8530

                                            *Attorney for Plaintiff Coalition for Good Governance*