## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

### ORDER FOR USE OF ELECTRONIC EQUIPMENT
### DURING THE SEPTEMBER 12, 2018 HEARING

On the amended motion of the Coalition Plaintiffs in the above-styled action [Doc. 294], it is hereby **ORDERED** that counsel, client corporate representative, experts, and witnesses for the Coalition Plaintiffs (Robert McGuire, Bruce Brown, Cary Ichter, William Ney, Marilyn Marks, Logan Lamb, Matt Bernhard, and Richard DeMillo) may collectively bring and use 8 laptop computers with charging cords, 1 keyboard, 1 portable mouse, 3 tablet computers with charging cords, 2 USB hard drives, 1 Mophie portable battery with power cord, 1 Targus USB hub with power cord, and 8 smart phones with charging cords in conjunction with the hearing set for 10:00 a.m. on Wednesday, September 12, 2018 before Judge Amy Totenberg.

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this 11th day of September, 2018.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE