## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRIAN KEMP, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## COALITION PLAINTIFFS' NOTICE OF FILING DECLARATIONS

Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett, and Ricardo Davis (the "Coalition Plaintiffs"), in support of their Motion for Preliminary Injunction [Doc. 258], file the following declarations:

Exhibit 1    Philip B. Stark

Exhibit 2    Susan Cannell

Exhibit 3    Jasmine Clark

Exhibit 4    Jeanne Dufort

Exhibit 5    Virginia Martin

Respectfully submitted this 11th day of September, 2018.

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

/s/ Robert A. McGuire, III
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
Attorney for Coalition
for Good Governance, William
Digges III, Laura Digges, Ricardo
Davis, and Megan Missett
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

/s/ William Brent Ney
William Brent Ney
Georgia Bar No. 542519
Attorney for Coalition
for Good Governance, William
Digges III, Laura Digges, Ricardo Davis,
and Megan Missett
NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, Georgia 30309
(404) 842-7232

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
Attorney for Coalition
for Good Governance, William
Digges III, Laura Digges, Ricardo
Davis and Megan Missett
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the foregoing COLATION

PLAINTIFFS' NOTICE OF FILING DECLARATIONS to be served upon all

other parties in this action by via electronic delivery using the PACER-ECF

system.

This 11TH day of September, 2018.

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

EXHIBIT

1

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, et al.<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN P. KEMP, et al.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> **CIVIL ACTION FILE NO.:**<br>**1:17-cv-2989-AT** |

## DECLARATION OF PHILIP B. STARK

**PHILIP B. STARK**  hereby declares as follows:

### Qualifications and Background

1.  I am Professor of Statistics and Associate Dean of Mathematical and Physical Sciences at the University of California, Berkeley, where I am also a faculty member in the Graduate Program in Computational Data Science and Engineering; a co-investigator at the Berkeley Institute for Data Science; principal investigator of the Consortium for Data Analytics in Risk; director of Berkeley Open Source Food; and affiliated faculty of the Simons Institute for the Theory of Computing, the Theoretical Astrophysics Center, and the Berkeley Food Institute. Previously, I was Chair of the Department of Statistics and Director of the Statistical Computing Facility.

2.  I have published more than one hundred and ninety articles and books. I have served on the editorial boards of archival journals in physical science, Applied Mathematics, Computer

Science, and Statistics. I currently serve on four editorial boards. I have lectured at universities, professional societies, and government agencies in thirty countries. I was a Presidential Young Investigator and a Miller Research Professor. I received the U.C. Berkeley Chancellor's Award for Research in the Public Interest, the Leamer-Rosenthal Prize for Open Social Science, and a Velux/Villum Foundation Professorship. I am a member of the Institute for Mathematical Statistics and the Bernoulli Society. I am a Fellow of the American Statistical Association, the Institute of Physics, and the Royal Astronomical Society.  I am professionally accredited as a statistician by the American Statistical Association and as a physicist by the Institute of Physics.

3.   I have consulted for many government agencies, including the U.S. Department of Justice, the U.S. Department of Agriculture, the U.S. Department of Commerce, the U.S. Department of Housing and Urban Development, the U.S. Department of Veterans Affairs, the Federal Trade Commission, the California Secretary of State, the California Attorney General, the California Highway Patrol, the Colorado Secretary of State, the Georgia Department of Law, and the Illinois State Attorney. I currently serve on the Board of Advisors of the U.S. Election Assistance Commission and on the Board of Directors of Verified Voting Foundation. (The opinions expressed herein are, however, my own: I am not writing as a representative of any entity.)

4.   I have testified before the U.S. House of Representatives Subcommittee on the Census; the State of California Senate Committee on Elections, Reapportionment and Constitutional Amendments; the State of California Assembly Committee on Elections and Redistricting; the State of California Senate Committee on Natural Resources; and the State of California Little Hoover Commission.

5. I have been an expert witness or non-testifying expert in a variety of state and federal cases, for plaintiffs and for defendants, in criminal matters and a range of civil matters, including, *inter alia*: truth in advertising, antitrust, construction defects, consumer class actions, credit risk, disaster relief, elections, employment discrimination, environmental protection, equal protection, fairness in lending, federal legislation, First Amendment, import restrictions, insurance, intellectual property, jury selection, mortgage-backed securities, natural resources, product liability class actions, *qui tam*, risk assessment, toxic tort class actions, trade secrets, utilities, and wage and hour class actions. Much of that work concerned statistical sampling and extrapolation.

6. I have been qualified as an expert on statistics in federal courts, including the Central District of California, the District of Maryland, the Southern District of New York, and the Eastern District of Pennsylvania.

7. I have also been qualified as an expert on statistics in state courts.

8. I have used statistics to address a wide range of questions in many fields.[1]

9. I served on former California Secretary of State Debra Bowen's Post-Election Audit Standards Working Group in 2007.

10. In 2007, I invented a statistical approach to auditing elections ("risk-limiting audits") that has been incorporated into statutes in California (AB 2023, SB 360, AB 44, AB 2125), Colorado (C.R.S. 1-7-515), and Rhode Island (RI Gen L §17-19-37.4 (2017)), and which were recently

---

[1] For example, I have used statistics to analyze the Big Bang, the interior structure of the Earth and Sun, the risk of large earthquakes, the reliability of clinical trials, the accuracy of election results, the accuracy of the U.S. Census, the risk of consumer credit default, the causes of geriatric hearing loss, the effectiveness of water treatment, the fragility of ecological food webs, risks to protected species, the effectiveness of Internet content filters, high-energy particle physics data, and the reliability of models of climate, among other things.

proposed in federal legislation (the PAVE Act of 2018). RLAs have been tested in California, Colorado, Indiana, Ohio, Virginia, and Denmark.

11. RLAs are widely viewed as the best way to check the accuracy of vote tabulation. They have been endorsed by the Presidential Commission on Election Administration, the National Academy of Sciences report "Securing the Vote: Protecting American Democracy," the American Statistical Association, the League of Women Voters, Verified Voting Foundation, Citizens for Election Integrity Minnesota, and other groups concerned with election integrity.

12. I have worked closely with state and local election officials in California and Colorado to pilot and deploy RLAs. The software Colorado uses to conduct RLAs is based on software I wrote.

13. I worked with Travis County, Texas, on the design of STAR-Vote, an auditable and end-to-end cryptographically verifiable voting system.

14. I testified as an expert witness in the general area of election integrity, including the reliability of voting equipment, in 2016 presidential candidate Jill Stein's recount suit in Wisconsin, and filed a report in her suit in Michigan.

15. I have testified as an expert in election auditing and the accuracy of election results in two election-related lawsuits in California.

16. I have testified to both houses of the California legislature regarding election integrity and election audits. I have testified to the California Little Hoover Commission about election integrity, voting equipment, and election audits.

17. Since 1988, I have taught statistics at the University of California, Berkeley, one of the top two statistics departments in the world (see, e.g., QS World University Rankings, 2014) and the nation (US News and World Reports, 2014). I teach statistics regularly at the

undergraduate and graduate levels. I have created five new statistics courses at Berkeley. I developed and taught U.C. Berkeley's first online course in any subject, and among the first approved for credit throughout the ten campuses of the University of California system. I also developed and co-taught online statistics courses to over 52,000 students, using an online textbook and other pedagogical materials I wrote and programmed.

18. Appendix 1 is my current *curriculum vitae*, which includes my publications for the last ten years and all cases in the last four years in which I gave deposition or trial testimony.

## Opinions

19. I am offering my opinion with respect to the need and feasibility for Georgia to conduct the 2018 mid-term election using paper ballots and to verify the outcomes of the election using a risk-limiting audit conducted affordably using current voting equipment.

20. The September 6, 2018 National Academy of Sciences, Engineering and Medicine report, *Securing the Vote: Protecting American Democracy*[2] ("the NAS report"), echoes the opinions of leading voting system scientists and the election integrity community: to ensure that reported election results reflect the will of voters, public elections should be conducted with hand-marked paper ballots or systems with a voter-verifiable paper trail.

21. The NAS report recommended that "every effort should be made to use human-readable paper ballots in the 2018 federal election." NAS Report, at 7.

---

[2] https://www.nap.edu/read/25120/chapter/1 Last accessed 9 September 2018.

22. The Board of Advisors of the U.S. Election Assistance Commission (EAC) passed a resolution in 2018 recommending that the EAC "not certify any system that does not use voter-verifiable paper as the official record of voter intent."[3]

23. Merely using paper ballots to conduct an election does not ensure that results are correct. The paper must actually be used in an appropriate way to check the reported results and to correct the results if they are wrong. Suitable "post-election audits" that manually inspect random samples of paper ballots can detect and correct incorrect electoral outcomes.

24. The NAS report states, "each state should require a comprehensive system of post-election audits of processes and outcomes." NAS Report, at 8. "Audits of election outcomes should include manual examination of statistically appropriate samples of paper ballots cast." NAS Report, at 9.

25. Elections should be conducted in a way that gives the public convincing evidence that reported election outcomes are correct. This is the principle of "evidence-based elections."[4]

26. It is my understanding that since the security breach of the Kennesaw State University Center for Election Systems server, there has been no forensic examination or remediation of voting system components, including many thousands of pieces of computerized election equipment indirectly connected to that server. As a result, in Georgia, the accuracy and trustworthiness of election results are in particular peril compared to most states: the need for paper ballots and rigorous post-election audits is urgent. The paperless systems currently deployed in Georgia simply cannot provide trustworthy evidence that reported election outcomes are correct.

---

[3] https://www.eac.gov/documents/2018/04/27/resolution-2018-03-auditability-of-voter-intent-passed-10-8-4-advisors-resolution-page/ Last accessed 9 September 2018.
[4] Stark, P.B., and D.A. Wagner, 2012. Evidence-Based Elections. *IEEE Security and Privacy, 10*, 33–41. Preprint: https://www.stat.berkeley.edu/~stark/Preprints/evidenceVote12.pdf

27. A "risk-limiting audit" (RLA)[5] is a particular approach to catching and correcting incorrect election outcomes before they become official. A RLA is any post-election procedure that offers the following statistical guarantee: If a full manual tally of the complete voter-verifiable paper trail would show a different electoral outcome, there is a known, pre-determined minimum chance that the procedure will lead to a full manual tally.

28. If the procedure does lead to a full manual tally, the result of that manual tally replaces the reported outcome, thereby correcting it.

29. Here, "outcome" means the political result: the candidate(s) or position that won, or the determination that a run-off is needed, not the exact vote totals.

30. The maximum chance that the procedure will not lead to a full manual tally if that tally would show a different outcome is called the *risk limit*. Equivalently, the risk limit is the largest chance that the audit will fail to correct an outcome that is incorrect, where "incorrect" means that a full manual tally of the voter-verifiable paper trail would find different winner(s).

31. For instance, a RLA with a risk limit of 5% has at least a 95% chance of requiring a full manual tally, if that tally would show an outcome that differs from the reported outcome.

32. The NAS Report recommends RLAs: "States should mandate risk-limiting audits prior to the certification of election results." NAS Report, at 9. "Risk-limiting audits can efficiently establish high confidence in the correctness of election outcomes—even if the equipment

---

[5] Risk-limiting audits have been endorsed by the Presidential Commission on Election Administration, the American Statistical Association, the League of Women Voters, Common Cause, Verified Voting Foundation, and many other organizations concerned with election integrity. They are required by law in Colorado and Rhode Island, and have been tested in California, Ohio, and Denmark. They were developed in 2007; the first publication is Stark, P.B., 2008. Conservative Statistical Post-Election Audits, *Ann. Appl. Statistics*, 2, 550–581. Reprint. Since then, there have been extensions for other social choice functions (e.g., proportional representation, see Stark, P.B., and V. Teague, 2014. Verifiable European Elections: Risk-limiting Audits for D'Hondt and Its Relatives, *JETS: USENIX Journal of Election Technology and Systems, 3*, 18–39. https://www.usenix.org/system/files/jets/issues/0301/overview/jets_0301_stark_update_9-10-15.pdf), for auditing any number of contests simultaneously, for different types of voting equipment, etc. For a general but still somewhat technical introduction, see Stark, P.B., and M. Lindeman, A Gentle Introduction to Risk-Limiting Audits, *IEEE Security and Privacy, 10*, 42–49, doi:10.1109/MSP.2012.56

used to cast, collect, and tabulate ballots to produce the initial reported outcome is faulty." NAS Report, at 100.

33. The US Election Assistance Commission (EAC) recently issued a white paper on the history, importance, and conduct of RLAs.[6]

34. It is crucial to base post-election audits on voter-verifiable paper records; to ensure that those records include every validly cast vote exactly once, and no others (checking the determination of eligibility, in particular); to ensure that those records remain complete and intact from the moment they are cast through the audit; and to assess the evidence that they are trustworthy. Absent affirmative evidence that the paper trail is a trustworthy record of voter intent—that it accurately reflects the intent of every voter who legitimately cast a ballot in the contests under audit, and no others—the audit might simply confirm the incorrect outcome. The process of assessing the trustworthiness of the paper trail is called a *compliance audit*.

35. There are many methods for conducting risk-limiting audits, involving different ways of drawing samples of ballots and different demands on the voting system and on auditors. For instance, a full handcount is a risk-limiting audit, with a risk limit of zero. But by inspecting randomly selected ballots and using appropriate statistical methods, it is possible to conduct risk-limiting audits much more efficiently—when the electoral outcome is correct. Below, I discuss *ballot-polling* RLAs, a particular approach that Georgia could implement in time for the 2018 mid-term elections.

36. RLAs require manually inspecting voter-verifiable paper ballots. In particular, digital images of ballots are not a trustworthy record of voter intent.

---

[6] https://www.eac.gov/assets/1/6/Risk-Limiting_Audits_-_Practical_Application_Jerome_Lovato.pdf Last accessed 9 September 2018.

37. Ballot-polling is a particularly simple method for conducting RLAs. It involves selecting and manually inspecting randomly selected cast ballots. If a sufficiently large random sample of ballots shows a sufficiently large margin for the reported winner, that is strong statistical evidence that the reported winner really won.

38. A ballot-polling RLA is similar to an exit poll, but instead of asking a random sample of voters what their preferences were, the audit looks at a random sample individual ballots to see what preferences those ballots show.

39. In contrast to exit polls, the sample size for a ballot-polling RLA is not fixed in advance. A ballot-polling RLA stops if and when the sample shows that it is implausible that anyone other than the reported winner really won. The calculations to determine whether and when the audit can stop are simple enough to be done with a pencil and paper. They involve nothing more complicated than multiplication.

40. The first ballot-polling RLA was conducted in Monterey County, California, in 2011.[7] Since then, they have been used in pilot RLAs in California, Colorado, and Virginia. The first academic papers on ballot-polling RLAs were published in 2012.[8]

41. A free, open-source tool that implements all the calculations for ballot-polling RLAs, including the random selection of ballots and the calculation of when the audit can stop, is available at the URL https://www.stat.berkeley.edu/~stark/Vote/ballotPollTools.htm (last accessed 9 September 2018). That tool is the basis of the software Colorado uses for RLAs in some counties. It has been used in pilot audits in several California and Colorado counties.

---

[7] See http://www.montereycountyelections.us/AB2023.html, last accessed 9 September 2018.

[8] Lindeman, M., P.B. Stark, and V.S. Yates, 2012. BRAVO: Ballot-polling Risk-Limiting Audits to Verify Outcomes. *2012 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '12)*. Reprint: https://www.usenix.org/system/files/conference/evtwote12/evtwote12-final27.pdf. Lindeman, M. and P.B. Stark, 2012. A Gentle Introduction to Risk-Limiting Audits. *IEEE Security and Privacy*, *10*, 42–49. Preprint: https://www.stat.berkeley.edu/~stark/Preprints/gentle12.pdf.

42. Georgia could use ballot-polling RLAs to confirm electoral outcomes if it conducted elections using paper ballots counted by Accu-Vote optical scanners.

43. There are other approaches to RLAs that generally involve inspecting fewer ballots, but that require more data from voting systems and have higher set-up costs than ballot-polling RLAs. For instance, *ballot-level comparison* RLAs are currently the most efficient approach, as measured by the number of ballots that must be audited when the electoral outcome is correct. Georgia should explore other approaches to RLAs in the future, but the easiest RLA method to implement by the mid-term elections is ballot polling.

44. I understand that audit guidelines might need to be established by the Georgia State Election Board in a public process. Because there is now considerable experience conducting RLAs, a great deal of public information, free software, and model legislation, the work could be done in time to audit the 2018 mid-term elections. The fact that Georgia uses a uniform voting system employing the Accu-Vote optical scanner will simplify the process. However, there is no time to waste: work should start immediately.

45. The audit guidelines should embody a number of principles, including requiring serious checks of the integrity of the paper trail, specifying risk limits, specifying how contests subject to RLAs are to be selected, ensuring that the audit cannot be subverted, and providing the public enough information to verify that the audit did not stop prematurely. The guidelines also need to specify how to interpret voter intent from hand-marked ballots.[9]

---

[9] For instance, if a voter makes a write-in vote for a candidate who is also listed on the ballot, is that a valid vote? If a voter marks a vote for a listed candidate and also writes in that candidate's name, is that a valid vote? If a voter marks a vote for a candidate, crosses through the mark, and marks a vote for a second candidate, is that a valid vote for the second candidate? If a voter makes a stray mark on the ballot that is distinctive enough to identify the ballot, is the ballot valid? Experience in recounts in Minnesota suggests that the percentage of hand-marked ballots that are marked ambiguously is quite small: in the 2008 Minnesota statewide recount, only 845 ballots were challenged. http://minnesota.publicradio.org/collections/special/2008/campaign/results/mn/recount/ballots/ Last visited 9 September 2018. See http://minnesota.publicradio.org/features/2008/11/19_challenged_ballots/ (last visited 9 September 2018) for specific examples.

46. The largest hurdle is to establish procedures that ensure that the paper ballots are physically secured and organized well enough to draw a random sample.

47. In particular, a key ingredient of ballot-polling RLAs is a *ballot manifest* that describes, for each jurisdiction, how many ballots were cast in that jurisdiction and how the ballots are organized.

48. For instance, a ballot manifest might say, "the county has 913 boxes of ballots, numbered 1 through  913. Box 1 contains 301 ballots. Box 2 contains 199 ballots. . . . and Box 913 contains 247 ballots."

49. Ballot manifests should be constructed without reliance on the system that is used to tabulate the votes, because they are used to check the tabulation system.

50. It is reasonable to require local election officials to construct ballot manifests routinely: if an election official cannot keep track of ballots, the official is not doing his or her job.

51. All contests should receive some scrutiny. However, it may be impractical to audit every contest to a pre-specified risk limit. If the guidelines do not require every contest to be audited to a pre-specified risk limit, the selection of contests to audit to a risk limit should involve a random element so that every contest has some chance of being selected and a malicious opponent cannot predict whether any particular contest will be audited.

52. For every ballot selected for audit, votes on that ballot in contests that are not required to be audited to a risk limit should nonetheless be recorded (and reported) to provide evidence about whether the results of those contests are accurate. Collecting such data opportunistically from ballots that are manually inspected enables "risk-measuring audits," which report the strength of evidence that the outcomes of those contests are correct, in light of what the audit finds.

53. The audit sample must not be predictable before the audit starts. Public trust in audits may be increased if the public participates in generating "seed" for selecting the sample. In Colorado, for instance, the "seed" is generated in a broadcast, public ceremony in which 10-sided dice are rolled 20 times, with public participation.

54. Auditing cross-jurisdictional contests requires contest-level results (not merely county-level results) to be known before the audit can conclude. It also requires coordinating the sampling in different counties, so that each county knows when its portion of the audit can stop.

55. I recommend that starting with the 2018 mid-term election, Georgia conduct ballot-polling RLAs of all countywide, statewide, and federal contests, using a risk limit no larger than 5 percent. I recommend that other contests be audited "opportunistically" as described in paragraph 52, *supra*. I believe this is feasible and affordable, but there is no time to waste: the process for establishing the guidelines and procedures must start immediately.

56. A number of non-partisan, non-profit organizations are ready and able to assist Georgia in implementing post-election audits, including Verified Voting Foundation. The U.S. Election Assistance Commission also has staff with extensive experience with RLAs.

57. Although ballot-polling RLAs are not particularly costly, I understand that federal HAVA funds recently granted to Georgia could be used to implement post-election audits, presumably including the cost of monitoring the audits and reporting the results to this Court.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this date, 9 September 2018.

Philip B. Stark

# Curriculum Vitae
# Philip Bradford Stark

Biographical Information . . . . . . . . . . . . . . . . . . . . . . . . .   1
    Interests . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1
Appointments . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1
Awards and Fellowships . . . . . . . . . . . . . . . . . . . . . .   2
Affiliations and Professional Societies . . . . . . . . . . . . . . . .   3
Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4
    Mentors . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4
Publications . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5
    Refereed Publications . . . . . . . . . . . . . . . . . . . . .   5
    Books and Edited Volumes . . . . . . . . . . . . . . . . . .  18
    Book Chapters . . . . . . . . . . . . . . . . . . . . . . . .  18
    Technical Reports, White Papers, and Unrefereed Publications  19
    Editorials, Reviews, Comments, Letters . . . . . . . . . . .  26
    Software . . . . . . . . . . . . . . . . . . . . . . . . . . .  32
Patents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  33
Selected Presentations . . . . . . . . . . . . . . . . . . . . . . . .  33
    Other Invited Seminars . . . . . . . . . . . . . . . . . . . .  68
Press . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  70
Teaching and Advising . . . . . . . . . . . . . . . . . . . . . . . . 102
    Courses . . . . . . . . . . . . . . . . . . . . . . . . . . . 102
    Former Graduate Students and Postdocs . . . . . . . . . . . 104
    Graduate Committees . . . . . . . . . . . . . . . . . . . . 105
    First-year PhD advising . . . . . . . . . . . . . . . . . . . 111
    Current PhD advisees . . . . . . . . . . . . . . . . . . . . 111
    Undergraduate Research Advisees . . . . . . . . . . . . . . 111
Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
    Professional Societies and Government Agencies . . . . . . . 112
    Foundations, Non-Profit Corporations, and Industry . . . . . 119
    Editorial and Referee Service . . . . . . . . . . . . . . . . 120
    University and Higher Education . . . . . . . . . . . . . . . 122
Contracts and Grants . . . . . . . . . . . . . . . . . . . . . . . . 129
Consulting and Expert Witness Experience . . . . . . . . . . . . . . 131
    Recent Testimony . . . . . . . . . . . . . . . . . . . . . . 138

# Biographical Information

**Born:** 7 October 1960, Houston, Texas.

**Citizenship:** U.S.A.

## Interests

**Theory**: Inference, inverse problems, multiplicity, nonparametrics, optimization, restricted parameters, sampling

**Applications**: Astrophysics, cosmology, ecology, elections, geophysics, health, legislation, litigation, marketing, physics, public policy, risk assessment and control, uncertainty quantification

## Appointments

**10/2015–present** Associate Dean, Division of Mathematical and Physical Sciences, University of California, Berkeley

**6/2016–8/2016** Visiting Professor of Theoretical Computer Science, IT University of Copenhagen

**7/2012–6/2015** Chair, Department of Statistics, and Director, Statistical Computing Facility, University of California, Berkeley

**7/2011–6/2012** Vice Chair, Department of Statistics, University of California, Berkeley

**7/2011–8/2011** Acting Chair, Department of Statistics, University of California, Berkeley

**7/2008–present** Faculty, Designated Emphasis in Computational and Data Science and Engineering, University of California, Berkeley

**7/1998–present** Professor, Department of Statistics, University of California, Berkeley

**7/2001–6/2003** Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education), University of California, Berkeley

**6/1996** Visiting Associate Professor, School of Mathematical Sciences, Tel Aviv University, Tel Aviv, Israel

**7/1994–6/1998** Associate Professor, Department of Statistics, University of California, Berkeley

**7/1988–6/1994** Assistant Professor, Department of Statistics, University of California, Berkeley

**7/1987–6/1990** National Science Foundation Postdoctoral Fellow in Mathematical Sciences

**1/1987–6/1987** Postgraduate Research, Department of Statistics, University of California, Berkeley

**8/1986–12/1986** Postgraduate Research, Institute for Geophysics and Planetary Physics, UC San Diego

## Awards and Fellowships

Velux/Villum Foundation Visiting Professor Programme (2015–2016)

Leamer-Rosenthal Prize for Transparency in Social Science (2015)

Chancellor's Award for Public Service, Research in the Public Interest, University of California, Berkeley (2011)

John Gideon Award for Election Integrity, Election Verification Network (2011)

Mellon Library/Faculty Fellow for Undergraduate Research (2006–2007)

Presidential Chair Fellow, University of California, Berkeley (2003–2004)

Fellow, American Statistical Association (selected 2014)

Stark CV 003

Fellow, Institute of Physics (elected 1999)

Miller Research Professor, Miller Institute for Basic Research in Science (1999)

Dobson Fellow, University of California at Berkeley (1998, 1999)

Presidential Young Investigator (1989–1995)

National Science Foundation Postdoctoral Fellowship in Mathematical Sciences (1987–1989)

University Fellowship, University of Texas at Austin (1982–1983)

## Affiliations

Association of Foragers

Berkeley Institute for Data Science (BIDS), University of California, Berkeley

Berkeley Food Institute, University of California, Berkeley

Berkeley Open Source Food, University of California, Berkeley

Center for Astrostatistics, Pennsylvania State University

Global Oscillation Network Group (GONG)

National Partnership for Advanced Computational Infrastructure (NPACI)

Simons Institute for the Theory of Computing, University of California, Berkeley

Solar and Heliospheric Observatory Solar Oscillations Investigation (SOHO-SOI)

Space Sciences Laboratory, University of California, Berkeley

Theoretical Astrophysics Center, University of California, Berkeley

Stark CV 004

*P.B. Stark: CV*                          *September 4, 2018*                          4

## Professional Societies

American Statistical Association: Fellow and Accredited Professional Statistician

Bernoulli Society for Mathematical Statistics and Probability

Institute of Mathematical Statistics

Institute of Physics: Fellow and Chartered Physicist

International Statistical Institute

Royal Astronomical Society: Fellow

## Education

A.B. 1980, Princeton University, Princeton, New Jersey

Ph.D. 1986, University of California, San Diego, La Jolla, California

## Mentors

Robert L. Parker, Institute for Geophysics and Planetary Physics, Scripps Institution of Oceanography, University of California, San Diego (PhD dissertation advisor)

George E. Backus, Institute for Geophysics and Planetary Physics, Scripps Institution of Oceanography, University of California, San Diego (postdoctoral advisor)

David L. Donoho, Department of Statistics, Stanford University (postdoctoral advisor)

# Publications

## Refereed Publications

1. Stark, P.B. and C. Frohlich, 1985. The depths of the deepest deep Earthquakes, *Journal of Geophysical Research*, *90*, 1859–1869.

2. Stark, P.B., R.L. Parker, G. Masters, and J.A. Orcutt, 1986. Strict bounds on seismic velocity in the spherical Earth, *Journal of Geophysical Research*, *91*, 13,892–13,902.

3. Stark, P.B., 1986. *Travel-Time Inversion: Regularization and Inference*, Ph.D. Thesis, Scripps Instution of Oceanography, University of California, San Diego, 106pp.

4. Stark, P.B., and R.L. Parker, 1987. Smooth profiles from tau(p) and X(p) data, *Geophysical Journal of the Royal Astronomical Society*, *89*, 2713–2719.

5. Stark, P.B., and R.L. Parker, 1987. Velocity bounds from statistical estimates of tau(p) and X(p), *Journal of Geophysical Research*, *92*, 2713–2719.

6. Stark, P.B., 1987. Rigorous velocity bounds from soft tau(p) and X(p) data, *Geophysical Journal of the Royal Astronomical Society*, *89*, 987–996.

7. Orcutt, J.A., R.L. Parker, P.B. Stark, and J.D. Garmany, 1988. Comment concerning "A method of obtaining a velocity-depth envelope from wide-angle seismic data" by R. Mithal and J.B. Diebold. *Geophysical Journal*, *95*, 209–212.

8. Stark, P.B. and R.L. Parker, 1988. Correction to "Velocity bounds from statistical estimates of tau(p) and X(p)." *Journal of Geophysical Research*, *93*, 13,821–13,822.

9. Donoho, D.L. and P.B. Stark, 1989. Uncertainty principles and signal recovery. *SIAM Journal of Applied Mathematics*, *49*, 906–931.

10. Stark, P.B., 1992. Affine minimax confidence intervals for a bounded Normal mean, *Statistics and Probability Letters*, *13*, 39–44.

11. Stark, P.B., 1992. Minimax confidence intervals in geomagnetism, *Geophysical Journal International*, *108*, 329–338.

12. Stark, P.B., 1992. Inference in infinite-dimensional inverse problems: Discretization and duality, *Journal of Geophysical Research*, *97*, 14,055–14,082. Reprint:
    `http://onlinelibrary.wiley.com/doi/10.1029/92JB00739/epdf`

13. Donoho, D.L. and P.B. Stark, 1993. A note on rearrangements, spectral concentration, and the zero-order prolate spheroidal wavefunction. *IEEE Transactions on Information Theory*, *39*, 257–260.

14. Pulliam, R.J. and P.B. Stark, 1993. Bumps on the core-mantle boundary: Are they facts or artifacts?, *Journal of Geophysical Research*, *98*, 1943–1956.

15. Stark, P.B. and N.W. Hengartner, 1993. Reproducing Earth's kernel: Uncertainty of the shape of the core-mantle boundary from PKP and PcP travel-times, *Journal of Geophysical Research*, *98*, 1957–1972.

16. Stark, P.B., 1993. Uncertainty of the COBE quadrupole detection, *Astrophysical Journal Letters*, *408*, L73–L76.

17. Stark, P.B. and D.I. Nikolayev, 1993. Toward tubular tomography, *Journal of Geophysical Research*, *98*, 8095–8106.

18. Constable, C.G., R.L. Parker, and P.B. Stark, 1993. Geomagnetic field models incorporating frozen-flux constraints, *Geophysical Journal International*, *113*, 419–433.

19. Gough, D.O. and P.B. Stark, 1993. Are the 1986–1988 changes in solar free-oscillation frequency splitting significant?, *Astrophysical Journal*, *415*, 376–382.

20. Stark, P.B., M.M. Herron, and A. Matteson, 1993. Empirically minimax affine mineralogy estimates from Fourier-transform infrared spectroscopy data using a decimated wavelet basis, *Applied Spectroscopy*, *47*, 1820–1829.

21. Pulliam, R.J. and P.B. Stark, 1994. Confidence regions for mantle heterogeneity, *Journal of Geophysical Research*, *99*, 6931–6943.

22. Genovese, C.R., P.B. Stark, and M.J. Thompson, 1995. Uncertainties for Two-Dimensional Models of Solar Rotation from Helioseismic Eigenfrequency Splitting, *Astrophysical Journal, 443*, 843–854.

23. Stark, P.B. and R.L. Parker, 1995. Bounded-variable least-squares: an algorithm and applications, *Computational Statistics, 10*, 129–141. Preprint:
    `https://www.stat.berkeley.edu/~stark/Preprints/bvls.pdf`

24. Hengartner, N.W. and P.B. Stark, 1995. Finite-sample confidence envelopes for shape-restricted densities, *The Annals of Statistics, 23*, 525–550.

25. Stark, P.B., 1995. Reply to Comment by Morelli and Dziewonski, *Journal of Geophysical Research, 100*, 15,399–15,402.

26. Gough, D.O., T. Sekii, and P.B. Stark, 1996. Inferring spatial variation of solar properties from helioseismic data, *Astrophysical Journal, 459*, 779–791.

27. Benjamini, Y. and Stark, P.B., 1996. Non-equivariant simultaneous confidence intervals less likely to contain zero, *Journal of the American Statistical Association, 91*, 329–337.

28. Hill, F., P.B. Stark, R.T. Stebbins, E.R. Anderson, H.M. Antia, T.M. Brown, T.L. Duvall, Jr., D.A. Haber, J.W. Harvey, D.H. Hathaway, R. Howe, R. Hubbard, H.P. Jones, J.R. Kennedy, S.G. Korzennik, A.G. Kosovichev, J.W. Leibacher, K.G. Libbrecht, J.A. Pintar, E.J. Rhodes, Jr., J. Schou, M.J. Thompson, S. Tomczyk, C.G. Toner, R. Toussaint, and W.E. Williams, 1996. The solar acoustic spectrum and eigenmode parameters, *Science, 272*, 1292–1295.

29. Thompson, M.J., J. Toomre, E.R. Anderson, H.M. Antia, G. Berthomieu, D. Burtonclay, S.M. Chitre, J. Christensen-Dalsgaard, T. Corbard, M. DeRosa, C.R. Genovese, D.O. Gough, D.A. Haber, J.W. Harvey, F. Hill, R. Howe, S.G. Korzennik, A.G. Kosovichev, J.W. Leibacher, F.P. Pijpers, J. Provost, E.J. Rhodes, Jr., J. Schou, T. Sekii, P.B. Stark, and P.R. Wilson, 1996. Differential rotation and dynamics of the solar interior, *Science, 272*, 1300–1305.

Stark CV 008

30. Stark, P.B., 1996. A few considerations for ascribing statistical significance to earthquake predictions, *Geophysical Research Letters*, *23*, 1399–1402.

31. Evans, S.N., and P.B. Stark, 1996. Shrinkage estimators, Skorokhod's problem, and stochastic integration by parts, *The Annals of Statistics*, *24*, 809–815.

32. Genovese, C.R. and P.B. Stark, 1996. Data Reduction and Statistical Consistency in Linear Inverse Problems, *Physics of the Earth and Planetary Interiors*, *98*, 143–162.

33. Stark, P.B., 1997. Earthquake prediction: the null hypothesis, *Geophysical Journal International*, *131*, 495–499.

34. Benjamini, Y., Y. Hochberg, and P.B. Stark, 1998. Confidence Intervals with more Power to determine the Sign: Two Ends constrain the Means, *Journal of the American Statistical Association*, *93*, 309–317.

35. Tenorio, L., P.B. Stark, and C.H. Lineweaver, 1999. Bigger uncertainties and the Big Bang, *Inverse Problems*, *15*, 329–341.

36. Stark, P.B., 1999. Geophysics, Statistics in, in *Encyclopedia of Statistical Sciences, Update Volume 3*, S. Kotz, C.B. Read, and D.L. Banks, eds., John Wiley and Sons, NY. Invited. Reprint: `http://mrw.interscience.wiley.com/emrw/9780471667193/ess/article/ess1053/current/pdf`

37. Komm, R., Y. Gu, P.B. Stark, and I. Fodor, 1999. Multitaper Spectral Analysis and Wavelet Denoising Applied to Helioseismic Data, *Astrophysical Journal*, *519*, 407–421.

38. Freedman, D.A., and P.B. Stark, 1999. The swine flu vaccine and Guillain-Barré syndrome: a case study in relative risk and specific causation, *Evaluation Review*, *23*, 619–647. Preprint: `https://www.stat.berkeley.edu/users/census/546.pdf`

39. Fodor, I. and P.B. Stark, 2000. Multitaper Spectrum Estimation for Time Series with Gaps, *IEEE Transactions on Signal Processing*, *48*, 3472–3483.

40. Freedman, D.A., P.B. Stark, and K.W. Wachter, 2001. A probability model for census adjustment, *Mathematical Population Studies*, *9*, 165–180.

41. D.A. Freedman and P.B. Stark, 2001. The swine flu vaccine and Guillain-Barré syndrome. *Law and Contemporary Problems*, *64*, 49–62. Reprint:
    `http://www.law.duke.edu/shell/cite.pl?64+Law+&+Contemp.+Pr obs.+49+(Autumn+2001)`

42. Evans, S.N. and P.B. Stark, 2002. Inverse Problems as Statistics, *Inverse Problems*, *18*, R55–R97. Invited. Reprint:
    `http://iopscience.iop.org/0266-5611/18/4/201/pdf/0266-5611 _18_4_201.pdf`

43. Stark, P.B. and D.A. Freedman, 2003. What is the Chance of an Earthquake? in *Earthquake Science and Seismic Risk Reduction*, F. Mulargia and R.J. Geller, eds., NATO Science Series IV: Earth and Environmental Sciences, v. 32, Kluwer, Dordrecht, The Netherlands, 201–213. Invited. Preprint:
    `https://www.stat.berkeley.edu/~stark/Preprints/611.pdf`

44. Stark, P.B., 2003. Capture-recapture. *Encyclopedia of Social Science Research Methods*, Sage Publications, Thousand Oaks, CA. Invited. Preprint:
    `https://www.stat.berkeley.edu/~stark/Preprints/capt2002.pd f`

45. Stark, P.B., 2003. Census Adjustment. *Encyclopedia of Social Science Research Methods*, Sage Publications, Thousand Oaks, CA. Invited. Preprint:
    `https://www.stat.berkeley.edu/~stark/Preprints/adj2002.pdf`

46. Schafer, C.M. and P.B. Stark, 2004. Using what we know: inference with physical constraints. *Proceedings of the Conference on Statistical Problems in Particle Physics, Astrophysics and Cosmology PHYSTAT2003*, L. Lyons, R. Mount and R. Reitmeyer, eds., Stanford Linear Accelerator Center, Menlo Park, CA, 25–34.

Stark CV 010

47. Evans, S.N., B. Hansen, and P.B. Stark, 2005. Minimax Expected Measure Confidence Sets for Restricted Location Parameters, *Bernoulli, 11*, 571–590. Also Tech. Rept. 617, Dept. Statistics Univ. Calif Berkeley (May 2002, revised May 2003). Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/617.pdf`

48. Divenyi, P., P.B. Stark, and K. Haupt, 2005. Decline of Speech Understanding and Auditory Thresholds in the Elderly, *Journal of the Acoustical Society of America, 118*, 1089–1100.

49. Freedman, D.A. and P.B. Stark, 2007. Ecological Inference, in *1 Encyclopedia of Law and Society: American and Global Perspectives*, 447–448, David S. Clark, ed., Sage Publications. Invited. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/ecoInf07.txt`

50. Luen, B. and P.B. Stark, 2008. Testing Earthquake Predictions. *IMS Lecture Notes—Monograph Series. Probability and Statistics: Essays in Honor of David A. Freedman*, 302–315. Institute for Mathematical Statistics Press, Beachwood, OH. Invited. Reprint: `http://arxiv.org/abs/0805.3032`

51. Stark, P.B., 2008. The effectiveness of Internet content filters, *I/S: A Journal of Law and Policy for the Information Society, 4*, 411–429. Reprint: `http://www.is-journal.org/V04I02/Stark.pdf` Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/filter07.pdf`

52. Stark, P.B., 2008. Conservative statistical post-election audits, *The Annals of Applied Statistics, 2*, 550–581. Reprint: `http://arxiv.org/abs/0807.4005`

53. Stark, P.B., 2008. A Sharper Discrepancy Measure for Post-Election Audits, *The Annals of Applied Statistics, 2*, 2008, 982–985. Reprint: `http://arxiv.org/abs/0811.1697`

54. Stark, P.B., 2008. Generalizing resolution, *Inverse Problems, 24*, 034014. Invited; selected for 2008 Highlights for *Inverse Problems* Reprint:

```
https://www.stat.berkeley.edu/~stark/Preprints/resolution0
7.pdf
```

55. Schafer, C.M., and P.B. Stark, 2009. Constructing Confidence Sets of Optimal Expected Size. *Journal of the American Statistical Association*, *104*, 1080–1089. Reprint:
```
https://www.stat.berkeley.edu/~stark/Preprints/schaferStar
k09.pdf
```

56. Berlow, E.L., J.A. Dunne, N.D. Martinez, P.B. Stark, R.J. Williams and U. Brose, 2009. Simplicity on the other side of ecological complexity. *Proceedings of the National Academy of Sciences*, *106*, 187–219. Reprint:
```
http://www.pnas.org/content/106/1/187.full.pdf+html
```

57. Hall, J.L., L.W. Miratrix, P.B. Stark, M. Briones, E. Ginnold, F. Oakley, M. Peaden, G. Pellerin, T. Stanionis and T. Webber, 2009. Implementing Risk-Limiting Audits in California, *2009 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '09)*. Reprint:
```
http://static.usenix.org/events/evtwote09/tech/full_papers
/hall.pdf.
```
SSRN's Top Ten download list for ERN: Models of Political Processes: Rent-Seeking, Elections, Legislatures, & Voting Behavior

58. Stark, P.B., 2009. CAST: Canvass Audits by Sampling and Testing. *IEEE Transactions on Information Forensics and Security: Special Issue on Electronic Voting*, *4*, 708–717. Reprint:
```
https://www.stat.berkeley.edu/~stark/Preprints/cast09.pdf
```

59. Miratrix, L.W. and P.B. Stark, 2009. Election Audits using a Trinomial Bound. *IEEE Transactions on Information Forensics and Security: Special Issue on Electronic Voting*, *4*, 974–981. Reprint:
```
https://www.stat.berkeley.edu/~stark/Preprints/trinomial09
.pdf
```

60. Stark, P.B., 2009. Risk-limiting post-election audits: *P*-values from common probability inequalities. *IEEE Transactions on Information Forensics and Security: Special Issue on Electronic Voting*, *4*, 1005–1014. Reprint:

Stark CV 012

`https://www.stat.berkeley.edu/~stark/Preprints/pvalues09.p`
`df`

61. Stark, P.B., 2009. Efficient post-election audits of multiple contests: 2009 California tests. Refereed paper presented at the 2009 Conference on Empirical Legal Studies. Preprint: `http://ssrn.com/abstract=1443314`

62. Stark, P.B., 2010. Risk-Limiting Vote-Tabulation Audits: The Importance of Cluster Size. *Chance, 23*(3), 9–12. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/auditingCha` `nce10.pdf`

63. Stark, P.B., 2010. Super-simple simultaneous single-ballot risk-limiting audits. *2010 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '10)*, D. Jones, J.J. Quisquater and E.K. Rescorla, eds. Reprint: `http://www.usenix.org/events/evtwote10/tech/full_papers/St` `ark.pdf`

64. Stark, P.B. and L. Tenorio, 2010. A Primer of Frequentist and Bayesian Inference in Inverse Problems. In *Large Scale Inverse Problems and Quantification of Uncertainty*, Biegler, L., G. Biros, O. Ghattas, M. Heinkenschloss, D. Keyes, B. Mallick, L. Tenorio, B. van Bloemen Waanders and K. Willcox, eds. John Wiley and Sons, NY. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/freqBayes09` `.pdf`

65. Stark, P.B., 2010. Null and Vetoed: "Chance Coincidence"? *Chance, 23(4)*, 43–46. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/acrosticVet` `o09.htm`

66. Benaloh, J., D. Jones, E. Lazarus, M. Lindeman, and P.B. Stark, 2011. SOBA: Secrecy-preserving Observable Ballot-level Audit. *2011 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '11)*. Reprint: `http://static.usenix.org/events/evtwote11/tech/final_files` `/Benaloh.pdf`

Stark CV 013

Video: `https://www.usenix.org/conference/evtwote-11/soba-se crecy-preserving-observable-ballot-level-audit`

67. Higgins, M.J., R.L. Rivest and P.B. Stark, 2011. Sharper *p*-values for Stratified Post-Election Audits. *Statistics, Politics, and Policy, 2*(1), Article 7. Reprint: `http://www.degruyter.com/downloadpdf/j/spp.2011.2.issue-1/ 2151-7509.1031/2151-7509.1031.xml` Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/higginsRive stStark11.pdf`

68. Shearer, P.M. and P.B. Stark, 2012. The global risk of big earthquakes has not recently increased. *Proceedings of the National Academy of Sciences, 109*(3), 717–721. doi: 10.1073/pnas.1118525109. (Commentary by G. Beroza, *PNAS 2012, 109*(3) 651–652. doi: 10.1073/pnas.1120744109.) Reprint: `http://www.pnas.org/content/early/2011/12/12/1118525109.fu ll.pdf+html`

69. Luen, B. and P.B. Stark, 2012. Poisson tests of declustered catalogs. *Geophysical Journal International*, *189*, 691–700. doi: 10.1111/j.1365-246X.2012.05400.x Reprint: `http://onlinelibrary.wiley.com/doi/10.1111/j.1365-246X.201 2.05400.x/pdf` Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/decluster11 .pdf`

70. Lindeman, M., P.B. Stark, and V.S. Yates, 2012. BRAVO: Ballot-polling Risk-Limiting Audits to Verify Outcomes. *2012 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '12)*. Reprint: `https://www.usenix.org/system/files/conference/evtwote12/e vtwote12-final27.pdf`

71. Huttunen, J.M.J., and P.B. Stark, 2012. Cheap contouring of costly functions: The Pilot Approximation Trajectory Algorithm. *Computa-*

Stark CV 014

*tional Science & Discovery*. *5*, 015006. Reprint:
`http://stacks.iop.org/1749-4699/5/015006`

72. Lindeman, M. and P.B. Stark, 2012. A Gentle Introduction to Risk-Limiting Audits. *IEEE Security and Privacy*, *10*, 42–49. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/gentle12.pdf`

73. Stark, P.B., and D.A. Wagner, 2012. Evidence-Based Elections. *IEEE Security and Privacy*, *10*, 33–41. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/evidenceVote12.pdf`

74. Benjamini, Y., V. Madar, and P.B. Stark, 2013. Simultaneous confidence intervals uniformly more likely to determine signs, *Biometrika*, doi: 10.1093/biomet/ass074
    Reprint: `http://biomet.oxfordjournals.org/content/early/2013/02/20/biomet.ass074.full.pdf`
    Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/qc11.pdf`

75. Benaloh, J., M. Byrne, B. Eakin, P. Kortum, N. McBurnett, O. Pereira, P.B. Stark, and D.S. Wallach, 2013. STAR-Vote: A Secure, Transparent, Auditable, and Reliable Voting System. *JETS: USENIX Journal of Election Technology and Systems*, *1*,18–37. Reprint: `https://www.usenix.org/sites/default/files/jets0101-complete.pdf`

76. Stark, P.B., and V. Teague, 2014. Verifiable European Elections: Risk-limiting Audits for D'Hondt and Its Relatives, *JETS: USENIX Journal of Election Technology and Systems*, *3.1*, `https://www.usenix.org/jets/issues/0301/stark`

77. Stark, P.B., and R. Freishtat, 2014. An evaluation of course evaluations. *Science Open*, DOI 10.14293/S2199-1006.1.-.AOFRQA.v1, `https://www.scienceopen.com/document/vid/42e6aae5-246b-4900-8015-dc99b467b6e4` (post refereed)

78. Luo, T., and P.B. Stark, 2015. Nine out of 10 restaurants fail? Check, please. *Significance, 12*, 25–29. Preprint: `http://arxiv-web3.libra`

ry.cornell.edu/abs/1410.8603v1 Reprint: `http://onlinelibrary`
`.wiley.com/doi/10.1111/j.1740-9713.2015.00813.x/abstract`

79. Saltelli, A., P.B. Stark, W. Becker, and P. Stano, 2015. Climate Models as Economic Guides: Scientific Challenge or Quixotic Quest?, *Issues in Science and Technology*, Spring 2015. Preprint: `https://` `www.stat.berkeley.edu/~stark/Preprints/saltelliEtal15.pdf` Reprint: `http://issues.org/31-3/climate-models-as-economic-` `guides-scientific-challenge-or-quixotic-quest/`

80. Matchett, J.R., P.B. Stark, R.A. Knapp, S.M. Ostoja, H.C. McKenny, M. Brooks, W. Langford, L.N. Joppa, and E. Berlow, 2015. Detecting the influence of rare stressors on rare species in Yosemite National Park using a novel stratified permutation test, *Nature Scientific Reports, 5*. doi:10.1038/srep10702, Reprint: `http://www.nature.com/srep/2015` `/150602/srep10702/full/srep10702.html`

81. Arratia, R., S. Garibaldi, L. Mower, and P.B. Stark, 2015. Some people have all the luck. *Mathematics Magazine, 88*, 196–211. doi:10.4169/math.mag.88.3.196.c, Reprint: `https://www.stat.berke` `ley.edu/~stark/Preprints/luck15.pdf`

82. Stark, P.B., 2015. Constraints versus priors. *SIAM/ASA Journal on Uncertainty Quantification, 3*(1), 586–598. doi:10.1137/130920721, Reprint: `http://epubs.siam.org/doi/10.1137/130920721`, Preprint: `https://www.stat.berkeley.edu/~stark/Preprints` `/constraintsPriors15.pdf`.

83. Mulargia, F., P. Gasperini, B. Lolli, and P.B. Stark, 2015. Purported precursors: poor predictors. *Bollettino di Geofisica Teorica ed Applicata, 56*, 351–356. doi:10.4430/bgta0142, Reprint: `http://www2.ogs.` `trieste.it/bgta/pdf/bgta0142_MULARGIA.pdf`

84. Regier, J.C. and P.B. Stark, 2015. Uncertainty quantification for emulators. *SIAM/ASA Journal on Uncertainty Quantification, 3*, 686–708. doi:10.1137/130917909, Reprint: `http://epubs.siam.org/doi/10.1` `137/130917909`, Preprint: `https://www.stat.berkeley.edu/~stark` `/Preprints/uqEmu15.pdf`.

Stark CV 016

85. Boring, A., K. Ottoboni, and P.B. Stark, 2016. Teaching evaluations (mostly) do not measure teaching effectiveness, *Science Open*, doi:10.14293/S2199-1006.1.SOR-EDU.AETBZC.v1, `https://www.scienceopen.com/document/vid/818d8ec0-5908-47d8-86b4-5dc38f04b23e` (post refereed)

86. Mulargia, F., P.B. Stark, and R.J. Geller, 2017. Why is Probabilistic Seismic Hazard Analysis (PSHA) Still Used? *Physics of the Earth and Planetary Interiors*, *264*, 63–75. Reprint: `http://www.sciencedirect.com/science/article/pii/S0031920116303016`

87. Kuusela, M., and P.B. Stark, 2017. Shape-constrained uncertainty quantification in unfolding steeply falling elementary particle spectra, *Annals of Applied Statistics*, *11*, 1671–1710. Preprint: `http://arxiv.org/abs/1512.00905`

88. Bernhard, M., J.A. Halderman, R.L. Rivest, P. Vora, P.Y.A. Ryan, V. Teague, J. Benaloh, P.B. Stark and D. Wallach, 2017. Public Evidence from Secret Ballots, in: Krimmer R., Volkamer M., Braun Binder N., Kersting N., Pereira O., Schrmann C. (eds), *Electronic Voting. E-Vote-ID 2017. Lecture Notes in Computer Science, 10615*. Springer. `https://doi.org/10.1007/978-3-319-68687-5_6`. Preprint: `https://arxiv.org/abs/1707.08619`

89. Mulargia, F., R.J. Geller, and P.B. Stark, 2017. Reply to comments by Console et al. *Physics of the Earth and Planetary Interiors*, to appear. Preprint: `http://www.sciencedirect.com/science/article/pii/S0031920117303084`

90. Evans, S.N., R.L. Rivest, and P.B. Stark, 2017. Leading the field: Fortune favors the bold in Thurstonian choice models, *Bernoulli*, to appear. Preprint: `http://arxiv.org/pdf/1409.5924.pdf`

91. Fernandez, A., K. Kashinath, J. McAuliffe, Prabhat, P. Stark, and M. Wehner, 2017. Towards a statistical model of tropical cyclone genesis. *Proceedings of the 7th International Workshop on Climate Informatics: CI 2017.*

92. Kafkafi, N., J. Agassi, E.J. Chesler, J.C. Crabbe, W.E. Crusio, D. Eilam, R. Gerlai, I. Golani, A. Gomez-Marin, R. Heller, F. Iraqi, I.

Stark CV 017

Jaljuli, N.A. Karp, H. Morgan, G. Nicholson, D.W. Pfaff, H.S. Richter, P.B. Stark, O. Stiedl, V. Stodden, L.M. Tarantino, V. Tucci, V. Valdar, R.W. Williams, H. Wurbel, and Y. Benjamini, 2018. Reproducibility and replicability of rodent phenotyping in preclinical studies. *Neuroscience & Biobehavioral Reviews* `https://doi.org/10.1016/j.neubiorev.2018.01.003`, Preprint: *BioArXiV*, `http://dx.doi.org/10.1101/079350`

93. S. Behnezhad, A. Blum, M. Derakhshan, M. Hajiaghayi, M. Mahdian, C.H. Papadimitriou, R.L. Rivest, S. Seddighin and P.B. Stark, 2018. From Battlefields to Presidential Elections: Winning Strategies of Blotto and Auditing Games, *ACM-SIAM Conference on Discrete Algorithms (SODA 2018)*, to appear. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/behnezhadEtal18.pdf`

94. Stark, P.B., and A. Saltelli, 2018. Cargo-cult Statistics and Scientific Crisis, *Significance*, *15*(4), 40–43. Preprint: `https://www.significancemagazine.com/593`

95. Ottoboni, K., P.B. Stark, M. Lindeman, and N. McBurnett, 2018. Risk-Limiting Audits by Stratified Union-Intersection Tests of Elections (SUITE), to appear in *Electronic Voting. E-Vote-ID 2018. Lecture Notes in Computer Science*, Springer.

**Papers submitted for publication**

96. Mohamadlou, H., A. Lynn-Palevsky, C. Barton, G. Fletcher, L. Shieh, P.B. Stark, U. Chettipally, D. Shimabukuro, M. Feldman, and R. Das, Multicenter validation of a machine learning algorithm for 48 hour all-cause mortality prediction, submitted to *Journal of Critical Care*.

97. Stark, P.B., D. Miller, T.J. Carlson, and K.R. de Vasquez, 2018. Open-Source Food: Nutrition, Toxicology, and Availability of Wild Edible Greens in the East Bay, submitted to *PLOS One*. Preprint: `http://biorxiv.org/cgi/content/short/385864v1`.

## Books and Edited Volumes

98. Stark, P.B., 1997. *SticiGui: Statistics Tools for Internet and Classroom Instruction with a Graphical User Interface.* `https://www.stat.berkeley.edu/~stark/SticiGui`

99. Freedman, D.A., 2009. *Statistical Models and Causal Inference: A Dialog with the Social Sciences*, D. Collier, J.S. Sekhon and P.B. Stark, eds., Cambridge University Press, New York.

## Book Chapters

100. Stark, P.B., 1988. Strict bounds and applications. in *Some Topics on Inverse Problems*, P.C. Sabatier, ed., World Scientific, Singapore.

101. Stark, P.B., 1990. Rigorous computer solutions to infinite-dimensional inverse problems. in *Inverse Methods in Action*, P.C. Sabatier, ed., Springer-Verlag. 462–467.

102. Stark, P.B., 2000. Inverse Problems as Statistics, in *Surveys on Solution Methods for Inverse Problems*, Colton, D., H.W. Engl, A.K. Louis, J.R. Mclaughlin and W. Rundell, eds., Springer-Verlag, New York, 253–275. Invited.

103. Schafer, C.M, and P.B. Stark, 2003. Inference in Microwave Cosmology: A Frequentist Perspective, in *Statistical Challenges in Astronomy*, E.D. Feigelson and G.J. Babu, eds., Springer, New York, 215–219.

104. Stark, P.B., 2004. Estimating power spectra of galactic structure: can Statistics help?, in *Penetrating Bars Through Masks of Cosmic Dust: The Hubble Tuning Fork Strikes a New Note*, D.L. Block, I. Puerari, K.C. Freeman, R. Groess and E.K. Block, eds., Springer, The Netherlands, 613–617. Invited.

105. Geller, R.J., F. Mulargia, and P.B. Stark, 2015. Why we need a new paradigm of earthquake occurrence, in *Subduction Dynamics: From Mantle Flow to Mega Disasters, Geophysical Monograph 211*, American Geophysical Union, G. Morra, D.A. Yuen, S. King, S.M. Lee, and

Stark CV 019

S. Stein, eds., Wiley, New York, 183–191. Preprint: `https://www.sta` `t.berkeley.edu/~stark/Preprints/paradigm16.pdf`

106. Stark, P.B., 2017. *Nullius in verba*, in *The Practice of Reproducible Research: Case Studies and Lessons from the Data-Intensive Sciences*, J. Kitzes, D. Turek, and F. İmamoğlu, eds., University of California Press, Oakland, CA. `https://www.practicereproducibleresearch` `.org/core-chapters/0-preface.html`

107. Millman, K.J., K. Ottoboni, N.A.P. Stark, and P.B. Stark, 2017. Reproducible Applied Statistics: Is Tagging of Therapist-Patient Interactions Reliable?, in *The Practice of Reproducible Research: Case Studies and Lessons from the Data-Intensive Sciences*, J. Kitzes, D. Turek, and F. İmamoğlu, eds. University of California Press, Oakland, CA. `https://www.practicereproducibleresearch.org/case` `-studies/millmanOttoboniStark.html`

108. Bell, S., J. Benaloh, M.D. Byrne, D. DeBeauvoir, B. Eakin, G. Fisher, P. Kortum, N. McBurnett, J. Montoya, M. Parker, O. Pereira, P.B. Stark, D.S. Wallach, and M. Winn, 2017. STAR-Vote: A Secure, Transparent, Auditable, and Reliable Voting System, in *Real-World Electronic Voting: Design, Analysis and Deployment*, F. Hao and P.Y.A. Ryan, eds. CRC Press, Boca Raton, FL.

**Technical Reports, White Papers, Unrefereed Publications**

109. Donoho, D.L. and P.B. Stark, 1988. Rearrangements and Smoothing, Tech. Rept. 148, Dept. Stat., Univ. Calif. Berkeley.

110. Donoho, D.L. and P.B. Stark, 1989. Recovery of a Sparse Signal When the Low Frequency Information is Missing, Tech. Rept. 179, Dept. Statistics, Univ. Calif. Berkeley.

111. Hengartner, N.W. and P.B. Stark, 1992. Conservative finite-sample confidence envelopes for monotone and unimodal densities, Tech. Rept. 341, Dept. Statistics, Univ. Calif. Berkeley.

Stark CV 020

112. Hengartner, N.W. and P.B. Stark, 1992. Confidence bounds on the probability density of aftershocks, Tech. Rept. 352, Dept. Statistics, Univ. Calif. Berkeley.

113. Stark, P.B., 1992. The Cosmic Microwave Background and Earth's Core-Mantle Boundary: A Tale of Two CMB's, Tech. Rept. 371, Dept. Statistics, Univ. Calif. Berkeley. `https://www.stat.berkeley.edu/~stark/Preprints/371.pdf`

114. Genovese, C. and P.B. Stark, 1993. $l_1$ spectral estimation: Algorithms and tests of super-resolution, in *GONG 1992: Seismic Investigations of the Sun and Stars, Proc. Astr. Soc. Pac. Conf. Ser.*, **42**, T. Brown, ed., 453–456.

115. Gough, D.O. and P.B. Stark, 1993. The significance of changes in solar free-oscillation splitting from 1986–1990, in *GONG 1992: Seismic Investigations of the Sun and Stars, Proc. Astr. Soc. Pac. Conf. Ser., 42*, T. Brown, ed., 221–224.

116. Stark, P.B., 1994. Simultaneous Confidence Intervals for Linear Estimates of Linear Functionals, Tech. Rept. 417, Dept. Statistics, Univ. Calif. Berkeley.

117. Sekii, T., C.R. Genovese, D.O. Gough, and P.B. Stark, 1995. Observational constraints on the internal solar angular velocity, in *Fourth SOHO Workshop: Helioseismology*, J.T. Hoeksema, V. Domingo, B. Fleck and B. Battrick, eds., ESA Publications Division SP-376, Noordwijk, Volume 2, 279–283.

118. Stark, P.B., 1997. Data Sampling Rate Reduction for the OERSTED Geomagnetic Satellite. `https://www.stat.berkeley.edu/~stark/Preprints/Oersted/writeup.htm`

Stark CV 021

119. Fodor, I.K., J.G. Berryman, and P.B. Stark, 1997. Comparison of Autoregressive and Multitaper Spectral Analysis for Long Time Series, *Stanford Exploration Project*, *95*, 331–355.

120. Borrill, J., and P.B. Stark, 1998. A fast method for bounding the CMB power spectrum likelihood function.

121. Stark, P.B., 1998. Testimony before U.S. House of Representatives Subcommittee on the Census, 5 May 1998. `https://www.stat.berke ley.edu/~stark/Census/house-5-5-98-pbs.pdf`

122. Stark, P.B., 1998. Response to 25 Questions from Representative C. Maloney, Ranking Minority Member, U.S. House of Representatives Subcommittee on the Census, 13 May 1998. `https://www.stat.berk eley.edu/~stark/Census/maloney-5-13-98-pbs.pdf`

123. Stark, P.B., 1999. Letter to the Editor of USA Today regarding Sampling to Adjust the 2000 Census, 19 January. (original version: `h ttps://www.stat.berkeley.edu/~stark/Census/usaOpEd99.htm`)

124. Komm, R.W., Y. Gu, F. Hill, P.B. Stark, and I.K. Fodor, 1998. Multitaper Spectral Analysis and Wavelet Denoising Applied to Helioseismic Data, *Proc. Tenth Cambridge Workshop on Cool Stars, Stellar Systems and the Sun*, ASP Conference Series, 154, CDR 783–790.

125. Komm, R.W., E. Anderson, F. Hill, R. Howe, A.G. Kosovichev, P.H. Scherrer, J. Schou, I. Fodor, and P. Stark, 1998. Comparison of SOHO-SOI/MDI and GONG Spectra, *Proceedings of the SOHO 6/GONG 98 Workshop*, 'Structure and Dynamics of the Interior of the Sun and Sun-like Stars,' Boston, USA, 1–4 June 1998, ESA SP-418, 253–256.

Stark CV 022

126. Komm, R.W., E. Anderson, F. Hill, R. Howe, I. Fodor, and P. Stark, 1998. Multitaper analysis applied to a 3-month time series, *Proceedings of the SOHO 6/GONG 98 Workshop*, 'Structure and Dynamics of the Interior of the Sun and Sun-like Stars,' Boston, USA, 1–4 June 1998, ESA SP–418, 257–260.

127. Fodor, I.K. and P.B. Stark, 1999. Multitaper Spectrum Estimates for Time Series with Missing Values, *Computing Science and Statistics*, *31*: Models, Predictions, and Computing. K. Berk and M. Pourahmadi, eds., 383–387.

128. Stark, P.B., 1999. The 1990 and 2000 Census Adjustment Plans, Tech. Rept. 550, Dept. Statistics, Univ. Calif. Berkeley. `https://www.stat.berkeley.edu/~stark/Census/550.pdf` (revised May 2000)

129. Schafer, C.M. and P.B. Stark, 2006. Constructing Confidence Sets of Optimal Expected Size. Technical report 836, Department of Statistics, Carnegie Mellon University. `http://www.stat.cmu.edu/tr/tr836/tr836.html`

130. Jefferson, D., K. Alexander, E. Ginnold, A. Lehmkuhl, K. Midstokke and P.B. Stark, 2007. *Post Election Audit Standards Report— Evaluation of Audit Sampling Models and Options for Strengthening California's Manual Count.* `http://www.sos.ca.gov/elections/peas/final_peaswg_report.pdf`

131. Stark, P.B., 2009. Auditing a collection of races simultaneously. `http://arxiv.org/abs/0905.1422v1`

132. Stark, P.B., 2009. The status and near future of post-election auditing. `https://www.stat.berkeley.edu/~stark/Preprints/auditingPosition09.htm`

Stark CV 023

133. Stark, P.B., 2010. Why small audit batches are more efficient: two heuristic explanations. `https://www.stat.berkeley.edu/~stark/P reprints/smallBatchHeuristics10.htm`

134. Higdon, D., R. Klein, M. Anderson, M. Berliner, C. Covey, O. Ghattas, C. Graziani, S. Habib, M. Seager, J. Sefcik, P. Stark, and J. Stewart, 2010. Panel Report on Uncertainty Quantification and Error Analysis, in *Scientific Grand Challenges in National Security: The Role of Computing at the Extreme Scale*, U.S. Department of Energy Office of Advanced Scientific Computing Research and National Nuclear Security Administration. `http://science.energy.gov/~/media/asc r/pdf/program-documents/docs/Nnsa_grand_challenges_report. pdf`

135. McLaughlin, K., and P.B. Stark, 2011. Workload Estimates for Risk-Limiting Audits of Large Contests. `https://www.stat.berkele y.edu/~stark/Preprints/workload11.pdf`

136. Scott, L.R., J. Brown, G.W. Bergantz, D. Cooley, C. Dawson, M. de Hoop, D. Estep, N. Flyer, E. Foufoula-Georgiou, M. Ghil, M. Knepley, R.J. LeVeque, L.-H. Lim, G. Papanicolaou, S. Prudhomme, A. Sandu, G. Schubert, F.J. Simons, P.B. Stark, M. Stein, S. Stein, T. Tanimoto, D. Tartakovsky, J. Weare, R. Weiss, G.B. Wright, and D. Yuen, 2012. Fostering Interactions Between the Geosciences and Mathematics, Statistics, and Computer Science. Technical Report TR-2012-02, Department of Computer Science, The University of Chicago. `https: //www.cs.uchicago.edu/research/publications/techreports/TR -2012-02`

137. Bañuelos, J.H. and P.B. Stark, 2012. Limiting Risk by Turning Manifest Phantoms into Evil Zombies. `http://arxiv.org/abs/1207.3413`

138. Bretschneider, J., S. Flaherty, S. Goodman, M. Halvorson, R. Johnston, M. Lindeman, R.L. Rivest, P. Smith, and P.B. Stark, 2012.

Stark CV 024

Risk-Limiting Post-Election Audits: Why and How. `https://www.st at.berkeley.edu/~stark/Preprints/RLAwhitepaper12.pdf` Endorsement by the American Statistical Association: `http://www.a mstat.org/policy/pdfs/StarkEtAlLetterOfSupport.pdf`

139. Stark, P.B., 2012. Ballot-Polling Audits in Two Pages ($\pm1$). `https://www.stat.berkeley.edu/~stark/Preprints/bpa2pp.pdf`

140. Benaloh, J., M. Byrne, P. Kortum, N. McBurnett, O. Pereira, P.B. Stark, and D.S. Wallach, 2012. STAR-Vote: A Secure, Transparent, Auditable, and Reliable Voting System. `http://arxiv.org/abs/121 1.1904`

141. Lindeman, M., R.L. Rivest, and P.B. Stark, 2013. Machine Retabulation is not Auditing. `https://www.stat.berkeley.edu/~stark/Pre prints/retabNotAudit13.pdf`

142. Lindeman, M., R.L. Rivest, and P.B. Stark, 2013. Retabulations, Machine-Assisted Audits, and Election Verification. `https://www.st at.berkeley.edu/~stark/Preprints/retabulation13.htm`

143. Evans, S.N., R.L. Rivest, and P.B. Stark, 2014. Leading the field: Fortune favors the bold in Thurstonian choice models. `http://arxiv .org/abs/1409.5924`

144. Verified Voting Foundation, 2015. *Principles for New Voting Systems*, `http://www.verifiedvotingfoundation.org/voting-systems-pri nciples/`

145. Benaloh, J., R.L. Rivest, P.Y.A. Ryan, P.B. Stark, V. Teague, and P. Vora, 2015. End-to-end verifiability. `http://arxiv.org/abs/1504 .03778`

146. Stark, P.B., 2016. Pay no attention to the model behind the curtain.
     `https://www.stat.berkeley.edu/~stark/Preprints/eucCurtain1`
     `5.pdf`

147. Chilingirian, B., Z. Perumal, R.L. Rivest, G. Bowland, A. Conway,
     P.B. Stark, M. Blom, C. Culnane, and V. Teague, 2016. Auditing
     Australian Senate Ballots. `https://arxiv.org/abs/1610.00127`

148. Matthees, A., T. Kindlon, C. Maryhew, P. Stark, and B. Levin, 2016.
     A preliminary analysis of 'recovery' from chronic fatigue syndrome in
     the PACE trial using individual participant data. *Virology Blog*,
     `http://www.virology.ws/2016/09/21/no-recovery-in-pace-tria`
     `l-new-analysis-finds/`

149. Benaloh, J., M. Bernhard, J.A. Halderman, R.L. Rivest, P.Y.A. Ryan,
     P.B. Stark, V. Teague, P.L. Vora, and D.S. Wallach, 2017. Public
     Evidence from Secret Ballots. `https://arxiv.org/abs/1707.08619`

150. Saltelli, A., and P.B. Stark, 2017. Statistiche al Tempo della Crisi,
     *Epidemiologia & Prevenzione*, *41*, 165–169, `http://dx.doi.org/10.1`
     `9191/EP17.3-4.P165.048`.

151. Dabady, S., and P.B. Stark, 2017. Urban Foraging in Municipal Parks
     and Public Schools: Opportunities for Policymakers, *Berkeley Food
     Institute* and *Berkeley Open Source Food*, Policy Brief, July.

152. Lindeman, M., McBurnett, N., Ottoboni, K., and P.B. Stark, 2018.
     Next Steps for the Colorado Risk-Limiting Audit (CORLA) Program,
     `https://arxiv.org/abs/1803.00698`

153. Bochsler, D., J. Medzihorsky, C. Schürmann, and P.B. Stark, 2018.
     Report on the Identification of Electoral Irregularities by Statistical
     Methods, Opinion 874/2017, Report CDL-AD(2018)009, Venice

Commission of the Council of Europe, `http://www.venice.coe.int/webforms/documents/?pdf=CDL-AD(2018)009-e`

154. Stark, P.B., 2018. An Introduction to Risk-Limiting Audits and Evidence-Based Elections, written testimony prepared for the Little Hoover Commission, `https://www.stat.berkeley.edu/~stark/Preprints/lhc18.pdf`

### Editorials, Reviews, Comments, Letters

155. Stark, P.B., 2001. Review of *Who Counts?* by Margo J. Anderson and Stephen E. Fienberg, *Journal of Economic Literature*, **XXXIX**, 593–595. Invited.

156. Tenorio, L., E. Haber, P.B. Stark, D. Cox, O. Ghattas and W.W. Symes, 2008. Guest editors' introduction to the special section on statistical and computational issues in inverse problems, *Inverse problems*, *24*, 034001. Reprint: `http://www.iop.org/EJ/article/0266-5611/24/3/034001/ip8_3_034001.pdf`

157. Stark, P.B., 2008. Obituary: David A. Freedman, *IMS Bulletin*, *38*, 10–11. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/dafObituary.htm`

158. Collier, D., J.S. Sekhon and P.B. Stark, 2009. Preface to David A. Freedman, 2009. *Statistical Models: Theory and Practice, Revised edition*, Cambridge University Press, New York.

159. Ash, A., S. Pierson and P.B. Stark, 2009. Thinking outside the urn: Statisticians make their marks on U.S. Ballots. *Amstat News*, *384*. 37–40. Reprint: `http://www.amstat.org/outreach/pdfs/SP_ANJun09.pdf`

160. Audit working group, 2009. Data requirements for vote-tabulation audits: Statement to NIST, ElectionAudits.org. `http://electionaud its.org/niststatement`

161. Hall, J.L., P.B. Stark, H.E. Brady, and J.S. Sekhon, 2009. Comments on the CA SoS Precinct Level Data Pilot Project. `https://www.stat .berkeley.edu/~stark/Preprints/CACountyData09.pdf`

162. Stark, P.B., 2010. Testimony before California State Assembly Committee on Elections and Redistricting, 20 April 2010. `https://w ww.stat.berkeley.edu/~stark/Preprints/ab2023-assembly-20-4 -10.htm`

163. Stark, P.B., 2010. Testimony before California State Senate Committee on Elections, Reapportionment and Constitutional Amendments, 15 June 2010. `https://www.stat.berkeley.edu/~stark/Preprints /ab2023-senate-15-6-10.htm`

164. Stark, P.B., 2010. Open letter to UC Berkeley Law School Dean Christopher Edley regarding UC Online Education. `http://www.sam efacts.com/2010/08/archive/technology-and-society/online-e ducation-notes-from-the-field/`

165. Stark, P.B., 2010. Testimony proffered to Judge Ira Warshawsky, New York Supreme Court, 4 December 2010. `https://www.stat.berkele y.edu/~stark/Preprints/nysd7-4-12-10.htm`

166. Letter to President Barack Obama re election technology, 6 December 2012 (with Barbara Simons and 48 others). `http://www.verifiedvoting.org/wp-content/uploads/2012/12/P residentLetter.pdf`

167. Bates, D., P. Courant, C. Hesse, K. Hoekstra, M. Lovell, J. Midgley, G. Nunberg, P. Papadopoulos, H. Schiraldi, G. Sposito, P.B. Stark, and M. van Houweling, 2013. Final Report of the Commission on the Future of the UC Berkeley Library `http://evcp.berkeley.edu/sites/default/files/FINAL_CFUCBL_report_10.16.13.pdf`

168. Stark, P.B., 2013. Leave Election Integrity to Chance, *The Huffington Post*, 12 July 2013. `http://www.huffingtonpost.com/american-statistical-association/leave-election-integrity-_b_3580649.html`

169. Stark, P.B., and R. Freishtat, 2013. Evaluating Evaluations, Part 1: Do student evaluations measure teaching effectiveness?, *The Berkeley Teaching Blog*, 9 October 2013. `http://teaching.berkeley.edu/blog/evaluating-evaluations-part-1`
*The Berkeley Blog*, 14 October 2013.
`http://blogs.berkeley.edu/2013/10/14/do-student-evaluations-measure-teaching-effectiveness/`

170. Stark, P.B., and R. Freishtat, 2013. What Evaluations Measure, Part 2: What exactly do student evaluations measure?, *The Berkeley Teaching Blog*, 17 October 2013. `http://teaching.berkeley.edu/blog/what-evaluations-measure-part-ii`
*The Berkeley Blog*, 21 October 2013.
`http://blogs.berkeley.edu/2013/10/21/what-exactly-do-student-evaluations-measure/`

171. Stark, P.B., 2015. Out of the Weeds, *Lucky Peach*, 29 June 2015, Invited. `http://luckypeach.com/out-of-the-weeds/`

172. Stark, P.B., 2015. Salad from the Sidewalk, *The New York Times*, 9 July 2015, Invited. `http://www.nytimes.com/interactive/2015/07/09/opinion/09bittman.html`

Stark CV 029

173. Arratia, R., S. Garibaldi, L. Mower, and P.B. Stark, 2015. Some people have all the luck . . . or do they? *MAA Focus*, August/September, 37–38. `http://www.maa.org/sites/default/files/pdf/MAAFocus/Focus_AugustSeptember_2015.pdf`

174. Stark, P.B., 2015. Science is "show me," not "trust me," *Berkeley Initiative for Transparency in the Social Sciences*, 31 December, Invited. `http://www.bitss.org/2015/12/31/science-is-show-me-not-trust-me/`

175. Boring, A., K. Ottoboni, and P.B. Stark, 2016. Student evaluations of teaching are not only unreliable, they are significantly biased against female instructors, *London School of Economics and Political Science Impact Blog*, 4 February, Invited. `http://blogs.lse.ac.uk/impactofsocialsciences/2016/02/04/student-evaluations-of-teaching-gender-bias/`

176. Stark, P.B., 2016. The value of *P*-values, *The American Statistician*, *70*, DOI:10.1080/00031305.2016.1154108, Invited. `http://amstat.tandfonline.com/doi/suppl/10.1080/00031305.2016.1154108`

177. Stark, P.B., 2016. Review of *Privacy, Big Data, and the Public Good: Frameworks for Engagement*, by J. Lane, V. Stodden, S. Bender, and H. Nissenbaum, eds., *The American Statistician*, Invited. `http://dx.doi.org/10.1080/00031305.2015.1068625`

178. Saltelli, A., S. Funtowicz, M. Giampietro, D. Sarewitz, P.B. Stark, and J.P. van der Sluijs, 2016. Climate Costing is Politics not Science, *Nature, 532*, 177. `go.nature.com/wamqwt` `http://dx.doi.org/10.1038/532177a` (signatory list) Reprint: `https://www.stat.berkeley.edu/~stark/Preprints/saltelliEtal16.pdf`

179. Stark, P.B., 2016. Eat your Weedies!, *The Urbanist*, Issue 549, February 2016, Invited. `http://www.spur.org/publications/urban`

`ist-article/2016-03-09/walking-oakland`

180. Stark, P.B., and P.L. Vora, 2016.  Maryland voting audit falls short, *The Baltimore Sun*, 28 October 2016. `http://www.baltimoresun.co` `m/news/opinion/oped/bs-ed-voting-audit-20161028-story.htm` `l`

181. Rivest, R.L., and P.B. Stark, 2016.  Still time for an election audit: Column, *USA Today*, 18 November 2016. `http://www.usatoday.com` `/story/opinion/2016/11/18/election-audit-paper-machines-co` `lumn/93803752/`

182. Harvie Branscomb, Joe Kiniry, Mark Lindeman, Neal McBurnett, Ronald L. Rivest, John Sebes, Pamela Smith, Philip B. Stark, Howard Stanislevic, Paul Stokes, Poorvi L. Vora, and Luther Weeks, 2016. Comments on 2016 General Election: Post-Election Tabulation Audit Procedures, `https://www.seas.gwu.edu/~poorvi/MarylandAudits/` `Final-Audit-Comments-11-27-16.pdf`

183. Letter to Senators Ron Johnson and Claire McCaskill, U.S.  Senate Committee on Homeland Security and Governmental Affairs, re appointment of Thomas P. Bossert as White House Homeland Security Advisor, 11 January 2017 (with Marc Rotenberg, EPIC President, and 39 others). `https://epic.org/policy/SHSGAC_EPIC_Bossert_J` `an_2017.pdf`

184. Letter to Senator Lindsey Graham re election integrity and cybersecurity, 13 January 2017 (with Duncan Buell, JoAnne Day, J. Alex Halderman, Eleanor Hare, Frank Heindel, Candice Hoke, Joseph Kiniry, Marilyn Marks, Neal McBurnett, Stephanie Singer, Jason Grant Smith, and Daniel M. Zimmerman). `https://www.scribd.com` `/document/336463904/Experts-Letter-to-Lindsey-Graham-2017` `0113`

185. An open letter to *Psychological Medicine* about "recovery" and the PACE trial, 13 March 2017 (with 73 others). `http://www.virology.ws/2017/03/13/an-open-letter-to-psychological-medicine-about-recovery-and-the-pace-trial/`

186. Letter to Georgia Secretary of State Brian Kemp, 15 April 2017 (with Andrew W. Appel, Duncan Buell, Larry Diamond, David L. Dill, Richard DeMillo, Michael Fischer, J. Alex Halderman, Joseph Lorenzo Hall, Martin E. Hellman, Candice Hoke, Harri Hursti, David Jefferson, Douglas W. Jones, Joseph Kiniry, Justin Moore, Peter G. Neumann, Ronald L. Rivest, John E. Savage, Bruce Schneier, Dr. Barbara Simons, Dr. Vanessa Teague) `https://www.verifiedvoting.org/wp-content/uploads/2017/03/KSU.Kemp_.3.15.17.pdf`

187. Rivest, R.L., and P.B. Stark, 2017. When is an Election Verifiable? *IEEE Security & Privacy*, *15*, 48–50. `https://www.computer.org/csdl/mags/sp/2017/03/msp2017030048.pdf`

188. Open-Source Software Won't Ensure Election Security, 24 August 2017 (with Matt Bishop, Josh Benaloh, Joseph Kiniry, Ron Rivest, Sean Peisert, Joseph Hall, Vanessa Teague) `https://lawfareblog.com/open-source-software-wont-ensure-election-security`

189. Saltelli, A., and P.B. Stark, 2018. Fixing stats: social and cultural issue, *Nature* Correspondence, 16 January, doi: 10.1038/d41586-018-00647-9, `https://www.nature.com/articles/d41586-018-00647-9`

190. Expert statement, Support for Security Research, Center for Democracy and Technology, 10 April 2018 (with 57 others) `https://cdt.org/files/2018/04/2018-04-09-security-research-expert-statement-final.pdf`

191. Stark, P.B., 2018. Before reproducibility must come preproducibility, *Nature*, *557*, 613. doi: 10.1038/d41586-018-05256-0 `https://www.nat`

ure.com/articles/d41586-018-05256-0, https://rdcu.be/PoBV

## Software

1. Stark, P.B., and R.L. Parker, 1994. BVLS (Bounded-Variable Least Squares), STATLIB (Carnegie-Mellon University ftp server) http://lib.stat.cmu.edu/general/bvls

2. Java Applets for Statistics https://www.stat.berkeley.edu/~stark/Java/Html/index.htm

3. Millman, K., K. Ottoboni, P.B. Stark, and S. van der Walt, 2015. permute — a Python package for permutation tests https://github.com/statlab/permute

4. Tools for election audits https://www.stat.berkeley.edu/~stark/Vote/auditTools.htm https://www.stat.berkeley.edu/~stark/Vote/ballotPollTools.htm https://github.com/pbstark/auditTools https://github.com/pbstark/DKDHondt14

5. Tools to assess suspected lottery fraud https://github.com/pbstark/Lotto

6. Miscellaneous software and teaching materials: https://www.stat.berkeley.edu/~stark/Code https://github.com/pbstark

Stark CV 033

# Patents

1. McDonald, T., S. Smuin, B. Smuin, and P.B. Stark, 6 December 2012. United States Patent 9,510,638. Securement strap for a sandal.

# Selected Presentations

250. Statistical Modeling, Machine Learning, and Inference, Machine Learning for Science Workshop, Lawrence Berkeley National Laboratory, Berkeley, CA, 4–6 September 2018. `https://www.stat.berkel ey.edu/~stark/Seminars/lbl-ml18.slides.html`

249. Securing our Elections, Town Hall Meeting with Congressman Mark DeSaulnier and Secretary of State Alex Padilla, Walnut Creek, CA, 13 August 2018. `https://desaulnier.house.gov/media-center/pr ess-releases/congressman-desaulnier-announces-town-hall-s ecuring-our-elections`

248. Soil to Belly, Health from the Soil Up: A Soil Health to Human Health Learning Lab, Paicines Ranch, Paicines, CA, 9–12 August, 2018.

247. You want flies with that? Farm Biodiversity and Food Safety, Health from the Soil Up: Bridging the Silos of Health and Agriculture, Center for Occupational and Environmental Health, University of California, Berkeley, 9 August 2018. `https://www.stat.berkeley.edu/~stark/ Seminars/flies18.pdf`

246. Lectures on Foundations of Statistics and Inference, Tokyo-Berkeley Data Science Boot-Up Camp, 9–19 July 2018, Graduate School of Mathematical Sciences, University of Tokyo, 9–19 July 2018. (3 lectures) Syllabus: `https://github.com/pbstark/basicsKavli18/blo b/master/kavliStat18.pdf`

Stark CV 034

245. With Great Power Comes Great Responsibility: Multivariate Permutation Tests and Their Numerical Implementation, International Society for Nonparametric Statistics (ISNPS2018), Salerno, Italy, 11–15 June 2018. `https://www.stat.berkeley.edu/~stark/Seminars/prngISNPS18.slides.html`

244. Preproducibility, Reproducibility, Replicability: First Things First, Conference on Geodynamics and Big Data, Palau, Sardinia, 9–11 June 2018. `https://www.stat.berkeley.edu/~stark/Seminars/reproYuen18.htm`

243. Preproducibility, Reproducibility, Replicability: First Things First, All Souls College, University of Oxford, 29 May 2018. lides: `https://www.stat.berkeley.edu/~stark/Seminars/reproOX18.htm`

242. Separating Signal from Noise: Measuring Gender Bias in Student Evaluations of Teaching, International Conference on Software Engineering, Gothenburg, Sweden, 27 May-3 June 2018. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/setICSE18.htm`

241. Where the Wild Foods Are: Everywhere!, Nordic Food Lab, University of Copenhagen, Copenhagen, Denmark, 24 May 2018. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/bosf18.pdf`

240. Wild and Feral Foods in the Mission District—and how to use them, Wildhawk, San Francisco, CA, 17 May 2018.

239. Don't bet on your random number generator, Department of Statistics and Data Science, University of Texas, Austin, TX 4 May 2018.

238. Student evaluations of teaching (mostly) do not measure teaching effectiveness, Simon Fraser University, Burnaby, BC, 26 April 2018. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/setSFU`

Stark CV 035

18.htm Video: `https://www.youtube.com/watch?v=5haOjlfJDb8&f
eature=youtu.be`

237. Public Engagement with Science, Molecular and Cell Biology 15, University of California, Berkeley, CA, 27 February 2018.

236. FoodInno: Wild Food, Statistics 98, University of California, Berkeley, 12 February 2018.

235. Quantifying Uncertainty in Inferences in Physics and Astronomy, Kavli IPMU–Berkeley Symposium "Statistics, Physics and Astronomy," Kavli Institute for the Physics and Mathematics of the Universe, Tokyo, Japan, 11–12 January 2018. Slides: `https://www.stat.berke
ley.edu/~stark/Seminars/uqKavli18.htm`

234. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, American Association of Physics Teachers Winter Meeting, San Diego, CA, 6–9 January 2018. Slides: `https://www.stat.berkeley.
edu/~stark/Seminars/setAAPT18.htm`

233. Big Data, Society, and Data Science Education, University of Hong Kong, Shenzhen Campus, Shenzhen, China, 29 December 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/bigDataHKUSZ
17.pdf`

232. Big Data and Social Good, Institute for Geodesy and Geophysics, Wuhan, China, 27 December 2017.

231. Big Data, Quantifauxcation, and Cargo-Cult Statistics, Big Data Conference, China University of Geosciences, Wuhan, China, 26 December 2017.

Stark CV 036

230. *P*-values, Probability, Priors, Rabbits, Quantifauxcation, and Cargo-Cult Statistics, Statistics 159, Reproducible and Collaborative Data Science, University of California, Berkeley, CA, 14 November 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/rabbit s157-17.ipynb`

229. Opportunities in applied statistics: an $n = 1$ observational study, Statistics Undergraduate Student Association (SUSA), University of California, Berkeley, CA, 30 October 2017.

228. Don't Bet on Your Random Number Generator, Consortium for Data Analytics in Risk (CDAR) Annual Colloquium, University of California, Berkeley, CA, 27 October 2017. Slides: `https://www.sta t.berkeley.edu/~stark/Seminars/prngCDAR17.slides.html`

227. Leave Election Integrity to Chance, *Science @ Cal*, University of California. Berkeley, CA, 21 October 2017.

226. Audits and Evidence-Based Elections, 2nd *Take Back the Vote Conference*, Berkeley, CA, 7–8 October 2017. Video: `https://www.youtu be.com/watch?v=pPGTkgpijUU`

225. Wild And Feral Foods: Increasing Nutrition, Food Security, Farm Biodiversity, and Farm Revenue; Decreasing Herbicides, Water Use, and the Carbon Footprint of the Food System, *2nd Agroeco Web— International Online Congress on Agro-ecology and Permaculture*, Brazil, 4–10 October 2017. Video: `https://vimeo.com/235073616`

224. How Statistics can improve election integrity, PoliSci 191, *The Right to Vote in America*, University of California, Berkeley, 4 October 2017.

223. Wild and Feral Food Identification Walk, ESPM 98, *Berkeley Urban Garden Internship (BUGI)*, University of California, Berkeley, 27

September 2017.

222. Urban Foraging and Gleaning, *FoodInno*, University of California, Berkeley, 16 September 2017.

221. ETAS-trophic failures: fit, classification, and forecasting, *Big Data in Geosciences: From Earthquake Swarms to Consequences of Slab Dynamics*, a conference in honor of Robert Geller, University of Tokyo, Tokyo, Japan, 25–27 May 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/gellerFest17.pdf`

220. Risk-Limiting Audits, *Global Election Technology Summit*, San Francisco, CA, 17 May 2017. `https://www.getsummit.org/`

219. Where the Wild Things Grow, *Berkeley Path Wanderers Association*, Berkeley, CA, 22 April 2017. `http://berkeleypaths.org/events/event/where-the-wild-things-grow-2/`

218. Sometimes a Paper Trail Isn't Worth the Paper It's Written On, Keynote lecture, Workshop on Advances in Secure Electronic Voting, Financial Crypto 2017, Malta, 3–7 April 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/malta17.htm`

217. Don't Bet on Your Random Number Generator, Distinguished Lecture (`http://wwwen.uni.lu/snt/distinguished_lectures`), Center for Security, Reliability, and Trust, University of Luxembourg, Luxembourg, 31 March 2017. Slides: `https://github.com/pbstark/pseudorandom/blob/master/prngLux17.ipynb`

216. Faculty-Student Feedback: End-of-Semester Teaching Evaluations, Dialogues, Center for Teaching and Learning, University of California, Berkeley, 20 March 2017. Slides: `https://www.stat.berkeley.edu/`

`~stark/Seminars/setUCBDialogue17.htm`

215. Edible Weeds Tour of South Hayward, Seed Lending Library, Hayward Public Library, Weekes Branch, Hayward, CA, 11 March 2017. `http://www.libraryinsight.com/eventdetails.asp?jx=hzp&lmx=%C7cn%2D%AA%AE&v=3`

214. Risk-limiting Audits and Evidence-based Elections, Santa Clara County Citizens Advisory Committee on Elections, San Jose, CA, 7 March 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/santaClara17.pdf`

213. Causal Inference from Data, Emerging Science for Environmental Health Decisions, Workshop on Advances in Causal Understanding of Human Health Risk-Based Decision Making, National Academy of Sciences, Engineering, and Medicine, Washington, DC, 6–7 March 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/nasCause17.htm`

212. BRII and Brie, Berkeley Research Impact Initiative (BRII), University of California, Berkeley, CA 22 February 2017.

211. Uncertainty Quantification, Conférence Universitaire de Suisse Occidentale, Les Diablerets, Switzerland, 5–8 February 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/lesDiablerets17-1.pdf`, `https://www.stat.berkeley.edu/~stark/Seminars/lesDiablerets17-2.pdf`, `https://www.stat.berkeley.edu/~stark/Seminars/lesDiablerets17-3.pdf`

210. Whose Votes (were) Counted in the Election of 2016?, ISF 198, *The 2016 U.S. Elections in Global Context: A Semester-Long Teach-In*, University of California, Berkeley, 24 January 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/teachIn17.pdf`

Stark CV 039

209. Invited panelist, "How Blockchain Technology Will and Won't Change the World," University of California, Berkeley, College of Letters and Sciences, hosted by Glynn Capital and Boost VC, San Mateo, CA, 30 November 2016.

208. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, Distinguished Lecture Series, Department of Computer Science and Engineering, University of California, San Diego, San Diego, CA, 14 November 2016. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/setUCSD16.htm`

207. Simple Random Sampling is not that Simple, *Random Processes And Time Series: Theory And Applications, A Conference In Honor Of Murray Rosenblatt*, UC San Diego, San Diego, CA, 21–23 October 2016.

206. Invited panelist, "Productive Ecologies in the Anthropocene: Foraging Systems," *Sixth International Conference on Food Studies*, Berkeley, CA, 12–13 October 2016.

205. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, Ethics Colloquium Series, Colorado State University, Fort Collins, CO, 3 October 2016. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/setCSU16.htm` Video: `https://echo.colostate.edu/ess/echo/presentation/64309bd5-6afd-4394-b5d3-5e6748f545f1`

204. Simple Random Sampling is not that Simple, Neyman Seminar, Department of Statistics, University of California, Berkeley, Berkeley, CA 21 September 2016.

203. The Aliens Have Landed …and They Are Delicious, *Visions of the Wild*, Vallejo, CA, 15 September 2016.

202. Simple Random Sampling: Not So Simple, Section of Theoretical Computer Science, IT University of Copenhagen, Copenhagen, Denmark, 27 June 2016.

201. Simple Random Sampling: Not So Simple, Section of Mathematics, École Polytechnique Fédérale de Lausanne (EPFL), Lausanne, Switzerland, 24 June 2016.

200. Invited panelist, "Carrot vs. Stick: approaches to encouraging reproducibility," Moore-Sloan Data Science Environment Reproducibility Conference, New York University, New York, 3 May 2016.

199. Guest lecturer, MCB 15 (Public Understanding of Science), University of California, Berkeley, 12 April 2016.

198. Teaching Evaluations: Biased Beyond Measure, Center for Studies in Higher Education, and The Social Science Matrix, University of California, Berkeley, CA 11 April 2016. `https://www.stat.berkeley .edu/~stark/Seminars/setCSHE16.htm` Video: `https://www.youtu be.com/watch?v=yhxUxBk-6GE`, `http://uctv.tv/shows/Teaching-E valuations-Biased-Beyond-Measure-30870`

197. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, Wharton Statistics Department, University of Pennsylvania, Philadelphia, PA, 17 March 2016. `https://www.stat.berkeley.edu /~stark/Seminars/setPenn16.htm`

196. Invited Panelist, "The potentials and pitfalls of electronic auditing," Election Verification Network Conference: Securing Elections in the 21st Century, George Washington University, Washington, DC, 10–11 March 2016.

Stark CV 041

195. Invited Panelist, "Interoperability standards, proprietary codes, and verification/testing," III Arnold Workshop: Reproducibility in Modeling and Code, American Association for the Advancement of Science, Washington, DC, 16–17 January 2016. `http://www.aaas.or g/event/iii-arnold-workshop-modeling-and-code`

194. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, Department of Applied Mathematics and Statistics, University of California, Santa Cruz, 1 February 2016. `https://www.stat.berk eley.edu/~stark/Seminars/setUCSC16.htm`

193. A Noob's Guide to Reproducibility and Open Science, Department of Nuclear Engineering, Berkeley Institute for Data Science, and Berkeley Initiative for Transparency in Social Science, University of California, Berkeley, 25 January 2016. `https://www.stat.berkeley.edu/~star k/Seminars/reproNE16.htm` Video: `http://www.ustream.tv/recor ded/81987743`

192. Chair, Wild Edibles Taste Workshop, 2015 Indigenous Terra Madre Conference, Shillong, Meghalaya, India, 3–7 November, 2015.

191. Invited Panelist, "From Field to Fork, the Stories of Chefs, Communities, and Writers," 2015 Indigenous Terra Madre Conference, Shillong, Meghalaya, India, 3–7 November, 2015. `https://www.stat.berkele y.edu/~stark/Seminars/forageITM15.htm`

190. Guest lecturer, ESPM 117 (Urban Garden Ecosystems), University of California, Berkeley, 20 October 2015. `https://www.stat.berkeley. edu/~stark/Seminars/forageAgroEcol15.htm`

189. Invited Panelist, "Statistical Implications of Big Data Applied to Risk Modeling," Consortium for Data Analytics in Risk (CDAR) Symposium, University of California, Berkeley, 16 October 2015. `htt`

Stark CV 042

p://cdar.berkeley.edu/events/2015cdarsymposium/

188. Guest lecturer, Statistics 210A (Theoretical Statistics), University of California, Berkeley, 13–15 October 2015. https://github.com/pbstark/Nonpar

187. Risk-Limiting Audits and the Colorado Uniform Voting System Pilot, Colorado Pilot Election Review Committee Meeting, Office of the Colorado Secretary of State, Denver, CO, 9 October 2015. https://www.stat.berkeley.edu/~stark/Seminars/auditCO15.pdf

186. Wild and Feral Food in EBRPD, East Bay Regional Park District Volunteer Meeting, Oakland, CA, 15 September 2015. https://www.stat.berkeley.edu/~stark/Seminars/forageEBRPD15.htm

185. Probability and Statistics for Physical Science and Engineering PhD Students (a 15-hour course), University of Tokyo, 23–26 August 2015. Materials: http://www.github.com/pbstark/PhysEng

184. Statistics for Engineering PhD students (a 30-hour course), University of Padova, Padova, Italy, 29 June–7 July 2015. Materials: http://www.github.com/pbstark/Padova15

183. Pay no attention to the model behind the curtain, Significant Digits: Responsible Use of Quantitative Information, European Commission Joint Research Centre, Brussels, Belgium, 9–10 June 2015. https://www.stat.berkeley.edu/~stark/Seminars/rabbitsBrux15.htm

182. Reaping without Sowing: Wild Food and Urban Foraging, Berkeley Food Institute Seed Grant Forum, Berkeley, CA, 6 May 2015. https://www.stat.berkeley.edu/~stark/Seminars/bfi-15-5-6.htm Video: http://food.berkeley.edu/seed-grant-forum/

Stark CV 043

181. Invited panelist, Data Science: Supporting new Modes of Research, Annual Meeting of the Association of Research Libraries, Berkeley, CA, 28–30 April, 2015.

180. Teaching evaluations: class act or class action?, National Center for the Study of Collective Bargaining in Higher Education and the Professions, Annual Conference, Hunter College, New York, NY, 19–21 April 2015. `https://www.stat.berkeley.edu/~stark/Seminars/se tNCSCB15.htm`

179. Where the Wild Things Grow, Berkeley Path Wanderers Association, Berkeley, CA, 4 April 2015. `http://berkeleypaths.org/events/ev ent/where-the-wild-things-grow/`

178. Invited panelist, Brave New Audits: How We Can Implement Risk-Limiting Audits with Today's Machines, Off-the-Shelf Hardware, and Open Source Software, 2015 Election Verification Network Annual meeting, New Orleans, LA, 4–6 March 2015. `https://www.stat.ber keley.edu/~stark/Seminars/evn15.htm` Video: `https://youtu.be /DBcVicxJigs`

177. Co-chair, Election Auditing, NIST / U.S. Election Administration Commission Future of Voting Systems Symposium II, Washington, DC, 9–10 February 2015.

176. Teaching evaluations: truthful or truthy?, European Commission Joint Research Centre *Third Lisbon Research Workshop on Economics, Statistics and Econometrics of Education*, Lisbon, Portugal, 23–24 January 2015. `http://cemapre.iseg.ulisboa.pt/educonf/3e3/ ht tps://www.stat.berkeley.edu/~stark/Seminars/setLisbon15.ht m`

175. Bad Numbers, Bad Policy, 5th Impact Assessment Course by the Joint Research Centre and the Secretariat General of the European

Commission, Brussels, Belgium, 20–21 January 2015. `https://ec.eu ropa.eu/jrc/en/event/training-course/5th-impact-assessment -course` `https://www.stat.berkeley.edu/~stark/Seminars/faux Brux15.htm`

174. Quantifauxcation, European Commission Joint Research Centre, Ispra, Italy, 19 January 2015. `https://www.stat.berkeley.edu/~st ark/Seminars/fauxIspra15.htm`

173. Preproducibility for Research, Teaching, Collaboration, and Publishing, Replicability and Reproducibility of Discoveries in Animal Phenotyping, Tel Aviv University, Tel Aviv, Israel, 5–7 January 2015. `https://www.stat.berkeley.edu/~stark/Seminars/reproTAU15.h tm` Video: `http://video.tau.ac.il/events/index.php?option=com_k 2&view=item&id=5563:preproducibility-for-research-teaching -collaboration-and-publishing&Itemid=552`

172. Urban Foraging—Real Street Food, Discover Cal: A Menu for Change, Los Angeles, CA, 18 November 2014. `https://www.stat.berkeley. edu/~stark/Seminars/discoverCalLA14.htm`

171. Guest lecturer, 6.S897/17.S952: Elections and Voting Technology, MIT, 13 November 2014.

170. Open Geospatial Data Down in the Weeds: Urban Foraging, Food Deserts, Citizen Science, Sustainability, and Reproducibility, Assessing the Socioeconomic Impacts and Value of 'Open' Geospatial Information, The George Washington University, Washington DC, 28–29 October 2014. `https://www.stat.berkeley.edu/~stark/Seminars /openGeospatial14.htm`

169. Student Evaluations of Teaching, University of San Francisco, 23 October 2014. `https://www.stat.berkeley.edu/~stark/Seminars`

`/setUSF14.htm`

168. Guest lecturer, CS 76N: Elections and Technology, Stanford University, 14 October 2014.

167. Statistical Evidence and Election Integrity, XXIX International Forum on Statistics, UPAEP, Puebla, Mexico, 29 September–3 October 2014. `https://www.stat.berkeley.edu/~stark/Seminars/foro14.pdf`

166. Nonparametric Inference, Auditing, and Litigation, Short course at XXIX International Forum on Statistics, UPAEP, Puebla, Mexico, 29 September–3 October 2014. `https://github.com/pbstark/MX14`

165. Invited participant, Pew Charitable Trusts roundtable: Challenges Related to the Voting Systems Marketplace, Chicago, IL, 8 September 2014.

164. Invited panelist, U.S. Election Assistance Commission roundtable: Expanding the Body of Knowledge of Election Administration–Reflections and Future Direction, 3 September 2014. `http://www.ea c.gov/eac_grants_expanding_the_body_of_knowledge_of_elect ion_administration_%E2%80%93_reflections_and_future_dire/` Video: `http://mediasite.yorkcast.com/webcast/Play/a90f223fa 61940cd893b70fab55fe1b51d`

163. Reproducibility, Evidence, and the Scientific Method, Late-breaking session on Reproducibility, Joint Statistical Meetings, Boston, MA, 2–7 August 2014. `https://www.stat.berkeley.edu/~stark/Semina rs/reproJSM14.htm`

162. Invited panelist, Big Data & Academic Libraries, International Alliance of Research Universities, 3rd Librarians' Meeting, University

Stark CV 046

of California, Berkeley, CA, 23–24 June 2014.

161. Mini-Minimax Uncertainty Quantification for Emulators, 2nd Conference of the International Society for Nonparametric Statistics, Cadiz, Spain, 11–16 June 2014. `https://www.stat.berkeley.edu/~stark/Seminars/emulatorISNPS14.pdf`

160. Reproducible and Collaborative Statistical Data Science, Transparency Practices for Empirical Social Science Research, 2014 Summer Institute, University of California, Berkeley, CA, 2–6 June 2014. `https://www.stat.berkeley.edu/~stark/Seminars/bitss14.pdf`

159. Risk-Limiting Audits for Denmark and Mongolia, Third DemTech Workshop on Danish Elections, Trust, and Technology for the Mongolian General Election Commission, IT University of Copenhagen, Copenhagen, Denmark, 24 May 2014. `https://www.stat.berkeley.edu/~stark/Seminars/itu14.pdf`

158. How to Lie With Big Data (and/or Big Computations), Panel on Data Deluge or Drought (Quality and Quantity), MPE13+ Workshop on Global Change, DIMACS Special Program: Mathematics of Planet Earth 2013+, University of California, Berkeley, CA, 19–21 May 2014. `https://www.stat.berkeley.edu/~stark/Seminars/mpe14.pdf`

157. Invited panelist, Relying on Data Science: Reproducible Research and the Role of Policy, DataEDGE conference, UC Berkeley School of Information, Berkeley, CA, 8–9 May 2014.

156. Invited panelist, Some Tools and Solutions, University of Washington / Moore–Sloan First Reproducibility Workshop, eScience Institute, University of Washington, Seattle, WA, 8 May 2014 `https://www.stat.berkeley.edu/~stark/Seminars/reproUW14.pdf`

Stark CV 047

155. Some people have all the luck, Institute for Pure and Applied Mathematics, UCLA, Los Angeles, CA, 28 April 2014. (with Skip Garibaldi and Lawrence Mower) `http://www.ipam.ucla.edu/programs/PUBLEC2014/` Video: `https://www.youtube.com/watch?v=s8cHHWNblA4`

154. Invited panelist, Ask a Statistician, SIAM/ASA/GAMM/AGU Conference on Uncertainty Quantification, Savannah, GA, 29 March – 3 April 2014.

153. Invited panelist, The Reliability of Computational Research Findings: Reproducible Research, Uncertainty Quantification, and Verification & Validation, SIAM/ASA/GAMM/AGU Conference on Uncertainty Quantification, Savannah, GA, 29 March – 3 April 2014. `https://www.stat.berkeley.edu/~stark/Seminars/reproUQ14.pdf` Video: `http://client.blueskybroadcast.com/SIAM14/UQ/siam_uq14_MS42_3`

152. Invited panelist, New Paradigms for Voting Systems, 2014 Election Verification Network Annual meeting, San Diego, CA, 5–7 March 2014. `https://www.stat.berkeley.edu/~stark/Seminars/evn14NewParadigms.pdf` Video: `https://www.youtube.com/watch?v=bTlHYkiYBZI`

151. Invited panelist, End-to-End Verifiable Voting Roundtable, 2014 Election Verification Network Annual meeting, San Diego, CA, 5–7 March 2014. Video: `https://www.youtube.com/watch?v=jsGSQV_rFzA`

150. Invited panelist, Improving Teaching through uncharted Waters: Peer Observation and other Approaches, Dialogues, a Colloquium Series on Teaching, Center for Teaching and Learning, University of California, Berkeley, 26 February 2014. `http://teaching.berkeley.edu/dialogues-colloquium-series-teaching`

149. Invited panelist, Unpacking the Voting Technology Debate, 2014 Voting and Elections Annual Summit, Overseas Vote Foundation and U.S. Vote Foundation, George Washington University, Washington, D.C., 30 January 2014. `https://www.overseasvotefoundation.org/initiatives-UOCAVAsummit-summit2014-agenda` Video: `http://www.youtube.com/watch?v=UXqqnOWhsmA&list=PLtRB8fQOzBR8Nza-G-RGln-HTrkp4UM6F&feature=share&index=1#t=23m30s`

148. Risk-Limiting Audits for Party-List Elections.  IT University of Copenhagen, Copenhagen, Denmark, 21 November 2013. `https://www.stat.berkeley.edu/~stark/Seminars/itu13.pdf`

147. Selective Inference and Conditional Tests.  Department of Statistics and Operations Research, Tel Aviv University, Tel Aviv, Israel, 28 October 2013.

146. Ontology of Earthquake Probability: Metaphor. Dynamics of Seismicity, Earthquake Clustering and Patterns in Fault Networks, Statistical and Applied Mathematical Sciences Institute (SAMSI), Research Triangle Park, NC, 9–11 October 2013. `https://www.stat.berkeley.edu/~stark/Seminars/samsiSeis13.pdf`

145. Invited panelist, Innovations in On-line Learning, Designing a World University, World Academy Forum on Global Higher Education, Berkeley, California, 2–3 October 2013.

144. E2E to Hand-to-Eye: Verifiability, Trust, Audits, Vote ID 2013: The 4th International Conference on e-Voting and Identity, University of Surrey, Guildford, UK 17–19 July 2013. `https://www.stat.berkeley.edu/~stark/Seminars/voteID13.pdf`

143. Mini-Minimax Uncertainty of Emulators, Center for Security, Reliability, and Trust, University of Luxembourg, Luxembourg, 9 July 2013. `https://www.stat.berkeley.edu/~starkstark/Seminars/emulato`

`rLux13.pdf`

142. Invited panelist, Extracting Actionable Insight From Dirty Time-Series Data, Berkeley Research Data Science Lectures, University of California, Berkeley, 21 June 2013. Video: `http://vcresearch.berk eley.edu/datascience/webcast-data-science-lecture-series-june-21`

141. Uncertainty quantification for emulators, Dipartimento di Fisica e Astronomia, Università di Bologna, Bologna, Italy, 5 June 2013. `http s://www.stat.berkeley.edu/~stark/Seminars/emulatorUniBo13. pdf`

140. Leveraging Paper Ballots, Running Elections Efficiently, A Best Practices Convening, Common Cause – Common Cause / NY – Columbia University School of International and Public Affairs, Columbia University, New York, NY, 20 May 2013. `https://www.sta t.berkeley.edu/~stark/Seminars/ccNY13.pdf`

139. Uncertainty quantification for emulators, University of California, Los Angeles, 11 April 2013. `https://www.stat.berkeley.edu/~stark/S eminars/emulatorUCLA13.pdf`

138. Brittle and Resilient Verifiable Voting Systems, Verifiable Voting Schemes Workshop: from Theory to Practice, Interdisciplinary Centre for Security, Reliability and Trust, University of Luxembourg, Luxembourg 21–22 March 2013. `https://www.stat.berkeley.edu/~stark /Seminars/vv13.pdf`

137. Now What?, Election Verification Network Annual Conference, The Right to a Secure, Transparent and Accurate Election, Atlanta, Georgia 14–15 March 2013. `https://www.stat.berkeley.edu/~sta rk/Seminars/evn13nowWhat.pdf`

Stark CV 050

136. Machine-Assisted Transitive Audits, Election Verification Network Annual Conference, The Right to a Secure, Transparent and Accurate Election, Atlanta, Georgia 14–15 March 2013.

135. Risk-limiting Audits and Evidence-Based Elections in a Nutshell, Election Verification Network Annual Conference, The Right to a Secure, Transparent and Accurate Election, Atlanta, Georgia 14–15 March 2013. `https://www.stat.berkeley.edu/~stark/Seminars/evn13nutshell.pdf`

134. Reproducibility in Computational and Experimental Mathematics, ICERM, Brown University, Providence, RI, 10–14 December 2012. `http://icerm.brown.edu/tw12-5-rcem`

133. Whaddya know?  Bayesian and Frequentist approaches to inverse problems, Inverse Problems: Practical Applications and Advanced Analysis, Schlumberger WesternGeco, Houston, TX, 12–15 November 2012. `https://www.stat.berkeley.edu/~stark/Seminars/swg12.pdf`

132. Evidence-Based Elections, E-Voting: Risk and Opportunity Conference, Center for Information Technology Policy, Princeton University, Princeton, NJ, 1 November 2012. `https://www.stat.berkeley.edu/~stark/Seminars/princeton12.pdf` Video: `http://youtu.be/1Z6JW1t_sFI`

131. Evidence-Based Elections, Berkeley/Stanford Data, Society and Inference Seminar, Stanford University, Stanford, CA 8 October 2012. `https://www.stat.berkeley.edu/~stark/Seminars/dataSocietyInference12.pdf`

130. Voting Technology Exploratory Meeting, The Pew Charitable Trusts Center on the States, Santa Monica, CA 23–24 August 2012.

Stark CV 051

129. Lightning Debates, Workshop on Electronic Voting Technology / Workshop on Transparent Elections, (EVT/WOTE '12), USENIX, Bellevue, WA, 6–7 August 2012. Video: `https://www.usenix.org/conference/evtwote12/panel-2-title-tbd`

128. BRAVO: Ballot-polling Risk-limiting Audits to Verify Outcomes, Workshop on Electronic Voting Technology / Workshop on Transparent Elections, (EVT/WOTE '12), USENIX, Bellevue, WA, 6–7 August 2012. `https://www.stat.berkeley.edu/~stark/Seminars/evt12.pdf` Video: `https://www.usenix.org/conference/evtwote12/s6-paper-title-tbd`

127. The Will of the People and the Luck of the Draw: Using Statistics to Limit the Risk of Wrong Electoral Outcomes, Joint Statistical Meetings, San Diego, CA, 29 July 2012. `https://www.stat.berkeley.edu/~stark/Seminars/jsm12.pdf`

126. Evidence-Based Elections, Risk-Limiting Audits, and Resilient Canvass Frameworks, SecVote 2012 Summer School on Secure Voting, Leibniz-Zentrum für Informatik, Schloss Dagstuhl, Germany, 16 July 2012. `https://www.stat.berkeley.edu/~stark/Seminars/dagstuhl12.pdf`

125. The Effectiveness of Internet Content Filters, Distinguished Lecture (`http://wwwen.uni.lu/snt/distinguished_lectures`), Center for Security, Reliability, and Trust, University of Luxembourg, Luxembourg, 13 July 2012. `https://www.stat.berkeley.edu/~stark/Seminars/luxembourg12.pdf`

124. Evidence-Based Elections, International Association of Clerks, Recorders, Election Officials & Treasurers (IACREOT) annual conference, Albuquerque, NM, 30 June 2012. `https://www.stat.berkeley.edu/~stark/Seminars/iacreot12.pdf`

123. Confidence Limits, Progress on Statistical Issues in Searches, SLAC National Accelerator Laboratory, Stanford, CA, 4–6 June 2012. `http
s://www.stat.berkeley.edu/~stark/Seminars/slac12.pdf`

122. UQQ, UQ: Transition Workshop, Statistical and Applied Mathematical Sciences Institute (SAMSI), Research Triangle Park, NC, 21–23 May 2012. `https://www.stat.berkeley.edu/~stark/Seminars/sa
msi12.pdf`

121. Testing for Poisson Behavior, Seismological Society of America Annual Meeting, San Diego, CA, 17–19 April 2012. `https://www.stat.berk
eley.edu/~stark/Seminars/ssa12.pdf`

120. Get Out The Audit (GOTA), Election Verification Network Annual Conference, Santa Fe, NM, 29–30 March 2012. `https://www.stat.be
rkeley.edu/~stark/Seminars/evnGOTA12.pdf`

119. The Long View: Evidence-Based Elections, Election Verification Network Annual Conference, Santa Fe, NM, 29–30 March 2012. `https
://www.stat.berkeley.edu/~stark/Seminars/evnLongView12.pdf`

118. The Will of the People and the Luck of the Draw: Risk-Limiting Audits and Resilient Canvass Frameworks, San Francisco Chapter of the American Statistical Association, Berkeley, CA, 16 February 2012. `https://www.stat.berkeley.edu/~stark/Seminars/asa12.pdf`

117. Evidence-Based Elections: Colorado's Future?, Colorado Elections Best Practices & Vision Commission, Denver, CO, 14 December 2011. `https://www.stat.berkeley.edu/~stark/Seminars/co-11-12-14.
pdf` Audio: `mms://pub.sos.state.co.us/20111214130705B`

116. From the Virtual Trenches, *Letters and Sciences Colloquium on Undergraduate Education:* The Virtual University—Challenges and

Stark CV 053

Opportunities, University of California, Berkeley, CA, 16 November 2011. `http://ls.berkeley.edu/stories/archive/fall-2011-coll oquium-undergraduate-education-0` `https://www.stat.berkeley .edu/~stark/Seminars/onlineEd11.pdf` Video: `http://www.youtu be.com/watch?v=4OvGDuPSJso`

115. Earthquake Clustering and Declustering, Institute de Physique du Globe de Paris, Paris, France, 4 October 2011. `https://www.stat.b erkeley.edu/~stark/Seminars/ipg11.pdf`

114. Fears, Predictions, Hopes & Plans, *Panel on the Future*, Election Integrity: Past, Present, and Future, Caltech/MIT Voting Technology Project, Cambridge, MA, 1 October 2011. `https://www.stat.berke ley.edu/~stark/Seminars/mit11.pdf` Video: `http://techtv.mit. edu/collections/vtp/videos/14802-eippf-2011-3-the-future`

113. Risk-limiting Audits: Soup to Nuts, and Beyond, Workshop on Electronic Voting Technology / Workshop on Transparent Elections, (EVT/WOTE '11), USENIX, San Francisco, CA, 9 August 2011. `htt ps://www.stat.berkeley.edu/~stark/Seminars/evtRLA11.pdf`

112. SOBA: Secrecy-preserving Observable Ballot-level Audit, Workshop on Electronic Voting Technology / Workshop on Transparent Elections, (EVT/WOTE '11), USENIX, San Francisco, CA, 9 August 2011. `htt ps://www.stat.berkeley.edu/~stark/Seminars/evtSoba11.pdf`

111. The Effectiveness of Internet Content Filtering, Workshop on Free and Open Communication on the Internet (FOCI '11), USENIX, San Francisco, CA, 8 August 2011. `https://www.stat.berkeley.edu/~s tark/Seminars/foci11.pdf`

110. SticiGui, Onsophic, and Statistics W21, Panel on online instruction, Joint Statistical Meetings, Miami Beach, FL, 31 August 2011. `https:`

Stark CV 054

`//www.stat.berkeley.edu/~stark/Seminars/jsm11.pdf`

109. Risk Limiting Audits, Colorado Secretary of State, Colorado Risk Limiting Audit (CORLA) Kick-off Meeting, Denver, CO, 16 June 2011. `https://www.stat.berkeley.edu/~stark/Seminars/co-11-6-16.pdf`

108. Simultaneous Confidence Intervals with more Power to Determine Signs, Conference in honor of Erich Lehmann, Rice University, Houston, TX, 12 May 2011. `https://www.stat.berkeley.edu/~stark/Seminars/lehmann11.pdf`

107. Close enough for government [to] work, Verified Voting Foundation, Palo Alto, CA, 27 April 2011. `https://www.stat.berkeley.edu/~stark/Seminars/vv-11-4-27.pdf`

106. Close enough for government [to] work: Risk-limiting post-election audits, Berkeley-Stanford Joint Statistics Colloquium, Stanford University, Stanford, CA, 12 April 2011. `https://www.stat.berkeley.edu/~stark/Seminars/stanford11.pdf`

105. Audits: The After-Math of Elections, Verify early, verify often: creating secure, transparent and accurate elections, Election Verification Network, Chicago, IL, 25–26 March 2011. `https://www.stat.berkeley.edu/~stark/Seminars/reed11.pdf`

104. Simultaneous Confidence Intervals with more Power to Determine Signs, Department of Mathematics, Reed College, Portland, OR, 10 March 2011. `https://www.stat.berkeley.edu/~stark/Seminars/reed11.pdf`

103. Close enough for government work: Risk-Limiting Post-Election Audits, Wharton Statistics Department, University of Pennsylvania,

Philadelphia, PA, 26 January 2011. `https://www.stat.berkeley.ed`
`u/~stark/Seminars/penn11.pdf`

102. Audits: The After-Math of Election Reform, Conference on Innovative
     Electoral Reforms and Strategies, Washington, DC, 10–11 December
     2010. `https://www.stat.berkeley.edu/~stark/Seminars/innovat`
     `ive10.pdf`

101. Risk-Limiting Post-Election Audits: Statistics, Policy, and Politics,
     Department of Statistics, Rice University, Houston, TX, 1 November
     2010. `https://www.stat.berkeley.edu/~stark/Seminars/rice10.`
     `pdf`

100. Are Declustered Earthquake Catalogs Poisson?, Department of Statis-
     tics, Pennsylvania State University, State College, PA, 14 October
     2010. `https://www.stat.berkeley.edu/~stark/Seminars/psu10.p`
     `df`

 99. Super-simple simultaneous single-ballot risk-limiting audits, 2010
     Electronic Voting Technology Workshop / Workshop on Trustworthy
     Elections (EVT/WOTE '10), Washington, DC, 9–10 August 2010. `ht`
     `tps://www.stat.berkeley.edu/~stark/Seminars/evtwote10.pdf`

 98. AB 2023 and Risk-Limiting Audits, California Association of Clerks
     and Election Officials Legislative Committee Meeting, 14 May 2010. `h`
     `ttps://www.stat.berkeley.edu/~stark/Seminars/caceo-legis10`
     `.pdf`

 97. Justice and inequalities, Department of Statistics and Operations
     Research, Tel Aviv University, Tel Aviv, Israel, 13 April 2010. `https:`
     `//www.stat.berkeley.edu/~stark/Seminars/tau10.pdf`

96. Size Matters: Smaller Batches Yield More Efficient Risk-Limiting Audits, Small-Batch Audit Meeting, Washington, DC, 27–28 March 2010. `https://www.stat.berkeley.edu/~stark/Seminars/smallBatch10.pdf`

95. Sexy Audits and the Single Ballot, Election Verification Network (EVN) annual conference, Washington, DC, 25–27 March 2010. `https://www.stat.berkeley.edu/~stark/Seminars/evn10.pdf`

94. Simple, Affordable, Post-Election Audits, Institute for Mathematical Behavioral Sciences, University of California, Irvine, CA, 7 January 2010. `https://www.stat.berkeley.edu/~stark/Seminars/uci10.pdf`

93. Efficient Post-Election Audits of Multiple Contests: 2009 California Tests, Conference on Empirical Legal Studies, University of Southern California Gould School of Law, Los Angeles, CA, 20–21 November 2009. `https://www.stat.berkeley.edu/~stark/Seminars/cels09.pdf`

92. Risk-Limiting Audits, Audit Working Meeting, American Statistical Association, Arlington, VA, 23–24 October 2009. `https://www.stat.berkeley.edu/~stark/Seminars/asa09.pdf`

91. Invited panelist, Uncertainty Quantification and Error Analysis, Scientific Grand Challenges in National Security: the Role of Computing at the Extreme Scale, Washington, DC, 6–8 October 2009.

90. Some Ado about (mostly) Nothing: zero-dominated data, Alameda County Workshop on Avian Mortality at Altamont, Emeryville, CA, 22 September 2009. `https://www.stat.berkeley.edu/~stark/Seminars/altamont09.pdf`

89. Freedman's Dialogue with the Social Sciences, 2009 Joint Statistical Meetings, Washington, DC, 5 August 2009.

88. Invited panelist, David A. Freedman's Dialogue with the Social Sciences, The Society for Political Methodology 26th Annual Summer Meeting, Institution for Social and Policy Studies, Yale University, New Haven, CT, 23 July 2009.

87. Election Auditing: How Much is Enough?, The Society for Political Methodology 26th Annual Summer Meeting, Institution for Social and Policy Studies, Yale University, 23 July 2009. (Keynote lecture) `https://www.stat.berkeley.edu/~stark/Seminars/polMeth09.pdf`

86. Risk-Limiting Post-Election Audits, Department of Statistics, University of California, Berkeley, CA, 31 March 2009. `https://www.stat.berkeley.edu/~stark/Seminars/ucb09.pdf`

85. Uncertainty Quantification Qualification, Lawrence Livermore National Laboratory, Livermore, CA, 26 March 2009. `https://www.stat.berkeley.edu/~stark/Seminars/llnl09.pdf`

84. 2008 Risk-limiting Audits in California, The Pew Charitable Trusts Audit Workshop, Salt Lake City, UT, 23–24 February 2009. `https://www.stat.berkeley.edu/~stark/Seminars/pew09.pdf`

83. Election Auditing and Nonparametric Confidence Bounds, Department of Mathematics, Reed College, Portland, OR, 20 November 2008. `https://www.stat.berkeley.edu/~stark/Seminars/reed08.pdf`

82. Risk-Limiting Post-Election Audits, Department of Statistics, Kansas State University, Manhattan, KS, 2 October 2008. `https://www.stat.berkeley.edu/~stark/Seminars/ksu08.pdf`

Stark CV 058

81. CAST: Canvass Audits by Sampling and Testing, 2008 American Political Science Association Annual Meeting, Panel 2008MP04292: Catch Me If You Can: Techniques to Detect Electoral Fraud, Boston, MA, 28–31 August 2008. `https://www.stat.berkeley.edu/~stark/Seminars/apsa08.pdf`

80. Invited panelist, Joint Statistical Meetings session, Statistical Measures Can Help Restore Confidence in U.S. Elections, Denver, CO, 3–7 August 2008.

79. Invited Panel on Post-Election Auditing: The Academic & Advocacy Perspective, California Association of Clerks and Election Officials (CACEO) 100th Anniversary Celebration Conference, Long Beach, CA, 8–11 July 2008.

78. Statistical Audits: Why and How Much?, Invited Panel on Post-Election Auditing: Practical Experience and Best Practices, California Association of Clerks and Election Officials (CACEO) 100th Anniversary Celebration Conference, Long Beach, CA, 8–11 July 2008. `https://www.stat.berkeley.edu/~stark/Seminars/caceo08.pdf`

77. Invited Panel on Online Learning, UC21st Century, Teaching, Learning and Technology: Past, present and future, University of California, Davis, 20–21 June 2008.

76. SticiGui—What is it?, Department of Statistics, University of California, Los Angeles, CA, 29 May 2008. `https://www.stat.berkeley.edu/~stark/Seminars/ucla08.pdf`

75. Election Auditing: How Much Is Enough?, Mathematical Sciences Research Institute, Annual Meeting of Academic Sponsors and Steering Committee, Berkeley, CA, 7 March 2008. `https://www.stat.berkeley.edu/~stark/Seminars/msri08.pdf`

74. Invited panelist, 2007 Post Election Audit Summit, Minneapolis, MN, 25–27 October 2007. `https://www.stat.berkeley.edu/~stark/Seminars/peaSummit07.pdf`

73. Urning Voter Confidence, Department of Mathematics, Reed College, Portland, OR, 11 October 2007. `https://www.stat.berkeley.edu/~stark/Seminars/reed07.pdf`

72. Frequentist Methods in Inverse Problems, Sandia CSRI Workshop on Large-Scale Inverse Problems and Quantification of Uncertainty, Santa Fe, NM, 10–12 September 2007. `https://www.stat.berkeley.edu/~stark/Seminars/sandia07.odp`

71. How Statistics Helps, 9th US Congress on Computational Mechanics, San Francisco, CA, 22–26 July 2007. `https://www.stat.berkeley.edu/~stark/Seminars/compMech07.odp`

70. Nonparametrics: nonpareil?, Veterans Administration Hospital, Neuropsychology Brown Bag Lunch, Martinez, CA, 15 May 2007. `https://www.stat.berkeley.edu/~stark/Seminars/ebire-5-15-07.pdf`

69. The Null Hypothesis: Are Earthquakes Predictable?, Assessment schemes for earthquake prediction, Royal Astronomical Society/Joint Association for Geophysics Discussion Meeting 7–8 November 1996, the Geological Society, London

68. Shaking Down Earthquake Predictions, Department of Statistics, University of California, Davis, 25 May 2006 `https://www.stat.berkeley.edu/~stark/Seminars/ucd-5-25-06.pdf`

67. Measuring Resolution in Nonlinear and Constrained Inverse Problems, Workshop on Statistical Inverse Problems, Institute for Mathematical Stochastics, Göttingen, Germany, 23–25 March 2006. `http://www.num.math.uni-goettingen.de/gk/?Workshops:Workshop_on_Statist`

Stark CV 060

```
ical_Inverse_Problems
```

66. Resolution in Nonlinear and Constrained Inverse Problems, Workshop on Computational and Mathematical Geoscience, Colorado School of Mines, Golden CO, 15–17 June 2005.

65. Quantifying uncertainty in inverse problems, Summer school: Mathematical Geophysics and Uncertainty in Earth Models, Colorado School of Mines, Golden CO, 14–25 June 2004. `https://www.stat.berkeley.edu/~stark/Seminars/mines04.pdf`

64. Estimating power spectra of galaxy structure: can Statistics help?, Penetrating bars through masks of cosmic dust: the Hubble tuning fork strikes a new note, Pilanesberg National Park, South Africa, 7–12 June 2004. `http:www.stat.berkeley.edu/~stark/Seminars/bars04.ppt`

63. Quantifying uncertainty in inverse problems, Institute for Pure and Applied Mathematics (IPAM) Conference on Statistical Methods for Inverse Problems, IPAM, Los Angeles, CA, 5–6 November 2003. `https://www.stat.berkeley.edu/~stark/Seminars/ipam03.ppt`

62. Using what we know: inference with physical constraints, PhyStat 2003: Statistical Problems in Particle Physics, Astrophysics and Cosmology, Stanford Linear Accelerator Center, Stanford, CA, 8–10 September 2003. `https://www.stat.berkeley.edu/~stark/Seminars/phyStat03.pdf`

61. Statistical Approaches to Inverse Problems. Danish Interdisciplinary Inversion Group Seminars on Inverse Problems: Insight and Algorithms. Niels Bohr Institute, Copenhagen University, Copenhagen, Denmark, 27–29 May 2002. `https://www.stat.berkeley.edu/~stark/Seminars/bohr02.ppt`

Stark CV 061

60. Statistical Measures of Uncertainty in Inverse Problems. Institute for Mathematics and its Applications Tutorial on Inverse Problems and the Quantification of Uncertainty, Annual Program Mathematics in the Geosciences, Minneapolis, MN, 19 March 2002. `https://www.sta t.berkeley.edu/~stark/Seminars/ima02.ppt`

59. Data Errors, Model Errors, and Estimation Errors, Frontiers of Geophysical Inversion Workshop, Waterways Experiment Station, U.S. Army Corps of Engineers Engineer Research and Development Center, Vicksburg, MS, 17–19 February 2002. `https://www.stat.be rkeley.edu/~stark/Seminars/wes02.ppt`

58. Strategic Planning and Implementation I: The Challenge of Adapting Organizations and Creating Partnerships to Target New Markets, University Teaching as E-business?, Center for Studies in Higher Education, Berkeley, CA, 26–27 October 2001.

57. Inverse Problems and Data Errors, New Developments in Astrophysical Fluid Dynamics, Chateau de Mons, Caussens, France, 25–29 June 2001.

56. Data Reduction and Inverse Problems in Helioseismology, Workshop Statistics of inverse problems, Institut Henri Poincaré, Paris, France, 28–29 May 2001.

55. Why Statistics is worth the Stigma, Letters and Sciences Faculty Forum, University of California, Berkeley, CA, 23 April 2001. `https: //www.stat.berkeley.edu/~stark/Seminars/stigma01.ppt`

54. Inverse Problems in Helioseismology, Second MaPhySto Workshop on Inverse Problems: Inverse problems from a Statistical Perspective, Aalborg, Denmark, 28–31 March 2001.

Stark CV 062

53. What are the Chances?, NATO Advanced Research Workshop: State of scientific knowledge regarding earthquake occurrence and implications for public policy, Le Dune, Piscinas — Arbus, Sardinia, Italy, 15–19 October 2000.

52. Why Unadjusted Census Results should be Used for Reapportionment and Funding within the State of California, 13th Annual Demographic Workshop, U.S. Bureau of the Census, California State Census Data Center, and the Population Research Laboratory of the University of Southern California, Los Angeles, CA, 15 May 2000.

51. Invited discussant, Workshop of the National Academy of Sciences Panel to Review the 2000 Census, Washington, D.C., 2–3 February 2000.

50. Invited discussant, Panel discussion on the role of sampling in the US Census, San Francisco Bay Area Chapter of the American Statistical Association, 20 December 1999.

49. Lecturer, Mathematical Geophysics Summer School, Stanford University, Stanford, CA, 2–20 August 1999.

48. Less Asymptotic Tomography. 9th SOHO Workshop: Helioseismic Diagnostics of Solar Convection and Activity, Stanford University, Stanford, CA, 12–15 July 1999.

47. Invited panelist, Reinventing Undergraduate Education: Technology Enhanced Learning in the Sciences, Math, and Engineering, University of California, Berkeley, CA, 23 April 1999.

46. Error in Numerical Models Fitted to Data. DSRC/DARPA Study on Numerical Simulation of Physical Systems: The State of the Art, and Opportunities for Further Advances, Kick-Off Meeting, Arlington, VA,

19–20 January 1999. `https://www.stat.berkeley.edu/~stark/Seminars/dsrc99.htm`

45. Sampling to Adjust the U.S. Census. Miller Institute for Basic Research in Science, University of California, Berkeley, CA, 12 January 1999. `https://www.stat.berkeley.edu/~stark/Seminars/mibrs99.htm`

44. A Statistician's Perspective on Census Adjustment, Berkeley Breakfast Club, Berkeley, CA, 5 December 1998. `https://www.stat.berkeley.edu/~stark/Seminars/bbc98.htm`

43. SticiGui: Melts in your Browser, not in your Brain, Joint Berkeley-Stanford Statistics Colloquium, Department of Statistics, Stanford University, Stanford, CA, 27 October 1998. `https://www.stat.berkeley.edu/~stark/Seminars/bsc98.htm`

42. SticiGui: Statistics Tools for Internet and Classroom Instruction with a Graphical User Interface, 1998 Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL, 12 August 1998.

41. Presidential Panel on Statistics in Public Policy, 1998 Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL, 10 August 1998.

40. Misfit Measures and Statistical Inconsistency in Linear Inverse Problems. AMS/IMS/SIAM Joint Summer Research Conferences in the Mathematical Sciences, Mathematical Methods in Inverse Problems for Partial Differential Equations, Mt. Holyoke, MA, 4–9 July 1998. `https://www.stat.berkeley.edu/~stark/Seminars/ams-ims-siam-98.pdf`

39. Uncertainties for functions from incomplete, erroneous data. NSF/DOE Workshop on Uncertainty in Modeling, National Science Foundation, Arlington, VA, 11–12 June 1998. `https://www.stat.berkeley.edu/~stark/Seminars/nsf-doe-98.htm`

38. Sampling to adjust the 1990 Census for Undercount. U.S. House of Representatives Subcommittee on the Census, May 1998. `https://www.stat.berkeley.edu/~stark/Census/house-5-5-98-pbs.pdf`

37. Sounding the Sun: Helioseismology. 1998 American Association for the Advancement of Science (AAAS) Annual Meeting and Science Innovation Exposition, Philadelphia, PA., February 1998. `https://www.stat.berkeley.edu/~stark/Seminars/Aaas/helio.htm`

36. Data Sampling Rate Reduction for the OERSTED geomagnetic Satellite, Department of Geological Sciences, Stanford University, Stanford, CA, 28 July 1997. `https://www.stat.berkeley.edu/~stark/Preprints/Oersted/writeup.htm`

35. Does God play dice with the Earth, and if so, are they loaded? Fourth SIAM Conference on Mathematical and Computational Methods in the Geosciences, Albuquerque, NM, 16 June 1997. `https://www.stat.berkeley.edu/~stark/Seminars/doesgod.htm`

34. Solving Problems for a Large Statistics Lecture Course using a Website UC Berkeley Academic Senate Workshop on Classroom Technology, Berkeley, CA, 11 April 1997. `https://www.stat.berkeley.edu/~stark/Seminars/itpTalk.htm`

33. Deficiencies of the simple theories, Local Helioseismology Workshop, University of Cambridge, Cambridge, England, 1997.

Stark CV 065

32. CMB's, Royal Astronomical Society Ordinary Meeting, London, England, 1996.

31. The Null Hypothesis, Royal Astronomical Society and Joint Associations for Geophysics discussion meeting on Assessment of Schemes for Earthquake Prediction, London, England, 1996.

30. On the consistency of multiple inference in inverse problems using $l_p$ confidence sets, International Conference on Multiple Comparisons, Tel Aviv, Israel, 1996.

29. Confidence Intervals in Inverse Problems, Conference in Honor of George Backus, Institute for Geophysics and Planetary Physics, La Jolla, CA, 1995.

28. The Need for Wave-Equation Travel-Time Tomography, Institute for Mathematics and Its Applications, Conference on Tomography, Minneapolis, MN, 1995.

27. Inference, Prior Information, and Misfit Measures, Interdisciplinary Inversion Conference on Methodology, Computation and Integrated Applications, University of Aarhus, Aarhus, Denmark, 1995.

26. Optimization and Inference in Travel-Time Seismology, National Research Council Board on Mathematical Sciences Symposium on Mathematical Sciences in Seismology, Washington, DC, 1995.

25. Prior Information and Confidence Intervals in Inverse Problems, International Union of Geodesy and Geophysics Meeting, Boulder, CO, 1995.

24. Something AGAINST Nothing: A Confidence Game, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL, 1995.

23. Uncertainties in Travel-Time Seismology, SIAM/GAMM Symposium on Inverse Problems: Geophysical Applications, Fish Camp, CA, 1995.

22. Toward Tubular Tomography, 27th General Assembly of the Int. Assoc. of Seismology and Phys. of the Earth's Inter. (IASPEI), Wellington, New Zealand, 1994.

21. Alternative Data Analysis Techniques, Global Oscillation Network Group annual meeting, Los Angeles, CA, (presented by C. Genovese due to illness), 1994.

20. Mathematical Aspects of Integral Equation Inversion, Global Oscillation Network Group workshop, Sydney, Australia, 1994.

19. Conservative Finite-Sample Confidence Envelopes for Monotone and Unimodal Densities, Mathematisches Forschungsinstitut Oberwolfach meeting on Curves, Images and Massive Computation, Oberwolfach, Germany, 1993.

18. Invited discussant, Joint IMS/ASA/ENAR Meeting, Philadelphia, PA, 1993.

17. Uncertainty of the Quadrupole Component of the Cosmic Microwave Background, Israel Statistical Association Annual Meeting, Tel Aviv, 1993.

Stark CV 067

16. Brute-Force Minimax Estimation in Geochemistry, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, San Francisco, CA, 1993.

15. Conservative Numerical Uncertainty Estimates in Inverse Problems, SIAM 40th Anniversary Meeting, Los Angeles, CA, 1992.

14. Minimax Estimation in Geomagnetism, European Geophysical Society Annual Meeting, Wiesbaden, Germany, 1991.

13. Minimax Estimation in Geophysical Inverse Problems: Applications to Seismic Tomography and Geomagnetism, Schmitt Institute for Physics of the Earth, Academy of Sciences of the USSR, Moscow, 1991.

12. Imagining Earth's Interior: Controversies in Seismology and Geomagnetism, Mathematical Sciences Research Institute Workshop on Statistical Methods in Imaging, Berkeley, CA, 1991.

11. Discretization and its Discontents: New Methods in Inverse Theory, Institute for Theoretical Physics program Helioseismology—Probing the Interior of a Star, National Science Foundation Institute for Theoretical Physics, University of California, Santa Barbara, 1990.

10. Inference in Infinite-Dimensional Inverse Problems, Schmitt Institute for Physics of the Earth, Academy of Sciences of the USSR, Moscow, 1990.

9. Inference in Infinite-Dimensions: Discretization and Duality, Israel Statistical Association Annual Meeting, Jerusalem, 1990.

Stark CV 068

8. Superresolution: What, When and How?, Institute for Theoretical Physics program Helioseismology—Probing the Interior of a Star, National Science Foundation Institute for Theoretical Physics, University of California, Santa Barbara, 1990.

7. Sparsity-Constrained Deconvolution, International Union of Radio Science Meeting, Boulder, CO, 1989.

6. Invited discussant, Statistics, Earth and Space Sciences Meeting of the Bernoulli Society, Leuven, Belgium, 1989.

5. Rigorous Computer Solutions to Infinite-Dimensional Inverse Problems, rcp 264 problemes inverses, Montpellier, France, 1989.

4. Duality and Discretization Error, Conference on Mathematical Geophysics, Blanes, Spain, 1988.

3. Spectral extrapolation with positivity, International Union of Radio Science Meeting, Boulder, CO, 1987.

2. Travel-Time Constraints on Core Structure, Special Session on Geophysics of the Core and Core-Mantle Boundary, American Geophysical Union Spring Meeting, Baltimore, MD, 1986.

1. Smooth Models from tau(p) and X(p) Data, Scripps Industrial Associates Short Course on Inverse Theory, Scripps Institution of Oceanography, La Jolla, CA, 1986.

## Other Invited Seminars

California State University, Chico (Mathematics 1993)

Stark CV 069

Colorado School of Mines (Mathematical and Computer Sciences 1997)

Copenhagen University (Niels Bohr Institute for Astronomy, Physics, and Geophysics 1996)

Hebrew University of Jerusalem (Statistics 1993)

IT University of Copenhagen (2013, 2014, 2016)

Kansas State University (Statistics 2008)

Pennsylvania State University (Statistics 1010)

National Solar Observatory (1997)

Naval Postgraduate School (Operations Research, 2001)

Reed College (Mathematics, 2007, 2008, 2011)

Rice University (Statistics, 2010)

Schlumberger-Doll Research (1988, 1990, 1991, 1992)

Southern Methodist University (Statistical Sciences, 1998)

Stanford University (Center for Space Physics and Astrophysics 1992; Mathematics 1997; Geology and Geophysics 1993, 1997; Statistics 1988, 1993, 1995, 2011)

The Technion (Statistics 1987)

Tel Aviv University (Geology and Geophysics 1988, 1991; Statistics 1991, 2010)

University of Bologna (Physics and Astronomy, 2013)

University of British Columbia (Geophysics and Astronomy 1996)

University of California, Berkeley (Astronomy 1996; Center for Pure and Applied Mathematics 1988; Geology and Geophysics 1988; Materials Science and Mineral Engineering 1988; Physics, 2001; Seismographic Stations, 1991, 1992, 1996; Statistics 1987, 1988(2),1989(2), 1990, 1991, 1992, 1994, 1996(2), 1997, 2006, 2009, 2011)

Stark CV 070

University of California, Davis (Statistics 1995, 2006; Mathematics 2000)

University of California, Los Angeles (Mathematics 1992; Statistics 2000, 2008, 2013)

University of California, Riverside (Earth Sciences 1996; Statistics 1996)

University of California, San Diego (Institute for Geophysics and Planetary Physics 1985, 1986, 1987, 1988(2), 1990, 1998, 2005; Mathematics 1994)

University of Cambridge (Institute for Astronomy 1992, 1997)

University of Chicago (Statistics 1990)

University of Edinburgh (Earth Sciences, 1998)

University of Luxembourg (Interdisciplinary Centre for Security, Reliability and Trust 2012)

University of Paris, Institute de Physique du Globe de Paris (2011)

University of Pennsylvania (Wharton Statistics Department, 2011)

University of Texas at Austin (Geological Sciences 1988; Mathematics 1990, 1991; Institute for Geophysics 1990)

Veterans Affairs Northern California Health Care System, Martinez, CA (East Bay Institute for Research and Education, 2007)

Yale University (Geology and Geophysics 1988; Statistics 1988)

# Press

210. West Virginia is testing a mobile voting app for the midterms. What could go wrong?, Jen Kirby, *Vox*, 17 August 2018. `https://www.vox.com/2018/8/17/17661876/west-virginia-voatz-voting-app-election-security`

Stark CV 071

209. Election Security Hot Topic at Walnut Creek Town Hall, Debora Villalon, *KTVU*, 14 August 2018. `http://www.ktvu.com/news/election-security-hot-topic-at-congressional-town-hall-in-walnut-creek`

208. Weeds growing in poor city areas more nutritious than store-bought produce, Natalie Parletta, *Cosmos: The Science of Everything*, 13 August 2018. `https://cosmosmagazine.com/biology/weeds-growing-in-poor-city-areas-more-nutritious-than-store-bought-produce`

207. Voting Machine Company Admits Installing Vulnerable Remote-Access Software, Jimmy Falls, *Who.What.Why*, 19 July 2018. `https://whowhatwhy.org/2018/07/19/voting-machine-company-admits-installing-vulnerable-remote-access-software/`

206. Can the Emmys Be Hacked? One contender tried to find out, Geoff Edgers, *Washington Post*, 2 June 2018. `https://www.washingtonpost.com/news/arts-and-entertainment/wp/2018/06/22/can-the-emmys-be-hacked-one-contender-tried-to-find-out/`

205. Student Evaluations of Teaching are Not Valid. It is time to stop using SET scores in personnel decisions, John W. Lawrence, *American Association of University Professors*, May–June, 2018. `https://www.aaup.org/article/student-evaluations-teaching-are-not-valid`

204. County Server On Election Night: Report Investigators traced IP addresses linked to the attack to foreign countries, Sam Levine, *Huffington Post*, 11 May 2018. `https://www.huffingtonpost.com/entry/knox-county-election-cyberattack_us_5af5ca21e4b032b10bfa56ee?j6`

Stark CV 072

203. Texas Works To Create A More Secure Electronic Voting System, Ashley Lopez, *NPR Morning Edition*, 10 May 2018. `https://www.npr.org/2018/05/10/609979541/texas-works-to-create-a-more-secure-electronic-voting-system`

202. Amid Delay In New Lottery Policy, Repeat Winners Keep On Winning, Lisa Creamer and Jeff Kelly Lowenstein, *WBUR*, 27 April 2018. `http://www.wbur.org/news/2018/04/27/lottery-frequent-winners-policy-delay`

201. Some people repeatedly win the Wisconsin Lottery. Do they play fair? Peter Coutu, *Wisconsin Center for Investigative Journalism*, 18 March 2018. `https://www.wisconsinwatch.org/2018/03/some-people-repeatedly-win-the-wisconsin-lottery-do-they-play-fair/`

200. Experts Say Electronic Voting Machines Aren't Secure. So Travis County Is Designing Its Own, Ashley Lopez, *KUT Public Radio*, 5 March 2018. `http://kut.org/post/experts-say-electronic-voting-machines-arent-secure-so-travis-county-designing-its-own`

199. Auditor general finds no fault with PA Lottery, but unusual wins remain unexplained, Daniel Simmons-Ritchie, *Penn Live*, 2 February 2018. `http://www.pennlive.com/news/2018/02/auditor_general_finds_no_fault.html`

198. Vote auditing can ensure integrity of elections, Audrey Malagon, *The Virginian-Pilot*, 20 January 2018. `https://pilotonline.com/opinion/columnist/guest/article_cbe465f9-6f22-58c6-a050-42b0ea55cb41.html`

197. Berkeley Professor Leads Nation's First Statewide Risk-Limiting Election Audit, *American Statistical Association News*, 20 December 2017. `http://www.amstat.org/ASA/News/Berkeley-Professor-Lea`

`ds-Nations-First-Statewide-Risk-Limiting-Election-Audit.a`
`spx`

196. Engineering verifiable elections, *IEEE Spotlight*, 5 December 2017. `ht`
`tp://sites.ieee.org/spotlight/when-is-an-election-verifiab`
`le/`

195. Just how lucky are regular lottery winners? *More or Less*, *BBC*,
3 December 2017. `http://www.bbc.co.uk/programmes/w3csvq3h`

194. Colorado's First-In-The-Nation Audit Takes The Next Step Toward
More Secure Elections, Ann Marie Awad, *All Things Considered*,
*National Public Radio*, 22 November 2017. `https://www.npr.org/`
`2017/11/22/566039611/colorado-launches-first-in-the-natio`
`n-post-election-audits` (Originally broadcast on *Colorado Public
Radio*, `http://www.cpr.org/news/story/colorado-s-first-in-th`
`e-nation-audit-takes-the-next-step-toward-more-secure-ele`
`ctions`)

193. Auditor General examining unusually frequent lottery wins identified
by PennLive, Daniel Simmons-Ritchie, *Penn Live*, 25 September 2017.
`http://www.pennlive.com/news/2017/09/auditor_general_exami`
`ning_freq.html`

192. Nationwide lottery project, like Post's, finds improbable winnings,
Lawrence Mower, *Palm Beach Post*, 22 September 2017. `http://www`
`.mypalmbeachpost.com/news/nationwide-lottery-project-like-`
`post-finds-improbable-winnings/Sj8QrpwbqyT3xs9gBVPJSP/`

191. When retailers win lottery prizes with luck that defies belief, could
officials be turning a blind eye?, Daniel Simmons-Ritchie, *Penn Live*,
15 September 2017. `http://www.pennlive.com/watchdog/2017/09/`
`defying_the_odds_part_3.html`

Stark CV 074

190. These Pennsylvania Lottery players have won more than a 100 times -
but how?, Daniel Simmons-Ritchie, *Penn Live*, 14 September 2017. `h
ttp://www.pennlive.com/watchdog/2017/09/defying_the_odds_p
art_2.html`

189. How did PennLive investigate America's 'luckiest' lottery players?,
Daniel Simmons-Ritchie and Jeff Kelly Lowenstein, *Penn Live*,
13 September 2017. `http://www.pennlive.com/watchdog/2017/09/
defying_the_odds_methodology.html`

188. The math behind PennLive's analysis of frequent lottery winners,
Daniel Simmons-Ritchie, *Penn Live*, 13 September 2017. `http://www
.pennlive.com/watchdog/2017/09/defying_the_odds_math.html`

187. The nation's 'luckiest' lottery winners may not be as lucky as they
seem, Daniel Simmons-Ritchie and Jeff Kelly Lowenstein, *Penn Live*,
13 September 2017. `http://www.pennlive.com/watchdog/2017/09/
defying_the_odds_part_1.html`

186. Risky business: How do restaurants succeed long term?, Megan
Favignano, *Columbia Daily Tribune*, 19 August 2017. `http://www.co
lumbiatribune.com/news/20170819/risky-business-how-do-rest
aurants-succeed-long-term`

185. In System With Little Oversight, Connecticut's Biggest Lottery
Winners Often Pay Huge Price, Matthew Kauffman, Dave Altimari,
and Jon William Allsop, *Hartford Courant*, 17 August 2017. `http://
www.courant.com/news/connecticut/hc-lottery-big-winners-20
170817-story.html`

184. Gaming the Lottery: Behind the Story, Jeff Kelly Lowenstein and
Raymond Joseph, *eNews Channel Africa*, 14 August 2017. `http://ww
w.enca.com/south-africa/gaming-the-lottery-behind-the-sto`

ry

183. Why are doctors and patients still at war over M.E.?  How the best treatment for the debilitating condition is one of the most bitterly contested areas in medicine, Jerome Burne, *The Daily Mail*, 14 August 2017. `http://www.dailymail.co.uk/news/article-4790904/Why-d octors-patients-war-M-E.html`

182. DefCon hackers made short work of voting machines.  Now what?, Matt Leonard, *GCN*, 8 August 2017. `https://gcn.com/articles/20 17/08/08/defcon-voting-hacking.aspx`

181. Colorado to require advanced post-election audits, Eric Geller, *Politico*, 17 July 2017. `http://www.politico.com/story/2017/07/17/color ado-post-election-audits-cybersecurity-240631`

180. Are edible weeds the next food trend?  Devika Bansal, *San Jose Mercury News*, 16 July 2017. `http://www.mercurynews.com/2017/0 7/16/is-picking-edible-weeds-off-the-streets-the-next-foo die-trend/`

179. Here's how to keep Russian hackers from attacking the 2018 elections, J. Alex Halderman and Justin Talbot-Zorn, *Washington Post*, 21 June 2017. `https://www.washingtonpost.com/news/posteverything/wp /2017/06/21/heres-how-to-keep-russian-hackers-from-attack ing-the-2018-elections/`

178. Do French Fries Kill You?  A Lesson in Correlation vs.  Causation, Leah Rosenbaum, *Seeker*, 16 June 2017. `https://www.seeker.com/h ealth/do-french-fries-kill-you-a-lesson-in-cargo-cult-sci ence`

177. White Men Of Academia Have An 'Objectivity' Problem, P.L. Thomas, *Huffington Post*, 9 June 2017. `http://www.huffingtonpost.com/en try/more-on-white-men-of-academia-student-and-self-evalua tion_us_593a8204e4b0b65670e56963`

176. The Voting Technology We Really Need? Paper, Lawrence Norden, *The Atlantic*, 10 May 2017. `https://www.theatlantic.com/techno logy/archive/2017/05/the-voting-technology-we-really-need -paper/524820/`

175. There's Probably a Salad's Worth of Greens On Your City Block, Glenn Jackson, *Bon Appetit / Healthy-ish*, 9 May 2017. (urban foraging, food security, food safety, nutrition) `http://www.bonappeti t.com/story/urban-foraging-philip-stark`

174. Foraging, an educational skill set that could one day be taught in public schools, Jessica Wyant, *The Pioneer*, 1 May 2017. (urban foraging, food security, food safety, nutrition) `http://piercepioneer news.com/11293/campus/11293/`

173. Berkeley Open Source Food Week promotes foraging, Gasia Mikaelian, *KTVU*, 20 April 2017. (urban foraging, food security, food safety) `ht tp://www.ktvu.com/news/249730521-story`

172. UC Berkeley professor shares love of edible, nutritious weeds, Rebecca Parr, *East Bay Times*, 24 March 2017. (urban foraging, food security, food safety) `http://www.eastbaytimes.com/2017/03/24/hayward-professor-shares-love-of-edible-nutritious-weeds/`

171. Women Professors' Salaries Have Gone Up More Than Men's—but the Wage Gap Is Still Widening, Suzannah Weiss, *Glamour*, 23 March 2017. (teaching evaluations, gender bias) `http://www.glamour.com/ story/women-professors-salaries-have-gone-up-more-than-me`

Stark CV 077

`nsbut-the-wage-gap-is-still-widening`

170. Inside the Recount, Steve Friess, *New Republic*, March 2017. (election integrity) `https://newrepublic.com/article/140254/inside-sto ry-trump-clinton-stein-presidential-election-recount`

169. Ratings Show Students Unfairly Favor Male Professors, Peter Musto, *Voice of America*, 13 February 2017. (teaching evaluations, gender bias) `http://learningenglish.voanews.com/a/ratemyprofessors -rating-system-unfair-to-females/3718237.html`

168. Voter Fraud Experts: Trump's "Bizarre" Claim Of Illegal Votes Could Lead To Severe Voter Restrictions. Journalists Urged To Call Out "Bogus" Assertion, Joe Strupp, *Media Matters*, 25 January 2017. (election integrity) `https://mediamatters.org/blog/2017/01/25/v oter-fraud-experts-trump-s-bizarre-claim-illegal-votes-co uld-lead-severe-voter-restrictions/215119`

167. Stein Camp Believes Recount Price Tag Was 'Jacked Up' to Discourage Audit, Oliver Ortega, *Who.What.Why*, 18 January 2017. (election integrity). `http://whowhatwhy.org/2017/01/18/stein-camp-belie ves-recount-price-tag-jacked-discourage-audit/`

166. Team at Rice builds machine to transform the way we vote, Dylan Baddour, *The Houston Chronicle*, 27 December 2016. (election integrity) `http://www.houstonchronicle.com/news/houston-texa s/houston/article/Team-at-Rice-builds-machine-to-transfor m-the-way-10821587.php`

165. Fact-checking the integrity of the vote in 2016, Jon Greenberg, *PolitiFact*, 17 December 2016. (election integrity) `http://www.polit ifact.com/truth-o-meter/article/2016/dec/17/fact-checking- claims-voter-fraud-2016/`

164. *RT America News*, Interview by Ed Schultz, 9 December 2016. (election integrity) `https://youtu.be/HUILuSbpKyM`

163. Secure American Democracy, Robert Schlesinger, *US News and World Reports*, 9 December 2016. (election integrity) `http://www.usnews.c om/opinion/articles/2016-12-09/3-reforms-for-americas-vul nerable-democracy-in-light-of-the-2016-election`

162. 7 Election Integrity and Cyber-Security Experts Say Stopping Michigan Recount Is a Corrupt Exercise of Power, Steven Rosenfeld, *AlterNet*, 8 December 2016. (election Integrity) `http://airwww.alte rnet.org/7-election-integrity-and-cyber-security-experts- say-stopping-michigan-recount-corrupt-exercise-power`

161. The Wisconsin recount may have a surprise in store after all, Stephen Ansolabehere, Barry C. Burden, Kenneth R. Mayer, and Charles Stewart III, *The Washington Post*, 5 December 2016. (election integrity) `https://www.washingtonpost.com/news/monkey-cage/w p/2016/12/05/the-wisconsin-recount-may-have-a-surprise-in -store-after-all/`

160. Could a Recount Overturn the Election? *The Economist*, 3 December 2016. (election integrity) `http://www.economist.com/news/united- states/21711055-recounting-votes-tedious-expensive-and-ca thartic-could-recount-overturn`

159. *KTVU 2 Fox News*, Interview, 2 December 2016. (election integrity)

158. The Kathleen Dunn Show, *Wisconsin Public Radio*, Interview, 1 December 2016. (election integrity) `http://www.wpr.org/listen/10 28671`

Stark CV 079

157. *KCBS Radio*, Interview with Doug Sovern, 1 December 2016. (election integrity)

156. What Would It Take to Fix The Voting System and Why Isn't Anybody Doing It?, Jeff Clyburn and Klaus Marre, *Who.What.Why?*, 1 December 2016. (election integrity) `http://whowhatwhy.org/2016/12/01/take-fix-voting-system-isnt-anybody/`

155. What 6 Top Election Experts Are Saying about the Next Big Step for the 2016 Recount, Steven Rosenfeld, *AlterNet*, 29 November 2016. (election integrity) `http://www.alternet.org/election-2016/what-6-top-election-experts-are-saying-about-next-big-step-2016-recount`

154. Judge rejects Stein's request for hand recount, Jason Stein, *Milwaukee Journal Sentinel*, 29 November 2016. (election integrity) `http://www.jsonline.com/story/news/politics/elections/2016/11/29/steins-recount-headed-court-tuesday/94598740/`

153. UC Berkeley professor calls for audit of presidential election votes, Ashley Wong, *The Daily Californian*, 29 November 2016. (election integrity) `http://www.dailycal.org/2016/11/28/uc-berkeley-professor-calls-for-audit-of-presidential-election-votes/`

152. Security experts join Jill Stein's 'election changing' recount campaign, Jon Swaine, *The Guardian*, 28 November 2016. (election integrity) `https://www.theguardian.com/us-news/2016/nov/29/security-experts-join-jill-steins-election-changing-recount-campaign`

151. *KTVU 2 Fox News*, Interview, 28 November 2016. (election integrity) `http://www.ktvu.com/news/220330952-story`

150. US election recount: how it began—and what effect it could have, Jon Swaine and Mona Chalabi, *The Guardian*, 28 November 2016.

(election integrity) `https://www.theguardian.com/us-news/2016/nov/28/election-recount-jill-stein-hillary-clinton-donald-trump`

149. *BBC World Service*, 25 November 2016. Interview by Dotun Adebayo. (election integrity)

148. *KCBS Radio*, 25 November 2016. Interview.  (election integrity)

147. *BBC World Service*, 24 November 2016. Interview.  (election integrity)

146. US election:  Leading statisticians call for vote audit over hacking fears, Harry Cockburn, *The Independent*, 23 November 2016. (election integrity) `http://www.independent.co.uk/news/world/americas/us-election-statisticians-vote-audit-hacking-donald-trump-hillary-clinton-a7434516.html`

145. Hacked or Not, Audit This Election (And All Future Ones), Andrew Greenberg, *Wired*, 23 November 2016. (election integrity) `https://www.wired.com/2016/11/hacked-not-audit-election-rest/`

144. Republicans Cannot Claim a Mandate When Hillary Clinton Has a 2 Million-Vote Lead, John Nichols, *The Nation*, 23 November 2016. (election integrity) `https://www.thenation.com/article/republicans-cannot-claim-a-mandate-when-hillary-clinton-has-a-two-million-vote-lead/`

143. Stop Saying the Election Was Rigged, Andrew Gelman, *Slate*, 22 November 2016. (election integrity) `http://www.slate.com/articles/health_and_science/science/2016/11/reports_claiming_the_election_was_rigged_are_wrong.html//`

142. Electoral Organizations Call For Nationwide Audit, Ethan Harfenist, *Vocativ*, 18 November 2016. (election integrity) `http://www.vocativ`

.com/377544/election-audit/

141. Against all Odds, Gavin Off and Adam Bell, *The Charlotte Observer*, 29 September 2016. (lottery fraud) http://www.charlotteobserver .com/news/special-reports/against-all-odds/

140. Exercise and therapy cure for ME seriously flawed, Tom Whipple, *The Times of London*, 28 September 2016. (myalgic encephalomyelitis, chronic fatigue syndrome, clinical trials)

139. Livestream interview: Audits in California—How to Improve, *Ballots for Bernie*, 25 September 2016. (election integrity) https://www.fac ebook.com/events/536276663233125/

138. Foraging: Where the wild foods are, Shannon Eblen, *Courier-Post / USA Today*, 21 September 2016. (urban foraging, food security, food safety) http://www.courierpostonline.com/story/life/2016/09/ 21/foraging-food-edibles-deptford/90494736/

137. Bad science misled millions with chronic fatigue syndrome. Here's how we fought back, Julie Rehmeyer, *STAT*, 21 September 2016. (chronic fatigue syndrome, analysis of clinical trials) https://www.statnews. com/2016/09/21/chronic-fatigue-syndrome-pace-trial/

136. How to Hack an Election in 7 Minutes, Ben Wofford, *Politico Magazine*, 5 August 2016. (election integrity, election auditing) http://ww w.politico.com/magazine/story/2016/08/2016-elections-russi a-hack-how-to-hack-an-election-in-seven-minutes-214144

135. Instead of Pokémon, Try Using Your Smartphone To Catch Tasty Wild Edibles, Jill Neimark, *Good*, 2 August 2016. (urban foraging, wild/feral food) https://food.good.is/articles/foragers-call-

`these-apps-the-tinder-for-wild-food`

134. The Bias in Student Course Evaluations, Joey Sprague, *Inside Higher Ed*, 17 June 2016. (teaching evaluations, gender bias) `https://www.insidehighered.com/advice/2016/06/17/removing-bias-student-evaluations-faculty-members-essay`

133. How One Professor Is Trying to Paint a Richer Portrait of Effective Teaching, Emma Pettit, *The Chronicle of Higher Education*, 16 June 2016. (teaching evaluations, gender bias) `http://chronicle.com/article/How-One-Professor-Is-Trying-to/236827`

132. Survival of the Smartest: Berkeley Prof Stocks Up On Skill to Outlast Apocalypse, Krissy Eliot, *California Magazine*, 31 May 2016. (urban foraging, cooking, food, trail running) `http://alumni.berkeley.edu/california-magazine/just-in/2016-05-31/survival-smartest-berkeley-prof-stocks-skill-outlast`

131. MSU Professors Read Mean Reviews, *Detroit Free Press*, 2 May 2016. (teaching evaluations, gender bias) `http://www.freep.com/story/news/local/michigan/2016/05/02/msu-professors-read-mean-reviews/83836716/`

130. Embracing 'Messy' Science, Colleen Flaherty, *Inside Higher Ed*, 15 March 2016. ($P$-values) `https://www.insidehighered.com/news/2016/03/15/american-statistical-association-seeks-usher-new-era-statistical-significance`

129. Are College Students Sexist? New Research Says They Grade Female Profs More Harshly, Krissy Eliot, *California Magazine*, 3 February 2016. (gender bias, teaching evaluations) `http://alumni.berkeley.edu/california-magazine/just-in/2016-02-03/are-college-students-sexist-new-research-says-they-grade`

Stark CV 083

128. Are student evaluations fair on female teachers?, Alecia Simmonds, *Daily Life*, 3 February 2016. (gender bias, teaching evaluations) `http ://www.dailylife.com.au/news-and-views/dl-opinion/are-stud ent-evaluations-fair-on-female-teachers-20160202-gmjuw6.h tml`

127. Scientists: Subtle Seismic Activity Hints at Predicting Large Quakes, Steve Herman, *Voice of America*, 28 January 2016. (earthquake prediction) `http://www.voanews.com/content/subtle-seismic-ac tivity-hints-predicting-large-quakes/3167842.html`

126. New Study Shows College Students Are Overwhelmingly Biased Against Female Professors: Student evaluations aren't just based on the effectiveness of teachers. Noelle Devoe, *Seventeen*, 27 January 2016. (gender bias, teaching evaluations) `http://www.seventeen.co m/life/school/news/a37577/new-study-shows-college-students -are-overwhelmingly-biased-against-female-professors/`

125. Les évaluations des enseignements par les étudiants et les stéréotypes de genre, Anne Boring, *The Conversation*, 26 January 2016. (gender bias, teaching evaluations) `https://theconversation.com/les-eva luations-des-enseignements-par-les-etudiants-et-les-stere otypes-de-genre-53590`

124. Students Are Kind of Harsh When Evaluating Their Female Professors, Tanya Basu, *New York Magazine*, 26 January 2016. (gender bias, teaching evaluations) `http://nymag.com/scienceofus/2016/01/stu dents-give-women-professors-worse-evaluations.html`

123. Student Evaluations Of College Professors Are Biased Against Women, Study Finds, Showing How Sexism Warps Our Views Of Competency, Erin Mckelle Fischer, *Bustle*, 26 January 2016. (gender bias, teaching evaluations) `http://www.bustle.com/articles/137889-student-e valuations-of-college-professors-are-biased-against-women`

Stark CV 084

`-study-finds-showing-how-sexism-warps-our`

122. New Study Shows That Students Overwhelmingly Prefer Male Professors to Female Ones, but does having a male teacher mean a higher GPA? Kate Dwye, *Teen Vogue*, 26 January 2016. (gender bias, teaching evaluations) `http://www.teenvogue.com/story/students-evaluate-male-professors-more-favorably`

121. Students Favor Male Professors Regardless of Their Skills and Teaching Style, Madeleine Davies, *Jezebel*, 25 January 2016 (gender bias, teaching evaluations) `http://jezebel.com/students-favor-male-professors-regardless-of-their-skil-1754947463`

120. Why Female Professors Get Lower Ratings, Anya Kamenetz, *NPR Education*, 25 January 2016. (gender bias, teaching evaluations) `http://www.npr.org/sections/ed/2016/01/25/463846130/why-women-professors-get-lower-ratings//`

119. The Glaring Flaw In Student Evaluations, Casey Quinlan, *Think Progress*, 14 January 2016. (gender bias, teaching evaluations) `http://thinkprogress.org/education/2016/01/14/3739455/gender-bias-professors/`

118. Bias Against Female Instructors, Colleen Flaherty, *Inside Higher Ed*, 11 January 2016. (gender bias, teaching evaluations) `https://www.insidehighered.com/news/2016/01/11/new-analysis-offers-more-evidence-against-student-evaluations-teaching`
Reprinted as It's Time to Kill the Student Evaluation: More and more evidence shows bias against female instructors, *Slate*, 14 January 2016. `http://www.slate.com/articles/life/inside_higher_ed/2016/01/student_evaluations_show_bias_against_female_instructors.html`

117. There's No Easy Fix for Gender Bias in Students' Evaluation of Teachers, Nathan Collins, *Pacific Standard*, 8 January 2016. (gender bias, teaching evaluations) `http://www.psmag.com/politics-and-l`

`aw/kids-will-be-gender-biased-kids`

116. Is food foraged in cities safe to eat?, Christina Boyes, *Civil Eats*, 11 November 11 2015. (urban foraging, nutrition, food safety) `http://c ivileats.com/2015/11/11/is-urban-foraging-cities-safe-to- eat-boston/`

115. Terra Verde interview, by Jason Mark, *KPFA*, 21 August 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http:// archives.kpfa.org/data/20150821-Fri1400.mp3`

114. Un repas au coin du bitume, Julie Zaugg, *Le Temps*, 8 August 2015. (urban foraging, nutrition, food equity, food security, sustainability) `h ttp://www.letemps.ch/Page/Uuid/e58f7054-3d24-11e5-9458-9f3 1f164eeae/Un_repas_au_coin_du_bitume`

113. A Walk on the Wild (Edibles) Side, Mark Bittman, *The New York Times*, 9 July 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.nytimes.com/2015/07/09/opin ion/mark-bittman-a-walk-on-the-wild-edibles-side.html`

112. Why Mark Bittman Is Eating Weeds on Oakland's Sidewalks, Yahoo Food Editors, *Yahoo! Food*, 9 July 2015. (urban foraging, nutrition, food equity, food security, sustainability) `https://www.yahoo.com/f ood/why-mark-bittman-is-eating-edible-weeds-on-1236628132 96.html`

111. The Logistics of Urban Food Foraging, Katherine Spiers, *KCET*, 8 July 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.kcet.org/living/food/the-nosh/the- logistics-of-urban-food-foraging.html`

110. With apps in hand, foragers find food underfoot, *Rustik Magazine*, 28 June 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://rustikmagazine.com/technology-urban-fo raging/`

109. Flawed Evaluations. Colleen Flaherty, *Inside Higher Ed*, 10 June 2015. (teaching evaluations) `https://www.insidehighered.com/new s/2015/06/10/aaup-committee-survey-data-raise-questions-e ffectiveness-student-teaching`

108. Take a walk on the wild (edible) side. Mark Bittman, *California Matters*, 8 June 2015. (urban foraging, nutrition, food equity, food security, sustainability) `https://youtu.be/F8BLU3iaLgM`

107. California Matters: Mark Bittman's Online Video Series Premieres with 'Take a Walk on the Wild (Edibles) Side'. Lisa Landers, *KQED*, 8 June 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://ww2.kqed.org/bayareabites/2015/06/08/c alifornia-matters-mark-bittmans-online-video-series-premi eres-with-take-a-walk-on-the-wild-edibles-side/`

106. Edible urban weeds—Oakland's sidewalk salads. Paul Belz, *Wild Oakland*, 30 May 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://wildoakland.org/2015/05/edible- urban-weeds-oaklands-sidewalk-salads/`

105. Eat Your Weeds: Get outside and forage for your food in the forests and sidewalk cracks of the East Bay. Sascha Bos, *East Bay Express*, 20 May 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.eastbayexpress.com/oakland/eat-you r-weeds/Content?oid=4289051`

104. Student Evaluations: Feared, Loathed, and Not Going Anywhere. Stacey Patton, *Chronicle of Higher Education*, 19 May 2015. (teaching

Stark CV 087

evaluations) `https://chroniclevitae.com/news/1011-student-ev`
`aluations-feared-loathed-and-not-going-anywhere`

103. Why Not Get Rid of Student Evaluations?  Stephen Burt, *Slate*, 15
   May 2015. (teaching evaluations) `http://www.slate.com/articles/`
   `life/education/2015/05/a_defense_of_student_evaluations_th`
   `ey_re_biased_misleading_and_extremely.html`

102. Q&A: Philip Stark.   Rose Hayden-Smith, *UC Food Observer*, 11
   May 2015.  (urban foraging, nutrition, food equity, food security,
   sustainability, ecology) `http://ucfoodobserver.com/2015/05/11/q`
   `a-philip-stark/`

101. Course evaluations get a failing grade in terms of effectiveness.  Riley
   Vetterkind, *The Badger Herald*, 30 April 2015. (teaching evaluations,
   misuse of statistics, gender bias) `https://badgerherald.com/news/`
   `2015/04/30/course-evaluations-get-a-failing-grade-in-term`
   `s-of-effectiveness/`

100. Dandelions Should Be the New Kale.    Emiko Jozuka, *Mother-*
   *board/Vice*, 27 April 2015. (urban foraging, nutrition, food equity,
   food security, sustainability) `http://motherboard.vice.com/read/d`
   `andelions-should-be-the-new-kale`

 99. Salad at Your Feet. Nicholas Boer, *Diablo Magazine*, 27 April 2015. `h`
   `ttp://www.diablomag.com/May-2015/Salad-at-Your-Feet/`

 98. Weeds are the future of healthy eating.  Jason Mark, *Salon.com*, 18
   April 2015.  (urban foraging, nutrition, food equity, food security,
   sustainability) `http://www.salon.com/2015/04/18/weeds_are_the`
   `_future_of_fine_dining_partner/`

97. Weed Eaters: Accompanying Berkeley's Urban Foragers from Weed Patch to Dining Table. Kristine A. Wong, *California Magazine*, 15 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://alumni.berkeley.edu/california-magazin e/just-in/2015-04-15/weed-eaters-accompanying-berkeleys-u rban-foragers-weed-patch`

96. Up Front with Vylma V, *KPFA Radio*, 9 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `https://kpfa.or g/episode/up-front-april-9-2015/` (at 30:02)

95. Bay Area Restaurants Cooking Weeds for Wild Food Week. Don Ford, *KPIX CBS News*, 8 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://sanfrancisco.cbslocal .com/2015/04/08/bay-area-restaurants-cooking-weeds-wild-f ood-week/`

94. Weeds — They're What's for Dinner, Jason Mark, *Earth Island Journal*, 8 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.earthisland.org/journal/ind ex.php/elist/eListRead/weeds_theyre_whats_for_dinner/`

93. The app that helps you discover edible weeds. Richard Taylor, *BBC*, 8 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.bbc.com/news/technology-32124855`

92. Wild Food Week Highlights Edible Weeds Going to Waste, Tamara Palmer, NBC Bay Area News, 6 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.nbcbayarea.c om/news/local/Wild-Food-Week-298812881.html`

91. KCBS News, 4 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.contactlenzcommunicatio ns.com/sitebuildercontent/sitebuilderfiles/wildweedsreplay`

*P.B. Stark: CV*                    *September 4, 2018*                    89

.mp3

90. How do you convince people to eat weeds? Aarian Marshall, *The Atlantic / CityLab*, 3 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.citylab.com/work/2015/04/how-do-you-convince-people-to-eat-weeds/389357/`

89. Wild Weeds, *Edible East Bay*, 1 April 2015. (Urban foraging, nutrition, food equity, food security, sustainability) `http://edibleeastbay.com/newsletter/wild-weeds/`

88. San Francisco Bay Restaurants Serving Weeds For Wild Food Week, *Growing Magazine*, 1 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.growingmagazine.com/take-control/san-francisco-bay-restaurants-serving-weeds-for-wild-food-week/`

87. Top San Francisco Bay Restaurants Serving 'Weeds' All Next Week, *Broadway World*, 31 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.broadwayworld.com/bwwfood-wine/article/Top-San-Francisco-Bay-Restaurants-Serving-Weeds-All-Next-Week-20150331`

86. Slinging Weeds: Wild Food Week, Luke Tsai, *East Bay Express*, 31 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.eastbayexpress.com/WhatTheFork/archives/2015/03/31/slinging-weeds-wild-food-week`

85. Wild Food Week: Bay Area dinner series showcases foraged plants, Paolo Lucchesi , *SF Gate*, 26 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://insidescoopsf.sfgate.com/blog/2015/03/26/wild-food-week-bay-area-dinner-series-showcases-foraged-plants/`

Stark CV 090

84. Professors tell America's poor to harvest weeds, Rhys Blakely, *The Times of London*, 7 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.thetimes.co.uk/tt o/news/world/americas/article4375062.ece`

83. Let Them Eat Weeds: App Helps People Forage Their Way out of Hunger, Sarah McColl, *TakePart*, 19 February 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.take part.com/article/2015/02/19/foraging-apps-food-insecurity`

82. The Food that Grows from Concrete, Olivia Cueva, *KALW*, 12 February 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://kalw.org/post/food-grows-concrete`

81. Snacking In-Between Sidewalks: Mapping Abundance of Wild Edibles in the Bay Area's Food Deserts, Angela Johnston, *KQED Bay Area Bites*, 5 February 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://blogs.kqed.org/bayareabites/201 5/02/05/snacking-in-between-sidewalks-mapping-abundance-o f-wild-edibles-in-the-bay-areas-food-deserts/`

80. Can urban foraging actually feed poor people? Nathanael Johnson, *Grist*, 30 January 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://grist.org/food/can-urban-foragi ng-actually-feed-poor-people/`

79. Foragers' Delight: Can Wild Foods Make City Dwellers Healthier? Madeleine Key, *Civil Eats*, 5 December 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://civileat s.com/2014/12/05/foragers-delight-can-wild-foods-make-cit y-dwellers-healthier/`

78. What's for Dinner? For These Urban Foragers in Berkeley, The Answer is Weeds, Eric Neumann, *California Magazine*, Winter 2014.

(urban foraging, nutrition, food equity, food security, sustainability) `h ttp://alumni.berkeley.edu/california-magazine/winter-2014- gender-assumptions/whats-dinner-these-urban-foragers-berk eley-answer`

77. 12 things you didn't know about holiday foods, UC Newsroom, 24 November 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://universityofcalifornia.edu/news/12-thi ngs-you-didnt-know-about-holiday-foods`

76. Weed Eaters: These guys want you to eat weeds—and they'll show you where to find 'em, Alisa Opar, NRDC *onEarth*, 24 November 2014. (urban foraging, nutrition, food equity, food security, sustainability) `h ttp://www.onearth.org/earthwire/weed-eaters`

75. Foragers find bounty of edibles in urban food deserts, Gretchen Kell, UC Berkeley Media Relations, 17 November 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://newscent er.berkeley.edu/2014/11/17/urban-foraging/`

74. How Many Ballots Do You Have To Count To Know Whether An Election Was Rigged? Short answer: Surprisingly few. Rafi Letzter, *Popular Science*, 4 November 2014. (Election integrity, auditing) `htt p://www.popsci.com/article/science/how-many-ballots-do-you -have-count-know-whether-election-was-rigged`

73. A New Voting Machine Could Make Sure Every Vote Really Counts. That is, if it ever gets used. Rafi Letzter, *Popular Science*, 4 November 2014. (Election integrity, auditing) `http://www.popsci.com/articl e/technology/new-voting-machine-could-make-sure-every-vot e-really-counts`

72. Can we trust the Internet with our most basic civic duty? DecodeDC ponders the future of voting, Miranda Green and Andrea Seabrook,

*NewsNet5 ABC*, 31 October 2014. (Election integrity) `http://www.n
ewsnet5.com/decodedc/podcast/can-we-trust-the-internet-wi
th-our-most-basic-civic-duty`

71. Cal professors on the hunt for edible, nutritious East Bay weeds,
    Carolyn Jones, *The San Francisco Chronicle* and SFGate, 25 October
    2014. (urban foraging, nutrition, food equity, food security, sustain-
    ability) `http://www.sfgate.com/bayarea/article/Cal-professor
    s-on-the-hunt-for-edible-nutritious-5846111.php`, `http://ww
    w.sfchronicle.com/bayarea/article/Cal-professors-on-the-hu
    nt-for-edible-nutritious-5846111.php`

70. Course evaluations ineffective, misused, report finds, Mina Corpuz,
    *The Daily Free Press*, 3 October 2014. (Evaluating teaching, misuse
    of Statistics) `http://dailyfreepress.com/2014/10/03/course-eva
    luations-ineffective-misused-study-finds/`

69. Course evaluations slammed as ineffective: A Berkeley professor said
    the evaluations aren't a good gauge of a class, Noelle Wells, *The Daily
    Tar Heel*, 2 October 2014. (Evaluating teaching, misuse of Statistics)
    `http://www.dailytarheel.com/article/2014/10/coures-evaluat
    ions-slammed%20as%20ineffective`

68. Professor gives low rating to effectiveness of current teaching evalua-
    tions, Siera Stalcup, *The Daily Cal*, 30 September 2014. (Evaluating
    teaching, misuse of Statistics) `http://www.dailycal.org/2014/09/2
    9/effectiveness-student-course-evaluations/`

67. Student Course Evaluations Get An 'F,' Anya Kamenetz, *NPR
    Education Blog*, 26 September 2014. (Evaluating teaching, misuse of
    Statistics) `http://www.npr.org/blogs/ed/2014/09/26/345515451/
    student-course-evaluations-get-an-f`

Stark CV 093

66. 2 scholars flunk course evaluations as measures of teaching quality, Dan Berrett, *Chronicle of Higher Education*, p. A16, 26 September 2014 `http://chronicle.texterity.com/chronicle/20140926a?su b_id=2FQNKVDXMnsU#pg16`

    Scholars Take Aim at Student Evaluations' 'Air of Objectivity', Dan Berrett, *Chronicle of Higher Education*, 18 September 2014. (Evaluating teaching, misuse of Statistics) `http://chronicle.com/a rticle/Scholars-Take-Aim-at-Student/148859/`

65. Making sure the votes count: Arapahoe County is pilot site, Ernest Luning, *The Colorado Statesman*, 15 August 2014. Also *Colorado Springs Independent*, 15 August 2014. (Statistical audits, election integrity) `http://www.coloradostatesman.com/content/995064-m aking-sure-votes-count`

64. Arapahoe County pioneering use of new vote verification system, John Aguilar, *The Denver Post*, 15 August 2014. (Statistical audits, election integrity) `http://www.denverpost.com/news/ci_26339735/ arapahoe-county-pioneering-use-new-vote-verification-syst em`

63. Arapahoe Co. begins testing new ballot-counting system, Megan Verlee, *Colorado Public Radio*, 13 August 2014 (air date). (Statistical audits, election integrity) `http://www.cpr.org/news/story/arapah oe-co-begins-testing-new-ballot-counting-system`

62. Don't blame John Pérez for the state's abhorrent recount rules, Daniel Borenstein, *Contra Costa Times*, 25 July 2014. (Statistical audits, recounts, election integrity) `http://www.contracostatimes.com/dan iel-borenstein/ci_26211948/daniel-borenstein-dont-blame-j ohn-perez-states-abhorrent`

61. California law sought to prevent recount fights, Jim Miller, *The Sacramento Bee*, 1 July 2014. (Risk-limiting audits, recounts, election

integrity)
`http://blogs.sacbee.com/capitolalertlatest/2014/07/a-calif`
`ornia-law-on-the.html`

60. Lock the Vote, Julie Rehmeyer, *Discover Magazine*, July/August 2014. (STAR-Vote election system, election integrity)

59. Reproducible and Collaborative Statistical Data Science, Sarah Hillenbrand, *Berkeley Science Review*, 11 June 2014. (Reproducibility, education)
`http://berkeleysciencereview.com/reproducible-collaborativ`
`e-data-science/`

58. Lottery odds: To win, you'd have to be a loser. Lawrence Mower, *Palm Beach Post*, 28 March 2014. (Lottery fraud)
`http://www.mypalmbeachpost.com/news/news/lottery-odds-to-w`
`in-youd-have-to-be-a-loser/nfL57`

57. How Might Economics Education Be Improved? Michael O'Hare, Ten Miles Square, *Washington Monthly*, 21 October 2013. (Evaluating teaching)
`http://www.washingtonmonthly.com/ten-miles-square/2013/10/`
`how_might_economics_education047441.php`

56. From geeky to cool: Statistics is Berkeley's fastest-growing major. Carol Ness, Berkeley NewsCenter, 16 April 2013. (growth in Statistics)
`http://newscenter.berkeley.edu/2013/04/16/from-geeky-to-co`
`ol-statistics-is-berkeleys-fastest-growing-major`

55. The Upbeat Stats on Statistics. Carl Bialik, *The Wall Street Journal*, 1 March 2013. (growth in Statistics)
`http://blogs.wsj.com/numbersguy/the-upbeat-stats-on-statis`
`tics-1216`

Stark CV 095

*P.B. Stark: CV*                    *September 4, 2018*                    95

54. As Ohio Faces Vote-Rigging Lawsuit, Are Dems, Liberals, Election Officials Ready to Safeguard Votes? Art Levine, *The Huffington Post*, 2 November 2012. (election integrity)
    `http://www.huffingtonpost.com/art-levine/mia-in-voting-mac`
    `hine-war_b_2054411.html?utm_hp_ref=voting-rights`

53. Will the Next Election be Hacked? Michael Agresta, *The Wall Street Journal*, 17 August 2012. (election integrity)
    `http://online.wsj.com/article/SB10000872396390444508504577`
    `595280674870186.html`

52. Saving throw: securing democracy with stats, spreadsheets, and 10-sided dice: "Risk-limiting audits" use sound math to make sure the right candidate won. Cyrus Farivar, *Ars Technica*, 24 July 2012. (Election auditing)
    `http://arstechnica.com/tech-policy/2012/07/saving-american`
    `-elections-with-10-sided-dice-one-stats-profs-quest/`

51. New audit method could improve detection of flaws—and fix them. Adam Playford and Pat Beall, *Palm Beach Post*, 8 May 2012. (Election auditing)
    `http://www.palmbeachpost.com/news/new-post-election-audit-`
    `method-could-improve-detection-2346480.html`

50. Florida law hinders vote audits. Adam Playford and Pat Beall, *Palm Beach Post*, 8 May 2012. (election integrity)
    `http://www.palmbeachpost.com/news/florida-law-hinders-vote`
    `-audits-2346483.html`

49. Imagining a Census Survey Without a Mandate. Carl Bialik, *The Wall Street Journal*, 30 March 2012. (census)
    `http://blogs.wsj.com/numbersguy/imagining-a-census-survey-`
    `without-a-mandate-1129/`

48. Are large earthquakes increasing in frequency? Deanna Conners, *EarthSky*, 4 March 2012. (Earthquake clustering) `http://earthsky.org/earth/are-large-earthquakes-increasing-in-frequency`

47. New Equation for Voting Technology: Auditing > Testing? Doug Chapin, University of Minnesota Program for excellence in Election Administration, 12 January 2012. `http://blog.lib.umn.edu/cspg/peea/2012/01/new_equation_for_voting_techno.php`

46. Cuyahoga County elections board leads pack in testing, auditing. Laura Johnston, *The Plain Dealer*, 1 January 2012. (risk-limiting audits, election integrity) `http://blog.cleveland.com/metro/2012/01/cuyahoga_county_elections_boar_5.html`

45. Radio Australia "Connect Asia" program, 21 December 2011. (live appearance re earthquake clustering) `http://www.radioaustralia.net.au/connectasia/`

44. Geologists wonder if the Northwest is up next for a giant earthquake. Joe Rojas-Burke, *The Oregonian*, 21 December 2011. Syndicated in Middle East North Africa Financial Network. (Earthquake clustering) `http://www.oregonlive.com/environment/index.ssf/2011/12/geologists_wonder_if_the_north.html` `http://www.menafn.com/qn_news_story.asp?storyid=%7B1ee57506-581b-4e99-a8be-41b9f35197e5%7D`

43. Mega-quake clusters unlikely: study. Anna Salleh, *ABC*, 20 December 2011. (Earthquake clustering) `http://www.abc.net.au/science/articles/2011/12/20/3394245.htm`

Stark CV 097

42. Rest Your Fears: Big Earthquakes Not on the Rise. Stephanie Pappas, LiveScience, 9 December 2011. Syndicated in *MSNBC* and *Fox News* 10 December 2011. (Earthquake clustering) `http://www.livescienc e.com/17400-big-earthquakes-random.html http://www.msnbc.m sn.com/id/45616503/ns/technology_and_science-science/#.Tue IXGB8-oc http://www.foxnews.com/scitech/2011/12/10/rest-yo ur-fears-big-earthquakes-not-on-rise/`

41. San Luis Obispo takes part in pilot program for ballot audits. Bethany Tucker, *KSBY News*, 12 September 2011. (Election auditing) `http:/ /www.ksby.com/news/san-luis-obispo-takes-part-in-pilot-pr ogram-for-ballot-audits/`

40. In This Dating Game, the Best Match Could Be Years Away. Carl Bialik, *The Wall Street Journal*, 16 July 2011. (numerical coincidences) `http://online.wsj.com/article/SB1000142405270230452 130457644789211593946.html`

39. Dozens of personal care products mislabeled as 'organic,' lawsuit says. Joanna Lin, *California Watch*, 20 June 2011. `http://californiawat ch.org/dailyreport/dozens-personal-care-products-mislabele d-organic-lawsuit-says-10873`

38. San Jose siblings two years apart, born on the same day at the same time. Jane J. Lee, *Silicon Valley Mercury News*, 14 June 2011. (numerical coincidences) `http://www.mercurynews.com/breaking-n ews/ci_18273248?nclick_check=1`

37. O.C. could see fewer election recounts. Martin Wisckol, *Orange County Register*, 6 May 2011. (Election auditing) `http://totalbuzz .ocregister.com/2011/05/06/o-c-could-see-fewer-election-r ecounts/52659/`

Stark CV 098

36. Consumer Reports Cops to Chrysler Data Gaps. Eric Mayne, WardsAuto.com, 2 March 2011. `http://wardsauto.com/ar/consumer_re` `ports_chrysler_110302/`

35. Experts shouldn't be needed to call outcome of election. *Albany Times Sun Union*, 1 January 2011. (Election auditing) `http://www.timesun` `ion.com/opinion/article/Experts-shouldn-t-be-needed-to-ca` `ll-outcome-of-930928.php`

34. Equation: Calculating Ballot Bungles is all about the P-Value. Julie Rehmeyer, *Wired*, November 2010, p.56. (Election auditing) `http://` `www.wired.com/magazine/2010/11/st_equation_votes/`

33. Fifty million to one: Mother defies odds to give birth on 10.10.10 after two others were born on 09.09.09 and 08.08.08. *Daily Mail*, 15 October 2010. (numerical coincidences) `http://www.dailymail.co.uk/news/` `article-1320840/Fifty-million-Mother-defies-odds-birth-10` `-10-10-born-09-09-09-08-08-08.html?ito=feeds-newsxml`

32. Mom's babies born on 8-8-08, 9-9-09, 10-10-10. Elizabeth Weise, *USA TODAY*, 14 October 2010. (numerical coincidences) `http://www.usa` `today.com/yourlife/parenting-family/babies/2010-10-14-Birt` `hday14_ST_N.htm`

31. UC Berkeley Professor's Auditing System Aims to Count Votes More Accurately. Claire Perlman, *Daily Californian*, 28 April 2010. (Election auditing) `http://www.dailycal.org/article/109295/uc_` `berkeley_professor_s_auditing_system_aims_to_co`

30. California Assembly committee endorses UC Berkeley statistician's election auditing method. Robert Sanders, Media Relations, *UCBerkeleyNews*, 26 April 2010. (Election auditing) `http://www.berkeley.e` `du/news/media/releases/2010/04/26_canvass.shtml`

29. Ready or Not.  Cosma Shalizi, *American Scientist*, March 2010. (Earthquake prediction) `http://www.americanscientist.org/book shelf/pub/ready-or-not`

28. Judge upholds November election of Novato Sanitary District board. Brent Ainsworth, *The Marin Independent Journal*, 8 March 2010. (Contested election) `http://www.marinij.com/marinnews/ci_14636 416`

27. Novato Sanitary election fight rolls on.  Jim Welte, *The Marin Independent Journal*, 23 February 2010. (Contested election) `http:// www.marinij.com/marinnews/ci_14456925`

26. Novato Sanitary board race tightens. Jim Welte, *The Marin Independent Journal*, 12 November 2009.  (Contested election) `http://www.m arinij.com/election/ci_13773039`

25. AIDS Vaccine Trial Shows Only Slight Protection. Donald G. McNeil Jr., *New York Times*, 21 October 2009. (epidemiology) `http://www.n ytimes.com/2009/10/21/health/research/21vaccine.html?_r=1`

24. China To Require Filtering Software On PCs.  Thomas Claburn, *Information Week*, 8 June 2009. (Internet content filtering) `http://w ww.informationweek.com/news/internet/policy/showArticle.jh tml?articleID=217800108&section=All+Stories`

23. KQED-FM Forum program on the Census, 6 March 2009.  (live appearance re census)

22. Census, partisan wrangling go hand-in-hand. Tyche Hendricks, *Scripps News*, 23 February 2009.  (census) `http://www.scrippsnews.com/no de/41139`

21. Why the census is always political. Tyche Hendricks, *San Francisco Chronicle*, 22 February 2009. (census) `http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2009/02/22/MNPB161PBV.DTL`

20. He's Out for the Count. Mark Hosenball, *NEWSWEEK*, 14 February 2009, Magazine issue dated 23 February 2009. (census) `http://www.newsweek.com/id/184802`

19. Measure B court challenge heads to San Francisco. Karen de Sá, *Mercury News*, 1 December 2008. (election integrity) `http://www.mercurynews.com/politics/ci_11113510`

18. New Election Audit Targets Close Races. Laura Snider, *Daily Camera*, 26 November 2008. (risk-limiting audits, election integrity) `http://www.dailycamera.com/news/2008/nov/26/new-election-audit-targets-close-races/`

17. Counting Continues for Elections Department. *Redwood Times*, 19 November 2008. (risk-limiting audits, election integrity) `http://www.redwoodtimes.com/local/ci_11023304`

16. Checking It Twice. Julie J. Rehmeyer, *Science News*, 19 January 2008. (Election auditing) `http://www.sciencenews.org/view/generic/id/9292/title/Math_Trek__Checking_It_Twice`

15. *Reelz Channel Dailies* "Is it Real?" Reelz Channel, 15 June 2007. (gambling odds, probability)

14. Internet is 99 per cent porn free. Iain Thomson, *vnunet.com*, 15 November 2006. (Internet content filtering) `http://www.vnunet.com/vnunet/news/2168636/internet-per-cent-porn-free`

*P.B. Stark: CV*                     *September 4, 2018*                     101

13. Internet Content Filters Fail to Block Sexually Explicit Material. Thomas Claburn, *Information Week*, 14 November 2006. (Internet content filtering) `http://www.informationweek.com/news/showArt icle.jhtml?articleID=194300677&section=All+Stories`

12. 1 percent of Web sites deemed pornographic.  Maryclaire Dale, *Associated Press*, 14 November 2006. (Internet content filtering) `http ://www.msnbc.msn.com/id/15721799/`

11. Only 1 percent of Web pages have porn?  Declan McCullagh, *News.com*, 14 November 2006. (Internet content filtering) `http://ww w.news.com/8301-10784_3-6135662-7.html`

10. U.S., Google Set to Face Off in Court.  Michael Liedtke, *Associated Press*, 14 March 2006. (Internet content filtering) `http://www.sfgat e.com/cgi-bin/article.cgi?file=/n/a/2006/03/13/financial/f 133050S47.DTL&type=printable`

 9. Google privacy issue enters court. *Al Jazeera*, 14 March 2006. (Internet content filtering) `http://english.aljazeera.net/archive/2006/0 3/2008410131655473737.html`

 8. In Case About Google's Secrets, Yours Are Safe. Adam Liptak, *New York Times*, 26 January 2006. (Internet content filtering) `http://www .nytimes.com/2006/01/26/technology/in-case-about-googles-s ecrets-yours-are-safe.html`

 7. Google Resists U.S. Subpoena of Search Data. Katie Hafner and Matt Richtel, *New York Times*, 20 January 2006. (Internet content filtering) `http://www.nytimes.com/2006/01/20/technology/20google.html ?pagewanted=1`

6. Feds take porn fight to Google. Declan McCullagh and Elinor Mills, *CNET News*, 19 January 2006. (Internet content filtering) `https://w ww.cnet.com/news/feds-take-porn-fight-to-google/`

5. *AFC NewSource* story on airline security [Airings: The Osgood File (CBS Radio Network), 29 July 2003, 18 February 2003; KRON-TV (San Francisco), 3 February 2003]. (statistical auditing, security) `htt p://www.acfnewsource.org/science/random_security.html`

4. *The Fred Ebert Show* program on probability and statistics. KIRO 710, Seattle, WA, 27 October 2003. (live appearance re the Monty Hall problem, Statistics, Probability)

3. *ABC 7 News* story on census adjustment, 30 November 1998. (recorded appearance re census)

2. KQED-FM Forum program on the 2000 Census, San Francisco, CA, 17 July 1998. (live appearance re census) `http://www.kqed.org/rad io/programs/forum/`

1. How deep is an earthquake? *Science News*, 2 March 1985. (Deep earthquakes)


## Teaching and Advising

### Courses

BerkeleyX 2.1x* `https://www.edx.org/course/uc-berkeleyx/uc-b erkeleyx-stat2-1x-introduction-594`, an Introductory Statistics MOOC (52,661 students enrolled in first offering; 15.5% completion rate. As of 21 October 2015, this was one of the 50 most popular MOOCs of all time)

BerkeleyX 2.2x* `https://www.edx.org/course/uc-berkeleyx/uc-b erkeleyx-stat2-2x-introduction-685`, an Introductory Statistics MOOC (20,871 students enrolled in first offering; 17% completion rate)

BerkeleyX 2.3x* `https://www.edx.org/course/uc-berkeleyx/uc-b erkeleyx-stat2-3x-introduction-825`, an Introductory Statistics MOOC (22,443 students enrolled in first offering; 12% completion rate)

Introduction to Statistics (Statistics 2)

Introduction to Probability and Statistics (Statistics 20)

Introductory Probability and Statistics for Business (Statistics 21, N21*, W21*)

Introduction to Probability and Statistics for Scientists and Engineers (Statistics 25)

Societal Risks and the Law* (Statistics C79)

Freshman Seminar on Statistics (Statistics 39)

Statistical Inferences for Social and Life Scientists (Statistics 131A)

Concepts of Probability (Statistics 134)

Concepts of Statistics (Statistics 135)

Linear Modeling: Theory and Applications (Statistics 151A)

Nonparametric Inference and Sensitivity Auditing with Applications to Social Good* (Statistics 157)

Reproducible and Collaborative Statistical Data Science* (Statistics 157, now 159/259). Video review: `http://youtu.be/Bq71Pqdukeo`

Probability and Statistics for Physical Science and Engineering PhD Students*

Statistics for Engineering PhD students*

Introduction to Probability and Statistics at an Advanced Level (Statistics 200A)

Theoretical Statistics (Statistics 210B)

Statistical Models: Theory and Applications (Statistics 215A, Statistics 215B)

Not enough Statistics for Journalists* (Journalism 219)

Statistics Masters Program Capstone* (Statistics 222)

Nonparametric and Robust Methods (Statistics 240)

Topics in Probability and Statistics (Statistics 260)

Statistical Consulting (Statistics 272)

* Course I created or co-created.

## Former Graduate Students and Postdocs

Imola K. Fodor, Roche

Johann Gagnon-Bartsch, University of California, Berkeley

Christopher R. Genovese, Carnegie Mellon University

Niklaus W. Hengartner, Los Alamos National Laboratory

Janne Huttunen, University of Auckland and University of Kuopio

Bradley Luen, Indiana University

Tian Luo, U.S. Bureau of Labor Statistics

Dmitry I. Nikolayev, Schmidt Institute for Physics of the Earth

R. Jay Pulliam, University of Texas at Austin

Karthik Ram, University of California, Berkeley

Jeffery Regier, University of California, Berkeley

Chad M. Schafer, Carnegie Mellon University

Daniel Turek, University of California, Berkeley

Vincent S. Yates, Yammer

*P.B. Stark: CV*　　　　　　　　*September 4, 2018*　　　　　　　105

## Graduate Committees

1. Alameida, Jose, Mathematics. Ph.D. qualifying examination, 2008

2. Atz, Milos, Nuclear Engineering. Ph.D. qualifying examination, 2018

3. Bach, Andre, Physics. Ph.D. qualifying examination, 2011

4. Bar-Yossef, Ziv, Computer Science. Ph.D. qualifying examination, 2001; dissertation committee, "The Complexity of Massive Data Set Computations," 2002

5. Bein, Ed, Biostatistics. MA examination, 2002

6. Berny, Axel Dominique, EECS. Ph.D. qualifying examination, 2004; dissertation committee, "Analysis and Design of Wideband LC VCOs," 2006

7. Bertelli, E., IEOR. Ph.D. qualifying examination, 2018

8. Bloniarz, Adam, Statistics. Ph.D. qualifying examination, 2014

9. Bodik, Peter, Computer Science. Ph.D. qualifying examination, 2007; dissertation committee, "Automating Datacenter Operations Using Machine Learning," 2010

10. Bowman, John Penfield, IEOR. Ph.D. qualifying examination, 2003

11. Bunn, Emory Freeman, Physics. Ph.D. qualifying examination, 1994; dissertation committee, "Statistical Analysis of Cosmic Microwave Background Anisotropy," 1995

12. Burleigh, Kaylan, Astronomy. Ph.D. qualifying examination, 2016, 2017; dissertation committee, "A Monte Carlo Method for Identifying Imaging Systematics in Galaxy Surveys," 2018

13. Burstein, Richard David II, Mathematics. Ph.D. qualifying examination, 2004; dissertation committee, "Hadamard Subfactors of Bisch-Haagerup Type," 2008

14. Buttrey, Samuel Edward, Statistics. Ph.D. qualifying examination, 1994; dissertation committee, "Nearest-Neighbor Classification with Categorical Variables," 1996

15. Calef, Brandoch Hugh, Applied Mathematics. Ph.D. qualifying examination, 1997; dissertation committee, "Optimal Sampling of the Discrete Fourier Transform," 2002

16. Charman, Andrew Emile, Physics. Ph.D. qualifying examination, 2003; dissertation committee, "Random Aspects of Beam Physics and Laser-Plasma Interactions," 2006

17. Chen, Raymond Lei, EECS. Ph.D. qualifying examination, 1993; dissertation committee, "A Qualitative Modeling Framework of Semiconductor Manufacturing Processes: Self-Learning Fuzzy Inference System and the Statistical Analysis of Categorical Data," 1994

18. Chien, George, EECS. Ph.D. qualifying examination, 1998

19. Fernandez, Arturo, Statistics. Ph.D. qualifying examination, 2017

20. Feldman, Arnold R., EECS. Ph.D. qualifying examination, 1995; dissertation committee, "High-Speed, Low-Power Sigma-Delta Modulators for RF Baseband Channel Applications," 1997

21. Fodor, Imola K., Statistics. Ph.D. qualifying examination, 1997; chair, dissertation committee, "Spectrum Estimation in Helioseismology," 1999

22. Fong, Keng Leong, EECS. Ph.D. qualifying examination, 1996; dissertation committee, "Design and Optimization Techniques for Monolithic RF Downconversion Mixers," 1997

23. Gagnon-Bartsch, Johann, Statistics. Ph.D. qualifying examination, 2009; co-chair, dissertation committee "Removing Unwanted Variation from Microarray Data with Negative Controls," 2012

24. Gawiser, Eric Joseph, Physics. Ph.D. qualifying examination, 1998

25. Genovese, Christopher Ralph, Statistics. Ph.D. qualifying examination, 1992; chair, dissertation committee, "Statistical Problems in Helioseismology," 1994

26. Goldman, Megan, Biostatistics. Chair, Ph.D. qualifying examination, 2009

27. Gung, Yuan-Cheng, Geophysics.  Dissertation committee, "Q Tomography of the Earth Mantle," 2003

28. Hansen, Bendek, Statistics.  Chair, MA thesis committee, "Minimax Expected Length Confidence Intervals," 2000

29. Hansen, Mark Henry, Statistics.  Chair, Ph.D. qualifying examination, 1992

30. Hengartner, Niklaus Walther, Statistics.  Co-chair, dissertation committee, "Topics in Density Estimation," 1993

31. Higgins, Mike, Statistics.  Ph.D. qualifying examination, 2009, 2010

32. Huang, Hsiang-Ping, Mathematics.  Ph.D. qualifying examination, 1996

33. Huang, Jianhua, Statistics.  Ph.D. qualifying examination, 1994; dissertation committee, "Topics in Extended Linear Modeling," 1997

34. Huang, Yuanlin, Civil Engineering.  Ph.D. qualifying examination, 1993, 1994

35. Jiang, Xuesong, EECS. Ph.D. qualifying examination, 2001

36. Jones, David Morgan, Mathematics.  Ph.D. qualifying examination, 1994; dissertation committee, "On Modular Galois Representations in Characteristic 3," 1998

37. Katsis, Dimitrios, EECS. Ph.D. qualifying examination, 2005

38. Kiesling, Max Karl, Civil Engineering.  Ph.D. qualifying examination, 1994

39. Kuusela, Mikael Johan, Statistics, École Polytechnique Fédérale de Lausanne, dissertation committee, "Uncertainty quantification in unfolding elementary particle spectra at the Large Hadron Collider," 2016

40. Li, Bo, Statistics.  Ph.D. qualifying examination, 2004

41. Li, Wenyu, Mechanical Engineering.  Ph.D. qualifying examination, 2017

42. Loscutoff, Peter, Physics. Ph.D. qualifying examination, 2011; dissertation committee, "Search for resonant $WZ \to \ell\nu\ell\ell$ production using $13fb^{71}$ in $\sqrt{s} = 8TeV$ $pp$ collisions with the ATLAS detector," 2013

43. Luen, Bradley, Statistics. Ph.D. qualifying examination, 2006; Chair, dissertation committee, "Earthquake Prediction: Simple Methods for Complex Phenomena," 2010

44. Luo, Tian, Statistics. MA thesis chair, "Nonparametric estimation of business survival with an application to restaurant startups," 2014

45. Madar, Vered, Statistics and Operations Research, Tel Aviv University. MA thesis committee, "Non-equivariant confidence intervals," 2002; Ph.D. committee, "Simultaneous Confidence Intervals for Multiple Parameters with More Power to Determine the Sign," 2007

46. Megnin, Charles Henri, Geophysics. Ph.D. qualifying examination, 1996; dissertation committee, "The Shear Velocity Structure of the Mantle from the Inversion of Time-Domain Waveform Data," 1999

47. Mieler, Michael William, Civil Engineering. Ph.D. qualifying examination, 2011

48. Millman, Kenneth Jarrod, Biostatistics. MA thesis committee, "permute—a Python package for permutation tests and confidence sets," 2015

49. Miratrix, Luke W., Statistics. Chair, Ph.D. qualifying examination, 2010

50. Mohanty, Sudatta, Civil Engineering. Ph.D. qualifying examination, 2017

51. Murmann, Boris, EECS. Ph.D. qualifying examination, 2002; dissertation committee, "Digital Calibration for Low-Power High-Performance A/D Conversion," 2003

52. Oreluk, James, Mechanical Engineering. Ph.D. qualifying examination, 2017

53. Ottoboni, Kellie, Statistics. Ph.D. qualifying examination, 2017

54. Ou, Jeffrey Jiajiunn, EECS. Ph.D. qualifying examination, 1995

55. Petkov, Vladimir Plamenov, EECS. Ph.D. qualifying examination, 2003

56. Poobuapheun, Nuntachai, EECS. Ph.D. qualifying examination, 2005; dissertation committee, "LNA and Mixer Designs for Multi-Band Receiver Front-Ends," 2009

57. Puente, Suzette, Statistics. M.A. committee, 2013

58. Pulliam, R. Jay, Geophysics. Ph.D. dissertation committee, "Imaging Earth's Interior: Tomographic Inversion of Mantle P-Wave Velocity Structure," 1991

59. Qian, Kun, EECS. Ph.D. qualifying examination, 2009; dissertation committee, "Variability Modeling and Statistical Parameter Extraction for CMOS Devices," 2015

60. Regier, Jeffery, Statistics. Chair, M.A. committee, 2013; dissertation committee, "Topics in large-scale statistical inference," 2016

61. Rein, Steven Richard, Statistics. Chair, Ph.D. qualifying examination, 1990

62. Rossi, Jim, Journalism. M.A. thesis committee, "Reverse-engineering the Echo Chamber," 2017

63. Schafer, Chad Michael, Statistics. Ph.D. qualifying examination, 2001; chair, dissertation committee, "Constructing Confidence Regions of Optimal Expected Size: Theory and Application to Cosmic Microwave Inference," 2004

64. Son, Sang Won, EECS. Ph.D. qualifying examination, 2000; dissertation committee, "High Dynamic Range CMOS Mixer Design," 2002

65. Stern, Aaron James, Computational Biology. Ph.D. qualifying examination, 2017.

66. Suzuki, Toru, Demography. Ph.D. qualifying examination, 1995; dissertation committee, "Projection of Households in Japan with a Dynamic Macro-Simulation Model," 1999

67. Tee, Luns, EECS. Ph.D. qualifying examination, 2001

68. Tenorio, Luis-Francisco, Mathematics. Ph.D. dissertation committee, "Asymptotic Dynamics of Locally Oblique Solitary Wave Solutions of the KP Equation," 1992

69. Thompson, Neil, Statistics. M.A. committee, 2012

70. To, Albert Chi Fu, Statistics. M.A. committee, 2005

71. Wagner, Tim Allen, CS. Ph.D. qualifying examination, 1995; dissertation committee, "Practical Algorithms for Incremental Software Development Environments," 1997

72. Wang, Jason, Astronomy. Ph.D. qualifying examination, 2017; dissertation committee, "Footage of Other Worlds: Unveiling the Dynamical Architecture of Young Exoplanetary Systems," 2018

73. Wicks, Charles Wesley Jr., Geophysics. Ph.D. qualifying examination, 1990; dissertation committee, "An Investigation of Mantle Discontinuities Beneath the Southwest Pacific," 1994

74. Wilhelm, Matthieu., Universit de Neuchtel, Statistics. Ph.D. dissertation committee, "Random sampling with repulsion," 2017

75. Yao, Shijing, EECS. Ph.D. qualifying examination, 2015

76. Yates, Vincent, Statistics. Chair, M.A. committee, 2012

77. Ying, Jun, Naval Architecture. D. Eng. qualifying examination, 1995; dissertation committee, "Development and Verification of Computer Simulation Models for Evaluation of Siting Strategies and Evacuation Procedures for Mobile Drilling Units in Hurricanes," 1996

78. Zhang, Xiaoyan, Statistics. Ph.D. qualifying examination, 1997

79. Zagheni, Emilio, Demography. Ph.D. qualifying examination, 2008

80. Zamora, Joel Barajas, UC Santa Cruz, EE. Ph.D. dissertation defense, 2015; dissertation committee, "Online Display Advertising Causal Attribution and Evaluation," 2015

*P.B. Stark: CV*  *September 4, 2018*  111

**First-year PhD advising**

2014–15 Thanh-Nhan (Andrew) Do

2014–15 Kellie Ottoboni

2016–17 Jake Soloff

**Current PhD advisees**

2014– Kellie Ottoboni

**Undergraduate Research and Honors Thesis Advisees**

2018 William Ma

2018 Jin Kweon

2015 Fang Cai

2015 Catherine Darin, U. Pennsylvania

2014 He Ma

2014 Rachel Redberg

2014 Hriday Kemburu

2010–2011 Katherine McLaughlin

2010 Aaron Taylor

2010 Hua Yang

2009 Joshua M. Levin

2008 Jonathan Ong

2007 Gerold Ng

2003–2004 Feng Tang

1993–1996 Dendy Harjanto

1988–1993 10 others

*P.B. Stark: CV*                    *September 4, 2018*                    112

# Service

## Professional Societies and Government Agencies

2018    – Advisory Board, U.S. Election Assistance Commission

– Consultant, Colorado Secretary of State

– Reviewer, National Academies of Sciences, Engineering, and Medicine, Policy and Global Affairs Division

– Editorial Board, *ScienceOpen*

– Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

– Program committee, 2018 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'18, held in conjunction with the 2018 Conference on Financial Cryptography and Data Security, FC'18)

– Referee, *Geophysical Research Letters*

– Referee, *Proceedings of the National Academy of Sciences*

2017    – Advisory Board, U.S. Election Assistance Commission

– Consultant, Colorado Secretary of State

– Travis County Texas Elections Division STAR-Vote System Brain Trust

– Founding Steering Committee and Editorial Board, USENIX Journal of Voting Technology

– Editorial Board, *ScienceOpen*

– Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

– Program committee, 2018 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'18, held in conjunction with the 2018 Conference on Financial Cryptography and Data Security, FC'18)

- Program committee, 2017 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'17, held in conjunction with the 2017 Conference on Financial Cryptography and Data Security, FC'17)

- Chair, Mini-symposium on Open Data and Reproducibility, *2017 International Scientific Computing with Python (SciPy) Conference*, Austin, TX.

- Referee, *Proceedings of the National Academy of Sciences*

2016   – Advisory Board, U.S. Election Assistance Commission

- Consultant, Colorado Secretary of State

- Travis County Texas Elections Division STAR-Vote System Brain Trust

- Founding Steering Committee and Editorial Board, USENIX Journal of Voting Technology

- Associate editor, SIAM/ASA Journal of Uncertainty Quantification

- Editorial Board, *ScienceOpen*

- Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

- Program committee, 2016 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'16, held in conjunction with the 2016 Conference on Financial Cryptography and Data Security, FC'16)

- Program committee, 2017 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'17, held in conjunction with the 2017 Conference on Financial Cryptography and Data Security, FC'17)

- Program committee, 12th International Joint Conference on Electronic Voting (E-Vote-ID 2016), Bregenz, Austria

- Session co-organizer, "Productive Ecologies in the Anthropocene: Foraging Systems," Sixth International Conference on Food Studies, Berkeley, CA

2015     – Consultant, Colorado Secretary of State

– Travis County Texas Elections Division STAR-Vote System Brain Trust

– Founding Steering Committee and Editorial Board, USENIX Journal of Voting Technology

– Associate editor, SIAM/ASA Journal of Uncertainty Quantification

– Editorial Board, *ScienceOpen*

– Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

– Program committee, VoteID 2015: The 5th International Conference on e-Voting and Identity, Bern, Switzerland. `http://www.voteid15.org/`

– Program committee, 2015 European Symposium on Research in Computer Security (ESORICS 2015), Vienna, Austria. `http://esorics2015.sba-research.org/`

– Program committee, 2016 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'16, held in conjunction with the 2016 Conference on Financial Cryptography and Data Security, FC'16)

– Session organizer, Teaching Computational Thinking and Practice, 2015 SIAM Conference on Computational Science and Engineering (CSE15)

– Organizer, Berkeley Institute for Data Sciences and Moore/Sloan Data Science Environments 2015 Conference on Reproducibility

– Referee, PeerJ

2014     – Consultant, Colorado Secretary of State

– Travis County Texas Elections Division STAR-Vote System Brain Trust

– Founding Steering Committee and Editorial Board, USENIX Journal of Election Technology and Systems (JETS)

- Associate editor, SIAM/ASA Journal of Uncertainty Quantification

- Editorial Board, *ScienceOpen*

- Member, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

- Organizing committee co-chair, 2014 SIAM/ASA Conference on Uncertainty Quantification, Savannah, GA

- Program committee, VoteID 2015: The 5th International Conference on e-Voting and Identity, Bern, Switzerland. `http://www.voteid15.org/`

- Program committee, 2015 European Symposium on Research in Computer Security (ESORICS 2015), Vienna, Austria. `http://esorics2015.sba-research.org/`

- Session organizer, late-breaking session on Reproducibility, 2014 Joint Statistical Meetings, Boston, MA

- Session organizer and chair, 2014 Conference of the International Society for Nonparametric Statistics, Cadiz, Spain

- Session organizer, Teaching Computational Thinking and Practice, 2015 SIAM Conference on Computational Science and Engineering (CSE15)

- Referee, PLoS One

2013
- Consultant, California Secretary of State

- Consultant, Colorado Secretary of State

- Consultant, U.S. Department of Justice, Civil Division

- Travis County Texas Elections Division STAR-Vote System Brain Trust

- Founding Steering Committee and Editorial Board, USENIX Journal of Election Technology and Systems (JETS)

- Associate editor, SIAM/ASA Journal of Uncertainty Quantification

- Organizing committee co-chair, 2014 SIAM/ASA Conference on Uncertainty Quantification, Savannah, GA

- Session organizer, Conference of the International Society for Non-parametric Statistics, Cadiz, Spain

2012
- Consultant, California Secretary of State
- Consultant, Colorado Secretary of State
- Consultant, U.S. Department of Justice
- Travis County Texas Elections Division STAR-Vote System Brain Trust
- Founding Steering Committee, USENIX Journal of Election Technology and Systems (JETS)
- Reviewer, National Science Foundation
- Program committee, 2012 Electronic Voting Technology / Workshop on Transparent Elections (EVT/WOTE '12), USENIX Security Symposium, Bellevue, WA
- Session organizer, 2012 Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, San Diego, CA
- Session organizer, 1st Conference of the International Society for NonParametric Statistics, Chalkidiki, Greece
- Organizing committee co-chair, 2014 SIAM/ASA Conference on Uncertainty Quantification, Savannah, GA
- Program committee, 2012 SIAM/ASA/SAMSI/USACM Conference on Uncertainty Quantification, Raleigh, NC
- Session organizer, Election Verification Network (EVN) annual conference, Santa Fe, NM

2011
- Consultant and Expert Witness, U.S. Department of Justice, Civil Division (for U.S. Department of Housing and Urban Development)
- Program committee, 2012 SIAM/ASA/SAMSI/USACM Conference on Uncertainty Quantification, Raleigh, NC
- Consultant, California Secretary of State
- Consultant, Colorado Secretary of State

— Session organizer, Election Verification Network (EVN) annual conference, Chicago, IL

2010 — Consultant and Expert Witness, U.S. Department of Justice, Civil Division (for Department of Housing and Urban Development)

— Consultant, State of Illinois

— Consultant, California Attorney General (for California Highway Patrol)

— Consultant, New York State Senate

— Reviewer, Department of Defense Strategic Environmental Research and Development Program

— Session organizer, Election Verification Network (EVN) annual conference, Washington, DC

2009 — Consultant, California Secretary of State

2008 — Consultant, California Secretary of State

2007 — California Secretary of State Post-Election Audit Standards Working Group
http://www.sos.ca.gov/elections/elections_peas.htm

2006 — Consultant and Expert Witness, U.S. Department of Justice, Civil Division

2005 — Consultant, U.S. Department of Justice, Civil Division

— Consultant, U.S. Department of Veterans Affairs Medical Center

— Consultant, Habeas Corpus Resource Center

2004 — Reviewer, National Science Foundation

— Consultant, U.S. Department of Justice, Civil Division

— Consultant, U.S. Attorney's Office

— Consultant, U.S. Department of Veterans Affairs Medical Center

2003 — Reviewer, National Science Foundation

— Referee, National Sciences and Engineering Research Council of Canada

|        | – Consultant, U.S. Department of Veterans Affairs Medical Center |

2002    – Consultant, U.S. Department of Agriculture

        – Consultant, U.S. Department of Justice, Civil Division

2001    – Consultant, U.S. Department of Justice, Civil Division

        – Co-organizer, Institute for Mathematics and Its Applications Annual Program *Mathematics in the Geosciences* and workshop on Inverse Problems and the Quantification of Uncertainty

2000    – Invited discussant, National Academy of Science Committee on National Statistics workshop on dual-system estimation for the 2000 Census

        – Consultant, U.S. Department of Justice, Civil Division

1998    – Witness, U.S. House of Representatives Subcommittee on the Census.

        – Panelist, National Science Foundation

1997    – Session organizer, International Statistical Institute and Bernoulli Society Meeting, Istanbul, Turkey

1996–present – Global Oscillation Network Group (GONG) Data Users Committee (Chair, 1996–1998)

        – Reviewer for United States Geological Survey

1996–1999 – Consultant, National Security Agency

1995    – Institute of Mathematical Statistics Program Chair, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL

1994–1996 – Consultant to Federal Trade Commission

1993    – Session organizer and chair, IMS/ASA/ENAR meeting, Philadelphia, PA

        – Session organizer and chair, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, San Francisco, CA

*P.B. Stark: CV*                     *September 4, 2018*                     119

| | |
|---|---|
| 1992 | – Faculty sponsor, Department of Energy TRAC program |
| 1990–1994 | – Bernoulli Society Committee on Statistics in the Physical Sciences |
| 1991–present | – Reviewer for National Aeronautics and Space Administration (Space Physics Division) |
| 1991 | – Local organizer and session chair, Mathematical Sciences Research Institute Workshop on Statistical Methods in Imaging, Berkeley, CA |
| 1989 | – Session organizer and chair, Bernoulli Society Satellite Meeting, Leuven, Belgium |
| 1989–present | – Reviewer for National Science Foundation (Atmospheric Sciences; Infrastructure; International Programs; Mathematical Sciences; Methodology, Measurement, and Statistics; Solar-Terrestrial Program; Statistics and Probability) |

### Foundations, Non-Profit Corporations, and Industry

| | |
|---|---|
| 2013–present | – Board of Directors, Verified Voting Foundation |
| 2011–2013 | – Board of Advisors, Verified Voting Foundation |
| 2010–2011 | – Technical Advisory Board, Clear Ballot Group |
| 2007 | – Advisory Board, Facebar, Inc. |
| 2000–2001 | – Technical Advisory Board, Cogit.com |
| 2000–2002 | – National Advisory Board, eTextbooksOnline.com |
| | – Technical Advisory Board, Atomic Dog Publishing |

## Editorial and Referee Service

*Editorial Service*

| | |
|---|---|
| 2014–present | – Faculty Review Board, Berkeley Scientific Journal |
| 2013–present | – Editorial Board, ScienceOpen |
| 2013–present | – Associate Editor, SIAM/ASA Journal on Uncertainty Quantification |
| 2012–present | – Founding Steering Committee and Editorial Board, USENIX Journal of Election Technology and Systems (JETS) |
| 2011–present | – Editor, Frontiers in Statistics and Probability (Springer) |
| 2008 | – Guest Editor, Inverse Problems |
| 1998–1999 | – Editor, Statistical Science |
| 1997–2000 | – Editorial Board, Inverse Problems |
| 1994–1998 | – Associate Editor, Journal of Geophysical Research |

*Referee Service*

1. American Association for the Advancement of Science
2. American Mathematical Monthly
3. Annales Geophysicae
4. Annals of the Institute of Statistical Mathematics
5. Annals of Statistics
6. Arabian Journal for Science and Engineering
7. Astrophysical Journal
8. Bulletin of the Seismological Society of America
9. Cambridge University Press

10. Chapman-Hall

11. Computational Statistics and Data Analysis

12. Electronic Journal of Statistics

13. Geophysical Journal International

14. Geophysical Research Letters

15. Geophysics

16. Geophysical & Astrophysical Fluid Dynamics

17. HarperCollins

18. IEEE Journal on Acoustics, Speech and Signal Processing

19. IEEE Journal on Information Theory

20. Inverse Problems

21. Inverse Problems and Imaging

22. Journal of the American Statistical Association

23. Journal of Computational Physics

24. Journal of Economic Literature

25. Journal of Geophysical Research

26. Jurimetrics

27. Nature

28. Nature Climate Change

29. PeerJ

30. Political Analysis

31. Physics of the Earth and Planetary Interiors

32. PLoS One

33. Proceedings of the National Academy of Sciences

34. Science

35. SIAM Review

36. Simon and Schuster

37. Springer-Verlag

38. Statistics, Politics, and Policy

39. Statistical Science

40. Tectonophysics

### University Service

2018–2019   – Associate Dean, Division of Mathematical and Physical Sciences

– Advisory Board, Berkeley Institute for Data Science (BIDS)

– Scientific Advisory Board, European Union H2020 Project Moving Towards Adaptive Governance in Complexity: Informing Nexus Security (MAGIC), Universitat Autònoma de Barcelona (Spain) and University of Bergen (Norway)

– Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

– Faculty Athletic Fellow

– Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

– Member, Berkeley Science Network `http://bsn.berkeley.edu`

– Schmidt Science Fellows Program review committee

2017–2018   – Associate Dean, Division of Mathematical and Physical Sciences

– Chancellor's Strategic Planning Committee on Enrollment Growth

– Interdepartmental Committee on the Formation of the Division of Data Sciences

– Director, Statistical Computing Facility

– *Ad hoc* Data Sciences Divisional committee on undergraduate degree programs

– Advisory Board, Berkeley Institute for Data Science (BIDS)

– Academic Program Review Committee, Academic Senate representative, Department of Agricultural and Resource Economics

– Scientific Advisory Board, European Union H2020 Project Moving Towards Adaptive Governance in Complexity: Informing Nexus Security (MAGIC), Universitat Autònoma de Barcelona (Spain) and University of Bergen (Norway)

– Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

– Faculty Advisory Committee, Athletic Study Center

– Faculty Athletic Fellow

– Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

– Member, Berkeley Science Network `http://bsn.berkeley.edu`

2016–2017   – Associate Dean, Division of Mathematical and Physical Sciences

– Director, Statistical Computing Facility

– Advisory Board, Berkeley Institute for Data Science (BIDS)

– Scientific Advisory Board, European Union H2020 Project Moving Towards Adaptive Governance in Complexity: Informing Nexus Security (MAGIC), Universitat Autònoma de Barcelona (Spain) and University of Bergen (Norway)

– Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

– Faculty Advisory Committee, Athletic Study Center

– Faculty Athletic Fellow

– Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

– Member, Berkeley Science Network `http://bsn.berkeley.edu`

*P.B. Stark: CV*                    *September 4, 2018*                    124

2015–2016    – Associate Dean, Division of Mathematical and Physical Sciences

– Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

– Faculty Advisory Committee, Athletic Study Center

– Faculty Athletic Fellow

– Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

– Member, Berkeley Science Network `http://bsn.berkeley.edu`

2014–2015    – Chair, Department of Statistics

– Director, Statistical Computing Facility

– Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

– Campus Working Group on Course Curriculum and Design

– Faculty Advisory Committee, Athletic Study Center

– Engineering Science Advisory Committee, College of Engineering

– Faculty Athletic Fellow

– Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

– Member, Berkeley Science Network `http://bsn.berkeley.edu`

2013–2014    – Chair, Department of Statistics

– Director, Statistical Computing Facility

– Commission on the Future of the UC Berkeley Library `http://a cademic-senate.berkeley.edu/issues/commission-future- uc-berkeley-library`
Charge: `http://evcp.berkeley.edu/sites/default/files/L ibrary%20Commission%2009.21.2012.pdf`
Final Report: `http://evcp.berkeley.edu/news/commission-f uture-uc-berkeley-library-report`

– Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

– Campus Working Group on Course Curriculum and Design

- Faculty Advisory Committee, Athletic Study Center
- Engineering Science Advisory Committee, College of Engineering
- Search Committee, Director of IT for College of Letters and Sciences
- Faculty Athletic Fellow
- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University
- External Review Committee, Department of Applied Mathematics and Statistics, Colorado School of Mines
- Member, Berkeley Science Network `http://bsn.berkeley.edu`

2012–2013
- Chair, Department of Statistics
- Director, Statistical Computing Facility
- Commission on the Future of the UC Berkeley Library
- Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)
- Engineering Science Advisory Committee, College of Engineering
- Faculty Athletic Fellow
- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University
- Member, Berkeley Science Network `http://bsn.berkeley.edu`

2011–2012
- Acting Department Chair, Department of Statistics, July–August
- Vice Chair, Department of Statistics
- Academic Senate Alternate Representative to University of California Systemwide Assembly
- Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA)
- Campus Committee on Classroom Policy and Management (CC-CPM)
- Business Resumption Coordination Group (BRCG)
- Faculty Athletic Fellow

|  | — Program Advisory Committee, Doctor of Business Administration Program, Lincoln University |
|---|---|
| 2010–2011 | — Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA) |
|  | — Campus Committee on Classroom Policy and Management (CC-CPM) |
|  | — Course Note-Taking Taskforce (`http://campuspol.chance.berkeley.edu/policies/coursenotes.pdf`) |
|  | — *Ad hoc* tenure/promotion committee |
|  | — Faculty Athletic Fellow |
|  | — Program Advisory Committee, Doctor of Business Administration Program, Lincoln University |
| 2009–2010 | — Academic Senate Committee on Computing and Communications (COMP) |
|  | — Faculty Athletic Fellow |
| 2008–2009 | — Faculty Athletic Fellow |
| 2007–2008 | — Undergraduate Student Learning Initiative Faculty Advisory Committee |
|  | — Faculty Athletic Fellow |
| 2006–2007 | — Faculty Athletic Fellow |
| 2005–2006 | — Faculty Athletic Fellow |
| 2004–2005 | — Chair, Educational Technology Committee |
|  | — e-Berkeley Steering Committee |
|  | — e-Berkeley Committee of Chairs |
|  | — e-Berkeley Implementation Task Force |
|  | — CourseWeb Steering Committee |
|  | — Faculty Athletic Fellow |
| 2003–2004 | — Chair, Educational Technology Committee |

- e-Berkeley Steering Committee
- e-Berkeley Implementation Task Force
- Student Systems Policy Committee
- CourseWeb Steering Committee

2002–2003 – Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education)
- Chair, Educational Technology Committee
- Provost's Academic Council
- e-Berkeley Steering Committee
- e-Berkeley Implementation Task Force
- Campus Committee on Classroom Policy and Management (CC-CPM)
- Student Systems Policy Committee
- e-Berkeley Symposium Program Committee
- Faculty Search Committee, Graduate School of Education
- CourseWeb Steering Committee

2001–2002 – Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education)
- Chair, Educational Technology Committee
- Provost's Academic Council
- e-Berkeley Steering Committee
- e-Berkeley Implementation Task Force
- Campus Committee on Classroom Policy and Management (CC-CPM)
- Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA)
- CITRIS II Program Committee
- TeleBEARS and BearFacts Committees (combined into Student Systems Policy Committee as of 3/2002)
- e-Berkeley Portal Working Group

        – Faculty search committee, Graduate School of Education

2000–2001    – Space Allocation and Capital Improvements (SACI)

        – Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA)

        – CAPRA Subcommittee on Expanded Enrollment

        – CAPRA Subcommittee on changes to Academic Coordinator title

        – *Ad hoc* hiring/tenure committee

1999–2000    – Space Allocation and Capital Improvements (SACI)

        – Academic Senate Library Committee (LIBR)

        – Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA), Physical Planning Subcommittee, *ex officio* representative from Library Committee

        – Academic Effects Study Committee, Molecular Engineering Building

        – *Ad hoc* tenure/promotion committee

        – SACI subcommittee to audit space in Barrows Hall

1998–1999    – Space Allocation and Capital Improvements (SACI)

        – Electronic Dissertations Project

        – Planning Space for the Physical Sciences Libraries

1997–1998    – *Ad hoc* tenure/promotion committee

1996    – Review of College of Science, King Fahd University of Petroleum and Minerals, Dhahran, Saudi Arabia

1994–1999    – University review committee for Department of Agricultural and Resource Economics, University of California, Berkeley

1993–1995    – Physical Sciences Division committee for Graduate Affirmative Action and Retention

        – Physical Sciences Division committee for Science and Mathematics Academic Re-Training (SMART)

# Contracts and Grants

1. PI, NASA Grant NAG 5-883, "Constructing Core Fields Consistent with Geomagnetic Data and Geophysical Constraints," 1987–1990.

2. Project Director and PI, NSF Grant DMS-8810192, "Inference in Curved-Ray Tomography: Solid Earth Structure," 1989–1992.

3. PI, NSF Grant INT-9205103, "Long and Medium-Term Research: Inference in Seismological Investigations of Subducting Lithosphere," 1992–1994.

4. PI, NSF Grant DMS-930006P, "Estimating the Sun's Internal Angular Velocity from Free-Oscillation Frequency Splittings," 1993–1994.

5. PI, NSF Presidential Young Investigator Award DMS-8957573, 1989–1995.

6. Co-I, NASA Grant NAG5-2438, "The Analysis of Cobe DMR Sky Maps," 1993–1994. PI: J. Silk

7. PI, NASA Grant NAGW-2515, "New Methods for Inversion and Analysis of Solar Free-Oscillation Data," 1991–1995.

8. PI, NSF Grant DMS-9404276, "New Methods for Inference From COBE Data," 1994–1997.

9. PI, NSF Grant AST-9504410, "Function Estimation and Inference in Helioseismology," 1995–1998.

10. PI, LLNL/IGPP Grant 97-AP028, "Helioseismology with Solar Luminosity Constraints," 1996–1997.

11. Co-I, NASA Grant NAG5-3941, "Development of data analysis, compression and visualization tools for large data sets in astrophysics and cosmology," 1997–1998. PI: J. Silk

12. PI, NASA Grant NRA-96-09-OSS-034SOHO, "Modern Statistical Methods for Helioseismic Spectrum Estimation," 1997–1998.

13. PI, NASA Grant NAG 5-3919, "Data Sampling Rate Reduction for the Oersted Satellite," 1997–1998.

14. PI, UC Berkeley Classroom Technologies Grant, "Statistics *Statim*," 1997–1998.

15. Co-I, NSF Grant DMS-9872979,"*KDI: Computational Challenges in Cosmology*," 1998–2000. PI: A. Jaffe.

16. Co-I, NSF Grant IIS-98-17353, "*Re-Inventing Scholarly Information Dissemination and Use*," 4/1/1999–3/31/2004. PI: R. Wilensky and D. Forsythe.

17. PI, Hewlett Packard Company Grant 89293, "Applied Mobile Technology Solutions in Learning Environments," 3/19/2003–8/31/2004. Status report:
    `https://www.stat.berkeley.edu/~stark/Grants/hp89293.htm`

18. PI, Hewlett Packard Company Grant 14928, "Applied Mobile Technology Solutions in Learning Environments—2004 Extension Grant," 4/1/2004–6/30/2005.

19. PI, LLNL Grant B565605, "Uncertainty in Complex Simulations," 4/3/2007–9/30/2007.

20. PI, LLNL Grant B585264, "Uncertainty Quantification with Applications to Climate Modeling," 11/3/2009–9/30/2010.

21. PI, Genentech Inc. Grant 008485, "Measuring Glucose with NIR," 2/24/2010–10/31/2010.

22. Co-I, NSF Grant DUE-1060487, "S-STEM Berkeley Science Network Scholarship Program," 3/1/2011–2/28/2015. PI: M. Richards.

23. PI, State of Colorado U.S. Election Assistance Commission subaward UC01, 2010 Pre-Election Logic and Accuracy Testing and Post-Election Audit Initiative, 5/23/2011–4/23/2013.

24. PI, State of California Election Assistance Commission subaward 10I10066, Post Election Risk-Limiting Audit Pilot Program, 9/13/2011–4/23/2013.

25. PI, Bill and Melinda Gates Foundation Grant OPP1077697, "An Introductory Statistics MOOC With Field-Tested Online Assessments," 12/20/2012–7/31/2013.

26. Co-I, UC Berkeley MOOCLab Grant, "Forum Usage in Statistics MOOCs: Disentangling Correlation from Causation," 10/2013–8/2014. PI: M. Hearst.

27. Co-I, Berkeley Institute for Data Science, grant from the Gordon and Betty Moore Foundation and the Sloan Foundation. 12/2013–12/2018. PI: S. Perlmutter.

28. PI, UC Berkeley Food Institute Grant, "Reaping without Sowing: Urban Foraging, Sustainability, Nutrition, and Social Welfare," 2/2014–8/2015.

29. Co-I, NSF, DGE–1450053, "NRT-DESE Data Science for the 21st Century (DS421)," 2015–2020. PI: D. Ackerley.

30. PI, UC Berkeley Food Institute Grant, "Wild Food: Investigating and Reducing Barriers to the Consumption of Foraged Foods," 5/2015–12/2015.

31. PI, State Street Bank and Trust Company Grant, "Industry Partners Program: Consortium for Data Analytics in Risk (CDAR); and Berkeley Institute for Data Science (BIDS) at UC Berkeley," 2/2015–6/2018.

32. PI, Dascena subaward from NIH, "SBIR: A Computational Approach to Early Sepsis Detection," 4/2017–6/2017.

33. PI, Peder Sather Grant, "Mainstreaming Sensitivity Analysis and Uncertainty Auditing," 7/2017–6/2018.

34. Co-I, NSF Grant DMS–1745640, "(RTG): Advancing Machine Learning–Causality and Interpretability," 2018–2023.

## Consulting and Expert Witness Experience

Baker & McKenzie LLP, New York, NY: sampling and uncertainty quantification (client Nuclear Electric Insurance Limited, NEIL)

Bartlit Beck Herman Palenchar & Scott LLP, Denver, CO: intellectual property litigation (client Tessera)

Bingham McCutchen LLP, Los Angeles, CA: sampling in litigation

Bramson, Plutzik, Mahler & Birkhaeuser LLP, Walnut Creek, CA: consumer class action litigation

Brinks, Hofer, Gilson & Lione, Chicago, IL: intellectual property litigation (clients R.J. Reynolds, Actavis)

Calfee, Halter & Griswold LLP, Cleveland, OH: tort litigation (client FirstEnergy Corp)

California-American Water Company: utilities regulation, census and survey data

Capital One: economic modeling and credit risk management; intellectual property litigation; credit loss forecasting

Carey and Carey, Palo Alto, CA: equal protection, civil litigation

CIBC: economic modeling and credit risk management

Cisco Systems: predicting email spool fill

City of Santa Rosa, CA: water treatment monitoring

Cogit.com, San Francisco, CA: Technical advisory board; data mining, targeted web advertising

Constantine, Cannon, San Francisco, CA, and New York, NY: *Qui Tam* litigation

Contra Costa County Public Defender, Richmond, CA: equal protection, due process, medical treatment for defendants found incompetent to stand trial

Council of Europe, Venice Commission, Venice, Italy: election integrity, electoral fraud

Crosby, Heafey, Roach, & May, Oakland, CA: insurance litigation (client Farmer's Insurance)

Croskery Law Offices, Cincinnati, OH: employment discrimination litigation

East Bay Municipal Utilities District, Oakland, CA: water treatment monitoring

EEG Systems Laboratory, San Francisco, CA: inverse problems for electrical activity of the brain

Emery Celli Brinckerhoff & Abady LLP, Washington, DC: election recounts (client Jill Stein)

eTextbooksOnline.com, New York, NY: National Advisory board

Farella Braun + Martel LLP, San Francisco, CA: sampling and estimation in litigation

Federal Trade Commission, San Francisco, CA: sampling in litigation

Florida Education Association, Tallahassee, FL: teaching evaluations in academic employment decisions

Folger, Levin & Kahn, LLP, San Francisco, CA: sampling and risk management in litigation (client California Self-Insurers' Security Fund)

Fried, Frank, Harris, Shriver & Jacobsen LLP, New York, NY: sampling and estimation in securities litigation (clients Citigroup Global Markets Inc.; Goldman, Sachs & Co.; UBS Securities LLC)

Fuller-Austin Joint Defense Group: modeling in litigation

Georgia Department of Law, Atlanta, GA: lottery winnings (client Georgia Lottery Corporation)

Gibson, Dunn & Crutcher, New York, NY: sampling and estimation in litigation (client AIG / Lavastone Capital)

GMAC Financial Services: economic modeling and credit risk management

Habeas Corpus Resource Center, San Francisco, CA: bias in jury selection

Howard, Rice, Nemerovski, Canady, Falk, & Rabkin, San Francisco, CA: sampling in litigation; inference from retail sales data (clients K-Mart Corp., R.J. Reynolds)

Howrey LLP, East Palo Alto, CA: sampling in litigation (client Apple Inc.)

HSBC: economic modeling and credit risk management

Jones Day, Columbus, OH: sampling and estimation in litigation (client Cardinal Health)

Kaiser Permanente Northern California, Redwood City, CA: clinical trials in oncology

Kelley Jasons McGuire & Spinelli, LLP: insurance litigation (client St. Paul Fire & Marine Insurance Company)

Keller Grover LLP, San Francisco, CA: *Qui Tam* litigation

Kemnitzer, Barron & Krieg, LLP, San Francisco, CA: sampling in consumer class action litigation

Kipling Law Group, Seattle, WA: sampling in litigation (client AT&T Wireless)

KLA Instruments Corporation, San Jose, CA: calibration of algorithms to detect IC mask flaws

Kramer, Levin, Naftalis, & Frankel, New York, NY: sampling in litigation

Latham & Watkins, LLP, Menlo Park, CA, and San Francisco, CA: sampling in consumer class action litigation (clients Apple Inc., Silver Spring Networks)

Law Offices of Gorman & Miller, San Jose, CA: trade secret litigation

Law Offices of Ilson W. New, San Francisco, CA: natural resource legislation (client California Abalone Association)

Law Offices of Ramirez, Tollner, Stebbins, Bahrick, & Sasseen, San Jose, CA: trade secret litigation

Law Offices of Welebir & McCune, Woodside, CA: product liability litigation

Law Offices of Wells, Pinckney & McHugh, Austin, TX: employment discrimination arbitration

Law Offices of Wolkin & Timpane, San Francisco, CA: insurance litigation (client CIGNA)

Law Offices of Scott K. Zimmerman, Brentwood, CA: product liability litigation

Life Chiropractic College West, Hayward, CA: experimental design

Littler Mendelson, P.C., Dallas, TX, Los Angeles, CA, and San Francisco, CA: sampling in employment wage and hour class action litigation

Los Angeles Superior Court, Central District: sampling in employment wage and hour litigation

Manatt, Phelps & Phillips LLP, San Francisco, CA: utilities regulation (client California-American Water Company)

Mayer, Brown, Rowe & Maw, Chicago, IL: intellectual property litigation (client Capital One)

Mayer Brown LLP, New York, NY: mortgage backed securities litigation (clients Bank of New York Mellon, Citibank N.A.)

Memorial University Faculty Association (MUNFA), St. Johns, NL, Canada: teaching evaluations in academic employment decisions

Meyers Nave, Oakland, CA: election dispute litigation (client Novato Sanitary District)

Monaghan Safar Ducham PLLC, Burlington, VT: employment discrimination

Morgan, Lewis & Bockius LLP, Los Angeles, CA: sampling in litigation

Morrison & Foerster, San Francisco, CA: product liability class action litigation, causal inference in litigation (clients American Cemwood, Iovate Health Sciences)

Munger, Tolles & Olson, LLP, San Francisco, CA and Los Angeles, CA: consumer class action litigation, intellectual property litigation, sampling (clients Verizon Wireless, Philip Morris, Tessera)

Murphy & McGonigle, Washington, DC: risk management and credit loss forecasting (client Capital One)

National Security Agency: adaptive filtering, combining expert opinions, digital communications, information retrieval, estimation

National Solar Observatory, Tucson, AZ: spectrum estimation

Albert A. Natoli, P.C., New York, NY: surveys in consumer class action litigation

Nichols Kaster PLLP, Minneapolis, MN: sampling and damage estimation in consumer class action litigation

Norton Rose Fulbright US LLP, Houston, TX: construction defect litigation (client M.J. Dean Construction, Inc.)

Nossaman LLP, San Francisco, CA: utilities regulation (client California-American Water Company)

Office of the Attorney General, State of California, Oakland, CA: sampling in litigation (client California Highway Patrol)

Ontario Confederation of University Faculty Associations (OCUFA) and Ryerson Faculty Association, Toronto, ON: teaching evaluations in academic employment decisions

Oracle: sampling and risk analysis

Orrick, Herrington & Sutcliffe LLP, Los Angeles and Sacramento, CA: sampling in litigation

Pacific Gas & Electric Co., San Francisco, CA: statistics and causal inference in litigation

Paul, Hastings, Janofsky & Walker LLP, Washington, DC: intellectual property litigation (client Capital One)

Phillips & Cohen LLP, San Francisco, CA: statistical inference in *Qui Tam* litigation

Porter & Hedges, LLP, Houston, TX: sampling in litigation

Schlumberger-Doll Research, Ridgefield, CT: inverse problems, signal processing

Robins Kaplan LLP: *Qui Tam* litigation

Shearman & Sterling, Washington, DC: survival analysis in litigation

Skadden, Arps, Slate, Meagher & Flom LLP, San Francisco, CA: case-control studies in litigation

Spector Roseman Kodroff & Willis, P.C., Philadelphia, PA: *Qui Tam* litigation

Spriggs & Hollingsworth, Washington, DC: environmental litigation

State of Illinois, Monroe County State's Attorney, Waterloo, IL: evidence in capital prosecution

St. Paul Fire and Marine Insurance Company, Baltimore, MD: projecting tort liability

Susman Godfrey, LLP, Los Angeles, CA

Travis County, TX: design of auditable voting systems

United Faculty of Florida, Tallahassee, FL: teaching evaluations in academic employment decisions

U.S. Attorney's Office, Northern District of California: ethnic bias in grand jury selection

U.S. Department of Agriculture, Washington, D.C.: fairness in lending, import restrictions and risk assessment

U.S. Department of Commerce, Bureau of the Census, Washington, D.C.: estimation and modeling

U.S. Department of Housing and Urban Development, Washington, D.C.: disparate impact of hurricane Katrina relief program

U.S. Department of Justice, Civil Division, Federal Programs Branch, Washington, D.C.: sampling the Internet and testing Internet content filters; USDA import restrictions on cattle and beef; disparate racial impact in HUD disaster relief; fairness in lending; prevalence of "sexting" among young adults

U.S. Department of Veterans Affairs Medical Center, Martinez, CA: speech and non-speech hearing segregation in aging

U.S. House of Representatives, Washington, D.C.: sampling to adjust the U.S. Census

Weintraub Genshlea Chediak Law Corporation, Sacramento, CA: wage and hour class action litigation (client Tai Wah, Inc.)

Wiegel Law Group, San Francisco, CA: sampling in class action litigation (client Trinity Management Services)

Willoughby, Stuart & Bening, San Jose, CA: insurance litigation

Winston & Strawn LLP, Chicago, IL: consumer class action litigation

Zimmerman Reed, Scottsdale, AZ: consumer class action litigation

## Testimony (incomplete prior to 2003)

45. **August 2018.** Delores James *vs.* University of Florida (Grievances # 0817-00108 and 1117-00109) Arbitration.

44. **July 2018.** Testimony to the State of California Little Hoover Commission. Video: `http://www.lhc.ca.gov/report/voting-equi pment-security`. Written testimony : `https://www.stat.berkeley .edu/~stark/Preprints/lhs18.pdf`

43. **July 2018.**  United States of America *ex rel.*, Stephen A. Krahling and Joan A. Wlochowski, *vs.* Merck & Co., Inc. (U.S. District Court, Eastern District of Pennsylvania, Case 10-4374 (CDJ)) and *In Re*: Merck Mumps Vaccine Antitrust Litigation (Master File No. 12-3555 (CDJ)) Deposition.

42. **April 2018.** Ryerson University *vs.* The Ryerson Faculty Association re FCS & Related Issues (2018 CanLII 58446) Arbitration.

41. **August 2017.**  Application of California-American Water Company (U210W) for Authorization to Modify Conservation and Rationing Rules, Rate Design, and Other Related Issues for the Monterey District (Public Utility Commission of the State of California, Application 15-07-019) Hearing.

40. **July 2017.** United States, the States of California, Delaware, Florida, Illinois, Indiana, Nevada, New Mexico, New York, and Tennessee, the Commonwealths Of Massachusetts and Virginia, and The District Of Columbia Ex Rel. John Hendrix, Plaintiffs, *vs.* J-M Manufacturing Company, Inc., d/b/a JM Eagle, a Delaware corporation, and Formosa Plastics Corporation, U.S.A., a Delaware corporation (U.S. District Court, Central District of California, Case ED CV 06-00055-GW) Deposition.

39. **March 2017.**  The People of the State of California *vs.* Keegan Lee Czirban, Richard Allen, Filoberto Pablo Alvidrez, Jaqwayne Bryant, Dale Gabriel Burnell, Juan Pablo Cardona aka Juan Luna-Cardona, Miguel Colina, Emmanuel Cordova, Ramon Duenas, Connie Renee Fields, Anisa Sakari Fortenberry, Louie Frank Gamboa, Cynthia Marie Harrell, Briana Hawkins, Jeremiah James Johnson, Kieth Carl Knutson, Mark Alex Mallory, Brian McMahon, David Moore, Marquise Lamar Owens, Mitkayem Dean Robinson, Patrice Sanders, and Seth Rui Sears. (Superior Court of the State of California, County of Contra Costa, 05-151662-4 and associated cases) Trial.

38. **March 2017.**   Kelly Brunarski and Yvette Harmon *vs.*   Miami University.  (U.S. District Court, Southern District of Ohio, Western Division, 1:16-cv-0311) Deposition.

37. **January 2017.**  The Western and Southern Life Insurance Company, et al. *vs.* The Bank of New York Mellon. (Court Of Common Pleas, Hamilton County, Ohio, A1302490) Trial.

36. **December 2016.**   Fixed Income Shares: Series M, Lvs II LLC, PCM Fund, Inc., PIMCO Absolute Return Strategy II Master Fund LDC, PIMCO Absolutereturnstrategy III Master Fund LDC, PIMCO Absolute Return Strategy III Overlay Master Fund Ltd., PIMCO Absolute Return Strategy IV Master Fund LDC, PIMCO Absolute Return Strategy V Master Fund LDC, PIMCO Bermuda Trust: PIMCO Bermuda Foreign Low Duration Fund, PIMCO Bermuda Trust: PIMCO Bermuda U.S. Low Duration Fund, PIMCO Cayman Spc Limited, PIMCO Cayman Japan Coreplus Segregated Portfolio, PIMCO Cayman Trust: PIMCO Cayman Global Advantage Bond Fund, PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund II, PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Exjapan (Yen-Hedged) Income Fund, PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan Bond Fund, PIMCO Cayman Trust: PIMCO Cayman Global Bond (Nzdhedged) Fund, PIMCO Dynamic Credit Income Fund, PIMCO ETF Trust, PIMCO Total Return Active Exchange-Traded Fund, PIMCO Funds: Global Investors Series PLC, Diversified Income Fund, PIMCO Funds: Global Investors Series PLC, Global Bond Fund, PIMCO Funds: Global Investors Series PLC, Global Investment Grade Credit Fund, PIMCO Funds: Global Investors Series PLC, Income Fund, PIMCO Funds: Global Investors Series PLC, PIMCO Credit Absolute Return Fund, PIMCO Funds: Global Investors Series PLC, Unconstrained Bond Fund, PIMCO Funds: PIMCO Commodities Plus Strategy Fund, PIMCO Funds: PIMCO Commodity Real Return Strategy Fund, PIMCO Funds: PIMCO Credit Absolute Return Fund, PIMCO Funds: PIMCO Diversified Income Fund, PIMCO Funds: PIMCO Floating Income Fund, PIMCO Funds: PIMCO

Foreign Bond Fund (Unhedged), PIMCO Funds: PIMCO Global Advantage Strategy Bond Fund, PIMCO Funds: PIMCO Global Bond Fund (Unhedged), PIMCO Funds: PIMCO Income Fund, PIMCO Funds: PIMCO International Stocksplus AR Strategy Fund (U.S. Dollarhedged), PIMCO Funds: PIMCO Investment Grade Corporate Bond Fund, PIMCO Funds: PIMCO Low Duration Fund, PIMCO Funds: PIMCO Low Duration Fund II, PIMCO Funds: PIMCO Low Duration Fund III, PIMCO Funds: PIMCO Real Return Fund, PIMCO Funds: PIMCO Short-Term Fund, PIMCO Funds: PIMCO Total Return Fund, PIMCO Funds: PIMCO Unconstrained Bond Fund, PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund, PIMCO Funds, Private Account Portfolio Series Emerging Markets Portfolio, PIMCO Funds: Private Account Portfolio Series International Portfolio, PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio, PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio, PIMCO Funds: Private Account Portfolio Series U.S. Government Sector Portfolio, PIMCO Multi-Sector Strategy Fund Ltd., PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV Efund, PIMCO Variable Insurance Trust: PIMCO Global Advantage Strategy Bond Portfolio, PIMCO Variable Insurance Trust: PIMCO Global Bond Portfolio (Unhedged), PIMCO Variable Insurance Trust: PIMCO Low Duration Portfolio, CREF Bond Market Account, CREF Social Choice Account, TIAA Global Public Investments, MBS LLC, TIAA-CREF Bond Fund, TIAA-CREF Bond Plus Fund, TIAA-CREF Life Insurance Company, Prudential Bank & Trust, FSB, Prudential Retirement Insurance and Annuity Company, The Gibraltar Life Insurance Company, Ltd., The Prudential Series Fund, LIICA RE II, Inc., Monumental Life Insurance Company Modified Separate Account, Transamerica Life Insurance Company, Transamerica Premier Life Insurance Company, Kore Advisors LP, and Sealink Funding Limited *vs.* Citibank N.A. (U.S. District Court, Southern District of New York, 14-cv-09373-JMF) Deposition.

35. **November 2016.** Jill Stein, Petitioner, *vs.* Wisconsin Elections Commission and Members of the Wisconsin Elections Commission, each and only in his or her official capacity: Mark L. Thomsen,

Ann S. Jacobs, Beverly Gill, Julie M. Glancey, Steve King, and Don M. Millis, Respondents. (State of Wisconsin Circuit Court, Dane County, Judge Valerie Bailey-Rihn) Trial.

34. **October 2016.** Citizens Oversight, Inc., a Delaware non-profit corporation; and Raymond Lutz, an individual, *vs.* Michael Vu, San Diego Registrar of Voters; Helen N. Robbins-Meyer, San Diego County Chief Administrative Officer; County of San Diego, a public entity; and Does 10–10, Defendants. (Superior Court of California, County of San Diego–Central Division, 37-2016-00020273-CL-MC-CTL) Trial.

33. **July 2016**. Loc Vu-Quoc *vs.* University of Florida. (American Arbitration Association Case no. 01-15-0006-1052). Arbitration.

32. **July 2016**. Memorial University of Newfoundland Faculty Association *vs.* Memorial University of Newfoundland (Arbitration I15-07) Arbitration.

31. **June 2016**. Gasia Thomas, et al., *vs.* First Energy Corporation, et al. (Court Of Common Pleas, Cuyahoga County, Ohio, 13-CV-798520) Deposition.

30. **May 2016**. The Western and Southern Life Insurance Company, et al., *vs.* The Bank of New York Mellon. (Court Of Common Pleas, Hamilton County, Ohio, A1302490) Deposition.

29. **February 2016**. Palms Place, LLC, a Nevada limited liability company, *vs.* Kittrell Garlock & Associates, Architects, AIA, LTD. d/b/a KGA Architecture, a Nevada professional corporation; M.J. Dean Construction, LLC, a Nevada limited liability company; Does I through X; Roe Corporations I through X; and Roe LLC I through X, Defendants.

M.J. Dean Construction, Inc., a Nevada corporation, Counterclaimant, *vs.* Palms Place, LLC, a Nevada limited liability company, Does I-X,

Roe Corporations I-X, Boe Bonding Companies I-X, Loe Lenders I-X and Toe Tenants I-X, Counterdefendants.

Kittrell Garlock & Associates, Architects, AIA, Ltd. d/b/a KGA Architecture, a Nevada professional corporation, Counterclaimant, *vs.* Palms Place, LLC, a Nevada limited liability company, and Toes I XV, Counterdefendants.

M.J. Dean Construction, Inc., a Nevada corporation, Third-Party Plaintiff, *vs.* Embassy Glass, Inc., a Nevada corporation; Zetian Systems, Inc., a Nevada corporation; Bombard Mechanical, LLC, a Limited Liability Company; Century Steel, Inc., a Nevada corporation; Pacific Custom Pools, Inc., a Nevada corporation; Superior Tile & Mechanical, Inc., a Nevada corporation; Mesa Mechanical, LLC, a Limited Liability Company; Dean Roofing Co., a Nevada Corporation; Does 1 through 50; Roe Corporations 1 through 50, Third-Party Defendants.

Palms Place, LLC, a Nevada limited liability company, Cross-Claimant, *vs.* Embassy Glass, Inc., a Nevada corporation; Zetian Systems, Inc., a Nevada corporation; Does 1 through 50; Roe Corporations 1 through 50, Cross-Defendants. (Nevada District Court, Clark County, Nevada, A-11-645150-C) Deposition.

28. **September 2015**. Lavastone Capitol LLC *vs.* Coventry First LLC, LST I LLC, LST II LLC, LST Holdings LTD., Montgomery Capital, Inc., Alan Buerger, Reid Buerger, Constance Buerger, and Krista Lake. (U.S. District Court, Southern District of New York, 14-CV-07139 JSR) Trial.

27. **May 2015**. Lavastone Capitol LLC *vs.* Coventry First LLC, LST I LLC, LST II LLC, LST Holdings LTD., Montgomery Capital, Inc., Alan Buerger, Reid Buerger, Constance Buerger, and Krista Lake. (U.S. District Court, Southern District of New York, 14-CV-07139 JSR) Deposition.

26. **April 2015**. Testimony before the California State Assembly Committee on Elections and Redistricting. Legislative hearing. `https://w ww.stat.berkeley.edu/~stark/Preprints/ab44-assembly-2015-4`

-15.htm

25. **July 2014**. New Jersey Carpenters Health Fund, New Jersey Carpenters Vacation Fund, and Boilermaker Blacksmith National Pension Trust, on Behalf of Themselves and All Others Similarly Situated, *vs.* Residential Capital, LLC; Residential Funding, LLC; Residential Accredit Loans, Inc.; Bruce J. Paradis; Kenneth M. Duncan; Davee L. Olson; Ralph T. Flees; Lisa R. Lundsten; James G. Jones; David M. Bricker; James N. Young; Residential Funding Securities Corporation d/b/a GMAC RFC Securities; Goldman, Sachs & Co.; RBS Securities, Inc. f/k/a Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital; Deutsche Bank Securities, Inc.; Citigroup Global Markets, Inc.; Credit Suisse Securities (USA) LLC; Bank of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc.; UBS Securities LLC; JPMorgan Chase & Co., Inc. as successor-in-interest to Bear, Stearns & Co., Inc.; and Morgan Stanley & Co., Inc. (U.S. District Court, Southern District of New York, Case 08-CV-8781 HB) Deposition.

24. **October 2013**. United States, the States of California, Delaware, Florida, Illinois, Indiana, Nevada, New Mexico, New York, and Tennessee, the Commonwealths Of Massachusetts and Virginia, and The District Of Columbia Ex Rel. John Hendrix, Plaintiffs, *vs.* J-M Manufacturing Company, Inc., d/b/a JM Eagle, a Delaware corporation, and Formosa Plastics Corporation, U.S.A., a Delaware corporation (U.S. District Court, Central District of California, Case ED CV 06-00055-GW) Trial.

23. **September 2013**. Tessera, Inc. *vs.* Advanced Micro Devices, Inc., a Delaware corporation; Spansion, LLC, a Delaware limited liability corporation; Spansion, Inc., a Delaware corporation; Spansion Technology, Inc., a Delaware corporation; Advanced Semiconductor Engineering, Inc., a Republic of China corporation; ASE (U.S.), Inc., a California corporation; ChipMOS Technologies, Inc., a Republic of China corporation; ChipMOS U.S.A., Inc., a California corporation; Siliconware Precision Industries Co., Ltd., a Republic of China corporation;

Siliconware USA, Inc., a California corporation; STMicroelectronics N.V., a Netherlands corporation; STMicroelectronics, Inc., a Delaware corporation; STATS ChipPAC, Inc., a Delaware corporation; STATS ChipPAC (BVI), Inc., a British Virgin Islands company; STATS ChipPAC, Ltd., a Singapore company (U.S. District Court, Northern District of California, Case C 05-04063 CW) Deposition.

22. **July 2013**. United States, the States Of California, Delaware, Florida, Illinois, Indiana, Nevada, New Mexico, New York, and Tennessee, the Commonwealths Of Massachusetts And Virginia, and The District Of Columbia Ex Rel. John Hendrix, Plaintiffs, *vs.* J-M Manufacturing Company, Inc., d/b/a JM Eagle, a Delaware corporation, and Formosa Plastics Corporation, U.S.A., a Delaware corporation (U.S. District Court, Central District of California, Case ED CV 06-00055-GW) Deposition.

21. **June 2013**. Free Speech Coalition, Inc., American Society Of Media Photographers, Inc.; Michael Barone; David Conners a/k/a Dave Cummings; Thomas Hymes; Townsend Enterprises, Inc.  d/b/a Sinclair Institute; C1R Distribution, LLC d/b/a Channel 1 Releasing; Barbara Alper; Carol Queen; Barbara Nitke; David Steinberg; Marie L. Levine a/k/a Nina Hartley; Dave Levingston; Betty Dodson; Carlin Ross *vs.* Eric H. Holder, Jr., Attorney General of the United States (U.S. District Court, Eastern District of Pennsylvania, Case 2:09–4607 MMB) Trial.

20. **October 2011**. Jonathan Buckheit *vs.* Tony Dennis, Dean Devlugt, Town of Atherton, County of San Mateo, Anthony Kockler and Jerry Carlson (U.S. District Court, Northern District of California, Case CV09-5000 JCS) Deposition.

19. **June 2010**.  Testimony before California State Senate Committee on Elections, Reapportionment and Constitutional Amendments. Legislative hearing. `https://www.stat.berkeley.edu/~stark/Prep`

rints/ab2023-senate-15-6-10.htm

18. **April 2010**. Testimony before California State Assembly Committee on Elections and Redistricting. Legislative hearing. `https://www.stat.berkeley.edu/~stark/Preprints/ab2023-assembly-20-4-10.htm`

17. **March 2010**. Suzan Sharpley and Robert Abeling *vs.* William Long; Novato Sanitary District; Elaine Ginnold, Marin County Registrar of Voters; Does 1–10. (State of California Superior Court, County of Marin, Case CIV 096368) Trial.

16. **January 2010**. Kastanos et al. *vs.* Central Concrete Supply Co., Inc. (State of California Superior Court, County of Alameda, Lead Case No. HG 07-319366) Trial.

15. **June 2009**. Star Scientific, Inc., *vs.* R.J. Reynolds Tobacco Company, et al. (U.S. District Court, Maryland District, Northern Division, Case Nos. MJG-01 1504 and MJG-02 2504) Trial.

14. **May 2009**. Star Scientific, Inc., *vs.* R.J. Reynolds Tobacco Company, et al. (U.S. District Court, Maryland District, Northern Division, Case Nos. MJG-01 1504 and MJG-02 2504) Deposition.

13. **July 2008**. Coordination Proceeding Special Title (Rule 1550(b)) Cellphone Termination Fee Cases (State of California Superior Court, County of Alameda, Case 4332) Deposition.

12. **April 2008**. Coordination Proceeding Special Title (Rule 1550(b)) Cellphone Termination Fee Cases (State of California Superior Court, County of Alameda, Case 4332) Deposition.

11. **August 2007**.  Self-Insurers' Security Fund *vs.* Gallagher Bassett Services, Inc. (U.S. District Court, Northern District of California, Case No. C 06-02828 JSW) Deposition.

10. **March 2007**.  Peter Wachtell *vs.* Capital One Financial Corporation and Capital One Services, Inc. (U.S. District Court, District of Idaho, Case No. CIV03-267-S-MHW) Deposition.

9. **November 2006**.  Coordination Proceeding Special Title (Rule 1550(b)) Cellphone Termination Fee Cases (State of California Superior Court, County of Alameda, Case 4332) Deposition.

8. **November 2006**.  ACLU *vs.* Gonzales (U.S. District Court, Eastern District of Pennsylvania, Civil Action No. 98-5591) Trial.

7. **August 2006**.  ACLU *vs.* Gonzales (U.S. District Court, Eastern District of Pennsylvania, Civil Action No. 98-5591) Deposition.

6. **December 2004**.  Star Scientific, Inc., *vs.* R.J. Reynolds Tobacco Company, et al. (U.S. District Court, Maryland District, Northern Division, Case Nos. MJG-01 1504 and MJG-02 2504) Trial.

5. **December 2003**.  Richison et al. *vs.* American Cemwood Corporation (State of California Superior Court, San Joaquin County, Case No. 005532) Trial.

4. **December 2003**.  Pacific Gas and Electric Co. *vs.* City and County of San Francisco (U.S. District Court, Northern District of California, Case No. C99-2071 VRW) Deposition.

3. **May 2003**. Richison et al. *vs.* American Cemwood Corporation (State of California Superior Court, San Joaquin County, Case No. 005532)

Deposition.

2. **May 1998**.   Testimony before the U.S. House of Representatives Subcommittee on the Census.  Legislative hearing.

1. **1997**.  Testimony before the State of California Senate Committee on Natural Resources.  Legislative hearing.

`https://www.stat.berkeley.edu/~stark/bio.pdf`
Last modified September 4, 2018.

EXHIBIT

2

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN P. KEMP, et al.<br><br>Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION FILE NO.: 1:17-cv-<br>)  2989-AT<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF SUSAN CANNELL

**SUSAN CANNELL** hereby declares as follows:

1. I am a Georgia voter, registered to vote at my residence 1778 Apple Blvd, Marietta, Georgia 30066.

2. I served on the bi-partisan Cobb County Ballot Review Board for the May 22, 2018 primary election.  One of the duties of this board is to review hand-marked paper ballots rejected by the optical scanner for over-votes or other paper ballot damage causing the ballot to be rejected by the scanner.

3. The bi-partisan board manually reviewed each of these ballots (which was a a very small number), to determine which mark was rejected, and whether the voters' intended votes could be determined.

4. There was unanimous agreement by the board in every case, after which the ballot was duplicated with the interpreted marks so that it could be read by the scanner.

5. Some overvotes were ballots where the voter marked a vote for one of the candidates printed on the ballot and in addition wrote in a different candidate in the section for write-in votes. In my experience, the type of mark that generally causes an overvote that the machine rejects, is a smudge mark or stray mark or a mark that the voter purposely scratches out to correct his vote. It appears to be uncommon that a ballot is cast where the voter's intent cannot be determined.

6. If there had been a vote for which the voter's intent could be determined, only the ambiguous vote would be rejected, the rest of the voter's ballot would be counted as cast.

7. During the board's review there were also two other review boards for the Smyrna City Council election and the Kennesaw City Council election meeting simultaneous with our meeting. Both boards reported to us that they received no ballots that required review. All paper ballots cast in those elections were read without any rejections by the scanner according to their report and my observation of their activity.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.


Executed on this date, September 10 , 2018

Susan Cannell

EXHIBIT

3

# IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |  |
|---|---|---|
| DONNA CURLING, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION FILE NO.:** |
| vs. | ) | **1:17-cv-2989-AT** |
| | ) | |
| BRIAN P. KEMP, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL DECLARATION OF JASMINE CLARK

**JASMINE CLARK** hereby declares as follows:

1. This statement supplements my declaration of July 31, 2018 addressing the electronic pollbook error in my precinct when I attempted to vote on July 24, 2018, and was initially told that I was in the wrong polling place.

2. As I reported in my earlier declaration, it was only after I complained repeatedly to numerous officials including phone calls to Gwinnett County elections office, that I was permitted to vote in my correct precinct, while I watched others being turned away.

3. I followed up on my complaint with Gwinnett County officials and was told that the poll worker went into the wrong part of express poll (State level instead of precinct level) to look me up and there were 41 other Jasmine Clark(s), and he chose the wrong one. An alternate explanation was that in Gwinnett they must have been looking at the name Jamie Clark, who's voting precinct matches the one they were trying to divert me to. This was explain to me by Lynn Ledford at the Gwinnett Board of Elections Monthly Meeting on Aug 21, 2018.

4. The response I was given cannot be accurate because (1) there is no other Jasmine Clark in the express pollbook that should have been registered to vote at the Chinese Christian Church (the incorrect precinct; (2) I was there for approximately 30 minutes  and my name and birthday were verified by multiple people, multiple times while I was there; (3) Jamie Clark is a male (a JR) and we do not share a birthday, so I should not have been mistaken for him.

5. As a candidate on the ballot in November and as a voter, I am dissatisfied with this inaccurate response because myself and others were told to go vote at a precinct that is located in a different House District. This means that if I would have left and gone to another location, then one of 2 things would have happened: (1) If my name were there I would have been voting for the

incorrect House District (District 97 instead of District 108), which directly affects votes for my race; If my name were not there and I was given a provisional ballot, I would not have had the correct candidates on my ballot and thus been able to cast a ballot for the correct State House candidate.

6. In my opinion it is imperative that the electronic pollbooks be brought into sync with accurate voter registration rolls prior to the November election to avoid frustrating, confusing and disenfranchising voters.

7. I would also like to see a paper copy of an accurate pollbook in the polling place so that pollworkers could reference a trusted record if there is any problem with the e-pollbooks.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this date, September 9, 2018.

Jasmine Clark

E
X
H
I
B
I
T

4

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| DONNA CURLING, et al. | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION FILE NO.: 1:17-cv-2989-AT |
| BRIAN P. KEMP, et al. | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF JEANNE DUFORT

**JEANNE DUFORT** hereby declares as follows:

1. I am a Georgia voter registered to vote at my residence 1360 Apalachee River Rd, Madison, 30650 in Morgan County, Georgia, and I have resided there since 2003.

2. Morgan County has approximately 13,200 registered voters.

3. Beginning this past summer, I have taken an active role in advocating both in Morgan County and statewide for adoption of paper ballots for the November, 2018 election. As part of these efforts, I have reviewed the state law, the State Election Board rules and transcripts of their 2010 through 2018 meetings, the Morgan County Election Board's statutory authority, and met with Morgan County local officials numerous times regarding the feasibility of adopting paper ballots in Morgan County.

4.  On July 19, 2018 at the regular meeting of the Morgan County Board of

Elections and Registration (BOER), Dutton Morehouse, chairman of the

Morgan County Democratic Party, presented concerns about election

security and use of the DRE devices with two specific requests: (1) that the

BOER confirm whether Morgan was one of the Georgia Counties mentioned

in the recently released indictments of GRU officers and (2) that the BOER

investigate the feasibility of using paper ballots for all Morgan County

voters for the upcoming mid-term election. I personally collaborated with

Mr. Morehouse on the presentation, but could not attend for medical

reasons. The BOER agreed to both requests, by 2-1 vote. Following the

meeting, the Morgan County Supervisor of Elections, Jennifer Doran,

communicated by email and phone with both Mr. Morehouse and me.

Exhibit 1 contains a series of emails between me, Mr. Morehouse, and Ms.

Doran. On July 20, Ms. Doran responded to the "Russian hacking" question

by sharing portions of an email she received from Elections Director Chris

Harvey, who stated that "visited websites is not the same as hacking

websites". On July 27, Ms. Doran advised us of the bulletin released by the

Secretary of State that confirmed Morgan County was not a target. In a July

30 email [Exhibit 1], in response to my query about whether she had been

able to determine the "feasibility of paper ballots for the November

election", Ms. Doran confirmed that she was gathering information for the BOER and would present it at the next meeting.

5. I personally attended the regular meeting of the Morgan County BOER on August 16, and used my personal phone to video the portion of the meeting that included Ms. Doran's report and the BOER discussion. The link to the complete and unedited video of this discussion is here: https://youtu.be/X2rzu3fwUjA

6. The video clearly shows an election supervisor preparing to use paper ballots for all voters in the upcoming election if such a decision to do so is made, and the BOER discussing options for how to best execute an all paper ballot election, if so ordered. The video also shows that multiple communications from Chris Harvey, asserting that local authorities may not use the powers granted by the legislature, have materially discouraged them from taking independent action.

7. In the video, Ms. Doran advises the Board that per Chris Harvey, Morgan County has to use the DRE's, and that the County Attorney had advised the same "until state law changes." She also references the state bulletin that is a response to the letter sent by the Coalition for Good Governance urging BOER to use paper ballots. BOER member Helen Butler asks about the federal lawsuit and Ms. Doran summarizes Secretary Kemp's response and notes that the plaintiff's response is due. Ms. Doran then moves into a report

about what would be needed to use paper ballots for all voters: discussion of scanners needed and printing costs. Total estimate is $15-$17,000. She confirms the equipment is available. Board then discusses the option of scanning at all precincts versus scanning centrally – cost versus security.

8. Following the meeting, I continued to communicate with Ms Doran in person, by phone, and by email. Exhibit 2 contains a series of emails between me and Ms. Doran. Her email dated 8/22 says "this is a follow-up to a conversation we had last night" and asks for contact information for potentially acquiring additional optical scanners at a reduced cost, noting "having this information ready in anticipation of the outcome of the pending lawsuit would be helpful". It is my clear impression from my personal interactions with Ms. Doran, including her report to the board and her follow-up emails, that she is prepared to conduct upcoming elections using paper ballots for all voters, in the event that the court so rules, and that she has not ever indicated that this would place an undue burden on Morgan County.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this date, Sept 10, 2018

Jeanne Dufort

RE: Russian hacking question

Jennifer Doran <jdoran@morgancountyga.gov>

Mon 7/30/2018 9:42 AM

To:Jeanne Dufort <jeanne@horseandhome.com>; Dutton Morehouse <duttonmorehouse@gmail.com>;

Good morning,

Once I receive all the information the Board directed me to gather, I will present it at the next meeting, and they will use that information to determine their next steps.

Thank you,

Jennifer Doran
Elections Supervisor
Morgan County Board of Elections and Registration
434 Hancock Street
Madison, GA  30650
706-343-6311 office
706-818-4338 cell
jdoran@morgancountyga.gov



**From:** Jeanne Dufort <jeanne@horseandhome.com>
**Sent:** Friday, July 27, 2018 2:29 PM
**To:** Jennifer Doran <jdoran@morgancountyga.gov>; Dutton Morehouse <duttonmorehouse@gmail.com>
**Subject:** Re: Russian hacking question

Happy to hear that we were not the target - this time.

With Dan Coats statement that this is "red alert" time - we do need to be very cautious.

Have you been able to determine the feasibility of paper ballot for the November election?

Jeanne

**From:** Jennifer Doran <jdoran@morgancountyga.gov>
**Sent:** Friday, July 27, 2018 8:09:15 AM
**To:** Jeanne Dufort; Dutton Morehouse
**Subject:** RE: Russian hacking question

Good morning,

As you may have seen in the news yesterday, the Secretary of State released a bulletin to all election officials regarding the Russian hacking indictment.

There were two Georgia counties whose websites were visited, but there was no attempt to hack. Morgan County is NOT one of those two counties. As you expressed concern that Morgan County may have been one of those counties, I wanted to follow up and let you know.

Thank you,

Jennifer Doran
Elections Supervisor
Morgan County Board of Elections and Registration
434 Hancock Street
Madison, GA 30650
706-343-6311 office
706-818-4338 cell
jdoran@morgancountyga.gov



**From:** Jeanne Dufort <jeanne@horseandhome.com>
**Sent:** Friday, July 20, 2018 3:46 PM
**To:** Dutton Morehouse <duttonmorehouse@gmail.com>; Jennifer Doran <jdoran@morgancountyga.gov>
**Subject:** Re: Russian hacking question

Perhaps the question that should be asked is "was Morgan County one of the Georgia Counties whose website was visited to identify vulnerabilities.

And maybe in light of this response from the Secretary of State's office, our question should be directed to the County Manager and Chairman of the Commissioners....

who should direct their inquiry to DHS...

**From:** Dutton Morehouse <duttonmorehouse@gmail.com>
**Sent:** Friday, July 20, 2018 3:39:23 PM
**To:** Jennifer Doran
**Subject:** Re: Russian hacking question

Thanks, Jennifer, for your quick response. I am certainly not trying to make news where none exists, but it seems to me that, reading between the lines, the short answer is "we don't know." I trust Chris will stay on top of this.

Thanks, again,

Dutton

Dutton Morehouse
duttonmorehouse@gmail.com
920-535-0139

On Jul 20, 2018, at 3:09 PM, Jennifer Doran <jdoran@morgancountyga.gov> wrote:

> Good afternoon,
>
> I contacted Chris Harvey, Elections Director for the Georgia Secretary of State, asking him about the concerns raised at the Morgan County Board of Elections and Registration meeting yesterday regarding the indictment for federal hacking.  His response is below:
>
>> There is no evidence of hacking of anything in Georgia regarding this indictment. The indictment (paragraph 75) states: "..co-conspirators further targeted state and county offices responsible for administering the 2016 US Elections. For example, on or about October 28, 2016, KOVALEV and his co-conspirators visited the websites of certain counties in Georgia, Iowa, and Florida to identify vulnerabilities."
>>
>> "Visited websites" is not the same as hacking websites and visiting doesn't necessarily imply "scanning" of websites. We are in regular communication with Department of Homeland Security (DHS) on these matters, but we cannot provide any more details at this time.
>
> Thank you,
>
> Jennifer Doran
> Elections Supervisor
> Morgan County Board of Elections and Registration
> 434 Hancock Street
> Madison, GA  30650
> 706-343-6311 office
> 706-818-4338 cell
> jdoran@morgancountyga.gov
> <image001.png>

Georgia Open Records Act: Under Georgia law, all information, including e-mail, written letters, documents and phone messages, sent to the County Board of Commissioners and County offices and employees is subject to Public Records law. This includes the sender's e-mail address, home address or phone number if shown in the message, the content of the message and any associated attachments to the mail.

Re: OS unit contact

Jeanne Dufort

Wed 8/22/2018 5:14 PM

Sent Items

To:Jennifer Doran <jdoran@morgancountyga.gov>;

glad to help.

It may take you an email or two to get directly to the "custodian" of the optical scanners.
two of the expert witnesses, themselves current or former election directors, have been in contact and will help
you get in touch.

who has scanners: Angie Leath, Election Director, El Paso County, CO

who can put you in touch with her:
Amber McReynolds amber@voteathome.org - until recently, she was the Elections Director for the City and
County of Denver
Virginia Martin  virginiamartin2010@gmail.com - election ommissioner, Columbia County, NY

also - have you been in touch with K&H Integrated Print Solutions out of Washington - I'm told they are one of the
largest ballot printers in the county, and have been providing ballots for as low as $.26 per ballot - I have no idea
how our small batches would affect the price. But in case you would like to seek a competitive bid - contact Dave
Haines dhaines@khprint.com

hope this helps.

Also -

**From:** Jennifer Doran <jdoran@morgancountyga.gov>
**Sent:** Wednesday, August 22, 2018 11:24:27 AM
**To:** Jeanne Dufort
**Subject:** OS unit contact

Jeanne,

This is a follow up to the conversation we had last night regarding the contact information for the OS units in Colorado.
Could you send it to me at your convenience?  Having this information ready in anticipation of the outcome of the pending
lawsuit would be helpful.

Thank you,

Jennifer Doran
Elections Supervisor
Morgan County Board of Elections and Registration
434 Hancock Street

Madison, GA  30650
706-343-6311 office
706-818-4338 cell
jdoran@morgancountyga.gov



Georgia Open Records Act: Under Georgia law, all information, including e-mail, written letters, documents and phone messages, sent to the County Board of Commissioners and County offices and employees is subject to Public Records law. This includes the sender's e-mail address, home address or phone number if shown in the message, the content of the message and any associated attachments to the mail.

EXHIBIT

5

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONNA CURLING, et al.                    )
                                         )
Plaintiff,                               )
                                         )
vs.                                      )     **CIVIL ACTION FILE NO.:**
                                         )     **1:17-cv-2989-AT**
BRIAN P. KEMP, et al.                    )
                                         )
Defendant.                               )

## SUPPLEMENTAL DECLARATION OF VIRGINIA MARTIN

**VIRGINIA MARTIN** hereby declares as follows:

1.     I submitted a declaration in this lawsuit on August 20, 2018. This declaration supplements that information.

## VOTER CONFUSION

2.     It is my understanding that defendants predict that voters will be befuddled when confronted by the hand-marking of paper ballots and will have difficulty coloring in ovals in a manner that could be successfully counted in centrally located optical scanners. It is asserted that without a voting machine to alert voters that they have mismarked their ballots, voters will be disenfranchised by the casting of uncountable ballots.

3.     I have personal experience in transitioning tens of thousands of voters from a mechanical lever voting-machine election to one with paper ballots and optical scanners. That transition was accomplished effectively and without significant difficulty by implementing a very simple, almost

unnecessary voter-education program, primarily at the poll site on election day, utilizing oral instructions from poll workers as well as graphically illustrated written instructions. My county's experience was that voters had little to no difficulty understanding how to properly vote such a hand marked paper ballot. In my role as Commissioner, I visited the polling places and observed voters voting by hand-marked paper ballots. I did not observe any voters appearing to be confused or voicing confusion at how to mark a paper ballot with a pen. And in fact the machine counting and subsequent hand counting of the ballots confirmed that ballots were and are clearly marked in unambiguous ways.

4.      I have nine years of experience in running dozens of elections in Columbia County, New York in which voters hand-mark optically scanned paper ballots. My county's elections have entailed hundreds of thousands of voter-marked ballots and easily millions of votes on individual races. I have personally examined  thousands of hand-marked paper ballots.

5.      In 2010 and 2011 during the transition between voting methods, the most frequent error voters made was a failure to adequately fill in the voting oval. Another was using a pen that was not recognizable by the optical scanner. However, neither occurred with great frequency, and both were very easily averted with very simple educational techniques. The frequency of such errors, negligible during the transition period, has decreased even further since that time. But it should be noted that, in both cases, a human review of the ballots easily adjudicated the votes to determine voter intent so that all votes could be counted.

6.      Our trained counters recognize the kinds of markings that a scanner will count as a vote and those that a scanner will entirely fail to

discern. In such a case, the voter's intent is interpreted by bipartisan teams and is honored.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this date, September 10, 2018.

Virginia Martin