IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,           :
                                   :
                                   :
        Plaintiffs,                :
                                   :
v.                                 :        CIVIL ACTION NO.
                                   :        1:17-CV-2989-AT
BRIAN KEMP, *et al.*,              :
                                   :
                                   :
        Defendants.                :

## ORDER

This matter is before the Court on miscellaneous matters regarding the hearing held on September 12, 2018. Upon review, the Court determines as follows:

First, the Court **ADMITS** Plaintiffs' Exhibit 7 as the Court has been advised that the State Defendants have no authenticity objection to the exhibit.

Second, the Court **GRANTS** the Curling Plaintiffs' Motion for Excess Pages for Post-Hearing Statement and Response to Declaration of Rebecca Sullivan [Doc. 300]. The Curling Plaintiffs may file a 17-page post-hearing statement and response to the declaration of Rebecca Sullivan.

Third, the Court **GRANTS** the Amici Curiae's Motion for Leave to File Declaration of Candice Hoke in Support of Plaintiffs' Motions for Preliminary Injunction [Doc. 304].

**IT IS SO ORDERED** this 17th day of September, 2018.

**Amy Totenberg**
**United States District Judge**