# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **JAMES N. HATTEN**<br>**DISTRICT COURT EXECUTIVE**<br>AND **CLERK OF COURT** | DOCKETING SECTION<br>404-215-1655 |

September 18, 2018

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

      **U.S.D.C. No.:** 1:17-cv-2989-AT
      **U.S.C.A. No.:** 00-00000-00
      **In re:**    *Donna Curling et al v. Brian P. Kemp et al*

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.** |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| ___ | There is no transcript. |
| **X** | **The court reporter is Sharron Welch.** |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| **X** | **Fee paid electronically on 9/18/18 (Receipt# 113E-8153375).** |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Amy Totenberg.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                                                    Sincerely,

                                                  James N. Hatten
                                                  District Court Executive
                                                  and Clerk of Court

                                     By:   <u>P. McClam</u>
                                               Deputy Clerk

Enclosures