# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, v. **BRIAN KEMP, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## Exhibit A
## Plaintiffs' Joint Proposed Schedule

| Case Event | Date |
|---|---|
| Status Conference | by September 28, 2018 |
| Fact Discovery Opens* | by September 28, 2018 |
| Answers to SAC and TAC Due | Within 3 calendar days of status conference (but no later than October 2, 2018) |
| Close of Fact Discovery | December 21, 2018 |
| Simultaneous Expert Reports | December 21, 2018 |
| Expert Reply Report(s) | January 11, 2019 |
| Close of Expert Discovery | January 25, 2019 |
| Trial Readiness | February 2019 |

*All responses to discovery requests, including production of documents or data in response to requests pursuant to Fed. R. Civ. P. 34, shall be due within 14 calendar days of receipt of any such request. Service of discovery requests and responses may be effected by email on counsel of record for all parties.