IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRIAN KEMP, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR STATUS CONFERENCE**

This matter coming before the Court on joint motion of the Plaintiffs seeking a status conference to address the proposed schedule. The Court being advised accordingly, it is hereby ordered that the Plaintiffs' Joint Motion is **GRANTED**.

A status conference is hereby set for _____ on September _____, 2018.

**IT IS SO ORDERED** this _____ day of September, 2018.

_____
U.S. District Court Judge Amy Totenberg