IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,

Plaintiffs,

v.

BRIAN KEMP, et al.,

Defendants.

CIVIL ACTION FILE

NO. 1:17-CV-02989-AT

**ORDER ON MOTION TO STAY PROCEEDINGS PENDING APPEAL**

The Motion to stay all pre-trial and trial proceedings pending appeal, having been duly considered, is hereby **GRANTED**.

**IT IS SO ORDERED** this \_\_\_\_ day of September, 2018.

_____
**THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE**