**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**[PROPOSED] ORDER GRANTING
<u>CURLING PLAINTIFFS' MOTION FOR ORAL ARGUMENT</u>**

This matter coming before the Court on the motion of the Curling Plaintiffs seeking oral argument regarding State Defendants' Motion to Stay (Dkt. No. 320). The Court being advised accordingly, it is hereby ordered that the Curling Plaintiffs' Motion is **GRANTED**.

**ORAL ARGUMENT IS HEREBY SCHEDULED** for this _____ day of October, 2018.

**IT IS SO ORDERED** this _____ day of September, 2018.

_____
U.S. District Court Judge Amy Totenberg

1