IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING
CURLING PLAINTIFFS' MOTION FOR SEVERANCE**

This matter coming before the Court on the Motion for Severance of Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs"). Upon considering the motion, supporting authorities, and the complete record herein, the Court accordingly GRANTS the motion and it is hereby ORDERED that:

1. the Curling Plaintiffs' claims in the Second Amended Complaint (Dkt. No. 70), and as modified by their withdrawal and voluntary dismissal of certain claims pursuant to the Curling Plaintiff's Notice (Dkt. No. 222) and Stipulation of Dismissal of Certain Defendants (Dkt. No. 223), are SEVERED from those claims asserted by Plaintiffs Coalition for Good

Governance, Laura Digges, William Digges III, Ricardo Davis, and Megan Missett (the "Coalition Plaintiffs") in the Third Amended Complaint (Dkt. No. 226);

2. the Coalition Plaintiffs' Third Amended Complaint shall be assigned a new case number.

**IT IS SO ORDERED** this _____ day of October, 2018.

_____
U.S. District Court Judge Amy Totenberg