IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,                :
                                         :
                                         :
    Plaintiffs,                          :
                                         :
v.                                       :  CIVIL ACTION NO.
                                         :  1:17-CV-2989-AT
BRIAN KEMP, *et al.*,                    :
                                         :
                                         :
    Defendants.                          :

## **ORDER**

On October 23, 2018, the Court entered an Order staying this case pending Defendants' appeal of the Order denying their Motion to Dismiss based on Eleventh Amendment and legislative immunity. Accordingly, the Court **ADMINISTRATIVELY CLOSES** this case pending the outcome of the appeal in the Eleventh Circuit Court of Appeals.

**IT IS SO ORDERED** this 26th day of October, 2018.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**