IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:17-cv-2989-AT |
| v. | ) | |
| | ) | |
| BRAD RAFFENSPERGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Bryan P. Tyson, of the law firm Strickland Brockington Lewis LLP, Midtown Proscenium Suite 2200, 1170 Peachtree Street NE, Atlanta, Georgia 30309, and hereby enters his appearance as co-counsel for Defendants Secretary of State and Chair of the State Election Board, Brad Raffensperger, the State Election Board (SEB), and SEB members Rebecca Sullivan, David Worley, and Seth Harp in the above-captioned matter.[1]  Copies of all further pleadings, orders, and notices should be sent to:

> Bryan P. Tyson
> bpt@sbllaw.net
> Strickland Brockington Lewis LLP
> 1170 Peachtree Street NE

---

[1] Pursuant to Fed.R.Civ.P. 25(d), Rusty Simpson's status as a defendant in his official capacity ceased automatically pursuant to his recent resignation, with the appointment of a successor currently pending.

Suite 2200
Atlanta, GA 30309
(678) 347-2200 (telephone)
(678) 347-2210 (facsimile)

This 15th day of February, 2019.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411
bpt@sbllaw.net
STRICKLAND BROCKINGTON
LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, Georgia 30309
678-347-2200 (telephone)
678-347-2210 (facsimile)

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice of Appearance of Counsel has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:17-cv-2989-AT |
| v. | ) | |
| | ) | |
| BRIAN KEMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to counsel of record for all parties to this matter via electronic notification or otherwise.

This 15th day of February, 2019.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411