IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO:  1:17-cv-2989-AT |
| BRIAN KEMP, et. al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE OF JOSH BELINFANTE

COMES NOW Josh Belinfante and the law firm of Robbins Ross Alloy Belinfante Littlefield LLC, 500 14th Street., N.W., Atlanta, Georgia  30318, and hereby enters his appearance as co-counsel for the Secretary of State (Brad Raffensperger), the State Election Board, and individual State Election Board members (Rebecca Sullivan, David Worley, and Seth Harp) in the above-captioned matter.

This 15th day of March, 2019.

                                                       */s/ Josh Belinfante*
                                                     Josh Belinfante
                                                     Georgia Bar No:  047399
                                                     Robbins Ross Alloy Belinfante Littlefield LLC
                                                     500 14th Street, NW

Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:  (404) 856-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF APPEARANCE OF JOSH BELINFANTE** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 15th day of March 2019.

*/s/ Josh Belinfante*
Josh Belinfante