taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 400 Atlanta, Georgia 30339
Main: 770.434.6868  Fax: 770.434.7376  **taylorenglish.com**

Bryan P. Tyson
Direct Dial: (678) 336-7249
Email: btyson@taylorenglish.com

April 3, 2019

**VIA CM/ECF FILING**

Harry Martin
Courtroom Deputy for
The Honorable Amy Totenberg
United States District Court for the Northern District of Georgia
Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

  Re: Donna Curling, et al. v. Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, et al.
    U.S. District Court for the Northern District of Georgia, Atlanta Division
    Civil Action File No. 1:17cv2989-AT

Dear Mr. Martin:

Pursuant to Local Rule 83.1 (E)(3), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- June 3, 2019 – June 13, 2019

I respectfully request that this case not be calendared during these dates.

        Respectfully,

        */s/ Brian P. Tyson*
        Bryan P. Tyson

BPT/ra

cc: All counsel of record (via CM/ECF only)