IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER,[1] ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## MOTION FOR USE OF ELECTRONIC EQUIPMENT
## DURING THE APRIL 9, 2019 CONFERENCE

Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg (the "Curling Plaintiffs") respectfully move for entry of an Order authorizing the use of electronic equipment, including 3 laptop or table computers with power cords, 3 smart phones with power cords, 1 USB drive, 1 Apple Watch, and 2 dongles or connection cords, by their counsel attending the April 9, 2019 status conference scheduled to begin at 2:30 p.m. The Curling Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel, David D. Cross, Catherine L. Chapple, and Adam M. Sparks, extend from 1:00 p.m. through completion of the conference, at the Court's discretion.

---

[1] Brad Raffensperger was sworn in as the Secretary of State of Georgia on January 14, 2019. Federal Rule of Civil Procedure 25(d) provides as a matter of law for Secretary Raffensperger's automatic substitution for former Secretary of State Brian P. Kemp as the party defendant in his official capacity.

WHEREFORE the Curling Plaintiffs respectfully request that this Court enter an Order GRANTING this Motion to bring the aforementioned electronic equipment into the courtroom for use during the April 9, 2019 conference. A proposed Order is attached hereto as Exhibit A.

Dated: April 4, 2019                              Respectfully submitted,

                                                  David D. Cross
                                                  (admitted *pro hac vice*)
                                                  Jane P. Bentrott
                                                  (admitted *pro hac vice*)
                                                  John P. Carlin
                                                  (admitted *pro hac vice*)
                                                  Catherine L. Chapple
                                                  (admitted *pro hac vice*)
                                                  Robert W. Manoso
                                                  (admitted *pro hac vice*)
                                                  MORRISON & FOERSTER LLP
                                                  2000 Pennsylvania Avenue, NW
                                                  Suite 6000
                                                  Washington, DC 20006
                                                  Telephone: (202) 887-1500
                                                  DCross@mofo.com
                                                  JBentrott@mofo.com
                                                  JCarlin@mofo.com
                                                  CChapple@mofo.com
                                                  RManoso@mofo.com

                                                  /s/ Adam M. Sparks
                                                  Halsey G. Knapp, Jr.
                                                  GA Bar No. 425320
                                                  Adam M. Sparks
                                                  GA Bar No. 341578
                                                  KREVOLIN & HORST, LLC

1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                      /s/ Adam M. Sparks
                                                     Adam M. Sparks

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, a copy of the foregoing MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING THE APRIL 9, 2019 CONFERENCE was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                          /s/ Adam M. Sparks
                                          Adam M. Sparks

KH534759.DOCX