IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## ORDER FOR USE OF ELECTRONIC EQUIPMENT
## DURING THE APRIL 9, 2019 CONFERENCE

At the motion of the Curling Plaintiffs in the above-styled action, it is hereby **ORDERED** that counsel for the Curling Plaintiffs (David D. Cross, Catherine L. Chapple, and Adam M. Sparks) may collectively bring and use 3 laptop or table computers with power cords, 3 smart phones with power cords, 1 USB drive, 1 Apple Watch, and 2 dongles or connection cords for the conference on April 9, 2019 before and scheduled by Judge Amy Totenberg, at the discretion of the Court.

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this __ day of April, 2019.

THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE