# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, ET AL., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| vs. | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| BRAD RAFFENSPERGER, | ) | |
| ET AL., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER ALLOWING AUDIO VISUAL EQUIPMENT

Marilyn Marks, and counsel Bruce P. Brown, may bring and use 3 laptops with power cords, 3 smart phones with power cords, and an Apple watch, for use the conference on April 9, 2019 before Judge Amy Totenberg, at the discretion of the Court. Said equipment shall be subject to inspection. Proper identification is required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this 9th day of April, 2019.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE

1