# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 04/09/2019.

TIME COURT COMMENCED: 2:35 P.M.
TIME COURT CONCLUDED: 4:10 P.M.
TIME IN COURT: 1:35
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: Delarence Lee
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger
Bruce Brown representing Coalition for Good Governance
Kaye Burwell representing The Fulton County Board of Registration and Elections
Catherine Chapple representing Donna Curling
David Cross representing Donna Curling
Cary Ichter representing Coalition for Good Governance
David Lowman representing The Fulton County Board of Registration and Elections
Carey Miller representing Brad Raffensperger
Vincent Russo representing Brad Raffensperger
Adam Sparks representing Donna Curling
Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Status Hearing. Defendants will file a response to Plaintiff's status report Thursday, April 11, 2019. Defendant Exhibit 1 admitted. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |