IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

**ORDER**

The parties appeared before the Court today for a status conference. Defendants indicated at the hearing that they intend to file a motion to dismiss Plaintiffs' claims on mootness grounds in light of the passage of Act No. 24/House Bill 316 signed by the Governor on April 2, 2019 regarding implementation of a new statewide voting system in 2020. As noted by the Court at the hearing, the Defendants' argument – that Plaintiffs' claims challenging the constitutionality of the use of DREs in Georgia elections is now moot – does not currently appear to be meritorious. As long as the State is proceeding to use DREs in all remaining 2019 elections, it is the Court's view at this juncture that Defendants' mootness argument is not meritorious. However, if Defendants intend to proceed as planned and file a motion to dismiss on mootness, the Court imposes the following briefing schedule:

- Defendants' Motion to Dismiss must be filed **NO LATER THAN MONDAY, APRIL 15, 2019**.

- Plaintiffs' Response must be filed **NO LATER THAN MONDAY, APRIL, 22, 2019**.

- Defendants' Reply must be filed **NO LATER THAN WEDNESDAY, APRIL 24, 2019**.

No extensions of these deadlines shall be granted. Defendants' Motion and Plaintiffs' Response **SHALL NOT EXCEED FIFTEEN (15) PAGES** and Defendants' Reply **SHALL NOT EXCEED SEVEN (7) PAGES**.

If Defendants do not intend to move forward with their planned motion, Defendants **SHALL ADVISE** the Court no later than 12:00 p.m. on Monday, April, 15, 2019.

**IT IS SO ORDERED** this 9th day of April, 2019.

_____
**Amy Totenberg**
**United States District Judge**