IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER, et. al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br><br>FILE NO: 1:17-cv-2989-AT |

**NOTICE OF FILING EXHIBITS**

At the request of the Court and for the convenience of the Court and the parties, State Defendants Secretary of State and State Election Board Members give notice of filing the following Exhibits, attached hereto:

- Act 24 and House Bill 316.  An electronic scan of the certified copy of Act 24, admitted as Exhibit 1 [Doc. 355] and House Bill 316 as passed by the House of Representatives and Senate of the State of Georgia (Exhibit 2).

- Electronic copies of certain portions of the Request for Proposal for a Statewide Voting System. Attached hereto are the Request for Proposal (Exhibit 3), Background and Scope of Work (Exhibit 4), and Potential Equipment Distribution (Exhibit 5). The full Request for

Proposal is *available at*

https://ssl.doas.state.ga.us/PRSapp/PublicBidNotice?bid_op=1947800 47800-SOS0000037.

This 10th day of April, 2019.

        */s/ Vincent R. Russo*
        Joshua Barrett Belinfante
        Georgia Bar No.:  047399
        jbelinfante@robbinsfirm.com
        Vincent Robert Russo, Jr.
        Georgia Bar No.:  242628
        vrusso@robbinsfirm.com
        Brian Edward Lake
        Georgia Bar No.:  575966
        blake@robbinsfirm.com
        Carey Allen Miller
        Georgia Bar No.:  97640
        cmiller@robbinsfirm.com
        Robbins Ross Alloy Belinfante Littlefield, LLC
        500 Fourteenth St., N.W.
        Atlanta, GA 30318
        Telephone:  (678) 701-9381
        Facsimile:    (404) 856-3250

        Bryan P. Tyson
        Taylor English Duma LLP
        1600 Parkwood Circle - Suite 200
        Atlanta, GA 30339
        Telephone: (678) 336-7249
        btyson@taylorenglish.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served the foregoing **NOTICE OF FILING EXHIBITS** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing:

This 10th day of April, 2019.

                                                */s/ Vincent R. Russo*
                                                Vincent R. Russo