# Exhibit 2

19                                                                    HB 316/AP

House Bill 316 (AS PASSED HOUSE AND SENATE)

By: Representatives Fleming of the 121st, Jones of the 47th, Burns of the 159th, Rynders of the 152nd, Watson of the 172nd, and others

## A BILL TO BE ENTITLED
## AN ACT

1   To amend Chapter 2 of Title 21 of the Official Code of Georgia Annotated, relating to
2   primaries and elections generally, so as to provide for definitions; to provide for uniform
3   election equipment in this state; to provide for ballot marking devices and standards and
4   procedures for such devices; to provide for the manner of qualifying presidential elector
5   candidates for independent candidates for the offices of President and Vice President of the
6   United States; to provide for the time for filing evidence of nomination by political body
7   candidates; to clarify the age for voting; to provide for audits of election results and
8   procedures therefor; to revise and clarify procedures for voter registration and list
9   maintenance activities; to authorize the Secretary of State to become a member of a
10  nongovernmental entity for purposes of maintaining electors lists under certain conditions;
11  to provide for minimum requirements and form of information on electronic ballot markers;
12  to provide for confidentiality of certain records and documents; to extend the time period
13  allowing for public comment on precinct realignments; to place time limits on relocation of
14  polling places; to provide for additional sites for a registrar's office or place of registration
15  for absentee ballots; to provide for the delivery of absentee ballots to certain persons in
16  custody; to provide for the manner of processing absentee ballot applications and absentee
17  ballots; to provide a cure for an elector whose absentee ballot was rejected; to provide for the
18  form of absentee ballot oath envelopes; to provide for the time for advance voting and
19  manner and location of advance voting; to provide for assistance in voting; to provide for
20  ease of reading ballots; to provide that a voter identification card is valid until an elector
21  moves out of the county in which it was issued or is no longer eligible to vote; to provide for
22  notification procedures for status of provisional ballots; to provide for the time for certifying
23  elections; to provide for precertification audits; to provide for entitlement to and methods for
24  recounts; to provide for conforming changes; to provide for related matters; to provide for
25  an effective date; to repeal conflicting laws; and for other purposes.

26          BE IT ENACTED BY THE GENERAL ASSEMBLY OF GEORGIA:

27                           **SECTION 1.**

28   Chapter 2 of Title 21 of the Official Code of Georgia Annotated, relating to primaries and

29   elections generally, is amended by revising paragraphs (2), (4.1), and (18) of Code

30   Section 21-2-2, relating to definitions, and adding new paragraphs to read as follows:

31       "(2)  'Ballot ~~labels~~ <u>marking device</u>' means ~~the cards, paper, or other material placed on the~~

32   ~~front of a voting machine containing the names of offices and candidates and statements~~

33   ~~of questions to be voted on~~ <u>a pen, pencil, or similar writing tool, or an electronic device</u>

34   <u>designed for use in marking paper ballots in a manner that is detected as a vote so cast</u>

35   <u>and then counted by ballot scanners.</u>

36       <u>(2.1)  'Ballot scanner' means an electronic recording device which receives an elector's</u>

37   <u>ballot and tabulates the votes on the ballot by its own devices; also known as a 'tabulating</u>

38   <u>machine.</u>"

39       "(4.1)  'Direct recording electronic' or 'DRE' voting equipment means a computer driven

40   unit for casting and counting votes on which an elector touches a video screen or a button

41   adjacent to a video screen to cast his or her vote.  <u>Such term shall not encompass ballot</u>

42   <u>marking devices or electronic ballot markers.</u>"

43       "<u>(7.1)  'Electronic ballot marker' means an electronic device that does not compute or</u>

44   <u>retain votes; may integrate components such as a ballot scanner, printer, touch screen</u>

45   <u>monitor, audio output, and a navigational keypad; and uses electronic technology to</u>

46   <u>independently and privately mark a paper ballot at the direction of an elector, interpret</u>

47   <u>ballot selections, communicate such interpretation for elector verification, and print an</u>

48   <u>elector verifiable paper ballot.</u>"

49       "(18)  'Official ballot' means a ballot, whether paper, mechanical, or electronic, which is

50   furnished by the superintendent or governing authority in accordance with Code

51   Section 21-2-280, including <u>paper</u> ballots ~~read by optical scanning tabulators~~ <u>that are read</u>

52   <u>by ballot scanners.</u>"

53       "<u>(19.1)  'Optical scanning voting system' means a system employing paper ballots on</u>

54   <u>which electors cast votes with a ballot marking device or electronic ballot marker after</u>

55   <u>which votes are counted by ballot scanners.</u>"

56       "<u>(32.1)  'Scanning ballot' means a printed paper ballot designed to be marked by an</u>

57   <u>elector with a ballot marking device or electronic ballot marker or a blank sheet of paper</u>

58   <u>designed to be used in a ballot marking device or electronic ballot marker, which is then</u>

59   <u>inserted for casting into a ballot scanner.</u>"

60          **SECTION 2.**

61   Said chapter is further amended by revising paragraph (15) of subsection (a) of Code

62   Section 21-2-50, relating to the powers and duties of the Secretary of State and prohibition

63   against serving in a fiduciary capacity, as follows:

64        "(15)   To develop, program, build, and review ballots for use by counties and

65          municipalities on ~~direct recording electronic (DRE)~~ voting systems in use in the state."


66          **SECTION 3.**

67   Said chapter is further amended by adding a new Code section to read as follows:

68   "<u>21-2-132.1.</u>

69   <u>(a)  An independent candidate for the office of President or Vice President of the United</u>

70   <u>States shall file with the Secretary of State not later than the Friday before the opening of</u>

71   <u>qualifying for such office as provided in subsection (d) of Code Section 21-2-132 a slate</u>

72   <u>of candidates for the office of presidential elector which such independent candidate has</u>

73   <u>certified as being the presidential electors for such independent candidate.</u>

74   <u>(b)  The candidates for presidential electors certified by an independent candidate for the</u>

75   <u>office of President or Vice President of the United States shall then qualify for election to</u>

76   <u>such office in accordance with Code Section 21-2-132.</u>

77   <u>(c)  An independent candidate for the office of President or Vice President of the United</u>

78   <u>States may certify a number of candidates for the office of presidential elector that is equal</u>

79   <u>to or less than the number of presidential electors who may be elected from the State of</u>

80   <u>Georgia.</u>"


81          **SECTION 4.**

82   Said chapter is further amended by revising paragraph (5) of subsection (c) of Code

83   Section 21-2-172, relating to nomination of presidential electors and candidates of political

84   bodies by convention, as follows:

85        "(5) That a certified copy of the minutes of the convention, attested to by the chairperson

86          and secretary of the convention, must be filed by the nominee with his or her ~~notice of~~

87          ~~candidacy~~ <u>nomination petition</u>."


88          **SECTION 5.**

89   Said chapter is further amended by revising subsections (a) and (c) of Code

90   Section 21-2-216, relating to qualifications of electors generally, reregistration of electors

91   purged from list, eligibility of nonresidents who vote in presidential elections, retention of

92   qualification for standing as elector, evidence of citizenship, and check of convicted felons

93   and deceased persons databases, as follows:

94    "(a)  No person shall vote in any primary or election held in this state unless such person

95    shall be:

96       (1)  Registered as an elector in the manner prescribed by law;

97       (2)  A citizen of this state and of the United States;

98       (3)  At least 18 years of age <u>on or before the date of the primary or election in which such</u>

99       <u>person seeks to vote</u>;

100      (4)  A resident of this state and of the county or municipality in which he or she seeks to

101      vote; and

102      (5)  Possessed of all other qualifications prescribed by law."

103   "(c)  Any person who possesses the qualifications of an elector except that concerning age

104   shall be permitted to register to vote if such person will acquire such qualification within

105   six months after the day of registration; provided, however, that such person shall not be

106   permitted to vote in a primary or election ~~until the acquisition of all specified qualifications~~

107   <u>unless such person shall be at least 18 years of age on or before the date of the primary or</u>

108   <u>election in which such person seeks to vote</u>."

109                                         **SECTION 6.**

110   Said chapter is further amended by revising subsections (b), (c), and (d) of Code Section

111   21-2-220.1, relating to required documentation for voter registration, as follows:

112   "(b)  ~~For those voter registration applicants who have a Georgia driver's license number or~~

113   ~~identification card number for an identification card issued pursuant to Article 5 of Chapter~~

114   ~~5 of Title 40, or the last four digits of a social security number, a voter registration~~

115   ~~application may be accepted as valid only after the board of registrars has verified the~~

116   ~~authenticity of the Georgia driver's license number, the identification card number of an~~

117   ~~identification card issued pursuant to Article 5 of Chapter 5 of Title 40, or the last four~~

118   ~~digits of the social security number provided by the applicant~~ <u>In the event that the name,</u>

119   <u>driver's license number, social security number, or date of birth provided by the person</u>

120   <u>registering to vote on the voter registration form does not match information about the</u>

121   <u>applicant on file at the Department of Driver Services or the federal Social Security</u>

122   <u>Administration, the applicant shall nevertheless be registered to vote but shall be required</u>

123   <u>to produce proof of his or her identity to a county registrar, a deputy county registrar, a poll</u>

124   <u>manager, or a poll worker at or before the time that such applicant requests a ballot for the</u>

125   <u>first time in any federal, state, or local election.</u>

126   (c)  ~~The authenticity of an applicant's Georgia driver's license number, identification card~~

127   ~~number of an identification card issued pursuant to Article 5 of Chapter 5 of Title 40, or~~

128   ~~the last four digits of the social security number may be verified by:~~

129   (1) The board of registrars matching the Georgia driver's license number, identification
130   card number of an identification card issued pursuant to Article 5 of Chapter 5 of Title
131   40, or the last four digits of the social security number provided by the applicant with the
132   applicant's record on file with the Department of Driver Services or the federal Social
133   Security Administration; or
134   (2) The applicant providing sufficient evidence to the board of registrars to verify the
135   applicant's identity, which sufficient evidence includes, but is not limited to, providing
136   one of the forms of identification listed in subsection (a) of Code Section 21-2-417 Proof
137   of the applicant's identity as set forth in subsection (b) of this Code section shall be the
138   forms of identification listed in subsection (c) of Code Section 21-2-417.
139   (d)(1) If a completed voter registration application has been received by the registration
140   deadline set by Code Section 21-2-224 but the Georgia driver's license number, the
141   identification card number of an identification card issued pursuant to Article 5 of
142   Chapter 5 of Title 40, or the last four digits of the social security number provided by the
143   applicant cannot be verified, the applicant shall be notified that the number cannot be
144   verified and that the applicant must provide sufficient evidence to the board of registrars
145   to verify the applicant's identity in order to have his or her application processed by the
146   board of registrars.
147   (2) If the applicant provides such sufficient evidence on or before the date of a primary
148   or election, and if the applicant is found eligible to vote, the applicant shall be added to
149   the list of electors and shall be permitted to vote in the primary or election and any runoff
150   resulting therefrom and subsequent primaries and elections.
151   (3) If the applicant has not provided such sufficient evidence or such number has not
152   otherwise been verified on or before the date of a primary or election, the applicant
153   presenting himself or herself to vote shall be provided a provisional ballot.  The
154   provisional ballot shall be counted only if such number is verified by the end of the time
155   period set forth in subsection (c) of Code Section 21-2-419 or if the applicant presents
156   sufficient evidence to the board of registrars to verify the applicant's identity, by the end
157   of the time period set forth in subsection (c) of Code Section 21-2-419.
158   (4) The voter application shall be rejected if the Georgia driver's license number,
159   identification card number of an identification card issued pursuant to Article 5 of
160   Chapter 5 of Title 40, or last four digits of the social security number provided by the
161   applicant is not verified and the applicant fails to present sufficient evidence to the board
162   of registrars to verify the applicant's identity within 26 months following the date of the
163   application.
164   (5) This subsection shall not apply to an electronic voter registration application
165   submitted pursuant to Code Section 21-2-221.2."

### SECTION 7.

166  
167  Said chapter is further amended by revising Code Section 21-2-225, relating to  
168  confidentiality of original registration applications, limitations on registration data available  
169  for public inspection, and data made available by Secretary of State, by adding a new  
170  subsection to read as follows:

171  "(d)(1)  The Secretary of State may become a member of a nongovernmental entity whose  
172  purpose is to share and exchange information in order to improve the accuracy and  
173  efficiency of voter registration systems.  The membership of the nongovernmental entity  
174  shall be composed solely of election officials of state and territorial governments of the  
175  United States, except that such membership may also include election officials of the  
176  District of Columbia.  
177  (2)  Notwithstanding any provision of law to the contrary, the Secretary of State may  
178  share confidential and exempt information after becoming a member of such  
179  nongovernmental entity as provided in paragraph (1) of this subsection.  
180  (3)  The Secretary of State may become a member of such nongovernmental entity only  
181  if such entity is controlled and operated by the participating jurisdictions.  The entity shall  
182  not be operated or controlled by the federal government or any other entity acting on  
183  behalf of the federal government.  The Secretary of State must be able to withdraw at any  
184  time from any such membership in such nongovernmental entity.  
185  (4)  If the Secretary of State becomes a member of such nongovernmental entity, the  
186  Department of Driver Services shall, pursuant to an agreement with the Secretary of  
187  State, provide driver's license or identification card information related to voter eligibility  
188  to the Secretary of State for the purpose of sharing and exchanging voter registration  
189  information with such nongovernmental entity.  
190  (5)  Notwithstanding any law to the contrary, upon the Secretary of State becoming a  
191  member of a nongovernmental entity as provided in this subsection, information received  
192  by the Secretary of State from the nongovernmental entity is exempt from disclosure  
193  under Article 4 of Chapter 18 of Title 50 and any other provision of law.  However, the  
194  Secretary of State may provide such information to the boards of registrars to conduct  
195  voter registration list maintenance activities."

### SECTION 8.

196  
197  Said chapter is further amended by revising subsection (a) of Code Section 21-2-230, relating  
198  to challenge of persons on list of electors by other electors, procedure, hearing, and right of  
199  appeal, as follows:  
200  "(a)  Any elector of the county or municipality may challenge the right of any other elector  
201  of the county or municipality, whose name appears on the list of electors, to vote in an

202    election.  Such challenge shall be in writing and specify distinctly the grounds of such
203    challenge.  Such challenge may be made at any time prior to the elector whose right to vote
204    is being challenged voting at the elector's polling place or, if such elector cast an absentee
205    ballot, prior to 5:00 P.M. on the day before the election; provided, however, that challenges
206    to persons voting by absentee ballot in person at the office of the registrars or the absentee
207    ballot clerk ~~whose vote is cast on a DRE unit must~~ <u>shall</u> be made prior to such person's
208    voting."

209                              **SECTION 9.**
210    Said chapter is further amended by revising subsection (c) of Code Section 21-2-231, relating
211    to lists of persons convicted of felonies, persons identified as noncitizens, persons declared
212    mentally incompetent, and deceased persons provided to Secretary of State and Council of
213    Superior Court Clerks, removal of names from list of electors, obtain information about
214    persons who died, timing, and list of inactive voters provided to Council of Superior Court
215    Clerks, as follows:
216         "(c)<u>(1)</u>  Upon receipt of the lists described in subsections ~~(a),~~ (a.1)<u>,</u> and (b) of this Code
217         section ~~and the lists of persons convicted of felonies in federal courts received pursuant~~
218         ~~to 42 U.S.C. Section 1973gg-6(g)~~, the Secretary of State shall transmit the names of such
219         persons whose names appear on the list of electors to the appropriate county board of
220         registrars who shall remove all such names from the list of electors and shall mail a notice
221         of such action and the reason therefor to the last known address of such persons by
222         first-class mail.
223         <u>(2)  Upon receipt of the list described in subsection (a) of this Code section and the lists</u>
224         <u>of persons convicted of felonies in federal courts received pursuant to 52 U.S.C.</u>
225         <u>Section 20507(g), the Secretary of State shall transmit the names of such persons whose</u>
226         <u>names appear on the lists of electors to the appropriate county board of registrars who</u>
227         <u>shall mail a notice to the last known address of each such person by first-class mail,</u>
228         <u>stating that the board of registrars has received information that such person has been</u>
229         <u>convicted of a felony and will be removed from the list of electors 30 days after the date</u>
230         <u>of the notice unless such person requests a hearing before the board of registrars on such</u>
231         <u>removal.</u>"

232                              **SECTION 10.**
233    Said chapter is further amended by revising subsection (b) of Code Section 21-2-232, relating
234    to removal of elector's name from list of electors, as follows:
235         "(b)<u>(1)</u>  ~~When an elector of this state moves to another county or state and registers to~~
236         ~~vote and the registration officials send a notice of cancellation reflecting the registration~~

237   ~~of the elector in the other county or state, the Secretary of State or the board of registrars,~~
238   ~~as the case may be, shall remove such elector's name from the list of electors. It shall not~~
239   ~~be necessary to send a confirmation notice to the elector in such circumstances.~~ When
240   an elector of this state moves to another state and registers to vote and the registration
241   officials in such state send a notice of cancellation reflecting the registration of the elector
242   in the other state, which includes a copy of such elector's voter registration application
243   bearing the elector's signature, the Secretary of State or the board of registrars, as the case
244   may be, shall remove such elector's name from the list of electors.  It shall not be
245   necessary to send a confirmation notice to the elector in such circumstances.
246   (2)  When an elector of this state moves to another state and the registration officials in
247   such other state or a nongovernmental entity as described in subsection (d) of Code
248   Section 21-2-225 sends a notice of cancellation or other information indicating that the
249   elector has moved to such state but such notice or information does not include a copy
250   of such elector's voter registration application in such other state bearing the elector's
251   signature, the Secretary of State or the board of registrars, as the case may be, shall send
252   a confirmation notice to the elector as provided in Code Section 21-2-234."

253                                        **SECTION 11.**
254   Said chapter is further amended by revising subsection (a) of Code Section 21-2-234, relating
255   to electors who have failed to vote and with whom there has been no contact in three years,
256   confirmation notice requirements and procedure, and time for completion of list maintenance
257   activities, as follows:
258   "(a)(1)  As used in this Code section and Code Section 21-2-235, the term 'no contact'
259   shall mean that the elector has not filed an updated voter registration card, has not filed
260   a change of name or address, has not signed a petition which is required by law to be
261   verified by the election superintendent of a county or municipality or the Secretary of
262   State, has not signed a voter's certificate, has not submitted an absentee ballot application
263   or voted an absentee ballot, and has not confirmed the elector's continuation at the same
264   address during the preceding ~~three~~ five calendar years.
265   (2)  In the first six months of each odd-numbered year, the Secretary of State shall
266   identify all electors whose names appear on the list of electors with whom there has been
267   no contact during the preceding ~~three~~ five calendar years and who were not identified as
268   changing addresses under Code Section 21-2-233.  The confirmation notice described in
269   this Code section shall be sent to each such elector during each odd-numbered year. Such
270   notices shall be sent by forwardable, first-class mail."

271                                          **SECTION 12.**

272   Said chapter is further amended by revising subsection (b) of Code Section 21-2-235, relating

273   to inactive list of electors, as follows:

274   "(b)  An elector placed on the inactive list of electors shall remain on such list until the day

275        after the second November general election held after the elector is placed on the inactive

276        list of electors.  If the elector makes no contact, as defined in Code Section 21-2-234,

277        during that period, the elector shall be removed from the inactive list of electors.  Not less

278        than 30 nor more than 60 days prior to the date on which the elector is to be removed from

279        the inactive list of electors, the board of registrars shall mail a notice to the address on the

280        elector's registration record."


281                                          **SECTION 13.**

282   Said chapter is further amended by revising subsection (c) of Code Section 21-2-262, relating

283   to investigation as to division, redivision, alteration, formation, or consolidation of precincts

284   and petition of electors or board of registrars, as follows:

285   "(c)  Upon the presentation of any such petition by the board of registrars or upon the filing

286        by the board of its report and recommendations as to any investigation presented under

287        subsection (a) of this Code section, the superintendent may make such order for the

288        division, redivision, alteration, formation, or consolidation of precincts as will, in the

289        superintendent's opinion, promote the convenience of electors and the public interests;

290        provided, however, that the superintendent shall not make any final order for the division,

291        redivision, alteration, formation, or consolidation of precincts until at least ~~ten~~ 30 days after

292        notice of such change shall have been advertised in the legal organ of the county.  A copy

293        of such notice shall be immediately submitted to the Secretary of State.  Such notice shall

294        state briefly the division, redivision, alteration, formation, or consolidation of precincts

295        recommended by the board of registrars and the date upon which the same will be

296        considered by the superintendent and shall contain a warning that any person objecting

297        thereto must file his or her objections with the superintendent prior to such date.  Upon the

298        making of any such final order by the superintendent, a copy thereof shall be certified by

299        the superintendent to the board of registrars."


300                                          **SECTION 14.**

301   Said chapter is further amended by revising Code Section 21-2-265, relating to duty of

302   superintendent to select polling places, change, petition objecting to proposed change, space

303   for political parties holding primaries, facilities for disabled voters, and selection of polling

304   place outside precinct to better serve voters, by adding a new subsection to read as follows:

305    ″(f)  A polling place shall not be changed on a day in which a primary, election, or runoff
306    is held, or during the 60 day period prior to any general primary or general election or
307    runoff from such primary or election, nor shall a polling place be changed in the 30 day
308    period prior to any special primary or special election or runoff from such special primary
309    or special election, except, in the discretion of the superintendent, when an emergency or
310    event occurs during such time period which renders the polling place unavailable for use
311    at such general primary, general election, special primary, special election, or runoff.″

312                                          **SECTION 15.**

313    Said chapter is further amended by revising subsection (a) of Code Section 21-2-267, relating
314    to equipment, arrangement, and storage at polling places, as follows:

315    ″(a)  The governing authority of each county and municipality shall provide and the
316    superintendent shall cause all rooms used as polling places to be provided with suitable
317    heat and light and, in precincts in which ballots are used, with a sufficient number of voting
318    compartments or booths with proper supplies in which the electors may conveniently mark
319    their ballots, with a curtain, screen, or door in the upper part of the front of each
320    compartment or booth so that in the marking thereof they may be screened from the
321    observation of others.  A curtain, screen, or door shall not be required, however, for the
322    self-contained units used as voting booths in which direct recording electronic (DRE)
323    voting units or electronic ballot markers are located if such booths have been designed so
324    as to ensure the privacy of the elector.  When practicable, every polling place shall consist
325    of a single room, every part of which is within the unobstructed view of those present
326    therein and shall be furnished with a guardrail or barrier closing the inner portion of such
327    room, which guardrail or barrier shall be so constructed and placed that only such persons
328    as are inside such rail or barrier can approach within six feet of the ballot box and voting
329    compartments, or booths, or voting machines, as the case may be.  The ballot box and
330    voting compartments or booths shall be so arranged in the voting room within the enclosed
331    space as to be in full view of those persons in the room outside the guardrail or barrier.
332    The voting machine or machines shall be placed in the voting rooms within the enclosed
333    space so that, unless its construction shall otherwise require, the ballot labels on the face
334    of the machine can be plainly seen by the poll officers when the machine is not occupied
335    by an elector.  In the case of direct recording electronic (DRE) voting units or electronic
336    ballot markers, the ~~units~~ devices shall be arranged in such a manner as to ensure the privacy
337    of the elector while voting on such ~~units~~ devices, to allow monitoring of the ~~units~~ devices
338    by the poll officers while the polls are open, and to permit the public to observe the voting
339    without affecting the privacy of the electors as they vote.″

340                          **SECTION 16.**

341    Said chapter is further amended in subsection (b) of Code Section 21-2-286, relating to

342    printing specifications, numbering, and binding of ballots, by adding a new paragraph to read

343    as follows:

344        "(3)  Ballots printed by an electronic ballot marker shall be designed as prescribed by the

345        Secretary of State to ensure ease of reading by electors."


346                          **SECTION 17.**

347    Said chapter is further amended by revising Code Section 21-2-293, relating to correction of

348    mistakes and omissions on ballots, as follows:

349    "21-2-293.

350    (a)  If the election superintendent discovers that a mistake or omission has occurred in the

351        printing of official ballots or in the programming of the display of the official ballot on

352        DRE voting equipment or electronic ballot markers for any primary or election, the

353        superintendent is authorized on his or her own motion to take such steps as necessary to

354        correct such mistake or omission if the superintendent determines that such correction is

355        feasible and practicable under the circumstances; provided, however, that the

356        superintendent gives at least 24 ~~hours~~ hours' notice to the Secretary of State and any

357        affected candidates of the mistake or omission prior to making such correction.

358    (b)  When it is shown by affidavit that a mistake or omission has occurred in the printing

359        of official ballots or in the programming of the display of the official ballot on DRE voting

360        equipment or electronic ballot markers for any primary or election, the superior court of

361        the proper county may, upon the application of any elector of the county or municipality,

362        require the superintendent to correct the mistake or omission or to show cause why he or

363        she should not do so."


364                          **SECTION 18.**

365    Said chapter is further amended by revising subsection (a) of Code Section 21-2-300, relating

366    to provision of new voting equipment by state, contingent upon appropriations, county

367    responsibilities, education, and county and municipal contracts for equipment, as follows:

368        "(a)(1)  The ~~Provided that the General Assembly specifically appropriates funding to the~~

369        ~~Secretary of State to implement this subsection, the~~ equipment used for casting and

370        counting votes in county, state, and federal elections shall ~~by the July, 2004, primary~~

371        ~~election and afterwards,~~ be the same in each county in this state and shall be provided to

372        each county by the state, as determined by the Secretary of State.

373        (2)  As soon as possible, once such equipment is certified by the Secretary of State as safe

374        and practicable for use, all federal, state, and county general primaries and general

375    elections as well as special primaries and special elections in the State of Georgia shall
376    be conducted with the use of scanning ballots marked by electronic ballot markers and
377    tabulated by using ballot scanners for voting at the polls and for absentee ballots cast in
378    person, unless otherwise authorized by law; provided, however, that such electronic ballot
379    markers shall produce paper ballots which are marked with the elector's choices in a
380    format readable by the elector.

381    (3)  The state shall furnish a uniform system of electronic ballot markers and ballot
382    scanners for use in each county as soon as possible.  Such equipment shall be certified
383    by the United States Election Assistance Commission prior to purchase, lease, or
384    acquisition.  At its own expense, the governing authority of a county may purchase, lease,
385    or otherwise acquire additional electronic ballot markers and ballot scanners of the type
386    furnished by the state, if the governing authority so desires.  Additionally, at its own
387    expense, the governing authority of a municipality may choose to acquire its own
388    electronic ballot markers and ballot scanners by purchase, lease, or other procurement
389    process.

390    (4)  Notwithstanding any provision of law to the contrary, the Secretary of State is
391    authorized to conduct pilot programs to test and evaluate the use of electronic ballot
392    markers and ballot scanners in primaries and elections in this state."

### SECTION 19.

394    Said chapter is further amended by revising paragraph (5) of Code Section 21-2-365, relating
395    to requirements for use of optical scanning voting systems, as follows:

396    "(5)  ~~An optical scanning tabulator~~ A ballot scanner shall preclude the counting of votes
397    for any candidate or upon any question for whom or upon which an elector is not entitled
398    to vote; shall preclude the counting of votes for more persons for any office than he or
399    she is entitled to vote for; and shall preclude the counting of votes for any candidate for
400    the same office or upon any question more than once;".

### SECTION 20.

402    Said chapter is further amended by revising Code Section 21-2-367, relating to installation
403    of systems, number of systems, and good working order, as follows:

404    "21-2-367.

405    (a)  When the use of optical scanning voting systems has been authorized in the manner
406    prescribed in this part, such optical scanning voting systems shall be installed, either
407    simultaneously or gradually, within the county or municipality.  ~~Upon the installation of~~
408    ~~optical scanning voting systems in any precinct, the use of paper ballots or other voting~~

409    ~~machines or apparatus therein shall be discontinued, except as otherwise provided by this~~
410    ~~chapter.~~

411    (b)  In each precinct in which optical scanning voting systems are used, the county or
412    municipal governing authority, as appropriate, shall provide at least one voting booth or
413    enclosure for each ~~200~~ 250 electors therein, or fraction thereof.

414    (c)  ~~Optical scanning voting systems of different kinds may be used for different precincts~~
415    ~~in the same county or municipality~~ Reserved.

416    (d)  The county or municipal governing authority, as appropriate, shall provide optical
417    scanning voting systems in good working order and of sufficient capacity to accommodate
418    the names of a reasonable number of candidates for all party offices and nominations and
419    public offices which, under the provisions of existing laws and party rules, are likely to be
420    voted for at any future primary or election."

421                                           **SECTION 21.**
422    Said chapter is further amended by revising subsection (a) of Code Section 21-2-369, relating
423    to printing of ballots and arrangement, as follows:

424    "(a)  The ballots shall be printed in black ink upon clear, white, or colored material, of such
425    size and arrangement as will suit the construction of the ~~optical~~ ballot scanner, and in plain,
426    clear type so as to be easily readable by persons with normal vision; provided, however,
427    that red material shall not be used except that all ovals appearing on the ballot to indicate
428    where a voter should mark to cast a vote may be printed in red ink."

429                                           **SECTION 22.**
430    Said chapter is further amended by revising Code Section 21-2-372, relating to ballot
431    description, as follows:

432    "21-2-372.

433    Ballots shall be of suitable design, size, and stock to permit processing by a ~~tabulating~~
434    ~~machine~~ ballot scanner and shall be printed in black ink on clear, white, or colored
435    material.  ~~In counties using a central count tabulating system, a serially numbered strip~~
436    ~~shall be attached to each ballot in a manner and form similar to that prescribed in this~~
437    ~~chapter for paper ballots.~~"

438                                           **SECTION 23.**
439    Said chapter is further amended by revising subsections (a) and (b) of Code
440    Section 21-2-374, relating to proper programming, proper order, testing, and supplies, as
441    follows:

442     "21-2-374.

443     (a)  The superintendent of each county or municipality shall order the proper programming

444     to be placed in each ~~tabulator~~ ballot scanner used in any precinct or central tabulating

445     location.

446     (b)  On or before the third day preceding a primary or election, including special primaries,

447     special elections, and referendum elections, the superintendent shall have the ~~optical~~

448     ~~scanning tabulators~~ ballot scanners tested to ascertain that they will correctly count the

449     votes cast for all offices and on all questions.  Public notice of the time and place of the test

450     shall be made at least five days prior thereto; provided, however, that, in the case of a

451     runoff, the public notice shall be made at least three days prior thereto.  Representatives of

452     political parties and bodies, candidates, news media, and the public shall be permitted to

453     observe such tests.  The test shall be conducted by processing a preaudited group of ballots

454     so marked as to record a predetermined number of valid votes for each candidate and on

455     each question and shall include for each office one or more ballots which are improperly

456     marked and one or more ballots which have votes in excess of the number allowed by law

457     in order to test the ability of the ~~optical scanning tabulator~~ ballot scanner to reject such

458     votes.  The ~~optical scanning tabulator~~ ballot scanner shall not be approved unless it

459     produces an errorless count.  If any error is detected, the cause therefor shall be ascertained

460     and corrected; and an errorless count shall be made before the ~~tabulator~~ ballot scanner is

461     approved.  The superintendent shall cause the pretested ~~tabulators~~ ballot scanners to be

462     placed at the various polling places to be used in the primary or election.  The

463     superintendent shall require that each ~~optical scanning tabulator~~ ballot scanner be

464     thoroughly tested and inspected prior to each primary and election in which it is used and

465     shall keep such tested material as certification of an errorless count on each ~~tabulator~~ ballot

466     scanner.  In counties using central count ~~optical scanning tabulators~~ ballot scanners, the

467     same test shall be repeated immediately before the start of the official count of the ballots

468     and at the conclusion of such count.  Precinct ~~tabulators~~ ballot scanners shall produce a

469     zero tape prior to any ballots being inserted on the day of any primary or election."


470                                            **SECTION 24.**

471     Said chapter is further amended by revising Code Section 21-2-375, relating to delivery of

472     equipment to polling places, protection for equipment, and required accessories, as follows:

473     "21-2-375.

474     (a)  In counties using precinct count ~~optical scanning tabulators~~ ballot scanners, the

475     superintendent shall deliver the proper ~~optical scanning tabulator~~ ballot scanner to the

476     polling places at least one hour before the time set for opening of the polls at each primary

477     or election and shall cause each to be set up in the proper manner for use in voting.

478     (b)  The superintendent shall provide ample protection against molestation of and injury

479     to the ~~optical scanning tabulator~~ <u>ballot scanner</u> and, for that purpose, shall call upon any

480     law enforcement officer to furnish such assistance as may be necessary; and it shall be the

481     duty of the law enforcement officer to furnish such assistance when so requested by the

482     superintendent.

483     (c)  The superintendent shall at least one hour before the opening of the polls:

484         (1)  Provide sufficient lighting to enable electors, while in the voting booth, to read the

485         ballot, which lighting shall be suitable for the use of poll officers in examining the booth;

486         and such lighting shall be in good working order before the opening of the polls;

487         (2) Prominently post directions for voting ~~on the optical scanning ballot~~ within the voting

488         booth <u>and post within the enclosed space signs reminding electors to verify their ballot</u>

489         <u>choices prior to inserting the scanning ballot into the ballot scanner and stating that</u>

490         <u>sample ballots are available for review upon request</u>; at least two sample ballots in use

491         for the primary or election shall be posted prominently outside the enclosed space within

492         the polling place <u>and additional sample ballots shall be available upon request</u>;

493         (3)  Ensure that the precinct count ~~optical scanning tabulator~~ <u>ballot scanner</u> shall have a

494         seal securing the memory pack in use throughout the election day; such seal shall not be

495         broken unless the ~~tabulator~~ <u>ballot scanner</u> is replaced due to malfunction; and

496         (4)  Provide such other materials and supplies as may be necessary or as may be required

497         by law."


498                                         **SECTION 25.**

499     Said chapter is further amended by revising Code Section 21-2-377, relating to custody and

500     storage when not in use, as follows:

501     "21-2-377.

502     (a)  The superintendent shall designate a person or persons who shall have custody of the

503     ~~optical scanning tabulators~~ <u>ballot scanners</u> of the county or municipality when they are not

504     in use at a primary or election and shall provide for his or her compensation and for the

505     safe storage and care of the ~~optical scanning tabulators~~ <u>ballot scanners</u>.

506     (b)  All ~~optical scanning tabulators~~ <u>ballot scanners</u>, when not in use, shall be properly

507     covered and stored in a suitable place or places."


508                                         **SECTION 26.**

509     Said chapter is further amended in Article 9, relating to voting machines and vote recorders

510     generally, by adding a new part to read as follows:

511                                 "Part 6

512    21-2-379.21.
513    Each polling place in this state utilizing optical scanning voting systems shall be equipped
514    with at least one electronic ballot marker that meets the requirements as set forth in this
515    part that is accessible to individuals with disabilities.

516    21-2-379.22.
517    No electronic ballot marker shall be adopted or used in primaries or elections in this state
518    unless it shall, at the time, satisfy the following requirements:
519    (1)  Provide facilities for marking ballots for all candidates and for all referendums or
520    questions for which the elector shall be entitled to vote in a primary or election;
521    (2)  Permit each elector, in one operation, to mark a vote for presidential electors for all
522    the candidates of one party or body for the office of presidential elector;
523    (3)  Permit each elector to mark votes, at any election, for any person and for any office
524    for whom and for which he or she is lawfully entitled to vote, whether or not the name
525    of such person or persons appears as a candidate for election; to mark votes for as many
526    persons for an office as he or she is entitled to vote for; and to mark votes for or against
527    any question upon which he or she is entitled to vote;
528    (4)  Preclude the marking of votes for any candidate or upon any question for whom or
529    upon which an elector is not entitled to vote; preclude the marking of votes for more
530    persons for any office than the elector is entitled to vote for; and preclude the marking of
531    votes for any candidate for the same office or upon any question more than once;
532    (5)  Permit voting in absolute secrecy so that no person can see or know any other
533    elector's votes, except when he or she has assisted the elector in voting, as prescribed by
534    law;
535    (6)  Produce a paper ballot which is marked with the elector's choices in a format readable
536    by the elector;
537    (7)  Be constructed of good quality material in a neat and workmanlike manner;
538    (8)  When properly operated, mark correctly and accurately every vote cast;
539    (9)  Be so constructed that an elector may readily learn the method of operating it; and
540    (10)  Be safely transportable.

541    21-2-379.23.
542    (a)  The ballot display information and appearance on an electronic ballot marker shall
543    conform as nearly as practicable to Code Sections 21-2-379.4 and 21-2-379.5.

544    (b)  The form and arrangement of ballots marked and printed by an electronic ballot marker

545    shall be prescribed by the Secretary of State.

546    (c)  Notwithstanding any other law to the contrary, ballots marked and printed by an

547    electronic ballot marker shall, at a minimum, contain:

548    (1)  The words 'OFFICIAL BALLOT';

549    (2)  The name and date of the election;

550    (3)  The titles of the respective offices for which the elector is eligible to vote;

551    (4)  Words identifying the proposed constitutional amendments or other questions for

552    which the elector is eligible to vote;

553    (5)  The name of the candidate and, for partisan offices, indication of the candidate's

554    political party or political body affiliation, or the answer to the proposed constitutional

555    amendment or other question for which the elector intends to vote; and

556    (6)  Clear indication that the elector has not marked a vote for any particular office,

557    constitutional amendment, or other question.

558    (d)  The paper ballot marked and printed by the electronic ballot marker shall constitute the

559    official ballot and shall be used for, and govern the result in, any recount conducted

560    pursuant to Code Section 21-2-495 and any audit conducted pursuant to Code

561    Section 21-2-498.


562    21-2-379.24.

563    (a)  Any person or organization owning, manufacturing, or selling, or being interested in

564    the manufacture or sale of, any electronic ballot marker may request that the Secretary of

565    State examine the device.  Any ten or more electors of this state may, at any time, request

566    that the Secretary of State reexamine any such device previously examined and approved

567    by him or her.  Before any such examination or reexamination, the person, persons, or

568    organization requesting such examination or reexamination shall pay to the Secretary of

569    State the reasonable expenses of such examination or reexamination.  The Secretary of

570    State shall publish and maintain on his or her website the cost of such examination or

571    reexamination.  The Secretary of State may, at any time, in his or her discretion, reexamine

572    any such device.

573    (b)  The Secretary of State shall thereupon examine or reexamine such device and shall

574    make and file in his or her office a report, attested by his or her signature and the seal of

575    his or her office, stating whether, in his or her opinion, the kind of device so examined can

576    be safely and accurately used by electors at primaries and elections as provided in this

577    chapter.  If this report states that the device can be so used, the device shall be deemed

578    approved, and devices of its kind may be adopted for use at primaries and elections as

579    provided in this chapter.

580    (c)  Any device that is not so approved shall not be used at any primary or election and if,
581    upon reexamination, a previously approved device appears to be no longer safe or accurate
582    for use by electors at primaries or elections as provided in this chapter because of an
583    inability to accurately record votes, the approval of the same shall immediately be revoked
584    by the Secretary of State, and no such device shall thereafter be used or purchased for use
585    in this state.
586    (d)  Any vendor who completes a sale of an electronic ballot marker that has not been
587    certified by the Secretary of State to a governmental body in this state shall be subject to
588    a penalty of $100,000.00, payable to the State of Georgia, plus reimbursement of all costs
589    and expenses incurred by the governmental body in connection with the sale.  The State
590    Election Board shall have the authority to impose such penalty upon a finding that such a
591    sale has occurred.
592    (e)  When a device has been so approved, no improvement or change that does not impair
593    its accuracy, efficiency, or capacity shall render necessary a reexamination or reapproval
594    of such device, or of its kind.
595    (f)  Neither the Secretary of State, nor any custodian, nor the governing authority of any
596    county or municipality or a member of such governing authority nor any other person
597    involved in the examination process shall have any pecuniary interest in any device or in
598    the manufacture or sale thereof.
599    (g)  Documents or information that, if made public, would endanger the security of any
600    voting system used or being considered for use in this state, or any component thereof,
601    including, but not limited to, electronic ballot markers, DREs, ballot scanners, pollbooks,
602    and software or databases used for voter registration, shall not be open for public inspection
603    except upon order of a court of competent jurisdiction.

604    21-2-379.25.
605    (a)  The superintendent of each county or municipality shall cause the proper ballot design
606    and style to be programmed for each electronic ballot marker which is to be used in any
607    precinct within such county or municipality, shall cause each such device to be placed in
608    proper order for voting, and shall examine each device before it is sent to a polling place
609    for use in a primary or election, to verify that each device is properly recording votes and
610    producing proper ballots.
611    (b)  The superintendent may appoint, with the approval of the county or municipal
612    governing authority, as appropriate, a custodian of the electronic ballot markers, and deputy
613    custodians as may be necessary, whose duty shall be to prepare the devices to be used in
614    the county or municipality at the primaries and elections to be held therein.  Each custodian
615    and deputy custodian shall receive from the county or municipality such compensation as

616  shall be fixed by the governing authority of such county or municipality.  Such custodian
617  shall, under the direction of the superintendent, have charge of and represent the
618  superintendent during the preparation of the devices as required by this chapter.  The
619  custodian and deputy custodians shall serve at the pleasure of the superintendent and each
620  shall take an oath of office prepared by the Secretary of State before each primary or
621  election, which shall be filed with the superintendent.
622  (c)  On or before the third day preceding a primary or election, including special primaries,
623  special elections, and referendum elections, the superintendent shall have each electronic
624  ballot marker tested to ascertain that it will correctly record the votes cast for all offices and
625  on all questions and produce a ballot reflecting such choices of the elector in a manner that
626  the State Election Board shall prescribe by rule or regulation.  Public notice of the time and
627  place of the test shall be made at least five days prior thereto; provided, however, that, in
628  the case of a runoff, the public notice shall be made at least three days prior thereto.
629  Representatives of political parties and bodies, news media, and the public shall be
630  permitted to observe such tests.

631  21-2-379.26.
632  (a)  All electronic ballot markers and related equipment, when not in use, shall be properly
633  stored and secured under conditions as shall be specified by the Secretary of State.
634  (b)  The superintendent shall store the devices and related equipment under his or her
635  supervision or shall designate another person or entity to provide secure storage of such
636  devices and related equipment when it is not in use at a primary or election.  The
637  superintendent shall provide compensation for the safe storage and care of such devices and
638  related equipment if the devices and related equipment are stored by another person or
639  entity."

## SECTION 27.

641  Said chapter is further amended by revising subparagraph (a)(1)(D) and subsection (b) of
642  Code Section 21-2-381, relating to making of application for absentee ballot, determination
643  of eligibility by ballot clerk, furnishing of applications to colleges and universities, and
644  persons entitled to make application, as follows:
645  "(D)  Except in the case of physically disabled electors residing in the county or
646  municipality or electors in custody in a jail or other detention facility in the county or
647  municipality, no absentee ballot shall be mailed to an address other than the permanent
648  mailing address of the elector as recorded on the elector's voter registration record or
649  a temporary out-of-county or out-of-municipality address."

650    ″(b)(1)  Upon receipt of a timely application for an absentee ballot, a registrar or absentee

651    ballot clerk shall enter thereon the date received.  The registrar or absentee ballot clerk

652    shall determine, in accordance with the provisions of this chapter, if the applicant is

653    eligible to vote in the primary or election involved.  In order to be found eligible to vote

654    an absentee ballot by mail, the registrar or absentee ballot clerk shall compare the

655    identifying information on the application with the information on file in the registrar's

656    office and, if the application is signed by the elector, compare the signature or mark of

657    the elector on the application with the signature or mark of the elector on the elector's

658    voter registration card.  In order to be found eligible to vote an absentee ballot in person

659    at the registrar's office or absentee ballot clerk's office, such person shall show one of the

660    forms of identification listed in Code Section 21-2-417 and the registrar or absentee ballot

661    clerk shall compare the identifying information on the application with the information

662    on file in the registrar's office.

663    (2)  If found eligible, the registrar or absentee ballot clerk shall certify by signing in the

664    proper place on the application and then:

665      (A)  Shall mail the ballot as provided in this Code section;

666      (B)  If the application is made in person, shall issue the ballot to the elector ~~to be voted~~

667      ~~on a direct recording electronic (DRE) voting system~~ within the confines of the

668      registrar's or absentee ballot clerk's office as required by Code Section 21-2-383 if the

669      ballot is issued during the advance voting period established pursuant to subsection (d)

670      of Code Section 21-2-385; or

671      (C)  May deliver the ballot in person to the elector if such elector is confined to a

672      hospital.

673    (3)  If found ineligible, the clerk or the board of registrars shall deny the application by

674    writing the reason for rejection in the proper space on the application and shall promptly

675    notify the applicant in writing of the ground of ineligibility, a copy of which notification

676    should be retained on file in the office of the board of registrars or absentee ballot clerk

677    for at least one year.  <u>However, an absentee ballot application shall not be rejected due</u>

678    <u>to an apparent mismatch between the signature of the elector on the application and the</u>

679    <u>signature of the elector on file with the board of registrars.  In such cases, the board of</u>

680    <u>registrars or absentee ballot clerk shall send the elector a provisional absentee ballot with</u>

681    <u>the designation 'Provisional Ballot' on the outer oath envelope and information prepared</u>

682    <u>by the Secretary of State as to the process to be followed to cure the signature</u>

683    <u>discrepancy.  If such ballot is returned to the board of registrars or absentee ballot clerk</u>

684    <u>prior to the closing of the polls on the day of the primary or election, the elector may cure</u>

685    <u>the signature discrepancy by submitting an affidavit to the board of registrars or absentee</u>

686    <u>ballot clerk along with a copy of one of the forms of identification enumerated in</u>

687    subsection (c) of Code Section 21-2-417 before the close of the period for verifying
688    provisional ballots contained in subsection (c) of Code Section 21-2-419.  If the board of
689    registrars or absentee ballot clerk finds the affidavit and identification to be sufficient, the
690    absentee ballot shall be counted as other absentee ballots.  If the board of registrars or
691    absentee ballot clerk finds the affidavit and identification to be insufficient, then the
692    procedure contained in Code Section 21-2-386 shall be followed for rejected absentee
693    ballots.

694    (4)  If the registrar or clerk is unable to determine the identity of the elector from
695    information given on the application, the registrar or clerk should promptly write to
696    request additional information.

697    (5)  In the case of an unregistered applicant who is eligible to register to vote, the clerk
698    or the board shall immediately mail a blank registration card as provided by Code Section
699    21-2-223, and such applicant, if otherwise qualified, shall be deemed eligible to vote by
700    absentee ballot in such primary or election, if the registration card, properly completed,
701    is returned to the clerk or the board on or before the last day for registering to vote in
702    such primary or election.  If the closing date for registration in the primary or election
703    concerned has not passed, the clerk or registrar shall also mail a ballot to the applicant,
704    as soon as it is prepared and available; and the ballot shall be cast in such primary or
705    election if returned to the clerk or board not later than the close of the polls on the day of
706    the primary or election concerned."

## SECTION 28.

708    Said chapter is further amended by revising subsection (a) of Code Section 21-2-382, relating
709    to additional sites as additional registrar's office or place of registration for absentee ballots,
710    as follows:

711    "(a)  Any other provisions of this chapter to the contrary notwithstanding, the board of
712    registrars may establish additional sites as additional registrar's offices or places of
713    registration for the purpose of receiving absentee ballots under Code Section 21-2-381 and
714    for the purpose of voting absentee ballots under Code Section 21-2-385, provided that any
715    such site is a branch of the county courthouse, a courthouse annex, a government service
716    center providing general government services, or another government building generally
717    accessible to the public, or a location that is used as an election day polling place,
718    notwithstanding that such location is not a government building."

719                                              **SECTION 29.**

720    Said chapter is further amended in Code Section 21-2-383, relating to preparation and

721    delivery of ballots, form of ballots, and casting ballot in person using DRE unit, by adding

722    a subsection to read as follows:

723    "(c)   Notwithstanding any other provision of this Code section to the contrary, in

724    jurisdictions in which electronic ballot markers are used in the polling places on election

725    day, such electronic ballot markers shall be used for casting absentee ballots in person at

726    a registrar's or absentee ballot clerk's office or in accordance with Code Section 21-2-382,

727    providing for additional sites."


728                                              **SECTION 30.**

729    Said chapter is further amended by revising subsections (b) and (e) and paragraph (1) of

730    subsection (c) of Code Section 21-2-384, relating to preparation and delivery of supplies,

731    mailing of ballots, oath of absentee electors and persons assisting absentee electors, master

732    list of ballots sent, challenges, and electronic transmission of ballots, as follows:

733    "(b) Except for ballots voted within the confines of the registrar's or absentee ballot clerk's

734    office, in addition to the mailing envelope addressed to the elector, the superintendent,

735    board of registrars, or absentee ballot clerk shall provide two envelopes for each official

736    absentee ballot, of such size and shape as shall be determined by the Secretary of State, in

737    order to permit the placing of one within the other and both within the mailing envelope.

738    On the smaller of the two envelopes to be enclosed in the mailing envelope shall be printed

739    the words 'Official Absentee Ballot' and nothing else.  On the back of the larger of the two

740    envelopes to be enclosed within the mailing envelope shall be printed the form of oath of

741    the elector and the oath for persons assisting electors, as provided for in Code

742    Section 21-2-409, and the penalties provided for in Code Sections 21-2-568, 21-2-573,

743    21-2-579, and 21-2-599 for violations of oaths; and on the face of such envelope shall be

744    printed the name and address of the board of registrars or absentee ballot clerk.  The larger

745    of the two envelopes shall also display the elector's name and voter registration number.

746    The mailing envelope addressed to the elector shall contain the two envelopes, the official

747    absentee ballot, the uniform instructions for the manner of preparing and returning the

748    ballot, in form and substance as provided by the Secretary of State, provisional absentee

749    ballot information, if necessary, and a notice in the form provided by the Secretary of State

750    of all withdrawn, deceased, and disqualified candidates and any substitute candidates

751    pursuant to Code Sections 21-2-134 and 21-2-155 and nothing else.  The uniform

752    instructions shall include information specific to the voting system used for absentee voting

753    concerning the effect of overvoting or voting for more candidates than one is authorized

754    to vote for a particular office and information concerning how the elector may correct

755    errors in voting the ballot before it is cast including information on how to obtain a
756    replacement ballot if the elector is unable to change the ballot or correct the error.
757        (c)(1)  The oaths referred to in subsection (b) of this Code section shall be in substantially
758        the following form:
759        I, the undersigned, do swear (or affirm) that I am a citizen of the United States and of
760        the State of Georgia; ~~that my residence address, for voting purposes, is _____~~
761        ~~County, Georgia;~~ that I possess the qualifications of an elector required by the laws of
762        the State of Georgia; that I am entitled to vote in the precinct containing my residence
763        in the primary or election in which this ballot is to be cast; that I am eligible to vote by
764        absentee ballot; that I have not marked or mailed any other absentee ballot, nor will I
765        mark or mail another absentee ballot for voting in such primary or election; nor shall
766        I vote therein in person; and that I have read and understand the instructions
767        accompanying this ballot; and that I have carefully complied with such instructions in
768        completing this ballot.  I understand that the offer or acceptance of money or any other
769        object of value to vote for any particular candidate, list of candidates, issue, or list of
770        issues included in this election constitutes an act of voter fraud and is a felony under
771        Georgia law.

772        ~~_____~~
773        ~~Elector's Residence Address~~
774        ~~_____~~
775        ~~Year of Elector's Birth~~


776                                                          _____
777                                                          Signature or Mark of Elector
778                                                          _____
779                                                          Printed Name of Elector


780    Oath of Person Assisting Elector (if any):
781        I, the undersigned, do swear (or affirm) that I assisted the above-named elector in
782        marking such elector's absentee ballot as such elector personally communicated such
783        elector's preference to me; and that such elector is entitled to receive assistance in
784        voting under provisions of subsection (a) of Code Section 21-2-409.
785        This, the _____ day of _____, _____.


786                                                          _____
787                                                          Signature of Person Assisting
788                                                          Elector ~~Relationship~~
789                                                          _____

790                                                    Printed Name of Person
791                                                    Assisting Elector

792        Reason for assistance (Check appropriate square):

793            ☐ Elector is unable to read the English language.

794            ☐ Elector requires assistance due to physical disability.

795        The forms upon which such oaths are printed shall contain the following information:

796        ~~Georgia law provides, in subsection (b) of Code Section 21-2-409, that no person~~

797        ~~shall assist more than ten electors in any primary, election, or runoff in which there~~

798        ~~is no federal candidate on the ballot.~~

799        Georgia law ~~further~~ provides that any person who knowingly falsifies information so

800            as to vote illegally by absentee ballot or who illegally gives or receives assistance in

801            voting, as specified in Code Section 21-2-568 or 21-2-573, shall be guilty of a felony."

802    "(e)   The State Election Board shall by rule or regulation establish procedures for the

803    transmission of blank absentee ballots by mail and by electronic transmission for all

804    electors who are entitled to vote by absentee ballot under the federal Uniformed and

805    Overseas Citizens Absentee Voting Act, ~~42 U.S.C. Section 1973ff~~ 52 U.S.C.

806    Section 20302, et seq., as amended, and by which such electors may designate whether the

807    elector prefers the transmission of such ballots by mail or electronically, for use in county,

808    state, and federal primaries, elections, and runoffs in this state and, if the Secretary of State

809    finds it to be feasible, for use in municipal primaries, elections, and runoffs.  If no

810    preference is stated, the ballot shall be transmitted by mail.  The State Election Board shall

811    by rule or regulation establish procedures to ensure to the extent practicable that the

812    procedures for transmitting such ballots shall protect the security and integrity of such

813    ballots and shall ensure that the privacy of the identity and other personal data of such

814    electors who are entitled to vote by absentee ballot under the federal Uniformed and

815    Overseas Citizens Absentee Voting Act, ~~42 U.S.C. Section 1973ff~~ 52 U.S.C.

816    Section 20302, et seq., as amended, to whom a blank absentee ballot is transmitted under

817    this Code section is protected throughout the process of such transmission."

818                                    **SECTION 31.**

819    Said chapter is further amended by revising Code Section 21-2-385, relating to procedure for

820    voting by absentee ballot and advance voting, as follows:

821    "21-2-385.

822    (a)  At any time after receiving an official absentee ballot, but before the day of the primary

823    or election, except electors who are confined to a hospital on the day of the primary or

824    election, the elector shall vote his or her absentee ballot, then fold the ballot and enclose

825    and securely seal the same in the envelope on which is printed 'Official Absentee Ballot.'

826    This envelope shall then be placed in the second one, on which is printed the form of the

827    oath of the elector~,~; the name~, relationship,~ and oath of the person assisting, if any~,~; and

828    other required identifying information.  The elector shall then fill out, subscribe, and swear

829    to the oath printed on such envelope.  Such envelope shall then be securely sealed and the

830    elector shall then <u>personally</u> mail or personally deliver same to the board of registrars or

831    absentee ballot clerk, provided that <u>mailing or</u> delivery ~by a physically disabled elector~

832    may be made by ~any adult person upon satisfactory proof that such adult person is such~ <u>the</u>

833    elector's mother, father, grandparent, aunt, uncle, brother, sister, spouse, son, daughter,

834    niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law,

835    brother-in-law, sister-in-law, or an individual residing in the household of such ~disabled~

836    elector.  <u>The absentee ballot of a disabled elector may be mailed or delivered by the</u>

837    <u>caregiver of such disabled elector, regardless of whether such caregiver resides in such</u>

838    <u>disabled elector's household.  The absentee ballot of an elector who is in custody in a jail</u>

839    <u>or other detention facility may be mailed or delivered by any employee of such jail or</u>

840    <u>facility having custody of such elector.</u>  An elector who is confined to a hospital on a

841    primary or election day to whom an absentee ballot is delivered by the registrar or absentee

842    ballot clerk shall then and there vote the ballot, seal it properly, and return it to the registrar

843    or absentee ballot clerk.  If the elector registered to vote for the first time in this state by

844    mail and has not previously provided the identification required by Code Section 21-2-220

845    and votes for the first time by absentee ballot and fails to provide the identification required

846    by Code Section 21-2-220 with such absentee ballot, such absentee ballot shall be treated

847    as a provisional ballot and shall be counted only if the registrars are able to verify the

848    identification and registration of the elector during the time provided pursuant to Code

849    Section 21-2-419.

850    (b) A physically disabled or illiterate elector may receive assistance in preparing his or her

851    ballot from ~one of the following: any elector who is qualified to vote in the same county~

852    ~or municipality as the disabled or illiterate elector; an attendant care provider or a person~

853    ~providing attendant care; or the mother, father, grandparent, aunt, uncle, brother, sister,~

854    ~spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law,~

855    ~mother-in-law, father-in-law, brother-in-law, or sister-in-law of the disabled or illiterate~

856    ~elector~ <u>any person of the elector's choice other than such elector's employer or the agent</u>

857    <u>of such employer or an officer or agent of such elector's union; provided, however, that no</u>

858    <u>person whose name appears on the ballot as a candidate at a particular primary, election,</u>

859    <u>or runoff nor the mother, father, grandparent, aunt, uncle, sister, brother, spouse, son,</u>

860    <u>daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law,</u>

861    <u>father-in-law, brother-in-law, or sister-in-law of such candidate shall offer assistance</u>

862  during such primary, election, or runoff under the provisions of this Code section to any
863  elector who is not related to such candidate.  For the purposes of this subsection, the term
864  'related to such candidate' shall mean such candidate's mother, father, grandparent, aunt,
865  uncle, sister, brother, spouse, son, daughter, niece, nephew, grandchild, son-in-law,
866  daughter-in-law, mother-in-law, father-in-law, brother-in-law, or sister-in-law. The person
867  rendering assistance to the elector in preparing the ballot shall sign the oath printed on the
868  same envelope as the oath to be signed by the elector.  ~~If the disabled or illiterate elector~~
869  ~~is sojourning outside his or her own county or municipality, a notary public of the~~
870  ~~jurisdiction may give such assistance and shall sign the oath printed on the same envelope~~
871  ~~as the oath to be signed by the elector.  No person shall assist more than ten such electors~~
872  ~~in any primary, election, or runoff in which there is no federal candidate on the ballot.~~ Any
873  person who willfully violates this subsection shall be guilty of a felony and, upon
874  conviction thereof, shall be sentenced to imprisonment for not less than one nor more than
875  ten years or to pay a fine not to exceed $100,000.00, or both, for each such violation.

876  (c)  When an elector applies in person for an absentee ballot, after the absentee ballots have
877  been printed, the absentee ballot may be issued to the elector at the time of the application
878  therefor within the confines of the registrar's or absentee ballot clerk's office if such
879  application is made during the advance voting period as provided in subsection (d) of this
880  Code section or may be mailed to the elector, depending upon the elector's request.  If the
881  ballot is issued to the elector at the time of application, the elector shall then and there
882  within the confines of the registrar's or absentee ballot clerk's office vote and return the
883  absentee ballot as provided in subsections (a) and (b) of this Code section.  In the case of
884  persons voting in accordance with subsection (d) of this Code section, the board of
885  registrars or absentee ballot clerk shall furnish accommodations to the elector to ensure the
886  privacy of the elector while voting his or her absentee ballot.

887  (d)(1)  There shall be a period of advance voting that shall commence:

888  (A)  On the fourth Monday immediately prior to each primary or election;

889  (B)  On the fourth Monday immediately prior to a runoff from a general primary;

890  (C)  On the fourth Monday immediately prior to a runoff from a general election in
891  which there are candidates for a federal office on the ballot in the runoff; and

892  (D)  As soon as possible prior to a runoff from any other general election in which there
893  are only state or county candidates on the ballot in the runoff but no later than the
894  second Monday immediately prior to such runoff

895  and shall end on the Friday immediately prior to each primary, election, or runoff.
896  Voting shall be conducted during normal business hours on weekdays during such period
897  and shall be conducted on the second Saturday prior to a primary or election during the
898  hours of 9:00 A.M. through 4:00 P.M.; provided, however, that in primaries and elections

899   in which there are no federal or state candidates on the ballot, no Saturday voting hours
900   shall be required; and provided, further, that, if such second Saturday is a public and legal
901   holiday pursuant to Code Section 1-4-1, if such second Saturday follows a public and
902   legal holiday occurring on the Thursday or Friday immediately preceding such second
903   Saturday, or if such second Saturday immediately precedes a public and legal holiday
904   occurring on the following Sunday or Monday, such advance voting shall not be held on
905   such second Saturday but shall be held on the third Saturday prior to such primary or
906   election.  Except as otherwise provided in this paragraph, counties and municipalities
907   may extend the hours for voting beyond regular business hours and may provide for
908   additional voting locations pursuant to Code Section 21-2-382 to suit the needs of the
909   electors of the jurisdiction at their option.
910   (2) The registrars or absentee ballot clerk, as appropriate, shall provide reasonable notice
911   to the electors of their jurisdiction of the availability of advance voting as well as the
912   times, dates, and locations at which advance voting will be conducted.  In addition, the
913   registrars or absentee ballot clerk shall notify the Secretary of State in the manner
914   prescribed by the Secretary of State of the times, dates, and locations at which advance
915   voting will be conducted."

916                                     **SECTION 32.**
917   Said chapter is further amended by revising subparagraphs (a)(1)(C) and (a)(1)(D) of Code
918   Section 21-2-386, relating to safekeeping, certification, and validation of absentee ballots,
919   rejection of ballot, delivery of ballots to manager, duties of managers, precinct returns, and
920   notification of challenged elector, as follows:

921   "(C)  If the elector has failed to sign the oath, or if the signature does not appear to be
922   valid, or if the elector has failed to furnish required information or information so
923   furnished does not conform with that on file in the registrar's or clerk's office, or if the
924   elector is otherwise found disqualified to vote, the registrar or clerk shall write across
925   the face of the envelope 'Rejected,' giving the reason therefor.  The board of registrars
926   or absentee ballot clerk shall promptly notify the elector of such rejection, a copy of
927   which notification shall be retained in the files of the board of registrars or absentee
928   ballot clerk for at least two years.  Such elector shall have until the end of the period for
929   verifying provisional ballots contained in subsection (c) of Code Section 21-2-419 to
930   cure the problem resulting in the rejection of the ballot.  The elector may cure a failure
931   to sign the oath, an invalid signature, or missing information by submitting an affidavit
932   to the board of registrars or absentee ballot clerk along with a copy of one of the forms
933   of identification enumerated in subsection (c) of Code Section 21-2-417 before the
934   close of such period.  The affidavit shall affirm that the ballot was submitted by the

935    elector, is the elector's ballot, and that the elector is registered and qualified to vote in
936    the primary, election, or runoff in question.  If the board of registrars or absentee ballot
937    clerk finds the affidavit and identification to be sufficient, the absentee ballot shall be
938    counted.

939    (D)  An elector who registered to vote by mail, but did not comply with subsection (c)
940    of Code Section 21-2-220, and who votes for the first time in this state by absentee
941    ballot shall include with his or her application for an absentee ballot or in the outer oath
942    envelope of his or her absentee ballot either one of the forms of identification listed in
943    subsection (a) of Code Section 21-2-417 or a copy of a current utility bill, bank
944    statement, government check, paycheck, or other government document that shows the
945    name and address of such elector.  If such elector does not provide any of the forms of
946    identification listed in this subparagraph with his or her application for an absentee
947    ballot or with the absentee ballot, such absentee ballot shall be deemed to be a
948    provisional ballot and such ballot shall only be counted if the registrars are able to
949    verify current and valid identification of the elector as provided in this subparagraph
950    within the time period for verifying provisional ballots pursuant to Code
951    Section 21-2-419.  The board of registrars or absentee ballot clerk shall promptly notify
952    the elector that such ballot is deemed a provisional ballot and shall provide information
953    on the types of identification needed and how and when such identification is to be
954    submitted to the board of registrars or absentee ballot clerk to verify the ballot."

955                     **SECTION 33.**

956    Said chapter is further amended by revising Code Section 21-2-388, relating to cancellation
957    of absentee ballots of electors who are present in election precinct during primaries and
958    elections, as follows:

959    "21-2-388.

960    When an absentee ballot which has been voted shall be returned to and received by the
961    board of registrars, it shall be deemed to have been voted then and there; and no other
962    ballot shall be issued to the same elector.  If an elector has requested to vote by absentee
963    ballot and has not received such absentee ballot, has such ballot in his or her possession,
964    has not yet returned such ballot, or has returned such ballot but the registrars have not
965    received such ballot, such elector may have the absentee ballot canceled and vote in person
966    on the day of the primary, election, or runoff in one of the following ways:

967    (1)  If the elector is in possession of the ballot, by surrendering the absentee ballot to the
968    poll manager of the precinct in which the elector's name appears on the electors list and
969    then being permitted to vote the regular ballot.  The poll manager shall mark 'Canceled'
970    and the date and time across the face of the absentee ballot and shall initial same.  The

971    poll manager shall also make appropriate notations beside the name of the elector on the
972    electors list.  All such canceled absentee ballots shall be returned with other ballots to the
973    superintendent; or

974    (2)  If the elector has not received the ballot, has not yet returned the ballot, or if the
975    elector has returned the ballot but the registrars have not received the ballot, by appearing
976    in person before the managers of the elector's precinct, the registrars, or the absentee
977    ballot clerk and requesting in writing that the envelope containing the elector's absentee
978    ballot be marked 'Canceled.'  After having satisfied themselves as to the identity of such
979    elector and confirming that the elector's absentee ballot has not yet been received by the
980    board of registrars, the registrars or the absentee ballot clerk shall grant the request and
981    shall notify the managers of the elector's precinct as to such action so as to permit the
982    elector to vote in person in that precinct.  If the absentee ballot is in the mail, has not yet
983    been returned, or its exact location is unknown, the registrar or the absentee ballot clerk
984    shall write 'Canceled' beside the elector's name on the master list of absentee voters and
985    shall cancel the ballot itself as soon as it is received.  If the location of the requested
986    absentee ballot is known to the elector and it has not been surrendered to the poll
987    manager, the elector shall destroy the absentee ballot after casting his or her vote in
988    person.  Canceled absentee ballots shall be disposed of in the same manner as provided
989    in subsection (a) of Code Section 21-2-386 for absentee ballots returned too late to be
990    cast."

991                              **SECTION 34.**
992    Said chapter is further amended by revising subsection (b) of Code Section 21-2-409, relating
993    to assisting electors who cannot read English or who have disabilities, as follows:

994    "(b)(1)  In elections in which there is a federal candidate on the ballot, any Any elector who
995    is entitled to receive assistance in voting under this Code section shall be permitted by the
996    managers to select any person of the elector's choice except such elector's employer or
997    agent of that employer or officer or agent of such elector's union:

998    (2)  In all other elections, any elector who is entitled to receive assistance in voting under
999    this Code section shall be permitted by the managers to select:

1000   (A)  Any elector, except a poll officer or poll watcher, who is a resident of the precinct
1001   in which the elector requiring assistance is attempting to vote; or

1002   (B)  The mother, father, grandparent, aunt, uncle, sister, brother, spouse, son, daughter,
1003   niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law,
1004   brother-in-law, sister-in-law, or attendant care provider of the elector entitled to receive
1005   assistance

1006   to enter the voting compartment or booth with him or her to assist in voting, such
1007   assistance to be rendered inside the voting compartment or booth. ~~No person shall assist~~
1008   ~~more than ten such electors in any primary, election, or runoff covered by this paragraph.~~
1009   No person whose name appears on the ballot as a candidate at a particular election nor
1010   the mother, father, grandparent, aunt, uncle, sister, brother, spouse, son, daughter, niece,
1011   nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law,
1012   brother-in-law, or sister-in-law of that candidate shall offer assistance during that
1013   particular election under the provisions of this Code section to any voter who is not
1014   related to such candidate. For the purposes of this paragraph, 'related to such candidate'
1015   shall mean the candidate's mother, father, grandparent, aunt, uncle, sister, brother, spouse,
1016   son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law,
1017   father-in-law, brother-in-law, or sister-in-law. <u>Notice of the availability of such</u>
1018   <u>assistance shall be prominently posted at each polling place.</u>"

1019                                          **SECTION 35.**
1020   Said chapter is further amended by revising subsection (e) of Code Section 21-2-413, relating
1021   to conduct of voters, campaigners, and others at polling places generally, as follows:
1022   "(e) No person shall use photographic or other electronic monitoring or recording devices,
1023   cameras, or cellular telephones while such person is in a polling place while voting is
1024   taking place; provided, however, that a poll manager, in his or her discretion, may allow
1025   the use of photographic devices in the polling place under such conditions and limitations
1026   as the election superintendent finds appropriate, and provided, further, that no photography
1027   shall be allowed of a ballot or the face of a voting machine or DRE unit <u>or electronic ballot</u>
1028   <u>marker</u> while an elector is voting such ballot or machine or DRE unit <u>or using such</u>
1029   <u>electronic ballot marker,</u> and no photography shall be allowed of an electors list, electronic
1030   electors list, or the use of an electors list or electronic electors list. This subsection shall
1031   not prohibit the use of photographic or other electronic monitoring or recording devices,
1032   cameras, or cellular telephones by poll officials for official purposes."

1033                                          **SECTION 36.**
1034   Said chapter is further amended by revising subsection (f) of Code Section 21-2-417.1,
1035   relating to voter identification cards, as follows:
1036   "(f) A Georgia voter identification card shall remain valid so long as a person resides ~~at~~
1037   <u>in</u> the same ~~address~~ <u>county</u> and remains qualified to vote. It shall be the duty of a person
1038   who moves his or her residence within the State of Georgia <u>outside of the county in which</u>
1039   <u>it was issued</u> to surrender his or her card to the board of registrars of the county of his or
1040   her new residence; and such person may after such surrender apply for and receive a new

1041    card if such person is otherwise eligible under this Code section.  It shall be the duty of a
1042    person who moves his or her residence outside the State of Georgia or who ceases to be
1043    qualified to vote to surrender his or her card to the board of registrars by which it was
1044    issued."

1045                                              **SECTION 37.**

1046    Said chapter is further amended by revising subsection (e) of Code Section 21-2-418, relating
1047    to provisional ballots, as follows:

1048    "(e)  The registrars shall establish a free access system, such as a toll-free telephone number
1049    or ~~Internet~~ internet  website, by which any elector who casts a provisional ballot in a
1050    primary or election, or runoff of either, in which federal candidates are on the ballot may
1051    ascertain whether such ballot was counted and, if such ballot was not counted, the reason
1052    why such ballot was not counted.  The registrars shall establish and maintain reasonable
1053    procedures necessary to protect the security, confidentiality, and integrity of personal
1054    information collected, stored, or otherwise used by such free access system.  Access to such
1055    information about an individual provisional ballot shall be restricted to the elector who cast
1056    such ballot.  At the earliest time possible after the casting of a provisional ballot, the
1057    election superintendent shall notify the Secretary of State that an elector cast a provisional
1058    ballot, whether such ballot was counted, and, if such ballot was not counted, the reason
1059    why such ballot was not counted."

1060                                              **SECTION 38.**

1061    Said chapter is further amended by revising Code Section 21-2-419, relating to validation of
1062    provisional ballots and reporting to Secretary of State, as follows:

1063    "21-2-419.

1064    (a)  A person shall cast a provisional ballot on the same type of ballot that is utilized by the
1065    county or municipality ~~for mail-in absentee ballots~~.  Such provisional ballot shall be sealed
1066    in double envelopes as provided in Code Section 21-2-384 and shall be deposited by the
1067    person casting such ballot in a secure, sealed ballot box.

1068    (b)  At the earliest time possible after the casting of a provisional ballot, but no later than
1069    the day after the primary or election in which such provisional ballot was cast, the board
1070    of registrars of the county or municipality, as the case may be, shall be notified by the
1071    election superintendent that provisional ballots were cast in the primary or election and the
1072    registrars shall be provided with the documents completed by the person casting the
1073    provisional ballot as provided in Code Section 21-2-418.  Provisional ballots shall be
1074    securely maintained by the election superintendent until a determination has been made
1075    concerning their status. The board of registrars shall immediately examine the information

1076   contained on such documents and make a good faith effort to determine whether the person
1077   casting the provisional ballot was entitled to vote in the primary or election.  Such good
1078   faith effort shall include a review of all available voter registration documentation,
1079   including registration information made available by the electors themselves and
1080   documentation of modifications or alterations of registration data showing changes to an
1081   elector's registration status.  Additional sources of information may include, but are not
1082   limited to, information from the Department of Driver Services, Department of Family and
1083   Children Services, Department of Natural Resources, public libraries, or any other agency
1084   of government including, but not limited to, other county election and registration offices.
1085   (c)(1)  If the registrars determine after the polls close, but not later than three days
1086   following the primary or election, that the person casting the provisional ballot timely
1087   registered to vote and was eligible and entitled to vote in such primary or election, the
1088   registrars shall notify the election superintendent and the provisional ballot shall be
1089   counted and included in the county's or municipality's certified election results.
1090   (2) If the registrars determine after the polls close, but not later than three days following
1091   the primary or election, that the person voting the provisional ballot timely registered and
1092   was eligible and entitled to vote in the primary or election but voted in the wrong
1093   precinct, then the board of registrars shall notify the election superintendent.  The
1094   superintendent shall count such person's votes which were cast for candidates in those
1095   races for which the person was entitled to vote but shall not count the votes cast for
1096   candidates in those races in which such person was not entitled to vote.  The
1097   superintendent shall order the proper election official at the tabulating center or precinct
1098   to prepare an accurate duplicate ballot containing only those votes cast by such person
1099   in those races in which such person was entitled to vote for processing at the tabulating
1100   center or precinct, which shall be verified in the presence of a witness.  Such duplicate
1101   ballot shall be clearly labeled with the word 'Duplicate,' shall bear the designation of the
1102   polling place, and shall be given the same serial number as the original ballot.  The
1103   original ballot shall be retained.
1104   (3) If the registrars determine that the person casting the provisional ballot did not timely
1105   register to vote or was not eligible or entitled to vote in such primary or election or shall
1106   be unable to determine within three days following such primary or election whether such
1107   person timely registered to vote and was eligible and entitled to vote in such primary or
1108   election, the registrars shall so notify the election superintendent and such ballot shall not
1109   be counted.  The election superintendent shall mark or otherwise document that such
1110   ballot was not counted and shall deliver and store such ballots with all other ballots and
1111   election materials as provided in Code Section 21-2-500.

1112   (d)(1)  ~~The~~ <u>At the earliest time possible after a determination is made regarding a</u>
1113   <u>provisional ballot, the</u> board of registrars shall notify in writing those persons whose
1114   provisional ballots were not counted that their ballots were not counted because of the
1115   inability of the registrars to verify that the persons timely registered to vote or other
1116   proper reason.  The registrars shall process the official voter registration form completed
1117   by such persons pursuant to Code Section 21-2-418 and shall add such persons to the
1118   electors list if found qualified.

1119   (2)  ~~The~~ <u>At the earliest time possible after a determination is made regarding a</u>
1120   <u>provisional ballot, the</u> board of registrars shall notify in writing those electors who voted
1121   in the wrong precinct and whose votes were partially counted of their correct precinct.

1122   (e)  The board of registrars shall complete a report in a form designated by the Secretary
1123   of State indicating the number of provisional ballots cast and counted in the primary or
1124   election."

## SECTION 39.

1126   Said chapter is further amended by revising Code Section 21-2-482, relating to absentee
1127   ballots for precincts using optical scanning voting equipment, as follows:

1128   "21-2-482.

1129   Ballots in a precinct using optical scanning voting equipment for ~~use~~ <u>voting</u> by absentee
1130   electors shall be prepared sufficiently in advance by the superintendent and shall be
1131   delivered to the board of registrars as provided in Code Section 21-2-384.  Such ballots
1132   shall be marked 'Official Absentee Ballot' and shall be in substantially the form for ballots
1133   required by Article 8 of this chapter, except that in counties or municipalities using voting
1134   machines, direct recording electronic (DRE) units, or ~~optical~~ <u>ballot</u> scanners, the ballots
1135   may be in substantially the form for the ballot labels required by Article 9 of this chapter
1136   or in such form as will allow the ballot to be machine tabulated.  Every such ballot shall
1137   have printed on the face thereof the following:

1138   'I understand that the offer or acceptance of money or any other object of value to vote
1139   for any particular candidate, list of candidates, issue, or list of issues included in this
1140   election constitutes an act of voter fraud and is a felony under Georgia law.'

1141   The form for either ballot shall be determined and prescribed by the Secretary of State."

## SECTION 40.

1143   Said chapter is further amended by revising subsection (k) of Code Section 21-2-493, relating
1144   to computation, canvassing, and tabulation of returns, investigation of discrepancies in vote
1145   counts, recount procedure, certification of returns, and change in returns, as follows:

1146  ″(k)  As the returns from each precinct are read, computed, and found to be correct or
1147  corrected as aforesaid, they shall be recorded on the blanks prepared for the purpose until
1148  all the returns from the various precincts which are entitled to be counted shall have been
1149  duly recorded; then they shall be added together, announced, and attested by the assistants
1150  who made and computed the entries respectively and shall be signed by the superintendent.
1151  The consolidated returns shall then be certified by the superintendent in the manner
1152  required by this chapter.  Such returns shall be certified by the superintendent not later than
1153  5:00 P.M. on the ~~Monday~~ second Friday following the date on which such election was
1154  held and such returns shall be immediately transmitted to the Secretary of State; provided,
1155  however, that such certification date may be extended by the Secretary of State in his or
1156  her discretion if necessary to complete a precertification audit as provided in Code
1157  Section 21-2-498.″


1158                                      **SECTION 41.**

1159  Said chapter is further amended by revising subsections (a) and (c) of Code
1160  Section 21-2-495, relating to procedure for recount or recanvass of votes and losing
1161  candidate's right to a recount, and adding new subsections to read as follows:

1162  ″(a)  In precincts where paper ballots or scanning ballots have been used, the superintendent
1163  may, either of his or her own motion or upon petition of any candidate or political party,
1164  order the recount of all the ballots for a particular precinct or precincts for one or more
1165  offices in which it shall appear that a discrepancy or error, although not apparent on the
1166  face of the returns, has been made.  Such recount may be held at any time prior to the
1167  certification of the consolidated returns by the superintendent and shall be conducted under
1168  the direction of the superintendent.  Before making such recount, the superintendent shall
1169  give notice in writing to each candidate and to the county or municipal chairperson of each
1170  party or body affected by the recount.  Each such candidate may be present in person or by
1171  representative, and each such party or body may send two representatives to be present at
1172  such recount.  If upon such recount, it shall appear that the original count by the poll
1173  officers was incorrect, such returns and all papers being prepared by the superintendent
1174  shall be corrected accordingly.″

1175  ″(c)(1)  Whenever the difference between the number of votes received by a candidate
1176  who has been declared nominated for an office in a primary election or who has been
1177  declared elected to an office in an election or who has been declared eligible for a run-off
1178  primary or election and the number of votes received by any other candidate or
1179  candidates not declared so nominated or elected or eligible for a runoff shall be not more
1180  than one-half of 1 percent of the total votes which were cast for such office therein, any
1181  such candidate or candidates receiving a sufficient number of votes so that the difference

1182    between his or her vote and that of a candidate declared nominated, elected, or eligible

1183    for a runoff is not more than <u>one-half of</u> 1 percent of the total votes cast, within a period

1184    of two business days following the certification of the election results, shall have the right

1185    to a recount of the votes cast, if such request is made in writing by the losing candidate.

1186    If the office sought is a federal or state office voted upon by the electors of more than one

1187    county, the request shall be made to the Secretary of State who shall direct that the

1188    recount be performed in all counties in which electors voted for such office and notify the

1189    superintendents of the several counties involved of the request.  In all other cases, the

1190    request shall be made to the superintendent.  The superintendent or superintendents shall

1191    order a recount of such votes to be made immediately.  If, upon such recount, it is

1192    determined that the original count was incorrect, the returns and all papers prepared by

1193    the superintendent, the superintendents, or the Secretary of State shall be corrected

1194    accordingly and the results recertified.

1195    (2)  Whenever the difference between the number of votes for approval or rejection of a

1196    constitutional amendment or binding referendum question shall be not more than <u>one-half</u>

1197    <u>of</u> 1 percent of the total votes which were cast on such amendment or question therein,

1198    within a period of two business days following the certification of the election results, the

1199    Constitutional Amendments Publication Board shall be authorized in its discretion to call

1200    for a recount of the votes cast with regard to such amendment or question.  In the case of

1201    a constitutional amendment or state-wide referendum question or a question voted upon

1202    by the electors of more than one county, the board shall direct the Secretary of State to

1203    cause a recount to be performed with regard to such amendment or question in all

1204    counties involved and notify the superintendents of the recount.  In the case of questions

1205    voted upon by the electors of only one county or municipality, the board shall direct the

1206    Secretary of State to cause a recount to be conducted by the county or municipality

1207    involved and the Secretary of State shall notify the superintendent involved of the

1208    recount.  Upon notification, the superintendent or superintendents shall order a recount

1209    of such votes to be made immediately.  If, upon such recount, it is determined that the

1210    original count was incorrect, the returns and all papers prepared by the superintendent,

1211    the superintendents, or the Secretary of State shall be corrected accordingly and the

1212    results recertified."

1213    "<u>(e)  The State Election Board shall be authorized to promulgate rules, regulations, and</u>

1214    <u>procedures to implement and administer the provisions of this Code section.</u>"


1215                                **SECTION 42.**

1216    Said chapter is further amended by revising Code Section 21-2-498, which was previously

1217    reserved, as follows:

1218    "21-2-498.

1219    ~~Reserved~~

1220    (a)  As used in this Code section, the term:

1221    (1)  'Incorrect outcome' is when the winner of a contest or the answer to a proposed

1222    constitutional amendment or question would be different from the results found in a

1223    manual recount of paper official ballots.

1224    (2)  'Risk limit' means the largest statistical probability that an incorrect outcome is not

1225    detected or corrected in a risk-limiting audit.

1226    (3)  'Risk-limiting audit' means an audit protocol that makes use of statistical methods and

1227    is designed to limit to acceptable levels the risk of certifying a preliminary election

1228    outcome that constitutes an incorrect outcome.

1229    (b)  As soon as possible, but no later than the November, 2020, general election, the local

1230    election superintendents shall conduct precertification tabulation audits for any federal or

1231    state general election in accordance with requirements set forth by rule or regulation of the

1232    State Election Board.  Audits performed under this Code section shall be conducted by

1233    manual inspection of random samples of the paper official ballots.

1234    (c)  In conducting each audit, the local election superintendents shall:

1235    (1)  Complete the audit prior to final certification of the contest;

1236    (2)  Ensure that all types of ballots are included in the audit, whether cast in person, by

1237    absentee ballot, advance voting, provisional ballot, or otherwise;

1238    (3)  Provide a report of the unofficial final tabulated vote results for the contest to the

1239    public prior to conducting the audit;

1240    (4)  Complete the audit in public view; and

1241    (5)  Provide details of the audit to the public within 48 hours of completion.

1242    (d)  The State Election Board shall be authorized to promulgate rules, regulations, and

1243    procedures to implement and administer the provisions of this Code section.  The

1244    procedures prescribed by the State Election Board shall include security procedures to

1245    ensure that collection of validly cast ballots is complete, accurate, and trustworthy

1246    throughout the audit.

1247    (e)  The Secretary of State shall conduct a risk-limiting audit pilot program with a risk limit

1248    of not greater than 10 percent in one or more counties by December 31, 2021.  The

1249    Secretary of State shall review the results of the pilot program and, within 90 days

1250    following the election in which such pilot program is used, shall provide the members of

1251    the General Assembly with a comprehensive report, including a plan on how to implement

1252    risk-limiting audits state wide.  If such risk-limiting audit is successful in achieving the

1253    specified confidence level within five business days following the election for which it was

1254   conducted, then all audits performed pursuant to this Code section shall be similarly

1255   conducted, beginning not later than November 1, 2024."


1256                                           **SECTION 43.**

1257   Said chapter is further amended by revising subsection (b) of Code Section 21-2-499, relating

1258   to duty of Secretary of State as to tabulation, computation, and canvassing of votes for state

1259   and federal officers and certification of presidential electors by Governor, as follows:

1260       "(b)  The Secretary of State shall also, upon receiving the certified returns for presidential

1261       electors, proceed to tabulate, compute, and canvass the votes cast for each slate of

1262       presidential electors and shall immediately lay them before the Governor.  Not later than

1263       5:00 P.M. on the ~~fourteenth~~ seventeenth day following the date on which such election was

1264       conducted, the Secretary of State shall certify the votes cast for all candidates described in

1265       subparagraph (a)(4)(A) of Code Section 21-2-497 and upon all questions voted for by the

1266       electors of more than one county and shall no later than that same time lay the returns for

1267       presidential electors before the Governor.  The Governor shall enumerate and ascertain the

1268       number of votes for each person so voted and shall certify the slates of presidential electors

1269       receiving the highest number of votes.  The Governor shall certify the slates of presidential

1270       electors no later than 5:00 P.M. on the ~~fifteenth~~ eighteenth day following the date on which

1271       such election was conducted.  Notwithstanding the deadlines specified in this Code section,

1272       such times may be altered for just cause by an order of a judge of superior court of this

1273       state."


1274                                           **SECTION 44.**

1275   Said chapter is further amended by revising paragraph (8) of Code Section 21-2-566, relating

1276   to interference with primaries and elections generally, as follows:

1277       "(8)  Willfully tampers with any electors list, voter's certificate, numbered list of voters,

1278       ballot box, voting machine, direct recording electronic (DRE) equipment, electronic

1279       ballot marker, or tabulating machine."


1280                                           **SECTION 45.**

1281   Said chapter is further amended by revising paragraph (3) of Code Section 21-2-579, relating

1282   to fraudulently allowing ballot or voting machine to be seen, casting unofficial ballot, and

1283   receiving unauthorized assistance in voting, as follows:

1284       "(3)  Without having made the affirmation under oath or declaration required by Code

1285       Section 21-2-409, or when the disability which he or she declared at the time of

1286       registration no longer exists, permits another to accompany him or her into the voting

1287       compartment or voting machine booth or to mark his or her ballot or to register his or her

1288    vote on the voting machine or direct recording electronic (DRE) equipment <u>or use an</u>
1289    <u>electronic ballot marker</u>; or″

1290                                        **SECTION 46.**
1291    Said chapter is further amended by revising Code Section 21-2-580, relating to tampering
1292    with, damaging, improper preparation of, or prevention of proper operation of voting
1293    machines, as follows:
1294    ″21-2-580.
1295    Any person who:
1296        (1)  Unlawfully opens, tampers with, or damages any voting machine <u>or electronic ballot</u>
1297    <u>marker or tabulating machine</u> to be used or being used at any primary or election;
1298        (2)  Willfully prepares a voting machine <u>or an electronic ballot marker or tabulating</u>
1299    <u>machine</u> for use in a primary or election in improper order for voting; or
1300        (3) Prevents or attempts to prevent the correct operation of such <u>electronic ballot marker</u>
1301    <u>or tabulating machine or voting</u> machine
1302    shall be guilty of a felony.″

1303                                        **SECTION 47.**
1304    Said chapter is further amended by revising Code Section 21-2-582, relating to tampering
1305    with, damaging, or preventing of proper operation of direct recording electronic equipment
1306    or tabulating device, as follows:
1307    ″21-2-582.
1308    Any person who tampers with or damages any direct recording electronic (DRE)
1309    equipment <u>or electronic ballot marker</u> or tabulating ~~computer~~ <u>machine</u> or device to be used
1310    or being used at or in connection with any primary or election or who prevents or attempts
1311    to prevent the correct operation of any direct recording electronic (DRE) equipment <u>or</u>
1312    <u>electronic ballot marker</u> or tabulating ~~computer~~ <u>machine</u> or device shall be guilty of a
1313    felony.″

1314                                        **SECTION 48.**
1315    Said chapter is further amended by revising Code Section 21-2-582.1, relating to penalty for
1316    voting equipment modification, as follows:
1317    ″21-2-582.1.
1318    (a)  For the purposes of this Code section, the term 'voting equipment' shall mean a voting
1319    machine, tabulating machine, optical scanning voting system, ~~or~~ direct recording electronic
1320    voting system<u>, or electronic ballot marker</u>.

1321    (b)  Any person or entity, including, but not limited to, a manufacturer or seller of voting

1322    equipment, who alters, modifies, or changes any aspect of such voting equipment without

1323    prior approval of the Secretary of State is guilty of a felony."

1324                      **SECTION 49.**

1325  Said chapter is further amended by revising Code Section 21-2-587, relating to frauds by poll

1326  workers, as follows:

1327    "21-2-587.

1328  Any poll officer who willfully:

1329    (1)  Makes a false return of the votes cast at any primary or election;

1330    (2)  Deposits fraudulent ballots in the ballot box or certifies as correct a false return of

1331    ballots;

1332    (3)  Registers fraudulent votes upon any voting machine or certifies as correct a return

1333    of fraudulent votes cast upon any voting machine;

1334    (4)  Makes any false entries in the electors list;

1335    (5)  Destroys or alters any ballot, voter's certificate, or electors list;

1336    (6)  Tampers with any voting machine, direct recording electronic (DRE) equipment,

1337    electronic ballot marker, or tabulating ~~computer~~ machine or device;

1338    (7) Prepares or files any false voter's certificate not prepared by or for an elector actually

1339    voting at such primary or election; or

1340    (8)  Fails to return to the officials prescribed by this chapter, following any primary or

1341    election, any keys of a voting machine,; ballot box,; general or duplicate return sheet,;

1342    tally paper,; oaths of poll officers,; affidavits of electors and others,; record of assisted

1343    voters,; numbered list of voters,; electors list,; voter's certificate,; spoiled and canceled

1344    ballots,; ballots deposited, written, or affixed in or upon a voting machine,; DRE,

1345    electronic ballot marker, or tabulating machine memory cards,; or any certificate or any

1346    other paper or record required to be returned under this chapter

1347  shall be guilty of a felony and, upon conviction thereof, shall be sentenced to imprisonment

1348  for not less than one nor more than ten years or to pay a fine not to exceed $100,000.00,

1349  or both."

1350                      **SECTION 50.**

1351  This Act shall become effective upon its approval by the Governor or upon its becoming law

1352  without such approval.

1353                      **SECTION 51.**

1354  All laws and parts of laws in conflict with this Act are repealed.