**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: |
| | ) | 1:17-cv-2989-AT |
| v. | ) | |
| | ) | |
| BRAD RAFFENSPERGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Bryan P. Tyson, attorney and counsel of record for State

Defendants, Secretary of State and Chair of the State Election Board, Brad

Raffensperger, the State Election Board (SEB), and SEB members Rebecca Sullivan,

David Worley, Anh Lee, and Seth Harp, and provides notice to the Court and all

parties that his associated firm and address changed as of March 1, 2019.  Mr. Tyson

requests the Court make a global change to all cases he is counsel of record by

updating his new firm and contact information as follows:

Bryan P. Tyson, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
770-434-6868 (Telephone)
770-434-7376 (Facsimile)
btyson@taylorenglish.com (email)

1

This 10th day of April, 2019.

Respectfully submitted,


*/s/ Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA  30339
Phone: (770) 434-6868
Fax: (770) 434-7376
btyson@taylorenglish.com


*Attorney for State Defendants*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing

Notice of Change of Address has been prepared in Times New Roman 14, a font and

type selection approved by the Court in L.R. 5.1(B).

<u>/s/ Bryan P. Tyson</u>
Bryan P. Tyson

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONNA CURLING, et al.,               )
                                     )
            Plaintiffs,              )        CIVIL ACTION FILE NO.:
                                     )        1:17-cv-2989-AT
v.                                   )
                                     )
BRAD RAFFENSPERGER, et al.,          )
                                     )
            Defendants.              )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and

foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of Court using

the CM/ECF system, which will automatically send notification of such filing to

counsel of record for all parties to this matter via electronic notification or otherwise.

This 10th day of April, 2019.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411