# ROBERT MCGUIRE
# LAW FIRM

**WASHINGTON**:

113 Cherry St. #86685
Seattle, Washington  98104-2205

**COLORADO**:

1624 Market St. Ste. 226 #86685
Denver, Colorado  80202-2523

www.lawram.com

---

April 11, 2019

**Via CM/ECF FILING**

Mr. Harry Martin
Courtroom Deputy Clerk for
The Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    *Curling v. Kemp,* No. 1:17-cv-02989-AT
                  <u>Request for Leave of Absence Less Than 21 Days</u>

Dear Mr. Martin:

I am presently appearing in the above matter as co-counsel for Plaintiff Coalition for Good Governance.

Pursuant to Local Rule 83.1(E)(3) NDGa and Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II.(c)(iii), I write to advise that I will be absent from work and unavailable during the following periods, each less than twenty-one days:

- April 13–21, 2019—out of office (travel)
- April 24–28, 2019—conflicting hearing
- May 1–7, 2019—out of office (travel)
- May 29–June 4, 2019—out of office (travel)
- June 17–28, 2019—conflicting trial
- July 4–7, 2019—out of office (holiday)

Mr. Harry Martin
Re: Request for Additional Leave of Absence Less Than 21 Days
April 11, 2019
Page 2

- July 29–August 1, 2019—out of office (travel)
- August 8–9, 2019—out of office (travel)
- August 26–29, 2019 (out of office (travel)
- October 21–November 1, 2019—conflicting trial

I respectfully request that this case not be calendared during these dates.

Please contact me with any questions you may have.

                                       Very truly yours,

                                       */s/ Robert Alexander McGuire, III*
                                       ROBERT ALEXANDER MCGUIRE, III
                                       Admitted Pro Hac Vice (ECF No. 125)
                                       Washington Bar No. 50649

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA 98104-2205
T: (253) 267-8530
Email: ram@lawram.com

                                       /s/ William Brent Ney
                                       William Brent Ney
                                       GA Bar Number 542519

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street NE
Atlanta, GA 30309
T: (404) 842-7232

                                       *Attorneys for Plaintiff Coalition for Good Governance*

Cc (by service): Counsel of record (via CM/ECF only).