# EXHIBIT 6



Georgia™

# RFX Addendum Form

| RFX Number:  47800-SOS0000037 | RFX Title: Statewide Voting System |
|---|---|
| Requesting State Entity:  Secretary of State | |
| Issuing Officer:  **Verneicher Favors** | RFX Initially Posted to Internet:  See GPR |
| eMail Address: vfavors@sos.ga.gov | Telephone: (404) 656-0998 |
| Addendum Number:  3 | Date:  03/28/2019 |

**The purpose of this addendum is to submit the following documents from the Prebid Conference scheduled March 28, 2019 at 10:00a.m.:**

**Pre-Bid Sign In Sheets**
**Powerpoint Presentation**

**The Transcript from the prebid meeting will be posted at a later date.**

**All other information remain the same.**

Note: In the event of a conflict between previously released information and the information contained herein, the latter shall control.

**A signed acknowledgment of this addendum (this page) should be attached to your RFX response.**


_____
Supplier's Name


_____
Signature


_____
Printed Name and Title



**Georgia**

## Bidders/Offerors' Conference Sign-in Form

**State Entity Name:  Secretary of State Office**
**Solicitation Number:  47800-SOS0000037**
**Solicitation Name:  Statewide Voting System**
**Date:  March 28, 2019**

| COMPANY NAME | REPRESENTATIVE NAME | ADDRESS | PHONE/FAX | E-MAIL |
|---|---|---|---|---|
| Knowinc | Bob Schmiedt | 3259 Eagle Watch Dr Woodstock GA 30189 | 770-490-0856 | bobschmiedt@ earthlink.net |
| Rep MARC MORRIS | GARY Smith | Cumming Ga 2515 EDGEWATER RD | 706 3449×60 | EJSmith41 @yahoo.com |
| ~~Danika~~ DOAS ~~Fanner~~ | Danika Fanner | 200 Piedmont A+L 30303 | 404 657 2186 | danika.fanner @ doas.ga.gov |
| Jared Thomas | ~~Domo~~ | | | |
| Dominion Voting Systems | Jared Thomas | 1801 Peachtree Rd. Atlanta 30309 | 4-667 -3646 | jtrade@ justthomas.g4 |
| Dominion VOTING SYSTEM | BARRY HERRON | 346 WATKINS AVE Luckey, OH 43443 | 419 350 8455 | barry.herron@ Dominion VOTING.com |
| HART INTERCIVIC | Dwayne Broxton | 15500 Wells Port Dr. Austin, TX 78728 | 850-322-1306 | dbroxton@hartic. com |
| Secretary of State | Vernecher Favors | 2 MLK Jr DR Ste 820,W Tower Atlanta, GA 30334 | x)636-0998 | vfavors@sos.ga. gov. |
| DOAS | Carrie Steele | 2 mlk Jr Drive A+L 30334 | 4)463-5554 | carrie.steele @doas.ga.gov |
| HART | Graham Thompson | | | graham@ Thompson victory group. com |

SPD-SPR007



Georgia

| COMPANY NAME | REPRESENTATIVE NAME | ADDRESS | PHONE/FAX | E-MAIL |
|---|---|---|---|---|
| ES:S | Jeb Cameron | 5682 Herbornist Dr. Power Springs, CA 30127 | 678-472-9895 | jeb.cameron@essvote.com |
| ES:S | Mac Beeson | 5609 Crossfield dr Raleigh NC 27613 | 919-943-9446 | mbeeson@essvote.com |
| Teney Software Solutions | Jay Bollenbacher | 5402 W. Larrel Tampa, Fl 33607 | 813-321-8795 | jay.bollenbacher@teneysolutions.com |
| LIZ THROOP | SELF | 612 CLIFTON RD NE ATL | 678 6136088 | lthroop a HM |
| ES:S | TOM OBRIEN | 11128 JOHN GALT BLVD OMAHA, NE 69137 | 402 321-3860 | TFOBRIEN@ESSVOTE.com |
| WABE | Johnny Kauffman | | 574-849-0717 | jkauffman@wabe.org |
| ClearBallot | Bill Murphy | 2 Oliver St Boston MA | 813-503 3668 | Bill.Murphy@Clearballot.com |
| AP | Kate Brumback | 101 Marietta St. Suite 2450 Atlanta, GA 30303 | 404-522-8971 | kbrumback@ap.org |
| LP Georgia | TED METZ | 6231 Dodgen Rd SW Mableton GA 30126 | 404-831-9288 | ted.metz.@LPGeorgia.com |
| GCPA | Helen Butler | 501 Pulliam St. Atlanta, GA 30312 | 404 653-1199 | hbutlergcpa@gmail.com |
| voterGA | Garland Favorito | 220 Tallow Box Dr Roswell Ga 30076 | 404 664 4044 | garland@voterga.net |
| Smartmatic | Jeff Scott | 1130 W Country Club Purcellville VA 20132 | 571 231 0391 | jeff.scott@smartmatic.com |
| Smartmatic | Shaun Adams | 1960 Satellite Blvd Duluth | 770-255-9649 | sadams@atlawfirm.com |



Georgia™

# Bidders/Offerors' Conference Sign-in Form

**State Entity Name: Secretary of State Office**
**Solicitation Number: 47800-SOS0000037**
**Solicitation Name: Statewide Voting System**
**Date: March 28, 2019**

| Company Name | Representative Name | Address | Phone/Fax | E-Mail |
|---|---|---|---|---|
| Smartmatic | Kevin Shelly | 1601 Broken Sound Parkway Boca Raton FL 33487 | 703 9607 8223 | Kevin.Shelly @Smartmatic.com |
| Smartmatic | Edwin Smith | Same | 720-949-1775 | edwin.smith @smartmatic.com |
| — | Peggy Barlett | 1346 Avalon Pl Atl | | |
| 8M | Caitlin O'Dea | | | codea @sos.ga.gov |
| SOS | Michael Barnes | 8th Floor | | Mbarnes @sos.ga.gov |
| LWVGA | Eli, Shelly, Macnamara | 800 Johnson Ferry | 404 314 J584 | egmacnamara @gualco |
| Voter GA Clear Ballot | Aaron Ruscetta | 661 Webster Dr. Decatur 30033 | 404 315 0406 | Arxaaron @gmail.com |
| Democratic Party of Georgia | Sara Tindall Ghazal | 501 Pulliam St SW Ste 400 Atlanta 30312 | 678 278 2016 | SaraTG @GeorgiaDemocrat.org |
| Madeleine Shep | Renita Shannon | 764 Park Lane Decatur | 404 747 3915 | |
| Luisa Wakeman | → | | | |



Georgia

| COMPANY NAME | REPRESENTATIVE NAME | ADDRESS | PHONE/FAX | E-MAIL |
|---|---|---|---|---|
| SPD | Alicia Pope | 200 Piedmont Ave. SE | 4. 657. 4282 | alicia.pope@doas.ga.gov |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



## Secretary of State

# Statewide Voting System
# Pre-Bid Conference
# Request for Proposal # 47800-SOS0000037

# West Tower, 15th Floor, Room 1514 A/B

# March 28, 2019

# Agenda

❑ Welcoming Remarks

❑ Introductions / General Information

❑ eRFP Overview

❑ Closing Remarks

❑ Team Georgia Marketplace Tips (Optional)

**March 28, 2019**

# Secretary of State – Election Division

- The Georgia Secretary of State maintains the Voter Registration System ("eNet"), builds ballots for each federal, state, and county election, and creates Electronic Poll Book ("Epoll") files.

- State law provides for a uniform voting system where every county uses the same type of voting equipment.  Georgia has 159 counties and 159 election superintendents who run elections for each respective county

March 28, 2019

# List of eRFP Attachments

Attachment A : State Entity eRFP

Attachment B: Special Term Definitions from Section 1.6 "Definition of Terms"

Attachment C: Background and Scope of Work

Attachment D: Mandatory Response Worksheet ⭐

Attachment E: Mandatory Scored Response Worksheet ⭐

Attachment F: Cost Worksheet ⭐

Attachment G: Litigation and Default ⭐

Attachment H: References ⭐

Attachment I: Election Management System Form ⭐

Attachment J: Polling Place Scanner Form ⭐

Attachment K: Central Scanning Device Form ⭐

Attachment L: Ballot Marking Device Form ⭐

Attachment M: Electronic Poll Book Data Management System (EPDMS) Form ⭐

Attachment N: Electronic Poll Book (EPoll) Form ⭐

Attachment O: Potential Equipment Distribution

Attachment P: Supplier Q & A Worksheet

Attachment Q: Tax Compliance Form

Attachment R: Certificate of Non-Collusion

Attachment S: Department of Audits Immigration and Security Form

Attachment T: Systems and Jurisdiction ⭐

Attachment U: Contract

Attachment V: Contract Exception Form

March 28, 2019

Case 1:17-cv-02989-AT   Document 362-1   Filed 04/11/19   Page 11 of 34

# Purpose of Procurement – Attachment A

This eRFP is being issued to establish a contract with a qualified Supplier, who will provide a new Statewide Voting System to the Secretary of State-State of Georgia.

- Restrictions on Communicating with Staff (Section 2.1.2)
- Submitting Questions (Section 2.1.3)
- Scoring Criteria (Section 6.4)

## Special Terms/ Definitions – Attachment B

**Absentee In-Person Voting (Advance Voting) –** the time period set by law, three weeks before an election, whereby voters may cast an in-person absentee ballot.

**Electronic Poll Book ("EPoll") –** combination of hardware and software that allows election officials to review and maintain voter registration information including voter lookup, verification, identification, precinct assignment, and ballot assignment.

**General Election –** Election usually held the first Tuesday after the first Monday in November where candidates are elected to office.

**Overvote –** a casting of more selections per race or ballot issue than allowed.

## Background and Scope of Work – Attachment C

- HB 316 requires that in-person voting be conducted on ballot marking devices that print a voter handled verifiable paper ballot.

- It also requires that any new voting system be certified by the U.S. Election Assistance Commission. HB 316 passed the Georgia General Assembly on March 14, 2019.

- Scope of Work – Overall areas of content to emphasize in responses.

# Mandatory Response Worksheet– Attachment D

| RFP NAME: Statewide Voting System |
|---|
| RFP NUMBER: 47800-SOS0000037 |
| SUPPLIER: |

| Attachment D - Mandatory Questions |
|---|
| Suppliers must answer all the questions in this spreadsheet in the cell provided. |
| Failure to answer these questions will result in disqualification of the proposal. |
| Suppliers must indicate whether their proposal meets each individual requirement and provide a supporting narrative. The narrative description, along with any required supporting materials, will be evaluated and awarded points in accordance with Section 6, Proposal Evaluation and Award. ONLY upload documents if there is a Yes in the "Upload Attachs with Additional Information?" column to provide additional information about specific questions. Documents not requested in this column will not be evaluated. |
| DO NOT INCLUDE ANY COST INFORMATION IN YOUR RESPONSE TO THIS WORKSHEET. |

| Question # | Questions per Proposal Factors/Categories | Response by Offeror. Only Yes or No Answers | Upload Attchs with Additional Information? | Attachment File Name |
|---|---|---|---|---|
| | **Proposal Factors** | | | |
| 1 | EAC Certified. The proposed SVS must be certified by the U.S. Election Assistance Commission (EAC) and must have obtained (at minimum) EAC certification in conformance with the Voluntary Voting System Guidelines (VVSG) Version 1.0. Provide EAC certification documentation. | | Yes | 0-1 EAC Certification |
| 2 | Voter-Handled Paper Ballot Verification. The proposed SVS solution must provide a voter verifiable paper ballot for every vote cast. The proposed SVS must produce a physical, voter-handled ballot containing the voter's selections from the input made by the voter. It must also facilitate navigating, marking, and reviewing the displayed ballot on the Ballot Marking Device (BMD) that can be printed, scanned, imaged, and tabulated by the Polling Place Scanner (PPS) and Central Scanning Device (CSD). Provide example BMD and Absentee by Mail ballots created by the proposed SVS. | | Yes | 0-2 Example Ballots |

# Mandatory Scored Worksheet - Attachment E

| RFP NAME: Statewide Voting System |
|---|
| RFP NUMBER: 47800-SOS0000037 |
| SUPPLIER: |

| Attachment E - Mandatory Scored Questions |
|---|
| Suppliers must answer all the questions in this spreadsheet. |
| **Failure to answer these questions will result in disqualification of the proposal.** |
| Suppliers must indicate whether their proposal meets the individual requirement and provide a supporting narrative. The narrative description, along with any required supporting materials, will be evaluated and awarded points in accordance with Section 6, Proposal Evaluation and Award. ONLY upload documents if there is a Yes in the "Upload Attachs with Additional Information?" column, to provide additional information about specific questions. Documents not requested in this column will not be evaluated. |
| DO NOT INCLUDE ANY COST INFORMATION IN YOUR RESPONSE TO THIS WORKSHEET. |

| Question # | Questions per Proposal Factors/Categories | Upload Attchts with Additional Information? | Attachment File Name |
|---|---|---|---|
| **1** | **Business Background and Financial Capability** | | |
| 1.1 | Describe the history of your business and organizational structure. Describe the organization and ownership structure to include parent companies, divisions, subsidiaries, headquarters, and regional offices. List key personnel including personnel that would supervise implementation of the proposed SVS and provide a CV or resume for each person uploaded as "Organizational Structure." | Yes | 1-1 Org Structure |
| 1.2 | Describe your prior experience providing a similar solution to the proposed SVS and include how long you have offered this type of solution. Explain why the system is proposed as a solution for Georgia. | Yes | 1-2 SVS Experience |
| 1.3 | Complete the attached form titled "Systems and Jurisdictions Implemented" to list jurisdictions where you have implemented a similar solution to the proposed SVS. Include the name, size and type of jurisdiction, the year of implementation, type of system implemented, and other details to explain the applicability of the comparison with Georgia. | Yes | 1-3 Implementations |
| 1.4 | Describe how your company is financially positioned to handle a project of this size and scope under the timeframe required. | Yes | 1-4 Financial Narrative |
| **2** | **Election Management System (EMS)** | | |
| 2.1 | Complete the attached form titled "Election Management System" and include narrative. | Yes | 2-1 EMS |

# Cost Worksheet - Attachment F

- The purpose of the Cost Model for this eRFP is to provide a fixed price fee structure for initial purchase and a total cost of ownership for a ten (10) year period so that the Suppliers' responses can be compared equitably.

- Pricing information should support and demonstrate the ability to cover all costs associated with the requirements and as detailed in your responses to the Mandatory Scored Questions.

- Note that the Cost Model Evaluation will include the initial ten (10) year term of the contract.

- The initial cost through December 31, 2021 to fully purchase, distribute, implement, and train all GASOS employees and counties (fully loaded) will be considered under and constrained by the budget proposal as defined by the Georgia General Assembly.

Statewide Voting System
Request for Proposal # 47800-SOS0000037
Pre-Bid Conference Presentation – eRFP Overview

page 11

# Litigation and Default - Attachment G

List all litigation, contract breaches, and events of default in the past ten years.
(Reference Question 5 on Mandatory Response Worksheet)

**ATTACHMENT G**
**LITIGATION AND DEFAULT**

| | | | | | |
|---|---|---|---|---|---|
| List all litigation, contract breaches, and events of default you have been a party to in the past ten years. | | | | | |
| REF # | CUSTOMER NAME | DATE | LITIGATION | CONTRACT BREACHES | DEFAULTS |
| 1 | | | YES ☐ NO ☐ | YES ☐ NO ☐ | YES ☐ NO ☐ |

March 28, 2019

# References - Attachment H

Provide a list of current and past clients that have implemented a similar voting system solution to the proposed Statewide Voting System. (Reference: Question 7 on the Mandatory Response Worksheet)

## ATTACHMENT H

## REFERENCES

Provide a list of current and past clients that demonstrate successful implementation of a similar voting system solution to the proposed SVS, including ones of a similar size and scope to this eRFP, Does the GASOS have your permission to contact any current, past, or prospective customers to discuss their experience with your company?

| REF # | CLIENT | VOTING SYSTEM SOLUTION? | SIMILAR SIZE AND SCOPE? | CURRENT OR PAST? | PERMISSION TO CONTACT? |
|-------|--------|-------------------------|--------------------------|-------------------|------------------------|
| 1 | | | | CURRENT☐ PAST ☐ | YES☐ NO☐ |
| 2 | | | | CURRENT☐ PAST ☐ | YES☐ NO☐ |
| 3 | | | | CURRENT☐ PAST ☐ | YES☐ NO☐ |
| 4 | | | | CURRENT☐ PAST ☐ | YES☐ NO☐ |
| 5 | | | | CURRENT☐ PAST ☐ | YES☐ NO☐ |

# Election Management System(EMS)- Attachment I

(Reference: Question 2.1 on the Mandatory Scored Worksheet)

| Vendor: | Attachment I - Election Management System | | |
|---|---|---|---|
| 2.  Election Management System (EMS)<br><br>Describe all answers regarding your EMS solution. The proposed EMS solution shall: | CONFIRM THAT CAPABILITY EXISTS AND IS ABLE TO BE DEMONSTRATED | KEY FUNCTIONALITY AND SYSTEM CAPABILITY | PROPOSED PRODUCT(S) AND METHOD OF CONTRACTING (license, sale, lease, subscription, etc.?) (DO NOT INCLUDE COST) |
| **WlweElection Data Set Control Capabilities** | | | |
| a.  Allow state administrators to establish different levels of user permissions within each election database generated. | YES ☐ NO ☐ | | |

# Polling Place Scanner - Attachment J

(Reference: Question 3.1 on the Mandatory Scored Worksheet)

| Vendor: | Attachment J - Polling Place Scanner | | |
|---|---|---|---|
| **Polling Place Scanner (PPS)** <br><br> Used in all polling places (Election Day and Absentee In-Person) for scanning, imaging, and tabulating ballots generated by a BMD, and for scanning, imaging, and tabulating Absentee by Mail and Provisional ballots (when needed), and conducting post-election audits. <br><br> Describe all answers regarding your PPS solution. The proposed PPS solution shall: | CONFIRM THAT CAPABILITY EXISTS AND IS ABLE TO BE DEMONSTRATED | KEY FUNCTIONALITY AND SYSTEM CAPABILITY | PROPOSED PRODUCT(S) AND METHOD OF CONTRACTING (license, sale, lease, subscription, etc.?) (DO NOT INCLUDE COST) |
| **Capabilities** | | | |
| a. Allow for election configuration information loaded via encrypted removable memory device created by the EMS or through a direct connection to the EMS through a secured LAN. | YES ☐ NO ☐ | | |

# Central Scanning Device - Attachment K

(Reference: Question 4.1 on the Mandatory Scored Worksheet)

| Vendor: | Attachment K - Central Scanning Device | | |
|---|---|---|---|
| 1. Central Scanning Device (CSD) – Used for scanning, imaging, and tabulating optical scan ballots, ballots generated from a BMD, and conducting post-election audits.<br><br>Describe all answers regarding your CSD solution. The proposed CSD solution shall: | CONFIRM THAT CAPABILITY EXISTS AND IS ABLE TO BE DEMONSTRATED | KEY FUNCTIONALITY AND SYSTEM CAPABILITY | PROPOSED PRODUCT(S) AND METHOD OF CONTRACTING (license, sale, lease, subscription, etc.?) (DO NOT INCLUDE COST) |
| **Capabilities** | | | |
| a. Allow election configuration information loaded via encrypted, removable memory devices created by the EMS or through direct a connection to the EMS through a secure LAN. | YES ☐  NO ☐ | | |

March 28, 2019

# Ballot Marking Device - Attachment L

(Reference: Question 5.1 on the Mandatory Scored Worksheet)

| Vendor: | Attachment L - Ballot Marking Device | | |
|---|---|---|---|
| **Ballot Marking Device (BMD)** For use in polling places (Election Day and Absentee In-Person voting) by voters to prepare the ballot that will be scanned, imaged, and tabulated. **Describe all answers regarding your BMD solution. The proposed BMD solution shall:** | **CONFIRM THAT CAPABILITY EXISTS AND IS ABLE TO BE DEMONSTRATED** | **KEY FUNCTIONALITY AND SYSTEM CAPABILITY** | **PROPOSED PRODUCT(S) AND METHOD OF CONTRACTING (license, sale, lease, subscription, etc.?) (DO NOT INCLUDE COST)** |
| **Capabilities** | | | |
| a. Load election configuration information via encrypted removable memory devices created by the EMS or through a direct connection to the EMS through a secure LAN. | YES ☐  NO ☐ | | |

March 28, 2019

# EPoll Data Management System - Attachment M

### (Reference: Question 6.1 on the Mandatory Scored Worksheet)

Vendor:                       **Attachment M - EPoll Data Management System**

| **EPoll Data Management System (EPDMS)** – Used to combine voter registration and election ballot data into an election-specific elector's list that powers the electronic poll book (EPoll) and provides each voter with the properly assigned ballot style.<br><br>**Describe all answers regarding your EPDMS solution. The EPDMS solution shall:** | **CONFIRM THAT CAPABILITY EXISTS AND IS ABLE TO BE DEMONSTRATED** | **KEY FUNCTIONALITY AND SYSTEM CAPABILITY** |
|---|---|---|
| **Capabilities** | | |
| a. Accept imports of voter registration data from eNet on removable memory devices for the purposes of building an elector's list for any given election. The data transferred from eNet includes but is not limited to: | YES ☐  NO ☐ | |

# Electronic Poll Book - Attachment N

(Reference: Question 7.1 on the Mandatory Scored Worksheet)

Vendor:                          **Attachment N - Electronic Poll Book**

| Electronic Poll Book (EPoll)<br><br>Describe all answers regarding your EPoll solution. The proposed EPoll solution shall: | CONFIRM THAT CAPABILITY EXISTS AND IS ABLE TO BE DEMONSTRATED | KEY FUNCTIONALITY AND SYSTEM CAPABILITY | PROPOSED PRODUCT(S) AND METHOD OF CONTRACTING (license, sale, lease, subscription, etc.?) (DO NOT INCLUDE COST) |
|---|---|---|---|
| **Capabilities** | | | |
| a.  Provide ability of user to conduct pre-election testing on all functions of the EPoll with the outputs of the testing stored internally by the EPoll or to the encrypted, removable memory device loaded to the device. | YES ☐  NO ☐ | | |

# Potential Equipment Distribution - Attachment O

Roll out plan for deploying: (Reference: Questions 12.4, 12.5, 12.6 on the Mandatory Scored Worksheet)

| CountyID | | Phase 1 | | | | | Phase 2 - Part 1 | | | | | Phase 2 - Part 2 | | | | | Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS |
| 001 | Appling | | | | | | 5 | 1 | 1 | 2 | 1 | 44 | 11 | - | 27 | - | 49 | 12 | 1 | 29 | 1 |
| 002 | Atkinson | | | | | | 5 | 1 | 1 | 2 | 1 | 35 | 6 | - | 14 | - | 40 | 7 | 1 | 16 | 1 |
| 003 | Bacon | 30 | 5 | 1 | 14 | 1 | | | | | | | - | - | - | - | 30 | 5 | 1 | 14 | 1 |
| 004 | Baker | | | | | | 5 | 1 | 1 | 2 | 1 | 11 | 7 | - | 8 | - | 16 | 8 | 1 | 10 | 1 |
| 005 | Baldwin | | | | | | 10 | 2 | 1 | 3 | 1 | 102 | 15 | - | 25 | - | 112 | 17 | 1 | 28 | 1 |
| 006 | Banks | | | | | | 10 | 2 | 1 | 3 | 1 | 43 | 14 | - | 30 | - | 53 | 16 | 1 | 33 | 1 |
| 007 | Barrow | | | | | | 10 | 2 | 1 | 3 | 1 | 196 | 19 | - | 53 | - | 206 | 21 | 1 | 56 | 1 |
| 008 | Bartow | 150 | 15 | 1 | 30 | 1 | | | | | | 126 | 17 | - | 13 | - | 276 | 32 | 1 | 43 | 1 |

# Supplier Q & A  - Attachment P

Questions are to be submitted to the Issuing Officer using this form.



**ATTACHMENT P**

**Supplier Q & A Template**

| RFX Number:  47800-SOS0000037 | RFX Title: Statewide Voting System |
|---|---|
| Requesting State Entity:  Secretary of State | Date: |
| Issuing Officer:  Verneicher Favors | RFX Initially Posted to Internet: 03/15/2019 |
| eMail Address:  vfavors@sos.ga.gov | Telephone:  404-656-0998 |

**Questions are to be submitted to the Issuing Officer using this form.**

Note: This document is intended for informational purposes only.  Any changes to the RFX must occur through a published addendum (or through publication of a new version of the RFX in Team Georgia Marketplace™).  If multiple Q & A documents are posted, the most recent Q & A shall govern in the event of a conflict.

**QUESTIONS AND ANSWERS**

| # | Questions | Referenced RFX Section | Answers |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

# Tax Compliance Form - Attachment Q

### (Complete the form and upload with your proposal)

**TAX COMPLIANCE**

<u>INSTRUCTIONS TO SUPPLIERS</u>
Please complete the following information:

- Supplier's Name:
- Physical Location Address:
- Federal Identification Number (FEI):
- Have you ever been registered in the State of Georgia?
- If so, please provide the following information, if applicable:
  - State Taxpayer Identification Number (STI):
  - Sales and Use Tax Number:
  - Withholding Tax Number:
- What type of service will you perform?
- Will you sell any tangible personal property or goods?
- Supplier's Affiliate's Name:
  - FEI:
  - STI:
  - Sales and Use Tax Number:
  - Withholding Tax Number:

  If there is more than one affiliate, please attach a separate sheet listing the information above.
- Person responsible for handling supplier's tax issues (such as the CFO, the company tax officer, etc.):
  - Name:
  - Telephone Number:
  - E-mail Address:

March 28, 2019

# Certificate of Non-Collusion - Attachment R

(Sign and submit with proposal)

**ATTACHMENT R**
**CERTIFICATE OF NON-COLLUSION**

By responding to this solicitation, the supplier understands and agrees to the following:

1. That the submitted response constitutes an offer, which when accepted in writing by the State Entity, and subject to the terms and conditions of such acceptance, will constitute a valid and binding contract between the undersigned and the State Entity; and

2. That the supplier has read the specifications and requirements shown or referenced in the solicitation and that the supplier's response is made in accordance with the provisions of such specifications and requirements except as expressly stated otherwise in the supplier's response; and

3. That the supplier guarantees and certifies that all items included in the supplier's response meet or exceed any and all such stated specifications and requirements of the solicitation except as expressly stated otherwise in the supplier's response; and

4. That, if awarded a contract, the supplier will deliver goods and/or services that meet or exceed the specifications and requirements of the solicitation except as expressly stated otherwise in the supplier's response; and

5. That the response submitted by the supplier shall be valid and held open for a period of **one hundred and twenty (120) days (or such other time period as identified in the solicitation)** from the final solicitation closing date and that the response may be held open for an additional period of time subject to the supplier's consent; and

6. That the supplier's response is made without prior understanding, agreement, or connection with any corporation, firm, or person submitting a response for the same materials, supplies, equipment, or services and is in all respects fair and without collusion or fraud. The supplier understands and agrees that collusive bidding is a violation of state and federal law and can result in fines, prison sentences, and civil damage awards; and

7. That the provisions of the Official Code of Georgia Annotated, Sections 45-10-20 et seq. have not been violated and will not be violated in any respect.

DO NOT MODIFY THE BID/PROPOSAL CERTIFICATION TERMS IN ANY WAY.  THIS FORM MUST BE COMPLETED, SIGNED AND SUBMITTED WITH YOUR RESPONSE.

| Contractor's Full Legal Name: (PLEASE TYPE OR PRINT) | |
|---|---|
| Authorized Signature: | |
| Printed Name and Title of Person Signing: | |
| Date: | |

# Immigration and Security Form - Attachment S

**Contractor Affidavit under O.C.G.A. § 13-10-91(b)(1)**

By executing this affidavit, the undersigned contractor verifies its compliance with O.C.G.A. § 13-10-91, stating affirmatively that the individual, firm or corporation which is engaged in the physical performance of services on behalf of (name of public employer) has registered with, is authorized to use and uses the federal work authorization program commonly known as E-Verify, or any subsequent replacement program, in accordance with the applicable provisions and deadlines established in O.C.G.A. § 13-10-91.  Furthermore, the undersigned contractor will continue to use the federal work authorization program throughout the contract period and the undersigned contractor will contract for the physical performance of services in satisfaction of such contract only with subcontractors who present an affidavit to the contractor with the information required by O.C.G.A. § 13-10-91(b).  Contractor hereby attests that its federal work authorization user identification number and date of authorization are as follows:

# Systems and Jurisdiction - Attachment T

List jurisdictions where you have implemented voting systems in the past ten years.

(Reference: Question 1.3 on the Mandatory Scored Worksheet)

**ATTACHMENT T**

**SYSTEMS AND JURISDICTIONS IMPLEMENTED**

List jurisdictions where you have implemented voting systems in the past ten years. Include the type of system implemented and the year of implementation.

| # | Jurisdiction | Type of System | Year Implemented |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

# State Contract - Attachment U

**MASTER SOLUTION PURCHASE AND SERVICES AGREEMENT**

**BY AND BETWEEN**

**[●]**
**as Contractor,**

**and**

**SECRETARY OF STATE OF THE STATE OF GEORGIA**
**as State**

Dated as of [●], 2019

Contract No. [●]

*CONFIDENTIALITY: THIS DRAFT MASTER SOLUTION PURCHASE AND SERVICES AGREEMENT IS PROVIDED IN CONNECTION WITH eRFP (EVENT) NUMBER 47800-SOS0000037 AND IS FOR DISCUSSION PURPOSES ONLY SHOULD YOU BE SELECTED FOR AWARD IN ACCORDANCE WITH THE eRFP. Except with the express prior written permission of the State this document and the information contained herein may not be published, disclosed, or used for any purpose other than in considering a response to the eRFP. This draft (i) is not a contract, (ii) does not memorialize any agreement between the parties, (iii) does not accept an offer for a contract or constitute an offer to form a contract, and (iv) is based on the eRFP but may not contain all items referred to in the eRFP or on which the parties will need to agree. No agreement, oral or written, regarding or relating to any of the matters covered by this draft has been entered into between the parties. This document, in its present form or as it may be hereafter revised by any party will not become the agreement of the parties until, with all exhibits and schedules attached, it has been duly executed and delivered by all of the parties.

# Contract Exception Form - Attachment V

If a Supplier takes exception to a contract provision, the Supplier must state the reason for the exception and state the specific contract language it proposes to include in place of the provision.

**ATTACHMENT V**

**CONTRACT EXCEPTION FORM**

**Instructions:  Please provide the contract exception (s) and proposal to either reject or modify the term as presented.**

| Page Number | Contract Section Number | Item | CONTRACT EXCEPTION |
|---|---|---|---|
| | | | Reject [   ]; Accept if modified [   ] as follows: |
| | | | Reject [   ]; Accept if modified [   ] as follows: |
| | | | Reject [   ]; Accept if modified [   ] as follows: |
| | | | Reject [   ]; Accept if modified [   ] as follows: |
| | | | Reject [   ]; Accept if modified [   ] as follows: |
| | | | Reject [   ]; Accept if modified [   ] as follows: |
| | | | Reject [   ]; Accept if modified [   ] as follows: |
| | | | Reject [   ]; Accept if modified [   ] as follows: |
| | | | Reject [   ]; Accept if modified [   ] as follows: |
| | | | Reject [   ]; Accept if modified [   ] as follows: |

March 28, 2019

| SOLICITATION ACTIVITIES: | TARGETED COMPLETION DATES |
|---|---|
| Release of eRFP | March 15th , 2019 |
| Pre-Bid Conference | March 28th , 2019 |
| Deadline for Questions | April 8th , 2019 |
| Response to Written Questions | April 12th , 2019 |
| Proposal Due/Close Date | April 23rd , 2019 |

Georgia Procurement Registry:  http://ssl.doas.state.ga.us/PRSapp/index.jsp

Issuing Officer, Verneicher Favors: vfavors@sos.ga.gov

March 28, 2019



Secretary of State

# TEAM GEORGIA MARKETPLACE SUPPLIER TRAINING

March 28, 2019