IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

# NOTICE OF PLAINTIFFS' PROPOSED SCHEDULE

In light of Defendants' Status Report indicating that they are not filing new motions to dismiss, Curling and Coalition Plaintiffs hereby propose the schedule below. Plaintiffs' proposed schedule, which allows for full discovery and trial at the end of 2019, also includes time for briefing and a hearing on the preliminary injunctions Plaintiffs will be filing with respect to Georgia's continued use of the vulnerable and insecure Direct Recording Electronic System.

| Case Event | Date |
|---|---|
| Status Conference | April 9, 2019 |
| Answer to SAC and TAC Due | April 19, 2019 |
| Supplement to Motion for Additional Injunctive Relief | April 22, 2019 |

| Response to Motion for Additional Injunctive Relief | April 29, 2019 |
|---|---|
| Reply to Response to Motion for Additional Injunctive Relief | May 6, 2019 |
| Hearing on Motion for Additional Injunctive Relief | Week of May 6 or May 13, 2019 |
| Close of Fact Discovery | October 30, 2019 |
| Simultaneous Expert Reports | October 30, 2019 |
| Expert Reply Reports | November 12, 2019 |
| Close of Expert Discovery | November 22, 2019 |
| Trial Readiness | December 2019 |

Although Plaintiffs believe this case needs to move expeditiously to ensure critical relief for Georgia voters, they seek a slightly longer discovery period than that proposed by Defendants in recognition of what will be needed in discovery. For example, Plaintiffs anticipate the need for appropriate forensic review of voting system components, including voting machines, pollbooks and servers, and Plaintiffs recognize this will take some time to perform. In short, Plaintiffs are anxious to get to trial on a permanent injunction, but also are cognizant of the need for sufficient time to obtain necessary discovery.

Dated:  April 15, 2019                              Respectfully submitted,

David D. Cross (*pro hac vice*)
John P. Carlin (*pro hac vice*)
Jane P. Bentrott (*pro hac vice*)
Catherine L. Chapple (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JCarlin@mofo.com
JBentrott@mofo.com
CChapple@mofo.com
RManoso@mofo.com

/s/ Adam M. Sparks
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

| | |
|---|---|
| */s/ Bruce P. Brown* <br> Bruce P. Brown <br> Georgia Bar No. 064460 <br> BRUCE P. BROWN LAW LLC <br> Attorney for Coalition for <br> Good Governance <br> 1123 Zonolite Rd. NE <br> Suite 6 <br> Atlanta, Georgia 30306 <br> (404) 881-0700 | */s/ Robert A. McGuire, III* <br> Robert A. McGuire, III <br> Admitted Pro Hac Vice <br> (ECF No. 125) <br> Attorney for Coalition <br> for Good Governance <br> Robert McGuire Law Firm <br> 113 Cherry St. #86685 <br> Seattle, Washington 98104-2205 <br> (253) 267-8530 |
| */s/ Cary Ichter* <br> Cary Ichter <br> Georgia Bar No. 382515 <br> Attorney for William Digges III, <br> Laura Digges, Ricardo Davis and <br> Megan Missett <br> Ichter Davis LLC <br> 3340 Peachtree Road NE <br> Suite 1530 <br> Atlanta, Georgia 30326 <br> (404) 869-7600 | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                             /s/ Adam M. Sparks
                                             Adam M. Sparks

dc-930250

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, a copy of the foregoing NOTICE OF PLAINTIFFS' PROPOSED SCHEDULE was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

        /s/ Adam M. Sparks
        Adam M. Sparks

dc-1086575