# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

## [PROPOSED] ORDER GRANTING
## NOTICE OF PLAINTIFFS' PROPOSED SCHEDULE

This matter coming before the Court on **NOTICE OF PLAINTIFFS'**

**PROPOSED SCHEDULE**, and the Court being advised accordingly, it is

ordered that the Plaintiffs' Proposed Schedule is hereby **ADOPTED** as follows:

| Case Event | Date |
|---|---|
| Status Conference | April 9, 2019 |
| Answer to SAC and TAC Due | April 19, 2019 |
| Supplement to Motion for Additional Injunctive Relief | April 22, 2019 |
| Response to Motion for Additional Injunctive Relief | April 29, 2019 |

dc-930250

| Reply to Response to Motion for Additional Injunctive Relief | May 6, 2019 |
| --- | --- |
| Hearing on Motion for Additional Injunctive Relief | Week of May 6 or May 13, 2019 |
| Close of Fact Discovery | October 30, 2019 |
| Simultaneous Expert Reports | October 30, 2019 |
| Expert Reply Reports | November 12, 2019 |
| Close of Expert Discovery | November 22, 2019 |
| Trial Readiness | December 2019 |

**IT IS SO ORDERED** this \_\_\_ day of April, 2019.

_____
The Honorable Amy Totenberg
United States District Judge