IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO:  1:17-cv-2989-AT |
| BRIAN KEMP, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF KIMBERLY K. ANDERSON

COMES NOW Kimberly K. Anderson and the law firm of Robbins Ross Alloy Belinfante Littlefield LLC, 500 14th Street., N.W., Atlanta, Georgia 30318, and hereby enters her appearance as co-counsel for the Secretary of State (Brad Raffensperger), the State Election Board, and individual State Election Board members (Rebecca Sullivan, David Worley, and Seth Harp) in the above-captioned matter.

This 16th day of April, 2019.

                                        */s/ Kimberly K. Anderson*
                                        Kimberly K. Anderson
                                        Georgia Bar No.  602807
                                        Josh Belinfante
                                        Georgia Bar No.  047399

Vincent R. Russo  
Georgia Bar No: 242628  
Brian E. Lake  
Georgia Bar No. 575966  
Alexander Denton  
Georgia Bar No. 660632  
Robbins Ross Alloy Belinfante Littlefield LLC  
500 14th Street, NW  
Atlanta, GA 30318  
Telephone: (678) 701-9381  
Facsimile: (404) 856-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF APPEARANCE OF KIMBERLY K. ANDERSON** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 16th day of April 2019.

/s/ *Kimberly K. Anderson*
Kimberly K. Anderson