# EXHIBIT A

| County | Municipality (If applicable) | Office/Questions | District Type | County Conducted? | Partisan/ Nonpartisan | Anticipated Election Date |
|---|---|---|---|---|---|---|
| BACON | | COUNTY COMMISIONER | DISTRICT 3 | YES | | 6/18/2019 |
| BEN HILL | CITY OF FITZGERALD | ALDERMAN-SECOND WARD | MUNIWIDE | YES | | 6/18/2019 |
| BROOKS | CITY OF QUITMAN | CITY COUNCIL DISTRICT 1, POST 2 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| BROOKS | CITY OF QUITMAN | CITY COUNCIL DISTRICT 2, POST 4 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| BROOKS | CITY OF MORVEN | CITY COUNCIL AT LARGE POSTS 3, 4, & 5 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| CARROLL | | BOARD OF COMMISSIONERS, CHAIR | COUNTYWIDE | Yes | | 6/18/2019 |
| COOK | CITY OF ADEL | MAYOR | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| COOK | CITY OF ADEL | CITY COUNCIL DISTRICT 1 & 2, POST 2 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| COOK | CITY OF LENOX | MAYOR | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| COOK | CITY OF LENOX | CITY COUNCIL POST 2 & 4 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| COOK | CITY OF SPARKS | CITY COUNCIL POST 4, 5, & 6 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| COWETA | | SHERIFF | COUNTYWIDE | YES | | 6/18/2019 |
| DADE | TRENTON | MAYOR | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| DADE | TRENTON | STREET COMMISSIONER | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| DADE | TRENTON | FIRE AND UTILITIES COMMISSIONER | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| DOUGLASVILLE | CITY OF DOUGLASVILLE | COUNCIL MBR WARD 2 POST 1 | | Yes | | 6/18/2019 |
| FORSYTH | CUMMING | CITY COUNCILMAN, POST 3 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| FORSYTH | CUMMING | CITY COUNCILMAN, POST 4 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| FORSYTH | CUMMING | CITY COUNCILMAN, POST 5 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| FRANKLIN | CITY OF CANON | COUNCIL | MUNIRACE | Yes | NONPARTISAN | 11/5/2019 |
| FRANKLIN | CITY OF CARNESVILLE | MAYOR, COUNCIL | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| FRANKLIN | CITY OF FRANKLIN SPRINGS | COUNCIL | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| FRANKLIN | CITY OF LAVONIA | MAYOR, COUNCIL | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| FRANKLIN | CITY OF ROYSTON | CITY COUNCIL | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GORDON | TOWN OF RESACA | MAYOR | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| GORDON | TOWN OF RESACA | TOWN COUNCIL, POST 1 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| GORDON | TOWN OF RESACA | TOWN COUNCIL, POST 2 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| GORDON | CITY OF CALHOUN | MAYOR | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| GORDON | CITY OF CALHOUN | CITY COUNCILMAN, POST 1 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| GORDON | CITY OF CALHOUN | CITY COUNCILMAN, POST 2 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| GORDON | CITY OF CALHOUN | CITY SCHOOL BOARD, POST 4 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| GORDON | CITY OF CALHOUN | CITY SCHOOL BOARD, POST 5 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| GORDON | CITY OF FAIRMOUNT | MAYOR | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| GORDON | CITY OF FAIRMOUNT | CITY COUNCIL, POST 2 | MUNIWIDE | Yes | NONPARTISAN | 11/5/2019 |
| GORDON | CITY OF FAIRMOUNT | CITY COUNCIL, POST 4 | MUNIWIDE | | | 11/5/2019 |
| GORDON | CITY OF PLAINVILLE | MAYOR | MUNIWIDE | | | 11/5/2019 |
| GORDON | CITY OF PLAINVILLE | CITY COUNCIL, POST 1 | MUNIWIDE | | | 11/5/2019 |
| GORDON | CITY OF PLAINVILLE | CITY COUNCIL, POST 2 | MUNIWIDE | | | 11/5/2019 |
| HABERSHAM | TOWN OF ALTO | MAYOR,COUNCIL POST 2 AND 4 | MUNIWIDE | | | 11/5/2019 |
| HABERSHAM | CITY OF BALDWIN | COUNCIL POST 1,2, AND 3 | MUNIWIDE | | | 11/5/2019 |
| HABERSHAM | CITY OF CLARKESVILLE | COUNCIL POST 2 AND 3 | MUNIWIDE | | | 11/5/2019 |
| HABERSHAM | CITY OF CLARKESVILLE | BRUNCH BILL | MUNIWIDE | | | 11/5/2019 |
| HABERSHAM | CITY OF CORNELIA | MAYOR | MUNIWIDE | | | 11/5/2019 |
| HABERSHAM | CITY OF CORNELIA | COUNCIL WARD 1 AND 4 | MUNIWIDE | | | 11/5/2019 |
| HABERSHAM | CITY OF DEMOREST | COUNCIL | MUNIWIDE | | | 11/5/2019 |
| HABERSHAM | TOWN OF MOUNT AIRY | COUNCIL | MUNIWIDE | | | 11/5/2019 |
| HABERSHAM | TOWN OF ALTO | COUNCIL MBR POST 2 AND 3 | MUNIRACE | YES | | 6/18/2019 |
| HABERSHAM | TOWN OF MOUNT AIRY | COUNCIL MBR | MUNIRACE | YES | | 6/18/2019 |
| HALL | CITY OF FLOWERY BRANCH | CITY COUNCIL | MUNIRACE | YES | | 6/18/2019 |
| JEFFERSON | CITY OF WRENS | CITY COUNCIL | | YES | | 6/18/2019 |
| JONES | | BOARD OF EDUCATION | DISTRICT 4 | YES | | 6/18/2019 |
| LEE | | COUNTY COMMISIONER | DISTRICT 5 | YES | | 6/18/2019 |
| LOWNDES | CITY OF VALDOSTA | MAYOR | MUNIWIDE | | | 11/5/2019 |
| LOWNDES | CITY OF VALDOSTA | CITY COUNCIL DISTRICT 1, 3, & 5 | MUNIWIDE | | | 11/5/2019 |
| LOWNDES | CITY OF VALDOSTA | CITY COUNCIL AT LARGE | MUNIWIDE | | | 11/5/2019 |

| LOWNDES | CITY OF VALDOSTA | SCHOOL BOARD DISTRICT 1, 2, & 3 | MUNIWIDE | | | 11/5/2019 |
|---|---|---|---|---|---|---|
| LOWNDES | CITY OF HAHIRA | CITY COUNCIL DISTRICT 2 & 3 | MUNIWIDE | | | 11/5/2019 |
| LOWNDES | CITY OF REMERTON | MAYOR | MUNIWIDE | | | 11/5/2019 |
| LOWNDES | CITY OF REMERTON | CITY COUNCIL (WETHERINGTON) | MUNIWIDE | | | 11/5/2019 |
| LOWNDES | CITY OF REMERTON | CITY COUNCIL (KOFFLER) | MUNIWIDE | | | 11/5/2019 |
| LOWNDES | CITY OF DASHER | MAYOR | MUNIWIDE | | | 11/5/2019 |
| LOWNDES | CITY OF DASHER | CITY COUNCIL POST 3 & 4 | MUNIWIDE | | | 11/5/2019 |
| MADISON | CITY OF COLBERT | MAYOR | MUNIWIDE | | | 11/5/2019 |
| MADISON | CITY OF COLBERT | COUNCIL | MUNIWIDE | | | 11/5/2019 |
| MADISON | CITY OF CARLTON | COUNCIL MBR POST 2 | MUNIRACE | YES | | 6/18/2019 |
| MCDUFFIE | CITY OF THOMSON | MAYOR | MUNIWIDE | | | 11/5/2019 |
| MCDUFFIE | CITY OF THOMSON | COUNCIL DISTRICT 1, 2, AND 3 | MUNIWIDE | | | 11/5/2019 |
| MONROE | CITY OF FORSYTH | MAYOR | MUNIWIDE | | | 11/5/2019 |
| MONROE | CITY OF FORSYTH | COUNCITL POST 1, 3 AND 4 | MUNIWIDE | YES | | 11/5/2019 |
| MORGAN | CITY OF MADISON | COUNCIL DISTRICT 1, 3, AND 4 | MUNIWIDE | YES | | 11/5/2019 |
| MORGAN | CITY OF RUTLEDGE | COUNCIL POST 2 AND 4 | MUNIWIDE | YES | | 11/5/2019 |
| MORGAN | TOWN OF BUCKHEAD | MAYOR | MUNIWIDE | YES | | 11/5/2019 |
| MORGAN | TOWN OF BUCKHEAD | COUNCIL AT LARGE | MUNIWIDE | YES | | 11/5/2019 |
| MURRAY | | SCHOOL BOARD MEMBER | DISTRICT 5 | YES | | 6/18/2019 |
| MURRAY | | BOARD OF EDUCATION | DISTRICT 5 | YES | | 6/18/2019 |
| NEWTON | CITY OF MANSFIELD | MAYOR, COUNCIL POST 1 AND 2 | MUNIWIDE | YES | | 11/5/2019 |
| PAULDING | HIRAM | MAYOR | MUNIWIDE | YES | | 11/5/2019 |
| PAULDING | HIRAM | CITY COUNCIL, POST 1 | MUNIWIDE | YES | | 11/5/2019 |
| PAULDING | HIRAM | CITY COUNCIL, POST 2 | MUNIWIDE | YES | | 11/5/2019 |
| PIKE | CITY OF CONCORD | COUNCIL POST 3, 4, AND 5 | MUNIWIDE | YES | | 11/5/2019 |
| POLK | CEDARTOWN | CITY COUNCIL, AT LRG VOTE FOR 2 | MUNIWIDE | YES | | 11/5/2019 |
| POLK | ARAGON | CITY COUNCIL, AT LRG VOTE FOR 2 | MUNIWIDE | YES | | 11/5/2019 |
| POLK | ARAGON | MAYOR | MUNIWIDE | YES | | 11/5/2019 |
| POLK | ROCKMART | CITY COUNCILMAN, WARD 2 | MUNIWIDE | YES | | 11/5/2019 |

| County | Municipality | Office | Scope | Active | | Date |
|---|---|---|---|---|---|---|
| POLK | ROCKMART | CITY COUNCILMAN, WARD 5 | MUNIWIDE | YES | | 11/5/2019 |
| POLK | ROCKMART | MAYOR | MUNIWIDE | YES | | 11/5/2019 |
| RANDOLPH | CITY OF CUTHBERT | CITY COUNCIL AT LARGE | MUNIWIDE | YES | | 11/5/2019 |
| RANDOLPH | CITY OF CUTHBERT | CITY COUNCIL AT LARGE | MUNIWIDE | YES | | 11/5/2019 |
| RANDOLPH | CITY OF CUTHBERT | CITY COUNCIL AT LARGE | MUNIWIDE | YES | | 11/5/2019 |
| SPALDING | CITY OF GRIFFIN | MAYOR AND COUNCIL DISTRICT 2 AND 4 | MUNIWIDE | YES | | 11/5/2019 |
| SPALDING | CITY OF ORCHARD HILL | COUNCIL | MUNIWIDE | YES | | 11/5/2019 |
| TATTNALL | | BOARD OF COMMISSIONERS | DISTRICT 5 | YES | | 6/18/2019 |
| TERRELL | CITY OF DAWSON | CITY COUNCIL WARD 2, 5, & 6 | MUNIWIDE | YES | | 11/5/2019 |
| WAYNE | CITY OF ODUM | MAYOR | MUNIWIDE | YES | | 11/5/2019 |
| WAYNE | CITY OF ODUM | COUNCIL | MUNIWIDE | YES | | 11/5/2019 |
| WAYNE | CITY OF JESUP | MAYOR | MUNIWIDE | YES | | 11/5/2019 |
| WAYNE | CITY OF JESUP | CITY COMMISSIONER | MUNIWIDE | YES | | 11/5/2019 |
| WILKINSON | CITY OF MCINTYRE | CITY COUNCIL | DISTRICT 2 | YES | | 6/18/2019 |