# EXHIBIT B

| County | Municipality (if applicable) | Office/Questions | District Type | In Enet? | Is it County Conducted? |
|---|---|---|---|---|---|
| Appling | Baxley | City Council | Ward 1 | Y | Y |
| Appling | Baxley | City Council | Ward 2 | Y | Y |
| Appling | Baxley | City Council | Ward 5 | Y | Y |
| Appling | Graham | Mayor | At-Large | Y | Y |
| Appling | Graham | City Council | At-Large | Y | Y |
| Appling | Surrency | City Council | At-Large | Y | Y |
| Atkinson | Willacoochee | Mayor | Municipalwide | Y | Y |
| Atkinson | Willacoochee | City Council | Post 5 | Y | Y |
| Atkinson | Willacoochee | City Council | Post 4 | Y | Y |
| Bacon | Alma | Mayor | At-large | Y | Y |
| Bacon | Alma | City Council | District 2 | Y | Y |
| Bacon | Alma | City Council | District 4 | Y | Y |
| Baker | | School Board | COUNTYWIDE | Y | Y |
| Baldwin | Milledgeville | Mayor | Citywide | N | Y |
| Baldwin | Milledgeville | Mayor | | Y | Y |
| Barrow | Auburn | City Council | LRG | Y | Y |
| Barrow | | Commission | District 3 | Y | Y |
| Ben Hill | | County Commission | D3, P1 | Y | Y |
| Ben Hill | | State Representative* | House 155 | Y | Y |
| Ben Hill | Fitzgerald | City Council | Vote 3 | Y | Y |
| Ben Hill | Fitzgerald | Light and Bond Commiss | Third Ward District | Y | Y |
| Ben Hill | Fitzgerald | Light and Bond Commiss | At-Large East and West | Y | Y |
| Ben Hill | Fitzgerald | Alderman | LRG East and West | Y | Y |
| Berrien | Nashville | City Council | Post 3 | Y | Y |
| Berrien | Alapaha | City Council | LRG | N | Y |
| Berrien | Ray City | City Council | At Large | Y | Y |
| Berrien | | Board of Education | Post 5 | Y | Y |
| Brantley | Nahunta | Mayor | Municipal wide | Y | Y |
| Brantley | Nahunta | City Council | citywide Vote 4 | Y | Y |
| Brooks | Quitman | City Council | District 1, Post 2 | Y | Y |
| Brooks | Quitman | City Council | District 2, Post 4 | Y | Y |
| Brooks | Barwick | City Council | At-Large, Post 2 | Y | Y |

| | | | | | |
|---|---|---|---|---|---|
| Brooks | Barwick | City Council | At-Large, Post 3 | Y | Y |
| Brooks | Barwick | City Council | At-Large, Post 5 | Y | Y |
| Bryan | Pembroke | Mayor | Municipalwide | Y | Y |
| Bryan | Pembroke | City Council | District 2 | Y | Y |
| Bryan | Pembroke | City Council | District 1, Post 2 | Y | Y |
| Bryan | Pembroke | City Council | District 3 | Y | Y |
| Bryan | Pembroke | City Council | District 4 | Y | Y |
| Bryan | Richmond Hill | City Council | Post 3 | Y | Y |
| Bryan | Richmond Hill | City Council | Post 4 | Y | Y |
| Bryan | Richmond Hill | Alcohol referendum | | Y | Y |
| Calhoun | Leary | Mayor | | Y | N |
| Calhoun | Leary | City Council | LRG vote 4 | Y | N |
| Calhoun | Edison | Alcohol Referendum | | Y | N |
| Calhoun | Arlington | City Council | Post 1 | Y | N |
| Calhoun | Arlington | City Council | Post 2 | Y | N |
| Calhoun | Arlington | City Council | Post 3 | Y | N |
| Camden | Kingsland | City Council | Post 1 | Y | Y |
| Carroll | Carrollton | ESPLOST | LRG | Y | Y |
| Charlton | | Bd of Education | D3 | Y | Y |
| Charlton | Homeland | City Council | Post 4 | Y | Y |
| Charlton | Homeland | City Council | Post 5 | Y | Y |
| Charlton | Homeland | City Council | Post 6 | Y | Y |
| Chatham | Garden City | City Council | District 2 | Y | Y |
| Chatham | Garden City | City Council | District 3 | Y | Y |
| Chatham | Garden City | City Council | District 4 | Y | Y |
| Chatham | Garden City | Mayor | At-large | Y | Y |
| Chatham | Pooler | Mayor | At-large | Y | Y |
| Chatham | Pooler | City Council | At-large/Vote 6 | Y | Y |
| Chatham | Port Wentworth | city Council | At Large | Y | Y |
| Chatham | Port Wentworth | City Council | District 2 | Y | Y |
| Chatham | Port Wentworth | City Council | District 4 | Y | Y |
| Chatham | Savannah | Mayor | At-Large | Y | Y |
| Chatham | Savannah | City Council | At Large Post 1 | Y | Y |
| Chatham | Savannah | City Council | At Large Post 2 | Y | Y |

| | | | | | |
|---|---|---|---|---|---|
| Chatham | Savannah | City Council | District 1 | Y | Y |
| Chatham | Savannah | City Council | District 2 | Y | Y |
| Chatham | Savannah | City Council | District 3 | Y | Y |
| Chatham | Svannah | City Council | District 4 | Y | Y |
| Chatham | Savannah | city Council | District 5 | Y | Y |
| Chatham | Savannah | City Council | District 6 | Y | Y |
| Chatham | Tybee Island | Mayor | At-large | Y | Y |
| Chatham | Tybee Island | City Council | At-large / Vote 3 | Y | Y |
| Chatham | Garden City | FreePort Referendum | | Y | Y |
| Chatham | Tybee Island | Pool Referendum | | Y | Y |
| Chatooga | | Alcohol Question | Countywide | Y | Y |
| Chattahoochee | | ESPLOST | Countywide | Y | Y |
| Cherokee | Woodstock | City Council | | Y | Y |
| Clay | | Tax Commissioner | Countywide | Y | Y |
| Clayton | College Park | Freeport Amendment | Citywide | Y | N |
| Clayton | City of Jonesboro | City Coucil | LRG | Y | N |
| Clayton | | School Board District 9 | School 9 | Y | Y |
| Clayton | Lake City | City Council | LRG | Y | N |
| Clinch | Homerville | City Council | Post 4 | Y | Y |
| Clinch | Homerville | City Council | Post 3 | Y | Y |
| Clinch | | SPLOST Referendum | | Y | Y |
| Cobb | Marietta | School Board | MUNI BRD EDUC 4 | Y | |
| Coffee | Ambrose | City Council | LRG | Y | Y |
| Coffee | | State Representative* | House 155 | Y | Y |
| Coffee | Ambrose | City Council | | N | Y |
| Coffee | Douglas | Mayor | At-large | Y | Y |
| Coffee | Broxton | Mayor | At-large | Y | Y |
| Coffee | Broxton | City Council | Vote 4 | Y | Y |
| Coffee | Douglas | City Commissioner | Ward 1 | Y | Y |
| Coffee | Douglas | City Commissioner | Ward 2 | Y | Y |
| Coffee | Douglas | City Commissioner | Ward 3 | Y | Y |
| Coffee | Douglas | City Commissioner | Ward 4 | Y | Y |
| Coffee | Douglas | City Commissioner | Ward 5 | Y | Y |
| Coffee | Douglas | City Commissioner | Ward 6 | Y | Y |

| | | | | | |
|---|---|---|---|---|---|
| Columbia | | ESPLOST | Countywide | Y | Y |
| Cook | Adel | Mayor | | Y | Y |
| Cook | Adel | City Council | LRG | Y | Y |
| Cook | Adel | City Council | At-large | Y | Y |
| Cook | Adel | City Council | District 1 Post 2 | Y | Y |
| Cook | Adel | City Council | District 2, Post 2 | Y | Y |
| Cook | Lenox | Mayor | Municipal wide | Y | Y |
| Cook | Lenox | City Council | Post 2 | Y | Y |
| Cook | Lenox | City Council | Post 4 | Y | Y |
| cook | Sparks | City Council | Post 4 | Y | Y |
| Cook | sparks | City Council | Post 5 | Y | Y |
| Cook | Sparks | City Council | Post 6 | Y | Y |
| Coweta | Haralson | Mayor | Citywide | Y | Y |
| Crawford | | County Commissioner | District 3 | Y | Y |
| Dawson | | ESPLOST | Countywide | Y | Y |
| Dawson | Dawsonville | City Council | Citywide on both | Y | Y |
| Decatur | Bainbridge | City Council | District A, Post 4 | Y | Y |
| DeKalb | Avondale | Mayor | LRG | Y | Y |
| DeKalb | | County Commissioner 5 | CC 5 | Y | Y |
| Dodge | Rhine | City Council | LRG | Y | N |
| Dooly | | Sheriff | Countywide | Y | Y |
| Dougherty | Albany | Mayor | Municipalwide | Y | Y |
| Dougherty | Albany | City Commissioner | Ward 4 | Y | Y |
| Early | Blakely | City Council | D1, P2 | Y | Y |
| Early | Blakely | City Council | District 2, Post 2 | Y | Y |
| Early | Blakely | Mayor | Municipalwide | Y | Y |
| Echols | | County Commission | P2 | Y | Y |
| Emanuel | Twin City | City Council | Ward 1 | Y | Y |
| Fannin | | ESPLOST | Countywide | Y | Y |
| Fayette | | Commission | District 5 | Y | Y |
| Forsyth | Cumming | City Council | LRG | Y | Y |
| Forsyth | | State Representative 24* | House 24 | Y | Y |
| Franklin | Lavonia | City Council | LRG | Y | Y |
| Fulton | Atlanta | Bond Referendum | Citywide | Y | Y |

| County | City | Office | District | | |
|---|---|---|---|---|---|
| Fulton | | State Representative 55* | House 55 | Y | Y |
| Fulton | | State Representative 48* | House 48 | Y | Y |
| Fulton/DeKalb | | State Representative 80* | House 80 | Y | Y |
| Gilmer | | ESPLOST | LRG | Y | Y |
| Glynn | | Referendum ESPLOST | | Y | Y |
| Greene | Greensboro | City Council | LRG | Y | Y |
| Gwinnett | Buford | Municipal Bond | Citywide | Y | N |
| Habersham | Alto | City Council | LRG | N | Y |
| Hall | | SPLOST | Countywide | Y | Y |
| Hall | Lula | City Council | LRG | Y | N |
| Hall | Flowery Branch | City Council | Post 1 | Y | N |
| Hall | Flowery Branch | City Council | Post 2 | Y | N |
| Heard | Ephesus | City Council | LRG | Y | N |
| Houston | | State Representative* | House 146 | Y | Y |
| Irwin | | Bd of Education Splost | Countywide | Y | Y |
| Irwin | | State Representative* | House 155 | Y | Y |
| Irwin | Ocilla | City Council | District 2 | Y | Y |
| Irwin | Ocilla | City Council | District 4 | Y | Y |
| Irwin | Ocilla | City Council | District 5 | Y | Y |
| Jeff Davis | Hazlehurst | Mayor | At-Large | Y | Y |
| Jeff Davis | Hazlehurt | City Council | Ward 3 | Y | Y |
| Jeff Davis | Hazlehurst | City Council | Ward 4 | Y | Y |
| Lee | Smithville | Mayor | Citywide | Y | Y |
| Lee | Smithville | City Council | Ward 1 | Y | Y |
| Lee | Smithville | City Council | Ward 2 | Y | Y |
| Liberty | | Bd of Education | D6 | Y | Y |
| Liberty | Walthourville | Mayor | MUNIWIDE | Y | Y |
| Liberty | Walthourville | City Council | Post 1 | Y | Y |
| Liberty | Walthourville | City Council | Post 2 | Y | Y |
| Liberty | Walthourville | City Council | Post 3 | Y | Y |
| Liberty | Walthourville | City Council | Post 4 | Y | Y |
| Liberty | Walthourville | City Council | Post 5 | Y | Y |
| Liberty | Riceboro | Mayor | | Y | Y |
| Liberty | Riceboro | City Council | At Large Vote 4 | Y | Y |

| | | | | | |
|---|---|---|---|---|---|
| Liberty | Hinesville | Mayor | | Y | Y |
| Liberty | Hinesville | City Council | District 1 | Y | Y |
| Liberty | Hinesville | City Council | District 2 | Y | Y |
| Liberty | Hinesville | City Council | District 3 | Y | Y |
| Liberty | Hinesville | City Council | District 4 | Y | Y |
| Liberty | Hinesville | City Council | District 5 | Y | Y |
| Liberty | Allenhurst | Mayor | | Y | Y |
| Liberty | Allenhurt | City Council | | Y | Y |
| Lowndes | Lake Park | Alcohol Question/City Council | Citywide | Y | Y |
| Lowndes | | County ESPLOST | Countywide | Y | Y |
| Lowndes | Valdosta | Mayor | Municipalwide | Y | Y |
| Lowndes | Valdosta | City Council | District 1 | Y | Y |
| Lowndes | Valdosta | City Council | District 3 | Y | Y |
| Lowndes | Valdosta | City Council | District 5 | Y | Y |
| Lowndes | valdosta | City Council | At-Large | Y | Y |
| Lowndes | Hahira | City Council | District 2 | Y | Y |
| Lowndes | Hahira | City Council | District 3 | Y | Y |
| Lowndes | Lake Park | Mayor | Municipalwide | Y | Y |
| Lowndes | Lake Park | City Council | At-Large | Y | Y |
| Lowndes | Valdosta | School Board | District 7 | Y | Y |
| Lowndes | Valdosta | School Board | District 8 | Y | Y |
| Lowndes | Valdosta | School Board | At-Large | Y | Y |
| Lowndes | Valdosta | School Board | District 6 | Y | Y |
| Madison | | Commission | District 3 | Y | Y |
| Meriwether | | County Commissioner | District 2 | Y | Y |
| Meriwether | Greenville | City Council | LRG | N | Y |
| Meriwether | Gay | City Council | LRG | N | N |
| Meriwether | Manchester | Mayor | | Y | Y |
| Mitchell | Camilla | Mayor | At-Large | Y | N |
| Mitchell | Camilla | City Council | District 2, Post 1 | Y | N |
| Mitchell | Camilla | City Council | District 1, Post 1 | Y | N |
| Mitchell | Baconton | Mayor | municipalwide | Y | N |
| Mitchell | Baconton | City Council | District 2 | Y | N |
| Mitchell | Baconton | City Council | District 4 | Y | N |

| | | | | | |
|---|---|---|---|---|---|
| Mitchell | Pelham | Mayor | Municipalwide | Y | N |
| Mitchell | Pelham | City Councl | District 1 vote 2 | Y | N |
| Mitchell | Pelham | City Council | District 2 vote 2 | Y | N |
| Mitchell | Pelham | School Board | District 1 vote 2 | Y | N |
| Mitchell | Pelham | School Board | District 2 vote 2 | Y | N |
| Mitchell | Pelham | Alcohol Referendum | municipalwide | Y | N |
| Monroe | Culloden | City Council | LRG | Y | N |
| Montgomery | | ESPLOST | Countywide | Y | Y |
| Montgomery | | Sheriff | COUNTYWIDE | Y | Y |
| Muscogee | | ESPLOST | Countywide | Y | Y |
| Oconee | Watkinsville | Alcohol Question | Citywide | Y | Y |
| Peach | | ESPLOST | Countywide | Y | Y |
| Pierce | Blackshear | City Council | District 1 | Y | Y |
| Rabun | | ESPLOST | Countywide | Y | Y |
| Randolph | Cuthbert | Alderman | At-large/vote 3 | Y | Y |
| Richmond | Augusta | Commissioner | District 7 | Y | Y |
| Screven | Rocky Ford | Mayor | LRG | Y | Y |
| Screven | Rocky Ford | City Council (2 Seats) | LRG | Y | Y |
| Seminole | Donalsonville | City Council | District 1, Post 2 | Y | Y |
| Seminole | | Board of Education | District 4 | Y | Y |
| Spalding | | ESPLOST | Countywide | Y | Y |
| Stewart | Lumpkin | City Council | LRG | N | N |
| Sumter | | ESPLOST | Countywide | Y | Y |
| Sumter | De Soto | Mayor | | N | N |
| Sumter | De Soto | City Commission (2 seats) | | N | N |
| Talbot | | Sunday Sales | Countywide | Y | Y |
| Telfair | Lumber City | City Council (2 seats) | District 1, District 2 | Y | N |
| Thomas | Meigs | City Council | Citywide | Y | N |
| Thomas | Pavo | City Council | Vote for 3 | Y | Y |
| Thomas | Pavo | Mayor | municipalwide | Y | Y |
| Thomas | Thomasville | City Council | District 1, Post 1 | Y | Y |
| Thomas | Thomasville | School Board | At-Large | Y | Y |
| Thomas | Thomasville | School Board | District 1 | Y | Y |
| Thomas | Boston | City Council | Post 3 | Y | Y |

| Thomas | Boston | City Council | Post 4 | Y | Y |
|---|---|---|---|---|---|
| Thomas | Boston | City Council | Post 5 | Y | Y |
| Thomas | Boston | City Council | Post 1 | Y | Y |
| Thomas | Collidge | City Council | Vote for 3 | Y | Y |
| Thomas | Ochlocknee | Mayor | At-large | Y | Y |
| Thomas | Ochlocknee | City Council | vote for 2 | Y | Y |
| Thomas | Meigs | City Council | vote for 2 | Y | Y |
| Tift | | State Representative* | House 155 | Y | Y |
| Tift | Tifton | Mayor | municipalwide | Y | Y |
| Tift | Tifton | City Council | District 2 | Y | Y |
| Tift | Tifton | City Council | District 4 | Y | Y |
| Turner | | State Representative* | House 155 | Y | Y |
| Turner | Sycamore | City Council | Municipal Race/ vote 2 | Y | Y |
| Turner | Rebecca | City Council | Municipal Race / vote 3 | Y | Y |
| Turner | Ashburn | City Council | | Y | Y |
| Upson | | ESPLOST | Countywide | Y | Y |
| Ware | Waycross | Mayor | At-large | Y | Y |
| Ware | Waycross | City Commissioner | District 4 | Y | Y |
| Ware | Waycross | City Commissioner | District 5 | Y | Y |
| Ware | Waycross | 2 Alcohol Referendums | | Y | Y |
| Washington | Tennille | Mayor, City Council | LRG, District 2 Post 1 | Y | Y |
| Washington | Davidsboro | Mayor, City Council | MUNIWIDE | Y | Y |
| Wayne | | County Commission | D3 | Y | Y |
| Wheeler | | ESPLOST | Countywide | Y | Y |
| White | | ESPLOST | Countywide | Y | Y |
| Whitfield | | SPLOST | Countywide | Y | Y |
| Wilkes | | Schoolboard Vacancy | | N | Y |
| Wilkinson | Toombsboro | City Council (2 seats) | LRG | Y | Y |
| Wilkinson | Gordon | City Council | LRG | Y | Y |
| Worth | | SPLOST (Possibility) | Countywide | Y | Y |
| Worth | Sylvester | City Council | Ward 1 | Y | Y |
| Worth | Sylvester | City Council | Ward 2 | Y | Y |
| Worth | Poulan | Mayor | At-large | Y | N |
| Worth | Poulan | City Council | Post 1 | Y | N |

| Worth | Poulan | City Council | Post 2 | Y | N |
|---|---|---|---|---|---|
| Worth | Poulan | City Council | Post 3 | Y | N |
| Worth | Warwick | City Council | District 1, Post 2 | Y | N |
| Worth | Warwick | City Council | District 2, Post 2 | Y | N |
| Worth | Sylvester | Alcohol Referendum | | Y | Y |
| Worth | | SPLOST Referendum | | Y | Y |

*The state representative elections listed above occurred as a result of a vacancy.  See
O.C.G.A. § 21-2-544.