Vincent R. Russo
DIRECT LINE:  404-856-32601
Email: vrusso@robbinsfirm.com

April 23, 2019

**VIA/CM/ECF Filing**

The Honorable Amy Totenberg
Attn: Harry Martin
Courtroom Deputy Clerk
United States District Court for the Northern District of Georgia
2388 United States Courthouse
Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

   Re: Donna Curling, et al. v. Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, et al.
     U.S. District Court for the Northern District of Georgia, Atlanta Division
     Civil Action File No. 1:17cv2989-AT

Dear Mr. Martin:

 Pursuant to Local Rule 83.1 (E)(3), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- September 30, 2019 through and including October 11, 2019

 I respectfully request that this case not be calendared during these dates.

         Respectfully,

         */s/ Vincent R. Russo*
         Vincent R. Russo

VRR/dym

cc: All counsel of record (via (CM/ECF only)