# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DONNA CURLING, et al.         )
                                 )
       Plaintiffs,          )
                                 )       CIVIL ACTION
v.                         )
                                 )       FILE NO:  1:17-cv-2989-AT
BRIAN KEMP, et al.,        )
                                 )
       Defendants.        )

## [PROPOSED]

## ORDER QUASHING NON-PARTY SUBPOENA AND REGARDING DISCOVERY

On April 9th, 2019 the Court held an in-person status conference regarding the scope and posture of this case. Order (by docket entry only) March 18, 2019. Plaintiffs and Defendants also filed status reports with the Court addressing their view of the posture of the case. *See* [Doc. 351, 352]. As presented to the Court at the April 9th Hearing and in the parties' status reports, both parties have differing views regarding this case's current status, the claims remaining, and proper discovery procedures at this early juncture. Coalition Plaintiffs subsequently issued a non-party subpoena directed to the Morgan County Board of Elections and Registration. [Doc. 369-1]. Upon consideration of Defendants' Motion to Quash

Non-Party Subpoena and Request for Relief [Doc. 369], the Court **GRANTS** State Defendant's Motion to Quash the Subpoena of non-party Morgan County Board of Elections and Registration.

The Court further advises the parties that its Order staying discovery [Doc. 56] remains in effect until Defendants' pending Motions to Dismiss are disposed of. The Court further **ORDERS** and directs the parties that, pursuant to FED. R. CIV. P. 26(d), methods of discovery, including but not limited to subpoenas issued pursuant to FED. R. CIV. P. 45, shall not be utilized until the Court issues a future Order permitting such and delineating the posture of this case and the claims which remain.

       **IT IS SO ORDERED**, this _____ day of ____, 2019.

_____
**HONORABLE AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**