# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

## NOTICE OF PLAINTIFFS' PROPOSED SCHEDULE

Curling and Coalition Plaintiffs hereby propose the schedule below. Plaintiffs' proposed schedule, which allows for full discovery and trial in early 2020, also includes time for briefing and a hearing on the preliminary injunctions Plaintiffs will be filing with respect to Georgia's continued use of the vulnerable and insecure Direct-Recording Electronic Voting Machines.

| Case Event | Date |
|---|---|
| Status Conference | Friday, May 24, 2019 |
| Answers to SAC and TAC Due | Wednesday, May 29, 2019 |
| Close of Fact Discovery[1] | November 22, 2019 |

---

[1] All responses to discovery requests, including production of documents or data in response to requests pursuant to Fed. R. Civ. P. 34, shall be due within 14 calendar days of receipt of any such request. Service of discovery requests and responses may be effected by email on counsel of record for all parties.

dc-1098449

| | |
|---|---|
| Simultaneous Expert Reports | December 6, 2019 |
| Simultaneous Expert Rebuttal Reports | December 20, 2019 |
| Close of Expert Discovery | January 10, 2020 |
| Trial Readiness | February, 2020 |

| Case Event | Date |
|---|---|
| Plaintiffs' Preliminary Injunction Filings | Friday, May 31, 2019 |
| Defendants' Responses to Preliminary Injunctions Due | Tuesday, June 11, 2019 |
| Plaintiffs' Preliminary Injunction Replies Due | Friday, June 18, 2019 |
| Preliminary Injunction Hearing | Week of June 24, 2019 |

Dated:  May 23, 2019

Respectfully submitted,

 /s/ David D. Cross
David D. Cross (*pro hac vice*)
John P. Carlin (*pro hac vice*)
Jane P. Bentrott (*pro hac vice*)
Catherine L. Chapple (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500

dc-1098449

DCross@mofo.com
JCarlin@mofo.com
RManoso@mofo.com
CChapple@mofo.com
JBentrott@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

dc-1098449

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                           /s/ David D. Cross
                                                           David D. Cross

dc-1098449

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, a copy of the foregoing **NOTICE OF PLAINTIFFS' PROPOSED SCHEDULE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                /s/ David D. Cross
                                                David D. Cross