# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** **Plaintiffs,** v. **BRAD RAFFENSPERGER, ET AL.,** **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## [PROPOSED] ORDER GRANTING
## NOTICE OF PLAINTIFFS' PROPOSED SCHEDULE

This matter coming before the Court on **NOTICE OF PLAINTIFFS' PROPOSED SCHEDULE**. The Court being advised accordingly, it is ordered that the Plaintiffs' Proposed Case Schedule is hereby **ADOPTED** as follows:

| Case Event | Date |
|---|---|
| Status Conference | Friday, May 24, 2019 |
| Answers to SAC and TAC Due | Wednesday, May 29, 2019 |
| Close of Fact Discovery[*] | November 22, 2019 |

---

[*] All responses to discovery requests, including production of documents or data in response to requests pursuant to Fed. R. Civ. P. 34, shall be due within 14 calendar days of receipt of any such request. Service of discovery requests and responses may be effected by email on counsel of record for all parties.

| | |
|---|---|
| Simultaneous Expert Reports | December 6, 2019 |
| Simultaneous Expert Rebuttal Reports | December 20, 2019 |
| Close of Expert Discovery | January 10, 2020 |
| Trial Readiness | February, 2020 |

Additionally, it is ordered that the Plaintiffs' Proposed Schedule for briefing of the Preliminary Injunction is hereby **ADOPTED** as follows:

| Case Event | Date |
|---|---|
| Plaintiffs' Preliminary Injunction Filings | Friday, May 31, 2019 |
| Defendants' Responses to Preliminary Injunctions Due | Tuesday, June 11, 2019 |
| Plaintiffs' Preliminary Injunction Replies Due | Friday, June 18, 2019 |
| Preliminary Injunction Hearing | Week of June 24, 2019 |

**IT IS SO ORDERED** this _____ day of May, 2019.

_____
U.S. District Court Judge Amy Totenberg