# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 05/24/2019.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:30 A.M.      COURT REPORTER: Shannon Welch
TIME IN COURT: 1:00                    DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kimberly Anderson representing Brad Raffensperger |
| | Joshua Belinfante representing Brad Raffensperger |
| | Bruce Brown representing Coalition for Good Governance |
| | Kaye Burwell representing The Fulton County Board of Registration and Elections |
| | Catherine Chapple representing Donna Curling |
| | David Cross representing Donna Curling |
| | Cary Ichter representing Coalition for Good Governance |
| | Bryan Jacoutot representing Brad Raffensperger |
| | Halsey Knapp representing Donna Curling |
| | David Lowman representing The Fulton County Board of Registration and Elections |
| | Robert Manoso representing Donna Curling |
| | Robert McGuire representing Coalition for Good Governance |
| | Carey Miller representing Brad Raffensperger |
| | Cheryl Ringer representing The Fulton County Board of Registration and Elections |
| | Vincent Russo representing Brad Raffensperger |
| | Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Discovery scheduling discussed. Plaintiffs to provide to the Court a brief on the scope of the desired discovery by Wednesday, May 29, 2019. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Discovery Hearing set for May 31, 2019 at 11:00AM in Courtroom 2308; |