IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BRAD RAFFENSPERGER, )<br>ET AL., )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

## COALITION PLAINTIFFS' REQUEST FOR ORDER ALLOWING ELECTRONIC EQUIPMENT

The Coalition Plaintiffs ("Coalition") and counsel Cary Ichter and John Powers move for entry of an Order authorizing counsel use of electronic equipment from 9:30 a.m. May31, 2019 through the completion of the conference. The particulars of the equipment are set forth in the attached proposed order.

Respectfully submitted this 28th day of May 2019.

                                    */s/ Cary Ichter*
                                    CARY ICHTER
                                    Georgia Bar No. 382515
                                    cichter@ichterdavis.com
                                    **ICHTER DAVIS LLC**
                                    3340 Peachtree Road NE,
                                    Suite 1530
                                    Atlanta, Georgia 30326
                                    Tel.: 404.869.7600
                                    Fax: 404.869.7610

                                    AND

Bruce P. Brown
Georgia Bar No. 064460
**BRUCE P. BROWN LAW LLC**
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

1

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
cichter@ichterdavis.com
**ICHTER DAVIS LLC**
3340 Peachtree Road NE,
Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610

And

Bruce P. Brown Georgia
Bar No. 064460
**BRUCE P. BROWN LAW LLC**
Attorney for Coalition for
Good Governance
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

2

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 28TH day of May 2019.

                                            */s/ Cary Ichter*
                                            CARY ICHTER
                                            Georgia Bar No. 382515
                                            cichter@ichterdavis.com
                                            **ICHTER DAVIS LLC**
                                            3340 Peachtree Road NE,
                                            Suite 1530
                                            Atlanta, Georgia 30326
                                            Tel.: 404.869.7600
                                            Fax: 404.869.7610