# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER ALLOWING ELECTRONIC EQUIPMENT

Coalition for Good Governance Plaintiffs' counsel Cary Ichter and John Powers may bring and use 3 laptops with power cords, 3 smart phones with power cords for use during the conference on May 31, 2019 before Judge Amy Totenberg, at the discretion of the Court. Said equipment shall be subject to inspection. Proper identification is required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this __day of May, 2019.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE

3