IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, et al.** <br> **Plaintiff,** <br> **vs.** <br> **BRAD RAFFENSPERGER, et al.** <br> **Defendant.** | **CIVIL ACTION FILE NO.:** <br> **1:17-cv-2989-AT** |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, Coalition Plaintiffs, by and through undersigned counsel, hereby certify that the following discovery requests were served on all counsel of record by electronic delivery of a PDF version and by U.S. Mail on May 29, 2019:

1. Coalition Plaintiffs' First Requests for Admission to Defendant Fulton Board;

2. Coalition Plaintiffs' First Requests for Admission to Defendant Secretary of State.

This 30th day of May 2019.

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
cichter@ichterdavis.com
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610

AND

Bruce P. Brown Georgia Bar No. 64460
**BRUCE P. BROWN LAW LLC**
1123 Zonolite Rd. Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Attorneys for Coalition for Good Governance Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, I served a true and correct copy of the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY** on all counsel of record by e-filing same with the Court's CM/ECF system which will automatically deliver a copy to all counsel of record.

                                        */s/ Cary Ichter*
                                        CARY ICHTER
                                        Georgia Bar No. 382515
                                        cichter@ichterdavis.com