**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**NOTICE OF PLAINTIFFS' PROPOSED SCHEDULE**

Coalition and Curling Plaintiffs hereby propose the schedule below. Plaintiffs' proposed schedule, which allows for full discovery and trial in early 2020, also includes time for briefing and a hearing on the preliminary injunctions Plaintiffs will be filing with respect to Georgia's continued use of the vulnerable and insecure Direct-Recording Electronic Voting System.

| Case Event | Date |
|---|---|
| Close of Fact Discovery[1] | November 22, 2019[2] |

---

[1] All responses to discovery requests, including production of documents or data in response to requests pursuant to Fed. R. Civ. P. 34, shall be due within 14 calendar days of receipt of any such request. Service of discovery requests and responses may be effected by email on counsel of record for all parties.

[2] Based on BMD system availability for discovery by no later than September 1, 2019.

1

| | |
|---|---|
| Simultaneous Expert Reports | December 6, 2019 |
| Simultaneous Expert Rebuttal Reports | December 20, 2019 |
| Close of Expert Discovery | January 10, 2020 |
| Trial Readiness | February, 2020 |

| Case Event | Date |
|---|---|
| Plaintiffs' Preliminary Injunction Filings | No later than June 21, 2019 |
| Defendants' Responses to Preliminary Injunctions Due | 14 days after Plaintiffs' Filings |
| Plaintiffs' Preliminary Injunction Replies Due | 14 days after Defendants' Responses |
| Preliminary Injunction Hearing | Week of July 21, 2019 |

Dated: May 30, 2019

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
cichter@ichterdavis.com
**ICHTER DAVIS LLC**
3340 Peachtree Road NE,
Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610

and

Bruce P. Brown Georgia Bar No. 064460
**BRUCE P. BROWN LAW LLC**
1123 Zonolite Rd. NE Suite 6

1

Atlanta, Georgia 30306
(404) 881-0700

1

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                           */s/ Cary Ichter*
                                           CARY ICHTER
                                           Georgia Bar No. 382515
                                           cichter@ichterdavis.com
                                           **ICHTER DAVIS LLC**
                                           3340 Peachtree Road NE,
                                           Suite 1530
                                           Atlanta, Georgia 30326
                                           Tel.: 404.869.7600
                                           Fax: 404.869.7610

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 30th day of May 2019.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
cichter@ichterdavis.com
**ICHTER DAVIS LLC**
3340 Peachtree Road NE,
Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610