IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING NOTICE OF PLAINTIFFS' PROPOSED SCHEDULE**

This matter coming before the Court on NOTICE OF PLAINTIFFS' PROPOSED SCHEDULE. The Court being advised accordingly, it is ordered that the Plaintiffs' Proposed Case Schedule is hereby ADOPTED as follows:

| Case Event | Date |
|---|---|
| Close of Fact Discovery* | November 22, 2019† |
| Simultaneous Expert Reports | December 6, 2019 |
| Simultaneous Expert Rebuttal Reports | December 20, 2019 |

---

\* All responses to discovery requests, including production of documents or data in response to requests pursuant to Fed. R. Civ. P. 34, shall be due within 14 calendar days of receipt of any such request.  Service of discovery requests and responses may be effected by email on counsel of record for all parties.
† Based on BMD system availability for discovery by no later than September 1, 2019.

| Close of Expert Discovery | January 10, 2020 |
| --- | --- |
| Trial Readiness | February, 2020 |

| Case Event | Date |
| --- | --- |
| Plaintiffs' Preliminary Injunction Filings | No later than June 21, 2019 |
| Defendants' Responses to Preliminary Injunctions Due | 14 days after Plaintiffs' Filings |
| Plaintiffs' Preliminary Injunction Replies Due | 14 days after Defendants' Responses |
| Preliminary Injunction Hearing | Week of July 21, 2019 |

**IT IS SO ORDERED** this _____ day of _____, 2019.

_____

U.S. District Court Judge Amy Totenberg