# Exhibit 2

**Cities conducting their own elections (Information provided by GMA)**

Abbeville City
Acworth City
Adrian City
Ailey City
Arabi Town
Arlington City
Arnoldsville City
Athens-Clarke CG
Augusta/Richmond CG
Avera City
Berkeley Lake City
Blairsville City
Blue Ridge City
Bluffton Town
Bogart City
Bremen City
Bronwood City
Brooklet City
Buchanan City
Buford City
Butler City
Byron City
Cadwell Town
Camak Town
Camilla City
Cave Spring City
Cecil City
Centralhatchee Town
Chatsworth City
Chattahoochee Hills City
Chester Town
Chickamauga City
Claxton City
Clermont Town
Cleveland City
Cochran City
Cohutta Town
College Park City
Columbus/Muscogee CG
Crawford City
Cusseta-Chattahoochee CG
Dacula City
Doerun City
Duluth City
East Dublin City
East Ellijay City

Eastman City
Eatonton City
Echols County CG
Elberton City
Ellenton City
Eton City
Fargo City
Flowery Branch City
Forest Park City
Fort Gaines City
Fort Valley City
Franklin City
Gay Town
Georgetown-Quitman CG
Gibson City
Glenwood City
Grayson City
Guyton City
Hagan City
Hamilton City
Harrison Town
Helen City
Jacksonville City
Jakin City
Jonesboro City
Kite City
Lawrenceville City
Leary City
Leslie City
Lexington City
Lilburn City
Lilly City
Loganville City
Lovejoy City
Ludowici City
Lumber City
Lyerly Town
Macon-Bibb County
Mansfield City
Maxeys Town
McCaysville City
McRae-Helena City
Meansville City
Menlo City
Milan City
Mitchell Town
Molena City

Morgan City
Moultrie City
Mount Vernon City
Newborn Town
Newton City
Norcross City
Norman Park City
Norwood City
Oconee City
Omega City
Oxford City
Palmetto City
Peachtree Corners City
Pelham City
Pine Mountain Town
Pinehurst City
Pitts City
Poulan City
Reynolds City
Richmond Hill City
Rincon City
Rossville City
Royston City
Sale City
Sardis City
Sasser Town
Scotland City
Screven City
Shady Dale City
Snellville City
Sparta City
Springfield City
Statham City
Sugar Hill City
Summertown City
Summerville City
Sumner Town
Suwanee City
Talbotton City
Tallapoosa City
Tignall Town
Trion Town
Ty Ty City
Unadilla City
Uvalda City
Waco Town
Warrenton City

Warwick City
Webster County Unified
Whigham City
Williamson City
Woodbury City
Woodland City
Young Harris City
Zebulon City