# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## NOTICE OF COALITION PLAINTIFFS' AMENDED PROPOSED SCHEDULE

Coalition Plaintiffs hereby propose the schedule below. Coalition Plaintiffs' proposed schedule, which allows for full discovery and trial in early 2020, also includes time for briefing and a hearing on the preliminary injunctions Coalition Plaintiffs will be filing with respect to Georgia's continued use of the vulnerable and insecure Direct-Recording Electronic Voting System.

| Case Event | Date |
|---|---|
| Close of Fact Discovery* | November 22, 2019† |

---

* All responses to discovery requests, including production of documents or data in response to requests pursuant to Fed. R. Civ. P. 34, shall be due within 14 calendar days of receipt of any such request.  Service of discovery requests and responses may be affected by email on counsel of record for all parties.
† Based on BMD system availability for discovery by no later than September 1, 2019.

| | |
|---|---|
| Simultaneous Expert Reports | December 6, 2019 |
| Simultaneous Expert Rebuttal Reports | December 20, 2019 |
| Close of Expert Discovery | January 10, 2020 |
| Trial Readiness | February, 2020 |

| Case Event | Date |
|---|---|
| Coalition Plaintiffs' Preliminary Injunction Filings | No later than June 21, 2019 |
| Defendants' Responses to Coalition Preliminary Injunction Motion Due | 14 days after Plaintiffs' Filings |
| Coalition Plaintiffs' Preliminary Injunction Reply Due | 14 days after Defendants' Responses |
| Preliminary Injunction Hearing | Week of July 21, 2019 |

Dated: May 31, 2019

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
404.869.7600
cichter@ichterdavis.com

Bruce P. Brown
Georgia Bar No. 64460
**BRUCE P. BROWN LAW LLC**
1123 Zonolite Rd. NE Suite 6
Atlanta, Georgia 30306
404.881.0700

## **CERTIFICATES**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

Dated: May 31, 2019.

*/s/ Cary Ichter*