# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cv-02989-AT
### Curling et al v. Raffensperger et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 05/31/2019.

TIME COURT COMMENCED: 11:10 A.M.
TIME COURT CONCLUDED: 1:50 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 2:40                       DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kaye Burwell representing The Fulton County Board of Registration and Elections |
| | David Cross representing Donna Curling |
| | Alexander Denton representing The State Election Board |
| | Cary Ichter representing Coalition for Good Governance |
| | Bryan Jacoutot representing Brad Raffensperger |
| | Halsey Knapp representing Donna Curling |
| | Robert Manoso representing Donna Curling |
| | Carey Miller representing Brad Raffensperger |
| | John Powers representing Coalition for Good Governance |
| | Vincent Russo representing Brad Raffensperger |
| | Adam Sparks representing Donna Curling |
| | Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Scheduling Conference; |
| HEARING STATUS: | Hearing Concluded |