# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO: 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' JOINT RESPONSE TO JUNE 3, 2019 ORDER

COME NOW Defendants Secretary of State Brad Raffensperger, State Election Board, State Election Board Members, Fulton County Board of Registration and Elections ("FCBRE"), and members of the FCBRE, and respond to the Court's June 3, 2019 Order, by docket entry only. While the parties came to a general agreement on the schedule of the case, at the May 31, 2019 Conference with the Court, Defendants did not have adequate time to consider scheduling issues concerning Curling Plaintiffs' Motion for Preliminary Injunction, [Doc. 387], filed the evening prior to that Conference. Defendants respond to the Court's Order requesting opinion on the preliminary injunction schedule proposed by the Coalition Plaintiffs, [Doc. 388, p.2] as follows.

Defendants request the Court consolidate scheduling for the Curling Plaintiffs' Motion for Preliminary Injunction, and the Coalition Plaintiffs' anticipated motion for preliminary injunction. Defendants expressed apprehension regarding the proposed response date for the Curling Plaintiffs' anticipated preliminary injunction due to the July 4th Holiday and scheduled absences of counsel for the Defendants. Defendants have thus altered Coalition Plaintiffs' proposed schedule accordingly without compressing any subsequent reply deadlines. Defendants' proposed schedule[1] is as follows:

| Event | State Defendants' Proposed Date | Coalition Plaintiffs' Proposed Date [Doc. 388] |
|---|---|---|
| Coalition plaintiffs' Preliminary Injunction Filings | No later than **June 21, 2019** | No later than **June 21, 2019** |
| Defendants' Responses to Both Plaintiffs' Preliminary Injunction Motions Due | **July 10, 2019** | 14 days after Coalition Plaintiffs' Filing, **July 5, 2019** |
| Plaintiffs' Replies | **July 24, 2019*** | 14 days after Defendants' Responses, **July 19, 2019** |
| Preliminary Injunction Hearing on Curling and Coalition Plaintiffs' Motions | **Week of July 28, 2019*** | **Week of July 21, 2019** |

---

[1] Reflected in a Proposed Order, attached as **Exhibit 1.**

* Defendants are amenable to a July 26, 2019 Hearing or otherwise are amenable to a compressed reply schedule if the Court prefers to maintain a Week of July 21, 2019 Hearing.

Respectfully submitted this 4th day of June, 2019.

ROBBINS ROSS ALLOY BELINFANTE
LITTLEFIELD LLC

*/s/ Vincent R. Russo*
Vincent R. Russo
GA Bar No. 242628
Josh Belinfante
GA Bar No. 047399
Carey A. Miller
GA Bar No. 976240
Kimberly Anderson
GA Bar No. 602807
Alec Denton
GA Bar No. 660632
Brian E. Lake
GA Bar No. 575966
vrusso@robbinsfirm.com
jbelinfante@robbinsfirm.com
cmiller@robbinsfirm.com
kanderson@robbinsfirm.com
adenton@robbinsfirm.com
blake@robbinsfirm.com
500 14th Street NW
Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250


TAYLOR ENGLISH DUMA LLP
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272

-3-

bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

OFFICE OF THE COUNTY ATTORNEY
Kaye Burwell
GA Bar No. 775060
Cheryl Ringer
GA Bar No. 557420
David Lowman
GA Bar No. 460298
kaye.burwell@fultoncountyga.gov
cheryl.ringer@fultoncountyga.gov
david.lowman@fultoncountyga.gov
141 Pryor Street, SW
Suite 4038
Atlanta, GA 30303

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **DEFENDANTS' JOINT RESPONSE TO JUNE 3, 2019 ORDER** has been prepared in Times New Roman 14-point, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Vincent R. Russo*
Vincent R. Russo
GA Bar No. 242628

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **DEFENDANTS' JOINT RESPONSE TO JUNE 3, 2019 ORDER** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 4th day of June, 2019.

                                         */s/ Vincent R. Russo*
                                        Vincent R. Russo
                                        GA Bar No. 242628