# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO: 1:17-cv-2989-AT |
| BRIAN KEMP, et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED]**

**ORDER SCHEDULING BRIEFING AND HEARING FOR CURLING AND COALITION PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**

On May 31, 2019, the parties participated in a Scheduling Conference with the Court. [Doc. 389]. In addition to scheduling considerations for the case generally, the parties and the Court discussed Curling Plaintiffs' Motion for Preliminary Injunction, filed May 30, 2019 [Doc. 387], and Coalition Plaintiffs' anticipated Motion for Preliminary Injunction. The Court, considering Curling Plaintiffs' Motion and Coalition Plaintiffs' proposed schedule [Doc. 388], requested Defendants respond to the schedules proposed by the parties. Having considered all parties' proposed schedules, the Court **ORDERS** the following

briefing and hearing schedule for both Curling and Coalition Plaintiffs' Motions for Preliminary Injunction:

| Event | Date |
|---|---|
| Coalition plaintiffs' Preliminary Injunction Filings | No later than **June 21, 2019** |
| Defendants' Responses to Both Plaintiffs' Preliminary Injunction Motions Due | **July 10, 2019** |
| Plaintiffs' Replies | **July 24, 2019** |
| Preliminary Injunction Hearing on Curling and Coalition Plaintiffs' Motions | **Week of July 28, 2019** |

**IT IS SO ORDERED**, this _____ day of June, 2019.

_____
**HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**

Submitted by:
Vincent R. Russo
Josh Belinfante
Carey A. Miller
Kimberly Anderson
Alec Denton
Brian E. Lake
Robbins Ross Alloy Belinfante Littlefield
500 14th Street NW
Atlanta, GA 30318