IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| DONNA CURLING, *et al.*, | : | |
|---|---|---|
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

The Court sets the following briefing schedule for Plaintiffs' renewed Motions for Preliminary Injunction:

| EVENT | DATE |
|---|---|
| Coalition Plaintiffs' Preliminary Injunction Motion and Curling Plaintiffs' Supplemental Preliminary Injunction Motion | June 21, 2019 |
| Defendants' Consolidated Response to Plaintiffs' Preliminary Injunction Motions | July 10, 2019 |
| Plaintiffs' Replies in Support of Preliminary Injunction Motions | July 17, 2019 |
| Parties to identify witnesses for preliminary injunction hearing and provide length of time for testimony per witness | July 17, 2019 |

The Court will hold a hearing on Plaintiffs' renewed Motions for Preliminary Injunction on July 25, 2019 at 10:30 AM in Courtroom 2308 of the United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.   The Court will

reserve the following day, July 26, 2019, as a carry-over to the extent necessary to conclude the hearing.

Finally, the Court **DIRECTS** the parties to discuss at the Rule 26(f) planning conference scheduled for the week of June 10, 2019 issues related to the exchange of information necessary to facilitate the injunction hearing.

**IT IS SO ORDERED** this 5th day of June, 2019.

_____
**Amy Totenberg**
**United States District Judge**