# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.,<br><br>　　Plaintiff,<br><br>vs.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>　　Defendant. | )<br>)<br>)<br>)　CIVIL ACTION FILE<br>)<br>)　NO. 1:17-cv-2989-AT<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a true copy of the foregoing **DEFENDANT'S OBJECTIONS AND RESPONSES TO COALITION PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS** in Times New Roman, 14 point type in accordance with LR 5.1(C), on counsel of record via electronic mail and U.S. Mail with adequate postage addressed as follows:

David D. Cross
John P. Carlin
Jane P. Bentrott
Catherine L. Chapple
Robert W. Manoso
Morrison & Foerster, LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Curling Plaintiffs*

Halsey G. Knapp, Jr.
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
*Counsel for Curling Plaintiffs*

Bruce P. Brown
Bruce P. Brown Law
Suite 6
1123 Zonolite Road, NE
Atlanta, GA 30306
*Counsel for Coalition Plaintiffs*

Cary Ichter
Ichter Davis, LLC
One Tower Place, Suite 1530
3340 Peachtree Rd., NE
Atlanta, GA 30326-1084
*Counsel for Coalition Plaintiffs*

John Michael Powers
Lawyers' Committee for Civil Rights Under Law
Suite 900
1500 K. Street NW
Washington, DC 20005
*Counsel for Coalition Plaintiffs*

Robert A. McGuire
Robert McGuire Law Firm
113 Cherry Street #86685
Seattle, Washington  98104-2205
*Counsel for Coalition Plaintiffs*

Kaye W. Burwell
Cheryl M. Ringer
David R. Lowman
Office of the County Attorney
141 Pryor Street, S.W.
Atlanta, Georgia  30303
*Counsel for Fulton Defendants*

This 5th day of June, 2019.

>*/s/ Vincent R. Russo*
> Vincent R. Russo