# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO: 1:17cv02989-AT |
| BRAD RAFFENSBERGER, et al.; | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

THIS IS TO CERTIFY that the undersigned counsel served a copy of the foregoing **DEFENDANT FULTON COUNTY BOARD OF REGISTRATION AND ELECTION'S RESPONSES TO PLAINTIFF COALITION FOR GOOD GOVERNANCE'S FIRST REQUEST FOR ADMISSIONS** upon counsel for all parties of record by depositing a copy of same in the United States Mail with adequate postage affixed thereon and addressed as follows:

Bruce P. Brown
Bruce P. Brown Law, LLC
1123 Zonolite Rd. NE Suite 6
Atlanta, Georgia 30306

David D. Cross
Jane P. Bentrott
Catherine Chapple
Robert W. Manoso
Jenna Conaway

Arvind Miriyala
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006-1888

Vincent Russo
Josh Belinfante
Carey Miller
Alexander Denton
Brian Lake
Kimberly Anderson
Robbins Ross Alloy Belinfante Littlefield, LLC
500 Fourteenth Street, N.W.
Atlanta, Georgia 30318

Bryan P. Tyson
Taylor English Duma LLP
1600 Parkwood Circle,
Suite 200
Atlanta, Georgia 30339

Halsey Knapp
Adam Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309

Cary Ichter, Partner
Ichter Davis, LLC
Ste 1530
3340 Peachtree Road, NE
Atlanta, GA 30326-1084

This 12th day of June, 2019.

                                          ***/s/ David R. Lowman***_____
                                          David R. Lowman
                                          Georgia Bar No. 460298
                                          David.lowman@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)