# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION FILE |
| BRAD RAFFENSPERGER, et al., | ) NO. 1:17-cv-2989-AT |
| Defendant. | ) |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that on June 17, 2019, a copy of the **STATE DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO DECLARANT J. ALEX HALDERMAN** was served upon the following counsel of record via electronic mail:

Cary Ichter
Ichter Davis LLC
3340 Peachtree Road NE, -
Suite 1530
Atlanta, Georgia 30326

Bruce P. Brown
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. Suite 6
Atlanta, Georgia 30306

David D. Cross
John P. Carlin
Jane P. Bentrott
Catherine L. Chapple
Robert W. Manoso

John Michael Powers
Lawyers' Committee for Civil Rights
Under Law
1500 K Street, NW, Suite 900
Washington, DC 20005

Morrison & Foerster, LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

Halsey G. Knapp, Jr.
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309

Robert Alexander McGuire
Robert McGuire Law Firm
113 Cherry Street #86685
Seattle, WA 98104-2206

Kaye Burwell
David Lowman
Cheryl Ringer
Office of The Fulton County Attorney
141 Pryor Street
Suite 4038
Atlanta, Georgia 30303

This 17th day of June, 2019.

ROBBINS ROSS ALLOY BELINFANTE
LITTLEFIELD LLC

*/s/ Kimberly Anderson*
Vincent R. Russo
GA Bar No. 242628
Josh Belinfante
GA Bar No. 047399
Carey A. Miller
GA Bar No. 976240
Kimberly Anderson
GA Bar No. 602807
Alexander Denton
GA Bar No. 660632
Brian E. Lake
GA Bar No. 575966
500 14th Street NW

-2-

-3-

Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250
vrusso@robbinsfirm.com
jbelinfante@robbinsfirm.com
cmiller@robbinsfirm.com
kanderson@robbinsfirm.com
adenton@robbinsfirm.com
blake@robbinsfirm.com


TAYLOR ENGLISH DUMA LLP
Bryan P. Tyson
GA Bar No. 515411
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249
btyson@taylorenglish.com

*Attorneys for State Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 17th day of June, 2019.

/s/ *Kimberly Anderson*
Kimberly Anderson