# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COALITION PLAINTIFFS' MOTION FOR ADDITIONAL PAGES

Pursuant to Local Rule 7.1(D), Coalition Plaintiffs move the Court for permission to submit a Brief in Support of its Motion for Preliminary Injunction that does not exceed fifty (50) pages.   The Brief will be filed on or before June 21, 2019.   The Brief will not be duplicative of other filings and will be as concise as possible, but additional pages will be necessary to address new issues and additional evidence.

A proposed order is attached.

Respectfully submitted this 18th day of June, 2019.

/s/ Bruce P. Brown                          /s/ Robert A. McGuire, III
Bruce P. Brown                              Robert A. McGuire, III
Georgia Bar No. 064460                      Admitted Pro Hac Vice
BRUCE P. BROWN LAW LLC                        (ECF No. 125)
1123 Zonolite Rd. NE                        ROBERT MCGUIRE LAW FIRM
Suite 6                                     113 Cherry St. #86685
Atlanta, Georgia 30306                      Seattle, Washington 98104-2205
(404) 881-0700                              (253) 267-8530


*Counsel for Coalition for Good Governance*

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges, Ricardo Davis and Megan Missett*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 18th day of June, 2019.

*/s/ Bruce P. Brown*
Bruce P. Brown

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA CURLING, ET AL.,    )
    )
    Plaintiffs,    )
    )    **CIVIL ACTION**
 vs.    )
    )    **FILE NO. 1:17-cv-2989-AT**
BRAD RAFFENSPERGER,    )
 ET AL.,    )
    )
    Defendants.    )

## PROPOSED ORDER GRANTING COALITION PLAINTIFFS' MOTION FOR ADDITIONAL PAGES

Good cause having been shown, the Motion of Coalition Plaintiffs for Additional Pages is GRANTED.  Coalition Plaintiffs' Brief in Support of its Motion for Preliminary Injunction shall not exceed fifty (50) pages.

SO ORDERED this ___ day of June, 2019.

_____
Amy Totenberg
United States District Judge