**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COALITION PLAINTIFFS' NOTICE OF FILING EVIDENCE

## PART ONE

Coalition Plaintiffs give Notice of the Filing of Evidence in support of their Motion for Preliminary Injunction. The Coalition Plaintiffs will be filing said Motion, with supporting Brief, Proposed Order and additional evidence, on or before June 21, 2019.  Because of e-filing size limitations, this evidence is filed in two parts.  Part One contains Pages 1 through 287 of Exhibit A, the Consolidated Voters' Declarations; Part Two contains pages 288 and following of Exhibit A, and Exhibits B through I.

Exhibit A:  Consolidated Voters' Declarations

Exhibit B:  Declaration of Jeanne Dufort

Exhibit C:  Declaration of Rhonda Martin

1

Exhibit D:          Supplemental Declaration of Amber McReynolds

Exhibit E:          Declaration of Candice Hoke

Exhibit F:          Declaration of Virginia Martin

Exhibit G:          Declaration of Garland Favorito

Exhibit H:          Declaration of Megan Missett

Exhibit I:          Declaration of Pride Forney


Respectfully submitted this 19th day of June, 2019.

<table>
<tr><td><em>/s/ Bruce P. Brown</em></td><td><em>/s/ Robert A. McGuire, III</em></td></tr>
<tr><td>Bruce P. Brown</td><td>Robert A. McGuire, III</td></tr>
<tr><td>Georgia Bar No. 064460</td><td>Admitted Pro Hac Vice</td></tr>
<tr><td>BRUCE P. BROWN LAW LLC</td><td>(ECF No. 125)</td></tr>
<tr><td>1123 Zonolite Rd. NE</td><td>ROBERT MCGUIRE LAW FIRM</td></tr>
<tr><td>Suite 6</td><td>113 Cherry St. #86685</td></tr>
<tr><td>Atlanta, Georgia 30306</td><td>Seattle, Washington 98104-2205</td></tr>
<tr><td>(404) 881-0700</td><td>(253) 267-8530</td></tr>
</table>


*Counsel for Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter

Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges, Ricardo Davis and Megan Missett*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 19th day of June, 2019.

*/s/ Bruce P. Brown*
Bruce P. Brown

EXHIBIT

A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>INDEX TO CONSOLIDATED VOTERS' DECLARATIONS</u>**

Tab A (Bates No. 1)      Problems with Lt. Governor's Race

Tab B (Bates No. 011):   Problems with candidate affiliation or district

Tab C (Bates No. 026):   "Self-casting" ballots

Tab D (Bates No. 034):   Vote Flipping

Tab E (Bates No. 075):   DRE machines crashing

Tab F  (Bates No. 079):   DRE machines not operational

Tab G (Bates No. 091):   Voters not given provisional ballots

Tab H (Bates No. 108):   Epollbook Problems

Tab I (Bates No. 324):   Long lines

Tab J (Bates No. 388):   Absentee ballots not received or returned

TAB

A

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, RHONDA J. MARTIN, SMYTHE DUVAL, AND JEANNE DUFORT, | |
| Plaintiffs, | |
| v. | CIVIL ACTION FILE NO. 2018CV31348 |
| ROBYN A. CRITTENDEN, Secretary of State of Georgia, et al., | |
| Defendants. | |

## AFFIDAVIT OF CHRIS RAMIREZ

Appeared before me, the undersigned officer duly authorized to administered oaths, CHRIS RAMIREZ ("Affiant") who, after being sworn, states as follows:

1. I am of lawful age and give this affidavit based on my personal knowledge.

2. I am a registered voter in Paulding County, Georgia.

3. I voted in the November 6, 2018 election at approximately 5pm on Election Day at Hiram High School.

4. I voted on an electronic touchscreen voting machine. I voted with standard settings on the screen and did not attempt to adjust the screen for enlarging the font or any other reason.

5. The screen presented choices for voting for one of three candidates or a write-in candidate for Governor. But that screen also presented only the name of Geoff Duncan as a candidate for for Lientenant Governor. I was dismayed and confused because I wanted to cast my vote for Sarah Riggs Amico.

6. I chose not to vote for Geoff Duncan who appeared to be the only choice for Lieutenant Governor, and scrolled to the next page to continue voting.

7. On the next electronic ballot page Sara Riggs Amico's name was listed but without the title of the race to put her name in context. I knew that I wanted to vote for Amico and pressed the area beside her name to cast my vote for her. I hope that my vote was counted for Amico.

8. I am concerned that other voters who may have been presented with only Duncan's name on the Lt. Governor's race on their electronic ballot page may have either voted for him assuming that the race was uncontested, or failed to vote in the race at all.

9. I feel fortunate to have found Amico's name and voted for her, although I only noticed it because I was very aware of the race, and was making an effort to cast my vote for her.

Further affiant sayeth not.

Chris Ramirez

C. Ramirez  1|8|19

Sworn to and subscribed before me:
On this ___ day of January , 2019

Notary Public, State of GA
My Commission Expires: 11/20/2021
        SEAL

Page 1



## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

**COALITION FOR GOOD
GOVERNANCE, RHONDA J.
MARTIN, SMYTHE DUVAL, AND
JEANNE DUFORT,**

            **Plaintiffs,**

        **v.**

**ROBYN A. CRITTENDEN,
Secretary of State of Georgia,
et al.,**

            **Defendants.**

**CIVIL ACTION FILE
NO. 2018CV31348**

### AFFIDAVIT OF KATHY L. POLATTIE

Appeared before me, the undersigned officer duly authorized to administered oaths,

KATHY L. POLATTIE  ("Affiant") who, after being sworn, states as follows:

1.     I am of lawful age and give this affidavit based on my personal knowledge.

2.     I am a registered voter in Columbus-Muscogee County, Georgia. I voted in the

November 6, 2018 election.

003

3.      I voted at approximately 11 a.m. on October 19, 2018 in early voting at Citizen's Center in Columbus. I voted on an electronic touchscreen voting machine.

4.      Part way through casting votes on my electronic ballot, I realized that I had not seen the Lieutenant Governor's race on my ballot, although it was a race I specifically wanted to be certain to vote.  I was unsure what to do, and whether I should try to cancel my ballot and obtain a new electronic ballot from the pollworkers.

5.      I remembered that in the past there was a review screen at the end of the ballot screens. I kept voting through the electronic ballot nervously hoping that the review screen would present me with the opportunity to vote in the Lieutenant Governor's race, although it was not on the original electronic ballot in the proper location following the Governor's race.

6.      When the review screen appeared, I saw that the Lt. Governor's race was not voted, so I marked my choice electronically and proceeded to cast my ballot.

7.      I am concerned that some voters may have failed to vote in the race as they may not have recognized that the Lt. Governor's race was missing from their original electronic ballot, and did not scrutinize the review screen before casting their ballot without voting in the Lt. Governor's race. They may not have seen that the review screen was offering a choice to vote in the race that was not previously offered at the right place on the ballot.

Further affiant sayeth not.

_Kathy L. Polatt_
Kathy L. Polattie

Sworn to and subscribed before me:
On this 8th day of January , 2019
_Arnetris Holloway_
Notary Public, State of _Georgia_
My Commission Expires: July 18, 2022

ARNETRIS HOLLOWAY
Notary Public - State of Georgia
Muscogee County
My Commission Expires Jul 18, 2022

SEAL

Page 3

005

### IN THE SUPERIOR COURT OF FULTON COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, RHONDA J. MARTIN, SMYTHE DUVAL, AND JEANNE DUFORT, | |
| **Plaintiffs,** | |
| v. | **CIVIL ACTION FILE NO. 2018CV31348** |
| ROBYN A. CRITTENDEN, Secretary of State of Georgia, et al., | |
| **Defendants.** | |

### AFFIDAVIT OF TERRI R. THOMAS

Appeared before me, the undersigned officer duly authorized to administered oaths, TERRI R. THOMAS ("Affiant") who, after being sworn, states as follows:

1. I am a Georgia voter and registered at my home address of 6481 Brenda Ann Drive, Lithonia, Georgia 30058.

2. I voted at Lithonia High School on November 6, 2018 on a touchscreen machine.

3. The Lieutenant Governor's race did not appear on the first several pages of my touchscreen ballot. I had specifically intended to vote for Ms. Amico in the Lieutenant Governor's race, and was I upset that I had not been offered a vote in the race as I went through the pages of the ballot.

4. It was only when I got to the review screen that I saw the Lt. Governor's race, and I was able to then select Amico's name for that race. However, given that the machine was clearly malfunctioning, I have very little confidence that my vote was cast as I intended.

5. I am concerned that other voters, perhaps in more of a hurry to leave the polling place, may have also had the same malfunction on the machine and did not realize that the race was not present on the first touchscreen ballot page. They may not have taken the time to scrutinize the review screen as I took the extra time to do, specifically looking for Ms. Amico's name.

6. I was so troubled about not having the Lt. Governor race appear on my ballot that I contacted the Stacy Abrams campaign through an email to ask for an investigation of the missing race on electronic ballots.

7. Exhibit A attached is a true and correct copy of the email that I sent to the Abrams campaign.

006

**Scanned with CamScanner**

Further Affiant sayeth not.

Terri R. Thomas

Sworn to and subscribed before me:
On this 16 day of January, 2019

Notary Public, State of Georgia
My Commission Expires: 03/14/2019

OMISHOLA ADEYEMO
Notary Public, Georgia
Dekalb County
My Commission Expires
03/14/2019

SEAL

Page 1

007
**Scanned with CamScanner**

**From:** Terri Thomas <mstt2u@icloud.com>
**Date:** November 7, 2018 at 10:28:46 AM EST
**To:** info@staceyabrams.com
**Subject: FUNNY BUSINESS GOING ON AT MY VOTING LOCATION**

Good Morning,

I'm reaching out to you to make you aware of a situation I encountered yesterday while voting.

After checking in and receiving my little yellow card I inserted it into the machine and began casting my votes. I'm a Ms. Abrams supporter and of course voted for her. Therefore, I wanted to make sure I voted for everyone on her ticket.

Everything was fine as I continued voting until I reached the end of the ballot and realized I'd not cast a vote for "Sarah Riggs Amico".

I saw 2 "pink squares" at the end of my ballot (1 pink square was for an amendment I knew I didn't vote on). I DID NOT cast my votes. Instead I hit the PREVIOUS PAGE button continually until I reached the beginning of the ballot (1st page) where Ms. Amico MAGICALLY appeared. I say "magically" is because her name was NOT, let me repeat that, HER NAME WAS NOT listed there when I began voting initially.

When I first began voting THERE WERE ONLY TWO names listed on page one! I remember this vividly because I remember thinking to myself, "Georgia is really making sure voters are clear on who we are voting for governor. Heck they ONLY put ONE category on this whole entire page and the rest this page is blank"???

Then as I stated earlier I continued voting and NEVER saw Ms. Amico's name. It wasn't until I saw that pink box and went all the way back did she once again, "MAGICALLY" appear!

I came home and my daughter and I were discussing our voting experiences. I told her what'd happened and that I almost missed voting for Ms. Amico. It was then that my daughter told me "Ms Amico's name was on the 1st page of HER ballot. I

008
**Scanned with CamScanner**

immediately begin to suspect some sort of funny business going on with the electronic voting system.

I voted at Lithonia High School and was the 268th person to vote yesterday morning. I know this because, I asked the worker about the turnout and that's when the worker told me that I was #268 so far.

With Mr Kemp being over this election, the voter suppression situation and the false hacking allegations, I STRONGLY/HIGHLY SUGGEST you investigate this matter to the fullest!

I DID NOT accidentally miss, skip nor bypass Ms. Amico's name. I was not rushed, I was not in a hurry, I'm retired and had the time in the world to cast my ballot properly.  Her name simply wasn't there initially!!!

Respectfully,
Terri R. Thomas
(678) 702-2025

**Scanned with CamScanner**

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Shantreyonna Talley. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is █████

   ███████████ College Park, Georgia █████

3. My individual circumstances are the following:

   When I was early voting, the machine would not accept some of my answers. I would choose a candidate, and it would not show up. I was not able to vote for three candidates including the Lieutenant Governor.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _10_ day of November, 2018.

Signature

TAB

B

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Joy Mary Belle Gronewald.  I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County, Georgia.

3. I reside in Georgia's 11th Congressional District. I voted early at South Cobb Recreation Center in Austell, Georgia on Nov. 2, 2018. My ballot was for Georgia's 7th Congressional District.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer.  Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ___14th___ day of November, 2018.

_____
Joy Mary Belle Gronewald

Sworn to and subscribed before me
This the ___14th___ day of November, 2018.

_____
Notary Public

> JUSTIN PITTS
> Notary Public, Georgia
> DeKalb County
> My Commission Expires
> February 11, 2022

011

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Robin Joy Shahar. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is ▮▮▮▮▮▮▮▮▮▮▮▮ Avondale Estates, Georgia ▮▮▮▮

3. On November 6, 2018 I served as a poll watcher during the statewide general election from 1:00 pm to 7:30 pm at Allgood Elementary School ("Allgood") located at 659 Allgood Road, Stone Mountain, Georgia 30083, in DeKalb County.

4. At all times that I was at Allgood serving as a poll watcher I wore a badge that identified me by name (specifically, "Robin Shahar"), as a poll watcher (specifically, "POLL WATCHER") with the name of the polling place (specifically, "ALLGOOD ELEM PRECINCT"), and the date of the election (specifically, "11/6/18 GENERAL ELECTION").

5. The Allgood voting area was in the school cafeteria.

6. When I arrived at Allgood to begin my poll watching responsibilities, I immediately introduced myself to the poll manager and the poll workers.

012

7. The poll manager showed me where to sit, placing a chair near the entrance of the voting area. Each person who entered the voting area could see me and my poll watcher badge.

8. From my seat near the entrance, I could clearly see the table where voters completed their voting certificate, and could see and hear the poll worker who reviewed the voting certificates to ensure completion. After passing this poll worker, voters brought their certificates to poll workers who checked the certificates and voter identification. I could see these poll workers but could not hear them. I could also see the electronic voting machines, and the poll worker who distributed "I voted" stickers.

9. At Allgood, there was a separate table for voters who needed to complete a provisional ballot. The only part of the Allgood voting process that I could not clearly observe was the provisional ballot voting table. The table was across the room from where I sat, and I could not hear anything that occurred there. When a voter spoke to a poll worker at the provisional ballot voting table, I could see the voter's back, which blocked my view of the poll worker to whom she or he was speaking. This table was often staffed by the poll manager and one additional poll worker.

013

**Voter 1**:

10. At approximately 1:30 pm, while sitting at the location designated by the poll manager, a man ("Voter 1") approached and asked if he could speak with me. We left the cafeteria and spoke in the hallway.

11. Voter 1 told me that earlier in the day, he tried to vote at Allgood and was not permitted to cast a ballot or provisional ballot.

12. Voter 1 explained to me that he and his wife recently moved to a new home within DeKalb County and no longer lived in the Allgood precinct. He stated that he had changed his address in the system, and his wife had not. I did not ask him which system he was referring to.

13. Voter 1 explained that when he arrived at Allgood to vote earlier in the day, the poll worker who checked his identification stated that he would need to use a provisional ballot to vote.

14. Voter 1 told the poll worker he did want to vote a provisional ballot and he was directed to the provisional ballot voting table.

15. Voter 1 stated that the person at the provisional ballot voting table informed him that he was not permitted to cast a provisional ballot at Allgood and would need to vote at his new precinct.

16. Without my asking, Voter 1 identified the person who had not allowed him to cast the provisional ballot. He walked to a position where he could see

inside the cafeteria, and told me that the person who would not allow him to vote was wearing large hoop earrings. I walked over and saw that he was referring to the poll manager. I pointed to her and asked if that's who he was referring to, and he affirmed.

17. Voter 1 explained that he had returned to Allgood to accompany his wife who was now inside the Allgood cafeteria voting. He asked if I would help him exercise his right to cast a provisional ballot at Allgood. I asked Voter 1 if he had cast his ballot at his new precinct or elsewhere. Voter 1 told me that he had not.

18. I spoke to the Poll manager on behalf of Voter 1. I explained his recent change of address within DeKalb County and his experience at Allgood earlier that day. I told the poll manager that Voter 1 desired to cast a provisional ballot at Allgood.

19. I told the poll manager that Voter 1 was legally permitted to cast a provisional ballot at Allgood.

20. The poll manager then allowed Voter 1 to cast a provisional ballot.

21. After casting his provisional ballot, Voter 1 thanked me and left the voting area with his wife.

015

**Poll Manager Instruction Not to Speak with Voters:**

22. At about 2:00 pm I asked the poll manager for the total vote tally, explaining that I had been asked to report those tallies every two hours. She gave me the vote tally.

23. The poll manager informed me that she had spoken with her supervisor, and that I was not permitted to speak to voters.

**Voter 2:**

24. At about 2:45 pm, while sitting at the location designated by the poll manager, I was approached by a woman (Voter 2) who asked to speak to me. We walked into the hallway, and eventually walked outside of the school.

25. Voter 2 told me she voted at Allgood at approximately 7:30 am that day. Voter 2 said that her ballot included a race which listed Karen Handel as the candidate and under her name showed her as a democrat. Voter 2 further explained there were two additional boxes for that race, both of which said "write in." No person was listed for that race as a republican candidate.

26. Voter 2 stated that she was concerned at the time she cast her ballot because she didn't think that Karen Handel's race should be on the Allgood ballot, and because she knew that Karen Handel is a republican. She felt like she should have said something to the poll staff at the time she voted, but didn't.

She said that the ballot issue had been bothering her all day, so she came
back to the precinct to discuss what she saw.

27. I had been assigned an emergency contact person should I need assistance
while serving as a poll watcher. Voter 2 and I called my emergency contact
person so that Voter 2 could give him a report of what she had seen.

28. After Voter 2 left, I returned to the Allgood cafeteria and informed the poll
manager of the information provided by Voter 2. I asked if she had received
any similar complaints and she said she had not. I also asked her to let me
know if any similar complaints arose. I thanked her and went back to the
chair at the location designated by the poll manager.

## Chairman Samuel Tillman:

29. While performing my poll watching duties Samuel Tillman, Chair of the
DeKalb County Voter Elections Board aggressively approached me and
chastised me about speaking to his staff and voters, and admonished me
about not speaking to staff or voters again.

30. At approximately 4:00 pm I temporarily moved from the location
designated by the poll manager to a chair at a cafeteria table that was set up
adjacent to the back-side of the voting machines, as I needed a table to lean
on to better support my back. I sat in a chair that was immediately behind
the poll worker handing out "I voted" stickers. I could still observe the

Page 6 of 14

017

entire voting area other than the provisional ballot table.  I was not easily visible to people entering the cafeteria to vote, but there were few voters at that time.

31. Shortly after moving to this location, I saw that the poll worker handing out stickers appeared to have dropped something, and was looking around to find it.  I approached her and asked if I could help her.  She stated that she had lost her poll worker badge, but that she would get a temporary one from the poll manager if she couldn't find it.

32. As I was speaking to the poll worker, Mr. Tillman approached and chastised me sternly for talking to his staff.  When I explained that I was attempting to assist the poll worker find her lost badge, Mr. Tillman said that I knew very well that I was not allowed to talk to his staff for any reason, or with voters.

33. I said that I had done nothing wrong.  I asked him a few times what specifically he thought I had done that was not allowed.  Each time he stated that I knew what I had done.

34. Mr. Tillman pointed to his gold nameplate and told me that he was the Chair of the DeKalb County Board of Voter Elections.  He said he had been contacted by the Allgood staff about me, and that's why he had come to the Allgood precinct.  I asked which staff person had contacted him, and he

responded "who do you think." I asked if the poll manager was the person
who called him, and he did not respond.

35. I told him that I had spoken with the poll manager about a serious ballot
issue (referring to the complaint of Voter 2), and that I believed it was
appropriate to inform her of complaints arising at her precinct. He asked
why I thought I had the right to inform her of the information. I responded
by asking if he was curious to hear about the issue complained of, which I
believed was serious. He said fine, and I explained the complaint of Voter 2.
Mr. Tillman again asked why I thought I had the right to inform the poll
manager of the complaint. I responded that I thought it was respectful to
inform her.

36. Mr. Tillman responded by saying that I was not permitted to speak to any of
his staff for any reason, and was not permitted to talk to voters.

37. I informed Mr. Tillman that I had done nothing wrong. I told him that I was
a lawyer and knew my legal rights. I said that I would continue to perform
my poll watcher duties, which I was legally allowed to do. I also told him
that, as a poll watcher, I would periodically, and at the closing of the polls,
ask the poll manager for vote totals.

38. Mr. Tillman agreed that I had the right to request the vote total information,
but reiterated that I was not permitted to talk with his staff or voters.

019

39. I walked away from Mr. Tillman and sat at the location designated by the poll manager, to continue my poll watching duties. After I walked away from him, Mr. Tillman stood and watched me for approximately forty-five minutes. During a twenty (20) minute portion of this time, Mr. Tillman was joined by a DeKalb County sheriff.

40. At one point after the sheriff left, I went outside to call my emergency contact and inform him about Mr. Tillman's hostility, the temporary presence of the DeKalb County Sheriff, and Mr. Tillman's directive not to speak with voters. I asked if I could get assistance at Allgood because I was not comfortable being there alone, but also stated that I felt able to return to the cafeteria and continue my poll watching duties if no assistance was available. My emergency contact stated that he would inquire about getting a second poll watcher to assist me. He called me later to say that there was not another poll watcher available.

41. After the call with my emergency contact, I reentered the Allgood school building. I entered the building at the same time that a voter was entering. The voter was wearing a Philadelphia Eagles football jersey. I told him I was from Philadelphia. The voter proceeded to tell me about his brother who lives in Philadelphia and his brother's accomplishments. I listened to the voter, and at no time engaged in any conversation related to Georgia or the

election. Mr. Tillman approached the voter and me (we were inside the building, but standing near the school's entrance) and angrily said to me "you're doing it again." I explained that the voter and I were just chatting about Philadelphia and the voter's family. The voter confirmed this and Mr. Tillman said he didn't care what I was talking about, and that I was not permitted to speak to voters.

42.I thanked the voter for coming out to vote, waited for the voter to walk into the cafeteria, and then went back to the location designated by the poll manager to continue my poll watching duties. Thereafter, I did not see Mr. Tillman again.

**Voter 3:**

43. At approximately 5:00 pm I observed Voter 3 walk to the provisional ballot voting table and then leave quickly, which caused me to believe that she had not cast a provisional ballot. I followed Voter 3 and spoke with her outside of the school building.

44. I asked Voter 3 if she had voted. She told me she lived nearby, but was told by a poll worker that she was in the wrong precinct and could not cast a provisional ballot.

45. I asked Voter 3 if she intended to go to the correct precinct. She said no, she just wanted to go home. She was visibly upset. I told Voter 3 she had the

right to cast a provisional ballot and offered to assist her. Voter 3 insisted

she just wanted to go home.

46. At this point a poll worker ran out the door and asked Voter 3 what had

happened. Voter 3 explained what happened. The poll worker and I

encouraged Voter 3 to return to the voting area and cast a provisional ballot.

Voter 3 agreed and went back into the cafeteria with the poll worker. I

remained outside.

47. Shortly thereafter, while I was still outside, Voter 3 walked out the door and

was again visibly upset. She explained to me that she had gone back to the

provisional ballot voting table. She stated that at the provisional ballot

voting table, she was told that I had no right to speak to her, and that she was

not allowed to cast a provisional ballot. She said that she wanted to file a

complaint.

48. While Voter 3 was explaining to me what had happened, the poll manager

came outside to talk with Voter 3; I had the impression that the poll manager

wanted to find out why Voter 3 was angry, but am not certain. Voter 3

angrily told the poll manager that she (the poll manager) wrongly denied

Voter 3's right to vote. The poll manager denied this and said to Voter 3 that

she never said that. Voter 3 also complained that the poll manager had told

her that I had no right to talk with Voter 3. The Poll manager and Voter 3

argued for a while about what the poll manager had actually said. I eventually interrupted and asked the poll manager if she would allow Voter 3 to go inside now and cast her provisional ballot. The poll manager said "yes." I suggested to Voter 3 that she go inside and vote.

49. Voter 3 returned to the cafeteria and cast a provisional ballot. I returned to the area designated by the poll manager to resume my poll watching duties.

**Poll Closure:**

50. I left the polling place at the close of the polls, after receiving the final vote tallies from the poll manager.

51. As I was preparing to leave the cafeteria, the poll worker who had been handing out the "I voted" stickers approached me. She thanked me for offering to help her find her poll worker badge, and apologized for what happened with Mr. Tillman. I told her that it was fine, and that there was no need for her to apologize. She said she felt sorry about how Mr. Tillman had responded to me.

**Voter 4:**

52. On November 8, 2018, I took a car sharing service from work to home. During the ride, I talked with a relative on the phone about many things, including the experience of Voter 2 at the Allgood polling location. The car driver could hear my side of the phone conversation.

53. I finished my phone conversation just as the driver pulled up to my house. As I was about to get out of the car, the driver said to me, "that happened to me too." I was not sure what she was talking about and asked.

54. The driver (Voter 4) explained that she had voted at Marbut Elementary School in DeKalb County at approximately 10:00-10:30 on November 6th. She said that for one of the races on the ballot, there was a republican candidate listed as a democrat, and no candidate listed as a republican. She said that while she was at the voting booth, she called over a female poll worker to show her the ballot problem. Voter 4 said that the female poll worker responded in a hostile manner. Voter 4 said that eventually a man came over and told Voter 4 that if she did not agree with what was on the ballot, she should skip that race. Voter 4 was not certain whether the man was a poll worker. Voter 4 did as instructed, skipped that race and cast her ballot.

## Affirmation:

55. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

56. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in any way as anything other than a witness in this litigation. Though I am a

024

lawyer, I am giving this Declaration as a Georgia citizen, and not in my attorney capacity.

57. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 13th day of November, 2018.

Robin Joy Shahar

Sworn to and subscribed before me
This the 13th day of November, 2018.

Notary Public

T
A
B

C

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Vernon Jones. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Chatham County in Georgia and my residence address is ████████████ Savannah, GA, █████

3. My polling location is Liberty City Community Center, 1401 Mills B Lane Blvd., Savannah, GA, 31405.

4. My individual circumstances are the following:

   a. On Election Day I went to cast my ballot at the Liberty City Community Center. I walked up to the machine and made selections for both candidates and ballot initiatives. After my selections were made, I pressed next to see the review page. I am a longtime voter and have always been able to review my votes, prior to permanently casting my ballot.

   b. However, instead of allowing me to review my votes, the machine automatically cast them. I explained what happened to the poll workers and asked if there was anyway to review my votes in order to ensure that there were no issues. I was told it would be impossible to check and that there was no problem with the machine.

     **c.** As I continued to debate this with the poll workers, the voter behind me also experienced issues with the same voting machine. He inserted his voting card but the machine failed to bring up any information. Multiple poll workers also tried but the card would not work.

     **d.** At this point, both the poll workers and voters were frustrated because it did not seem like there was anything that could be done about the voting card issue. The supervisor of the polling location decided to shut this same machine down. I was never able to validate my vote.

**5.** I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

**6.** I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**7.** In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _16_ day of December, 2018.

Vernon Jones

027

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Durga Shah. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is

   ████████████████ Decatur, GA ██████

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was not accepted.

   d. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the


028

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

**f.** \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

**g.** \_\_\_\_\_ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

**h.** \_\_\_\_\_ There were long lines at my polling location and I saw people leaving without voting.

**i.** \_\_\_\_\_ There were long lines at my polling location and I had to leave without being able to cast my vote.

**j.** \_\_\_**X**\_ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

**k.** \_\_\_\_\_ Other – please explain - _____

_____

**4.** My individual circumstances are the following:

I went with my husband and daughter to vote at the First Christian Church in DeKalb County on November 2,2018. I inserted the yellow card into the voting machine as instructed. At one point I wanted to go back a screen to review my selections so I hit the "Previous" button and then the machine flashed the message "Vote Recorded" and spit out the yellow card. I was never shown a Summary page to review my selections. On November 6, 2018, I was concerned about my vote and whether or not it was counted and contacted 866OurVote for guidance. I was told that if the yellow card was spit out it meant my vote was counted. When I started to hear about all of the voting problems that people were experiencing I decided to go to My Voter Page. My Registration status was listed as "Active" and then changed to a "Registration Not Found".

I emailed the Dekalb County Board of Electors and was told that they had two registrations under my name (one had my name misspelled). Mary Francis Weeks at the Board of Electors informed me that my records were merged into one and that my vote was now counted.

I am very concerned that I wasn't given a chance to review my ballot before it was counted and about the process I had to go through to ensure my vote was counted. Given the two records listed for me I am also concerned that my vote didn't actually get counted until I resolved the issue on Friday.

5.  I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6.  I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7.  I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 14th day of November, 2018.

Durga Shah
Signature

Sworn to and subscribed before me

This the 14th day of November, 2018.

Notary Public

031

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Grace Ann Young. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County and my address is ▉▉▉▉▉▉▉▉

   Decatur, GA, ▉▉▉▉

3. My individual circumstances are the following:

   a. I voted on October 15th, the first day of Early Voting.  I voted with the machine and chose the straight Democratic ticket. Something popped up on the screen as if it were going to let me review my vote, but then the screen suddenly said that I had voted. I did not click "cast my ballot" or do anything else.

   b. I had just read the day before about machines switching your vote when you vote straight down the ballot. I wondered if this happened to me because I had voted straight down the ballot. The poll worker checked my card and said that I had cast my ballot.

   c. I asked the poll worker if my vote said I had voted Democratic but the poll worker could not tell. I think that my vote was cast but I was worried that had been changed or flipped. I absolutely did not push

the button to cast my ballot and I know I didn't get a chance to look over my vote.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __11__ day of November, 2018.

*Grace Ann Young*
Grace Ann Young

Sworn to and subscribed before me
This the __11__ day of November, 2018.

_____
Notary Public

033

T
A
B

D

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1.  I am Teri Coley Adams. I am over eighteen years of age and competent to
    testify to the matters contained herein.

2.  I reside at ▇▇▇▇▇▇ Cochran Georgia, ▇▇▇.

3.  I voted early in the November 6, 2018, federal election in Georgia. I voted on
    or about October 17, 2018.

4.  I voted for Stacey Abrams for governor.

5.  As I was near completion of my voting, the synopsis page change my vote
    from Abrams to Kemp.

6.  When this happened, I restarted the process and again, my vote for Abrams
    was again changed to Kemp before my very eyes.

7.  On the third time my Abrams vote was properly cast.

8.  After hearing news reports that others were having problems, I reported what
    happened to me to the poll workers at the Bleckley County Courthouse, where
    I had voted. I let them know it was machine no. 2.

9.  Their only response was "did it take your vote?"

10. I give this Declaration freely, without coercion and without expectation of
    reward.

11. I understand that in giving this Declaration, I am not represented by a lawyer, nor has any lawyer asked me to be their client or to serve in anyway other than as a witness in this litigation.

12. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

This 13 day of November, 2018.

Teri Coley Adams

Sworn to and subscribed before me
This the 13 day of November, 2018.

Notary Public

035

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Tiffany Alridge. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Henry County in Georgia and my residence address is █████
   ██████████████ Stockbridge, Georgia ██████

3. My individual circumstances are the following:

   On two occasions when I was early voting, I picked a Democratic candidate and the Republican candidate would be highlighted. This happened when I voted for Stacey Abrams and one other candidate. I told a poll worker who told me to go in and push it again. I reviewed my ballot at the end, and it showed that I had voted for Kemp. I went back and chose Stacey Abrams. I did not review my ballot again.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 15th day of November, 2018.

036



Signature

Sworn to and subscribed before me
This the 15th day of November, 2018.

Notary Public

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Rita Awan. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Dekalb County in Georgia and my residence address is
   ███████████ Atlanta, GA ████

3. For the 2018 Georgia General Election, I voted early and experienced a
   malfunctioning voting machine that selected candidates different than those I
   selected to vote for.

   a. I early voted at Memorial Drive in Dekalb County. This was the first
      or second day that voting opened up at that location. It was probably a
      Thursday, sometime in the afternoon.

   b. When voting, I took my time reading through the candidates and
      amendments. Whenever I vote, I carefully re-read through my
      responses.

   c. When reviewing all my responses on the end screen, I noticed that a
      candidate that I did not select was showing. I know for a fact that I did
      not choose this candidate.

    **d.** I don't remember who the candidate was, or if it was for a local or statewide election, but it showed a Republican candidate chosen, when I definitely voted for the Democratic candidate.

    **e.** I did not notify a poll worker, but I made the correction myself by going back and changing it, before casting my ballot.

**4.** I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

**5.** I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**6.** I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 16 day of November, 2018.

_Rita Awan_
Rita Awan

Sworn to and subscribed before me
This the 16 day of November, 2018.

_Glen Paul Freedman_
Notary Public

Glen Paul Freedman
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires 11/5/19

039

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Allison Bish. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia, and my residence address is ███ ████████ Dacula, Georgia ████. I currently work as a paralegal at ████████████.

3. I voted early for the November 6, 2018, General Election, at the Dacula Park Activity Building in Gwinnett County. Specifically, I arrived at the Dacula Park Activity Building on October 20, 2018, at around 10:30 a.m., maybe 11:00 a.m.

4. I checked in and went to a voting machine booth. I pressed the screen to select Stacey Abrams for governor, but the machine changed my selection to Brian Kemp. I noticed immediately and changed my selection back to Stacey Abrams. I made the rest of my selections and did not experience any issues with the rest of them.

5. When I did a final review of all of my selections, however, I saw that the machine was showing Brian Kemp again. So I went back and again selected Stacey Abrams.

6. But again—which was now the third time—the machine changed my selection to Brian Kemp. And so for the third time, I corrected my selection back to Stacey Abrams. After my third correction, the voting machine finally showed Stacey Abrams as my selection, and I was able to cast a correct ballot.

7.  If I hadn't in fact experienced this same issue previously at my prior precinct (I just moved to Dacula in 2017), then I'm not sure I would have noticed on the final selections screen that the voting machine had changed my vote to Brian Kemp. But luckily, I was aware of the possibility that the machines could switch votes, and I was on the lookout for it when I voted on October 20, 2018.

8.  For other voters who had no idea that the machines could switch votes, however, they could have very easily cast their ballot without ever realizing that the machine had changed their vote to the wrong candidate.

9.  I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

10. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

11. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _14_ day of November, 2018.



Signature

Sworn to and subscribed before me
This the 14th day of November, 2018.

Notary Public

041

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Sheena Brinson. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia. My residence address █████ ████████████████████ Lithonia, GA █████

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was not accepted.

   d. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had

changed my address in a timely manner.

    **f.** \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE)

(circumstances below). I asked for a provisional ballot but was told

that it was too early in the day for provisional ballots or that there

were not enough provisional ballots or that no provisional ballots

remained.

    **g.** \_\_\_\_\_ I moved counties but did not change my registration address.

When I attempted to vote in my new county, the poll workers told me

to return to my old county in order to vote.

    **h.** \_\_\_\_\_ There were long lines at my polling location and I saw people

leaving without voting.

    **i.** \_\_\_\_\_ There were long lines at my polling location and I had to leave

without being able to cast my vote.

    **j.** \_\_**x**\_\_ There were problems with the voting machines at the precinct

at which I voted or attempted to vote.

    **k.** \_\_ \_\_ Other – please explain -_____

**4.** My individual circumstances are the following:

I voted in person on election day at Fairington Elementary School in

DeKalb County. I did not have any issues waiting in line; everything

seemed fine. I received my yellow voting card and put it in the machine. When it got to the page where I could begin selecting the candidates that I wanted to vote for, I very carefully and deliberately selected Stacey Abram's name. There is no question in my mind that I selected Ms. Abrams, as I was very confident that I wanted to vote for her. However, when I selected her name, the screen blinked quickly and then showed that I had selected Brian Kemp for governor. This made my heart flutter to see this happen in front of me.

I immediately backed away from the machine and called a poll worker for assistance. I explained to her what had happened, pointing at who I had selected but showing her that the machine said that I was voting for the other candidate. She backed all the way out so that I had to start from the beginning.

After that, I was able to select Ms. Abrams' name. At the end, when I was given a summary of my selections, I made sure that each of them accurately reflected what I had chosen. I believe that my vote was cast successfully. However, I am worried about other people who may not have noticed if the same thing happened to them. For example, people who are elderly might not have realized that their votes were changed. I am worried

that people left without realizing that their votes had been recorded incorrectly.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _____ day of December, 2018.


Signature

045

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1.  My name is Amari Fennoy. I am over eighteen years of age and competent to testify to the matters contained herein.

2.  I am a resident of Fulton County in Georgia and my residence address is ███ ████████████ Atlanta, GA ████

3.  My individual circumstances are the following:

    a.  I am a Senior at Spelman College.

    b.  On Election Day, I voted at Lindsey Street Baptist Church. When it was my turn to vote, I went to voting booth one. I clicked Stacey Abrams to vote for her for Governor but as I was about to click the next button I saw that the machine switched my vote to Brian Kemp's name. I then had to click Stacey Abrams's name three times to make my vote switch over to her.

    c.  I did not notify the poll workers, I didn't believe it would make much of a difference. The poll workers appeared busy dealing with other issues at the time. However, immediately afterwards I called the NAACP and the DPG (Democratic Party of Georgia) voting hotline because I believed both were staffed by attorneys and that they would be more able to help me.

    **d.** It troubles me greatly that my vote kept switching away from Stacey

       Abrams. I hope someone fixes these voting machines.

**4.** I give this Declaration freely, without coercion, and without any expectation

   of compensation or other reward.

**5.** I understand that in giving this Declaration, that I am not represented by a

   lawyer. Nor has any lawyer asked me to be their client or to serve in anyway

   as anything other than a witness in this litigation.

**6.** I declare under penalty of perjury that the foregoing is true and correct.

   Further affiant sayeth not, this the _14_ day of _February_, 2019.

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Shirley Francois. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is ███████████ Dunwoody, GA ███

3. My polling location is Peachtree Junior High School in Dunwoody.

4. For the 2018 Georgia General Election, my voting machine seemed to malfunction when I tried to vote for my preferred candidates.

   a. When I voted on my voting machine on Election Day, for the first question, I pressed the button for the Democratic Candidate, and noticed that it immediately jumped to the Republican. This happened at least twice.

   b. I couldn't get it to work, so became curious and wanted to see what happened when I pressed Republican. And it stayed there! So then I changed it back to Democrat.

   c. I then went through all the other pages, and when I got to the end to the summary, I saw that the screen was showing all Republican candidates, whom I had not chosen.

   d. I went back and changed all my votes. I had to press the button for my candidate two or more times to get it to stay on my answer.

    **e.** Eventually I was able to cast my ballot with my selections, but I am concerned that it took so much effort.

**5.** I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

**6.** I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**7.** I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _____ day of December, 2018.

Signature

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Jacqueline Holt. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Meriweather County in Georgia and my residence address is ███████████ Grantville, GA ████.

3. My individual circumstances are the following:

   a. I voted early the week before the election. I think the 30th or 31st of October. My polling location was quiet and not busy when I arrived a little before 9 a.m., around 8:45 a.m.

   b. When I voted, I used my nail-finger to choose the Democratic candidate for the second question (the first question went fine, voting for Stacey Abrams for Governor). For the second question the machine selected a Republican.

   c. I told the poll worker who said I should use a pencil eraser instead of my finger to vote. The poll worker told me to press Republican again, then the option for both Democratic and Republican candidates came back up for the second question.

    **d.** At the end screen, I reviewed to see that all the votes were correct,

       which they were, but the computer change in the second question to

       Republican made me suspicious.

**4.** I give this Declaration and/or Affidavit freely, without coercion, and without

    any expectation of compensation or other reward.

**5.** I understand that in giving this Declaration and/or Affidavit, that I am not

    represented by a lawyer. Nor has any lawyer asked me to be their client or to

    serve in anyway as anything other than a witness in this litigation.

**6.** I declare under penalty of perjury that the foregoing is true and correct.

    Further affiant sayeth not, this the **15** day of November, 2018.

<br>

                                *Jacqueline Holt*

                                  Jacqueline Holt

Sworn to and subscribed before me
This the **15** day of November, 2018.

_Kathe Nacaseo_
Notary Public
Exp. May 2019

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Claudine Kelsey. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ███ ████████ Marietta, GA.

3. My polling location is BIRNEY ELEMENTARY SCHOOL-BR01, 775 SMYRNA POWDER SPRINGS RD, MARIETTA, GA 30060.

4. For the 2018 Georgia General Election, as I voted, my voting machine repeatedly changed my choice to candidates I did not choose.

    a. My husband and I vote in Cobb County. We have been in Cobb County for the last six years.

    b. ~~On Election Day, November 6, 2018,~~ *CK 11/19/18* my husband and I went to the Main Office on Whitmore Ave for Early Voting on October 19th.

    c. When I pressed my choice for Governor, the selection automatically changed to the person I didn't choose.

    d. I tried to hit it again and it reflected the same person again -- not the person I selected.

    e. On the third time it worked and selected the person I wanted to vote for.

   f.  After making all my selections, I double checked to make sure my

       vote was actually my vote as intended. I do not know if it worked in

       the end. The same thing happened when I voted in the Presidential

       election in 2016.

   g.  But this year, it alarmingly took three whole tries to get my vote right.

5. I give this Declaration freely, without coercion, and without any expectation

   of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a

   lawyer. Nor has any lawyer asked me to be their client or to serve in anyway

   as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.

   Further affiant sayeth not, this the _19th_ day of November, 2018.


                                    _Claudine Kelsey_
                                    Claudine Kelsey

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Pamela Lee. I am over eighteen years of age and competent to
   testify to the matters contained herein.

2. I am a resident of Wheeler County in Georgia and my residence address is
   ▇▇▇▇▇▇▇▇ Alamo, GA, ▇▇▇▇

3. For the 2018 Georgia General Election, I voted early. I experienced a
   malfunctioning voting machine and my vote has not been accounted for.

   a. I have been registered to vote since 1976 and have voted at the
      Community Center in Wheeler County for years.

   b. On November 1, 2018 I went to the Community Center with my 18
      year old granddaughter to vote early.

   c. At the machine, when I selected Janice Laws on my ballot, the
      selection changed/jumped to a different candidate above Janice Laws.

   d. I asked the poll worker what I should do and was told to back out of
      that selection and try again. On the second try I was able to cast my
      ballot.

   e. As of 11/15/2018, the Secretary of State's "My Voter" page does not
      show that my early vote was cast. My grandaughter, Te'nailynn
      Lashaun Wilcox, who voted early on November 1, 2018 for the first

time, also does see her vote appear on the Secretary of State's "My Voter" page.

4.  I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5.  I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6.  In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _19_ day of November, 2018.

Pamela Lee

055

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1.  My name is Joycelyn Lester. I am over eighteen years of age and competent to testify to the matters contained herein.

2.  I am a resident of Early County in Georgia, and my residence address ███ ████████████████ Blakely, Georgia ██████

3.  I voted early for the November 6, 2018, General Election, at the Registrar's Office in Blakely, Georgia.

4.  I voted using the voting machine, and I pressed the button that said "Stacey Abrams." But my selection showed up as "Brian Kemp." I kept pressing "Stacey" to correct the selection, and by the fourth time I pressed her name, the machine finally corrected. I did not have a problem with any of the other candidates.

5.  If I weren't paying more attention, or were less persistent, it would have been easy for the machine to incorrectly cast my vote for Brian Kemp. And I can see how a less persistent or attentive person could have the machine incorrectly cast their vote for Brian Kemp when they were meaning to vote for Stacey Abrams.

6.  I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

7.    I understand that in giving this Declaration and/or Affidavit, that I am not

represented by a lawyer. Nor has any lawyer asked me to be their client

or to serve in anyway as anything other than a witness in this litigation.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ⎍4⎍ day of November, 2018.


_____
Signature

Sworn to and subscribed before me
This the ⎍4⎍ day of November, 2018.

**My Commission Expires
March 2, 2021**

_____
Notary Public

057

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Betty Millett. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of WARREN County in Georgia and my residence address is ████████████ Warrenton, GA.

3. My individual circumstances are the following: I have been registered to vote in Warren County for over twenty (20) years. My polling station is the Community Services Building in Warrenton, GA. This year I participated in early voting. I went to cast my vote on November 1, 2018.

4. Before I went to my polling station, I was warned by my niece, who had also voted early and voted before me, that she had experienced issues with the voting machine. She told me that when she went to cast her vote for governor for Stacey Abrams, that the machine checked Brian Kemp's name.

5. When I went to vote, I experienced the same thing. I pressed on Stacey Abrams, but the machine checked Brian Kemp. I could not figure out why the machine did this or how to fix it, so I called one of the poll workers over to help me. The poll worker immediately told me how to fix this, as if she had known about the problem before hand. She told me to press Kemp's name and that this would clear the machine and then I could vote for

Abrams and this time it should count properly. I did as I was instructed, and it seemed to work.

6. I have been voting in Warren for twenty years and I have never encountered a problem like this. I also thought it was very suspicious that these problems only happened with my vote for Governor.

7. When I went to my polling station, I was aware that there may be issues with the machines because I was warned ahead of time. Because I was warned, I was paying attention and caught the error that the machine made which would have cast my vote in error. I can only imagine how many people, who were not warned ahead of time, ended up casting a vote for Kemp when they intended to vote for Abrams.

8. When I returned to the Senior Center, I had a discussion with someone else who encountered the same problem with the voting machines at our polling station.

9. There used to be a time in my life when I did not vote because I believed that my vote did not matter. But then I realized that if I want to have a say, if I want to have a voice, I have to vote. I have voted in every election since coming to this realization, going back almost twenty years. I believe that it is very important for us to vote because it is how our voices are heard. I was extremely disturbed by what happened to me at my polling station. It

happened to me and at least two other people that I am aware of, so I even

called the news, WJBF, to tell them that this was going on. I hoped that they

would report on this so that others would be prevented from potentially

casting their votes in error. I am not sure if they did.

10. I give this Declaration freely, without coercion, and without any expectation

of compensation or other reward.

11. I understand that in giving this Declaration, that I am not represented by a

lawyer. Nor has any lawyer asked me to be their client or to serve in anyway

as anything other than a witness in this litigation.

12. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _30_ day of November, 2018.

Betty Millett
Signature

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Jesse James Morris, Jr., I am over eighteen years of age and competent to testify to the matters contained herein.

2. I reside at ████████████████ Conyers, GA ████

3. I am a student at Georgia State University and I am a resident of Chatham County in Georgia.

4. I voted with my wife on election day. We voted at the Port Wentworth precinct, (Lake Shore subdivision) at approximately 3:30 p.m.

5. There were problems with the voting machines at the precinct at which I voted. I attempted to vote for the Democratic candidates for Governor and Lt. Governor. After I finished voting, I was reviewed the votes I had cast. My vote for Lt. Governor had flipped to the Republican candidate. I switched it back to the Democratic candidate. Then I saw that my vote for Governor had switched to the Republican candidate.

6. I notified the election officials at the precinct.

7. I then tried to correct my vote, but the card would not stay in the voting machine. I had to force it to stay in and hold it in. I am not sure my vote was counted correctly.

8. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

9.  I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

10. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 19th day of November, 2018.

Signature

062

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

**1.** My name is Marcus Napper. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Dekalb County in Georgia and my residence address is ██████████ Lithonia, GA ████. I am registered to vote at this address.

3. I vote at the polling location associated with my residence address: LITHONIA HIGH SCHOOL, 2440 PHILLIPS ROAD, LITHONIA, GA 30058.

**4.** For the 2018 Georgia General Election, I received poor help from the poll workers at my polling location and could not complete the process of voting.

    **a.** On Election Day, November 6, 2018, I showed up to vote at Lithonia High School. After checking in with a poll worker, I went to a voting machine.

    **b.** When I voted at the voting machine I received a notification, "ballot did not register" indicating that my vote did not count. At that time I called over the elections official to flag the issue. She took my voter card and put it into two other machines to verify my voting card was working.

063

c. After seeing that the voting card was functioning she was satisfied that my ballot was submitted. However, I never was able to select my candidates and receive a confirmation that my ballot was received. Once she verified my card was working I was not permitted to return to the voting machine to select my candidate and attempt to vote again.

d. Additionally, when my daughter, Brianna voted, the machine switched from Abrams to Kemp.

e. I was disallowed from choosing candidates on my electronic ballot card at Lithonia High School, due to a poll worker who would not let me choose candidates after verifying my electronic ballot.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _15_ day of November, 2018.

Marcus Napper

064

Sworn to and subscribed before me
This the 15th day of November, 2018.

_____
Notary Public

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Laurie Nicholas. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is
   ███████████████, Loganville, Georgia ██████

3. My individual circumstances are the following:  While early voting, I clicked Stacey Abrams and the X popped up in the Kemp box. I pressed Stacey Abrams again. I also pressed the Kemp box to see if that would take the X out. It took three clicks to get my vote right. I reviewed my ballot at the end, and it showed that I had voted for Stacey Abrams.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

   Further affiant sayeth not, this the _15_ day of November, 2018.

   _____
   Signature

066

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Stephanie Sudden. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is ████████████, Stone Mountain, GA████.

3. I vote on October 27, 2018 at 11:00 a.m. The location as crowded with little seating and the workers were clearly overwhelmed.

4. When I arrived, I was told to complete a lengthy, multipage document prior to voting. I have participated in early voting before but I have never had to complete this form before. The document appeared to be a provisional voting form but I am not certain what it was. After completing the document, I took it to the window and, after waiting for several minutes while someone reviewed the document, I was given a yellow card to vote.

5. I went to the voting machine but, when I selected a candidate for each position, I often had to click my selection more than once.

6. When I got to the end of the ballot, the summary page reflected only some of my choices and I had to go back and re-select candidates again.

7. When I got to the "Cast Ballot" page again, I clicked "Cast Ballot" and the machine clicked off. I brought this to the attention of a poll worker who said

they had been having problems with the machine that day.  The problem seemed to be simply accepted by the poll worker and no other attention was given to it.

8. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

9. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

10. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __19__ day of November, 2018.


_____
Signature

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Donna Traylor. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is █████ ████████████ Austell, Georgia ██████

3. My individual circumstances are the following:

   I participated in early voting at the South Cobb Recreation Center. When I voted for Stacey Abrams, it defaulted to Brian Kemp. This happened three times. I kept hitting the back button. Finally, instead of checking the box, I put my finger on it. I reviewed my ballot before I cast my vote, and it showed that I voted for Stacey Abrams.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 15 day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the __15__ day of November, 2018.

_____
Notary Public

JUSTIN PITTS
Notary Public, Georgia
DeKalb County
My Commission Expires
February 11, 2022

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Wanda Williams. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is ██████████████ Snellville, GA ████

3. My individual circumstances are the following:

   I voted on election day. At the registration desk, my drivers' license would not scan, so the poll worker manually entered my information. When I was voting, I clicked on Stacey Abrams and the machine defaulted to Kemp. I called for help and two poll workers came over. One poll worker said that I clicked on Kemp by mistake. I said that I certainly did not and asked him to try it. He clicked on Stacey Abrams and it defaulted to Kemp again. He said let's back out and you can start over. I asked him to wait and see if it worked. That time the machine did not change my vote. I completed my ballot and reviewed it at the end. Stacey Abrams' name was still there, and I cast my ballot.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ⎯18th⎯ day of November, 2018.

_____

Signature

072

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Cherry Worthy. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ███████████████ East Point, Georgia ██████

3. My individual circumstances are the following:

   I cast my vote for Stacey Abrams and it automatically jumped to showing that I voted for Kemp. I tried again and it did the same thing. The same thing happened when I voted for other Democrats. It would switch from Democrat to Republican. I called a poll worker over and showed him what the machine was doing. He told me that they had already had to shut down two voting machines that were acting up. He told me to click and try again. I had to go back 2-3 times for every candidate that I was voting for to change my vote. I checked my ballot at the end and it was correct. As I was leaving, I told people in line to notice what they were doing as they voted.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _____ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the 15 day of November, 2018.

_____
Notary Public

074

TAB

E

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Courtnie Danielle Fore. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ███ ████████ Marietta, Georgia ████. I am registered to vote at my residence address.

3. My polling location is NEW SALEM BAPTIST CHURCH-MR4C, 836 NEW SALEM RD NW, KENNESAW, GA, 30152.

4. I made no changes to my voter registration prior to the 2018 Georgia General Election.

5. For the 2018 Georgia General Election, I was forced to cast a provisional ballot instead of a regular ballot or an emergency ballot at the polling place for my residence address, where I am registered.

   a. On Election Day, November 6, 2018, my brother, my father, and I showed up to vote at New Salem Baptist Church around 7 AM. The three of us checked in with a poll worker after waiting 30-40 minutes.

   b. As I advanced to the next stage of the check-in, the poll worker that was handling my ID card returned my card, and then handed me a yellow electronic voting card after shuffling it around.

**c.** I waited in another line for the voting machines, with my yellow electronic voting card in hand, for around 5 minutes until I was able to obtain a spot at a voting machine.

**d.** After I inserted the yellow card into the machine, the machine displayed an error message. I brought this error message up to the attention of one of the poll workers, who suggested I try another machine. I did so, and the other machine also displayed an error message.

**e.** The poll worker then took my electronic voting card and did not give me another card as I had expected. Instead, a few poll workers ended up discussing the situation, and none of them seemed to know what to do. I even heard one of the poll workers say "it seems she has already voted."

**f.** Following this, I was given a provisional ballot, not an emergency ballot, and given extremely confusing, contradictory instructions on how to fill out the ballot. This ordeal also involved my name being misspelled multiple times by a poll-worker, and marks being made by poll workers on my ballot that could not be deciphered.

**g.** In the meantime, during this experience, my brother and father, who are registered at the same address where I am registered, were able to cast regular ballots.

**h.** After turning in my provisional ballot, I attempted to follow up with the Cobb County Board of Elections to make sure that it was counted. I received confusing information from the Cobb Board of Elections, and also was told that "emergency" and "provisional" ballots are the same, which I do not believe to be true.

**i.** I expected and believe I was entitled to cast a regular ballot at New Salem Baptist Church. Instead, I was forced to cast a provisional ballot and endure poll workers who did not seem properly informed.

**6.** I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

**7.** I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**8.** I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 13th day of November, 2018.

Courtnie Danielle Fore

Sworn to and subscribed before me
This the ___13___ day of November, 2018.



_____
Notary Public

JUSTIN PITTS
Notary Public, Georgia
DeKalb County
My Commission Expires
February 11, 2022

T
A
B

F

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Anna L. Hawkins. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is

    Atlanta, Georgia

3. My individual circumstances are the following: On Election Day, my voting machine malfunctioned. The voting machine would not accept my vote and proceed to the next page when I pressed NEXT. When I told the poll volunteer about the malfunctioning machine, she pressed buttons to eject my voting card. The poll volunteer told me to vote on a different machine. I hope my vote counted.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 19 day of November, 2018.

079

Anna L. Hawkins

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Mandi Herndon. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Dekalb County in Georgia and my residence address is ▮▮▮▮▮▮▮▮▮▮▮ Decatur, GA.

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

    **a.** _____ I requested an absentee ballot but I never received it.

    **b.** _____ I received an absentee ballot and returned it but my ballot was rejected.

    **c.** _____ I received an absentee ballot and returned it but my ballot was not accepted.

    **d.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

    **e.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

**f.** _____ I was not permitted to vote using a voting machine (a DRE)

(circumstances below). I asked for a provisional ballot but was told

that it was too early in the day for provisional ballots or that there

were not enough provisional ballots or that no provisional ballots

remained.

**g.** _____ I moved counties but did not change my registration address.

When I attempted to vote in my new county, the poll workers told me

to return to my old county in order to vote.

**h.** _____ There were long lines at my polling location and I saw people

leaving without voting.

**i.** _____ There were long lines at my polling location and I had to leave

without being able to cast my vote.

**j.** ___✓___ There were problems with the voting machines at the precinct

at which I voted or attempted to vote.

**k.** _____ Other – please explain - _____

_____

4. My individual circumstances are the following: I went to vote. I was found

in system and given a voter card. I inserted the card and it popped out, and

the screen on the machine read "invalid card." I tried the card a second time

and the same thing occurred. I brought the card to the poll worker who

looked me up again in the system. I was told that it was recorded as if I had already voted, although I never got the chance to cast any vote. So, I received and cast a PB. I have looked on line at the MVP but did not learn if my PB counted. I have called several times, but never reached anyone and never received a call back.

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 30th day of November, 2018.

_Mandi Herndon_
Signature

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Nathaniel Lack. I am over eighteen years of age and competent

   to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is

   ████████████████████ Alpharetta, GA ██████

3. There were problems with the voting machines at the precinct at which I

   voted or attempted to vote.

4. My individual circumstance is as follows:

I always vote at the AP07A Precinct at the St. James United Methodist Church
in Alpharetta, Georgia. I am a regular voter and the November mid-term
election was the first time I could recall in more than 23 years where I had to
wait in line at this precinct to vote. I believed this was a good thing.

When I approached the voting machine I used, I noticed a handwritten "Out of
Order" sign sitting next to it. It had apparently been taken down. After
attempting to vote by following the instructions and touching the check boxes, I
noticed that my votes were not being registered unless I continued to tap on the
touch screen further and further away from the check boxes until the vote was
registered on the screen.

I notified a poll worker who then told me that they were aware that this
particular machine was "broken" and that you had to click in odd places along
the candidate's name for the vote to be registered. They said they put the Out of
Order sign on it when they knew it was not working properly but took the sign
down when the lines began to form and allowed voters to use it anyway.

I presumed that my votes on this machine would be counted since they were
allowing the machine to be used. However, I am not so confident because the
touchscreen was obviously failing to operate as it should, failing to register

votes using the check boxes for most candidates I attempted to select yet working on check boxes for most of the other election measures – suggesting to me a software problem and not merely a hardware problem. I did receive the confirmation screen which showed all of the selections I made. As a computer expert specializing in troubleshooting problems, I was very concerned but able to eventually register my vote selections. However, I assume many others using this same voting machine might have given up in frustration and merely skipped various election lines rather than continue to follow the voting instructions in vain.

This is a highly Republican voting precinct and I myself have voted more often than not in Republican primaries. In my opinion, the failure of this machine puts every vote cast on it and all other "glitchy" machines in question."

5.  I give this Declaration and/or Affidavit freely, without coercion, and without

    any expectation of compensation or other reward.

6.  I understand that in giving this Declaration and/or Affidavit, that I am not

    represented by a lawyer. Nor has any lawyer asked me to be their client or to

    serve in anyway as anything other than a witness in this litigation.

7.  I declare under penalty of perjury that the foregoing is true and correct.

    Further affiant sayeth not, this the  15  day of November, 2018.

    _____
    Signature

Sworn to and subscribed before me
This the  15  day of November, 2018.

_____
Notary Public

**CHRISTOPHER HARLEY**
NOTARY PUBLIC
Fulton County
State of Georgia
My Comm. Expires Sept. 23, 2022

## DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746 AND/OR SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is David M. Maddox. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is
   ███████████████████ Decatur, GA ██████

3. I voted in-person on November 6, 2018.

4. When I was voting, I selected my choice for governor and saw an "X" in the box next to the candidate's name. When I finished voting and reached the "Cast Ballot" screen, I saw that no candidate appeared in my voting summary.

5. I called a poll worker over and she assisted me in going back and re-selecting my candidate for governor. After that, the candidate for governor appeared in my summary before I hit "Cast Ballot."

6. I thought it was odd that, even though I saw an "X" next to the name of the candidate on the first screen, no name appeared on the summary screen until I went back and re-selected a candidate. I wonder how often this happened to other voters who may not have noticed.

7. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

8. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

9. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the *14th* day of November, 2018.

_David Michael Maddox_
Signature

Sworn to and subscribed before me
This the *14th* day of November, 2018.

_Stephanie A. Edwards Anderwood_
Notary Public

[Notary Seal: STEPHANIE A. EDWARDS-ANDERWOOD, NOTARY PUBLIC, My Commission Expires April 29, 2019, COBB COUNTY, GA]

087

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Sharita Mitchell. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Thomas County in Georgia and my residence address is ▮▮▮▮▮▮▮ Thomasville, GA, ▮▮▮▮

3. My polling location is JERGER ELEMENTARY SCHOOL, 1006 S BROAD ST, THOMASVILLE, GA 31792.

4. For the 2018 Georgia General Election, I voted on a machine that was full of glitches, which made me deeply uncomfortable. The poll worker was not helpful and I am not confident that my vote was cast as I intended.

   a. On Election Day, November 6, 2018, I showed up to vote at Jerger Elementary.

   b. After checking in with a pollworker, I was given a ballot card and went to vote at a voting machine.

   c. I had a lot of trouble voting on the machine.

   d. Every time I selected a candidate and pressed the button to continue to the next screen, instead of just going to the next screen, the whole screen would glitch.

e. It looked like the display was about to go out -- it flickered and a green and black line appeared, and then it stopped. I'm a technical person and know what a glitch looks like.

f. It took a while to go to the next screen. Twice, when I looked back at the candidate I had selected, the screen was blank and it looked like I hadn't selected anyone. At the end of the experience, it brought up everyone who I voted for.

g. Everything looked legitimate so I hit the button to cast my ballot, but then again, the screen glitched.

h. The screen said my vote was cast but I didn't know what was going on. I let the poll worker know that every single time I tried to press continue, the screen glitched.

i. He said that if the screen shows that your vote was cast at the end, then it worked. The poll worker asked me if I verified my candidates etc. He did not express any concern about the machine.

j. He only wanted to make sure that everyone I voted for was on the screen before I pressed the cast ballot button, and then he moved onto the next person.

k. I felt deeply uncomfortable about the experience.

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 22 day of December, 2018.

Sharita Mitchell

T
A
B

G

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Amy Hoover. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County, Georgia.

3. On November 6, 2018, I voted at The Defoor Centre, 1710 Defoor Ave., Atlanta, GA. I placed the card into the voting machine and the screen stated "error - please re-insert card." I tried re-inserting the card several times but received the same error message. I went back to the table where I received the card to request another card. The poll worker scanned my driver's license and the system showed my status as "voted." No poll workers knew how to resolve this matter. While they were trying to help me, four more voters had the same problem on the same electronic voting machine. They asked us to wait around or return in a few hours. When I returned a few hours later, the system still showed my status as "voted." The poll workers then tried what they referred to as a master controller instead of the computer tablets poll workers were using to sign in voters, and they were able to over-ride my voting status using the master controller. At that time, the poll workers said none of the other four voters had returned yet. While I was there, I observed at least four voters unsuccessfully attempt to vote after

stating they had requested but not cast absentee ballots. These voters were

not allowed to vote because the precinct did not have affidavits available for

the voters to sign confirming they didn't return the absentee ballots. These

voters ~~left~~ without casting a ballot.
appeared to leave

4. I give this Declaration freely, without coercion, and without any expectation

of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a

lawyer. Nor has any lawyer asked me to be their client or to serve in

anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct.


Further affiant sayeth not, this the _____20th_____ day of November, 2018.


Amy Hooper

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Jeffrey Marion.

2. I am over eighteen years of age and competent to testify to the matters contained herein.

3. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮, Snellville, GA ▮▮▮ and I vote in Gwinnett County.

4. I voted on election day.  I arrived at 6:30 am at the Annistown Elementary School. The polling place was supposed to open at 7 am, but the machines were down until about 11am. So no votes were cast before 11am.

5. At first we were told that the license verifcation machine was broken. We waited about an hour and half. Then someone brought new power cords for the machine, but it still would not work.

6. The next thing we knew, at about 10:45 or 10:50, they brought new voting cards to put in the voting machines.  Voting began shortly after that.

7. The line to vote was wrapped around the school by the time I got to vote.

8. I did not vote until about 11:15 am.

9. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

10. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**11.** In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _24_ day of December, 2018.

Signature

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Derrick Oatis. I am over eighteen years of age and competent to

   testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is

   ▇▇▇▇▇▇▇▇, Suwanee, GA ▇▇▇ _____.

3. I have reviewed the list below and I believe that my situation most closely

   fits into the category that I have checked:

   **a.** _____ I requested an absentee ballot but I never received it.

   **b.** _____ I received an absentee ballot and returned it but my ballot was
   rejected.

   **c.** _____ I received an absentee ballot and returned it but my ballot was
   not accepted.

   **d.** _____ I was not permitted to vote using a voting machine (a DRE)
   (circumstances below) and was not offered a provisional ballot even
   though I reside in the county in which the precinct was located where
   I tried to vote.

   **e.** _____ I was not permitted to vote using a voting machine (a DRE)
   (circumstances below) because I was told I was not a resident of the
   county in which I was attempting to vote despite the fact that I had
   changed my address in a timely manner.

**f.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

**g.** _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

**h.** __x__ There were long lines at my polling location and I saw people leaving without voting.

**i.** _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

**j.** ___x__ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

**k.** _____ Other – please explain - _____

_____

**4.** My individual circumstances are the following:

In 2016, I voted at Shadowbrook Church. I went online and discovered that my polling place had changed. I do not recall receiving any notice that my polling place had changed. I got to my polling place at 361 Main Street

(Suwanee Public Library). I got there at 5 minutes to 7am. There were maybe 30-50 people already in line. About 10 minutes later, one of the poll workers came out and apologized for the delay but said that there was an issue that they were trying to correct relative to the machines. She gave no further information but that she would let us know when we could vote.

Thirty minutes later (about 7:45am) she came out and apologized and stated that none of the machines were working. The line had grown. She offered the choice of provisional ballots or for people to stay in line until the issue was resolved. She told some of the people that their provisional ballots would not be counted until the following Tuesday, not all of the people who took provisional ballots heard this announcement. I did not witness anyone who got a provisional ballot being given any type of receipt and I was not previously aware that one was required. I witnessed less than five people who accepted one.

The poll worker offered to create a list for those who decided to stay. She said that none of the machines were reading the voter cards. They sent another poll worker to Lawrenceville to get new cards in hopes that it would rectify the situation. A few people asked how long it would take. She didn't know but guessed 1.5-2.0 hours depending upon traffic. Within a matter of five minutes, of the 70+ people who were in line, about 90% of the people just left. This was so disheartening to me because I knew that many of them would not come back.

Fortunately, I had the flexibility to remain until I could cast my vote on a machine.

I also witnessed a few people who came to this polling place after being sent from another polling place where they were told that they were at the wrong place. I believe they were offered provisional ballots but I'm not certain if they took them. Both were African-American. The male was adamant that he was at the correct polling place. I'm not sure what happened for him. Eventually, I asked if there was protocol for testing the machines. The poll workers said that they test the machines but don't test the cards that go into the machines. What sense does that make? The gentleman who went to get the cards came back at 9:40am. They DID test those cards and they worked fine. I was able to vote and be in and out in less than ten minutes. The delay of 2.5 hours left several people without the chance to vote - how many, I don't know. Voting should not be this difficult under any circumstances. Eligible voters should be able to vote under the simplest terms possible.

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __20__ day of December, 2018.

_____
Signature

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Kimberly Williams.  I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia.  My residence address is ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Atlanta, GA ▮▮▮▮▮

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

    **a.** _____ I requested an absentee ballot but I never received it.

    **b.** _____ I received an absentee ballot and returned it but my ballot was rejected.

    **c.** _____ I received an absentee ballot and returned it but my ballot was not accepted.

    **d.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

    **e.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had
changed my address in a timely manner.

**f.** \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE)
(circumstances below). I asked for a provisional ballot but was told
that it was too early in the day for provisional ballots or that there
were not enough provisional ballots or that no provisional ballots
remained.

**g.** \_\_\_\_\_ I moved counties but did not change my registration address.
When I attempted to vote in my new county, the poll workers told me
to return to my old county in order to vote.

**h.** \_\_\_\_\_ There were long lines at my polling location and I saw people
leaving without voting.

**i.** \_\_\_\_\_ There were long lines at my polling location and I had to leave
without being able to cast my vote.

**j.** \_\_**x**\_\_ There were problems with the voting machines at the precinct
at which I voted or attempted to vote.

**k.** \_\_ \_\_ Other – please explain -_____

**4.** My individual circumstances are the following:

It was important for me to vote in this election.  I have been voting for
years, and I have never previously had a problem.  I took my friend, ~~Bernard~~
Dernard

Leverette, to vote on election day.  This was his first time voting.  Mr. Leverette is visually impaired, so I was there to help him vote and to vote for myself.  We went to vote at South Atlanta High School.

I first helped Mr. Leverette before voting for myself.  I read him all of the questions and entered in the responses that he told me.  When we were done, the machine ejected the yellow voting card really quickly, but at the bottom of the screen, it said that the vote had not been recorded.  I was confused by this because there was no apparent reason for the vote not to be recorded.

I decided to try my own voter card.  I made all of my selections and when I got to the end, the same thing happened: the machine ejected the yellow card really quickly but stated that my vote had not been recorded.

I went back to the front and told the people at the polling place what had happened.  They gave me two new voting cards.  We went through the same process, and this time, it did not say that the votes had not been recorded.

While there was no obvious sign that our votes had not been recorded, I am still worried that our votes were not counted because of what happened with the first voter cards.  I am also worried that other people may not have noticed that the screen said that the vote had not been recorded, especially

because it ejected the yellow card so quickly.  I am worried that people left

without realizing that their votes had not been recorded.

5. I give this Declaration and/or Affidavit freely, without coercion, and without

any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not

represented by a lawyer. Nor has any lawyer asked me to be their client or to

serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the $\underline{15}$ day of November, 2018.


Signature

Kimberly Williams

Sworn to and subscribed before me
This the ___ day of November, 2018.

CHRYSTIAN S WOODS
Notary Public, Georgia
Cobb County
My Commission Expires

_____

Notary Public

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Jeffery Young. I am over eighteen years of age and competent

   to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is

    Snellville, Georgia,

3. My individual circumstances are the following:

   a. On election day my polling place, Annistown Elementary, had
      six voting machines. I arrived at 8:45 am to vote and there were
      about 125 people or more in line.

   b. While in line I heard that the machines were down, and that no
      one had voted yet. At that time, they were bringing in two more
      machines but those ended up not working either.

   c. Later we were told that the issue wasn't with the machines, but
      was instead with the cards. A representative from the board of
      elections was there and said they sent someone to get new
      cards.

   d. The representative at the polling location made an
      announcement that people could fill out provisional paper
      ballots. About 60 people chose to fill out provisional ballots.

   e. I was able to vote at 12:49 pm.

4. I give this Declaration and/or Affidavit freely, without coercion, and without

   any expectation of compensation or other reward.

**5.** I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**6.** I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 13th day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the _____ day of November, 2018.

_____
Notary Public

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Uranius Young.

2. I am over eighteen years of age and competent to testify to the matters contained herein.

3. I reside at ████████████████    Douglasville, GA ██████

4. I voted in early voting at the Boundary Waters center in Douglasville, GA.

5. When I tried to vote, the card that they gave me was not accepted at the machine. The people working at the polling place tried the card about 6 times and on various machines.  Finally, the card worked and I was able to vote.

6. I did witness others having issues being able to vote. A lady kept being told that they couldn't find her and she kept saying how she had been voting for many years at that exact location. I never did she her get to cast her ballot.

7. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

8. I understand that in giving this Declaration , that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

9. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 13 day of December, 2018.

Signature

T
A
B

H

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Eboni Essence Alston. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ███ ██████████████ POWDER SPRINGS, GA, ████

3. For the 2018 Georgia General Election, I was forced to cast a provisional ballot instead of a regular ballot at the polling place for my registered address.

   a. I changed my voter registration in September 2018 to my current residence address, and verified this change on the Georgia Secretary of State's "My Voter" page.

   b. My polling location is listed as 'FAITH BAPTIST TEMPLE-CL02, 5083 HIRAM LITHIA SPRINGS RD, POWDER SPRINGS, GA, 30127.'

   c. On Election Day, November 6, 2018, I showed up to vote at the Faith Baptist Temple around 6 PM. After waiting around 50 minutes, my driver's license was scanned and I was informed by a poll worker that I was not registered at my current address. Instead I was still registered at my previous address.

    d.  I tried to show the poll workers on my phone that I was indeed

        registered at Faith Baptist Temple, to no avail.

    **e.**  I was prevented from casting a regular ballot at the Faith Baptist

        Temple. Instead, I was forced to cast a provisional ballot.

**4.** I give this Declaration freely, without coercion, and without any expectation

of compensation or other reward.

**5.** I understand that in giving this Declaration, that I am not represented by a

lawyer. Nor has any lawyer asked me to be their client or to serve in anyway

as anything other than a witness in this litigation.

**6.** In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that

the foregoing is true and correct.

Further affiant sayeth not, this the 19th day of November, 2018.

Eboni Alston

109

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is James Baiye. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is ████████████████, Stone Mountain, Georgia ████

3. On November 6, 2018, I was not permitted to vote using a voter machine and was not offered a provisional ballot. I was told that, because I had not voted in the two previous general election cycles that I was not properly registered to vote. However, this is not true. I voted by absentee ballot in the 2012 general election cycle, and by direct vote in 2016. I feel like I have been denied my right to vote.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 14th day of November, 2018.

13th

JB

110

James Baiye

Sworn to and subscribed before me
This the 14ᵗʰ day of November, 2018.
13th

_____
Notary Public

111

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1.  My name is Antione Brown. I am over eighteen years of age and competent to testify to the matters contained herein.

2.  I am a resident of Dekalb County in Georgia and my residence address is ███████████████, Decatur, GA ████

3.  My polling location is the New Life Baptist Church on Candler Road in DeKalb. I have voted since 2008 at this location

4.  For the 2018 Georgia General Election, I was forced to vote as a "supplemental voter" instead of casting a regular ballot, through no fault of my own, because my voter registration number was assigned to someone else.

    a.  On Election Day, November 6, 2018, I showed up to vote at New Life Baptist Church.

    b.  When I checked in, the poll worker said that my name was not in the system and they could not find me. They offered me a provisional ballot but I did not want to do this because I knew I was a registered voter.

    c.  They told me that I had to go to Memorial Drive and bring my voter registration card.

**d.** Luckily I had my voter registration so I went to the Memorial Drive location. Using my voter registration number, they found out that they had assigned my voter registration number to someone in Fulton County.

**e.** It was almost as if I had never been registered to vote. They wouldn't have been able to figure this out if I hadn't happened to have my voter registration card on me.

**f.** The person at Memorial Drive had to re-add me as a "Supplemental voter". They wrote my name down on a piece of paper and said that they would add later on as a "numbered voter". I voted using the machine and the card with the piece of paper with my name on it attached to it.

**g.** The person at Memorial Drive said this mistake was caused by human error and this happens all the time.

**h.** I have never lived in Fulton County. All my documents have always been at one address in DeKalb, and I did nothing to change my voter registration. But it changed anyway.

**5.** I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _19_ day of November, 2018.


Antione Brown

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. I am Deborah Brown *Gaventa*. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I reside at ▇▇▇▇▇▇▇▇ Atlanta, GA ▇▇▇

3. I served as an Express Poll Clerk for the November 6, 2018 election.

4. I was assigned to the Coralwood Precinct in Dekalb County.

5. As an Express Poll Clerk, one of my duties is to request and receive voter identification from voters, scan that identification, and provide voters with the card for them to use in the voting machines.

6. At some point during the day a couple came to the precinct to vote.

7. The female provided her identification first, which of course, had her address. The scan of the address showed her to be at the proper precinct for voting.

8. The man then provided his identification which contained the exact same address as the woman who had just voted.

9. The scan of his address showed him that he was to vote at a different precinct.

10. I provided him a provisional ballot rather than sending him to a different precinct.

11. The fact that this couple, with the same address, had different voting precincts caused me concern over the integrity of the voting records and whether there had been tampering with the records.

12. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

13.  I understand that in giving this Declaration, I am not represented by a lawyer, nor has any lawyer asked me to be their client or to serve in anyway other than as a witness in this litigation.

**14.** In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _18_ day of November, 2018.

Deborah Brown

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Kia Marlene Carter. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Henry County and my address is ███████████████, McDonough, GA, █████.

3. My polling location is Precinct 49, SHILOH EDUCATION CENTER 253 MACON STREET, MCDONOUGH, GA, 30253.

4. My individual circumstances are the following:

   a. On Election Day, I went to the Voter Registration building to vote. I arrived at approximately 6:30 p.m. because I had to go pick-up my child at daycare first. I was told by the employees at the voter registration building this is where I could go for Early Voting, but not Election Day.

   b. The employee at the voter registration office offered to use my ID to pull the location where I should vote. He told me to go to the Shyla Early Education Center. The GPS told me that the place didn't exist but I happened to see the signs on the road that said where to go to vote. I arrived at the Shyla Education Center at approximately 6:45 p.m.

c.  I filled out the card as directed by the poll worker. She said to fill out the highlighted section (on the left) but not the right. I clarified whether I needed to provide my address (on the right side of the card) and the poll worker said, "Oh I forgot to ask for that!" I then went to the next table where I gave a different poll worker the the white card I filled out along with my ID.

d.  The poll worker scanned my ID and she said: "I've never seen this before." She told me, "It says you are not a US Citizen."

e.  I was born in Virginia and have voted in Georgia since I was 18 years old. I am 36. This has never happened to me before. The last time I voted was in 2012.

f.  The poll worker called over another poll worker to look at what she was seeing on the screen. He had never seen it before, either. He made a phone call to the voter registration building. I know this because, later, when I went there, the woman recognized me and addressed me as Ms. Carter.

g.  I offered the poll workers my ID and said that I had my social security card with me. The poll worker at the table thought that the Social Security card should work and then again spoke with the other poll

worker. The other poll worker said, "that just has numbers on it, it won't work."

h. I offered to get my birth certificate from home, though I wasn't sure I could make it home and back in time. I'm fairly new to Henry County. The other poll worker said to go back to the voter registration office again and added, "I'm surprised they didn't catch this when you were there earlier".

i. I went back to the voter registration office. The employee used the information off my driver's license and the last four digits of my Social Security Number. She then told me I needed to get this issue fixed before next election. It was exactly 7 p.m. when I left the voter registration office.

j. I was shocked and I didn't even know where to begin to fix this to prove that I'm a citizen. I was not able to vote. Nobody offered me a provisional ballot and I do not know anything about provisional ballots.

**5.** I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 15th day of November, 2018.

Kia Marlene Carter

Sworn to and subscribed before me
This the 15th day of November, 2018.

Notary Public

120

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Alexus Symone Clark. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ███████████████████████ Atlanta, GA ███████

3. My polling location is the GROVE PARK RECREATION CENTER, 750 Francis Place, NW, Atlanta, GA 30318. I voted at this location itself for the 2017 Atlanta Mayoral Election, and I also voted in the 2016 General Election.

4. For the 2018 Georgia General Election, after an unexpected, lengthy ordeal, I was forced to leave my polling location without casting even a provisional ballot. My right to vote was taken away from me.

   a. I registered to vote when I was 18 years old. I am now 20 years old.

   b. I successfully voted in the 2016 presidential election and the 2017 mayoral election. Both of those years, I received precinct cards in the mail confirming my name, address, and polling location.

   c. On Election Day this year, I went to vote with my mom at Grove Park Recreation Center. My mom was able to vote in roughly five minutes from when we arrived at the polling place.

**d.** When the poll worker looked up my information, the only person who came up was Alexus Danjiel Clark, which is not my middle name. The poll worker told me that if that information was correct for me, then my polling location would be in Locust Grove.

**e.** I have never lived in or registered to vote in Locust Grove.

**f.** The poll worker told me that I wouldn't be able to vote at all because I wasn't on the rolls.

**g.** I waited at my polling location, Grove Park Recreation, for 2 hours trying to determine if I could cast a provisional ballot. At times, the main poll worker would make phone calls and be on hold for nearly 30 minutes at a time trying to ask questions about my registration.

**h.** At one point, a male poll worker told me that I could cast a provisional ballot. But another poll worker told me that because I thought I was registered in two precincts, she didn't know which one to save my provisional ballot under.

**i.** Throughout the experience, the poll workers did not seem to believe that I had in fact registered to vote previously. The poll workers asked me for my precinct card, which I did not realize I would need to bring with me. They repeatedly asked me questions about where I had voted previously, and I felt that they doubted my story.

**j.** By this time, it was after 3 pm, and I had to leave in order to go to class. So I left without being able to cast a vote, provisional or otherwise. When I got home later, I looked up the information on the Secretary of State's My Voter Page website.

**k.** If the poll worker was correct in believing that this other Alexus Clark was in Locust Grove, then I knew she would've had the same birthdate and name as me, but would live in Henry County. On that page, I saw that she had registered on April 4, 2018.

**l.** So it seemed like the Secretary of State had mixed me up with this other Alexus Clark and somehow written over or deleted my voter registration.

**m.** When I tried looking up my name and birthdate in Fulton County, the SOS MVP page showed that my registration was unable to be located. I was confused about how this could have happened because we live in different counties and we would have different social security numbers.

**n.** I have called the Fulton County Board of Elections and Office of the Registrar for the last week and a half, but I have not been given any information with very few people returning my repeated voicemails and calls. One time when I called the registrar, their office gave me a

direct phone number for someone in voter registration, so I called that person, who never responded to my calls.

o. After voting in 2016 and 2017, I was disallowed from voting in 2018, through no fault of my own. I am distressed that I was unable to cast my ballot and make my voice heard.

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _2 0_ day of November, 2018.

Alexus Symone Clark

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

mrm
pollwatcher

1. My name is Colleen Corona. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Atlanta, Georgia.

3. My individual circumstances are the following:

   a. I have poll watched several times in the past.

   b. I have also trained poll watchers in the past.

   c. On November 6, 2018, I was poll watching at Liberty Baptist Church at 395 Chamberlain Street, Southeast in Fulton County Georgia.

   d. I witnessed a voter, Kinley Davis, stand in line to vote for approximately an hour. When she reached the front of the line, the male friend, who she was with was allowed to vote.

   e. When Ms. Davis attempted to vote, she was told by the poll worker that she was at the wrong precinct and that she needed to vote at her precinct.

   f. I observed Ms. Davis say that she was not able to go to the other polling place because she had to go to work. I also observed Ms. Davis request a provisional ballot several times.

   g. Despite her requests, I observed that Sharon Franklin- Poll Manger tell her that her polling place was close enough and she could go vote.

h.  When Ms. Davis left, I followed her outside away from the polling place, and Ms. Davis told me that she was not given a provisional ballot and that she would try to go to her precinct after her work, but she had to work.

i.  When I returned back into the polling place, I overheard the poll manager saying that Ms. Davis was "too lazy" to go to her polling place.

j.  I also observed many students being sent to vote in the provisional ballot line. When one of them got to the provisional ballot line, the poll manager had asked a student "what's your excuse, why do you need a provisional ballot?" in an antagonistic manner.

k.  I observed that Ms. Franklin was antagonistic towards several voters.

l.  At one point she handed me her phone and asked me to speak to the person on the phone. The person identified themselves as an employee of the Secretary of State Office. That person stated that the poll manager informed him I was going outside and telling voters how to vote. I informed the person on the phone that I was not telling voters how to vote, and that I was allowed to leave the building to talk to voters who I had witnessed having issues voting. He stated that I was correct, and I asked him to tell this to the poll manager. The person agreed and informed Ms. Franklin that I was allowed to leave the polling location to speak to voters who had left the polling place.

4.  I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5.  I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ____ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the __11ᵗʰ__ day of November, 2018.

_____
Notary Public

## AFFIFIDAVIT OF KELLY M. DERMODY

1. My name is Kelly Dermody.  I am over twenty-one years of age and am competent to testify to the matters contained herein.  I understand that this affidavit will be offered in connection with litigation brought by Stacey Abrams and the Abrams campaign related to the 2018 General Election.

2. I am a graduate of Harvard University and Berkeley Law School.  I was admitted to the practice of law in California in 1994.  In addition to being admitted before the state and federal courts in California, I am admitted to the following federal appeals courts:  First, Second, Third, Fourth, Sixth, Seventh, Ninth, Eleventh, and U.S. Supreme Court.

3. I am currently the Managing Partner of the San Francisco office ███████

   ████████████████████████████ , ████████████████

   ██████████████ .  In 2012, I served as the president of the Bar Association of San Francisco.  In 2015, the College of Labor and Employment Lawyers named me a Fellow.  I have served in leadership roles in the American Bar Association Labor and Employment Law Section ("LELS") , including co-chairing its Equal Employment Opportunity Committee, Diversity in the Legal Profession Committee, and Annual Section Conference.  In August 2017, I completed an eight-year term as one of four employee advocates on the ABA LELS Governing Council.  In

2017-2018, I served on the American Bar Association Section of Litigation's
Attorney Client Privilege Task Force. I am an AV-Preeminent rated
attorney, and have received a variety of awards from civic and non-profit
organizations for my work. The *Daily Journal* (California's legal
newspaper) has repeatedly named me as a "Top 100 Lawyer in California," a
"Top California Women Litigator," and a "Top 75 Labor and Employment
Attorney in California."

4. During the 2018 mid-term election, I worked as a Poll Watcher for the
Democratic Party. Prior to arriving in Georgia, I participated in the required
Poll Watcher Training offered on-line. I previously served as a Poll Watcher
in North Carolina during both early and election-day voting for the 2016
Presidential election, as well as in Arizona for earlier elections.

5. On Election Day, November 6, 2018, I served as a Poll Watcher at the D.M.
Therrell High School in Fulton County from approximately 6:25 am until
about 7:50 pm. This location was inside a large gymnasium of a high
school, and contained approximately 17 voting booths. When I arrived, I
introduced myself to the Poll Manager. I also introduced myself to other
poll workers. I was told the staff that worked that day had worked together
before. I explained to the poll workers what I was there for, and I asked to
sit near the voter registration. The Poll Manager suggested I sit next to her,

but because she was seated across the gym from the stations handling voter data and provisional ballots, I moved across the room several times that day so that I could better see/hear what was happening with voters who experienced problems.

6. With the exception of the Poll Manager (as explained more fully herein), I found the poll workers to be welcoming and professional. The Poll Manager appeared exclusively to handle issues with voters that required a phone call to the Fulton County elections office. This caused a bottleneck throughout the day. Unfortunately, the Poll Manager also did not seem to like her job. She expressed exasperation with the process throughout the day, complained about being tired, often seemed bothered by voters with issues, and exhibited little urgency when assisting voters, who I heard express frustration on multiple occasions with the pace of assistance. The Poll Manager certainly had at least one reason for being flustered all day, as no cell phones (including hers) worked inside the gym and the only way she could communicate with Fulton County was by walking out of the building and calling them from the steps outside. I witnessed multiple voters flustered because they did not think the Poll Manager was doing anything to help them, and I believe a few left without voting because she did not communicate with them. When I saw this happen I tried to follow the voter

out of the building to give them feedback about what would happen next if they waited so that the voter would choose to wait for the Poll Manager to get outside (where cell service worked) so she could make a call to get more information for them.  This process with the Poll Manager could take 10-30 minutes per person, often with little feedback about what was happening or how long it would take.

7.  Throughout the day, I also observed several structural issues that raised concerns.

8.  One of the machines for checking in voters malfunctioned before 8:00 am in the morning (the technician said it needed a new card).  Fulton County was alerted right away but never sent a new card to get the machine running again.  During the morning rush, lack of enough registration machines (Express Polls) caused the back up, so this machine being down impacted the length of the line and may have deterred voters looking at a long line.

9.  I also observed a large number of voters who were told they were in the wrong precinct. Many of those said that they had lived in the same location and voted at the same location for many years and could not understand why they were being told to vote elsewhere.  I heard this story over and over again.  Here are some examples of issues I observed:

a. The poll workers at Therrell were under the impression that there was a "Fulton County rule" that no registered voter could vote provisionally before 5:00 p.m. because, presumably, before 5:00 p.m. that voter could just (i) go to his/her "correct" polling location (even if hours away and even if the voter claimed the assignment was in error and the voter was in the correct place) or (ii) go first to the Fulton County office to fix data issues before returning to Therrell and voting with a regular ballot. I believe several voters were turned away without a provisional ballot because of this misunderstanding, and I am sure some of them did not get to cast a vote. Near 2:00 p.m., I became aware that this specific "rule" was being enforced, when I saw a young woman get rejected by staff and walk out of the building. Outside the building I asked the voter what had happened, and she told me that Therrell is her precinct and she has voted there very recently with no problem, but that somehow the official voter data showed her being registered in another county, which she did not understand. She told me that she is a home healthcare worker, with a live-in client who needed a pick up from the VA where he was being treated for PTSD and dementia, and that she needed to get back to him and couldn't drive so far away to vote. I told her (while outside the precinct) that she could vote provisionally and I directed her to the Poll Manager. I then observed that a poll worker reject

the voter's request to vote provisionally, and the poll worker called to the

Poll Manager for confirmation.  I explained to the Poll Manager that the

voter needed a provisional ballot but was being denied, and the Poll

Manager informed me of the "Fulton County 5pm rule." When I advised the

Poll Manager that this "rule" was inconsistent with the voter's rights, the

Poll Manager told me that she didn't care about "my" rules and told the

voter to ignore me because "she is an outsider."  While the voter waited with

me outside, the Poll Manager called Johnny Harris of the Fulton County

Department of Elections to ask him to direct me to leave because she didn't

like me raising a concern about the voter not getting to vote.  The Poll

Manager passed the phone to me, and Mr. Harris started to suggest I leave

until I explained the provisional ballot situation to him.  Mr. Harris

confirmed that there is no Fulton County 5:00 pm rule for provisional ballots

and directed that the voter standing with me be allowed to vote

provisionally.  (The voter finally voted more than an hour after this situation

first came to a head.)  I do not know how many voters were disenfranchised

at Therrell before 2:00 p.m. because of this failure of training and

interference with voters, but clearly this was not the first time that day that

the "rule" was applied, including in the next example which caused a voter

to be prevented from voting.  (I did not see this "rule" applied again after I

spoke with Mr. Harris around 3:00 p.m., nor was I asked to leave again.)  I called the boiler room and submitted an incident report about this Fulton County "rule" through the Voter Protection hotline on November 6, 2018.

      b.      One voter showed up at 7:10 pm having missed the chance to vote after she had bounced between precincts.  She told me she had come to Therrell High School to vote earlier in the day because she is a registered voter who wanted to vote at the precinct at which she has always voted.  (She has not moved.)  However, the poll workers at Therrell sent her away because, they told her, her address didn't match her registration and she needed to go vote at her "home" precinct.  However, the address to which the poll worker said she was registered is an address for a house the voter sold 5 years ago and hasn't lived in for over a decade. (And she has voted since then at Therrell High School.)  The precinct for that erroneous registration address was at least an hour's drive away, in West Georgia.  The voter was not offered the chance to vote provisionally at Therrell and when she could not make it to West Georgia, she returned to Therrell once again, too late. I submitted an incident report with contact information for this disenfranchised voter on November 6, 2018.

      c.      I witnessed this personally and a Therrell poll worker confirmed her observation to me that there were multiple issues during the

day involving voters who (1) went online and viewed their voting location before coming to Therrell and/or (2) had a recent letter from election officials designating Therrell as their voting location, but who arrived at Therrell only to be turned away because the "official" database reflected that the voter was assigned to a different location. This was a major issue all day, and I logged more than 10 issues like this for individual voters. A poll worker told me that she also had noted that this problem sometimes happened in clusters of addresses, not all of which she could recall, but said that she believed this came up several times for residents with a "Devon" address. The poll worker suspected that the Department of Driver Services may have been at the center of many issues based on what she said voters described as the source of their registrations or address updates. The poll worker who shared this with me sat at the registration table that logged voters into the online system and, at the end of the night, she sat in the chair at the far left end of the table (from her perspective, or far right end/closest to voting booths from a voter's perspective checking in), where she was also counting the ballots.

      d.     Similarly, a voter told me that there were registration irregularities for the residents of 2447 Campbellton Road. Some residents continued to be permitted to vote at Therrell, but poll workers sent others

from that address to a different precinct even though those residents had voted at Therrell before and even had an October 2018 letter saying Therrell is their precinct. The voter believed this affected at least 4-5 voters and that he could not say that all of them successfully made it to vote at the re-designated precinct. (I logged this voter's information in an incident report on November 6, 2018.)

10. Because the poll workers gave changing information throughout the day to voters with registration issues, I believe that some voters in similar situations were treated differently.

11. I was not able to stay to the very end of the vote count, which I believe must have happened after 8pm. A poll worker told me near closing that she was concerned that the machines may not have counted all the voters properly, and based on my last logged tallies (at 6pm, 6:40pm, and 7:15pm) and my visual assessment of the number of voters in the room at those times, I concurred that the vote counts did not seem to match. For example, the vote count at 6pm was 1333, at 6:40pm it was 1374, and at 7:15pm it was 1384. I saw more than 10 people enter the building and vote after 6:40, and I did not count but strongly believe that more than 31 voters got registered to vote between my count at 6pm and the count at 6:40pm. I do not know what the official count is for that polling location, which combined more than one

precinct. I was told by a poll worker that 29 provisional ballots were cast during the day, and I observed a very high number of provisional ballots at the very end of the day.  (I was told that at the last election there were 8 provisional ballots cast.)

12. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

13. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

14. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _13th_ day of November, 2018.

Kelly M. Dermody

Sworn to and subscribed before me
This the _13th_ day of November, 2018.

Notary Public

MIRIAM CELIA GORDON
Commission # 2147869
Notary Public - California
San Francisco County
My Comm. Expires Apr 27, 2020

1664768.1

137

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Fredrick Dixon.  I am over eighteen years of age and competent

   to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ███

   ███████████████ Atlanta, GA ██████

3. I have reviewed the list below and I believe that my situation most closely

   fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was

   rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was

   not accepted.

   d. _____ I was not permitted to vote using a voting machine (a DRE)

   (circumstances below) and was not offered a provisional ballot even

   though I reside in the county in which the precinct was located where

   I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE)

   (circumstances below) because I was told I was not a resident of the

138

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

**f.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

**g.** _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

**h.** _____ There were long lines at my polling location and I saw people leaving without voting.

**i.** _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

**j.** _____ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

**k.** __**X**__ Other – see below.

**4.**       My individual circumstances are the following: I moved 8 years ago and my address was updated with U.S.P.S. and the Georgia Department of Driver Services. I thought my address was also

changed for voting purposes. I was able to vote at West Manor Park
Recreation Center in a previous election. However, when I tried to
vote at that location on Election Day, I was told that I was not at the
correct polling location. I received a provisional ballot, but I was told
that my vote might not be counted because I was in a different voting
district from the one where I was registered to vote.

5. I give this Declaration and/or Affidavit freely, without coercion, and without
any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not
represented by a lawyer. Nor has any lawyer asked me to be their client or to
serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.
Further affiant sayeth not, this the _____ day of November, 2018.

Fredrick Dixon

Sworn to and subscribed before me
This the _____ day of November, 2018.

CHRYSTIAN S WOODS
Notary Public, Georgia
Cobb County
My Commission Expires
January 23, 2022

Notary Public

140

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Chris Duncan.  I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ▊ ▊ Atlanta, Georgia ▊

3. My individual circumstances are the following: Approximately two weeks prior to the start of early voting, I viewed the Secretary of State's website to confirm that my name and residence address were correct so that I could vote early and without issue.  When I attempted to early vote at Northside Drive Library, I was told that my address in the voter registration computer system was different than the address listed on my driver's license. For some reason, the voter registration computer system listed an address from *eight years prior*. This was concerning to me because I had recently confirmed my name and residence address on the Secretary of State's website prior to attempting to vote. I declined to early vote on this day.  I went home and, again, viewed the Secretary of State's website and discovered that someone had *changed* my address. On election day, I went to my local polling place to vote and was told that I had already voted by absentee ballot using my eight-year old address, which was not true.  On election day, I voted using a provisional ballot but

never received a piece of paper explaining my rights, including how to correct a deficiency and how to check whether my ballot was counted. I am uncertain whether my vote was ever counted.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 15th day of November, 2018.

11|15|18

Chris Duncan

Sworn to and subscribed before me
This the 15th day of November, 2018.

Notary Public

142

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Phoebe Rachael Einzig-Roth. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is ███████████ Atlanta, Georgia, █████

3. My polling address is Druid Hills High School - 1798 Haygood Dr., NE

4. My individual circumstances are the following:

   a. I am a U.S. citizen and was born in New York. Both of my parents and all of my grandparents were also born in the United States. I went to vote on November 6, 2018 at Druid Hills High School, but was told by a poll worker that they could not confirm that I was a U.S. citizen.

   b. At the time, I had three different forms of ID: my drivers license from Massachusetts, my U.S. passport card and my Emory University ID.

   c. I was not allowed to vote with a regular ballot. I was forced to vote with a provisional ballot but was not provided with a receipt nor told that I needed to follow up on my ballot. Instead, I was assured that my vote would be counted.

   d. When I visited the Dekalb county voter registration office at or about 11:50 a.m. on November 9, 2018, as required, the

representative first told me she couldn't help me because I didn't have the documents or receipt that I was supposed to have been given when I completed my provisional ballot. I then asked her to check on my citizenship status, and gave her my forms of ID. She took a photocopy of my U.S. passport card and said I was all set. As of today, Monday, November 12, 2018, to the best of my knowledge, my registration has not been cleared, nor has my provisional ballot been counted.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer, nor has any lawyer asked me to be their client or to serve in any way as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 13th day of November, 2018.

_Phoebe Cimkzig-Roth_
Signature

Sworn to and subscribed before me
this the 13 day of November, 2018.

_Glen Paul Freedman_
Notary Public

Glen Paul Freedman
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires 11/5/19

144

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Rodolfo Fajardo.  I am over eighteen years of age and

   competent to testify to the matters contained herein.

2. I am a resident of Carroll County in Georgia and my residence address is,

   ██████████████    Villa Rica, Georgia  ████████

3. I have reviewed the list below and I believe that my situation most closely

   fits into the category that I have checked:

   **a.** _____ I requested an absentee ballot but I never received it.

   **b.** _____ I received an absentee ballot and returned it but my ballot was
   rejected.

   **c.** _____ I received an absentee ballot and returned it but my ballot was
   not accepted.

   **d.** _____ I was not permitted to vote using a voting machine (a DRE)
   (circumstances below) and was not offered a provisional ballot even
   though I reside in the county in which the precinct was located where
   I tried to vote.

   **e.** __**X**__ I was not permitted to vote using a voting machine (a DRE)
   (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

**f.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

**g.** _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

**h.** _____ There were long lines at my polling location and I saw people leaving without voting.

**i.** _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

**j.** _____ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

**k.** _____ Other – See below.

**4.** My individual circumstances are the following: I've been living in Carroll County for 3 years. When I moved, I checked the box at DDS to change my voter registration. My wife voted early in the day, and I went later to the

same place, around 6 PM.  When I got to the front of the line they told me I was still registered in Paulding County.

5. They gave me a slip to change my address, which I completed.

6. They did give me a receipt for the provisional.  Unfortunately, I was unable to login to the MVP website. I've tried to log in with my current zipcode and with my old zipcode.  There's been no way for me to confirm where I'm supposed to vote.

7. There's no way for me to know where I'm registered to vote.

8. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

9. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer.  Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

10. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 13th day of November, 2018.


Rodolfo Fajardo


Sworn to and subscribed before me
This the 13th day of November, 2018.

Notary Public

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Shannon Gaggero. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ███

   ███████████ Atlanta, GA, ████

3. On election day, November 6, 2018, I served as a Poll Watcher at the Little 5 Points Community Center in Fulton County from about 8:00 am until 2:00 pm.

4. As a general matter, I found the poll workers to be welcoming and professional. I appreciate how they accommodated voters with visible or expressed challenges. They let those voters go to the head of the line and were quite helpful.

5. I did, however, observe several matters that raised some concerns.

6. For example, the lines in this precinct were quite long. When I arrived in the morning, there was about a two-hour wait to vote. As the morning progressed, the line did lessen but it never dropped below an hour wait time.

7. As a result, I am aware of a number of voters who left. And, while they indicated they would try to return, they indicated that they would have difficulty returning. I saw a number of mothers with young children who had

brought their children to expose them to voting. But, some of the children experienced serious "meltdowns." The moms did leave but committed to return. I do not know whether they did.

8. One of the Express Polls (there were only two at this location) malfunctioned on a number of occasions and had to be unplugged and re-started. That technical problem led to some of the delay.

9. I also observed a number of voters who were told they were in the wrong precinct. Many of those said that they had lived in the same location and voted at the same location for twenty-five years and could not understand why they were being told to vote elsewhere.

10. Another issue I observed related to provisional ballots. One voter who had registered on the October 9 registration deadline was not found in the system. A poll worker said you should never expect to be on the rolls if you registered near or on the deadline. "This," the poll worker said, "is Georgia."

11. Other problems that I observed with provisional ballots included people being forced to vote a provisional ballot when their new address was within the same precinct.

12. I believe that all the voters received if they cast a provisional ballot was a simple stub and not an explanation of how to track their ballot. I never overheard any voter being told they had to "cure" their provisional ballots;

instead, they were told, if they asked whether their ballot would count, "Yes, of course it will count."

13. And, I am aware that, after consulting with the Board of Elections office, the poll workers changed their practices with respect to provisional ballots for changes of address. So, I believe, that some voters in similar situations were treated differently.

14. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

15. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

16. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 11ᵀᴴ day of November, 2018.

Shannon Gaggero

Sworn to and subscribed before me
This the 11ᵀᴴ day of November, 2018.

Notary Public

PASCHA SHEPARD
MY COMMISSION EXPIRES
NOTARY
PUBLIC
APRIL 18, 2021
GWINNETT COUNTY, GEORGIA

150

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Lori Goldstrom. I am over eighteen years of age and competent

   to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is █████

   ████████████ Marietta, Georgia, ████████

3. My individual circumstances are the following:

   a. I was assigned to precinct PS3A as a poll watcher on Tuesday

      November 6, 2018. My shift began at approximately 1:00 p.m. and I

      was there until they posted the tapes on the door at close at 8:30 p.m.

   b. The issue I observed was voters who did not show up on the voter

      rolls based on what the poll workers were finding but I was able to

      find them on the Secretary of State's My Voter Page (MVP).

   c. I approached these voters outside the building after they had

      completed their provisional ballots and found them in MVP as listed

      at the proper precinct. I believe I had two or three voters with this

      situation.

   d. Other provisional ballots cast were by voters who showed up at the

      incorrect precinct because they moved to the area from elsewhere in

      Cobb, but had not changed their registration to vote at PS3A.

e. The other concern I observed was when a mother was going to stand with her adult son while he completed his provisional ballot. The poll workers would have allowed her to do so if his mother had not changed her mind.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _13th_ day of November, 2018.

_Lori B. Hedastrom_
Signature

Sworn to and subscribed before me
This the _13_ day of November, 2018.

_Tracy Dougherty_
Notary Public
My commission expires on
May 19, 2019.

152

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Eduardo Gonzalez. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is ███████████ Lawrenceville, GA ███████

3. My individual circumstances are the following: This midterm election was the first time I have been able to vote since obtaining my U.S. citizenship last year. I was extremely excited to vote. On election day, my mother, Dina Medalla, and I arrived at our polling location around 9 a.m. After waiting approximately thirty to forty-five minutes, we proceeded to a station where they checked our IDs and we filled out a form with our names and birthdays. I was given a yellow card and proceeded to vote using the machine. However, my mother was not able to vote. A poll worker claimed that she could not vote at that location because she was assigned to another one. However, my mother and I live at the same residence and registered to vote using the same residence. Further, my mother and I both received our citizenship ~~on the same day~~ only a month apart, registered the same day we obtained our citizenships. EG 1/9/18 The poll worker ~~gave my mother the option to~~ told my mother the only way to vote was to go to ~~go to the other location or vote using a provisional~~ another location, 20 minutes away. An impossible ballot. I began to wonder feat because she ~~was~~ could not be late to work, if she was being targeted because she only speaks Spanish. I inquired further EG 1/9/18 as to why I was allowed to vote electronically and she was not, but did not

Then another poll worker confronted the first poll worker and informed that my mother there was no need for her to go to the other location, that she could use a provisional ballot, although she, the helpful poll worker, also didn't know why I didn't need a provisional ballot.

EG 1/9/18

153

receive a reason. My mother chose to simply vote using the provisional ballot because she had to go to work and could not go to another location.

4. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __7th__ day of ~~December, 2018.~~

January 2019

Eduardo Gonzalez

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Alice Gordon.  I am over eighteen years of age and competent

   to testify to the matters contained herein.

2. I am a resident of Chatham County in Georgia and my residence address is

   ████████████████ Pooler, Georgia.

3. I have reviewed the list below and I believe that my situation most closely

   fits into the category that I have checked:

   **a.** _____ I requested an absentee ballot but I never received it.

   **b.** _____ I received an absentee ballot and returned it but my ballot was
   rejected.

   **c.** _____ I received an absentee ballot and returned it but my ballot was
   not accepted.

   **d.** _____ I was not permitted to vote using a voting machine (a DRE)
   (circumstances below) and was not offered a provisional ballot even
   though I reside in the county in which the precinct was located where
   I tried to vote.

   **e.** _____ I was not permitted to vote using a voting machine (a DRE)
   (circumstances below) because I was told I was not a resident of the

155

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

**f.** \_\_**X**\_\_ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

**g.** \_\_\_\_\_ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

**h.** \_\_\_\_\_ There were long lines at my polling location and I saw people leaving without voting.

**i.** \_\_\_\_\_ There were long lines at my polling location and I had to leave without being able to cast my vote.

**j.** \_\_\_\_\_ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

**k.** \_\_\_\_\_ Other – See below.

**4.** My individual circumstances are the following:  I have been registered to vote for years, and have always voted in the same place.  Someone came to

my house about a 2 weeks before the election and asked me to update my

registration.

5. I run a wheelchair-accessible taxi company here in Savannah, called Transportation Specialists.  We operate in partnership with CAT Teleride.

6. My wife early voted, but I stayed in that line from 6:40 PM to 9:43 PM.  At 9:43, they told me I was not on the list and could only vote with a provisional.  Apparently, my polling place had been switched to a new location called "Randolph". However, my polling place was out of provisional ballots.  I was told I could go to Randolph, but they only told me that after I'd been in line for so long and I wouldn't be able to get to Randolph in time.

7. The poll-watchers called the Randolph location, but they told me that they had closed at 7PM.

8. I was not belligerent, I wasn't even upset, I was more shocked. I think there are more people like me or felt just discouraged.  This should not be the way any candidate wins. I want both candidates to have a level playing.

9. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

**10.** I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer.  Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**11.** I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 11th day of November, 2018.

Alice Gordon
Atlas

Sworn to and subscribed before me
This the 11th day of November, 2018.

Notary Public

KATHRYN G. SHELTON
Notary Public, Georgia
Chatham County
My Commission Expires
September 24, 2019

### DECLARATION UNDER PENALTY OF PERJURY
### PURSUANT TO 28 U.S.C. § 1746
### AND/OR
### <u>SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW</u>

1. My name is Blakke Gravely I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Henry County in Georgia and my residence address is █ ██████████ Ellenwood, GA.

3. My individual circumstances are the following: **My usual polling location was changed due to construction there. I went on line to learn where to go and then went to the courthouse to vote, as I learned. I had not received a notice by mail of the new location. At the court house, with three other people, I was told I was at the wrong place and was told where to go to vote. I went there. After waiting for over two hours, I finally came to the front of the line and learned, for the first time, that I was in the wrong place. I needed to get to work, so I didn't have time to go elsewhere. I have a four year old daughter so I couldn't go again to vote after work. I was offered a provisional ballot, which I voted.**

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 4th day of November, 2018.

Signature: Blake Gravely

Sworn to and subscribed before me
This the 4th day of November, 2018.

Notary Public

160

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Antonio Greene. I am over eighteen years of age and competent
   to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ███
   ███████████████████████ Marietta GA ████.

3. Earlier in 2018, before October 2018, I mailed in an address change for my
   voter registration, using the forms provided by a third-party entity, so that
   my voter registration would reflect my current address.

4. For the 2018 Georgia General Election, I was forced to cast a provisional
   ballot instead of a regular ballot at the polling place for my residence
   address.

   a. On Election Day, November 6, 2018, I arrived at the polling place
      associated with my residence address, FAIR ~~OAKS RECREATION~~
      Birney Elementary School
      775 Smyrna Powder Springs Rd.                30060
      ~~CENTER, 1465 BRANDON DRIVE,~~ MARIETTA, GA ~~30008,~~
      AG 11/18/18
      around 6 PM, waited a little more than 30 minutes, and checked in
      with the poll worker.

   b. The poll worker informed me that I was not registered at my current
      address, and that I would need to travel to the polling place for my
      previous address, Campbell Middle School in Smyrna, in order to cast
      a regular ballot.

    **c.** Since it was close to 7 PM, the closing time for the polls, traveling to

       my previous polling location was not an option. I decided to cast a

       provisional ballot.

    **d.** I was prevented from casting a regular ballot at the ~~Fair Oaks~~ *Birney Elementary School at 11/18/18*

       ~~Recreation Cen~~ter. Instead, I was forced to cast a provisional ballot.

**5.** I give this Declaration freely, without coercion, and without any expectation

   of compensation or other reward.

**6.** I understand that in giving this Declaration, that I am not represented by a

   lawyer. Nor has any lawyer asked me to be their client or to serve in anyway

   as anything other than a witness in this litigation.

**7.** In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that

   the foregoing is true and correct.

Further affiant sayeth not, this the ___18___ day of November, 2018.

Antonio Greene

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Norma Guardiola-Valle. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Bibb County in Georgia and my residence address is ███ ██████████████ Macon, GA ████

3. I am a registered voter and have voted in past elections with no issues.

4. However, when I arrived at my voting precinct to vote during this past election, I was told that I was not registered to vote.

5. I pulled my registration information up on the MVP system, and all of my information appeared on the website. Further, the information in the MVP system showed that I was registered at the very precinct that I was told I was not registered.

6. I was very frustrated and humiliated that I could not vote. I was given a provisional ballot; however I do not know if my vote was counted.

7. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

8. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**9.** I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __13__ day of November, 2018.

Signature

Sworn to and subscribed before me
This the __12__ day of November, 2018.

Notary Public

164

Georgia My Voter Page



# MVP

## MY VOTER PAGE
GEORGIA SECRETARY OF STATE BRIAN P. KEMP

| Corporations | Elections | News Room | Professional Licensing Boards | Securities | Charities |

## My Voter Page

Voter Information

NORMA GUARDIOLA-VALLE

MACON, GA,

Race: Hispanic

Gender: Female    Status: Active

Registration Date: 11/21/2001

Change Voter Information

Click Here for Sample Ballots

Polling Place for State, County, and Municipal Elections

Precinct HA2
LAKE WILDWOOD CLUBHOUSE
100 CLUBHOUSE RD
MACON, GA, 31220 - 0000
*Election Day polling place hours are 7:00 am - 7:00 pm.*

Directions to Polling Place

Click Here for Early Voting Locations and Times

**Click Here for Municipal Polling Place**

NOTE: Non-specific rural addresses may not be available.

Georgia Voter ID

Step Voter Fraud

**VOTE**

Elections Division

Absentee Ballot Request Information

**If you prefer to vote off-site, mail or fax your absentee**

**ballot application to your** county registrar.

Click Here for an Absentee Ballot Application

**Click here for Absentee Ballot status**

Your Elected Officials

| | |
|---|---|
| **Candidates Elected:** | Officials Elected Statewide |
| **District Maps:** | Congressional District Maps |
| **U.S. Congress:** | District 008 |
| **Georgia Senate:** | District 018 |
| **Georgia House:** | District 141 |

Click Here for Qualified Candidates

Elections Advisory Council

Georgia VoteSafe

Check your Provisional Ballot Status

Please Note: Polling places are subject to change. Always check your designated polling place location via this website prior to going to vote.

Newly Registered Voters: Please review your registration date which is located under your name and address above. You must be registered on or before the established deadlines to vote in upcoming elections. Please view the current election calendar to confirm the first election in which you will be eligible to vote.

Print - Email Precinct Card      Back

Home | SOS.gov Home

165

## PROVISIONAL VOTER INFORMATION

If you voted a Provisional ballot you may visit the
Georgia Secretary of State My Voter Page website at:

*http://www.mvp.sos.ga.gov*

This website may be checked any time on/after the Friday following
an election to view if your Provisional ballot has been counted.

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Lauretta Guerin. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of the State of Oregon and my residence address is ▮▮▮▮▮ ▮▮▮▮▮ Portland, OR ▮▮▮▮

3. For the 2018 Georgia General Election, I was a poll watcher at the College Park polling station.

    a. The first issue I observed was voters who were sure they were registered to vote but didn't appear on the rolls.

    b. Registration for these voters was thoroughly checked on the Express Polling machine and on paper lists of other counties. This happened often, and when all lists at the polling place resulted in no matches, the polling manager worked with the individual voter by calling the Office of Elections and Registration to continue to search for their registration.

    c. All cases were resolved, mostly, in my observation, with positive identification of registration and the individual was given the okay to vote.

    d. In some cases, however, it was found that registration was not active. One was a former felon who had not presented his letter of clearance

to resume active registration. He knew he still needed to complete a
final step before clearing everything to be able to vote again. The
polling manager urged him to get his letter and get it cleared.

**e.** Another was a woman who had not properly registered after gaining
U.S. citizenship. Several people had thought they were registered to
vote because of signing up with a voter registration person "on the
street" and then receiving what they thought was a confirmation of
registration.

**f.** I believe that some of these individuals said that they received
something in the mail. The polling manager helped each of these
individuals by explaining the situation and instructing them on the
next steps that they would need to take to complete their registration.

**g.** One situation was a young woman who, on her 18th birthday,
registered to vote on October 9th, the deadline for registration. After
the polling manager called the Office of Elections and Registration, he
was told that she was not registered and that her registration would not
be valid until the following day, November 7th.

**h.** The young woman was accompanied by her mother and was so
excited to vote for the first time. It was heartbreaking to see the
disappointment for both the mother and daughter.

i.  The second issue I witnessed was voters who were either sent to the wrong polling place or went to the polling place where they have always voted, and told that they were supposed to vote at College Park, only to find out that they were actually supposed to vote at yet another polling place.

j.  Many of these people said that they went to a church where they always voted and it was closed. There were no signs redirecting them. They looked up the nearest polling location, which was College Park, and went there.

k.  When they arrived at College Park they were told that they needed to go to another place. At the beginning, before 3pm, the polling manager was urging people to go to the other polling place rather than voting provisionally because he knew, this way, their vote would more easily be counted.

l.  If they could not, he of course let them vote provisionally. As it got later in the day, there was a slew of people coming in with this problem they would not have had time to get to the other polling location.

m. Some of these people had taken taxis or buses and it would have been difficult to get to another location. They voted provisionally. It

seemed like these people never got the notice that their polling location changed because there were so many people with the same problem. Over 40 provisional ballots were cast at College Park, more than the polling manager had ever witnessed.

**n.** The Poll Manager and Poll Workers at the College Park polling station were very hardworking and thorough. Mr. Ken Oliver, the Polling Manager, bent over backwards to help every individual in all of the situations above.

**o.** The only problem with the 9 voting machines was that one did not have the privacy shield delivered and could not be used until it arrived. Mr. Oliver made sure that that was ordered right away and it arrived no more than two hours into the voting day.

**p.** The Express Polling machines had ongoing problems with losing connectivity and needed to be rebooted several times during the day. Mr. Oliver was hands on in fixing these machines.

**q.** At some times, there was only one machine working, at other times there were two working. The third machine was blinking in and out for most of the day. At some times this did slow down the line, but nobody in line left as a result. I think the line was about thirty minutes for a good portion of the day and, at times, it was 45-60 minutes long.

Also, with just one voting area for provisional voters, at the end of the
evening when so many provisional ballots needed to be completed,
there was a wait of up to six people at a time for the provisional
voting "booth".

**r.** Luckily, everyone hung in there and waited their turn. I did not notice
anybody leaving due to the wait.

**s.** The polling station team was very professional and thorough, and very
welcoming and helpful to me and my fellow Poll Watcher, Katy
Guerin. They were very helpful to all of the voters and, in my opinion,
went above and beyond their duties. It was a pleasure working with
Mr. Oliver, a great problem solver, and his team.

**4.** I give this Declaration freely, without coercion, and without any expectation
of compensation or other reward.

**5.** I understand that in giving this Declaration, that I am not represented by a
lawyer. Nor has any lawyer asked me to be their client or to serve in anyway
as anything other than a witness in this litigation.

**6.** I declare under penalty of perjury that the foregoing is true and correct.
Further affiant sayeth not, this the _31st_ day of December, 2018.

_Lauretta A. Guerin_
Signature

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1.  My name is Ilinca Halfon.  I am over eighteen years of age and competent to testify to the matters contained herein.

2.  I am a resident of Fulton County, Georgia.

3.  My son, Nicholas Halfon, and I registered to vote when Nicholas obtained a driver's permit and Georgia Identification Card in July 2018. I confirmed the accuracy of the information for both voter registrations.  When we went to vote on November 6, 2018, I was registered but Nicolas was not. We again attempted to register Nicholas after the election, but he is still not showing up on the Secretary of State's voter page at www.mvp.sos.ga.gov

4.  I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5.  I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer.  Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ____15th____ day of November, 2018.


_____
Ilinca Halfon


Sworn to and subscribed before me
This the ____15th____ day of November, 2018.

_____
Notary Public

EXP
3/27/21

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
<u>SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW</u>**

1. My name is Nicholas Halfon. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County, Georgia.

3. I registered to vote when I obtained a driver's permit and Georgia Identification Card in July 2018. I tried to vote in my first election on November 6, 2018, but I had to cast a provisional ballot because my registration did not go through. I again attempted to register after the election, but I'm still not showing up on the Secretary of State's voter page at www.mvp.sos.ga.gov

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the ___15___ day of November, 2018.

_____

Nicholas Halfon

Sworn to and subscribed before me
This the _____15th_____ day of November, 2018.

_____
Notary Public

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1.  My name is Christine Hanley. I am over eighteen years of age and competent to testify to the matters contained herein.

2.  I am a resident of Cobb County in Georgia and my residence address is ████ ████████ Marietta GA ████

3.  I have voted at the polling location associated with my residence address, CROSSVIEW BAPTIST CHURCH, 1100 PIEDMONT RD NE, MARIETTA, GA 30066, for the past ten years. That includes the 2018 Democratic Primary Election in Georgia.

4.  I made no changes to my voter registration prior to the 2018 Georgia General Election.

5.  For the 2018 Georgia General Election, I was forced to cast a provisional ballot instead of a regular ballot at the polling place for my residence address.

    a.  On Election Day, November 6, 2018, my daughter Annette and I showed up to vote at Crossview Baptist Church around 3 PM. After checking in with a poll worker, I was informed that I was not registered at my current address.

176

    **b.** I was informed by the poll worker that my precinct was at Martin

       Luther King, Jr. Drive in Atlanta, and that I would have to travel there

       in order to cast a regular ballot.

    **c.** I tried to explain that I had been voting at the Crossview Baptist

       Church for a decade, but the poll workers would still not allow me to

       cast a regular ballot.

    **d.** My family was very upset. My daughter Annette was able to cast a

       regular ballot, but I was not.

    **e.** I was prevented from casting a regular ballot at Crossview Baptist

       Church. Instead, I was forced to cast a provisional ballot.

**6.** I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

**7.** I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**8.** I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 14 day of November, 2018.


Christine Hanley
Christine Hanley

Sworn to and subscribed before me

177

This the ⟨14th⟩ day of November, 2018.


_____
Notary Public

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Erin Himes.  I am over eighteen years of age and competent to

   testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is ███

   ████████████, Decatur Georgia █████

3. I have reviewed the list below and I believe that my situation most closely

   fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was

      rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was

      not accepted.

   d. __✗__ N|A I was not permitted to vote using a voting machine (a DRE)

      (circumstances below) and was not offered a provisional ballot even

      though I reside in the county in which the precinct was located where

      I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE)

      (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

f. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

g. _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

h. _____ There were long lines at my polling location and I saw people leaving without voting.

i. _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

j. _____ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

k. _X_ Other – See below. The polling location said I had already voted, but the county office showed I had not. I was given a provisional ballot, but was

4. My individual circumstances are the following: I've lived voted several unable to confirm it was counted.

times at this address, at least six years. I went to my polling place and was

told that I couldn't vote because I had already voted.  I had not already voted.

5. I called the Dekalb County office and they looked up my information and confirmed I had not voted.  They spoke to the poll worker at my polling location and told them I hadn't voted. The voting machine would not accept a voting card from me because it showed I had already voted.

6. I submitted a provisional ballot.  They told me it would be counted but it still does not show up on my voter page on MVP.

7. I have a neighbor who had the exact same thing happen to him.  Also, the voters before and after me had the same issue.

8. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

9. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer.  Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

10. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 11th day of November, 2018.


Erin Himes

Sworn to and subscribed before me

This the 11th day of November, 2018.

_____
Notary Public

Glen Paul Freedman
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires 11/5/19

182

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1.  My name is Cassandra Hollis. I am over eighteen years of age and competent to testify to the matters contained herein.

2.  My mother's name is Tommie Hollis. She is over eighteen years of age.

3.  My mother and I are both residents of Fulton County in Georgia and our residence address is ███████████ Atlanta Georgia ████

4.  During the period of September and October, 2018 my mother was in recovery from a respiratory illness and did not leave our home, except to attend  a small number of doctor's appointments, until I took her to vote early on October 31, 2018.

5.  I took my mother to the C.T. Martin Natatorium, formerly Adamsville Recreation Center, on Martin Luther King, Jr. Drive, in Atlanta, Fulton County, Georgia on October 31, 2018.

6.  When we arrived we were both planning to vote.

7.  We both checked in with a poll worker in front of a computer and each handed the poll worker our identification.

8.  I signed a voting form and went to the next station to get my ballot.

9.  My mom was told by the poll worker that she had voted absentee in person at that same location, C. T. Martin Natatorium, on October 16, 2018.

183

10. My mom responded and told the poll worker "that was not true." I also said "that is not possible."

11. The poll worker said that is what it says here and I told her that is not possible.

12. The poll worker got up and went to speak with a gentleman I later learned was Phillip Francis.

13. I went over to where the poll worker and Mr. Francis were talking and again told them both that my mother did not vote on October 16th. He again said that is what it says here and I told him that was impossible because she was at home recuperating and I was at work and I drive her to where she needs to go.

14. Mr. Francis said it is on record that she voted absentee ballot in person on October 16th at the same location, C.T. Martin Natatorium. I asked "who can we call?" My mom had now walked over to where we were talking and heard this exchange.

15. My mom, as a former poll worker from many years ago, said "call downtown." Mr. Francis' response was "see, your mom knows who to call."

16. I asked Mr. Francis to call the election board. I then suggested to my mom that she have a seat while we try and work through this confusion.

17. Mr. Francis did call downtown and spoke to someone for a while. I only heard Mr. Francis' side of the conversation. It appeared to me he was being told nothing could be done. I then asked Mr. Francis to let me speak to the person on the call.

18. Mr. Francis handed me the phone. I introduced myself as Ms. Tommie Hollis' daughter and told the man on the other end of the phone that it was impossible for my mom to have completed an absentee ballot in person on October 16th for the reasons I have already described above.

19. The man on the phone said there is nothing that can be done because it shows she has already voted. I then said it was not she, so should I call the police since she had not voted on October 16th?

20. During this period I sent an email to Info@Georgiademocrat.org describing what was taking place. That email is dated October 31, 2018 at 3:14 pm EST.

21. The man I was talking to on the phone asked me to give the phone back to Mr. Francis. The two of them spoke a few more minutes.

22. While Mr. Francis was still on the phone, I then called another contact of mine and asked what could be done and also asked him to contact someone about what was taking place with my mom at the voting location.

23. I then went and checked on my mom and sat with her. My friend then contacted me again and mentioned provisional voting.

24. I then went back to Mr. Francis and asked him if my mom could vote a provisional ballot.

25. Mr. Francis said yes and said "that is what I was going to suggest, that she vote provisionally while we figure out what happened."

26. Mr. Francis then picked up a stack of files off the floor. The first page in the stack had the date of October 16th on it. There were two additional similar looking stacks of paper on the floor, on which I could also see the October 16th date.

27. Mr. Francis looked through at least two of those stacks.

28. While looking through those stacks, Mr. Francis said to me "it was very hectic here on October 15th and 16th. The machines were down, there were hundreds of people here. There was a lot of media here." He specifically mentioned the New York Times being present.

29. Mr. Francis indicated that maybe there was a mistake made in the midst of all of the chaos.

30. Mr. Francis then said, "Let's go ahead with the provisional ballot."

31. I guided my mom back to the table where she was going to vote. Mr. Francis was already seated at the same table. Mr. Francis then brought the

provisional ballot, a folder to put it in and an orange bag to put it in when she was finished.

32. My mom then sat at the table and completed her provisional ballot.

33. When my mom finished her ballot she placed it in an envelope and placed it in the orange bag. She handed Mr. the clipboard she had been using and he in turn handed her a document entitled Notice to Provisional Voters from Fulton County Department of Registration and Elections Elections Office.

34. Mr. Francis said he was going to continue to research and look through the files he previously looked through and follow up with us.

35. My mom and I then left the polling place.

36. My mom nor I ever heard from Mr. Francis.

37. My mom and I stayed at the polling place for approximately one hour.

38. I made a follow up call to an Elections Protection number. That number gave me a number to the Fulton County Department of Registration and Elections (the "Fulton County Elections Department").

39. On November 1, 2018 I called the Fulton County Elections Department. I reached someone at the Fulton County Elections Department. Before forwarding my call to the supervisor the representative who answered looked in the voter system and reported that she could see that my mom

voted on October 16th by absentee ballot. There was no reference to the provisional ballot my mom actually cast.

40. I was then transferred to a supervisor and left a very detailed message. I was not contacted by anyone in response to this message.

41. I made additional calls to the Fulton County Elections Department. After multiple calls, on multiple days between November 1st and November 8th, with no success at reaching anyone, I reached a representative, "Erica," on the phone.

42. On November 9th I called Fulton County Board of Elections because I was aware of the deadline to clear provisional ballots by November 9th in order for the provisional ballot to be counted.

43. My call on November 9th was answered by a representative who identified herself as "Erica."

44. I explained to Erica everything that took place at the polling place. Erica first asked why they didn't just delete the vote?

45. Erica then pulled up my mother's voting record and informed me that she could see both the October 16th vote (that my mom did not actually cast) and the provisional vote that my mom did actually cast.

46. I informed Erica that we wanted to cure any deficiency in my mom's provisional vote to override the vote on October 16th

188

47. Erica transferred my call to Fulton County Board of Elections supervisor Pam Colman.

48. Before Erica transferred my call she told me Pam may not be available because they were very busy. I explained that I wanted to reach someone because I understood that, that day, Friday, November 9, 2018, by 5:00 pm was when all provisional votes had to be counted.

49. Erica responded that the votes would not be certified until the following Tuesday and mentioned another certification on Wednesday. I asked does that mean my mom's vote could be counted on Monday and Erica said "yes it could be."

50. Pam did not answer my transferred call. I left again a very detailed message. I have never received a response from Pam or any other Fulton County Board of Elections representative.

51. I really am glad I was with my mom to help her navigate the confusion related to her effort to cast her vote. I hate to think about what would have happened if I had not been there to add my assistance to her efforts to vote.

52. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

53. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

54. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 12th day of November, 2018.

Signature

Sworn to and subscribed before me
This the 12th day of November, 2018.

Notary Public

44959288.v1

190

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Dasia Holt. I am over eighteen years of age and competent to

    testify to the matters contained herein.

2. I am a resident Webster County in Georgia and my residence address is ▉

    ▉▉▉▉ Richland, GA, ▉▉▉▉

3. I have reviewed the list below and I believe that my situation most closely

    fits into the category that I have checked:

    a. _____ I requested an absentee ballot but I never received it.

    b. _____ I received an absentee ballot and returned it but my ballot was

       rejected.

    c. _____ I received an absentee ballot and returned it but my ballot was

       not accepted.

    d. _____ I was not permitted to vote using a voting machine (a DRE)

       (circumstances below) and was not offered a provisional ballot even

       though I reside in the county in which the precinct was located where

       I tried to vote.

    e. _____ I was not permitted to vote using a voting machine (a DRE)

       (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

**f.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

**g.** _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

**h.** _____ There were long lines at my polling location and I saw people leaving without voting.

**i.** _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

**j.** _____ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

**k.** __**X**___ Other – please explain  - See Below

**4.** My individual circumstances are the following:

I planned to vote before work on November 6, 2018 at the Webster County EMS Building.  I gave my ID to poll worker to scan an she informed me that I was Registered in Muskogee County and was supposed to be voting in Columbus.  I have never lived in Muskogee County or Columbus. The address that the poll worker said was coming up in her system for me was incorrect. I was told that I could not vote in Webster County and I was not offered a Provisional Ballot. Columbus is a 45 minute drive and I had to report to work so I was unable to drive there to vote at that time and I didn't finish working on November 6, 2018 until 10:00pm.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the  15  day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the  15th  day of November, 2018.

193

Notary Public

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Audrey Jackson. I am over eighteen years of age and competent

   to testify to the matters contained herein.

2. I am a resident of ~~Gwinett~~ Gwinnett AT County in Georgia and my residence address is

   ███████████████████ Norcross, Georgia ██████

3. My individual circumstances are the following:

   a. On election day, I worked as an Assistant Manager at precinct 082
      and was responsible for calling the Gwinnett County Board of
      Elections with voting issues.
   b. While serving in the capacity of Assistant Manager, I witnessed a
      number of issues that impacted individuals trying to vote. Issues
      included having to turn voters away and they couldn't vote with
      provisional ballots, and system problems where voter cards reflected
      that the individual had already voted when they ~~hadnt~~ had not. In some
      instances voters brought absentee ballots to cancel and vote at their
      polling location.
   c. There was also a unilateral change in the middle of the day that
      caused a voter to go to the Gwinnett County Elections office to turn in
      the absentee ballot then return to their polling location to vote. I do
      not think that voter returned to their polling location.
   d. Other issues I witnessed included voter registration applications that
      were never processed via email or online, and voters being told their
      registration would be processed after election day.

4. I give this Declaration and/or Affidavit freely, without coercion, and without

   any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 13th day of November, 2018.

Signature

Sworn to and subscribed before me
This the 13th day of November, 2018.

Notary Public

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Cazembe Jackson.  My legal name is Janelle Jackson.  I am over
   eighteen years of age and competent to testify to the matters contained
   herein.

2. I am a resident of Fulton County in Georgia and my residence address is

   ███████████████████ East Point, GA ██████

3. I have reviewed the list below and I believe that my situation most closely
   fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was
   rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was
   not accepted.

   d. _____ I was not permitted to vote using a voting machine (a DRE)
   (circumstances below) and was not offered a provisional ballot even
   though I reside in the county in which the precinct was located where
   I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE)
   (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

f. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

g. _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

h. _____ There were long lines at my polling location and I saw people leaving without voting.

i. _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

j. _____ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

k. __x__ Other – please explain - _____

_____

4. My individual circumstances are the following:

**5.** Prior to Election Day, I moved from DeKalb County to Fulton County. I updated my address with the Board of Elections through a service known as TurboVote. I went to the polling place for my current address and was denied a ballot. I was told that I was registered at my old address in DeKalb County and needed to travel 30 minutes to a different precinct in order to vote. I did go back to my old polling location and cast my ballot.

**6.** I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

**7.** I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**8.** I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 11th day of November, 2018.

Signature

Sworn to and subscribed before me
This the 11th day of November, 2018.

Notary Public

199

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Antoinette Johnson. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Chatham County in Georgia and my residence address is

   ▉▉▉▉▉▉▉▉▉▉ Savannah, Georgia ▉▉▉ .

3. My individual circumstances are the following:

   On election day, I had to work late and arrived at my polling place just before it closed with my wife and daughter. My wife and daughter live at the same address shown on my drivers' license. We have lived at that address for two years. My wife and daughter were allowed to vote. I was told that I had to go to another location. I did not get to vote because there was no time to get to the other polling location.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _15_ day of November, 2018.

Signature

Sworn to and subscribed before me
This the ___15___ day of November, 2018.

Notary Public

KATHRYN G. SHELTON
Notary Public, Georgia
Chatham County
My Commission Expires
September 24, 2019

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Shonkearia Johnson. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Baldwin County in Georgia and my residence address is ███████████████████ Milledgeville, GA, ██████

3. For the 2018 Georgia General Election, I had trouble casting my ballot and had to vote provisionally. My circumstances are as follow:

   a. I am a student at Georgia College in Baldwin County. I tried to register to vote at school online, but the website would not accept my application.

   b. My school faxed my application in for me in time for early voting. I went to vote at the Courthouse on October 18th and I was not registered. They said my registration may have been in the mail they received that day and to come back. I checked online on SOS and it said that I was not registered. They did not offer me a provisional ballot and told me to come back later to check. Nobody followed up.

   c. So then I went to the regular voting time and they said I wasn't registered. I texted my teacher and made her aware of the situation because she was the one who faxed my paperwork in. She said that

she had faxed my papers in and told me to ask for a provisional ballot with a receipt.

    **d.** I asked the poll worker for a provisional ballot and the poll worker said that I had to be registered in the state to get a provisional ballot. She called the Judge to determine if I get a provisional ballot and the judge approved it. I was then able to vote provisionally.

    **e.** I thought I had registered in time to cast a regular ballot, but I was forced to vote provisional instead.

**4.** I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

**5.** I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**6.** I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _____ day of November, 2018.

Shonkearia Johnson

Sworn to and subscribed before me

This the ___/__ day of November, 2018.

_____

Notary Public

DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Kirsten Kemp. I am over eighteen years of age and competent
   testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is
   ███████████████ ███ College Park, GA ████

3. I have reviewed the list below and I believe that my situation most closely
   fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was
      rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was
      not accepted.

   d. _x___ I was not permitted to vote using a voting machine (a DRE)
      (circumstances below) and was not offered a provisional ballot even
      though I reside in the county in which the precinct was located when
      I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE)
      (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

f. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

g. _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

h. _____ There were long lines at my polling location and I saw people leaving without voting.

i. _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

j. __x__ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

k. __X__ Other   please explain - _____ I was told I was not registered in Fulton County and my address has been the same since 2015 and I even voted in Fulton County back when Hilary and Trump was running for president. _____

4. My individual circumstances are the following:

I attempted to vote on election day at the same polling location (College Park Auditorium) where I voted in 2016. When I got to the front of the line the poll worker told me that I needed to vote at Dalton College in Albany Georgia. I have not lived in Albany since 2015 and have voted since I moved. He did not offer me a provisional ballot and he was very busy because the voting machines were down as well. I was not able to go back and I was not able to vote.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the ____ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the ____ day of November, 2018.

Notary Public _____

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Nancy Larson. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is
███████████████████, Avondale Estates, GA ██████

3. I served as a poll watcher on November 6, 2018 at the polling location at the Robert Shaw Elementary School in DeKalb County.

4. I observed several individuals who tried to vote at this location and were told that they were at the wrong polling location, even though they had previously voted at this location in prior elections.

5. I am not certain whether these individuals were given the correct voting location, and am concerned that voters were not properly instructed on how to cast a provisional ballot.

6. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

7. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

8. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _12th_ day of November, 2018.

_Nancy Larson_

Nancy Larson

Sworn to and subscribed before me
This the _12_ day of November, 2018.

_[signature]_

Notary Public

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Ouida Leech. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Baldwin County in Georgia and my residence address is

   █                         Milledgeville, GA █

3. I have a Master's Degree in Special Education and have worked in education for ten years teaching special education and mathematics. I have also worked throughout the south for 15 years with adults who have developmental disabilities.

4. On November 6, 2018, I was a poll watcher at West Hardwick in Baldwin County, Georgia. This was not my first time working at a voting location. For about three years, I worked as a poll worker in Mississippi.

5. On November 6, 2018, I witnessed voters who were turned away because they did not appear on the roll for the West Hardwick precinct. Voters were told to go to their proper polling place even though the voters said this had been their polling place in the past. Some of these voters were quite angry to be sent elsewhere and did not have time to go elsewhere to vote. These voters said that they had to pick up children, or return to work and did not

have time to go someplace else to vote. These voters were not offered a provisional ballot.

6. I witnessed voters who said they had submitted address changes but that the roll was not correct and still reflected their prior address, in some cases the database reflected an address where they had not lived for many years.

7. I witnessed several voters who said they had registered to vote at the Department of Driver Services or the public library but who did not appear on the voter rolls and could not vote.

8. I saw only three voters receive provisional ballots: one voter had to request the ballot, and the last one was offered by the Poll Manager. When I spoke with voters about provisionally voting, people were reluctant because they did not want to upset anyone at the precinct where they had just been told they could not vote.

9. When a Probate Judge/Election Official, Todd Blackwell, came to the precinct in the afternoon, I asked him about sending voters to other precincts without offering them the option of voting here and he responded, "no exceptions except during golden hours."

10. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

11. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer Nor has any lawyer asked me to be their client or to serve in any way as anything other than a witness in this litigation.

12. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ____ day of November, 2018.

Signature

Sworn to and subscribed before me
This the _13 7h_ day of November, 2018

Notary Public

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Kenneth Lindsey, Sr. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia, and my residence address is ▆▆▆ ▆▆▆▆▆▆▆▆ Decatur, Georgia 3▆▆▆

3. The matters described herein are based on my first-hand, personal knowledge.

4. On Election Day, November 6, 2018, I went to Hillside Presbyterian Church to vote. I have always voted at this location, but on Election Day, I was not permitted to vote using a voting machine. Instead, I was told that I had to cast a provisional ballot because the poll workers could not find my name on the list.

5. After I cast my provisional ballot, I placed my provisional ballot in a concealed envelope and gave the envelope to a poll worker.

6. I did not receive instructions about what to do next or what my rights were, including how to correct a deficiency and how to check whether my ballot was counted.

7. I thought the poll worker was going to tell me if my provisional ballot was going to be counted or not, but I did not receive any additional information.

8. The following day, November 7, 2018, I was going through my mail, and I saw a voter registration flyer that had my name and registration number.

9.    On October 23, 2018, I had renewed my driver's license, but I did not know that
      I had to register to vote again when I renewed my driver's license.

10.   I give this Declaration and/or Affidavit freely, without coercion, and without any
      expectation of compensation or other reward.

11.   I understand that in giving this Declaration and/or Affidavit, that I am not
      represented by a lawyer. Nor has any lawyer asked me to be their client or to
      serve in anyway as anything other than a witness in this litigation.

12.   I declare under penalty of perjury that the foregoing is true and correct.
      Further affiant sayeth not, this the _14_ day of November, 2018.

                                                        _Kenneth Lindsey_
                                                        Signature

Sworn to and subscribed before me
This the _14_ day of November, 2018.

_____
Notary Public



**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Patrick Longstreth. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Chatham County in Georgia and my residence address is █ ▓▓▓▓▓▓▓▓▓▓ Savannah, GA ▓▓▓▓

3. I served as a poll watcher on November 6, 2018 at the polling location at the Garden City Recreation Center in Chatham County.

4. I observed that at least 10 individuals who tried to vote at this location were told that they were at the wrong polling location, even though they had previously voted at this location in prior elections and had not changed their residence since that time. In many cases, these individuals lived in close proximity -- within blocks -- of this polling location. In one instance, the individual was severely handicapped, making it difficult to travel to another location.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __12__ day of November, 2018.

Patrick Longstreth

Sworn to and subscribed before me
This the _8th_ day of November, 2018

Notary Public

217

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Melanie Manning. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is
   ███████████████████ Dunwoody, GA ██████

3. On November 6, 2018, I was a Poll Watcher at IGL BAUTISTA NUEVA JERUSALEN, 5300 Williams Rd, Gwinnett, Precinct 123. This was my fifth time working as a Poll Watcher.

4. I arrived at 6:20am with my credentials, introduced myself to the polling site manager, and requested to observe opening procedures from a position out of the way. My request was denied and I was instructed to wait outside with the voters who were already lining up. I did not see Opening Procedures or a zero tape. I entered the Polling site at 7:00am with the voters.

5. I found the process at the polling site to be inefficient, which resulted in long lines all day. The Poll Manager was uncooperative and sometimes contentious with Poll Watchers.

6. I witnessed multiple bottleneck delays which resulted from one of the two Express Poll computers repeatedly freezing up or rebooting. After the third such incident I let the Polling Manager know that I had the ability to report

the delays and possibly help her by getting her a third computer delivered. She told me everything was fine and she didn't need my help. She did not explain what was causing the problem.

7. I witnessed multiple accounts of staff sending people away to another polling site in the same county, without offering them the option to cast a provisional vote at that site. Voters waited in line for more than an hour in line before being told that they needed to go elsewhere to vote. After the second such incident, I informed the Polling Manager that this was happening and she instructed the staff to offer voters the option to cast a provisional vote. However, after the staff changed in the afternoon, they reverted back to the original practice of sending voters away without offering provisional voting as an option.

8. The site was equipped with two Express Poll computers and seven voting machines. If one or two voters were not immediately found in the computers, the entire line was held up while poll workers continued to search for them. I witnessed numerous occasions where no voters were voting at all while the line was held up at the Express Poll look-up computers.

9. I spent a lot of time outside the polling place. I noticed many cars pull into the parking lot and leave – presumably because of the length of the line. I

also noticed people who walked toward the line and left without voting when they saw how long the line was. In my opinion, the length of the line negatively affected the number of people voting.

**10.** People were frustrated in the line and confused about the lengthy delays. Voters in line complained that these long lines were why they rarely vote or hate to vote. I was at the very end of the line, checking registration status and verifying voters' polling locations during the second half of the day.

**11.** Every hour, the poll workers stopped all voting and cleared all machines to count votes. They stopped the line, collected numbers from the machines, wrote the total number of people who voted on a sign posted on the wall near the door, and then resumed the voting. The process took between 5-10 minutes every hour, resulting in regularly scheduled downtime with no votes being cast.

**12.** I spoke with at least five voters who had previously voted at this location, hadn't moved residences, but who were no longer found in the voter rolls. A common thread among them was that the last time they voted was in 2012.

**13.** I noticed that the site did not have an efficient method for addressing voters who could not be found in the computer. Addressing these issues at one or both of the two Express Poll computers held up the line and left voting machines empty while the line continued to stack up outside. During the

day, three people from the Department of Justice came and stayed for a

while, though I am not sure why. I stayed at the site until 6:30pm.

**14.** I give this Declaration and/or Affidavit freely, without coercion, and

without any expectation of compensation or other reward.

**15.** I understand that in giving this Declaration and/or Affidavit, that I am not

represented by a lawyer. Nor has any lawyer asked me to be their client or to

serve in anyway as anything other than a witness in this litigation.

**16.** I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the $\underline{15}$ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the $\underline{15}$ day of November, 2018.

_____
Notary Public

Andrea Okl
NOTARY PUBLIC
DEKALB COUNTY
State of Georgia
My Commission Expires January 30, 2021

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Gahalam Matz.  I am over eighteen years of age and competent
   to testify to the matters contained herein.

2. I am a resident of Richmond County in Georgia and my residence address is

   ███████████████████ Augusta, Georgia ██████

3. I have reviewed the list below and I believe that my situation most closely
   fits into the category that I have checked:

   a. __X__ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was
      rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was
      not accepted.

   d. _____ I was not permitted to vote using a voting machine (a DRE)
      (circumstances below) and was not offered a provisional ballot even
      though I reside in the county in which the precinct was located where
      I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE)
      (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

**f.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

**g.** _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

**h.** _____ There were long lines at my polling location and I saw people leaving without voting.

**i.** _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

**j.** _____ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

**k.** __**X**__ Other – See below.

**4.** My individual circumstances are the following:  I was not able to vote in this year's election, despite the efforts of myself and my family members for nearly two months to confirm my registration and obtain an absentee ballot.

In September, I requested an absentee ballot, but never received it. Instead, an individual from Richmond County (where I previously resided) contacted me and told me I was listed as deceased and would not be able to vote. My sons became concerned when I told them about the conversation, and they made many phone calls to the elections office. Eventually, on the day of the election, November 6, 2018, a person from the Columbia County elections office confirmed that I had been registered to vote in that county since at least 2015. However, by that time, it was too late to vote absentee, and too late for me to vote in person.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer.  Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 11th day of November, 2018.

Gahalam Matz

Sworn to and subscribed before me
This the 11th day of November, 2018.

Notary Public

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Gloria McGraw. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Dekalb County in Georgia.

3. My polling location was Redan Middle School, 1775 Young Rd., Lithonia, GA, 30058.

4. My individual circumstances are the following:

   a. I went to vote on Election Day at approximately 4PM. I've always voted at Berean Church in all previous elections, but for some reason my polling location changed for this election.

   b. At the polling location I showed the poll workers my Georgia's driver license and they said I needed to be at a different poll because my address on my driver's license did not match my voter registration address.

   c. I went online and showed them my polling location listed online was the one I was currently at. However, their system stated differently -- that I had to be somewhere in Rockbridge.

   d. I ended up voting with a provisional ballot. They didn't give me instructions on how to follow-up and cure it; instead, I saw on TV that I had to cure my ballot, so I called the number shown to do so.

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the /$\mathit{7th}$ day of November, 2018.


Gloria McGraw

227

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Isabella Jordan Minter. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Muskogee County in Georgia and my residence address is ████████████ Columbus, GA, ████.

3. In 2015, I applied for and received a driver's license at my father's residence address in Cobb County.

4. For the 2018 Georgia General Election, I was forced to cast a provisional ballot instead of a regular ballot at the proper polling place for my residence address.

   a. I registered to vote in Georgia in 2016 at an address in Muskogee County and voted in the 2016 general election at the First African Baptist Church, 901 5th Ave, Columbus, GA 31901.

   b. In 2018, before October 9, I moved one mile down the road, within the same voting precinct, and changed my voter registration to reflect my current residence address. I verified that my polling place was still the First African Baptist Church.

   c. When I showed up to vote, during the early vote period, I was informed that I was not registered to vote at my current address.

Instead, I was registered to vote at the address on my driver's license,

in Cobb County, an address I never submitted for my voter

registration.

**d.** I was prevented from casting a regular ballot at the First African

Baptist Church. Instead, I was forced to cast a provisional ballot.

**5.** I give this Declaration and/or Affidavit freely, without coercion, and without

any expectation of compensation or other reward.

**6.** I understand that in giving this Declaration and/or Affidavit, that I am not

represented by a lawyer. Nor has any lawyer asked me to be their client or to

serve in anyway as anything other than a witness in this litigation.

**7.** I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _____ day of November, 2018.

Isabella Minter

Sworn to and subscribed before me

This the _14th_ day of November, 2018.

Deborah L Davis
NOTARY PUBLIC
Muscogee County, GEORGIA
My Comm. Expires
06/10/2019

Notary Public

229

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1.  My name is Elizabeth Murphy. I am over eighteen years of age and

    competent to testify to the matters contained herein.

2.  I am a resident of Clarke County in Georgia and my residence address is ▮▮

    ▮▮▮▮▮▮ Athens, GA ▮▮▮▮

3.  I have reviewed the list below and I believe that my situation most closely

    fits into the category that I have checked:

    a. _____ I requested an absentee ballot but I never received it.

    b. _____ I received an absentee ballot and returned it but my ballot was
       rejected.

    c. _____ I received an absentee ballot and returned it but my ballot was
       not accepted.

    d. _____ I was not permitted to vote using a voting machine (a DRE)
       (circumstances below) and was not offered a provisional ballot even
       though I reside in the county in which the precinct was located where
       I tried to vote.

    e. _____ I was not permitted to vote using a voting machine (a DRE)
       (circumstances below) because I was told I was not a resident of the

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

**f.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

**g.** _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

**h.** _____ There were long lines at my polling location and I saw people leaving without voting.

**i.** _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

**j.** _____ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

**k.** __X__ Other – please explain – See Below

**4.** My individual circumstances are the following:

On November 6, 2018 I showed up to my regular polling place (Memorial Park in Clarke County).  I was told by the poll worker there that their

231

records showed that I had already cast my vote during the Early Voting period – which I had not done. I was informed that the record showed I voted at the UGA Tate Student Center. I was given a Provisional Ballot. I filed a police report as I was concerned that my identity might have been stolen.

On Friday, November 9, 2018, I went to the Voter Registration Office located on East Washington Street in Athens, GA where I was told that a vote was cast on October 31st by someone named Alden Elizabeth Murphy at the UGA Tate Student Center and it appeared to be attributed to me. I was told at Voter Registration Office that my provisional vote would "count".

5.  I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6.  I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7.  I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _14_ day of November, 2018.

Signature

Sworn to and subscribed before me
This the 14th day of November, 2018.

_____

Notary Public


Carla Braswell
Notary Public, State of Georgia
Clarke County
My Commission Expires 02/11/2022

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Shaun Murray. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is ▮▮▮▮▮▮▮▮▮, Lawrenceville, GA ▮▮▮▮

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was not accepted.

   d. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

   e. __X__ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

234

**f.** _____ I was not permitted to vote using a voting machine (a DRE)
(circumstances below). I asked for a provisional ballot but was told
that it was too early in the day for provisional ballots or that there
were not enough provisional ballots or that no provisional ballots
remained.

**g.** _____ I moved counties but did not change my registration address.
When I attempted to vote in my new county, the poll workers told me
to return to my old county in order to vote.

**h.** _____ There were long lines at my polling location and I saw people
leaving without voting.

**i.** _____ There were long lines at my polling location and I had to leave
without being able to cast my vote.

**j.** _____ There were problems with the voting machines at the precinct
at which I voted or attempted to vote.

**k.** _____ Other – please explain - _____
_____

**4.** My individual circumstances are the following: My wife and I moved 3
years ago and both changed our addresses. We waited in line for 45 minutes
at the Gwinnett County Fairgrounds. When we got to the front of the line, I
was told I was not at the correct polling location. I received a provisional

*I do not currently know the status of*

ballot. ~~When I tried to confirm that my vote was counted, I was told [insert~~ *11/18/2018*

*my provisional ballot.*

~~whether vote was counted.]~~ My wife was able to vote using a voting

machine because her address had successfully been changed.

5. I give this Declaration freely, without coercion, and without any expectation

of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a

lawyer. Nor has any lawyer asked me to be their client or to serve in anyway

as anything other than a witness in this litigation.

7. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that

the foregoing is true and correct.

Further affiant sayeth not, this the _18_ day of November, 2018.

Shaun Murray

236

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Keteria Neal. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ███ ████████████████ Marietta, GA ██████

3. For the 2018 Georgia General Election, I was forced to cast a provisional ballot instead of a regular ballot during the early vote period at a Cobb County early vote polling place, after being accused of having a felony on my record when I do not.

   a. In May 2018, I changed my address online at https://www.mvp.sos.ga.gov/MVP/mvp.do. I completed the process and received a voter card which also matches my driver's license.

   b. On Oct 22, 2018, I went to early vote at Jim R. Miller Park in Cobb and I had my 3 month old child with me. The first poll worker viewed my ID, then I moved to a second poll worker. The second poll worker pulled me out of line and said I could not vote because I had "felon" on my record.

   c. The second poll worker said I should go to "Downtown Cobb County". Then I was moved to a third poll worker. The third poll

worker called the Secretary of State office to determine why I had a felon record when I am not a felon. The Secretary of State's office could not verify to the third poll worker why I was listed as a felon.

**d.** The Secretary of State's office told the third poll worker that I should have received a letter earlier, in July, about my status as a felon and being an inactive voter, but I did not receive such a letter.

**e.** The third poll worker then offered me a provisional ballot, which I completed. I was at the polling place around two hours and was not given a receipt upon submitting my provisional ballot, but I did receive a paper that stated that I should to go to cobbelections.org or to call their office.

**f.** I emailed Cobb County Board of Elections on Nov 9 at 3:59 pm to verify the status of my provisional ballot. In reply on Nov. 9 at 4:10 pm, I received a response from Beau J. Gunn from Cobb County Elections which reads, "This screen reflects what we show in our records per the voter registration system.  If your provisional ballot was cast due to an inaccurate record it will be counted.  You should receive a confirmation letter in the mail within 7 to 10 business days after the election is certified."

   **g.** As of 11/13/18, I still do not know the status of my provisional ballot

      or if my record as a felon was cleared.

   **h.** I was prevented from casting a regular ballot at Jim R. Miller Park.

      Instead, I was forced to cast a provisional ballot after inaccurately

      being designated a felon in the system.

**4.** I give this Declaration and/or Affidavit freely, without coercion, and without

any expectation of compensation or other reward.

**5.** I understand that in giving this Declaration and/or Affidavit, that I am not

represented by a lawyer. Nor has any lawyer asked me to be their client or to

serve in anyway as anything other than a witness in this litigation.

**6.** I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __15__ day of November, 2018.

_Keteria Neal_

Sworn to and subscribed before me
This the __15__ day of November, 2018.

Notary Public



JUSTIN PITTS
Notary Public, Georgia
DeKalb County
My Commission Expires
February 11, 2022

239

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

I am Liza R. Niederwanger. I am over eighteen years of age and competent to

testify to the matters contained herein.

I reside at ▮▮▮▮▮▮▮▮ Savannah, Georgia, ▮▮▮▮ in Chatham County.

I registered to vote in the November 6, 2018 federal election. As a result of the

registration I received a voting card by mail showing the Jewish Educational

Alliance, 5111 Abercorn Street, Savannah, Georgia as my voting location.

On November 6, 2018, I went to vote at the Jewish Educational Alliance. I arrived

at approximately 6:35 a.m., as I had to care for my children and work that day.

The poll workers were not able to locate my information, even though I had the

voting card mentioned above, a valid Georgia drivers license, and a "screenshot"

of proof of my voter registration from the Secretary of State's office.

One of the two poll workers was not able to locate my voter information after

almost 55 minutes.

I was then given, without any explanation, a paper ballot, which I completed, and

signed and sealed the envelope.

Because this seemed irregular, I called the local Democratic party office in

Savannah to report what happened. They informed me that I had a provisional

1

240

ballot and instructed me to go to the Voter Registration office in Savannah the next day. I did.

Upon my arrival the next day, the Voter Registration office immediately found my information. Again, I remained concern that my vote would count, so I then went next door to the Board of Elections and explained what I had gone through on Election Day.

After explaining my Election Day ordeal, a supervisor took me into a room where the provisional ballots were located, esp. those from the JEA, where I had voted. My name was first on the list of those who had received provisional ballots. Next to my name was a code indicating why a provisional ballot was given to me. The supervisor explained that the code indicated that I did not have identification. I very vocally explained that that code was incorrect as I had presented valid identification.

The supervisor changed the code to reflect that I received a provisional ballot because my registration information could not be located.

I am very concerned because I was never explained what a provisional ballot was, or that I was receiving one, while at the polling location. I was told only that I was receiving a paper ballot.

Had I not taken the initiative, my vote may have not been counted.

I give this Declaration freely, without coercion and without expectation of reward.

2

241

I understand that in giving this Declaration, I am not represented by a lawyer, nor has any lawyer asked me to be their client or to serve in anyway other than as a witness in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

This ⟨3 day of November, 2018.

Liza R. Niederwanger

Sworn to and subscribed before me
This the ⟨3 day of November, 2018.

Notary Public

KATHRYN G. SHELTON
Notary Public, Georgia
Chatham County
My Commission Expires
September 24, 2019

3

242

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Andrea Oki. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is ▮▮▮▮▮▮▮▮▮▮▮▮ Dunwoody, GA ▮▮▮▮▮

3. I am an experienced attorney and a graduate of Brooklyn Law School and Hollins College.

4. On November 6, 2018, I was a poll watcher at IGL BAUTISTA NUEVA JERUSALEN, 5300 Williams Rd, Gwinnett, Precinct 123.

5. The lines were long all day at this location and wait times were 1-2 hours all day. I witnessed voters leave the line and abandon voting because they ran out of time to wait and observed others who walked up to the line and left when they realized how long the line was.

6. I witnessed voters who were turned away and not permitted to vote when the poll workers could not locate the voter's registration in the Express Poll. Those voters were not given a provisional ballot unless they asked for one. Later in the evening, around 5:00 pm or so poll worker began offering provisional ballots to voters who were on the Express Poll for that location.

7. I observed one woman who was told she was not registered to vote, despite the fact that she had been registered to vote in the past. The last time she voted, she said, was in 2012. She was not permitted to vote and was turned away.

8. On several occasions, I heard a poll worker tell a voter that the address the voter gave was not the same as the address in the computer. The voter was told to put the old address on the oath form and was allowed to vote but was also given a change of address form and told to complete it and mail it in later. I thought this was odd but was glad the voter was able to vote.

9. The poll workers would stop the voting process every hour to do a vote count. They would wait until all seven voting machines were empty and then do the count, put the number of votes on a sign outside, and then begin checking in voters again. They did this until the end of the night when the polls closed at 7:00 pm.

10. I spoke with two voters who were told that the state records showed they had already voted, but they had not. They had not requested an absentee ballot or participated in early voting. They were permitted to complete provisional ballots, however.

11. I saw three people from the Department of Justice come and interview the polling staff. They were at the location for about an hour.

244

12. I give this Declaration and or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

13. I understand that in giving this Declaration and or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

14. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ___ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the ___ day of November, 2018.

_____
Notary Public

245

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Raymond Parrott, Jr. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Clarke County in Georgia and my residence address is ▆▆▆ ▆▆▆▆▆▆▆▆ Athens, GA.

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

   **a.** _____ I requested an absentee ballot but I never received it.

   **b.** _____ I received an absentee ballot and returned it but my ballot was rejected.

   **c.** _____ I received an absentee ballot and returned it but my ballot was not accepted.

   **d.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

   **e.** __x__ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the

246

county in which I was attempting to vote despite the fact that I had
changed my address in a timely manner.

**f.** \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE)
(circumstances below). I asked for a provisional ballot but was told
that it was too early in the day for provisional ballots or that there
were not enough provisional ballots or that no provisional ballots
remained.

**g.** \_\_\_\_\_ I moved counties but did not change my registration address.
When I attempted to vote in my new county, the poll workers told me
to return to my old county in order to vote.

**h.** \_\_\_\_\_ There were long lines at my polling location and I saw people
leaving without voting.

**i.** \_\_\_\_\_ There were long lines at my polling location and I had to leave
without being able to cast my vote.

**j.** \_\_\_\_\_ There were problems with the voting machines at the precinct
at which I voted or attempted to vote.

**k.** \_\_x\_\_ Other – please explain – It also states on my copy of the
Official Information that Georgia voter without ID on election day,
which is from the Georgia Secretary of State's Office.

**4.** My individual circumstances are the following:

My wife and I went to vote the morning of November 6[th.]

We've lived at the address above for over 14 years and it has always been our voting address during that time. When I arrived inside of the Whit Davis Elementary School is where our polling place was location, they couldn't find me in the system. Then, they found me listed as living in Atlanta, GA. I told them that I have never lived in Atlanta, neither have I had my address changed. She gave me an address of 836 Laurel Mount Dr. S.W. Atlanta, GA. in Fulton County. She told me that I would have to go to Atlanta to vote. While waiting for them to make a few phone calls, I heard the worker questioning my wife about the street name which we live on. He kept saying ███████████ and my wife had to keep repeating, that its ███████████. They finally found her in the system and she was able to vote. I was informed that my license had expired this year on October 16, 2018, which I didn't realize. My license has the above Athens address. I was told I would have to vote a PROVISIONAL BALLOT and I would have to take it to the Board of Elections office, in an envelope they gave me. I found it odd that on my PROVISIONAL BALLOT, I selected democrat and the female who was assisting me said that I could not select either Democrat or Republican on this ballot. She darkens out both parties and mentioned that she

"hope no one seen her do that." No one seems to have experience of how the PROVISIONAL BALLOT works. After leaving the polling location, I went and had my license renewed before proceeding to the Board of Elections office. When I went to the Board of Election Office, I presented my new license and the ballot in the envelope which I had received from the polling location. I asked the clerk, was everything ok and will it count, she replied that I was in there. Later in the day, I called the Georgia Voter Protection Hotline 1(888) 730 – 5816 and I was instructed to give it a couple of days and then check back. I went back Thursday right before lunch time and inquired on the status of my vote. Some of the workers there remembered me from Tuesday. The clerk returned with my ballot and I saw a check mark in the square that indicated that my vote did not count. I questioned her about it and she ripped up the ballot and did another one to show my vote as counted. My wife called and asked when did my address changed and she was told that it was changed in November of 2017, but no one seems to know how it was done.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 19 day of November 2018.

Signature: Raymond Parrott, Jr.

STATE OF GEORGIA
COUNTY OF DEKALB

## AFFIDAVIT OF MARTHA M. PEARSON

PERSONALLY APPEARED before the undersigned, duly authorized to administer oaths, Martha M. Pearson, who, after being duly sworn, deposes and states as follows:

1.

My name is Martha M. Pearson. I am over the age of 21, suffer no legal disability, and make this Affidavit on the basis of my personal knowledge. I understand that this affidavit will be offered in connection with litigation brought by Stacey Abrams and the Abrams campaign related to the 2018 General Election.

2.

I was admitted to practice law and became a member of the State Bar of Georgia in 1980. I am currently Of Counsel with the law firm of ███████████████████ in Gainesville, Georgia. I was a Partner in the firm from 1990 until 2015.

3.

During the 2018 mid-term election, I worked as a Poll Watcher for the Democratic Party. To prepare for those duties, I participated in the required Poll Watcher Training offered by the Party on-line. I previously served as a Poll Watcher during the 2016 and 2012 Presidential Elections. To prepare for poll watching during those two elections, I participated in in-person training for the 2012 election and a live webinar for the 2016 election.

3.

I received a letter assigning me to Precincts 10i, 10b in Fulton County. The polling location was the West Manor Park Recreation Center, 3240 W. Manor Circle, Atlanta 30311.

4.

On November 6, 2018, I arrived at the West Manor Park Recreation Center at 6:30 a.m. and introduced myself to the Poll Manager, Eric Loving.  I also introduced myself to the other poll workers who included his daughter, Jamaleh, and another woman, Greta, who I believe is his wife.  There were several other workers whose names I do not recall.  I asked Mr. Loving where I could sit during the day to observe.  He asked me what my purpose was and I explained that I was there to ensure that every person who was legally entitled to vote could do so.  He then pointed me to space between the tables where voters completed the voting certificates and the tables with the Express Poll machines.  I set up a chair between those tables.  That space remained my base for the entire day although I did walk around the polling station both inside and outside from time to time.  Mr. Loving's table which included a space for executing provisional ballots was half way across the room from the voting certificate and Express Poll tables.

5.

As a part of my responsibilities before the polls opened at 7:00 a.m., I asked one of the workers whether they had sufficient provisional ballots on hand.  She assured me there were plenty, but they did not expect to need more than four or five.  She also said that it was unlikely that they would be counted in any event because it would require the voter to go to the county election office to clear the ballot.  I disagreed with that characterization and explained that depending on the reason the provisional ballot was needed, some voters would not need to do so and for those who did, the Party would help the voter get to the office within the allotted time.

6.

Not long before the polls were to open, several of the voting machine stations did not have the written instructions posted. I asked one of the workers whether they had run out of the instructions. She found some and then completed posting them at each station.

7.

The poll opened on time at 7:00 a.m. It was very crowded for the first hour and a half and the parking in the early morning was woefully insufficient. However, for the first couple of hours there were virtually no problems, that is, voters had the proper identification and were in the correct polling location. By mid-morning that began to change. Several voters could not be found as registered voters. Most of the time, the Poll Manager was able to resolve the problem when the poll workers asked him for assistance and in two or three cases where he could not, he offered the voter a provisional ballot.

8.

Throughout the remainder of the day many voters were told they were in the wrong precinct. Most of those voters wanted the address of the correct location and the poll workers wrote it down on the voting certificate for them. It appeared to me in most cases that those voters were headed to the proper location. However, several times during the day when voters were told they were at the wrong location or they could not be located at all in any of the registered voter databases, the voters were either not told at all about the provisional ballot option or they were told it was not likely the ballot would be counted and they would have to go "Pryor Street" in the next three days to make it count.

9.

One voter was told he was in the wrong precinct, that a provisional ballot would not likely be counted and he would have to go to the election office in three days for it to count. When I spoke to him after he left the building, he was extremely upset because he said he had changed his address when he changed his driver's license. He could not understand why he needed to drive to another precinct and he didn't want to complete a provisional ballot because he was told it would not count unless he went to the election office. I told him that if the precinct he was assigned to was in Fulton County, his vote for state wide offices and possibly others would count and it was worth executing a provisional ballot. He finally decided to return and complete the provisional ballot.

10.

On another occasion, I noticed a young male voter slowing completing the voter certificate and needing some assistance from the poll worker. I surmised that he was a first time voter. At the same time, I was watching an interaction at the Express Poll Unit table. The next thing I knew, the young male voter had left. I asked the poll worker why and she told me that he did not have a photo identification. I asked her if she told him about a provisional ballot. She had not, but she claimed that he went home to get the identification "because he lived just around the block." He never returned.

11.

Another voter was quite vocal about how frustrated he and his wife had been trying to get to the proper polling place. They had lived in DeKalb County and moved to Fulton but had changed their voter registration address at the library after they moved. They had voter registration cards that showed their precinct in Fulton County. When they appeared to vote, they

were told that the wife was still registered in DeKalb and the husband was at the wrong precinct in Fulton. He was told that the proper precinct was Fulton 10b10i which did not make sense to him because he had not lived in that precinct for years.

12.

Around 6:45 or 6:50 p.m., a voter presented her certificate to the Express Poll Unit poll worker and learned she was in the wrong precinct but there was not sufficient time to get to the proper precinct before the polls closed. She was about to leave when I leaned over to the poll worker and told her to tell the voter about a provisional ballot which she did. The voter expressed concern that the provisional ballot would not count. I told the poll worker to tell her that it most likely would. The poll worker reluctantly did so and then took the certificate to the Poll Manager, her father, and spent several minutes talking to him about it while the voter waited. Finally, the poll worker brought the voter to the Manager and it appeared to me, from a distance, that she was going to execute the provisional ballot. Several minutes went by as the voter and manager talked. During his discussion with the voter, the Manager loudly announced at 7:00 p.m. that the polls were now closed. Several more minutes went by and the poll workers began the process of shutting the machines down. As I was watching the process and getting a vote total from each machine, I saw the voter leave without putting a provisional ballot in the official bag the manager had for that purpose. I followed her out of the area and asked her if she had voted. She told me that she had not because the manager told her it would not likely be counted so she decided it wasn't worth the time. She was unwilling to return to demand the provisional ballot. But she did give me her name and telephone number.

13.

The total number of machine votes cast in the Fulton 10i., 10b precinct was 884. I was told by a poll worker that the total number of certificates executed was 877. Five provisional ballots were cast.

MARTHA M. PEARSON

Sworn to and subscribed before me
this ___12___<sup>th</sup> day of November, 2018

Notary Public
My Commission Expires: 12/27/2019

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1.   My name is Jim Peterson. I am over eighteen years of age and competent to testify to the matters contained herein.

2.   I am a resident of DeKalb County in Georgia, and my residence address is ███

              █████████ Atlanta, Georgia ████. I work as an attorney in Atlanta.

3.   The matters described herein are based on my first-hand, personal knowledge.

4.   On Election Day, November 6, 2018, at about 8:00 a.m./8:30 a.m., I went to Mary Lin Elementary School ("Mary Lin"), which is in DeKalb County, to vote. I was not permitted to vote using a voting machine (a DRE). Instead, I was told that I had to cast a provisional ballot because the system showed that I was supposed to vote in Morningside, which is in Fulton County.

5.   I have not lived in Morningside since 1993, however, when my family and I moved to DeKalb County. I have tried to change my voter registration address several times, but it never works. Every time I show up at Mary Lin to vote, I am told that I'm still supposed to vote in Morningside.

6.   My family all votes in Mary Lin with no problems, and they are not required to cast provisional ballots—and they all live in the same house as I do.

7.   After I cast my provisional ballot, I put it into an envelope and gave it to a poll worker. She had me put it into a red type of bag.

8.   I did not receive a piece of paper explaining what a provisional vote was or what my rights were, including how to correct a deficiency and how to check whether my ballot was counted.

9.   I did, however, ask the poll worker who had collected my provisional ballot if my vote would be counted, and she said, "Oh yea." Accordingly, after I casted my provisional ballot at Mary Lin on November 8th, I took no further action with respect to my vote.

10.   I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

11.   I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

12.   I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the 12th day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the 12 day of November, 2018.

_____
Notary Public

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Rasheikca Platt. I am over eighteen years of age and competent
   to testify to the matters contained herein.

2. I am a resident of Chatham County in Georgia and my residence address is
   ▇▇▇▇▇▇▇▇ Savannah Georgia ▇▇▇▇

3. I have reviewed the list below and I believe that my situation most closely
   fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was
   rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was
   not accepted.

   d. __x__ I was not permitted to vote using a voting machine (a DRE)
   (circumstances below) and was not offered a provisional ballot even
   though I reside in the county in which the precinct was located where
   I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE)
   (circumstances below) because I was told I was not a resident of the

259

county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.

**f.** _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

**g.** _____ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

**h.** _____ There were long lines at my polling location and I saw people leaving without voting.

**i.** _____ There were long lines at my polling location and I had to leave without being able to cast my vote.

**j.** _____ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

**k.** _____ Other – please explain - _____

_____

**4.** My individual circumstances are the following:

On election day, I arrived at the Wheaton Street location where I always vote. I wanted to vote before work. The poll worker told me that I was in the wrong place and sent me to an old school off President's Street. When I got there, they scanned my ID and told me that my voting place was Oglethorpe Academy. I left and went to work. When I got off from work, I tried to find Oglethorpe Academy. By the time I figured out that Oglethorpe Academy didn't exist and that I was supposed to go to Oglethorpe Charter School, it was 6:48pm and I wouldn't be able to get there on time. I gave up and went home. No one ever offered me a provisional ballot and I never got to vote.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _14_ day of November, 2018.

_____
Signature

Sworn to and subscribed before me

KATHRYN G. SHELTON
Notary Public, Georgia
Chatham County
My Commission Expires
September 24, 2019

261

This the 14th day of November, 2018.

_____
Notary Public



KATHRYN G. SHELTON
Notary Public, Georgia
Chatham County
My Commission Expires
September 24, 2019

## DECLARATION UNDER PENALTY OF PERJURY

1. My name is Delaney Powers. I am over 21 years of age and competent to testify to the matters contained herein. I reside at ▮▮▮▮▮▮▮▮▮▮, Woodstock, Georgia located in Cherokee County. I am a disabled veteran and use a service dog in my daily life.

2. On October 17, 2018, in advance of the November 6, 2018 General Election, I went on-line to voter.org to check my registration status and that of my husband, Clifford Rainey, Jr.

3. In looking on voter.org, I saw that we were both registered to vote and that our address was shown as ▮▮▮▮▮▮▮▮ Woodstock, Georgia. And, it showed our polling location was the Mill Creek Middle School on Arnold Mill Road, in Woodstock.

4. On November 6, Election Day, my husband and I took our eight-year old son and my service dog with us to vote at the Mill Creek Middle School. My husband had taken off a half-day from work for the specific purpose of voting.

5. We arrived at the polling location at about 3:00 p.m. There was not much of a line and we presented our identification to a poll worker. The poll worker checked my husband's registration, told him it was acceptable, and handed him a yellow access card. My husband entered a voting booth and cast his ballot.

6. When I presented my identification, however, I was told that my address on file was 112 Little River Drive and that I could not vote at that location. They told me I had to go to the First Baptist Church of Woodstock in order to be able to vote.

7. I have never lived at 112 Little River Drive. In fact, I had never heard of Little River Drive. I was never offered the opportunity to cast a provisional ballot at the Mill Creek

Middle School and I had no idea that casting such a ballot was an option. I now understand that had I been afforded that opportunity – even if I resided on Little River Drive – I would have been able to vote and my vote would have been counted in all races for which I was eligible to vote (including all of the state-wide races).

8. I was, however, determined to vote in this election so, instead of casting a provisional ballot, my husband, my son, and my dog went to the First Baptist Church – about fifteen minutes away. When we arrived there, we had to wait at least thirty minutes in order for me to vote. By that time, my dog had been working all day and I had to leave him in the car.

9. Ultimately, I was able to cast my vote but I felt like there were impediments at every turn including the inexplicable changing of my address.

Further affiant sayeth not, this the 9th day of November, 2018.

Delaney Powers

Sworn to and subscribed before me
the 9th day of November, 2018.

Notary Public

Glen Paul Freedman
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires 11/5/19

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Ofek Ravid. I am over eighteen years of age and competent to

   testify to the matters contained herein.

2. I am a resident of Cobb County in Georgia and my residence address is ▆▆

   ▆▆▆▆▆▆▆ Marietta, GA ▆▆▆▆

3. I have reviewed the list below and I believe that my situation most closely

   fits into the category that I have checked:

   a. \_\_\_\_\_ I requested an absentee ballot but I never received it.

   b. \_\_\_\_\_ I received an absentee ballot and returned it but my ballot was

   rejected.

   c. \_\_\_\_\_ I received an absentee ballot and returned it but my ballot was

   not accepted.

   d. \_\_**X**\_\_ I was not permitted to vote using a voting machine (a DRE)

   (circumstances below) ~~and was not offered a provisional ballot even~~

   ~~though I reside in the county in which the precinct was located where~~

   ~~I tried to vote.~~          *O R*

   e. \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE)

   (circumstances below) because I was told I was not a resident of the

265

county in which I was attempting to vote despite the fact that I had

changed my address in a timely manner.

**f.** \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE)

(circumstances below). I asked for a provisional ballot but was told

that it was too early in the day for provisional ballots or that there

were not enough provisional ballots or that no provisional ballots

remained.

**g.** \_\_\_\_\_ I moved counties but did not change my registration address.

When I attempted to vote in my new county, the poll workers told me

to return to my old county in order to vote.

**h.** \_\_\_\_\_ There were long lines at my polling location and I saw people

leaving without voting.

**i.** \_\_\_\_\_ There were long lines at my polling location and I had to leave

without being able to cast my vote.

**j.** \_\_\_\_\_ There were problems with the voting machines at the precinct

at which I voted or attempted to vote.

**k.** \_\_\_**X**\_\_ Other – See below.

**4.** My individual circumstances are the following: I registered to vote, but

never received confirmation of my registration. On Election Day, I received

a provisional ballot at a polling place in Clayton County. I have tried to

confirm that my vote was counted three times. During my last attempt, I was told "I am sure your vote was counted." I never received a clear answer as to whether my vote was counted or whether my registration was successful.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the 15th day of November, 2018.

_Ofek Ravid_
Ofek Ravid

Sworn to and subscribed before me
This the 15 day of November, 2018.

_____
Notary Public

JUSTIN PITTS
Notary Public  Georgia
DeKalb County
My Commission Expires
February 11, 2022

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Bradley Mitchell Resler. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Dekalb County in Georgia and my residence address is

   ▬▬▬▬▬▬▬ Atlanta GA ▬▬▬

3. My individual circumstances are the following:

   a. I moved two years ago to DeKalb County (East Lake) from Fulton County (Grant Park). This was the first time I voted in DeKalb. I'm pretty confident I changed my registration because I changed my Driver's License and everything else when I moved two years ago. My ~~partner,~~ husband, with whom I live, votes at the Saint Philip's church polling location in Dekalb county.

   b. On election I waited in line at the Saint Phillips polling location about 45 minutes. When I got to the poll worker, they said I was still registered in Fulton County. They told me that I could go ahead and vote in DeKalb on a provisional ballot. They did not give me any instructions on how to follow up on the provisional ballot. They told me that my vote would be counted.

   c. Later, my ~~partner~~ husband 11.18.18 called a 1-800 number, which I believe was the Voter Protection Hotline, to see if our vote was counted. He was told that my vote was not counted.

     d.  I was frustrated because I waited in line all that time and I could have easily gotten in my car and driven ten minutes to go vote in Fulton County if I had known my vote wouldn't count.

**4.** I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

**5.** I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**6.** In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ___ day of November, 2018.

_____

Signature

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Janet Hosty Schlake. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Fulton County in Georgia and my residence address is

    ███████████████ Alpharetta, GA, ██████

3. On election day, November 6, 2018, I served as a Poll Watcher the Warren precinct, 9F. The staff at the polling location was professional and polite. They were trying to do their jobs as best they could.

4. The issue at this location that caught my attention was the number of voters whose names did not appear on the voter rolls. Many of them said that they had lived in the same house and had voted in that precinct for years and yet they were not on the rolls.

5. I know that several voters became very upset when they were told that they could not vote. Some even stormed out.

6. They were offered provisional ballots. One woman in particular, started the ballot and then walked out visibly upset and did not turn her provisional ballot into the poll officer.

7. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

**8.** I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**9.** I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _12_ day of November, 2018.

Janet Hosty Schlake

Sworn to and subscribed before me
This the _12TH_ day of November, 2018.

Notary Public

271

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Bradley Schlesinger. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of DeKalb County in Georgia and my residence address is

   █████████████ Dunwoody, GA █████

3. I registered to vote prior to the registration deadline. However, when I checked my registration online, my registration did not show up.

4. As a result, I physically went into the registration office and turned in my registration a second time. I have a witness that went with me to turn in my registration.

5. When I arrived at my voting precinct, I was told that I was not registered to vote.

6. I believe my registration was not entered into the registration system, which ultimately did not allow me to vote on election day.

7. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

8. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

**9.** I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ⎸3th day of November, 2018.

_Bradley Sollerys_
Signature

Sworn to and subscribed before me
This the ⎸3th day of November, 2018.

_S. Geiger_
Notary Public

273

**DECLARATION UNDER PENALTY OF PERJURY**
**PURSUANT TO 28 U.S.C. § 1746**
**AND/OR**
**SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1.   My name is Lisa Schnellinger. I am over eighteen years of age and
     competent to testify to the matters contained herein.

2.   I am a resident of Pickens County in Georgia, and my residence address
     is ▮▮▮▮▮▮▮ Big Canoe, Georgia ▮▮▮

3.   The matters described herein are based on my first-hand, personal
     knowledge.

4.   On Election Day, November 6, 2018, I served as a Poll Watcher at
     Anchor Church (precinct 146) in Gwinnett County. I also served as a
     volunteer on the Voter Protection Hotline on Friday, November 16, 2018,
     and Monday, November 12, 2018.

5.   On Election Day, I arrived at Anchor Church at about 6:40 a.m., and did
     not leave until about 10:30 p.m.

6.   When I arrived at Anchor Church, there was already a line outside the
     door. The lines were approximately two hours in the morning and
     evening, and at least ninety minutes through the rest of the day.

7.   Although I believe the Anchor Church Poll Manager was well organized,
     and I personally saw her trying to assist people with voting, I still
     witnessed a number of voter issues occurring on Election Day.

11-12-18

8.   The primary issue, which started as soon as the polls opened, was that people were being turned away and told to vote at the precinct where the voter rolls indicated they were registered (they were given the address of the precinct). When I went outside to speak with them, they all indicated that they had not been given the option of voting provisionally.

9.   After I witnessed people being turned away a number of times, I raised the issue with the Poll Manager. She said that it was still early enough for people to go to the correct precinct.

10.   But I had spoken with one woman who was turned away and not given a provisional ballot after she had waited in line for more than an hour in the morning. She said she didn't have time to go to the correct precinct to vote because she had to go to work. And when I explained her right to provisionally vote, she said she didn't have time. She was very frustrated.

11.   Later in the morning, a young man was turned away from Anchor Church and told he had to go vote in his precinct. When he was leaving, I asked him if the poll workers had offered him a provisional ballot, and he said, "What's that?" When I explained the process to him, he was incredibly grateful, but he was very determined to go vote at his correct precinct.

12.   The very first provisional ballot was not offered until 10 a.m., because the voter refused to go to her old precinct. She had changed her address

online two months ago and had even received a text message stating that Anchor Church was her new polling station. The registration list nevertheless showed her being registered at her old precinct. She had waited in line for two hours and refused to drive to her previous precinct, which was far away. Only because of her refusal was she offered a provisional ballot.

13. In addition, there were a few people who knew their rights and asked that they be given a provisional ballot, and they were given one. But many people did not know their right to vote provisionally.

14. I did report to the boiler room that people were not being advised about their right to vote provisionally. I'm not sure if my report had an impact, but for one reason or another, around 2 p.m., Anchor Church finally started offering provisional ballots.

15. Once Anchor Church started handing out provisional ballots, I did not see anyone who had cast a provisional ballot receive a piece of paper explaining their rights, including how to correct a deficiency and how to check whether their ballot counted. I wish I had known about, or been trained on, the paper they were supposed to get because I would have asked about it.

11-12-18

16.   Despite the number of issues, I was truly inspired by the enormous efforts people were undertaking to try and vote; I became very invested in making sure that their votes counted.

17.   When I later volunteered on the Voter Protection Hotline, I learned of more issues at other voting precincts. One story that struck me was a mother who called in on Monday, November 12, 2018. Her daughter, a resident of Fulton County who attends college at Auburn University, had requested an absentee ballot but never received one from Fulton County. On Election Day, the daughter drove all the way from Auburn to Atlanta so that she could vote and then all the way back to Auburn for her 11:30 a.m. class. But her mother was rightfully incensed about the fact that Fulton County's failure to provide the requested absentee ballot forced her daughter to make that drive on Tuesday morning.

18.   Other issues people reported to me on the Voter Protection Hotline included (a) a woman from Fulton County who is going to school in Brooklyn requested an absentee ballot but never received it; (b) a woman in Henry County was turned away, told she was registered in Muskogee County, and not offered a provisional ballot; (c) a man in Dougherty County went to Pine Bluff Church to vote in Albany, Georgia, and he

said there were only eight voting cards for eight machines, and that

people left because it was taking too long to vote.

19.     I give this Declaration and/or Affidavit freely, without coercion, and

without any expectation of compensation or other reward.

20.     I understand that in giving this Declaration and/or Affidavit, that I am not

represented by a lawyer. Nor has any lawyer asked me to be their client

or to serve in anyway as anything other than a witness in this litigation.

21.     I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _12_ day of November, 2018.

_Lisa Schnelling_
Signature

_Lisa Schnellinger_

Sworn to and subscribed before me
This the _12th_ day of November, 2018.

_Renaye S. O'Hanesian_
Notary Public

278

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Marcus Soori-Arachi. I am over eighteen years of age and
   competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia, and my residence address is
   ███████████████████████ Duluth, GA ██████

3. I am a U.S. citizen, born in Illinois. I am part white and part Sri Lankan. I
   obtained an ~~undergraduate degree~~ MBA (MS) and a law degree from Creighton
   University in Nebraska. I am married, and my wife and I are both currently
   waiting to find out if we passed the bar exam in California. In the meantime,
   I drive for Lyft, and I am involved in two start-up companies.

4. I was very committed to voting in the 2018 election, but I faced obstacles at
   nearly every stage of the process. In the end, my vote was "never received," (MS)
   despite my best efforts. (MS)

5. I moved from ~~Florida~~ Rhode Island to DeKalb County in 2017. I obtained a driver's
   license while living in DeKalb County. When I received the driver's
   license, I noticed that my name was misspelled. Instead of Marcus Soori-
   Arachi, the license had the name "Marcus Soori-Archi." I believe (MS) I went back to
   obtain a driver's license with the correct name the following week.

279

6. Leading up to the November 2018 election, I moved from DeKalb County to Gwinnett County. I did not want there to be any issues when I voted, so I almost immediately got a new license with the updated address. I did this online. There was a box to check if you wanted to update your voter registration, so I checked this box. Online records reflect that I was registered to vote on September 27, 2018 However, I never received a voter registration card.

7. Knowing that it was important for me to vote in this election, I separately requested a voter registration card online. I received this one, but when I received it, I immediately noticed that the voter registration card contained my misspelled last name—the name that had briefly been on my DeKalb County license, but that was not on my current license and that I had never used anywhere else. I do not know how or why this name was on my voter registration card.

8. Because it was important for me to vote, I immediately requested a name change on my voter registration card, as I knew that I would not be allowed to vote when my license and my voter registration did not match. I believe this was in early to mid October, the very same day that I received the voter registration card. ~~This~~ I never received the corrected voter registration card, but my registered name was eventually corrected. *(MS)*

9. I requested a mail-in/absentee ballot ~~online~~ and, I never received it. *(MS)*

10. Thinking that I would certainly receive a ballot if I went through a third-party website, I then requested a ballot online at www.vote.org.  Part of the Vote.org process is that you provide your signature via your smart phone, and the app converts that into a signature to send to government officials.  I did this, but when I signed it, I noticed that the box containing the signature was somewhat distorted on the edges, (ms) Notably, though, my signature was perfectly legible.  There was no distortion of the signature itself.

11. I received the absentee ballot after I requested it via Vote.org.  However, with the ballot, there was a notice that the county (ms) office was not going to accept my ballot because the signatures did not match.  The notice instructed me to e-mail them a copy of my driver's license in order for my ballot to count.  I sent the e-mail with my driver's license before I took my ballot to the post office the next day. (ms)

12. Before I took the ballot to the post office, I made sure to follow all instructions on the ballot and the envelope, because I wanted to be sure that my ballot counted.

13. I wanted to minimize the travel time for the ballot, so I took (ms) my ballot to the main post office in Gwinnett County on Boggs Road. (ms) I thought that this would mean that the ballot only could go directly from the main post office to the polling place.  I specifically asked the post office employee how many stamps I

needed to mail the ballot.  I was told I needed two stamps, so I placed two stamps on the ballot and placed it in the outgoing mail close to the self-serve kiosk. At this point, I felt as though I had done everything that was required of me, and I assumed that my vote would be counted.

14. The day after the election, I called the voter suppression hotline because I was very frustrated by the extreme steps that I had to take in order to cast my vote.  This is when I learned that, according to the website, my ballot had never been received.  I was very upset, given the lengths I had gone to in order to vote.

15. At the advice of the hotline, I called Gwinnett County to find out what happened to my ballot.  They told me that they had never received my ballot and that they could not help me.

16. I then asked about the e-mail that I had sent with my driver's license; I wanted to know if they had received it.  At first, they said that they could not find the e-mail.  I knew that it had been sent successfully though, because I never received an e-mail telling me that I had sent it to the wrong address and because I use a program to ensure that my e-mails are delivered. Finally, after approximately five minutes, they acknowledged receiving the e-mail, but they told me that the e-mail had been "in the wrong area."  This was very perplexing to me, as I do not know how an e-mail could be in the

"wrong area" or how there are "right" or "wrong" areas of an e-mail inbox. I asked what was meant by that, and they told me that they could not answer that question but that the e-mail was in the right area then. Nevertheless, no one was ever able to identify where my ballot ended up or why it was not accepted.

17. I really cared about voting, and I felt that there was a new and unexpected obstacle for me to vote at every step of the process. I was very committed to voting, so I did everything I could to jump every hurdle that was put in my path. At the end of the day, though, my vote still was not accepted and counted. I can only imagine what happened to people who are less committed to voting, who are less educated, who are not as savvy with technology as I am, or who simply do not have the time and additional resources I have. This experience was incredibly frustrating to me, and I am very concerned about what the implications of this election on our state and country.

18. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

19. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

283

**20.** I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _13th_ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the _13th_ day of November, 2018.

_____
Notary Public

284

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746
AND/OR
SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW**

1. My name is Panessa Stephens. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am registered to vote in Cobb County in Georgia at my previous residence address, which is ███████████████████████, KENNESAW, GA, ████

3. My polling location, as verified on the Secretary of State's "My Voter" page, is FIRST UNITED LUTHERAN CHURCH-BG01, 3481 CAMPUS LOOP RD, KENNESAW, GA, 30144.

4. For the 2018 Georgia General Election, I was forced to cast a provisional ballot instead of a regular ballot at the polling place for my registered address.

   a. On Election Day, November 6, 2018, I went to my polling place, the First United Lutheran Church, to vote.

   b. After checking in with poll workers, I was told that I had been given an absentee ballot this election cycle and that I had already voted early or absentee this election cycle.

285

**c.** I am certain that I did not request an absentee ballot and I am certain that I did not vote early. The previous time I requested an absentee ballot was in the 2012 election.

**d.** I informed the poll workers that I did not vote and I have not already voted. I was asked to step aside and speak with another poll worker, Rick Martin.

**e.** Rick Martin called the elections office and he was told that they had a record I had cast an absentee ballot at Jim Miller Park in Kennesaw, Georgia. Rick informed me that they would be able to tell if the Jim Miller Park ballot was not mine by comparing the signature.

**f.** At that time, I was instructed to complete a provisional ballot instead of a regular ballot. I called the Cobb County Elections Office and told them I wanted my ballot at the Lutheran Church to count as the official ballot. They notified me that they had made the change and would count the Lutheran Church in-person ballot.

**g.** As of 11/12/2018, on the Secretary of State's "My Voter" page, my vote is still shown as being cast absentee/early on 10/25/2018, which did not happen.

**h.** I was prevented from casting a regular ballot at First United Lutheran Church. Instead, I was forced to cast a provisional ballot.

5. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the _13th_ day of November, 2018.

Panessa Stephens

Sworn to and subscribed before me
This the _5th_ day of November, 2018.

Notary Public

my commission expires on
May 19, 2019.