IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING COALITION PLAINTIFFS' MOTION FOR ADDITIONAL PAGES

Good cause having been shown, the Motion of Coalition Plaintiffs for Additional Pages [Doc. 411] is GRANTED. Coalition Plaintiffs' Brief in Support of its Motion for Preliminary Injunction shall not exceed fifty (50) pages.

SO ORDERED this 19th day of June, 2019.

Amy Totenberg
United States District Judge