# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | |
| ) | NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that on June 21, 2019, copies of *(1) **STATE DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO REBECCA WILSON**; (2) **STATE DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO LOWELL FINLEY**; and (3) **AMENDED NOTICE OF DEPOSITION OF J. ALEX HALDERMAN*** were served upon the following counsel of record via electronic mail:

Cary Ichter
Ichter Davis LLC
Suite 1530
3340 Peachtree Road N.E.
Atlanta, Georgia 30326
cichter@ichterdavis.com

David D. Cross
John P. Carlin
Jane P. Bentrott
Catherine L. Chapple

Bruce P. Brown
BRUCE P. BROWN LAW LLC
1123 Zonolite Road, Suite 6
Atlanta, Georgia 30306
bbrown@brucepbrownlaw.com

John Michael Powers
Lawyers' Committee for Civil Rights
Under Law
Suite 900

| | |
|---|---|
| Robert W. Manoso<br>Morrison & Foerster, LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>dcross@mofo.com<br>cchapple@mofo.com<br>jbentrott@mofo.com<br>rmanoso@mofo.com<br>jconway@mofo.com<br>amiriyala@mofo.com | 1500 K Street, N.W.<br>Washington, DC 20005<br>jpowers@lawyerscommittee.org<br>jbrody@lawyerscommittee.org<br>Kaye Burwell<br>David Lowman<br>Cheryl Ringer<br>Office of The Fulton County Attorney<br>141 Pryor Street, Suite 4038<br>Atlanta, Georgia 30303<br>kaye.burwell@fultoncountyga.gov<br>david.lowman@fultoncountyga.gov<br>cheryl.ringer@fultoncountyga.gov |
| Halsey G. Knapp, Jr.<br>Adam Martin Sparks<br>Krevolin & Horst, LLC<br>One Atlantic Center, Suite 3250<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309<br>hknapp@khlawfirm.com<br>sparks@khlawfirm.com | Robert Alexander McGuire<br>Robert McGuire Law Firm<br>113 Cherry Street #86685<br>Seattle, WA 98104-2206<br>ram@lawram.com |

This 21st day of June, 2019.

**ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC**

*/s/ Alexander Denton*
Vincent R. Russo
GA Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
GA Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
GA Bar No. 976240
cmiller@robbinsfirm.com

Kimberly Anderson
Ga. Bar No. 602807
kanderson@robbinsfirm.com
Alexander Denton
GA Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
GA Bar No. 575966
blake@robbinsfirm.com
500 14th Street NW
Atlanta, GA  30318
Telephone:   (678) 701-9381
Facsimile:    (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system which will automatically send counsel of record email notification of such filing.

This 21st day of June, 2019.

/s/ Alexander Denton
Alexander Denton