IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, : | |
| : | |
| Defendants. : | |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed by the parties, ("JPRDP", Doc. 410), the Court APPROVES the parties proposed schedule in this matter as follows:

| CASE EVENT | DATE |
|---|---|
| Answers to the Second Amended and Third Amended Complaints | June 4, 2019 |
| Rule 26(f) Conference | June 10, 2019 |
| Submission of Joint Discovery Plan | June 17, 2019 |
| Close of Fact Discovery | November 15, 2019 |
| Opening Expert Reports | November 22, 2019 |
| Rebuttal Expert Reports | December 4, 2019 |
| Reply Expert Reports | December 11, 2019 |
| Trial Readiness | January 2020 |

In addition, as Defendants contend that *Martin et al. v. Fulton Co. Bd. of Registration and Elections et al.*, Case No. S19A0779 (Ga. Sup. Ct. 2019) is a related case, the Court **DIRECTS** Defendants to file the case materials in the *Martin* case on the docket within fourteen days.

**IT IS SO ORDERED** this 21st day of June, 2019.

_____
**Amy Totenberg
United States District Judge**