**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COALITION PLAINTIFFS' BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

June 21, 2019

**Table of Contents**

I.     **INTRODUCTION: OVERVIEW OF RELIEF SOUGHT**   1

II.    **FEASIBILITY OF THE RELIEF**   6

A.    "Most Widely Accepted Voting Method in the Nation"   6

B.    Logistics   7

    1.    Sensible Timing   7

    2.    Availability of Printed Ballots   7

    3.    Training   8

    4.    Early Voting and Number of Ballot Styles   8

    5.    Long lines   9

C.    Particular Issues with Counties and Municipalities   10

III.   **SUCCESS ON THE MERITS**   12

A.    Numerous Voters Experienced Problems in the 2018 Election   13

B.    Voting System Reporting Issues and Discrepancies   20

    1.    Irregular DRE machine tape totals   20

    2.    DRE discrepancies   21

C.    Extreme Undervote in Lieutenant Governor's Race   21

D.    DREs Violate Ballot Secrecy   25

    1.    Background   25

    2.    Plaintiffs Likelihood of Success on the Merits   30

|  | 3. | Strong Public Interest in Protecting Ballot Secrecy | 32 |
| **IV.** | **ELECTRONIC POLLBOOK ACCURACY** | | 34 |
| A. | Relief Initially Sought and Court's Disposition | | 34 |
| B. | Vulnerability and Corruption of Electronic Pollbooks | | 34 |
|  | 1. | Electronic Pollbook Problems in 2018 Primaries | 35 |
|  | 2. | Electronic Pollbook Problems in 2018 General | 36 |
| C. | Disenfranchisement | | 36 |
| D. | Provisional ballot problems | | 37 |
| E. | Relief sought | | 37 |
| **V.** | **AUDIT REQUIREMENTS** | | 40 |
| **VI.** | **DEFENDANTS HAVE NO EQUITIES** | | 42 |
| **VII.** | **CONCLUSION** | | 46 |

The Coalition Plaintiffs file this Brief in Support of their Motion for Preliminary Injunction.

## I.    INTRODUCTION: OVERVIEW OF RELIEF SOUGHT

This Motion seeks to protect the constitutional rights of Georgia citizens to vote and have their ballots counted in the 2020 elections, including the March Presidential primary, and the remaining  2019 elections.  The Coalition Plaintiffs seek injunctive relief that will ensure that voters' rights to a secret ballot will be protected immediately; that hand-market paper ballots with Accu-Vote scanners will replace DRE voting machines no later than October 1, 2019; that election results will be audited; and that the problems with the electronic pollbooks are promptly remedied and paper back-ups provided at polling locations.

Unless injunctive relief is granted, the State will have no constitutionally acceptable voting system for the foreseeable future.  The State's new ballot marketing device ("BMD") system, *if* ever deployed, will not be operational until, at the very earliest, the late March 2020 Presidential primaries, and will not address the constitutional violations at issue in this case.  It is therefore imperative that the State be enjoined to replace the unconstitutionally defective DRE voting machines with hand-marked paper ballots so that Georgia voters have a constitutional voting

system for the balance of 2019 and for the 2020 Presidential primary, other primaries, and the general election.

Coalition Plaintiffs continue to seek relief in this case relating to the DRE voting system and the electronic pollbooks, as sought in two prior Motions for Preliminary Injunction.  (Docs. 258, 327).  With respect to the DREs, the relief that the Coalition Plaintiffs seek is to replace only the DRE electronic voting machines, not the entire Deibold Accu-vote DRE certified election system.  If this Motion is granted, the DRE voting machines would be sidelined,[1] but the State would continue to use the Diebold/GEMS election management system, and the Diebold optical scanners until Georgia implements an another accountable voting system.

If the Coalition Plaintiffs' Motion is granted, the voter's selection will no longer be made on unauditable DRE touchscreen machines and instead will be marked directly on a paper ballot and then scanned by the Diebold Accu-Vote optical scanners.[2]  The selections will be recorded on the scanner's removable

---

[1] The Coalition Plaintiffs' Motion, by its terms, does not prohibit the use of electronic or other appropriate units for persons with disabilities.

[2] Georgia law permits the paper ballot scanning to take place either at each polling location or centrally at the election office at the option of the county election board.  O.C.G.A. § 221-2-483(a).  As reflected in their Motion, Coalition Plaintiffs recommend leaving this choice to each county superintendent's discretion based on local logistics, personnel and training considerations.

memory card for transfer to the GEMS server for consolidation and tabulation of vote totals, as mail and provisional ballots are processed today.

Though modest in scope, the relief sought by the Coalition Plaintiffs remedies the core defect in Georgia's current system configuration for in-person voters: the absence of "a paper trail or any other means by which to independently verify or audit the recording of *each* elector's vote, i.e., the actual ballot selections made by the elector for either the elector's review or for audit purposes." (May 21, 2019 Order, Doc. 375, at 4). If the motion is granted, there is an independent record of voters' selection in the form of the voter-marked paper ballots. *See Curling v. Kemp,* 334 F. Supp. 3d 1303 , at 1328 (N.D. Ga. 2018) (a new balloting system in Georgia "should address democracy's critical need for transparent, fair, accurate, and verifiable election processes").

The key to the feasibility of this remedy is that Georgia has long used this system for processing paper ballots. In the November 2018 elections, the State processed over 250,000 hand-market paper ballots using the same certified Diebold components and processes that it would use to count virtually *all* the votes if Coaltion Plaintiffs' injunctive relief were granted. In fact, if Coalition Plaintiff's requested injunctive relief is granted, the State would need to make only minimal if any changes to procedures for ballot layout, paper ballot procurement, counting,

and reporting paper ballots; the counties would merely order more paper ballots from printers and, instead of giving voters a voter access card to enable the DRE voting machines, pollworkers will issue paper ballots.

In contrast to the relief sought by the Coalition Plaintiffs, the Curling Plaintiffs seek relief in their Proposed Order that would immediately replace not only the DRE touchscreen voting machines, but the entire "Diebold AccuVote DRE voting system." (Doc. 387-8 at 2). While the Coalition Plaintiffs agree that the entire system should be replaced over the next few years, the State does not have the resources or the equipment necessary to purchase and mobilize new machines in time for the November 2019 elections, or the 2020 elections. Under the current circumstances, the only feasible relief is the relief proposed by the Coalition Plaintiffs, using the hand marked paper ballot system already in place in Georgia augmented by robust post-election audits.

Even with the change to hand-marked paper ballots, rigorous post-election audits are essential. "Thorough post-election auditing is essential and must be taken seriously in all elections, but this is especially true when using an outdated and vulnerable Diebold system." (A. McReynolds Supp. Decl. ¶ 28 (Doc. 413 at 229-30)). For this reason, the Coalition Plaintiffs in their Motion seek an order requiring Defendant State Election Board and Plaintiffs to confer and file with this

Court a proposed plan for a pre-certification audits of the paper ballot tabulations, and to apply applicable audit techniques to DRE components until paper ballot elections are fully implemented.

As the Coalition Plaintiffs have documented in prior filings and with this Motion, Georgia voters continue to be subjected to disenfranchisement because of malfunctioning electronic pollbooks.  The Coalition Plaintiffs therefore also seek relief relating to the remediation of the electronic pollbooks.

In this Brief, the Coalition Plaintiffs will focus primarily on new evidence. Part II will address the feasibility of the relief sought: cost, training, provisioning equipment, management of early voting, and particular issues relating to counties and municipalities.  In Part III, the Coaltion Plaintiffs will address new evidence substantially strengthening the likelihood of success on the merits, including scores of first-hand accounts of the malfunctioning DREs in the November 2018 elections, the discrepancies in vote totals, the extreme undervote in race for Lieutenant Governer, and the new evidence confirming that the DREs violate ballot secrecy.  In Part IV, the Coalition Plaintiffs will address the additional evidence establishing the immediate need for relief relating to electronic pollbooks. In Part V, the requirement for post-election audits is explained.  In Part VI, the Coalition Plaintiffs will show that the Defendants have no equities whatsoever:

5

even after this Court's September 2018 order, Defendants have taken no discernable action to address the constitutional infirmitiues of the State's DRE voting system.  Finally, in Part VII, the Coalition Plaintiffs will explain that granting injunctive relief now will provide a safe, sensible, constitutional alternative to, and contingency for, the State's planned deployment of the BMD system in 2020.

## II.    FEASIBILITY OF THE RELIEF

### A.    Overview – "Most Widely Accepted Voting Method in the Nation"

The system that the Coalition Plaintiffs recommends is used across the nation in approximately 112,000 precincts covering 133 million registered voters. (A. McReynolds Decl., Doc. 413 at 223-24 n. 1).  According to Amber McReynolds, an expert in the field: "This hand marked paper ballot and scanning method of balloting is the most widely accepted voting method in the nation."  (*Id.* at 224); *see also* Hoke Decl., Doc 413 at 255 (noting that such balloting is used in 45 states and the District of Columbia).

With respect to logistics of transitioning to hand-marked paper ballots, the Coalition Plaintiffs have filed declarations from three experts with substantial experience managing or monitoring transitions to hand-marked paper ballot systems.  (Doc. 413 at 237 (C. Hoke); *id.* at 219 (A. McReynolds; *id.* at 270 (V.

Martin)).  All concur that the transition using the existing Diebold system  is

feasible.  (*E.g.,* V. Martin Decl., Doc. 413 at 274 ("[I]t is my opinion that in

Georgia an immediate switch to hand-marked paper ballots using the optical

scanning capabilities of its current voting system is feasible, economical and

essential for fair elections.").

B.    **Logistics**

*1.    Sensible Timing*

The State has adequate time to transition to hand-marked paper ballots for

use during 2019's relatively smaller elections. Such "'off-year elections" are the

ideal time for a mission-critical technology transition." (Hoke Decl., Doc. 413 at

254).  These elections are crucially important, but "are likely to require fewer

ballot styles, and contain fewer questions or races, than would be required in a

primary or general election."  (*Id.*).  As a result of likely lower turnout, "poll

workers and administrators, as well as voters, can gain additional familiarity with

marking and scanning paper ballots."  (*Id.* at 255).

*2.    Availability of Printed Ballots*

Granting the requested relief means the Defendants must increase the

quantity of paper ballots being printed, but the largest ballot printer in the country

is ready, willing and able to provide as many ballots as Georgia needs for twenty-

six cents a ballot. (Doc. 277 at 87).   Georgia already has 900 Accu-Vote scanners

and, if more are needed, scanners are widely available at reasonable prices.  (Doc.

265 at 8; Doc. 277 at 88-89; *id.* at 110).   Moreover, the cost of additional paper

ballots and scanners will probably be offset by the considerable cost savings

associated with not having to test, transport, secure, and close down 27,000 aging

DRE machines.  (*See* Doc. 258-1 at 298-299).

### 3.    Training

Little additional training of pollworkers is necessary; pollworkers are

already trained to securely handle and account for paper ballots for provisional

voters.  "Instructing voters and pollworkers on DRE operation is far more complex

than working with hand-marked paper ballots."  (V. Martin Decl., Doc. 413 at

275). County election officials have the experience in operating the Accu-vote

optical scanners and GEMS election management software.

### 4.    Early Voting and Number of Ballot Styles

Counties can switch to hand-market paper ballots without reducing the

availability of early voting.  In the September 12, 2018 hearing, Fulton County

Election Director Richard Barron testified that 400-450 ballot styles would be

required for management in the November 2018 early voting locations, (Tr. at

262:25).  Mr. Barron's assertions appear to have been wildly exaggerated.  In

testimony in a state court election contest in January 2019, Mr. Barron testified that

the county had only 115 ballot styles during the November 2018 election.[3] But even if more ballot styles had been required, there is no evidence that more ballot styles and having enough paper ballots available at every early voting center would be unmanageable.  Denver, by contrast, managed more than 850 ballot styles at its early voting centers in the 2008 primary and 425 ballot styles for the 2008 Presidential Election.  (Doc. 413 at 232-233). Moreover, in Georgia, each county's election office currently manages multiple ballot styles for mail balloting.[4]

> 5.   *Long lines*

At the September 12, 2018 hearing, Defendants predicted chaos, long lines, and resulting voter disenfranchisement if Georgia switched to hand-marked paper ballots.  Yet continued use of DRE voting machines in 2018, combined with inaccurate electronic pollbooks, caused long lines and voter disenfranchisement throughout the State. Some lines were as long as 4 to 5 hours. (*E.g.,* Doc. 412 at 106).  The Coalition Plaintiffs have filed hundreds of pages of declarations from

---

[3] (Ex. E hereto, Brown Decl., Ex. 2. Tr: 39:14).

[4] In her Declaration, Virginia Martin addresses the challenge of needing numerous ballot styles in early-voting centers in a few high-population centers.  Ms. Martin explains that the problem is not unique to Georgia "and has been solved in jurisdictions across the country without the reliance on touchscreen voting machines."  (Doc. 413 at 277).  Ms. Martin goes on to list a number of common-sense inventory management solutions employed in other jurisdictions, including advance planning, careful daily inventory management, ballot-on-demand printers, and requiring high-volume early-vote centers to be managed by the most experience staff.  (*Id.*).

voters describing in painful and depressing detail their experience in trying to vote in Georgia in 2018.  (*See* Doc. 412, *passim;* Doc. 413, at 7 - 195).

Using hand-marked paper ballots, repairing the electronic pollbook defects, and using paper backup pollbooks (discussed below) "can dramatically shorten polling place lines" by avoiding the complexity of operating "aging and unreliable electronic voting equipment."  (Doc. 413 at 274).  A key benefit of using hand-market paper ballots is the ability to expand capacity quickly when high turnout occurs. It is difficult to add DRE voting machines once deployment decisions have been made.  But it is easy to acquire more ink pens and cardboard privacy shields and make a modest increase in the number of pollworkers.  (Doc. 413 at 274).

C.   **Particular Issues with Counties and Municipalities**

1.   Necessary Parties and Redressability

In a separate May 29, 2019 brief (Doc. 379), the Coalition Plaintiffs addressed in detail the Court's concerns relating to whether preliminary injunctive relief against the named defendants (the Secretary, the State Board, and the Fulton County Board) will be effective as it relates to elections conducted by other counties and municipalities.  As explained in that brief, an injunction prohibiting the Secretary from using DREs will, in effect, prohibit their use statewide because the Secretary of State, by law and by longstanding practice, is the party responsible

for programming the DREs and all voting system components for every county election.  O.C.G.A. § 21-2-50(a)(15).  The Secretary of State's office also owns most of the DREs.  Only seven municipalities conduct their own DRE-based elections.  (Doc. 379 at 2 n.1).  If the Secretary does not program the DREs, there is no practical means for the counties and the municipalities to conduct elections using the DRE system.

In addition, granting injunctive relief will not result in undue prejudice to municipalities that have been relying upon counties for election assistance because counties and municipalities regularly enter into multi-year governmental agreement providing for such assistance, and there is no reason to believe such mutually beneficial agreements will be curtailed because of the entry of injunctive relief.  (Doc. 379 at 4 – 7).  It appears from available information that counties plan to continue to conduct municipal elections during 2019, although many smaller municipalities will continue their practice of conducting their own elections using hand counted paper ballots.

Expert Virginia Martin, with substantial experience running elections in Columbia County, New York, a jurisdiction of modest size, discusses the burdens upon municipalities in making the transition, and concludes, based on her experience, "that pollworkers in municipal elections will encounter minimal

11

difficulty in a transition to paper ballots, particularly given the small number of ballot styles to handle."  (Doc. 413 at 311).

In her declaration, Ms. Martin also explains the cost to municipalities if the transition is *not* made immediately.  Municipal elections across the country are frequently extremely close, with a margin of victory of only a few votes.  (The experience in Georgia is the same.[5]) Leaving the results of these extremely close elections to Georgia's unauditable, flawed DRE voting system "from which the results cannot be recounted is taking an unacceptable risk with the governance of municipalities."  (Doc. 413 at 281).

## III.   PLAINTIFFS REMAIN LIKELY TO SUCCEED ON THE MERITS

The strength of plaintiffs' case on the merits has increased since this Court, in its September 2018 order, found that Plaintiffs were substantially likely to succeed on the merits.  334 F. Supp. 3d at 1324.  As explained in Part A, the defectiveness of the DREs was again confirmed; in the 2018 elections Georgia voters experienced a multitude of problems in their attempts to vote.  As explained in Part B, there was an unprecedented undervote in the 2018 election for Lieutenant Governor, further evidence of system defects.  As explained in Part C,

---

[5] For example, in the 2019 City of Atlanta special election for a vacant city council seat, Antonio Brown's margin of victory (to make it to the run-off) over the third place finisher was three votes.

new evidence and admissions by the Secretary of State confirms that the State uses the DREs to violate citizens' rights to ballot secrecy.

A.     **Numerous Voters Experienced Problems in the 2018 Election**

In support of this Motion, the Coalition Plaintiffs have filed a Consolidated Exhibit with 473 pages of declarations of representative voters and pollwatchers from across the state describing wide-ranging problems in Georgia's 2018 elections (Docs. 412 and 413). Several of those illustrative declarations are discussed below:

*Lieutenant Governor's race:* For some voters, the Lieutenant Governor's race did not appear on the electronic ballot at all (Doc. 412 at 17 (S. Talley Decl.)), or did not appear on the electronic ballot until the final summary verification screen, (*E.g., id.* at 8 (C. Ramirez Decl.); at 10 (K. Polattie Decl.); at 13 (T. Thomas Aff.).

*Incorrect candidates:* Voters reported receiving ballots from the wrong congressional district.  (*Id.* at 19 (J. Gronewald Aff.)).  Attorney Robin Shahar, a pollwatcher at Allgood Elementary, describes the experience of a voter whose ballot included a race which listed Karen Handel as a Democrat, with no Republican opponent.  (*Id.,* at 24).  The voter explained to Ms. Shahar that "she didn't think Karen Handel's race should be on the Allgood ballot because she

knew Karen Handel is a Republican."  In addition, Allgood Elementary School

Precinct in Stone Mountain is not in the 6th Congressional District.

　　*Self-casting ballots.*　 A common problem experienced by voters throughout

the state involved DREs casting the ballot before the voter pressed the "cast vote"

button and before the voters could study or make corrections on the review screen.

(E.g. Ex. E hereto, Brown Decl., Ex. 1, page 70:20).　 A "voting equipment issues"

chart produced by Rockdale County Board of Elections discloses seven separate

instances in which DREs "self-cast" ballots before the voters were finished voting.

(*Id.*, Ex. 7).  When DeKalb County voter Grace Ann Young tried to vote

"[s]omething popped up on the screen as if it were going to let me review my vote,

but then the screen suddenly said that I had voted. I did not click 'cast my ballot'

or do anything else."  Young asked a pollworker for clarification on whom she had

voter for; the pollworker said they could not tell. (Doc. 412 at 41-42).  A Savannah

voter, Vernon Jones, reported: "instead of allowing me to review my votes, the

machine automatically cast them."　 A pollworker told Jones there was nothing

wrong with the machine.  (*Id*. at 35).  The voter behind Mr. Jones had an issue with

the same machine:  "He inserted his voting card but the machine failed to bring up

any information." (*Id.* at 36). Instead of reporting or trying to remedy the problem,

the poll manager simply shut down the machine, leaving Jones and other voters

without a method to validate their votes. (*Id.*). *See also id.* at 39 (Decl. of D. Shah) (same).

*Vote flipping.*  Teri Adams, voting in Cochran, Georgia, selected Stacey Abrams but saw Brian Kemp's name selected on her final review page. Adams re-selected Stacey Abrams, only to again see Brian Kemp's name selected on the review  page. Only on her third try did Adams' review page correctly display Stacey Abrams as her selection. (*Id.* at 44). Allison Bish, a Gwinnett County voter, and Joycelyn Lester, of Blakely, Georgia, separately encountered the same problem: they tried three times to vote for Stacey Abrams but saw Brian Kemp selected on their review screen; only on their fourth attempt did they see Stacey Abrams selected. (*Id.* at 44 (A. Bush); *Id.* at 66 (J. Lester)).

Shirley Francois, a DeKalb County voter, saw all her Democratic candidates switched to Republican candidates on the electronic ballot several times. Curious and frustrated, she decided to test the glitch by instead selecting all Republican candidates. Curiously, her selections *stayed Republican*. Only after several more tries was Francois able to see Democratic candidates on her review screen. (*Id.* at 58-59).

*Machine malfunctions.*  Numerous voters encountered malfunctioning DRE machines. Courtnie Fore, a Kennesaw voter, saw an "error" message on her voting

machine that continued even after pollworkers handed her a new yellow voter ID card. This caused confusion for Ms. Fore as well as the pollworkers themselves, one of whom said it appeared that "[Ms. Fore] had already voted," even though her DRE machine only produced error messages. (*Id*. at 86).  Mandi Herndon, a DeKalb County voter, similarly encountered "invalid card" messages with her original yellow voter access card as well as a second one given to her by a pollworker. Even though Ms. Herndon never had an opportunity to cast her vote, she "was told that it was recorded as if [she] had already voted." (*Id*. at 94-5).

Another voter, Sharita Mitchell, encountered similarly faulty machines in Thomas County. Every time Ms. Mitchell selected a candidate and tried to move to the next page, "the whole screen would glitch . . . it flickered and a green and black line appeared."  (*Id*. at 100-101). Finally, the final review screen correctly displayed all of Ms. Mitchell's selections. When she tried to cast her vote, however, the screen "glitched" once again. Though a final page did appear saying "your vote has been cast," Ms. Mitchell remained deeply concerned over whether her vote was recorded. The pollworker "did not express any concern about the machine," and "was not helpful." (*Id.*).

In other instances, pollworkers knowingly allowed a malfunctioning DRE machine to be used. Nathaniel Lack, a Republican voter in Fulton County, waited

in line longer than any time he can remember in twenty-three years of voting at St. James United Methodist Church. He was shown to a voting machine with an "out of order" sign sitting next to it that "had apparently been taken down." (*Id.* at 96). A pollworked told Mr. Lack that the machine was broken. But, pollworkers continued to allow the machine to be used. "They said they put the Out of Order sign on it when they knew it was not working properly but took the sign down when the lines began to form and allowed voters to use it anyway." (*Id.*).  Mr. Lack eventually did see a review screen with correct candidates. As a computer expert, Mr. Lack is not confident that his vote, or any other votes on that machine, was correctly recorded:

> The touchscreen was obviously failing to operate as it should, failing to register votes using the check boxes for most candidates I attempted to select yet working on checkboxes for most of the other election measures - suggesting to me a software problem and not merely a hardware problem.

Voters at Annistown Elementary School in Snellville had to wait for four hours due to machine malfunctions.  Jeffrey Marion, for example, arrived at Annistown at 6:30 a.m., intending to vote at 7:00 a.m., but machines were down and he had to wait until  11:15 a.m. to vote. (*Id.* at 106). While Mr. Marion was able to wait over four hours to fulfill his civic duty, many voters do not have that luxury.

Derrick Oatis, a Gwinnett County voter, waited several hours at his

Shadowbrook Church polling location due to machine malfunctions. (*Id*. at 109-

10). While Mr. Oatis waited, a pollworker announced further delays and 90% of

the waiting voters, over 70 people, simply left:

> This was so disheartening to me because I knew that many of them
> would not come back. Fortunately, I had the flexibility to remain until
> I could cast my vote on a machine . . . The delay of 2.5 hours left
> several people without the chance to vote - how many, I don't know.
> Voting should not be this difficult under any circumstances. Eligible
> voters should be able to vote under the simplest terms possible.

(*Id*.).[6]

*Electronic Pollbooks*. Many voters reported problems with the electronic

pollbook operations. Amy Hoover, a Fulton County voter, repeatedly saw error

messages when she inserted the electronic pollbook-created voter access card

given to her at the Defoor Centre  polling location. When pollworkers looked into

the issue, they said Ms. Hoover's card indicated that she had voted, even though

she had not. Pollworkers did not know how to address this problem. The same

issue happened to several other voters around Ms Hoover. (*Id*. at 104). Ms.

Hooever and the other voters with the same problem were told to "wait around or

---

[6] Pollworkers should have issued emergency ballots, as required by law, O.C.G.A. § 21-2-418 (h), which
are automatically counted.

return in a few hours," which she did, and was eventually allowed to cast her vote. (*Id.* at 104-05).

Pollwatcher Kelly Dermody, an attorney, observed a host of problems at Therrel High School precinct, including a broken machine for checking in voters, long lines,  "a large number of voters who were told that they were in the wrong precinct," multiple registration irregularities, and the refusal by the pollmanager to issue provisional ballots before 5 p.m. (*Id.,* at 145).  "Many of those said that they had lived in the same location and voted at the same location for many years and could not understand why they were being told to vote elsewhere." *Id.*

Lisa Schnellinger, from Pickens County, was a pollwatcher at Anchor Church in Gwinnett County.  Ms. Schnellinger observed two-hour wait times throughout most of the day.  (*Id.* at 288).  The primary issue, according to Ms. Schnellinger, is that "people were being turned away" and told to vote in another location.  "[T]hey all indicated that they had not been given the option of voting provisionally." (*Id.* at 289).  Gainesville lawyer Martha M. Pearson, a pollwatcher at the West Manor Park Recreation Center, describes the same problem: numerous voters were told that they were voting in the wrong location but not given provisional ballots (or only reluctantly given provisional ballots), or told that their names did not appear in the voter database.  (*Id.* at 265-67).  Identical problems

were reported by pollwatcher Robin Shahar (*id.* 20-33), and numerous individual voters. (*E.g., id.,* 122-23 (E. Alston); 124 (J. Baiye); 126 (A. Brown); 131-33 (K. Carter); 135-38 (A. Clark); 139-40 (C. Corona); 152-54 (F. Dixon); 155-56 (C. Duncan); 157-58 (P. Einzig-Roth); 159-61 (R. Fajardo)). In addition, a pollworker herself reported seeing similar issues, and questioned "the integrity of the voting records and whether there had been tampering with the records." (*Id*. at 129, D. Brown).

B.     **Voting System Reporting Issues and Discrepancies**

The November 2018 election saw widespread documented reports of inaccurate DRE unit results and discrepancies in the polling place tallies left uninvestigated.  Two examples follow:

1.     *Irregular DRE machine tape totals*

One example of such irregularities comes from Grady High School where the reported official totals materially exceed the votes cast according to the publicly posted DRE machine tapes. The Secretary of State reports 280 more votes in the Lieutenant Governor's race than is reflected on the 14 DRE machine tapes photographed. (Ex. D hereto, Greenwald Aff., Exhibit B)).[7]  Further, there were

---

[7] Exhibit B is worksheet that may be more easily reviewed online at
https://coaltionforgoodgovernance.sharefile.com/d-s047e77a45514d55a  ).

only 10 DRE machines in the polling place (Ex. C hereto, Johnson Aff., ¶ 5), but 14 machine tapes were posted after the close of the polls. (Ex. D hereto, Greenwald Aff. ¶ 19**).**  This is clear evidence of irregularity.

> 2.   *DRE polling place recap sheets show unreconciled discrepancies between ballots cast and counted.*

As explained in Coalition's August 3, 2018 Motion for Preliminary Injunction, election night polling place recap sheets frequently show unresolved differences between the number of voters voting at the polling place and the number of ballots cast, which are reported both higher and lower than the number of voters.  (Marks Decl., 258-1 at 252 ¶ 3).  Evidence will show that similar discrepancies appear in the November 2018 elections.

## C.   **Extreme Undervote in Lieutenant Governor's Race**[8]

It is axiomatic that, in major elections, almost everyone who casts a ballot votes for the race at the "top of the ticket," which is followed by a slight decline in the number of votes cast in the statewide down-ballot races that follow. (When

---

[8] The Coalition for Good Governance and a group of voters filed a state-court election contest challenging the Lieutenant Governor's race because of the massive and unprecedented undervote, and sought forensic discovery of the GEMS database and the internal memory of the DREs.  The Superior Court (Honorable Adele Grubbs) allowed only a three day discovery period, did not allow any forensic discovery, and ruled that the plaintiffs had failed to prove their case.  Judge Grubbs' decision is on appeal to the Supreme Court of Georgia. (Ex. E hereto, Brown Decl., Ex. 3).

voters do not vote in a specific race, their "blank vote" is referred to as an

"undervote.")  Historically, the undervote rate for down-ballot statewide offices in

Georgia has ranged from one to two percent. (Ex. B hereto, Brill Affidavit, ¶ 13,

Ex. A, Tbl. 2.).[9]   In the 2018 general election, however, the second race on the

ballot, the Lieutenant Governor contest between Geoff Duncan and Sarah Riggs

Amico, reported 125,000 *fewer* votes than expected based on historic voter

participation rates.

The Lieutenant Governor's race received far fewer votes than all of the other

statewide races – Secretary of State, Attorney General, Commissioner of

Agriculture, Commissioner of Insurance, State School Superintendent, and

Commissioner of Labor – with the Lieutenant Governor undervote rate being twice

as high as much less prominent down ballot races such as Commissioner of

Agriculture and School Superintendent.  The undervote pattern exists only in votes

cast on the DRE voting machines; votes on paper ballots conformed to the

historical pattern, with the election for Lieutenant Governor receiving only slightly

---

[9] In *Crittenden,* the Lieutenant Governor election contest, the parties stipulated to the admissibility of the election results posted on the Secretary of State's website, which is the source of the numbers here and throughout this Brief.  (Ex. E hereto, Brown Decl. Ex. 1, Tr. at 273).  In the four general elections before the 2018 election, the race for Lieutenant Governor received an average of 99.2% of the number of votes cast for Governor; the race for Secretary of State received 98.6%; and the other down ballot state-wide races averaged about 98%.  *See https://results.enr.clarityelections.com/GA/91639/Web02-state.221451/#//.*

fewer paper-ballot votes than Governor, and slightly more paper-ballot votes than Secretary of State. *Id.* This DRE machine/paper ballot disparity is reflected in the following chart comparing the voter participation rates (as a percentage of votes cast for Governor) of ballots cast in the 2018 election on paper (blue bars); ballots cast on the DREs (black bars); and the average participation rate in the four previous elections (gray bars):



Statistical analysis demonstrates votes cast for candidates in the Lieutenant Governor's race were lost. Dr. Philip B. Stark, Professor of Statistics and Associate

Dean of Mathematical and Physical Sciences at the University of California,
Berkeley, concludes that the "substantially higher" undervote rate for ballots cast
on DRE equipment is statistically significant at the .01 percent level in 101 of 159
Georgia Counties; by contrast, no more than five counties had a DRE
machine/paper ballot undervote disparity for any of the other eight statewide races.
(Ex. A hereto, Stark Decl., ¶ 22 & tbl. 1).  Dr. Stark concludes that "[t]his disparity
in undervote rates by voting technology strongly suggests that malfunction,
misconfiguration, bugs, hacking, or other error or malfeasance caused some DREs
not to record votes in the Lt. Governor's contest."  (*Id*. ¶ 23).

Precinct-level analysis of the reported votes in the 2018 election reveals that
the drop off rate of voter participation for Lieutenant Governor was much greater
in precincts with a high percentage of African American voters.[10]  For example,
approximately 83 percent of voters in Fulton County's 03A AME Temple precinct
are African American.[11]  In that precinct, the DRE machine drop off rate for
Lieutenant Governor's race  was 10.3%, while Fulton County's overall Lieutenant

---

[10] Because undervote data is not available on the Secretary's website by mode of voting, Coalition's
analysis generally measures drop off rates of participation from the top of the ballot Governor's race as a
proxy for undervote patterns.

[11] Ga. Sec'y of State, "Active/Inactive Voters by Race/Gender," *available at*
https://sos.ga.gov/index.php/elections/general_election_turnout_by_demographics_december_2018.

Governor race machine drop off rate was 4.3% for Election Day DRE voting, 3.5% for DRE early voting, and 1.3% for mail ballots.[12]  There was no dropoff, however, for mail ballots in the 03A AME Temple precinct.  *Id.*  Similarly, the DRE machine drop off rate for the Lieutenant Governor's race in Lowndes County's Mildred precinct, where approximately 80 percent of the voters are African American, was 9.8%, while the average drop off rate for all other Lowndes County precincts was 4.6%.[13]  While the DRE machine dropoff was 9.8% in the Mildred precinct, the undervote rate for mail ballots in the same precinct for the Lieutenant Governor race was only 1.8%—a full 8.0 percentage points lower.  *Id.*

### D. New Evidence: the DREs Violate Ballot Secrecy: State and Local Officials Know How You Voted

#### 1. Background

Newly obtained evidence proves Coalition Plaintiffs' long-standing concerns that DRE electronic ballots are not anonymous, in violation of the United States

---

[12] Ga. Sec'y of State, "Official Results for Lieutenant Governor," *available at* https://results.enr.clarityelections.com/GA/91639/Web02-state.221451/#/cid/21000/c/Fulton (Nov. 17, 2018).

[13] *Compare* Ga. Sec'y of State, Official Results for Lieutenant Governor, *available at* https://results.enr.clarityelections.com/GA/91639/Web02-state.221451/#/cid/21000/c/Lowndes (Nov. 17, 2018), *with* Ga. Sec'y of State, "Active/Inactive Voters by Race/Gender," *available at* https://sos.ga.gov/index.php/elections/general_election_turnout_by_demographics_december_2018.

Constitution, the Georgia Constitution, and Georgia law. [14] The Coalition Plaintiffs alleged in their Third Amended Complaint that the DREs deprive voters of the right to cast a secret ballot.   (Doc. 226 ¶¶ 2, 154, 162, 178).

The manner in which Georgia configures the DREs permits election insiders or malicious intruders to connect the voter to his or her vote through a unique identifier attached to the electronic cast vote record. The DRE system creates a cast vote record (also called a ballot image) for each electronic ballot cast, recording the voter's selections on each race or ballot question.  Attached as Exhibit A to the Declaration of Jeanne Dufort are examples of ballot image reports maintained by Fulton County.  (Doc. 413 at 204-206).

The State Defendants and county officials have now admitted that the ballot image report maintained by State and county officials in the GEMS databases, memory cards, and on each DRE-cast ballot contains information that the election officials (or those with unauthorized access) can use to identify how every DRE-voter in Georgia has voted.   On April 29, 2019, the State Defendants filed a Motion to Quash (Doc. 369) a subpoena that the Coalition Plaintiffs had served

---

[14]  It has long been known that the Diebold DREs record electronically cast ballots containing timestamps, permitting those with access to the computer memory records and the order of voters casting votes to connect the ballot record with the voter. Voting system experts including Professor Halderman have researched this issue and published concerns about this violation of voter privacy.  Source Code Review of the Diebold Voting System, https://www.verifiedvoting.org/wp-content/uploads/2016/11/diebold-source-public-jul29.pdf

upon non-party Morgan County Board of Elections and Registration. The

subpoena requested production of certain ballot image reports. In their Motion to

Quash, the State Defendants state:

> A cast vote record is otherwise known as a ballot image –
> a direct image of the vote cast by a person in the November
> 6, 2018 election. Disclosure of this ballot image would be
> in direct contradiction with the Constitution of Georgia
> which requires votes be cast by "secret ballot." Ga. Const.
> art. 2, § 1, para. I.

(Doc. 369, page 22). The only way that disclosure of a ballot image could violate

the requirement that votes be cast by "secret ballot" is if the ballot image disclosed

the identity of the voter (either directly or in combination with other election

records). And, if the ballot image directly or indirectly discloses the identity of the

voter, then any election official, their employees with access to the GEMS

database that contains the ballot images, or hackers can learn every citizen's vote

within several clicks on the computer. Additionally, voters' ballot images are

stored on the 30,000 DRE memory cards and the 30,000 DREs, making the

protection of this unlawfully recorded data impossible.

On January 20, 2019 the Secretary issued a bulletin informing counties that

ballot images are not public records according to advice from the Attorney

General, but without explaining the Attorney General's rationale. (Ex. F hereto, Marks Decl., Ex. 4)

The violation of secret ballot protections has been corroborated by counsel for Morgan County and subsequently the Morgan County Elections Director.  On May 9, 2019, Georgia voter Jeanne Dufort sent an Open Records Act Request to the Morgan County Elections office seeking a copy of her ballot image record for her votes in 2016 and 2019 elections.  (Doc. 413 at 198).  In his May 13, 2019 response, Morgan County counsel stated that the records sought by Dufort did not exist,[15] but then stated that even if the records were in existence "those documents would be exempt from disclosure pursuant to Ga. Const. Art. II, Sec. 1, Par.I, which provides that all elections 'shall be by secret ballot.'"  (Doc. 413 at 208). Morgan County's admission is particularly direct: Dufort was asking for her own ballot image report, a simple one page document.  For the disclosure of that document to violate ballot secrecy, Morgan County must have had information that links that ballot image report to Dufort.

Concerned about the violation of voter privacy, Dufort attended the Morgan County Board of Elections and Registration meeting on May 30, 2019 and asked

---

[15] This response suggests non-compliance with State law, which requires ballot image reports to be maintained for 24 months.  O.C.G.A. § 21-2-73.

about the nature of the county's position that cast vote records must be withheld because of secret ballot protections. Jennifer Doran, the Morgan County Elections Supervisor, confirmed that ballots could be identified and therefore must be withheld from disclosure to the public. (Doc. 413 at 211).

If Morgan County's GEMS database has information linking Jeanne Dufort's ballot image report to Dufort, Morgan County and the Secretary of State know exactly how Dufort has voted for every single election in which Dufort has cast her vote on a DRE machine.  And, if Morgan County has this information on Dufort, then it stands to reason that every county, and the Secretary of State, has a record of every vote of every voter in Georgia who voted on a DRE.

The ability to retrieve an individual ballot was again confirmed on June 17, 2019 by the Rockdale County Board of Elections and Registration in their response to Coalition Plaintiffs' document subpoena.  Rockdale County's "Voting Equipment Issues" chart produced in that response shows that after a ballot had been cast prematurely, the poll manager was able to retrieve the ballot and cancel it. (Ex. E hereo, Brown Decl., Ex. 7, see Machine 9, 10/24/18 entry date). This was only possible if there was a unique identifier on the ballot.

Ms. Alice O'Lenick of the Gwinnett County Board of Elections also confirmed in a public presentation that Gwinnett uses unique identifiers on ballots to retrieve ballots from voters who vote more than once.  (Doc. 413 at 290).

Plaintiff Megan Missett filed a declaration concerning the loss of her secret ballot protections and the burden on her right to vote (Doc. 413 at 303-305), as did Coalition members Pride Forney (Doc. 413 at 308), and Jeanne Dufort.  (Doc. 413 at 197-202).

### 2.   *Violation of Ballot Secrecy Increases Plaintiffs Likelihood of Success on the Merits*

The new evidence provides an additional basis for Plaintiffs' likelihood of success on the merits.  Georgia has granted all voters the right to a secret ballot. The Georgia Constitution provides:

> Elections by the people shall be by secret ballot and shall be conducted in accordance with procedures provided by law.

Ga. Const. art. II, § 1, ¶ I.  This absolute right to ballot secrecy is codified in several state statutes.  Ga. Code Ann. § 21-2-70(13); Ga. Code Ann. § 21-2-322; Ga. Code Ann. § 21-2-365; Ga. Code Ann. § 21-2-379.1; Ga. Code Ann. 21-2-373; Ga. Code Ann. § 21-2-386(5).  Having granted this right, the State must apply it in a manner compliant with federal constitutional requirements.  The State

Defendants' admissions that DREs create records that compromise ballot secrecy falls woefully short of several constitutional requirements.

It places a substantial burden on the right to vote which is not narrowly tailored to meet a legitimate state interest and, indeed, has justification at all. *See Anderson v. Celebrezze*, 460 U.S. 780, 789 (1983); *Burdick v. Takushi*, 504 U.S. 428, 434 (1992). It separately violates the Equal Protection Clause because it treats different persons differently, i.e., voters who vote via the DRE system as compared to voters voting absentee. *See Bush v. Gore*, 531 U.S. 98, 104-05 (2000). It violates procedural due process, because it deprives voters of the right to secrecy guaranteed to them by Georgia law, without due process. And it violates the federal right to ballot secrecy, which even the State has recognized:

> The United States Supreme Court has also recognized the necessity of the secret ballot to prevent electoral abuses and its prevalence in all 50 states. *Burson v. Freeman,* 504 U.S. 191, 206-07 (1992). Indeed, "[s]ociety has a strong interest in encouraging all individuals, even the most timid, to vote." *In re Dinnan,* 661 F.2d 426, 432 (5th Cir. Unit B 1981). State Defendants therefore object to this request for protected information on the basis that disclosure of cast vote images would destroy the secrecy of the ballot maintained by the Constitution of Georgia and recognized by the Supreme Court.

(Doc. 369 at 22).

*See McIntyre v. Ohio Elections Comm'n*, 514 U.S. 334, 343 (1995) ("the freedom

to publish anonymously extends" to political advocacy and is "perhaps best

exemplified by the secret ballot.").

Plaintiffs intend to seek leave of court to amend their complaint to add

claims based specifically on the deprivation of this fundamental right, where they

will further explicate the scope of these constitutional violations.

### 3.    Strong Public Interest in Protecting Ballot Secrecy

The State of Georgia has a compelling state interest  in protecting ballot

secrecy, which tips the equities decisively in favor of Plaintiffs by establishing that

the injunctive relief sought in the public interest.  *Winters, supra.*  Consistent with

this Constitutional mandate, state law provides that the county superintendent shall

"conduct all elections in such manner as to guarantee the secrecy of the ballot and

to perform such other duties as may be prescribed by law;" O.C.G.A. § 21-2-

70(13).  O.C.G.A. § 21-2-373 states: "The Secretary of State, in specifying the

form of the ballot, and the State Election Board, in promulgating rules and

regulations respecting the conduct of elections, shall provide for ballot secrecy in

connection with write-in votes."

Georgia election regulations are in accord.  *See* Ga. Comp. R. & Regs. 183-

1-11-.01 ("Each Superintendent of Elections shall ensure that handicapped persons

casting their vote at the polls are able to do so in private by providing such facilities and equipment as necessary to maintain the secrecy of the ballot."); Ga. Comp. R. & Regs. 183-1-14-.07 (providing that a "spoiled ballot" includes a ballot "that contains writing which compromises the secrecy of the ballot.").

Defendants may take the position that ballot secrecy is not violated if "only" election officials know how everyone voted and, so long as election officials do not disclose this information to members of the public, there is no violation of ballot secrecy.   To the contrary: ballot secrecy, if it means anything, means that no one, not the State, not the local county election official, not the voter's neighbor or employer, and not some internet hacker, will have access to information as to how a voter voted.  Indeed, the statute authorizing DRE use provides:

> It shall permit voting in absolute secrecy so that *no person* can see or know for whom any other elector has voted or is voting, save an elector whom he or she has assisted or is assisting in voting, as prescribed by law. . . .

O.C.G.A. 21-2-379.1 (6) (emphasis added).

Eliminating DREs, therefore, will advance the compelling state interest of protecting ballot secrecy, further strengthening the claim for injunctive relief.

## IV.   ELECTRONIC POLLBOOK ACCURACY

### A.    Relief Initially Sought and Court's Disposition

In their August 3, 2018 Motion for Preliminary Injunction, the Coalition

Plaintiffs sought an order requiring "the Defendant Secretary of State, before

October 1, 2018, to conduct an audit of and correct any identified errors in the

DRE system's pollbook data that will be used" in the November and December

elections. (Doc. 258, at 2.) This Court's September 2018 Order does not

specifically address this claim for injunctive relief, but the claim is fully consistent

with the Court's findings and analysis.[16]

### B.    Vulnerability and Corruption of Electronic Pollbooks

As this Court found in its September 2018 Order, the electronic pollbooks

are a part of the vulnerable Diebold system that the State has done nothing to

remediate. The electronic pollbook computers, maintained in each polling place,

reference electronic voter data files on the electronic pollbook memory cards and

encodes the DRE voter access card that activates the specific electronic ballot on

the DRE machine that should contain the accurate ballot contests based on the

---

[16] On October 2, 2018 Coalition Plaintiffs filed an additional Motion for Injunctive Relief seeking correction of errors in the electronic pollbooks in advance of the November 6, 2018 election and the use of updated paper backups of pollbooks to adjudicate pollbook discrepancies in the polling places. The Motion was stayed by the Court's October 23, 2018 Order (Doc. 336).

voter's address. (Curling, 334 F.Supp. 3d at 20 n.4). A working copy of the

Secretary's voter registration information, which populates the electronic

pollbooks, was previously maintained by the Center for Election Services at

Kennesaw State University, (*Id.* at 7), where it was left accessible to the public for

at least six months during the period from August 2016 to March 1, 2017. (*Id.*).

Electronic pollbook files were also transmitted from the CES

elections.kennesaw.edu server over the internet from CES to counties in advance

of elections.

### 1.    *Electronic Pollbook Problems in 2018 Primaries*

With their August 2018 Motion, the Coalition Plaintiffs presented alarming

evidence from a number of voters in 2018 primary elections documenting

unexplained discrepancies between their voter registration information in

Diebold's electronic pollbooks maintained at the voting places and their

information in the Secretary's official voter registration records, or errors in the

official voter registration records themselves.  (Doc. 258-1 at 19–20, Clark Decl.,

Doc 258-1, at 108-109, ¶¶ 10–15; Bowers Decl., Doc 258-1, at 72-75, ¶¶ 35–46;

Marks Decl., Doc 258-1, at 262, ¶, Luse Decl., Doc 258-1, at 258-259, ¶¶ 6–8,

Mitchell Decl., Doc 258-1, at 287-288, ¶¶ 8-11, Kadel Decl., Doc 258-1, at 120-

123, ¶¶ 8-28 ). The experience of these individual voters likely reflected only a small fraction of what must have been occurring statewide.

> 2.    *Electronic Pollbook Problems in the November 2018 Election*

With this Motion, Coalition Plaintiffs have filed scores of affidavits and declarations from individual voters describing numerous problems with the Electronic pollbooks in the November 2018 elections.  Small selections of these voter affdiavtis and declarations are described above, and the declarations themselves are collected in the Notice of Filing Evidence, Part One, behind Exhibit A, Tab H (Doc. 412 at 108 to 323).

C.    **Disenfranchisement**

Problems with the electronic pollbooks leads directly to massive voter disenfranchisement.  Voters presenting themselves to vote whose names do not appear in a particular precinct's electronic pollbook records should be offered a provisional ballot.  Yet there is substantial evidence that pollworkers frequently send voters away without offering them a provisional ballot.  (Doc. 412 at 289;  *id.* at 265).  More disturbing, there is substantial evidence that, even after voters asked for provisional ballots, pollworkers refused.  (*E.g., id.* at 22).  In Fulton County, a pollworker told voters that no provisional ballots would be given to voters until "after 5 p.m.," citing a "5 p.m. rule," which rule does not exist.  (*Id.* at 146).

### D.   **Electronic pollbook errors generate provisional ballot problems**

When the underlying voter registration records are inaccurate and vulnerable to manipulation and security risks, errors and defects will flow into the DRE voting system electronic pollbooks, which themselves are vulnerable and where voters suffer the harmful effects of those errors.

The Court of course may take judicial notice of the evidence presented to the Court in *Common Cause Georgia v. Kemp,* 347 F. Supp. 2d 1270 (N.D. Ga. 2018).

> This evidence included statistical evidence as well as additional sworn declarations of poll watchers and voters intended to convey the real life experience of voters who faced hurdles in their registration status and even in obtaining the opportunity to cast provisional ballots at the polls after they were affirmatively told they were not on the registration rolls, despite having voted from the same home in the recent past or affirmatively represented they had timely registered and were regular voters.

*Id.* at 1293.  In *Common Cause,* this Court concluded:

> Plaintiff has shown a substantial likelihood of proving that the Secretary's failure to properly maintain a reliable and secure voter registration system has and will continue to result in the infringement of the rights of the voters to cast their vote and have their votes counted.

*Id.* at 1295.

### E.   **Relief sought**

The relief that the Coalition Plaintiffs are seeking includes four parts. First, the Secretary should be ordered to audit the electronic pollbook data and its source

record, the voter registration database, to the fullest extent possible to identify and correct discrepancies between electronic pollbook voter data and the most accurate official voter registration data maintained by the Secretary.   The Defendants should be undertaking such an audit as a matter of course, and it is highly recommended by the experts.  (*See generally* V. Martin Decl. at ¶¶ 12-14, Doc. 413 at 272).  This Motion does not attempt to specify the exact protocols that the State Defendants should follow to obtain the most accurate voter data available and use it in the polling places, but it does ask this Court to require the State Defendants to confer with the Coalition Plaintiffs and file a report with the Court within ten (10)  days detailing the audit and data correction procedures and timeline that the State Defendants will follow.

Second, this Motion asks the Court to require that, after voter-database discrepancies are corrected and the voter registration database is updated to reflect early voting and create electronic pollbooks, updated paper backup copies of the pollbooks be required to be delivered to and maintained at all polling places on Election Day. Using paper backups of electronic pollbooks is a standard recommended procedure[17] to avoid polling place voter disenfranchisement that can

---

[17] See, e.g., *Brennan Center for Justice*, "Election Security Advance Planning Checklist." https://www.brennancenter.org/sites/default/files/publications/2018_08_13_ChecklistV4.pdf

38

emanate from electronic failures or mechanical or power failure. (McReynolds

Decl., Doc. 277, at 98–100, ¶¶ 13–20; Martin Decl., Doc 277, at 81, ¶¶ 16–17;

Bernhard Decl., Doc 277, at 42–43, ¶ 12.) The paper backups should be used as the

official record on Election Day for adjudication of any electronic pollbook

discrepancies related to voter eligibility and polling-place assignment.

Third, this Motion asks the Court to enjoin the Secretary to immediately

undertake a review of the pollbook software to determine the source of the defect

or malware and promptly undertake remedial action, making a report to the Court

of his findings and software remediation plan within 30 days of the Court's Order.

Fourth, the injunctive relief ordered by this Court in *Common*

*Cause* addressed the processing of provisional ballots after they were cast by

voters.  The injunctive relief sought in this case addresses the separate problem of

voters being denied provisional ballots in the first place.  Coalition Plaintiffs

accordingly request that, in addition to the injunctive relief sought in the Coalition

Plaintiffs' original motion, the Secretary and the State Board be enjoined to

immediately instruct every Superintendent in every election to ensure that every

person attempting to vote but is denied a ballot (electronic or paper) is immediately

notified that they are entitled to cast a provisional ballot.

## V.   AUDIT REQUIREMENTS

The necessity of an audit of election results using hand-marked (or voter verified) paper ballots counted by computers is no longer debated and is understood to be essential for accountable elections. Post-election audits are now required by Georgia law (Doc 357-1 Act 24 § 42) for state and federal elections beginning November 2020.  Computerized ballot counting, no matter how modern or expensive, brings with it the well-understood risk of computer tampering or programming errors. It is essential that Georgia undertake effective post-election auditing as part of the adoption of auditable verifiable elections.

The nation's leading expert in statistically value post-election auditing, Professor Philip Stark, has submitted two detailed declarations to this Court thoroughly explaining the necessity of audits for all elections counted by optical scanners, as well as audit measures to provide some checks and balances on DRE-reported results, although the results themselves cannot be audited.  (Doc. 296 p 6-17; Doc. 327 p, 53-57).

Coalition Plaintiffs seek immediate improved accountability in Georgia's elections as the State transitions to auditable paper ballot elections. There is no need to wait to make improvements in election accountability until verifiable paper ballot elections are fully implemented. As Professor Stark describes in his

September 30, 2018 Declaration [Doc 327-1 p. 53-57], to improve accountability and voter confidence, verification and auditing techniques should be applied to available elements of the DRE-based elections although the final results cannot be verified. For example, optical scan tabulations of paper ballots (mail absentee ballots and provisional ballots) can and should be audited. DRE reported results should be tested against the polling place machine level reports. As documented throughout this brief, discrepancies frequently occur between results documented at the polling place and official reported results from the precinct. Discrepancies are generally not documented or investigated. Audit techniques should be applied to elements of the intervening DRE-based elections, prior to full implementation of hand marked paper ballot elections.

*Relief requested*

Coalition Plaintiffs recognize that Georgia needs to transition from  partial verification efforts for pending DRE-based election, through robust traditional audits for paper ballot elections to more sophisticated Risk Limiting Audits over time, and therefore recommend a process monitored by the Court to have the Parties work together beginning immediately to recommend to the Court practical, immediate and effective audit plans for implementation in all future elections.

Audits of election results of paper ballot elections conducted after October 1, 2019 should be based on the audit principles discussed in Professor Stark's Declaration, (Doc. 296, at 12 ¶¶ 27-31, at 13-14 ¶34-39, at 14-17 ¶41-47, and Exhibit G ¶¶ 9-12) and focused on contested candidate races.

So long as DRE-based elections are conducted, pre-certification audits of the computer-generated tabulations of absentee mail ballots and tests of accuracy in recording the DRE machine output are required for all federal, state, and county elections conducted in Georgia after September 1, 2019, based the principles recommended by Professor Stark. (Doc 327-1 Exhibit G ¶ 8-12).

## VI.   DEFENDANTS HAVE NO EQUITIES

In its September 2018 Order, this Court warned that if "Defendants continue to move in slow motion or take ineffective or no action," their arguments against injunctive relief would "only weaken," and that "further delay is not tolerable in their confronting and tackling the challenges before the State's election balloting system." 334 F. Supp. 3d at 1327.   More than six months later, in the April 9, 2019 Status Conference, counsel for the State Defendants represented that the State took that warning "to heart." (Transcript, at 5:6).  Counsel then explained HB316 and the efforts planned to procure the new ballot marking device ("BMD") system, which Coalition Plaintiffs assert does not address the constitutional violations that

42

must be remedied in Georgia's election scheme. In a June 12, 2019 email, however, counsel acknowledged that "the new system hasn't even been procured yet." (Ex. E hereto, Brown Decl., Ex. 4).

As to the State's actual, current DRE voting system – the one that will be used to issue and count hundreds of thousands, if not millions, of ballots before any new system is deployed – the State has done nothing at all to determine if it is infected with malware or contains defective programming. The State has also not taken any meaningful action make the system more reliable, even in the face of clear evidence of system-wide anomalies and wide-spread system malfunctions in the mid-term election.

Defendant State Board of Elections is charged by law with the duty to "promulgate rules and regulations so as to obtain uniformity in the practices and proceedings of superintendents, registrars, deputy registrars, poll officers, and other officials, as well as the legality and purity in all primaries and elections" and to "take such other action, consistent with law, as the board may determine to be conducive to the fair, legal, and orderly conduct of primaries and elections." O.C.G.A. § 21-2-31(1) & (10). A review of the minutes and summaries of the few State Election Board meetings since this Court's September 17, 2019 decision reveals no discussion of any of the following topics: this Court's September 17,

2019 decision; the election security of the DRE voting system; the feasibility of converting to a hand marked paper ballot system; methods of post-election auditing or plans to discuss post-election auditing; or security and reliability issues concerning the DRE voting system.  (Doc. 413 at 216).  Secretary Raffensperger, Chair of the State Election Board, has called only a single meeting of the Board since the November 2018 meeting, and the Board will not meet again until August 21, 2019.[18]  The State Board has displayed a complete lack of interest in addressing the State's failed voting system.

Similarly, the Fulton County Board of Elections is charged with the wide-ranging responsibility to ensure that "the conduct of primaries and elections in the several precincts of [their county] . . . may be honestly, efficiently, and uniformly conducted."  The Board is also required to "conduct all elections in such manner as to guarantee the secrecy of the ballot."  O.C.G.A. § 21-2-70 (8) & (13).[19]

A review of the minutes and summaries of Defendant Fulton County Board of Elections similarly reveals *no* discussion of any of these topics. Remarkably, despite a long discussion on April 22, 2017 about the serious electronic pollbook software defect that disenfranchised some voters just days before, (Doc. 412 at

---

[18] http://sos.ga.gov/index.php/elections/state_election_board

[19] O.C.G.A. § 21-2-70 describes the powers and duties of election "superintendents."  O.C.G.A. § 21-2-2 defines "superintendent" to include the county board of elections if a county has such.

295-301), the Fulton Board did not record the discussion in the minutes, and apparently took no follow up action, despite the pending June 20, 2017 high profile Congressional District 6 election.  The State Election Board and the Fulton Count Board will take no action to protect Georgia voters' constitutional right to vote unless ordered by this Court to do so.

The Defendants' technical staffs have followed the lead of the State Board and the Fulton County Board in doing *nothing* to address either the intrinsic defects of the DRE system or the exacerbated vulnerabilities caused by the State's neglect. "[T]he State offered little more than a one-sentence response to these data system incursions and vulnerabilities at CES."  (Curling, 334 F.Supp. 3d at 7). "In fact, Defendants presented scant evidence to rebut Plaintiffs' expert evidence regarding Georgia's persistent failure to update or replace systems, despite security flaws identified by the software industry." (*Id*. at 16).  In the September 12, 2018 hearing in this case, Defendants presented no witnesses to address the impact of the voting system's compromise at CES or to explain what remedial efforts, if any, the Defendants undertook to ensure the integrity of the system or its data following that compromise. (*Id*.).   Four months later, in testimony in a state-court election contest, Michael Barnes, of the Secretary of State's Center for Election System ("CES"), acknowledged that the Secretary still had not performed any forensic

examination of any of the election computer systems to determine whether they have been infected with malware, either because of their exposure at KSU or from any other incident.[20]

Given the importance to our democracy of reliable and accountable elections, given the universal condemnation of Georgia's DRE voting system, and given this Court's specific and detailed analysis of the vulnerabilities in that system, the inaction by the State Board of Elections, the Fulton County Board of Elections, the Secretary of State, and their technical staffs in the months following this Court's Opinion and leading up to the 2020 Presidential election cycle constitutes an egregious and inexcusable abdication of legal duty and governmental responsibility.

## VII.   CONCLUSION: PROTECTING THE VOTE FOR THE 2020 ELECTIONS

The State Defendants are unlikely to muster a defense of the DRE system, and will instead claim that injunctive is unnecessary to protect citizens' constitutional rights because of the new "ballot marking device" ("BMD") system that the Secretary intends to contract for later this summer and install just in time for the 2020 Presidential primaries.  This argument is without merit.  Most

---

[20](Ex. E hereto, Brown Decl. Ex. 1, Tr. 227-228).

fundamentally, the indisputably serious flaws in the DRE system have been well known to the entire computer science and national security community for years, culminating in the call for a complete ban on electronic voting by the Chairman of the House Intelligence Committee Chairman Devin Nunes a year ago in 2018. (*See generally* Doc. 258-1 at 11-14).  And Georgia has had, all along, the opportunity to deploy an auditable system that would not violate its citizens constitutional rights; the relief sought by the Coalition Plaintiffs in this Motion is the same relief that the Coalition Plaintiffs described in repeated 2018 demands.[21] The State Board of Elections – which is charged with the responsibility to ensure the security of Georgia's election – ignored these demands and, even after this Court's September 2018 order, did not address the issue in any public meetings. The State Defendants' total lack of diligence cannot form a defense to equitable relief that is necessary at this time to protect constitutional rights.

In addition, as counsel for the Secretary recently stated with respect to a discovery dispute, "the new system hasn't even been procured yet,"[22] and the

---

[21] These letters are collected in Exhibit 5 to the Brown Declaration, attached hereto as Exhibit E.

[22] Counsel stated in his email:  "As you know from the RFP that we provided to the parties and Judge Totenberg, the new system hasn't even been procured yet.  *If and when* an intervening action occurs that we believe moots the case, we will raise it at that time. Until then, we have not raised mootness."  (Ex. E hereto, to Brown Decl., Ex. 4) (emphasis added).

speculation that it might be deployed is insufficient to either moot the case or deny injunctive relief.  As the Curling Plaintiffs describe in their brief, "it is far from certain that the BMDs will be implemented across Georgia on the schedule set by the Secretary of State."  (Doc. 387-1 at 11).  Indeed, concerns about the implementation apparently drove the Secretary to postpone the Presidential primary until March 24, 2020.  (*See* Ex. E hereto, Brown Decl., Ex. 8).

The Secretary's uncertainty about the primary date reflects the reality that BMD implementation risks are very high.  Even if a contract is signed and implementation proceeds without a vendor protest, Georgia's installation would be the largest and most complex voting system conversion ever attempted in U.S. history.  The implementation will require the programming and installation of over 41,000 new computers and new electronic pollbooks, and integration with the current, maligned, voter registration system.  Attempting to deploy the BMD system, a voting system that will not pass constitutional muster, is reckless in the extreme.

In sum, the law and the equities compel the granting of this Motion. The Plaintiffs are substantially likely to prevail on the merits of their claims.  The Coalition Plaintiffs' proposed remedy is narrowly tailored to address the constitutional violations and takes advantage of processes and equipment already

in use throughout Georgia.  There is no good reason for the State to continue

infringing upon citizens' constitutional rights until a new system is deployed. It is

imperative that the State have a constitutional election system in place and

operational in 2019 so that it may be also used in the 2020 Presidential primaries

and the general election.

Respectfully submitted this 21st day of June, 2019.

| | |
|---|---|
| /s/ Bruce P. Brown | /s/ Robert A. McGuire, III |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Counsel for Coalition for Good Governance*

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges, Ricardo Davis and Megan Missett*

49

## **<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 21st day of June, 2019.

/s/ Bruce P. Brown
Bruce P. Brown

EXHIBIT

A

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

COALITION FOR GOOD
GOVERNANCE, RHONDA J.
MARTIN, SMYTHE DUVAL, AND
JEANNE DUFORT,

                    **Plaintiffs,**

    **v.**

ROBYN A. CRITTENDEN,
Secretary of State of Georgia,
et al.,

                    **Defendants.**

**CIVIL ACTION FILE
NO. 2018CV31348**

# DECLARATION OF PHILIP B. STARK

**PHILIP B. STARK** hereby declares as follows:

## Qualifications and Background

1. I am Professor of Statistics and Associate Dean of Mathematical and Physical Sciences at the University of California, Berkeley, where I am also a faculty member in the Graduate Program in Computational Data Science and Engineering; a co-investigator at the Berkeley Institute for Data Science; principal investigator of the Consortium for Data Analytics in Risk; director of Berkeley Open Source Food; and affiliated faculty of the Simons Institute for the Theory of Computing, the Theoretical Astrophysics Center, and the Berkeley Food Institute. Previously, I was Chair of the Department of Statistics and Director of the Statistical Computing Facility.

2. I have published more than one hundred and ninety articles and books. I have served on the editorial boards of archival journals in physical science, Applied Mathematics, Computer Science, and Statistics. I currently serve on four editorial boards. I have lectured at universities, professional societies, and government agencies in thirty countries. I was a Presidential Young Investigator and a Miller Research Professor. I received the U.C. Berkeley Chancellor's Award for Research in the Public Interest, the Leamer-Rosenthal Prize for Open Social Science, and a Velux/Villum Foundation Professorship. I am a member of the Institute for Mathematical Statistics and the Bernoulli Society. I am a Fellow of the American Statistical Association, the Institute of Physics, and the Royal Astronomical Society.  I am professionally accredited as a statistician by the American Statistical Association and as a physicist by the Institute of Physics.

3.  I have consulted for many government agencies, including the U.S. Department of Justice, the U.S. Department of Agriculture, the U.S. Department of Commerce, the U.S. Department of Housing and Urban Development, the U.S. Department of Veterans Affairs, the Federal Trade Commission, the California Secretary of State, the California Attorney General, the California Highway Patrol, the Colorado Secretary of State, the Georgia Department of Law, and the Illinois State Attorney. I currently serve on the Board of Advisors of the U.S. Election Assistance Commission and on the Board of Directors of Verified Voting Foundation. (The opinions expressed herein are, however, my own: I am not writing as a representative of any entity.)

4.  I have testified before the U.S. House of Representatives Subcommittee on the Census; the State of California Senate Committee on Elections, Reapportionment and Constitutional Amendments; the State of California Assembly Committee on Elections and Redistricting; the State of California Senate Committee on Natural Resources; and the State of California Little Hoover Commission.

5.  I have been an expert witness or non-testifying expert in a variety of state and federal cases, for plaintiffs and for defendants, in criminal matters and a range of civil matters, including, *inter alia*: truth in advertising, antitrust, construction defects, consumer class actions, credit risk, disaster relief, elections, employment discrimination, environmental protection, equal protection, fairness in lending, federal legislation, First Amendment, import restrictions, insurance, intellectual property, jury selection, mortgage-backed securities, natural resources, product liability class actions, *qui tam*, risk assessment, toxic tort class actions, trade secrets, utilities, and wage and hour class actions.

6.  I have been qualified as an expert on statistics in federal courts, including the Central District of California, the District of Maryland, the Southern District of New York, and the Eastern District of Pennsylvania.

7.  I have also been qualified as an expert on statistics in state courts.

8.  I have used statistics to address a wide range of questions in many fields.[1]

9.  I served on former California Secretary of State Debra Bowen's Post-Election Audit Standards Working Group in 2007.

10. In 2007, I invented a statistical approach to auditing elections ("risk-limiting audits") that has been incorporated into statutes in California (AB 2023, SB 360, AB 44, AB 2125), Colorado (C.R.S. 1-7-515), and Rhode Island (RI Gen L §17-19-37.4 (2017)), and which were recently proposed in federal legislation (the PAVE Act of 2018). RLAs have been tested in California, Colorado, Indiana, Michigan, New Jersey, Ohio, Virginia, and Denmark.

11. RLAs are widely viewed as the best way to check the accuracy of vote tabulation. They have been endorsed by the Presidential Commission on Election Administration, the National Academy of Sciences report *Securing the Vote: Protecting American Democracy*, the American Statistical Association, the League of Women Voters, Verified Voting Foundation, Citizens for Election Integrity Minnesota, and other groups concerned with election integrity.

12. I have worked closely with state and local election officials in California and Colorado to pilot and deploy RLAs. The software Colorado uses to conduct RLAs is based on software I wrote.

---

[1] For example, I have used statistics to analyze the Big Bang, the interior structure of the Earth and Sun, the risk of large earthquakes, the reliability of clinical trials, the accuracy of election results, the accuracy of the U.S. Census, the risk of consumer credit default, the causes of geriatric hearing loss, the effectiveness of water treatment, the fragility of ecological food webs, risks to protected species, the effectiveness of Internet content filters, high-energy particle physics data, and the reliability of models of climate, among other things.

13. I worked with Travis County, Texas, on the design of STAR-Vote, an auditable and end-to-end cryptographically verifiable voting system.

14. I testified as an expert witness in the general area of election integrity, including the reliability of voting equipment, in 2016 presidential candidate Jill Stein's recount suit in Wisconsin, and filed a report in her suit in Michigan.

15. I have testified as an expert in election auditing and the accuracy of election results in two election-related lawsuits in California.

16. I have testified to both houses of the California legislature regarding election integrity and election audits. I have testified to the California Little Hoover Commission about election integrity, voting equipment, and election audits.

17. I submitted two declarations in Donna Curling et al. v. Brian P. Kemp et al., Civil Action 1:17-cv-2989-AT, United States District Court, Northern District of Georgia, Atlanta Division. My declarations concerned election integrity and security, vulnerabilities of Georgia's election systems, and the need for voter-marked paper ballots and post-election audits in Georgia.

18. Since 1988, I have taught statistics at the University of California, Berkeley, one of the top two statistics departments in the world (see, e.g., QS World University Rankings, 2014) and the nation (US News and World Reports, 2014). I teach statistics regularly at the undergraduate and graduate levels. I have created five new statistics courses at Berkeley. I developed and taught U.C. Berkeley's first online course in any subject, and among the first approved for credit throughout the ten campuses of the University of California system. I also developed and co-taught online statistics courses to over 52,000 students, using an online textbook and other pedagogical materials I wrote and programmed.

19. Appendix 1 is my current *curriculum vitae*, which includes my publications for the last ten years and all cases in the last four years in which I gave deposition or trial testimony.

## Materials Relied Upon

20. I relied on XML files of Georgia election results downloaded via the Georgia Secretary of State's website, at the URL

    https://results.enr.clarityelections.com/GA/91639/222278/reports/detailxml.zip I also relied on photographs of poll tapes from the Winterville Train Depot polling place in Clarke County, Georgia. I understand that the photographs were taken by Ms. Lee Ann Pingel after the close of the polls on election day.

## Opinions

21. I offer opinions with respect to two kinds of anomalies in the results of the 2018 midterm elections in Georgia.

22. My first opinion concerns the difference in undervote rates between paper ballots and votes cast on DREs in statewide contests. The undervote rate in the Lt. Governor's contest is substantially higher for ballots cast on direct-recording electronic (DRE) equipment than for ballots cast by mail using paper ballots, by an amount that cannot reasonably be ascribed to chance. In 101 of 159 Georgia counties, the difference is statistically significant at level 0.01 percent.[2] In contrast, in the contests for Secretary of State, Attorney General, Commissioner

---

[2] The significance levels are for a two-sample test that uses the hypergeometric distribution of the number of "good" items in a simple random sample from a population of items that can be either "good" or "bad." The total number of undervotes by mode of voting (by mail, early, and Election Day) was estimated by treating the statewide contest that received the most votes in each county as if that number of votes was equal to the number of ballots cast. That estimation was necessary because Georgia does not report total ballots cast by mode of voting. Because this maximum was almost always for the gubernatorial contest, that contest is not included in the calculation: its relative undervote rate is, by definition, zero. Provisionally cast ballots, of which there are relatively few, were not included. Under the null hypothesis, mode of voting (electronic versus paper) is a label assigned as if at random to each ballot, conditioned on the total number of ballots cast by each mode of voting. Data for the analyses was downloaded via the Georgia Secretary of State's website from the URL
https://results.enr.clarityelections.com/GA/91639/222278/reports/detailxml.zip Software used to extract contest-

of Agriculture, Commissioner of Insurance, State School Superintendent, Commissioner of

Labor, Public Service Commission District 3, and Public Service Commission District 5, the

difference is statistically significant in no more than 5 counties. See Table 1.

23. This disparity in undervote rates by voting technology strongly suggests that malfunction,

misconfiguration, bugs, hacking, or other error or malfeasance caused some DREs not to

record votes in the Lt. Governor's contest.

*Table 1: Counties with statistically significant (p<0.0001) disparities in undervote rates between paper ballots and DREs*

| Contest | Counties with significant undervote rate disparities |
|---------|------------------------------------------------------|
| Lt. Governor | 101 |
| Secretary of State | 4 |
| Attorney General | 4 |
| Commissioner of Agriculture | 5 |
| Commissioner of Insurance | 4 |
| State School Superintendent | 5 |
| Commissioner of Labor | 2 |
| Public Service Commission, District 3 | 4 |
| Public Service Commission, District 5 | 4 |

24. My second opinion concerns the machine-level results for the Winterville Train Depot

polling place in Clarke County. There were seven DREs in the polling place; they recorded

similar numbers of ballots (117, 135, 131, 133, 135, 144, 135). In this polling place,

Democratic candidates won a majority in all ten statewide contests. Every DRE reported a

majority for the Democratic candidate in all ten statewide contests except machine 3, which

reported a majority for the Republican candidate in every contest.

25. On the assumption that voters were directed to DREs as if at random, the chance any of the

seven machines would show disparities as large as machine 3 did in individual contests

_____

level results from those official is given in Appendix II. Software to perform the statistical tests is given in Appendix III.

ranges from less than one percent to approximately 15 percent.[3] Seven of the ten values are

significant at level 5 percent or below. See Table 2.

*Table 2: Consistency of Results across DREs in Winterville Train Station Polling Place*

| Contest | P-value |
|---|---|
| Governor | 0.114 |
| Lt. Governor | 0.025 |
| Secretary of State | 0.018 |
| Attorney General | 0.151 |
| Commissioner of Agriculture | 0.026 |
| Commissioner of Insurance | 0.030 |
| State School Superintendent | 0.097 |
| Commissioner of Labor | 0.008 |
| Public Service Commission, District 3 | 0.046 |
| Public Service Commission, District 5 | 0.025 |

26. On the assumption that votes were cast on different DREs as if at random, the chance that

any of the seven machines would show anomalies as large as machine 3 did is about 0.00009

percent, i.e., less than one in a million.[4]

27. If the Democratic and Republican party labels are flipped on the third machine, the anomaly

disappears. For individual contests, no P-value is below 0.280 on the assumption that voters

are directed to DREs as if at random, compared with values as small as 0.008 (and seven

values below 5 percent) for the actual poll tapes. See Table 3.

---

[3] These results are based on permutation tests conditional on the number of ballots cast on each machine. The test statistic is the largest absolute difference between the expected and actual fraction of Republican votes in each contest. The P-values are two-sided, conservative P-values for a randomized test; the randomization was performed using a cryptographically secure pseudo-random number generator. Software to perform the statistical tests is given in Appendix IV.

[4] This result is based on a permutation test conditional on the number of ballots cast on each machine. The test statistic is the largest absolute difference between the expected and actual fraction of Republican votes in each contest. Results for different contests were combined using Fisher's combining function to produce the value reported in paragraph 25. The P-values are conservative P-values for randomized tests; the randomization was performed using a cryptographically secure pseudo-random number generator. Software used for the calculations is given in Appendix IV.

28. Similarly, on the assumption that votes are distributed randomly across machines, the chance that the discrepancies would be as large as observed would be roughly 97 percent, rather than 0.00009 percent, the value for the original data.

*Table 3: Consistency in Results across DREs in Winterville Train Station Polling Place, if D and R were Flipped on Machine 3.*

| Contest | P-value |
|---|---|
| Governor | 0.464 |
| Lt. Governor | 0.795 |
| Secretary of State | 0.450 |
| Attorney General | 0.543 |
| Commissioner of Agriculture | 0.734 |
| Commissioner of Insurance | 0.604 |
| State School Superintendent | 0.807 |
| Commissioner of Labor | 0.797 |
| Public Service Commission, District 3 | 0.280 |
| Public Service Commission, District 5 | 0.939 |

29. These tests strongly suggest that machine 3 had some other software or hardware problem: misconfiguration, error, defect, hack, or malfunction. The most plausible explanation is that machine 3 was misconfigured in a way that caused votes for Republican candidates to be recorded as votes for Democratic candidates, and vice versa.

I understand that the Winterville Train Depot polling place is one of a number of polling places in which Georgia voters photographed poll tapes after the close of polls. It was not selected at random, but neither is there reason to believe that problems are confined to that polling place.

## Conclusions

30. Based on my analysis, described above, and my knowledge of Georgia's DRE voting system used in the November 6, 2018 election, it is my opinion that the certified results of the Lieutenant Governor's race are in substantial doubt.

31. Further statistical analysis of available data may be informative, but it cannot by itself determine who won, nor ascertain with certainty whether there were malfunctions, errors, bugs, defects or hacks, nor, if there were such problems, whether those problems caused the wrong candidate to appear to win.

32. The investigation most likely to produce definitive evidence is a forensic examination of the hardware and software of DREs and other computerized systems used by Georgia counties and the State of Georgia to record, tabulate, aggregate, and report votes and election results, including the hardware and software of devices used to configure those systems.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this date, 7 January 2019, in Berkeley, California.

_____

Philip B. Stark

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _CALIFORNIA_ )SS

COUNTY OF _ALAMEDA_ )

On _JAN, 07TH 2019_ before me, _ANDREW ADIKRI BAPI._ , Notary Public, personally appeared
_PHILIP B. STARK._

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

ANDREW ADIKRI BAPI
COMM. # 2211457
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
COMM. EXPIRES SEPT. 22, 2021

This area for official notarial seal.

APPENDIX

I

# Curriculum Vitae
# Philip Bradford Stark

Biographical Information . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Interests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Appointments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Awards and Fellowships . . . . . . . . . . . . . . . . . . . . . . . . 2
Affiliations and Professional Societies . . . . . . . . . . . . . . . . . 3
Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Mentors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Publications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Refereed Publications . . . . . . . . . . . . . . . . . . . . . . . 5
    Books and Edited Volumes . . . . . . . . . . . . . . . . . . . . 18
    Book Chapters . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
    Technical Reports, White Papers, and Unrefereed Publications 20
    Editorials, Reviews, Comments, Letters . . . . . . . . . . . . 26
    Software . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
Patents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
Selected Presentations . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    Other Invited Seminars . . . . . . . . . . . . . . . . . . . . . . 64
Press . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
Teaching and Advising . . . . . . . . . . . . . . . . . . . . . . . . . . 92
    Courses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
    Former Graduate Students and Postdocs . . . . . . . . . . . . 94
    Graduate Committees . . . . . . . . . . . . . . . . . . . . . . 95
    First-year PhD advising . . . . . . . . . . . . . . . . . . . . . 101
    Current PhD advisees . . . . . . . . . . . . . . . . . . . . . . 101
    Undergraduate Research Advisees . . . . . . . . . . . . . . . 101
Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102
    Professional Societies and Government Agencies . . . . . . . 102
    Foundations, Non-Profit Corporations, and Industry . . . . . 110
    Editorial and Referee Service . . . . . . . . . . . . . . . . . . 110
    University and Higher Education . . . . . . . . . . . . . . . . 112
Contracts and Grants . . . . . . . . . . . . . . . . . . . . . . . . . . 119
Consulting and Expert Witness Experience . . . . . . . . . . . . . . 122
    Recent Testimony . . . . . . . . . . . . . . . . . . . . . . . . 129

# Biographical Information

**Born:** 7 October 1960, Houston, Texas.

**Citizenship:** U.S.A.

## Interests

**Theory**: Inference, inverse problems, multiplicity, nonparametrics, optimization, restricted parameters, sampling

**Applications**: Astrophysics, cosmology, ecology, elections, geophysics, health, legislation, litigation, marketing, physics, public policy, risk assessment and control, uncertainty quantification

## Appointments

**10/2015–present** Associate Dean, Division of Mathematical and Physical Sciences, University of California, Berkeley

**6/2016–8/2016** Visiting Professor of Theoretical Computer Science, IT University of Copenhagen

**7/2012–6/2015** Chair, Department of Statistics, and Director, Statistical Computing Facility, University of California, Berkeley

**7/2011–6/2012** Vice Chair, Department of Statistics, University of California, Berkeley

**7/2011–8/2011** Acting Chair, Department of Statistics, University of California, Berkeley

**7/2008–present** Faculty, Designated Emphasis in Computational and Data Science and Engineering, University of California, Berkeley

**7/1998–present** Professor, Department of Statistics, University of California, Berkeley

Case 1:17-cv-02989-AT   Document 419-1   Filed 06/21/19   Page 69 of 506

**7/2001–6/2003** Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education), University of California, Berkeley

**6/1996** Visiting Associate Professor, School of Mathematical Sciences, Tel Aviv University, Tel Aviv, Israel

**7/1994–6/1998** Associate Professor, Department of Statistics, University of California, Berkeley

**7/1988–6/1994** Assistant Professor, Department of Statistics, University of California, Berkeley

**7/1987–6/1990** National Science Foundation Postdoctoral Fellow in Mathematical Sciences

**1/1987–6/1987** Postgraduate Research, Department of Statistics, University of California, Berkeley

**8/1986–12/1986** Postgraduate Research, Institute for Geophysics and Planetary Physics, UC San Diego

## Awards and Fellowships

Velux/Villum Foundation Visiting Professor Programme (2015–2016)

Leamer-Rosenthal Prize for Transparency in Social Science (2015)

Chancellor's Award for Public Service, Research in the Public Interest, University of California, Berkeley (2011)

John Gideon Award for Election Integrity, Election Verification Network (2011)

Mellon Library/Faculty Fellow for Undergraduate Research (2006–2007)

Presidential Chair Fellow, University of California, Berkeley (2003–2004)

Fellow, American Statistical Association (selected 2014)

Fellow, Institute of Physics (elected 1999)

Miller Research Professor, Miller Institute for Basic Research in Science (1999)

Dobson Fellow, University of California at Berkeley (1998, 1999)

Presidential Young Investigator (1989–1995)

National Science Foundation Postdoctoral Fellowship in Mathematical Sciences (1987–1989)

University Fellowship, University of Texas at Austin (1982–1983)

## Affiliations

Association of Foragers

Berkeley Institute for Data Science (BIDS), University of California, Berkeley

Berkeley Food Institute, University of California, Berkeley

Berkeley Open Source Food, University of California, Berkeley

Center for Astrostatistics, Pennsylvania State University

Global Oscillation Network Group (GONG)

National Partnership for Advanced Computational Infrastructure (NPACI)

Simons Institute for the Theory of Computing, University of California, Berkeley

Solar and Heliospheric Observatory Solar Oscillations Investigation (SOHO-SOI)

Space Sciences Laboratory, University of California, Berkeley

Theoretical Astrophysics Center, University of California, Berkeley

*P.B. Stark: CV*          *January 4, 2019*          4

## Professional Societies

American Statistical Association: Fellow and Accredited Professional Statistician

Bernoulli Society for Mathematical Statistics and Probability

Institute of Mathematical Statistics

Institute of Physics: Fellow and Chartered Physicist

International Statistical Institute

Royal Astronomical Society: Fellow

## Education

A.B. 1980, Princeton University, Princeton, New Jersey

Ph.D. 1986, University of California, San Diego, La Jolla, California

## Mentors

Robert L. Parker, Institute for Geophysics and Planetary Physics, Scripps Institution of Oceanography, University of California, San Diego (PhD dissertation advisor)

George E. Backus, Institute for Geophysics and Planetary Physics, Scripps Institution of Oceanography, University of California, San Diego (postdoctoral advisor)

David L. Donoho, Department of Statistics, Stanford University (postdoctoral advisor)

# Publications

## Refereed Publications

1. Stark, P.B. and C. Frohlich, 1985. The depths of the deepest deep Earthquakes, *Journal of Geophysical Research*, *90*, 1859–1869.

2. Stark, P.B., R.L. Parker, G. Masters, and J.A. Orcutt, 1986. Strict bounds on seismic velocity in the spherical Earth, *Journal of Geophysical Research*, *91*, 13,892–13,902.

3. Stark, P.B., 1986. *Travel-Time Inversion: Regularization and Inference*, Ph.D. Thesis, Scripps Instution of Oceanography, University of California, San Diego, 106pp.

4. Stark, P.B., and R.L. Parker, 1987. Smooth profiles from tau(p) and X(p) data, *Geophysical Journal of the Royal Astronomical Society*, *89*, 2713–2719.

5. Stark, P.B., and R.L. Parker, 1987. Velocity bounds from statistical estimates of tau(p) and X(p), *Journal of Geophysical Research*, *92*, 2713–2719.

6. Stark, P.B., 1987. Rigorous velocity bounds from soft tau(p) and X(p) data, *Geophysical Journal of the Royal Astronomical Society*, *89*, 987–996.

7. Orcutt, J.A., R.L. Parker, P.B. Stark, and J.D. Garmany, 1988. Comment concerning "A method of obtaining a velocity-depth envelope from wide-angle seismic data" by R. Mithal and J.B. Diebold. *Geophysical Journal*, *95*, 209–212.

8. Stark, P.B. and R.L. Parker, 1988. Correction to "Velocity bounds from statistical estimates of tau(p) and X(p)." *Journal of Geophysical Research*, *93*, 13,821–13,822.

9. Donoho, D.L. and P.B. Stark, 1989. Uncertainty principles and signal recovery. *SIAM Journal of Applied Mathematics*, *49*, 906–931.

10. Stark, P.B., 1992. Affine minimax confidence intervals for a bounded Normal mean, *Statistics and Probability Letters*, *13*, 39–44.

11. Stark, P.B., 1992. Minimax confidence intervals in geomagnetism, *Geophysical Journal International*, *108*, 329–338.

12. Stark, P.B., 1992. Inference in infinite-dimensional inverse problems: Discretization and duality, *Journal of Geophysical Research*, *97*, 14,055–14,082. Reprint: `http://onlinelibrary.wiley.com/doi/10.1029/92JB00739/epdf`

13. Donoho, D.L. and P.B. Stark, 1993. A note on rearrangements, spectral concentration, and the zero-order prolate spheroidal wavefunction. *IEEE Transactions on Information Theory*, *39*, 257–260.

14. Pulliam, R.J. and P.B. Stark, 1993. Bumps on the core-mantle boundary: Are they facts or artifacts?, *Journal of Geophysical Research*, *98*, 1943–1956.

15. Stark, P.B. and N.W. Hengartner, 1993. Reproducing Earth's kernel: Uncertainty of the shape of the core-mantle boundary from PKP and PcP travel-times, *Journal of Geophysical Research*, *98*, 1957–1972.

16. Stark, P.B., 1993. Uncertainty of the COBE quadrupole detection, *Astrophysical Journal Letters*, *408*, L73–L76.

17. Stark, P.B. and D.I. Nikolayev, 1993. Toward tubular tomography, *Journal of Geophysical Research*, *98*, 8095–8106.

18. Constable, C.G., R.L. Parker, and P.B. Stark, 1993. Geomagnetic field models incorporating frozen-flux constraints, *Geophysical Journal International*, *113*, 419–433.

19. Gough, D.O. and P.B. Stark, 1993. Are the 1986–1988 changes in solar free-oscillation frequency splitting significant?, *Astrophysical Journal*, *415*, 376–382.

20. Stark, P.B., M.M. Herron, and A. Matteson, 1993. Empirically minimax affine mineralogy estimates from Fourier-transform infrared spectroscopy data using a decimated wavelet basis, *Applied Spectroscopy*, *47*, 1820–1829.

21. Pulliam, R.J. and P.B. Stark, 1994. Confidence regions for mantle heterogeneity, *Journal of Geophysical Research*, *99*, 6931–6943.

22. Genovese, C.R., P.B. Stark, and M.J. Thompson, 1995. Uncertainties for Two-Dimensional Models of Solar Rotation from Helioseismic Eigenfrequency Splitting, *Astrophysical Journal*, *443*, 843–854.

23. Stark, P.B. and R.L. Parker, 1995. Bounded-variable least-squares: an algorithm and applications, *Computational Statistics*, *10*, 129–141. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/bvls.pdf`

24. Hengartner, N.W. and P.B. Stark, 1995. Finite-sample confidence envelopes for shape-restricted densities, *The Annals of Statistics*, *23*, 525–550.

25. Stark, P.B., 1995. Reply to Comment by Morelli and Dziewonski, *Journal of Geophysical Research*, *100*, 15,399–15,402.

26. Gough, D.O., T. Sekii, and P.B. Stark, 1996. Inferring spatial variation of solar properties from helioseismic data, *Astrophysical Journal*, *459*, 779–791.

27. Benjamini, Y. and Stark, P.B., 1996. Non-equivariant simultaneous confidence intervals less likely to contain zero, *Journal of the American Statistical Association*, *91*, 329–337.

28. Hill, F., P.B. Stark, R.T. Stebbins, E.R. Anderson, H.M. Antia, T.M. Brown, T.L. Duvall, Jr., D.A. Haber, J.W. Harvey, D.H. Hathaway, R. Howe, R. Hubbard, H.P. Jones, J.R. Kennedy, S.G. Korzennik, A.G. Kosovichev, J.W. Leibacher, K.G. Libbrecht, J.A. Pintar, E.J. Rhodes, Jr., J. Schou, M.J. Thompson, S. Tomczyk, C.G. Toner, R. Toussaint, and W.E. Williams, 1996. The solar acoustic spectrum and eigenmode parameters, *Science*, *272*, 1292–1295.

29. Thompson, M.J., J. Toomre, E.R. Anderson, H.M. Antia, G. Berthomieu, D. Burtonclay, S.M. Chitre, J. Christensen-Dalsgaard, T. Corbard, M. DeRosa, C.R. Genovese, D.O. Gough, D.A. Haber, J.W. Harvey, F. Hill, R. Howe, S.G. Korzennik, A.G. Kosovichev, J.W. Leibacher, F.P. Pijpers, J. Provost, E.J. Rhodes, Jr., J. Schou, T. Sekii, P.B. Stark, and P.R. Wilson, 1996. Differential rotation and dynamics of the solar interior, *Science*, *272*, 1300–1305.

Case 1:17-cv-02989-AT   Document 419-1   Filed 06/21/19   Page 75 of 506

30. Stark, P.B., 1996.  A few considerations for ascribing statistical significance to earthquake predictions, *Geophysical Research Letters*, *23*, 1399–1402.

31. Evans, S.N., and P.B. Stark, 1996. Shrinkage estimators, Skorokhod's problem, and stochastic integration by parts, *The Annals of Statistics*, *24*, 809–815.

32. Genovese, C.R. and P.B. Stark, 1996. Data Reduction and Statistical Consistency in Linear Inverse Problems, *Physics of the Earth and Planetary Interiors*, *98*, 143–162.

33. Stark, P.B., 1997. Earthquake prediction: the null hypothesis, *Geophysical Journal International*, *131*, 495–499.

34. Benjamini, Y., Y. Hochberg, and P.B. Stark, 1998. Confidence Intervals with more Power to determine the Sign: Two Ends constrain the Means, *Journal of the American Statistical Association*, *93*, 309–317.

35. Tenorio, L., P.B. Stark, and C.H. Lineweaver, 1999. Bigger uncertainties and the Big Bang, *Inverse Problems*, *15*, 329–341.

36. Stark, P.B., 1999. Geophysics, Statistics in, in *Encyclopedia of Statistical Sciences, Update Volume 3*, S. Kotz, C.B. Read, and D.L. Banks, eds., John Wiley and Sons, NY. Invited. Reprint:
    `http://mrw.interscience.wiley.com/emrw/9780471667193/ess/article/ess1053/current/pdf`

37. Komm, R., Y. Gu, P.B. Stark, and I. Fodor, 1999. Multitaper Spectral Analysis and Wavelet Denoising Applied to Helioseismic Data, *Astrophysical Journal*, *519*, 407–421.

38. Freedman, D.A., and P.B. Stark, 1999.  The swine flu vaccine and Guillain-Barré syndrome: a case study in relative risk and specific causation, *Evaluation Review*, *23*, 619–647. Preprint:
    `https://www.stat.berkeley.edu/users/census/546.pdf`

39. Fodor, I. and P.B. Stark, 2000. Multitaper Spectrum Estimation for Time Series with Gaps, *IEEE Transactions on Signal Processing*, *48*, 3472–3483.

40. Freedman, D.A., P.B. Stark, and K.W. Wachter, 2001. A probability model for census adjustment, *Mathematical Population Studies*, *9*, 165–180.

41. D.A. Freedman and P.B. Stark, 2001. The swine flu vaccine and Guillain-Barré syndrome. *Law and Contemporary Problems*, *64*, 49–62. Reprint:
    `http://www.law.duke.edu/shell/cite.pl?64+Law+&+Contemp.+Pr obs.+49+(Autumn+2001)`

42. Evans, S.N. and P.B. Stark, 2002. Inverse Problems as Statistics, *Inverse Problems*, *18*, R55–R97. Invited. Reprint:
    `http://iopscience.iop.org/0266-5611/18/4/201/pdf/0266-5611 _18_4_201.pdf`

43. Stark, P.B. and D.A. Freedman, 2003. What is the Chance of an Earthquake? in *Earthquake Science and Seismic Risk Reduction*, F. Mulargia and R.J. Geller, eds., NATO Science Series IV: Earth and Environmental Sciences, v. 32, Kluwer, Dordrecht, The Netherlands, 201–213. Invited. Preprint:
    `https://www.stat.berkeley.edu/~stark/Preprints/611.pdf`

44. Stark, P.B., 2003. Capture-recapture. *Encyclopedia of Social Science Research Methods*, Sage Publications, Thousand Oaks, CA. Invited. Preprint:
    `https://www.stat.berkeley.edu/~stark/Preprints/capt2002.pd f`

45. Stark, P.B., 2003. Census Adjustment. *Encyclopedia of Social Science Research Methods*, Sage Publications, Thousand Oaks, CA. Invited. Preprint:
    `https://www.stat.berkeley.edu/~stark/Preprints/adj2002.pdf`

46. Schafer, C.M. and P.B. Stark, 2004. Using what we know: inference with physical constraints. *Proceedings of the Conference on Statistical Problems in Particle Physics, Astrophysics and Cosmology PHYSTAT2003*, L. Lyons, R. Mount and R. Reitmeyer, eds., Stanford Linear Accelerator Center, Menlo Park, CA, 25–34.

47. Evans, S.N., B. Hansen, and P.B. Stark, 2005. Minimax Expected Measure Confidence Sets for Restricted Location Parameters, *Bernoulli, 11,* 571–590. Also Tech. Rept. 617, Dept. Statistics Univ. Calif Berkeley (May 2002, revised May 2003). Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/617.pdf`

48. Divenyi, P., P.B. Stark, and K. Haupt, 2005. Decline of Speech Understanding and Auditory Thresholds in the Elderly, *Journal of the Acoustical Society of America, 118,* 1089–1100.

49. Freedman, D.A. and P.B. Stark, 2007. Ecological Inference, in *1 Encyclopedia of Law and Society: American and Global Perspectives,* 447–448, David S. Clark, ed., Sage Publications. Invited. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/ecoInf07.txt`

50. Luen, B. and P.B. Stark, 2008. Testing Earthquake Predictions. *IMS Lecture Notes—Monograph Series. Probability and Statistics: Essays in Honor of David A. Freedman,* 302–315. Institute for Mathematical Statistics Press, Beachwood, OH. Invited. Reprint: `http://arxiv.org/abs/0805.3032`

51. Stark, P.B., 2008. The effectiveness of Internet content filters, *I/S: A Journal of Law and Policy for the Information Society, 4,* 411–429. Reprint: `http://www.is-journal.org/V04I02/Stark.pdf` Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/filter07.pdf`

52. Stark, P.B., 2008. Conservative statistical post-election audits, *The Annals of Applied Statistics, 2,* 550–581. Reprint: `http://arxiv.org/abs/0807.4005`

53. Stark, P.B., 2008. A Sharper Discrepancy Measure for Post-Election Audits, *The Annals of Applied Statistics, 2,* 2008, 982–985. Reprint: `http://arxiv.org/abs/0811.1697`

54. Stark, P.B., 2008. Generalizing resolution, *Inverse Problems, 24,* 034014. Invited; selected for 2008 Highlights for *Inverse Problems* Reprint:

`https://www.stat.berkeley.edu/~stark/Preprints/resolution0`
`7.pdf`

55. Schafer, C.M., and P.B. Stark, 2009. Constructing Confidence Sets of Optimal Expected Size. *Journal of the American Statistical Association, 104*, 1080–1089. Reprint:
`https://www.stat.berkeley.edu/~stark/Preprints/schaferStar`
`k09.pdf`

56. Berlow, E.L., J.A. Dunne, N.D. Martinez, P.B. Stark, R.J. Williams and U. Brose, 2009. Simplicity on the other side of ecological complexity. *Proceedings of the National Academy of Sciences, 106*, 187–219. Reprint:
`http://www.pnas.org/content/106/1/187.full.pdf+html`

57. Hall, J.L., L.W. Miratrix, P.B. Stark, M. Briones, E. Ginnold, F. Oakley, M. Peaden, G. Pellerin, T. Stanionis and T. Webber, 2009. Implementing Risk-Limiting Audits in California, *2009 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '09)*. Reprint:
`http://static.usenix.org/events/evtwote09/tech/full_papers`
`/hall.pdf`.
SSRN's Top Ten download list for ERN: Models of Political Processes: Rent-Seeking, Elections, Legislatures, & Voting Behavior

58. Stark, P.B., 2009. CAST: Canvass Audits by Sampling and Testing. *IEEE Transactions on Information Forensics and Security: Special Issue on Electronic Voting, 4*, 708–717. Reprint:
`https://www.stat.berkeley.edu/~stark/Preprints/cast09.pdf`

59. Miratrix, L.W. and P.B. Stark, 2009. Election Audits using a Trinomial Bound. *IEEE Transactions on Information Forensics and Security: Special Issue on Electronic Voting, 4*, 974–981. Reprint:
`https://www.stat.berkeley.edu/~stark/Preprints/trinomial09`
`.pdf`

60. Stark, P.B., 2009. Risk-limiting post-election audits: *P*-values from common probability inequalities. *IEEE Transactions on Information Forensics and Security: Special Issue on Electronic Voting, 4*, 1005–1014. Reprint:

`https://www.stat.berkeley.edu/~stark/Preprints/pvalues09.p`
`df`

61. Stark, P.B., 2009. Efficient post-election audits of multiple contests: 2009 California tests. Refereed paper presented at the 2009 Conference on Empirical Legal Studies. Preprint:
`http://ssrn.com/abstract=1443314`

62. Stark, P.B., 2010. Risk-Limiting Vote-Tabulation Audits: The Importance of Cluster Size. *Chance*, *23*(3), 9–12. Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/auditingCha`
`nce10.pdf`

63. Stark, P.B., 2010. Super-simple simultaneous single-ballot risk-limiting audits. *2010 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '10)*, D. Jones, J.J. Quisquater and E.K. Rescorla, eds. Reprint:
`http://www.usenix.org/events/evtwote10/tech/full_papers/St`
`ark.pdf`

64. Stark, P.B. and L. Tenorio, 2010. A Primer of Frequentist and Bayesian Inference in Inverse Problems. In *Large Scale Inverse Problems and Quantification of Uncertainty*, Biegler, L., G. Biros, O. Ghattas, M. Heinkenschloss, D. Keyes, B. Mallick, L. Tenorio, B. van Bloemen Waanders and K. Willcox, eds. John Wiley and Sons, NY. Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/freqBayes09`
`.pdf`

65. Stark, P.B., 2010. Null and Vetoed: "Chance Coincidence"? *Chance*, *23(4)*, 43–46. Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/acrosticVet`
`o09.htm`

66. Benaloh, J., D. Jones, E. Lazarus, M. Lindeman, and P.B. Stark, 2011. SOBA: Secrecy-preserving Observable Ballot-level Audit. *2011 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '11)*. Reprint:
`http://static.usenix.org/events/evtwote11/tech/final_files`
`/Benaloh.pdf`

Video: `https://www.usenix.org/conference/evtwote-11/soba-se crecy-preserving-observable-ballot-level-audit`

67. Higgins, M.J., R.L. Rivest and P.B. Stark, 2011. Sharper $p$-values for Stratified Post-Election Audits. *Statistics, Politics, and Policy, 2*(1), Article 7. Reprint:
`http://www.degruyter.com/downloadpdf/j/spp.2011.2.issue-1/ 2151-7509.1031/2151-7509.1031.xml`
Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/higginsRive stStark11.pdf`

68. Shearer, P.M. and P.B. Stark, 2012. The global risk of big earth-quakes has not recently increased. *Proceedings of the National Academy of Sciences, 109*(3), 717–721. doi: 10.1073/pnas.1118525109. (Commentary by G. Beroza, *PNAS 2012, 109*(3) 651–652. doi: 10.1073/pnas.1120744109.) Reprint:
`http://www.pnas.org/content/early/2011/12/12/1118525109.fu ll.pdf+html`

69. Luen, B. and P.B. Stark, 2012. Poisson tests of declustered catalogs. *Geophysical Journal International*, *189*, 691–700. doi: 10.1111/j.1365-246X.2012.05400.x
Reprint:
`http://onlinelibrary.wiley.com/doi/10.1111/j.1365-246X.201 2.05400.x/pdf`
Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/decluster11 .pdf`

70. Lindeman, M., P.B. Stark, and V.S. Yates, 2012. BRAVO: Ballot-polling Risk-Limiting Audits to Verify Outcomes. *2012 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '12)*. Reprint:
`https://www.usenix.org/system/files/conference/evtwote12/e vtwote12-final27.pdf`

71. Huttunen, J.M.J., and P.B. Stark, 2012. Cheap contouring of costly functions: The Pilot Approximation Trajectory Algorithm. *Computa-

*tional Science & Discovery.* 5, 015006. Reprint:
`http://stacks.iop.org/1749-4699/5/015006`

72. Lindeman, M. and P.B. Stark, 2012. A Gentle Introduction to Risk-Limiting Audits. *IEEE Security and Privacy*, *10*, 42–49. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/gentle12.pdf`

73. Stark, P.B., and D.A. Wagner, 2012. Evidence-Based Elections. *IEEE Security and Privacy*, *10*, 33–41. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/evidenceVote12.pdf`

74. Benjamini, Y., V. Madar, and P.B. Stark, 2013. Simultaneous confidence intervals uniformly more likely to determine signs, *Biometrika*, doi: 10.1093/biomet/ass074
    Reprint: `http://biomet.oxfordjournals.org/content/early/2013/02/20/biomet.ass074.full.pdf`
    Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/qc11.pdf`

75. Benaloh, J., M. Byrne, B. Eakin, P. Kortum, N. McBurnett, O. Pereira, P.B. Stark, and D.S. Wallach, 2013. STAR-Vote: A Secure, Transparent, Auditable, and Reliable Voting System. *JETS: USENIX Journal of Election Technology and Systems*, *1*,18–37. Reprint: `https://www.usenix.org/sites/default/files/jets0101-complete.pdf`

76. Stark, P.B., and V. Teague, 2014. Verifiable European Elections: Risk-limiting Audits for D'Hondt and Its Relatives, *JETS: USENIX Journal of Election Technology and Systems*, *3.1*, `https://www.usenix.org/jets/issues/0301/stark`

77. Stark, P.B., and R. Freishtat, 2014. An evaluation of course evaluations. *Science Open*, DOI 10.14293/S2199-1006.1.-.AOFRQA.v1, `https://www.scienceopen.com/document/vid/42e6aae5-246b-4900-8015-dc99b467b6e4` (post refereed)

78. Luo, T., and P.B. Stark, 2015. Nine out of 10 restaurants fail? Check, please. *Significance, 12*, 25–29. Preprint: `http://arxiv-web3.libra`

ry.cornell.edu/abs/1410.8603v1 Reprint: `http://onlinelibrary`
`.wiley.com/doi/10.1111/j.1740-9713.2015.00813.x/abstract`

79. Saltelli, A., P.B. Stark, W. Becker, and P. Stano, 2015. Climate Models as Economic Guides: Scientific Challenge or Quixotic Quest?, *Issues in Science and Technology*, Spring 2015. Preprint: `https://` `www.stat.berkeley.edu/~stark/Preprints/saltelliEtal15.pdf` Reprint: `http://issues.org/31-3/climate-models-as-economic-` `guides-scientific-challenge-or-quixotic-quest/`

80. Matchett, J.R., P.B. Stark, R.A. Knapp, S.M. Ostoja, H.C. McKenny, M. Brooks, W. Langford, L.N. Joppa, and E. Berlow, 2015. Detecting the influence of rare stressors on rare species in Yosemite National Park using a novel stratified permutation test, *Nature Scientific Reports, 5*. doi:10.1038/srep10702, Reprint: `http://www.nature.com/srep/2015` `/150602/srep10702/full/srep10702.html`

81. Arratia, R., S. Garibaldi, L. Mower, and P.B. Stark, 2015. Some people have all the luck. *Mathematics Magazine*, *88*, 196–211. doi:10.4169/math.mag.88.3.196.c, Reprint: `https://www.stat.berke` `ley.edu/~stark/Preprints/luck15.pdf`

82. Stark, P.B., 2015. Constraints versus priors. *SIAM/ASA Journal on Uncertainty Quantification*, *3*(1), 586–598. doi:10.1137/130920721, Reprint: `http://epubs.siam.org/doi/10.1137/130920721`, Preprint: `https://www.stat.berkeley.edu/~stark/Preprints` `/constraintsPriors15.pdf`.

83. Mulargia, F., P. Gasperini, B. Lolli, and P.B. Stark, 2015. Purported precursors: poor predictors. *Bollettino di Geofisica Teorica ed Applicata*, *56*, 351–356. doi:10.4430/bgta0142, Reprint: `http://www2.ogs.` `trieste.it/bgta/pdf/bgta0142_MULARGIA.pdf`

84. Regier, J.C. and P.B. Stark, 2015. Uncertainty quantification for emulators. *SIAM/ASA Journal on Uncertainty Quantification, 3*, 686–708. doi:10.1137/130917909, Reprint: `http://epubs.siam.org/doi/10.1` `137/130917909`, Preprint: `https://www.stat.berkeley.edu/~stark` `/Preprints/uqEmu15.pdf`.

85. Boring, A., K. Ottoboni, and P.B. Stark, 2016. Teaching evaluations (mostly) do not measure teaching effectiveness, *Science Open*, doi:10.14293/S2199-1006.1.SOR-EDU.AETBZC.v1, `https://www.scienceopen.com/document/vid/818d8ec0-5908-47d8-86b4-5dc38f04b23e` (post refereed)

86. Mulargia, F., P.B. Stark, and R.J. Geller, 2017. Why is Probabilistic Seismic Hazard Analysis (PSHA) Still Used? *Physics of the Earth and Planetary Interiors, 264*, 63–75. Reprint: `http://www.sciencedirect.com/science/article/pii/S0031920116303016`

87. Kuusela, M., and P.B. Stark, 2017. Shape-constrained uncertainty quantification in unfolding steeply falling elementary particle spectra, *Annals of Applied Statistics, 11*, 1671–1710. Preprint: `http://arxiv.org/abs/1512.00905`

88. Bernhard, M., J.A. Halderman, R.L. Rivest, P. Vora, P.Y.A. Ryan, V. Teague, J. Benaloh, P.B. Stark and D. Wallach, 2017. Public Evidence from Secret Ballots, in: Krimmer R., Volkamer M., Braun Binder N., Kersting N., Pereira O., Schürmann C. (eds), *Electronic Voting. E-Vote-ID 2017. Lecture Notes in Computer Science, 10615.* Springer. `https://doi.org/10.1007/978-3-319-68687-5_6`. Preprint: `https://arxiv.org/abs/1707.08619`

89. Mulargia, F., R.J. Geller, and P.B. Stark, 2017. Reply to comments by Console et al. *Physics of the Earth and Planetary Interiors*, to appear. Preprint: `http://www.sciencedirect.com/science/article/pii/S0031920117303084`

90. Fernandez, A., K. Kashinath, J. McAuliffe, Prabhat, P. Stark, and M. Wehner, 2017. Towards a statistical model of tropical cyclone genesis. *Proceedings of the 7th International Workshop on Climate Informatics: CI 2017.*

91. Kafkafi, N., J. Agassi, E.J. Chesler, J.C. Crabbe, W.E. Crusio, D. Eilam, R. Gerlai, I. Golani, A. Gomez-Marin, R. Heller, F. Iraqi, I. Jaljuli, N.A. Karp, H. Morgan, G. Nicholson, D.W. Pfaff, H.S. Richter, P.B. Stark, O. Stiedl, V. Stodden, L.M. Tarantino, V. Tucci, W. Valdar, R.W. Williams, H. Wurbel, and Y. Benjamini, 2018. Reproducibility

and replicability of rodent phenotyping in preclinical studies. *Neuroscience & Biobehavioral Reviews* `https://doi.org/10.1016/j.neubi orev.2018.01.003`, Preprint: *BioArXiV*, `http://dx.doi.org/10.11 01/079350`

92. S. Behnezhad, A. Blum, M. Derakhshan, M. Hajiaghayi, M. Mahdian, C.H. Papadimitriou, R.L. Rivest, S. Seddighin and P.B. Stark, 2018. From Battlefields to Presidential Elections: Winning Strategies of Blotto and Auditing Games, *ACM-SIAM Conference on Discrete Algorithms (SODA 2018)*, to appear. Preprint: `https://www.stat.b erkeley.edu/~stark/Preprints/behnezhadEtal18.pdf`

93. Stark, P.B., and A. Saltelli, 2018. Cargo-cult Statistics and Scientific Crisis, *Significance, 15*(4), 40–43. Preprint: `https://www.significa ncemagazine.com/593`

94. Ottoboni, K., P.B. Stark, M. Lindeman, and N. McBurnett, 2018. Risk-Limiting Audits by Stratified Union-Intersection Tests of Elections (SUITE), to appear in *Electronic Voting. E-Vote-ID 2018. Lecture Notes in Computer Science*, Springer. `https://link.springer. com/chapter/10.1007/978-3-030-00419-4_12`. Preprint: `https:// arxiv.org/abs/1809.04235`

95. Evans, S.N., R.L. Rivest, and P.B. Stark, 2019. Leading the field: Fortune favors the bold in Thurstonian choice models, *Bernoulli, 25*(1), 26–46. doi: `http://dx.doi.org/10.3150/17-BEJ930` Preprint: `http s://www.stat.berkeley.edu/~stark/Preprints/evansEtal19.pdf`

96. Bernhard, M., A. Halderman, K. Ottoboni, R.L. Rivest, and P.B. Stark, 2019. Bernoulli Ballot Polling: A Manifest Improvement for Risk-Limiting Audits, *Voting '19*, to appear. Preprint: `http://arxiv.org /abs/1812.06361`

97. Stark, P.B., D. Miller, T.J. Carlson, and K.R. de Vasquez, 2019. Open-Source Food: Nutrition, Toxicology, and Availability of Wild Edible Greens in the East Bay, *PLOS One*, to appear. Preprint: `https://do i.org/10.1101/385864.`

## Papers submitted for publication

98. Mohamadlou, H., A. Lynn-Palevsky, C. Barton, G. Fletcher, L. Shieh, P.B. Stark, U. Chettipally, D. Shimabukuro, M. Feldman, and R. Das, 2018. Multicenter validation of a machine learning algorithm for 48 hour all-cause mortality prediction, submitted to *Journal of Critical Care*.

## Books and Edited Volumes

99. Stark, P.B., 1997. *SticiGui: Statistics Tools for Internet and Classroom Instruction with a Graphical User Interface.* `https://www.stat.berkeley.edu/~stark/SticiGui`

100. Freedman, D.A., 2009. *Statistical Models and Causal Inference: A Dialog with the Social Sciences*, D. Collier, J.S. Sekhon and P.B. Stark, eds., Cambridge University Press, New York.

## Book Chapters

101. Stark, P.B., 1988. Strict bounds and applications. in *Some Topics on Inverse Problems*, P.C. Sabatier, ed., World Scientific, Singapore.

102. Stark, P.B., 1990. Rigorous computer solutions to infinite-dimensional inverse problems. in *Inverse Methods in Action*, P.C. Sabatier, ed., Springer-Verlag. 462–467.

103. Stark, P.B., 2000. Inverse Problems as Statistics, in *Surveys on Solution Methods for Inverse Problems*, Colton, D., H.W. Engl, A.K. Louis, J.R. Mclaughlin and W. Rundell, eds., Springer-Verlag, New York, 253–275. Invited.

104. Schafer, C.M, and P.B. Stark, 2003. Inference in Microwave Cosmology: A Frequentist Perspective, in *Statistical Challenges in Astronomy*, E.D. Feigelson and G.J. Babu, eds., Springer, New York, 215–219.

105. Stark, P.B., 2004. Estimating power spectra of galactic structure: can Statistics help?, in *Penetrating Bars Through Masks of Cosmic Dust:*

*The Hubble Tuning Fork Strikes a New Note*, D.L. Block, I. Puerari, K.C. Freeman, R. Groess and E.K. Block, eds., Springer, The Netherlands, 613–617. Invited.

106. Geller, R.J., F. Mulargia, and P.B. Stark, 2015. Why we need a new paradigm of earthquake occurrence, in *Subduction Dynamics: From Mantle Flow to Mega Disasters, Geophysical Monograph 211*, American Geophysical Union, G. Morra, D.A. Yuen, S. King, S.M. Lee, and S. Stein, eds., Wiley, New York, 183–191. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/paradigm16.pdf`

107. Stark, P.B., 2017. *Nullius in verba*, in *The Practice of Reproducible Research: Case Studies and Lessons from the Data-Intensive Sciences*, J. Kitzes, D. Turek, and F. İmamoğlu, eds., University of California Press, Oakland, CA. `https://www.practicereproducibleresearch.org/core-chapters/0-preface.html`

108. Millman, K.J., K. Ottoboni, N.A.P. Stark, and P.B. Stark, 2017. Reproducible Applied Statistics: Is Tagging of Therapist-Patient Interactions Reliable?, in *The Practice of Reproducible Research: Case Studies and Lessons from the Data-Intensive Sciences*, J. Kitzes, D. Turek, and F. İmamoğlu, eds. University of California Press, Oakland, CA. `https://www.practicereproducibleresearch.org/case-studies/millmanOttoboniStark.html`

109. Bell, S., J. Benaloh, M.D. Byrne, D. DeBeauvoir, B. Eakin, G. Fisher, P. Kortum, N. McBurnett, J. Montoya, M. Parker, O. Pereira, P.B. Stark, D.S. Wallach, and M. Winn, 2017. STAR-Vote: A Secure, Transparent, Auditable, and Reliable Voting System, in *Real-World Electronic Voting: Design, Analysis and Deployment*, F. Hao and P.Y.A. Ryan, eds. CRC Press, Boca Raton, FL.

110. Stark, P.B., and K. Ottoboni, 2018. Random sampling: practice makes imperfect, Proceedings of the Fourth Conference of the International Society for Non-Parametric Statistics, Salerno, Italy. Springer. Preprint: `http://arxiv.org/abs/1810.10985`

## Technical Reports, White Papers, Unrefereed Publications

111. Donoho, D.L. and P.B. Stark, 1988. Rearrangements and Smoothing, Tech. Rept. 148, Dept. Stat., Univ. Calif. Berkeley.

112. Donoho, D.L. and P.B. Stark, 1989. Recovery of a Sparse Signal When the Low Frequency Information is Missing, Tech. Rept. 179, Dept. Statistics, Univ. Calif. Berkeley.

113. Hengartner, N.W. and P.B. Stark, 1992. Conservative finite-sample confidence envelopes for monotone and unimodal densities, Tech. Rept. 341, Dept. Statistics, Univ. Calif. Berkeley.

114. Hengartner, N.W. and P.B. Stark, 1992. Confidence bounds on the probability density of aftershocks, Tech. Rept. 352, Dept. Statistics, Univ. Calif. Berkeley.

115. Stark, P.B., 1992. The Cosmic Microwave Background and Earth's Core-Mantle Boundary: A Tale of Two CMB's, Tech. Rept. 371, Dept. Statistics, Univ. Calif. Berkeley. `https://www.stat.berkeley.edu/~stark/Preprints/371.pdf`

116. Genovese, C. and P.B. Stark, 1993. $l_1$ spectral estimation: Algorithms and tests of super-resolution, in *GONG 1992: Seismic Investigations of the Sun and Stars, Proc. Astr. Soc. Pac. Conf. Ser.*, **42**, T. Brown, ed., 453–456.

117. Gough, D.O. and P.B. Stark, 1993. The significance of changes in solar free-oscillation splitting from 1986–1990, in *GONG 1992: Seismic Investigations of the Sun and Stars, Proc. Astr. Soc. Pac. Conf. Ser.*, *42*, T. Brown, ed., 221–224.

118. Stark, P.B., 1994.   Simultaneous Confidence Intervals for Linear Estimates of Linear Functionals, Tech. Rept. 417, Dept. Statistics, Univ. Calif. Berkeley.

119. Sekii, T., C.R. Genovese, D.O. Gough, and P.B. Stark, 1995. Observational constraints on the internal solar angular velocity, in *Fourth SOHO Workshop: Helioseismology*, J.T. Hoeksema, V. Domingo, B. Fleck and B. Battrick, eds., ESA Publications Division SP-376, Noordwijk, Volume 2, 279–283.

120. Stark, P.B., 1997. Data Sampling Rate Reduction for the OERSTED Geomagnetic Satellite. `https://www.stat.berkeley.edu/~stark/P reprints/Oersted/writeup.htm`

121. Fodor, I.K., J.G. Berryman, and P.B. Stark, 1997. Comparison of Autoregressive and Multitaper Spectral Analysis for Long Time Series, *Stanford Exploration Project*, *95*, 331–355.

122. Borrill, J., and P.B. Stark, 1998.  A fast method for bounding the CMB power spectrum likelihood function.

123. Stark, P.B., 1998.  Testimony before U.S. House of Representatives Subcommittee on the Census, 5 May 1998. `https://www.stat.berke ley.edu/~stark/Census/house-5-5-98-pbs.pdf`

124. Stark, P.B., 1998.  Response to 25 Questions from Representative C. Maloney, Ranking Minority Member, U.S. House of Representatives Subcommittee on the Census, 13 May 1998. `https://www.stat.berk eley.edu/~stark/Census/maloney-5-13-98-pbs.pdf`

125. Stark, P.B., 1999.  Letter to the Editor of USA Today regarding Sampling to Adjust the 2000 Census, 19 January. (original version: `h`

`ttps://www.stat.berkeley.edu/~stark/Census/usaOpEd99.htm`)

126. Komm, R.W., Y. Gu, F. Hill, P.B. Stark, and I.K. Fodor, 1998. Multitaper Spectral Analysis and Wavelet Denoising Applied to Helioseismic Data, *Proc. Tenth Cambridge Workshop on Cool Stars, Stellar Systems and the Sun*, ASP Conference Series, 154, CDR 783–790.

127. Komm, R.W., E. Anderson, F. Hill, R. Howe, A.G. Kosovichev, P.H. Scherrer, J. Schou, I. Fodor, and P. Stark, 1998. Comparison of SOHO-SOI/MDI and GONG Spectra, *Proceedings of the SOHO 6/GONG 98 Workshop*, 'Structure and Dynamics of the Interior of the Sun and Sun-like Stars,' Boston, USA, 1–4 June 1998, ESA SP-418, 253–256.

128. Komm, R.W., E. Anderson, F. Hill, R. Howe, I. Fodor, and P. Stark, 1998. Multitaper analysis applied to a 3-month time series, *Proceedings of the SOHO 6/GONG 98 Workshop*, 'Structure and Dynamics of the Interior of the Sun and Sun-like Stars,' Boston, USA, 1–4 June 1998, ESA SP–418, 257–260.

129. Fodor, I.K. and P.B. Stark, 1999. Multitaper Spectrum Estimates for Time Series with Missing Values, *Computing Science and Statistics*, *31*: Models, Predictions, and Computing. K. Berk and M. Pourahmadi, eds., 383–387.

130. Stark, P.B., 1999. The 1990 and 2000 Census Adjustment Plans, Tech. Rept. 550, Dept. Statistics, Univ. Calif. Berkeley. `https://www.stat.berkeley.edu/~stark/Census/550.pdf` (revised May 2000)

131. Schafer, C.M. and P.B. Stark, 2006. Constructing Confidence Sets of Optimal Expected Size. Technical report 836, Department of Statistics, Carnegie Mellon University. `http://www.stat.cmu.edu/t`

`r/tr836/tr836.html`

132. Jefferson, D., K. Alexander, E. Ginnold, A. Lehmkuhl, K. Midstokke and P.B. Stark, 2007. *Post Election Audit Standards Report— Evaluation of Audit Sampling Models and Options for Strengthening California's Manual Count.* `http://www.sos.ca.gov/elections/pe as/final_peaswg_report.pdf`

133. Stark, P.B., 2009. Auditing a collection of races simultaneously. `http ://arxiv.org/abs/0905.1422v1`

134. Stark, P.B., 2009. The status and near future of post-election auditing. `https://www.stat.berkeley.edu/~stark/Preprints/auditingPos ition09.htm`

135. Stark, P.B., 2010. Why small audit batches are more efficient: two heuristic explanations. `https://www.stat.berkeley.edu/~stark/P reprints/smallBatchHeuristics10.htm`

136. Higdon, D., R. Klein, M. Anderson, M. Berliner, C. Covey, O. Ghattas, C. Graziani, S. Habib, M. Seager, J. Sefcik, P. Stark, and J. Stewart, 2010. Panel Report on Uncertainty Quantification and Error Analysis, in *Scientific Grand Challenges in National Security: The Role of Computing at the Extreme Scale*, U.S. Department of Energy Office of Advanced Scientific Computing Research and National Nuclear Security Administration. `http://science.energy.gov/~/media/asc r/pdf/program-documents/docs/Nnsa_grand_challenges_report. pdf`

137. McLaughlin, K., and P.B. Stark, 2011. Workload Estimates for Risk-Limiting Audits of Large Contests. `https://www.stat.berkele y.edu/~stark/Preprints/workload11.pdf`

138. Scott, L.R., J. Brown, G.W. Bergantz, D. Cooley, C. Dawson, M. de Hoop, D. Estep, N. Flyer, E. Foufoula-Georgiou, M. Ghil, M. Knepley, R.J. LeVeque, L.-H. Lim, G. Papanicolaou, S. Prudhomme, A. Sandu, G. Schubert, F.J. Simons, P.B. Stark, M. Stein, S. Stein, T. Tanimoto, D. Tartakovsky, J. Weare, R. Weiss, G.B. Wright, and D. Yuen, 2012. Fostering Interactions Between the Geosciences and Mathematics, Statistics, and Computer Science. Technical Report TR-2012-02, Department of Computer Science, The University of Chicago. `https://www.cs.uchicago.edu/research/publications/techreports/TR-2012-02`

139. Bañuelos, J.H. and P.B. Stark, 2012. Limiting Risk by Turning Manifest Phantoms into Evil Zombies. `http://arxiv.org/abs/1207.3413`

140. Bretschneider, J., S. Flaherty, S. Goodman, M. Halvorson, R. Johnston, M. Lindeman, R.L. Rivest, P. Smith, and P.B. Stark, 2012. Risk-Limiting Post-Election Audits: Why and How. `https://www.stat.berkeley.edu/~stark/Preprints/RLAwhitepaper12.pdf` Endorsement by the American Statistical Association: `http://www.amstat.org/policy/pdfs/StarkEtAlLetterOfSupport.pdf`

141. Stark, P.B., 2012. Ballot-Polling Audits in Two Pages (±1). `https://www.stat.berkeley.edu/~stark/Preprints/bpa2pp.pdf`

142. Benaloh, J., M. Byrne, P. Kortum, N. McBurnett, O. Pereira, P.B. Stark, and D.S. Wallach, 2012. STAR-Vote: A Secure, Transparent, Auditable, and Reliable Voting System. `http://arxiv.org/abs/1211.1904`

143. Lindeman, M., R.L. Rivest, and P.B. Stark, 2013. Machine Retabulation is not Auditing. `https://www.stat.berkeley.edu/~stark/Preprints/retabNotAudit13.pdf`

144. Lindeman, M., R.L. Rivest, and P.B. Stark, 2013. Retabulations, Machine-Assisted Audits, and Election Verification. `https://www.stat.berkeley.edu/~stark/Preprints/retabulation13.htm`

145. Evans, S.N., R.L. Rivest, and P.B. Stark, 2014. Leading the field: Fortune favors the bold in Thurstonian choice models. `http://arxiv.org/abs/1409.5924`

146. Verified Voting Foundation, 2015. *Principles for New Voting Systems*, `http://www.verifiedvotingfoundation.org/voting-systems-principles/`

147. Benaloh, J., R.L. Rivest, P.Y.A. Ryan, P.B. Stark, V. Teague, and P. Vora, 2015. End-to-end verifiability. `http://arxiv.org/abs/1504.03778`

148. Stark, P.B., 2016. Pay no attention to the model behind the curtain. `https://www.stat.berkeley.edu/~stark/Preprints/eucCurtain15.pdf`

149. Chilingirian, B., Z. Perumal, R.L. Rivest, G. Bowland, A. Conway, P.B. Stark, M. Blom, C. Culnane, and V. Teague, 2016. Auditing Australian Senate Ballots. `https://arxiv.org/abs/1610.00127`

150. Matthees, A., T. Kindlon, C. Maryhew, P. Stark, and B. Levin, 2016. A preliminary analysis of 'recovery' from chronic fatigue syndrome in the PACE trial using individual participant data. *Virology Blog*, `http://www.virology.ws/2016/09/21/no-recovery-in-pace-trial-new-analysis-finds/`

151. Benaloh, J., M. Bernhard, J.A. Halderman, R.L. Rivest, P.Y.A. Ryan, P.B. Stark, V. Teague, P.L. Vora, and D.S. Wallach, 2017. Public

Evidence from Secret Ballots. `https://arxiv.org/abs/1707.08619`

152. Saltelli, A., and P.B. Stark, 2017. Statistiche al Tempo della Crisi, *Epidemiologia & Prevenzione, 41,* 165–169, `http://dx.doi.org/10.19191/EP17.3-4.P165.048`.

153. Dabady, S., and P.B. Stark, 2017. Urban Foraging in Municipal Parks and Public Schools: Opportunities for Policymakers, *Berkeley Food Institute* and *Berkeley Open Source Food*, Policy Brief, July.

154. Lindeman, M., McBurnett, N., Ottoboni, K., and P.B. Stark, 2018. Next Steps for the Colorado Risk-Limiting Audit (CORLA) Program, `https://arxiv.org/abs/1803.00698`

155. Bochsler, D., J. Medzihorsky, C. Schürmann, and P.B. Stark, 2018. Report on the Identification of Electoral Irregularities by Statistical Methods, Opinion 874/2017, Report CDL-AD(2018)009, Venice Commission of the Council of Europe, `http://www.venice.coe.int/webforms/documents/?pdf=CDL-AD(2018)009-e`

156. Stark, P.B., 2018. An Introduction to Risk-Limiting Audits and Evidence-Based Elections, written testimony prepared for the Little Hoover Commission, `https://www.stat.berkeley.edu/~stark/Preprints/lhc18.pdf`

157. Ottoboni, K. and P.B. Stark, 2018. Random problems with R, `https://arxiv.org/abs/1809.06520`

**Editorials, Reviews, Comments, Letters**

158. Stark, P.B., 2001. Review of *Who Counts?* by Margo J. Anderson and Stephen E. Fienberg, *Journal of Economic Literature,* **XXXIX,**

593–595. Invited.

159. Tenorio, L., E. Haber, P.B. Stark, D. Cox, O. Ghattas and W.W. Symes, 2008. Guest editors' introduction to the special section on statistical and computational issues in inverse problems, *Inverse problems*, *24*, 034001. Reprint: `http://www.iop.org/EJ/article/0266-5611/24/3/034001/ip8_3_034001.pdf`

160. Stark, P.B., 2008. Obituary: David A. Freedman, *IMS Bulletin*, *38*, 10–11. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/dafObituary.htm`

161. Collier, D., J.S. Sekhon and P.B. Stark, 2009. Preface to David A. Freedman, 2009. *Statistical Models: Theory and Practice, Revised edition*, Cambridge University Press, New York.

162. Ash, A., S. Pierson and P.B. Stark, 2009. Thinking outside the urn: Statisticians make their marks on U.S. Ballots. *Amstat News*, *384*. 37–40. Reprint: `http://www.amstat.org/outreach/pdfs/SP_ANJun09.pdf`

163. Audit working group, 2009. Data requirements for vote-tabulation audits: Statement to NIST, ElectionAudits.org. `http://electionaudits.org/niststatement`

164. Hall, J.L., P.B. Stark, H.E. Brady, and J.S. Sekhon, 2009. Comments on the CA SoS Precinct Level Data Pilot Project. `https://www.stat.berkeley.edu/~stark/Preprints/CACountyData09.pdf`

165. Stark, P.B., 2010. Testimony before California State Assembly Committee on Elections and Redistricting, 20 April 2010. `https://www.stat.berkeley.edu/~stark/Preprints/ab2023-assembly-20-4`

`-10.htm`

166. Stark, P.B., 2010. Testimony before California State Senate Committee on Elections, Reapportionment and Constitutional Amendments, 15 June 2010. `https://www.stat.berkeley.edu/~stark/Preprints /ab2023-senate-15-6-10.htm`

167. Stark, P.B., 2010. Open letter to UC Berkeley Law School Dean Christopher Edley regarding UC Online Education. `http://www.sam efacts.com/2010/08/archive/technology-and-society/online-e ducation-notes-from-the-field/`

168. Stark, P.B., 2010. Testimony proffered to Judge Ira Warshawsky, New York Supreme Court, 4 December 2010. `https://www.stat.berkele y.edu/~stark/Preprints/nysd7-4-12-10.htm`

169. Letter to President Barack Obama re election technology, 6 December 2012 (with Barbara Simons and 48 others). `http://www.verifiedvoting.org/wp-content/uploads/2012/12/P residentLetter.pdf`

170. Bates, D., P. Courant, C. Hesse, K. Hoekstra, M. Lovell, J. Midgley, G. Nunberg, P. Papadopoulos, H. Schiraldi, G. Sposito, P.B. Stark, and M. van Houweling, 2013. Final Report of the Commission on the Future of the UC Berkeley Library `http://evcp.berkeley.edu/sites/default/files/FINAL_CFUCBL_ report_10.16.13.pdf`

171. Stark, P.B., 2013. Leave Election Integrity to Chance, *The Huffington Post*, 12 July 2013. `http://www.huffingtonpost.com/american-st atistical-association/leave-election-integrity-_b_3580649. html`

172. Stark, P.B., and R. Freishtat, 2013. Evaluating Evaluations, Part 1: Do student evaluations measure teaching effectiveness?, *The Berkeley Teaching Blog*, 9 October 2013. `http://teaching.berkeley.edu/blog/evaluating-evaluations-part-1` *The Berkeley Blog*, 14 October 2013. `http://blogs.berkeley.edu/2013/10/14/do-student-evaluations-measure-teaching-effectiveness/`

173. Stark, P.B., and R. Freishtat, 2013. What Evaluations Measure, Part 2: What exactly do student evaluations measure?, *The Berkeley Teaching Blog*, 17 October 2013. `http://teaching.berkeley.edu/blog/what-evaluations-measure-part-ii` *The Berkeley Blog*, 21 October 2013. `http://blogs.berkeley.edu/2013/10/21/what-exactly-do-student-evaluations-measure/`

174. Stark, P.B., 2015. Out of the Weeds, *Lucky Peach*, 29 June 2015, Invited. `http://luckypeach.com/out-of-the-weeds/`

175. Stark, P.B., 2015. Salad from the Sidewalk, *The New York Times*, 9 July 2015, Invited. `http://www.nytimes.com/interactive/2015/07/09/opinion/09bittman.html`

176. Arratia, R., S. Garibaldi, L. Mower, and P.B. Stark, 2015. Some people have all the luck . . . or do they? *MAA Focus*, August/September, 37–38. `http://www.maa.org/sites/default/files/pdf/MAAFocus/Focus_AugustSeptember_2015.pdf`

177. Stark, P.B., 2015. Science is "show me," not "trust me," *Berkeley Initiative for Transparency in the Social Sciences*, 31 December, Invited. `http://www.bitss.org/2015/12/31/science-is-show-me-not-trust-me/`

178. Boring, A., K. Ottoboni, and P.B. Stark, 2016. Student evaluations of teaching are not only unreliable, they are significantly biased against female instructors, *London School of Economics and Political Science Impact Blog*, 4 February, Invited. `http://blogs.lse.ac.uk/impacto fsocialsciences/2016/02/04/student-evaluations-of-teaching -gender-bias/`

179. Stark, P.B., 2016. The value of *P*-values, *The American Statistician*, *70*, DOI:10.1080/00031305.2016.1154108, Invited. `http://amstat.ta ndfonline.com/doi/suppl/10.1080/00031305.2016.1154108`

180. Stark, P.B., 2016. Review of *Privacy, Big Data, and the Public Good: Frameworks for Engagement*, by J. Lane, V. Stodden, S. Bender, and H. Nissenbaum, eds., *The American Statistician*, Invited. `http://dx. doi.org/10.1080/00031305.2015.1068625`

181. Saltelli, A., S. Funtowicz, M. Giampietro, D. Sarewitz, P.B. Stark, and J.P. van der Sluijs, 2016. Climate Costing is Politics not Science, *Nature, 532*, 177. `go.nature.com/wamqwt http://dx.doi.org/10.1 038/532177a` (signatory list) Reprint: `https://www.stat.berkeley. edu/~stark/Preprints/saltelliEtal16.pdf`

182. Stark, P.B., 2016. Eat your Weedies!, *The Urbanist*, Issue 549, February 2016, Invited. `http://www.spur.org/publications/urban ist-article/2016-03-09/walking-oakland`

183. Stark, P.B., and P.L. Vora, 2016. Maryland voting audit falls short, *The Baltimore Sun*, 28 October 2016. `http://www.baltimoresun.co m/news/opinion/oped/bs-ed-voting-audit-20161028-story.htm l`

184. Rivest, R.L., and P.B. Stark, 2016. Still time for an election audit: Column, *USA Today*, 18 November 2016. `http://www.usatoday.com /story/opinion/2016/11/18/election-audit-paper-machines-co`

lumn/93803752/

185. Harvie Branscomb, Joe Kiniry, Mark Lindeman, Neal McBurnett, Ronald L. Rivest, John Sebes, Pamela Smith, Philip B. Stark, Howard Stanislevic, Paul Stokes, Poorvi L. Vora, and Luther Weeks, 2016. Comments on 2016 General Election: Post-Election Tabulation Audit Procedures, `https://www.seas.gwu.edu/~poorvi/MarylandAudits/Final-Audit-Comments-11-27-16.pdf`

186. Letter to Senators Ron Johnson and Claire McCaskill, U.S. Senate Committee on Homeland Security and Governmental Affairs, re appointment of Thomas P. Bossert as White House Homeland Security Advisor, 11 January 2017 (with Marc Rotenberg, EPIC President, and 39 others). `https://epic.org/policy/SHSGAC_EPIC_Bossert_Jan_2017.pdf`

187. Letter to Senator Lindsey Graham re election integrity and cybersecurity, 13 January 2017 (with Duncan Buell, JoAnne Day, J. Alex Halderman, Eleanor Hare, Frank Heindel, Candice Hoke, Joseph Kiniry, Marilyn Marks, Neal McBurnett, Stephanie Singer, Jason Grant Smith, and Daniel M. Zimmerman). `https://www.scribd.com/document/336463904/Experts-Letter-to-Lindsey-Graham-20170113`

188. An open letter to *Psychological Medicine* about "recovery" and the PACE trial, 13 March 2017 (with 73 others). `http://www.virology.ws/2017/03/13/an-open-letter-to-psychological-medicine-about-recovery-and-the-pace-trial/`

189. Letter to Georgia Secretary of State Brian Kemp, 15 April 2017 (with Andrew W. Appel, Duncan Buell, Larry Diamond, David L. Dill, Richard DeMillo, Michael Fischer, J. Alex Halderman, Joseph Lorenzo Hall, Martin E. Hellman, Candice Hoke, Harri Hursti, David Jefferson, Douglas W. Jones, Joseph Kiniry, Justin Moore, Peter G.

Neumann, Ronald L. Rivest, John E. Savage, Bruce Schneier, Dr. Barbara Simons, Dr. Vanessa Teague) `https://www.verifiedvoting.org/wp-content/uploads/2017/03/KSU.Kemp_.3.15.17.pdf`

190. Rivest, R.L., and P.B. Stark, 2017. When is an Election Verifiable? *IEEE Security & Privacy*, *15*, 48–50. `https://www.computer.org/csdl/mags/sp/2017/03/msp2017030048.pdf`

191. Open-Source Software Won't Ensure Election Security, 24 August 2017 (with Matt Bishop, Josh Benaloh, Joseph Kiniry, Ron Rivest, Sean Peisert, Joseph Hall, Vanessa Teague) `https://lawfareblog.com/open-source-software-wont-ensure-election-security`

192. Saltelli, A., and P.B. Stark, 2018. Fixing stats: social and cultural issue, *Nature* Correspondence, 16 January, doi: 10.1038/d41586-018-00647-9, `https://www.nature.com/articles/d41586-018-00647-9`

193. Expert statement, Support for Security Research, Center for Democracy and Technology, 10 April 2018 (with 57 others) `https://cdt.org/files/2018/04/2018-04-09-security-research-expert-statement-final.pdf`

194. Stark, P.B., 2018. Before reproducibility must come preproducibility, *Nature*, *557*, 613. doi: 10.1038/d41586-018-05256-0 `https://www.nature.com/articles/d41586-018-05256-0`, `https://rdcu.be/PoBV`

## Software

1. Stark, P.B., and R.L. Parker, 1994. BVLS (Bounded-Variable Least Squares), STATLIB (Carnegie-Mellon University ftp server) `http://lib.stat.cmu.edu/general/bvls`

2. Java Applets for Statistics
   https://www.stat.berkeley.edu/~stark/Java/Html/index.htm

3. Millman, K., K. Ottoboni, P.B. Stark, and S. van der Walt, 2015.
   `permute` — a Python package for permutation tests
   https://github.com/statlab/permute

4. Tools for election audits
   https://www.stat.berkeley.edu/~stark/Vote/auditTools.htm
   https://www.stat.berkeley.edu/~stark/Vote/ballotPollTools.htm
   https://github.com/pbstark/auditTools
   https://github.com/pbstark/DKDHondt14

5. Tools to assess suspected lottery fraud
   https://github.com/pbstark/Lotto

6. Miscellaneous software and teaching materials:
   https://www.stat.berkeley.edu/~stark/Code
   https://github.com/pbstark

# Patents

1. McDonald, T., S. Smuin, B. Smuin, and P.B. Stark, 6 December 2012.
   United States Patent 9,510,638. Securement strap for a sandal.

# Selected Presentations

263. Classical Statistics in Modern Elections, Conference in Honor of Prof.
     Yoav Benjamini's 70th Birthday, Jerusalem, Israel, 17–20 December
     2018. https://www.stat.berkeley.edu/~stark/Seminars/auditBenja18.htm

*P.B. Stark: CV*                   *January 4, 2019*                   34

262. Simulating a Ballot-Polling Risk-Limiting Audit with Cards and Dice, Multidisciplinary Conference on Election Auditing, MIT, Cambridge, MA, 7–8 December 2018. `https://www.stat.berkeley.edu/~stark/Seminars/ballotPollingSimulation.pdf`

261. Risk-Limiting Audits and Evidence-Based Elections, Multidisciplinary Conference on Election Auditing, MIT, Cambridge, MA, 7–8 December 2018. `https://www.stat.berkeley.edu/~stark/Seminars/auditMIT18.htm`

260. The Shape of Truth: Perspectives from Science and the Humanities, panelist (with Randy Schekman and John Campbell), Los Angeles, CA, 28 November 2018.

259. How to Tell if an Election Has Been Hacked, Nerd Nite, Oakland, CA, 26 November 2018. `https://www.stat.berkeley.edu/~stark/Seminars/auditNerdNite18.htm`

258. Student Evaluations of Teaching: Managing Bias and Increasing Utility, Center for Education Innovation and Learning in the Sciences, University of California, Los Angeles, Los Angeles, CA, 2 November 2018. `https://www.stat.berkeley.edu/~stark/Seminars/setUCLA18.htm`

257. Student evaluations of teaching do not measure teaching effectiveness. What do they measure?, Stanford-Berkeley Joint Colloquium, Department of Statistics, Stanford University, Stanford, CA, 30 October 2018. `https://www.stat.berkeley.edu/~stark/Seminars/setStanford18.htm`

256. Will my vote count? Political Science 191, University of California, Berkeley, 23 October 2018.

255. Availability, Safety, Palatability, and Nutrient Density of Wild and Feral Foods in Urban Ecosystems, ESPM 117, University of California, Berkeley, 16 October 2018. `https://www.stat.berkeley.edu/~stark/Seminars/forageESPM18.pdf`

254. Preproducibility, STEM Carib Conference, University College of the Cayman Islands, Grand Cayman Island, 9–12 October

2018 `https://www.stat.berkeley.edu/~stark/Seminars/preprodu cibilityUCCI18.htm`

253. Measuring Gender Bias in Student Evaluations of Teaching, STEM Carib Conference, University College of the Cayman Islands, Grand Cayman Island, 9–12 October 2018 `https://www.stat.berkeley.ed u/~stark/Seminars/setUCCI18.htm`

252. PSHA is naked—and it doesn't work, Workshop: Which Way SPRA?, 14th Conference on Probabilistic Safety Assessment and Management, UCLA, Los Angeles, CA, 16 September 2018. `https://www.stat.be rkeley.edu/~stark/Seminars/psha-ucla-18.slides.html`

251. Resilient Greens: Nutrition, Toxicology, & Availability of Edible Weeds in the East Bay, with D. Miller, T. Carlson, and K.R. de Vasquez, Global Climate Summit, University of California, Davis, 10 September 2018.

250. Statistical Modeling, Machine Learning, and Inference, Machine Learning for Science Workshop, Lawrence Berkeley National Laboratory, Berkeley, CA, 4–6 September 2018. `https://www.stat.berkeley.e du/~stark/Seminars/lbl-ml18.slides.html`

249. Securing our Elections, Town Hall Meeting with Congressman Mark DeSaulnier and Secretary of State Alex Padilla, Walnut Creek, CA, 13 August 2018. `https://desaulnier.house.gov/media-center/pr ess-releases/congressman-desaulnier-announces-town-hall-s ecuring-our-elections`

248. Soil to Belly, Health from the Soil Up: A Soil Health to Human Health Learning Lab, Paicines Ranch, Paicines, CA, 9–12 August, 2018.

247. You want flies with that? Farm Biodiversity and Food Safety, Health from the Soil Up: Bridging the Silos of Health and Agriculture, Center for Occupational and Environmental Health, University of California, Berkeley, 9 August 2018. `https://www.stat.berkeley.edu/~stark/ Seminars/flies18.pdf`

246. Lectures on Foundations of Statistics and Inference, Tokyo-Berkeley Data Science Boot-Up Camp, 9–19 July 2018, Graduate School of

Mathematical Sciences, University of Tokyo, 9–19 July 2018. (3 lectures) Syllabus: `https://github.com/pbstark/basicsKavli18/blob/master/kavliStat18.pdf`

245. With Great Power Comes Great Responsibility: Multivariate Permutation Tests and Their Numerical Implementation, International Society for Nonparametric Statistics (ISNPS2018), Salerno, Italy, 11–15 June 2018. `https://www.stat.berkeley.edu/~stark/Seminars/prngISNPS18.slides.html`

244. Preproducibility, Reproducibility, Replicability: First Things First, Conference on Geodynamics and Big Data, Palau, Sardinia, 9–11 June 2018. `https://www.stat.berkeley.edu/~stark/Seminars/reproYuen18.htm`

243. Preproducibility, Reproducibility, Replicability: First Things First, All Souls College, University of Oxford, 29 May 2018. lides: `https://www.stat.berkeley.edu/~stark/Seminars/reproOX18.htm`

242. Separating Signal from Noise: Measuring Gender Bias in Student Evaluations of Teaching, International Conference on Software Engineering, Gothenburg, Sweden, 27 May–3 June 2018. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/setICSE18.htm`

241. Where the Wild Foods Are: Everywhere!, Nordic Food Lab, University of Copenhagen, Copenhagen, Denmark, 24 May 2018. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/bosf18.pdf`

240. Wild and Feral Foods in the Mission District—and how to use them, Wildhawk, San Francisco, CA, 17 May 2018.

239. Don't bet on your random number generator, Department of Statistics and Data Science, University of Texas, Austin, TX 4 May 2018.

238. Student evaluations of teaching (mostly) do not measure teaching effectiveness, Simon Fraser University, Burnaby, BC, 26 April 2018. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/setSFU18.htm` Video: `https://www.youtube.com/watch?v=5haOjlfJDb8&feature=youtu.be`

237. Public Engagement with Science, Molecular and Cell Biology 15, University of California, Berkeley, CA, 27 February 2018.

236. FoodInno: Wild Food, Statistics 98, University of California, Berkeley, 12 February 2018.

235. Quantifying Uncertainty in Inferences in Physics and Astronomy, Kavli IPMU–Berkeley Symposium "Statistics, Physics and Astronomy," Kavli Institute for the Physics and Mathematics of the Universe, Tokyo, Japan, 11–12 January 2018. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/uqKavli18.htm`

234. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, American Association of Physics Teachers Winter Meeting, San Diego, CA, 6–9 January 2018. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/setAAPT18.htm`

233. Big Data, Society, and Data Science Education, University of Hong Kong, Shenzhen Campus, Shenzhen, China, 29 December 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/bigDataHKUSZ17.pdf`

232. Big Data and Social Good, Institute for Geodesy and Geophysics, Wuhan, China, 27 December 2017.

231. Big Data, Quantifauxcation, and Cargo-Cult Statistics, Big Data Conference, China University of Geosciences, Wuhan, China, 26 December 2017.

230. *P*-values, Probability, Priors, Rabbits, Quantifauxcation, and Cargo-Cult Statistics, Statistics 159, Reproducible and Collaborative Data Science, University of California, Berkeley, CA, 14 November 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/rabbits157-17.ipynb`

229. Opportunities in applied statistics: an $n = 1$ observational study, Statistics Undergraduate Student Association (SUSA), University of California, Berkeley, CA, 30 October 2017.

228. Don't Bet on Your Random Number Generator, Consortium for Data Analytics in Risk (CDAR) Annual Colloquium, University of California, Berkeley, CA, 27 October 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/prngCDAR17.slides.html`

227. Leave Election Integrity to Chance, *Science @ Cal*, University of California. Berkeley, CA, 21 October 2017.

226. Audits and Evidence-Based Elections, 2nd *Take Back the Vote Conference*, Berkeley, CA, 7–8 October 2017. Video: `https://www.youtube.com/watch?v=pPGTkgpijUU`

225. Wild And Feral Foods: Increasing Nutrition, Food Security, Farm Biodiversity, and Farm Revenue; Decreasing Herbicides, Water Use, and the Carbon Footprint of the Food System, *2nd AgroecoWeb—International Online Congress on Agro-ecology and Permaculture*, Brazil, 4–10 October 2017. Video: `https://vimeo.com/235073616`

224. How Statistics can improve election integrity, PoliSci 191, *The Right to Vote in America*, University of California, Berkeley, 4 October 2017.

223. Wild and Feral Food Identification Walk, ESPM 98, *Berkeley Urban Garden Internship (BUGI)*, University of California, Berkeley, 27 September 2017.

222. Urban Foraging and Gleaning, *FoodInno*, University of California, Berkeley, 16 September 2017.

221. ETAS-trophic failures: fit, classification, and forecasting, *Big Data in Geosciences: From Earthquake Swarms to Consequences of Slab Dynamics*, a conference in honor of Robert Geller, University of Tokyo, Tokyo, Japan, 25–27 May 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/gellerFest17.pdf`

220. Risk-Limiting Audits, *Global Election Technology Summit*, San Francisco, CA, 17 May 2017. `https://www.getsummit.org/`

219. Where the Wild Things Grow, *Berkeley Path Wanderers Association*, Berkeley, CA, 22 April 2017. `http://berkeleypaths.org/events/event/where-the-wild-things-grow-2/`

218. Sometimes a Paper Trail Isn't Worth the Paper It's Written On, Keynote lecture, Workshop on Advances in Secure Electronic Voting, Financial Crypto 2017, Malta, 3–7 April 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/malta17.htm`

217. Don't Bet on Your Random Number Generator, Distinguished Lecture (`http://wwwen.uni.lu/snt/distinguished_lectures`), Center for Security, Reliability, and Trust, University of Luxembourg, Luxembourg, 31 March 2017. Slides: `https://github.com/pbstark/pseudorandom/blob/master/prngLux17.ipynb`

216. Faculty-Student Feedback: End-of-Semester Teaching Evaluations, Dialogues, Center for Teaching and Learning, University of California, Berkeley, 20 March 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/setUCBDialogue17.htm`

215. Edible Weeds Tour of South Hayward, Seed Lending Library, Hayward Public Library, Weekes Branch, Hayward, CA, 11 March 2017. `http://www.libraryinsight.com/eventdetails.asp?jx=hzp&lmx=%C7cn%2D%AA%AE&v=3`

214. Risk-limiting Audits and Evidence-based Elections, Santa Clara County Citizens Advisory Committee on Elections, San Jose, CA, 7 March 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/santaClara17.pdf`

213. Causal Inference from Data, Emerging Science for Environmental Health Decisions, Workshop on Advances in Causal Understanding of Human Health Risk-Based Decision Making, National Academy of Sciences, Engineering, and Medicine, Washington, DC, 6–7 March 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/nasCause17.htm`

212. BRII and Brie, Berkeley Research Impact Initiative (BRII), University of California, Berkeley, CA 22 February 2017.

211. Uncertainty Quantification, Conférence Universitaire de Suisse Occidentale, Les Diablerets, Switzerland, 5–8 February 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/lesDiablerets17-1.pdf`, `https://www.stat.berkeley.edu/~stark/Semin`

ars/lesDiablerets17-2.pdf, https://www.stat.berkeley.edu/~s
tark/Seminars/lesDiablerets17-3.pdf

210. Whose Votes (were) Counted in the Election of 2016?, ISF 198, *The
2016 U.S. Elections in Global Context: A Semester-Long Teach-In*,
University of California, Berkeley, 24 January 2017. Slides: https://
www.stat.berkeley.edu/~stark/Seminars/teachIn17.pdf

209. Invited panelist, "How Blockchain Technology Will and Won't Change
the World," University of California, Berkeley, College of Letters and
Sciences, hosted by Glynn Capital and Boost VC, San Mateo, CA, 30
November 2016.

208. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness,
Distinguished Lecture Series, Department of Computer Science and
Engineering, University of California, San Diego, San Diego, CA, 14
November 2016. Slides: https://www.stat.berkeley.edu/~stark/S
eminars/setUCSD16.htm

207. Simple Random Sampling is not that Simple, *Random Processes And
Time Series: Theory And Applications, A Conference In Honor Of
Murray Rosenblatt*, UC San Diego, San Diego, CA, 21–23 October 2016.

206. Invited panelist, "Productive Ecologies in the Anthropocene: Foraging
Systems," *Sixth International Conference on Food Studies*, Berkeley,
CA, 12–13 October 2016.

205. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness,
Ethics Colloquium Series, Colorado State University, Fort Collins, CO,
3 October 2016. Slides: https://www.stat.berkeley.edu/~stark/S
eminars/setCSU16.htm Video: https://echo.colostate.edu/ess/
echo/presentation/64309bd5-6afd-4394-b5d3-5e6748f545f1

204. Simple Random Sampling is not that Simple, Neyman Seminar, De-
partment of Statistics, University of California, Berkeley, Berkeley, CA
21 September 2016.

203. The Aliens Have Landed . . . and They Are Delicious, *Visions of the
Wild*, Vallejo, CA, 15 September 2016.

202. Simple Random Sampling: Not So Simple, Section of Theoretical Computer Science, IT University of Copenhagen, Copenhagen, Denmark, 27 June 2016.

201. Simple Random Sampling: Not So Simple, Section of Mathematics, École Polytechnique Fédérale de Lausanne (EPFL), Lausanne, Switzerland, 24 June 2016.

200. Invited panelist, "Carrot vs. Stick: approaches to encouraging reproducibility," Moore-Sloan Data Science Environment Reproducibility Conference, New York University, New York, 3 May 2016.

199. Guest lecturer, MCB 15 (Public Understanding of Science), University of California, Berkeley, 12 April 2016.

198. Teaching Evaluations: Biased Beyond Measure, Center for Studies in Higher Education, and The Social Science Matrix, University of California, Berkeley, CA 11 April 2016. `https://www.stat.berkeley.ed u/~stark/Seminars/setCSHE16.htm` Video: `https://www.youtube. com/watch?v=yhxUxBk-6GE`, `http://uctv.tv/shows/Teaching-Eval uations-Biased-Beyond-Measure-30870`

197. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, Wharton Statistics Department, University of Pennsylvania, Philadelphia, PA, 17 March 2016. `https://www.stat.berkeley.edu/~stark /Seminars/setPenn16.htm`

196. Invited Panelist, "The potentials and pitfalls of electronic auditing," Election Verification Network Conference: Securing Elections in the 21st Century, George Washington University, Washington, DC, 10–11 March 2016.

195. Invited Panelist, "Interoperability standards, proprietary codes, and verification/testing," III Arnold Workshop: Reproducibility in Modeling and Code, American Association for the Advancement of Science, Washington, DC, 16–17 January 2016. `http://www.aaas.org/event /iii-arnold-workshop-modeling-and-code`

194. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, Department of Applied Mathematics and Statistics, University of Cal-

ifornia, Santa Cruz, 1 February 2016. `https://www.stat.berkeley.edu/~stark/Seminars/setUCSC16.htm`

193. A Noob's Guide to Reproducibility and Open Science, Department of Nuclear Engineering, Berkeley Institute for Data Science, and Berkeley Initiative for Transparency in Social Science, University of California, Berkeley, 25 January 2016. `https://www.stat.berkeley.edu/~stark/Seminars/reproNE16.htm` Video: `http://www.ustream.tv/recorded/81987743`

192. Chair, Wild Edibles Taste Workshop, 2015 Indigenous Terra Madre Conference, Shillong, Meghalaya, India, 3–7 November, 2015.

191. Invited Panelist, "From Field to Fork, the Stories of Chefs, Communities, and Writers," 2015 Indigenous Terra Madre Conference, Shillong, Meghalaya, India, 3–7 November, 2015. `https://www.stat.berkeley.edu/~stark/Seminars/forageITM15.htm`

190. Guest lecturer, ESPM 117 (Urban Garden Ecosystems), University of California, Berkeley, 20 October 2015. `https://www.stat.berkeley.edu/~stark/Seminars/forageAgroEcol15.htm`

189. Invited Panelist, "Statistical Implications of Big Data Applied to Risk Modeling," Consortium for Data Analytics in Risk (CDAR) Symposium, University of California, Berkeley, 16 October 2015. `http://cdar.berkeley.edu/events/2015cdarsymposium/`

188. Guest lecturer, Statistics 210A (Theoretical Statistics), University of California, Berkeley, 13–15 October 2015. `https://github.com/pbstark/Nonpar`

187. Risk-Limiting Audits and the Colorado Uniform Voting System Pilot, Colorado Pilot Election Review Committee Meeting, Office of the Colorado Secretary of State, Denver, CO, 9 October 2015. `https://www.stat.berkeley.edu/~stark/Seminars/auditCO15.pdf`

186. Wild and Feral Food in EBRPD, East Bay Regional Park District Volunteer Meeting, Oakland, CA, 15 September 2015. `https://www.stat.berkeley.edu/~stark/Seminars/forageEBRPD15.htm`

185. Probability and Statistics for Physical Science and Engineering PhD Students (a 15-hour course), University of Tokyo, 23–26 August 2015. Materials: `http://www.github.com/pbstark/PhysEng`

184. Statistics for Engineering PhD students (a 30-hour course), University of Padova, Padova, Italy, 29 June–7 July 2015. Materials: `http://www.github.com/pbstark/Padova15`

183. Pay no attention to the model behind the curtain, Significant Digits: Responsible Use of Quantitative Information, European Commission Joint Research Centre, Brussels, Belgium, 9–10 June 2015. `https://www.stat.berkeley.edu/~stark/Seminars/rabbitsBrux15.htm`

182. Reaping without Sowing: Wild Food and Urban Foraging, Berkeley Food Institute Seed Grant Forum, Berkeley, CA, 6 May 2015. `https://www.stat.berkeley.edu/~stark/Seminars/bfi-15-5-6.htm` Video: `http://food.berkeley.edu/seed-grant-forum/`

181. Invited panelist, Data Science: Supporting new Modes of Research, Annual Meeting of the Association of Research Libraries, Berkeley, CA, 28–30 April, 2015.

180. Teaching evaluations: class act or class action?, National Center for the Study of Collective Bargaining in Higher Education and the Professions, Annual Conference, Hunter College, New York, NY, 19–21 April 2015. `https://www.stat.berkeley.edu/~stark/Seminars/setNCSCB15.htm`

179. Where the Wild Things Grow, Berkeley Path Wanderers Association, Berkeley, CA, 4 April 2015. `http://berkeleypaths.org/events/event/where-the-wild-things-grow/`

178. Invited panelist, Brave New Audits: How We Can Implement Risk-Limiting Audits with Today's Machines, Off-the-Shelf Hardware, and Open Source Software, 2015 Election Verification Network Annual meeting, New Orleans, LA, 4–6 March 2015. `https://www.stat.berkeley.edu/~stark/Seminars/evn15.htm` Video: `https://youtu.be/DBcVicxJigs`

177. Co-chair, Election Auditing, NIST / U.S. Election Administration Commission Future of Voting Systems Symposium II, Washington, DC, 9–10 February 2015.

176. Teaching evaluations: truthful or truthy?, European Commission Joint Research Centre *Third Lisbon Research Workshop on Economics, Statistics and Econometrics of Education*, Lisbon, Portugal, 23–24 January 2015. `http://cemapre.iseg.ulisboa.pt/educonf/3e3/` `https://www.stat.berkeley.edu/~stark/Seminars/setLisbon15.htm`

175. Bad Numbers, Bad Policy, 5th Impact Assessment Course by the Joint Research Centre and the Secretariat General of the European Commission, Brussels, Belgium, 20–21 January 2015. `https://ec.europa.eu/jrc/en/event/training-course/5th-impact-assessment-course` `https://www.stat.berkeley.edu/~stark/Seminars/fauxBrux15.htm`

174. Quantifauxcation, European Commission Joint Research Centre, Ispra, Italy, 19 January 2015. `https://www.stat.berkeley.edu/~stark/Seminars/fauxIspra15.htm`

173. Preproducibility for Research, Teaching, Collaboration, and Publishing, Replicability and Reproducibility of Discoveries in Animal Phenotyping, Tel Aviv University, Tel Aviv, Israel, 5–7 January 2015. `https://www.stat.berkeley.edu/~stark/Seminars/reproTAU15.htm` Video: `http://video.tau.ac.il/events/index.php?option=com_k2&view=item&id=5563:preproducibility-for-research-teaching-collaboration-and-publishing&Itemid=552`

172. Urban Foraging—Real Street Food, Discover Cal: A Menu for Change, Los Angeles, CA, 18 November 2014. `https://www.stat.berkeley.edu/~stark/Seminars/discoverCalLA14.htm`

171. Guest lecturer, 6.S897/17.S952: Elections and Voting Technology, MIT, 13 November 2014.

170. Open Geospatial Data Down in the Weeds: Urban Foraging, Food Deserts, Citizen Science, Sustainability, and Reproducibility, Assessing

the Socioeconomic Impacts and Value of 'Open' Geospatial Information, The George Washington University, Washington DC, 28–29 October 2014. `https://www.stat.berkeley.edu/~stark/Seminars/openGeospatial14.htm`

169. Student Evaluations of Teaching, University of San Francisco, 23 October 2014. `https://www.stat.berkeley.edu/~stark/Seminars/setUSF14.htm`

168. Guest lecturer, CS 76N: Elections and Technology, Stanford University, 14 October 2014.

167. Statistical Evidence and Election Integrity, XXIX International Forum on Statistics, UPAEP, Puebla, Mexico, 29 September–3 October 2014. `https://www.stat.berkeley.edu/~stark/Seminars/foro14.pdf`

166. Nonparametric Inference, Auditing, and Litigation, Short course at XXIX International Forum on Statistics, UPAEP, Puebla, Mexico, 29 September–3 October 2014. `https://github.com/pbstark/MX14`

165. Invited participant, Pew Charitable Trusts roundtable: Challenges Related to the Voting Systems Marketplace, Chicago, IL, 8 September 2014.

164. Invited panelist, U.S. Election Assistance Commission roundtable: Expanding the Body of Knowledge of Election Administration–Reflections and Future Direction, 3 September 2014. `http://www.eac.gov/eac_grants_expanding_the_body_of_knowledge_of_election_administration_%E2%80%93_reflections_and_future_dire/` Video: `http://mediasite.yorkcast.com/webcast/Play/a90f223fa61940cd893b70fab55fe1b51d`

163. Reproducibility, Evidence, and the Scientific Method, Late-breaking session on Reproducibility, Joint Statistical Meetings, Boston, MA, 2–7 August 2014. `https://www.stat.berkeley.edu/~stark/Seminars/reproJSM14.htm`

162. Invited panelist, Big Data & Academic Libraries, International Alliance of Research Universities, 3rd Librarians' Meeting, University of California, Berkeley, CA, 23–24 June 2014.

161. Mini-Minimax Uncertainty Quantification for Emulators, 2nd Conference of the International Society for Nonparametric Statistics, Cadiz, Spain, 11–16 June 2014. `https://www.stat.berkeley.edu/~stark/Seminars/emulatorISNPS14.pdf`

160. Reproducible and Collaborative Statistical Data Science, Transparency Practices for Empirical Social Science Research, 2014 Summer Institute, University of California, Berkeley, CA, 2–6 June 2014. `https://www.stat.berkeley.edu/~stark/Seminars/bitss14.pdf`

159. Risk-Limiting Audits for Denmark and Mongolia, Third DemTech Workshop on Danish Elections, Trust, and Technology for the Mongolian General Election Commission, IT University of Copenhagen, Copenhagen, Denmark, 24 May 2014. `https://www.stat.berkeley.edu/~stark/Seminars/itu14.pdf`

158. How to Lie With Big Data (and/or Big Computations), Panel on Data Deluge or Drought (Quality and Quantity), MPE13+ Workshop on Global Change, DIMACS Special Program: Mathematics of Planet Earth 2013+, University of California, Berkeley, CA, 19–21 May 2014. `https://www.stat.berkeley.edu/~stark/Seminars/mpe14.pdf`

157. Invited panelist, Relying on Data Science: Reproducible Research and the Role of Policy, DataEDGE conference, UC Berkeley School of Information, Berkeley, CA, 8–9 May 2014.

156. Invited panelist, Some Tools and Solutions, University of Washington / Moore–Sloan First Reproducibility Workshop, eScience Institute, University of Washington, Seattle, WA, 8 May 2014 `https://www.stat.berkeley.edu/~stark/Seminars/reproUW14.pdf`

155. Some people have all the luck, Institute for Pure and Applied Mathematics, UCLA, Los Angeles, CA, 28 April 2014. (with Skip Garibaldi and Lawrence Mower) `http://www.ipam.ucla.edu/programs/PUBLEC2014/` Video: `https://www.youtube.com/watch?v=s8cHHWNblA4`

154. Invited panelist, Ask a Statistician, SIAM/ASA/GAMM/AGU Conference on Uncertainty Quantification, Savannah, GA, 29 March – 3 April 2014.

153. Invited panelist, The Reliability of Computational Research Findings: Reproducible Research, Uncertainty Quantification, and Verification & Validation, SIAM/ASA/GAMM/AGU Conference on Uncertainty Quantification, Savannah, GA, 29 March – 3 April 2014. `https://www.stat.berkeley.edu/~stark/Seminars/reproUQ14.pdf` Video: `http://client.blueskybroadcast.com/SIAM14/UQ/siam_uq14_MS42_3`

152. Invited panelist, New Paradigms for Voting Systems, 2014 Election Verification Network Annual meeting, San Diego, CA, 5–7 March 2014. `https://www.stat.berkeley.edu/~stark/Seminars/evn14NewParadigms.pdf` Video: `https://www.youtube.com/watch?v=bTlHYkiYBZI`

151. Invited panelist, End-to-End Verifiable Voting Roundtable, 2014 Election Verification Network Annual meeting, San Diego, CA, 5–7 March 2014. Video: `https://www.youtube.com/watch?v=jsGSQV_rFzA`

150. Invited panelist, Improving Teaching through uncharted Waters: Peer Observation and other Approaches, Dialogues, a Colloquium Series on Teaching, Center for Teaching and Learning, University of California, Berkeley, 26 February 2014. `http://teaching.berkeley.edu/dialogues-colloquium-series-teaching`

149. Invited panelist, Unpacking the Voting Technology Debate, 2014 Voting and Elections Annual Summit, Overseas Vote Foundation and U.S. Vote Foundation, George Washington University, Washington, D.C., 30 January 2014. `https://www.overseasvotefoundation.org/initiatives-UOCAVAsummit-summit2014-agenda` Video: `http://www.youtube.com/watch?v=UXqqnOWhsmA&list=PLtRB8fQOzBR8Nza-G-RGln-HTrkp4UM6F&feature=share&index=1&t=23m30s`

148. Risk-Limiting Audits for Party-List Elections. IT University of Copenhagen, Copenhagen, Denmark, 21 November 2013. `https://www.stat.berkeley.edu/~stark/Seminars/itu13.pdf`

147. Selective Inference and Conditional Tests. Department of Statistics and Operations Research, Tel Aviv University, Tel Aviv, Israel, 28 October 2013.

146. Ontology of Earthquake Probability: Metaphor. Dynamics of Seismicity, Earthquake Clustering and Patterns in Fault Networks, Statistical and Applied Mathematical Sciences Institute (SAMSI), Research Triangle Park, NC, 9–11 October 2013. `https://www.stat.berkeley.edu/~stark/Seminars/samsiSeis13.pdf`

145. Invited panelist, Innovations in On-line Learning, Designing a World University, World Academy Forum on Global Higher Education, Berkeley, California, 2–3 October 2013.

144. E2E to Hand-to-Eye: Verifiability, Trust, Audits, Vote ID 2013: The 4th International Conference on e-Voting and Identity, University of Surrey, Guildford, UK 17–19 July 2013. `https://www.stat.berkeley.edu/~stark/Seminars/voteID13.pdf`

143. Mini-Minimax Uncertainty of Emulators, Center for Security, Reliability, and Trust, University of Luxembourg, Luxembourg, 9 July 2013. `https://www.stat.berkeley.edu/~starkstark/Seminars/emulatorLux13.pdf`

142. Invited panelist, Extracting Actionable Insight From Dirty Time-Series Data, Berkeley Research Data Science Lectures, University of California, Berkeley, 21 June 2013. Video: `http://vcresearch.berkeley.edu/datascience/webcast-data-science-lecture-series-june-21`

141. Uncertainty quantification for emulators, Dipartimento di Fisica e Astronomia, Università di Bologna, Bologna, Italy, 5 June 2013. `https://www.stat.berkeley.edu/~stark/Seminars/emulatorUniBo13.pdf`

140. Leveraging Paper Ballots, Running Elections Efficiently, A Best Practices Convening, Common Cause – Common Cause / NY – Columbia University School of International and Public Affairs, Columbia University, New York, NY, 20 May 2013. `https://www.stat.berkeley.edu/~stark/Seminars/ccNY13.pdf`

139. Uncertainty quantification for emulators, University of California, Los Angeles, 11 April 2013. `https://www.stat.berkeley.edu/~stark/Seminars/emulatorUCLA13.pdf`

138. Brittle and Resilient Verifiable Voting Systems, Verifiable Voting Schemes Workshop: from Theory to Practice, Interdisciplinary Centre

for Security, Reliability and Trust, University of Luxembourg, Luxembourg 21–22 March 2013. `https://www.stat.berkeley.edu/~stark/Seminars/vv13.pdf`

137. Now What?, Election Verification Network Annual Conference, The Right to a Secure, Transparent and Accurate Election, Atlanta, Georgia 14–15 March 2013. `https://www.stat.berkeley.edu/~stark/Seminars/evn13nowWhat.pdf`

136. Machine-Assisted Transitive Audits, Election Verification Network Annual Conference, The Right to a Secure, Transparent and Accurate Election, Atlanta, Georgia 14–15 March 2013.

135. Risk-limiting Audits and Evidence-Based Elections in a Nutshell, Election Verification Network Annual Conference, The Right to a Secure, Transparent and Accurate Election, Atlanta, Georgia 14–15 March 2013. `https://www.stat.berkeley.edu/~stark/Seminars/evn13nutshell.pdf`

134. Reproducibility in Computational and Experimental Mathematics, ICERM, Brown University, Providence, RI, 10–14 December 2012. `http://icerm.brown.edu/tw12-5-rcem`

133. Whaddya know? Bayesian and Frequentist approaches to inverse problems, Inverse Problems: Practical Applications and Advanced Analysis, Schlumberger WesternGeco, Houston, TX, 12–15 November 2012. `https://www.stat.berkeley.edu/~stark/Seminars/swg12.pdf`

132. Evidence-Based Elections, E-Voting: Risk and Opportunity Conference, Center for Information Technology Policy, Princeton University, Princeton, NJ, 1 November 2012. `https://www.stat.berkeley.edu/~stark/Seminars/princeton12.pdf` Video: `http://youtu.be/1Z6JW1t_sFI`

131. Evidence-Based Elections, Berkeley/Stanford Data, Society and Inference Seminar, Stanford University, Stanford, CA 8 October 2012. `https://www.stat.berkeley.edu/~stark/Seminars/dataSocietyInference12.pdf`

130. Voting Technology Exploratory Meeting, The Pew Charitable Trusts Center on the States, Santa Monica, CA 23–24 August 2012.

129. Lightning Debates, Workshop on Electronic Voting Technology / Workshop on Transparent Elections, (EVT/WOTE '12), USENIX, Bellevue, WA, 6–7 August 2012. Video: `https://www.usenix.org/conference/evtwote12/panel-2-title-tbd`

128. BRAVO: Ballot-polling Risk-limiting Audits to Verify Outcomes, Workshop on Electronic Voting Technology / Workshop on Transparent Elections, (EVT/WOTE '12), USENIX, Bellevue, WA, 6–7 August 2012. `https://www.stat.berkeley.edu/~stark/Seminars/evt12.pdf` Video: `https://www.usenix.org/conference/evtwote12/s6-paper-title-tbd`

127. The Will of the People and the Luck of the Draw: Using Statistics to Limit the Risk of Wrong Electoral Outcomes, Joint Statistical Meetings, San Diego, CA, 29 July 2012. `https://www.stat.berkeley.edu/~stark/Seminars/jsm12.pdf`

126. Evidence-Based Elections, Risk-Limiting Audits, and Resilient Canvass Frameworks, SecVote 2012 Summer School on Secure Voting, Leibniz-Zentrum für Informatik, Schloss Dagstuhl, Germany, 16 July 2012. `https://www.stat.berkeley.edu/~stark/Seminars/dagstuhl12.pdf`

125. The Effectiveness of Internet Content Filters, Distinguished Lecture (`http://wwwen.uni.lu/snt/distinguished_lectures`), Center for Security, Reliability, and Trust, University of Luxembourg, Luxembourg, 13 July 2012. `https://www.stat.berkeley.edu/~stark/Seminars/luxembourg12.pdf`

124. Evidence-Based Elections, International Association of Clerks, Recorders, Election Officials & Treasurers (IACREOT) annual conference, Albuquerque, NM, 30 June 2012. `https://www.stat.berkeley.edu/~stark/Seminars/iacreot12.pdf`

123. Confidence Limits, Progress on Statistical Issues in Searches, SLAC National Accelerator Laboratory, Stanford, CA, 4–6 June 2012. `https://www.stat.berkeley.edu/~stark/Seminars/slac12.pdf`

122. UQQ, UQ: Transition Workshop, Statistical and Applied Mathematical Sciences Institute (SAMSI), Research Triangle Park, NC, 21–23 May

2012. `https://www.stat.berkeley.edu/~stark/Seminars/samsi12.pdf`

121. Testing for Poisson Behavior, Seismological Society of America Annual Meeting, San Diego, CA, 17–19 April 2012. `https://www.stat.berkeley.edu/~stark/Seminars/ssa12.pdf`

120. Get Out The Audit (GOTA), Election Verification Network Annual Conference, Santa Fe, NM, 29–30 March 2012. `https://www.stat.berkeley.edu/~stark/Seminars/evnGOTA12.pdf`

119. The Long View: Evidence-Based Elections, Election Verification Network Annual Conference, Santa Fe, NM, 29–30 March 2012. `https://www.stat.berkeley.edu/~stark/Seminars/evnLongView12.pdf`

118. The Will of the People and the Luck of the Draw: Risk-Limiting Audits and Resilient Canvass Frameworks, San Francisco Chapter of the American Statistical Association, Berkeley, CA, 16 February 2012. `https://www.stat.berkeley.edu/~stark/Seminars/asa12.pdf`

117. Evidence-Based Elections: Colorado's Future?, Colorado Elections Best Practices & Vision Commission, Denver, CO, 14 December 2011. `https://www.stat.berkeley.edu/~stark/Seminars/co-11-12-14.pdf` Audio: `mms://pub.sos.state.co.us/20111214130705B`

116. From the Virtual Trenches, *Letters and Sciences Colloquium on Undergraduate Education:* The Virtual University—Challenges and Opportunities, University of California, Berkeley, CA, 16 November 2011. `http://ls.berkeley.edu/stories/archive/fall-2011-colloquium-undergraduate-education-0` `https://www.stat.berkeley.edu/~stark/Seminars/onlineEd11.pdf` Video: `http://www.youtube.com/watch?v=4OvGDuPSJso`

115. Earthquake Clustering and Declustering, Institute de Physique du Globe de Paris, Paris, France, 4 October 2011. `https://www.stat.berkeley.edu/~stark/Seminars/ipg11.pdf`

114. Fears, Predictions, Hopes & Plans, *Panel on the Future*, Election Integrity: Past, Present, and Future, Caltech/MIT Voting Technology Project, Cambridge, MA, 1 October 2011. `https://www.stat.berke`

ley.edu/~stark/Seminars/mit11.pdf Video: `http://techtv.mit.edu/collections/vtp/videos/14802-eippf-2011-3-the-future`

113. Risk-limiting Audits: Soup to Nuts, and Beyond, Workshop on Electronic Voting Technology / Workshop on Transparent Elections, (EVT/WOTE '11), USENIX, San Francisco, CA, 9 August 2011. `https://www.stat.berkeley.edu/~stark/Seminars/evtRLA11.pdf`

112. SOBA: Secrecy-preserving Observable Ballot-level Audit, Workshop on Electronic Voting Technology / Workshop on Transparent Elections, (EVT/WOTE '11), USENIX, San Francisco, CA, 9 August 2011. `https://www.stat.berkeley.edu/~stark/Seminars/evtSoba11.pdf`

111. The Effectiveness of Internet Content Filtering, Workshop on Free and Open Communication on the Internet (FOCI '11), USENIX, San Francisco, CA, 8 August 2011. `https://www.stat.berkeley.edu/~stark/Seminars/foci11.pdf`

110. SticiGui, Onsophic, and Statistics W21, Panel on online instruction, Joint Statistical Meetings, Miami Beach, FL, 31 August 2011. `https://www.stat.berkeley.edu/~stark/Seminars/jsm11.pdf`

109. Risk Limiting Audits, Colorado Secretary of State, Colorado Risk Limiting Audit (CORLA) Kick-off Meeting, Denver, CO, 16 June 2011. `https://www.stat.berkeley.edu/~stark/Seminars/co-11-6-16.pdf`

108. Simultaneous Confidence Intervals with more Power to Determine Signs, Conference in honor of Erich Lehmann, Rice University, Houston, TX, 12 May 2011. `https://www.stat.berkeley.edu/~stark/Seminars/lehmann11.pdf`

107. Close enough for government [to] work, Verified Voting Foundation, Palo Alto, CA, 27 April 2011. `https://www.stat.berkeley.edu/~stark/Seminars/vv-11-4-27.pdf`

106. Close enough for government [to] work: Risk-limiting post-election audits, Berkeley-Stanford Joint Statistics Colloquium, Stanford University, Stanford, CA, 12 April 2011. `https://www.stat.berkeley.edu/~stark/Seminars/stanford11.pdf`

105. Audits: The After-Math of Elections, Verify early, verify often: creating secure, transparent and accurate elections, Election Verification Network, Chicago, IL, 25–26 March 2011. `https://www.stat.berkel ey.edu/~stark/Seminars/reed11.pdf`

104. Simultaneous Confidence Intervals with more Power to Determine Signs, Department of Mathematics, Reed College, Portland, OR, 10 March 2011. `https://www.stat.berkeley.edu/~stark/Seminars/r eed11.pdf`

103. Close enough for government work: Risk-Limiting Post-Election Audits, Wharton Statistics Department, University of Pennsylvania, Philadelphia, PA, 26 January 2011. `https://www.stat.berkeley. edu/~stark/Seminars/penn11.pdf`

102. Audits: The After-Math of Election Reform, Conference on Innovative Electoral Reforms and Strategies, Washington, DC, 10–11 December 2010. `https://www.stat.berkeley.edu/~stark/Seminars/innovat ive10.pdf`

101. Risk-Limiting Post-Election Audits: Statistics, Policy, and Politics, Department of Statistics, Rice University, Houston, TX, 1 November 2010. `https://www.stat.berkeley.edu/~stark/Seminars/rice10.pdf`

100. Are Declustered Earthquake Catalogs Poisson?, Department of Statistics, Pennsylvania State University, State College, PA, 14 October 2010. `https://www.stat.berkeley.edu/~stark/Seminars/psu10.pdf`

99. Super-simple simultaneous single-ballot risk-limiting audits, 2010 Electronic Voting Technology Workshop / Workshop on Trustworthy Elections (EVT/WOTE '10), Washington, DC, 9–10 August 2010. `https: //www.stat.berkeley.edu/~stark/Seminars/evtwote10.pdf`

98. AB 2023 and Risk-Limiting Audits, California Association of Clerks and Election Officials Legislative Committee Meeting, 14 May 2010. `https://www.stat.berkeley.edu/~stark/Seminars/caceo-l egis10.pdf`

97. Justice and inequalities, Department of Statistics and Operations Research, Tel Aviv University, Tel Aviv, Israel, 13 April 2010. `https:// www.stat.berkeley.edu/~stark/Seminars/tau10.pdf`

96. Size Matters: Smaller Batches Yield More Efficient Risk-Limiting Audits, Small-Batch Audit Meeting, Washington, DC, 27–28 March 2010. `https://www.stat.berkeley.edu/~stark/Seminars/smallBatch10.pdf`

95. Sexy Audits and the Single Ballot, Election Verification Network (EVN) annual conference, Washington, DC, 25–27 March 2010. `https://www.stat.berkeley.edu/~stark/Seminars/evn10.pdf`

94. Simple, Affordable, Post-Election Audits, Institute for Mathematical Behavioral Sciences, University of California, Irvine, CA, 7 January 2010. `https://www.stat.berkeley.edu/~stark/Seminars/uci10.pdf`

93. Efficient Post-Election Audits of Multiple Contests: 2009 California Tests, Conference on Empirical Legal Studies, University of Southern California Gould School of Law, Los Angeles, CA, 20–21 November 2009. `https://www.stat.berkeley.edu/~stark/Seminars/cels09.pdf`

92. Risk-Limiting Audits, Audit Working Meeting, American Statistical Association, Arlington, VA, 23–24 October 2009. `https://www.stat.berkeley.edu/~stark/Seminars/asa09.pdf`

91. Invited panelist, Uncertainty Quantification and Error Analysis, Scientific Grand Challenges in National Security: the Role of Computing at the Extreme Scale, Washington, DC, 6–8 October 2009.

90. Some Ado about (mostly) Nothing: zero-dominated data, Alameda County Workshop on Avian Mortality at Altamont, Emeryville, CA, 22 September 2009. `https://www.stat.berkeley.edu/~stark/Seminars/altamont09.pdf`

89. Freedman's Dialogue with the Social Sciences, 2009 Joint Statistical Meetings, Washington, DC, 5 August 2009.

88. Invited panelist, David A. Freedman's Dialogue with the Social Sciences, The Society for Political Methodology 26th Annual Summer Meeting, Institution for Social and Policy Studies, Yale University, New Haven, CT, 23 July 2009.

87. Election Auditing: How Much is Enough?, The Society for Political Methodology 26th Annual Summer Meeting, Institution for Social and Policy Studies, Yale University, 23 July 2009. (Keynote lecture) `https://www.stat.berkeley.edu/~stark/Seminars/polMeth09.pdf`

86. Risk-Limiting Post-Election Audits, Department of Statistics, University of California, Berkeley, CA, 31 March 2009. `https://www.stat.berkeley.edu/~stark/Seminars/ucb09.pdf`

85. Uncertainty Quantification Qualification, Lawrence Livermore National Laboratory, Livermore, CA, 26 March 2009. `https://www.stat.berkeley.edu/~stark/Seminars/llnl09.pdf`

84. 2008 Risk-limiting Audits in California, The Pew Charitable Trusts Audit Workshop, Salt Lake City, UT, 23–24 February 2009. `https://www.stat.berkeley.edu/~stark/Seminars/pew09.pdf`

83. Election Auditing and Nonparametric Confidence Bounds, Department of Mathematics, Reed College, Portland, OR, 20 November 2008. `https://www.stat.berkeley.edu/~stark/Seminars/reed08.pdf`

82. Risk-Limiting Post-Election Audits, Department of Statistics, Kansas State University, Manhattan, KS, 2 October 2008. `https://www.stat.berkeley.edu/~stark/Seminars/ksu08.pdf`

81. CAST: Canvass Audits by Sampling and Testing, 2008 American Political Science Association Annual Meeting, Panel 2008MP04292: Catch Me If You Can: Techniques to Detect Electoral Fraud, Boston, MA, 28–31 August 2008. `https://www.stat.berkeley.edu/~stark/Seminars/apsa08.pdf`

80. Invited panelist, Joint Statistical Meetings session, Statistical Measures Can Help Restore Confidence in U.S. Elections, Denver, CO, 3–7 August 2008.

79. Invited Panel on Post-Election Auditing: The Academic & Advocacy Perspective, California Association of Clerks and Election Officials (CACEO) 100th Anniversary Celebration Conference, Long Beach, CA, 8–11 July 2008.

78. Statistical Audits: Why and How Much?, Invited Panel on Post-Election Auditing: Practical Experience and Best Practices, California Association of Clerks and Election Officials (CACEO) 100th Anniversary Celebration Conference, Long Beach, CA, 8–11 July 2008. `https://www.stat.berkeley.edu/~stark/Seminars/caceo08.pdf`

77. Invited Panel on Online Learning, UC21st Century, Teaching, Learning and Technology: Past, present and future, University of California, Davis, 20–21 June 2008.

76. SticiGui—What is it?, Department of Statistics, University of California, Los Angeles, CA, 29 May 2008. `https://www.stat.berkeley.edu/~stark/Seminars/ucla08.pdf`

75. Election Auditing: How Much Is Enough?, Mathematical Sciences Research Institute, Annual Meeting of Academic Sponsors and Steering Committee, Berkeley, CA, 7 March 2008. `https://www.stat.berkeley.edu/~stark/Seminars/msri08.pdf`

74. Invited panelist, 2007 Post Election Audit Summit, Minneapolis, MN, 25–27 October 2007. `https://www.stat.berkeley.edu/~stark/Seminars/peaSummit07.pdf`

73. Urning Voter Confidence, Department of Mathematics, Reed College, Portland, OR, 11 October 2007. `https://www.stat.berkeley.edu/~stark/Seminars/reed07.pdf`

72. Frequentist Methods in Inverse Problems, Sandia CSRI Workshop on Large-Scale Inverse Problems and Quantification of Uncertainty, Santa Fe, NM, 10–12 September 2007. `https://www.stat.berkeley.edu/~stark/Seminars/sandia07.odp`

71. How Statistics Helps, 9th US Congress on Computational Mechanics, San Francisco, CA, 22–26 July 2007. `https://www.stat.berkeley.edu/~stark/Seminars/compMech07.odp`

70. Nonparametrics: nonpareil?, Veterans Administration Hospital, Neuropsychology Brown Bag Lunch, Martinez, CA, 15 May 2007. `https://www.stat.berkeley.edu/~stark/Seminars/ebire-5-15-07.pdf`

69. The Null Hypothesis: Are Earthquakes Predictable?, Assessment schemes for earthquake prediction, Royal Astronomical Society/Joint Association for Geophysics Discussion Meeting 7–8 November 1996, the Geological Society, London

68. Shaking Down Earthquake Predictions, Department of Statistics, University of California, Davis, 25 May 2006 `https://www.stat.berkeley.edu/~stark/Seminars/ucd-5-25-06.pdf`

67. Measuring Resolution in Nonlinear and Constrained Inverse Problems, Workshop on Statistical Inverse Problems, Institute for Mathematical Stochastics, Göttingen, Germany, 23–25 March 2006. `http://www.num.math.uni-goettingen.de/gk/?Workshops:Workshop_on_Statistical_Inverse_Problems`

66. Resolution in Nonlinear and Constrained Inverse Problems, Workshop on Computational and Mathematical Geoscience, Colorado School of Mines, Golden CO, 15–17 June 2005.

65. Quantifying uncertainty in inverse problems, Summer school: Mathematical Geophysics and Uncertainty in Earth Models, Colorado School of Mines, Golden CO, 14–25 June 2004. `https://www.stat.berkeley.edu/~stark/Seminars/mines04.pdf`

64. Estimating power spectra of galaxy structure: can Statistics help?, Penetrating bars through masks of cosmic dust: the Hubble tuning fork strikes a new note, Pilanesberg National Park, South Africa, 7–12 June 2004. `http:www.stat.berkeley.edu/~stark/Seminars/bars04.ppt`

63. Quantifying uncertainty in inverse problems, Institute for Pure and Applied Mathematics (IPAM) Conference on Statistical Methods for Inverse Problems, IPAM, Los Angeles, CA, 5–6 November 2003. `https://www.stat.berkeley.edu/~stark/Seminars/ipam03.ppt`

62. Using what we know: inference with physical constraints, PhyStat 2003: Statistical Problems in Particle Physics, Astrophysics and Cosmology, Stanford Linear Accelerator Center, Stanford, CA, 8–10 September 2003. `https://www.stat.berkeley.edu/~stark/Seminars/phyStat03.pdf`

61. Statistical Approaches to Inverse Problems. Danish Interdisciplinary Inversion Group Seminars on Inverse Problems: Insight and Algorithms. Niels Bohr Institute, Copenhagen University, Copenhagen, Denmark, 27–29 May 2002. `https://www.stat.berkeley.edu/~stark/Seminars/bohr02.ppt`

60. Statistical Measures of Uncertainty in Inverse Problems. Institute for Mathematics and its Applications Tutorial on Inverse Problems and the Quantification of Uncertainty, Annual Program Mathematics in the Geosciences, Minneapolis, MN, 19 March 2002. `https://www.stat.berkeley.edu/~stark/Seminars/ima02.ppt`

59. Data Errors, Model Errors, and Estimation Errors, Frontiers of Geophysical Inversion Workshop, Waterways Experiment Station, U.S. Army Corps of Engineers Engineer Research and Development Center, Vicksburg, MS, 17–19 February 2002. `https://www.stat.berkeley.edu/~stark/Seminars/wes02.ppt`

58. Strategic Planning and Implementation I: The Challenge of Adapting Organizations and Creating Partnerships to Target New Markets, University Teaching as E-business?, Center for Studies in Higher Education, Berkeley, CA, 26–27 October 2001.

57. Inverse Problems and Data Errors, New Developments in Astrophysical Fluid Dynamics, Chateau de Mons, Caussens, France, 25–29 June 2001.

56. Data Reduction and Inverse Problems in Helioseismology, Workshop Statistics of inverse problems, Institut Henri Poincaré, Paris, France, 28–29 May 2001.

55. Why Statistics is worth the Stigma, Letters and Sciences Faculty Forum, University of California, Berkeley, CA, 23 April 2001. `https://www.stat.berkeley.edu/~stark/Seminars/stigma01.ppt`

54. Inverse Problems in Helioseismology, Second MaPhySto Workshop on Inverse Problems: Inverse problems from a Statistical Perspective, Aalborg, Denmark, 28–31 March 2001.

53. What are the Chances?, NATO Advanced Research Workshop: State of scientific knowledge regarding earthquake occurrence and implications

for public policy, Le Dune, Piscinas — Arbus, Sardinia, Italy, 15–19 October 2000.

52. Why Unadjusted Census Results should be Used for Reapportionment and Funding within the State of California, 13th Annual Demographic Workshop, U.S. Bureau of the Census, California State Census Data Center, and the Population Research Laboratory of the University of Southern California, Los Angeles, CA, 15 May 2000.

51. Invited discussant, Workshop of the National Academy of Sciences Panel to Review the 2000 Census, Washington, D.C., 2–3 February 2000.

50. Invited discussant, Panel discussion on the role of sampling in the US Census, San Francisco Bay Area Chapter of the American Statistical Association, 20 December 1999.

49. Lecturer, Mathematical Geophysics Summer School, Stanford University, Stanford, CA, 2–20 August 1999.

48. Less Asymptotic Tomography. 9th SOHO Workshop: Helioseismic Diagnostics of Solar Convection and Activity, Stanford University, Stanford, CA, 12–15 July 1999.

47. Invited panelist, Reinventing Undergraduate Education: Technology Enhanced Learning in the Sciences, Math, and Engineering, University of California, Berkeley, CA, 23 April 1999.

46. Error in Numerical Models Fitted to Data. DSRC/DARPA Study on Numerical Simulation of Physical Systems: The State of the Art, and Opportunities for Further Advances, Kick-Off Meeting, Arlington, VA, 19–20 January 1999. `https://www.stat.berkeley.edu/~stark/Sem inars/dsrc99.htm`

45. Sampling to Adjust the U.S. Census. Miller Institute for Basic Research in Science, University of California, Berkeley, CA, 12 January 1999. `h ttps://www.stat.berkeley.edu/~stark/Seminars/mibrs99.htm`

44. A Statistician's Perspective on Census Adjustment, Berkeley Breakfast Club, Berkeley, CA, 5 December 1998. `https://www.stat.berkeley .edu/~stark/Seminars/bbc98.htm`

43. SticiGui: Melts in your Browser, not in your Brain, Joint Berkeley-Stanford Statistics Colloquium, Department of Statistics, Stanford University, Stanford, CA, 27 October 1998. `https://www.stat.berkeley.edu/~stark/Seminars/bsc98.htm`

42. SticiGui: Statistics Tools for Internet and Classroom Instruction with a Graphical User Interface, 1998 Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL, 12 August 1998.

41. Presidential Panel on Statistics in Public Policy, 1998 Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL, 10 August 1998.

40. Misfit Measures and Statistical Inconsistency in Linear Inverse Problems. AMS/IMS/SIAM Joint Summer Research Conferences in the Mathematical Sciences, Mathematical Methods in Inverse Problems for Partial Differential Equations, Mt. Holyoke, MA, 4–9 July 1998. `https://www.stat.berkeley.edu/~stark/Seminars/ams-ims-siam-98.pdf`

39. Uncertainties for functions from incomplete, erroneous data. NSF/DOE Workshop on Uncertainty in Modeling, National Science Foundation, Arlington, VA, 11–12 June 1998. `https://www.stat.berkeley.edu/~stark/Seminars/nsf-doe-98.htm`

38. Sampling to adjust the 1990 Census for Undercount. U.S. House of Representatives Subcommittee on the Census, May 1998. `https://www.stat.berkeley.edu/~stark/Census/house-5-5-98-pbs.pdf`

37. Sounding the Sun: Helioseismology. 1998 American Association for the Advancement of Science (AAAS) Annual Meeting and Science Innovation Exposition, Philadelphia, PA., February 1998. `https://www.stat.berkeley.edu/~stark/Seminars/Aaas/helio.htm`

36. Data Sampling Rate Reduction for the OERSTED geomagnetic Satellite, Department of Geological Sciences, Stanford University, Stanford, CA, 28 July 1997. `https://www.stat.berkeley.edu/~stark/Preprints/Oersted/writeup.htm`

35. Does God play dice with the Earth, and if so, are they loaded? Fourth SIAM Conference on Mathematical and Computational Methods in the Geosciences, Albuquerque, NM, 16 June 1997. `https://www.stat.be rkeley.edu/~stark/Seminars/doesgod.htm`

34. Solving Problems for a Large Statistics Lecture Course using a Website UC Berkeley Academic Senate Workshop on Classroom Technology, Berkeley, CA, 11 April 1997. `https://www.stat.berkeley.edu/~st ark/Seminars/itpTalk.htm`

33. Deficiencies of the simple theories, Local Helioseismology Workshop, University of Cambridge, Cambridge, England, 1997.

32. CMB's, Royal Astronomical Society Ordinary Meeting, London, England, 1996.

31. The Null Hypothesis, Royal Astronomical Society and Joint Associations for Geophysics discussion meeting on Assessment of Schemes for Earthquake Prediction, London, England, 1996.

30. On the consistency of multiple inference in inverse problems using $l_p$ confidence sets, International Conference on Multiple Comparisons, Tel Aviv, Israel, 1996.

29. Confidence Intervals in Inverse Problems, Conference in Honor of George Backus, Institute for Geophysics and Planetary Physics, La Jolla, CA, 1995.

28. The Need for Wave-Equation Travel-Time Tomography, Institute for Mathematics and Its Applications, Conference on Tomography, Minneapolis, MN, 1995.

27. Inference, Prior Information, and Misfit Measures, Interdisciplinary Inversion Conference on Methodology, Computation and Integrated Applications, University of Aarhus, Aarhus, Denmark, 1995.

26. Optimization and Inference in Travel-Time Seismology, National Research Council Board on Mathematical Sciences Symposium on Mathematical Sciences in Seismology, Washington, DC, 1995.

25. Prior Information and Confidence Intervals in Inverse Problems, International Union of Geodesy and Geophysics Meeting, Boulder, CO, 1995.

24. Something AGAINST Nothing: A Confidence Game, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL, 1995.

23. Uncertainties in Travel-Time Seismology, SIAM/GAMM Symposium on Inverse Problems: Geophysical Applications, Fish Camp, CA, 1995.

22. Toward Tubular Tomography, 27th General Assembly of the Int. Assoc. of Seismology and Phys. of the Earth's Inter. (IASPEI), Wellington, New Zealand, 1994.

21. Alternative Data Analysis Techniques, Global Oscillation Network Group annual meeting, Los Angeles, CA, (presented by C. Genovese due to illness), 1994.

20. Mathematical Aspects of Integral Equation Inversion, Global Oscillation Network Group workshop, Sydney, Australia, 1994.

19. Conservative Finite-Sample Confidence Envelopes for Monotone and Unimodal Densities, Mathematisches Forschungsinstitut Oberwolfach meeting on Curves, Images and Massive Computation, Oberwolfach, Germany, 1993.

18. Invited discussant, Joint IMS/ASA/ENAR Meeting, Philadelphia, PA, 1993.

17. Uncertainty of the Quadrupole Component of the Cosmic Microwave Background, Israel Statistical Association Annual Meeting, Tel Aviv, 1993.

16. Brute-Force Minimax Estimation in Geochemistry, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, San Francisco, CA, 1993.

15. Conservative Numerical Uncertainty Estimates in Inverse Problems, SIAM 40th Anniversary Meeting, Los Angeles, CA, 1992.

14. Minimax Estimation in Geomagnetism, European Geophysical Society Annual Meeting, Wiesbaden, Germany, 1991.

13. Minimax Estimation in Geophysical Inverse Problems: Applications to Seismic Tomography and Geomagnetism, Schmitt Institute for Physics of the Earth, Academy of Sciences of the USSR, Moscow, 1991.

12. Imagining Earth's Interior: Controversies in Seismology and Geomagnetism, Mathematical Sciences Research Institute Workshop on Statistical Methods in Imaging, Berkeley, CA, 1991.

11. Discretization and its Discontents: New Methods in Inverse Theory, Institute for Theoretical Physics program Helioseismology—Probing the Interior of a Star, National Science Foundation Institute for Theoretical Physics, University of California, Santa Barbara, 1990.

10. Inference in Infinite-Dimensional Inverse Problems, Schmitt Institute for Physics of the Earth, Academy of Sciences of the USSR, Moscow, 1990.

9. Inference in Infinite-Dimensions: Discretization and Duality, Israel Statistical Association Annual Meeting, Jerusalem, 1990.

8. Superresolution: What, When and How?, Institute for Theoretical Physics program Helioseismology—Probing the Interior of a Star, National Science Foundation Institute for Theoretical Physics, University of California, Santa Barbara, 1990.

7. Sparsity-Constrained Deconvolution, International Union of Radio Science Meeting, Boulder, CO, 1989.

6. Invited discussant, Statistics, Earth and Space Sciences Meeting of the Bernoulli Society, Leuven, Belgium, 1989.

5. Rigorous Computer Solutions to Infinite-Dimensional Inverse Problems, rcp 264 problemes inverses, Montpellier, France, 1989.

4. Duality and Discretization Error, Conference on Mathematical Geophysics, Blanes, Spain, 1988.

3. Spectral extrapolation with positivity, International Union of Radio Science Meeting, Boulder, CO, 1987.

2. Travel-Time Constraints on Core Structure, Special Session on Geophysics of the Core and Core-Mantle Boundary, American Geophysical Union Spring Meeting, Baltimore, MD, 1986.

1. Smooth Models from tau(p) and X(p) Data, Scripps Industrial Associates Short Course on Inverse Theory, Scripps Institution of Oceanography, La Jolla, CA, 1986.

## Other Invited Seminars

California State University, Chico (Mathematics 1993)

Colorado School of Mines (Mathematical and Computer Sciences 1997)

Copenhagen University (Niels Bohr Institute for Astronomy, Physics, and Geophysics 1996)

Hebrew University of Jerusalem (Statistics 1993)

IT University of Copenhagen (2013, 2014, 2016)

Kansas State University (Statistics 2008)

Pennsylvania State University (Statistics 1010)

National Solar Observatory (1997)

Naval Postgraduate School (Operations Research, 2001)

Reed College (Mathematics, 2007, 2008, 2011)

Rice University (Statistics, 2010)

Schlumberger-Doll Research (1988, 1990, 1991, 1992)

Southern Methodist University (Statistical Sciences, 1998)

Stanford University (Center for Space Physics and Astrophysics 1992; Mathematics 1997; Geology and Geophysics 1993, 1997; Statistics 1988, 1993, 1995, 2011)

The Technion (Statistics 1987)

Tel Aviv University (Geology and Geophysics 1988, 1991; Statistics 1991, 2010)

University of Bologna (Physics and Astronomy, 2013)

University of British Columbia (Geophysics and Astronomy 1996)

University of California, Berkeley (Astronomy 1996; Center for Pure and Applied Mathematics 1988; Geology and Geophysics 1988; Materials Science and Mineral Engineering 1988; Physics, 2001; Seismographic Stations, 1991, 1992, 1996; Statistics 1987, 1988(2),1989(2), 1990, 1991, 1992, 1994, 1996(2), 1997, 2006, 2009, 2011)

University of California, Davis (Statistics 1995, 2006; Mathematics 2000)

University of California, Los Angeles (Mathematics 1992; Statistics 2000, 2008, 2013)

University of California, Riverside (Earth Sciences 1996; Statistics 1996)

University of California, San Diego (Institute for Geophysics and Planetary Physics 1985, 1986, 1987, 1988(2), 1990, 1998, 2005; Mathematics 1994)

University of Cambridge (Institute for Astronomy 1992, 1997)

University of Chicago (Statistics 1990)

University of Edinburgh (Earth Sciences, 1998)

University of Luxembourg (Interdisciplinary Centre for Security, Reliability and Trust 2012)

University of Paris, Institute de Physique du Globe de Paris (2011)

University of Pennsylvania (Wharton Statistics Department, 2011)

University of Texas at Austin (Geological Sciences 1988; Mathematics 1990, 1991; Institute for Geophysics 1990)

Veterans Affairs Northern California Health Care System, Martinez, CA (East Bay Institute for Research and Education, 2007)

Yale University (Geology and Geophysics 1988; Statistics 1988)

## Press

217. A.I. Is Helping Scientists Predict When and Where the Next Big Earthquake Will Be, Thomas Fuller and Cade Metz, *The New York Times*, 26 October 2018. `https://www.nytimes.com/2018/10/26/technology/earthquake-predictions-artificial-intelligence.html`

216. Mega Millions Frenzy At A Fever Pitch Ahead Of Tuesday Night Drawing, Don Ford, *KPIX CBS Television*, 23 October 2018. `https://sanfrancisco.cbslocal.com/2018/10/23/mega-millions-frenzy-at-a-fever-pitch-ahead-of-tuesday-night-drawing/`

215. Innovators Look To "Accidental Crops" as a Nutritious, Environmentally Friendly and Free Source of Food, Natalie Parletta, *Ensia*, 28 September 2018. `https://ensia.com/articles/wild-greens/`

214. Can Urban Soil Offer Edible Weeds Fit for Foraging?, Eden Stiffman, *Civil Eats*, 21 September 2018. `https://civileats.com/2018/09/21/can-urban-soil-offer-edible-weeds-fit-for-foraging/`

213. Georgia Voters—out of Country, out of Luck?, Sean Steinberg, *WhoWhatWhy*, 11 September 2018. `https://whowhatwhy.org/2018/09/11/georgia-voters-out-of-country-out-of-luck/`

212. Even Scientists Jump to Conclusions—and That's a Problem, *Cosmos: The Science of Everything*, Paul Biegler, 6 September 2018, `https://cosmosmagazine.com/social-sciences/even-scientists-jump-to-conclusions-and-that-s-a-problem`

211. Elections Scholar: Kansas Voting System Would Allow Undetectable Tampering, Jennifer Cohn, *TYT*, 6 September 2018. `https://tyt.com/stories/4vZLCHuQrYE4uKagy0oyMA/5YIEQxHW5qmWayG0kYCsy2`

210. West Virginia is testing a mobile voting app for the midterms. What could go wrong?, Jen Kirby, *Vox*, 17 August 2018. `https://www.vox.com/2018/8/17/17661876/west-virginia-voatz-voting-app-election-security`

209. Election Security Hot Topic at Walnut Creek Town Hall, Debora Villalon, *KTVU*, 14 August 2018. `http://www.ktvu.com/news/election-security-hot-topic-at-congressional-town-hall-in-walnut-creek`

208. Weeds growing in poor city areas more nutritious than store-bought produce, Natalie Parletta, *Cosmos: The Science of Everything*, 13 August 2018. `https://cosmosmagazine.com/biology/weeds-growing-in-poor-city-areas-more-nutritious-than-store-bought-produce`

207. Voting Machine Company Admits Installing Vulnerable Remote-Access Software, Jimmy Falls, *Who.What.Why*, 19 July 2018. `https://whowhatwhy.org/2018/07/19/voting-machine-company-admits-installing-vulnerable-remote-access-software/`

206. Can the Emmys Be Hacked? One contender tried to find out, Geoff Edgers, *Washington Post*, 2 June 2018. `https://www.washingtonpost.com/news/arts-and-entertainment/wp/2018/06/22/can-the-emmys-be-hacked-one-contender-tried-to-find-out/`

205. Student Evaluations of Teaching are Not Valid. It is time to stop using SET scores in personnel decisions, John W. Lawrence, *American Association of University Professors*, May–June, 2018. `https://www.aaup.org/article/student-evaluations-teaching-are-not-valid`

204. County Server On Election Night: Report Investigators traced IP addresses linked to the attack to foreign countries, Sam Levine, *Huffington Post*, 11 May 2018. `https://www.huffingtonpost.com/entry/knox-county-election-cyberattack_us_5af5ca21e4b032b10bfa56ee?j6`

203. Texas Works To Create A More Secure Electronic Voting System, Ashley Lopez, *NPR Morning Edition*, 10 May 2018. `https://www.npr.org/2018/05/10/609979541/texas-works-to-create-a-more-secure-electronic-voting-system`

202. Amid Delay In New Lottery Policy, Repeat Winners Keep On Winning, Lisa Creamer and Jeff Kelly Lowenstein, *WBUR*, 27 April 2018. `http://www.wbur.org/news/2018/04/27/lottery-frequent-winners-policy-delay`

201. Some people repeatedly win the Wisconsin Lottery. Do they play fair? Peter Coutu, *Wisconsin Center for Investigative Journalism*, 18 March 2018. `https://www.wisconsinwatch.org/2018/03/some-people-repeatedly-win-the-wisconsin-lottery-do-they-play-fair/`

200. Experts Say Electronic Voting Machines Aren't Secure. So Travis County Is Designing Its Own, Ashley Lopez, *KUT Public Radio*, 5 March 2018. `http://kut.org/post/experts-say-electronic-voting-machines-arent-secure-so-travis-county-designing-its-own`

199. Auditor general finds no fault with PA Lottery, but unusual wins remain unexplained, Daniel Simmons-Ritchie, *Penn Live*, 2 February 2018. `http://www.pennlive.com/news/2018/02/auditor_general_finds_no_fault.html`

198. Vote auditing can ensure integrity of elections, Audrey Malagon, *The Virginian-Pilot*, 20 January 2018. `https://pilotonline.com/opinion/columnist/guest/article_cbe465f9-6f22-58c6-a050-42b0ea55cb41.html`

197. Berkeley Professor Leads Nation's First Statewide Risk-Limiting Election Audit, *American Statistical Association News*, 20 December 2017. `http://www.amstat.org/ASA/News/Berkeley-Professor-Leads-Nations-First-Statewide-Risk-Limiting-Election-Audit.aspx`

196. Engineering verifiable elections, *IEEE Spotlight*, 5 December 2017. `http://sites.ieee.org/spotlight/when-is-an-election-verifiable/`

195. Just how lucky are regular lottery winners? *More or Less*, *BBC*, 3 December 2017. `http://www.bbc.co.uk/programmes/w3csvq3h`

194. Colorado's First-In-The-Nation Audit Takes The Next Step Toward More Secure Elections, Ann Marie Awad, *All Things Considered*,

*National Public Radio*, 22 November 2017. `https://www.npr.org/2017/11/22/566039611/colorado-launches-first-in-the-nation-post-election-audits` (Originally broadcast on *Colorado Public Radio*, `http://www.cpr.org/news/story/colorado-s-first-in-the-nation-audit-takes-the-next-step-toward-more-secure-elections`)

193. Auditor General examining unusually frequent lottery wins identified by PennLive, Daniel Simmons-Ritchie, *Penn Live*, 25 September 2017. `http://www.pennlive.com/news/2017/09/auditor_general_examining_freq.html`

192. Nationwide lottery project, like Post's, finds improbable winnings, Lawrence Mower, *Palm Beach Post*, 22 September 2017. `http://www.mypalmbeachpost.com/news/nationwide-lottery-project-like-post-finds-improbable-winnings/Sj8QrpwbqyT3xs9gBVPJSP/`

191. When retailers win lottery prizes with luck that defies belief, could officials be turning a blind eye?, Daniel Simmons-Ritchie, *Penn Live*, 15 September 2017. `http://www.pennlive.com/watchdog/2017/09/defying_the_odds_part_3.html`

190. These Pennsylvania Lottery players have won more than a 100 times - but how?, Daniel Simmons-Ritchie, *Penn Live*, 14 September 2017. `http://www.pennlive.com/watchdog/2017/09/defying_the_odds_part_2.html`

189. How did PennLive investigate America's 'luckiest' lottery players?, Daniel Simmons-Ritchie and Jeff Kelly Lowenstein, *Penn Live*, 13 September 2017. `http://www.pennlive.com/watchdog/2017/09/defying_the_odds_methodology.html`

188. The math behind PennLive's analysis of frequent lottery winners, Daniel Simmons-Ritchie, *Penn Live*, 13 September 2017. `http://www.pennlive.com/watchdog/2017/09/defying_the_odds_math.html`

187. The nation's 'luckiest' lottery winners may not be as lucky as they seem, Daniel Simmons-Ritchie and Jeff Kelly Lowenstein, *Penn Live*, 13 September 2017. `http://www.pennlive.com/watchdog/2017/09/defying_the_odds_part_1.html`

186. Risky business: How do restaurants succeed long term?, Megan Favignano, *Columbia Daily Tribune*, 19 August 2017. `http://www.co lumbiatribune.com/news/20170819/risky-business-how-do-rest aurants-succeed-long-term`

185. In System With Little Oversight, Connecticut's Biggest Lottery Winners Often Pay Huge Price, Matthew Kauffman, Dave Altimari, and Jon William Allsop, *Hartford Courant*, 17 August 2017. `http://www.courant.com/news/connecticut/hc-lottery-bi g-winners-20170817-story.html`

184. Gaming the Lottery: Behind the Story, Jeff Kelly Lowenstein and Raymond Joseph, *eNews Channel Africa*, 14 August 2017. `http://www.e nca.com/south-africa/gaming-the-lottery-behind-the-story`

183. Why are doctors and patients still at war over M.E.? How the best treatment for the debilitating condition is one of the most bitterly contested areas in medicine, Jerome Burne, *The Daily Mail*, 14 August 2017. `http://www.dailymail.co.uk/news/article-4790904/Why-d octors-patients-war-M-E.html`

182. DefCon hackers made short work of voting machines. Now what?, Matt Leonard, *GCN*, 8 August 2017. `https://gcn.com/articles/2017/0 8/08/defcon-voting-hacking.aspx`

181. Colorado to require advanced post-election audits, Eric Geller, *Politico*, 17 July 2017. `http://www.politico.com/story/2017/07/17/color ado-post-election-audits-cybersecurity-240631`

180. Are edible weeds the next food trend? Devika Bansal, *San Jose Mercury News*, 16 July 2017. `http://www.mercurynews.com/2017/0 7/16/is-picking-edible-weeds-off-the-streets-the-next-foo die-trend/`

179. Here's how to keep Russian hackers from attacking the 2018 elections, J. Alex Halderman and Justin Talbot-Zorn, *Washington Post*, 21 June 2017. `https://www.washingtonpost.com/news/posteverything/wp /2017/06/21/heres-how-to-keep-russian-hackers-from-attack ing-the-2018-elections/`

178. Do French Fries Kill You? A Lesson in Correlation vs. Causation, Leah Rosenbaum, *Seeker*, 16 June 2017. `https://www.seeker.com/health /do-french-fries-kill-you-a-lesson-in-cargo-cult-science`

177. White Men Of Academia Have An 'Objectivity' Problem, P.L. Thomas, *Huffington Post*, 9 June 2017. `http://www.huffingtonpost.com/en try/more-on-white-men-of-academia-student-and-self-evalua tion_us_593a8204e4b0b65670e56963`

176. The Voting Technology We Really Need? Paper, Lawrence Norden, *The Atlantic*, 10 May 2017. `https://www.theatlantic.com/techno logy/archive/2017/05/the-voting-technology-we-really-need -paper/524820/`

175. There's Probably a Salad's Worth of Greens On Your City Block, Glenn Jackson, *Bon Appetit / Healthy-ish*, 9 May 2017. (urban foraging, food security, food safety, nutrition) `http://www.bonappetit.com/story/ urban-foraging-philip-stark`

174. Foraging, an educational skill set that could one day be taught in public schools, Jessica Wyant, *The Pioneer*, 1 May 2017. (urban foraging, food security, food safety, nutrition) `http://piercepioneernews.com /11293/campus/11293/`

173. Berkeley Open Source Food Week promotes foraging, Gasia Mikaelian, *KTVU*, 20 April 2017. (urban foraging, food security, food safety) `ht tp://www.ktvu.com/news/249730521-story`

172. UC Berkeley professor shares love of edible, nutritious weeds, Rebecca Parr, *East Bay Times*, 24 March 2017. (urban foraging, food security, food safety) `http://www.eastbaytimes.com/2017/03/24/hayward-p rofessor-shares-love-of-edible-nutritious-weeds/`

171. Women Professors' Salaries Have Gone Up More Than Men's—but the Wage Gap Is Still Widening, Suzannah Weiss, *Glamour*, 23 March 2017. (teaching evaluations, gender bias) `http://www.glamour.com/ story/women-professors-salaries-have-gone-up-more-than-me nsbut-the-wage-gap-is-still-widening`

170. Inside the Recount, Steve Friess, *New Republic*, March 2017. (election integrity) `https://newrepublic.com/article/140254/inside-stor` `y-trump-clinton-stein-presidential-election-recount`

169. Ratings Show Students Unfairly Favor Male Professors, Peter Musto, *Voice of America*, 13 February 2017. (teaching evaluations, gender bias) `http://learningenglish.voanews.com/a/ratemyprofess` `ors-rating-system-unfair-to-females/3718237.html`

168. Voter Fraud Experts: Trump's "Bizarre" Claim Of Illegal Votes Could Lead To Severe Voter Restrictions. Journalists Urged To Call Out "Bogus" Assertion, Joe Strupp, *Media Matters*, 25 January 2017. (election integrity) `https://mediamatters.org/blog/2017/01/25/v` `oter-fraud-experts-trump-s-bizarre-claim-illegal-votes-co` `uld-lead-severe-voter-restrictions/215119`

167. Stein Camp Believes Recount Price Tag Was 'Jacked Up' to Discourage Audit, Oliver Ortega, *Who.What.Why*, 18 January 2017. (election integrity) `http://whowhatwhy.org/2017/01/18/stein-camp-belie` `ves-recount-price-tag-jacked-discourage-audit/`

166. Team at Rice builds machine to transform the way we vote, Dylan Baddour, *The Houston Chronicle*, 27 December 2016. (election integrity) `http://www.houstonchronicle.com/news/houston-texa` `s/houston/article/Team-at-Rice-builds-machine-to-transfor` `m-the-way-10821587.php`

165. Fact-checking the integrity of the vote in 2016, Jon Greenberg, *PolitiFact*, 17 December 2016. (election integrity) `http://www.polit` `ifact.com/truth-o-meter/article/2016/dec/17/fact-checking-` `claims-voter-fraud-2016/`

164. *RT America News*, Interview by Ed Schultz, 9 December 2016. (election integrity) `https://youtu.be/HUILuSbpKyM`

163. Secure American Democracy, Robert Schlesinger, *US News and World Reports*, 9 December 2016. (election integrity) `http://www.usnews.c` `om/opinion/articles/2016-12-09/3-reforms-for-americas-vul` `nerable-democracy-in-light-of-the-2016-election`

162. 7 Election Integrity and Cyber-Security Experts Say Stopping Michigan Recount Is a Corrupt Exercise of Power, Steven Rosenfeld, *AlterNet*, 8 December 2016. (election Integrity) `http://airwww.alternet.org/7-election-integrity-and-cyber-security-experts-say-stopping-michigan-recount-corrupt-exercise-power`

161. The Wisconsin recount may have a surprise in store after all, Stephen Ansolabehere, Barry C. Burden, Kenneth R. Mayer, and Charles Stewart III, *The Washington Post*, 5 December 2016. (election integrity) `https://www.washingtonpost.com/news/monkey-cage/wp/2016/12/05/the-wisconsin-recount-may-have-a-surprise-in-store-after-all/`

160. Could a Recount Overturn the Election? *The Economist*, 3 December 2016. (election integrity) `http://www.economist.com/news/united-states/21711055-recounting-votes-tedious-expensive-and-cathartic-could-recount-overturn`

159. *KTVU 2 Fox News*, Interview, 2 December 2016. (election integrity)

158. The Kathleen Dunn Show, *Wisconsin Public Radio*, Interview, 1 December 2016. (election integrity) `http://www.wpr.org/listen/1028671`

157. *KCBS Radio*, Interview with Doug Sovern, 1 December 2016. (election integrity)

156. What Would It Take to Fix The Voting System and Why Isn't Anybody Doing It?, Jeff Clyburn and Klaus Marre, *Who.What.Why?*, 1 December 2016. (election integrity) `http://whowhatwhy.org/2016/12/01/take-fix-voting-system-isnt-anybody/`

155. What 6 Top Election Experts Are Saying about the Next Big Step for the 2016 Recount, Steven Rosenfeld, *AlterNet*, 29 November 2016. (election integrity) `http://www.alternet.org/election-2016/what-6-top-election-experts-are-saying-about-next-big-step-2016-recount`

154. Judge rejects Stein's request for hand recount, Jason Stein, *Milwaukee Journal Sentinel*, 29 November 2016. (election integrity) `http://www`

`.jsonline.com/story/news/politics/elections/2016/11/29/ste`
`ins-recount-headed-court-tuesday/94598740/`

153. UC Berkeley professor calls for audit of presidential election votes, Ashley Wong, *The Daily Californian*, 29 November 2016. (election integrity) `http://www.dailycal.org/2016/11/28/uc-berkeley-pro` `fessor-calls-for-audit-of-presidential-election-votes/`

152. Security experts join Jill Stein's 'election changing' recount campaign, Jon Swaine, *The Guardian*, 28 November 2016. (election integrity) `ht` `tps://www.theguardian.com/us-news/2016/nov/29/security-exp` `erts-join-jill-steins-election-changing-recount-campaign`

151. *KTVU 2 Fox News*, Interview, 28 November 2016. (election integrity) `http://www.ktvu.com/news/220330952-story`

150. US election recount: how it began—and what effect it could have, Jon Swaine and Mona Chalabi, *The Guardian*, 28 November 2016. (election integrity) `https://www.theguardian.com/us-news/2016/nov/28/el` `ection-recount-jill-stein-hillary-clinton-donald-trump`

149. *BBC World Service*, 25 November 2016. Interview by Dotun Adebayo. (election integrity)

148. *KCBS Radio*, 25 November 2016. Interview. (election integrity)

147. *BBC World Service*, 24 November 2016. Interview. (election integrity)

146. US election: Leading statisticians call for vote audit over hacking fears, Harry Cockburn, *The Independent*, 23 November 2016. (election integrity) `http://www.independent.co.uk/news/world/americas/u` `s-election-statisticians-vote-audit-hacking-donald-trump-` `hillary-clinton-a7434516.html`

145. Hacked or Not, Audit This Election (And All Future Ones), Andrew Greenberg, *Wired*, 23 November 2016. (election integrity) `https://ww` `w.wired.com/2016/11/hacked-not-audit-election-rest/`

144. Republicans Cannot Claim a Mandate When Hillary Clinton Has a 2 Million-Vote Lead, John Nichols, *The Nation*, 23 November 2016. (election integrity) `https://www.thenation.com/article/republic`

ans-cannot-claim-a-mandate-when-hillary-clinton-has-a-two
-million-vote-lead/

143. Stop Saying the Election Was Rigged, Andrew Gelman, *Slate*, 22 November 2016. (election integrity) `http://www.slate.com/article s/health_and_science/science/2016/11/reports_claiming_the_ election_was_rigged_are_wrong.html//`

142. Electoral Organizations Call For Nationwide Audit, Ethan Harfenist, *Vocativ*, 18 November 2016. (election integrity) `http://www.vocativ .com/377544/election-audit/`

141. Against all Odds, Gavin Off and Adam Bell, *The Charlotte Observer*, 29 September 2016. (lottery fraud) `http://www.charlotteobserver .com/news/special-reports/against-all-odds/`

140. Exercise and therapy cure for ME seriously flawed, Tom Whipple, *The Times of London*, 28 September 2016. (myalgic encephalomyelitis, chronic fatigue syndrome, clinical trials)

139. Livestream interview: Audits in California—How to Improve, *Ballots for Bernie*, 25 September 2016. (election integrity) `https://www.fac ebook.com/events/536276663233125/`

138. Foraging: Where the wild foods are, Shannon Eblen, *Courier-Post / USA Today*, 21 September 2016. (urban foraging, food security, food safety) `http://www.courierpostonline.com/story/life/2016/09/ 21/foraging-food-edibles-deptford/90494736/`

137. Bad science misled millions with chronic fatigue syndrome. Here's how we fought back, Julie Rehmeyer, *STAT*, 21 September 2016. (chronic fatigue syndrome, analysis of clinical trials) `https://www.statnews. com/2016/09/21/chronic-fatigue-syndrome-pace-trial/`

136. How to Hack an Election in 7 Minutes, Ben Wofford, *Politico Magazine*, 5 August 2016. (election integrity, election auditing) `http://ww w.politico.com/magazine/story/2016/08/2016-elections-russi a-hack-how-to-hack-an-election-in-seven-minutes-214144`

135. Instead of Pokémon, Try Using Your Smartphone To Catch Tasty Wild Edibles, Jill Neimark, *Good*, 2 August 2016. (urban foraging, wild/feral

food) `https://food.good.is/articles/foragers-call-these-apps-the-tinder-for-wild-food`

134. The Bias in Student Course Evaluations, Joey Sprague, *Inside Higher Ed*, 17 June 2016. (teaching evaluations, gender bias) `https://www.insidehighered.com/advice/2016/06/17/removing-bias-student-evaluations-faculty-members-essay`

133. How One Professor Is Trying to Paint a Richer Portrait of Effective Teaching, Emma Pettit, *The Chronicle of Higher Education*, 16 June 2016. (teaching evaluations, gender bias) `http://chronicle.com/article/How-One-Professor-Is-Trying-to/236827`

132. Survival of the Smartest: Berkeley Prof Stocks Up On Skill to Outlast Apocalypse, Krissy Eliot, *California Magazine*, 31 May 2016. (urban foraging, cooking, food, trail running) `http://alumni.berkeley.edu/california-magazine/just-in/2016-05-31/survival-smartest-berkeley-prof-stocks-skill-outlast`

131. MSU Professors Read Mean Reviews, *Detroit Free Press*, 2 May 2016. (teaching evaluations, gender bias) `http://www.freep.com/story/news/local/michigan/2016/05/02/msu-professors-read-mean-reviews/83836716/`

130. Embracing 'Messy' Science, Colleen Flaherty, *Inside Higher Ed*, 15 March 2016. (*P*-values) `https://www.insidehighered.com/news/2016/03/15/american-statistical-association-seeks-usher-new-era-statistical-significance`

129. Are College Students Sexist? New Research Says They Grade Female Profs More Harshly, Krissy Eliot, *California Magazine*, 3 February 2016. (gender bias, teaching evaluations) `http://alumni.berkeley.edu/california-magazine/just-in/2016-02-03/are-college-students-sexist-new-research-says-they-grade`

128. Are student evaluations fair on female teachers?, Alecia Simmonds, *Daily Life*, 3 February 2016. (gender bias, teaching evaluations) `http://www.dailylife.com.au/news-and-views/dl-opinion/are-student-evaluations-fair-on-female-teachers-20160202-gmjuw6.html`

127. Scientists: Subtle Seismic Activity Hints at Predicting Large Quakes, Steve Herman, *Voice of America*, 28 January 2016. (earthquake prediction) `http://www.voanews.com/content/subtle-seismic-activity-hints-predicting-large-quakes/3167842.html`

126. New Study Shows College Students Are Overwhelmingly Biased Against Female Professors: Student evaluations aren't just based on the effectiveness of teachers. Noelle Devoe, *Seventeen*, 27 January 2016. (gender bias, teaching evaluations) `http://www.seventeen.com/life/school/news/a37577/new-study-shows-college-students-are-overwhelmingly-biased-against-female-professors/`

125. Les évaluations des enseignements par les étudiants et les stéréotypes de genre, Anne Boring, *The Conversation*, 26 January 2016. (gender bias, teaching evaluations) `https://theconversation.com/les-evaluations-des-enseignements-par-les-etudiants-et-les-stereotypes-de-genre-53590`

124. Students Are Kind of Harsh When Evaluating Their Female Professors, Tanya Basu, *New York Magazine*, 26 January 2016. (gender bias, teaching evaluations) `http://nymag.com/scienceofus/2016/01/students-give-women-professors-worse-evaluations.html`

123. Student Evaluations Of College Professors Are Biased Against Women, Study Finds, Showing How Sexism Warps Our Views Of Competency, Erin Mckelle Fischer, *Bustle*, 26 January 2016. (gender bias, teaching evaluations) `http://www.bustle.com/articles/137889-student-evaluations-of-college-professors-are-biased-against-women-study-finds-showing-how-sexism-warps-our`

122. New Study Shows That Students Overwhelmingly Prefer Male Professors to Female Ones, but does having a male teacher mean a higher GPA? Kate Dwye, *Teen Vogue*, 26 January 2016. (gender bias, teaching evaluations) `http://www.teenvogue.com/story/students-evaluate-male-professors-more-favorably`

121. Students Favor Male Professors Regardless of Their Skills and Teaching Style, Madeleine Davies, *Jezebel*, 25 January 2016 (gender bias, teaching evaluations) `http://jezebel.com/students-favor-male-professors-regardless-of-their-skil-1754947463`

120. Why Female Professors Get Lower Ratings, Anya Kamenetz, *NPR Education*, 25 January 2016.  (gender bias, teaching evaluations) `http://www.npr.org/sections/ed/2016/01/25/463846130/why-women-professors-get-lower-ratings//`

119. The Glaring Flaw In Student Evaluations, Casey Quinlan, *Think Progress*, 14 January 2016.  (gender bias, teaching evaluations) `http://thinkprogress.org/education/2016/01/14/3739455/gender-bias-professors/`

118. Bias Against Female Instructors, Colleen Flaherty, *Inside Higher Ed*, 11 January 2016. (gender bias, teaching evaluations) `https://www.insidehighered.com/news/2016/01/11/new-analysis-offers-more-evidence-against-student-evaluations-teaching` Reprinted as It's Time to Kill the Student Evaluation: More and more evidence shows bias against female instructors, *Slate*, 14 January 2016. `http://www.slate.com/articles/life/inside_higher_ed/2016/01/student_evaluations_show_bias_against_female_instructors.html`

117. There's No Easy Fix for Gender Bias in Students' Evaluation of Teachers, Nathan Collins, *Pacific Standard*, 8 January 2016.  (gender bias, teaching evaluations) `http://www.psmag.com/politics-and-law/kids-will-be-gender-biased-kids`

116. Is food foraged in cities safe to eat?, Christina Boyes, *Civil Eats*, 11 November 11 2015.  (urban foraging, nutrition, food safety) `http://civileats.com/2015/11/11/is-urban-foraging-cities-safe-to-eat-boston/`

115. Terra Verde interview, by Jason Mark, *KPFA*, 21 August 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://archives.kpfa.org/data/20150821-Fri1400.mp3`

114. Un repas au coin du bitume, Julie Zaugg, *Le Temps*, 8 August 2015.  (urban foraging, nutrition, food equity, food security, sustainability) `http://www.letemps.ch/Page/Uuid/e58f7054-3d24-11e5-9458-9f31f164eeae/Un_repas_au_coin_du_bitume`

113. A Walk on the Wild (Edibles) Side, Mark Bittman, *The New York Times*, 9 July 2015. (urban foraging, nutrition, food equity, food secu-

rity, sustainability) `http://www.nytimes.com/2015/07/09/opinion/mark-bittman-a-walk-on-the-wild-edibles-side.html`

112. Why Mark Bittman Is Eating Weeds on Oakland's Sidewalks, Yahoo Food Editors, *Yahoo! Food*, 9 July 2015. (urban foraging, nutrition, food equity, food security, sustainability) `https://www.yahoo.com/food/why-mark-bittman-is-eating-edible-weeds-on-123662813296.html`

111. The Logistics of Urban Food Foraging, Katherine Spiers, *KCET*, 8 July 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.kcet.org/living/food/the-nosh/the-logistics-of-urban-food-foraging.html`

110. With apps in hand, foragers find food underfoot, *Rustik Magazine*, 28 June 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://rustikmagazine.com/technology-urban-foraging/`

109. Flawed Evaluations. Colleen Flaherty, *Inside Higher Ed*, 10 June 2015. (teaching evaluations) `https://www.insidehighered.com/news/2015/06/10/aaup-committee-survey-data-raise-questions-effectiveness-student-teaching`

108. Take a walk on the wild (edible) side. Mark Bittman, *California Matters*, 8 June 2015. (urban foraging, nutrition, food equity, food security, sustainability) `https://youtu.be/F8BLU3iaLgM`

107. California Matters: Mark Bittman's Online Video Series Premieres with 'Take a Walk on the Wild (Edibles) Side'. Lisa Landers, *KQED*, 8 June 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://ww2.kqed.org/bayareabites/2015/06/08/california-matters-mark-bittmans-online-video-series-premieres-with-take-a-walk-on-the-wild-edibles-side/`

106. Edible urban weeds—Oakland's sidewalk salads. Paul Belz, *Wild Oakland*, 30 May 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://wildoakland.org/2015/05/edible-urban-weeds-oaklands-sidewalk-salads/`

105. Eat Your Weeds: Get outside and forage for your food in the forests and sidewalk cracks of the East Bay. Sascha Bos, *East Bay Express*, 20 May 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.eastbayexpress.com/oakland/eat-your-weeds/Content?oid=4289051`

104. Student Evaluations: Feared, Loathed, and Not Going Anywhere. Stacey Patton, *Chronicle of Higher Education*, 19 May 2015. (teaching evaluations) `https://chroniclevitae.com/news/1011-student-evaluations-feared-loathed-and-not-going-anywhere`

103. Why Not Get Rid of Student Evaluations? Stephen Burt, *Slate*, 15 May 2015. (teaching evaluations) `http://www.slate.com/articles/life/education/2015/05/a_defense_of_student_evaluations_they_re_biased_misleading_and_extremely.html`

102. Q&A: Philip Stark. Rose Hayden-Smith, *UC Food Observer*, 11 May 2015. (urban foraging, nutrition, food equity, food security, sustainability, ecology) `http://ucfoodobserver.com/2015/05/11/qa-philip-stark/`

101. Course evaluations get a failing grade in terms of effectiveness. Riley Vetterkind, *The Badger Herald*, 30 April 2015. (teaching evaluations, misuse of statistics, gender bias) `https://badgerherald.com/news/2015/04/30/course-evaluations-get-a-failing-grade-in-terms-of-effectiveness/`

100. Dandelions Should Be the New Kale. Emiko Jozuka, *Motherboard/Vice*, 27 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://motherboard.vice.com/read/dandelions-should-be-the-new-kale`

99. Salad at Your Feet. Nicholas Boer, *Diablo Magazine*, 27 April 2015. `http://www.diablomag.com/May-2015/Salad-at-Your-Feet/`

98. Weeds are the future of healthy eating. Jason Mark, *Salon.com*, 18 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.salon.com/2015/04/18/weeds_are_the_future_of_fine_dining_partner/`

97. Weed Eaters: Accompanying Berkeley's Urban Foragers from Weed Patch to Dining Table. Kristine A. Wong, *California Magazine*, 15 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://alumni.berkeley.edu/california-magazin e/just-in/2015-04-15/weed-eaters-accompanying-berkeleys-u rban-foragers-weed-patch`

96. Up Front with Vylma V, *KPFA Radio*, 9 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `https://kpfa.or g/episode/up-front-april-9-2015/` (at 30:02)

95. Bay Area Restaurants Cooking Weeds for Wild Food Week. Don Ford, *KPIX CBS News*, 8 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://sanfrancisco.cbslocal .com/2015/04/08/bay-area-restaurants-cooking-weeds-wild-f ood-week/`

94. Weeds — They're What's for Dinner, Jason Mark, *Earth Island Journal*, 8 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.earthisland.org/journal/index.php/e list/eListRead/weeds_theyre_whats_for_dinner/`

93. The app that helps you discover edible weeds. Richard Taylor, *BBC*, 8 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.bbc.com/news/technology-32124855`

92. Wild Food Week Highlights Edible Weeds Going to Waste, Tamara Palmer, NBC Bay Area News, 6 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.nbcbayarea.co m/news/local/Wild-Food-Week-298812881.html`

91. KCBS News, 4 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.contactlenzcommunications.c om/sitebuildercontent/sitebuilderfiles/wildweedsreplay.mp3`

90. How do you convince people to eat weeds? Aarian Marshall, *The Atlantic / CityLab*, 3 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.citylab.com/work/2015/0 4/how-do-you-convince-people-to-eat-weeds/389357/`

89. Wild Weeds, *Edible East Bay*, 1 April 2015. (Urban foraging, nutrition, food equity, food security, sustainability) `http://edibleeastbay.com/newsletter/wild-weeds/`

88. San Francisco Bay Restaurants Serving Weeds For Wild Food Week, *Growing Magazine*, 1 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.growingmagazine.com/take-control/san-francisco-bay-restaurants-serving-weeds-for-wild-food-week/`

87. Top San Francisco Bay Restaurants Serving 'Weeds' All Next Week, *Broadway World*, 31 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.broadwayworld.com/bwwfood-wine/article/Top-San-Francisco-Bay-Restaurants-Serving-Weeds-All-Next-Week-20150331`

86. Slinging Weeds: Wild Food Week, Luke Tsai, *East Bay Express*, 31 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.eastbayexpress.com/WhatTheFork/archives/2015/03/31/slinging-weeds-wild-food-week`

85. Wild Food Week: Bay Area dinner series showcases foraged plants, Paolo Lucchesi , *SF Gate*, 26 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://insidescoopsf.sfgate.com/blog/2015/03/26/wild-food-week-bay-area-dinner-series-showcases-foraged-plants/`

84. Professors tell America's poor to harvest weeds, Rhys Blakely, *The Times of London*, 7 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.thetimes.co.uk/tto/news/world/americas/article4375062.ece`

83. Let Them Eat Weeds: App Helps People Forage Their Way out of Hunger, Sarah McColl, *TakePart*, 19 February 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.takepart.com/article/2015/02/19/foraging-apps-food-insecurity`

82. The Food that Grows from Concrete, Olivia Cueva, *KALW*, 12 February 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://kalw.org/post/food-grows-concrete`

81. Snacking In-Between Sidewalks: Mapping Abundance of Wild Edibles in the Bay Area's Food Deserts, Angela Johnston, *KQED Bay Area Bites*, 5 February 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://blogs.kqed.org/bayareabites/201 5/02/05/snacking-in-between-sidewalks-mapping-abundance-o f-wild-edibles-in-the-bay-areas-food-deserts/`

80. Can urban foraging actually feed poor people? Nathanael Johnson, *Grist*, 30 January 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://grist.org/food/can-urban-foragi ng-actually-feed-poor-people/`

79. Foragers' Delight: Can Wild Foods Make City Dwellers Healthier? Madeleine Key, *Civil Eats*, 5 December 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://civileats.com/2014/12/05/foragers-delight-can-w ild-foods-make-city-dwellers-healthier/`

78. What's for Dinner? For These Urban Foragers in Berkeley, The Answer is Weeds, Eric Neumann, *California Magazine*, Winter 2014. (urban foraging, nutrition, food equity, food security, sustainability) `h ttp://alumni.berkeley.edu/california-magazine/winter-2014- gender-assumptions/whats-dinner-these-urban-foragers-berk eley-answer`

77. 12 things you didn't know about holiday foods, UC Newsroom, 24 November 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://universityofcalifornia.edu/news/12-thin gs-you-didnt-know-about-holiday-foods`

76. Weed Eaters: These guys want you to eat weeds—and they'll show you where to find 'em, Alisa Opar, NRDC *onEarth*, 24 November 2014. (urban foraging, nutrition, food equity, food security, sustainability) `h ttp://www.onearth.org/earthwire/weed-eaters`

75. Foragers find bounty of edibles in urban food deserts, Gretchen Kell, UC Berkeley Media Relations, 17 November 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://newscent er.berkeley.edu/2014/11/17/urban-foraging/`

74. How Many Ballots Do You Have To Count To Know Whether An Election Was Rigged? Short answer: Surprisingly few. Rafi Letzter, *Popular Science*, 4 November 2014. (Election integrity, auditing) `http://www.popsci.com/article/science/how-many-ballots -do-you-have-count-know-whether-election-was-rigged`

73. A New Voting Machine Could Make Sure Every Vote Really Counts. That is, if it ever gets used. Rafi Letzter, *Popular Science*, 4 November 2014. (Election integrity, auditing) `http://www.popsci.com/article/technology/new-voting-ma chine-could-make-sure-every-vote-really-counts`

72. Can we trust the Internet with our most basic civic duty? DecodeDC ponders the future of voting, Miranda Green and Andrea Seabrook, *NewsNet5 ABC*, 31 October 2014. (Election integrity) `http://www.newsnet5.com/decodedc/podcast/can-we-tru st-the-internet-with-our-most-basic-civic-duty`

71. Cal professors on the hunt for edible, nutritious East Bay weeds, Carolyn Jones, *The San Francisco Chronicle* and SFGate, 25 October 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.sfgate.com/bayarea/article/Cal-professor s-on-the-hunt-for-edible-nutritious-5846111.php`, `http://ww w.sfchronicle.com/bayarea/article/Cal-professors-on-the-hu nt-for-edible-nutritious-5846111.php`

70. Course evaluations ineffective, misused, report finds, Mina Corpuz, *The Daily Free Press*, 3 October 2014. (Evaluating teaching, misuse of Statistics) `http://dailyfreepress.com/2014/10/03/course-evalu ations-ineffective-misused-study-finds/`

69. Course evaluations slammed as ineffective: A Berkeley professor said the evaluations aren't a good gauge of a class, Noelle Wells, *The Daily Tar Heel*, 2 October 2014. (Evaluating teaching, misuse of Statistics) `http://www.dailytarheel.com/article/2014/10/coures-eva luations-slammed%20as%20ineffective`

68. Professor gives low rating to effectiveness of current teaching evaluations, Siera Stalcup, *The Daily Cal*, 30 September 2014. (Evaluating

teaching, misuse of Statistics) `http://www.dailycal.org/2014/09/2`
`9/effectiveness-student-course-evaluations/`

67. Student Course Evaluations Get An 'F,' Anya Kamenetz, *NPR Education Blog*, 26 September 2014. (Evaluating teaching, misuse of Statistics) `http://www.npr.org/blogs/ed/2014/09/26/345515451/stude`
`nt-course-evaluations-get-an-f`

66. 2 scholars flunk course evaluations as measures of teaching quality, Dan Berrett, *Chronicle of Higher Education*, p. A16, 26 September 2014 `http://chronicle.texterity.com/chronicle/20140926a?sub`
`_id=2FQNKVDXMnsU#pg16`
Scholars Take Aim at Student Evaluations' 'Air of Objectivity', Dan Berrett, *Chronicle of Higher Education*, 18 September 2014. (Evaluating teaching, misuse of Statistics) `http://chronicle.com/article/S`
`cholars-Take-Aim-at-Student/148859/`

65. Making sure the votes count: Arapahoe County is pilot site, Ernest Luning, *The Colorado Statesman*, 15 August 2014. Also *Colorado Springs Independent*, 15 August 2014. (Statistical audits, election integrity) `http://www.coloradostatesman.com/content/995064-ma`
`king-sure-votes-count`

64. Arapahoe County pioneering use of new vote verification system, John Aguilar, *The Denver Post*, 15 August 2014. (Statistical audits, election integrity) `http://www.denverpost.com/news/ci_26339735/arapaho`
`e-county-pioneering-use-new-vote-verification-system`

63. Arapahoe Co. begins testing new ballot-counting system, Megan Verlee, *Colorado Public Radio*, 13 August 2014 (air date). (Statistical audits, election integrity) `http://www.cpr.org/news/story/arapahoe-co-b`
`egins-testing-new-ballot-counting-system`

62. Don't blame John Pérez for the state's abhorrent recount rules, Daniel Borenstein, *Contra Costa Times*, 25 July 2014. (Statistical audits, recounts, election integrity) `http://www.contracostatimes.com/dan`
`iel-borenstein/ci_26211948/daniel-borenstein-dont-blame-j`
`ohn-perez-states-abhorrent`

61. California law sought to prevent recount fights, Jim Miller, *The Sacramento Bee*, 1 July 2014. (Risk-limiting audits, recounts, election integrity) `http://blogs.sacbee.com/capitolalertlatest/2014/07/a-california-law-on-the.html`

60. Lock the Vote, Julie Rehmeyer, *Discover Magazine*, July/August 2014. (STAR-Vote election system, election integrity)

59. Reproducible and Collaborative Statistical Data Science, Sarah Hillenbrand, *Berkeley Science Review*, 11 June 2014. (Reproducibility, education) `http://berkeleysciencereview.com/reproducible-collaborative-data-science/`

58. Lottery odds: To win, you'd have to be a loser. Lawrence Mower, *Palm Beach Post*, 28 March 2014. (Lottery fraud) `http://www.mypalmbeachpost.com/news/news/lottery-odds-to-win-youd-have-to-be-a-loser/nfL57`

57. How Might Economics Education Be Improved? Michael O'Hare, Ten Miles Square, *Washington Monthly*, 21 October 2013. (Evaluating teaching) `http://www.washingtonmonthly.com/ten-miles-square/2013/10/how_might_economics_education047441.php`

56. From geeky to cool: Statistics is Berkeley's fastest-growing major. Carol Ness, Berkeley NewsCenter, 16 April 2013. (growth in Statistics) `http://newscenter.berkeley.edu/2013/04/16/from-geeky-to-cool-statistics-is-berkeleys-fastest-growing-major`

55. The Upbeat Stats on Statistics. Carl Bialik, *The Wall Street Journal*, 1 March 2013. (growth in Statistics) `http://blogs.wsj.com/numbersguy/the-upbeat-stats-on-statistics-1216`

54. As Ohio Faces Vote-Rigging Lawsuit, Are Dems, Liberals, Election Officials Ready to Safeguard Votes? Art Levine, *The Huffington Post*, 2 November 2012. (election integrity) `http://www.huffingtonpost.com/art-levine/mia-in-voting-machine-war_b_2054411.html?utm_hp_ref=voting-rights`

53. Will the Next Election be Hacked? Michael Agresta, *The Wall Street Journal*, 17 August 2012. (election integrity) `http://online.wsj.com/article/SB10000872396390444508504577595280674870186.html`

52. Saving throw: securing democracy with stats, spreadsheets, and 10-sided dice: "Risk-limiting audits" use sound math to make sure the right candidate won. Cyrus Farivar, *Ars Technica*, 24 July 2012. (Election auditing) `http://arstechnica.com/tech-policy/2012/0` `7/saving-american-elections-with-10-sided-dice-one-stats-` `profs-quest/`

51. New audit method could improve detection of flaws—and fix them. Adam Playford and Pat Beall, *Palm Beach Post*, 8 May 2012. (Election auditing) `http://www.palmbeachpost.com/news/new-post-electio` `n-audit-method-could-improve-detection-2346480.html`

50. Florida law hinders vote audits. Adam Playford and Pat Beall, *Palm Beach Post*, 8 May 2012. (election integrity) `http://www.palmbeachp` `ost.com/news/florida-law-hinders-vote-audits-2346483.html`

49. Imagining a Census Survey Without a Mandate. Carl Bialik, *The Wall Street Journal*, 30 March 2012. (census) `http://blogs.wsj.com/num` `bersguy/imagining-a-census-survey-without-a-mandate-1129/`

48. Are large earthquakes increasing in frequency? Deanna Conners, *Earth-Sky*, 4 March 2012. (Earthquake clustering) `http://earthsky.org/e` `arth/are-large-earthquakes-increasing-in-frequency`

47. New Equation for Voting Technology: Auditing > Testing? Doug Chapin, University of Minnesota Program for excellence in Election Administration, 12 January 2012. `http://blog.lib.umn.edu/cspg/` `peea/2012/01/new_equation_for_voting_techno.php`

46. Cuyahoga County elections board leads pack in testing, auditing. Laura Johnston, *The Plain Dealer*, 1 January 2012. (risk-limiting audits, election integrity) `http://blog.cleveland.com/metro/2012/01/cuy` `ahoga_county_elections_boar_5.html`

45. Radio Australia "Connect Asia" program, 21 December 2011. (live appearance re earthquake clustering) `http://www.radioaustralia.n` `et.au/connectasia/`

44. Geologists wonder if the Northwest is up next for a giant earthquake. Joe Rojas-Burke, *The Oregonian*, 21 December 2011. Syndicated in

Middle East North Africa Financial Network. (Earthquake clustering) `http://www.oregonlive.com/environment/index.ssf/2011/12/geologists_wonder_if_the_north.html` `http://www.menafn.com/qn_news_story.asp?storyid=%7B1ee57506-581b-4e99-a8be-41b9f35197e5%7D`

43. Mega-quake clusters unlikely: study. Anna Salleh, *ABC*, 20 December 2011. (Earthquake clustering) `http://www.abc.net.au/science/articles/2011/12/20/3394245.htm`

42. Rest Your Fears: Big Earthquakes Not on the Rise. Stephanie Pappas, LiveScience, 9 December 2011. Syndicated in *MSNBC* and *Fox News* 10 December 2011. (Earthquake clustering) `http://www.livescience.com/17400-big-earthquakes-random.html` `http://www.msnbc.msn.com/id/45616503/ns/technology_and_science-science/#.TueIXGB8-oc` `http://www.foxnews.com/scitech/2011/12/10/rest-your-fears-big-earthquakes-not-on-rise/`

41. San Luis Obispo takes part in pilot program for ballot audits. Bethany Tucker, *KSBY News*, 12 September 2011. (Election auditing) `http://www.ksby.com/news/san-luis-obispo-takes-part-in-pilot-program-for-ballot-audits/`

40. In This Dating Game, the Best Match Could Be Years Away. Carl Bialik, *The Wall Street Journal*, 16 July 2011. (numerical coincidences) `http://online.wsj.com/article/SB10001424052702304521304576447892115939486.html`

39. Dozens of personal care products mislabeled as 'organic,' lawsuit says. Joanna Lin, *California Watch*, 20 June 2011. `http://californiawatch.org/dailyreport/dozens-personal-care-products-mislabeled-organic-lawsuit-says-10873`

38. San Jose siblings two years apart, born on the same day at the same time. Jane J. Lee, *Silicon Valley Mercury News*, 14 June 2011. (numerical coincidences) `http://www.mercurynews.com/breaking-news/ci_18273248?nclick_check=1`

37. O.C. could see fewer election recounts. Martin Wisckol, *Orange County Register*, 6 May 2011. (Election auditing) `http://totalbuzz`

.ocregister.com/2011/05/06/o-c-could-see-fewer-election-r
ecounts/52659/

36. Consumer Reports Cops to Chrysler Data Gaps. Eric Mayne, Ward-sAuto.com, 2 March 2011. `http://wardsauto.com/ar/consumer_re
ports_chrysler_110302/`

35. Experts shouldn't be needed to call outcome of election. *Al-bany Times Sun Union*, 1 January 2011. (Election auditing) `http://www.timesunion.com/opinion/article/Experts-shou
ldn-t-be-needed-to-call-outcome-of-930928.php`

34. Equation: Calculating Ballot Bungles is all about the P-Value. Julie Rehmeyer, *Wired*, November 2010, p.56. (Election auditing) `http://
www.wired.com/magazine/2010/11/st_equation_votes/`

33. Fifty million to one: Mother defies odds to give birth on 10.10.10 after two others were born on 09.09.09 and 08.08.08. *Daily Mail*, 15 October 2010. (numerical coincidences) `http://www.dailymail.co.uk/news/
article-1320840/Fifty-million-Mother-defies-odds-birth-10
-10-10-born-09-09-09-08-08-08.html?ito=feeds-newsxml`

32. Mom's babies born on 8-8-08, 9-9-09, 10-10-10. Elizabeth Weise, *USA TODAY*, 14 October 2010. (numerical coincidences) `http://www.usatoday.com/yourlife/parenting-family/b
abies/2010-10-14-Birthday14_ST_N.htm`

31. UC Berkeley Professor's Auditing System Aims to Count Votes More Accurately. Claire Perlman, *Daily Californian*, 28 April 2010. (Election auditing) `http://www.dailycal.org/article/109295/uc_berk
eley_professor_s_auditing_system_aims_to_co`

30. California Assembly committee endorses UC Berkeley statistician's election auditing method. Robert Sanders, Media Relations, *UCBerke-leyNews*, 26 April 2010. (Election auditing) `http://www.berkeley.e
du/news/media/releases/2010/04/26_canvass.shtml`

29. Ready or Not. Cosma Shalizi, *American Scientist*, March 2010. (Earth-quake prediction) `http://www.americanscientist.org/bookshelf/
pub/ready-or-not`

28. Judge upholds November election of Novato Sanitary District board. Brent Ainsworth, *The Marin Independent Journal*, 8 March 2010. (Contested election) `http://www.marinij.com/marinnews/ci_14636 416`

27. Novato Sanitary election fight rolls on. Jim Welte, *The Marin Independent Journal*, 23 February 2010. (Contested election) `http://www .marinij.com/marinnews/ci_14456925`

26. Novato Sanitary board race tightens. Jim Welte, *The Marin Independent Journal*, 12 November 2009. (Contested election) `http://www.m arinij.com/election/ci_13773039`

25. AIDS Vaccine Trial Shows Only Slight Protection. Donald G. McNeil Jr., *New York Times*, 21 October 2009. (epidemiology) `http://www.n ytimes.com/2009/10/21/health/research/21vaccine.html?_r=1`

24. China To Require Filtering Software On PCs. Thomas Claburn, *Information Week*, 8 June 2009. (Internet content filtering) `http://www.informationweek.com/news/internet/policy/sh owArticle.jhtml?articleID=217800108&section=All+Stories`

23. KQED-FM Forum program on the Census, 6 March 2009. (live appearance re census)

22. Census, partisan wrangling go hand-in-hand. Tyche Hendricks, *Scripps News*, 23 February 2009. (census) `http://www.scrippsnews.com/no de/41139`

21. Why the census is always political. Tyche Hendricks, *San Francisco Chronicle*, 22 February 2009. (census) `http://www.sfgate.com/cgi- bin/article.cgi?f=/c/a/2009/02/22/MNPB161PBV.DTL`

20. He's Out for the Count. Mark Hosenball, *NEWSWEEK*, 14 February 2009, Magazine issue dated 23 February 2009. (census) `http://www.n ewsweek.com/id/184802`

19. Measure B court challenge heads to San Francisco. Karen de Sá, *Mercury News*, 1 December 2008. (election integrity) `http://www.mercur ynews.com/politics/ci_11113510`

18. New Election Audit Targets Close Races. Laura Snider, *Daily Camera*, 26 November 2008. (risk-limiting audits, election integrity) `http://www.dailycamera.com/news/2008/nov/26/new-ele ction-audit-targets-close-races/`

17. Counting Continues for Elections Department. *Redwood Times*, 19 November 2008. (risk-limiting audits, election integrity) `http:// www.redwoodtimes.com/local/ci_11023304`

16. Checking It Twice. Julie J. Rehmeyer, *Science News*, 19 January 2008. (Election auditing) `http://www.sciencenews.org/view/generic/id /9292/title/Math_Trek__Checking_It_Twice`

15. *Reelz Channel Dailies* "Is it Real?" Reelz Channel, 15 June 2007. (gambling odds, probability)

14. Internet is 99 per cent porn free. Iain Thomson, *vnunet.com*, 15 November 2006. (Internet content filtering) `http://www.vnunet.com/vnune t/news/2168636/internet-per-cent-porn-free`

13. Internet Content Filters Fail to Block Sexually Explicit Material. Thomas Claburn, *Information Week*, 14 November 2006. (Internet content filtering) `http://www.informationweek.com/news/showArti cle.jhtml?articleID=194300677&section=All+Stories`

12. 1 percent of Web sites deemed pornographic. Maryclaire Dale, *Associated Press*, 14 November 2006. (Internet content filtering) `http://w ww.msnbc.msn.com/id/15721799/`

11. Only 1 percent of Web pages have porn? Declan McCullagh, *News.com*, 14 November 2006. (Internet content filtering) `http://w ww.news.com/8301-10784_3-6135662-7.html`

10. U.S., Google Set to Face Off in Court. Michael Liedtke, *Associated Press*, 14 March 2006. (Internet content filtering) `http://www.sfgate.com/cgi-bin/article.cgi?file=/n/a/20 06/03/13/financial/f133050S47.DTL&type=printable`

9. Google privacy issue enters court. *Al Jazeera*, 14 March 2006. (Internet content filtering) `http://english.aljazeera.net/archive/2006/03 /2008410131655473737.html`

8. In Case About Google's Secrets, Yours Are Safe. Adam Liptak, *New York Times*, 26 January 2006. (Internet content filtering) `http://www.nytimes.com/2006/01/26/technology/in-case-a bout-googles-secrets-yours-are-safe.html`

7. Google Resists U.S. Subpoena of Search Data. Katie Hafner and Matt Richtel, *New York Times*, 20 January 2006. (Internet content filtering) `http://www.nytimes.com/2006/01/20/technology/20googl e.html?pagewanted=1`

6. Feds take porn fight to Google. Declan McCullagh and Elinor Mills, *CNET News*, 19 January 2006. (Internet content filtering) `https://w ww.cnet.com/news/feds-take-porn-fight-to-google/`

5. *AFC NewSource* story on airline security [Airings: The Osgood File (CBS Radio Network), 29 July 2003, 18 February 2003; KRON-TV (San Francisco), 3 February 2003]. (statistical auditing, security) `htt p://www.acfnewsource.org/science/random_security.html`

4. *The Fred Ebert Show* program on probability and statistics. KIRO 710, Seattle, WA, 27 October 2003. (live appearance re the Monty Hall problem, Statistics, Probability)

3. *ABC 7 News* story on census adjustment, 30 November 1998. (recorded appearance re census)

2. KQED-FM Forum program on the 2000 Census, San Francisco, CA, 17 July 1998. (live appearance re census) `http://www.kqed.org/radio/ programs/forum/`

1. How deep is an earthquake? *Science News*, 2 March 1985. (Deep earthquakes)

## Teaching and Advising

### Courses

BerkeleyX 2.1x* `https://www.edx.org/course/uc-berkeleyx/uc-b erkeleyx-stat2-1x-introduction-594`, an Introductory Statistics MOOC (52,661 students enrolled in first offering; 15.5% completion

rate. As of 21 October 2015, this was one of the 50 most popular MOOCs of all time)

BerkeleyX 2.2x* `https://www.edx.org/course/uc-berkeleyx/uc-b` `erkeleyx-stat2-2x-introduction-685`, an Introductory Statistics MOOC (20,871 students enrolled in first offering; 17% completion rate)

BerkeleyX 2.3x* `https://www.edx.org/course/uc-berkeleyx/uc-b` `erkeleyx-stat2-3x-introduction-825`, an Introductory Statistics MOOC (22,443 students enrolled in first offering; 12% completion rate)

Introduction to Statistics (Statistics 2)

Introduction to Probability and Statistics (Statistics 20)

Introductory Probability and Statistics for Business (Statistics 21, N21*, W21*)

Introduction to Probability and Statistics for Scientists and Engineers (Statistics 25)

Societal Risks and the Law* (Statistics C79)

Freshman Seminar on Statistics (Statistics 39)

Statistical Inferences for Social and Life Scientists (Statistics 131A)

Concepts of Probability (Statistics 134)

Concepts of Statistics (Statistics 135)

Linear Modeling: Theory and Applications (Statistics 151A)

Nonparametric Inference and Sensitivity Auditing with Applications to Social Good* (Statistics 157)

Reproducible and Collaborative Statistical Data Science* (Statistics 157, now 159/259). Video review: `http://youtu.be/Bq71Pqdukeo`

Probability and Statistics for Physical Science and Engineering PhD Students*

Statistics for Engineering PhD students*

Introduction to Probability and Statistics at an Advanced Level (Statistics 200A)

Theoretical Statistics (Statistics 210B)

Statistical Models: Theory and Applications (Statistics 215A, Statistics 215B)

Not enough Statistics for Journalists* (Journalism 219)

Statistics Masters Program Capstone* (Statistics 222)

Nonparametric and Robust Methods (Statistics 240)

Topics in Probability and Statistics (Statistics 260)

Statistical Consulting (Statistics 272)

\* Course I created or co-created.

## Former Graduate Students and Postdocs

Imola K. Fodor, Roche

Johann Gagnon-Bartsch, University of California, Berkeley

Christopher R. Genovese, Carnegie Mellon University

Niklaus W. Hengartner, Los Alamos National Laboratory

Janne Huttunen, University of Auckland and University of Kuopio

Bradley Luen, Indiana University

Tian Luo, U.S. Bureau of Labor Statistics

Dmitry I. Nikolayev, Schmidt Institute for Physics of the Earth

R. Jay Pulliam, University of Texas at Austin

Karthik Ram, University of California, Berkeley

Jeffery Regier, University of California, Berkeley

Chad M. Schafer, Carnegie Mellon University

Daniel Turek, University of California, Berkeley

Vincent S. Yates, Yammer

## Graduate Committees

1. Alameida, Jose, Mathematics. Ph.D. qualifying examination, 2008

2. Atz, Milos, Nuclear Engineering. Ph.D. qualifying examination, 2018

3. Bach, Andre, Physics. Ph.D. qualifying examination, 2011

4. Bar-Yossef, Ziv, Computer Science. Ph.D. qualifying examination, 2001; dissertation committee, "The Complexity of Massive Data Set Computations," 2002

5. Bein, Ed, Biostatistics. MA examination, 2002

6. Berny, Axel Dominique, EECS. Ph.D. qualifying examination, 2004; dissertation committee, "Analysis and Design of Wideband LC VCOs," 2006

7. Bertelli, E., IEOR. Ph.D. qualifying examination, 2018

8. Bloniarz, Adam, Statistics. Ph.D. qualifying examination, 2014

9. Bodik, Peter, Computer Science. Ph.D. qualifying examination, 2007; dissertation committee, "Automating Datacenter Operations Using Machine Learning," 2010

10. Bowman, John Penfield, IEOR. Ph.D. qualifying examination, 2003

11. Bunn, Emory Freeman, Physics. Ph.D. qualifying examination, 1994; dissertation committee, "Statistical Analysis of Cosmic Microwave Background Anisotropy," 1995

12. Burleigh, Kaylan, Astronomy. Ph.D. qualifying examination, 2016, 2017; dissertation committee, "A Monte Carlo Method for Identifying Imaging Systematics in Galaxy Surveys," 2018

13. Burstein, Richard David II, Mathematics. Ph.D. qualifying examination, 2004; dissertation committee, "Hadamard Subfactors of Bisch-Haagerup Type," 2008

14. Buttrey, Samuel Edward, Statistics. Ph.D. qualifying examination, 1994; dissertation committee, "Nearest-Neighbor Classification with Categorical Variables," 1996

15. Calef, Brandoch Hugh, Applied Mathematics. Ph.D. qualifying examination, 1997; dissertation committee, "Optimal Sampling of the Discrete Fourier Transform," 2002

16. Charman, Andrew Emile, Physics. Ph.D. qualifying examination, 2003; dissertation committee, "Random Aspects of Beam Physics and Laser-Plasma Interactions," 2006

17. Chen, Raymond Lei, EECS. Ph.D. qualifying examination, 1993; dissertation committee, "A Qualitative Modeling Framework of Semiconductor Manufacturing Processes: Self-Learning Fuzzy Inference System and the Statistical Analysis of Categorical Data," 1994

18. Chien, George, EECS. Ph.D. qualifying examination, 1998

19. Fernandez, Arturo, Statistics. Ph.D. qualifying examination, 2017

20. Feldman, Arnold R., EECS. Ph.D. qualifying examination, 1995; dissertation committee, "High-Speed, Low-Power Sigma-Delta Modulators for RF Baseband Channel Applications," 1997

21. Fodor, Imola K., Statistics. Ph.D. qualifying examination, 1997; chair, dissertation committee, "Spectrum Estimation in Helioseismology," 1999

22. Fong, Keng Leong, EECS. Ph.D. qualifying examination, 1996; dissertation committee, "Design and Optimization Techniques for Monolithic RF Downconversion Mixers," 1997

23. Gagnon-Bartsch, Johann, Statistics. Ph.D. qualifying examination, 2009; co-chair, dissertation committee "Removing Unwanted Variation from Microarray Data with Negative Controls," 2012

24. Gawiser, Eric Joseph, Physics. Ph.D. qualifying examination, 1998

25. Genovese, Christopher Ralph, Statistics. Ph.D. qualifying examination, 1992; chair, dissertation committee, "Statistical Problems in Helioseismology," 1994

26. Goldman, Megan, Biostatistics. Chair, Ph.D. qualifying examination, 2009

27. Gung, Yuan-Cheng, Geophysics. Dissertation committee, "Q Tomography of the Earth Mantle," 2003

28. Hansen, Bendek, Statistics. Chair, MA thesis committee, "Minimax Expected Length Confidence Intervals," 2000

29. Hansen, Mark Henry, Statistics. Chair, Ph.D. qualifying examination, 1992

30. Hengartner, Niklaus Walther, Statistics. Co-chair, dissertation committee, "Topics in Density Estimation," 1993

31. Higgins, Mike, Statistics. Ph.D. qualifying examination, 2009, 2010

32. Huang, Hsiang-Ping, Mathematics. Ph.D. qualifying examination, 1996

33. Huang, Jianhua, Statistics. Ph.D. qualifying examination, 1994; dissertation committee, "Topics in Extended Linear Modeling," 1997

34. Huang, Yuanlin, Civil Engineering. Ph.D. qualifying examination, 1993, 1994

35. Jiang, Xuesong, EECS. Ph.D. qualifying examination, 2001

36. Jones, David Morgan, Mathematics. Ph.D. qualifying examination, 1994; dissertation committee, "On Modular Galois Representations in Characteristic 3," 1998

37. Katsis, Dimitrios, EECS. Ph.D. qualifying examination, 2005

38. Kiesling, Max Karl, Civil Engineering. Ph.D. qualifying examination, 1994

39. Kuusela, Mikael Johan, Statistics, École Polytechnique Fédérale de Lausanne, dissertation committee, "Uncertainty quantification in unfolding elementary particle spectra at the Large Hadron Collider," 2016

40. Lara, Jose Daniel, Energy and Resources Group. Ph.D. qualifying examination, 2018

41. Li, Bo, Statistics. Ph.D. qualifying examination, 2004

42. Li, Wenyu, Mechanical Engineering. Ph.D. qualifying examination, 2017

43. Loscutoff, Peter, Physics. Ph.D. qualifying examination, 2011; dissertation committee, "Search for resonant $WZ \rightarrow \ell\nu\ell\ell$ production using $13fb^{?1}$ in $\sqrt{s} = 8TeV$ $pp$ collisions with the ATLAS detector," 2013

44. Luen, Bradley, Statistics. Ph.D. qualifying examination, 2006; Chair, dissertation committee, "Earthquake Prediction: Simple Methods for Complex Phenomena," 2010

45. Luo, Tian, Statistics. MA thesis chair, "Nonparametric estimation of business survival with an application to restaurant startups," 2014

46. Madar, Vered, Statistics and Operations Research, Tel Aviv University. MA thesis committee, "Non-equivariant confidence intervals," 2002; Ph.D. committee, "Simultaneous Confidence Intervals for Multiple Parameters with More Power to Determine the Sign," 2007

47. Maurer, Tessa, Civil and Environmental Engineering. Ph.D. qualifying examination, 2018

48. Megnin, Charles Henri, Geophysics. Ph.D. qualifying examination, 1996; dissertation committee, "The Shear Velocity Structure of the Mantle from the Inversion of Time-Domain Waveform Data," 1999

49. Mieler, Michael William, Civil Engineering. Ph.D. qualifying examination, 2011

50. Millman, Kenneth Jarrod, Biostatistics. MA thesis committee, "permute—a Python package for permutation tests and confidence sets," 2015

51. Miratrix, Luke W., Statistics. Chair, Ph.D. qualifying examination, 2010

52. Mohanty, Sudatta, Civil Engineering. Ph.D. qualifying examination, 2017

53. Murmann, Boris, EECS. Ph.D. qualifying examination, 2002; dissertation committee, "Digital Calibration for Low-Power High-Performance A/D Conversion," 2003

54. Oreluk, James, Mechanical Engineering. Ph.D. qualifying examination, 2017

55. Ottoboni, Kellie, Statistics. Ph.D. qualifying examination, 2017

56. Ou, Jeffrey Jiajiunn, EECS. Ph.D. qualifying examination, 1995

57. Petkov, Vladimir Plamenov, EECS. Ph.D. qualifying examination, 2003

58. Poobuapheun, Nuntachai, EECS. Ph.D. qualifying examination, 2005; dissertation committee, "LNA and Mixer Designs for Multi-Band Receiver Front-Ends," 2009

59. Puente, Suzette, Statistics. M.A. committee, 2013

60. Pulliam, R. Jay, Geophysics. Ph.D. dissertation committee, "Imaging Earth's Interior: Tomographic Inversion of Mantle P-Wave Velocity Structure," 1991

61. Qian, Kun, EECS. Ph.D. qualifying examination, 2009; dissertation committee, "Variability Modeling and Statistical Parameter Extraction for CMOS Devices," 2015

62. Regier, Jeffery, Statistics. Chair, M.A. committee, 2013; dissertation committee, "Topics in large-scale statistical inference," 2016

63. Rein, Steven Richard, Statistics. Chair, Ph.D. qualifying examination, 1990

64. Rossi, Jim, Journalism. M.A. thesis committee, "Reverse-engineering the Echo Chamber," 2017

65. Schafer, Chad Michael, Statistics. Ph.D. qualifying examination, 2001; chair, dissertation committee, "Constructing Confidence Regions of Optimal Expected Size: Theory and Application to Cosmic Microwave Inference," 2004

66. Son, Sang Won, EECS. Ph.D. qualifying examination, 2000; dissertation committee, "High Dynamic Range CMOS Mixer Design," 2002

67. Stern, Aaron James, Computational Biology. Ph.D. qualifying examination, 2017.

68. Suzuki, Toru, Demography. Ph.D. qualifying examination, 1995; dissertation committee, "Projection of Households in Japan with a Dynamic Macro-Simulation Model," 1999

69. Tee, Luns, EECS. Ph.D. qualifying examination, 2001

70. Tenorio, Luis-Francisco, Mathematics. Ph.D. dissertation committee, "Asymptotic Dynamics of Locally Oblique Solitary Wave Solutions of the KP Equation," 1992

71. Thompson, Neil, Statistics. M.A. committee, 2012

72. To, Albert Chi Fu, Statistics. M.A. committee, 2005

73. Wagner, Tim Allen, CS. Ph.D. qualifying examination, 1995; dissertation committee, "Practical Algorithms for Incremental Software Development Environments," 1997

74. Wang, Jason, Astronomy. Ph.D. qualifying examination, 2017; dissertation committee, "Footage of Other Worlds: Unveiling the Dynamical Architecture of Young Exoplanetary Systems," 2018

75. Wicks, Charles Wesley Jr., Geophysics. Ph.D. qualifying examination, 1990; dissertation committee, "An Investigation of Mantle Discontinuities Beneath the Southwest Pacific," 1994

76. Wilhelm, Matthieu, Université de Neuchâtel, Statistics. Ph.D. dissertation committee, "Random sampling with repulsion," 2017

77. Yao, Shijing, EECS. Ph.D. qualifying examination, 2015

78. Yates, Vincent, Statistics. Chair, M.A. committee, 2012

79. Ying, Jun, Naval Architecture. D. Eng. qualifying examination, 1995; dissertation committee, "Development and Verification of Computer Simulation Models for Evaluation of Siting Strategies and Evacuation Procedures for Mobile Drilling Units in Hurricanes," 1996

80. Zhang, Xiaoyan, Statistics. Ph.D. qualifying examination, 1997

81. Zagheni, Emilio, Demography. Ph.D. qualifying examination, 2008

82. Zamora, Joel Barajas, UC Santa Cruz, EE. Ph.D. dissertation defense, 2015; dissertation committee, "Online Display Advertising Causal Attribution and Evaluation," 2015

## First-year PhD advising

2014–15 Thanh-Nhan (Andrew) Do

2014–15 Kellie Ottoboni

2016–17 Jake Soloff

## Current PhD advisees

2014– Kellie Ottoboni

2018– Amanda Glazer

## Undergraduate Research and Honors Thesis Advisees

2018 Omar Buenrostro, Alan Chuang, Christopher Fan, Jin Kweon, James Li, Hubert Luo, William Ma, Jiazhong (Frank) Mei, Arun Ramamurthy, Avi Sen, Neil Sharma, Karen Tu, Zihui (Lucy) Wang, Steven Ye, Saam Zahedian, Wentao Zhan

2015 Fang Cai, Catherine Darin (U. Pennsylvania)

2014 Hriday Kemburu, He Ma, Rachel Redberg

2010–2011 Katherine McLaughlin

2010 Aaron Taylor, Hua Yang

2009 Joshua M. Levin

2008 Jonathan Ong

2007 Gerold Ng

2003–2004 Feng Tang

1993–1996 Dendy Harjanto

1988–1993 10 others

## Service

### Professional Societies and Government Agencies

2018
- Advisory Board, U.S. Election Assistance Commission
- Consultant, Colorado Secretary of State
- Reviewer, National Academies of Sciences, Engineering, and Medicine, Policy and Global Affairs Division
- Editorial Board, *ScienceOpen*
- Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)
- Organizing Committee, Election Audit Summit, Caltech/MIT Voting Technology Project, December 2018. `https://electio nlab.mit.edu/election-audit-summit`
- Program committee, 2018 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'18, held in conjunction with the 2018 Conference on Financial Cryptography and Data Security, FC'18)
- Program committee, 2019 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'19, held in conjunction with the 2019 Conference on Financial Cryptography and Data Security, FC'19)

- Program committee, Fourth International Joint Conference on Electronic Voting (E-Vote-ID 2019)
- Referee, *Geophysical Research Letters*
- Referee, *Proceedings of the National Academy of Sciences*
- Referee, *PeerJ*

2017
- Advisory Board, U.S. Election Assistance Commission
- Consultant, Colorado Secretary of State
- Founding Steering Committee and Editorial Board, USENIX Journal of Voting Technology
- Editorial Board, *ScienceOpen*
- Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)
- Program committee, 2018 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'18, held in conjunction with the 2018 Conference on Financial Cryptography and Data Security, FC'18)
- Program committee, 2017 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'17, held in conjunction with the 2017 Conference on Financial Cryptography and Data Security, FC'17)
- Chair, Mini-symposium on Open Data and Reproducibility, *2017 International Scientific Computing with Python (SciPy) Conference*, Austin, TX.
- Referee, *Proceedings of the National Academy of Sciences*

2016
- Advisory Board, U.S. Election Assistance Commission
- Consultant, Colorado Secretary of State
- Travis County Texas Elections Division STAR-Vote System Brain Trust
- Founding Steering Committee and Editorial Board, USENIX Journal of Voting Technology

- Associate editor, SIAM/ASA Journal of Uncertainty Quantification

- Editorial Board, *ScienceOpen*

- Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

- Program committee, 2016 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'16, held in conjunction with the 2016 Conference on Financial Cryptography and Data Security, FC'16)

- Program committee, 2017 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'17, held in conjunction with the 2017 Conference on Financial Cryptography and Data Security, FC'17)

- Program committee, 12th International Joint Conference on Electronic Voting (E-Vote-ID 2016), Bregenz, Austria

- Session co-organizer, "Productive Ecologies in the Anthropocene: Foraging Systems," Sixth International Conference on Food Studies, Berkeley, CA

2015    - Consultant, Colorado Secretary of State

- Travis County Texas Elections Division STAR-Vote System Brain Trust

- Founding Steering Committee and Editorial Board, USENIX Journal of Voting Technology

- Associate editor, SIAM/ASA Journal of Uncertainty Quantification

- Editorial Board, *ScienceOpen*

- Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

- Program committee, VoteID 2015: The 5th International Conference on e-Voting and Identity, Bern, Switzerland. `http://www.voteid15.org/`

– Program committee, 2015 European Symposium on Research in Computer Security (ESORICS 2015), Vienna, Austria. `http://esorics2015.sba-research.org/`

– Program committee, 2016 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'16, held in conjunction with the 2016 Conference on Financial Cryptography and Data Security, FC'16)

– Session organizer, Teaching Computational Thinking and Practice, 2015 SIAM Conference on Computational Science and Engineering (CSE15)

– Organizer, Berkeley Institute for Data Sciences and Moore/Sloan Data Science Environments 2015 Conference on Reproducibility

– Referee, PeerJ

2014    – Consultant, Colorado Secretary of State

– Travis County Texas Elections Division STAR-Vote System Brain Trust

– Founding Steering Committee and Editorial Board, USENIX Journal of Election Technology and Systems (JETS)

– Associate editor, SIAM/ASA Journal of Uncertainty Quantification

– Editorial Board, *ScienceOpen*

– Member, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

– Organizing committee co-chair, 2014 SIAM/ASA Conference on Uncertainty Quantification, Savannah, GA

– Program committee, VoteID 2015: The 5th International Conference on e-Voting and Identity, Bern, Switzerland. `http://www.voteid15.org/`

– Program committee, 2015 European Symposium on Research in Computer Security (ESORICS 2015), Vienna, Austria. `http://esorics2015.sba-research.org/`

- Session organizer, late-breaking session on Reproducibility, 2014 Joint Statistical Meetings, Boston, MA
- Session organizer and chair, 2014 Conference of the International Society for Nonparametric Statistics, Cadiz, Spain
- Session organizer, Teaching Computational Thinking and Practice, 2015 SIAM Conference on Computational Science and Engineering (CSE15)
- Referee, PLoS One

2013
- Consultant, California Secretary of State
- Consultant, Colorado Secretary of State
- Consultant, U.S. Department of Justice, Civil Division
- Travis County Texas Elections Division STAR-Vote System Brain Trust
- Founding Steering Committee and Editorial Board, USENIX Journal of Election Technology and Systems (JETS)
- Associate editor, SIAM/ASA Journal of Uncertainty Quantification
- Organizing committee co-chair, 2014 SIAM/ASA Conference on Uncertainty Quantification, Savannah, GA
- Session organizer, Conference of the International Society for Nonparametric Statistics, Cadiz, Spain

2012
- Consultant, California Secretary of State
- Consultant, Colorado Secretary of State
- Consultant, U.S. Department of Justice
- Travis County Texas Elections Division STAR-Vote System Brain Trust
- Founding Steering Committee, USENIX Journal of Election Technology and Systems (JETS)
- Reviewer, National Science Foundation
- Program committee, 2012 Electronic Voting Technology / Workshop on Transparent Elections (EVT/WOTE '12), USENIX Security Symposium, Bellevue, WA

- Session organizer, 2012 Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, San Diego, CA

- Session organizer, 1st Conference of the International Society for NonParametric Statistics, Chalkidiki, Greece

- Organizing committee co-chair, 2014 SIAM/ASA Conference on Uncertainty Quantification, Savannah, GA

- Program committee, 2012 SIAM/ASA/SAMSI/USACM Conference on Uncertainty Quantification, Raleigh, NC

- Session organizer, Election Verification Network (EVN) annual conference, Santa Fe, NM

2011    − Consultant and Expert Witness, U.S. Department of Justice, Civil Division (for U.S. Department of Housing and Urban Development)

- Program committee, 2012 SIAM/ASA/SAMSI/USACM Conference on Uncertainty Quantification, Raleigh, NC

- Consultant, California Secretary of State

- Consultant, Colorado Secretary of State

- Session organizer, Election Verification Network (EVN) annual conference, Chicago, IL

2010    − Consultant and Expert Witness, U.S. Department of Justice, Civil Division (for Department of Housing and Urban Development)

- Consultant, State of Illinois

- Consultant, California Attorney General (for California Highway Patrol)

- Consultant, New York State Senate

- Reviewer, Department of Defense Strategic Environmental Research and Development Program

- Session organizer, Election Verification Network (EVN) annual conference, Washington, DC

2009    − Consultant, California Secretary of State

2008    – Consultant, California Secretary of State

2007    – California Secretary of State Post-Election Audit Standards Working Group `http://www.sos.ca.gov/elections/elections_peas.htm`

2006    – Consultant and Expert Witness, U.S. Department of Justice, Civil Division

2005    – Consultant, U.S. Department of Justice, Civil Division

      – Consultant, U.S. Department of Veterans Affairs Medical Center

      – Consultant, Habeas Corpus Resource Center

2004    – Reviewer, National Science Foundation

      – Consultant, U.S. Department of Justice, Civil Division

      – Consultant, U.S. Attorney's Office

      – Consultant, U.S. Department of Veterans Affairs Medical Center

2003    – Reviewer, National Science Foundation

      – Referee, National Sciences and Engineering Research Council of Canada

      – Consultant, U.S. Department of Veterans Affairs Medical Center

2002    – Consultant, U.S. Department of Agriculture

      – Consultant, U.S. Department of Justice, Civil Division

2001    – Consultant, U.S. Department of Justice, Civil Division

      – Co-organizer, Institute for Mathematics and Its Applications Annual Program *Mathematics in the Geosciences* and workshop on Inverse Problems and the Quantification of Uncertainty

2000    – Invited discussant, National Academy of Science Committee on National Statistics workshop on dual-system estimation for the 2000 Census

      – Consultant, U.S. Department of Justice, Civil Division

1998    – Witness, U.S. House of Representatives Subcommittee on the Census.

|            |                                                                                  |
|-----------:|----------------------------------------------------------------------------------|
|            | – Panelist, National Science Foundation                                          |
| 1997       | – Session organizer, International Statistical Institute and Bernoulli Society Meeting, Istanbul, Turkey |
| 1996–present | – Global Oscillation Network Group (GONG) Data Users Committee (Chair, 1996–1998) |
|            | – Reviewer for United States Geological Survey                                    |
| 1996–1999  | – Consultant, National Security Agency                                            |
| 1995       | – Institute of Mathematical Statistics Program Chair, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL |
| 1994–1996  | – Consultant to Federal Trade Commission                                          |
| 1993       | – Session organizer and chair, IMS/ASA/ENAR meeting, Philadelphia, PA            |
|            | – Session organizer and chair, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, San Francisco, CA |
| 1992       | – Faculty sponsor, Department of Energy TRAC program                              |
| 1990–1994  | – Bernoulli Society Committee on Statistics in the Physical Sciences             |
| 1991–present | – Reviewer for National Aeronautics and Space Administration (Space Physics Division) |
| 1991       | – Local organizer and session chair, Mathematical Sciences Research Institute Workshop on Statistical Methods in Imaging, Berkeley, CA |
| 1989       | – Session organizer and chair, Bernoulli Society Satellite Meeting, Leuven, Belgium |
| 1989–present | – Reviewer for National Science Foundation (Atmospheric Sciences; Infrastructure; International Programs; Mathematical Sciences; Methodology, Measurement, and Statistics; Solar-Terrestrial Program; Statistics and Probability) |

**Foundations, Non-Profit Corporations, and Industry**

| | |
|---|---|
| 2013–present | − Board of Directors, Verified Voting Foundation |
| 2011–2013 | − Board of Advisors, Verified Voting Foundation |
| 2010–2011 | − Technical Advisory Board, Clear Ballot Group |
| 2007 | − Advisory Board, Facebar, Inc. |
| 2000–2001 | − Technical Advisory Board, Cogit.com |
| 2000–2002 | − National Advisory Board, eTextbooksOnline.com |
| | − Technical Advisory Board, Atomic Dog Publishing |

**Editorial and Referee Service**

*Editorial Service*

| | |
|---|---|
| 2014–present | − Faculty Review Board, Berkeley Scientific Journal |
| 2013–present | − Editorial Board, ScienceOpen |
| 2013–present | − Associate Editor, SIAM/ASA Journal on Uncertainty Quantification |
| 2012–present | − Founding Steering Committee and Editorial Board, USENIX Journal of Election Technology and Systems (JETS) |
| 2011–present | − Editor, Frontiers in Statistics and Probability (Springer) |
| 2008 | − Guest Editor, Inverse Problems |
| 1998–1999 | − Editor, Statistical Science |
| 1997–2000 | − Editorial Board, Inverse Problems |
| 1994–1998 | − Associate Editor, Journal of Geophysical Research |

*Referee Service*

1. American Association for the Advancement of Science

2. American Mathematical Monthly

3. Annales Geophysicae

4. Annals of the Institute of Statistical Mathematics

5. Annals of Statistics

6. Arabian Journal for Science and Engineering

7. Astrophysical Journal

8. Bulletin of the Seismological Society of America

9. Cambridge University Press

10. Chapman-Hall

11. Computational Statistics and Data Analysis

12. Electronic Journal of Statistics

13. Geophysical Journal International

14. Geophysical Research Letters

15. Geophysics

16. Geophysical & Astrophysical Fluid Dynamics

17. HarperCollins

18. IEEE Journal on Acoustics, Speech and Signal Processing

19. IEEE Journal on Information Theory

20. Inverse Problems

21. Inverse Problems and Imaging

22. Journal of the American Statistical Association

23. Journal of Computational Physics

24. Journal of Economic Literature

25. Journal of Geophysical Research

26. Jurimetrics

27. Nature

28. Nature Climate Change

29. PeerJ

30. Political Analysis

31. Physics of the Earth and Planetary Interiors

32. PLoS One

33. Proceedings of the National Academy of Sciences

34. Science

35. SIAM Review

36. Simon and Schuster

37. Springer-Verlag

38. Statistics, Politics, and Policy

39. Statistical Science

40. Tectonophysics

## University Service

2018–2019    – Associate Dean, Division of Mathematical and Physical Sciences

               – UC Berkeley Signature Initiatives working group for Inclusive Intelligence

               – Advisory Board, Berkeley Institute for Data Science (BIDS)

               – Scientific Advisory Board, European Union H2020 Project Moving Towards Adaptive Governance in Complexity: Informing Nexus Security (MAGIC), Universitat Autònoma de Barcelona (Spain) and University of Bergen (Norway)

- Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

- Faculty Athletic Fellow

- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

- Member, Berkeley Science Network `http://bsn.berkeley.edu`

- Schmidt Science Fellows Program review committee

2017–2018  — Associate Dean, Division of Mathematical and Physical Sciences

- Chancellor's Strategic Planning Committee on Enrollment Growth

- Interdepartmental Committee on the Formation of the Division of Data Sciences

- Director, Statistical Computing Facility

- *Ad hoc* Data Sciences Divisional committee on undergraduate degree programs

- Advisory Board, Berkeley Institute for Data Science (BIDS)

- Academic Program Review Committee, Academic Senate representative, Department of Agricultural and Resource Economics

- Scientific Advisory Board, European Union H2020 Project Moving Towards Adaptive Governance in Complexity: Informing Nexus Security (MAGIC), Universitat Autònoma de Barcelona (Spain) and University of Bergen (Norway)

- Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

- Faculty Advisory Committee, Athletic Study Center

- Faculty Athletic Fellow

- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

- Member, Berkeley Science Network `http://bsn.berkeley.edu`

2016–2017  — Associate Dean, Division of Mathematical and Physical Sciences

- Director, Statistical Computing Facility

- Advisory Board, Berkeley Institute for Data Science (BIDS)
- Scientific Advisory Board, European Union H2020 Project Moving Towards Adaptive Governance in Complexity: Informing Nexus Security (MAGIC), Universitat Autònoma de Barcelona (Spain) and University of Bergen (Norway)
- Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)
- Faculty Advisory Committee, Athletic Study Center
- Faculty Athletic Fellow
- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University
- Member, Berkeley Science Network `http://bsn.berkeley.edu`

2015–2016
- Associate Dean, Division of Mathematical and Physical Sciences
- Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)
- Faculty Advisory Committee, Athletic Study Center
- Faculty Athletic Fellow
- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University
- Member, Berkeley Science Network `http://bsn.berkeley.edu`

2014–2015
- Chair, Department of Statistics
- Director, Statistical Computing Facility
- Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)
- Campus Working Group on Course Curriculum and Design
- Faculty Advisory Committee, Athletic Study Center
- Engineering Science Advisory Committee, College of Engineering
- Faculty Athletic Fellow
- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

– Member, Berkeley Science Network `http://bsn.berkeley.edu`

2013–2014    – Chair, Department of Statistics

– Director, Statistical Computing Facility

– Commission on the Future of the UC Berkeley Library `http://academic-senate.berkeley.edu/issues/commission-future-uc-berkeley-library`
Charge: `http://evcp.berkeley.edu/sites/default/files/Library%20Commission%2009.21.2012.pdf`
Final Report: `http://evcp.berkeley.edu/news/commission-future-uc-berkeley-library-report`

– Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

– Campus Working Group on Course Curriculum and Design

– Faculty Advisory Committee, Athletic Study Center

– Engineering Science Advisory Committee, College of Engineering

– Search Committee, Director of IT for College of Letters and Sciences

– Faculty Athletic Fellow

– Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

– External Review Committee, Department of Applied Mathematics and Statistics, Colorado School of Mines

– Member, Berkeley Science Network `http://bsn.berkeley.edu`

2012–2013    – Chair, Department of Statistics

– Director, Statistical Computing Facility

– Commission on the Future of the UC Berkeley Library

– Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

– Engineering Science Advisory Committee, College of Engineering

– Faculty Athletic Fellow

|            | – | Program Advisory Committee, Doctor of Business Administration Program, Lincoln University |
|            | – | Member, Berkeley Science Network `http://bsn.berkeley.edu` |
| 2011–2012  | – | Acting Department Chair, Department of Statistics, July–August |
|            | – | Vice Chair, Department of Statistics |
|            | – | Academic Senate Alternate Representative to University of California Systemwide Assembly |
|            | – | Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA) |
|            | – | Campus Committee on Classroom Policy and Management (CC-CPM) |
|            | – | Business Resumption Coordination Group (BRCG) |
|            | – | Faculty Athletic Fellow |
|            | – | Program Advisory Committee, Doctor of Business Administration Program, Lincoln University |
| 2010–2011  | – | Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA) |
|            | – | Campus Committee on Classroom Policy and Management (CC-CPM) |
|            | – | Course Note-Taking Taskforce (`http://campuspol.chance.berkeley.edu/policies/coursenotes.pdf`) |
|            | – | *Ad hoc* tenure/promotion committee |
|            | – | Faculty Athletic Fellow |
|            | – | Program Advisory Committee, Doctor of Business Administration Program, Lincoln University |
| 2009–2010  | – | Academic Senate Committee on Computing and Communications (COMP) |
|            | – | Faculty Athletic Fellow |
| 2008–2009  | – | Faculty Athletic Fellow |

| 2007–2008 | – Undergraduate Student Learning Initiative Faculty Advisory Committee |
| | – Faculty Athletic Fellow |
| 2006–2007 | – Faculty Athletic Fellow |
| 2005–2006 | – Faculty Athletic Fellow |
| 2004–2005 | – Chair, Educational Technology Committee |
| | – e-Berkeley Steering Committee |
| | – e-Berkeley Committee of Chairs |
| | – e-Berkeley Implementation Task Force |
| | – CourseWeb Steering Committee |
| | – Faculty Athletic Fellow |
| 2003–2004 | – Chair, Educational Technology Committee |
| | – e-Berkeley Steering Committee |
| | – e-Berkeley Implementation Task Force |
| | – Student Systems Policy Committee |
| | – CourseWeb Steering Committee |
| 2002–2003 | – Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education) |
| | – Chair, Educational Technology Committee |
| | – Provost's Academic Council |
| | – e-Berkeley Steering Committee |
| | – e-Berkeley Implementation Task Force |
| | – Campus Committee on Classroom Policy and Management (CC-CPM) |
| | – Student Systems Policy Committee |
| | – e-Berkeley Symposium Program Committee |
| | – Faculty Search Committee, Graduate School of Education |
| | – CourseWeb Steering Committee |

| | |
|---|---|
| 2001–2002 | – Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education) |
| | – Chair, Educational Technology Committee |
| | – Provost's Academic Council |
| | – e-Berkeley Steering Committee |
| | – e-Berkeley Implementation Task Force |
| | – Campus Committee on Classroom Policy and Management (CC-CPM) |
| | – Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA) |
| | – CITRIS II Program Committee |
| | – TeleBEARS and BearFacts Committees (combined into Student Systems Policy Committee as of 3/2002) |
| | – e-Berkeley Portal Working Group |
| | – Faculty search committee, Graduate School of Education |
| 2000–2001 | – Space Allocation and Capital Improvements (SACI) |
| | – Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA) |
| | – CAPRA Subcommittee on Expanded Enrollment |
| | – CAPRA Subcommittee on changes to Academic Coordinator title |
| | – *Ad hoc* hiring/tenure committee |
| 1999–2000 | – Space Allocation and Capital Improvements (SACI) |
| | – Academic Senate Library Committee (LIBR) |
| | – Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA), Physical Planning Subcommittee, *ex officio* representative from Library Committee |
| | – Academic Effects Study Committee, Molecular Engineering Building |
| | – *Ad hoc* tenure/promotion committee |
| | – SACI subcommittee to audit space in Barrows Hall |

| 1998–1999 | – Space Allocation and Capital Improvements (SACI) |
| | – Electronic Dissertations Project |
| | – Planning Space for the Physical Sciences Libraries |
| 1997–1998 | – *Ad hoc* tenure/promotion committee |
| 1996 | – Review of College of Science, King Fahd University of Petroleum and Minerals, Dhahran, Saudi Arabia |
| 1994–1999 | – University review committee for Department of Agricultural and Resource Economics, University of California, Berkeley |
| 1993–1995 | – Physical Sciences Division committee for Graduate Affirmative Action and Retention |
| | – Physical Sciences Division committee for Science and Mathematics Academic Re-Training (SMART) |

## Contracts and Grants

1. PI, NASA Grant NAG 5-883, "Constructing Core Fields Consistent with Geomagnetic Data and Geophysical Constraints," 1987–1990.

2. Project Director and PI, NSF Grant DMS-8810192, "Inference in Curved-Ray Tomography: Solid Earth Structure," 1989–1992.

3. PI, NSF Grant INT-9205103, "Long and Medium-Term Research: Inference in Seismological Investigations of Subducting Lithosphere," 1992–1994.

4. PI, NSF Grant DMS-930006P, "Estimating the Sun's Internal Angular Velocity from Free-Oscillation Frequency Splittings," 1993–1994.

5. PI, NSF Presidential Young Investigator Award DMS-8957573, 1989–1995.

6. Co-I, NASA Grant NAG5-2438, "The Analysis of Cobe DMR Sky Maps," 1993–1994. PI: J. Silk.

7. PI, NASA Grant NAGW-2515, "New Methods for Inversion and Analysis of Solar Free-Oscillation Data," 1991–1995.

8. PI, NSF Grant DMS-9404276, "New Methods for Inference From COBE Data," 1994–1997.

9. PI, NSF Grant AST-9504410, "Function Estimation and Inference in Helioseismology," 1995–1998.

10. PI, LLNL/IGPP Grant 97-AP028, "Helioseismology with Solar Luminosity Constraints," 1996–1997.

11. Co-I, NASA Grant NAG5-3941, "Development of data analysis, compression and visualization tools for large data sets in astrophysics and cosmology," 1997–1998. PI: J. Silk

12. PI, NASA Grant NRA-96-09-OSS-034SOHO, "Modern Statistical Methods for Helioseismic Spectrum Estimation," 1997–1998.

13. PI, NASA Grant NAG 5-3919, "Data Sampling Rate Reduction for the Oersted Satellite," 1997–1998.

14. PI, UC Berkeley Classroom Technologies Grant, "Statistics *Statim*," 1997–1998.

15. Co-I, NSF Grant DMS-9872979,"*KDI: Computational Challenges in Cosmology*," 1998–2000. PI: A. Jaffe.

16. Co-I, NSF Grant IIS-98-17353, "*Re-Inventing Scholarly Information Dissemination and Use*," 4/1/1999–3/31/2004. PI: R. Wilensky and D. Forsythe.

17. PI, Hewlett Packard Company Grant 89293, "Applied Mobile Technology Solutions in Learning Environments," 3/19/2003–8/31/2004. Status report:
    `https://www.stat.berkeley.edu/~stark/Grants/hp89293.htm`

18. PI, Hewlett Packard Company Grant 14928, "Applied Mobile Technology Solutions in Learning Environments—2004 Extension Grant," 4/1/2004–6/30/2005.

19. PI, LLNL Grant B565605, "Uncertainty in Complex Simulations," 4/3/2007–9/30/2007.

20. PI, LLNL Grant B585264, "Uncertainty Quantification with Applications to Climate Modeling," 11/3/2009–9/30/2010.

21. PI, Genentech Inc. Grant 008485, "Measuring Glucose with NIR," 2/24/2010–10/31/2010.

22. Co-I, NSF Grant DUE-1060487, "S-STEM Berkeley Science Network Scholarship Program," 3/1/2011–2/28/2015. PI: M. Richards.

23. PI, State of Colorado U.S. Election Assistance Commission subaward UC01, 2010 Pre-Election Logic and Accuracy Testing and Post-Election Audit Initiative, 5/23/2011–4/23/2013.

24. PI, State of California Election Assistance Commission subaward 10I10066, Post Election Risk-Limiting Audit Pilot Program, 9/13/2011–4/23/2013.

25. PI, Bill and Melinda Gates Foundation Grant OPP1077697, "An Introductory Statistics MOOC With Field-Tested Online Assessments," 12/20/2012–7/31/2013.

26. Co-I, UC Berkeley MOOCLab Grant, "Forum Usage in Statistics MOOCs: Disentangling Correlation from Causation," 10/2013–8/2014. PI: M. Hearst.

27. Co-I, Berkeley Institute for Data Science, grant from the Gordon and Betty Moore Foundation and the Sloan Foundation. 12/2013–12/2018. PI: S. Perlmutter.

28. PI, UC Berkeley Food Institute Grant, "Reaping without Sowing: Urban Foraging, Sustainability, Nutrition, and Social Welfare," 2/2014–8/2015.

29. Co-I, NSF, DGE–1450053, "NRT-DESE Data Science for the 21st Century (DS421)," 2015–2020. PI: D. Ackerley.

30. PI, UC Berkeley Food Institute Grant, "Wild Food: Investigating and Reducing Barriers to the Consumption of Foraged Foods," 5/2015–12/2015.

31. PI, State Street Bank and Trust Company Grant, "Industry Partners Program: Consortium for Data Analytics in Risk (CDAR); and Berkeley Institute for Data Science (BIDS) at UC Berkeley," 2/2015–6/2018.

32. PI, Dascena subaward from NIH, "SBIR: A Computational Approach to Early Sepsis Detection," 4/2017–6/2017.

33. PI, Peder Sather Grant, "Mainstreaming Sensitivity Analysis and Uncertainty Auditing," 7/2017–6/2018.

34. Co-I, NSF Grant DMS–1745640, "(RTG): Advancing Machine Learning–Causality and Interpretability," 2018–2023.

## Consulting and Expert Witness Experience

Baker & McKenzie LLP, New York, NY: sampling and uncertainty quantification (client Nuclear Electric Insurance Limited, NEIL)

Bartlit Beck Herman Palenchar & Scott LLP, Denver, CO: intellectual property litigation (client Tessera)

Bingham McCutchen LLP, Los Angeles, CA: sampling in litigation

Bramson, Plutzik, Mahler & Birkhaeuser LLP, Walnut Creek, CA: consumer class action litigation

Bruce P. Brown Law, Atlanta, GA: election integrity litigation (client Donna Curling et al.)

Brinks, Hofer, Gilson & Lione, Chicago, IL: intellectual property litigation (clients R.J. Reynolds, Actavis)

Calfee, Halter & Griswold LLP, Cleveland, OH: tort litigation (client FirstEnergy Corp)

California-American Water Company: utilities regulation, census and survey data

Capital One: economic modeling and credit risk management; intellectual property litigation; credit loss forecasting

Carey and Carey, Palo Alto, CA: equal protection, civil litigation

CIBC: economic modeling and credit risk management

Cisco Systems: predicting email spool fill

City of Santa Rosa, CA: water treatment monitoring

Cogit.com, San Francisco, CA: Technical advisory board; data mining, targeted web advertising

Constantine, Cannon, San Francisco, CA, and New York, NY: *Qui Tam* litigation (three cases)

Contra Costa County Public Defender, Richmond, CA: equal protection, due process, medical treatment for defendants found incompetent to stand trial

Council of Europe, Venice Commission, Venice, Italy: election integrity, electoral fraud

Crosby, Heafey, Roach, & May, Oakland, CA: insurance litigation (client Farmer's Insurance)

Croskery Law Offices, Cincinnati, OH: employment discrimination litigation

East Bay Municipal Utilities District, Oakland, CA: water treatment monitoring

EEG Systems Laboratory, San Francisco, CA: inverse problems for electrical activity of the brain

Emery Celli Brinckerhoff & Abady LLP, Washington, DC: election recounts (client Jill Stein)

eTextbooksOnline.com, New York, NY: National Advisory board

Farella Braun + Martel LLP, San Francisco, CA: sampling and estimation in litigation

Federal Trade Commission, San Francisco, CA: sampling in litigation

Florida Education Association, Tallahassee, FL: teaching evaluations in academic employment decisions

Folger, Levin & Kahn, LLP, San Francisco, CA: sampling and risk management in litigation (client California Self-Insurers' Security Fund)

Fried, Frank, Harris, Shriver & Jacobsen LLP, New York, NY: sampling and estimation in securities litigation (clients Citigroup Global Markets Inc.; Goldman, Sachs & Co.; UBS Securities LLC)

Fuller-Austin Joint Defense Group: modeling in litigation

Georgia Department of Law, Atlanta, GA: lottery winnings (client Georgia Lottery Corporation)

Gibson, Dunn & Crutcher, New York, NY: sampling and estimation in litigation (client AIG / Lavastone Capital)

GMAC Financial Services: economic modeling and credit risk management

Habeas Corpus Resource Center, San Francisco, CA: bias in jury selection

Howard, Rice, Nemerovski, Canady, Falk, & Rabkin, San Francisco, CA: sampling in litigation; inference from retail sales data (clients K-Mart Corp., R.J. Reynolds)

Howrey LLP, East Palo Alto, CA: sampling in litigation (client Apple Inc.)

HSBC: economic modeling and credit risk management

Jones Day, Columbus, OH: sampling and estimation in litigation (client Cardinal Health)

Kaiser Permanente Northern California, Redwood City, CA: clinical trials in oncology

Kelley Jasons McGuire & Spinelli, LLP: insurance litigation (client St. Paul Fire & Marine Insurance Company)

Keller Grover LLP, San Francisco, CA: *Qui Tam* litigation

Kemnitzer, Barron & Krieg, LLP, San Francisco, CA: sampling in consumer class action litigation

Kipling Law Group, Seattle, WA: sampling in litigation (client AT&T Wireless)

KLA Instruments Corporation, San Jose, CA: calibration of algorithms to detect IC mask flaws

Kramer, Levin, Naftalis, & Frankel, New York, NY: sampling in litigation

Latham & Watkins, LLP, Menlo Park, CA, and San Francisco, CA: sampling in consumer class action litigation (clients Apple Inc., Silver Spring Networks)

Law Offices of Gorman & Miller, San Jose, CA: trade secret litigation

Law Offices of Ilson W. New, San Francisco, CA: natural resource legislation (client California Abalone Association)

Law Offices of Ramirez, Tollner, Stebbins, Bahrick, & Sasseen, San Jose, CA: trade secret litigation

Law Offices of Welebir & McCune, Woodside, CA: product liability litigation

Law Offices of Wells, Pinckney & McHugh, Austin, TX: employment discrimination arbitration

Law Offices of Wolkin & Timpane, San Francisco, CA: insurance litigation (client CIGNA)

Law Offices of Scott K. Zimmerman, Brentwood, CA: product liability litigation

Life Chiropractic College West, Hayward, CA: experimental design

Littler Mendelson, P.C., Dallas, TX, Los Angeles, CA, and San Francisco, CA: sampling in employment wage and hour class action litigation

Los Angeles Superior Court, Central District: sampling in employment wage and hour litigation

Manatt, Phelps & Phillips LLP, San Francisco, CA: utilities regulation (client California-American Water Company)

Mayer, Brown, Rowe & Maw, Chicago, IL: intellectual property litigation (client Capital One)

Mayer Brown LLP, New York, NY: mortgage-backed securities litigation (clients Bank of New York Mellon, Citibank N.A.)

Memorial University Faculty Association (MUNFA), St. Johns, NL, Canada: teaching evaluations in academic employment decisions

Meyers Nave, Oakland, CA: election dispute litigation (client Novato Sanitary District)

Monaghan Safar Ducham PLLC, Burlington, VT: employment discrimination

Morgan, Lewis & Bockius LLP, Los Angeles, CA: sampling in litigation

Morrison & Foerster, San Francisco, CA: product liability class action litigation, causal inference in litigation (clients American Cemwood, Iovate Health Sciences)

Munger, Tolles & Olson, LLP, San Francisco, CA and Los Angeles, CA: consumer class action litigation, intellectual property litigation, sampling (clients Verizon Wireless, Philip Morris, Tessera)

Murphy & McGonigle, Washington, DC: risk management and credit loss forecasting (client Capital One)

National Security Agency: adaptive filtering, combining expert opinions, digital communications, information retrieval, estimation

National Solar Observatory, Tucson, AZ: spectrum estimation

Albert A. Natoli, P.C., New York, NY: surveys in consumer class action litigation

Nichols Kaster PLLP, Minneapolis, MN: sampling and damage estimation in consumer class action litigation

Norton Rose Fulbright US LLP, Houston, TX: construction defect litigation (client M.J. Dean Construction, Inc.)

Nossaman LLP, San Francisco, CA: utilities regulation (client California-American Water Company)

Office of the Attorney General, State of California, Oakland, CA: sampling in litigation (client California Highway Patrol)

Ontario Confederation of University Faculty Associations (OCUFA) and Ryerson Faculty Association, Toronto, ON: teaching evaluations in academic employment decisions

Oracle: sampling and risk analysis

Orrick, Herrington & Sutcliffe LLP, Los Angeles and Sacramento, CA: sampling in litigation

Pacific Gas & Electric Co., San Francisco, CA: statistics and causal inference in litigation

Paul, Hastings, Janofsky & Walker LLP, Washington, DC: intellectual property litigation (client Capital One)

Phillips & Cohen LLP, San Francisco, CA: statistical inference in *Qui Tam* litigation

Porter & Hedges, LLP, Houston, TX: sampling in litigation

Schlumberger-Doll Research, Ridgefield, CT: inverse problems, signal processing

Robins Kaplan LLP: *Qui Tam* litigation

Shearman & Sterling, Washington, DC: survival analysis in litigation

Skadden, Arps, Slate, Meagher & Flom LLP, San Francisco, CA: case-control studies in litigation

Spector Roseman Kodroff & Willis, P.C., Philadelphia, PA: *Qui Tam* litigation

Spriggs & Hollingsworth, Washington, DC: environmental litigation

State of Illinois, Monroe County State's Attorney, Waterloo, IL: evidence in capital prosecution

St. Paul Fire and Marine Insurance Company, Baltimore, MD: projecting tort liability

Susman Godfrey, LLP, Los Angeles, CA

Travis County, TX: design of auditable voting systems

United Faculty of Florida, Tallahassee, FL: teaching evaluations in academic employment decisions

U.S. Attorney's Office, Northern District of California: ethnic bias in grand jury selection

U.S. Department of Agriculture, Washington, D.C.: fairness in lending, import restrictions and risk assessment

U.S. Department of Commerce, Bureau of the Census, Washington, D.C.: estimation and modeling

U.S. Department of Housing and Urban Development, Washington, D.C.: disparate impact of hurricane Katrina relief program

U.S. Department of Justice, Civil Division, Federal Programs Branch, Washington, D.C.: sampling the Internet and testing Internet content filters; USDA import restrictions on cattle and beef; disparate racial impact in HUD disaster relief; fairness in lending; prevalence of "sexting" among young adults

U.S. Department of Veterans Affairs Medical Center, Martinez, CA: speech and non-speech hearing segregation in aging

U.S. House of Representatives, Washington, D.C.: sampling to adjust the U.S. Census

Weintraub Genshlea Chediak Law Corporation, Sacramento, CA: wage and hour class action litigation (client Tai Wah, Inc.)

Wiegel Law Group, San Francisco, CA: sampling in class action litigation (client Trinity Management Services)

Willoughby, Stuart & Bening, San Jose, CA: insurance litigation

Winston & Strawn LLP, Chicago, IL: consumer class action litigation

Zimmerman Reed, Scottsdale, AZ: consumer class action litigation

## Testimony (incomplete prior to 2003)

47. **December 2018.** Phoenix Light SF Ltd., in its own right and the right of Blue Heron Funding V Ltd., Blue Heron Funding VI Ltd., Blue Heron Funding VII Ltd., Kleros Preferred Funding V PLC, Silver Elms CDO PLC, Silver Elms CDO II Ltd., C-BASS CBO XVII Ltd., C-BASS CBO XIV Ltd. and each of Blue Heron Funding V Ltd., Blue Heron Funding VI Ltd., Blue Heron Funding VII Ltd., Kleros Preferred Funding V PLC, Silver Elms CDO PLC, Silver Elms CDO II Ltd., C-BASS CBO XVII Ltd. and C-BASS CBO XIV Ltd., in their own right, *vs.* The Bank of New York Mellon, Case 14-cv-10104 (VEC) Deposition.

46. **November 2018.** United States of America and State of New York, *ex rel.* Edward Lacey, *vs.* Visiting Nurse Service of New York. (U.S. District Court, Southern District of New York, Case 14-CV-5739 (AJN)) Deposition.

45. **August 2018.** Delores James *vs.* University of Florida (Grievances # 0817-00108 and 1117-00109) Arbitration.

44. **July 2018.** Testimony to the State of California Little Hoover Commission. Video: `http://www.lhc.ca.gov/report/voting-equi pment-security`. Written testimony : `https://www.stat.berkeley`

`.edu/~stark/Preprints/lhs18.pdf`

43. **July 2018.** United States of America, *ex rel.* Stephen A. Krahling and Joan A. Wlochowski, *vs.* Merck & Co., Inc. (U.S. District Court, Eastern District of Pennsylvania, Case 10-4374 (CDJ)) and *In Re*: Merck Mumps Vaccine Antitrust Litigation (Master File No. 12-3555 (CDJ)) Deposition.

42. **April 2018.** Ryerson University *vs.* The Ryerson Faculty Association re FCS & Related Issues (2018 CanLII 58446) Arbitration.

41. **August 2017.** Application of California-American Water Company (U210W) for Authorization to Modify Conservation and Rationing Rules, Rate Design, and Other Related Issues for the Monterey District (Public Utility Commission of the State of California, Application 15-07-019) Hearing.

40. **July 2017.** United States, the States of California, Delaware, Florida, Illinois, Indiana, Nevada, New Mexico, New York, and Tennessee, the Commonwealths Of Massachusetts and Virginia, and The District Of Columbia, *ex rel.* John Hendrix, *vs.* J-M Manufacturing Company, Inc., d/b/a JM Eagle, a Delaware corporation, and Formosa Plastics Corporation, U.S.A., a Delaware corporation (U.S. District Court, Central District of California, Case ED CV 06-00055-GW) Deposition.

39. **March 2017.** The People of the State of California *vs.* Keegan Lee Czirban, Richard Allen, Filoberto Pablo Alvidrez, Jaqwayne Bryant, Dale Gabriel Burnell, Juan Pablo Cardona aka Juan Luna-Cardona, Miguel Colina, Emmanuel Cordova, Ramon Duenas, Connie Renee Fields, Anisa Sakari Fortenberry, Louie Frank Gamboa, Cynthia Marie Harrell, Briana Hawkins, Jeremiah James Johnson, Kieth Carl Knutson, Mark Alex Mallory, Brian McMahon, David Moore, Marquise Lamar Owens, Mitkayem Dean Robinson, Patrice Sanders, and Seth Rui Sears. (Superior Court of the State of California, County

of Contra Costa, 05-151662-4 and associated cases) Trial.

38. **March 2017.**   Kelly Brunarski and Yvette Harmon *vs.*   Miami University.   (U.S. District Court, Southern District of Ohio, Western Division, 1:16-cv-0311) Deposition.

37. **January 2017.** The Western and Southern Life Insurance Company, et al. *vs.* The Bank of New York Mellon. (Court Of Common Pleas, Hamilton County, Ohio, A1302490) Trial.

36. **December 2016.**   Fixed Income Shares:  Series M, Lvs II LLC, PCM Fund, Inc., PIMCO Absolute Return Strategy II Master Fund LDC, PIMCO Absolutereturnstrategy III Master Fund LDC, PIMCO Absolute Return Strategy III Overlay Master Fund Ltd., PIMCO Absolute Return Strategy IV Master Fund LDC, PIMCO Absolute Return Strategy V Master Fund LDC, PIMCO Bermuda Trust: PIMCO Bermuda Foreign Low Duration Fund, PIMCO Bermuda Trust: PIMCO Bermuda U.S. Low Duration Fund, PIMCO Cayman Spc Limited, PIMCO Cayman Japan Coreplus Segregated Portfolio, PIMCO Cayman Trust:  PIMCO Cayman Global Advantage Bond Fund, PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund II, PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Exjapan (Yen-Hedged) Income Fund, PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan Bond Fund, PIMCO Cayman Trust:  PIMCO Cayman Global Bond (Nzdhedged) Fund, PIMCO Dynamic Credit Income Fund, PIMCO ETF Trust, PIMCO Total Return Active Exchange-Traded Fund, PIMCO Funds: Global Investors Series PLC, Diversified Income Fund, PIMCO Funds:  Global Investors Series PLC, Global Bond Fund, PIMCO Funds: Global Investors Series PLC, Global Investment Grade Credit Fund, PIMCO Funds:  Global Investors Series PLC, Income Fund, PIMCO Funds:  Global Investors Series PLC, PIMCO Credit Absolute Return Fund, PIMCO Funds: Global Investors Series PLC, Unconstrained Bond Fund, PIMCO Funds:  PIMCO Commodities Plus Strategy Fund, PIMCO Funds: PIMCO Commodity Real Return Strategy Fund, PIMCO Funds:  PIMCO Credit Absolute Return

Fund, PIMCO Funds: PIMCO Diversified Income Fund, PIMCO Funds: PIMCO Floating Income Fund, PIMCO Funds: PIMCO Foreign Bond Fund (Unhedged), PIMCO Funds: PIMCO Global Advantage Strategy Bond Fund, PIMCO Funds: PIMCO Global Bond Fund (Unhedged), PIMCO Funds: PIMCO Income Fund, PIMCO Funds: PIMCO International Stocksplus AR Strategy Fund (U.S. Dollarhedged), PIMCO Funds: PIMCO Investment Grade Corporate Bond Fund, PIMCO Funds: PIMCO Low Duration Fund, PIMCO Funds: PIMCO Low Duration Fund II, PIMCO Funds: PIMCO Low Duration Fund III, PIMCO Funds: PIMCO Real Return Fund, PIMCO Funds: PIMCO Short-Term Fund, PIMCO Funds: PIMCO Total Return Fund, PIMCO Funds: PIMCO Unconstrained Bond Fund, PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund, PIMCO Funds, Private Account Portfolio Series Emerging Markets Portfolio, PIMCO Funds: Private Account Portfolio Series International Portfolio, PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio, PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio, PIMCO Funds: Private Account Portfolio Series U.S. Government Sector Portfolio, PIMCO Multi-Sector Strategy Fund Ltd., PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV Efund, PIMCO Variable Insurance Trust: PIMCO Global Advantage Strategy Bond Portfolio, PIMCO Variable Insurance Trust: PIMCO Global Bond Portfolio (Unhedged), PIMCO Variable Insurance Trust: PIMCO Low Duration Portfolio, CREF Bond Market Account, CREF Social Choice Account, TIAA Global Public Investments, MBS LLC, TIAA-CREF Bond Fund, TIAA-CREF Bond Plus Fund, TIAA-CREF Life Insurance Company, Prudential Bank & Trust, FSB, Prudential Retirement Insurance and Annuity Company, The Gibraltar Life Insurance Company, Ltd., The Prudential Series Fund, LIICA RE II, Inc., Monumental Life Insurance Company Modified Separate Account, Transamerica Life Insurance Company, Transamerica Premier Life Insurance Company, Kore Advisors LP, and Sealink Funding Limited *vs.* Citibank N.A. (U.S. District Court, Southern District of New York, 14-cv-09373-JMF) Deposition.

35. **November 2016.** Jill Stein, Petitioner, *vs.* Wisconsin Elections

Commission and Members of the Wisconsin Elections Commission, each and only in his or her official capacity: Mark L. Thomsen, Ann S. Jacobs, Beverly Gill, Julie M. Glancey, Steve King, and Don M. Millis, Respondents. (State of Wisconsin Circuit Court, Dane County, Judge Valerie Bailey-Rihn) Trial.

34. **October 2016.** Citizens Oversight, Inc., a Delaware non-profit corporation; and Raymond Lutz, an individual, *vs.* Michael Vu, San Diego Registrar of Voters; Helen N. Robbins-Meyer, San Diego County Chief Administrative Officer; County of San Diego, a public entity; and Does 10–10, Defendants. (Superior Court of California, County of San Diego–Central Division, 37-2016-00020273-CL-MC-CTL) Trial.

33. **July 2016**. Loc Vu-Quoc *vs.* University of Florida. (American Arbitration Association Case no. 01-15-0006-1052). Arbitration.

32. **July 2016**. Memorial University of Newfoundland Faculty Association *vs.* Memorial University of Newfoundland (Arbitration I15-07) Arbitration.

31. **June 2016**. Gasia Thomas, et al., *vs.* First Energy Corporation, et al. (Court Of Common Pleas, Cuyahoga County, Ohio, 13-CV-798520) Deposition.

30. **May 2016**. The Western and Southern Life Insurance Company, et al., *vs.* The Bank of New York Mellon. (Court Of Common Pleas, Hamilton County, Ohio, A1302490) Deposition.

29. **February 2016**. Palms Place, LLC, a Nevada limited liability company, *vs.* Kittrell Garlock & Associates, Architects, AIA, LTD. d/b/a KGA Architecture, a Nevada professional corporation; M.J. Dean Construction, LLC, a Nevada limited liability company; Does I through X; Roe Corporations I through X; and Roe LLC I through X, Defendants.

M.J. Dean Construction, Inc., a Nevada corporation, Counterclaimant, *vs.* Palms Place, LLC, a Nevada limited liability company, Does I-X, Roe Corporations I-X, Boe Bonding Companies I-X, Loe Lenders I–X and Toe Tenants I-X, Counterdefendants.

Kittrell Garlock & Associates, Architects, AIA, Ltd. d/b/a KGA Architecture, a Nevada professional corporation, Counterclaimant, *vs.* Palms Place, LLC, a Nevada limited liability company, and Toes I–XV, Counterdefendants.

M.J. Dean Construction, Inc., a Nevada corporation, Third-Party Plaintiff, *vs.* Embassy Glass, Inc., a Nevada corporation; Zetian Systems, Inc., a Nevada corporation; Bombard Mechanical, LLC, a Limited Liability Company; Century Steel, Inc., a Nevada corporation; Pacific Custom Pools, Inc., a Nevada corporation; Superior Tile & Mechanical, Inc., a Nevada corporation; Mesa Mechanical, LLC, a Limited Liability Company; Dean Roofing Co., a Nevada Corporation; Does 1 through 50; Roe Corporations 1 through 50, Third-Party Defendants.

Palms Place, LLC, a Nevada limited liability company, Cross-Claimant, *vs.* Embassy Glass, Inc., a Nevada corporation; Zetian Systems, Inc., a Nevada corporation; Does 1 through 50; Roe Corporations 1 through 50, Cross-Defendants. (Nevada District Court, Clark County, Nevada, A-11-645150-C) Deposition.

28. **September 2015**. Lavastone Capitol LLC *vs.* Coventry First LLC, LST I LLC, LST II LLC, LST Holdings LTD., Montgomery Capital, Inc., Alan Buerger, Reid Buerger, Constance Buerger, and Krista Lake. (U.S. District Court, Southern District of New York, 14-CV-07139 JSR) Trial.

27. **May 2015**. Lavastone Capitol LLC *vs.* Coventry First LLC, LST I LLC, LST II LLC, LST Holdings LTD., Montgomery Capital, Inc., Alan Buerger, Reid Buerger, Constance Buerger, and Krista Lake. (U.S. District Court, Southern District of New York, 14-CV-07139 JSR) Deposition.

26. **April 2015**.  Testimony before the California State Assembly Committee on Elections and Redistricting. Legislative hearing. `https://www.stat.berkeley.edu/~stark/Preprints/ab44-assembly-2015-4-15.htm`

25. **July 2014**.  New Jersey Carpenters Health Fund, New Jersey Carpenters Vacation Fund, and Boilermaker Blacksmith National Pension Trust, on Behalf of Themselves and All Others Similarly Situated, *vs.* Residential Capital, LLC; Residential Funding, LLC; Residential Accredit Loans, Inc.; Bruce J. Paradis; Kenneth M. Duncan; Davee L. Olson; Ralph T. Flees; Lisa R. Lundsten; James G. Jones; David M. Bricker; James N. Young; Residential Funding Securities Corporation d/b/a GMAC RFC Securities; Goldman, Sachs & Co.; RBS Securities, Inc. f/k/a Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital; Deutsche Bank Securities, Inc.; Citigroup Global Markets, Inc.; Credit Suisse Securities (USA) LLC; Bank of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc.; UBS Securities LLC; JPMorgan Chase & Co., Inc. as successor-in-interest to Bear, Stearns & Co., Inc.; and Morgan Stanley & Co., Inc. (U.S. District Court, Southern District of New York, Case 08-CV-8781 HB) Deposition.

24. **October 2013**.  United States, the States of California, Delaware, Florida, Illinois, Indiana, Nevada, New Mexico, New York, and Tennessee, the Commonwealths Of Massachusetts and Virginia, and The District Of Columbia Ex Rel. John Hendrix, Plaintiffs, *vs.* J-M Manufacturing Company, Inc., d/b/a JM Eagle, a Delaware corporation, and Formosa Plastics Corporation, U.S.A., a Delaware corporation (U.S. District Court, Central District of California, Case ED CV 06-00055-GW) Trial.

23. **September 2013**. Tessera, Inc. *vs.* Advanced Micro Devices, Inc., a Delaware corporation; Spansion, LLC, a Delaware limited liability corporation; Spansion, Inc., a Delaware corporation; Spansion Technology, Inc., a Delaware corporation; Advanced Semiconductor Engineering, Inc., a Republic of China corporation; ASE (U.S.), Inc., a California

corporation; ChipMOS Technologies, Inc., a Republic of China corporation; ChipMOS U.S.A., Inc., a California corporation; Siliconware Precision Industries Co., Ltd., a Republic of China corporation; Siliconware USA, Inc., a California corporation; STMicroelectronics N.V., a Netherlands corporation; STMicroelectronics, Inc., a Delaware corporation; STATS ChipPAC, Inc., a Delaware corporation; STATS ChipPAC (BVI), Inc., a British Virgin Islands company; STATS ChipPAC, Ltd., a Singapore company (U.S. District Court, Northern District of California, Case C 05-04063 CW) Deposition.

22. **July 2013**. United States, the States Of California, Delaware, Florida, Illinois, Indiana, Nevada, New Mexico, New York, and Tennessee, the Commonwealths Of Massachusetts And Virginia, and The District Of Columbia Ex Rel. John Hendrix, Plaintiffs, *vs.* J-M Manufacturing Company, Inc., d/b/a JM Eagle, a Delaware corporation, and Formosa Plastics Corporation, U.S.A., a Delaware corporation (U.S. District Court, Central District of California, Case ED CV 06-00055-GW) Deposition.

21. **June 2013**. Free Speech Coalition, Inc., American Society Of Media Photographers, Inc.; Michael Barone; David Conners a/k/a Dave Cummings; Thomas Hymes; Townsend Enterprises, Inc. d/b/a Sinclair Institute; C1R Distribution, LLC d/b/a Channel 1 Releasing; Barbara Alper; Carol Queen; Barbara Nitke; David Steinberg; Marie L. Levine a/k/a Nina Hartley; Dave Levingston; Betty Dodson; Carlin Ross *vs.* Eric H. Holder, Jr., Attorney General of the United States (U.S. District Court, Eastern District of Pennsylvania, Case 2:09–4607 MMB) Trial.

20. **October 2011**. Jonathan Buckheit *vs.* Tony Dennis, Dean Devlugt, Town of Atherton, County of San Mateo, Anthony Kockler and Jerry Carlson (U.S. District Court, Northern District of California, Case CV09-5000 JCS) Deposition.

19. **June 2010**. Testimony before California State Senate Committee

on Elections, Reapportionment and Constitutional Amendments. Legislative hearing. `https://www.stat.berkeley.edu/~stark/Prep` `rints/ab2023-senate-15-6-10.htm`

18. **April 2010**. Testimony before California State Assembly Committee on Elections and Redistricting. Legislative hearing. `https://www.sta` `t.berkeley.edu/~stark/Preprints/ab2023-assembly-20-4-10.ht` `m`

17. **March 2010**. Suzan Sharpley and Robert Abeling *vs.* William Long; Novato Sanitary District; Elaine Ginnold, Marin County Registrar of Voters; Does 1–10. (State of California Superior Court, County of Marin, Case CIV 096368) Trial.

16. **January 2010**. Kastanos et al. *vs.* Central Concrete Supply Co., Inc. (State of California Superior Court, County of Alameda, Lead Case No. HG 07-319366) Trial.

15. **June 2009**. Star Scientific, Inc., *vs.* R.J. Reynolds Tobacco Company, et al. (U.S. District Court, Maryland District, Northern Division, Case Nos. MJG-01 1504 and MJG-02 2504) Trial.

14. **May 2009**. Star Scientific, Inc., *vs.* R.J. Reynolds Tobacco Company, et al. (U.S. District Court, Maryland District, Northern Division, Case Nos. MJG-01 1504 and MJG-02 2504) Deposition.

13. **July 2008**. Coordination Proceeding Special Title (Rule 1550(b)) Cellphone Termination Fee Cases (State of California Superior Court, County of Alameda, Case 4332) Deposition.

12. **April 2008**. Coordination Proceeding Special Title (Rule 1550(b)) Cellphone Termination Fee Cases (State of California Superior Court,

County of Alameda, Case 4332) Deposition.

11. **August 2007**.  Self-Insurers' Security Fund *vs.* Gallagher Bassett Services, Inc.  (U.S. District Court, Northern District of California, Case No. C 06-02828 JSW) Deposition.

10. **March 2007**.  Peter Wachtell *vs.* Capital One Financial Corporation and Capital One Services, Inc. (U.S. District Court, District of Idaho, Case No. CIV03-267-S-MHW) Deposition.

9. **November 2006**.  Coordination Proceeding Special Title (Rule 1550(b)) Cellphone Termination Fee Cases (State of California Superior Court, County of Alameda, Case 4332) Deposition.

8. **November 2006**. ACLU *vs.* Gonzales (U.S. District Court, Eastern District of Pennsylvania, Civil Action No. 98-5591) Trial.

7. **August 2006**.  ACLU *vs.* Gonzales (U.S. District Court, Eastern District of Pennsylvania, Civil Action No. 98-5591) Deposition.

6. **December 2004**.  Star Scientific, Inc., *vs.* R.J. Reynolds Tobacco Company, et al.  (U.S. District Court, Maryland District, Northern Division, Case Nos. MJG-01 1504 and MJG-02 2504) Trial.

5. **December 2003**.  Richison et al. *vs.* American Cemwood Corporation (State of California Superior Court, San Joaquin County, Case No. 005532) Trial.

4. **December 2003**.  Pacific Gas and Electric Co. *vs.* City and County of San Francisco (U.S. District Court, Northern District of California, Case No. C99-2071 VRW) Deposition.

3. **May 2003**. Richison et al. *vs*. American Cemwood Corporation (State of California Superior Court, San Joaquin County, Case No. 005532) Deposition.

2. **May 1998**.   Testimony before the U.S. House of Representatives Subcommittee on the Census. Legislative hearing.

1. **1997**. Testimony before the State of California Senate Committee on Natural Resources. Legislative hearing.

https://www.stat.berkeley.edu/~stark/bio.pdf
Last modified January 4, 2019.

APPENDIX

II

# Pre-processing Georgia XML Election Data

```
In [1]:   %matplotlib inline
          import math
          import numpy as np
          import scipy as sp
          import scipy.optimize
          from scipy.stats import hypergeom, binom, norm
          from scipy import special
          from cryptorandom.cryptorandom import SHA256
          from cryptorandom import sample
          from permute.utils import binom_conf_interval
          import matplotlib.pyplot as plt
          import pandas as pd
          from lxml import etree
          import csv

          elec_fn = '../../Data/detail.xml'
```

```
In [2]:   elec = etree.parse(elec_fn)
```

```
In [3]:   e_root = elec.getroot()
```

Example record:

11/9/2018 8:13:23 PM EST November 6, 2018 - General Election
11/6/2018
Richmond

```
  <VoterTurnout ballotsCast="70355" totalVoters="122747" voterTurnout="57.32">
    <Precincts>
      <Precinct ballotsCast="536" name="101" percentReporting="4" totalVoters="830" voterTurnout="64.58"/>
    </Precincts>
  </VoterTurnout>
```

… … …

```
In [4]:   # Contest key=20000 is Governor, Choice key=40 is Kemp

          elec.xpath("sum(Contest[@key='20000']/Choice[@key='40']//County/@votes)")

          # elec.xpath("Contest[@text='Governor']/Choice[@text='BRIAN KEMP  (REP)']//County[@votes]")
          # elec.find('//Precinct')

Out[4]: 1978408.0
```

# Create a CSV file with total ballots cast in each county

Verified matching between CSV, XML, and GA website on 1/4/2019 by KO:

- totals for Appling, Atkinson, Bacon, Baker, Baldwin match
- total ballots cast statewide 3,949,905 matches

In [5]:
```python
totals = elec.xpath("ElectionVoterTurnout/Counties/County")

# open a file for writing

total_ballots_by_county = open('../../Data/total_ballots_by_county.csv', 'w')
total = 0

# create the csv writer object

csvwriter = csv.writer(total_ballots_by_county)

csvwriter.writerow(["County", "Ballots cast"])
for v in totals:
    csvwriter.writerow([v.attrib["name"], v.attrib["ballotsCast"]])
    total += int(v.attrib["ballotsCast"])

# close the file

total_ballots_by_county.close()

# assert that the total by county, summed, equals the reported total

assert total == int(elec.xpath("ElectionVoterTurnout/@ballotsCast")[0])
```

# Create a CSV file with reported votes by county by contest by candidate

Verified matching between CSV, XML, and GA website on 1/4/2019:

- Votes for Kemp in Bryan county, broken out by vote type, match in CSV and XML. The sum matches the website total 10,507.
- Votes for Geoff Duncan (Lt. Gov) in Ware county, broken out by vote type, match in CSV and XML. The sum matches the website total 7,619.

In [6]:
```python
# open a file for writing

votes = open('../../Data/votes_by_candidate_county.csv', 'w')

# create the csv writer object

csvwriter = csv.writer(votes)
csvwriter.writerow(["Contest", "Candidate", "Vote type", "County", "Ballots cast"])

for contest in e_root.iter("Contest"):
    contest_name = contest.attrib["text"]
    for choice in contest.iter("Choice"):
        candidate = choice.attrib["text"]
        for votetype in choice.iter("VoteType"):
            val = votetype.attrib["name"]
            for v in votetype:
                csvwriter.writerow([contest_name, candidate, val, v.attrib["name"], v.attrib["votes"
]])

# close the file

votes.close()
```

## Create CSV file with undervotes in the down-ticket statewide contests

Undervotes are counted *relative* to the number of ballots cast in the Governor's race. (We have total voter turnout, but it isn't broken out by vote type. Ballots cast for Governor are broken out by vote type.)

Checked on 1/4/19:

- No negative undervote counts
- For each Vote Type in each County, the Total Ballots is the same for every Contest

In [7]:
```python
total_ballots_cast = pd.read_csv('../../Data/total_ballots_by_county.csv')
reported_votes = pd.read_csv('../../Data/votes_by_candidate_county.csv')
```

In [8]:
```
reported_votes.head()
```

Out[8]:

|   | Contest | Candidate | Vote type | County | Ballots cast |
|---|---------|-----------|-----------|--------|--------------|
| 0 | Governor | BRIAN KEMP (REP) | Election Day | Appling | 2334 |
| 1 | Governor | BRIAN KEMP (REP) | Election Day | Atkinson | 808 |
| 2 | Governor | BRIAN KEMP (REP) | Election Day | Bacon | 609 |
| 3 | Governor | BRIAN KEMP (REP) | Election Day | Baker | 409 |
| 4 | Governor | BRIAN KEMP (REP) | Election Day | Baldwin | 3054 |

In [9]:
```
statewide_contests = np.array(["Governor", "Lieutenant Governor", "Secretary Of State", \
                               "Attorney General", "Commissioner Of Agriculture", \
                               "Commissioner Of Insurance", "State School Superintendent", "Commissio
ner Of Labor", \
                               "Public Service Commission, District 3 - Metro-Atlanta", \
                               "Public Service Commission, District 5 - Western"])
reported_votes = reported_votes[reported_votes["Contest"].isin(statewide_contests)]

reported_votes_by_contest = reported_votes.groupby(["Contest", "County", "Vote type"])["Ballots cast"
].agg(np.sum)
reported_votes_by_contest = reported_votes_by_contest.reset_index()
reported_votes_by_contest.head()
```

Out[9]:

|   | Contest | County | Vote type | Ballots cast |
|---|---------|--------|-----------|--------------|
| 0 | Attorney General | Appling | Absentee by Mail | 519 |
| 1 | Attorney General | Appling | Advance in Person | 3180 |
| 2 | Attorney General | Appling | Election Day | 2860 |
| 3 | Attorney General | Appling | Provisional | 3 |
| 4 | Attorney General | Atkinson | Absentee by Mail | 88 |

In [10]:
```python
gov_race = reported_votes_by_contest[reported_votes_by_contest["Contest"]=="Governor"]
gov_race = gov_race.copy()
gov_race.rename(columns={'Ballots cast': 'Total ballots'}, inplace=True)
gov_race = gov_race.drop(columns=["Contest"])
gov_race.head()
```

Out[10]:

|      | County   | Vote type        | Total ballots |
|------|----------|------------------|---------------|
| **2544** | Appling  | Absentee by Mail | 530           |
| **2545** | Appling  | Advance in Person | 3298         |
| **2546** | Appling  | Election Day      | 2978         |
| **2547** | Appling  | Provisional       | 3            |
| **2548** | Atkinson | Absentee by Mail  | 88           |

In [11]:
```python
max_votes_estimated = reported_votes_by_contest.groupby(["County", "Vote type"]).agg(np.max)
max_votes_estimated = max_votes_estimated.drop(columns=["Contest"]).reset_index()
max_votes_estimated.rename(columns={'Ballots cast': 'Total ballots'}, inplace=True)
```

In [12]:
```python
merged_votes = pd.DataFrame()
for contest in statewide_contests[1:]:
    this_race = reported_votes_by_contest["Contest"]==contest
    merged_votes_contest = pd.merge(max_votes_estimated, reported_votes_by_contest[this_race])
    merged_votes_contest["Undervotes"] = merged_votes_contest["Total ballots"] - merged_votes_contest["Ballots cast"]
    merged_votes = pd.concat([merged_votes, merged_votes_contest])

merged_votes.head()
```

Out[12]:

|   | County | Vote type | Total ballots | Contest | Ballots cast | Undervotes |
|---|--------|-----------|---------------|---------|--------------|------------|
| 0 | Appling | Absentee by Mail | 530 | Lieutenant Governor | 523 | 7 |
| 1 | Appling | Advance in Person | 3298 | Lieutenant Governor | 3092 | 206 |
| 2 | Appling | Election Day | 2978 | Lieutenant Governor | 2768 | 210 |
| 3 | Appling | Provisional | 3 | Lieutenant Governor | 3 | 0 |
| 4 | Atkinson | Absentee by Mail | 88 | Lieutenant Governor | 88 | 0 |

In [13]:
```python
merged_votes.to_csv('../../Data/undervotes_by_county.csv', index=False)
```

```
In [14]:   # version information
           %load_ext version_information
           %version_information scipy, numpy, csv, pandas, matplotlib, notebook, cryptorandom, permute
```

Loading extensions from ~/.ipython/extensions is deprecated. We recommend managing extensions like a ny other Python packages, in site-packages.

/anaconda/lib/python3.6/site-packages/IPython/core/formatters.py:839: FormatterWarning: JSON expects JSONable list/dict containers, not JSON strings
  FormatterWarning)

Out[14]:

| Software | Version |
|----------|---------|
| Python | 3.6.7 64bit [GCC 4.2.1 Compatible Clang 4.0.1 (tags/RELEASE_401/final)] |
| IPython | 7.2.0 |
| OS | Darwin 18.2.0 x86_64 i386 64bit |
| scipy | 1.1.0 |
| numpy | 1.15.4 |
| csv | 1.0 |
| pandas | 0.23.1 |
| matplotlib | 3.0.2 |
| notebook | 5.7.4 |
| cryptorandom | 0.2 |
| permute | 0.1.alpha4 |
| Sun Jan 06 13:57:02 2019 PST | |

APPENDIX

III

# Differential undervote rate in Lt. Gov contest

Compare undervote rates by mode of voting (paper versus electronic) using hypergeometric 2-sample test.

```
In [1]:  %matplotlib inline
         import math
         import numpy as np
         import scipy as sp
         import scipy.optimize
         from scipy.stats import hypergeom, binom, norm, chi2
         from scipy import special
         from collections import Counter
         from cryptorandom.cryptorandom import SHA256
         from cryptorandom import sample
         from permute.utils import binom_conf_interval
         from permute.npc import fisher
         import matplotlib.pyplot as plt
         import pandas as pd
         import csv
```

```
In [2]: statewide_contests = np.array(["Lieutenant Governor", "Secretary Of State", \
                                       "Attorney General", "Commissioner Of Agriculture", \
                                       "Commissioner Of Insurance", "State School Superintendent", "Commissio
        ner Of Labor", \
                                       "Public Service Commission, District 3 - Metro-Atlanta", \
                                       "Public Service Commission, District 5 - Western"])
        votes = pd.read_csv('../../Data/undervotes_by_county.csv')
        votes.head()
```

Out[2]:

|   | County | Vote type | Total ballots | Contest | Ballots cast | Undervotes |
|---|--------|-----------|---------------|---------|--------------|------------|
| 0 | Appling | Absentee by Mail | 530 | Lieutenant Governor | 523 | 7 |
| 1 | Appling | Advance in Person | 3298 | Lieutenant Governor | 3092 | 206 |
| 2 | Appling | Election Day | 2978 | Lieutenant Governor | 2768 | 210 |
| 3 | Appling | Provisional | 3 | Lieutenant Governor | 3 | 0 |
| 4 | Atkinson | Absentee by Mail | 88 | Lieutenant Governor | 88 | 0 |

In [3]:
```python
mode_mask = votes['Vote type'].isin(['Advance in Person', 'Election Day', 'Absentee by Mail'])
dre_mask = votes['Vote type'].isin(['Advance in Person', 'Election Day'])

p_thresh = 0.0001
contests_sig = Counter()

for c in statewide_contests:
    cont_mask = votes['Contest'] == c
    for cty in votes['County'].unique():
        cty_mask = votes['County'] == cty
        N = votes[mode_mask & cont_mask & cty_mask]['Total ballots'].sum()
        G = votes[mode_mask & cont_mask & cty_mask]['Undervotes'].sum()
        g = votes[dre_mask & cont_mask & cty_mask]['Undervotes'].sum()
        n = votes[dre_mask & cont_mask & cty_mask]['Ballots cast'].sum() + g
        # pmf(k, M, n, N) = choose(n, k) * choose(M - n, N - k) / choose(M, N),
        p = 2*min(hypergeom.cdf(g, N, G, n),hypergeom.sf(g-1, N, G, n))
        if p <= p_thresh:
            contests_sig[c] = contests_sig[c]+1
        print(c, cty, N, G, n, g, G/N, g/n, p)
```

Lieutenant Governor Appling 6806 423 6276 416 0.06215104319717896 0.0662842574888464 2.1439776587662654e-08

Lieutenant Governor Atkinson 2520 218 2432 218 0.0865079365079365 0.08963815789473684 0.0006011988993767051

Lieutenant Governor Bacon 3829 244 3655 242 0.06372420997649517 0.06621067031463748 0.0014452710502285972

Lieutenant Governor Baker 1291 101 1150 95 0.07823392718822618 0.08260869565217391 0.1172912140177249

Lieutenant Governor Baldwin 15633 892 14475 882 0.05705878590161837 0.060932642487046634 6.904218122683707e-19

Lieutenant Governor Banks 6852 220 6629 219 0.03210741389375365 0.033036657112686676 0.01057958862999079

Lieutenant Governor Barrow 27398 1060 26135 1049 0.03868895539820425 0.04013774631719916 3.900219802989691e-11

Lieutenant Governor Bartow 37327 478 35759 476 0.012805743831542852 0.01331133420956962 5.32938619891327e-07

Lieutenant Governor Ben Hill 5533 335 5213 332 0.06054581601301283 0.06368693650489161 4.49526479982811e-06

Lieutenant Governor Berrien 6247 320 5925 320 0.05122458780214503 0.0540084388185654 5.578953396708233e-08

Lieutenant Governor Bibb 60460 3049 55999 3014 0.050430036387694346 0.053822389685530096 1.9634746397364817e-60

Lieutenant Governor Bleckley 4855 214 4598 212 0.04407826982492276 0.046107003044802086 0.0012309494917529596

Lieutenant Governor Brantley 5689 292 5501 291 0.051327122517138335 0.052899472823123066 0.0009698979815758128

Lieutenant Governor Brooks 5696 353 5231 344 0.061973314606741575 0.06576180462626649 1.0991608699783508e-05

Lieutenant Governor Bryan 14970 543 14388 540 0.03627254509018036 0.03753127606338615 1.3295463008433782e-06

Lieutenant Governor Bulloch 23543 988 22467 972 0.041965764770844835 0.04326345306449459 4.385804568643126e-07

Lieutenant Governor Burke 8719 483 7751 480 0.05539626103910999 0.06192749322668043 3.3482447411816402e-21

Lieutenant Governor Butts 8863 355 8483 352 0.04005415773440144 0.041494754214310973 0.0002285992830354893

Lieutenant Governor Calhoun 1899 116 1714 114 0.061084781463928386 0.06651108518086347 0.0009525558082105067

Lieutenant Governor Camden 17053 631 15860 622 0.03700228698762681 0.03921815889029004 5.874904757442742e-11

Lieutenant Governor Candler 3538 181 3418 179 0.05115884680610514 0.05236980690462258 0.09803217107981956

Lieutenant Governor Carroll 41739 1548 40221 1541 0.037087615898799685 0.03831331891300564 5.4443703

82616403e-17
Lieutenant Governor Catoosa 23725 890 23185 887 0.0375131717597471 0.03825749406944145 3.23155990066
39145e-06
Lieutenant Governor Charlton 3369 191 3206 191 0.056693380825170676 0.05957579538365564 0.0001157816
1633823924
Lieutenant Governor Chatham 103338 4809 97161 4735 0.04653660802415375 0.04873354535255915 1.1932271
711283063e-54
Lieutenant Governor Chattahoochee 1102 65 1067 65 0.05898366606170599 0.06091846298031865 0.23009572
741168619
Lieutenant Governor Chattooga 7427 313 7202 311 0.042143530362192004 0.043182449319633436 0.00671638
4526635276
Lieutenant Governor Cherokee 106299 2789 100987 2758 0.026237311733882728 0.027310445898977097 9.253
11760914282e-30
Lieutenant Governor Clarke 43261 1655 40239 1623 0.03825616606181087 0.04033400432416313 1.974619000
0816885e-21
Lieutenant Governor Clay 1186 75 1043 72 0.06323777403035413 0.06903163950143816 0.02649754259821546
Lieutenant Governor Clayton 91840 4721 85993 4663 0.05140461672473868 0.0542253439233426 8.702654564
519675e-71
Lieutenant Governor Clinch 2254 163 2145 162 0.07231588287488909 0.07552447552447553 0.0045125102105
991214
Lieutenant Governor Cobb 310381 7920 284480 7718 0.02551702584887606 0.027130202474690664 2.79628003
48733273e-105
Lieutenant Governor Coffee 12595 930 12200 924 0.07383882493052799 0.07573770491803279 1.61202247911
70078e-07
Lieutenant Governor Colquitt 12953 819 12439 816 0.06322859569211765 0.06560012862770319 2.214245812
745641e-11
Lieutenant Governor Columbia 61591 1955 58655 1928 0.03174165056582942 0.03287017304577615 1.7844777
319302836e-16
Lieutenant Governor Cook 5803 285 5559 282 0.04911252800275719 0.050728548300053966 0.00332478691271
6678
Lieutenant Governor Coweta 58056 1929 55244 1909 0.033226539892517566 0.03455578886394903 5.87107139
6746346e-21
Lieutenant Governor Crawford 4931 263 4697 259 0.05333603731494626 0.05514157973174367 0.00785466526
9436633
Lieutenant Governor Crisp 7024 434 6661 430 0.061788154897494306 0.06455487164089475 1.8179405492627
983e-06
Lieutenant Governor Dade 5450 253 5321 249 0.046422018348623854 0.04679571509114828 0.55416253626200
07
Lieutenant Governor Dawson 11570 367 11131 364 0.03171996542783059 0.032701464378762014 0.0007329956
740859268
Lieutenant Governor DeKalb 310968 12765 291296 12458 0.041049239793161996 0.042767494232670546 7.724
111758782382e-98
Lieutenant Governor Decatur 9043 498 8495 497 0.055070220059714695 0.05850500294290759 8.46781550033

1415e-13

Lieutenant Governor Dodge 7051 477 6603 468 0.06764997872642178 0.0708768741481145 3.855428784205159e-06

Lieutenant Governor Dooly 3793 312 3597 308 0.08225678882151331 0.0856269113149847 0.00036967865683316676

Lieutenant Governor Dougherty 31297 2043 29353 2021 0.06527782215547816 0.0688515654277246 7.759912864954536e-33

Lieutenant Governor Douglas 55197 1894 51964 1874 0.03431345906480425 0.03606342852744208 1.3304976450251036e-27

Lieutenant Governor Early 4131 192 3658 182 0.04647785039941903 0.04975396391470749 0.0038530385955769424

Lieutenant Governor Echols 1143 72 1108 72 0.06299212598425197 0.06498194945848375 0.19793441273842888

Lieutenant Governor Effingham 23365 951 22615 941 0.04070190455809972 0.04160955118284325 1.822467792925356e-05

Lieutenant Governor Elbert 7319 364 6756 362 0.0497335701598579 0.05358200118413262 1.1095904221824258e-10

Lieutenant Governor Emanuel 7710 483 7320 475 0.06264591439688716 0.06489071038251366 0.00011231298619889423

Lieutenant Governor Evans 3447 223 3248 221 0.06469393675659994 0.06804187192118226 0.00026845534065573045

Lieutenant Governor Fannin 11203 492 10545 492 0.043916807997857715 0.04665718349928876 1.1645457611639524e-13

Lieutenant Governor Fayette 57962 1572 55315 1551 0.027121217349297816 0.028039410648106302 8.690550554891577e-13

Lieutenant Governor Floyd 30225 1231 28965 1224 0.04072787427626137 0.04225789746245469 4.1964765718189426e-15

Lieutenant Governor Forsyth 93239 1990 88811 1961 0.02134300024667789 0.02208059812410625 1.097855130574375e-15

Lieutenant Governor Franklin 8149 357 7761 356 0.04380905632592956 0.04587037752866899 7.201888981229395e-07

Lieutenant Governor Fulton 421806 16197 403964 15972 0.03839916928635439 0.03953817666920815 1.4555419638442526e-98

Lieutenant Governor Gilmer 12471 465 11912 465 0.03728650469088285 0.03903626595030222 7.226058983079142e-10

Lieutenant Governor Glascock 1300 77 1219 77 0.05923076923076923 0.06316652994257588 0.012077180027017223

Lieutenant Governor Glynn 32501 1384 30689 1371 0.04258330512907295 0.044673987422203396 2.4863177270637067e-20

Lieutenant Governor Gordon 17772 660 17225 651 0.03713706954760297 0.03779390420899855 0.006568541782151812

Lieutenant Governor Grady 8356 382 7956 380 0.04571565342269028 0.04776269482151835 2.0706483342903535e-06

Lieutenant Governor Greene 8989 383 8366 375 0.04260763154967182 0.04482428878795123 2.2958769173308 86e-05

Lieutenant Governor Gwinnett 312709 11658 292312 11513 0.03728066669011765 0.03938599852212704 1.399 4629399576086e-176

Lieutenant Governor Habersham 15495 528 14642 519 0.034075508228460796 0.03544597732550198 1.4171177 372774471e-05

Lieutenant Governor Hall 67282 2364 63789 2347 0.03513569751196457 0.0367931775070937 1.602331226297 8497e-34

Lieutenant Governor Hancock 3539 311 3049 295 0.08787793161910144 0.09675303378156773 4.194946355796 26e-07

Lieutenant Governor Haralson 10585 387 10192 386 0.03656117146905999 0.037872841444270014 1.09300924 62154292e-05

Lieutenant Governor Harris 15972 639 15243 630 0.040007513148009016 0.041330446762448333 1.353527416 890236e-05

Lieutenant Governor Hart 9618 456 9178 452 0.047411104179663134 0.04924820222270647 8.51111150656934 6e-06

Lieutenant Governor Heard 4051 159 3773 155 0.039249568007899284 0.041081367611979856 0.024533437659 329672

Lieutenant Governor Henry 98365 4093 93368 4044 0.04161032887714126 0.0433124839345386 2.07824648618 2801e-42

Lieutenant Governor Houston 59158 2332 55968 2306 0.039419858683525474 0.04120211549456833 1.1572732 988905158e-28

Lieutenant Governor Irwin 3556 160 3423 160 0.04499437570303712 0.04674262342974 0.00389033731713447 9

Lieutenant Governor Jackson 26889 904 25870 897 0.03361969578638105 0.034673366834170855 1.600015484 786807e-08

Lieutenant Governor Jasper 5907 227 5486 224 0.03842898256306077 0.04083120670798396 8.4776596591885 38e-05

Lieutenant Governor Jeff Davis 4815 201 4586 198 0.041744548286604365 0.043174880069777585 0.0227873 23594074288

Lieutenant Governor Jefferson 6756 540 6149 531 0.07992895204262877 0.08635550496015612 3.9800612435 590653e-13

Lieutenant Governor Jenkins 2856 165 2668 158 0.05777310924369748 0.05922038980509745 0.271929290013 697

Lieutenant Governor Johnson 3483 228 3247 217 0.06546080964685616 0.0668309208500154 0.2782267775812 352

Lieutenant Governor Jones 12432 494 11648 483 0.03973616473616474 0.04146634615384615 2.879050126170 66e-05

Lieutenant Governor Lamar 7346 408 6942 406 0.05554043016607678 0.058484586574474216 3.2800079549672 923e-08

Lieutenant Governor Lanier 2679 193 2571 191 0.07204180664427025 0.07429015947102295 0.0249280329782 87797

Lieutenant Governor Laurens 18939 1045 17653 1024 0.05517714768467184 0.058007137597009005 5.8807646

14422535e-13

Lieutenant Governor Lee 13549 536 13069 529 0.03956011513764854 0.040477465758665544 0.0022382059064 76719

Lieutenant Governor Liberty 15358 648 14408 642 0.04219299387941138 0.04455857856746252 1.0462881031 104879e-11

Lieutenant Governor Lincoln 3967 180 3617 177 0.04537433829089992 0.04893558197401161 9.504773100675 102e-05

Lieutenant Governor Long 3988 195 3819 193 0.04889669007021063 0.05053678973553286 0.017651677668020 054

Lieutenant Governor Lowndes 35212 1577 33322 1552 0.04478586845393616 0.046575835784166617 5.3024197 571485636e-15

Lieutenant Governor Lumpkin 11551 324 11084 323 0.028049519522119298 0.029141104294478526 3.86632785 68148575e-05

Lieutenant Governor Macon 4217 334 3886 330 0.0792032250414987 0.08492022645393721 3.641341478590038 e-08

Lieutenant Governor Madison 11697 516 11170 512 0.04411387535265453 0.04583706356311549 1.0931297889 184002e-06

Lieutenant Governor Marion 2930 219 2689 217 0.07474402730375426 0.08069914466344366 1.5773874571623 568e-06

Lieutenant Governor McDuffie 8792 464 7924 454 0.052775250227479524 0.05729429581019687 3.4328383160 356875e-11

Lieutenant Governor McIntosh 5408 284 4968 278 0.05251479289940828 0.055958132045088566 2.0218421275 230952e-05

Lieutenant Governor Meriwether 8639 496 8156 494 0.05741405255237875 0.0605689063266307 1.7483073782 66469e-10

Lieutenant Governor Miller 2313 163 2181 159 0.07047124945957631 0.07290233837689133 0.0726058909414 2723

Lieutenant Governor Mitchell 7446 516 6882 509 0.0692989524576954 0.07396105783202557 8.634469710268 879e-11

Lieutenant Governor Monroe 12932 621 12236 621 0.04802041447571915 0.05075187969924812 1.00100874889 43323e-15

Lieutenant Governor Montgomery 3528 119 3317 114 0.03373015873015873 0.0343684051854085 0.5469943740 425978

Lieutenant Governor Morgan 9554 398 9144 391 0.04165794431651664 0.04276027996500437 0.0078206467752 18916

Lieutenant Governor Murray 11091 610 10826 604 0.05499954918402308 0.05579161278403843 0.01597215924 4285095

Lieutenant Governor Muscogee 63141 4094 58719 4043 0.06483901110213648 0.06885335240722765 6.4796745 10270547e-72

Lieutenant Governor Newton 43129 1898 40394 1877 0.04400751234668089 0.046467297123335145 1.09764973 87922277e-30

Lieutenant Governor Oconee 20733 507 19802 501 0.024453769353205035 0.025300474699525302 4.237284171 762643e-05

Lieutenant Governor Oglethorpe 6484 292 6075 288 0.04503392967304133 0.047407407407407405 6.220064030439004e−05

Lieutenant Governor Paulding 61222 2032 57915 2006 0.0331906830877789 0.0346369679703013 8.112218596994674e−23

Lieutenant Governor Peach 10355 519 9910 511 0.05012071463061323 0.05156407669021191 0.0005915111444412634

Lieutenant Governor Pickens 13362 451 13140 450 0.03375243227061817 0.03424657534246575 0.00815423227632428

Lieutenant Governor Pierce 6883 294 6556 293 0.04271393287810548 0.04469188529591214 1.445784114630358e−05

Lieutenant Governor Pike 8534 261 8230 259 0.030583548160299977 0.03147023086269745 0.008010482345517312

Lieutenant Governor Polk 12859 674 12412 671 0.05241465121704643 0.05406058652916532 1.4309005546721282e−07

Lieutenant Governor Pulaski 3622 257 3390 248 0.07095527332965212 0.07315634218289085 0.0521947547131163

Lieutenant Governor Putnam 9321 299 8723 296 0.03207810320781032 0.03393327983491918 6.370724626708847e−06

Lieutenant Governor Quitman 940 100 880 93 0.10638297872340426 0.10568181818181818 0.9196813417959301

Lieutenant Governor Rabun 7578 249 6735 240 0.03285827395091053 0.035634743875278395 2.56084329484297e−05

Lieutenant Governor Randolph 2788 219 2475 214 0.07855093256814921 0.08646464646464647 7.105799818153909e−07

Lieutenant Governor Richmond 70043 3533 64729 3474 0.05044044372742458 0.05366991611178915 1.8224838359746595e−58

Lieutenant Governor Rockdale 36600 1385 34747 1379 0.03784153005464481 0.039686879442829594 8.187473771259368e−24

Lieutenant Governor Schley 1931 73 1835 73 0.03780424650440187 0.03978201634877384 0.04493838577990702

Lieutenant Governor Screven 5407 339 5136 333 0.06269650453116331 0.06483644859813084 0.002652991980636498

Lieutenant Governor Seminole 3214 157 2950 151 0.04884878655880523 0.0511864406779661 0.04134887857001833

Lieutenant Governor Spalding 24385 1155 23102 1137 0.04736518351445561 0.049216518050385245 4.511771489746432e−11

Lieutenant Governor Stephens 9069 322 8533 312 0.03550556841989194 0.03656392827844838 0.028517255007494285

Lieutenant Governor Stewart 1784 207 1551 204 0.11603139013452915 0.13152804642166344 5.999292501161934e−10

Lieutenant Governor Sumter 10556 526 9679 511 0.049829480863963625 0.052794710197334435 2.423978749443163e−07

Lieutenant Governor Talbot 2952 248 2667 230 0.08401084010840108 0.08623922009748781 0.2157628055432

1856

Lieutenant Governor Taliaferro 917 112 755 101 0.12213740458015267 0.1337748344370861 0.021627247602774253

Lieutenant Governor Tattnall 6639 386 6247 383 0.05814128633830396 0.06130942852569233 1.919322237015416e-07

Lieutenant Governor Taylor 3265 197 3022 196 0.06033690658499234 0.06485771012574454 5.276231271165873e-06

Lieutenant Governor Telfair 3631 235 3300 233 0.06472046268245663 0.0706060606060606 5.4805898545713995e-08

Lieutenant Governor Terrell 3930 239 3603 233 0.06081424936386769 0.06466833194560088 0.0002524175792445041

Lieutenant Governor Thomas 17241 935 16250 930 0.054231193086247895 0.05723076923076923 2.6515172284892555e-18

Lieutenant Governor Tift 13669 773 13108 763 0.05655132050625503 0.05820872749465975 6.189228702270745e-06

Lieutenant Governor Toombs 8851 388 8170 378 0.04383685459270139 0.04626682986536108 2.045188783807966e-05

Lieutenant Governor Towns 6132 223 5848 221 0.036366601435094584 0.0377906976744186 0.0031385222452041126

Lieutenant Governor Treutlen 2610 122 2464 116 0.04674329501915709 0.04707792207792208 0.9392977706579292

Lieutenant Governor Troup 23663 1141 22399 1124 0.048218738114355744 0.050180811643376934 1.0243771526453657e-11

Lieutenant Governor Turner 3269 269 3121 269 0.08228816151728358 0.08619032361422621 4.4438722627993275e-06

Lieutenant Governor Twiggs 3787 303 3512 301 0.08001056245048851 0.08570615034168565 3.187750217349114e-08

Lieutenant Governor Union 11863 406 11381 402 0.03422405799544803 0.035322027941305685 0.0003741563771868086

Lieutenant Governor Upson 10558 554 9956 545 0.05247205910210267 0.0547408597830454 1.7340499352347226e-06

Lieutenant Governor Walker 21451 1117 20638 1112 0.05207216446785698 0.05388119003779436 2.190193807649259e-13

Lieutenant Governor Walton 38635 1444 36866 1431 0.03737543678012165 0.03881625345847122 5.422457677843359e-16

Lieutenant Governor Ware 11004 522 10377 518 0.04743729552889858 0.04991808807940638 2.603940957611168e-09

Lieutenant Governor Warren 2260 156 2073 154 0.06902654867256637 0.0742884708152436 0.00022124924231213932

Lieutenant Governor Washington 8159 561 7432 544 0.06875842627773011 0.07319698600645856 1.80030675123674e-08

Lieutenant Governor Wayne 10122 430 9621 429 0.04248172297964829 0.044589959463673216 9.930698663098321e-09

Lieutenant Governor Webster 1100 62 948 60 0.056363636363636366 0.06329113924050633 0.00991630686830704

Lieutenant Governor Wheeler 1927 122 1812 122 0.0633108458744162 0.0673289183222958 0.0008518673536451835

Lieutenant Governor White 11434 309 10897 307 0.027024663284939653 0.028172891621547215 7.894437011490734e-05

Lieutenant Governor Whitfield 27302 1489 26285 1476 0.05453812907479306 0.0561536998287997 3.2515413294185368e-12

Lieutenant Governor Wilcox 2815 164 2610 157 0.05825932504440497 0.06015325670498084 0.15523796034990625

Lieutenant Governor Wilkes 4371 274 4070 268 0.0626858842370167 0.06584766584766585 0.0005975575883292772

Lieutenant Governor Wilkinson 4264 281 3994 279 0.06590056285178236 0.0698547821732599 2.472657628622504e-06

Lieutenant Governor Worth 7831 419 7526 415 0.05350529945090027 0.05514217379750199 0.00039348404523362115

Secretary Of State Appling 6806 140 6276 130 0.020570085218924478 0.0207138304652645 0.9322432634703502

Secretary Of State Atkinson 2520 91 2432 91 0.03611111111111111 0.03741776315789474 0.074146294185672

Secretary Of State Bacon 3829 101 3655 98 0.02637764429354923 0.026812585499316005 0.6357827870353088

Secretary Of State Baker 1291 56 1150 49 0.043377226955848176 0.042608695652173914 0.8265847760207348

Secretary Of State Baldwin 15633 307 14475 295 0.019637945371969553 0.020379965457685664 0.015841574871074335

Secretary Of State Banks 6852 107 6629 106 0.015615878575598366 0.015990345451802685 0.2627169960746234

Secretary Of State Barrow 27398 285 26135 271 0.010402219140083218 0.010369236655825521 0.8850377042713522

Secretary Of State Bartow 37327 634 35759 622 0.01698502424518445 0.01739422243351324 0.001939512136029006

Secretary Of State Ben Hill 5533 87 5213 84 0.015723838785469003 0.01611356224822559 0.5000851195147797

Secretary Of State Berrien 6247 129 5925 124 0.020649911957739714 0.020928270042194094 0.678378440780981

Secretary Of State Bibb 60460 897 55999 866 0.014836255375454846 0.015464561867176199 9.064081253868293e-07

Secretary Of State Bleckley 4855 124 4598 120 0.02554067971163749 0.02609830361026533 0.4109211038426934

Secretary Of State Brantley 5689 126 5501 124 0.02214800492177887 0.022541356117069623 0.4139150249846568

Secretary Of State Brooks 5696 154 5231 143 0.027036516853932584 0.027337029248709614 0.776808121216

839

Secretary Of State Bryan 14970 157 14388 153 0.010487641950567802 0.010633861551292744 0.52918183363 62674

Secretary Of State Bulloch 23543 297 22467 280 0.012615214713502952 0.012462723104998442 0.404947060 42917417

Secretary Of State Burke 8719 80 7751 75 0.009175364147264595 0.009676170816668817 0.215553798216950 64

Secretary Of State Butts 8863 148 8483 141 0.016698634773778632 0.016621478250618885 0.9012343510351 347

Secretary Of State Calhoun 1899 40 1714 37 0.021063717746182202 0.021586931155192533 0.8857027787115 807

Secretary Of State Camden 17053 238 15860 230 0.01395648859438222 0.014501891551071878 0.02473377835 6494665

Secretary Of State Candler 3538 51 3418 50 0.014414923685698135 0.014628437682855471 0.9572156599684 054

Secretary Of State Carroll 41739 508 40221 495 0.012170871367306357 0.012307003803982993 0.228023827 02090762

Secretary Of State Catoosa 23725 367 23185 360 0.015468914646996838 0.015527280569333621 0.802744277 5915851

Secretary Of State Charlton 3369 79 3206 75 0.023449094686850698 0.023393636930754833 1.074248308237 487

Secretary Of State Chatham 103338 1333 97161 1218 0.012899417445663744 0.012535894031555871 0.000126 57508705159594

Secretary Of State Chattahoochee 1102 29 1067 29 0.02631578947368421 0.02717900656044986 0.774800023 8359634

Secretary Of State Chattooga 7427 180 7202 177 0.0242358960549347 0.02457650652596501 0.398540454402 43435

Secretary Of State Cherokee 106299 1093 100987 1050 0.010282316860930018 0.01039737788032123 0.11310 589535338755

Secretary Of State Clarke 43261 603 40239 554 0.013938651441251936 0.013767737766843112 0.3050457024 568224

Secretary Of State Clay 1186 30 1043 26 0.025295109612141653 0.024928092042186004 0.9965336532130891

Secretary Of State Clayton 91840 1334 85993 1254 0.014525261324041812 0.014582582303210726 0.6253570 705799759

Secretary Of State Clinch 2254 87 2145 86 0.0385980479148181 0.04009324009324009 0.1377909353373995

Secretary Of State Cobb 310381 2962 284480 2649 0.0095431099197438 0.009311726659167604 2.5113849324 131564e-05

Secretary Of State Coffee 12595 277 12200 274 0.02199285430726479 0.022459016393442624 0.04741006411 1872124

Secretary Of State Colquitt 12953 315 12439 310 0.024318690650814483 0.024921617493367635 0.02527696 7006223092

Secretary Of State Columbia 61591 503 58655 466 0.008166777613612378 0.007944761742391953 0.01308315 765786439

```
Secretary Of State Cook 5803 75 5559 73 0.012924394474409787 0.01313185824788631 0.7657029509217086
Secretary Of State Coweta 58056 656 55244 638 0.011299435028248588 0.01154876547679386 0.00949560296
1292421
Secretary Of State Crawford 4931 121 4697 116 0.024538633137294666 0.024696614860549287 0.9669186493
902352
Secretary Of State Crisp 7024 211 6661 200 0.03003986332574032 0.030025521693439423 1.06633479499441
64
Secretary Of State Dade 5450 159 5321 153 0.029174311926605506 0.02875399361022364 0.34828490797157
Secretary Of State Dawson 11570 130 11131 124 0.011235955056179775 0.011140059293863984 0.7437006256
470964
Secretary Of State DeKalb 310968 4655 291296 4257 0.01496938591752206 0.014614000878831154 2.4430495
094698883e-09
Secretary Of State Decatur 9043 217 8495 206 0.023996461351321465 0.024249558563861094 0.65767174869
40105
Secretary Of State Dodge 7051 228 6603 214 0.03233583888810098 0.03240951082841133 1.033195676076569
5
Secretary Of State Dooly 3793 126 3597 121 0.03321908779330345 0.03363914373088685 0.715911536787343
2
Secretary Of State Dougherty 31297 531 29353 513 0.016966482410454675 0.017476918883930093 0.0048250
70781071225
Secretary Of State Douglas 55197 557 51964 532 0.010091128141022157 0.010237856977907783 0.189224711
42592734
Secretary Of State Early 4131 72 3658 62 0.017429193899782137 0.01694915254237288 0.6136830125700878
Secretary Of State Echols 1143 36 1108 36 0.031496062992125984 0.032490974729241874 0.64131691462240
94
Secretary Of State Effingham 23365 195 22615 188 0.008345816392039376 0.008313066548750829 0.8722052
542995543
Secretary Of State Elbert 7319 146 6756 142 0.019948080338844106 0.021018354055654234 0.020038483261
209838
Secretary Of State Emanuel 7710 132 7320 127 0.017120622568093387 0.017349726775956285 0.67151853815
9245
Secretary Of State Evans 3447 63 3248 62 0.018276762402088774 0.019088669950738917 0.224937426477655
77
Secretary Of State Fannin 11203 203 10545 196 0.018120146389359992 0.018587008060692273 0.1687488450
786469
Secretary Of State Fayette 57962 685 55315 655 0.011818087712639315 0.011841272710837928 0.906724939
4162052
Secretary Of State Floyd 30225 475 28965 460 0.015715467328370553 0.015881235974451926 0.31890965321
50855
Secretary Of State Forsyth 93239 925 88811 875 0.009920741320691985 0.009852383150735833 0.383374472
80022063
Secretary Of State Franklin 8149 140 7761 134 0.01718002208859983 0.017265816260791135 0.99442902938
9102
```

Secretary Of State Fulton 421806 6426 403964 6094 0.01523449168575127 0.015085502668554624 0.0002957 5928021808754

Secretary Of State Gilmer 12471 210 11912 204 0.016839066634592254 0.01712558764271323 0.32661213673 58829

Secretary Of State Glascock 1300 46 1219 45 0.03538461538461538 0.03691550451189499 0.41000530621600 03

Secretary Of State Glynn 32501 465 30689 450 0.014307252084551244 0.01466323438365538 0.024376489077 44263

Secretary Of State Gordon 17772 318 17225 308 0.01789331532748143 0.01788098693759071 1.035388978527 4488

Secretary Of State Grady 8356 146 7956 141 0.017472474868358068 0.017722473604826545 0.5872555996534 752

Secretary Of State Greene 8989 103 8366 93 0.011458449215708088 0.011116423619411906 0.3509551393223 7843

Secretary Of State Gwinnett 312709 3210 292312 3003 0.010265134677927402 0.010273269657078738 0.9006 085547372067

Secretary Of State Habersham 15495 272 14642 259 0.0175540496934495 0.017688840322360334 0.717361438 0836293

Secretary Of State Hall 67282 937 63789 904 0.01392645878541066 0.014171722397278527 0.0188365002513 29668

Secretary Of State Hancock 3539 94 3049 81 0.026561175473297543 0.026566087241718595 1.0966821423178 72

Secretary Of State Haralson 10585 142 10192 139 0.013415210203117619 0.013638147566718996 0.44319445 19840879

Secretary Of State Harris 15972 216 15243 210 0.013523666416228399 0.013776815587482779 0.2632492879 7741143

Secretary Of State Hart 9618 222 9178 215 0.023081721771678103 0.023425582915667903 0.39406598101611 207

Secretary Of State Heard 4051 76 3773 69 0.018760799802517897 0.018287834614365228 0.528621529500135 7

Secretary Of State Henry 98365 1090 93368 1022 0.0110811772480048 0.010945934367235026 0.0991479043 1672615

Secretary Of State Houston 59158 682 55968 649 0.011528449237634809 0.011595911949685534 0.588292528 524563

Secretary Of State Irwin 3556 73 3423 73 0.020528683914510685 0.02132632193981887 0.1201930696629282
Secretary Of State Jackson 26889 295 25870 286 0.010971029045334523 0.011055276381909548 0.631335166 2937055

Secretary Of State Jasper 5907 91 5486 85 0.015405451159641103 0.015493984688297484 1.05087422093164 4

Secretary Of State Jeff Davis 4815 158 4586 152 0.0328141225337487 0.033144352376798955 0.7354387237 632991

Secretary Of State Jefferson 6756 155 6149 144 0.02294256956779159 0.023418442023093185 0.5031651132 629095

Secretary Of State Jenkins 2856 50 2668 48 0.01750700280112045 0.017991004497751123 0.700117614061203

Secretary Of State Johnson 3483 112 3247 104 0.03215618719494689 0.032029565753002774 0.9852459151879734

Secretary Of State Jones 12432 176 11648 165 0.014157014157014158 0.014165521978021978 1.1140909132285801

Secretary Of State Lamar 7346 104 6942 99 0.014157364552137218 0.014261019878997408 0.9749572311084624

Secretary Of State Lanier 2679 90 2571 88 0.0335946248600224 0.034227926876701675 0.5742435747364885

Secretary Of State Laurens 18939 382 17653 355 0.020170019536406358 0.020109896334900585 0.885996955333664

Secretary Of State Lee 13549 154 13069 151 0.011366152483578125 0.011554059224118143 0.40011078569871117

Secretary Of State Liberty 15358 163 14408 155 0.01061336111472848 0.010757912270960578 0.6299414845544223

Secretary Of State Lincoln 3967 69 3617 65 0.01739349634484497 0.017970693945258503 0.5172570474922781

Secretary Of State Long 3988 70 3819 69 0.017552657973921765 0.018067556952081697 0.39030451916835374

Secretary Of State Lowndes 35212 496 33322 466 0.014086107008974212 0.013984754816637657 0.5507623989728935

Secretary Of State Lumpkin 11551 142 11084 137 0.012293307938706605 0.012360158787441356 0.9696698817065832

Secretary Of State Macon 4217 155 3886 149 0.036755987668958975 0.03834276891405044 0.06739790146318843

Secretary Of State Madison 11697 173 11170 169 0.014790117124048902 0.01512981199641898 0.2096126826548903

Secretary Of State Marion 2930 86 2689 82 0.029351535836177476 0.030494607660840462 0.30188111992384153

Secretary Of State McDuffie 8792 130 7924 120 0.014786169244767972 0.01514386673397274 0.5022690042801627

Secretary Of State McIntosh 5408 92 4968 88 0.017011834319526627 0.017713365539452495 0.24075232447687583

Secretary Of State Meriwether 8639 171 8156 166 0.019793957633985414 0.020353114271701816 0.15514326741648682

Secretary Of State Miller 2313 106 2181 101 0.04582792909641158 0.04630903255387437 0.8580788632180962

Secretary Of State Mitchell 7446 139 6882 130 0.018667741069030352 0.01888985759953502 0.7699936294317602

Secretary Of State Monroe 12932 185 12236 185 0.014305598515310857 0.015119320039228506 6.658003128835017e−05

Secretary Of State Montgomery 3528 87 3317 82 0.02465986394557823 0.02472113355441664 1.1579449493195717

Secretary Of State Morgan 9554 154 9144 144 0.016118903077245134 0.015748031496062992 0.251325207427
1596

Secretary Of State Murray 11091 256 10826 247 0.023081778018212967 0.022815444300757437 0.3203652452
0676857

Secretary Of State Muscogee 63141 1051 58719 982 0.016645285947324243 0.016723718046969465 0.6258184
215354338

Secretary Of State Newton 43129 589 40394 552 0.013656704305687589 0.013665395850868942 1.0394755879
79258

Secretary Of State Oconee 20733 244 19802 229 0.011768677953021753 0.011564488435511564 0.2729070286
7537564

Secretary Of State Oglethorpe 6484 97 6075 94 0.014959901295496607 0.015473251028806584 0.2611822596
309565

Secretary Of State Paulding 61222 726 57915 685 0.011858482244944627 0.011827678494345161 0.81428319
29246026

Secretary Of State Peach 10355 172 9910 167 0.016610333172380493 0.016851664984863773 0.490608086796
25384

Secretary Of State Pickens 13362 194 13140 191 0.014518784613081873 0.014535768645357687 1.193233693
6648675

Secretary Of State Pierce 6883 97 6556 95 0.01409269214005521 0.014490543014032947 0.306360976793762
34

Secretary Of State Pike 8534 104 8230 101 0.012186547925943286 0.01227217496962333 0.979264383561116
3

Secretary Of State Polk 12859 234 12412 230 0.018197371490784663 0.01853045439896874 0.1727105869297
4778

Secretary Of State Pulaski 3622 141 3390 132 0.038928768636112644 0.03893805309734513 1.111208467709
1894

Secretary Of State Putnam 9321 124 8723 121 0.013303293638021671 0.013871374527112233 0.076234162963
65573

Secretary Of State Quitman 940 47 880 39 0.05 0.04431818181818182 0.0149636820006975

Secretary Of State Rabun 7578 127 6735 114 0.01675903932435999 0.016926503340757237 0.88589443790262
68

Secretary Of State Randolph 2788 89 2475 81 0.031922525107604016 0.03272727272727273 0.6333106678620
939

Secretary Of State Richmond 70043 653 64729 597 0.00932284453835501 0.009223068485531987 0.373703169
48385573

Secretary Of State Rockdale 36600 438 34747 417 0.011967213114754098 0.012001036060667108 0.90738629
86781533

Secretary Of State Schley 1931 55 1835 55 0.02848265147591921 0.02997275204359673 0.1161906001917106
4

Secretary Of State Screven 5407 93 5136 86 0.01719992602182356 0.01674454828660436 0.367554176231015
6

Secretary Of State Seminole 3214 62 2950 56 0.019290603609209707 0.018983050847457626 0.801849019167
4059

Secretary Of State Spalding 24385 458 23102 434 0.018782038138199713 0.018786252272530515 1.07653225 7292488

Secretary Of State Stephens 9069 166 8533 159 0.018304112912118205 0.018633540372670808 0.4542660493 9895293

Secretary Of State Stewart 1784 107 1551 100 0.05997757847533632 0.06447453255963895 0.0423880612236 0795

Secretary Of State Sumter 10556 215 9679 195 0.020367563471011745 0.02014670937080277 0.662569108708 8386

Secretary Of State Talbot 2952 118 2667 99 0.03997289972899729 0.03712035995500562 0.032663702304119 07

Secretary Of State Taliaferro 917 52 755 44 0.05670665212649945 0.05827814569536424 0.82410284933431 43

Secretary Of State Tattnall 6639 125 6247 123 0.01882813676758548 0.019689450936449495 0.03752313433 8498854

Secretary Of State Taylor 3265 48 3022 46 0.014701378254211332 0.015221707478491065 0.58946276199061 08

Secretary Of State Telfair 3631 99 3300 93 0.027265216193885982 0.028181818181818183 0.3757141030672 994

Secretary Of State Terrell 3930 85 3603 82 0.021628498727735368 0.022758812101026923 0.1348830099565 9713

Secretary Of State Thomas 17241 359 16250 350 0.02082245809407807 0.021538461538461538 0.00517224338 80905866

Secretary Of State Tift 13669 305 13108 290 0.022313263589143317 0.022123893805309734 0.543828993842 5986

Secretary Of State Toombs 8851 158 8170 147 0.017851090272285618 0.01799265605875153 0.8748190330343 477

Secretary Of State Towns 6132 116 5848 114 0.018917155903457272 0.019493844049247606 0.1784600778870 8088

Secretary Of State Treutlen 2610 97 2464 90 0.0371647509578544 0.036525974025974024 0.59556972068624

Secretary Of State Troup 23663 423 22399 397 0.017876008959134514 0.017724005535961426 0.51403798320 72024

Secretary Of State Turner 3269 89 3121 88 0.027225451208320588 0.02819609099647549 0.163263074522419 9

Secretary Of State Twiggs 3787 99 3512 97 0.026142064959070503 0.027619589977220957 0.04177491883931 587

Secretary Of State Union 11863 188 11381 183 0.015847593357498104 0.016079430629997365 0.43750249428 450155

Secretary Of State Upson 10558 220 9956 212 0.020837279787838607 0.02129369224588188 0.2256877099573 497

Secretary Of State Walker 21451 386 20638 377 0.01799449909095147 0.0182672739606551 0.1537988216299 6392

Secretary Of State Walton 38635 495 36866 477 0.012812216901773003 0.01293875115282374 0.37015022595 088837

Secretary Of State Ware 11004 166 10377 158 0.015085423482370047 0.015225980533872988 0.780510009948
1839

Secretary Of State Warren 2260 65 2073 62 0.028761061946902654 0.029908345393150026 0.39923730524874
63

Secretary Of State Washington 8159 215 7432 202 0.026351268537811005 0.027179763186221746 0.15948333
349004856

Secretary Of State Wayne 10122 183 9621 180 0.018079430942501484 0.018709073900841908 0.035036329744
23772

Secretary Of State Webster 1100 37 948 36 0.03363636363636364 0.0379746835443038 0.05290917060967295

Secretary Of State Wheeler 1927 37 1812 37 0.019200830306175403 0.02041942604856512 0.20072784422698
16

Secretary Of State White 11434 149 10897 139 0.013031310127689348 0.012755804349821051 0.32595493662
28245

Secretary Of State Whitfield 27302 501 26285 488 0.018350304007032452 0.0185657218946167 0.210476896
8619194

Secretary Of State Wilcox 2815 72 2610 68 0.02557726465364121 0.026053639846743294 0.776819869068155
4

Secretary Of State Wilkes 4371 122 4070 112 0.027911233127430792 0.027518427518427518 0.660214150289
0568

Secretary Of State Wilkinson 4264 106 3994 102 0.024859287054409006 0.02553830746119179 0.3768065798
080439

Secretary Of State Worth 7831 140 7526 136 0.01787766568765164 0.01807068828062716 0.716650965946788
2

Attorney General Appling 6806 247 6276 236 0.036291507493388185 0.03760356915232632 0.04872733484430
147

Attorney General Atkinson 2520 110 2432 110 0.04365079365079365 0.04523026315789474 0.03668075336405
5095

Attorney General Bacon 3829 130 3655 127 0.03395142334813267 0.0347469220246238 0.29757942142543037

Attorney General Baker 1291 58 1150 50 0.044926413632842756 0.043478260869565216 0.5892267839200642

Attorney General Baldwin 15633 434 14475 419 0.02776178596558562 0.028946459412780658 0.000722056558
078777

Attorney General Banks 6852 148 6629 145 0.021599532983070636 0.02187358575954141 0.5684141559471659

Attorney General Barrow 27398 472 26135 452 0.0172275348565587 0.017294815381672088 0.8039099863281
152

Attorney General Bartow 37327 741 35759 724 0.0198515819647976 0.02024665119270673 0.006818159095813
29

Attorney General Ben Hill 5533 145 5213 137 0.026206397975781674 0.026280452714367925 1.073259755920
6218

Attorney General Berrien 6247 144 5925 140 0.023051064510965263 0.02362869198312236 0.25621390561014
246

Attorney General Bibb 60460 1294 55999 1247 0.021402580218326167 0.022268254790264112 1.619958983241
5098e-08

Attorney General Bleckley 4855 148 4598 144 0.030484037075180225 0.0313179643323184 0.19914278786730

688

Attorney General Brantley 5689 143 5501 140 0.025136227808050624 0.025449918196691512 0.595499259126007

Attorney General Brooks 5696 159 5231 151 0.027914325842696628 0.02886637354234372 0.17608829245756577

Attorney General Bryan 14970 261 14388 251 0.01743486973947896 0.017445093133166528 1.1283450533028931

Attorney General Bulloch 23543 556 22467 533 0.02361636155120418 0.023723683624872035 0.7134350895566189

Attorney General Burke 8719 213 7751 205 0.024429407042091983 0.0264482002322281 0.0001732057008847103

Attorney General Butts 8863 202 8483 196 0.022791379893941102 0.023105033596604974 0.4608865355275891

Attorney General Calhoun 1899 41 1714 39 0.021590310689836755 0.022753792298716453 0.4419123506204223

Attorney General Camden 17053 304 15860 291 0.017826775347446196 0.018348045397225725 0.06511384749985474

Attorney General Candler 3538 95 3418 92 0.026851328434143583 0.026916325336454067 1.1923600454258245

Attorney General Carroll 41739 754 40221 737 0.018064639785332664 0.01832376121926357 0.04052251462678218

Attorney General Catoosa 23725 429 23185 418 0.01808219178082192 0.018028897994392928 0.7737233292201403

Attorney General Charlton 3369 83 3206 81 0.024636390620362124 0.025265127885215222 0.4499417773102473

Attorney General Chatham 103338 2186 97161 2092 0.021153883373008962 0.021531272835808607 0.0005745222690792011

Attorney General Chattahoochee 1102 37 1067 37 0.03357531760435572 0.03467666354264293 0.5937268993767594

Attorney General Chattooga 7427 207 7202 201 0.027871280463174903 0.027908914190502638 1.123299606424672

Attorney General Cherokee 106299 1697 100987 1639 0.01596440229917497 0.016229811757949044 0.0019240914438680768

Attorney General Clarke 43261 959 40239 912 0.0221677723584753 0.022664579139640647 0.00921420465410043

Attorney General Clay 1186 46 1043 43 0.0387858347386172 0.04122722914669223 0.3465042004226767

Attorney General Clayton 91840 1753 85993 1645 0.019087543554006967 0.019129464026141664 0.7687012680203873

Attorney General Clinch 2254 95 2145 92 0.04214729370008873 0.042890442890442894 0.6293343971869195

Attorney General Cobb 310381 4188 284480 3819 0.013493093971602643 0.01342449381327334 0.28519514116790384

Attorney General Coffee 12595 435 12200 431 0.03453751488685986 0.03532786885245902 0.0036868805279836312

Attorney General Colquitt 12953 385 12439 378 0.029722844128773258 0.030388294879009566 0.0257425242
5899527
Attorney General Columbia 61591 848 58655 808 0.013768245360523453 0.013775466712130252 1.0289259329
632725
Attorney General Cook 5803 115 5559 113 0.019817335860761676 0.020327397013851414 0.2620793011304760
6
Attorney General Coweta 58056 908 55244 878 0.015640071654953836 0.01589312866555644 0.0283912044738
92442
Attorney General Crawford 4931 129 4697 125 0.026161022105049687 0.02661273153076432 0.5177983351399
782
Attorney General Crisp 7024 243 6661 233 0.034595671981776766 0.03497973277285693 0.5617022060951884
Attorney General Dade 5450 187 5321 181 0.03431192660550459 0.034016162375493326 0.5630552501225399
Attorney General Dawson 11570 191 11131 189 0.01650821089023336 0.0169796065043572 0.043933516248950
06
Attorney General DeKalb 310968 6110 291296 5697 0.01964832394329963 0.019557426123256068 0.169917455
0027541
Attorney General Decatur 9043 244 8495 235 0.026982196173836116 0.02766333137139494 0.13639457933575
214
Attorney General Dodge 7051 303 6603 286 0.04297262799602893 0.04331364531273663 0.6930149607075318
Attorney General Dooly 3793 132 3597 127 0.0348094911679409 0.035307200444815126 0.6267163647915406
Attorney General Dougherty 31297 666 29353 633 0.021279994887688915 0.02156508704391374 0.1958406124
9412743
Attorney General Douglas 55197 802 51964 761 0.01452977516894034 0.014644754060503425 0.410644716801
67197
Attorney General Early 4131 90 3658 76 0.02178649237472767 0.02077638053581192 0.28608533540539854
Attorney General Echols 1143 38 1108 38 0.033245844269466314 0.03429602888086643 0.6013872312479536
Attorney General Effingham 23365 414 22615 401 0.017718810186175903 0.017731594074729164 1.081055707
9416139
Attorney General Elbert 7319 180 6756 176 0.02459352370542424 0.02605091770278271 0.0027310261984498
057
Attorney General Emanuel 7710 267 7320 263 0.03463035019455253 0.03592896174863388 0.003800661665669
5797
Attorney General Evans 3447 128 3248 127 0.03713373948360894 0.03910098522167488 0.00781588039444276
6
Attorney General Fannin 11203 269 10545 261 0.024011425511023834 0.024751066856330012 0.040792576975
99902
Attorney General Fayette 57962 976 55315 923 0.016838618405162004 0.016686251468860165 0.22388369748
67483
Attorney General Floyd 30225 645 28965 628 0.021339950372208438 0.02168133954773002 0.05016913706028
8735
Attorney General Forsyth 93239 1346 88811 1274 0.014436019262325852 0.014345069867471371 0.327353709
8519695
Attorney General Franklin 8149 160 7761 156 0.019634310958399803 0.020100502512562814 0.230512574238

1245
Attorney General Fulton 421806 8172 403964 7767 0.019373835365073044 0.01922696081829074 0.001412471
975446134
Attorney General Gilmer 12471 271 11912 267 0.02173041456178334 0.022414372061786435 0.0112455816531
48453
Attorney General Glascock 1300 63 1219 61 0.04846153846153846 0.05004101722723544 0.4654757764207057
6
Attorney General Glynn 32501 638 30689 620 0.019630165225685364 0.020202678484147415 0.0012447476515
066622
Attorney General Gordon 17772 409 17225 395 0.023013729462075173 0.02293178519593614 0.7610397488341
429
Attorney General Grady 8356 168 7956 160 0.020105313547151747 0.020110608345902465 1.115805571270411
Attorney General Greene 8989 136 8366 125 0.015129602847925241 0.014941429595983744 0.68450781938357
72
Attorney General Gwinnett 312709 4861 292312 4452 0.015544803635328692 0.01523030186923561 2.6043575
18696583e-07
Attorney General Habersham 15495 316 14642 303 0.020393675379154565 0.02069389427673815 0.3318610338
594116
Attorney General Hall 67282 1256 63789 1221 0.018667697155256978 0.019141231246766685 3.587421047901
384e-05
Attorney General Hancock 3539 159 3049 139 0.04492794574738627 0.045588717612331915 0.73924719840791
48
Attorney General Haralson 10585 196 10192 193 0.018516769012753898 0.018936420722135007 0.1263432290
2088624
Attorney General Harris 15972 275 15243 266 0.0172176308539944 0.017450633077478187 0.3779232853507
076
Attorney General Hart 9618 278 9178 269 0.028904138074443753 0.029309217694486817 0.3503130506609658
5
Attorney General Heard 4051 102 3773 97 0.02517896815601086 0.02570898489265836 0.5768382401194749
Attorney General Henry 98365 1551 93368 1474 0.015767803588674835 0.01578699340245052 0.893434617054
4012
Attorney General Houston 59158 928 55968 874 0.015686804827749416 0.015616066323613493 0.60143931767
09136
Attorney General Irwin 3556 89 3423 89 0.025028121484814397 0.026000584282792873 0.06437909987861531
Attorney General Jackson 26889 443 25870 430 0.016475138532485403 0.01662156938538848 0.415893552249
20066
Attorney General Jasper 5907 117 5486 111 0.019807008633824275 0.02023332118118848 0.523044537055168
1
Attorney General Jeff Davis 4815 218 4586 208 0.04527518172377985 0.0453554295682512 1.0701164327212
616
Attorney General Jefferson 6756 271 6149 257 0.04011249259917111 0.04179541388843715 0.0239684056066
9091
Attorney General Jenkins 2856 84 2668 83 0.029411764705882353 0.03110944527736132 0.0427208688981122

7

Attorney General Johnson 3483 134 3247 123 0.03847258110824002 0.03788112103480135 0.594165259321554
1

Attorney General Jones 12432 241 11648 232 0.019385456885456884 0.019917582417582416 0.1121970132646
8917

Attorney General Lamar 7346 144 6942 140 0.019602504764497687 0.020167098818784212 0.191221748419795
7

Attorney General Lanier 2679 112 2571 109 0.04180664427025009 0.042395954881369116 0.658263936765225

Attorney General Laurens 18939 556 17653 529 0.02935741063414119 0.029966577918767348 0.070157158536
02318

Attorney General Lee 13549 227 13069 221 0.016754003985533988 0.0169102456194047 0.6034941683331754

Attorney General Liberty 15358 272 14408 263 0.01771063940617268 0.018253747917823433 0.048303126630
44606

Attorney General Lincoln 3967 93 3617 87 0.02344340811696496 0.024053082665192148 0.5482848157750817

Attorney General Long 3988 140 3819 138 0.03510531594784353 0.03613511390416339 0.11604512819830967

Attorney General Lowndes 35212 584 33322 554 0.016585255026695445 0.016625652721925455 0.89621897938
56914

Attorney General Lumpkin 11551 210 11084 206 0.018180244134706952 0.01858534824972934 0.137954884477
67154

Attorney General Macon 4217 179 3886 174 0.04244723737253972 0.04477611940298507 0.00718045288126518
2

Attorney General Madison 11697 287 11170 281 0.024536205864751647 0.02515666965085049 0.046552949178
765624

Attorney General Marion 2930 88 2689 87 0.030034129692832763 0.03235403495723317 0.00851502846172361
5

Attorney General McDuffie 8792 184 7924 170 0.020928116469517744 0.021453811206461382 0.362193630013
45595

Attorney General McIntosh 5408 138 4968 131 0.02551775147928994 0.026368760064412237 0.2309865659260
501

Attorney General Meriwether 8639 209 8156 203 0.024192614885982174 0.024889651790093184 0.0956600284
713968

Attorney General Miller 2313 99 2181 95 0.042801556420233464 0.04355800091701054 0.6441323613575832

Attorney General Mitchell 7446 155 6882 149 0.020816545796400753 0.02165068294100552 0.0899480430194
3635

Attorney General Monroe 12932 297 12236 293 0.022966285184039592 0.02394573389996731 0.0005594759633
353849

Attorney General Montgomery 3528 131 3317 123 0.03713151927437642 0.037081700331624966 1.05914635994
36135

Attorney General Morgan 9554 198 9144 189 0.020724303956458027 0.02066929133858268 0.957278436237976

Attorney General Murray 11091 340 10826 332 0.030655486430439093 0.03066691298725291 1.1368466481157
062

Attorney General Muscogee 63141 1243 58719 1190 0.01968609936491345 0.020266012704576033 5.943603969
048102e−05

```
Attorney General Newton 43129 818 40394 783 0.01896635674372232 0.01938406694063475 0.01304391038909
3296
Attorney General Oconee 20733 354 19802 342 0.017074229489220084 0.01727098272901727 0.3835163049536
884
Attorney General Oglethorpe 6484 155 6075 151 0.02390499691548427 0.024855967078189302 0.05697881751
2602684
Attorney General Paulding 61222 962 57915 915 0.01571330567443076 0.015799015799015798 0.52903303781
56441
Attorney General Peach 10355 213 9910 206 0.020569773056494448 0.020787083753784057 0.59668515244496
27
Attorney General Pickens 13362 281 13140 279 0.0210297859601856 0.021232876712328767 0.3006655052601
576
Attorney General Pierce 6883 107 6556 107 0.015545546999854715 0.0163209273947529 0.0104987450690404
65
Attorney General Pike 8534 139 8230 136 0.016287790016404968 0.01652490886998785 0.529133294469982
Attorney General Polk 12859 291 12412 287 0.02263006454623221 0.023122784402191426 0.048235500216253
28
Attorney General Pulaski 3622 155 3390 147 0.04279403644395362 0.04336283185840708 0.657678294564616
7
Attorney General Putnam 9321 182 8723 178 0.019525801952580194 0.02040582368451221 0.015055711533965
29
Attorney General Quitman 940 55 880 48 0.05851063829787234 0.05454545454545454 0.1082317968822654
Attorney General Rabun 7578 162 6735 145 0.021377672209026127 0.021529324424647365 0.919973467065351
Attorney General Randolph 2788 99 2475 91 0.03550932568149211 0.03676767676767677 0.4026619810810966
Attorney General Richmond 70043 1440 64729 1328 0.020558799594534785 0.020516306446878525 0.81093659
30875038
Attorney General Rockdale 36600 606 34747 575 0.016557377049180328 0.016548191210752006 1.0052771555
1755
Attorney General Schley 1931 59 1835 59 0.030554170037804248 0.032152588555858314 0.0941552758101405
6
Attorney General Screven 5407 189 5136 179 0.03495468836693175 0.03485202492211838 0.954402434099664
4
Attorney General Seminole 3214 68 2950 63 0.021157436216552583 0.02135593220338983 1.018200852585284
1
Attorney General Spalding 24385 606 23102 578 0.024851343038753332 0.02501947883300147 0.54358371597
40328
Attorney General Stephens 9069 208 8533 199 0.022935274010364978 0.023321223485292395 0.413058774707
2856
Attorney General Stewart 1784 137 1551 124 0.07679372197309417 0.07994842037395229 0.241536683050250
03
Attorney General Sumter 10556 265 9679 240 0.025104206138688898 0.024795949994834178 0.5617955915707
189
Attorney General Talbot 2952 124 2667 103 0.04200542004204054 0.0386201724784402 0.01331835357375462
```

7
Attorney General Taliaferro 917 75 755 64 0.08178844056706652 0.0847682119205298 0.5946586156733218
Attorney General Tattnall 6639 215 6247 210 0.03238439524024703 0.03361613574515768 0.02058405152648
571
Attorney General Taylor 3265 85 3022 81 0.026033690658499236 0.026803441429516878 0.4588987043796040
6
Attorney General Telfair 3631 141 3300 136 0.03883227760947398 0.041212121212121214 0.01647736823146
0916
Attorney General Terrell 3930 113 3603 108 0.02875318066157761 0.02997502081598668 0.161803955453160
7
Attorney General Thomas 17241 392 16250 375 0.022736500203004467 0.023076923076923078 0.265409485571
4124
Attorney General Tift 13669 389 13108 373 0.028458555856317215 0.028455904790967348 1.06635629300984
25
Attorney General Toombs 8851 238 8170 223 0.026889616992430233 0.02729498164014688 0.499066426685503
83
Attorney General Towns 6132 150 5848 148 0.02446183953033268 0.0253077975376197 0.05376747118609046
Attorney General Treutlen 2610 123 2464 116 0.047126436781609195 0.04707792207792208 1.0785782063006
966
Attorney General Troup 23663 510 22399 488 0.021552634915268563 0.02178668690566543 0.34622695542788
37
Attorney General Turner 3269 97 3121 97 0.02967268277760783 0.031079782121115028 0.02086128238227377
3
Attorney General Twiggs 3787 125 3512 123 0.03300765777660417 0.03502277904328018 0.0085043116641639
57
Attorney General Union 11863 258 11381 251 0.021748293011885696 0.02205430102802917 0.34271120997859
2
Attorney General Upson 10558 274 9956 269 0.02595188482667172 0.027018883085576536 0.002605107874176
5182
Attorney General Walker 21451 504 20638 491 0.023495408139480676 0.023791065025680784 0.175499285465
23608
Attorney General Walton 38635 736 36866 715 0.019050084120616022 0.019394564096999946 0.022024659665
033974
Attorney General Ware 11004 228 10377 220 0.020719738276990186 0.021200732388937073 0.18247194244604
256
Attorney General Warren 2260 79 2073 77 0.034955752212389384 0.0371442354076218 0.0677723411705862
Attorney General Washington 8159 317 7432 295 0.03885280058830739 0.03969321851453175 0.243627089854
90328
Attorney General Wayne 10122 239 9621 236 0.023611934400316142 0.024529674669992726 0.00403141302262
8526
Attorney General Webster 1100 39 948 36 0.03545454545454545 0.0379746835443038 0.37757826341280387
Attorney General Wheeler 1927 70 1812 70 0.03632589517384536 0.03863134657836645 0.02482898603026193
6

Attorney General White 11434 185 10897 182 0.016179814588070666 0.01670184454437001 0.04637346651149586

Attorney General Whitfield 27302 739 26285 721 0.027067614094205553 0.027430093209054592 0.06386059149077503

Attorney General Wilcox 2815 81 2610 74 0.028774422735346358 0.028352490421455937 0.7525989067070893

Attorney General Wilkes 4371 162 4070 153 0.03706245710363761 0.037592137592137594 0.622838678347312

Attorney General Wilkinson 4264 147 3994 137 0.03447467166979362 0.034301452178267404 0.909992811656196

Attorney General Worth 7831 206 7526 201 0.02630570808325884 0.026707414297103375 0.36013483398620605

Commissioner Of Agriculture Appling 6806 232 6276 219 0.034087569791360565 0.03489483747609943 0.24968664564419105

Commissioner Of Agriculture Atkinson 2520 117 2432 116 0.04642857142857143 0.047697368421052634 0.15390622331289305

Commissioner Of Agriculture Bacon 3829 116 3655 114 0.030295116218333768 0.03119015047879617 0.18953104714338895

Commissioner Of Agriculture Baker 1291 51 1150 44 0.039504260263361735 0.03826086956521739 0.6378685664111738

Commissioner Of Agriculture Baldwin 15633 498 14475 481 0.03185568986677797 0.03322970639032815 0.0002208834036646549

Commissioner Of Agriculture Banks 6852 95 6629 95 0.01386456509048453 0.0143309699803892 0.08439816626460374

Commissioner Of Agriculture Barrow 27398 560 26135 543 0.020439448134900357 0.0207767361775397 0.07841286106461458

Commissioner Of Agriculture Bartow 37327 631 35759 606 0.016904653467999034 0.016946782628149557 0.8628226347627213

Commissioner Of Agriculture Ben Hill 5533 106 5213 101 0.01915778058919212 0.019374640322271246 0.835938108176268

Commissioner Of Agriculture Berrien 6247 159 5925 156 0.02545221706419081 0.026329113924050632 0.06434136806679289

Commissioner Of Agriculture Bibb 60460 1563 55999 1484 0.025851802844856102 0.02650047322273612 0.0002268162914025458

Commissioner Of Agriculture Bleckley 4855 144 4598 137 0.029660144181256436 0.029795563288386256 1.060277867655332

Commissioner Of Agriculture Brantley 5689 154 5501 151 0.02706978379328528 0.027449554626431557 0.4882857904111592

Commissioner Of Agriculture Brooks 5696 139 5231 128 0.02440308988764045 0.02446950869814567 1.0714724009847922

Commissioner Of Agriculture Bryan 14970 344 14388 333 0.022979291917167667 0.023144286905754794 0.6184128104955599

Commissioner Of Agriculture Bulloch 23543 608 22467 581 0.025825086012827594 0.02586015044287177 0.9774441529999084

Commissioner Of Agriculture Burke 8719 271 7751 261 0.031081546048858814 0.03367307444200748 1.43720

66354272987e-05

Commissioner Of Agriculture Butts 8863 231 8483 220 0.026063409680695024 0.0259342213839436 0.80887 00688088121

Commissioner Of Agriculture Calhoun 1899 57 1714 55 0.030015797788309637 0.03208868144690782 0.14342 75268303178

Commissioner Of Agriculture Camden 17053 388 15860 371 0.022752594851345804 0.0233921815889029 0.041 83341438542312

Commissioner Of Agriculture Candler 3538 96 3418 93 0.027133973966608253 0.027208894090111176 1.1768 20049514236

Commissioner Of Agriculture Carroll 41739 902 40221 872 0.02161048419942979 0.02168021680216802 0.69 50096317749289

Commissioner Of Agriculture Catoosa 23725 460 23185 455 0.01938883034773446 0.019624757386241105 0.0 9574073411207201

Commissioner Of Agriculture Charlton 3369 113 3206 108 0.03354111012169783 0.03368683718028696 1.062 6200994551414

Commissioner Of Agriculture Chatham 103338 2940 97161 2812 0.02845032804970098 0.028941653544117495 0.0001006307946275981

Commissioner Of Agriculture Chattahoochee 1102 50 1067 50 0.045372050816696916 0.046860356138706656 0.3835625791348760

Commissioner Of Agriculture Chattooga 7427 197 7202 196 0.026524841793456308 0.027214662593723966 0. 03148077099971497

Commissioner Of Agriculture Cherokee 106299 2294 100987 2182 0.0215806357538641 0.021606741461772307 0.8465004498011864

Commissioner Of Agriculture Clarke 43261 1166 40239 1112 0.026952682554725965 0.02763488158254298 0.0009505378477376474

Commissioner Of Agriculture Clay 1186 52 1043 49 0.04384485666104553 0.04697986577181208 0.215113927 46270938

Commissioner Of Agriculture Clayton 91840 2186 85993 2058 0.02380226480836237 0.02393218052632191 0. 34462063512036245

Commissioner Of Agriculture Clinch 2254 79 2145 79 0.035048802129547474 0.03682983682983683 0.037112 75088413487

Commissioner Of Agriculture Cobb 310381 6452 284480 5959 0.020787354896079333 0.02094699100112486 0. 039092837306397135

Commissioner Of Agriculture Coffee 12595 406 12200 399 0.03223501389440254 0.032704918032786884 0.11 258665942748317

Commissioner Of Agriculture Colquitt 12953 415 12439 407 0.0320389099050413 0.03271967199935686 0.02 848015309767467

Commissioner Of Agriculture Columbia 61591 1185 58655 1120 0.019239824000259777 0.019094706333645895 0.2715196453453854

Commissioner Of Agriculture Cook 5803 115 5559 112 0.019817335860761676 0.020147508544702285 0.56053 76863768651

Commissioner Of Agriculture Coweta 58056 1219 55244 1179 0.020996968444260713 0.021341684164796176 0.00877421896725535

Commissioner Of Agriculture Crawford 4931 150 4697 146 0.03041979314540661 0.031083670427932725 0.30372564265169194

Commissioner Of Agriculture Crisp 7024 249 6661 239 0.0354498861047836 0.03588049842366011 0.5036995948080151

Commissioner Of Agriculture Dade 5450 203 5321 194 0.03724770642201835 0.03645931215936854 0.10095263679240206

Commissioner Of Agriculture Dawson 11570 238 11131 231 0.020570440795159895 0.020752852394214358 0.6266424983356282

Commissioner Of Agriculture DeKalb 310968 8250 291296 7723 0.026530060970903758 0.026512550807426122 0.828271681415008

Commissioner Of Agriculture Decatur 9043 234 8495 224 0.025876368461793652 0.02636845203060624 0.3049790610842529

Commissioner Of Agriculture Dodge 7051 310 6603 295 0.043965394979435544 0.0446766621232773 0.31694517880674433

Commissioner Of Agriculture Dooly 3793 159 3597 155 0.04191932507250198 0.04309146510981374 0.1557044631871859

Commissioner Of Agriculture Dougherty 31297 857 29353 810 0.02738281624436847 0.02759513507988962 0.4143000644498661

Commissioner Of Agriculture Douglas 55197 990 51964 939 0.017935757378118377 0.018070202447848512 0.37778755559708876

Commissioner Of Agriculture Early 4131 94 3658 80 0.022754780924715567 0.02186987424822307 0.3648720857091263

Commissioner Of Agriculture Echols 1143 25 1108 25 0.021872265966754154 0.02256317689530686 0.911411292556818

Commissioner Of Agriculture Effingham 23365 471 22615 460 0.020158356516156644 0.02034048198098607 0.34005816398008565

Commissioner Of Agriculture Elbert 7319 196 6756 193 0.026779614701461948 0.02856719952634695 0.00023013770131279806

Commissioner Of Agriculture Emanuel 7710 307 7320 304 0.03981841763942931 0.041530054644808745 0.00016799128024698828

Commissioner Of Agriculture Evans 3447 137 3248 133 0.03974470554105019 0.040948275862068964 0.18711484865531006

Commissioner Of Agriculture Fannin 11203 303 10545 295 0.02704632687672945 0.02797534376481745 0.012262001719124581

Commissioner Of Agriculture Fayette 57962 1279 55315 1221 0.02206618129119078 0.022073578595317726 1.0254804219092852

Commissioner Of Agriculture Floyd 30225 815 28965 782 0.02696443341604632 0.026998101156568272 0.9531396866862418

Commissioner Of Agriculture Forsyth 93239 1891 88811 1794 0.020281212797220047 0.02020020042562295 0.460076503115602

Commissioner Of Agriculture Franklin 8149 173 7761 171 0.021229598723769786 0.022033243138770777 0.019161082839268248

Commissioner Of Agriculture Fulton 421806 11422 403964 10848 0.02707879925842686 0.02685387806834272

5 3.311922243544795e-05

Commissioner Of Agriculture Gilmer 12471 305 11912 302 0.024456739635955415 0.025352585627938212 0.0 009070083999035691

Commissioner Of Agriculture Glascock 1300 57 1219 56 0.04384615384615385 0.04593929450369155 0.23350 267970530653

Commissioner Of Agriculture Glynn 32501 844 30689 814 0.025968431740561827 0.026524161751767736 0.00 795903188521008

Commissioner Of Agriculture Gordon 17772 434 17225 423 0.02442043664190862 0.02455732946298984 0.623 0860050925833

Commissioner Of Agriculture Grady 8356 197 7956 192 0.02357587362374342 0.024132730015082957 0.16813 711628512507

Commissioner Of Agriculture Greene 8989 171 8366 159 0.019023250639670707 0.019005498446091323 1.051 53854763071

Commissioner Of Agriculture Gwinnett 312709 6309 292312 6027 0.020175306754842363 0.0206183803607104 74 2.4578180820361e-12

Commissioner Of Agriculture Habersham 15495 339 14642 323 0.021878025169409485 0.02205982789236443 0.6205531261369002

Commissioner Of Agriculture Hall 67282 1563 63789 1510 0.02323058173062632 0.023671792942356832 0.00 07559658441609992

Commissioner Of Agriculture Hancock 3539 181 3049 167 0.05114439107092399 0.05477205641193834 0.0135 58280173341132

Commissioner Of Agriculture Haralson 10585 223 10192 217 0.021067548417572034 0.021291208791208792 0.5455904719550516

Commissioner Of Agriculture Harris 15972 370 15243 358 0.023165539694465314 0.023486190382470643 0.2 6389119221341545

Commissioner Of Agriculture Hart 9618 308 9178 298 0.03202328966521106 0.03246894748311179 0.3187543 610308439

Commissioner Of Agriculture Heard 4051 109 3773 104 0.026906936558874352 0.027564272462231646 0.4605 002198297526

Commissioner Of Agriculture Henry 98365 2011 93368 1900 0.02044426371168607 0.02034958444006512 0.38 9889461244887

Commissioner Of Agriculture Houston 59158 1110 55968 1045 0.01876331180905372 0.01867138364779874 0. 5255057640503983

Commissioner Of Agriculture Irwin 3556 93 3423 92 0.026152980877390326 0.026877008472100495 0.259469 868806298

Commissioner Of Agriculture Jackson 26889 431 25870 421 0.016028859384878576 0.016273676072671047 0. 12323502543055316

Commissioner Of Agriculture Jasper 5907 114 5486 110 0.019299136617572373 0.02005103900838498 0.1652 9280130799567

Commissioner Of Agriculture Jeff Davis 4815 170 4586 164 0.035306334371754934 0.035761011774967294 0.5850866391065276

Commissioner Of Agriculture Jefferson 6756 297 6149 287 0.04396092362344583 0.046674255976581557 0.0 0018379212897945128

Commissioner Of Agriculture Jenkins 2856 88 2668 81 0.03081232492997199 0.030359820089955022 0.71701 19942955302

Commissioner Of Agriculture Johnson 3483 160 3247 148 0.04593741027849555 0.045580535879273174 0.800 7521256758079

Commissioner Of Agriculture Jones 12432 275 11648 264 0.02212033462033462 0.022664835164835164 0.129 5329244001534

Commissioner Of Agriculture Lamar 7346 184 6942 180 0.025047644976858154 0.02592912705272256 0.04580 941372151064

Commissioner Of Agriculture Lanier 2679 111 2571 108 0.04143337066069429 0.042007001166861145 0.6722 74149398239

Commissioner Of Agriculture Laurens 18939 571 17653 538 0.030149427108083847 0.03047640627655356 0.3 755251983675794

Commissioner Of Agriculture Lee 13549 274 13069 266 0.020222894678574063 0.020353508302088912 0.7220 35198045769

Commissioner Of Agriculture Liberty 15358 319 14408 306 0.020770933715327518 0.02123820099944475 0.1 309822541670077

Commissioner Of Agriculture Lincoln 3967 118 3617 116 0.02974539954625662 0.032070776886922864 0.002 539200366667369

Commissioner Of Agriculture Long 3988 127 3819 125 0.031845536609829486 0.03273108143493061 0.175274 01687667576

Commissioner Of Agriculture Lowndes 35212 656 33322 629 0.01863001249574009 0.018876417982113917 0.1 6992651780454146

Commissioner Of Agriculture Lumpkin 11551 232 11084 226 0.0200848411392953 0.020389750992421508 0.33 22155798255518

Commissioner Of Agriculture Macon 4217 214 3886 206 0.05074697652359497 0.05301080802882141 0.019949 805650267008

Commissioner Of Agriculture Madison 11697 289 11170 283 0.024707189877746432 0.025335720680393914 0. 04403470494841549

Commissioner Of Agriculture Marion 2930 98 2689 96 0.033447098976109216 0.03570100409074005 0.019541 494396405266

Commissioner Of Agriculture McDuffie 8792 216 7924 206 0.02456778889899909 0.025996971226653204 0.00 6782431813644177

Commissioner Of Agriculture McIntosh 5408 181 4968 174 0.0334689349112426 0.035024154589371984 0.032 07977019931023

Commissioner Of Agriculture Meriwether 8639 264 8156 257 0.03055909248755643 0.03151054438450221 0.0 33758783578200814

Commissioner Of Agriculture Miller 2313 102 2181 98 0.04409857328145266 0.04493351673544246 0.592725 077993648

Commissioner Of Agriculture Mitchell 7446 201 6882 187 0.026994359387590653 0.027172333623946526 0.8 725190842049249

Commissioner Of Agriculture Monroe 12932 325 12236 321 0.025131456851221777 0.02623406341941811 0.00 01619491702448414

Commissioner Of Agriculture Montgomery 3528 105 3317 100 0.02976190476190476 0.030147723846849564 0.

7858202787585566

Commissioner Of Agriculture Morgan 9554 213 9144 203 0.022294326983462426 0.02220034995625547 0.8633066922100286

Commissioner Of Agriculture Murray 11091 363 10826 358 0.032729239924262916 0.03306853870312211 0.2594311488053838

Commissioner Of Agriculture Muscogee 63141 1632 58719 1562 0.025846914049508243 0.02660127045760316 4.457055403203225e-06

Commissioner Of Agriculture Newton 43129 965 40394 906 0.022374736256347238 0.02242907362479576 0.8347019041110842

Commissioner Of Agriculture Oconee 20733 397 19802 378 0.019148217817006704 0.01908898091101909 0.8419369734817203

Commissioner Of Agriculture Oglethorpe 6484 165 6075 161 0.025447254780999382 0.026502057613168723 0.036796034728722164

Commissioner Of Agriculture Paulding 61222 1224 57915 1162 0.01999281304106367 0.0200638867305534 0.6545749092300193

Commissioner Of Agriculture Peach 10355 264 9910 257 0.025494929985514243 0.02593340060544904 0.22756907382226102

Commissioner Of Agriculture Pickens 13362 318 13140 314 0.023798832510103278 0.023896499238964992 0.775895701049152

Commissioner Of Agriculture Pierce 6883 136 6556 135 0.01975882609327328 0.020591824283099452 0.019766051713961976

Commissioner Of Agriculture Pike 8534 178 8230 173 0.0208577454886337 0.021020656136087484 0.7736584610786061

Commissioner Of Agriculture Polk 12859 350 12412 346 0.027218290691344585 0.027876248791492104 0.011248907253610831

Commissioner Of Agriculture Pulaski 3622 139 3390 134 0.038376587520706794 0.03952802359882006 0.21792720915492161

Commissioner Of Agriculture Putnam 9321 213 8723 211 0.022851625362085612 0.02418892582827009 0.00015800048949432007

Commissioner Of Agriculture Quitman 940 57 880 48 0.06063829787234042 0.05454545454545454 0.015142775824741057

Commissioner Of Agriculture Rabun 7578 152 6735 134 0.020058062813407232 0.019896065330363772 0.8527064272130306

Commissioner Of Agriculture Randolph 2788 114 2475 100 0.040889526542324243 0.04040404040404041 0.8050653605089502

Commissioner Of Agriculture Richmond 70043 1867 64729 1777 0.026655054752080864 0.02745291909345116 1.51485308148801e-06

Commissioner Of Agriculture Rockdale 36600 740 34747 703 0.020218579234972677 0.02023196247158028 1.0242105739825176

Commissioner Of Agriculture Schley 1931 64 1835 63 0.033143448990160536 0.03433242506811989 0.3231816572502484

Commissioner Of Agriculture Screven 5407 172 5136 166 0.03181061586831885 0.0323208722741433 0.46460315141168645

Commissioner Of Agriculture Seminole 3214 79 2950 77 0.024579962663347853 0.02610169491525424 0.0718 3072317375924

Commissioner Of Agriculture Spalding 24385 783 23102 741 0.0321099036292803 0.032075145009090124 0.9 426148358611455

Commissioner Of Agriculture Stephens 9069 213 8533 205 0.023486602712537216 0.024024375952185633 0.2 1984157340157248

Commissioner Of Agriculture Stewart 1784 144 1551 128 0.08071748878923767 0.08252740167633785 0.5637 205151816366

Commissioner Of Agriculture Sumter 10556 309 9679 283 0.029272451686244788 0.029238557702241968 1.00 67470785678843

Commissioner Of Agriculture Talbot 2952 173 2667 151 0.05860433604336043 0.05661792275965504 0.20864 89923570343

Commissioner Of Agriculture Taliaferro 917 73 755 60 0.07960741548527808 0.07947019867549669 1.07781 1397664632

Commissioner Of Agriculture Tattnall 6639 230 6247 224 0.03464377165235728 0.03585721146150152 0.029 26970732106733

Commissioner Of Agriculture Taylor 3265 94 3022 91 0.02879019908116386 0.030112508272667107 0.142539 26273356501

Commissioner Of Agriculture Telfair 3631 141 3300 137 0.03883227760947398 0.04151515151515151 0.0053 08582079090159

Commissioner Of Agriculture Terrell 3930 149 3603 145 0.03791348600508906 0.04024424091035248 0.0077 94963268893247

Commissioner Of Agriculture Thomas 17241 444 16250 428 0.025752566556464244 0.02633846153846154 0.05 102983221980129

Commissioner Of Agriculture Tift 13669 397 13108 384 0.029043821786524253 0.02929508696978944 0.4844 81040127764

Commissioner Of Agriculture Toombs 8851 268 8170 252 0.03027906451248466 0.03084455324357405 0.3382 597394625828

Commissioner Of Agriculture Towns 6132 187 5848 182 0.03049575994781474 0.03112175102599179 0.255896 47467919446

Commissioner Of Agriculture Treutlen 2610 104 2464 96 0.03984674329501916 0.03896103896103896 0.4464 741150926797

Commissioner Of Agriculture Troup 23663 614 22399 587 0.025947682035244897 0.026206527077101655 0.33 58676933311447

Commissioner Of Agriculture Turner 3269 107 3121 106 0.03273172223921689 0.033963473245754564 0.0808 2989289376843

Commissioner Of Agriculture Twiggs 3787 150 3512 146 0.039609189331925004 0.041571753986332574 0.024 582185865480236

Commissioner Of Agriculture Union 11863 288 11381 283 0.02427716429233752 0.024866004744750023 0.042 59094929138161

Commissioner Of Agriculture Upson 10558 320 9956 306 0.03030877060049252 0.030735235034150262 0.3614 208256850461

Commissioner Of Agriculture Walker 21451 507 20638 489 0.02363526175935854 0.023694156410504895 0.89

31048690923495
Commissioner Of Agriculture Walton 38635 883 36866 845 0.02285492429144558 0.02292084847827266 0.769
5640396167929
Commissioner Of Agriculture Ware 11004 278 10377 264 0.025263540530716104 0.025440878866724487 0.750
3093640280006
Commissioner Of Agriculture Warren 2260 92 2073 89 0.04070796460176991 0.04293294741919923 0.0896653
9264026248
Commissioner Of Agriculture Washington 8159 380 7432 358 0.046574335090084566 0.04817007534983853 0.
028638214550277152
Commissioner Of Agriculture Wayne 10122 262 9621 259 0.02588421260620431 0.026920278557322524 0.0015
80179742029864
Commissioner Of Agriculture Webster 1100 32 948 28 0.02909090909090909 0.029535864978902954 1.080491
4512301
Commissioner Of Agriculture Wheeler 1927 73 1812 73 0.03788271925272444 0.04028697571743929 0.020493
746725996857
Commissioner Of Agriculture White 11434 210 10897 207 0.01836627601889103 0.018996053959805453 0.019
277518251516152
Commissioner Of Agriculture Whitfield 27302 778 26285 759 0.028496080873196102 0.028875784668061632
0.05753599069685485
Commissioner Of Agriculture Wilcox 2815 87 2610 82 0.030905861456483125 0.031417624521072794 0.76523
82515687487
Commissioner Of Agriculture Wilkes 4371 170 4070 163 0.03889270189887897 0.04004914004914005 0.18124
978512496914
Commissioner Of Agriculture Wilkinson 4264 184 3994 175 0.043151969981238276 0.043815723585378066 0.
5208404802833192
Commissioner Of Agriculture Worth 7831 220 7526 215 0.028093474652024008 0.028567632208344407 0.2714
376992202313
Commissioner Of Insurance Appling 6806 202 6276 189 0.02967969438730532 0.03011472275334608 0.567983
8956594965
Commissioner Of Insurance Atkinson 2520 116 2432 116 0.046031746031746035 0.047697368421052634 0.029
336390805863755
Commissioner Of Insurance Bacon 3829 108 3655 106 0.02820579785844868 0.029001367989056087 0.2461704
2275254092
Commissioner Of Insurance Baker 1291 62 1150 55 0.048024786986831915 0.04782608695652174 1.050494279
0029186
Commissioner Of Insurance Baldwin 15633 419 14475 402 0.026802277234056163 0.0277720207253886 0.0061
53271306562673
Commissioner Of Insurance Banks 6852 118 6629 115 0.017221249270286048 0.017348016292050083 0.921992
6406934561
Commissioner Of Insurance Barrow 27398 439 26135 422 0.016023067377180816 0.016146929405012434 0.543
6282699429879
Commissioner Of Insurance Bartow 37327 561 35759 552 0.015029335333672676 0.015436673285047121 0.000
8533421633813795

Commissioner Of Insurance Ben Hill 5533 110 5213 104 0.019880715705765408 0.0199501246882793 1.09239
49379629525
Commissioner Of Insurance Berrien 6247 145 5925 141 0.023211141347846968 0.02379746835443038 0.24865
68873329365
Commissioner Of Insurance Bibb 60460 1219 55999 1170 0.020162090638438636 0.02089323023625422 1.2928
559864607981e-06
Commissioner Of Insurance Bleckley 4855 147 4598 142 0.030278063851699278 0.030882992605480643 0.400
82737693002407
Commissioner Of Insurance Brantley 5689 174 5501 170 0.030585340130075585 0.03090347209598255 0.6234
390961414006
Commissioner Of Insurance Brooks 5696 161 5231 148 0.028265449438202247 0.02829286943223093 1.113128
140291477
Commissioner Of Insurance Bryan 14970 253 14388 246 0.016900467601870407 0.017097581317764805 0.4555
345033053648
Commissioner Of Insurance Bulloch 23543 535 22467 518 0.02272437667247165 0.023056037744247117 0.134
47737130398127
Commissioner Of Insurance Burke 8719 206 7751 195 0.02362656267920633 0.025158044123338923 0.0058511
42118709827
Commissioner Of Insurance Butts 8863 179 8483 173 0.020196321787205235 0.020393728633738065 0.695239
1728605432
Commissioner Of Insurance Calhoun 1899 47 1714 42 0.024749868351764088 0.024504084014002333 0.979059
2640046367
Commissioner Of Insurance Camden 17053 302 15860 288 0.017709493930686684 0.01815889029003783 0.1192
8920072353914
Commissioner Of Insurance Candler 3538 87 3418 83 0.02459016393442623 0.024283206553540083 0.6825772
992163125
Commissioner Of Insurance Carroll 41739 585 40221 568 0.014015668798964997 0.014121976082146142 0.40
62706818543072
Commissioner Of Insurance Catoosa 23725 415 23185 408 0.017492096944151738 0.01759758464524477 0.538
2055176232818
Commissioner Of Insurance Charlton 3369 97 3206 94 0.02879192638765212 0.029320024953212728 0.600573
4745549665
Commissioner Of Insurance Chatham 103338 2178 97161 2070 0.02107646751437032 0.021304844536388055 0.
04313203064809183
Commissioner Of Insurance Chattahoochee 1102 39 1067 39 0.03539019963702359 0.03655107778819119 0.55
53261047360464
Commissioner Of Insurance Chattooga 7427 210 7202 209 0.02827521206409048 0.029019716745348513 0.022
088855901694418
Commissioner Of Insurance Cherokee 106299 1623 100987 1535 0.01526825275872774 0.015199976234564845
 0.4581307468728878
Commissioner Of Insurance Clarke 43261 1053 40239 999 0.02434063012875338 0.024826660702303736 0.015
629975148665907
Commissioner Of Insurance Clay 1186 40 1043 35 0.03372681281618887 0.03355704697986577 1.07975564337

36193

Commissioner Of Insurance Clayton 91840 1574 85993 1493 0.017138501742160278 0.017361878292419152 0.046216961774423665

Commissioner Of Insurance Clinch 2254 87 2145 87 0.0385980479148181 0.04055944055944056 0.024580794997371844

Commissioner Of Insurance Cobb 310381 4904 284480 4426 0.01579993620743538 0.015558211473565804 0.0005065731842968168

Commissioner Of Insurance Coffee 12595 395 12200 388 0.03136165144898769 0.03180327868852459 0.13533078437339383

Commissioner Of Insurance Colquitt 12953 436 12439 432 0.03366015594842894 0.03472947986172522 0.00019570880762865048

Commissioner Of Insurance Columbia 61591 860 58655 823 0.013963079021285577 0.014031199386241582 0.5843249477646298

Commissioner Of Insurance Cook 5803 114 5559 112 0.019645011201102878 0.020147508544702285 0.26986517204839405

Commissioner Of Insurance Coweta 58056 861 55244 839 0.014830508474576272 0.015187169647382521 0.000886542152071974

Commissioner Of Insurance Crawford 4931 123 4697 119 0.02494423037923342 0.02533532041728763 0.5958384458571317

Commissioner Of Insurance Crisp 7024 242 6661 230 0.03445330296127563 0.03452934994745534 1.0315871775347882

Commissioner Of Insurance Dade 5450 180 5321 173 0.03302752293577982 0.03251268558541628 0.2671981765473912

Commissioner Of Insurance Dawson 11570 165 11131 162 0.014261019878997408 0.014553948432306172 0.2454927998904155

Commissioner Of Insurance DeKalb 310968 6840 291296 6430 0.021995832368603842 0.02207376689003625 0.26402260463226673

Commissioner Of Insurance Decatur 9043 210 8495 205 0.023222381952891738 0.02413184226015303 0.020571201467088452

Commissioner Of Insurance Dodge 7051 304 6603 291 0.0431144518508013 0.04407087687414812 0.1511754240719516

Commissioner Of Insurance Dooly 3793 143 3597 137 0.037701028209860266 0.038087294968028915 0.7691631433125591

Commissioner Of Insurance Dougherty 31297 711 29353 684 0.02271783238010033 0.02330255851190679 0.0054996173623880484

Commissioner Of Insurance Douglas 55197 648 51964 620 0.011739768465677482 0.011931337079516588 0.10221558504020836

Commissioner Of Insurance Early 4131 83 3658 79 0.020091987412248852 0.021596500820120285 0.06214898139471192

Commissioner Of Insurance Echols 1143 35 1108 35 0.03062117235345582 0.0315884476534296 0.6622359192934354

Commissioner Of Insurance Effingham 23365 360 22615 346 0.015407661031457309 0.015299579924828654 0.5379662474384439

Commissioner Of Insurance Elbert 7319 183 6756 181 0.02500341576718131 0.02679100059206631 9.9413912
59928465e-05
Commissioner Of Insurance Emanuel 7710 267 7320 259 0.03463035019455253 0.03538251366120219 0.140121
81180016006
Commissioner Of Insurance Evans 3447 123 3248 121 0.03568320278503046 0.03725369458128079 0.04539806
451063482
Commissioner Of Insurance Fannin 11203 236 10545 224 0.02106578595019191 0.021242294926505454 0.7291
529157583581
Commissioner Of Insurance Fayette 57962 912 55315 868 0.015734446706462856 0.015691946126728737 0.75
10685224899837
Commissioner Of Insurance Floyd 30225 641 28965 625 0.02120760959470637 0.021577766269635767 0.03102
4462166436093
Commissioner Of Insurance Forsyth 93239 1388 88811 1294 0.014886474543914027 0.014570267196631048 0.
0008722981245968133
Commissioner Of Insurance Franklin 8149 132 7761 127 0.016198306540679837 0.01636387063522742 0.7893
912383598669
Commissioner Of Insurance Fulton 421806 9803 403964 9326 0.02324054186047614 0.023086215603370597 0.
0020795471360121314
Commissioner Of Insurance Gilmer 12471 240 11912 234 0.019244647582391146 0.01964405641370047 0.1643
2165058933113
Commissioner Of Insurance Glascock 1300 61 1219 60 0.04692307692307692 0.04922067268252666 0.1887920
603720064
Commissioner Of Insurance Glynn 32501 640 30689 623 0.01969170179379096 0.020300433380038452 0.00054
06635274737328
Commissioner Of Insurance Gordon 17772 397 17225 383 0.022338510015755122 0.02223512336719884 0.6789
228087177381
Commissioner Of Insurance Grady 8356 168 7956 162 0.020105313547151747 0.020361990950226245 0.599397
2867924724
Commissioner Of Insurance Greene 8989 141 8366 132 0.015685838246746023 0.015778149653358834 0.96487
6282138765
Commissioner Of Insurance Gwinnett 312709 4812 292312 4548 0.015388108433079957 0.015558718082049318
 0.0029673991111008186
Commissioner Of Insurance Habersham 15495 311 14642 300 0.020070990642142628 0.020489004234394207 0.
14532288038983154
Commissioner Of Insurance Hall 67282 1176 63789 1136 0.017478671858743796 0.017808713101004875 0.004
080794341835784
Commissioner Of Insurance Hancock 3539 155 3049 142 0.0437976829612885 0.0465726467694326 0.04797544
327364643
Commissioner Of Insurance Haralson 10585 154 10192 152 0.014548889938592347 0.014913657770800628 0.1
4135757314066358
Commissioner Of Insurance Harris 15972 307 15243 296 0.019221136989732032 0.019418749589975727 0.501
2584470605063
Commissioner Of Insurance Hart 9618 290 9178 284 0.030151798710750674 0.03094356068860318 0.03728487

8878054276

Commissioner Of Insurance Heard 4051 84 3773 81 0.020735620834361885 0.02146832759077657 0.321847439
65922524

Commissioner Of Insurance Henry 98365 1387 93368 1320 0.014100543892644741 0.01413760603204524 0.727
164629452536

Commissioner Of Insurance Houston 59158 880 55968 826 0.014875418371141688 0.014758433390508863 0.36
095012176213315

Commissioner Of Insurance Irwin 3556 79 3423 78 0.02221597300337458 0.022787028921998246 0.393975710
87897026

Commissioner Of Insurance Jackson 26889 392 25870 381 0.014578452155156383 0.014727483571704678 0.37
492960854285107

Commissioner Of Insurance Jasper 5907 112 5486 109 0.018960555273404435 0.01986875683558148 0.073034
42493254297

Commissioner Of Insurance Jeff Davis 4815 165 4586 159 0.03426791277258567 0.03467073702573049 0.645
1787714063169

Commissioner Of Insurance Jefferson 6756 280 6149 265 0.04144464179988159 0.04309643844527566 0.0300
32860454349275

Commissioner Of Insurance Jenkins 2856 80 2668 76 0.028011204481792718 0.02848575712143928 0.7700539
175804989

Commissioner Of Insurance Johnson 3483 135 3247 130 0.03875968992248062 0.04003695719125346 0.188946
20119986613

Commissioner Of Insurance Jones 12432 250 11648 233 0.02010939510939511 0.020003434065934064 0.81938
74000917354

Commissioner Of Insurance Lamar 7346 148 6942 145 0.020147018785733734 0.020887352348026505 0.067206
51190652573

Commissioner Of Insurance Lanier 2679 105 2571 102 0.03919372900335946 0.039673278879813305 0.760420
480591173

Commissioner Of Insurance Laurens 18939 542 17653 512 0.028618195258461376 0.029003568798504503 0.27
23346880644598

Commissioner Of Insurance Lee 13549 215 13069 209 0.015868329766034393 0.015992042237355574 0.713515
4880272536

Commissioner Of Insurance Liberty 15358 242 14408 233 0.015757260059903633 0.016171571349250416 0.12
65576043217077

Commissioner Of Insurance Lincoln 3967 92 3617 91 0.023191328459793294 0.0251589715233619 0.00372563
00568780593

Commissioner Of Insurance Long 3988 109 3819 108 0.027331995987963893 0.028279654359780047 0.0995081
9086457949

Commissioner Of Insurance Lowndes 35212 586 33322 551 0.016642053845280017 0.016535622111517916 0.56
10986593266845

Commissioner Of Insurance Lumpkin 11551 195 11084 189 0.01688165526794217 0.017051605918440994 0.641
7598645388906

Commissioner Of Insurance Macon 4217 203 3886 189 0.048138487076120465 0.048636129696345856 0.723511
1529475178

Commissioner Of Insurance Madison 11697 253 11170 246 0.0216294776438403 0.022023276633840645 0.2221
319144394928
Commissioner Of Insurance Marion 2930 87 2689 84 0.029692832764505118 0.031238378579397545 0.1260339
031313447
Commissioner Of Insurance McDuffie 8792 171 7924 163 0.019449499545040945 0.020570418980312973 0.019
492377535967952
Commissioner Of Insurance McIntosh 5408 138 4968 133 0.0255175147928994 0.02677133655394525 0.05273
99118993246
Commissioner Of Insurance Meriwether 8639 203 8156 200 0.023498090056719528 0.024521824423737126 0.0
057895548263675045
Commissioner Of Insurance Miller 2313 101 2181 95 0.043666234327712924 0.04355800091701054 1.0443027
294471856
Commissioner Of Insurance Mitchell 7446 175 6882 170 0.02350255170561375 0.024702121476315026 0.0136
22770568186419
Commissioner Of Insurance Monroe 12932 268 12236 267 0.020723785957315187 0.021820856489048707 1.028
886370955777e-05
Commissioner Of Insurance Montgomery 3528 104 3317 99 0.02947845804988662 0.029846246608381068 0.804
8672802314136
Commissioner Of Insurance Morgan 9554 186 9144 177 0.01946828553485451 0.01935695538057743 0.8095429
924497335
Commissioner Of Insurance Murray 11091 317 10826 310 0.028581732936615274 0.0286347681507482 1.02323
32872362426
Commissioner Of Insurance Muscogee 63141 1341 58719 1285 0.021238181213474604 0.021883887668386722
 1.5091256517073328e-05
Commissioner Of Insurance Newton 43129 756 40394 724 0.017528808922070996 0.01792345397831361 0.0148
68729562152303
Commissioner Of Insurance Oconee 20733 411 19802 396 0.019823469830704675 0.019997980002019997 0.487
9189591194687
Commissioner Of Insurance Oglethorpe 6484 160 6075 155 0.024676125848241828 0.02551440329218107 0.11
137423995000943
Commissioner Of Insurance Paulding 61222 860 57915 812 0.014047237921008787 0.014020547353880686 0.8
569631645273011
Commissioner Of Insurance Peach 10355 224 9910 217 0.021632061805890872 0.021897073662966702 0.49427
104045355846
Commissioner Of Insurance Pickens 13362 260 13140 258 0.01945816494536746 0.019634703196347032 0.379
36204718576033
Commissioner Of Insurance Pierce 6883 124 6556 123 0.018015400261513874 0.0187614399023795 0.0330389
34216622275
Commissioner Of Insurance Pike 8534 129 8230 125 0.015116006561987345 0.015188335358444714 1.0225660
054540902
Commissioner Of Insurance Polk 12859 277 12412 274 0.02154133291857843 0.0220754108926845 0.02355234
526323607
Commissioner Of Insurance Pulaski 3622 146 3390 134 0.04030922142462728 0.03952802359882006 0.445646

5396560294
Commissioner Of Insurance Putnam 9321 170 8723 166 0.01823838643922326 0.019030150177691163 0.026291
30739458383
Commissioner Of Insurance Quitman 940 57 880 50 0.06063829787234042 0.056818181818181816 0.127461222
98293755
Commissioner Of Insurance Rabun 7578 147 6735 128 0.019398258115597783 0.019005196733481812 0.554528
0171146294
Commissioner Of Insurance Randolph 2788 112 2475 106 0.040172166427546625 0.042828282828282827 0.048
22841355147525
Commissioner Of Insurance Richmond 70043 1455 64729 1361 0.020772953756977856 0.021026124302862704
0.10692914339934204
Commissioner Of Insurance Rockdale 36600 535 34747 516 0.014617486338797813 0.014850202895213976 0.1
2088207582654972
Commissioner Of Insurance Schley 1931 59 1835 59 0.030554117037804248 0.032152588555858314 0.0941552
7581014056
Commissioner Of Insurance Screven 5407 180 5136 176 0.03329017939707786 0.03426791277258567 0.094761
8447041712
Commissioner Of Insurance Seminole 3214 66 2950 59 0.020535158680771624 0.02 0.5929414328724583
Commissioner Of Insurance Spalding 24385 577 23102 549 0.02366208734877999 0.023764176261795517 0.74
37899597725126
Commissioner Of Insurance Stephens 9069 186 8533 175 0.020509427720807147 0.020508613617719443 1.088
2079447468032
Commissioner Of Insurance Stewart 1784 142 1551 130 0.0795964125560538 0.08381689232753063 0.1057103
590128202
Commissioner Of Insurance Sumter 10556 269 9679 249 0.02548313755210307 0.02572579811964046 0.697496
3905397773
Commissioner Of Insurance Talbot 2952 152 2667 128 0.051490514905149054 0.047994000749906264 0.01875
488050623625
Commissioner Of Insurance Taliaferro 917 78 755 66 0.08505997818974918 0.08741721854304636 0.7092352
229470019
Commissioner Of Insurance Tattnall 6639 211 6247 206 0.03178189486368429 0.032975828397630864 0.0242
17341602327063
Commissioner Of Insurance Taylor 3265 94 3022 90 0.02879019908116386 0.029781601588352084 0.31796799
25306423
Commissioner Of Insurance Telfair 3631 130 3300 127 0.035802809143486644 0.03848484848484848 0.00321
74486990850263
Commissioner Of Insurance Terrell 3930 116 3603 115 0.029516539440203562 0.031917846239245075 0.0008
528712573486075
Commissioner Of Insurance Thomas 17241 398 16250 387 0.0230845078591729 0.023815384615384617 0.00717
5949411189903
Commissioner Of Insurance Tift 13669 379 13108 369 0.027726973443558418 0.02815074763503204 0.172475
84801358476
Commissioner Of Insurance Toombs 8851 245 8170 232 0.027680488080442888 0.02839657282741738 0.183958

41994439988

Commissioner Of Insurance Towns 6132 145 5848 137 0.02364644487932159 0.023426812585499317 0.7146838
828010001

Commissioner Of Insurance Treutlen 2610 95 2464 87 0.03639846743295019 0.03530844155844156 0.3171974
266823648

Commissioner Of Insurance Troup 23663 480 22399 456 0.020284832861429236 0.02035805169873655 0.83700
61260797561

Commissioner Of Insurance Turner 3269 112 3121 112 0.034261241970021415 0.035885933995514256 0.01017
1015801582785

Commissioner Of Insurance Twiggs 3787 119 3512 116 0.031423290203327174 0.03302961275626424 0.043907
17582182362

Commissioner Of Insurance Union 11863 245 11381 236 0.020652448790356572 0.020736314910816272 0.9198
361614043107

Commissioner Of Insurance Upson 10558 255 9956 244 0.024152301572267474 0.02450783447167537 0.412434
04148678947

Commissioner Of Insurance Walker 21451 446 20638 433 0.020791571488508694 0.02098071518558 0.3989477
5966656193

Commissioner Of Insurance Walton 38635 676 36866 652 0.017497088132522324 0.017685672435306245 0.225
45556399095382

Commissioner Of Insurance Ware 11004 197 10377 189 0.017902580879680115 0.01821335646140503 0.404701
7050157945

Commissioner Of Insurance Warren 2260 76 2073 73 0.033628318584070796 0.035214664737095995 0.2248406
0259869723

Commissioner Of Insurance Washington 8159 326 7432 302 0.03995587694570413 0.040635091496232505 0.36
90963167337582

Commissioner Of Insurance Wayne 10122 247 9621 242 0.02440229203714681 0.025153310466687454 0.029579
619415050117

Commissioner Of Insurance Webster 1100 40 948 37 0.03636363636363636 0.039029535864978905 0.34589408
24533175

Commissioner Of Insurance Wheeler 1927 69 1812 69 0.03580695381421899 0.0380794701986755 0.026467157
79927298

Commissioner Of Insurance White 11434 184 10897 179 0.016092356130837853 0.016426539414517757 0.2620
885052452319

Commissioner Of Insurance Whitfield 27302 702 26285 690 0.0257124020218299 0.026250713334601484 0.00
2542502473291031

Commissioner Of Insurance Wilcox 2815 87 2610 81 0.030905861456483125 0.03103448275862069 1.09976431
68048414

Commissioner Of Insurance Wilkes 4371 170 4070 162 0.03889270189887897 0.039803439803439804 0.321080
677871574

Commissioner Of Insurance Wilkinson 4264 136 3994 129 0.03189493433395872 0.03229844767150726 0.7225
83985586467

Commissioner Of Insurance Worth 7831 190 7526 185 0.02426254629038437 0.024581450969970768 0.4877053
221286879

State School Superintendent Appling 6806 195 6276 183 0.028651190126359093 0.029158699808795412 0.4771120754921914

State School Superintendent Atkinson 2520 113 2432 113 0.04484126984126984 0.046463815789473686 0.03280599862790262

State School Superintendent Bacon 3829 97 3655 95 0.025332985113606685 0.025991792065663474 0.3480673720794697

State School Superintendent Baker 1291 57 1150 51 0.044151820294345466 0.04434782608695652 1.1354902797323818

State School Superintendent Baldwin 15633 431 14475 416 0.02756988421927973 0.028739205526770294 0.008253423943003924

State School Superintendent Banks 6852 127 6629 122 0.018534734384121423 0.018403982501131393 0.7955487551255416

State School Superintendent Barrow 27398 464 26135 436 0.01693554274034601 0.016682609527453606 0.17987119954884662

State School Superintendent Bartow 37327 786 35759 773 0.02105714362257883 0.021616935596633014 8.673972666922682e-05

State School Superintendent Ben Hill 5533 93 5213 88 0.016808241460328936 0.016880874736236333 1.0948208491943126

State School Superintendent Berrien 6247 124 5925 122 0.0198495277733312 0.020590717299578058 0.08267237333754755

State School Superintendent Bibb 60460 1267 55999 1205 0.020956003969566657 0.021518241397167806 0.0003910091035865364

State School Superintendent Bleckley 4855 126 4598 120 0.025952626158599383 0.02609830361026533 0.9917008364000502

State School Superintendent Brantley 5689 117 5501 114 0.02056600457022324 0.020723504817305945 0.9105558450216902

State School Superintendent Brooks 5696 137 5231 123 0.02405196629213483 0.023513668514624355 0.4523844118780961

State School Superintendent Bryan 14970 245 14388 238 0.016366065464261857 0.016541562413122046 0.5175495584130659

State School Superintendent Bulloch 23543 489 22467 465 0.020770505033343243 0.02069702229937241 0.7783302048844566

State School Superintendent Burke 8719 185 7751 174 0.021218029590549376 0.022448716294671656 0.022975858202328326

State School Superintendent Butts 8863 180 8483 171 0.020309150400541577 0.020157962984793117 0.7334204214256573

State School Superintendent Calhoun 1899 39 1714 35 0.020537124802527645 0.020420070011668612 1.0727328582001299

State School Superintendent Camden 17053 296 15860 271 0.01735764968040814 0.01708701134930643 0.3787653152910472

State School Superintendent Candler 3538 82 3418 80 0.023176936122102882 0.023405500292568753 0.937134799146735

State School Superintendent Carroll 41739 748 40221 724 0.017920889336112508 0.018000546977946844 0.

6089822792818647
State School Superintendent Catoosa 23725 361 23185 353 0.015216016859852476 0.015225361224929911 1.1235690176103146
State School Superintendent Charlton 3369 64 3206 63 0.018996734936182844 0.019650655021834062 0.3504614516678216
State School Superintendent Chatham 103338 2082 97161 1953 0.020147477210706612 0.020100657671287863 0.6970026571648539
State School Superintendent Chattahoochee 1102 33 1067 33 0.029945553539019964 0.030927835051546393 0.6784191285226017
State School Superintendent Chattooga 7427 168 7202 166 0.022620169651272386 0.02304915301305193 0.215818173438752
State School Superintendent Cherokee 106299 1845 100987 1744 0.017356701380069426 0.0172695495459811 65 0.3691332435033265
State School Superintendent Clarke 43261 978 40239 908 0.022606967014169806 0.022565173090782573 0.8674453408158112
State School Superintendent Clay 1186 24 1043 17 0.02023608768971332 0.016299137104506232 0.037560376346500925
State School Superintendent Clayton 91840 1554 85993 1439 0.016920731707317074 0.016733920202807204 0.10771697419108171
State School Superintendent Clinch 2254 88 2145 86 0.03904170363797693 0.04009324009324009 0.38040648297886664
State School Superintendent Cobb 310381 5240 284480 4667 0.016882476697993757 0.01640537120359955 6.11344115570655e-11
State School Superintendent Coffee 12595 317 12200 310 0.02516871774513696 0.02540983606557377 0.4356254077327964
State School Superintendent Colquitt 12953 342 12439 332 0.026403149849455725 0.026690248412251788 0.3938880327956586
State School Superintendent Columbia 61591 858 58655 789 0.01393060674449189 0.013451538658255904 4.05487954930408e-05
State School Superintendent Cook 5803 79 5559 78 0.013613648113044977 0.014031300593631947 0.29637208112324825
State School Superintendent Coweta 58056 946 55244 908 0.01629461209866336 0.01643617406415176 0.2607627961414206
State School Superintendent Crawford 4931 132 4697 124 0.02676941796795782 0.026399829678518203 0.5778323994484768
State School Superintendent Crisp 7024 250 6661 241 0.03559225512528474 0.036180753640594504 0.31884863431599786
State School Superintendent Dade 5450 155 5321 150 0.028440366972477066 0.028190189813944746 0.6099410924283258
State School Superintendent Dawson 11570 200 11131 193 0.01728608470181504 0.017338963255772166 1.018667962393448
State School Superintendent DeKalb 310968 7013 291296 6369 0.02255215970775128 0.021864357903987695 8.832174502070971e-21

State School Superintendent Decatur 9043 199 8495 192 0.02200597146964503 0.022601530311948205 0.156 10734854515299

State School Superintendent Dodge 7051 303 6603 288 0.04297262799602893 0.04361653793730123 0.369143 9864099541

State School Superintendent Dooly 3793 147 3597 140 0.038755602425520695 0.03892132332499305 1.01340 92203335676

State School Superintendent Dougherty 31297 609 29353 565 0.01945873406396779 0.019248458419923006 0.33495070196864307

State School Superintendent Douglas 55197 739 51964 690 0.013388408790332807 0.013278423523978138 0. 4064779656017571

State School Superintendent Early 4131 77 3658 63 0.018639554587267005 0.01722252597047567 0.1035389 1913337368

State School Superintendent Echols 1143 30 1108 30 0.026246719160104987 0.02707581227436823 0.777180 3067064711

State School Superintendent Effingham 23365 371 22615 365 0.01587845067408517 0.016139730267521555 0.08892005647010105

State School Superintendent Elbert 7319 90 6756 86 0.01229676185271212 0.012729425695677915 0.335092 8137567028

State School Superintendent Emanuel 7710 246 7320 235 0.031906614785992216 0.03210382513661202 0.810 5044256943981

State School Superintendent Evans 3447 108 3248 103 0.031331592689295036 0.031711822660098525 0.8001 316163212286

State School Superintendent Fannin 11203 244 10545 227 0.02177980038918147 0.02152678994784258 0.533 9469680426268

State School Superintendent Fayette 57962 929 55315 877 0.016027742313929817 0.015854650637259333 0. 15677194276144643

State School Superintendent Floyd 30225 570 28965 547 0.018858560794044667 0.018884861039185224 0.98 07332781140115

State School Superintendent Forsyth 93239 1448 88811 1355 0.015529982089039994 0.01525711905056806 0.0046071886643395624

State School Superintendent Franklin 8149 141 7761 141 0.017302736532089826 0.01816776188635485 0.00 19368824247125872

State School Superintendent Fulton 421806 10056 403964 9505 0.023840343665097224 0.02352932439524314 1.677942601159474e-09

State School Superintendent Gilmer 12471 272 11912 267 0.021810600593376635 0.022414372061786435 0.0 30792139036562104

State School Superintendent Glascock 1300 54 1219 53 0.04153846153846154 0.043478260869565216 0.2731 5182925752823

State School Superintendent Glynn 32501 572 30689 549 0.017599458478200672 0.017889145948059567 0.11 287474627348418

State School Superintendent Gordon 17772 406 17225 389 0.02284492460049516 0.022583454281567487 0.24 880918180334075

State School Superintendent Grady 8356 134 7956 126 0.016036381043561514 0.01583710407239819 0.62376

71843382813

State School Superintendent Greene 8989 129 8366 118 0.014350873289576148 0.014104709538608654 0.562 7746710775136

State School Superintendent Gwinnett 312709 4599 292312 4335 0.014706963982488512 0.0148300446098689 08 0.03028291354 7278714

State School Superintendent Habersham 15495 308 14642 292 0.019877379799935462 0.019942630788143696 0.9370345876384635

State School Superintendent Hall 67282 1282 63789 1212 0.019054130376623762 0.01900014109015661 0.69 66727236037483

State School Superintendent Hancock 3539 153 3049 137 0.043232551568239616 0.04493276484093145 0.258 65561780016794

State School Superintendent Haralson 10585 192 10192 189 0.018138875767595656 0.018543956043956044 0.13962300215772466

State School Superintendent Harris 15972 269 15243 255 0.016841973453543702 0.016728990356229087 0.6 910381482065708

State School Superintendent Hart 9618 213 9178 207 0.022145976294447912 0.02255393331880584 0.276358 4981513938

State School Superintendent Heard 4051 83 3773 77 0.020488768205381386 0.02040816326530612 1.0192196 825461242

State School Superintendent Henry 98365 1353 93368 1260 0.013754892492248259 0.013494987576043184 0. 004506562943254488

State School Superintendent Houston 59158 871 55968 813 0.014723283410527739 0.014526157804459691 0. 1182267150190979

State School Superintendent Irwin 3556 66 3423 65 0.01856017997750281 0.018989190768331873 0.5702910 646805474

State School Superintendent Jackson 26889 378 25870 364 0.014057793149615085 0.01407035175879397 1.0 703407333723374

State School Superintendent Jasper 5907 108 5486 103 0.018283392585068562 0.018775063798760483 0.415 8034362786885

State School Superintendent Jeff Davis 4815 183 4586 178 0.038006230529595016 0.03881378107283035 0. 24783972808352797

State School Superintendent Jefferson 6756 225 6149 212 0.03330373001776199 0.03447715075622052 0.09 903750571278594

State School Superintendent Jenkins 2856 73 2668 69 0.025560224089635854 0.02586206896551724 0.93697 53316979214

State School Superintendent Johnson 3483 145 3247 132 0.04163077806488659 0.04065291037881121 0.3612 376643218168

State School Superintendent Jones 12432 225 11648 207 0.018098455598455597 0.017771291208791208 0.35 54373827027357

State School Superintendent Lamar 7346 142 6942 134 0.019330247753879662 0.01930279458369346 1.04898 1239192677

State School Superintendent Lanier 2679 97 2571 94 0.036207540126913025 0.036561649163749516 0.88828 71187382473

State School Superintendent Laurens 18939 482 17653 447 0.025450129362690744 0.0253214751033186 0.728489328829162

State School Superintendent Lee 13549 196 13069 190 0.014466012251826704 0.014538220215777794 0.9091228972568559

State School Superintendent Liberty 15358 221 14408 208 0.014389894517515302 0.014436424208772903 0.9938912476817579

State School Superintendent Lincoln 3967 83 3617 80 0.0209226115452483 0.02211777716339508 0.11263241782844156

State School Superintendent Long 3988 98 3819 95 0.02457372116349047 0.024875621890547265 0.7936596075699773

State School Superintendent Lowndes 35212 531 33322 491 0.015080086334204249 0.014735009903367145 0.04036095323253735

State School Superintendent Lumpkin 11551 222 11084 211 0.01921911522811878 0.01903644893540238 0.5745926613328292

State School Superintendent Macon 4217 170 3886 158 0.04031301873369694 0.040658775090066906 0.8341432088475947

State School Superintendent Madison 11697 236 11170 229 0.020176113533384627 0.020501342882721575 0.319435997805081

State School Superintendent Marion 2930 71 2689 70 0.024232081911262797 0.026031982149497954 0.031462393825256625

State School Superintendent McDuffie 8792 148 7924 133 0.01683348498635123 0.01678445229681979 0.9957796303183759

State School Superintendent McIntosh 5408 288 4968 266 0.05325443786982249 0.0535426731078905 0.8574565138915832

State School Superintendent Meriwether 8639 189 8156 184 0.021877532121773353 0.022560078469838155 0.08487354871435074

State School Superintendent Miller 2313 115 2181 107 0.04971897968006917 0.049060064190738197 0.6650957126177846

State School Superintendent Mitchell 7446 152 6882 140 0.0204136449100188 0.02034292356873002 0.9693955395994174

State School Superintendent Monroe 12932 285 12236 277 0.02203835446953294 0.02263811703170971 0.053743462438742284

State School Superintendent Montgomery 3528 131 3317 126 0.03713151927437642 0.03798613204703045 0.38646256017268044

State School Superintendent Morgan 9554 205 9144 193 0.02145698136906008 0.02110673665791776 0.3420055350378094

State School Superintendent Murray 11091 270 10826 259 0.024344062753583987 0.023923886938850916 0.11897870262090533

State School Superintendent Muscogee 63141 1170 58719 1094 0.01852995676343422 0.018631107477988386 0.5357343373652267

State School Superintendent Newton 43129 712 40394 667 0.016508613693802313 0.01651235331979997 1.0604952221422372

State School Superintendent Oconee 20733 411 19802 392 0.019823469830704675 0.019795980204019795 0.9

633638295129779
State School Superintendent Oglethorpe 6484 141 6075 134 0.021745835903763108 0.02205761316872428 0.653092603407015
State School Superintendent Paulding 61222 959 57915 901 0.015664303681683055 0.015557282223948891 0.4079777254588365
State School Superintendent Peach 10355 199 9910 191 0.019217769193626267 0.01927346115035318 1.0272574761231834
State School Superintendent Pickens 13362 281 13140 274 0.0210297859601856 0.02085235920852359 0.37534702001161835
State School Superintendent Pierce 6883 92 6556 89 0.013366264710155456 0.013575350823672972 0.7141748939273604
State School Superintendent Pike 8534 130 8230 124 0.015233184907429108 0.015066828675577158 0.6356719569210915
State School Superintendent Polk 12859 256 12412 249 0.019908235477097753 0.020061231066709637 0.6591002408179695
State School Superintendent Pulaski 3622 142 3390 128 0.03920485919381557 0.03775811209439528 0.1360640014240597
State School Superintendent Putnam 9321 182 8723 176 0.019525801952580194 0.0201765447667087 0.09551624952773365
State School Superintendent Quitman 940 48 880 39 0.05106382978723404 0.04431818181818182 0.004477594306767345
State School Superintendent Rabun 7578 178 6735 154 0.023489047242016364 0.022865627319970303 0.36862117342812606
State School Superintendent Randolph 2788 78 2475 74 0.027977044476327116 0.0298989898989899 0.10214764234631135
State School Superintendent Richmond 70043 1288 64729 1204 0.018388704081778336 0.01860062723045312 0.15582293102431713
State School Superintendent Rockdale 36600 518 34747 489 0.014153005464480874 0.014073157394883011 0.6296995554892242
State School Superintendent Schley 1931 53 1835 52 0.027446918694976695 0.028337874659400544 0.49731074391743596
State School Superintendent Screven 5407 156 5136 147 0.028851488810800813 0.028621495327102803 0.7619700449591733
State School Superintendent Seminole 3214 64 2950 58 0.019912881144990666 0.01966101694915254 0.8624292262561878
State School Superintendent Spalding 24385 601 23102 564 0.02464629895427517 0.024413470695177908 0.3638435030940898
State School Superintendent Stephens 9069 162 8533 155 0.017863049950380416 0.018164772061408648 0.5013622039502968
State School Superintendent Stewart 1784 124 1551 111 0.06950672645739911 0.07156673114119923 0.46464511045707857
State School Superintendent Sumter 10556 252 9679 238 0.023872679045092837 0.02458931707821056 0.12548345345390768

State School Superintendent Talbot 2952 133 2667 112 0.04505420054200542 0.04199475065616798 0.02940
3645848459184

State School Superintendent Taliaferro 917 84 755 65 0.0916030534351145 0.08609271523178808 0.273546
7300211541

State School Superintendent Tattnall 6639 192 6247 187 0.028920018075011298 0.029934368496878503 0.0
512304287954861

State School Superintendent Taylor 3265 74 3022 70 0.022664624808575805 0.02316346790205162 0.689222
433862807

State School Superintendent Telfair 3631 118 3300 116 0.032497934453318646 0.03515151515151515 0.001
8225924671151817

State School Superintendent Terrell 3930 104 3603 101 0.026463104325699746 0.028032195392728283 0.04
2944924238965045

State School Superintendent Thomas 17241 332 16250 314 0.01925642364132011 0.019323076923076922 0.91
61424159089993

State School Superintendent Tift 13669 278 13108 266 0.020337991074694563 0.020292950869697894 0.941
9558919724208

State School Superintendent Toombs 8851 220 8170 203 0.024855948480397697 0.02484700122399021 1.0597
873052210895

State School Superintendent Towns 6132 141 5848 133 0.02299412915851272 0.022742818057455542 0.65818
39569738592

State School Superintendent Treutlen 2610 123 2464 113 0.047126436781609195 0.04586038961038961 0.29
27317722836269

State School Superintendent Troup 23663 420 22399 389 0.01774922875375058 0.017366846734229207 0.087
26815668305059

State School Superintendent Turner 3269 88 3121 87 0.02691954726215968 0.02787568087151554 0.1696205
5567395418

State School Superintendent Twiggs 3787 134 3512 127 0.03538420913651967 0.03616173120728929 0.46140
09350453488

State School Superintendent Union 11863 247 11381 234 0.02082104020905336 0.02056058342852122 0.4117
397686890091

State School Superintendent Upson 10558 225 9956 214 0.021310854328471303 0.021494576134993972 0.726
1325043171444

State School Superintendent Walker 21451 396 20638 380 0.018460677823877676 0.018412636883418935 0.8
655142439782261

State School Superintendent Walton 38635 660 36866 636 0.01708295586903067 0.017251668203764985 0.28
00440127239453

State School Superintendent Ware 11004 161 10377 149 0.014631043256997456 0.014358677845234653 0.414
5154713741024

State School Superintendent Warren 2260 73 2073 71 0.032300884955752215 0.03424987940183309 0.100587
98537902545

State School Superintendent Washington 8159 325 7432 300 0.03983331290599338 0.040365984930032295 0.
5003791203270346

State School Superintendent Wayne 10122 217 9621 214 0.021438450899031812 0.022243010082112047 0.009

637923820089336

State School Superintendent Webster 1100 32 948 27 0.02909090909090909 0.028481012658227847 0.919508
5487727427

State School Superintendent Wheeler 1927 43 1812 43 0.022314478463933574 0.023730684326710817 0.1376
5854624008833

State School Superintendent White 11434 203 10897 195 0.017754066818261326 0.01789483344039644 0.762
894854399894

State School Superintendent Whitfield 27302 635 26285 609 0.02325836935023075 0.023169107856191744
 0.6761484127392939

State School Superintendent Wilcox 2815 79 2610 73 0.028063943161634103 0.027969348659003832 1.04065
67378425275

State School Superintendent Wilkes 4371 133 4070 120 0.030427819720887667 0.029484029484029485 0.249
66033173770433

State School Superintendent Wilkinson 4264 143 3994 136 0.03353658536585366 0.03405107661492238 0.61
134668209462

State School Superintendent Worth 7831 159 7526 153 0.020303920316690077 0.020329524315705554 1.1490
60650591179

Commissioner Of Labor Appling 6806 217 6276 203 0.03188363208933294 0.03234544295729764 0.5511946596
274736

Commissioner Of Labor Atkinson 2520 118 2432 117 0.046825396825396826 0.04810855263157895 0.14935732
493442994

Commissioner Of Labor Bacon 3829 114 3655 112 0.029772786628362496 0.03064295485636115 0.20247632293
816503

Commissioner Of Labor Baker 1291 62 1150 52 0.048024786986831915 0.04521739130434783 0.2584878767274
842

Commissioner Of Labor Baldwin 15633 455 14475 426 0.02910509818972686 0.029430051813471504 0.4510808
7944703434

Commissioner Of Labor Banks 6852 141 6629 136 0.02057793345008764 0.020515914919294012 0.9752235680
469857

Commissioner Of Labor Barrow 27398 536 26135 500 0.01956347178626177 0.01913143294432753 0.032073695
56063228

Commissioner Of Labor Bartow 37327 726 35759 709 0.019449728078870524 0.019827176375178276 0.0093688
45891485846

Commissioner Of Labor Ben Hill 5533 116 5213 109 0.020965118380625338 0.02090926529829273 1.02086678
833252

Commissioner Of Labor Berrien 6247 157 5925 152 0.025132063390427405 0.025654008438818564 0.34456571
65120737

Commissioner Of Labor Bibb 60460 1455 55999 1355 0.02406549784981806 0.02419686065822604 0.490887477
75698977

Commissioner Of Labor Bleckley 4855 163 4598 156 0.03357363542739444 0.033927794693344934 0.72010841
95472242

Commissioner Of Labor Brantley 5689 136 5501 131 0.02390578309017402 0.023813852026904198 0.93892448
00972285

Commissioner Of Labor Brooks 5696 141 5231 126 0.02475421348314607 0.024087172624737144 0.3480779448
286483

Commissioner Of Labor Bryan 14970 285 14388 273 0.01903807615230461 0.01897414512093411 0.8610456721
179405

Commissioner Of Labor Bulloch 23543 580 22467 554 0.024635772841184216 0.02465838785774692 1.0219336
341170084

Commissioner Of Labor Burke 8719 215 7751 197 0.024658791145773597 0.025416075345116758 0.2326662606
5941182

Commissioner Of Labor Butts 8863 173 8483 166 0.019519350107187184 0.019568548862430743 1.0697680592
5021

Commissioner Of Labor Calhoun 1899 50 1714 45 0.02632964718272775 0.026254375729288213 1.09320731312
46993

Commissioner Of Labor Camden 17053 366 15860 344 0.021462499266991144 0.021689785624211855 0.5311423
217904407

Commissioner Of Labor Candler 3538 88 3418 84 0.0248728094968909 0.024575775307197192 0.698226924220
8146

Commissioner Of Labor Carroll 41739 771 40221 747 0.018471932724789766 0.018572387558737972 0.501494
4420002873

Commissioner Of Labor Catoosa 23725 478 23185 467 0.020147523709167545 0.02014233340521889 1.0559159
493296444

Commissioner Of Labor Charlton 3369 90 3206 86 0.026714158504007122 0.026824703680598878 1.114907585
7404946

Commissioner Of Labor Chatham 103338 2491 97161 2347 0.02410536298360719 0.024155782670001336 0.7143
517068809174

Commissioner Of Labor Chattahoochee 1102 41 1067 41 0.03720508166969147 0.038425492033739454 0.51934
25024154349

Commissioner Of Labor Chattooga 7427 207 7202 205 0.027871280463174903 0.028464315467925577 0.092721
03578118218

Commissioner Of Labor Cherokee 106299 2291 100987 2175 0.021552413475197322 0.021537425609236834 0.9
108038290659155

Commissioner Of Labor Clarke 43261 1217 40239 1132 0.028131573472642796 0.028131911826834662 1.03442
90547944495

Commissioner Of Labor Clay 1186 41 1043 30 0.03456998313659359 0.028763183125599234 0.01353186696452
8613

Commissioner Of Labor Clayton 91840 1788 85993 1653 0.019468641114982577 0.01922249485423232 0.04738
114451584041

Commissioner Of Labor Clinch 2254 86 2145 82 0.038154392191659274 0.03822843822843823 1.193379477671
3196

Commissioner Of Labor Cobb 310381 6314 284480 5709 0.020342740051742858 0.020068194600674917 0.00046
464123434715

Commissioner Of Labor Coffee 12595 392 12200 382 0.03112346169114728 0.031311475409836066 0.61989282
65780838

Commissioner Of Labor Colquitt 12953 394 12439 382 0.03041766386165367 0.030709864136988504 0.418081

8727718646

Commissioner Of Labor Columbia 61591 1059 58655 980 0.017194070562257472 0.016707868041940157 0.0001404338532291466

Commissioner Of Labor Cook 5803 120 5559 118 0.02067895915905566 0.02122683935959705 0.2260421570053831

Commissioner Of Labor Coweta 58056 1096 55244 1044 0.018878324376464105 0.018897979871117226 0.9500099352398498

Commissioner Of Labor Crawford 4931 132 4697 124 0.02676941796795782 0.026399829678518203 0.5778323994484768

Commissioner Of Labor Crisp 7024 247 6661 237 0.03516514806378132 0.03558024320672572 0.5225759866501862

Commissioner Of Labor Dade 5450 195 5321 185 0.03577981651376147 0.03476790077053186 0.033316764812938986

Commissioner Of Labor Dawson 11570 226 11131 219 0.019533275713050993 0.019674782139969454 0.7401358822146

Commissioner Of Labor DeKalb 310968 8118 291296 7459 0.026105579995369298 0.025606256179281556 1.1421846292792532e-10

Commissioner Of Labor Decatur 9043 227 8495 211 0.02510228906336393 0.024838140082401414 0.6024246887862326

Commissioner Of Labor Dodge 7051 299 6603 283 0.042405332576939445 0.04285930637588975 0.5590898217862827

Commissioner Of Labor Dooly 3793 156 3597 150 0.041128394410756657 0.041701417848206836 0.588382049663891

Commissioner Of Labor Dougherty 31297 674 29353 638 0.02153561044189539 0.02173542738391306 0.3896512928841446

Commissioner Of Labor Douglas 55197 852 51964 804 0.015435621501168542 0.015472250019244092 0.8523595466196648

Commissioner Of Labor Early 4131 86 3658 73 0.020818203824739773 0.019956260251503554 0.3591366837836408

Commissioner Of Labor Echols 1143 28 1108 28 0.024496937882764653 0.02527075812274368 0.8283934290693437

Commissioner Of Labor Effingham 23365 414 22615 404 0.017718810186175903 0.017864249391996462 0.44207881864057286

Commissioner Of Labor Elbert 7319 188 6756 183 0.02568656920344309 0.02708703374777975 0.005673990067385288

Commissioner Of Labor Emanuel 7710 269 7320 259 0.03488975356679637 0.03538251366120219 0.38324377570915313

Commissioner Of Labor Evans 3447 118 3248 112 0.034232666086451986 0.034482758620689655 0.9445354393746619

Commissioner Of Labor Fannin 11203 287 10545 268 0.025618137998750335 0.02541488857278331 0.6548462744735842

Commissioner Of Labor Fayette 57962 1223 55315 1153 0.021100031054829025 0.020844255626864323 0.06524302953276344

Commissioner Of Labor Floyd 30225 672 28965 637 0.022233250620347395 0.021992059382012773 0.21066665190756154

Commissioner Of Labor Forsyth 93239 1911 88811 1804 0.020495715312262037 0.02031279909020279 0.09229919938398527

Commissioner Of Labor Franklin 8149 147 7761 143 0.01803902319302982 0.018425460636515914 0.3279744144959712

Commissioner Of Labor Fulton 421806 11574 403964 10897 0.027439154492823716 0.026975176005782694 9.393862386157765e-17

Commissioner Of Labor Gilmer 12471 317 11912 313 0.025418972015074974 0.0262760241773002 0.0023439954378141796

Commissioner Of Labor Glascock 1300 66 1219 63 0.05076923076923077 0.051681706316652996 0.7993324540615825

Commissioner Of Labor Glynn 32501 750 30689 728 0.02307621303959878 0.023721854736224707 0.0007696493050762975

Commissioner Of Labor Gordon 17772 485 17225 467 0.02729011928876885 0.02711175616835994 0.4796424056365982

Commissioner Of Labor Grady 8356 164 7956 152 0.019626615605552896 0.019105077928607342 0.18810585821613335

Commissioner Of Labor Greene 8989 167 8366 151 0.018578262320614086 0.018049246951948362 0.23275885941306124

Commissioner Of Labor Gwinnett 312709 5674 292312 5354 0.01814466484814956 0.018316045868797724 0.006115840152886886

Commissioner Of Labor Habersham 15495 369 14642 353 0.023814133591481122 0.02410872831580385 0.38193009948996265

Commissioner Of Labor Hall 67282 1410 63789 1333 0.020956570851044857 0.020897019862358715 0.6783653617482358

Commissioner Of Labor Hancock 3539 171 3049 154 0.04831873410567957 0.050508363397835356 0.15263676283021027

Commissioner Of Labor Haralson 10585 181 10192 178 0.017099669343410485 0.017464678178963893 0.18284510926983782

Commissioner Of Labor Harris 15972 309 15243 291 0.019346356123215627 0.019090730171226138 0.3463550204715251

Commissioner Of Labor Hart 9618 294 9178 283 0.03056768558951965 0.030834604488995422 0.6003269157601676

Commissioner Of Labor Heard 4051 94 3773 86 0.023204147124166873 0.02279353299761463 0.6319846961262696

Commissioner Of Labor Henry 98365 1662 93368 1551 0.01689625374879276 0.01661168708765316 0.004689348830035048

Commissioner Of Labor Houston 59158 1002 55968 932 0.01693769228168633 0.016652372784448255 0.034423185162220336

Commissioner Of Labor Irwin 3556 94 3423 91 0.026434195725534307 0.026584867075664622 1.0594412740212533

Commissioner Of Labor Jackson 26889 463 25870 448 0.017218937111830115 0.017317356010823348 0.635223

1566706364
Commissioner Of Labor Jasper 5907 133 5486 122 0.022515659387167767 0.022238425082026978 0.697483525
5481626
Commissioner Of Labor Jeff Davis 4815 182 4586 173 0.03779854620976116 0.037723506323593545 1.004059
9541878619
Commissioner Of Labor Jefferson 6756 258 6149 238 0.03818827708703375 0.03870548056594568 0.56427822
92003691
Commissioner Of Labor Jenkins 2856 84 2668 77 0.029411764705882353 0.02886056971514243 0.62927693250
98755
Commissioner Of Labor Johnson 3483 138 3247 124 0.03962101636520241 0.03818909762858023 0.1624211176
8834344
Commissioner Of Labor Jones 12432 274 11648 252 0.02203989703989704 0.021634615384615384 0.289769824
5907884
Commissioner Of Labor Lamar 7346 154 6942 146 0.020963789817587803 0.021031403053874964 1.0497606723
109238
Commissioner Of Labor Lanier 2679 101 2571 98 0.03770063456513625 0.03811746402178141 0.822945884516
5297
Commissioner Of Labor Laurens 18939 521 17653 482 0.027509372194941654 0.02730414093921713 0.5699454
00199552
Commissioner Of Labor Lee 13549 227 13069 218 0.016754003985533988 0.01668069477389242 0.82680062461
65223
Commissioner Of Labor Liberty 15358 258 14408 239 0.01679906237791379 0.01658800666296502 0.49456025
07691656
Commissioner Of Labor Lincoln 3967 102 3617 97 0.025712125031509957 0.026817804810616533 0.203534665
02022266
Commissioner Of Labor Long 3988 120 3819 117 0.03009027081243731 0.030636292223095052 0.485750599073
80325
Commissioner Of Labor Lowndes 35212 636 33322 591 0.018062024309894353 0.017736030250285098 0.073861
49195070599
Commissioner Of Labor Lumpkin 11551 252 11084 240 0.021816292961648342 0.021652832912306026 0.643454
0134048148
Commissioner Of Labor Macon 4217 192 3886 180 0.04552999762864596 0.04632012352032939 0.491407164729
7251
Commissioner Of Labor Madison 11697 285 11170 278 0.024365221851756862 0.024888093106535364 0.105240
81180018868
Commissioner Of Labor Marion 2930 84 2689 83 0.028668941979522185 0.030866493120119003 0.01162623893
759484
Commissioner Of Labor McDuffie 8792 171 7924 150 0.019449499545040945 0.018929833417465926 0.3462276
144484205
Commissioner Of Labor McIntosh 5408 152 4968 139 0.028106508875739646 0.027979066022544283 0.9362738
800740796
Commissioner Of Labor Meriwether 8639 209 8156 196 0.024192614885982174 0.024031387935262383 0.77288
68021541464

Commissioner Of Labor Miller 2313 107 2181 101 0.04626026805015132 0.04630903255387437 1.16087801242 71472

Commissioner Of Labor Mitchell 7446 156 6882 143 0.020950846091861403 0.02077884335948852 0.80359639 30980197

Commissioner Of Labor Monroe 12932 326 12236 316 0.025208784410763997 0.02582543314808761 0.06517589 192503108

Commissioner Of Labor Montgomery 3528 128 3317 122 0.036281179138321996 0.03678022309315647 0.692907 9882704491

Commissioner Of Labor Morgan 9554 241 9144 225 0.02522503663387063 0.024606299212598427 0.1103440413 954272

Commissioner Of Labor Murray 11091 314 10826 299 0.02831124335046434 0.027618695732495844 0.01692100 7071457186

Commissioner Of Labor Muscogee 63141 1294 58719 1209 0.02049381542896058 0.02058958769733817 0.57990 13118970682

Commissioner Of Labor Newton 43129 870 40394 803 0.0201720420134944 0.01987918997870971 0.1175077220 1370216

Commissioner Of Labor Oconee 20733 506 19802 483 0.024405537066512325 0.02439147560852439 1.01326929 99636848

Commissioner Of Labor Oglethorpe 6484 204 6075 196 0.03146206045650833 0.032263374485596706 0.189710 4477377537

Commissioner Of Labor Paulding 61222 1132 57915 1059 0.01849008526346738 0.018285418285418284 0.1375 1304343747006

Commissioner Of Labor Peach 10355 217 9910 205 0.020956059874456784 0.020686175580221997 0.447762879 07977724

Commissioner Of Labor Pickens 13362 354 13140 347 0.026493039964077234 0.026407914764079148 0.748389 4930102144

Commissioner Of Labor Pierce 6883 107 6556 104 0.015545546999854715 0.01586333129957291 0.4889138575 673547

Commissioner Of Labor Pike 8534 146 8230 142 0.017108038434497305 0.017253948967193195 0.80119793121 99574

Commissioner Of Labor Polk 12859 290 12412 284 0.0225522980013998 0.022881082823074442 0.23592657352 89281

Commissioner Of Labor Pulaski 3622 165 3390 152 0.04555494202098288 0.044837758112094395 0.512698959 7048461

Commissioner Of Labor Putnam 9321 207 8723 200 0.022207917605407145 0.022927891780350797 0.080124466 20766424

Commissioner Of Labor Quitman 940 51 880 43 0.05425531914893617 0.048863636363636366 0.0246941254149 00726

Commissioner Of Labor Rabun 7578 202 6735 174 0.026656109791501716 0.025835189309576838 0.2566971995 8189263

Commissioner Of Labor Randolph 2788 87 2475 75 0.031205164992826398 0.030303030303030304 0.532193769 1632392

Commissioner Of Labor Richmond 70043 1449 64729 1352 0.02068729209200063 0.020887083069412473 0.2095

9735264775886

Commissioner Of Labor Rockdale 36600 626 34747 595 0.017103825136612023 0.017123780470256426 0.99293 38763476395

Commissioner Of Labor Schley 1931 55 1835 55 0.02848265147591921 0.02997275204359673 0.1161906001917 1064

Commissioner Of Labor Screven 5407 179 5136 170 0.033105233955982985 0.033099688473520246 1.09201860 01350891

Commissioner Of Labor Seminole 3214 80 2950 72 0.024891101431238332 0.02440677966101695 0.6676739038 433619

Commissioner Of Labor Spalding 24385 662 23102 614 0.027147836784908754 0.02657778547311921 0.031466 828857502745

Commissioner Of Labor Stephens 9069 220 8533 206 0.024258462895578342 0.02414156803000117 0.85424931 91207154

Commissioner Of Labor Stewart 1784 152 1551 135 0.08520179372197309 0.08704061895551257 0.5655020496 055607

Commissioner Of Labor Sumter 10556 285 9679 259 0.026998863205759758 0.02675896270275855 0.674220668 504326

Commissioner Of Labor Talbot 2952 130 2667 108 0.04403794037940379 0.04049493813273341 0.01115260092 5096519

Commissioner Of Labor Taliaferro 917 83 755 66 0.09051254089422028 0.08741721854304636 0.56694770202 91772

Commissioner Of Labor Tattnall 6639 202 6247 195 0.030426269016418137 0.031214983191932128 0.1656651 1709398007

Commissioner Of Labor Taylor 3265 80 3022 73 0.02450229709035222 0.024156187954996692 0.771377468520 2974

Commissioner Of Labor Telfair 3631 148 3300 140 0.04076012117873864 0.04242424242424243 0.1315820309 0844894

Commissioner Of Labor Terrell 3930 126 3603 120 0.03206106870229008 0.03330557868442964 0.1781647522 0226904

Commissioner Of Labor Thomas 17241 382 16250 366 0.02215648744272374 0.022523076923076923 0.21810885 978307548

Commissioner Of Labor Tift 13669 390 13108 372 0.028531714097593093 0.02837961550198352 0.6756470108 01235

Commissioner Of Labor Toombs 8851 249 8170 223 0.02813241441645012 0.02729498164014688 0.13517759204 956065

Commissioner Of Labor Towns 6132 167 5848 159 0.027234181343770383 0.027188782489740083 1.0266273283 41716

Commissioner Of Labor Treutlen 2610 120 2464 109 0.04597701149425287 0.044237012987012984 0.13760492 291314372

Commissioner Of Labor Troup 23663 519 22399 482 0.02193297553142036 0.021518817804366267 0.092101945 91001158

Commissioner Of Labor Turner 3269 104 3121 103 0.03181401040073417 0.03300224287087472 0.09104894054 916372

Commissioner Of Labor Twiggs 3787 128 3512 120 0.03379984156324267 0.03416856492027335 0.81692287570 4607

Commissioner Of Labor Union 11863 267 11381 255 0.022506954396021243 0.022405763992619277 0.80393408 54154601

Commissioner Of Labor Upson 10558 250 9956 237 0.023678727031634778 0.023804740859783045 0.864684870 8165615

Commissioner Of Labor Walker 21451 525 20638 505 0.024474383478625704 0.024469425331912008 1.0463056 408162634

Commissioner Of Labor Walton 38635 771 36866 736 0.019955998447004013 0.019964194650897847 1.0476555 301150872

Commissioner Of Labor Ware 11004 198 10377 185 0.017993456924754635 0.017827888599787994 0.678542357 5220211

Commissioner Of Labor Warren 2260 84 2073 79 0.03716814159292035 0.038109020742884706 0.582831478310 848

Commissioner Of Labor Washington 8159 358 7432 332 0.04387792621644809 0.044671689989235736 0.304667 16987234355

Commissioner Of Labor Wayne 10122 274 9621 265 0.027069749061450307 0.027543914354017252 0.244238757 5747966

Commissioner Of Labor Webster 1100 31 948 28 0.028181818181818183 0.029535864978902954 0.71918149850 97557

Commissioner Of Labor Wheeler 1927 56 1812 56 0.029060716139076286 0.03090507726269316 0.06053953572 635422

Commissioner Of Labor White 11434 219 10897 208 0.019153402133986357 0.01908782233642287 0.907500995 2729007

Commissioner Of Labor Whitfield 27302 737 26285 713 0.026994359387590653 0.027125737112421534 0.5734 012454079105

Commissioner Of Labor Wilcox 2815 86 2610 79 0.030550621669627 0.030268199233716476 0.87573781555039 61

Commissioner Of Labor Wilkes 4371 144 4070 130 0.032944406314344546 0.03194103194103194 0.2358355688 5543241

Commissioner Of Labor Wilkinson 4264 167 3994 157 0.039165103189493435 0.03930896344516775 1.0158584 550605307

Commissioner Of Labor Worth 7831 175 7526 170 0.022347082109564553 0.02258836035078395 0.63448805051 47468

Public Service Commission, District 3 - Metro-Atlanta Appling 6806 209 6276 192 0.030708198648251542 0.030592734225621414 0.9254447934484417

Public Service Commission, District 3 - Metro-Atlanta Atkinson 2520 122 2432 122 0.04841269841269841 4 0.05016447368421053 0.02344920419883716

Public Service Commission, District 3 - Metro-Atlanta Bacon 3829 109 3655 106 0.028466962653434316 0.029001367989056087 0.5223390915761899

Public Service Commission, District 3 - Metro-Atlanta Baker 1291 70 1150 62 0.054221533694810226 0.0 5391304347826087 1.0084551242101076

Public Service Commission, District 3 - Metro-Atlanta Baldwin 15633 486 14475 462 0.0310880829015544

04 0.03191709844559586 0.03483727408540803
Public Service Commission, District 3 - Metro-Atlanta Banks 6852 124 6629 119 0.018096906012842966
0.01795142555438226 0.756437111256961
Public Service Commission, District 3 - Metro-Atlanta Barrow 27398 478 26135 450 0.01744652894371852
0.017218289649894778 0.23354041068133985
Public Service Commission, District 3 - Metro-Atlanta Bartow 37327 629 35759 608 0.01685107294987542
7 0.017002712603820018 0.32354622849839587
Public Service Commission, District 3 - Metro-Atlanta Ben Hill 5533 109 5213 101 0.01969998192662208
6 0.019374640322271246 0.5892907233421034
Public Service Commission, District 3 - Metro-Atlanta Berrien 6247 155 5925 149 0.024811909716664 0.
025147679324894513 0.6103228790651312
Public Service Commission, District 3 - Metro-Atlanta Bibb 60460 1306 55999 1247 0.02160105855110817
2 0.022268254790264112 2.6369102642548318e-05
Public Service Commission, District 3 - Metro-Atlanta Bleckley 4855 149 4598 141 0.03069001029866117
2 0.030665506742061765 1.0730445693487998
Public Service Commission, District 3 - Metro-Atlanta Brantley 5689 142 5501 139 0.02496044999121111
0.025268133066715142 0.6060297020735721
Public Service Commission, District 3 - Metro-Atlanta Brooks 5696 126 5231 118 0.02212078651685393
0.02255782833110304 0.576962084783079
Public Service Commission, District 3 - Metro-Atlanta Bryan 14970 251 14388 239 0.01676686706746827
0.016611064776202392 0.5442152496885333
Public Service Commission, District 3 - Metro-Atlanta Bulloch 23543 564 22467 536 0.0239561653145308
58 0.023857212800997018 0.7059365881811132
Public Service Commission, District 3 - Metro-Atlanta Burke 8719 191 7751 171 0.02190618190159422 0.
022061669462004902 0.892027621180314
Public Service Commission, District 3 - Metro-Atlanta Butts 8863 181 8483 176 0.02042197901387792 0.
02074377107155487 0.41067209887672146
Public Service Commission, District 3 - Metro-Atlanta Calhoun 1899 45 1714 41 0.023696682464454975
0.023920653442240373 1.0997313994724436
Public Service Commission, District 3 - Metro-Atlanta Camden 17053 326 15860 308 0.01911687093180085
6 0.019419924337957126 0.34629268116116396
Public Service Commission, District 3 - Metro-Atlanta Candler 3538 106 3418 103 0.029960429621254947
0.03013458162668227 1.0243903128269076
Public Service Commission, District 3 - Metro-Atlanta Carroll 41739 740 40221 709 0.0177292220704856
38 0.017627607468735238 0.4681343795085505
Public Service Commission, District 3 - Metro-Atlanta Catoosa 23725 419 23185 408 0.0176606954689146
47 0.01759758464524477 0.7160023942521647
Public Service Commission, District 3 - Metro-Atlanta Charlton 3369 90 3206 85 0.026714158504007122
0.02651278852152147 0.8850924142668659
Public Service Commission, District 3 - Metro-Atlanta Chatham 103338 2322 97161 2173 0.0224699529698
65876 0.022364940665493355 0.3884404296668458
Public Service Commission, District 3 - Metro-Atlanta Chattahoochee 1102 43 1067 42 0.03901996370235
935 0.03936269915651359 1.1986723818034077

Public Service Commission, District 3 - Metro-Atlanta Chattooga 7427 187 7202 184 0.0251784031237377 13 0.025548458761455152 0.3517328230062613

Public Service Commission, District 3 - Metro-Atlanta Cherokee 106299 1964 100987 1864 0.01847618510 051835 0.018457821303732164 0.8757433291222609

Public Service Commission, District 3 - Metro-Atlanta Clarke 43261 1018 40239 959 0.0235315873419477 13 0.023832600213723003 0.1427808081756164

Public Service Commission, District 3 - Metro-Atlanta Clay 1186 44 1043 38 0.03709949409780776 0.036 4333652924257 0.8827356216255784

Public Service Commission, District 3 - Metro-Atlanta Clayton 91840 1477 85993 1342 0.01608231707317 0732 0.015605921412207971 3.814075665245147e-05

Public Service Commission, District 3 - Metro-Atlanta Clinch 2254 90 2145 88 0.03992901508429459 0.0 41025641025641026 0.3562110310105374

Public Service Commission, District 3 - Metro-Atlanta Cobb 310381 5372 284480 4883 0.017307760462141 69 0.017164651293588302 0.047478911357229925

Public Service Commission, District 3 - Metro-Atlanta Coffee 12595 350 12200 343 0.02778880508138150 2 0.028114754098360655 0.2740178169262409

Public Service Commission, District 3 - Metro-Atlanta Colquitt 12953 410 12439 402 0.031652898942329 96 0.03231771042688319 0.03199943247636296

Public Service Commission, District 3 - Metro-Atlanta Columbia 61591 965 58655 917 0.015667873552954 164 0.015633790810672576 0.803120023930895

Public Service Commission, District 3 - Metro-Atlanta Cook 5803 102 5559 100 0.01757711528519731 0.0 17988846914912753 0.3801404845351668

Public Service Commission, District 3 - Metro-Atlanta Coweta 58056 988 55244 934 0.01701805153644756 6 0.016906813409601044 0.3951321120489947

Public Service Commission, District 3 - Metro-Atlanta Crawford 4931 116 4697 112 0.02352464003244778 0.02384500745156483 0.6966240816035223

Public Service Commission, District 3 - Metro-Atlanta Crisp 7024 263 6661 252 0.03744305239179954 0. 03783215733373367 0.57022327175284

Public Service Commission, District 3 - Metro-Atlanta Dade 5450 204 5321 194 0.03743119266055046 0.0 3645931215936854 0.04423540062189183

Public Service Commission, District 3 - Metro-Atlanta Dawson 11570 180 11131 177 0.01555747623163353 4 0.0159015362501123 0.17042796741281618

Public Service Commission, District 3 - Metro-Atlanta DeKalb 310968 6618 291296 6149 0.0212819325461 1407 0.02110911238053389 0.012170672725772132

Public Service Commission, District 3 - Metro-Atlanta Decatur 9043 214 8495 201 0.023664713037708725 0.023660977045320778 1.075979295480614

Public Service Commission, District 3 - Metro-Atlanta Dodge 7051 310 6603 295 0.043965394979435544 0.0446766621232773 0.31694517880674433

Public Service Commission, District 3 - Metro-Atlanta Dooly 3793 147 3597 142 0.038755602425520695 0.03947734222963581 0.4368822628935295

Public Service Commission, District 3 - Metro-Atlanta Dougherty 31297 682 29353 639 0.02179122599610 186 0.021769495451912924 0.9644683976238924

Public Service Commission, District 3 - Metro-Atlanta Douglas 55197 736 51964 686 0.0133340580103991

17 0.013201447155723193 0.3123525624457475
Public Service Commission, District 3 - Metro-Atlanta Early 4131 89 3658 75 0.02154420237230695 0.0
2050300710770913 0.26798559692419754
Public Service Commission, District 3 - Metro-Atlanta Echols 1143 31 1108 31 0.02712160979877515 0.0
27978339350180504 0.7527406744203812
Public Service Commission, District 3 - Metro-Atlanta Effingham 23365 402 22615 386 0.01720522148512
7327 0.017068317488839266 0.4466408993367449
Public Service Commission, District 3 - Metro-Atlanta Elbert 7319 195 6756 191 0.02664298401420959
0.02827116637063351 0.001082690315701129
Public Service Commission, District 3 - Metro-Atlanta Emanuel 7710 271 7320 261 0.03514915693904021
0.035655737704918034 0.3684336584677408
Public Service Commission, District 3 - Metro-Atlanta Evans 3447 124 3248 119 0.03597331012474616 0.
036637931034482756 0.5365832148556765
Public Service Commission, District 3 - Metro-Atlanta Fannin 11203 234 10545 222 0.02088726234044452
3 0.021052631578947368 0.753689530020197
Public Service Commission, District 3 - Metro-Atlanta Fayette 57962 1068 55315 1007 0.01842586522204
2027 0.018204826900479074 0.08978688892748649
Public Service Commission, District 3 - Metro-Atlanta Floyd 30225 654 28965 622 0.02163771712158809
0.021474192991541515 0.39694697797835965
Public Service Commission, District 3 - Metro-Atlanta Forsyth 93239 1665 88811 1551 0.01785733437724
5574 0.017464052876332885 0.00015176334372228606
Public Service Commission, District 3 - Metro-Atlanta Franklin 8149 146 7761 143 0.01791630874953982
0.018425460636515914 0.15482367045283507
Public Service Commission, District 3 - Metro-Atlanta Fulton 421806 9898 403964 9295 0.0234657638819
7418 0.023009476091928983 1.990369173169821e-18
Public Service Commission, District 3 - Metro-Atlanta Gilmer 12471 308 11912 303 0.02469729773073530
6 0.02543653458697112 0.01017729754784005
Public Service Commission, District 3 - Metro-Atlanta Glascock 1300 60 1219 58 0.046153846153846156
0.0475799835931091 0.526004309334265
Public Service Commission, District 3 - Metro-Atlanta Glynn 32501 672 30689 647 0.02067628688348051
0.021082472547166737 0.0337464274848466
Public Service Commission, District 3 - Metro-Atlanta Gordon 17772 441 17225 423 0.02481431465226198
5 0.02455732946298984 0.2750872070975371
Public Service Commission, District 3 - Metro-Atlanta Grady 8356 167 7956 157 0.019985639061752034
0.01973353443941679 0.5563781315136543
Public Service Commission, District 3 - Metro-Atlanta Greene 8989 140 8366 128 0.015574591166981866
0.015300023906287354 0.5270535654160307
Public Service Commission, District 3 - Metro-Atlanta Gwinnett 312709 5075 292312 4762 0.01622914594
7190517 0.016290812556446536 0.31505600822268853
Public Service Commission, District 3 - Metro-Atlanta Habersham 15495 357 14642 339 0.02303969022265
2467 0.02315257478486456 0.8108596788110205
Public Service Commission, District 3 - Metro-Atlanta Hall 67282 1320 63789 1257 0.01961891739246752
3 0.01970559187320698 0.5357867177505299

Public Service Commission, District 3 – Metro–Atlanta Hancock 3539 156 3049 140 0.04408024865781294 0.045916693998032145 0.22102745958295655
Public Service Commission, District 3 – Metro–Atlanta Haralson 10585 214 10192 208 0.020217288615965 99 0.02040816326530612 0.6261503168233589
Public Service Commission, District 3 – Metro–Atlanta Harris 15972 291 15243 279 0.01821938392186326 0.01830348356622712 0.8559899792430374
Public Service Commission, District 3 – Metro–Atlanta Hart 9618 266 9178 260 0.027656477438136828 0.028328611998016998 0.0730189961531744
Public Service Commission, District 3 – Metro–Atlanta Heard 4051 87 3773 83 0.02147617872130338 0.02 1998409753511795 0.5534291536074613
Public Service Commission, District 3 – Metro–Atlanta Henry 98365 1470 93368 1363 0.0149443399583185 07 0.014598149258846714 0.00030677849516891066
Public Service Commission, District 3 – Metro–Atlanta Houston 59158 883 55968 816 0.0149261300246796 7 0.014579759862778732 0.006821517819992047
Public Service Commission, District 3 – Metro–Atlanta Irwin 3556 94 3423 93 0.026434195725534307 0.0 2716914986853637 0.25167796990499486
Public Service Commission, District 3 – Metro–Atlanta Jackson 26889 437 25870 420 0.0162519989586819 88 0.01623502126014689 0.9819812002937104
Public Service Commission, District 3 – Metro–Atlanta Jasper 5907 105 5486 100 0.017775520568816656 0.01822821728034998 0.4615034597768304
Public Service Commission, District 3 – Metro–Atlanta Jeff Davis 4815 201 4586 193 0.041744548286604 365 0.04208460532054078 0.7516808967512317
Public Service Commission, District 3 – Metro–Atlanta Jefferson 6756 237 6149 215 0.0350799289520426 3 0.03496503496503497 0.9384682764649193
Public Service Commission, District 3 – Metro–Atlanta Jenkins 2856 76 2668 72 0.02661064425770308 0.026986506746626688 0.8633944395644235
Public Service Commission, District 3 – Metro–Atlanta Johnson 3483 143 3247 130 0.0410565604364054 0.04003695719125346 0.3363752820770588
Public Service Commission, District 3 – Metro–Atlanta Jones 12432 255 11648 235 0.020511583011583012 0.020175137362637364 0.3688211809698009
Public Service Commission, District 3 – Metro–Atlanta Lamar 7346 143 6942 136 0.019466376259188675 0.01959089599539038 0.9348041829756182
Public Service Commission, District 3 – Metro–Atlanta Lanier 2679 92 2571 88 0.03434117207913401 0.0 34227926876701675 1.026441369608631
Public Service Commission, District 3 – Metro–Atlanta Laurens 18939 530 17653 497 0.0279845820793072 5 0.028153854868860816 0.6772952820273409
Public Service Commission, District 3 – Metro–Atlanta Lee 13549 208 13069 200 0.015351686471326297 0.015303389700818732 0.9148574052590477
Public Service Commission, District 3 – Metro–Atlanta Liberty 15358 244 14408 228 0.0158874853496549 02 0.015824541921154914 0.8834935446829233
Public Service Commission, District 3 – Metro–Atlanta Lincoln 3967 96 3617 95 0.02419964708847996 0.026264860381531654 0.0026535208505333078
Public Service Commission, District 3 – Metro–Atlanta Long 3988 122 3819 120 0.030591775325977934 0.

031421838177533384 0.20454495005519857

Public Service Commission, District 3 - Metro-Atlanta Lowndes 35212 601 33322 569 0.0170680449846643
2 0.017075805773963146 1.0560552546617912

Public Service Commission, District 3 - Metro-Atlanta Lumpkin 11551 216 11084 207 0.0186996796814128
64 0.018675568386863947 1.0232004831129986

Public Service Commission, District 3 - Metro-Atlanta Macon 4217 178 3886 166 0.042210101968223855
0.04271744724652599 0.6980857551672472

Public Service Commission, District 3 - Metro-Atlanta Madison 11697 279 11170 272 0.0238522698127725
04 0.024350940017905102 0.12177094627647066

Public Service Commission, District 3 - Metro-Atlanta Marion 2930 81 2689 77 0.02764505119453925 0.0
2863518036444775 0.3806764052700257

Public Service Commission, District 3 - Metro-Atlanta McDuffie 8792 166 7924 154 0.01888080072793448
7 0.019434628975265017 0.305444539490649

Public Service Commission, District 3 - Metro-Atlanta McIntosh 5408 150 4968 139 0.02773668639053254
4 0.027979066022544283 0.8616540796484612

Public Service Commission, District 3 - Metro-Atlanta Meriwether 8639 207 8156 199 0.023961106609561
293 0.02439921530161844 0.348248976072542

Public Service Commission, District 3 - Metro-Atlanta Miller 2313 114 2181 108 0.04928664072632944
0.04951856946354883 1.042880680668824

Public Service Commission, District 3 - Metro-Atlanta Mitchell 7446 164 6882 156 0.0220252484555466
0.022667829119442023 0.23370259893675166

Public Service Commission, District 3 - Metro-Atlanta Monroe 12932 290 12236 285 0.02242499226724404
4 0.023291925465838508 0.002708709419458632

Public Service Commission, District 3 - Metro-Atlanta Montgomery 3528 124 3317 119 0.035147392290249
435 0.03587579137775098 0.4751254319330232

Public Service Commission, District 3 - Metro-Atlanta Morgan 9554 208 9144 199 0.02177098597446096
0.021762904636920384 1.0771954633157568

Public Service Commission, District 3 - Metro-Atlanta Murray 11091 313 10826 301 0.02822108015508069
7 0.02780343617217809 0.14527811825180753

Public Service Commission, District 3 - Metro-Atlanta Muscogee 63141 1165 58719 1094 0.0184507689140
17833 0.018631107477988386 0.2396873841251743

Public Service Commission, District 3 - Metro-Atlanta Newton 43129 766 40394 724 0.01776067147395024
2 0.01792345397831361 0.3651655457978468

Public Service Commission, District 3 - Metro-Atlanta Oconee 20733 453 19802 433 0.02184922587179858
0.021866478133521865 1.055579621805487

Public Service Commission, District 3 - Metro-Atlanta Oglethorpe 6484 155 6075 149 0.023904996915484
27 0.024526748971193415 0.266783290780498

Public Service Commission, District 3 - Metro-Atlanta Paulding 61222 986 57915 925 0.016105321616412
4 0.015971682638349305 0.3040519329955258

Public Service Commission, District 3 - Metro-Atlanta Peach 10355 210 9910 201 0.020280057943022695
0.020282542885973764 1.103811601966949

Public Service Commission, District 3 - Metro-Atlanta Pickens 13362 303 13140 297 0.0226762460709474
64 0.022602739726027398 0.7802036087309967

Public Service Commission, District 3 – Metro–Atlanta Pierce 6883 122 6556 119 0.017724829289553972 0.01815131177547285 0.322542856167071

Public Service Commission, District 3 – Metro–Atlanta Pike 8534 133 8230 130 0.015584719943754394 0.015795868772782502 0.5935748502594316

Public Service Commission, District 3 – Metro–Atlanta Polk 12859 264 12412 259 0.020530367835757058 0.02086690299709958 0.1977523758464558

Public Service Commission, District 3 – Metro–Atlanta Pulaski 3622 162 3390 150 0.0447266703478741 0.04424778761061947 0.6846338388841028

Public Service Commission, District 3 – Metro–Atlanta Putnam 9321 177 8723 169 0.018989378822014805 0.019374068554396422 0.3809675956537764

Public Service Commission, District 3 – Metro–Atlanta Quitman 940 54 880 45 0.0574468085106383 0.05113636363636364 0.010439706867671442

Public Service Commission, District 3 – Metro–Atlanta Rabun 7578 178 6735 153 0.023489047242016364 0.02271714922048998 0.25966067001091087

Public Service Commission, District 3 – Metro–Atlanta Randolph 2788 100 2475 86 0.035868005738880916 0.0347474747474745 0.4522814853707721

Public Service Commission, District 3 – Metro–Atlanta Richmond 70043 1462 64729 1345 0.0208728923661 17956 0.020778939887840072 0.5711053484975658

Public Service Commission, District 3 – Metro–Atlanta Rockdale 36600 566 34747 542 0.015464480874316 94 0.015598468932569718 0.4276346108051804

Public Service Commission, District 3 – Metro–Atlanta Schley 1931 57 1835 57 0.029518384256861728 0.03106267029972752 0.10460027814609907

Public Service Commission, District 3 – Metro–Atlanta Screven 5407 168 5136 163 0.03107083410393934 0.03173676012461059 0.2896221362771091

Public Service Commission, District 3 – Metro–Atlanta Seminole 3214 67 2950 62 0.020846297448662104 0.021016949152542375 1.0477245680801428

Public Service Commission, District 3 – Metro–Atlanta Spalding 24385 665 23102 620 0.027270863235595 653 0.026837503246472168 0.10181821892902028

Public Service Commission, District 3 – Metro–Atlanta Stephens 9069 206 8533 191 0.02271474252949608 5 0.022383686862768076 0.47343805780427545

Public Service Commission, District 3 – Metro–Atlanta Stewart 1784 139 1551 124 0.07791479820627803 0.07994842037395229 0.49570133212753414

Public Service Commission, District 3 – Metro–Atlanta Sumter 10556 300 9679 275 0.028419856006062904 0.028412026035747495 1.049587668942012

Public Service Commission, District 3 – Metro–Atlanta Talbot 2952 146 2667 123 0.0494579945799458 0.04611923509561305 0.022383985108337386

Public Service Commission, District 3 – Metro–Atlanta Taliaferro 917 80 755 63 0.08724100327153762 0.08344370860927153 0.45979940314241935

Public Service Commission, District 3 – Metro–Atlanta Tattnall 6639 222 6247 217 0.03343877089923181 4 0.0347366736033296 0.015429884282350719

Public Service Commission, District 3 – Metro–Atlanta Taylor 3265 80 3022 76 0.02450229709035222 0.0 2514890800794176 0.5554567146380615

Public Service Commission, District 3 – Metro–Atlanta Telfair 3631 144 3300 141 0.039658496282015974

0.042727272727272725 0.0010761866444948768

Public Service Commission, District 3 – Metro–Atlanta Terrell 3930 115 3603 114 0.029262086513994912 0.03164029975020816 0.0009252207695899329

Public Service Commission, District 3 – Metro–Atlanta Thomas 17241 373 16250 360 0.02163447595847108 7 0.022153846153846152 0.06116311093478877

Public Service Commission, District 3 – Metro–Atlanta Tift 13669 366 13108 357 0.02677591630697198 0.02723527616722612 0.1253186024247169

Public Service Commission, District 3 – Metro–Atlanta Toombs 8851 266 8170 245 0.03005310134448085 0.029987760097919217 0.9688506208736575

Public Service Commission, District 3 – Metro–Atlanta Towns 6132 171 5848 162 0.027886497064579255 0.027701778385772913 0.7913865460967366

Public Service Commission, District 3 – Metro–Atlanta Treutlen 2610 109 2464 98 0.04176245210727969 0.03977272727272727 0.07694426813047514

Public Service Commission, District 3 – Metro–Atlanta Troup 23663 504 22399 473 0.021299074504500696 0.02111701415241752 0.4650765060026326

Public Service Commission, District 3 – Metro–Atlanta Turner 3269 101 3121 100 0.030896298562251453 0.03204101249599487 0.1024869060266126

Public Service Commission, District 3 – Metro–Atlanta Twiggs 3787 121 3512 117 0.031951412727752836 0.033314350797266516 0.10651299103259729

Public Service Commission, District 3 – Metro–Atlanta Union 11863 272 11381 259 0.022928432942763213 0.022757226957209383 0.6269133504108859

Public Service Commission, District 3 – Metro–Atlanta Upson 10558 220 9956 209 0.020837279787838607 0.02099236641221374 0.7886303503667135

Public Service Commission, District 3 – Metro–Atlanta Walker 21451 439 20638 421 0.02046524637546035 3 0.02039926349452466 0.8001853113624319

Public Service Commission, District 3 – Metro–Atlanta Walton 38635 689 36866 661 0.01783357059660929 3 0.0179297998155482 0.5879624587097385

Public Service Commission, District 3 – Metro–Atlanta Ware 11004 206 10377 179 0.01872046528535078 0.017249686807362438 8.483141361476435e-05

Public Service Commission, District 3 – Metro–Atlanta Warren 2260 81 2073 77 0.03584070796460177 0.0 371442354076218 0.37000431416738805

Public Service Commission, District 3 – Metro–Atlanta Washington 8159 336 7432 311 0.041181517342811 62 0.04184607104413348 0.38849929895818364

Public Service Commission, District 3 – Metro–Atlanta Wayne 10122 274 9621 261 0.027069749061450307 0.027128157156220765 1.0183579040593598

Public Service Commission, District 3 – Metro–Atlanta Webster 1100 38 948 32 0.034545454545454546 0. 03375527426160337 0.862815778788582

Public Service Commission, District 3 – Metro–Atlanta Wheeler 1927 46 1812 46 0.023871302542812663 0.025386313465783666 0.11394597381312287

Public Service Commission, District 3 – Metro–Atlanta White 11434 189 10897 182 0.016529648417001924 0.01670184454437001 0.6624988841931724

Public Service Commission, District 3 – Metro–Atlanta Whitfield 27302 641 26285 622 0.02347813347007 5453 0.02366368651322047 0.35744458091730147

Public Service Commission, District 3 - Metro-Atlanta Wilcox 2815 79 2610 74 0.028063943161634103 0.028352490421455937 0.9593432621537887

Public Service Commission, District 3 - Metro-Atlanta Wilkes 4371 146 4070 137 0.033401967513154884 0.03366093366093366 0.8886538257438112

Public Service Commission, District 3 - Metro-Atlanta Wilkinson 4264 165 3994 158 0.0386960600375234 54 0.039559339008512766 0.337104462822968

Public Service Commission, District 3 - Metro-Atlanta Worth 7831 179 7526 173 0.02285787255778316 8 0.022986978474621313 0.8988030857136999

Public Service Commission, District 5 - Western Appling 6806 226 6276 210 0.03320599471054952 0.0334 60803059273424 0.8054904187792586

Public Service Commission, District 5 - Western Atkinson 2520 132 2432 132 0.05238095238095238 0.054 276315789473686 0.016122961340751463

Public Service Commission, District 5 - Western Bacon 3829 118 3655 115 0.03081744580830504 0.031463 74829001368 0.4136270649993572

Public Service Commission, District 5 - Western Baker 1291 69 1150 61 0.053446940356312936 0.0530434 7826086957 0.9738962828133593

Public Service Commission, District 5 - Western Baldwin 15633 452 14475 433 0.0289319644342097 0.02 9913644214162347 0.006591322499004788

Public Service Commission, District 5 - Western Banks 6852 127 6629 124 0.018534734384121423 0.01870 568713229748 0.8047273007916005

Public Service Commission, District 5 - Western Barrow 27398 477 26135 449 0.01741002992919191 0.017 18002678400612 0.22940550742667565

Public Service Commission, District 5 - Western Bartow 37327 666 35759 646 0.017842312535162216 0.01 806538214155877 0.134702198867361

Public Service Commission, District 5 - Western Ben Hill 5533 109 5213 102 0.019699981926622086 0.01 956646844427393 0.8884472670232344

Public Service Commission, District 5 - Western Berrien 6247 148 5925 144 0.023691371858492075 0.024 30379746835443 0.22710873920044516

Public Service Commission, District 5 - Western Bibb 60460 1304 55999 1239 0.021567978828977836 0.02 2125395096341007 0.0005451911597622057

Public Service Commission, District 5 - Western Bleckley 4855 156 4598 148 0.032131822863027806 0.03 218790778599391 1.110347666393036

Public Service Commission, District 5 - Western Brantley 5689 164 5501 160 0.028827561961680435 0.02 9085620796218868 0.7261992993684885

Public Service Commission, District 5 - Western Brooks 5696 144 5231 132 0.025280898876404494 0.0252 34180844962723 1.0299899941910269

Public Service Commission, District 5 - Western Bryan 14970 276 14388 265 0.01843687374749499 0.0184 18126216291353 1.0202278225083454

Public Service Commission, District 5 - Western Bulloch 23543 571 22467 545 0.024253493607441702 0.0 24257800329371967 1.0732926005375494

Public Service Commission, District 5 - Western Burke 8719 214 7751 197 0.024544099093932792 0.02541 6075345116758 0.15903705275728275

Public Service Commission, District 5 - Western Butts 8863 181 8483 171 0.02042197901387792 0.020157

962984793117 0.4983825292603701
Public Service Commission, District 5 - Western Calhoun 1899 46 1714 42 0.02422327540810953 0.024504
084014002333 1.0601151460102496
Public Service Commission, District 5 - Western Camden 17053 319 15860 300 0.018706385973142555 0.01
8915510718789406 0.5450897590784112
Public Service Commission, District 5 - Western Candler 3538 97 3418 94 0.027416619559072923 0.02750
1462843768285 1.1613193761784721
Public Service Commission, District 5 - Western Carroll 41739 734 40221 697 0.017585471621265482 0.0
17329255861365953 0.060075556487047446
Public Service Commission, District 5 - Western Catoosa 23725 454 23185 444 0.019135932560590097 0.0
1915031270217813 1.0811050599217862
Public Service Commission, District 5 - Western Charlton 3369 99 3206 93 0.029385574354407838 0.0290
08109794135994 0.6911079576182113
Public Service Commission, District 5 - Western Chatham 103338 2306 97161 2155 0.022315121252588593
 0.02217968147785634 0.26198186206711227
Public Service Commission, District 5 - Western Chattahoochee 1102 35 1067 35 0.03176043557168784 0.
03280224929709466 0.6347021757150405
Public Service Commission, District 5 - Western Chattooga 7427 199 7202 195 0.026794129527400026 0.0
2707581227436823 0.5469323520529134
Public Service Commission, District 5 - Western Cherokee 106299 1991 100987 1880 0.01873018560851936
7 0.018616257538098962 0.2548249894278961
Public Service Commission, District 5 - Western Clarke 43261 1057 40239 996 0.02443309216153117 0.02
475210616566018 0.1258436748503774
Public Service Commission, District 5 - Western Clay 1186 43 1043 35 0.03625632377740304 0.033557046
97986577 0.27180383270616326
Public Service Commission, District 5 - Western Clayton 91840 1600 85993 1473 0.017421602787456445
 0.017129301222192504 0.013384911573349636
Public Service Commission, District 5 - Western Clinch 2254 97 2145 95 0.04303460514640639 0.0442890
4428904429 0.2815018577460857
Public Service Commission, District 5 - Western Cobb 310381 5389 284480 4791 0.017362531856009226 0.
01684125421822272 2.0081819532474214e-12
Public Service Commission, District 5 - Western Coffee 12595 384 12200 378 0.030488289003572845 0.03
0983606557377048 0.08031946812609643
Public Service Commission, District 5 - Western Colquitt 12953 426 12439 413 0.032888134023006256 0.
033202025886325266 0.3950841915491175
Public Service Commission, District 5 - Western Columbia 61591 963 58655 911 0.015635401276160477 0.
015531497741028044 0.3902133060252711
Public Service Commission, District 5 - Western Cook 5803 119 5559 117 0.020506634499396863 0.021046
950890447922 0.23287667687912428
Public Service Commission, District 5 - Western Coweta 58056 1048 55244 987 0.018051536447567865 0.0
1786619361378611 0.1628659628535605
Public Service Commission, District 5 - Western Crawford 4931 136 4697 131 0.027580612451835327 0.02
7890142644241004 0.7352351367354804

Public Service Commission, District 5 – Western Crisp 7024 265 6661 250 0.03772779043280182 0.037531 90211679928 0.7912783738379694

Public Service Commission, District 5 – Western Dade 5450 187 5321 175 0.03431192660550459 0.0328885 54782935536 0.0029161337895689996

Public Service Commission, District 5 – Western Dawson 11570 193 11131 191 0.016681071737251512 0.01 7159284880064685 0.04136901059191216

Public Service Commission, District 5 – Western DeKalb 310968 7052 291296 6574 0.02267757454143191 6 0.02256810414478742 0.12264575517350763

Public Service Commission, District 5 – Western Decatur 9043 203 8495 194 0.022448302554462014 0.022 836962919364334 0.4114108394989715

Public Service Commission, District 5 – Western Dodge 7051 316 6603 304 0.04481633810806978 0.046039 67893381796 0.06090673415279711

Public Service Commission, District 5 – Western Dooly 3793 170 3597 161 0.04481940416556815 0.044759 52182374201 1.0415674011791416

Public Service Commission, District 5 – Western Dougherty 31297 687 29353 638 0.021950985717480907 0.02173542738391306 0.34984639020223696

Public Service Commission, District 5 – Western Douglas 55197 740 51964 685 0.013406525716977372 0.0 13182203063659456 0.0859985864728365

Public Service Commission, District 5 – Western Early 4131 101 3658 85 0.024449285887194385 0.023236 741388737013 0.21904286105509319

Public Service Commission, District 5 – Western Echols 1143 36 1108 36 0.031496062992125984 0.032490 974729241874 0.6413169146224094

Public Service Commission, District 5 – Western Effingham 23365 421 22615 403 0.018018403595120906 0.01782003095290736 0.26868027138138983

Public Service Commission, District 5 – Western Elbert 7319 226 6756 220 0.030878535319032653 0.0325 6364712847839 0.002032951582612749

Public Service Commission, District 5 – Western Emanuel 7710 286 7320 273 0.037094682230869 0.037295 081967213116 0.8183761770801574

Public Service Commission, District 5 – Western Evans 3447 140 3248 135 0.040615027560197275 0.04156 403940886699 0.34029955221063424

Public Service Commission, District 5 – Western Fannin 11203 294 10545 277 0.026242970632866198 0.02 626837363679469 1.0744290948116275

Public Service Commission, District 5 – Western Fayette 57962 1018 55315 952 0.01756323108243332 0.0 17210521558347645 0.006094672951580157

Public Service Commission, District 5 – Western Floyd 30225 671 28965 641 0.022200165425971877 0.022 130157086138445 0.7457274302067718

Public Service Commission, District 5 – Western Forsyth 93239 1656 88811 1533 0.017760808245476677 0.017261375280089176 1.8837798464975777e-06

Public Service Commission, District 5 – Western Franklin 8149 149 7761 144 0.018284452080009818 0.01 8554310011596443 0.5601609085536978

Public Service Commission, District 5 – Western Fulton 421806 10398 403964 9746 0.02465114294249015 0.02412591220999891 1.173090842874586e-22

Public Service Commission, District 5 – Western Gilmer 12471 311 11912 301 0.024937855825515196 0.02

5268636668905307 0.34057429430248476
Public Service Commission, District 5 – Western Glascock 1300 67 1219 65 0.05153846153846154 0.05332
239540607055 0.393558468869634
Public Service Commission, District 5 – Western Glynn 32501 649 30689 618 0.019968616350266144 0.020
13750855355339 0.42310815660732837
Public Service Commission, District 5 – Western Gordon 17772 485 17225 464 0.02729011928876885 0.026
937590711175616 0.14787927263825196
Public Service Commission, District 5 – Western Grady 8356 169 7956 160 0.02022498803255146 0.020110
608345902465 0.8407083319994644
Public Service Commission, District 5 – Western Greene 8989 161 8366 144 0.017910779842029146 0.0172
12526894573272 0.10713206483891735
Public Service Commission, District 5 – Western Gwinnett 312709 5171 292312 4829 0.01653614062914722
5 0.01652001970497268 0.8051367655959298
Public Service Commission, District 5 – Western Habersham 15495 358 14642 338 0.023104227170054857
 0.02308427810408414 1.0122663028762025
Public Service Commission, District 5 – Western Hall 67282 1344 63789 1272 0.01997562498142148 0.019
94074213422377 0.8171570638734527
Public Service Commission, District 5 – Western Hancock 3539 167 3049 151 0.0471884713195818 0.04952
443424073467 0.11887908051775431
Public Service Commission, District 5 – Western Haralson 10585 214 10192 206 0.02021728861596599 0.0
2021193092621664 1.0864801433358255
Public Service Commission, District 5 – Western Harris 15972 292 15243 274 0.01828199348860506 0.017
97546414747753 0.24236040515255847
Public Service Commission, District 5 – Western Hart 9618 284 9178 276 0.029527968392597213 0.030071
91109174112 0.18299005779717126
Public Service Commission, District 5 – Western Heard 4051 91 3773 87 0.022463589237225377 0.0230585
74078982243 0.4814567376073515
Public Service Commission, District 5 – Western Henry 98365 1498 93368 1369 0.01522899405276267 0.01
466241110444692 1.156010345915356e-08
Public Service Commission, District 5 – Western Houston 59158 916 55968 857 0.015483958213597484 0.0
1531232132647227 0.1843257793394206
Public Service Commission, District 5 – Western Irwin 3556 89 3423 88 0.025028121484814397 0.0257084
42886356996 0.2928814702730029
Public Service Commission, District 5 – Western Jackson 26889 458 25870 442 0.01703298746699394 0.01
7085427135678392 0.8604798787546384
Public Service Commission, District 5 – Western Jasper 5907 111 5486 102 0.018791264601320468 0.0185
9278162595698 0.7885853504297384
Public Service Commission, District 5 – Western Jeff Davis 4815 197 4586 190 0.04091381100726895 0.0
4143044047099869 0.5419296903754992
Public Service Commission, District 5 – Western Jefferson 6756 272 6149 256 0.04026050917702783 0.04
1632785818832334 0.0746451471338513
Public Service Commission, District 5 – Western Jenkins 2856 85 2668 78 0.02976190476190476 0.029235
38230884558 0.6510448288617523

Public Service Commission, District 5 - Western Johnson 3483 146 3247 133 0.04191788687912719 0.0409
6088697259008 0.3739981805513459
Public Service Commission, District 5 - Western Jones 12432 264 11648 240 0.021235521235521235 0.020
604395604395604 0.09048584097117787
Public Service Commission, District 5 - Western Lamar 7346 153 6942 141 0.02082766131227879 0.020311
14952463267 0.2713729615006901
Public Service Commission, District 5 - Western Lanier 2679 104 2571 100 0.03882045539380366 0.03889
5371450797356 1.1798596105129258
Public Service Commission, District 5 - Western Laurens 18939 574 17653 530 0.03030783040287238 0.03
0023225514076927 0.44014013339862756
Public Service Commission, District 5 - Western Lee 13549 217 13069 209 0.016015942135950992 0.01599
2042237355574 1.0104475279709573
Public Service Commission, District 5 - Western Liberty 15358 257 14408 243 0.016733949733038156 0.0
1686563020544142 0.7397947737960499
Public Service Commission, District 5 - Western Lincoln 3967 97 3617 93 0.024451726745651627 0.02571
191595244678 0.12180560809084388
Public Service Commission, District 5 - Western Long 3988 131 3819 129 0.03284854563691073 0.0337784
7604084839 0.15463710514728618
Public Service Commission, District 5 - Western Lowndes 35212 622 33322 581 0.01766443257980234 0.01
74359282155933 0.20649087103919786
Public Service Commission, District 5 - Western Lumpkin 11551 249 11084 238 0.021556575188295384 0.0
2147239263803681 0.8510427729384123
Public Service Commission, District 5 - Western Macon 4217 196 3886 183 0.04647853924590942 0.047092
12557900155 0.6268420351113634
Public Service Commission, District 5 - Western Madison 11697 294 11170 284 0.025134649910233394 0.0
25425246195165622 0.44354517250760017
Public Service Commission, District 5 - Western Marion 2930 93 2689 91 0.03174061433447099 0.0338415
7679434734 0.02765636651166906
Public Service Commission, District 5 - Western McDuffie 8792 172 7924 159 0.019563239308462238 0.02
0065623422513883 0.3718745948389663
Public Service Commission, District 5 - Western McIntosh 5408 155 4968 146 0.028661242603550297 0.02
938808373590982 0.355894289944239
Public Service Commission, District 5 - Western Meriwether 8639 219 8156 207 0.025350156268086583 0.
025380088278567924 1.0940121602665944
Public Service Commission, District 5 - Western Miller 2313 109 2181 103 0.04712494595763078 0.04722
604309949564 1.1385910463587023
Public Service Commission, District 5 - Western Mitchell 7446 156 6882 151 0.020950846091861403 0.02
1941296134844523 0.036672432668027076
Public Service Commission, District 5 - Western Monroe 12932 293 12236 283 0.022656974945870708 0.02
312847335730631 0.15486211657408733
Public Service Commission, District 5 - Western Montgomery 3528 140 3317 134 0.03968253968253968 0.0
4039794995477841 0.5131907229246476
Public Service Commission, District 5 - Western Morgan 9554 220 9144 204 0.023027004396064477 0.0223

0971128608924 0.05466533175230605
Public Service Commission, District 5 – Western Murray 11091 335 10826 324 0.030204670453520873 0.02
9927951228523923 0.3580275547171526
Public Service Commission, District 5 – Western Muscogee 63141 1274 58719 1188 0.020177064031295038
 0.02023195217902212 0.7733221878202343
Public Service Commission, District 5 – Western Newton 43129 800 40394 757 0.01854900415033968 0.018
7404069911373 0.2880989761521879
Public Service Commission, District 5 – Western Oconee 20733 476 19802 447 0.02295856846573096 0.022
573477426522572 0.1202837055129326
Public Service Commission, District 5 – Western Oglethorpe 6484 172 6075 163 0.02652683528685996 0.0
2683127572016461 0.695117645501655
Public Service Commission, District 5 – Western Paulding 61222 994 57915 927 0.016235993597072947 0.
016006216006216007 0.0766314869492585
Public Service Commission, District 5 – Western Peach 10355 229 9910 218 0.022114920328343796 0.0219
9798183652876 0.792675496062349
Public Service Commission, District 5 – Western Pickens 13362 323 13140 316 0.024173027989821884 0.0
24048706240487064 0.5820561037769895
Public Service Commission, District 5 – Western Pierce 6883 115 6556 113 0.01670783088769432 0.01723
6119585112872 0.16728354434850806
Public Service Commission, District 5 – Western Pike 8534 145 8230 140 0.016990860089055544 0.017010
93560145808 1.1725803903565406
Public Service Commission, District 5 – Western Polk 12859 299 12412 295 0.023252196904891515 0.0237
67321946503384 0.03987970208163621
Public Service Commission, District 5 – Western Pulaski 3622 156 3390 144 0.04307012700165654 0.0424
7787610619469 0.591303853479195
Public Service Commission, District 5 – Western Putnam 9321 184 8723 177 0.019740371204806352 0.0202
91184225610454 0.1776297378552062
Public Service Commission, District 5 – Western Quitman 940 56 880 47 0.059574468085106386 0.0534090
90909090906 0.01342285417074256
Public Service Commission, District 5 – Western Rabun 7578 196 6735 172 0.025864344154130376 0.02553
8233110616183 0.6787100960207484
Public Service Commission, District 5 – Western Randolph 2788 93 2475 87 0.03335724533715925 0.03515
151515151515 0.17515856030177251
Public Service Commission, District 5 – Western Richmond 70043 1496 64729 1386 0.021358308467655584
 0.02141234995133557 0.7766781701287755
Public Service Commission, District 5 – Western Rockdale 36600 549 34747 520 0.015 0.014965320747114
859 0.8679756248542636
Public Service Commission, District 5 – Western Schley 1931 59 1835 59 0.030554117037804248 0.032152
588555858314 0.09415527581014056
Public Service Commission, District 5 – Western Screven 5407 195 5136 189 0.036064361013501016 0.036
799065420560745 0.2675794565779546
Public Service Commission, District 5 – Western Seminole 3214 75 2950 67 0.023335407591785935 0.0227
1186440677966 0.5430594967203946

Public Service Commission, District 5 – Western Spalding 24385 644 23102 598 0.02640967808078737 0.0
25885204744177992 0.04484866487087142
Public Service Commission, District 5 – Western Stephens 9069 204 8533 190 0.022494211048627193 0.02
2266494784952538 0.6402134380663298
Public Service Commission, District 5 – Western Stewart 1784 146 1551 135 0.08183856502242152 0.0870
4061895551257 0.0421204678975389
Public Service Commission, District 5 – Western Sumter 10556 289 9679 267 0.027377794619173928 0.027
585494369253023 0.7637525828603964
Public Service Commission, District 5 – Western Talbot 2952 149 2667 126 0.05047425474254742 0.04724
4094488188976 0.02836724592664313
Public Service Commission, District 5 – Western Taliaferro 917 82 755 67 0.08942202835332606 0.08874
172185430464 0.9750644110224309
Public Service Commission, District 5 – Western Tattnall 6639 233 6247 224 0.03509564693477933 0.035
85721146150152 0.21954603259521557
Public Service Commission, District 5 – Western Taylor 3265 96 3022 91 0.029402756508422664 0.030112
508272667107 0.5371054667862808
Public Service Commission, District 5 – Western Telfair 3631 154 3300 148 0.04241255852382264 0.0448
48484848484846 0.019424675730026663
Public Service Commission, District 5 – Western Terrell 3930 127 3603 123 0.032315521628498725 0.034
13821815154038 0.03078080554622569
Public Service Commission, District 5 – Western Thomas 17241 393 16250 377 0.022794501479032538 0.02
32 0.1724149951280266
Public Service Commission, District 5 – Western Tift 13669 393 13108 384 0.028751188821420734 0.0292
9508696978944 0.07142525881580374
Public Service Commission, District 5 – Western Toombs 8851 233 8170 215 0.026324709072421196 0.0263
1578947368421 1.0582709695304873
Public Service Commission, District 5 – Western Towns 6132 170 5848 163 0.027723418134377037 0.02787
277701778386 0.9322587028040169
Public Service Commission, District 5 – Western Treutlen 2610 114 2464 106 0.04367816091954023 0.043
01948051948052 0.6087605455069713
Public Service Commission, District 5 – Western Troup 23663 485 22399 451 0.02049613320373579 0.0201
3482744765391 0.1298792381630499
Public Service Commission, District 5 – Western Turner 3269 110 3121 109 0.0336494340776996 0.034924
70362063441 0.07170857879422024
Public Service Commission, District 5 – Western Twiggs 3787 135 3512 128 0.03564827039873251 0.03644
646924829157 0.4471770187750836
Public Service Commission, District 5 – Western Union 11863 293 11381 279 0.02469864283907949 0.0245
14541780159917 0.6090116230548572
Public Service Commission, District 5 – Western Upson 10558 255 9956 243 0.024152301572267474 0.0244
07392527119324 0.5958370915441289
Public Service Commission, District 5 – Western Walker 21451 485 20638 466 0.02260966854692089 0.022
57970733598217 0.9489688603052256
Public Service Commission, District 5 – Western Walton 38635 701 36866 666 0.018144169794228032 0.01

8065426137904846 0.6458197747078304
Public Service Commission, District 5 – Western Ware 11004 209 10377 194 0.01899309342057434 0.01869
5191288426328 0.4247145967232283
Public Service Commission, District 5 – Western Warren 2260 81 2073 78 0.03584070796460177 0.0376266
2807525326 0.17034714801558465
Public Service Commission, District 5 – Western Washington 8159 363 7432 337 0.044490746415001836 0.
0453444564047362 0.2678820104022079
Public Service Commission, District 5 – Western Wayne 10122 261 9621 249 0.025785417901600473 0.0258
80885562831305 0.9364324100734366
Public Service Commission, District 5 – Western Webster 1100 42 948 37 0.038181818181818185 0.039029
535864978905 0.930897630835706
Public Service Commission, District 5 – Western Wheeler 1927 65 1812 62 0.033731188375713546 0.03421
633554083885 0.898138914021616
Public Service Commission, District 5 – Western White 11434 198 10897 188 0.017316774532097255 0.017
252454804074516 0.9063220103137342
Public Service Commission, District 5 – Western Whitfield 27302 705 26285 688 0.02582228408175225 0.
0261746243104432 0.06556951727951156
Public Service Commission, District 5 – Western Wilcox 2815 80 2610 74 0.028419182948490232 0.028352
490421455937 1.0660068156500393
Public Service Commission, District 5 – Western Wilkes 4371 163 4070 150 0.03729123770304278 0.03685
5036855036855 0.6621223032847633
Public Service Commission, District 5 – Western Wilkinson 4264 175 3994 168 0.04104127579737336 0.04
206309464196294 0.2491133660137237
Public Service Commission, District 5 – Western Worth 7831 198 7526 192 0.025284127186821607 0.02551
1559925591284 0.6850700503010596

In [4]: contests_sig

Out[4]: Counter({'Lieutenant Governor': 101,
                'Secretary Of State': 4,
                'Attorney General': 4,
                'Commissioner Of Agriculture': 5,
                'Commissioner Of Insurance': 4,
                'State School Superintendent': 5,
                'Commissioner Of Labor': 2,
                'Public Service Commission, District 3 – Metro-Atlanta': 4,
                'Public Service Commission, District 5 – Western': 4})

In [5]:
```
# version information
%load_ext version_information
%version_information scipy, numpy, csv, pandas, matplotlib, notebook, cryptorandom, permute
```

Loading extensions from ~/.ipython/extensions is deprecated. We recommend managing extensions like any other Python packages, in site-packages.

/anaconda/lib/python3.6/site-packages/IPython/core/formatters.py:839: FormatterWarning: JSON expects JSONable list/dict containers, not JSON strings
  FormatterWarning)

Out[5]:

| Software | Version |
|---|---|
| Python | 3.6.7 64bit [GCC 4.2.1 Compatible Clang 4.0.1 (tags/RELEASE_401/final)] |
| IPython | 7.2.0 |
| OS | Darwin 18.2.0 x86_64 i386 64bit |
| scipy | 1.1.0 |
| numpy | 1.15.4 |
| csv | 1.0 |
| pandas | 0.23.1 |
| matplotlib | 3.0.2 |
| notebook | 5.7.4 |
| cryptorandom | 0.2 |
| permute | 0.1.alpha4 |
| Sun Jan 06 12:23:30 2019 PST | |

APPENDIX

IV

# Vote distribution by machine in Winterville

For each contest, randomly partition votes onto 7 machines. Condition on the number of ballots cast per machine.

Test statistic is $\max_i |R_{im} - R_i|$, where $R_{im}$ is the fraction of Republican votes cast on machine $m$ in contest $i$, and $R_i$ is the overall fraction of Republican votes in contest $i$.

Test for contests separately, and use Fisher's combining function for an overall test.

Compare results for the original data with results if D and R were swapped on machine 3.

```
In [1]:  %matplotlib inline
         import math
         import numpy as np
         import scipy as sp
         import scipy.optimize
         from scipy.stats import hypergeom, binom, norm, chi2
         from scipy import special
         from cryptorandom.cryptorandom import SHA256
         from cryptorandom import sample
         import matplotlib.pyplot as plt
         import pandas as pd
         import csv

         seed = '2018CV313418 3463593937'  # case caption number [space] 10 rolls of 10-sided dice
         prng = SHA256(seed)
```

In [2]:
```python
votes = pd.read_csv('../../Data/winterville.csv')
votes.head()
```

Out[2]:

|   | Contest | Machine | Candidate | Party | Votes |
|---|---------|---------|-----------|-------|-------|
| **0** | Governor | 0 | B. KEMP (R) | R | 40 |
| **1** | Governor | 0 | S. ABRAMS (D) | D | 73 |
| **2** | Governor | 0 | T. METZ (L) | L | 4 |
| **3** | Governor | 0 | Write-in | W | 0 |
| **4** | Governor | 1 | B. KEMP (R) | R | 51 |

In [3]:
```python
statewide_contests = np.array(["Governor", "Lt Governor", "Secretary of State", \
                              "Attorney General", "Commissioner of Agriculture", \
                              "Commissioner of Insurance", "State School Superintendent", "Commissio
ner of Labor",
                              "PSC Eaton", "PSC Pridemore"])
```

In [4]:
```python
# Number of voters per machine taken from poll tape summary
num_voters_per_machine = [117, 135, 131, 133, 135, 144, 135]  # double-checked
cum_voters_per_machine = np.cumsum(num_voters_per_machine)
cum_voters_per_machine = np.insert(cum_voters_per_machine, 0, 0)
num_votes = np.sum(num_voters_per_machine)

# Does any race on any machine has more votes than reported for the machine?
for m in range(len(num_voters_per_machine)):
    tmp = votes[votes["Machine"]==m]
    tot = tmp.groupby("Contest").agg(np.sum)
    assert np.all(tot["Votes"] <= num_voters_per_machine[m])
```

In [5]:
```python
# Find winning party within the precinct in each statewide contest
mask_D = votes['Party']=="D"
mask_R = votes['Party']=="R"
for c in statewide_contests:
    mask_c = votes["Contest"] == c
    D_votes = votes[mask_c & mask_D]['Votes'].sum()
    R_votes = votes[mask_c & mask_R]['Votes'].sum()
    print(c, D_votes, R_votes, '\t', ('DEM' if D_votes > R_votes else 'REP'))
```

```
Governor 505 400        DEM
Lt Governor 479 393     DEM
Secretary of State 511 365      DEM
Attorney General 509 390        DEM
Commissioner of Agriculture 475 423     DEM
Commissioner of Insurance 482 382       DEM
State School Superintendent 492 405     DEM
Commissioner of Labor 494 402   DEM
PSC Eaton 494 367       DEM
PSC Pridemore 487 374   DEM
```

In [6]:
```python
def get_repub_fraction(df):
    repub = df.loc[df["Party"]=="R"].copy()
    repub["R_votes"] = repub["Votes"]
    valid_votes = df.groupby(["Contest","Machine"]).agg(np.sum).reset_index()
    valid_votes["Tot_votes"] = valid_votes["Votes"]
    combined = pd.merge(repub, valid_votes, on = ["Contest", "Machine"])
    return combined["R_votes"]/combined["Tot_votes"]
```

```
In [7]: def permute_votes_across_machines(vote_df, reps, prng=np.random):
            """
            Input: votes dataframe, filtered to contain only one contest

            """

            # Votes for Republican, Democrat/other, and undervotes
            votes_per_candidate = vote_df.groupby(["Party"]).agg(np.sum).reset_index()
            r_votes = int(votes_per_candidate.loc[votes_per_candidate["Party"] == "R", "Votes"])
            d_votes = np.sum(votes_per_candidate["Votes"]) - r_votes
            u_votes = num_votes - r_votes - d_votes
            overall_r_proportion = r_votes/(r_votes + d_votes)

            # test statistic = largest % votes for R on a machine
            votes_for_r = get_repub_fraction(vote_df)
            max_votes_for_r = np.max(votes_for_r)

            # Randomly assign r_votes 1s, d_votes 0s, and u_votes np.nans
            vote_list = np.array([1]*r_votes + [0]*d_votes + [np.nan]*u_votes)
            perm_distr = np.zeros(reps)

            for r in range(reps):
                prng.shuffle(vote_list)

                # Find fraction of votes for R on each machine
                votes_for_r_perm = np.zeros(len(num_voters_per_machine))
                for i in range(len(num_voters_per_machine)):
                    votes_for_r_perm[i] = np.nanmean(vote_list[cum_voters_per_machine[i]:cum_voters_per_machi
ne[i+1]])
                perm_distr[r] = np.max(votes_for_r_perm)

            # Center the statistic at the expected fraction of R votes
            perm_distr_norm = perm_distr - overall_r_proportion
            statistic_norm = max_votes_for_r - overall_r_proportion

            return {"statistic":max_votes_for_r,
                    "pvalue":(1+np.sum(np.abs(perm_distr_norm) >= np.abs(statistic_norm)))/(reps+1)
                    }
```

In [8]:
```python
reps=10000
ps = {}
for c in statewide_contests:
    vote_df = votes[votes["Contest"] == c]
    res = permute_votes_across_machines(vote_df, reps=reps, prng=prng)
    ps[c] = res['pvalue']
    print(c, "\n    statistic =", res["statistic"], "\n    P-value =", res["pvalue"])

fisher_chi = -2*np.sum([math.log(p) for c, p in ps.items()])
print('Combined:\n   ', fisher_chi, chi2.sf(fisher_chi, df=2*len(statewide_contests)))
```

```
Governor
    statistic = 0.5190839694656488
    P-value = 0.11398860113988601
Lt Governor
    statistic = 0.5645161290322581
    P-value = 0.0245975402459754
Secretary of State
    statistic = 0.5116279069767442
    P-value = 0.0184981501849815
Attorney General
    statistic = 0.515625
    P-value = 0.1506849315068493
Commissioner of Agriculture
    statistic = 0.5813953488372093
    P-value = 0.025997400259974
Commissioner of Insurance
    statistic = 0.5348837209302325
    P-value = 0.030496950304969503
State School Superintendent
    statistic = 0.5419847328244275
    P-value = 0.09669033096690331
Commissioner of Labor
    statistic = 0.5736434108527132
    P-value = 0.007899210078992101
PSC Eaton
    statistic = 0.5114503816793893
    P-value = 0.0456954304569543
PSC Pridemore
    statistic = 0.5267175572519084
    P-value = 0.025297470252974703
Combined:
    65.67868786714891 9.094420735646933e-07
```

# What if D and R vote totals were flipped on Machine 3?

```
In [9]:  votes_flipped = votes.copy()
         votes_flipped.loc[(votes_flipped.Machine==3) & (votes.Party=="R"), 'Party'] = "D"
         votes_flipped.loc[(votes_flipped.Machine==3) & (votes.Party=="D"), 'Party'] = "R"
         votes_flipped.head(20)
```

Out[9]:

|    | Contest  | Machine | Candidate      | Party | Votes |
|----|----------|---------|----------------|-------|-------|
| 0  | Governor | 0       | B. KEMP (R)    | R     | 40    |
| 1  | Governor | 0       | S. ABRAMS (D)  | D     | 73    |
| 2  | Governor | 0       | T. METZ (L)    | L     | 4     |
| 3  | Governor | 0       | Write-in       | W     | 0     |
| 4  | Governor | 1       | B. KEMP (R)    | R     | 51    |
| 5  | Governor | 1       | S. ABRAMS (D)  | D     | 79    |
| 6  | Governor | 1       | T. METZ (L)    | L     | 3     |
| 7  | Governor | 1       | Write-in       | W     | 0     |
| 8  | Governor | 2       | B. KEMP (R)    | R     | 60    |
| 9  | Governor | 2       | S. ABRAMS (D)  | D     | 67    |
| 10 | Governor | 2       | T. METZ (L)    | L     | 2     |
| 11 | Governor | 2       | Write-in       | W     | 0     |
| 12 | Governor | 3       | B. KEMP (R)    | D     | 68    |
| 13 | Governor | 3       | S. ABRAMS (D)  | R     | 59    |
| 14 | Governor | 3       | T. METZ (L)    | L     | 4     |
| 15 | Governor | 3       | Write-in       | W     | 0     |
| 16 | Governor | 4       | B. KEMP (R)    | R     | 65    |
| 17 | Governor | 4       | S. ABRAMS (D)  | D     | 67    |
| 18 | Governor | 4       | T. METZ (L)    | L     | 3     |
| 19 | Governor | 4       | Write-in       | W     | 0     |

```
In [10]: ps_flipped = {}
         for c in statewide_contests:
             vote_df2 = votes_flipped[votes_flipped["Contest"] == c]
             res = permute_votes_across_machines(vote_df2, reps=reps, prng=prng)
             ps_flipped[c] = res['pvalue']
             print(c, "\n   statistic =", res["statistic"], "\n   P-value =", res["pvalue"])

         fisher_chi = -2*np.sum([math.log(p) for c, p in ps_flipped.items()])
         print('Combined:\n   ', fisher_chi, chi2.sf(fisher_chi, df=2*len(statewide_contests)))
```

```
Governor
    statistic = 0.48148148148148145
    P-value = 0.46425357464253575
Lt Governor
    statistic = 0.4728682170542636
    P-value = 0.7945205479452054
Secretary of State
    statistic = 0.4496124031007752
    P-value = 0.44955504449555045
Attorney General
    statistic = 0.484375
    P-value = 0.5433456654334566
Commissioner of Agriculture
    statistic = 0.49230769230769234
    P-value = 0.7339266073392661
Commissioner of Insurance
    statistic = 0.4645669291338583
    P-value = 0.6042395760423958
State School Superintendent
    statistic = 0.48031496062992124
    P-value = 0.8065193480651934
Commissioner of Labor
    statistic = 0.46875
    P-value = 0.7967203279672033
PSC Eaton
    statistic = 0.4732824427480916
    P-value = 0.27987201279872015
PSC Pridemore
    statistic = 0.4307692307692308
    P-value = 0.9387061293870613
Combined:
     9.997865529313279 0.9682106300793477
```

```
In [11]:  # version information
          %load_ext version_information
          %version_information scipy, numpy, csv, pandas, matplotlib, notebook, cryptorandom, permute
```

Loading extensions from ~/.ipython/extensions is deprecated. We recommend managing extensions like a
ny other Python packages, in site-packages.

/anaconda/lib/python3.6/site-packages/IPython/core/formatters.py:839: FormatterWarning: JSON expects
JSONable list/dict containers, not JSON strings
  FormatterWarning)

Out[11]:

| Software | Version |
|---|---|
| Python | 3.6.7 64bit [GCC 4.2.1 Compatible Clang 4.0.1 (tags/RELEASE_401/final)] |
| IPython | 7.2.0 |
| OS | Darwin 18.2.0 x86_64 i386 64bit |
| scipy | 1.1.0 |
| numpy | 1.15.4 |
| csv | 1.0 |
| pandas | 0.23.1 |
| matplotlib | 3.0.2 |
| notebook | 5.7.4 |
| cryptorandom | 0.2 |
| permute | 0.1.alpha4 |
| Sun Jan 06 14:03:18 2019 PST | |

E
X
H
I
B
I
T

B

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE, RHONDA J. MARTIN, SMYTHE DUVAL, AND JEANNE DUFORT,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**ROBYN A. CRITTENDEN, Secretary of State of Georgia, et al.,**<br><br>**Defendants.** | **CIVIL ACTION FILE NO. 2018CV31348** |

## AFFIDAVIT OF CHRISTOPHER BRILL

Appeared before me, the undersigned officer duly authorized to administer oaths, Christopher Brill, who after being duly swon states as follows:

1.     Since 2006, I have devoted my career to the study of political processes in the United States generally, with a particular focus on research and analyses of political and electoral data, from precinct level to nationwide in scope.

2.      My experience includes, but is not limited to, research and analyses of statewide voter files to identify socio-economic, geographic and other characteristics of voter file data.

3.    I also have experience comparing and matching political and electoral data, including voter file data, against large and complex datasets; analyzing the results of such comparisons and matching; and identifying strengths and weaknesses in the methods, protocols and algorithms used in performing these kinds of analyses.

4.    My experience also includes identifying reasons for false positive and false negative results when comparing or matching such data across large datasets and developing best practices for optimizing accurate matches and comparisons of data.

5.    Since 2013, I have been employed as a Senior Data Analyst with TargetSmart Communications LLC, where my duties and responsibilities include, but are not limited to, collecting and analyzing political, electoral, consumer, demographic and other datasets; product development; and strategic consulting.

6.    I obtained a Bachelor of Arts degree in Political Science from the University of New Mexico 2006. My current resume is attached and incorporated herein by reference as Exhibit B.

7.    I have been retained by Plaintiffs' counsel in this matter to conduct analyses of the November 6th 2018 general election vote results in GA, with a focus on the under voting that took place with respect to the Lt. Governor's election; to offer my opinions concerning said data and analyses based upon by background,

training and experience; and to prepare a preliminary report summarizing my analyses of this data and opinions.

8.　　The sources used for the analysis are from officially published election result tablulations made available by the Secretary of State, as well as publicly available individual voter file data.

9.　　My preliminary report is attached and incorporated herein by reference as Exhibit A.

10.　　My opinions and preliminary report for the Coalition for Good Governance are based upon the information that has currently been made available to me and is accurate to the best of my knowledge and belief, and I would testify to these opinions if called upon to do so. I reserve the right to amend, supplement and otherwise update my opinions and report if additional information is made known to me during the pendency of this litigation.



Christopher Brill

Sworn to and subscribed before me:
On this 7th day of January , 2019

Notary Public, State of Arizona
My Commission Expires: Feb. 18, 2022

NATHANIEL EKLUND
Notary Public - Arizona
Maricopa County
My Comm. Expires Feb 18, 2022

SEAL

EXHIBIT

A



To:          Marilyn Marks
From:        Christopher Brill, Senior Data Analyst
Date:        January 5th 2019
Subject:     Exhibit A: Analysis of the 2018 Georgia Lt. Governor undervote

## Research Summary

The purpose of this analysis is to examine for possible irregularities in the number of votes cast for the 2018 Lieutenant Governor's election in Georgia. TargetSmart was approached by Marilyn Marks, Executive Director, for the Coalition for Good Governance to examine what appeared to be a significantly lower number of votes being cast for the Lt. Governor's election than all other statewide constitutional offices in the November 6, 2018 election

TargetSmart is considered an industry leader in voter data and political campaign services.  In addition to maintaining a nationwide voter file, TargetSmart also maintains a nationwide repository of election results allowing us to examine electoral trends across states and time.  For this project, the lead researcher also has over a dozen years' experience collecting and analyzing publicly available election results.

The primary question we want to probe: "was the undervote that occurred during the Lt. Governor election consistent with historic patterns and do the factors that we know contribute to higher rates of under voting apply to this election?"

<u>After an initial examination of the state, county and precinct level results from the 2018 election in Georgia it is our initial conclusion that the vote totals published cast substantial doubt on the final vote total of the Lt. Governor election.</u>  The undervote that occurred for the Lt Governor election is simply not consistent with patterns of undervote seen previously in Georgia, or around the country.

## Defining Under voting

Before presenting our case, it may help to define terms. Quite simply, an undervote occurs when a voter decides, or by accident, does not vote for a specific office or issue on the ballot. While voters might have countless motivations while in the voting booth on what they do and do not vote for, when it comes to under voting there are generally 3 variables that are most associated with high undervote rates:

1)  **Low visibility**:  If an election on a ballot is not well known to the public, is further down the ballot, or both then a higher undervote is likely to occur.  For instance, an office such as 'Community College District Board' might generally suffer from high rates of under voting because voters are not familiar with the office or do not know any of the candidates.

2)  **Non-Partisan/Lack of partisan cues**:  If an election on a ballot is non-partisan, that election may experience a higher rate of under voting.  Research shows that voters tend to use a candidate's party affiliation as a 'cue' for whether they should vote one way or another, even if they are unsure who the candidate is.  When this cue is not present for non-partisan elections, more voters are likely to skip the contest altogether, resulting in higher rates of under voting.

3)  **Uncompetitive election/Only one major party on the ballot**:  If an election is not competitive, or only one major party has a candidate on the ballot, and is near assured victory before Election Day, under voting tends to be higher.  The lower the stakes of the election, the higher the under voting tends to be.

### A Focus on the Lt. Governor Election

When the vote totals for the 2018 Lt. Governor election are compared to the other 8 statewide constitutional offices an anomaly becomes visible:  Tens of thousands of fewer votes were cast for Lt Governor than any of the other elected offices at the top of the ballot. Table 1 below compares the number of votes cast for Governor in 2018 to the remaining statewide, partisan, constitutional offices.

**Table 1: Total 2018 Undervote by Office**

| Office | 2018 | Under Vote | Drop Off vs Gov |
|---|---|---|---|
| Governor | 3,939,328 | | |
| Lt. Governor | 3,780,304 | **-159,024** | 4.0% |
| Secretary of State | 3,883,594 | -55,734 | 1.4% |
| Attorney General | 3,862,370 | -76,958 | 2.0% |
| Commissioner of Agriculture | 3,843,480 | -95,848 | 2.4% |
| Commissioner of Insurance | 3,861,625 | -77,703 | 2.0% |
| State School Superintendent | 3,862,464 | -76,864 | 2.0% |
| Commissioner of Labor | 3,849,450 | -89,878 | 2.3% |

Based on our understanding of the factors that encourage higher rates of under voting (as outlined in the previous section), the Lt. Governor's election would not seem to contain any of the defining variables we usually see when higher than normal under voting occurs.  The Lt Governor's election, position wise on the ballot, was directly below one of the most competitive and highly publicized elections for Governor in years. The election was partisan, and the election was extremely competitive (much like other statewide offices on the ballot), with the winner receiving just 51.6% of the vote. **In short, there is little reason to suspect that under voting should be higher for Lt Governor than any of the other 8 constitutional offices based on its competitiveness, position on the ballot or its partisan classification.** Yet, under voting was more than *two times higher* than under voting for Attorney General, and *three times higher* than that for Secretary of State.  The question becomes, why?

This anomaly becomes more apparent when examining past elections. Table 2 below compares drop off percentages for each of the state's 8 constitutional offices by election cycle since 2002:

**Table 2: % Decrease in votes cast compared to that years gubernatorial contest**

| | 2018 | 2014 | 2010 | 2006 | 2002 |
|---|---|---|---|---|---|
| Lt. Governor | **4.0%** | 0.8% | 0.3% | 1.2% | 0.9% |
| Secretary of State | 1.4% | 0.9% | 0.9% | 2.8% | 1.0% |
| Attorney General | 2.0% | 1.0% | 0.9% | 2.3% | 2.8% |
| Commissioner of Agriculture | 2.4% | 1.6% | 1.2% | 1.8% | 2.1% |
| Commissioner of Insurance | 2.0% | 1.2% | 1.2% | 2.4% | 2.1% |
| State School Superintendent | 2.0% | 1.0% | 0.9% | 1.1% | 1.2% |
| Commissioner of Labor | 2.3% | 1.7% | 1.6% | 3.1% | 2.8% |

In this context, the historic nature of the undervote becomes clear: Since 2002, the undervote percentage compared to Governor, for all constitutional offices has averaged 1.6%.  The 4% drop-off seen here is more than 3 standard deviations away from that mean, further indicating the drop-off seen here is an extreme outlier. Overall, the 4% drop-off between Lt Governor and Governor is the largest gap seen in a mid-term this century in Georgia.

Finally, a quick comparison to similar Lt Governor elections that took place elsewhere in 2018 highlights the strangeness of the result in GA.  Chart 1 below examines the undervote rate in the 9 states with stand alone elections for Lt. Governor in 2018:



Out of all states, only CA had a higher undervote percentage.  Why?  Because in 2018, due to California's top two primary set up, just two Democratic candidates were on the ballot- there were no Republican candidates or third-party candidates for voters to choose from; again, an ingredient for higher rates of under voting.  Minus California, GA's Lt Governor under vote was the highest among all Lt Governor contests in the country in 2018.

### Georgia's 2018 State Representative Elections

Second, an examination of the county and precinct level data from the 2018 election raises additional questions about the reasonableness of the Lt. Governor reported vote tallies. Specifically, if we go even further down the ballot, and examine state representative, otherwise known as 'state house' elections, we see Lt Governor vote totals that are even lower than those for non-competitive state representative elections.

To recap, there were 180 state representative seats up for election in 2018, with as many as 110 of those seats 'uncontested', meaning only 1 major party had a general election candidate on the ballot to choose from.  Not surprisingly, this number of uncontested seats resulted in a smaller number of votes cast for state representative.  In total just 3,470,967 votes were cast for a state representative in Georgia, or 468,351 fewer votes than cast for Governor, an aggregate drop off of almost 12%.  Again, this makes sense based on our knowledge of under voting: uncompetitive or uncontested elections tend to yield smaller vote totals.

With that context present, an analysis of the votes cast across the state's 2,636 precincts show that, inexplicably, more votes were cast for State Representative than Lt Governor in *1,012 precincts, or 38% of all precincts.*  Further, in 137 of those 1,012 precincts, the Democratic candidate for State Representative received 100% of the total votes cast for that contest.  Ultimately this raises the question: **Why would more voters in a precinct vote in an uncontested or uncompetitive State Representative election than for an election further up the ballot that is contested and competitive?**

To further illustrate this point, we compare state representative vote totals to another statewide election with what appear to be normal rates of under voting: Attorney General. In total there were just 410 precincts where there were more votes cast for State Representative than Attorney General. **In just**

**two of those precincts** did the Democratic candidate for State Representative receive 100% of the votes. This would line up with our established expectations: if a down ballot election such as state representative, garnered more votes than a statewide election, it would be in precincts with more locally competitive representative elections, and not where candidates are receiving 100% of the vote.

### Addressing Voter Choice and Vote Method

We believe that the data presented thus far, combined with the necessary context around what variables accompany higher rates of under voting, shows striking irregularities in the total vote for Lt Governor, that ultimately call into question the accuracy of the vote and the legitimacy of the outcome

With that said, we can't ultimately rule out with 100% certainty that a group of voters decided, *intentionally*, to not vote for Lt. Governor. However, what makes this intention even more unlikely is how the under vote for Lt Governor breaks down when comparing **vote method**. In this context, vote method refers to how a voter decided to cast their ballot- either through mail in absentee, in person early voting (or 'advance voting') and finally Election Day voting at the polls. Early voting and Election Day voting are conducted on electronic machines and mail in absentee is voted on paper ballots.

After examining county level results released by the Secretary of State, we found that there were significant differences in the Lt Governor under vote, depending on the method of vote. For instance, the voting machine election day under vote was approximately 4.5%, while the undervote was as little as 1% among absentee by mail voters, who voted on paper. This is an additional oddity in the data, especially when, as chart 2 demonstrates below, under vote rates are more consistent across method of voting for other offices such as Secretary of State (SOS) and Attorney General (AG):



Chart 2: Undervote % by Office and Vote Method

Legend: Election Day (blue), Advance Voting (red), Absentee Voting (green)

According to data on the GA voter file, absentee voters tended to skew somewhat older, more Democratic (according to our partisanship modeling) and more African American; but it is unlikely that such a modest skew could have accounted for such a large difference in the under vote between absentee and election day voters. **Therefore, if voters were deliberately under voting in the Lt Governor election, why would that not be consistent across all vote methods?   Instead, we would speculate that the key difference here is the technology that is being used to administer absentee votes vs in person votes, and not differences in the voters who selected one vote method or the other.**

## Conclusion

In conclusion, based on our analysis of the publicly available data, it is our opinion that the undervote totals reflected in the Lt Governor's race are extremely suspect and irregular and cast a serious doubt over the accuracy of the final vote count and the certified outcome of the Lt. Governor's contest.

EXHIBIT

B

# Christopher A. Brill

826 E Lamar Rd
Phoenix AZ 85014

602-295-3389
cbrillaz@gmail.com

## Employment History

**Senior Data Analyst**
TARGETSMART COMMUNICATIONS
Phoenix, AZ.  Feb 2013 to Present
- Currently provide support and data analysis to progressive issue and candidate campaigns as well as 501c(3) and c(4) organizations around the United States with a focus on helping clients optimize and execute outreach programs.
- Currently manage the data and targeting efforts for Arizona based progressive coalitions such as Arizona Wins and One Arizona.
- Lead project manager for TargetSmart's 'ElectionBase": a nationwide precinct level election database, merged with voter file and other data sets, in order to provide comprehensive district level profiles and Democratic performance projections.
- Lead client services representative for a wide range of organizations such as America Votes and the Democratic Legislative Campaign Committee (DLCC)

**National Data Director**
DEMOCRATIC NATIONAL COMMITTEE (DNC)
Washington D.C.  Aug 2011 to Jan 2013
- Managed a 7-figure budget as well as a team of 9 people and was responsible for the day to day operations of the DNC data department including data acquisition, analysis and data support services.
- Lead director for the committee's national voter file.  Coordinated with the presidential campaign, other national committees and all 50 state parties on voter file, data services and support needs.
- Managed day-to-day vendor and consultant relationships in relation to the national voter file, as well as developed in-house data testing to inform vendor selection process.

**Acquisitions Manager**
DEMOCRATIC NATIONAL COMMITTEE (DNC)
Washington D.C.  Apr 2010 to Aug 2011
- Led the data acquisition team at the DNC and was responsible for acquiring voter file data nationwide as well as establishing a national voter file and data update schedule.
- Provided voter file and data support to state party committees, other national party committees such as the DCCC, DSCC and Organizing for America.

**Elections and Targeting Director**
ARIZONA DEMOCRATIC PARTY (ADP)
Phoenix AZ.  June 2008- April 2010
- Developed and implemented the Coordinated Campaign's vote by mail application chase program in 2008 as well as Permanent Early Voter sign up programs in 2009.
- Compiled and aggregated data to provide daily and weekly briefings with campaign principals, partner organizations and ADP staff.
- Provided voter targeting and data assistance to campaigns, elected officials and party leaders.

**Voter File Director**
ARIZONA DEMOCRATIC PARTY (ADP)
Phoenix AZ. June 2006- June 2008
- Maintained statewide voter file by coordinating with state, county and city election officials, party staff and data vendors.
- Cultivated relationships with key ADP stakeholders with the goal of promoting the use of a single statewide voter file for local party affiliates and candidates.
- Developed voter file training programs for state party staff, volunteers and candidates.

## Skills and Core Competencies

- Core competencies include project management, data acquisition, manipulation and cleaning (data wrangling) visualization, research, and analysis.
- Proficient in multiple progressive software platforms such as NGP-VAN, Blocks, Q-Tool, M-Tool, RegTrak, Grassroots Unwired and Hustle.
- Proficient in data manipulation using tools such as using SQL, R, Vertica and Alteryx.
- Proficient in mapping platforms using ArcGis and Google Fusion Tables.
- Proficient in Microsoft Office products including Outlook, Excel, Word and PowerPoint.

## Education

UNIVERSITY OF NEW MEXICO, Albuquerque NM. 2002-2006
Studies leading to a BACHELORS of ARTS in Political Science

E

X

H

I

B

I

T


C

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

**COALITION FOR GOOD
GOVERNANCE, RHONDA J.
MARTIN, SMYTHE DUVAL, AND
JEANNE DUFORT,**

**Plaintiffs,**

v.

**CIVIL ACTION FILE
NO. 2018CV31348**

**ROBYN A. CRITTENDEN,
Secretary of State of Georgia,
et al.,**

**Defendants.**

## AFFIDAVIT OF MICHAEL S. JOHNSON

Appeared before me, the undersigned officer duly authorized to administered oaths,

MICHAEL S. JOHNSON ("Affiant") who, after being sworn, states as follows:

1.      I am of lawful age and give this affidavit based on my personal knowledge.

2.      I am a registered voter in Cobb County, Georgia.

3.      I was appointed as a statewide poll watcher for the November 6, 2018 election, by

the Libertarian Party of Georgia. I observed activites at various polling places in the metro

Atlanta area during early voting and on Election Day.

4.      On November 6, Election Day morning, I observed the voting activities at  Grady

High School polling place which includes precincts, 02J, 02K, and 06G.  I spent approximately

twenty minutes observing at the Grady High School polling place. Grady High School is in Atlanta and Fulton County, Georgia.

5.      I observed ten (10) DRE voting machines in use during my visit which lasted about 20 minutes. I did not observe any spare DRE units, or units that were not in service.

6.      I did not notice any malfunctioning or problems with machines during my brief visit.

7.      The line of voters awaiting the use of machines was quite long and snaked around the interior of gymnasium. I noticed the inadequate number of machines for use and asked a pollworker about the bottleneck at the machines. She replied that there were not enough machines.

8.      The picture of the Grady High School polling place attached as Exhibit A is an accurate reflection of the set up of the polling place with 10 DRE machines as I observed it on the morning of November 6.

9.      I received the picture from Marilyn Marks of Coaltion for Good Governance. I understand that the picture on Election Day morning was taken as part of a video by an HBO film crew. I met this film crew at other polling locations during the day as they were filming Georgia voting activities.

Further affiant sayeth not.

Michael S. Johnson

Sworn to and subscribed before me:
On this ___ day of _____, 2019
_____
Notary Public, State of _____
My Commission Expires: _____

SEAL

EXHIBIT

A



EXHIBIT

D

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

**COALITION FOR GOOD
GOVERNANCE, RHONDA J.
MARTIN, SMYTHE DUVAL, AND
JEANNE DUFORT,**

               **Plaintiffs,**

        **v.**

**ROBYN A. CRITTENDEN,
Secretary of State of Georgia,
et al.,**

               **Defendants.**

**CIVIL ACTION FILE
NO. 2018CV31348**

## AFFIDAVIT OF TARAN GREENWALD

Appeared before me, the undersigned officer duly authorized to administered oaths, TARAN GREENWALD ("Affiant") who, after being sworn, states as follows:

1.    I am an analayst for Coaltion for Good Governance, a Plaintiff in this action.

2.    For the November 6, 2018 Georgia general election,  I was a volunteer for candidates and various election transparency advocacy groups seeking to document reports of election results by photographing the DRE machine poll tapes once they were posted on the doors of the polling places after the closing of the polls and the printing of the machine tapes.

3.    In Fulton County, after the close of the polls, machine results for each machine in operation in the polling place on Election Day are printed and one copy of each DRE machine tape is posted to or near the door of the polling place for public observation.

4.      I took photographs at several polling places on the evening of November 6, shortly after the tapes had been posted.  I took the photos of 14 DRE machine tapes at Grady High School polling place in Atlanta at approximately 9 p.m.

5.      Those photographs are on Exhibit A. I prepared this exhibit from my original photographs and have not altered or edited the contents of the machine tapes.

6.      With the assistance of Coalition for Good Governance's other part time analyst, Samantha Whitley, I prepared a transcript of the information on the tape photographs. That transcript on Exhibit B.

7.      Ms. Whitley and I also reviewed the officially reported tallies on the Secretary of State's website for each race for each precinct located in the Grady High School polling place. Those were precincts 02J, 02K, and O6G. The Secretary of State's website showing Fulton County results is  https://results.enr.clarityelections.com/GA/Fulton/91700/Web02.221448/#/

8.      The above referenced  Secretary of State results exclude write-in votes, which we accounted for on the worksheet in Exhibit B.

9.      Coalition for Good Governance obtained the Grady High School polling place recap sheet (Exhibit C) through a public reords request to Fulton County Elections Office. The recap sheet lists the ten (10) DRE machine by serial numbers that were assigned to the Grady polling place.  Eight (8) machine serial numbers match the machine serial numbers on the 14 poll tapes. Severn (7) machine tapes were posted on the door that were not listed on the  polling place recap sheet. All 14 poll tapes showed print times of approximately 7:30 pm as would be expected after 7pm poll closing time.

10.     I have collected photographs of election night machine poll tapes from a number of other polling places from other voluteers and citizens who shared them with Coalition for Good Governance.

11.     One of the sets of election night photos I obtained was Midvale Elementary School in DeKalb County. Exhibit D is a pdf compliation of the photographs that I received from other citizens who took this photographs. The photographs can be compared to DeKalb County's copy of these tapes to verify the accuracy of the data.

12.     I prepared Exhibit E by comparing the Secretary of State's vote tallies by precinct for DeKalb County posted at this link, https://results.enr.clarityelections.com/GA/DeKalb/91684/Web02.221448/#/ to the Election Day vote tallies with the Midvale polling place tape on Exhibit D.

Further Affiant sayeth not.

_____
Taran Greenwald

Sworn to and subscribed before me:
On this 7th day of JANUARY, 2019
_____
Notary Public, State of GA
My Commission Expires: 5/16/22          SEAL



Page 3

E
X
H
I
B
I
T

A

ELECTION RESULTS REPORT
*************************
Fulton County
State of
Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:      280{00
           02J, 02K & 06G
MACHINE ID:            2
VERSION:  2      COPY: 0
COUNT:   0   SIZE:  32M
ACCU-VOTE RELEASE: 4.5.2
REPORT:       US 1.14.7

TIME: 19:26  11/06/2018
MACHINE SERIAL:   124301
PUBLIC COUNTER:      149
SYSTEM COUNTER:     2122

*************************
** PRECINCT:      220 **
              02J
*************************
BALLOTS CAST          89
*************************
GOVERNOR
RACE #   3

B. KEMP (R)           11
S. ABRAMS (D)         75
T. METZ (L)            3
Write-in               0
# WRITE-INS            0

```
***************************
BALLOTS CAST              89
***************************
GOVERNOR
RACE #   3

B. KEMP (R)               11
S. ABRAMS (D)             75
T. METZ (L)                3
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
***************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)             13
S. R. AMICO (D)           73
Write-in                   1
# WRITE-INS                1
Write In Candidates
Ballot Candidate
820225 DYLAN SAGER
***************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)      11
J. BARROW (D)             71
S. DUVAL (L)               6
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
***************************
ATTORNEY GENERAL
```

```
***************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R             15
C. BAILEY (D)             72
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
***************************
AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R            20
F. SWANN (D)              66
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
***************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)               12
J. LAWS (D)               68
D. FOSTER (L)              7
Write-in                   0
# WRITE-INS                0
Write In Candidates
```

```
*****************
STATE SCHOOL SUPERINTENDENT
RACE #  15

R. WOODS (I) R              17
O. THORNTON, JR. (D)        68
Write-in                     1
# WRITE-INS                  1
Write In Candidates
Ballot Candidate
^164866 SID CHAPMAN
*************************
LABOR COMMISSIONER
RACE #  17

M. BUTLER (I) R             17
R. KEATLEY (D)             69
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
*************************
PSC EATON
RACE #  19

C. EATON (I) R             14
L. MILLER (D)              68
R. GRAHAM (L)               6
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
*************************
```

```
***************************
PSC PRIDEMORE
RACE #  21

T. PRIDEMORE (I) R         12
D. A. RANDOLPH (D)         68
J. TURPISH (L)              7
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
***************************
US HOUSE 5
RACE #  40

J. R. LEWIS (I) D          80
Write-in                    1
# WRITE-INS                 1
Write In Candidates
Ballot Candidate
718390 ALEXANDER PAUL LORENZ
***************************
US HOUSE 6
RACE #  55

K. HANDEL (I) R             0
L. MCBATH (D)               0
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
***************************
US HOUSE 11
RACE #  65

B. LOUDERMILK (I) R         0
F. D. BROADY, JR (D)        0
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
***************************
```

N, ORROCK (I) D          81
Write-in                  1
# WRITE-INS               1
Write In Candidates
Ballot Candidate
718390 ALEXANDER PAUL LORENZ
**************************
STATE HOUSE 58
RACE # 355

P, CANNON (I) D          81
Write-in                  1
# WRITE-INS               1
Write In Candidates
Ballot Candidate
718390 ALEXANDER PAUL LORENZ
**************************
CO. COMM CHAIRPERSON
RACE # 450

R, PITTS (I) D           77
Write-in                  1
# WRITE-INS               1
Write In Candidates
Ballot Candidate
718390 ALEXANDER PAUL LORENZ
**************************
SOIL AND WATER
RACE # 550

W, S, REKUC, JR (I)      58
J, R, ULBETH             40
Write-in                  1
Write-in                  0
# WRITE-INS               1
Write In Candidates
Ballot Candidate
163198 NA
**************************
CONST AMENDMENT 1
RACE # 560

---

**************************
ELECTION RESULTS REPORT
**************************
Fulton County
State of
Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:              280:00
       02J, 02K & 06G
MACHINE ID:               3,
VERSION: 2       COPY: 0,
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:        ─US 1,14,7

TIME: 19:26  11/06/2018
MACHINE SERIAL:    136081
PUBLIC COUNTER:       141
SYSTEM COUNTER:      1271

**************************
** PRECINCT:       220 **
           02J
**************************
BALLOTS CAST          78
**************************
GOVERNOR
RACE #   3

      ⁽ᴰ (R)            8

GOVERNOR
RACE #   3

B. KEMP (R)                8
S. ABRAMS (D)             66
T. METZ (L)                2
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)              9
S. R. AMICO (D)           67
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)       8
J. BARROW (D)             66
S. DUVAL (L)               4
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R             14
C. BAILEY (D)             64
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************

AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R            21
F. SWANN (D)              54
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)               13
J. LAWS (D)               56
D. FOSTER (L)              4
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
STATE SCHOOL SUPERINTENDENT
RACE #  15

R. WOODS (I) R            20
D. THORNTON, JR. (D)      56
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
LABOR COMMISSIONER
RACE #  17

M. BUTLER (I) R           17
R. KEATLEY (D)            56
Write-in                   0
# WRITE-INS                0

PSC EATON
RACE #  19

C. EATON (I) R          7
L. MILLER (D)          62
R. GRAHAM (L)           5
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
PSC PRIDEMORE
RACE #  21

T. PRIDEMORE (I) R     12
D. A. RANDOLPH (D)     58
J. TURPISH (L)          4
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 5
RACE #  40

J. R. LEWIS (I) D      72
Write-in                1
# WRITE-INS             1
Write In Candidates
Ballot Candidate
506146 CLARK HOWARD
*************************

STATE SENATE 36
RACE # 145

N. ORROCK (I) D        69
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
STATE HOUSE 58
RACE # 355

P. CANNON (I) D        69
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
CO COMM CHAIRPERSON
RACE # 450

R. PITTS (I) D         70
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
SOIL AND WATER
RACE # 550

W. S. REKUC, JR (I)    50
J. R. ULSETH           36
Write-in                0
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
CONST AMENDMENT 1
RACE # 500

YES                    67
NO                     11
*************************
CONST AMENDMENT 2

```
**************************
     ELECTION RESULTS REPORT
**************************
        Fulton County
           State of
      Georgia General Election

        November 6, 2018
DATE: Nov-06-2018
POLL CTR:          280J00
       02J, 02K & 06G
MACHINE ID:             4
VERSION:  2    COPY:  0
COUNT:   0   SIZE:  32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:        US 1,14,7

TIME: 19:31  11/06/2018
MACHINE SERIAL:    143944
PUBLIC COUNTER:       140
SYSTEM COUNTER:      1386

**************************
***  SUMMARY TOTALS
**************************

BALLOTS CAST BY PRECINCT
PRECINCT        QUANTITY
   220              83
   225              42
   700              15

TOTAL BALLOTS       140

**************************
GOVERNOR
RACE #   3

R. KEMP (R)          21
S. ABRAMS (L)       113
```

```
**************************
GOVERNOR
RACE #   3

B. KEMP (R)             21
S. ABRAMS (D)          113
T. METZ (L)              5
Write-in                 1
# WRITE-INS              1
Write In Candidates
Ballot Candidate
147243 NATHAN DEAL
**************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)           26
S. R. AMICO (D)        110
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
**************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)  22
```

SECRETARY OF STATE
RACE #  7

| | |
|---|---|
| B. RAFFENSPERGER (R) | 22 |
| J. BARROW (D) | 107 |
| S. DUVAL (L) | 11 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
**************************
ATTORNEY GENERAL
RACE #  9

| | |
|---|---|
| C. CARR (I) R | 27 |
| C. BAILEY (D) | 111 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
**************************
AGRICULTURE COMMISSIONER
RACE #  11

| | |
|---|---|
| G. BLACK (I) R | 35 |
| F. SWANN (D) | 97 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
**************************
INSURANCE COMMISSIONER
RACE #  13

| | |
|---|---|
| J. BECK (R) | 24 |
| J. LAWS (D) | 99 |
| D. FOSTER (L) | 8 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate

STATE SCHOOL SUPERINTENDENT
RACE #  15

| | |
|---|---|
| R. WOODS (I) R | 36 |
| O. THORNTON, JR. (D) | 95 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
************************
LABOR COMMISSIONER
RACE #  17

| | |
|---|---|
| M. BUTLER (I) R | 30 |
| R. KEATLEY (D) | 100 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
************************
PSC EATON
RACE #  19

| | |
|---|---|
| C. EATON (I) R | 22 |
| L. MILLER (D) | 103 |
| R. GRAHAM (L) | 7 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates

```
*************************
PSC PRIDEMORE
RACE #  21

T. PRIDEMORE (I) R      23
D. A. RANDOLPH (D)      98
J. TURPISH (L)           9
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 5
RACE #  40

J. R. LEWIS (I) D      121
Write-in                 5
# WRITE-INS              5
Write In Candidates
Ballot Candidate
820920 ANYBODY ELSE
716377 ANYONE ELSE PLEASE
668742 JOHN WAYNE
623867 NOT HIM
729416 TED TURNER
*************************
US HOUSE 6
RACE #  55

K. HANDEL (I) R          0
L. MCBATH (D)            0
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 11
```

```
US HOUSE 13
RACE #  73

D. CALLAHAN (R)          0
D. SCOTT (I) (D)         0
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
STATE SENATE 36
RACE #  145

N. ORROCK (I) D        119
Write-in                 2
# WRITE-INS              2
Write In Candidates
Ballot Candidate
623867 NO
820920 TTT
*************************
STATE HOUSE 58
```

```
6230D1 NO
820920 TTT
**************************
STATE HOUSE 58
RACE # 355

P. CANNON (I) D          120
Write-in                   1
# WRITE-INS                1
Write In Candidates
Ballot Candidate
623867 NO
**************************
CO COMM CHAIRPERSON
RACE # 450

R. PITTS (I) D           118
Write-in                   2
# WRITE-INS                2
Write In Candidates
Ballot Candidate
623867 NO
398108 NO GULCH
**************************
SOIL AND WATER
RACE # 550

V. S. REKUC, JR (I)       83
J. R. ULSETH              89
Write-in                   1
Write-in                   0
# WRITE-INS                1
Write In Candidates
Ballot Candidate
34321 JAHN KHAN
**************************
CONST AMENDMENT 1
RACE # 560

YES                      121
NO                        17
**************************
CONST AMENDMENT 2
RACE # 570

YES                       76
NO                        58
**************************
```

```
****!*******************
    ELECTION RESULTS REPORT
************************
        Fulton County
          State of
    Georgia General Election

        November 6, 2018
DATE: Nov-06-2018
POLL CTR:          280N00
        02J, 02K & 06G
MACHINE ID:            5
VERSION: 2      COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:       US 1,14,7

TIME: 19:29  11/06/2018
MACHINE SERIAL:   129841
PUBLIC COUNTER:      138
SYSTEM COUNTER:     2375

************************
***  SUMMARY TOTALS
************************

BALLOTS CAST BY PRECINCT
  PRECINCT        QUANTITY
      220              83
      225              39
                       16
                        *
  TOTAL BALLOTS        138
```

```
**************************
GOVERNOR
RACE #   3

B. KEMP (R)            18
S. ABRAMS (D)          117
T. METZ (L)            2
Write-in               1
# WRITE-INS            1
Write In Candidates
Ballot Candidate
472507 LEE ANN ROTH GAMBLE
**************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)          18
S. R. AMICO (D)        114
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
SECRETARY OF STATE
RACE #   7

D. RAFFENSPERGER (R)   19
J. BARROW (D)          109
S. DUVAL (L)           5
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R          22
C. BAILEY (D)          111
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
```

```
AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R         28
F. SWANN (D)           102
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)            19
J. LAWS (D)            104
D. FOSTER (L)          9
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
STATE SCHOOL SUPERINTENDENT
RACE #  15

R. WOODS (I) R         22
O. THORNTON, JR. (D)   109
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
LABOR COMMISSIONER
RACE #  17

M. BUTLER (I) R        18
R. KEATLEY (D)         109
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
```

PSC EATON
RACE # 19

C. EATON (I) R          20
L. MILLER (D)          105
R. GRAHAM (L)           4
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
PSC PRIDEMORE
RACE # 21

T. PRIDEMORE (I) R      19
D. A. RANDOLPH (D)     104
J. TURPISH (L)          8
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 5
RACE # 40

J. R. LEWIS (I) D      123
Write-in                3
# WRITE-INS             3
Write In Candidates
Ballot Candidate
)15128 ANYBODY ELSE
)59890 ERIC BROWN
)47575 ROD WINGATE
*************************
S HOUSE 8
ACE # 55

HANDEL (I) R            0
McBATH (D)             2
Write-in               0
WRITE-INS              2
Write In Candidates
Ballot Candidate
*************************

ATE SENATE 38
CE # 145

ORROCK (I) D          123
te-in                   2
WRITE-INS               2
te In Candidates
lot Candidate
124 ANYBODY ELSE
575 TOM HARP
*********************
TE HOUSE 58
E # 355

CANNON (I) D          123
te-in                   2
RITE-INS                2
te In Candidates
lot Candidate
124 ANYBODY ELSE
575 MONA CONMAN
********************
OMM CHAIRPERSON
# 450

ITTS (I) D            119
e-in                    3
ITE-INS                 3
e In Candidates
ot Candidate
24 ANYBODY ELSE
58 DONALD DUCK
75 WALTER SMITH
*******************
AMU WATER
# 550

*************
AND WATER
# 550

| | |
|---|---|
| REKUC, JR (I) | 91 |
| ULSETH | 76 |
| -in | 1 |
| -in | 0 |
| TE-INS | 1 |

In Candidates
t Candidate
B BERT
*******************
AMENDMENT 1
560

| | |
|---|---|
| | 131 |
| | 6 |

******************
AMENDMENT 2
570

| | |
|---|---|
| | 72 |
| | 58 |

******************
AMENDMENT 3
560

*************************
ELECTION RESULTS REPORT
*************************
Fulton County
State of
Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:             280000
         02J, 02K & 06G
MACHINE ID:              6
VERSION:  2      COPY: 0
COUNT:    0    SIZE:  32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:        US 1,14,7

TIME: 19:26  11/06/2018
MACHINE SERIAL:    133778
PUBLIC COUNTER:       125
SYSTEM COUNTER:      8130

************************
***  SUMMARY TOTALS
************************

BALLOTS CAST BY PRECINCT
| PRECINCT | QUANTITY |
|---|---|
| 220 | 61 |
| 225 | 56 |
| 700 | 8 |

| TOTAL BALLOTS | 125 |
|---|---|

```
***************************
GOVERNOR
RACE #   3

B. KEMP (R)           18
S. ABRAMS (D)        107
T. METZ (L)            2
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)         20
S. R. AMICO (D)      105
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)  17
J. BARROW (D)        102
S. DUVAL (L)           5
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R         23
C. BAILEY (D)        101
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
```

```
Write In Candidates
Ballot Candidate
***************************
AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R        26
F. SWANN (D)          95
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)           19
J. LAWS (D)           97
D. FOSTER (L)          7
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
STATE SCHOOL SUPERINTENDENT
RACE #  15

R. WOODS (I) R        22
D. THORNTON, JR. (D) 101
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
LABOR COMMISSIONER
RACE #  17

M. BUTLER (I) R       20
R. KEATLEY (D)       101
Write-in               1
# WRITE-INS            1
Write In Candidates
Ballot Candidate
```

**************************
PSC EATON
RACE #  19

C. EATON (I) R        20
L. MILLER (D)         97
R. GRAHAM (L)          6
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
PSC PRIDEMORE
RACE #  21

T. PRIDEMORE (I) R    20
D. A. RANDOLPH (D)    98
J. TURPISH (L)         4
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
US HOUSE 5
RACE #  40

J. H. LEWIS (I) D    115
Write-in               3
# WRITE-INS            3
Write In Candidates
Ballot Candidate
ANYONE ELSE
CHARLES WALKER
NANCY BOWERS

**************************
STATE SENATE 36
RACE #  145

N. ORROCK (I) D      115
Write-in               1
# WRITE-INS            1
Write In Candidates
Ballot Candidate
740943 CHARLES WALKER
**************************
STATE HOUSE 58
RACE #  355

P. CANNON (I) D      111
Write-in               2
# WRITE-INS            2
Write In Candidates
Ballot Candidate
740943 CHSRLES WALKER
342140 NANCY BOWERS
**************************
CO COMM CHAIRPERSON
RACE #  450

R. PITTS (I) D       114
Write-in               1
# WRITE-INS            1
Write In Candidates
Ballot Candidate
740943 CHARLES WALKER
**************************
SOIL AND WATER

**********************
SOIL AND WATER
RACE # 550

W. S. REKUC, JR (I)      88
J. R. ULSETH            69
Write-in                 1
Write-in                 1
# WRITE-INS              2
Write In Candidates
Ballot Candidate
583353 GEORGE FOREMAN
583353 LEBRON JAMES
**********************
CONST AMENDMENT 1
RACE # 560

YES                     110
NO                       13
**********************
CONST AMENDMENT 2
RACE # 570

YES                      58
NO                       61
**********************
CONST AMENDMENT 3
RACE # 580

YES                      60
NO                       33
**********************
CONST AMENDMENT 4
RACE # 590

**********************
ELECTION RESULTS REP
**********************
Fulton County
State of
Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:        280P00
      02J, 02K & 08G
MACHINE ID:            7
VERSION: 2    COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:      US 1,14,7

TIME: 19:27  11/06/2018
MACHINE SERIAL:   110984
PUBLIC COUNTER:      135
SYSTEM COUNTER:     5071

**********************
*** SUMMARY TOTALS
**********************

BALLOTS CAST BY PRECINCT
PRECINCT          QUANTITY
   220                  78
   225                  40
                        17

TOTAL BALLOTS          135

**********************
GOVERNOR

```
**************************
GOVERNOR
RACE #  3

B. KEMP (R)              18
S. ABRAMS (D)           117
T. METZ (L)               0
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
**************************
LT GOVERNOR
RACE #  5

G. DUNCAN (R)            20
S. R. AMICO (D)         110
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
**************************
SECRETARY OF STATE
RACE #  7

B. RAFFENSPERGER (R)    22
J. BARROW (D)          105
S. DUVAL (L)             5
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
**************************
ATTORNEY GENERAL
RACE #  9

C. CARR (I) R           24
```

```
ATTORNEY GENERAL
RACE #  9

C. CARR (I) R           24
C. BAILEY (D)          107
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
**************************
AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R          29
F. SWANN (D)           100
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
**************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)             23
J. LAWS (D)            100
D. FOSTER (L)            6
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
**************************
STATE SCHOOL SUPERINTENDENT
RACE #  15

R. WOODS (I) R          27
O. THORNTON, JR. (D)   102
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
```

```
***************************
LABOR COMMISSIONER
RACE # 17

M. BUTLER (I) R        27
R. KEATLEY (D)        101
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***************************
PSC EATON
RACE # 19

C. EATON (I) R         23
L. MILLER (D)         102
R. GRAHAM (L)           6
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***************************
PSC PRIDEMORE
RACE # 21

T. PRIDEMORE (I) R     25
D. A. RANDOLPH (D)    101
J. TURPISH (L)          4
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***************************
US HOUSE 5
RACE # 40

J. K. LEWIS III D     115
Write-in                6
# WRITE-INS             6
Write In Candidates
Ballot Candidate
542826 MATT KIHN
77123E NICK FNCBONS
82791 STEPHEN PYLES
477281 STEVE
```

```
STATE SENATE 36
RACE # 145

N. ORROCK (I) D       114
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***************************
STATE HOUSE 58
RACE # 355

P. CANNON (I) D       114
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***************************
CO COMM CHAIRPERSON
RACE # 450

R. PITTS (I) D        111
Write-in                1
# WRITE-INS             1
Write In Candidates
Ballot Candidate
152278 OLAF
***************************
SOIL AND WATER
RACE # 550

W. S. REKUC. JR (I)    88
J. R. ULSETH           83
Write-in                1
Write-in                0
# WRITE-INS             1
Write In Candidates
Ballot Candidate
219840 RITA FOSTPLAN
***************************
```

CONST AMENDMENT 1
RACE # 560

YES                        119
NO                          12
**************************
CONST AMENDMENT 2
RACE # 570

YES                         65
NO                          59
**************************
CONST AMENDMENT 3
RACE # 580

YES                         84
NO                          43
**************************
CONST AMENDMENT 4
RACE # 590

YES                         90
NO                          42
**************************
CONST AMENDMENT 5
RACE # 600

YES                         90
NO                          33
**************************
REFERENDUM A
RACE # 610

---

**************************
ELECTION RESULTS REPORT
**************************
Fulton County
State of
Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:            280Q00
         02J, 02K & 06G
MACHINE ID:               8
VERSION: 2      COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:        US 1,14,7

TIME: 19:28  11/06/2018
MACHINE SERIAL:    125680
PUBLIC COUNTER:       140
SYSTEM COUNTER:      1518

**************************
***  SUMMARY TOTALS
**************************

BALLOTS CAST BY PRECINCT
PRECINCT         QUANTITY
     220               85
     225               39
     700               16

TOTAL BALLOTS        140

**************************
GOVERNOR
RACE #   2

TOTAL BALLOTS       140

**************************
GOVERNOR
RACE #   3

B. KEMP (R)            15
S. ABRAMS (D)         124
T. METZ (L)             1
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
**************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)          19
S. R. AMICO (D)       115
Write-in                1
# WRITE-INS             1
Write In Candidates
Ballot Candidate
977068 JOE BIDEN
**************************
SECRETARY OF STATE
RACE #   7

RAFFENSPERGER (R)      16
J. BARROW (D)         109
S. DUVAL (L)           11
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
**************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R          22
C. BAILEY (D)         111
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
**************************

AGRICULTURE COMMISSIONER
RACE #  11

B. BLACK (I) R         31
SWANN (D)             103
Write-in                0
WRITE-INS               0
Write In Candidates
Ballot Candidate
**************************
INSURANCE COMMISSIONER
RACE #  13

BECK (R)               20
LAWS (D)              103
FOSTER (L)              7
Write-in                0
WRITE-INS               0
Write In Candidates
Ballot Candidate
**************************
STATE SCHOOL SUPERINTENDENT
RACE #  15

WOODS (I) R            29
THORNTON, JR, (D)     102
Write-in                0
WRITE-INS               0
Write In Candidates
Ballot Candidate
**************************
LABOR COMMISSIONER
RACE #  17

BUTLER (I) R           24
BEATLEY (D)           106
Write-in                0
WRITE-INS               0
Write In Candidates
Ballot Candidate
**************************



```
*****************
..UN
#  19


ATON (I) R          20
ILLER (D)          104
RAHAM (L)            8
-1n                  0
TE-INS               0
 In Candidates
t Candidate
********************
RIDEMORE
#  21


DEMORE (I) R       18
RANDOLPH (D)      107
RPISH (L)           6
1n                  0
E-INS               0
In Candidates
 Candidate
********************
SE 5
  40

EWIS (I) D        129
n                   0
-INS                0
n Candidates
Candidate
**************
```

```
*************
TE 36


I) D              124
                    1
                    1
ndidates
date
SE RETIRE
************
58


D                 122
                    0
                    0
didates
ate
**********
PERSON


                  121
                    0
                    0
dates
e
*********


(I)     95
        72
         0
         0
```

```
***********************
   ELECTION RESULTS REPORT
***********************
         Fulton County
           State of
    Georgia General Election

       November 6, 2018
DATE: Nov-06-2018
POLL CTR:      280R00
      02J, 02K & 06G
MACHINE ID:         9
VERSION: 2    COPY: 0
COUNT:   0  SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:      US 1,14,7

TIME: 19:24  11/06/2018
MACHINE SERIAL:   107677
PUBLIC COUNTER:      136
SYSTEM COUNTER:     5229

***********************
***  SUMMARY TOTALS
***********************

BALLOTS CAST BY PRECINCT
  PRECINCT       QUANTITY
      220           69
      225           47
      700           20

TOTAL BALLOTS       136

***********************
```

```
GOVERNOR
RACE #   3

B. KEMP (R)              26
S. ABRAMS (D)           105
T. METZ (L)               5
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
***********************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)            35
S. R. AMICO (D)          98
Write-in                  1
# WRITE-INS               1
Write In Candidates
Ballot Candidate
655732 TED METZ
***********************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)    28
```

RACE #   7

B. RAFFENSPERGER (R)   28
J. BARROW (D)   99
S. DUVAL (L)   6
Write-in   0
# WRITE-INS   0
Write In Candidates
Ballot Candidate
**************************
ATTORNEY GENERAL
RACE #   9

CARR (I) R   30
BAILEY (D)   101
Write-in   0
# WRITE-INS   0
Write In Candidates
Ballot Candidate
**************************
AGRICULTURE COMMISSIONER
RACE #   11

G. BLACK (I) R   38
F. SWANN (D)   93
Write-in   0
# WRITE-INS   0
Write In Candidates
Ballot Candidate
**************************
INSURANCE COMMISSIONER

INSURANCE COMMISSIONER
RACE #   13

J. BECK (R)   25
J. LAWS (D)   93
D. FOSTER (L)   14
Write-in   0
# WRITE-INS   0
Write In Candidates
Ballot Candidate
**************************
STATE SCHOOL SUPERINTENDEN
RACE #   15

R. WOODS (I) R   38
O. THORNTON, JR. (D)   94
Write-in   0
# WRITE-INS   0
Write In Candidates
Ballot Candidate
**************************
LABOR COMMISSIONER
RACE #   17

M. BUTLER (I) R   34

COMMISSIONER
# 17

| | |
|---|---|
| K. BUTLER (I) R | 34 |
| R. KEATLEY (D) | 97 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
*************************
PSC EATON
RACE # 19

| | |
|---|---|
| C. EATON (I) R | 28 |
| L. MILLER (D) | 93 |
| R. GRAHAM (L) | 13 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
*************************
PSC PRIDEMORE
RACE # 21

| | |
|---|---|
| T. PRIDEMORE (I) R | 29 |
| D. A. RANDOLPH (D) | 91 |
| J. TURPISH (L) | 13 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
*************************
US HOUSE 5
RACE # 40

| | |
|---|---|
| J. R. LEWIS (I) D | 113 |
| Write-in | 7 |
| # WRITE-INS | 7 |

Write In Candidates
Ballot Candidate
095504 ADAM DANIEL SMITH
440261 ANYONE BUT LEWIS
173300 BUCKLEY DUKE
819362 CHRIS CURNICK
488884 JASON DEARLOVE
255465 MC
655732 TED METZ
*************************

STATE SENATE 36
RACE # 145

| | |
|---|---|
| N. ORROCK (I) D | 110 |
| Write-in | 4 |
| # WRITE-INS | 4 |

Write In Candidates
Ballot Candidate
173300 BUCKLEY DUKE
819362 CHRIS CURNICK
468884 KATHERINE HALL
655732 TED METZ
*************************
STATE HOUSE 58
RACE # 355

| | |
|---|---|
| P. CANNON (I) D | 107 |
| Write-in | 4 |
| # WRITE-INS | 4 |

Write In Candidates
Ballot Candidate
173300 BUCKLEY DUKE
819362 CHRIS CURNICK
468884 HART WILLOUGHBY
655732 TED METZ
*************************
CO COMM CHAIRPERSON

```
************************
CO COMM CHAIRPERSON
RACE # 450

R. PITTS (I) D          108
Write-in                  5
# WRITE-INS               5
Write In Candidates
Ballot Candidate
173300 BUCKLEY DUKE
819362 CHRIS CURNICK
399513 KRISTIN HALLORAN
 20690 ME
655732 TED METZ
************************
SOIL AND WATER
RACE # 550

W. S. REKUC, JR (I)      88
J. R. ULSETH             78
Write-in                  0
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
************************
CONST AMENDMENT 1
RACE # 560
```

```
************************
ELECTION RESULTS REP
************************
     Fulton County
       State of
  Georgia General Election

    November 6, 2018
DATE: Nov-06-2018
POLL CTR:          280[00
        02J, 02K & 06G
MACHINE ID:          10
VERSION: 2      COPY: 0
COUNT:   0    SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:        US 1,14,7

TIME: 19:28  11/06/2018
MACHINE SERIAL:   124373
PUBLIC COUNTER:       37
SYSTEM COUNTER:    11546

************************
*** SUMMARY TOTALS
************************

      AST BY PRECINCT
PRECINCT         QUANTITY
   220                19
   225                17
   700                 1

TOTAL BALLOTS         37

************************
```

```
*************************
GOVERNOR
RACE #  3

B. KEMP (R)              4
S. ABRAMS (D)           33
T. METZ (L)              0
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
LT GOVERNOR
RACE #  5

G. DUNCAN (R)            5
S. R. AMICO (D)         32
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
SECRETARY OF STATE
RACE #  7

B. RAFFENSPERGER (R)     6
J. BARROW (D)           29
J. DUVAL (L)             1
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
ATTORNEY GENERAL
RACE #  9

C. CARR (I) R            8
C. BAILEY (D)           28
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
```

```
*************************
AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R           9
F. SWANN (D)            26
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)              7
J. LAWS (D)             28
D. FOSTER (L)            1
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
STATE SCHOOL SUPERINTENDENT
RACE #  15

R. WOODS (I) R           8
O. THORNTON, JR. (D)    26
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
LABOR COMMISSIONER
RACE #  17

M. BUTLER (I) R          7
R. KEATLEY (D)          27
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
PSC EATON
RACE #  18

C. EATON (I) R           7
L. MILLER (D)           25
R. GRAHAM (L)            1
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PSC PRIDEMORE
RACE #  21

| | |
|---|---|
| T. PRIDEMORE (I) R | 7 |
| D. A. RANDOLPH (D) | 24 |
| J. TURPISH (L) | 3 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
US HOUSE 5
RACE #  40

| | |
|---|---|
| J. R. LEWIS (I) D | 32 |
| Write-in | 1 |
| # WRITE-INS | 1 |

Write In Candidates
Ballot Candidate
733772 TAYLOR HARRISON
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
STATE SENATE 36
RACE # 145

| | |
|---|---|
| N. ORROCK (I) D | 32 |
| Write-in | 1 |
| # WRITE-INS | 1 |

Write In Candidates
Ballot Candidate
733772 TAYLOR HARRISON
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
STATE HOUSE 58
RACE # 355

| | |
|---|---|
| P. CANNON (I) D | 32 |
| Write-in | 1 |
| # WRITE-INS | 1 |

Write In Candidates
Ballot Candidate
733772 TAYLOR HARRISON
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CO COMM CHAIRPERSON
RACE # 450

| | |
|---|---|
| R. PITTS (I) D | 33 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SOIL AND WATER
RACE # 550

| | |
|---|---|
| W. S. REKUC, JR (I) | 20 |
| J. R. ULSETH | 18 |
| Write-in | 0 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONST AMENDMENT 1
RACE # 560

| | |
|---|---|
| YES | 36 |
| NO | 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONST AMENDMENT 2
RACE # 570

| | |
|---|---|
| YES | 23 |
| NO | 14 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONST AMENDMENT 3
RACE # 580

```
*************************
*   ELECTION RESULTS REPORT
*************************
      Fulton County
       State of
   Georgia General Election

      November 6, 2018
DATE: Nov-06-2018
POLL CTR:        280\00
      02J, 02K & 06G
MACHINE ID:        11
VERSION:  2    COPY: 0
COUNT:    0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:      US 1,14,7

TIME: 19:27  11/06/2018
MACHINE SERIAL:   149744
PUBLIC COUNTER:      44
SYSTEM COUNTER:    5974

*************************
***  SUMMARY TOTALS
*************************

BALLOTS CAST BY PRECINCT
PRECINCT        QUANTITY
    220              22
    225              15
    700               7

TOTAL BALLOTS        44
```

```
*************************
GOVERNOR
RACE #   3

B. KEMP (R)            13
S. ABRAMS (D)          29
T. METZ (L)             2
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)          13
S. R. AMICO (D)        30
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)   11
J. BARROW (D)          30
S. DUVAL (L)            3
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R          15
C. BAILEY (D)          28
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
```

```
************************
GRICULTURE COMMISSIONER
CE #  11

  BLACK (I) R        16
  SWANN (D)          26
ite-in                0
WRITE-INS             0
ite In Candidates
llot Candidate
*********************
SURANCE COMMISSIONER
CE #  13

  BECK (R)           13
  LAWS (D)           27
  FOSTER (L)          4
te-in                 0
RITE-INS              0
te In Candidates
lot Candidate
*********************
TE SCHOOL SUPERINTENDENT
E #  15

WOODS (I) R          17
THORNTON, JR. (D)    26
te-in                 0
RITE-INS              0
te In Candidates
ot Candidate
*********************
R COMMISSIONER
#  17

UTLER (I) R          16
EATLEY (D)           26
e-in                  0
ITE-INS               0
In Candidates
t Candidate
```

```
********************
EATON
#  19

TON (I) R            11
LLER (D)             29
AHAM (L)              3
-in                   0
TE-INS                0
  In Candidates
t Candidate
********************
RIDEMORE
#  21

IDEMORE (I) R        12
RANDOLPH (D)         28
PISH (L)              3
in                    0
E-INS                 0
  In Candidates
  Candidate
********************
SE 5
  40

LEWIS (I) D          35
in                    1
E-INS                 1
In Candidates
Candidate
NOT
```



****************************
ELECTION RESULTS REPORT
****************************
Fulton County
State of
Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:          280]00
          02J, 02K & 06G
MACHINE ID:            12
VERSION: 2     COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:       US 1,14,7

TIME: 19:26  11/06/2018
MACHINE SERIAL:   144033
PUBLIC COUNTER:       35
SYSTEM COUNTER:     5751

****************************
*** SUMMARY TOTALS
****************************

BALLOTS CAST BY PRECINCT
PRECINCT       QUANTITY
      220            17
      225            15
      700             3

TOTAL BALLOTS         35
****************************

GOVERNOR
RACE #   3

| B. KEMP (R) | 7 |
| S. ABRAMS (D) | 27 |
| T. METZ (L) | 1 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
LT GOVERNOR
RACE #   5

| G. DUNCAN (R) | 9 |
| S. R. AMICO (D) | 25 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
SECRETARY OF STATE
RACE #   7

| B. RAFFENSPERGER (R) | 9 |
| J. BARROW (D) | 25 |
| S. DUVAL (L) | 1 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
ATTORNEY GENERAL
RACE #   9

| C. CARR (I) R | 9 |
| C. BAILEY (D) | 26 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

AGRICULTURE COMMISSIONER
RACE #  11

| G. BLACK (I) R | 10 |
| F. SWANN (D) | 24 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
INSURANCE COMMISSIONER
RACE #  13

| J. BECK (R) | 10 |
| J. LAWS (D) | 23 |
| D. FOSTER (L) | 1 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
STATE SCHOOL SUPERINTENDENT
RACE #  15

| R. WOODS (I) R | 9 |
| O. THORNTON, JR. (D) | 24 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
LABOR COMMISSIONER
RACE #  17

| M. BUTLER (I) R | 10 |
| R. KEATLEY (D) | 23 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************

```
****************************
PSC EATON
RACE #  19


C. EATON (I) R              8
L. MILLER (D)             24
R. GRAHAM (L)              1
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
****************************
PSC PRIDEMORE
RACE #  21


T. PRIDEMORE (I) R         9
D. A. RANDOLPH (D)        23
J. TURPISH (L)             1
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
****************************
US HOUSE 5
RACE #  40


J. R. LEWIS (I) D         30
Write-in                   2
# WRITE-INS                2
Write In Candidates
Ballot Candidate
271598 JOHN ADAMS
850976 NICK SABAN
****************************
```

```
****************************
STATE SENATE 38
RACE #  145


N. ORROCK (I) D           29
Write-in                   2
# WRITE-INS                2
Write In Candidates
Ballot Candidate
271598 JOHN ADAMS
850976 NICK SABAN
****************************
STATE HOUSE 58
RACE #  355


P. CANNON (I) D           29
Write-in                   2
# WRITE-INS                2
Write In Candidates
Ballot Candidate
271598 JOHN ADAMS
850976 NICK SABAN
****************************
CO COMM CHAIRPERSON
RACE #  450


R. PITTS (I) D            28
Write-in                   2
# WRITE-INS                2
Write In Candidates
Ballot Candidate
271598 JOHN ADAMS
850976 NICK SABAN
****************************
SOIL AND WATER
RACE #  550


W. S. REKUC, JR (I)    M
A. R. ULSETH           17
Write-in                0
Write-in                0
# WRITE-INS             0
Write In Candidate
Ballot Candidate
****************************
CONST AMENDMENT 1
RACE #  560


YES
NO                     34
****************************
CONST AMENDMENT 2
RACE #  570


YES
NO                     27
...
```

```
**************************
   ELECTION RESULTS REPORT
**************************
        Fulton County
         State of
    Georgia General Election

        November 6, 2018
DATE: Nov-06-2018
POLL CTR:        280^00
        02J, 02K & 06G
MACHINE ID:        13
VERSION: 2     COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4.5.2
REPORT:      US 1.14.7

TIME: 19:31  11/06/2018
MACHINE SERIAL:    116073
PUBLIC COUNTER:        37
SYSTEM COUNTER:      4718


**************************
***  SUMMARY TOTALS
**************************


BALLOTS CAST       CINCT
PRECINCT         QUANTITY
       220           15
       225           15
       700            7


TOTAL BALLOTS         37
```

```
GOVERNOR
RACE #   3

B. KEMP (R)            8
S. ABRAMS (D)         27
T. METZ (L)            2
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)         10
S. R. AMICO (D)       24
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)   9
J. BARROW (D)         25
S. DUVAL (L)           2
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R         11
C. BAILEY (D)         24
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
```

AGRICULTURE COMMISSIONER
RACE # 11

| | |
|---|---|
| G. BLACK (I) R | 12 |
| F. SWANN (D) | 21 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
INSURANCE COMMISSIONER
RACE # 13

| | |
|---|---|
| J. BECK (R) | 9 |
| J. LAWS (D) | 22 |
| D. FOSTER (L) | 3 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
STATE SCHOOL SUPERINTENDENT
RACE # 15

| | |
|---|---|
| R. WOODS (I) R | 12 |
| D. THORNTON, JR. (D) | 20 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
LABOR COMMISSIONER
RACE # 17

| | |
|---|---|
| M. BUTLER (I) R | 10 |
| R. KEATLEY (D) | 22 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
PSC EATON
RACE # 19

| | |
|---|---|
| C. EATON (I) R | 9 |
| L. MILLER (D) | 23 |
| R. GRAHAM (L) | 3 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
PSC PRIDEMORE
RACE # 21

| | |
|---|---|
| T. PRIDEMORE (I) R | 9 |
| D. A. RANDOLPH (D) | 22 |
| J. TURPISH (L) | 3 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************
US HOUSE 5
RACE # 40

| | |
|---|---|
| J. R. LEWIS (I) D | 26 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

************************

```
****************************
STATE SENATE 36
RACE # 145

N. ORROCK (I) D         25
Write-In                 1
# WRITE-INS              1
Write In Candidates
Ballot Candidate
 30448 JEN ALIPAKOFF
****************************
STATE HOUSE 58
RACE # 355

P. CANNON (I) D         25
Write-In                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
****************************
CO COMM CHAIRPERSON
RACE # 450

R. PITTS (I) D          25
Write-In                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
****************************
SOIL AND WATER
RACE # 550

K. S. REKUC, JR (I)     20
J. R. ULSETH            14
Write-In                 0
Write-In                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
****************************
CONST AMENDMENT 1
RACE # 560
YES                     32
NO                       5
****************************
CONST AMENDMENT 2
RACE # 570
YES                     28
NO                      11
****************************
CONST AMENDMENT 3
```

```
****************************
     ELECTION RESULTS REPORT
****************************
        Fulton County
          State of
    Georgia General Election

        November 6, 2018
DATE: Nov-06-2018
POLL CTR:          280_00
        02J, 02K & 06G
MACHINE ID:            14
VERSION:  2      COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7

TIME: 19:32  11/06/2018
MACHINE SERIAL:    123643
PUBLIC COUNTER:        39
SYSTEM CO             10292

****************************
***  SUMMARY TOTALS
****************************

BALLOTS CAST BY PRECINCT
  PRECINCT       QUANTITY
     220              17
     225              16
     700               6

  TOTAL BALLOTS         39
****************************
```

GOVERNOR
RACE #  3

B. KEMP (R)              8
S. ABRAMS (D)           30
T. METZ (L)              1
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
LT GOVERNOR
RACE #  5

G. DUNCAN (R)            7
S. R. AMICO (D)         30
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
SECRETARY OF STATE
RACE #  7

B. RAFFENSPERGER (R)     6
J. BARROW (D)           28
S. DUVAL (L)             4
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
ATTORNEY GENERAL
RACE #  9

C. CARR (I) R            8
C. BAILEY (D)           26
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R          10
F. SWANN (D)            25
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************

INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)              8
J. LAWS (D)             25
D. FOSTER (L)            4
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
STATE SCHOOL SUPERINTENDENT
RACE #  15

R. WOODS (I) R          11
O. THORNTON, JR. (D)    26
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
LABOR COMMISSIONER
RACE #  17

M. BUTLER (I) R         10
R. KEATLEY (D)          25
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
PSC EATON
RACE #  19

C. EATON (I) R           9

```
PSC EATON
RACE #  19

C. EATON (I) R              9
L. MILLER (D)             24
R. GRAHAM (L)              4
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
PSC PRIDEMORE
RACE #  21

T. PRIDEMORE (I) R         8
D. A. RANDOLPH (D)        25
J. TURPISH (L)             4
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 5
RACE #  40

J. R. LEWIS (I) D         33
Write-in                   1
# WRITE-INS                1
Write In Candidates
Ballot Candidate
721789 RICK FLAIR
*************************
```

```
STATE SENATE 36
RACE # 145

N. ORROCK (I) D           30
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
STATE HOUSE 58
RACE # 355

P. CANNON (I) D           29
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
CO COMM CHAIRPERSON
RACE # 450

R. PITTS (I) D            30
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
SOIL AND WATER
RACE # 550

W. S. REKUC, JR (I)       25
J. R. ULSETH              15
Write-in                   1
Write-in                   0
# WRITE-INS                1
Write In Candidates
Ballot Candidate
149848 SALLY BETHAE
*************************
CONST AMENDMENT 1
RACE # 580

YES                       38
NO                         1
*************************
CONST AMENDMENT 2
RACE # 599

YES                       35
```

EXHIBIT

B

This spreadsheet may be viewed at https://coalitionforgoodgovernance.sharefile.com/d-s3917ca95b4f4f45a

| | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | ELECTION RESULTS REPORT | CGG Summary Totals of Tapes | SOS Website Elec.Day results | Add Write ins |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | Fulton County State of Georgia General ELection | | | |
| | November 6 2018 | November 6 2018 | November 6 2018 | November 6 2018 | November 6 2018 | November 6 2018 | November 6 2018 | November 6 2018 | November 6 2018 | November 6 2018 | November 6 2018 | November 6 2018 | November 6 2018 | | | |
| DATE: | Nov-06-2018 | Nov-06-2018 | Nov-06-2018 | Nov-06-2018 | Nov-06-2018 | Nov-06-2018 | Nov-06-2018 | Nov-06-2018 | Nov-06-2018 | Nov-06-2018 | Nov-06-2018 | Nov-06-2018 | Nov-06-2018 | | | |
| POLL CTR: | 280(00 | 280(:)00 | 280)00 | 280N00 | 280D00 | 280P00 | 280Q00 | 280R00 | 280[00 | 280\00 | 280]00 | 280^00 | 280_00 | | | |
| | 02J, 02K, & 06G | 02J, 02K, & 06G | 02J, 02K, & 06G | 02J, 02K, & 06G | 02J, 02K, & 06G | 02J, 02K, & 06G | 02J, 02K, & 06G | 02J, 02K, & 06G | 02J, 02K, & 06G | 02J, 02K, & 06G | 02J, 02K, & 06G | 02J, 02K, & 06G | 02J, 02K, & 06G | | | |
| MACHINE ID: | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | | |
| VERSION: | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | |
| COPY: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| COUNT: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| SIZE: | 32M | 32M | 32M | 32M | 32M | 32M | 32M | 32M | 32M | 32M | 32M | 32M | 32M | | | |
| ACCU-VOTE RELEASE: | 4, 5, 2 | 4, 5, 2 | 4, 5, 2 | 4, 5, 2 | 4, 5, 2 | 4, 5, 2 | 4, 5, 2 | 4, 5, 2 | 4, 5, 2 | 4, 5, 2 | 4, 5, 2 | 4, 5, 2 | 4, 5, 2 | | | |
| REPORT: | US 1, 14, 7 | US 1, 14, 7 | US 1, 14, 7 | US 1, 14, 7 | US 1, 14, 7 | US 1, 14, 7 | US 1, 14, 7 | US 1, 14, 7 | US 1, 14, 7 | US 1, 14, 7 | US 1, 14, 7 | US 1, 14, 7 | US 1, 14, 7 | | | |
| TIME: | 19:26 11/06/2018 | 19:26 11/06/2018 | 19:31 11/06/2018 | 19:31 11/06/2018 | 19:26 11/06/2018 | 19:27 11/06/2018 | 19:28 11/06/2018 | 19:24 11/06/2018 | 19:28 11/06/2018 | 19:27 11/06/2018 | 19:26 11/06/2018 | 19:31 11/06/2018 | 19:32 11/06/2018 | | | |
| MACHINE SERIAL: | 124301 | 136081 | 143944 | 129841 | 133778 | 110984 | 125680 | 107677 | 124373 | 149744 | 144033 | 116073 | 123643 | | | |
| PUBLIC COUNTER: | 149 | 141 | 140 | 138 | 125 | 135 | 140 | 136 | 37 | 44 | 35 | 37 | 39 | | | |
| SYSTEM COUNTER: | 2122 | 1271 | 1386 | 2375 | 8130 | 5071 | 1518 | 5229 | 11546 | 5974 | 5751 | 4718 | 10292 | | | |
| | ** PRECINCT: 220 * 02J | ** PRECINCT: 220 * 02J | *** SUMMARY TOTALS | *** SUMMARY TOTALS | *** SUMMARY TOTALS | *** SUMMARY TOTALS | *** SUMMARY TOTALS | *** SUMMARY TOTALS | *** SUMMARY TOTALS | *** SUMMARY TOTALS | *** SUMMARY TOTALS | *** SUMMARY TOTALS | *** SUMMARY TOTALS | | | |
| BALLOTS CAST BY PRECINCT — PRECINCT / QUANTITY | | | | | | | | | | | | | | TOTAL BALLOTS CAST BY PRECINCT | | |
| 220 | | | 83 | 83 | 61 | 78 | 85 | 69 | 19 | 22 | 17 | 15 | 17 | | | |
| 225 | | | 42 | 39 | 56 | 40 | 39 | 47 | 17 | 15 | 15 | 15 | 16 | | | |
| 700 | | | 15 | 16 | 8 | 17 | 16 | 20 | 1 | 7 | 3 | 7 | 6 | | | |
| BALLOTS CAST / TOTAL BALLOTS | BALLOTS CAST | BALLOTS CAST | 140 | 138 | 125 | 135 | 140 | 136 | 37 | 44 | 35 | 37 | 39 | 1173 | | |
| GOVERNOR RACE # 3 *Total: | 89 | 78 | 140 | 138 | 125 | 135 | 140 | 136 | 37 | 44 | 35 | 37 | 39 | 1173 | Total per SOS repo 1458 | Write-ins 2 |
| B. KEMP (R) | 11 | 8 | 21 | 18 | 16 | 18 | 15 | 26 | 4 | 13 | 7 | 8 | 8 | 173 | 210 | |
| S. ABRAMS (D) | 75 | 68 | 113 | 117 | 107 | 117 | 124 | 105 | 33 | 29 | 27 | 27 | 30 | 972 | 1220 | |
| T. METZ (L) | 3 | 2 | 5 | 2 | 2 | 0 | 1 | 5 | 0 | 2 | 1 | 2 | 1 | 26 | 28 | |
| Write-in | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | | |
| # WRITE-INS | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| LT GOVERNOR RACE # 5 *Total: | 87 | 76 | 136 | 132 | 125 | 130 | 135 | 134 | 37 | 43 | 34 | 34 | 37 | 1140 | 1417 | 3 |
| G. DUNCAN (R) | 13 | 9 | 26 | 18 | 20 | 20 | 19 | 35 | 5 | 13 | 9 | 10 | 7 | 204 | 242 | |
| S. R. AMICO (D) | 73 | 67 | 110 | 114 | 105 | 110 | 115 | 98 | 32 | 30 | 25 | 24 | 30 | 933 | 1175 | |
| Write-In | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | |
| # WRITE-INS | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | | | |
| SECRETARY OF STATE RACE # 7 *Total: | 88 | 78 | 140 | 133 | 124 | 132 | 136 | 133 | 36 | 44 | 35 | 36 | 38 | 1153 | 1437 | 0 |
| B. RAFFENSPERGER (R) | 11 | 8 | 22 | 19 | 17 | 22 | 16 | 28 | 6 | 11 | 9 | 9 | 6 | 184 | 221 | |
| J. BARROW (D) | 71 | 66 | 107 | 109 | 102 | 105 | 109 | 99 | 29 | 30 | 25 | 25 | 28 | 905 | 1140 | |
| S. DUVAL (L) | 6 | 4 | 11 | 5 | 5 | 5 | 11 | 6 | 1 | 3 | 1 | 2 | 4 | 64 | 76 | |
| Write-in | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| ATTORNEY GENERAL RACE # 9 *Total: | 87 | 78 | 138 | 133 | 124 | 131 | 133 | 131 | 36 | 43 | 35 | 35 | 34 | 1138 | 1422 | 0 |
| C. CARR (I) R | 15 | 14 | 27 | 22 | 23 | 24 | 22 | 30 | 8 | 15 | 9 | 11 | 8 | 228 | 280 | |
| C. BAILEY (D) | 72 | 64 | 111 | 111 | 101 | 107 | 111 | 101 | 28 | 28 | 26 | 24 | 26 | 910 | 1142 | |
| Write-in | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| AGRICULTURE COMMISSIONER RACE # 1 *Total: | 86 | 75 | 132 | 130 | 121 | 129 | 134 | 131 | 35 | 42 | 34 | 33 | 35 | 1117 | 1398 | |
| G. BLACK (I) R | 20 | 21 | 35 | 28 | 26 | 29 | 31 | 38 | 9 | 16 | 10 | 12 | 10 | 285 | 344 | |
| F. SWANN (D) | 66 | 54 | 97 | 102 | 95 | 100 | 103 | 93 | 26 | 26 | 24 | 21 | 25 | 832 | 1054 | |
| Write-in | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| INSURANCE COMMISSIONER RACE # 13 *Total: | 87 | 73 | 131 | 132 | 123 | 129 | 130 | 132 | 36 | 44 | 34 | 34 | 37 | 1122 | 1402 | 0 |
| J. BECK (R) | 12 | 13 | 24 | 19 | 19 | 23 | 20 | 25 | 7 | 13 | 10 | 9 | 8 | 202 | 243 | |
| J. LAWS (D) | 68 | 56 | 99 | 104 | 97 | 100 | 103 | 93 | 28 | 27 | 23 | 22 | 25 | 845 | 1067 | |
| D. FOSTER (L) | 7 | 4 | 8 | 9 | 7 | 6 | 7 | 14 | 1 | 4 | 1 | 3 | 4 | 75 | 92 | |
| Write-in | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| STATE SCHOOL SUPERINTENDENT RACE # 15 *Total: | 86 | 76 | 131 | 131 | 123 | 129 | 131 | 132 | 34 | 43 | 33 | 32 | 37 | 1118 | 1397 | 1 |
| R. WOODS (I) R | 17 | 20 | 36 | 22 | 22 | 27 | 29 | 38 | 8 | 17 | 9 | 12 | 11 | 268 | 325 | |
| O. THORNTON, JR. (D) | 68 | 56 | 95 | 109 | 101 | 102 | 102 | 94 | 26 | 26 | 24 | 20 | 26 | 849 | 1072 | |
| Write-in | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| # WRITE-INS | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| LABOR COMMISSIONER RACE # 1 *Total: | 86 | 73 | 130 | 127 | 122 | 128 | 130 | 131 | 34 | 42 | 33 | 32 | 25 | 1103 | 1381 | 1 |
| M. BUTLER (I) R | 17 | 17 | 30 | 18 | 20 | 27 | 24 | 34 | 7 | 16 | 10 | 10 | 10 | 240 | 290 | |
| R. KEATLEY (D) | 69 | 56 | 100 | 109 | 101 | 101 | 106 | 97 | 27 | 26 | 23 | 22 | 25 | 862 | 1091 | |
| Write-in | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| # WRITE-INS | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| PSC EATON RACE # 19 *Total: | 88 | 74 | 132 | 129 | 123 | 131 | 132 | 134 | 35 | 43 | 33 | 35 | 37 | 1126 | 1404 | 0 |
| C. EATON (I) R | 14 | 7 | 22 | 20 | 20 | 23 | 20 | 28 | 7 | 11 | 8 | 9 | 9 | 198 | 240 | |
| L. MILLER (D) | 68 | 62 | 103 | 105 | 97 | 102 | 104 | 93 | 25 | 29 | 24 | 23 | 24 | 859 | 1084 | |
| R. GRAHAM (L) | 6 | 5 | 7 | 4 | 6 | 6 | 8 | 13 | 3 | 3 | 1 | 3 | 4 | 69 | 80 | |
| Write-in | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| PSC PRIDEMORE RACE # 21 *Total: | 87 | 74 | 130 | 129 | 122 | 130 | 131 | 133 | 34 | 43 | 33 | 34 | 37 | 1117 | 1395 | 0 |
| T. PRIDEMORE (I) R | 12 | 12 | 23 | 19 | 20 | 25 | 18 | 29 | 7 | 12 | 9 | 9 | 8 | 203 | 247 | |
| D. A. RANDOLPH (D) | 68 | 58 | 98 | 104 | 98 | 101 | 107 | 91 | 24 | 28 | 23 | 22 | 25 | 847 | 1071 | |
| J. TURPISH (L) | 7 | 4 | 9 | 6 | 4 | 4 | 6 | 13 | 3 | 3 | 1 | 3 | 4 | 67 | 77 | |
| Write-in | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| US HOUSE 5 RACE # 40 *Total: | 81 | 73 | 126 | 126 | 118 | 119 | 129 | 120 | 33 | 36 | 32 | 26 | 34 | 1053 | 1280 | 29 |
| J. R. LEWIS (I) D | 80 | 72 | 121 | 123 | 115 | 115 | 129 | 113 | 32 | 35 | 30 | 26 | 33 | 1024 | 1280 | |
| Write-in | 1 | 1 | 5 | 3 | 3 | 4 | 0 | 7 | 1 | 1 | 2 | 0 | 1 | 29 | | |
| # WRITE-INS | 1 | 1 | 5 | 3 | 3 | 4 | 0 | 7 | 1 | 1 | 2 | 0 | 1 | | | |
| US HOUSE 6 RACE # 55 *Total: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | |
| K. HANDEL (I) R | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| L. MCBATH (D) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Write-in | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| US HOUSE 11 RACE # 6 *Total: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | RACE # 65 | 0 | |
| B. LOUDERMILK (I) R | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| F. D. BROADY, JR (D) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Write-in | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| US HOUSE 13 RACE # 7 *Total: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | RACE # 73 | 0 | |
| D. CALLAHAN (R) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| D. SCOTT (I) (D) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Write-in | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| STATE SENATE 36 RACE # 14 *Total: | 82 | 69 (RACE # 145) | 121 | 125 | 116 | 114 | 125 | 114 | 33 | 36 | 31 | 26 | 30 | 1038 | 1261 | 16 |
| N. ORROCK (I) D | 81 | 69 | 119 | 123 | 115 | 114 | 124 | 110 | 32 | 35 | 29 | 25 | 30 | 1006 | 1261 | |
| Write-in | 1 | 0 | 2 | 2 | 1 | 0 | 1 | 4 | 1 | 1 | 2 | 1 | 0 | 16 | | |
| # WRITE-INS | 1 | 0 | 2 | 2 | 1 | 0 | 1 | 4 | 1 | 1 | 2 | 1 | 0 | 16 | | |
| STATE HOUSE 58 RACE # 35 *Total: | 82 | 69 | 121 (RACE # 355) | 125 | 113 | 114 | 122 | 111 | 33 | 36 | 31 | 25 | 29 | 1025 | 1248 | 14 |
| P. CANNON (I) D | 81 | 69 | 120 | 123 | 111 | 114 | 122 | 107 | 32 | 35 | 29 | 25 | 29 | 997 | 1248 | |
| Write-in | 1 | 0 | 1 | 2 | 2 | 0 | 0 | 4 | 1 | 1 | 2 | 0 | 0 | 14 | | |
| # WRITE-INS | 1 | 0 | 1 | 2 | 2 | 0 | 0 | 4 | 1 | 1 | 2 | 0 | 0 | 14 | | |
| CO COMM CHAIRPERSON RACE # 450 *Total: | 78 | 70 | 120 | 122 | 115 | 112 | 121 | 113 | 33 | 36 | 30 | 25 | 30 | 1021 | 1244 | 16 |
| R. PITTS (I) D | 77 | 70 | 118 | 119 | 114 | 111 | 121 | 108 | 33 | 35 | 28 | 25 | 30 | 989 | 1244 | |
| Write-in | 1 | 0 | 2 | 3 | 1 | 1 | 0 | 5 | 0 | 1 | 2 | 0 | 0 | 16 | | |
| # WRITE-INS | 1 | 0 | 2 | 3 | 1 | 1 | 0 | 5 | 0 | 1 | 2 | 0 | 0 | 16 | | |
| SOIL AND WATER** RACE # 550 *Total: | 99 (above 99 greater that total at top) | 92 | 153 | 168 | 159 | 155 | 167 | 166 | 46 | 58 | 35 | 34 | 41 | 1373 | | 1695 |
| W. S. REKUC, JR (I) | 58 | 56 | 83 | 91 | 88 | 89 | 95 | 88 | 28 | 33 | 18 | 20 | 25 | 772 | | 957 |
| J. R. ULSETH | 40 | 36 | 69 | 76 | 69 | 65 | 72 | 78 | 18 | 25 | 17 | 14 | 15 | 594 | | 738 |
| Write-in | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 6 | | |
| Write-in | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | |
| # WRITE-INS | 1 | 0 | 1 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 7 | | |
| CONST AMENDMENT 1 RACE # 56 *Total: | * total not found on tape, but **Vote for two | 78 | 138 | 137 | 123 | 131 | BELOW THIS POINT, THE DOOR | THE DOOR OBSCURES THE TAPE. | 37 | 42 | 34 | 37 | 37 | RACE # 56 (10/13) 794 | | |
| YES | | 67 | 121 | 131 | 110 | 119 | | | 36 | 36 | 34 | 32 | 36 | 722 | | |
| NO | | 11 | 17 | 6 | 13 | 12 | | | 1 | 6 | 0 | 5 | 1 | 72 | | |
| | | | | | | | | | | | | | | 794 | | |
| CONST AMENDMENT 2 RACE # 57 *Total: | | BELOW THIS POINT, THE DOOR | 132 | 130 | 119 | 124 | | | 36 | BELOW THIS POINT, THE DOOR OBSCU | 31 | 34 | 35 | RACE # 57 (8/13) 641 | | |
| YES | | | 76 | 72 | 58 | 65 | | | 22 | | 23 | 23 | 19 | 358 | | |
| NO | | | 56 | 58 | 61 | 59 | | | 14 | | 8 | 11 | 16 | 283 | | |
| | | | | | | | | | BELOW THIS POINT, THE DOOR | | BELOW THIS POINT, THE DOOR | BELOW THIS POINT, THE DOOR | BELOW THIS POINT, THE DOOR | | | |
| CONST AMENDMENT 3 RACE # 58 *Total: | | | | | 113 | 127 | | | | | | | | RACE # 58 (3/13) 367 | | |
| YES | | | | | 80 | 84 | | | | | | | | 164 | | |
| NO | | | | | 33 | 43 | | | | | | | | 76 | | |
| CONST AMENDMENT 4 RACE # 59 *Total: | | | | | 123 | 132 | | | | | | | | RACE # 59 (3/13) 387 | | |
| YES | | | | | 92 | 90 | | | | | | | | 182 | | |
| NO | | | | | 31 | 42 | | | | | | | | 73 | | |
| | | | | | BELOW THIS POINT, THE DOOR | | | | | | | | | | | |
| CONST AMENDMENT 5 RACE # 60 *Total: | | | | | | 125 | | | | | | | | RACE # 60 (1/13) 125 | | |
| YES | | | | | | 92 | | | | | | | | 92 | | |
| NO | | | | | | 33 | | | | | | | | 33 | | |
| | | | | | | BELOW THIS POINT, THE DOOR | | | | | | | | *All numbers in this column were calculated | | |

E
X
H
I
B
I
T

C

**USE BALL POINT PEN**
**Bear Down – You Are Making Three Copies**

ELECTION: (Check One)
- ☑ General
- ❑ Primary
- ❑ Runoff (if applicable)
- ☑ Special
- ❑ Presidential Preference Primary

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION _November 6, 2018_
COUNTY / MUNICIPALITY _Fulton_

PRECINCT _02J/K ; 06G_

TIME LAST VOTER VOTED _____

NUMBER OF REGISTERED
VOTERS IN PRECINCT _____

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 108255 | 0763016 | | | |
| 108510 | 0591785 | | | |
| 134301 | 0591769 | | | |
| 136081 | 0591800 | | | |
| 142944 | 0591796 | | | |
| 129841 | 0591772 | | | |
| 133778 | 0591750 | | | |
| 110984 | 0591773 | | | |
| 125680 | 0591741 | | | |
| 107677 | 0591738 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### SECTION B:  TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED) _____

### SECTION C: NUMBERED LISTS and VOTER CERTIFICATES

ExpressPoll (See ExpressPoll Recap)
Democratic Primary _____
Republican Primary _____
General/Special _____
Total (a) _____

Supplemental
Democratic Primary _____
Republican Primary _____
General/Special _____
Total (b) _____

Total Voter's Certificates
Democratic Primary _____
Republican Primary _____
General/Special _____
Total (c) _____

### SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN  BY:

1. Results Tapes (or Accumulator Tape Results) (Total from Section B above)   = _____
2. "Voters Marked" (See ExpressPoll Recap) _____ + Supplemental List _____   = _____
3. Numbered Lists on ExpressPoll (a) _____ + Supplemental (b) _____   = _____
4. Voter's Certificates (c)   = _____

NOTE:  Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____
_____
_____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this
the _____ day of _____, 2_____. SIGNED IN TRIPLICATE

Manager _____     Assistant Manager _____     Assistant Manager _____

Form RS-DRE-10

E

X

H

I

B

I

T

D

Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:            1130/00
            MIDVALE ELEM
VERSION:  1       COPY: 0
COUNT:    0   SIZE: 32M
ACCU-VOTE RELEASE: 4.5.2
REPORT:          US 1.14.7


TIME: 19:45  11/06/2018
MACHINE SERIAL:    108936
PUBLIC COUNTER:       727
SYSTEM COUNTER:      5081


*************************
Accumulated Results For:
MachineId Copy      Count
         1   0       104
         2   0        88
         3   0       108
         4   0       100
         5   0       112
         6   0       102
         7   0       113
***********************
Total Count:          727
***********************


***********************
** PRECINCT:    1070 **
        MIDVALE ELEM
***********************
BALLOTS CAST
BALLOT           QUANTITY
   57                 172
   83                 555

BLANK VOTED               0
UNDERVOTED              235
  WRITE-IN               43
************************

Governor
RACE #  10
# RUNNING                 3
# TO VOTE FOR             1

# TIMES COUNTED         727
# TIMES BLANK VOTED       3
B. KEMP (R)             389
S. ABRAMS (D)           307
T. METZ (L)              25
Write-in                  3
# WRITE-INS               3
Write In Candidates
Ballot Candidate
923217 GLORIFY JESUS
537209 LAURA ROLLMAN
453453 LEWIS BROWN
************************
Lt Governor
RACE #  30
# RUNNING                 2
# TO VOTE FOR             1

# TIMES COUNTED         727
# TIMES BLANK VOTED      28
G. DUNCAN (R)           406
S. R. AMICO (D)         292
Write-in                  1
# WRITE-INS               1

537209 LAURA ROLLMAN
453453 LEWIS



****************************

Lt Governor
RACE #  30
# RUNNING                    2
# TO VOTE FOR                1

# TIMES COUNTED            727
# TIMES BLANK VOTED         28
G. DUNCAN (R)              406
S. R. AMICO (D)            292
Write-in                    1
# WRITE-INS                 1
Write In Candidates
Ballot Candidate
923217 CHRIST ALONE
****************************

Secretary of State
RACE #  50
# RUNNING                    3
# TO VOTE FOR                1

# TIMES COUNTED            727
# TIMES BLANK VOTED         19
B. RAFFENSPERGER (R)      390
J. BARROW (D)             282
S. DUVAL (L)               36
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
****************************

Attorney General
RACE #  70
# RUNNING                    2
# TO VOTE FOR                1

# TIMES COUNTED            727
# TIMES BLANK VOTED         18
C. CARR (I) R             420
C. BAILEY (D)             289
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
****************************

Commissioner of Agriculture
RACE #  90
# RUNNING                    2
# TO VOTE FOR                1

# TIMES COUNTED            727
# TIMES BLANK VOTED         29

```
# RUNNING            2
# TO VOTE FOR

# TIMES COUNTED     727
# TIMES BLANK VOTED  18
C. CARR (I) R        420
C. BAILEY (D)        289
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
*************************
Commissioner of Agriculture
RACE #  90
# RUNNING            2
# TO VOTE FOR        1

# TIMES COUNTED     727
# TIMES BLANK VOTED  29
G. BLACK (I) R       445
F. SWANN (D)         253
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
*************************
Commissioner of Insurance
RACE # 110
# RUNNING            3
# TO VOTE FOR        1

# TIMES COUNTED     727
# TIMES BLANK VOTED  24
J. BECK (R)          398
J. LAWS (D)          257
D. FOSTER (L)         48
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
*************************
State School Superintendent
RACE # 130
# RUNNING            2
# TO VOTE FOR        1

# TIMES COUNTED     727
# TIMES BLANK VOTED  25
R. WOODS (I) R       442
D. THORNTON, JR. (D) 260
Write-in               0
# WRITE-INS            0
Write In Candidates
```

```
*********************
RACE # 130
# RUNNING                    2
# TO VOTE FOR                1


# TIMES COUNTED            727
# TIMES BLANK VOTED         25
R, WOODS (I) R             442
O, THORNTON, JR, (D)       260
Write-in                     0
# WRITE-INS                  0
Write In Candidates
Ballot Candidate
*************************
Commissioner of Labor
RACE # 150
# RUNNING                    2
# TO VOTE FOR                1


# TIMES COUNTED            727
# TIMES BLANK VOTED         30
M, BUTLER (I) R            438
R, KEATLEY (D)            259
Write-in                     0
# WRITE-INS                  0
Write In Candidates
Ballot Candidate
*************************
PSC Eaton
RACE # 170
# RUNNING                    3
# TO VOTE FOR                1


# TIMES COUNTED            727
# TIMES BLANK VOTED         24
C, EATON (I) R            379
L, MILLER (D)            271
R, GRAHAM (L)              51
Write-in                     2
# WRITE-INS                  2
Write In Candidates
Ballot Candidate
943306 KRISTY HELLER
870295 STEPHANIE H SHANHOLTZER
*************************
PSC Pridemore
RACE # 180
# RUNNING                    3
# TO VOTE FOR                1


# TIMES COUNTED            727
# TIMES BLANK VOTED         24
T, PRIDEMORE (I) R        384
D, A, RANDOLPH (D)        266
J, TURPISH (L)            50
Write-in                     1
# WRITE-INS                  1
Write In Candidates
Ballot Candidate
943306 CHAROTTE HELLER
*************************
US House 6
RACE # 220
# RUNNING                    2
# TO VOTE FOR                1

# TIMES COUNTED            727
```

RACE # 180
# RUNNING                3
# TO VOTE FOR            1

# TIMES COUNTED        727
# TIMES BLANK VOTED     24
T. PRIDEMORE (I) R     384
D. A. RANDOLPH (D)     268
J. TURPISH (L)          50
Write-in                 1
# WRITE-INS              1
Write In Candidates
Ballot Candidate
943346 CHAROTTE HELLER
*************************
US House 6
RACE # 220
# RUNNING                2
# TO VOTE FOR            1

# TIMES COUNTED        727
# TIMES BLANK VOTED      9
K. HANDEL (I) R        414
L. MCBATH (D)          304
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
State Senate 40
RACE # 250
# RUNNING                2
# TO VOTE FOR            1

# TIMES COUNTED        727
# TIMES BLANK VOTED     26
F. MILLAR (I) R        398
S. HARRELL (D)         303
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
State House 81
RACE # 350
# RUNNING                2
# TO VOTE FOR            1

# TIMES COUNTED        555
# TIMES BLANK VOTED     13
E. DIEHL (R)           309
S. HOLCOMB (I) D       233
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
State House 87
RACE # 430
# RUNNING                1
# TO VOTE FOR            1

# TIMES COUNTED        172
# TIMES BLANK VOTED     60
V. DAVIS (D)           102

E
X
H
I
B
I
T

E

Exhibit D

Midvale Elementary Precinct

DRE Election Night poll tape comparisons to Sec. of State official posted tallies for example races

| Candidate/Contest | Midvale DRE Poll Tape | SOS Election Day Tally |
|---|---|---|
| Amico | 292 | 328 |
| Duncan | 406 | 468 |
| Lt. Gov. total | 698 | 796 |
| Total Ballots Cast | 727 | not available |
| Governor | 724 | 824 |
| Sec. of State | 708 | 809 |
| Attorney General | 709 | 810 |

Note: similar patterns continue through all contests for which we have photograph of poll tape.

EXHIBIT

E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF BRUCE P. BROWN

1.     My name is Bruce P. Brown.  I am over the age of 18 and competent to testify.  I have personal knowledge of the facts stated in this declaration.  I represent the Plaintiffs in this case.

2.     I represent the Appellants in *Coalition for Good Governance v. Raffensperger,* currently pending in the Supreme Court of Georgia (No. S19A0769).  True and correct copies of selections from the transcript from the trial of that case are attached hereto as Exhibit 1 (January 17, 2019) and Exhibit 2 (January 18, 2019).

3.     Attached as Exhibit 3 is a true and correct copy of Judge Grubbs' January 18, 2019, final order in *Coalition for Good Governance v. Raffensperger.*

4.    Attached hereto as Exhibit 4 is a true and correct copy of a June 12 email I received from Vincent Russo, counsel for the State Defendants in this case.

5.    Attached hereto as Exhibit 5 is a true and correct copy of a March 24, 2019 letter from me to Mr. Russo and Bryan Tyson.

6.    Attached hereto as Exhibit 6 is a true and correct copy of an April 1, 2019 letter from me to Mr. Russo and Bryan Tyson.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

June 21, 2019

FURTHER DECLARANT SAYETH NOT.

Bruce P. Brown

2

EXHIBIT

1

1                IN THE SUPERIOR COURT OF FULTON COUNTY

2                          STATE OF GEORGIA

3

4  COALITION FOR GOOD        .  CIVIL ACTION
     GOVERNANCE, RHONDA J.    .  FILE NO.:  2018-CV-313418
5

6  MARTIN, SMYTH DUVAL, and   .
     JEANNE DUFORT,            .  Taken at:
7

8       Plaintiffs,            .  Superior Court of Cobb County

9  vs.                        .  70 Haynes Street

10 ROBYN A. CRITTENDEN,        .  Courtroom 2000

11 Secretary of State of       .  Marietta, Georgia 30090
     Georgia, et. al.          .
12

13       Defendants.           .
     . . . . . . . . . . . . . . .

14

15                  TRANSCRIPT OF HEARING PROCEEDINGS

16

17                    THURSDAY, JANUARY 17, 2019

18                     9:02 a.m. to 4:53 p.m.

19

20          STATE OF GEORGIA SENIOR JUDGE ADELE P. GRUBBS
     REPORTED BY:

21

22 PRISCILLA GARCIA, COURT REPORTER
     NOTARY PUBLIC, STATE OF GEORGIA

23

24 TRANSCRIBED BY:

25 CHRISTIAN NAADEN

```
 1

 2                           DIRECT EXAMINATION
                                OF SARA LECLERC
 3

 4
         BY MR. BROWN:
 5

 6                Q.   Please state your full name for the record.
                  A.   Sara M. LeClerc.
 7

 8                Q.   Please have a seat.  Okay.  Could you spell

 9        your last name for the court reporter, please?

10                A.   Absolutely.  It's L-E- capital C-L-E-R-C.

11                Q.   Is it LeClerc; is that correct?
                  A.   It's LeClerc, but --
12

13                Q.   LeClerc.
                  A.   -- [inaudible] doesn't matter.
14

15                Q.   Ms. LeClerc, by whom are you currently
          employed?
16

17                A.   I work for myself.  I'm an attorney and I -

18        -
             THE COURT:  I'm sorry.
19

20           THE WITNESS:  I just work for myself.  And I'm an
          attorney and I -- so I work on a contract basis for other
21

22        firms.
             BY MR. BROWN:
23

24                Q.   And where did you go to law school?

25                A.   The University of Virginia.
```

1        Q.   Okay.  And when did you graduate?

2        A.   2007.
         Q.   And did there come a time that you
3
participated in the 2018 elections in any way?
4        A.   Yes.
5

6        Q.   And what was your role?
         A.   Well, my first role I would say other --
7
well, other than actually in the election as a
8
9  citizen, I volunteered to observe, be a poll watcher,

10  a poll observer, so.

11        Q.   And with whom did you volunteer?  Was it an
    organization that --
12

13        A.   Yeah.  I went to a training with the
    Georgia Democrats.
14

15        Q.   And did you end up observing any election?
         A.   Yes, I did.
16

17        Q.   And where did you -- where were you?

18        A.   Well, I did some early voting observations,
    as well as Election Day, and then also the runoff
19
Election Day in December.  So I was at different
20   locations for each of those days.
21

22        Q.   And on November 7th, where were you
    located?
23

24        A.   It was November 6th.

25        Q.   November 6th, I'm sorry.

```
1            A.   And November 6th I was at Allen Temple AME

2      Church.
        THE COURT:  Which one?
3

4            A.   Allen Temple AME.  It's on Joseph Boone
       Boulevard in Atlanta.
5

6            Q.   And in the course of being an observer, do
       you take contemporaneous notes of what you are
7

8      observing?

9            A.   Yes.  So, if something happens, it's not

10     just a perfectly smooth process, then I use my iPhone

11     and I have an app at the direction of to an LBJ
        reporting tool.  So I took notes directly to the
12

13     iPhone and website.
             Q.   And what does LBJ stand for, if you know?
14

15     In this instance.
             A.   Probably Lyndon Baines Johnson.
16

17           Q.   Okay.

18           A.   I believe it was named after him, given
       [inaudible].
19

20           Q.   Okay.  And did you, in fact, enter your
        notes and observations when you were at the AME
21

22     location on November 6th?
             A.   Yeah, I did; well, multiple times
23

24     throughout that day.

25     MR. BROWN:  And I'm going to hand you a -- an Exhibit
```

1   and let me -- if I may explain this to counsel.

2
         [Thereupon, the referred-to document was entered into
3
evidence as Plaintiff's Exhibit No. 2]

4

5

6         MR. LINDSEY:  [inaudible].
          MR. BROWN:  Understood.  Put it on the record while I
7
hand it to you because it's hard to read.

8

9         MR. LINDSEY:  [inaudible] with my glasses.

10   BY MR. BROWN:

11         Q.   And what I've handed to counsel is a large-
          print version for Mr. Lindsey, like the books you get
12
from Amazon, and then the actual Excel spreadsheet,
13
          which is too small even for me to read, and you could
14
just see that these blocks were copied onto this.
15
          MR. LINDSEY:  I understand.  Which one do I get?
16

17   Both of these?

18         MR. BROWN:  This is what I'm using as evidence.
          MR. LINDSEY:  Okay.  Do I have a copy of that?
19

20         MR. BROWN:  And you have that so you can verify it.
          MR. LINDSEY:  For the record, Your Honor, I had the
21

22   Lasix surgery.  I can still read this.
          THE COURT:  This one?  This is P-2?
23

24         MR. BROWN:  This is P-2, Your Honor.

25   BY MR. BROWN:

```
1              Q.    Now, Ms. LeClerc, the notes that you take

2        on the LBJ system appear on what looks like an Excel
          spreadsheet; is that correct?  And that is not what's
3

4        in front of you.  That's what I handed to Mr.
          Lindsey.
5

6              A.    I have the large print of what you said is
      the Excel spreadsheet.
7

8              Q.    And does that appear to be a large-print

9        version of the very small print on the Excel

10       spreadsheet?

11             A.    Yes.
               Q.    And does the Excel spreadsheet have a true
12

13       and correct recording of the notes that you took on
          the LBJ system as you were observing things in the
14

15       AME voting location?
               A.    Yes.  All of the notes that start with Sara
16

17       LeClerc, that's -- those notes are all on, yes.

18             Q.    And if it's someone else -- excuse me.  And
          if it's someone else, their name would appear, like,
19

20       Benjamin Thorpe [ph]; correct?
               A.    Right.  There were maybe one or two notes
21

22       by a different person and their name appears next to
          those notes.
23

24       MR. BROWN:  Your Honor, I would like to introduce

25       Defendant's 2 into the record.  I mean, sorry.  P-2 into
```

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 66

```
 1    the record.

 2         MR. LINDSEY:  If I understand it, these are
      contemporaneous notes that are from your observations; is
 3

 4    that correct?
           THE WITNESS:  Yes.
 5

 6         MR. LINDSEY:  Okay.  No objection.
           THE COURT:  [inaudible].  Yeah.  Thank you.
 7

 8    BY MR. BROWN:

 9         Q.   Now, Ms. LeClerc, the way this prints out,

10    where do we start?

11         A.   You actually start at the back, so these
      are my first pages and my last.
12

13         Q.   Okay.
           A.   [inaudible].
14

15         Q.   And let's just walk through your notes and
      I'll ask you some questions on what you were
16

17    observing.  Looking at page four --

18         A.   If I can clarify that.
           Q.   Sure.
19

20         A.   Actually these are by incidence --
           Q.   Okay.
21

22         A.   -- so the first incident actually starts at
      the bottom of page three.
23

24         Q.   Okay.  And what was that incident that you

25    observed?
```

---

1        A.    There was an issue where the Express

2    machines were to pick up their ballots.  The number
      that was on the machines -- well, there -- there were

3

4    two machines at this location.  So, they -- the two
      poll workers were comparing the machines and noticed

5

6    that one machine was a couple numbers different from
      the other machine's count.  So they seemed to be out

7

8    of sync and having discrepancies.

9        Q.    And was that issue resolved?

10        A.    Yes.  That did get resolved.  The poll

11    manager called in for a technical help but was told
      that it would self-correct in time and it did self-

12

13    correct [inaudible].
              Q.    And then what was the next incident?

14

15        A.    The next incident that I started taking was
      that just one of the voters who came in had --

16

17    started ac- -- oh, I'm sorry.

18        Q.    Could you -- I was going to ask you to
      refer to your notes, so maybe we could follow along

19

20    with your observations.  Was this the senior voter?
              A.    Yes.

21

22        Q.    Okay.  Turn with me to the bottom of page
      two.

23

24        A.    Yes.

25        Q.    Are those your notes relating to that

 1   senior voter?

 2        A.   Yes.
          Q.   And just go ahead and explain without
 3

 4   looking at this what you recall.  That's fine.
          A.   So, I noticed that -- well, a voter came in
 5

 6   to check in, got their ballot.  She was a rather
      elderly lady walking on a cane, very kind, and she
 7

 8   went to the machine to vote.  At that point, nothing

 9   out of the ordinary had happened, but she started

10   turning around and asking for some help with the

11   machine.
          So, we pulled to help her, to assist her.  And
12

13   the two of them were at the machine for a brief time.
      I think the manager left and the voter continued
14

15   voting.  Then she called the manager back again and
      the manager went back to assist.  And so the two of
16

17   them were at the machine together for a little while

18   and appear to me ordinary but the manager is allowed
      to assist the voter if the voter asks for help.
19

20        It lasted for a little while longer than I would
      have anticipated and at the end of that, the voter
21

22   went down -- went over to some chairs to sit and
      wait, and I noticed that the manager started shutting
23

24   that DRE machine down, closing it up, and so that was

25   unusual to me and I wanted to figure out what was

Case 1:17-cv-02989-AT   Document 419-1   Filed 06/21/19   Page 383 of 506

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 69

1       going on.  Why was that machine getting closed?  Was

2       there a problem?
                So at first I was just observing.  I didn't want

3

4       to get in the way of whatever the manager was doing.
         And I went over to talk to the voter.  She was

5

6       actually just sitting and waiting for her ride so
          that she could get back to her home.  So I went up to

7

8       her and asked her if everything okay.  Was she able

9       to vote?  And --

10          MR. LINDSEY:  And, Your Honor, I'll object. Ms.

11   LeClerc's been asked [inaudible] what the voter said to be
       hearsay.

12

13          THE COURT:  [inaudible].  She asked her, fine.  Go
       ahead, what's next?

14

15   BY MR. BROWN:
                Q.   Did you have a conversation with the voter?

16

17              A.   I had a conversation with the voter.

18              Q.   And based upon that conversation, did you
          have an understanding of what was happening?

19

20          THE COURT:  No.  Understanding what's happening is
       hearsay.

21

22          MR. BROWN:  Okay.
             THE COURT:  Did you did anything as a result of it?

23

24   BY MR. BROWN:

25              Q.   What did you do in response to receiving

1        the information from the voter?

2              A.   So, I waited for the manager to finish up
          what she was doing with the machine and then

3

4        approached her to ask what happened, what -- why was
          the machine had been closed, what was going on.

5

6              Q.   And what did the manager tell you?
          MR. LINDSEY:  Again, I'll object, on hearsay.

7

8        MR. BROWN:  That is an admission.  The manager is

9    employed by the defendants.  That's an admission.

10       THE COURT:  Well, does Fulton County -- does Fulton

11   County have anything to say about that?
          MR. LINDSEY:  [inaudible].

12

13       MS. BURWELL:  Well, Your Honor, the -- it is true
      that the poll manager would be employed by Fulton County,

14

15   but I don't believe that the poll manager is in a position
      to bind the County.

16

17       THE COURT:  I -- I -- I agree with that, but I'm

18   going to let the witness say what she said.
          MR. BROWN:  Thank you, Your Honor.

19

20       THE WITNESS:  So, the poll manager told me that she
      needed to close the machine because that machine had self-

21

22   cast the voter's ballot before the voter had finished
      voting.  And the manager told me that she was assisting

23

24   the voter on the review screen.  So after you make your

25   selection to get the review screen.

Case 1:17-cv-02989-AT   Document 419-1   Filed 06/21/19   Page 385 of 506

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019                    Page 71

 1        And the manager noticed that the -- there was no

 2   selection made for the race for lieutenant governor and
      for one other race, which the manager didn't name to me.
 3

 4   And so she had asked the voter -- the voter intended to
      vote in those races.  The voter said, yes --
 5

 6        MR. LINDSEY:  That would be an objection, Your Honor.
      That's what the voter said.
 7

 8        THE COURT:  That's hearsay at this point.

 9        MR. LINDSEY:  Yes.

10        THE COURT:  But as a result of that -- I'm going to

11   let it go ahead on this one.
          MR. BROWN:  Okay.
12

13        THE COURT:  Uh --
          MR. BROWN:  Go ahead, Ms. LeClerc.
14

15        THE WITNESS:  So, the manager pointed to where the
      lieutenant governor race was, and the voter put her finger
16

17   on the area for the lieutenant governor race selection so

18   she could vote for the lieutenant governor race.  And
      instead -- which is nowhere near the area for submit
19

20   ballot, but when she touched lieutenant governor, the
      machine said, your ballot has been submitted and there was
21

22   nothing they could do at that point.
          So, it just self-cast before the voter could actually
23

24   make her selection on the lieutenant governor or the other

25   race.

 1   BY MR. BROWN:

 2        Q.   Did you observe whether the poll officials
          took that machine out of service at that time?
 3

 4        A.   Yes.  The manager did take it out of
          service immediately.
 5

 6        Q.   And then was that machine put back in
          service?
 7

 8        A.   It was put back in service later in the

 9   day.  Yes.

10   THE COURT:  Let's -- let's take a morning break, take

11   a 10-minute break.
          MR. BROWN:  Thank you, Your Honor.
12

13
          [Off the record at 10:25 a.m., and back on the record
14

15   at 10:37 a.m.]

16

17        THE COURT:

18
                CONTINUATION DIRECT EXAMINATION
19

20                     OF SARA LECLERC

21

22   BY MR. BROWN:
          Q.   Ms. LeClerc, returning to your testimony
23

24        about your observations at the AME Church, did you

25        take any photographs of the poll tapes when you were

1   disagree it was different; it's just simply broader.

2            MR. BROWN:  I'm asking if there was any.
             MR. LINDSEY:  Your Honor, I'm asking --
3

4            THE COURT:  If it goes to the election system itself,
        not to the voter registration, the actual -- actual -- was
5

6    there any hacking in the actual voting system?
             THE WITNESS:  [inaudible].
7

8    BY MR. BROWN:

9            Q.   And you did not investigate any hacking

10           into the election system as distinguished from the

11           registration system; correct?
                  A.   Correct.
12

13           Q.   And the Secretary of State's -- okay --
        you've testified about it before I know there's been
14

15           a lot of testimony about the exposure of the system
             at Kennesaw State in 2016 and 2017; are you familiar
16

17           generally with that issue?

18                A.   I am.
                  Q.   What has -- has the state undertaken a
19

20           forensic examination of the components of the
              election's system to determine whether or not it was
21

22           infected with any malware because of that it's the --
             -
23

24           MR. LINDSEY:  Your Honor, once again, we're talking

25      about two entirely different systems; and unless he's

1    dealing with specifically the voter system we're going to

2    object to relevancy.
            MR. TYSON:  We would object to the lack of foundation
3

4    as far as the 2016 incident that affected any sort of like
      databases.  This is two years ago.  There's no explanation
5

6    as to how --
            THE COURT:  I sustain it as to whether there's been
7

8    something because of something that happened that isn't in

9    front of me.  I mean, you know, did they investigate

10   routinely for malware?  I mean, that's one thing.  But --

11   not going back and try to put something else on the record
      that's not before me.
12

13       MR. BROWN:  Well, I'll get it before you, Your Honor.
      BY MR. BROWN:
14

15          Q.   Now, Mr. Barnes, the -- what was exposed to
          the public internet in 2016 and 2017?
16

17       MR. TYSON:  Your Honor, we going to renew the

18   objection again.
            THE COURT:  Sustained.
19

20       MR. BROWN:  Okay.
      BY MR. BROWN:
21

22          Q.   Mr. Barnes, what forensic review has your
          office done with respect to the DRE machine voting
23

24   systems that were used in the 2018 election?

25          A.   The Secretary of State's office in 2017

```
 1              A.    That the highest number of write-ins cast

 2         for statewide office was in the lieutenant governor's
           office.
 3

 4              Q.   Okay.
           MR. LINDSEY:  Your Honor, we would tender Exhibits --
 5

 6   [inaudible] 7, 8, and 9.
           THE COURT:  Mr. Brown.
 7

 8         MR. BROWN:  You're tendering those?

 9         MR. LINDSEY:  [inaudible] I'm tendering --

10         THE COURT:  He tendered his exhibits.

11         MR. LINDSEY:  I'm tendering the exhibits.
           MR. BROWN:  [inaudible]
12

13         THE COURT:  Okay.  No objection.  That's [inaudible].
           MR. LINDSEY:  Your Honor, I just have one last

14

15   [inaudible] and I will release him, I guess, [inaudible].
       Your Honor, I believe the parties have stipulated to the
16

17   admissibility of Secretary of State certified statewide

18   races.
           I just want to let it [inaudible] in the record.  I
19

20   would, first of all, tender Exhibits 10, 11, and 12.  Is
       that what I'm up to?  Ten being the election for 2010, 11
21

22   being for '14, and 12 being for '18.  Let me show you what
       I have here.  '18 and '14, rather, and '10.
23

24   BY MR. LINDSEY:

25              Q.    [inaudible] Let me simply ask you to look
```

EXHIBIT

2

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Trial Proceedings on 01/18/2019**

```
 1              IN THE SUPERIOR COURT OF FULTON COUNTY

 2                         STATE OF GEORGIA

 3

 4  COALITION FOR GOOD        .  CIVIL ACTION
      GOVERNANCE, RHONDA J.   .  FILE NO.:  2018-CV-313418
 5

 6  MARTIN, SMYTH DUVAL, and  .
      JEANNE DUFORT,          .  Taken at:
 7

 8      Plaintiffs,           .  Superior Court of Cobb County

 9  vs.                       .  70 Haynes Street

10  ROBYN A. CRITTENDEN,      .  Courtroom 402-M

11  Secretary of State of     .  Marietta, Georgia 30090
      Georgia, et. al         .
12

13      Defendants.           .
        . . . . . . . . . . . . . . .
14

15                   TRANSCRIPT OF TRIAL PROCEEDINGS
16

17                      FRIDAY, JANUARY 18, 2019

18                       9:04 a.m. to 10:49 a.m.

19

20          STATE OF GEORGIA SENIOR JUDGE ADELE P. GRUBBS
      REPORTED BY:
21

22  PRISCILLA GARCIA, COURT REPORTER
      NOTARY PUBLIC, STATE OF GEORGIA
23

24  TRANSCRIBED BY:

25  CHRISTIAN NAADEN
```

 1   recruited, poll workers trained; polling places we

 2   have to make sure are -- are set.
          We have to get all of our workers set up for

 3

 4   early voting.  We have to get all the machines ready.
      We -- we also make sure we get all of the -- the --

 5

 6   all of the voter registration applications processed
      that are timely, and there are lots of little, sundry

 7

 8   duties that go along with all those.

 9        Q.   And those are the same -- the procedures

10   you go through for every election; is that correct?

11        A.   Correct.
          Q.   Now, can you tell the judge about ballot

12

13   styles and what that means?
          A.   Well, we had 115 ballot styles in -- in the

14

15   November election.  Those are based on -- on all the
      -- the precincts and the districts, all the different

16

17   districts that -- that are within the county, from

18   state senate districts to -- to city boundaries to
      House of Representative districts, all the -- all the

19

20   political districts are taken into account, along
      with the precincts.

21

22        Q.   So let me ask you about early voting.  And
      can you explain to the judge how early voting works?

23

24        A.   During early voting, all of the ballots are

25   available at every polling place.  You can vote

1   anywhere during early voting.

2        Q.   So what does that mean in terms of ballot
    styles?

3

4        A.   Well, for our 370-plus precincts that we
    have, all of those are available with the 115

5

6   different ballot styles.
             Q.   How does that differ from Election Day?

7

8        A.   On Election Day, the voters have to go to

9   their -- their assigned precinct to vote.  So those

10  -- those precincts are what are available in each

11  polling place.
             Q.   So on -- for early voting, if you live in

12

13  Roswell, you can vote in Chattahoochee Hills, and
    they can pull up your ballot?

14

15       A.   Correct.
             Q.   But on Election Day, you can only vote in

16

17  Roswell?

18       A.   Yes, at whatever assigned place in Roswell,
    yes.

19

20       Q.   So during early voting, are there things
    that could occur that would cause a machine to say

21

22  "Cancel" on it?
             A.   Well, if it -- if they -- if the screen

23

24  comes up and there's a cancel sign on there, that --

25  that indicates that the ballot was created by the

1   Express Poll in -- in the disabled mode, for a

2   disabled voter.

3           Q.   Okay.  So explain for the -- to the judge

4   what that means?

5           A.   There's -- the Express Poll has two

6   different modes.  You can have the regular mode where
    -- where the ballot comes up, or there's a -- there's

7

8   also a mode for -- for disabled voters, because those

9   voters, the ballot doesn't appear on the screen.

10          The only thing that appears is -- is a

11  "canceled" button, so -- to cancel that out.  Now if
    the voter goes up, he can put -- it's in the disabled

12

13  mode, the Express Poll operator has to select the
    option to go back to regular mode.

14

15          If they don't, the next card they create is
    going to be in disabled mode.

16

17          Q.   And so is that what makes it flash

18  "Cancel"?

19          A.   Yeah.

20          Q.   Does that mean that there's a problem with
    the machine?

21

22          A.   No.

23          Q.   Okay.  What does that mean?

24          A.   The DRE's doing what it's told.

25          Q.   So what happens to the voter in that

EXHIBIT

3

IN THE SUPERIOR COURT OF FULTON  COUNTY
STATE OF GEORGIA

Rhonda Martin, Smythe Duval,
Jeanne Dufort                                    *
                                                        *        CIVIL ACTION
            Plaintiffs,                          *        FILE NO.: 2018CV313418
vs.                                                  *
                                                        *
Geoff Duncan.                                 *
Fulton County Board of Registration   *
 and Elections,                              *
Gwinnett county Board of Registration  *
And Elections                                *
                                                        *
            Defendants.                        *
                                                        *

## ORDER DISMISSING PLAINTIFFS' PETITION

The above and forgoing case having come on regularly to be heard

with all parties represented by counsel and,

Plaintiffs having made Motions for Jury trial, see Fuller v. Thomas

284 Ga. 397 (2008), Continuance and to Compel Discovery and the

Court having denied the same, and,

Plaintiffs having presented evidence and rested their case, and,

The Defendants having made a Motion for Involuntary Dismissal

Pursuant to O.C.G.A. § 9-11-41(b),

It is hereby ordered as follows:

1

1.

O.C.G.A. § 9-11-41(b) states in material part –

"After the plaintiff, in an action tried by the court without a jury, has completed the presentation of his evidence, the defendant, without waiving his right to offer evidence in the event the motion is not granted, may move for dismissal on the ground that upon the fasts and the law the plaintiff has shown no right to relief."

2.

In this case the Plaintiffs contest the result of the election for Lieutenant Governor held November 6th, 2018, and request that the result be set aside and that a new election be held on paper ballots.

3.

The Plaintiffs have not shown any evidence that illegal votes have been received or legal votes rejected at the polls sufficient to change or place in doubt the result in the race for Lieutenant Governor held on November 6, 2018. O.C.G.A. §21-2-522.

4.

The Plaintiffs did presented evidence that the DRE system of voting used in Georgia has many problems and irregularities and is regarded as an outdated and inaccurate system of conducting a vote.

2

5.

In the particular race for Lieutenant Governor at issue here, the Plaintiffs showed that there were five instances of problems with voting at two precincts, that, of the 8 voting machines at the Winterville precinct in Clark County Georgia, 7 went decidedly Democratic and 1 went decidedly Republican and that there was a 4.5% undervote in the Lieutenant Governor race. There was no evidence of misconduct, fraud, or irregularity by any primary or election official or officials.

6.

"It is presumed that election results are valid, and the party contesting the Election has the burden of showing an irregularity or illegality sufficient to change place in doubt the result of the election" Hunt v. Crawford 270 GA.7 (1998). That case goes on to say "the setting aside of an election in which the people have chosen their representative is a drastic remedy that should not be undertaken lightly, but, instead should be reserved for cases in which the person challenging the election has clearly established a violation of election procedures and has demonstrated that the violation has placed the result of the election in doubt."

7.

In the Lieutenant Governor's race Geoff Duncan received 1,951,738 votes

and Sarah Amico received 1,828,566 votes, a difference of 123,172 votes.
In the Lieutenant Governor's race there were 4.5% fewer voters than in the
Governor's race. The numbers also show that Sarah Amico, a Democrat,
also received more votes than those cast for the Democrat in the State-wide
races for Commissioner of Agriculture, Commissioner of Insurance, State
School Superintendent, and Commissioner of Labor. These number do not
show any irregularity or illegality in themselves.

8.

"Where the focus is on improperly cast ballots or irregularities in the
conduct of the election, the number of illegal of irregular ballots necessary
to cast doubt on an election is derived by taking the difference between the
total votes cast in the election and the race at issue, and adding the margin of
victory in the race at issue" Fuller v. Thomas 284 Ga. 397 (2008)

9.

In the present case the most votes that the Plaintiff has shown that could be

4

in any way arguably considered irregular or illegal is approximately 32,000

votes. That assumes that all such votes would have been cast for Sarah

Amico.

<div align="center">10.</div>

Therefore, Plaintiffs Petition is hereby dismissed.

*SO ORDERED* this 18th day of January, **2019**

_____
**JUDGE ADELE P. GRUBBS**
Senior Judge, State of Georgia

<div align="center">**CERTIFICATE OF SERVICE is attached.**</div>

E
X
H
I
B
I
T

4

**Subject:**      RE: Proposed Joint Protec1ve Order
**Date:**         Wednesday, June 12, 2019 at 12:23:09 PM Eastern Daylight Time
**From:**         Vincent Russo
**To:**           Cross, David D.
**CC:**           Bruce Brown, Kimberly Anderson, John Powers, Chapple, Catherine L., Ringer, Cheryl,
                  BentroN, Jane P., Carlin, John P., Manoso, Robert W., Conaway, Jenna B., Miriyala, Arvind S.,
                  sparks@khlawfirm.com, hknapp@khlawfirm.com, cichter@ichterdavis.com, Burwell, Kaye,
                  david.lowman@fultoncountyga.gov, ram@lawram.com, Josh Belinfante, Bryan Tyson,
                  bjacoutot@taylorenglish.com, Carey Miller, Brian Lake, Alexander Denton
**Attachments:** image001.jpg

David,

We have given you a clear answer.  We do not contend that the claims are currently moot.  You asked
whether we intend to assert mootness "at the PI phase or at trial in January or at any other point in this
li1ga1on."  As you know from the RFP that we provided to the par1es and Judge Totenberg, the new system
hasn't even been procured yet.  If and when an intervening ac1on occurs that we believe moots the case, we
will raise it at that 1me. Un1l then, we have not raised mootness.

Vincent

**Vincent R. Russo** |*404.856.3260* |  ROBBINS

---

**From:** Cross, David D. [mailto:DCross@mofo.com]
**Sent:** Wednesday, June 12, 2019 12:13 PM
**To:** Vincent Russo <vrusso@robbinsfirm.com>
**Cc:** Bruce Brown <bbrown@brucebrownlaw.com>; Kimberly Anderson
<Kimberly.Anderson@robbinsfirm.com>; John Powers <jpowers@lawyerscommiNee.org>; Chapple,
Catherine L. <CChapple@mofo.com>; Ringer, Cheryl <Cheryl.Ringer@fultoncountyga.gov>; BentroN, Jane P.
<JBentroN@mofo.com>; Carlin, John P. <JCarlin@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>;
Conaway, Jenna B. <JConaway@mofo.com>; Miriyala, Arvind S. <AMiriyala@mofo.com>;
sparks@khlawfirm.com; hknapp@khlawfirm.com; cichter@ichterdavis.com; Burwell, Kaye
<Kaye.Burwell@fultoncountyga.gov>; david.lowman@fultoncountyga.gov; ram@lawram.com; Josh
Belinfante <Josh.Belinfante@robbinsfirm.com>; Bryan Tyson <btyson@taylorenglish.com>;
bjacoutot@taylorenglish.com; Carey Miller <carey.miller@robbinsfirm.com>; Brian Lake
<Brian.Lake@robbinsfirm.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>
**Subject:** RE: Proposed Joint Protec1ve Order

Vincent -

Do you intend to assert the mootness argument you describe below in response to our PI motion? Given
the motion already is on file and scheduled for a hearing barely more than a month from now, we're
entitled to a clear answer to this question, which I've now asked three times. It's a simple yes or no.
Your response seems to imply the answer is no, but please confirm.

Thanks.
DC

EXHIBIT

5



# Bruce P. Brown Law

March 24, 2019

Vincent Russo
Robbins Ross Alloy Belinfante
Littlefield LLC
500 Fourteenth St. NW
Atlanta, Georgia 30318

Bryan P. Tyson
Taylor English Duma LLP
Suite 200
1600 Parkwood Cir.
Atlanta, Georgia 30329

Re: HB316 and *Curling v. Raffensperger,* No. 17-CV-02989-AT (N.D. Ga.)

Dear Vincent and Bryan:

The purpose of this letter is to restate our demand communicated in our letter of
April 16, 2018 (copy attached as Exhibit A), that your clients Secretary of State Brad
Raffensperger and State Election Board Members David J. Worley, Rebecca N. Sullivan,
Ralph F. Simpson, and Seth Harp (the "Election Board") exercise their power, authority
and responsibilities under Georgia law and the United States Constitution to conduct
the upcoming 2019 and 2020 elections using hand-marked paper ballots and employing
statistically valid post-election audits in all such elections. We also wish to supplement
our objections stated in our letter of February 18, 2019 (copy attached as Exhibit B) to
the un-auditable electronic ballot marking devices contemplated by the HB316, recently
passed by the General Assembly.[1] HB316 is not a realistic or legally viable solution to
Georgia's DRE voting system security flaws and does not address the issues in the
*Curling v Raffensperger* case.

It is a fair reading of Judge Totenberg's September 17, 2018 Order that the
Secretary would have been enjoined to use hand-marked paper ballots in the November
2018 election had there been more time to change from the DRE machines. *Curling v.
Kemp,* 334 F. Supp. 3d 1303, 1327 (N.D. Ga. 2018). With the 2018 midterms finalized in

---

[1] *See* http://www.legis.ga.gov/Legislation/20192020/184671.pdf.

404-881-0700 | 1123 Zonolite Road NE, Suite #6, Atlanta, GA 30306
bbrown@brucepbrownlaw.com | www.brucepbrownlaw.com

Mssrs. Russo and Tyson
March 24, 2019
Page 2

December, the Secretary continues to have the time and, given the vulnerability of the DRE machines, the duty to replace the DREs with hand-marked paper ballots. The change to a reliable and verifiable voting system cannot wait until a totally new system is deployed in 2020 (or, realistically, far beyond); there continue to be important elections in Georgia almost every month in 2019[2]. As explained below, the new system contemplated by HB316, is fatally flawed in numerous constitutional and statutory respects. It is imperative that the State immediately deploy the voting method that is the modern standard in the country-- hand-marked paper ballots with precinct scanning and statistically valid post-election audits.

## A. HB316 Does Not Address the Fundamental Issues raised in our Third Amended Complaint or in Judge Totenberg's September 2018 ruling.

As stated in our February 18, 2019 letter, electronic voting on Ballot Marking Devices ("BMDs") is merely an updated and unproven version of electronic voting on DREs. According to virtually every qualified expert in the field, BMDs are at least as vulnerable to undetected error or attack as the insecure DRE system. As we have previously stated, the paper printout ballot generated by BMDs are generally unverifiable and unverified by the voter, and the results the system produces are not auditable.

We intend to challenge the BMDs as an unconstitutional infringement on a citizen's right to vote and have the vote counted accurately. As stated in Count I of Coalition's Third Amended Complaint (Doc 226, ¶169):

Inherent in individuals' fundamental right to vote is the right to participate in a trustworthy and verifiable election process that safely, accurately, and reliably records and counts all votes cast and that produces a reliable election result capable of being verified as true in a recount or election contest.

BMDs as a class of election machines simply cannot meet these basic requirements, and the particular systems that are certified by the U.S. Election

---

[2] There have been special elections in January, February, March 2019, and more are scheduled for April 2019 and beyond.

Mssrs. Russo and Tyson
March 24, 2019
Page 3

Assistance Commission ("EAC") and likely to respond to Georgia's Request for Proposal ("the RFP") are deficient in multiple respects. There are five EAC certified systems.[3]

    a) ES&S ExpressVote;

    b) Dominion ImageCast X;

    c) Unisyn FreedomVote;

    d) Hart Verity Duo (certified March 18, 2019); and

    e) Clear Ballot Clear Access (certified March 19,2019).

As you may know, three of the EAC-certified BMDs under consideration for purchase by Georgia (ES&S, Dominion and Unisyn) convert the voter's selection on the screen to a barcode and it is the barcode that is printed on the printed vote record ("the paper ballot") and then fed into the scanner by the voter. Although the printed vote record also includes human-readable information that is supposed to show the votes cast by the voter, it is the barcode (not readable by the voter) that is read and counted by the scanner and the basis for the ultimate tabulation of the votes.

The fourth system, Hart, works similarly, but rather than tabulating barcodes, a human readable list of selections is printed and read by the scanner, interpreted into votes, and tabulated. The fifth system's BMD, Clear Ballot Access, prints the voter's selection onto a regular full face paper ballot with bubbles colored in by candidate names, and tallies the votes upon optical scanning of the bubble marks.

Not one of these five systems produces an auditable result. As we explained in our February 18, 2019 letter, auditing and voting system experts are in virtually unanimous agreement that in most elections, electors are unable to verify that the machine has printed the ballot content or votes selected with 100% accuracy. Ballots are simply too long and too complex for voters to reliably detect errors in the printout of the "official paper ballot" record. For example, voters are not likely to detect if down-ballot races, or numerous referenda, are left off the paper printout, or if their votes were switched between "Yes" and "No." In addition, most voters, having already spent the time voting on the machine, do not undertake the tedious additional step of verifying that the machine has recorded the voter's selections correctly or completely. Further,

---

[3] For an explanation of the product offerings in the BMD category, see https://trustthevote.org/wp-content/uploads/2019/02/14Jan_PrinciplesGuidelinesForPVR-v4.5.pdf, page 14.

Mssrs. Russo and Tyson
March 24, 2019
Page 4

realistic and effective procedures to identity and address faulty machines in the polling place are unlikely to be developed.

Even if these severe problems with voter verification and auditing could be overcome, there is no practical way for pollworkers to respond to a voter's report that a machine made an error in recording a vote. For example, a pollworker cannot ask to see the voter's ballot or other evidence of the alleged error, without violating statutory secret ballot protections. Having no means of verifying the error, the pollworker must either ignore the risk of continuing to operate a misprogrammed BMD, or accept the voters' word and remove the machine from service. Even a small number of incorrect (or malicious) error reports could lead to long lines and disenfranchisement of voters.

It is for these reasons that the only expert on the SAFE Commission voted against the SAFE Commission's recommendation to deploy BMDs[4] and the inventor of risk limiting audits and the nation's foremost expert on post-election auditing, Professor Philip Stark, concludes that audits of BMD-generated results are "meaningless."[5] Twenty-four leading voting systems experts, cybersecurity experts, and election quality leaders echoed this concern in a letter to the SAFE Commission, noting that a valid BMD audit is "impossible."[6] Further, the National Academy of Sciences warned: "Unless a voter takes notes while voting, BMDs that print only selections with abbreviated names/descriptions of the contests are virtually unusable for verifying voter intent."[7] We are unaware of any independent qualified expert who disagrees with the near universal conclusion that current-generation BMDs should not be used as the standard method of voting. We acknowledge BMDs may be the best (although still inadequate) currently available choice for voters with disabilities who need electronic assistance in voting, and the best available accessible units should be installed in each polling place.

---

[4] https://www.linkedin.com/pulse/why-computer-scientists-prefer-paper-ballots-wenke-lee

[5] https://coaltionforgoodgovernance.sharefile.com/d-sd71f31ae0914ac8a

[6] https://coaltionforgoodgovernance.sharefile.com/d-s4fd23d23d9e44c5b

[7] Securing the Vote: Protecting American Democracy, at 79,;
https://www.nap.edu/login.php?record_id=25120&page=https%3A%2F%2Fwww.nap.edu%2F
download%2F25120

Mssrs. Russo and Tyson
March 24, 2019
Page 5

Because the BMDs do not produce auditable "accountable" election results, their use violates the U.S. Constitution. As Judge Totenberg stated in her September 17, 2018 ruling:

> If a new balloting system is to be launched in Georgia in an effective manner, it should address democracy's critical need for transparent, fair, accurate, and verifiable election processes that guarantee each citizen's fundamental right to cast an accountable vote.

*Curling,* 334 F. Supp. 3d at 1328.

## B. The Barcode Systems Do Not Even Comply with HB316

It should go without saying that requiring a voter to cast a barcoded vote that they cannot read or know the meaning of is an impermissible burdening of the right to vote. In addition to not meeting U.S. Constitutional requirements, the three systems that use bar codes (ES&S, Dominion and Unisys) do not even comply with a number of the specific provisions of HB316.

    1.     *Official results not "elector verifiable" or "readable by the elector"*

HB316 provides:

> 7.1. 'Electronic ballot marker' means an electronic device that does not compute or retain votes; may integrate components such as a ballot scanner, printer, touch screen monitor, audio output, and a navigational keypad; and uses electronic technology to independently and privately mark a paper ballot at the direction of an elector, interpret ballot selections, communicate such interpretation for elector verification, and print an elector verifiable paper ballot.

The barcoded votes on the "paper ballot" are not, of course, "elector verifiable." Though these three systems also print what the vendors say is a human readable recapitulation of the voter's selections, that information does not constitute the "ballot" or "vote" that will be counted; it is the barcode that the scanners read as the official vote cast. The voter, however, has no way of knowing what the barcode says. The barcode may be coded incorrectly or coded correctly on the touchscreen and then miscoded at the scanner where the vote is cast.

The use of barcodes further runs afoul of Sections 18 and 19 of HB316 which, together, require the official ballot governing the result to be in a format "readable by the elector." HB316 Section 18 (lines 378-380) states that the "electronic ballot markers shall produce paper ballots which are marked with the

Mssrs. Russo and Tyson
March 24, 2019
Page 6

elector's choices in a format readable by the electors." HB316 Section 19 (lines 558-561) states that such paper ballot "printed by the electronic ballot marker shall constitute the official ballot *and* shall be used for, and govern the result in, any recount conducted pursuant to Section 21-2-495 and any audit conducted pursuant to Section 21-2-498." The fatal problem with the three systems (ES&S, Dominion and Unisyn) which use barcodes is that the portion of the ballot that is "readable by the elector" is *not* the ballot that is tabulated or that governs *any* result at any stage of ballot processing.

### 2. *Official results cannot be "manually inspected"*

The use of barcodes also is inconsistent with HB316 Section 42 (lines 1232-1233), which states: "Audits performed under this Code section shall be conducted by *manual inspection* of random samples of paper official ballots." (Emphasis added). But the barcodes on the "paper official ballots" determine the results to be audited, and they cannot be manually inspected.

### 3. *Systems Improperly "retain votes"*

Section 7.1 of HB316 bill appropriately prohibits BMDs that "compute or retain votes." The BMDs offered by Dominion and ES&S, however, have the capacity to retain votes and tabulate votes. This "auto-cast" capacity has been dubbed "permission to cheat" by the voting system computer scientists because one operational setting allows the unit to cast votes directly from the touchscreen unit without printing a ballot for verification, much like DREs.[8] An additional prohibited capability is the setting using the "all-in-one" BMD as a scanner for vote capture, where after the voter reviews his machine-printed paper ballot, the voter casts his ballot into the BMD scanner slot rather than a stand-alone optical scanner.[9] The all-in-one machine combines the scanner and printer path, permitting additional unauthorized marks to be made by the printer onto the paper ballot, unseen by the voter after he has cast this ballot into the scanner slot. This is the technology and security flaw that is causing the NY Board of Elections to consider decertification of the use of this technology in the Dominion BMD.[10]

---

[8] https://freedom-to-tinker.com/2018/09/14/serious-design-flaw-in-ess-expressvote-touchscreen-permission-to-cheat/

[9] https://freedom-to-tinker.com/2019/03/08/reexamination-of-an-all-in-one-voting-machine/

[10] The system that is under investigation in New York uses the same technology as ES&S' ExpressVote BMD. https://s3.amazonaws.com/ftt-uploads/wp-content/uploads/2019/03/07164530/190307-Kellner-memo-Dominion-ICE.pdf;

Mssrs. Russo and Tyson
March 24, 2019
Page 7

### 4. *Violation of Secret Ballot Requirement*

The scanners used by ES&S (and probably other vendors) violate Georgia's secret ballot laws and HB316. The Georgia Constitution states: "Elections by the people shall be by secret ballot." (Ga. Const. Art. II, § 1, ¶ I). Section 26 (line 533) of HB316, requires that ballot marking devices "[p]ermit voting in absolute secrecy so that no person can see or know any other elector's votes." *See also* O.C.G.A. § 21-2-365(6) (scanning systems "shall permit voting in absolute secrecy").

ES&S DS200 scanners capture timestamps on each ballot record at the time the voter casts the ballot. The order of voters casting their ballots in the polling place can easily be determined by poll workers, poll watchers, security video surveillance, other voters, the public observing the election, and commercial data collectors. Insiders with access to the internal memory records of the optical scanners can connect a voter with his ballot. That information can be illicitly sold or abused to violate the voters' constitutional right to an absolutely secret ballot. While some vendors claim to "anonymize" reported ballot data by changing the timestamps for external reports when the data is exported to public records, the original electronic records containing the timestamp and chronological order of ballots cast can continue to be accessed by insiders and successful hackers.

Coalition Plaintiff's Third Amended Complaint includes a claim for the violation of voters' right to cast an absolutely secret ballot. The scanners incorporated in some of the BMD voting systems under consideration violate Georgia's requirement of "absolute secrecy" in voting.

In sum, these conflicts between HB316, which clearly contemplates the use of BMDs, and the realities of how these unproven electronic systems operate, underscore how ill-served Georgia citizens will be if these systems are ever purchased, particularly given their outrageous cost and the availability of much more economical and superior alternatives.

## C. The "Gold Standard" Alternative: Paper Ballots, Precinct Scanning and Proper Audits

In her September 17, 2018 Order, Judge Totenburg stated: "the Court advises the Defendants that further delay is not tolerable in their confronting and tackling the challenges before the State's election balloting system." *Curling,* 334 F. Supp. at 1303. As we have communicated for almost two years and demanded again in April, 2018, the

---

https://www.lohud.com/story/news/local/westchester/2019/03/08/hackers-voting-machines-imagecast-evolution/3078807002/.

Mssrs. Russo and Tyson
March 24, 2019
Page 8

State has an inexpensive and fully verifiable "gold standard" system immediately available at minimal cost, with no delays: hand marked paper ballots, scanned by the State's Diebold Accu-vote Optical Scanners, and tabulated by the GEMS servers currently in use.

What the Coalition Plaintiffs demand is *the standard method* of voting in this country. We estimate that across the nation, approximately 112,000 precincts covering 132 million registered voters use hand-marked paper ballots with precinct scanners of the type we recommend be deployed into immediate service in Georgia. The specific optical scan equipment currently owned by Georgia is successfully used in over 11,300 precincts serving 13 million voters across the country. This method uses equipment that Georgia officials already use in every election in every county election office. In addition, there are hundreds of experienced election administrators across the country who can provide assistance if needed in making this transition. We particularly emphasize and recommend precinct scanning of paper ballots as explained on page 4 of the April 16, 2018 letter. It is the most secure and widely accepted method of balloting.

Expanding the inventory of optical scanners sufficient to supply every polling place immediately would likely cost less than $200,000 and serve the state well for several years to come while the State selects and employs a new auditable balloting system.

Even if the BMDs did not have all the design and security problems described above, a system conversion on this scale with 40,000 pieces of unproven computer equipment and new programs in 159 counties with limited information technology staff during a presidential election year is irresponsible, unrealistic, unworkable, and a recipe for a chaotic 2020 election cycle and system failures. We demand a more secure and responsible transition that is immediately available to Georgia—the interim use of hand-marked paper ballots and the currently owned and operational Diebold Accu-vote optical scan system.

As you know, any voting system computer can be misprogrammed or hacked, and must be auditable to provide credible election results. Post-election audits are the only method of assuring that the results as reported are credible and accurate. In the Third Amended Complaint and in the Motion for Additional Injunctive Relief [Doc. 372, page 2], Coalition Plaintiffs request that the Court require post-election audits of results of paper ballot elections. Such audits should commence immediately with rules to be promulgated by the Election Board.

Further, we renew our demand that the Secretary of State take all measures to audit the voter registration database and electronic pollbooks to reconcile discrepancies and eliminate all errors that created voter disenfranchisement and polling place confusion in November 2018 and have the continuing potential to do so.

Mssrs. Russo and Tyson
March 24, 2019
Page 9

Please let me know if you have any questions.

Sincerely,

Bruce P. Brown

cc:    Marilyn R. Marks
       Robert A. McGuire
       Cary Ichter
       Kaye Woodard Burwell
       Halsey G. Knapp
       David D. Cross
       Catherine L. Chapple

E
X
H
I
B
I
T

A



# Bruce P.
# Brown
## Law

April 16, 2018

**By Email**

Roy E. Barnes
John F. Salter
Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060

Re: *Curling, et al. v. Kemp, et al.,* No. 17-CV-02989-AT (N.D. Ga.)

Dear Governor Barnes and Mr. Salter:

Together with Robert McGuire, Cary Ichter and William Ney, I represent the
Coalition for Good Governance, Laura Digges, William Digges III, Ricardo Davis and
Megan Missett ("the Coalition Plaintiffs") in the above-styled litigation.  The purpose of
this letter is to make another urgent demand upon your clients Brian P. Kemp, the
Secretary of State of Georgia, and Georgia State Election Board Members David J.
Worley, Rebecca N. Sullivan, Ralph F. Simpson, and Seth Harp (the "State Election
Board"). Specifically, the Coalition Plaintiffs demand that Secretary Kemp and the
Election Board exercise their power, authority and responsibilities under Georgia law
and the United States Constitution to conduct the upcoming 2018 elections involving
federal and state offices, specifically the May 22, 2018 primary election, any resulting
July 24, 2018 runoff elections, and the November 6, 2018 elections, and any special
elections, using hand-marked paper ballots in lieu of the Direct Recording Electronic
("DRE") machines.

The unreliability, unverifiability and vulnerability of Georgia's DRE systems is
the subject of daily local and national news reports and continuing warnings from
federal agencies, such as the Department of Homeland Security, the Election Assistance
Commission, and the Federal Bureau of Investigation. As recently as last month, the
U.S. Senate Select Committee on Intelligence renewed its warnings concerning the
unacceptable risks of paperless electronic voting systems of the type Georgia uses.  We
need not repeat here the many warnings from the authorities and private sector experts
concerning the urgent need to decommission Georgia's DRE machines in favor of paper
ballots.

As the Coalition Plaintiffs have explained in detail in their Proposed Third
Amended Complaint, filed on April 4, 2018,  because Georgia's DRE touchscreen voting
machines are insecure, lack a voter verified paper audit capacity, fail to meet minimum
statutory requirements, and  deprive in-person voters of the ability to cast a secret ballot

Roy E. Barnes
John F. Salter
April 16, 2018
Page 2 of 8

as guaranteed by Ga. Const. Art. II, § 1, ¶ 1, requiring in-person voters to use those machines violates the voters' constitutional rights to have their votes recorded in a fair, precise, verifiable, and anonymous manner, and to have their votes counted and reported in an accurate, auditable, legal, and transparent process.

"The right to vote freely for the candidate of one's choice is of the essence of a democratic society, and any restrictions on that right strike at the heart of representative government." *Reynolds v. Sims*, 377 U.S. 533, 555 (1964). The secret ballot—"the hard-won right to vote one's conscience without fear of retaliation"—is a cornerstone of this right to freely vote for one's electoral choices. *McIntyre v. Ohio Elections Comm'n*, 514 U.S. 334, 343 (1995).

In their Proposed Third Amended Complaint, the Coalition Plaintiffs have explained in detail the factual and legal basis for their claims for injunctive relief. The Coalition Plaintiffs again urge the Secretary and the State Election Board to take immediate remedial action to protect the 2018 elections by requiring the statewide use of hand-marked paper ballots. As explained below, the Secretary and the State Election Board have the statutory authority to take this remedial action, and have feasible, economic and practical means for replacing DREs machines with paper-ballot voting immediately.

The Coalition and its supporters have made these or similar demands repeatedly over the past eleven months, and they are made again here with renewed urgency.

### A. Statutory Authority

The Secretary stated in his Brief Supporting the State's Motion to Dismiss that he has the "discretionary authority to choose voting equipment for counties." (Doc. 83-1 at 20, 21). Indeed, the Secretary and the State Board have selected, and the State has provided, both DRE voting machines and paper ballot optical scanners for every county in Georgia.

Paper ballots have been an authorized form of voting under Georgia law continuously for over 240 years. (Article IX Georgia Constitution of 1777). Paperless mechanical lever voting machines were first permitted in approximately 1930 and optical scanners were authorized for the counting of paper ballots by 1981. (*See* O.C.G.A. §§ 21-2-280). DRE machines were first permitted in 2002. Ga. L. 2002, p. 598; Ga. L. 2003, p. 517. None of these laws authorizing mechanical or electronic voting systems, however, required their use or supplanted the authority to use hand-counted or electronically counted paper ballots.[1]

---

[1] Indeed, numerous Georgia statutes authorize, require or contemplate the use of paper ballots today. *See, e.g.*, O.C.G.A. § 21-2-280; § 21-2-281;§ 21-2-366; and § 21-2-4-483.

Roy E. Barnes
John F. Salter
April 16, 2018
Page 3 of 8

O.C.G.A. § 21-2-379.3 permitted Georgia's first use of DRE voting systems in 2002 and required.that the Secretary of State provide DRE equipment to all counties, after funds were appropriated by the General Assembly. The law, however, does not mandate their use. In fact, the State provided both DREs and optical scanning equipment for paper ballots. Further, counties retain the statutory authority to use optical scanning equipment to scan and count paper ballots, and absentee mail-in and provisional ballots.

In addition, under O.C.G.A. § 21-2-379.2, the Secretary has the authority to revoke his approval of a DRE voting system if he re-examines the system and determines that it "can no longer be safely or accurately used by electors at primaries or elections . . . because of any problem concerning its ability to accurately record or tabulate votes." An examination of the evidence and undisputed academic research would require such a finding and a wholesale revocation of Georgia's DREs. However, given the underlying statutory authority to use paper ballots (either hand-counted or counted by optical scan equipment), and the absence of any state law requiring use of DREs, the replacement of the DREs in lieu of paper ballots does not require the Secretary to invoke O.C.G.A. § 21-2-379.2.

It is true that on April 17, 2005, the State Election Board promulgated Rule 183-1-12-.01 which requires the use of DREs for in-person voting for county, state and federal elections.  In doing so, the State Election Board clearly exceeded its authority under Georgia law, which does not require DREs to be used and explicitly allows the use of paper ballots. The General Assembly has charged the State Election Board to promulgate rules to ensure the "legality and purity in all primaries and elections." O.C.G.A. § 21-2-31. Given the overwhelming evidence that the DREs are not reliable or secure, and cannot comply with the operational and security requirements of O.C.G.A. § 21-2-379.1 *et seq.,*[2] the Election Board has the statutory duty to repeal Rule 183-1-12-.01 immediately, and can do so on an emergency basis.  In any event, the Board's Rule provides no defense to the mandates of state and federal law.

In sum, the Secretary and the State Election Board have the clear statutory authority and duty to discontinue the DRE voting systems and to order the use of hand-marked paper ballots.

## B. Practical and Feasible Means for Using Paper Ballots

---

[2] *See* Second Amended Complaint ¶¶ 110-121 for details.

Roy E. Barnes
John F. Salter
April 16, 2018
Page 4 of 8

There are at least three feasible methods of conducting paper ballot elections in 2018. Each county board of elections should be permitted to choose the paper ballot system that best suits local needs for conducting a secure election in their jurisdiction.

1.  Precinct optical scanning of paper ballots

    (i)   Method: voters hand-mark paper ballots and insert the ballots into the Accu-Vote OS optical scanners of the type currently in use for paper ballots. Votes are tabulated by the optical scanners at the polling location after polls close, and the tabulated results are posted on the door of the polling place. Then, the tabulated results are securely transported from the polling location to the county election office by hand delivery of the memory cards and results tapes along with all balloting materials. Unofficial results can be immediately emailed from the polling place to the county election office using digital photos of the results tapes, while county officials await the election night hand delivery of the secured original records.

    (ii)  Statutory authority: O.C.G.A. §21-2-483(a). This is the best overall solution, and is the method that Georgia used prior to the 2002 implementation of the DREs. Specific procedures are provided in Title 21, Chapter 2, Article 11 Part 5, and security requirements can be updated and strengthened by promulgation of Election Board Rules.

2.  Central count optical scanning of paper ballots

    (i)   Method: voters hand-mark paper ballots and cast them into traditional secured ballot boxes at the polling locations. After polls close, the locked boxes are securely transported to the county elections office for ballot counting and reporting using the currently-owned and state-approved Accu-Vote OS scanners. Vote totals for each precinct and the county would be consolidated by the county Elections Department and reported to the public and the Secretary of State using the current GEMS election management system. Although "precinct scan" (described in 1 above) is preferable from a security perspective, the central count method may be temporarily attractive to counties that are concerned about training enough precinct workers to use one scanner

Roy E. Barnes
John F. Salter
April 16, 2018
Page 5 of 8

in each polling place.

(ii)    Statutory authority: O.C.G.A.§ 21-2-483(a).  Specific procedures are
provided in Title 21, Chapter 2, Article 11 Part 5, and security
requirements can be updated and strengthened by promulgation of
Election Board Rules

3.  Traditional hand-counted paper ballots

(i)    Method: Voters hand-mark paper ballots, casting them in a traditional
secured ballot box. The ballots are manually counted by teams of poll
workers in the neighborhood precincts, typically within two hours of
the closing of the polls. Unofficial results could be immediately
transmitted by an emailed digital photo of the precinct tally sheets, to
be immediately followed by Election Night hand delivery of the secured
original tally sheets, ballots, and election records to the county Election
Board.  This is an easily implementable alternative, particularly for the
May and July primaries in smaller population counties.

(ii)    Statutory authority: O.C.G.A.§21-2-280.  Numerous Georgia
municipalities employ hand counted paper ballots routinely for all
municipal elections with detailed procedures are provided by Title 21,
Chapter 2, Article 11, Part 2.

In addition, in jurisdictions where optical scan equipment is used, and given the
well-documented security risks associated with the Accu-Vote OS and GEMS election
management system, it is imperative that, prior to programming for the 2018 elections,
such components be thoroughly disinfected and determined to be free from any
unauthorized software code.  Trusted build copies of the approved software must be
reinstalled on all machines after the machines have been fully examined or replaced.  It
is also imperative that robust post-election audits of the unofficial results be completed
before the election results are certified.

The State has the equipment, supplies, software licenses and know-how
necessary for all of these three alternatives.  The paper ballots needed for these methods
are already required to be printed for each precinct for use as mail-in ballots and
provisional ballots.  The counties merely need to increase the number of paper ballots
ordered.  A larger paper ballot print order will be a minimal cost, particularly when

Roy E. Barnes
John F. Salter
April 16, 2018
Page 6 of 8

compared to the cost of moving, storing, securing and setting up and taking down the DRE equipment.

As for the scanning equipment: the state owns approximately 1,000 Accu-Vote OS optical scanners used for counting mail-in and provisional ballots. The number of additional scanners needed, if any, will depend on which of the three methods various counties select. If additional scanners are required, other states and vendors have hundreds of surplus Accu-Vote OS machines that can be borrowed or rented inexpensively. Georgia already licenses and uses the software necessary for deployment of either of the optical scan methods, and election personnel in the county offices are already trained on the necessary equipment.

### C. Sufficient Time Before Elections to Address the Problems

As you know, over the past eleven months, the Coalition Plaintiffs and other Coalition members have initiated numerous requests to Secretary Kemp and State Election Board Members to abandon the non-compliant DRE system and convert to paper ballots to ensure the security of Georgia's elections.[3]

Though these warnings and requests have not been heeded, there is still enough time to implement reasonable interim remedies. Virginia was faced with a similar election security issue in 2017. On September 8, 2017, Virginia's State Board of Elections decertified all DREs in the state because of concerns about the integrity of DRE voting systems.[4] Within two months, on November 7, 2017, twenty-two Virginia

---

[3]Prior notices and demands include the following: May, 2017 Change.org citizens petition to use paper ballots for the June 20, 2017 6th Congressional District runoff election (see emails directed to T. Fleming in Secretary of State' Office); May 10, 2017 Georgia voters' request that Secretary Kemp re-examine the DRE voting system under the provisions of O.C.G.A. § 21-2-379.2, with technical documentation supporting the necessity of halting the use of the DRE system (see May 10, 2017 email to T. Fleming and W. Harvey of SOS office); May 17, 2017 Georgia voters' follow up request for re-examination of DRE voting system with additional supporting technical documentation of inadequate system security (see May 17, 2017 email to T. Fleming); May 19 and June 2, 2017 Georgia voters' additional follow-up requests for response on DRE system re-examination prior to June 20, 2017 election (see emails to T. Fleming); May 25, 2017 complaint and motion for temporary restraining order to prohibit the use of the DRE voting system and to require use of paper ballots in the June 20, 2107 runoff election (Fulton County Superior Court, Case No. 2017CV290630); July 3, 2017 litigation to challenge the use of DRE voting systems in Georgia (N.D. Ga., Case No. 17-cv-02989).

[4]https://www.elections.virginia.gov/Files/Media/Agendas/2017/SBEResolutiondecertifyingDREs09-08-17.pdf

Roy E. Barnes
John F. Salter
April 16, 2018
Page 7 of 8

counties had immediately and successfully converted to hand-marked paper ballots. In the case of Georgia, Coalition's demands alone have been outstanding for eleven months, giving officials more than adequate time to prepare for hand-marked paper ballot elections. Additionally, officials in the Secretary of State's office have acknowledged the compromised nature of the voting system since its reporting of the August 24, 2016 breach at Center for Election Systems, and no material action has been taken to mitigate the impact of the security failures on voting system components.

Though the above methods cure the constitutional and statutory infirmities that plague the current system, and would greatly enhance voter confidence, the State should consider in due course the best long-term hand-marked paper ballot technology. Temporarily using the currently owned Accu-Vote OS paper ballot system, and hand counts for smaller counties, will permit a more deliberate and phased-in adoption and implementation of a new paper ballot voting system, without undue time pressures driven by the urgent need to decommission the DRE units.

### D. Audit of Voter Registration Database

It is undisputed that the State's entire voter registration database including Personally Identifiable Information ("PII") for over 6.5 million voters was unprotected and available on the Center for Election System server to anyone with an internet connection from at least August 24, 2016 until at least March 3, 2017. Additionally, on April 15, 2017, equipment and memory cards containing the entire state voter registration database, also including PII, was stolen and not recovered. Such exposure permitted almost unlimited opportunities for malicious actors to alter voters' registrations including eligibility for voting in certain contests. Voters whose data was disclosed have not been notified of this inappropriate disclosure despite the legal requirement to do so under O.C.G.A § 10-1-912. *See* Second Amended Complaint ¶¶ 146-153.

Further, Fulton County officials have acknowledged that there are "glitches" in the voter registration database programs that can cause voters to be disenfranchised, such as Fulton voter Brian Blosser. *See* Proposed Third Amended Complaint ¶ 152.

The November 6, 2018 general election is the first statewide general election scheduled after the data breaches and data theft were reported. The voter registration database should be responsibly and independently audited in advance of the general election to attempt to detect any malicious manipulation of the database that may cause voter disenfranchisement or disruption during the election. Voters should be notified of the known security breaches and asked to verify their voter registration on line well in advance of the election dates.

Roy E. Barnes
John F. Salter
April 16, 2018
Page 8 of 8

In sum, if the remedial action described above is initiated immediately, the Secretary and the State Election Board have sufficient time and resources to ensure that Georgia citizens have a far more reliable and secure election system in the upcoming primaries and general elections, which will greatly enhance voter confidence.  We look forward to your immediate response, and welcome any questions you may have.

Sincerely,

Bruce P. Brown

cc: Cary Ichter
Robert A. McGuire, III
William Brent Ney
Marilyn R. Marks
Laura Digges
William Digges, III
Ricardo Davis
Megan Missett
David D. Cross
Halsey G. Knapp, Jr.

EXHIBIT

B



# Bruce P. Brown Law

<div align="right">February 18, 2019</div>

Vincent Russo
Robbins Ross Alloy Belinfante
 Littlefield LLC
500 Fourteenth St. NW
Atlanta, Georgia 30318

Bryan P. Tyson
Strickland Brockingham Lewis LLC
Midtown Proscenium Suite 2200
1170 Peachtree St. NE
Atlanta, Georgia 30309

      Re: HB316 and *Curling v. Raffensperger*

Dear Vincent and Bryan:

      Initially, Cary, Rob and I look forward to working with you in this litigation.  I'm writing with respect to our clients' views on the voting system provisions of the recently introduced HB316.  To be clear: the electronic ballot marking devices ("BMDs") authorized by HB316 will not provide secure or auditable elections or resolve the issues raised in the litigation.

      I have attached a letter from twenty-four of the nation's leading elections experts urging  Georgia in the strongest possible terms not to deploy BMD's because they do not create election results that can be tested or audited.  As the letter states: "BMDs share the pervasive security vulnerabilities found in all electronic voting systems, including the insecure, paperless DREs in current use statewide."  In addition, "voter verification" of a BMD-market ballot is unreliable and sporadic, rendering elections conducted with BMD's "unauditable."

      In her September 17 ruling in this case, Judge Totenberg wrote:

      Transparency and accountability are, at the very least, essential to addressing the significant issues that underlie this case.

<div align="center">404-881-0700  | 1123 Zonolite Road NE, Suite #6, Atlanta, GA  30306<br>
bbrown@brucepbrownlaw.com |  www.brucepbrownlaw.com</div>

Vincent Russo and Bryan Tyson
February 18, 2019
Page Two

*Curling v. Kemp,* 334 F. Supp. 3d 1303, 1307 (N.D. Ga. 2018). HB316 provides neither basic transparency or accountability in a voting system. Her opinion further explained:

> Suffice it to say, at this juncture, that national-and state-commissioned research-based studies by cybersecurity computer scientists and elections experts consistently indicate that an independent record of an elector's physical ballot is essential as a reliable audit confirmation tool.

334 F. Supp. 3d at 1309. As Professor Philip Stark, the nation's leading expert in post-election auditing, has warned, the proposed electronic BMDs do not provide an independent record that can serve as a "reliable audit confirmation tool."

> Judge Totenberg concluded her decision as follows:

> If a new balloting system is to be launched in Georgia in an effective manner, it should address democracy's critical need for transparent, fair, accurate, and verifiable election processes that guarantee each citizen's fundamental right to cast an accountable vote.

334 F. Supp. 3d at 1328. The experts agree that BMDs accomplish none of the essential needs that Judge Totenberg articulates, and that our litigation seeks.

We allege in the Third Amended Compliant that requiring touchscreen DREs "violates the voters' constitutional rights to have their votes recorded in a fair, precise, verifiable, and anonymous manner, and to have their votes counted and reported in an accurate, auditable, legal, and transparent process." The similar electronic touchscreen process of BMD voting has the same problems for the same fundamental reasons.

The electronic BMD provisions of this year's HB316 are almost identical to the electronic BMD provisions of last year's 2018-SB403, which the legislature wisely defeated. We alleged in the Third Amended Complaint that last year's SB403 "failed to address what is required to remedy the problem":

> Crucially, though its proponents called the bill a "paper ballot" bill, SB403 did not require hand-marked auditable paper ballots. Instead, SB403 sought to authorize a new type of unverifiable electronic voting system technology that, while favored by Defendant Secretary of State Brian Kemp and the bill's sponsors, was roundly criticized by experts as an insecure, dangerously hackable, high-risk technology.

Vincent Russo and Bryan Tyson
February 18, 2019
Page Three

*Third Amended Complaint,* ¶ 12.  The electronic BMD provisions of 2018-SB403 and
2019-HB316 are almost identical and neither begin to solve the problems identified in
our lawsuit.

    Additionally, although little has been said to date about our allegations of the
violation of secret ballot constitutional guarantees, our clients and their experts are
concerned that the systems under current consideration may include the ability to
connect the voter to his ballot either at the scanner level cast vote record or at the BMD
level printer, depending on which vendors' equipment is selected. We urge the
Secretary's office and the State Board of Elections to fully explore the technology used
in multiple components of systems under consideration to ensure that the anonymity of
the ballot cannot be compromised.

    In addition to multiple other allegations and portions of our claims, our plaintiffs
sought relief "requiring the conduct in each case of post-election audits of paper ballots
to verify the results reported by the tabulation machines." The paper ballots that are
produced by the proposed BMD systems cannot be audited to verify the reported results.

    We urge you to use your influence to persuade legislators to reject HB316 because
it not good for Georgia voters (or taxpayers) and will not cure the constitutional
deficiencies identified in the Third Amended Complaint.

    Please let me know if you have questions or would like to discuss these issues.

                              Sincerely,

                              Bruce P. Brown

cc:    Cary Ichter
       Robert A. McGuire
       David D. Cross
       Halsey G. Knapp
       Kaye Burwell

January 7, 2019

The Honorable Robyn Crittenden
Secretary of State Elect Brad Raffensperger
Rep. Barry Fleming
Members of the SAFE Commission
214 State Capitol
Atlanta, Georgia 30334 (via e-mail)

Dear Secretary Crittenden, Secretary Elect Raffensperger, and SAFE Commission Members:

We write to urge you to follow the advice of election security experts nationwide, including the National Academies of Sciences, the Verified Voting Foundation, Freedomworks, the National Election Defense Coalition,  cyber security expert and Commission member Professor Wenke Lee, and the many states that are abandoning vulnerable touchscreen electronic voting machines in favor of hand-marked paper ballots as the best method for recording votes in public elections.

 Our strong recommendation is to reject computerized ballot marking devices (BMDs) as an option for Georgia's voting system, except when needed to accommodate voters with disabilities that prevent them from hand-marking paper ballots.  Hand-marked paper ballots, scanned by modern optical scanners and used in conjunction with risk-limiting post-election audits of election results, should be the standard balloting method statewide.

Although they are expensive and complex devices, computerized ballot markers perform a relatively simple function: recording voter intent on a paper ballot.  Since there are no objective, quantitative studies of their benefits, acquiring BMDs for widespread use risks burdening Georgia taxpayers with unnecessary costs.  Furthermore, BMDs share the pervasive security vulnerabilities found in all electronic voting systems, including the insecure, paperless DREs in current use statewide. These reasons alone should disqualify BMDs from widespread use in Georgia's elections, especially since there is a better alternative.

Hand-marked paper ballots constitute a safer and less expensive method of casting votes.  Hand-marked paper ballots offer better voter verification than can be achieved with a computerized interface.  A paper ballot that is indelibly marked by hand and physically secured from the moment of casting is the most reliable record of voter intent.  A hand-marked paper ballot is the only kind of record not vulnerable to software errors, configuration errors, or hacking.

The SAFE Commission has heard testimony about voter errors in marking paper ballots and the susceptibility of paper ballots to tampering or theft.  No method of balloting is perfect, but vulnerabilities in computerized marking devices, if exploited by hackers or unchecked by bad system designs, raise the specter of large-scale, jurisdiction-wide failures that change election outcomes. For example, with hand-marked paper ballots, voters are responsible only for their own mistakes. On the other hand, voters who use BMDs are responsible not only for

their own mistakes but also for catching and correcting errors or alterations made by a BMD which marks ballots for hundreds of voters.  For this reason, well-designed hand-marked paper ballots combined with risk-limiting post-election tabulation audits is the gold standard for ensuring that reported election results accurately reflect the will of the people.

Voter verification of a BMD-market ballot is the principle means of guarding against software errors that alter ballot choices. Many BMDs present a ballot summary card to the voter for verification. The 2018 National Academies of Science, Engineering and Medicine Consensus Report *Securing the Votes: Protecting American Democracy*, which represents the nation's best scientific understanding of election security and integrity, states: "Unless a voter takes notes while voting, BMDs that print only selections with abbreviated names/descriptions of the contests are virtually unusable for verifying voter intent." Although advocates of touchscreen ballot marking devices claim that the human readable text ballot summary cards are "voter verifiable," the contrary is true: voter verified summary cards that contain errors (whether induced by hacking or by design flaws) are likely to be mistakenly cast, making a valid audit impossible. A post-election audit requires a valid source document, either marked directly by the voter or voter verified. Since voter verification of printed ballot summary cards (the source document) is sporadic and unreliable, elections conducted with most ballot marking devices are unauditable.

While you may have been told that touchscreen systems are more "modern" devices, many of your peers and most election security experts have found this appeal to be based on a mistaken view that the voting public will naively accept new technology as a "step forward." We are intimately familiar with the hidden costs, risks, and complexity of these new technologies.  We can assure you there is objective scientific and technical evidence supporting the accuracy of traditional, easily implemented scanned and audited hand-marked paper ballot systems. We urge you to recommend such a system as the safest, most cost-effective, and transparent way of conducting future elections.

If we can be of help in providing more information, we hope you will feel free to call upon us.

Sincerely,


Dr. Mustaque Ahamad
Professor of Computer Science,
Georgia Institute of Technology

Dr. Andrew Appel
Eugene Higgins Professor of Computer Science
Princeton University


Dr. David A. Bader, Professor
Chair, School of Computational Science and Engineering
College of Computing
Georgia Institute of Technology

Matthew Bernhard
University of Michigan
Verified Voting

Dr. Matt Blaze
McDevitt Chair in Computer Science and Law
Georgetown University

Dr. Duncan Buell
NCR Professor of Computer Science and
Engineering
Dept. of Computer Science and Engineering
University of South Carolina

Dr. Richard DeMillo
Charlotte B. and Roger C.  Warren Professor
of Computing
Georgia Tech

Dr. Larry Diamond
Senior Fellow
Hoover Institute and Freeman Spogli Institute
Stanford University

David L. Dill
Donald E. Knuth Professor, Emeritus, in the
School of Engineering and Professor of
Computer Science, Stanford University
Founder of VerifiedVoting.org

Dr. Michael Fischer
Professor of Computer Science
Yale University

Adam Ghetti
Founder / CTO
Ionic Security Inc.

Susan Greenhalgh
Policy Director
National Election Defense Coalition

Dr. Candice Hoke
Founding Co-Director, Center for
Cybersecurity & Privacy Protection
C|M Law, Cleveland State University

Harri Hursti
Security Researcher
Nordic Innovation Labs

Dr. David Jefferson
Lawrence Livermore National Laboratory

Dr. Douglas W. Jones
Department of Computer Science
University of Iowa

Dr. Justin Moore
Software Engineer
Google

Dr. Peter G. Neumann
Chief Scientist
SRI International Computer Science Lab
Moderator of the ACM Risks Forum

Dr. Ronald L. Rivest
Institute Professor
MIT

Dr. Aviel D. Rubin
Professor of Computer Science
Johns Hopkins University

Dr. John E. Savage
An Wang Professor Emeritus of Computer
Science
Brown University

Dr. Eugene H. Spafford
Professor
Purdue university

Dr. Barbara Simons
IBM Research (Retired)
Former President, Association for Computing
Machinery

Dr. Philip Stark
Associate Dean, Division of Mathematics and
Physical Sciences,
University of California, Berkeley

*Affiliations are for identification purposes only. They do not imply institutional endorsements.*

E

X

H

I

B

I

T


6



Bruce P.
**Brown**
Law

April 1, 2019

Vincent Russo
Robbins Ross Alloy Belinfante
 Littlefield LLC
500 Fourteenth St. NW
Atlanta, Georgia 30318

Bryan P. Tyson
Taylor English Duma LLP
Suite 200
1600 Parkwood Cir.
Atlanta, Georgia 30329

Re: HB316 and *Curling v. Raffensperger,* No. 17-CV-02989-AT (N.D. Ga.)

Dear Vincent and Bryan:

I am following up on Coalition Plaintiff's letter of March 24, 2019 regarding the troubling aspects of HB316's mandate of electronic ballot marking device voting systems ("BMDs").

I want to bring to your attention the attached news release and letter from four U.S. Senators to the three largest voting system suppliers issued March 27, 2019 (Exhibit A).  These Senators raise some of the same questions Coalition Plaintiffs and experts have raised in repeated communications concerning the security and verifiability of BMDs.  Please note that the Senators also raise the issue of voter privacy and secret ballot protections in their questions, as Coalition has also raised. We forward this to you to ensure that Secretary Raffensperger and the State Election Board have seen it and encourage them to consider the escalating national security concerns about BMDs and to adopt the straightforward solution of hand marked paper ballots laid out in our previous demand letters.

I also enclose a briefing prepared by OSET Institute entitled "Georgia State Election Technology Acquisition: Assessing Recent Legislation in Light of Planned Procurement" ("the OSET Briefing") (Exhibit B).  As you may know, OSET is an independent non-profit organization devoted to researching and developing technology to increase verification, accuracy and security in voting systems.  The OSET Briefing analyzes the conflicts between HB316, the State's RFP, and the EAC-certified vendors'

Mssrs. Russo and Tyson
April 1, 2019
Page 2

BMD products, and concludes that the vast majority of BMDs in the marketplace "do *not* allow voters to verify the same choice data that the voting system in fact uses to tabulate votes." This appears to leave the smaller vendors as the only minimally qualified bidders, further increasing the high risk of insecure and ineffective implementation. In addition, the OSET Briefing questions that feasibility of implementing a new election system in time for the 2020 elections.

      Given the significant questions concerning BMD systems coming from Congress, computer scientists, auditing experts, cybersecurity experts, and Coalition Plaintiffs, and the monumental task of implementation of a new voting system, it is unrealistic to anticipate that the system contemplated by HB316 will be implemented for the 2020 elections. The interim solution we have previously described should be implemented immediately to avoid these serious risks and to ensure election integrity.

      Please let me know if you have any questions.

Sincerely,

Bruce P. Brown

cc:    Marilyn R. Marks
       Robert A. McGuire
       Cary Ichter
       Kaye Woodard Burwell
       Halsey G. Knapp
       David D. Cross
       Catherine L. Chapple

EXHIBIT

A

Amy Klobuchar

# U.S. Senator for Minnesota

## Ranking Members Klobuchar, Warner, Reed, and Peters Press Election Equipment Manufacturers on Security

March 27, 2019

*Intelligence Agencies have confirmed that our election systems are a target for foreign adversaries, yet election vendors continue to sell equipment with known vulnerabilities*

*The Ranking Members of the Senate Rules, Intelligence, Armed Services, and Homeland Security Committees are requesting information about the security of voting systems*

WASHINGTON – U.S. Senator Amy Klobuchar (D-MN), Ranking Member of the Senate Rules Committee with oversight jurisdiction over federal elections, sent a letter to the country's three largest election system vendors with questions to help inform the best way to move forward to strengthen the security of our voting machines. In the U.S., the three largest election equipment vendors—Election Systems & Software, LLC; Dominion Voting Systems, Inc.; and Hart InterCivic, Inc.—provide the voting machines and software used by ninety-two percent of the eligible voting population. However, voting and cybersecurity experts have begun to call attention to the lack of competition in the election vendor marketplace and the need for scrutiny by regulators as these vendors continue to produce poor technology, like machines that lack paper ballots or auditability.

Klobuchar was joined on the letter by Senator Mark Warner (D-VA), Vice Chairman of the Senate Intelligence Committee, Senator Jack Reed (D-RI), Ranking Member of the Senate Armed Services Committee, and Senator Gary Peters (D-MI), Ranking Member of the Senate



Homeland Security Committee.

**"The integrity of our elections remains under serious threat. Our nation's intelligence agencies continue to raise the alarm that foreign adversaries are actively trying to undermine our system of democracy, and will target the 2020 elections as they did the 2016 and 2018 elections,"** the senators wrote. **"The integrity of our elections is directly tied to the machines we vote on – the products that you make. Despite shouldering such a massive responsibility, there has been a lack of meaningful innovation in the election vendor industry and our democracy is paying the price."**

The full text of the letter is below:

March 26, 2019

*Mr. Phillip Braithwaite*

*President and Chief Executive Officer*

*Hart InterCivic, Inc.*

*Mr. Tom Burt*

*President and Chief Executive Officer*

*Election Systems & Software, LLC*

*Mr. John Poulos*

*President and Chief Executive Officer*

*Dominion Voting Systems*

Dear Mr. Braithwaite, Mr. Burt, and Mr. Poulos:

We write to request information about the security of the voting systems your companies manufacture and service.

The integrity of our elections remains under serious threat. Our nation's intelligence agencies continue to raise the alarm that foreign adversaries are actively trying to undermine our system of democracy, and will target the 2020 elections as they did the 2016 and 2018 elections. Following the attack on our election systems in 2016, the Department of Homeland Security (DHS) designated election infrastructure as critical infrastructure in order to protect our democracy from future attacks and we have taken important steps to prioritize election security. We appreciate the work that your companies have done in helping to set up the Sector Coordinating Council (SCC) for the Election Infrastructure Subsector.

Despite the progress that has been made, election security experts and federal and state government officials continue to warn that more must be done to fortify our election systems. Of particular concern is the fact that many of the machines that Americans use to vote have not been meaningfully updated in nearly two decades. Although each of your companies has a combination of older legacy machines and newer systems, vulnerabilities in each present a problem for the security of our democracy and they must be addressed.

On February 15, the Election Assistance Commission's (EAC) Commissioners unanimously voted to publish the proposed Voluntary Voting System Guidelines 2.0 (VVSG) Principles and Guidelines in the Federal Register for a 90 day public comment period. As you know, this begins the long-awaited process of updating the Principles and Guidelines that inform testing and certification associated with functionality, accessibility, accuracy, auditability, and security. The VVSG have not been comprehensively updated since 2005 – before the

Case 1:17-cv-02989-AT   Document 419-1   Filed 06/21/19   Page 437 of 506

iPhone was invented – and unfortunately, experts predict that updated guidelines will not be completed in time to have an impact on the 2020 elections. While the timeline for completing VVSG 2.0 is frustrating, these guidelines are voluntary and they establish a baseline – not a ceiling – for voting equipment. Furthermore, VVSG 1.1 has been available for testing since 2015.

In other words, the fact that VVSG 2.0 remains a work in progress is not an excuse for the fact that our voting equipment has not kept pace both with technological innovation and mounting cyber threats. There is a consensus among cybersecurity experts regarding the fact that voter-verifiable paper ballots and the ability to conduct a reliable audit are basic necessities for a reliable voting system. Despite this, each of your companies continues to produce some machines without paper ballots. The fact that you continue to manufacture and sell outdated products is a sign that the marketplace for election equipment is broken. These issues combined with the technical vulnerabilities facing our election machines explain why the Department of Defense's Defense Advanced Research Projects Agency (DARPA) is reportedly working to develop an open source voting machine that would be secure and allow people to ensure their votes were tallied correctly.

As the three largest election equipment vendors, your companies provide voting machines and software used by 92 percent of the eligible voting population in the U.S. This market concentration is one factor among many that could be contributing to the lack of innovation in election equipment. The integrity of our elections is directly tied to the machines we vote on – the products that you make. Despite shouldering such a massive responsibility, there has been a lack of meaningful innovation in the election vendor industry and our democracy is paying the price.

In order to help improve our understanding of your businesses and the integrity of our election systems, we respectfully request answers to the following questions by April 9, 2019:

1. What specific steps are you taking to strengthen election security ahead of 2020? How can Congress and the federal government support these actions?

Ranking Members Klobuchar, Warner, Reed, and Peters Press Election Machine Manufacturers on Security | News Releases | U.S. Senator Amy Klobuchar

Case 1:17-cv-02989-AT   Document 419-1   Filed 06/21/19   Page 438 of 506

3/27/19, 9:03 PM

2. What additional information is necessary regarding VVSG 2.0 in order for your companies to begin developing systems that comply with the new guidelines?

3. Do you anticipate producing systems that will be tested for compliance with VVSG 1.1? Why or why not?

4. What steps, if any, are you taking to enhance the security of your oldest legacy systems in the field, many of which have not been meaningfully updated (if at all) in over a decade?

5. How do EAC certification requirements and the certification process affect your ability to create new election systems and to regularly update your election systems?

6. Do you support federal efforts to require the use of hand-marked paper ballots for most voters in federal elections?  Why or why not?

7. How are you working to ensure that your voting systems are compatible with the EAC's ballot design guidelines (i.e. *Effective Designs for the Administration of Federal Elections*")?

8. Experts have raised significant concerns about the risks of ballot marking machines that store voter choice information in non-transparent forms that cannot be reviewed by voters (i.e. such as barcodes or QR codes), noting that errors in the printed vote record could potentially evade detection by voters. Do you currently sell any machines whose paper records do not permit voters to review the same information that the voting system uses for tabulation? If so, do you believe this practice is secure enough to be used in the 2020 election cycle?

9. Do you make voting systems with Cast Vote Records (CVRs) that can be reliably connected to specific unique ballots, while also maintaining voter privacy? If not, why not? Does your company make voting systems that allow for a machine-readable data export of these CVRs in a format that is presentation-agnostic (such as JSON) and can be reliably parsed without substantial technical effort? If not, why not?

Ranking Members Klobuchar, Warner, Reed, and Peters Press Election Manufacturers on Security ... News Releases ... U.S. Senator Amy Klobuchar          3/27/19, 9:03 PM

Case 1:17-cv-02989-AT   Document 419-1   Filed 06/21/19   Page 439 of 506

10. Would you support federal legislation requiring expanded use of routine post-election audits, such as risk-limiting audits, in federal elections? Why or why not?

11. What portion of your revenue is invested into research and development to produce better and more cost effective voting equipment?

12. Congress is currently working on legislation to establish information sharing procedures for vendors regarding security threats. How does your company currently define a reportable cyber-incident and what protocols are in place to report incidents to government officials?

13. What steps are you taking to improve supply chain security? To the extent your machines operate using custom, non-commodity hardware, what measures are you taking to ensure that the supply chains for your custom hardware components are monitored and secure?

14. Do you employ a full-time cybersecurity expert whose role is fully dedicated to improving the security of your systems? If so, how long have they been on staff, and what title and authority do they have within your company? Do you conduct background checks on potential employees who would be involved in building and servicing election systems?

15. Does your company operate, or plan to operate, a vulnerability disclosure program that authorizes good-faith security research and testing of your systems, and provides a clear reporting mechanism when vulnerabilities are discovered? If not, what makes it difficult for your company to do so, and how can Congress and the federal government help make it less difficult?

16. How will DARPA's work impact how your company develops and manufactures voting machines?

Case 1:17-cv-02989-AT   Document 419-1   Filed 06/21/19   Page 440 of 506

We look forward to your answers to these questions, and thank you for your efforts to work with us and with state election officials around the country to improve the security of our nation's elections.

Sincerely,

###

EXHIBIT

B



OSET
INSTITUTE
Briefing

# Georgia State Election Technology Acquisition
## Assessing Recent Legislation in Light of Planned Procurement

Prepared By:

Edward Perez
Global Director
Technology Development

Joy London
Associate General Counsel

Gregory Miller
Chief Operating Officer

Version 8 Final | March 2019

## Executive Summary

Following the recent production of a Briefing on cost realities for the system of apparent choice in Georgia, the Institute took note of the apparent concerns over whether and to what extent recent state legislation (HB.316) ready for the Governor's signature would overly control the procurement options for Georgia's new voting system. This Briefing examines the legislation and parses language to clarify meaning in light of our particular domain expertise in election technology and technology public policy, and reviews the RFP to ascertain whether and to what extent its interplay with the legislation would unduly constrain procurement.

Importantly, our Briefing necessarily restricts our examination of HB.316 to the extent of its application to the acquisition of voting systems technology and does not address any other aspect of the legislation.

### Findings

1. **HB.316 Protects Voters' Right to a Verifiable Ballot**. HB.316 is well drafted to protect a voter's right to ensure their ballot is counted as cast. In fact, it clearly constrains what kind of voting system technology can be acquired in order to ensure that Georgia voters can verify their ballot to be cast as accurately reflecting their intended choices.

2. **There is a Conflict Between HB.316 and the RFP as Drafted**. Accordingly, there is a constraint on the RFP as released by the requirements of HB.316 for "voter verifiable" ballots because the vast majority of Ballot Marking Devices (BMDs) in the marketplace do _not_ allow voters to verify the same choice data that the voting system in fact uses to tabulate votes.

 © 2019 OSET Institute, Inc. All rights reserved.

3. **There is a Fundamental Definitional Problem**. HB.316 does not define either "ballot" or "verifiable," therefore, it is unresolved whether the legislation adopts a formal or substantive definition of a ballot.

4. **Strictly Construed, the RFP and HB.316 in Combination Greatly Constrains Technology Solution Options**. Excepting two commercial solutions, a voter cannot verify the choices that are used for counting with today's BMDs, therefore, there is no way for the voter to verify what choices are actually being counted, and hence for the majority of solutions, the ballot cannot be said to be "verifiable" by the voter.

5. **Strictly Construed ES&S ExpressVote, Dominion ImageCast X and Unisyn FreedomVote Product Cannot Qualify for Selection Under HB.316**. As drafted, the RFP and HB.316 prohibit the selection of these three products, and in fact, the RFP, in order to adhere to the letter of the new law of HB.316, would restrict the choice to a hybrid product offered by Hart InterCivic, or a traditional format ballot product from Clear Ballot.

## Context

At the outset, it is important to contextualize the work in preparing this Briefing by the lead analyst Edward Perez, given his highly relevant credentials. Mr. Perez, a former Director of Product Management and also Manager of Professional Services for one of the three major commercial vendors, has for years provided analysis and responses to Request For Proposal (RFP) responses for major procurements of election technology, which required a strong understanding of solution architecture, contractual terms and requirements, and industry-standard terminology and practices. Moreover, Mr. Perez has and continues to perform competitive intelligence research, which has enabled him to become very familiar with product features, pricing, and service practices associated with all of the major vendors. In sum, he is uniquely qualified to provide a pragmatic, and intellectually honest analysis of the relevant RFP and HB.316 legislation.

Similarly, Gregory Miller, a co-founder of the Institute who is a veteran computer and software engineer and IP lawyer, and Joy London, an associate general counsel and public policy expert with the Institute, both bring over a decade of experience in the analysis of election administration related legislation and review of requests for information, proposals, and quotes for the acquisition of election administration technology. In particular, Ms. London's work focuses on critical democracy infrastructure, election security, election law, public policy and international government relations, and she leads the Institutes on-going legislation monitoring and analysis services. She offers a particular view through the lens of cybersecurity, having earned a Masters in Cyber Policy & Risk Analysis from Utica College, and published the Capstone research paper: "*The Threat of Nation-State Hacking of State Voter Registration Databases in U.S. Presidential Elections.*"

It is equally important to note the non-profit nonpartisan Institute has no stake in the outcomes in Georgia, other than exercising its mission to help ensure the public interest in this decision that will materially affect the integrity of Georgia elections, and therefore inevitably affect national election results.

© 2019 OSET Institute, Inc. All rights reserved.

# Legislation Analysis

## Question Presented

Does the statutory language of HB.316 restrict the choices of U.S. EAC-certified voting systems currently manufactured and sold by (1) ES&S ExpressVote, (2) Dominion's ImageCast X, (3) Unisyn FreedomVote, (4) Hart Verity Duo, and (5) Clear Ballot's Clear Access?

## Discussion

Three of the five EAC-certified systems ((1) ES&S ExpressVote, (2) Dominion ImageCast X, and (3) Unisyn FreedomVote) under consideration by Georgia use Ballot Marking Devices (BMDs) to convert the voter's selections (of candidates and referenda options) viewed on the machines' screens to a barcode on a printed vote record, which is then fed into a scanner by the voter.

Although the printed vote record includes human-readable information that is supposed to show the votes cast by the voter, it is the barcode (*not readable by the voter*) that is digitally interpreted and counted by the scanner and is the basis for the ultimate tabulation of votes.

In contrast to the voting systems from ES&S, Dominion and Unisyn, the Hart Verity system tabulates voter choices based upon *optical character recognition* of *printed choice text* (*not barcodes*), and the Clear Ballot system tabulates machine-marked traditional format ballots based on marked ovals (*not barcodes*).

The question presented turns on whether any of the voting systems manufactured and sold by these vendors are, in fact, "voter-verifiable."

HB.316, Page 2, Section 1. §7.1 defines "electronic ballot marker" (lines 43-48 with a focus on lines 45-48) as a device that:

> ". . . uses electronic technology to independently and privately mark a paper ballot at the direction of an elector, interpret ballot selection, **communicate such interpretation for the elector verification**, **and print an elector verifiable paper ballot**."

The language in §7.1 – "elector verification" and "print an elector verifiable paper ballot" does *not* define the means of "verification" or the process by which the elector's vote is "verifiable." Therefore, other statutory language within HB.316 must be examined to determine the lawmakers' statutory intent of the words "elector verification" and "elector verifiable."

HB.316 contains four (4) other relevant sections that can be used to determine the Georgia lawmakers' intent of the meaning of "elector verification" and "elector verifiable." All four sections use either the word "reading" or "readable" by electors.

HB.316, Page 11, §16 (3) – lines 344-345 of HB.316, reads, in pertinent part:

> "Ballots printed by an electronic ballot marker shall be designed as prescribed by the Secretary of State to ensure the ease of **reading by electors**"

HB.316, Page 12, §18 (2) – lines 378-380, reads, in pertinent part:

> ". . . provided, however, that such electronic ballot markers shall produce paper ballots which are marked with the elector's choices in a format **readable by the elector**."

HB.316, Page 13, §21 (a) – lines 424-428, reads, in pertinent part:

"The ballots shall be printed . . . as will suit the construction of the ballot scanner, and in plain, clear type so as to be **easily readable by persons with normal vision** . . ."

HB.316, Page 16, §26 (6) – lines 535-536, reads, in pertinent part:

"Produce a paper ballot which is marked with the elector's choices in a format **readable by the elector**."

## Analysis and the Issue

Because HB.316 does not define either "ballot" or "verifiable," it is not immediately apparent whether the legislation adopts a **formal** or **substantive** definition of a ballot.  In other words, a formal description of a ballot would simply specify (*as does Georgia Code § 21-2-280*) that a ballot may be electronic or printed on paper, without further specifying any requirements for how voter choices are to be counted or made available for verification by the voter.

On the other hand, a substantive definition of a ballot would go farther, and would conform with the common sense, plain-language understanding that the purpose of a ballot in the democratic voting process is to mark voter choices, which in turn serve as the basis for counting votes (*i.e.* "*tabulating*").

Furthermore, a substantive definition of a "*voter-verifiable*" ballot would require that the ballot support a voter's ability to verify *the choices that will be counted*, prior to casting the ballot.

Mindful of the distinction between a formal definition of a ballot, which focuses on the presentation of information (*e.g., a ballot marks voter choices electronically or on paper*), versus a substantive definition (*e.g., a ballot is a medium for marking voter choices that are to be counted, and those choices may or may not be transparent*), HB.316 is *unfortunately silent* on which definition of "ballot" is intended, or what "verifiable" means.

This gap is the crux of the issue, as some voting systems produce "ballots" that meet the formal definition, but not the substantive one, while other voting systems produce ballots that allow voters to review the choices that will, *strictly speaking*, serve as the basis for counting votes.

This distinction is all-important, because if the voter cannot verify the choices that are used *for counting*, then there is no way for the voter to know *what choices are being counted*.

Accordingly, such a "ballot" could not be said to be "voter-verifiable."

## Details

**Class 1**:  Electronic Marking Devices
*ES&S ExpressVote, Dominion ImageCast X, Unisyn FreedomVote*

Each of the electronic marking devices above produces a paper record that meets a formal definition of a "ballot" insofar as the paper record lists voter choices in a manner that is human-readable.  And voters do have the opportunity to verify the choices printed on the paper.  However, it is critical to note that the text that the voter can read is <u>*not*</u> used for purposes of counting the votes; instead, the ES&S, Dominion, and Unisyn voting systems count the "ballots" based on information that the voter cannot review, namely, choice information that is embedded in non-transparent barcodes.  Accordingly, the human-readable text is a visual presentation

 © 2019 OSET Institute, Inc. All rights reserved.

only, and does not rise to the functional level of providing information about voter marks and choices to the counting system.  Stated another way, with these systems, it is as if the electronic marking device simultaneously generates *two* parallel "ballots," with greatly different functional "weight:"

1. One that is interpreted by the voting system, and which is *not* verifiable by the voter, and

2. Another that bears a *cosmetic resemblance* to a ballot, but because its voter choice data is meaningless to the voting system, and is not used for counting, it is unclear whether it constitutes a ballot at all, or whether it is merely a human-readable facsimile of the non-transparent, non-verifiable "ballot" that gets counted.

As a result, with these non-transparent marking devices, it can be said that only the small fraction of voters whose ballots might be reviewed by human eyes in the exceptional case of a manual audit were able to "verify" their choices on the printed record in a manner that was meaningful, and this was only due to the post-election review process.  Outside of that small set of ballots, for all other voters, the information that they "verified" on the printed page was not used by the voting system at all; it was inert text on a printed page.

**Class 2**: Electronic Marking Devices
*Hart Verity Duo, Clear Ballot Clear Access*

Each of the electronic marking devices above produces a paper record that meets a substantive definition of a "ballot" that could also be said to be "voter-verifiable."  This stems from the fact that their paper records list voter choices in a manner that is human-readable (either marked ovals, with Clear Ballot, or plaintext counted by OCR, with Hart), and *the choices that the voter has the opportunity to verify are the same choices that the voting system uses to count votes*. In this way, the voter has direct access to information about what choices are being counted, and whether they conform to the voter's intent.

## Conclusion to the Question Presented

Does the statutory language of HB.316 restrict the choices of US EAC-certified voting systems currently manufactured and sold by (1) ES&S ExpressVote, (2) Dominion ImageCast X, (3) Unisyn FreedomVote, (4) Hart Verity Duo, and (5) Clear Ballot Clear Access?

It is not clear whether the statutory language of HB.316 restricts Georgia's ability to select certain EAC-certified voting systems for purposes of a statewide voting system procurement.

Whether a formal presentation of marked voter choices is adequate to the meet the standard of "voter-verifiability," even if voting system does not count those choices, or whether "verifiability" requires that voters have the substantive opportunity to verify the same choice information that the voting system uses to count votes is a legal question that has not been answered.  Answering that question touches upon a variety of other issues that must be tested, including:

1. What is the definition of a "ballot"?

2. Given HB.316's definition (line 31) of  "Ballot marking device" as "a pen, pencil, or similar writing tool, or an electronic device designed for use in marking paper ballots *in a manner that is detected as a vote so cast* [emphasis added] and then counted by ballot

© 2019 OSET Institute, Inc. All rights reserved.

scanners," what does "detected" mean?  For purposes of counting, is it acceptable for the voting system to "detect" only information that was not, strictly speaking, marked by the voter?  Why or why not?

3. Given HB.316's definition (Line 53) of "Optical scanning voting system" as "a system employing paper ballots on which electors cast votes with a ballot marking device or electronic ballot marker after which *votes are counted* [emphasis added] by ballot scanners," what constitutes a "vote" that must be counted?  Is it only the information that the voter can verify, or something else?  Why?

4. What constitutes a voter's "verification" of his or her "choices" or "vote"?

5. What is the legal status of encoded voter choice information that an automated voting system processes to produce results, when it is accompanied by additional text?  If a voter cannot review and identify errors in the encoded information before casting the ballot, what are the implications under 52 U.S.C. 21081, Sec. (1)(A)(i) and (1)(A)(ii)? [2]

The questions must be addressed in a legal context.  Then and only then can the courts determine whether a voting system that uses a BMD (*with or without a barcode*) meets the statutory intent in HB.316.

In a recent paper, [3] "*Election Security & the Right to Vote: Rights and Remedies Implicated by Election Hacking*" it is argued that a court's decision as to whether a BMD ballot would meet a statutory definition should be based on constitutional law—both federal and state.

To date, the Institute knows of no litigation or case law that can resolve the questions likely to be presented by the combination of HB.316, the GA RFP for new systems acquisition, and the decisions that will be made as a result.  However, considering this one publication, we can offer their following observations:

- "The Due Process Clause of the Fourteenth Amendment . . . protects against voting restrictions that render a voting system "fundamentally unfair."

- While "garden variety election irregularities" do not rise to that level, state election procedures and standards run afoul of due process if they "result in significant disenfranchisement and vote dilution."

---

[2] 52 U.S.C. 21081, Sec. (1)(A)(i) and (1)(A)(ii) provides in relevant part:
(a) Requirements.  Each voting system used in an election for Federal office shall meet the following requirements:
(1) In general
(A) Except as provided in subparagraph (B), the voting system (including any lever voting system, optical scanning voting system, or direct recording electronic system) shall—
(i) permit the voter to verify (in a private and independent manner) the votes selected by the voter on the ballot before the ballot is cast and counted;
(ii) provide the voter with the opportunity (in a private and independent manner) to change the ballot or correct any error before the ballot is cast and counted (including the opportunity to correct the error through the issuance of a replacement ballot if the voter was otherwise unable to change the ballot or correct any error);

[3] Protect Democracy (November 2018).  *Election Security & the Right to Vote: Rights and Remedies Implicated by Election Hacking*. Prepared by Altshuler Berzon, LLP.  Last accessed on March 25, 2019
https://protectdemocracy.org/update/white-paper-rights-and-remedies-implicated-by-election-hacking/

 © 2019 OSET Institute, Inc. All rights reserved.

- Courts have consistently held that once state actors have induced a voter's reliance on a particular manner of voting, invalidation of that voter's ballot is "fundamentally unfair."

- Courts thus attempt to police the line between "sporadic" or "episodic" errors in a voting system (held to be "garden variety" and therefore not a violation), and pervasive problems that permeate a voting system (or result in a substantial rate of error or risk of error) that rise to the level of a federal constitutional problem.

- Courts have also examined whether state procedures provide for adequate corrective measures to address the problem.

- Some federal courts have expressed a desire to avoid micromanaging election recounts that are also being managed by state courts, even where errors may be outcome determinative.

- As with many federal constitutional questions in the realm of voting, there is no bright-line rule.

- A hack targeting insufficiently secure voting machines, voter rolls, or tabulation devices might cause an election to be conducted in a fundamentally unfair manner if it:

  o (a) Led to excessive lines at polling places, requiring voters to wait for hours to cast a ballot;[4]

  o (b) Caused the loss of a significant percentage of ballots cast or appeared to "flip" a significant number of votes;[5]

  o (c) Prevented the counting of significant numbers of ballots cast by qualified voters;[6] or

  o (d) Prevented voters from casting a ballot due to malfunctioning or non-functioning machinery.[7]

- "The facts—in particular the scope of the problem created by hacking and the actions of the public officials in charge of the election before and after the hack—will make a great deal of difference."

---

[4]  See: _Ury v. Santee_, 303 F. Supp. 119, 124, 126 (N.D. Ill. 1969)

[5]  See: _League of Women Voters_, 548 F.3d at 478 (stating that possibility that selections "jumped" from chosen candidate to another candidate on DRE implicated substantive due process if it occurred on significant scale).

[6]  See: _NEOCH v. Husted_, 696 F.3d 580, 586 (6th Cir. 2012) (finding that although the number and frequency of voter disqualifications resulting from poll worker error varied from "county to county, the problem as a whole is systemic and statewide")

[7]  See: _League of Women Voters of Ohio v. Brunner_, 548 F.3d 463, at 478 (6th Cir. 2008) (stating that possibility that selections "jumped" from chosen candidate to another candidate on DRE implicated substantive due process if it occurred on significant scale).

   © 2019 OSET Institute, Inc. All rights reserved.

## RFP Analysis

All documents associated with the State of Georgia's RFP for a Statewide Voting System (SVS) – including the RFP itself, all attachments, and technical requirements, have been carefully reviewed by the Institute resulting in the following overall findings:

1. The Georgia RFP uses industry-standard requirements, written in a non-exclusionary manner.

2. In general, the RFP is fair, straightforward, and generally unremarkable and what the Institute would expect for a statewide voting system.

3. Rather than being written in a manner that steers toward a favored outcome, it provides the candidate vendor wide latitude to present product offerings, with almost no restrictive or prescriptive requirements, aside from uniform Ballot Marking Devices (BMDs) for all voters plus digital scanning equipment.

4. The one potential conflict of the RFP in the context of HB.316 is the requirement for "voter verifiable" ballots, whereas the majority of BMDs in the marketplace do not allow voters to verify the choice data that the scanner utilizes to tabulate votes.

In general, it is the Institute's position that it is a problematic burden on the right to vote, as the analysis of HB.316 earlier implies, to require a voter to cast a ballot that they cannot visually verify because the ballot choices that are to be counted are actually encoded in a barcode. The barcode cannot be deciphered by human visual inspection. Accordingly, the voter—assuming they actually inspect the ballot—is left to assume the data encoded in the barcode identically matches the printed choices appearing in human readable text adjacent to the barcode. This approach appears to violate U.S. constitutional principles (*see footnote 4, supra*).

This issue arises in Attachment D, Mandatory Questions, *Voter-Handled Paper Ballot Verification* as follows:

> *The proposed SVS solution must provide a voter verifiable paper ballot for every vote cast. The proposed SVS must produce a physical, voter-handled ballot containing the voter's selections from the input made by the voter. It must also facilitate navigating, marking, and reviewing the displayed ballot on the Ballot Marking Device (BMD) that can be printed, scanned, imaged, and tabulated by the Polling Place Scanner (PPS) and Central Scanning Device (CSD).*

The relevant language in HB.316 includes:

- Page 2, line 48: "*and print an elector verifiable paper ballot*"
- Page 11, line 344:  "*(3) Ballots printed by an electronic ballot marker shall be designed as prescribed by the Secretary of State to ensure ease of reading by electors.*"
- Page 12, line 379:  "*provided, however, that such electronic ballot markers shall produce paper ballots which are marked with the elector's choices in a format readable by the elector.*"
- Page 13, line 425:  "*in plain, clear type so as to be easily readable by persons with normal vision; provided, however, that red material shall not be used except that all*

© 2019 OSET Institute, Inc. All rights reserved.

*ovals appearing on the ballot to indicate where a voter should mark to cast a vote may be printed in red ink."*

- Page 16, line 535:  *"Produce a paper ballot which is marked with the elector's choices in a format readable by the elector;"*

On a process note, the Institute also observes there is a moderate risk associated with the State attempting to complete the majority of its Phase 2 "Phased Rollout" in Q-1 of next year (2020). As the Institute reads the RFP, aside from the ten (10) pilot counties that will implement in November 2019, the State will roll out a new system to 149 of the 159 counties in a federal Presidential Primary.  That is unusual, because States and counties typically avoid the introduction of new technology or procedures in high-profile federal elections.

## Observations on Technical Requirements

The Institute offers additional notes below regarding technical requirements.

### Attachment E – Mandatory Scored Response Worksheet

While not a significant factor, the requirement of 2.4 is atypical in elections:  *"Define how the proposed EMS can be virtualized to run on GASOS and county virtual operating system (OS) environments."*  The Institute has not seen an RFP express a preference for virtualizing EMS applications; such is novel and unusual—not that we disagree with the notion, rather that this is a new concept and there is no evidence in the RFP of expressed security, reliability, or other operational service level requirements for such a preference.

### Attachment I – Election Management System

These are industry-standard, non-exclusionary requirements.  Not all EMS systems have integrated text-to-speech capabilities (Page 2).  However, a desire for "text-to-speech" capabilities in the election definition process is common.

### Attachment J – Polling Place Scanner

These are industry-standard, non-exclusionary requirements.

### Attachment K – Central Scanning Device

These are industry-standard, non-exclusionary requirements.

### Attachment L – Ballot Marking Device

These are industry-standard, non-exclusionary requirements.  However, it is noteworthy that even in the important BMD Section, the requirements leave the field open for a variety of implementations, including ES&S ExpressVote, Dominion ImageCast X, Unisyn FreedomVote, and Hart Verity Duo.

The Institute also notes that the RFP clearly indicates that the State wants BMDs and _separate_ scanners.  Thus, the often heard concerns regarding all-in-one BMDs with scanners inside (a.k.a. the "*permission to cheat*"), which several good government organizations have brought to the attention of the Institute, while meritorious, are not applicable in this situation because those integrated devices have never been considered for Georgia and the RFP does not provide for them.  In the professional opinion of the Institute, for the purposes

 © 2019 OSET Institute, Inc. All rights reserved.

of addressing Georgia's HB.316 legislation and planned acquisition pursuant to the RFP analyzed, the all-in-one device option is a distraction.

### Attachment M – EPoll Data Management System

These are industry-standard, non-exclusionary requirements, except for another atypical instance of a desire for virtualization:  Page 3: "*Be virtualized to run on GASOS and county virtual operating system (OS) environments.*"

### Attachment N – Electronic Poll Book

These are industry-standard, non-exclusionary requirements.

## References

1. Georgia Secretary of State, *Current and Past Election Results*, http://sos.ga.gov/index.php/Elections/current_and_past_elections_results

2. Harvey, Chris (Georgia Director of Elections), Memorandum to Brad Raffensperger, (Georgia Secretary of State), *Statewide Voting System Pre-Printed Hand-Marked Ballot Solution*, February 25, 2019

3. Georgia Legislature (2019-2020 Session). *House Bill 316 (As passed by House and Senate)*; By: Representatives Fleming of the 121st, Jones of the 47th, Burns of the 159th, Rynders of the 152nd, Watson of the 172nd, and others. http://www.legis.ga.gov/Legislation/en-US/display/20192020/HB/316

4. State of Georgia (March 15, 2019). *Electronic Request for Proposal*, Event ID 47800-SOS0000037, *Statewide Voting System*. https://www.gpbnews.org/post/heres-request-proposals-replace-georgias-voting-machines including the following specific elements:
   a. Appendix A – Line Specifications
   b. Appendix B – Terms & Conditions
   c. eRFP
        i. Introduction
       ii. Instructions to Suppliers
      iii. General Business Requirements
       iv. eRFP Proposal (Bid) Factors
        v. Cost Proposal
       vi. Proposal Evaluation, Negotiations, and Award
      vii. Contract Terms and Conditions
     viii. Attachment B – Definitions
       ix. Attachment C – Background and Scope of Work
        x. Attachment D – Mandatory Response Worksheet
       xi. Attachment E – Mandatory Scored Response Worksheet
      xii. Attachment F – Cost Worksheet
     xiii. Attachment G – Litigation and Default
      xiv. Attachment H – References
       xv. Attachment I – Election Management System
      xvi. Attachment J – Polling Place Scanner

　　　© 2019 OSET Institute, Inc. All rights reserved.

    xvii.  Attachment K – Central Scanning Device

   xviii.  Attachment L – Ballot Marking Device

    xix.  Attachment M – EPoll Data  Management System

    xx.  Attachment N – Electronic Poll Book

    xxi.  Attachment O – Potential Equipment Distribution

   xxii.  Attachment R – Certificate of Non-Collusion

  xxiii.  Attachment T – Systems and Jurisdictions Implemented

5.  Election Systems & Software, *Response to State of Georgia Electronic Request for Information, New Voting System*, Event Number 47800-SOS0000035, August 24, 2018.

6.  Letter from election cybersecurity experts to GA SoS and SAFE Commission, 01/07/2019

7.  Letter from the OSET Institute, Inc. to GA House of Representatives Subcommittee on Voting Technology of Government Affairs

8.  Appel, Andrew (December 3, 2018).  *Freedom to Tinker:  "Why Voters Should Mark Ballots By Hand."* https://freedom-to-tinker.com/2018/12/03/why-voters-should-mark-ballots-by-hand/

9.  Cooper, Taylor (March 26, 2019). The Brunswick News:  *"Secretary of state meets with elections officials on Jekyll."* https://thebrunswicknews.com/news/local_news/secretary-of-state-meets-with-elections-officials-on-jekyll/article_fdd75020-df54-5fbc-a7d5-4d1644e14654.html

10. National Academies of Sciences, Engineering, and Medicine (2018). *Securing the Vote: Protecting American Democracy. https://www.nap.edu/catalog/25120/securing-the-vote-protecting-american-democracy*

11. Niesse, Mark (March 12, 2018). Atlanta Journal-Constitution:  *"Georgia voting machine debate pits election officials vs. tech experts." https://www.ajc.com/news/state--regional-govt--politics/georgia-voting-machine-debate-pits-election-officials-tech-experts/XcY73sFwlRKQAw7NP0NvRL/*

12. Kaufmann, Johnny (February 27, 2019). WABE:  *"Georgia House Passes Sweeping Election Overhaul."* https://www.wabe.org/georgia-house-passes-sweeping-election-overhaul/

13. McCord, Susan (August 31, 2018). Government Technology: *"Georgia Gets a Look at 2020 Voting System Options."* https://www.govtech.com/budget-finance/Georgia-Gets-a-Look-at-2020-Voting-System-Options.html

14. State of Georgia Secure, Accessible & Fair Elections (SAFE) Commission (2018). *Request for Information (RFI) for New Voting System.* http://sos.ga.gov/index.php/elections/secure_accessible__fair_elections_safe_commission

15. State of Georgia (March 15, 2019). *Electronic Request for Proposal*, Event ID 47800-SOS0000037, *Statewide Voting System*. https://www.gpbnews.org/post/heres-request-proposals-replace-georgias-voting-machines

## About the Authors

**Edward Perez** is formerly director of product development for a major commercial voting system vendor. After retiring from the commercial sector, he joined the nonpartisan nonprofit OSET Institute as Global Director of Technology Development. He holds degrees in Government and Political Science from Georgetown University and the University of California at Berkeley and has over 16 years direct experience in the design, development, delivery, deployment and servicing of commercial voting systems.

**Joy London** is the Associate General Counsel and Director of International Development at the OSET Institute, where her work focuses on critical democracy infrastructure, election security, election law, public policy and international government relations. Ms. London earned her JD from Temple University School of Law and is licensed to practice law in the State of New York. Ms. London has held several positions at international law firms and at one of the Big-4 management consulting firms. She earned a Master of Professional Studies in Cyber Policy & Risk Analysis from Utica College, and published a Capstone research paper: *The Threat of Nation-State Hacking of State Voter Registration Databases in U.S. Presidential Elections.*

**Gregory Miller** is a co-founder and Chief Operating Officer of the U.S. based 501.c.3 nonprofit non-partisan OSET Institute. He is a trained computer scientist, with graduate business education, and a law degree focused on intellectual property, technology law, and public policy. Greg's technical background includes user interface design, object-oriented software development, TCP/IP networking, and distributed systems. Mr. Miller has been immersed in the administration and technology of elections for over 12 years, including poll work volunteer, polling place monitor, election observer, and assessing Requests For Proposal regarding election administration systems. Gregory is an election technology security advisor to organizations of the national security community and the United States Congress. Mr. Miller served on the San Francisco Voting Systems Task Force from 2010-2012.

                © 2019 OSET Institute, Inc. All rights reserved.

E
X
H
I
B
I
T

7

**Early Voting: October 15 - November 2, 2018**
**Election Day: November 6, 2018**

**ROCKDALE COUNTY BOARD OF ELECTIONS**
**VOTING EQUIPMENT ISSUES**

**November 6, 2018**
**General Election**

| | PRECINCT | DATE | UNIT # | ISSUE REPORTED | SOLUTION |
|---|---|---|---|---|---|
| EARLY VOTING (ABSENTEE) | IN-PERSON | 10/22/2018 | 1 | At opening, unit powered down on its own. | Unit was not pluged properly. Plugged unit and Voting Resumed. |
| | | 10/23/2019 | 4 | Voter complained that the ballot was cast before pressing "Cast Ballot" while reviewing vote at the summary page. | Elections Director tested Voter Access Card in front of voter to show ballot had been cast. Voter was satisfied. |
| | | 10/24/2019 | 6 | Voter stated that the candidate selected wasn't who she selected.  Voter had not pressed Cast Ballot. | Voter was shown how to unmark an unintended selection and make the intended selection. |
| | | 10/24/2018 | 9 | Voter complained that the ballot was cast before pressing "Cast Ballot" while reviewing vote at the summary page. | Precinct Manager cancelled ballot the ballot and moved the voter to another unit without further delay.  Unit 9 was re-calibrated and re-tested before being allowed to use again. |
| | | 10/24/2018 | 6 | Voter complained that that unit changed vote on unit. Voter did had pressed "Cast Ballot." | Voting unit was calibrated and tested. |
| | | 10/26/2018 | 11 | Voter complained that the ballot was cast before pressing "Cast Ballot" while reviewing vote at the summary page. | Elections Director tested Voter Access Card in front of voter to show ballot had been cast. Voter was satisfied. |
| | | 10/27/2018 | 3 | Unit froze while a voter was voting. | Powered unit off and on and Voter Access Card was ejected. Moved voter to another voting unit.  Unit 3 was tested before allowing voting to resume on it. |
| | | 10/27/2018 | 18 | Unit froze while a voter was voting. | A new Voter Access Card was created for the voter. Powered unit off and on and Voter Access Card was ejected and canceled.  Unit 18 was tested before allowing voting to resume on it. |
| | | 10/28/2018 | 3 | Voter complained that the ballot was cast before pressing "Cast Ballot" while reviewing vote at the summary page. | Elections Director tested Voter Access Card in front of voter to show ballot had been cast. |
| | | 10/30/2018 | 1 | Unit froze while a voter was voting. | Powered unit off and on and Voter Access Card was ejected. Moved voter to another voting unit and she voted with further delay. Unit 1 was tested before allowing voting to resume on it. |
| | | 10/30/2018 | 9 | Voter complained that the ballot was cast before pressing "Cast Ballot" while reviewing vote at the summary page. | Precint Manager tested Voter Access Card in front of voter to show ballot had been cast.  Unit 9 was retested before allowing voting to resume on it. |
| | | 11/1/2018 | 7 | Voter complained that that unit changed vote on unit. Voter did not press Cast Ballot. | Precinct Manager cancelled ballot on unit  and moved the voter to another unit.  Unit 7 was re-calibrated and re-tested before used by the next voter. |
| ELECTION DAY | Lorraine | 11/6/2018 | 1 & 2 | Battery was not charging on Units 1 and 2. | Checked the battery connections. Placed units on a new power strip & they began charging. Voting resumed on the units. |
| | St. Pius | 11/6/2018 | 4 | Outlet section of the unit was smashed and damaged upon delivery to the precinct. | Replaced the unit. |
| | Stanton | 11/6/2018 | 8 | Unit frozen with voter card still in it, while voter was voting. | Moved voter to another unit.  Unit was shut down the rest of the day, since it was after 5pm. |

EXHIBIT

8



Support Local Journalism.
**Subscribe today for $.99.**



Georgia officials set presidential primary date for March 24

©2019 Cox Media Group. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Media Group.

Need Help?

Georgia election officials set next year's presidential primary for March 24, shortly after county officials said the uncertainty of the timing could scramble their preparations to hold the vote.

Secretary of State Brad Raffensperger announced the date on Wednesday, reversing a position he staked earlier this week to hold off on deciding the timing of the 2020 primary until the government completes its purchase of new voting equipment.

Georgia was among the last states without a spot on the primary calendar and The Atlanta Journal-Constitution reported earlier this week that the delay was making it difficult for county elections officials to nail down polling places.



Advertiser Content

The ultimate map to Fourth of July in Atlanta

By Northside Hospital

It's not immediately clear why the timeline changed, and Raffensperger's office did not comment on the shift. County elections officials were notified Wednesday by a bulletin that also said early voting for the contest would start March 2.

©2019 Cox Media Group. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Media Group.

Need Help?

many other states have already weighed in, potentially diminishing Georgia's relevance in deciding each party's candidate.

But leading Democrats welcomed the new date, anticipating that Georgia could play a more prominent role in the primary if it's separated from the group of large states holding their primary vote on Super Tuesday.

Investigative journalism that exposes the truth
**START YOUR 4 WEEKS TODAY**

State Sen. Nikema Williams, chair of the Democratic Party of Georgia, said she's pleased Raffensperger "finally did his job" and selected a date, ending months of uneasy limbo that unnerved local elections supervisors.

"This timing uniquely places Georgia as the decision maker for the Democratic presidential primary," she said, "and we expect to continue seeing candidates engage Georgia Democrats."

**>> Related:** Battle over Georgia voting rights escalates in federal court

**Related:** Abrams to testify on Supreme Court's voting rights ruling

**Political Insider:** Why Georgia Democrats might be eager to duck 'Super Tuesday' in 2020

The election will also mark an important test for the new $150 million system of touchscreen-and-printer voting technology that Georgia is set to purchase to replace the state's 17-year-old electronic voting system.

©2019 Cox Media Group. All Rights Reserved. By using this website, you accept the
terms of our Visitor Agreement and Privacy Policy, and understand your options
regarding Ad Choices. Learn about careers at Cox Media Group.

Need Help?

the state's elections process could also delay or complicate the roll-out.

## 'Maximize visibility'

The March date comes as a relief to politicians who were worried the vote could be
pushed back as far as May, when the Democratic race for president could be all but
decided.

Still, even the late March timing is a departure from recent policy.

The Georgia primary was held on Super Tuesday — the first Tuesday in March — in
each of the past two presidential election years. Then-Secretary of State Brian Kemp
orchestrated an "SEC primary" on that date with other Southern states in 2016.

On Super Tuesday in 2020, California and Texas have planned their presidential
primaries on the same March 3 day as many states in the South, sapping the
region's importance as a one-day voting bloc.

By going it alone, Georgia's move may pay off.

It's the only state that has so far scheduled a primary on that date, said Allan Keiter,
who runs the 270towin.com election-tracking website. And the trove of Georgia
delegates awarded in the vote could be pivotal if the race is still competitive.

"The state will have the date to itself and it will maximize visibility in the media and
among the candidates still in the race," said Keiter. "There could be lots of visits that
week, and voter turnout would also be higher."

©2019 Cox Media Group. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Media Group.

Need Help?



Photo: The Atlanta Journal-Constitution

## No more limbo

What's unknown is why state elections officials abruptly reversed their position.

A Raffensperger deputy, Jordan Fuchs, told the AJC in a story published Monday that the office would not set a date until a vendor for new voting machines was chosen and "a specific implementation plan" is in place.

Pressed for comment Wednesday on why the Republican seemingly changed his mind, Raffensperger's office only acknowledged receiving the question.

Antsy elections officials were happy to have a date.

Nancy Boren, the chief elections official in Muscogee County, said she was already expecting a primary sometime in the first quarter of next year but said she needed an exact date to finish her planning.

"Having the date is great – we can start setting the dates for early voting and absentee ballot mailings," said Boren. "We can now complete all those things we normally do in preparation for an election."

©2019 Cox Media Group. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Media Group.

Need Help?

to make his concerns before Raffensperger set the date, saying the uncertainty already caused complications with scheduling poll workers, printing schedules to mail to voters and booking facilities for the primary.

Kidd said Wednesday that the timing means the end of the uneasy limbo for him and the county's 300 poll workers, who can now start preparing for the March 24 date.

"It needed to be set," he said. "I have to be able to actually plan an election for the citizens of Douglas County. We can't have that uncertainty."

---

Support real journalism. Support local journalism. Subscribe to The Atlanta Journal-Constitution today. See offers.

## About the Author

---



### Greg Bluestein

Greg Bluestein is a political reporter who covers the governor's office and state politics for The Atlanta Journal-Constitution.

  

---

Atlanta Life | 2 days ago

## Atlanta eatery named one of the 50 "most talked about

Political Insider | 7 days ago

©2019 Cox Media Group. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Media Group.
Need Help?

Intown Atlanta | 3 days ago

## Atlanta City Council holds moment of silence for AJC reporter's son

Political Insider | 6 days ago

## The Jolt: This is why Stacey Abrams went to Hollywood

Georgia Politics | Yesterday

## Georgia governor's key appointments have surprised even his critics

Stansberry Research | Sponsored

## Forget Robots, 5G And Electric Cars - This Is The Next Big Thing

Ultimate Pet Nutrition | Sponsored

## If Your Dog Eats Grass (Do This Everyday)



Advertiser Content

## 3 Best Practices for Building Direct Mail Loyalty Campaigns That Work

By USPS

Dr. Marty | Sponsored

## 3 Warning Signs Your Dog Is Crying For Help

©2019 Cox Media Group. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Media Group.

Need Help?

Because Georgia Gardeners Are Stunned By This New Rule

Gundry MD Supplements | Sponsored

Top Cardiologist: This One Thing Will Properly Flush Out Your Bowels

SmartAsset | Sponsored

7 Mistakes Everyone Makes When Hiring a Financial Advisor

Wikibuy | Sponsored

The Chipotle Ordering Secret You Need To Know

BRI IQ TEST | Sponsored

IQ Test: What is your IQ? | Answer 20 questions to find out!

Ultimate Pet Nutrition Nutra Thrive Supplement | Sponsored

If Your Indoor Cat Vomits (Do This Every Day)

Classmates.com | Sponsored

Look For Any High School Yearbook, It's Free

Finance Daily | Sponsored

Seniors On Medicare Are Getting a Big Pay Day

Easy Breathe, Inc. | Sponsored

CPAP Users Feel Healthier Because Of This (Just $99 Down!)

Georgia Tech | 10 days ago

Georgia Tech falls short in recruitment of Dutch post

Georgia Politics | 2 days ago

13,000 more Georgians could lose Medicaid benefits

Firstleaf | Sponsored

Our $5 Wines Are Better Than Most $50 Wines

6/20/2019   Georgia officials set presidential primary date for March | Need Help?

Case 1:17-cv-02989-AT   Document 419-1   Filed 06/21/19   Page 465 of 506

©2019 Cox Media Group. All Rights Reserved. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices. Learn about careers at Cox Media Group.

Gundry MD | Sponsored

Heart Surgeon: How To Properly Detox Your Body

MyFinance | Sponsored

Two Accounts Your Bank Doesn't Want You to Know About

Lonny | Sponsored

This Is What A Lake House Looks Like When You're A Billionaire

Simbaly | Sponsored

Wife Reads Out Loud Husband's Affair Text Instead Of Vows At Wedding

Dr. Marty | Sponsored

3 Ways Your Cat Asks For Help

Fisher Investments | Sponsored

How Far Does $1 Million Go in Retirement?

City Beauty | Sponsored

Lift Sagging Skin And Jowls Without Surgery (Do This)

Prostagenix Supplement | Sponsored

Accidental Prostate Discovery From France Impresses Top Men's Doctor. Here's Why

Finance Nancy | Sponsored

Inside Laura Ingraham's Mansion Where She Lives With Her Partner

NinjaJournalist | Sponsored

'Modern Family' Actor Posed With A Fan But Didn't Realize Who It Was

LCR Health | Sponsored

©2019 Cox Media Group. All Rights Reserved. By using this website, you accept the
terms of our Visitor Agreement and Privacy Policy, and understand your options
regarding Ad Choices. Learn about careers at Cox Media Group.

Need Help?

If You See Square Waves In The Ocean, Get Out Of The Water Immediately

Quick Medigap | Sponsored

Are you on Medicare? If you live in Georgia, Read This

Kelley Blue Book | Sponsored

See Why Kelley Blue Book Says These Pickups Are Top Notch



About ⌄

Sign up for our newsletters ›

Contact ⌄

Subscriptions ⌄

Products ⌄

 

© 2019 Cox Media Group. All Rights Reserved. By using this website, you accept the terms of our Visitor
Agreement and Privacy Policy, and understand your options regarding Ad Choices . Learn about careers at
Cox Media Group.

E
X
H
I
B
I
T

F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs**

**v.**

**RAFFENSPERGER, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## DECLARATION OF MARILYN MARKS

**MARILYN MARKS** hereby declares as follows:

1.      I am Executive Director of Coalition for Good Government, a Plaintiff in this action.

2.      Attached as Exhibit 1 is a true and correct copy of an October 25, 2004 article published by the *Atlanta Journal Constitution.*

3.      Attached as Exhibit 2 is a true and correct copy of an Open Records Act request that I made on May 28, 2019 to the Georgia Secretary of State, and the response from the Secretary of State's Open Records Officer dated May 31, 2019.

4.      Attached as Exhibit 3 is a true and correct copy of an Open Records Act request (No. ORR #336-19) that I made on May 28, 2019 to the Georgia

Secretary of State, and the response from the Secretary of State's Open Records Officer dated May 31, 2019.

5.      Attached as Exhibit 4 is a true and correct copy of an "Official Election Bulletin" from Chris Harvey, State Elections Director.

6.      I calculated the percentages for voter participation dropoff in DRE voting and mail ballot voting for Fulton County's AME Temple 03A precinct and Lowndes' County's Mildred precinct, and for the two counties, as well as the African American precinct registration, using results data and turnout data provided on the Secretary of State's website for the November 6, 2018 election at:

> https://results.enr.clarityelections.com/GA/Fulton/91700/Web02.221448/#/;
> https://results.enr.clarityelections.com/GA/Lowndes/91732/Web02.220748/#/
> https://sos.ga.gov/index.php/elections/general_election_november_6_2018

7.      Attached hereto as Exhibit 5 is a true and correct copy of the "Agenda" for a Special Meeting, April 22, 2017, of the Fulton County Board of Registration and Elections.

In accordance with 28 U.S.C. § 1746, I pledge under penalty of perjury that the foregoing is true and correct.

Executed on this date, June 21, 2019.

Marilyn Marks

E
X
H
I
B
I
T

1

# Officials urged to follow rules to prevent any double voting

**By CARLOS CAMPOS**
ccampos@ajc.com

When an Atlanta man voted twice in the July party primaries, he exposed a potential flaw in Georgia's early-voting program.

Election officials say that the case of double voting was an aberration that shows what can happen when critical Election Day procedures are not followed. As a precaution, Secretary of State Cathy Cox recently warned the state's local election officials to follow protocol to ensure such an abuse does not happen again.

Craig Kidd cast a ballot ahead of the July 20 Republican primary during the five-day period for advance voting. A designated Republican poll watcher and campaign worker for a GOP state Senate candidate, Kidd showed up at his Buckhead polling place on Election Day to make sure his advance vote had been recorded. Kidd says that a poll worker told him there was no record of his vote and advised him to vote again to be sure his vote would be tallied.

Later in the day, Kidd contacted The Atlanta Journal-Constitution to tell a reporter he was alarmed that he was allowed to cast two ballots. Kidd said he was concerned that the ballots of some early voters would not be counted or that some people could vote twice.

Cox referred Kidd's case to Fulton County District Attorney Paul Howard in September, recommending that Kidd be investigated for voting twice — a felony in Georgia.

Fulton election officials have acknowledged that a breakdown in procedures allowed Kidd to vote twice. When a voter casts an early ballot, a notation of that vote should be made on a master voter registration list that is later sent to precincts prior to Election Day. Poll workers then will cross the advance voters off the list of people eligible to vote at their polling place.

But Fulton County was late sending its master list out, getting it to some precincts after the polls had opened. So some people — including Kidd — who had voted early were not shown as having done so. Fulton officials later disqualified Kidd's early vote, which has a unique identifying number allowing election officials to know who cast it.

John Sullivan, chief of voter registration for Fulton County, said his office has shored up its procedures to make sure each precinct knows prior to Election Day who voted early.

"Our only standard in elections is perfection. Ninety-nine percent in schools is an A. But in elections, that's a failure," Sullivan said.

In mid-September, Cox's office sent a memo to the state's local elections officials reminding them of the importance of making sure those lists are accurately maintained and sent to poll workers before the precincts open on Election Day.

"Advance voting has increased the number of those who vote absentee, and it is critical that these (and all) absentee votes are recorded properly so that poll workers can easily ascertain if someone is attempting to cast a second ballot at the polls on Election Day," the memo reads.

Cox said in a recent interview that the new early-voting program is not uniquely susceptible to fraud. The same procedures to prevent double voting have been used for decades in Georgia for people who cast absentee ballots ahead of Election Day, she said.

"This is not a new process at all," Cox said. "Forever, when you absentee-voted, the counties were required to mark on the voter list that you had already cast an absentee ballot."

Regardless, Gwinnett County's election supervisor, Lynn Ledford, said she used the Kidd situation to remind her poll workers of the potential for double voting.

Sharon Wingfield, Cobb County's election supervisor, is confident that advance voting is not susceptible to fraud. The names of Cobb voters are marked with an "A" on master lists that show whether they have already voted. Those lists are distributed to poll workers well before the precincts open, she said.

"We looked at our procedures again and felt like we had enough safeguards in there to keep that from happening," she said.

EXHIBIT

2

**Subject:** ORR #335-19 - Marilyn Marks

**Date:** Friday, May 31, 2019 at 3:31:58 PM Eastern Daylight Time

**From:** Open Records

**To:** Marilyn Marks

**Attachments:** image002.jpg

Good Afternoon,

For this open records request, our office does not have responsive records. This will serve as the final response to this request and your request is now closed.

Sincerely,

Open Records Officer
*Georgia Secretary of State*



**From:** Marilyn Marks [mailto:marilyn@aspenoffice.com]
**Sent:** Tuesday, May 28, 2019 1:51 PM
**To:** Open Records <openrecords@sos.ga.gov>
**Cc:** btyson@taylorenglish.com; Vincent Russo <vrusso@robbinsfirm.com>;
cheryl.ringer@fultoncountyga.gov
**Subject:** Public records request--AG's opinion re: exempZon of ballot images from public records disclosure

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Secretary of State Open Records Department:

Under the Georgia Open Records Act § 50.18.70 et seq., CoaliZon for Good Governance and I as an individual are requesZng a copy of the A` orney General's opinion concerning the non-disclosure of ballot images (cast vote records) referenced in the a` ached ElecZon BulleZn. Please supply the AG's memo via email to Marilyn@USCGG.org.

Counties are using this bulletin to deny public records requests for cast vote records, without required reference to the legal authority and citation on which the denial is based.  Please provide the legal basis on which you rely to deny ballot images as public records. Presumably that is included in the advice of the AG's office received by you and requested by this public records request.

If there are any fees for searching or copying these records, please inform me if the cost will exceed $10.  However, Coalition for Good Governance, a non-partisan 501(c) (3) organization, with members who are residents of Georgia, requests a waiver of all fees because the disclosure of the requested information is in the public interest and will contribute significantly to the public's understanding of the operations of electronic voting equipment and reporting of results.  This information is not being sought for commercial purposes.

The Georgia Open Records Act requires a response time to produce those records within three business days.  If production of the records I am requesting will take longer than three days, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption on which you base your denial of the election information and notify me of the appeal procedures available to me under the law.

Thank you for your consideration. Please contact me at the email or phone number below with any quesons.

Sincerely,

Marilyn Marks
Coalition for Good Governance

████████████████████████

<OEB - 01-30-19 Open Record Requests Ballot images.pdf>

EXHIBIT

3

**Subject:** ORR #336-19 - Marilyn Marks - Ben Hill County
**Date:** Friday, May 31, 2019 at 3:38:40 PM Eastern Daylight Time
**From:** Open Records
**To:** Marilyn Marks
**Attachments:** image002.jpg

Good Afternoon,

For this open records request, responsive records are not subject to public disclosure pursuant to Art. II, Sec. 1, Para. I of the Georgia Constitution and OCGA §21-2-500. This will serve as the final response to this request and your request is now closed.

Sincerely,

Open Records Officer
Georgia Secretary of State



**From:** Marilyn Marks [mailto:marilyn@aspenoffice.com]
**Sent:** Tuesday, May 28, 2019 2:11 PM
**To:** Open Records <openrecords@sos.ga.gov>
**Cc:** btyson@taylorenglish.com; Vincent Russo <vrusso@robbinsfirm.com>; cheryl.ringer@fultoncountyga.gov
**Subject:** Public records request--Ben Hill County ballot image reports

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dear Secretary of State Open Records Department:

Under the Georgia Open Records Act § 50.18.70 et seq., Coalition for Good Governance and I as an individual are requesting the an electronic copy of the ballot image reports (also called cast vote records) produced by the Ben Hill County voting machines which

representatives of the Secretary's office examined after the November 6, 2018 election.

If there are any fees for searching or copying these records, please inform me if the cost will exceed $10. However, Coalition for Good Governance, a non-partisan 501(c) (3) organization, with members who are residents of Georgia, requests a waiver of all fees because the disclosure of the requested information is in the public interest and will contribute significantly to the public's understanding of the operations of electronic voting equipment and reporting of results. This information is not being sought for commercial purposes.

The Georgia Open Records Act requires a response time to produce those records within three business days.

If you deny any or all of this request, please cite each specific exemption including citation to code, statute or case law on which you base your denial of the election information, and notify me of the appeal procedures available to me under the law.

Thank you for your consideration. Please contact me at the email or phone number below with any questions.

Sincerely,

Marilyn Marks
Coalition for Good Governance
█████████████████

E
X
H
I
B
I
T

4



# OFFICIAL ELECTION BULLETIN
April 1, 2019

---

**TO:**  **County Election Officials and County Registrars**

**FROM:**  **Chris Harvey, State Elections Director**

**RE:**  **Open Record Requests for GEMS DATABASE**

---

Copies of your GEMS Database are NOT subject to Open Record Requests.

The Georgia Court of Appeals ruled that copies of GEMS are exempt from Open Records Act disclosure requirements because disclosure could compromise election security. Smith v. DeKalb Cty., 288 Ga. App. 574, 654 S.E.2d 469 (2007). A copy of that decision is attached.

I encourage you to share this information with your staff and your county attorney.

# Smith v. DeKalb County

Court of Appeals of Georgia

November 27, 2007, Decided

A07A1490.

### Reporter

288 Ga. App. 574 *; 654 S.E.2d 469 **; 2007 Ga. App. LEXIS 1254 ***; 2007 Fulton County D. Rep. 3715

SMITH v. DEKALB COUNTY et al.

**Subsequent History:** Cert. applied for.

Writ of certiorari denied Smith v. DeKalb Cty., 2008 Ga. LEXIS 291 (Ga., Mar. 10, 2008)

**Prior History:** Open Records Act. DeKalb Superior Court. Before Judge McMurray, Senior Judge.

**Disposition:** [***1] Judgment affirmed.

## Core Terms

election, records, ballot, permanent injunction, superior court, trial court, inspection, software, seal, exempted, designated, encryption, returns, voting, codes

## Case Summary

### Procedural Posture

After a requestor sought election documents under the Georgia Open Records Act, O.C.G.A. § 50-18-70 et seq., the Georgia Secretary of State sought a permanent injunction preventing a county from releasing a certain computer disk - read only memory (CD-ROM). The DeKalb County Superior Court (Georgia) enjoined the county from releasing the CD-ROM. The requestor appealed.

### Overview

The court first stated that the trial court properly held that the Secretary had standing to object to the request. Under O.C.G.A. §§ 21-2-30, 21-2-31, 21-2-32, 21-2-50 et seq., and 45-13-20 et seq., the Secretary was charged with the supervision of all elections in Georgia. Next, under O.C.G.A. § 21-2-500(a), the custodian of a CD-ROM created by an election superintendent had to maintain it under seal following the election for at least 24 months, unless otherwise directed by a superior court. A superior court had not ordered that the seal be lifted. Thus, the CD-ROM was by law prohibited or specifically exempted from being open to inspection by the general public under O.C.G.A. § 50-18-70(b). Furthermore, the trial court had found that release of the CD-ROM, which contained passwords, encryption codes, and other security information, would compromise election security and thus was exempt from disclosure under O.C.G.A. § 50-18-72(a)(15)(A)(iv). Although the requestor argued that the State could copy the CD-ROM without including such information, O.C.G.A. § 50-18-70(d) provided that an agency was not required to create records that were not in existence at the time of the request.

### Outcome

The court affirmed the judgment.

**Counsel:** *J. M. Raffauf*, for appellant.

*Thurbert E. Baker, Attorney General, Stefan E. Ritter, Calandra A. Almond, Assistant Attorneys General, William J. Linkous III*, for appellees.

**Judges:** ELLINGTON, Judge. Andrews, P. J., and Adams, J., concur.

**Opinion by:** ELLINGTON

## Opinion

[*574] [**469] ELLINGTON, Judge.

Philip Smith appeals from an order of the DeKalb County Superior Court granting a permanent injunction to Cathy Cox, in her [**470] official capacity as Georgia's Secretary of State. [1] Smith contends that the

---

[1] Cox's term as Georgia's Secretary of State has since

288 Ga. App. 574, *574; 654 S.E.2d 469, **470; 2007 Ga. App. LEXIS 1254, ***1

court erred in finding that the Secretary of State had standing to pursue the injunction, in granting the Secretary of State's request for temporary restraining orders and the permanent injunction, and in denying his motion to recuse. For the following reasons, we affirm.

The record shows the following facts. On October 23, 2006, Smith's attorney, Mike Raffauf, submitted a written request, pursuant to the Georgia Open Records Act, OCGA § 50-18-70 et seq., to Linda Latimore, the DeKalb County Director of Voter Registration and Elections, for disclosure of certain information concerning the 4th Congressional District 2006 primary and runoff elections. Raffauf requested that Latimore make available for copying and inspection the following materials:

> A copy of the GEMS CD-ROM(S), [***2] [2] generated pursuant to OCGA § 21-2-500 (a) [3] and [Rule of the State Election Board] [*575] 183-1-12-.02 (6) (a), [4] which contains a copy of the

information on each memory card (PCMCIA Card) which shall include all ballot images and ballot styles as well as vote totals and a copy of the consolidated returns from the election management system.

According to Raffauf's request, "[a] review of the entire GEMS backup CD-ROM(S) for both elections is the only way … to undertake a complete audit."

In response to the request, DeKalb County advised Raffauf by letter that it would produce the requested CD-ROM on November 9, 2006. The county also noted, however, that it was going to utilize the letter to "notify the Secretary of State [and] the Attorney General … of [its] impending release of the requested CD-ROM in the event they choose to take action." Further, the county refused to produce "documents or records that are not subject to production under the [Open Records] Act" and expressly reserved "any and all statutory exemptions from disclosure provided by OCGA § 50-18-72, and any and all other exemptions or protections provided by law, including [***5] but not limited to privileged and confidential documents."

---

expired. Karen Handel became Secretary of State on January 8, 2007.

[2] "GEMS" is an acronym for a software program known as the "Global Election Management System," which is produced by Diebold Election Systems. "CD-ROM" is an acronym for "computer disk – read only memory."

[3] OCGA § 21-2-500 (a) states as follows:

> Immediately upon completing the returns required by this article, in the case of elections other than municipal elections, the superintendent shall deliver in sealed containers to the clerk of the superior court or, if designated by the clerk of the superior court, to the county records manager or other office or officer under the jurisdiction of a county governing authority which maintains or is responsible for records, as provided in Code Section 50-18-99, the [***3] used and void ballots and the stubs of all ballots used; one copy of the oaths of poll officers; and one copy of each numbered list of voters, tally paper, voting machine paper proof sheet, and

return sheet involved in the primary or election. In addition, the superintendent shall deliver copies of the voting machine ballot labels, computer chips containing ballot tabulation programs, copies of computer records of ballot design, and similar items or an electronic record of the program by which votes are to be recorded or tabulated, which is captured prior to the election, and which is stored on some alternative medium such as a CD-ROM or floppy disk simultaneously with the programming of the PROM or other memory storage device. The clerk, county records manager, or the office or officer designated by the clerk shall hold such ballots and other documents under seal, unless otherwise directed by the superior court, for at least 24 months, after which time they shall be presented to the grand jury for inspection at its next meeting. Such ballots and other documents shall be preserved in the office of the clerk, county records manager, or officer designated by the clerk until the adjournment [***4] of such grand jury, and then they may be destroyed, unless otherwise provided by order of the superior court.

[4] Ga. Comp. R. & Regs. r. 183-1-12-.02 (6) states, in pertinent part, as follows:

> Storage of Returns. (a) After tabulating and consolidating the results, the election superintendent shall prepare a CD-ROM which shall contain a copy of the information contained on each memory card (PCMCIA card) which shall include all ballot images as well as vote totals and a copy of the consolidated returns from the election

On November 9, 2006, the Secretary of State objected to the open records request [**471] and filed a petition for a temporary restraining order ("TRO") and a verified complaint for a permanent injunction prohibiting DeKalb County from releasing the CD-ROM. After the trial court granted two TROs, [5] Smith intervened. The court conducted a hearing on the petition for a permanent injunction, and the Secretary of State and Smith presented evidence and argument. The court [*576] permanently restrained and enjoined DeKalb County and Latimore from "releasing, disclosing, or providing to any person not authorized by law to obtain them copies of the pre-election and post-election CD-ROMs." Smith appeals from this order.

1. Smith claims that the trial court erred in finding that the Secretary of State had standing to object to his Open Records Act request. As the court found, however, the Secretary of State "is statutorily charged with the supervision of all elections in [***6] this State, and as such has a complete right to seek the Court's intervention in this matter." See OCGA §§ 21-2-30 (creating the State Election Board and naming the Secretary of State as the board chair); 21-2-31 (duties of the State Election Board); 21-2-32 (authorizing the State Election Board to institute or intervene in court actions involving elections); 21-2-50 et seq. (powers and duties of the Secretary of State regarding elections); 45-13-20 et seq. (general duties of the Secretary of State); see also *Ga. Dept. of Natural Resources v. Theragenics Corp.*, 273 Ga. 724, 725 (545 SE2d 904) (2001) (a corporation had the right to enjoin a state agency from allowing a third-party competitor to review the agency's file on the corporation, which included some of the corporation's trade secrets, after the third party filed a request with the agency under the Open Records Act).

2. Smith contends that the court erred in granting the permanent injunction. Smith claims that he is entitled to inspect the CD-ROM by running a copy on an independent computer which would enable him to examine the CD-ROM's computer codes to determine when various voting records were created and by whom, "to verify [***7] file formats, software versions, [and] file sizes" on the CD-ROM, and to look for evidence of irregularities resulting from election fraud and malfunctions of the electronic voting equipment and

election software. [6]

In determining whether the trial court's grant of a permanent injunction was proper, the standard of review on appeal is whether or not the trial court manifestly abused its discretion. A trial judge manifestly abuses his discretion when he grants an injunction adverse to a party without any evidence to support such judgment and contrary to the law and equity. Entry of a permanent injunction is appropriate in clear and urgent cases where there is a vital necessity to prevent a party from being damaged and left without an adequate remedy at law.

[*577]   (Citations and punctuation omitted.) *City of Atlanta v. Southern States Police Benevolent Assn. &c.*, 276 Ga. App. 446, 458 (4) (623 SE2d 557) (2005). (1) We conclude that the court's ruling that Smith is not entitled to a copy of the CD-ROM under the Open Records Act is proper for several reasons.

Under Georgia's Open Records Act,

[a]ll public records of an agency as defined in subsection (a) of this Code section, except those which by order of a court of this state or by law are prohibited or specifically exempted from being open to inspection by the general public, shall be open for a personal inspection by any citizen of this state at a reasonable time and place; and those in charge of such records shall not refuse this privilege to any citizen.

OCGA § 50-18-70 (b). As the trial court found, the Georgia Code provides that the designated custodian of a CD-ROM created by the county or municipal superintendent of an election must maintain it *under seal* following the election for at least 24 months, unless otherwise directed by the superior [**472] court. OCGA § 21-2-500 (a); [7] see Ga. Comp. R. & Regs. r. 183-1-12-.02 (6) (storage of returns). The superior court in this case has not ordered that the seal be lifted as to the CD-ROM Smith seeks. Thus, because the CD-ROM is

_____

management system.

[5] The record shows that the court initially granted a TRO restraining DeKalb County from releasing the CD-ROM on November 9, 2006. The court granted a second TRO on December 11, 2006.

_____

[6] Although Smith does not have the GEMS software necessary to access the encrypted information on the CD-ROM, his witness claimed he could break [***8] the encryption codes with software from other sources.

[7] After a minimum of 24 months after an election, the custodian shall present the sealed voting records to the grand jury for inspection at its next meeting. OCGA § 21-2-500 (a). After the grand jury adjourns, the custodian may retain the records under seal or destroy them, "unless otherwise provided by order of the superior court." Id.

statutorily designated to be kept under seal, it is by law prohibited or specifically exempted from being open to inspection by the general public and, therefore, [***9] is not an open record subject to disclosure. OCGA § 50-18-70 (b). As a result, the trial court did not abuse its discretion in granting the Secretary of State's petition for a permanent injunction prohibiting the custodian from opening the record in response to Smith's Open Records Act request.

In addition, the trial court found, based on evidence tendered by the Secretary of State, that release of the CD-ROM, which contains passwords, encryption codes, and other security information, would compromise election security. As a result, the trial court ruled that the CD-ROM was exempted from the Open Records Act on the alternative basis of the exemption for "material which if made public could compromise security against sabotage, criminal, or terroristic acts." OCGA § 50-18-72 (a) (15) (A) (iv). See footnote 6, supra (regarding Smith's witness' claim that [***10] he could break the encryption codes with software from other sources). Although Smith argues that the [*578] State could copy the CD-ROM without including the passwords, encryption codes, and other security information, the Open Records Act specifically provides that the government agency is not required to create reports, summaries, or compilations that were not in existence at the time of the request. OCGA § 50-18-70 (d). [8] Accordingly, the trial court did not abuse its discretion in granting the Secretary of State's petition for an injunction on this alternative basis.

In sum, the record supports the court's finding that Smith is not entitled to a copy of the CD-ROM under the Open Records Act.

3. Smith argues that the court improperly granted the TROs and that a prior judge to whom the case had been assigned improperly denied his motion to recuse. The record shows, however, that Smith [***11] was not a party to this action when the court granted the TROs or when it denied the motion to recuse. Further, the judge who denied his motion to recuse was no longer assigned to the case at the time of the hearing on the request for a permanent injunction or the court's ruling

thereon. Thus, these allegations of error lack merit.

*Judgment affirmed. Andrews, P. J., and Adams, J., concur.*

---

End of Document

---

[8] Notably, the evidence showed that DeKalb County has provided the voting records from the 2006 4th Congressional District primary to Smith, allowing his attorney to use a county computer that runs the necessary software so that he could review the records and providing him with print-outs of the information.

E
X
H
I
B
I
T

5



**FULTON COUNTY**

# AGENDA

## BOARD OF REGISTRATION AND ELECTIONS
## SPECIAL MEETING – APRIL 22, 2017 @ 10:00 AM

**Fulton County Government Center**
**130 Peachtree Street, SW, Second Floor**
**Conference Room 128**

**Call to Order** - Presiding: Ms. Mary Carole Cooney, Chairperson

---

**RULES:**
**Cell Phones are to be turned off prior to the meeting.**

Citizens are allowed to voice requests, concerns, opinions, etc. during the Communication and Public Response portion of the meeting of the Board of Registration and Elections. Before speaking, each participant must obtain a speaker's card from Mrs. Felisa Cordy, fill out the card and return it to Mrs. Cordy prior to the beginning of this meeting. **Speakers will be granted up to TWO MINUTES each.** During this portion of the meeting, questions addressed to members of the Board and not to the staff.

---

1.   Approval of Agenda
2.   Communications and Public Response


## NEW BUSINESS

3.   Review of the April 18, 2017 Elections
4.   Certification of Results for the 6th Congressional/32 Senate, City of Johns Creek, City of Roswell Runoff, and City of South Fulton Runoff held on April 18, 2017
5.   Discussion for Special Election to be held to fill unexpired term for Fulton County Board of Commissioner District 4


## EXECUTIVE SESSION

Discussion of Personnel and/or Legal Matters


## ADJOURN

# UNAPPROVED MINUTES



# BOARD OF REGISTRATION AND ELECTIONS
## SPECIAL MEETING –APRIL 22, 2017

**FULTON COUNTY**

The Fulton County Board of Registration and Elections met in Special Session on Saturday, April 22, 2017, at 10:00 a.m., in Conference Room 128, 130 Peachtree Street, Atlanta, GA 30303

**Presiding:** Ms. Mary Carole Cooney, Chairperson

**Other Board Members Present:** Ms. Vernetta Nuriddin, Vice Chair
Mr. Stan Matarazzo
Mr. Aaron Johnson

**Board Member Absent:**    Mr. David Burge

**Staff Attending:** Mr. Richard Barron, Director; Mr. Ralph Jones, Registration Chief; Mrs. Pamela Coman, Registration Manager; Mr. Dwight Brower, Elections Chief; Mrs. Sharon Benjamin, Deputy Elections Chief; Ms. Brenda McCloud, Administrative Coordinator II; and Ms. April Majors, Senior Public Affairs Officer.

**Guests Attending:** (City of South Fulton Candidate, City Council District 1)

## #1 – APPROVAL OF AGENDA

**Mr. Johnson moved to approve the agenda as presented.  Seconded by Mr. Mararazzo and carried by a unanimous vote of 4-0.**

## #2 – COMMUNICATIONS AND PUBLIC RESPONSE
None.

| NEW BUSINESS |
| --- |

## #3 – REVIEW OF THE APRIL 18, 2017 ELECTIONS

**Mr. Barron** spoke about the article written in Atlanta Journal Constitution. Mr. Barron recapped the statement he made at the Fulton County Board of Commissioners meeting on April 19, 2017. He also spoke about the apathy from the poll workers in Johns Creek and Roswell locations. There was also a discussion regarding an error in the precinct details tab in the Express Poll.

## #4 – CERTIFICATION OF RESULTS FOR THE 6TH CONGRESSIONAL/ 32 SENATE, CITY OF JOHNS CREEK, CITY OF ROSWELL RUNOFF, AND CITY OF SOUTH FULTON RUNOFF SPECIAL ELECTIONS HELD ON APRIL 18, 2017.

**Chairperson Cooney** asked **Mr. Barron** was it his certification and testimony that the election results presented were an accurate count of all the votes cast in the 6th Congressional Special Election held on April 18, 2017

**Mr. Barron** answered yes.

**Chairperson Cooney entertained a motion to certify and make official the election results in the 6th Congressional Special Election held on Tuesday, April 18th, 2017. The motion was made by Mr. Matarazzo, seconded by Ms. Nuriddin and carried by a unanimous vote of 4-0.**

**Chairperson Cooney** asked **Mr. Barron** was it his certification and testimony that the election results presented were an accurate count of all the votes cast in the 32nd Senate Special Election held on April 18, 2017

**Mr. Barron** answered yes

**Chairperson Cooney entertained a motion to certify and make official the election results in the 32nd Senate Special Election held on Tuesday, April 18, 2017. The motion was made by Mr. Matarazzo, seconded by Mr. Johnson and carried by a unanimous vote of 4-0.**

**Chairperson Cooney** asked **Mr. Barron** was it his certification and testimony that the election results presented were an accurate count of all the votes cast in the City of South Fulton Runoff Special Election held on April 18, 2017

**Mr. Barron** answered yes

**Chairperson Cooney entertained a motion to certify and make official the election results in the City of South Fulton Runoff Special Election held on Tuesday, April 18, 2017. The motion made by Mr. Johnson, seconded by Ms. Nuriddin and carried by a unanimous vote of 4-0.**

**Chairperson Cooney** asked **Mr. Barron** was it his certification and testimony that the election results presented were an accurate count of all the votes cast in the City of Johns Creek Special Election held on April 18, 2017

**Mr. Barron** answered yes

**Chairperson Cooney entertained a motion to certify and make official the election results in the City of Johns Creek Special Election held on Tuesday, April 18, 2017. The motion was made by Mr. Matarazzo, seconded by Mr. Johnson and carried by a unanimous vote of 4-0.**

**Chairperson Cooney** asked **Mr. Barron** was it his certification and testimony that the election results presented were an accurate count of all the votes cast in the City of Roswell Runoff Special Election held on April 18, 2017.

**Mr. Barron** answered yes

**Chairperson Cooney entertained a motion to certify and make official the election results in the City of Roswell Runoff Special Election held on Tuesday, April 18, 2017. The motion was made by Mr. Matarazzo, seconded by Ms. Nuriddin and carried by a unanimous vote of 4-0.**

**#5 – Discussions for Special Election to be held to fill unexpired term for Fulton County Board of Commissioner District 4**

<u>Chairperson Cooney entertained a motion to call the election of Fulton County Board Commissioner District 4 to fill the unexpired term of December 31, 2020. The motion made by Mr. Johnson, seconded by Ms. Nuriddin and carried by a unanimous vote of 4-0.</u>

**Chairperson Cooney** opened the floor for discussion

**Mr. Barron** stated he was in a budget meeting with the finance department and the County Manager and County Attorneys regarding funds for the remainder of the election in 2017. The discussion came up regarding the date to hold the Board of Commissioner District 4 election. June 20, 2017, is not feasible because there is not enough time to prepare also it will put us in a multiple database situation similar to April 18, 2017, elections. Conducting the election on September 14, 2017, election would be a stand-alone election and cost the county $1.8 million, and then the runoff will be held in October. If the election takes place in November, it would cost the county approximately $20.000 because it would be a shared cost with municipalities hosted an election on the same day. There was a concern regarding leaving the seat vacant that long. In the statues, it states the term has to be six months or less for the Governor to appoint an interim Board Commissioner.

**Mr. Johnson** is concern about there being a quorum and the policy regarding retaining the staff until a replacement is made. Did the Board Commissioners discuss keeping the staff until a replacement is in place?

**Mr. Barron** stated no.
**Mr. Johnson** wants the Board of Commissioners to know that the board wants to make sure that District 4 constituents and District 4 staff will be taken care of in the interim.

<u>Chairperson Cooney entertained a motion to amend agenda item 5 to include a date. The motion was made by Mr. Matarazzo to amend the motion to include November 7, 2017, as the election date and seconded by Ms. Nuriddin and carried by a unanimous vote of 4-0.</u>

<u>Mr. Johnson made a motion that a letter is drafted from the Board of Registration and Elections to the Board of Commissioners to make provisions to District 4 staff and seconded by Ms. Nuriddin and carried by a unanimous vote of 4-0.</u>

## <u>EXECUTIVE SESSION</u>

**Chairperson Cooney** opened the floor for a motion to convene into executive session.

<u>Mr. Matarazzo made the motion to convene into executive session to discuss personnel and legal issues and seconded by Ms. Nuriddin motion carried. (11:17 am).</u>
<u>Vote for the Board:</u>
<u>Mr. Johnson, Mr. Matarazzo, Ms. Nuriddin and Chairperson Cooney Yea and zero nays,</u>

<u>Mr. Matarazzo made a motion to reconvene into special session. Motion seconded by Mr. Johnson and passed by a unanimous vote of 4-0 (11:29 am)</u>

**The Board member voted on approving a ten percent salary increase for the Director of Registrations and Elections. Mr. Matarazzo made the motion and seconded by Mr. Johnson and passed by a unanimous vote of 4-0.**

## ADJOURNMENT

With no other items requiring the Board's action, **Chairperson Cooney** entertained a motion to adjourn.

**Mr. Matarazzo moved to adjourn the meeting. Mr. Johnson seconded the motion and carried by a unanimous vote of 4-0.**  The meeting adjourned at 11:31 AM.

Prepared by,

Felisa Cordy
Secretary to the Board



**FULTON COUNTY**

| | |
|---|---|
| **TO:** | Fulton County Board of Registration and Elections |
| **FROM:** | Richard Barron, Director<br>Dwight Brower, Elections Chief<br>Ralph Jones, Registration Chief<br>Brenda McCloud, Administrative Coordinator II |
| **RE:** | **Monthly Operations Report – APRIL 2017** |
| **DATE:** | May 9, 2017 |

## ELECTIONS DIVISION

This operations report provides information concerning the major activities and tasks performed during the month of April 2017 by the Elections Division of Fulton County Department of Voter Registration and Elections. The central focus of the Elections Division efforts for this reporting period were the activities involved in the preparation for and conduct of the April 18, 2017 special and runoff elections and the planning and anticipation of the May 16, 2017 and June 20, 2017 special runoff elections for the 32nd State Senate District and the 6th Congressional District respectively.

**Personnel Staffing:**
The required staff necessary to support the upcoming special runoff elections are coordinated, and funding is expected to be allocated by the county to the department imminently to support these runoff election events. This contract with Happy Faces will provide the temporary staff for early voting, poll staffing, poll worker training and payroll support. Our temporary staffing agency has been alerted by our office of the potential need for a significant amount of contract staff to support what will most likely be a countywide special election on November 7, 2017.

**Staffing Development and Training**:
Permanent staff trained on the downloading of election-related data files from the state's FTP site rather than hand delivery by courier on compact disk from KSU. We continue to revisit training and hone skills for the primary staff on converting GEM files to Excel format files and developing ballot order quantity data and the resources used to arrive at this estimate. As a result of the data breach at KSU, files are now being posted on the state FTP site for extraction by counties. The SOS provided access to this FTP site to four (4) staff members assigned to the Elections Division. The Elections Division staff received training on the procedures for public access to data files on ENET bearing the name and address of those who have cast an absentee ballot for a given election. This information is of importance to candidates actively involved in an election and
is provided upon request. Mrs. Sharon Benjamin is enrolled in the county offered "Developing Tomorrow's Leaders for Today's Supervisor" Series Program. Two (2) representatives from the Elections Division will attend the annual Georgia Elections Official Association (GEOA) Conference in early May 7-10, 2017.

**Election Day Poll and Election Night Worker Support:**
The staffing levels have been determined for early voting,  poll and election night workers designated to support the May 16, 2017, and the June 20, 2017 special runoff election events. Strategic training centered on the express poll device will be provided for all express poll operators with emphasis on interconnecting three (3) or more express poll devices, express poll installation and other general tasks (changing voter status, performing countywide and statewide level searchers) to include the proper usage of the barcode scanner in searching for voters.

**Poll Worker/Staff Training:**
The Elections Division Staff will be required to attend one of the express poll classes to enhance their knowledge and to better arm themselves to be more proficient in assisting with technical calls related to the express poll device on Election Day.

**Poll Worker Payroll**:
The Epay cards were used to compensate poll and election night workers for services performed. The cards were mailed on May 2, 2017. We will evaluate whether or not this transition from checks to an Epay system of compensation for the poll and election night workers added value to the overall payroll process or not. This first iteration required the Epay cards to be in possession of the payroll department for loading funds. Subsequent payments for returning workers will result in the Epay cards in the poll and election night workers possession being automatically loaded with their authorized compensation for working future elections. We will issue pay cards for the April 18, 2017 election and beyond if no major issues that will preclude doing so are discovered. The most recent April 18, 2017 served as a pilot initiative and will be evaluated and or critiqued following later this month in conjunction with our payroll division staff.

**Early Voting:**
The early voting operation event for the May 16, 2017 32nd State Senate District Runoff began on Saturday, May 6, 2017. We are operating one (1) early voting site (North Fulton Annex) for the nine (9) polling precincts involved in this special runoff election event. Coordination is also ongoing to lock-in all early voting sites for the 6th Congressional District Special runoff which will commence on May 30, 2017. The locations are the North Annex, East Roswell, Roswell, Milton, Alpharetta and the Robert F. Ocee Fulton Branch Libraries. Poll set-up and testing will begin one week prior to the start of early voting. Our IT Department will provide the specific technician by name assigned to perform set-up operations at each early voting site.

**Election Preparation:**
We have advised our IT Department of all known and confirmed impending special election events. The equipment issue quantities required for support of the May 16, 2017 32nd State Senate District Special Runoff Election and the June 20, 2017 6th Congressional District Special Runoff Election have been determined. The Center for Election Systems (KSU) has provided the GEMS databases for each of these runoff elections. Logic and Accuracy (L&A) Testing has commenced and will continue until completed. The provisional paper ballot order quantities have been determined and submitted to the ballot printer to fulfill. The equipment and staffing allocation quantities have been vetted by staff and provided to the EPC, Regional Coordinators and poll managers for their information, planning and other related actions.

**Redistricting:**

The Cities of College Park, Chattahoochee Hills Country, and Roswell have all notified our office of the need to redistrict their municipal boundaries before the November 2017 Municipal Elections. Our department will meet with IT and conference in the respective city clerk and city zoning representatives to obtain the street names and street ranges impacted for our subsequent appropriate redistricting actions.

**Elections Document Audit**:

The election control and reporting forms from the April 18, 2017 Special Elections and Runoffs will be reviewed and feedback provided to the appropriate poll managers before the June 20, 2017 special runoff election. The results will be electronically submitted to the appropriate poll managers for information and awareness of any issues identified in their respective poll election documents. The poll management staff of those polls with documents exhibiting continued and recurring issues will be candidates for involuntary replacement.

**Election Equipment:**

The defective equipment identified following the November 2016 General Election were returned after repair. The repairs were performed under the **2016 extended warranty contract**. All equipment that was returned from the vendor for repair must undergo acceptance testing performed by KSU before we can return this inventory to our general population of election equipment. We no longer carry warranty maintenance coverage on our voting equipment.

Discussions continue with Hall County to obtain the 115 DRE TR6 model voting units they verbally committed through KSU to provide Fulton County at no cost. We will be responsible for the labor and transportation required to relocate the DRE units to our EPC for subsequent acceptance testing by KSU. We made initial contact with the point of contact in Hall County (Mr. Cato). We were notified on May 2, 2017 that all of the administrative hurdles have been cleared to release the DRE units to us. We will continue to keep all inform of the progress toward actual receipt of the DRE election equipment.

**Polling Facilities:** We have had some public schools that are currently hosting polling operations. Several of these schools will undergo a major renovation this summer. We are temporarily finding alternate locations by primarily consolidating at a location with an existing poll. We anticipate moving these polls back to their original facility once construction is completed and before the November 7, 2017 elections.

**Election Supplies & Forms:**

The absentee and election supply templates were released by the SOS for all upcoming special runoff elections. A physical inventory was performed to determine required document quantities for all special elections. The large Voting Instruction Signs and the voter certificate binders are no longer issued by the SOS. There seems to be a trend toward reducing election forms previously provided to counties. We will plan our issuing quantity to be a minimum of 60% of the actively assigned voters for the June 20, 2017 federal runoff election event.

**IT Coordination Meeting:**
Our formal weekly IT coordination meetings continue for discussions and coordination of IT related support required, support issues and for process improvement recommendations in preparation for the upcoming May 16, 2017 and June 20, 2017 runoff election events. We are seeking to have area IT support based in the vicinity of early voting sites for the June 20, 2016 Special Runoff Election. Specific data as to the number and location of early voting sites, as well as equipment delivery and set-up dates and times for early voting sites in support of the near term special runoff and elections were disseminated. Discussions were also centered on the marrying of laptops to printers to minimize print issues at early voting sites. Coordination was also made for the master voter registration data files to be preloaded by our IT Department on the early voting laptops.

**Mock Testing – Transmission of Results/Web Display:**
The dates established and agreed upon for mock testing to validate the transmission worthiness of the analog telephone lines have been set up for **May 11, 2017, and June 13, 2017**.
We will use the North Fulton Annexes and Roswell City Hall as transmission sites for the upcoming runoff special elections. For each mock, we will ensure staff continues to obtain practical experience setting-up the SCYTL election night reporting systems and viewing the mock web results. Significantly more functionality and report capability exist in the new application than the previously used reporting system.

**SCYTL Election Night Results:**
Select staff participated in a "Goto Meeting" with Scytl the vendor. A select team will be responsible for setting up and staging the election night display for the May 16, 2017 and June 20, 2017 Special Runoff Elections web display after receiving training and practical experience. We will be working in close concert with the vendor to learn the steps involved and perform all the expected associated tasks for our county only election results display. Step by step training documentation will be developed once all training is completed and administrators have achieved an acceptable level of proficiency in performing all required set-up tasks.

**Easy Vote:**
The vendor for election modules (Easy Check-in; Focus and Easy Inventory) has advised the user of an impending new release. The upgrades and enhancements that are resident in the new version are expected to be minor as compared to the current version in use. The new release was distributed to users on April 30, 2017.

**Implementation Election Management System & Poll Worker Training**
We continue to coordinate with Easy Vote and Scytl representatives on various aspects of the election management application and the poll worker scheduling and training application respectively. Periodic discussions continue with Easy Vote, Fulton County IT, and our department to discuss any thorny operational, functional or support issues that might arise leading up to full implementation. The Easy Focus application is now functional, and a primer was provided for select senior staff. We project to have this application fully installed, implemented and functional for all users in the next month or so.

**Precincts:**

Tentative plans are to still meet with the City of Atlanta Municipal Clerk Office representatives. The basis of the meeting is to discuss possible options for those voters living in the Fickett Elementary School corridor (Precinct 11B) but is assigned to the Ralph Bunche Middle School (11C) voting poll. The leading option being considered is to create a split poll at poll 11B that encompass a portion of the residential streets that are near Fickett Elementary School but are now assigned to vote at poll 11C (Ralph Bunche Middle School).

We will look at and make precinct consolidations where possible. All consolidation action will be consistent with their being a facility with the adequate capacity to house and absorb parking for the active voter population of the consolidated polls and our remaining compliant with Georgia Election Code governing precincts.

### Open Records Request (ORR):

We have obtained an ORR for GEMS data about the 6th Congressional/32[nd] State Senate Districts Elections held on April 18, 2017. The primary resource (GEMS) needed to get the requested data for the most time-consuming data is fully engaged in creating election media. Attorney Rosenberg has provided estimated cost data based on the amount of time and the lowest hourly salary of the employee able to extract this data to the requester.

### Tasks to Be Performed for Future Reporting Periods:

- ☐ Prepare for the conduct of early and Election Day voting activities for the May 16, 2017 and June 20, 2017 Special Runoff Elections.
- ☐ Continue training on "Things Every Election Division Employee Should Know" program
  Provide information and testing of the applications in the elections management system, Poll Worker Online Training, and the SCYTL ENR applications.
- ☐ Coordinate for and test WEBEOC8 application for Election Day enhancements
- ☐ Continued Review /Update procedures for Election Checklists and Check-in Instructions
- ☐ Continue the maintenance of access database for management of active poll worker applications. Perform maintenance of worksite locations in PW AMS.

- ☐ Continue to refine audit procedures for election documents originating from the polls
- ☐ Develop daily votes cast audit system between ENET absentee report, physical absentee in-person applications and Easy Vote.
- ☐ Set-up SCYTL ENR Reporting Application
- ☐ Participate in Poll & ENW AMS migration.
- ☐ Set-up, establish election-related tasks for November General in Easy Vote Focus application

## REGISTRATION DIVISION

This Monthly Report provides a summary of the critical registration activities, workload levels, and voter statistics for the Registration Division of the Fulton County Registration & Elections Department for April 2017. The primary activities upon which we worked in April were processing voter registration applications, confirmation notices, researching street issues, municipal voter/street audits as well as voter registration applicant processing problems, preparing notices to voter registration applicants, scanning, indexing registration cards, and training.

### VOTER REGISTRATION

**Monthly Operations Report- APRIL 2017**
**Page** 6

The total number of voter registration applications we have received in 2017 is 78,523. We received 19,036 voter applications in April. The applications that we received are being keyed and processed.

As of May 1, 765,871 (630,987 active and 134,884 inactive) registered voters reside in Fulton County.

**The Historical Overview of Registration Applications for the Month of March/April is as follows:**

| Year | March Voter Registration Applications | April Voter Registration Applications |
|------|---------------------------------------|---------------------------------------|
| 2011 | 6,649 | 5,834 |
| 2012 | 11,323 | 11,571 |
| 2013 | 6,061 | 5,724 |
| 2014 | 7,627 | 5,374 |
| 2015 | 6,498 | 5,608 |
| 2016 | 13,933 | 19,704 |
| 2017 | 21,425 | 19,036 |
| | | |
| **Total Applications for 2017** | **78,523** | |

## Workload Statistics for February

The following workload statistics are based on voter registration applications and other documents (confirmations and list maintenance) received from Secretary of State:

|  | Applications | Voters |
|--|--------------|--------|
| **April 1, 2017 Total** | | <u>763,739</u> |
| | | |
| Remaining Applications from March | 9,951 | |
| Applications for the month of April | <u>19,036</u> | |
| Total Number of Applications to be processed | 28,987 | |
| | | |
| Updated Fulton Voter Applications | 9,552 | |
| **New registrations to Fulton** | **2,998** | |
| **Transferred into Fulton** | **<u>1,370</u>** | |
| **Total New registration to Fulton** | | **4,368** |
| Total Number of Applications processed | 28,987 | |
| **Remaining Non Processed Applications** | **15,067** | |
| | | |
| Total Removals of Fulton County Government | | (2,236) |
| Felons | (366) | |
| Moved out of State | (86) | |
| Duplication | (302) | |
| Error | (2) | |

6

| Hearing | (0) |
|---|---|
| Not Verified Deletion | (0) |
| Requested | (22) |
| Transfers out of county: | (1,106) |
| Vital Records | (352) |
| Mental Incompetent | (0) |

**May 1, 2017 Total**                                                **765,871**

## REGISTRATION REPORTS:

### FELON LIST

State law requires counties to review felon reports and to conduct hearings for those voters with matching data that raises questions regarding their eligibility to vote in accordance with O.G.C.A 21-2-228. All reports must be processed in accordance with O.C.G.A. 21-2-231.

Number scheduled for May Hearing      25

## DEPUTY REGISTRAR ACTIVITIES

**The Registration Division completed the following Voter Education Activities for the Month of April:**

### PERSONNEL/STAFFING:

Staff and County Employees – We have eight permanent staff and seven temporary staff.  We have all allotted positions filled.  In July, we will add additional staff for the Municipal Elections.  One of our temporary employees has submitted their two-week notice to end their assignment.  We will be hiring another temporary employee to replace him.

### HEAD OF HOUSEHOLD MAILING

We will have a head of household mailing for the voters who are registered in the 6th congressional district.  The letter will provide the voter's polling location on the front and the advance voting locations and time on the back.  These letters should be out by May 22nd.

### VOTER REGISTRATION CERTIFICATION

We have three employees who have completed their certification from the State for voter registration.  They will be rewarded at the Board meeting.

### ABSENTEE MAILING

We have mailed the absentee ballots for the 32nd Senate election on May 1st.  The first mailing of the absentee ballots for the 6th congressional district election is May 5th.

### REGISTRATION REPORTS:

**Monthly Operations Report- APRIL 2017**
**Page** 8

## FELON LIST
State law requires counties to review felon reports and to conduct hearings for those voters with matching data that raises questions regarding their eligibility to vote in accordance with O.G.C.A 21-2-228. All reports must be processed in accordance with O.C.G.A. 21-2-231.

Number scheduled for May Hearing       25

## DEPUTY REGISTRAR ACTIVITIES

**The Registration Division completed the following Voter Education Activities for the Month of April:**

| Deputy Registrars Trained | Deputy Registrar Classes | Deputy Registrar Drives |
|---|---|---|
| 7 | 1 | 0 |

There were 50 TVICs issued.

## PERSONNEL/STAFFING:
Staff and County Employees – We have eight permanent staff and seven temporary staff. We have all allotted positions filled. In July, we will add additional staff for the Municipal Elections. One of our temporary employees has submitted their two-week notice to end their assignment. We will be hiring another temporary employee to replace him.

## HEAD OF HOUSEHOLD MAILING
We will have a head of household mailing for the voters who are registered in the 6th congressional district. The letter will provide the voter's polling location on the front and the advance voting locations and time on the back. These letters should be out by May 22nd.

## VOTER REGISTRATION CERTIFICATION
We have three employees who have completed their certification from the State for voter registration. They will be rewarded at the Board meeting.

## ABSENTEE MAILING
We have mailed the absentee ballots for the 32nd Senate election on May 1st. The first mailing of the absentee ballots for the 6th congressional district election is May 5th.

## TASKS TO BE PERFORMED FOR FUTURE REPORTING PERIODS:
- Provisional Letters for March Election
- Notifications of Hearing for Felons
- Train Incoming Temporary Staff
- Coordinating Deputy Voter Registration Drives as Requested
- Continue List Maintenance Activities
- Continue Review / Update Voter Registration procedures

- Prepare Voter ID Distribution List of Targeted Organizations Upon Approval
- Continue Indexing, Scanning Voter Registration Applications
- Continue to Perform / Conduct performance counseling sessions
- Respond to State Election Investigations
- Continue Precinct Card Mailings and other Correspondences
- Staff Training

## ADMINISTRATION DIVISION

This report provides information performed during the month of April 2017, on the operations and activities of the Administrative Division that includes personnel, payroll, procurement, finance, travel and training coordination and conduct of election-related matters.

### Campaign Contribution Reports for Period 15 Days Before Special Election

The City of South Fulton Special Runoff Election
The filing period for Runoff Candidates of their Campaign Contribution Disclosure Report was due the 6th day before Runoff on April 12, 2017, with a grace period deadline on April 14, 2017. We sent email reminders to all candidates running for Mayor and Council Member Districts 1-7. Candidates are submitting their reports to the Voter Registration Office at South Service Center on Stonewall Tell Road.

A report of the following candidates that have not filed or filed late have been submitted to State Ethics:

| Runoff Candidate | Office | Grace End Deadline | Date Filed |
|---|---|---|---|
| Bennie Crane | Mayor | 4/14/2017 | Non-Filer |
| Rosie Jackson | City Council Dist 5 | 4/14/2017 | Non-Filer |
| Khalid kamau | City Council Dist 6 | 4/14/2017 | Non-Filer |

To review filed reports go to: http://www.fultoncountyga.gov/japps/3/
Hold mouse over "Disclosure Forms," move mouse to City of South Fulton and choose report to review.

### 2017 Election Update
**Budget**: On April 20, 2017, we met again with the County Manager, CFO, Chief Strategy Office, County Attorney and Director of Finance to discuss funding needed for confirmed 2017 special elections and potential countywide elections in November 2017 (FIB/BOC Chair). The director was asked to collaborate with the CFO to prepare a presentation at the BOC meeting on May 3, 2017. The funding will need to be a budget soundings request for BOC approval.

In early May 2017, concentration will be placed on preparing the November municipal budgets and

contracts, so that the municipal clerks can inform their council on funds needed to conduct their elections.

EXHIBIT

G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,

        Plaintiffs,

v.

BRAD RAFFENSPERGER, et al.,

        Defendants.

Civil Action No.
1:17-cv-02989-AT

## DECLARATION OF CHRISTOPHER BRILL

Pursuant to 28 U.S.C. § 1746, I, Christopher Brill, hereby declare as follows:

1. Since 2013, I have been employed as a Senior Data Analyst with TargetSmart Communications LLC, where my duties and responsibilities include, but are not limited to, collecting and analyzing political, electoral, consumer, demographic and other datasets; product development; and strategic consulting.

2. Since 2006, I have devoted my career to the study of political processes in the United States generally, with a particular focus on research and analyses of political and electoral data, from precinct level to nationwide in scope.

1

3. My experience includes, but is not limited to, research and analyses of statewide voter files to identify socio-economic, geographic and other characteristics of voter file data.

4. I also have experience comparing and matching political and electoral data, including voter file data, against large and complex datasets; analyzing the results of such comparisons and matching; and identifying strengths and weaknesses in the methods, protocols and algorithms used in performing these kinds of analyses.

5. My experience also includes identifying reasons for false positive and false negative results when comparing or matching such data across large datasets and developing best practices for optimizing accurate matches and comparisons of data.

6. I obtained a Bachelor of Arts degree in Political Science from the University of New Mexico 2006. My current resume is attached and incorporated herein by reference as Exhibit A.

7. I have been retained by Plaintiffs' counsel in this matter to conduct analyses of the November 6, 2018 general election vote results in Georgia, in particular to analyze the undervote in statewide contests, including the Lieutenant Governor's election; to offer my opinions concerning said data and analyses

2

based upon by background, training and experience; and to prepare a preliminary report summarizing my analyses of this data and opinions.

8.  I am not billing Plaintiffs' counsel for my services in this matter.

9.  My report and accompanying affidavit and exhibits, which include my curriculum vitae, were filed with the court in *Coalition for Good Governance v. Raffensperger*, No. 2018CV31348 (Fulton Cty. Sup. Ct.), and are attached hereto as Exhibit A.

10. The sources used for the analysis are from officially published election result tabulations made available by the Georgia Secretary of State, as well as publicly available individual voter file data.

11. My opinions and preliminary report are based upon currently available information. I reserve the right to amend, supplement and otherwise update my opinions and report if additional information is made known to me during the pendency of this litigation.

12. It is typical in Georgia and other states that in major elections, almost everyone who casts a ballot votes for the race at the "top of the ticket," which is followed by a slight decline in the number of votes cast in the statewide down-ballot races that follow.

13. In gubernatorial elections dating back to 2002, the undervote rate for down-ballot statewide offices in Georgia has ranged from one to two percent, and has never exceeded 3.1 percent.

14. In the 2018 general election, however, the second race on the ballot, the Lieutenant Governor contest between Geoff Duncan and Sarah Riggs Amico, had an undervote race of 4.0 percent. Thousands fewer votes were cast in the Lieutenant Governor's race than would have been expected based on historic voter participation rates.

15. I have analyzed election results in the more than 2,600 voting precincts in Georgia using a series of data manipulation tools including a internal license of 'Alteryx' a well-known analytics platform commonly used by experts in the field, as well as some additional analysis via open sourced Python data libraries. The methodology and code for my analysis is attached hereto as Exhibit B.

16. The undervote rate in the November 2018 Lieutenant Governor's race among votes cast in person on DRE machines on Election Day was approximately 4.5 percent.

17. The undervote rate in the November 2018 Lieutenant Governor's race among votes cast in person on DRE machines during early voting was approximately 3.9 percent.

4

18. The undervote rate in the November 2018 Lieutenant Governor's race among absentee votes cast by paper ballot was approximately 1 percent.

19. A chart comparing the undervote in the Lieutenant Governor's race by (1) in person Election Day vote; (2) in person advance vote; and (3) absentee vote is below:



| | ltg_drop | ag_drop | sos_drop | coa_drop | coi_drop | col_drop | sup_drop |
|---|---|---|---|---|---|---|---|
| vote_type | | | | | | | |
| Absentee | 0.00998766 | 0.0168936 | 0.0136643 | 0.0202705 | 0.0246538 | 0.0246538 | 0.0211293 |
| Advance | 0.039255 | 0.0176167 | 0.0131164 | 0.02155 | 0.0194733 | 0.0194733 | 0.0167233 |
| Election Day | 0.0453874 | 0.0217586 | 0.0151843 | 0.0276606 | 0.0259563 | 0.0259563 | 0.0221039 |
| Provisional | 0.0235713 | 0.0351501 | 0.0280209 | 0.0349847 | 0.0404483 | 0.0404433 | 0.036989 |

20. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2019 in Phoenix, Arizona.

Christopher Brill