AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| DONNA CURLING, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-02989 |
| BRIAN KEMP, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae, Electronic Privacy Information Center        .

Date:     06/22/2019

/s/ Russell T Abney
*Attorney's signature*

Russell T Abney  (GA 000875)
*Printed name and bar number*

2100 RiverEdge Parkway, Suite 2015
Atlanta, GA 30328

*Address*

rabney@lawyerworks.com
*E-mail address*

(800) 661-8210
*Telephone number*

(866) 513-0115
*FAX number*