# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | FILE NO: 1:17cv02989-AT |
| ) | |
| v. ) | |
| ) | |
| BRIAN P. KEMP, et al.; ) | |
| ) | |
| Defendants. ) | |

_____

## CERTIFICATE OF SERVICE OF DISCOVERY

THIS IS TO CERTIFY that on this day, I served a copy of the forgoing **DEFENDANT FULTON COUNTY BOARD OF REGISTRATION AND ELECTION'S RESPONSES TO COALITION PLAINTIFF'S FIRST INTERROGATORIES** in Times New Roman, 14 point type in accordance with L.R. 5.1(C), on counsel of record via email and U.S. Mail with adequate postage affixed addressed as follows:

Bruce P. Brown
Bruce P. Brown Law, LLC
1123 Zonolite Rd. NE Suite 6
Atlanta, Georgia 30306

David D. Cross
Jane P. Bentrott
Catherine Chapple

1

Robert W. Manoso
Jenna Conaway
Arvind Miriyala
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006-1888

Vincent Russo
Josh Belinfante
Carey Miller
Alexander Denton
Brian Lake
Kimberly Anderson
Robbins Ross Alloy Belinfante Littlefield, LLC
500 Fourteenth Street, N.W.
Atlanta, Georgia 30318

Bryan P. Tyson
Taylor English Duma LLP
1600 Parkwood Circle,
Suite 200
Atlanta, Georgia 30339

Halsey Knapp
Adam Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309

Cary Ichter, Partner
Ichter Davis, LLC
Ste 1530
3340 Peachtree Road, NE
Atlanta, GA 30326-1084

This 24th day of June, 2019.

                       ***/s/ David R. Lowman*_____**
                       David R. Lowman
                       Georgia Bar No. 460298
                       David.lowman@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, SW
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)

P:\CALitigation\Elections\Curling, Donna v. Kemp, Brian (Curling II) 1.17-CV-02989-AT- (DRL)\Pleadings\6.24.19 Certificate of Service of Discovery.docx

                       ***/s/ David R. Lowman*_____**
                       David R. Lowman
                       Georgia Bar No. 460298
                       David.lowman@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, SW
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)

P:\CALitigation\Elections\Curling, Donna v. Kemp, Brian (Curling II) 1.17-CV-02989-AT- (DRL)\Pleadings\6.24.19 Certificate of Service of Discovery.docx