# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* *Plaintiffs*, v. BRAD RAFFENSPERGER, *et al.*, *Defendants*. | CIVIL ACTION FILE NO. 1:17-cv-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendant Brad Raffensperger, in his official capacity as Secretary of State of Georgia and as Chair of the State Election Board of Georgia, hereby certifies that on June 24, 2019, the undersigned served true and correct copies of Defendant Secretary of State's Responses to Coalition Plaintiffs' First Set of Interrogatories upon the following counsel of record via email:

Cary Ichter
Ichter Davis LLC
Suite 1530
3340 Peachtree Road N.E. Atlanta,
Georgia 30326
cichter@ichterdavis.com

Bruce P. Brown
BRUCE P. BROWN LAW LLC 1123
Zonolite Road, Suite 6 Atlanta,
Georgia 30306
bbrown@brucepbrownlaw.com

| | |
|---|---|
| David D. Cross<br>John P. Carlin<br>Jane P. Bentrott<br>Catherine L. Chapple<br>Robert W. Manoso<br>Morrison & Foerster, LLP 2000<br>Pennsylvania Avenue, NW<br>Washington, DC 20006<br>dcross@mofo.com<br>cchapple@mofo.com<br>jbentrott@mofo.com<br>rmanoso@mofo.com<br>jconaway@mofo.com<br>amiriyala@mofo.com | John Michael Powers<br>David R. Brody<br>Lawyers' Committee for Civil<br>Rights Under Law<br>Suite 900<br>1500 K Street, N.W.<br>Washington, DC 20005<br>jpowers@lawyerscommittee.org<br>dbrody@lawyerscommittee.org |
| Kaye Burwell<br>David Lowman<br>Cheryl Ringer<br>Office of The Fulton County Attorney<br>141 Pryor Street, Suite 4038 Atlanta, Georgia 30303<br>kaye.burwell@fultoncountyga.gov<br>david.lowman@fultoncountyga.gov<br>cheryl.ringer@fultoncountyga.gov | Robert Alexander McGuire<br>Robert McGuire Law Firm<br>113 Cherry Street #86685<br>Seattle, WA 98104-2206<br>ram@lawram.com |
| Halsey G. Knapp, Jr.<br>Adam Martin Sparks<br>Krevolin & Horst, LLC<br>One Atlantic Center, Suite 3250 1201<br>West Peachtree Street, NW Atlanta, GA 30309<br>hknapp@khlawfirm.com<br>sparks@khlawfirm.com | |

This 24th day of June, 2019.

        **ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC**

        Vincent R. Russo
        GA Bar No. 242628
        Josh Belinfante
        GA Bar No. 047399
        Carey A. Miller
        GA Bar No. 976240
        Kimberly Anderson
        Ga. Bar No. 602807
        Alexander Denton
        GA Bar No. 660632
        Brian E. Lake
        GA Bar No. 575966
        500 14th Street NW
        Atlanta, GA 30318
        Telephone:  (678) 701-9381
        Facsimile:   (404) 856-3250
        vrusso@robbinsfirm.com
        jbelinfante@robbinsfirm.com
        cmiller@robbinsfirm.com
        kanderson@robbinsfirm.com
        adenton@robbinsfirm.com
        blake@robbinsfirm.com

        */s/ Bryan P. Tyson*
        **TAYLOR ENGLISH DUMA LLP**
        Bryan P. Tyson
        GA Bar No. 515411
        btyson@taylorenglish.com

Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and forgoing **RULE 5.4 CERTIFICATE OF SERVICE** by using the CM/ECF system, which will automatically send an email notification of such filing to the foregoing counsel of record.

This 24th day of June, 2019.

>            */s/ Bryan P. Tyson*
> Bryan P. Tyson
> Georgia Bar No. 515411