# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cv-02989-AT
### Curling et al v. Raffensperger et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 06/28/2019.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 4:25 P.M.    COURT REPORTER: Shannon Welch
TIME IN COURT: 2:20    DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger<br>Bruce Brown representing Coalition for Good Governance<br>Kaye Burwell representing The Fulton County Board of Registration and Elections<br>Catherine Chapple representing Donna Curling<br>David Cross representing Donna Curling<br>Bryan Jacoutot representing Brad Raffensperger<br>Halsey Knapp representing Donna Curling<br>Carey Miller representing The State Election Board<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Vincent Russo representing The State Election Board<br>Adam Sparks representing Donna Curling<br>Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The parties are directed to file briefs under seal that address the issues discussed within the teleconference by 3:00PM on Monday, July 1, 2019. **The filing deadline has changed to 3:00PM from the stated time on the teleconference**. |
| HEARING STATUS: | Hearing Concluded |