IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>　　Defendants. | CIVIL ACTION NO.<br>1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

　　　　　　　　　　　　　　　　/s/ Alan Butler
　　　　　　　　　　　　　　　　**Alan Butler (pro hac vice)**
　　　　　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　　　　　Electronic Privacy Information Center
　　　　　　　　　　　　　　　　1718 Connecticut Ave. NW Suite 200
　　　　　　　　　　　　　　　　Washington, DC 20009
　　　　　　　　　　　　　　　　(202) 483-1140
　　　　　　　　　　　　　　　　*Counsel for Amicus*

　　　　　　　　　　　　　　　　s/ Russell T. Abney
　　　　　　　　　　　　　　　　**Russell T. Abney (Ga. Bar No. 000875)**
　　　　　　　　　　　　　　　　Ferrer Poirot Wansbrough
　　　　　　　　　　　　　　　　2100 RiverEdge Parkway Suite 1025
　　　　　　　　　　　　　　　　Atlanta, GA 30328
　　　　　　　　　　　　　　　　(800) 661-8210

## CERTIFICATE OF SERVICE

I certify that I have this 28th day of June, 2019, served the foregoing Certificate of Compliance upon all counsel of record by way of the Court's electronic case filing (ECF) system.

/s/ Alan Butler
**Alan Butler (pro hac vice)**
Senior Counsel
Electronic Privacy Information Center
1718 Connecticut Ave. NW Suite 200
Washington, DC 20009
(202) 483-1140
*Counsel for Amicus*

s/ Russell T. Abney
**Russell T. Abney (Ga. Bar No. 000875)**
Ferrer Poirot Wansbrough
2100 RiverEdge Parkway Suite 1025
Atlanta, GA 30328
(800) 661-8210