IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION FILE |
| BRAD RAFFENSPERGER, et al., | ) NO. 1:17-cv-2989-AT |
| Defendant. | ) |

**STATE DEFENDANTS' MOTION FOR ADDITIONAL PAGES**

Pursuant to Local Rule 7.1(D), Defendant Brad Raffensperger ("Secretary Raffensperger"), in his official capacity as Secretary of the State of Georgia and as Chair of the State Election Board of Georgia; David J. Worley, Rebecca N. Sullivan, Ralph F. Simpson, and Seth Harp, in the individual capacities and as members of the State Election Board ("State Board Members"); and the State Election Board of Georgia ("State Board") (collectively, the "State Defendants") move the Court for permission to submit a Consolidated Response to the Plaintiffs' Motions for Preliminary Injunction (the "Motion") that does not exceed seventy-five (75) pages. Rather than file two separate briefs, State Defendants desire to file one consolidated response to the two separate preliminary injunctions filed by the

Plaintiffs.  *See* [Docs. 387-1, 419-1].  The Response will be concise and not duplicative of other filings, but additional pages will be necessary to fully address the issues raised in both motions, the briefs in support of which total seventy-nine (79) pages.

A proposed order is attached.

Respectfully submitted this 1st day of July, 2019.

        Robbins Ross Alloy Belinfante Littlefield LLC

        */s/ Vincent R. Russo*
        Vincent R. Russo
        GA Bar No. 242628
        vrusso@robbinsfirm.com
        Josh Belinfante
        GA Bar No. 047399
        jbelinfante@robbinsfirm.com
        Carey A. Miller
        GA Bar No. 976240
        cmiller@robbinsfirm.com
        Kimberly Anderson
        GA Bar No. 602807
        kanderson@robbinsfirm.com
        Alexander Denton
        GA Bar No. 660632
        adenton@robbinsfirm.com
        Brian E. Lake
        GA Bar No. 575966
        blake@robbinsfirm.com
        500 14th Street, N.W.
        Atlanta, GA 30318
        Telephone:  (678) 701-9381
        Facsimile:   (404) 856-3250

-3-

                TAYLOR ENGLISH DUMA LLP
                Bryan P. Tyson
                GA Bar No. 515411
                btyson@taylorenglish.com
                Bryan F. Jacoutot
                Georgia Bar No. 668272
                bjacoutot@taylorenglish.com
                1600 Parkwood Circle, Suite 200
                Atlanta, GA 30339
                Telephone: 770.434.6868

                *Attorneys for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), this certifies that the foregoing STATE DEFENDANTS' MOTION FOR ADDITIONAL PAGES has been prepared in accordance with the font type and margin requirements of Local Rule 5.1, using font type of Times New Roman and a point size of 14.

This 1st day of July, 2019.

>*/s/ Vincent Russo*
>Vincent Russo

## CERTIFICATE OF SERVICE

This certifies that I have caused a true and correct copy of the foregoing **STATE DEFENDANTS' MOTION FOR ADDITIONAL PAGES** to be served via electronic filing/e-service through the U. S. District Court for the Northern District of Georgia on counsel of record for all Plaintiffs.

This 1st day of July, 2019.

*/s/ Vincent Russo*
Vincent Russo