# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | |
| ) | NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED]

## ORDER GRANTING STATE DEFENDANTS' MOTION FOR ADDITIONAL PAGES

Good cause having been shown, State Defendants' Motion for Additional Pages is GRANTED. State Defendants' Consolidated Response to Plaintiffs' Motions for Preliminary Injunction shall not exceed seventy-five (75) pages.

SO ORDERED this _____ day of July, 2019.

_____
Amy Totenberg
United States District Judge