# EXHIBIT A

MichaelBarnes_Rough.txt

                                                                1

```
1              THE VIDEOGRAPHER:  Today's date is
2        June 27th, 2019 and the time is 10:09 a.m.
3              This will be the videotaped deposition of
4        Michael Barnes.  Would counsel please identify
5        themselves for the record after which the court
6        reporter will swear in the witness.
7              MR. BROWN:  Bruce Brown representing the
8        Coalition plaintiffs.
9              MR. BRODY:  David Brody representing the
10       Coalition plaintiffs.
11             MS. BENTROTT:  Jane Bentrott representing
12       the Curling plaintiffs.
13             MR. TYSON:  Bryan Tyson, Taylor English,
14       representing the State defendants.
15             MR. JACOUTOT:  Bryan Jacoutot, Taylor
16       English, representing the State defendants.
17             MS. BURWELL:  Kaye Burwell, Fulton County.
18  MICHAEL BARNES,
19             called as a witness, having been duly sworn
20  by a Notary Public, was examined and testified as
21  follows:
22  EXAMINATION
```

```
                    MichaelBarnes_Rough.txt
14      Q.    What computers are used?
15      A.    Today?
16      Q.    Yes.
17      A.    Everything today is hardware put in place
18  by the Secretary of State's office.
19      Q.    Does the hardware have the same function as
20  it did in 2016?
21      A.    Say -- does it do the same thing?  Does the
22  hardware hold the GEMS executable?
23      Q.    Right.  Well, you described -- do you have
24  a ballot builder computer now?
25      A.    Do we have a ballot builder server?

                                                         29

1       Q.    Yes.
2       A.    Yes.  I don't know what the Secretary of
3   State's office names it as, but, yes.
4       Q.    But do you use -- do you use it in the same
5   way roughly?
6       A.    In the same way, where the people building
7   ballots have a computer that holds the GEMS
8   executable.  They build a data file and then it is
9   saved back to that server.
10      Q.    And is it networked by wire?
                           Page 32
```

MichaelBarnes_Rough.txt

11     A.    Hard wire, yes.

12     Q.    And how many ballot builders do you have

13  today?

14     A.    I have three.

15     Q.    And who are they?

16     A.    Today I have Xavier Harris, Chris

17  ck/Balleau, and Sam Sheldon.

18     Q.    And who has -- who has Merrill King's

19  position?

20     A.    There is no executive director anymore.

21     Q.    And do you have -- do you have assistants?

22     A.    In --

23     Q.    Do you have assistants to you?

24     A.    I report to the -- the deputy Secretary of

25  State.

30

1      Q.    And who is that?

2      A.    Jordan -- and I have the hardest time

3  saying her last name -- but it's F-u-c-h-e-s.

4      Q.    And then who reports to you?

5      A.    The three people I mentioned previously are

6  currently -- are my employees and I have one more

7  employee that is -- actually he's a employee of the

Page 33

MichaelBarnes_Rough.txt

```
 8   IT department, so he doesn't actually report to me,

 9   but he resides at Center for Election Systems.

10        Q.   And who is that?

11        A.   His name is ck/Terrance Reese.

12        Q.   Okay.  And today, are the -- do the

13   counties review pdfs in the same way as they did in

14   2016?

15        A.   Yes.

16        Q.   And today, do the counties -- well, you

17   described a process where CES will send pdfs of

18   ballots, rough drafts of the ballots to the counties

19   for their review.  Is that still done in the same way

20   now?

21        A.   Yes, yes.

22        Q.   And the counties still today report back in

23   writing as to mistakes --

24        A.   Yes.

25        Q.   -- or problems with the ballots, right?

                                                         31

 1        A.   Yes, yes.

 2        Q.   And then after sign-off and after you do

 3   your final review, will you still send by CD the

 4   completed GEMS database for each county?
```

MichaelBarnes_Rough.txt

5      A.    Yes.

6      Q.    And today, is it the same as except in an

7  emergency, a county would not have a GEMS database

8  downloaded directly from a server to the county,

9  correct?

10     A.    It's the Secretary of State's position that

11 everything is physically delivered.  There is no

12 electronic transfer of database.

13     Q.    Okay.

14           MR. BROWN:  Just one second.

15     Q.    (By Mr. Brown) I'm going to hand you what

16 has been marked, what's going to be marked as

17 Plaintiff's Exhibit 20.  And for the record, we are

18 continuing the numbering that was started in the

19 ck/Ledford deposition where Exhibits 1 through 19

20 were marked.

21           (whose exhibit              Exhibit

22       ex number            ,

23       Exhibit description           , marked for

24       identification.)

25     Q     (By Mr. Brown) Let me direct your attention

                                                           32

1  to page 7.  And for the record, that Exhibit 20 is a
                        Page 35

MichaelBarnes_Rough.txt

2  copy of Defendant's Secretary of State Brad

3  Raffensperger, State Election Board response to order

4  dated April 16, 2019.  I do not have a document

5  number for that filing unfortunately, but let me

6  refer to page 7.

7           If you look at the first bullet point,

8  underneath subparagraph 3, the brief says that the

9  Secretary of State prepares a GEMS database

10 containing the contents and candidates for the

11 scheduled election that is proofed and approved by

12 the county prior to being finalized.

13          The database itself isn't proofed and

14 reviewed, is it?

15     A.   Reports from the database are generated and

16 provided to the county for review.

17     Q.   Okay.  But the county again does not review

18 or proof the GEMS database itself.

19     A.   Again, I would just state my previous

20 answers that the county approves the reports

21 generated from the database.

22     Q.   But it does not review the database itself.

23     A.   We do not provide them a physical copy of

24 the database before sign-off.

25     Q.   Okay.  And then the drafts pdfs, are

Page 36

MichaelBarnes_Rough.txt

33

1  those -- okay.
2          And the CDs that finally go to the
3  counties, are those encrypted?
4     A.   Yes.
5     Q.   You described some reports that went with
6  the ballots to the counties for the review process.
7     A.   Uh-huh.
8     Q.   Are you with me?
9     A.   Yes.
10    Q.   Could you describe those again?
11    A.   I believe there are four reports that we
12 provide along with the individual ballots and it's
13 the vote center with cards.  Which outlines the
14 voting locations, what precincts are connected to
15 those voting locations, what director combos are
16 connected to those precincts.  And finally what
17 ballot styles are connected to those district combo
18 values.  So that's one report.
19         Another report is reporting precincts with
20 bases.  This outlines the number of precincts and the
21 various district combos associated to each individual
22 precinct.  And we provide base precincts with cards

MichaelBarnes_Rough.txt

23  that room?

24      A.    There's myself, let's see myself, five

25  total people.

170

1       Q.    Does that include any custodial staff that

2   may or may not have access to that?

3       A.    No.  No, it does not.

4       Q.    Does custodial staff has access to --

5       A.    Custodial staff can only get into the

6   building if we let them in the building and they

7   can't get into that room because we don't let them in

8   that room.

9       Q.    Another dirty room?

10      A.    That room has got a lot more yes that one

11  is dirtier than the regular parts of the office.

12      Q.    Understood.

13            Are there any other physical parts of the

14  system that the Secretary of State's office is

15  responsible for at any point in the chain?

16      A.    I cannot think of any others that I have

17  not mentioned.

18      Q.    If any hardware is broken and in need of

19  repair who is responsible for conducting those

Page 191

MichaelBarnes_Rough.txt

5  supervision and guidance of the election official.

6      Q.   Any other circumstances?

7      A.   On some jurisdiction contract with the

8  vendor to have a member of the vendor on cite to

9  assist with election night.  Operations again all

10 done through the supervision of the county election

11 official.

12     Q.   Any other circumstances?

13     A.   I can't think of any off the top of my

14 head.

15     Q.   How is the equipment transported from the

16 vendor to the Secretary of State's office?

17     A.   It is shipped in multiple ways.  Depending

18 on the number shear number.  Sometimes it's shipped

19 via freight.  Others it's shipped via UPS.

20     Q.   I would like to talk about the different

21 removable media that interact with the voting system

22 generally?

23     A.   Okay.

24     Q.   So we have talked about a few different

25 types.  I want to make sure I understand all the ways

176

1  they interact and I want to make sure I'm not missing

Page 197

                      MichaelBarnes_Rough.txt

 2  anything?

 3       A.    Uh-huh.

 4       Q.    So we talked about the CD that gets loaded

 5  with the databases from the GEMS from the bag

 6  computers?

 7       A.    Uh-huh, uh-huh.

 8       Q.    And that those CDs get transported to the

 9  counties correct?

10       A.    Uh-huh correct.

11       Q.    And another one we talked about is the

12  right lock USB drive that you have used?

13       A.    Uh-huh.

14       Q.    To upload databases from the same system?

15       A.    No when we take databases from the bag

16  environment and move them over to the Epic

17  environment for use there.

18       Q.    Okay.  Are there any other removable media

19  that interact with the bag computers or server?

20       A.    Alternate the Center for election

21  autecious.

22       Q.    Uh-huh, yes.

23       A.    Not that I can think of.  Is that we --

24  with the ballot builder server we have that dedicated

25  jump drive that moves files for ballot building

                            Page 198

MichaelBarnes_Rough.txt

177

1  purposes.  Or for Epic purposes because everything
2  stays within the server in production of the CD.  But
3  we do have to move it from and actually we just move
4  it from folder to folder within the current system in
5  the shared system.  Epic and ballot building are
6  sitting in the same configuration that SOS put into
7  place.  So the Epic server has access to the folder
8  structure for its needs and the ballot building has
9  the same access structure for the folder structures.
10  So only one USB drive is used in moving data from the
11  ballot building CPU the pdf files, the proof files
12  over to the public device for upload into the SOS
13  FTP.
14       Q.   Okay.
15       A.   And then for express poll purposes there's
16  a could compact flash card that's used to take the
17  data generated by the Epic computer and that data is
18  copied to the compact flash card.  That compact flash
19  card is removed prior to every insertion into the
20  system to make sure that that system is card is clean
21  it's not containing anything.
22       Q.   What can you tell me about the re

MichaelBarnes_Rough.txt

23  formatting process?

24      A.   It's a process that's ran on a CPU is that

25  you isolated the drive, right click and say and

                                                          178

1  format.  And it goes through the process of

2  formatting the drive.  And basically the way it was

3  explained to me a long time ago is that making sure

4  all of the zeros and once are nothing but zero.

5      Q.   And is this a process that you do yourself?

6      A.   Yes.

7      Q.   Are there any owe removable media that you

8  can i of interact with either of those two servers,

9  the Epic server or the ballot building?

10      A.   I cannot.

11      Q.   No smart phones?

12      A.   No smart phones.

13      Q.   They are never plugged in for charging?

14      A.   No no.

15      Q.   Laptops?

16      A.   No.

17      Q.   Tablets?

18      A.   No.

19      Q.   And they are not are there entered and

MichaelBarnes_Rough.txt

5     A.   I'm saying that my belief is if you have
6  access to it you have an ability to manipulate it.
7  Absent access, to it, I am I don't know what
8  abilities exist to a person that may be trying to
9  hack an outcome.  You know what their skill sets are,
10 what you know and so forth so I can't speak to what
11 possibly could they design, I don't know.
12    Q.   Okay.  So it is not your position that one
13 would need to know the position of a candidate in a
14 database in order to change the votes?
15    A.   It's my potting that if they had
16 information of the position it may make their job
17 easier.
18    Q.   Okay.  Just to be clear for the record, it
19 is not your position that one would need to know the
20 position of a candidate in a database in order to
21 change the votes?
22    A.   I do not know.  Is the answer to the
23 question.  I do not know what may or may not be
24 needed.
25    Q.   I think now might be a good time for a

                                                    192

1  break if that works for you?

Page 215

                       MichaelBarnes_Rough.txt

 2      A.    Sure.

 3            THE VIDEOGRAPHER:  The time is 4:13 p.m. we

 4      are now off the record.

 5            (WHEREUPON, a recess was taken.).

 6            THE VIDEOGRAPHER:  The time is 4:25 p.m. we

 7      are back on the record.

 8      Q.    I wanted to circle back to some of our

 9   earlier conversations just to follow up on some of

10   the things I didn't completely understand if you

11   don't mind?

12      A.    Okay.

13      Q.    The CD that's sent to the counties?

14      A.    Yes.

15      Q.    What file types are included on that CD?

16      A.    It is a single file within a zipped folder.

17   There's only one file that's sent to the county on

18   the CD and that is a GEMS database a dot GBF file.

19      Q.    So the dot GBF file is the GEMS database

20   file?

21      A.    That is correct.

22      Q.    It's not a Microsoft access file?

23      A.    That is correct.

24      Q.    What is a dot GBF file generally speaking?

25      A.    That best way that I can explain it is a

                           Page 216

MichaelBarnes_Rough.txt

                                                                 193

1  word file is a dot D.O. c file you have to have a
2  word to have open a you have to you have to have GEMS
3  to open up a GBF file GEMS is an executable it reads
4  a dot GBF file that is the that's the output that it
5  creates is a dot GBF file.
6       Q.    So does GEMS take the information from
7  Microsoft access into GEMS to create the GEMS
8  database?
9       A.    GEMS is like from my understanding and the
10 way I see it in my head, GEMS is like a graphical
11 interface program where you open up GEMS, you work
12 through GEMS, and the information that you place into
13 GEMS is being placed into an access database table
14 structure.  But when you have completed the work, and
15 you save the file, it is saved as a dot GBF file.
16 That.
17      Q.    That really cleared things up for me thank
18 you.  Okay.  So we have talked about I think up gone
19 really into very helpful step-by-step detail about
20 some of the process in election administration.  And
21 apologies if I'm circle clinic back on some things we
22 have discussed but I want to Mick sure I understand

MichaelBarnes_Rough.txt

23  version of executable.

24       Q.   And at KSU there were three additional

25  computers that were connected to the ballot building

                                                          242

 1  server correct?

 2       A.   For each employee at the Center for

 3  Election Systems had a private network terminal and

 4  they had a public terminal.  So if you were a ballot

 5  builder you had two computers at your desk.  You had

 6  airbag computer that was connected to the private.

 7  You had a public phasing computer that you were able

 8  to communicate with the counties back and forthwith.

 9  So all full time employees had the two computers one

10  to the private and one to the public.

11       Q.   And to all full time employees still have

12  that same setup of two computers?

13       A.   Yes.

14       Q.   One private and one public?

15       A.   Yes, yes.

16       Q.   And they run the same software that was

17  being run at KSU?

18       A.   The same version of GEMS, the same version

19  of Epic.

MichaelBarnes_Rough.txt

14  the private to the private level.  The web server was
15  on the web it was on a public public domain it was in
16  a public network slot it was not connected to the
17  private system.
18      Q.   Was there ever any occasion to transfer
19  information from the private network to the web
20  server?
21      A.   When we would be uploading pdf files to the
22  county when we would be uploading those reports to
23  the county to review then there would be dad moved
24  from the private to the public using one of those
25  lock able USB drives.

                                                     245

1       Q.   Is there was there ever any occasion to
2   then was that USB drive reused in going back and
3   forth from the private network to the public network?
4       A.   It was and it would be reformatted before
5   data was moved to and from it.
6       Q.   Every time?
7       A.   Uh-huh.
8       Q.   Was there ever any occasion to transfer any
9   files that were not pdf files from the private they
10  work to the public network?