UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 1:17-cv-02989-AT |
| BRAD RAFFENSPERGER, et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION OF ROBERT INGRAM**

To:  **Robert Ingram**, by and through his counsel, Andrea Grant, Andrea Grant Law Office LLC, Post Office Box 60, 504 Bowers Street, Royston, GA 30662

PLEASE TAKE NOTICE that Plaintiffs Coalition for Good Governance, Laura Digges, William Digges III, Ricardo Davis, and Megan Missett will take the deposition by oral examination of Robert Ingram as permitted by Rule 30 of the Federal Rules of Civil Procedure and applicable court orders in the above-captioned lawsuit.  The deposition will take place on Friday, **July 12, 2019**, beginning at **10:00 a.m.**, and continue from day to day until completed, at the Hancock County Board of Elections and Registration office, 10571 Hwy 15 N, Sparta, GA 31087.  The deposition shall be taken before an officer authorized by

1

law to administer oaths and take testimony and will be recorded by stenographic and/or video means.

| | |
|---|---|
| Dated: July 2, 2019 | */s/ Bruce P. Brown* <br> Bruce P. Brown <br> Georgia Bar No. 064460 <br> bbrown@brucepbrownlaw.com <br> Bruce P. Brown Law LLC <br> 1123 Zonolite Rd. NE <br> Suite 6 <br> Atlanta, Georgia 30306 <br> (404) 881-0700 <br><br> *Attorney for Plaintiff Coalition for Good Governance* <br><br> */s/ John Powers* <br> John Powers, Esq.* <br> David Brody, Esq.* <br> jpowers@lawyerscommittee.org <br> dbrody@lawyerscommittee.org <br> Lawyers' Committee for Civil Rights Under Law <br> 1500 K Street NW, Suite 900 <br> Washington, D.C. 20005 <br> Telephone: (202) 662-8600 <br> Facsimile: (202) 783-0857 <br><br> *Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett* <br><br> Cary Ichter <br> Georgia Bar No. 382515 <br> cichter@IchterDavis.com <br> Ichter Davis, LLC <br> 3340 Peachtree Road NE |

2

Suite 1530
Atlanta, GA 30326
Tel.: 404.869.5243
Fax: 404.869.7610

*Attorney for William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
2703 Jahn Ave NW, Suite C-7
Gig Harbor, WA 98335
T: (844) 318-6730

*Attorney for Plaintiff Coalition for Good Governance*

## CERTIFICATE OF SERVICE

I certify that on July 2, 2019, the foregoing was served by e-mail and mail on Ms. Grant and the ECF/CMF system on all counsel of record.

/s/ *John Powers*
Lawyers' Committee for Civil Rights Under Law