## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs*,

    v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## NOTICE OF FILING RECORD OF RELATED CASE

On June 21, 2019, this Court directed State Defendants to file the case materials of *Martin v. Fulton Co. Bd. of Registration and Elections et al.*, Case No. S19A0779[1] (Ga. Sup. Ct. 2019) on the docket in this case. [Doc. 418, p. 2]. Per that instruction, attached to this Notice are the following items:

1. Record index and complete record volumes filed in the Georgia Supreme Court.

2. Transcript index and complete transcript volumes filed in the Georgia Supreme Court.

3. All briefs filed by the parties in the Georgia Supreme Court.

---

[1] The Case Number with the Georgia Supreme Court is S19A0769 [Doc. 410, p. 6].

The Georgia Supreme Court has not yet ruled on *Martin*. When the Supreme Court issues its opinion, State Defendants will file the opinion on the docket as well.

This 3rd day of July, 2019.

Vincent R. Russo
GA Bar No. 242628
Josh Belinfante
GA Bar No. 047399
Carey A. Miller
GA Bar No. 976240
Kimberly Anderson
GA Bar No. 602807
Alexander Denton
GA Bar No. 660632
Brian E. Lake
GA Bar No. 575966
ROBBINS ROSS ALLOY
BELINFANTE LITTLEFIELD LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250
vrusso@robbinsfirm.com
jbelinfante@robbinsfirm.com
cmiller@robbinsfirm.com
kanderson@robbinsfirm.com
adenton@robbinsfirm.com
blake@robbinsfirm.com

*/s/ Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
Bryan F. Jacoutot

Georgia Bar No. 668272
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249
btyson@taylorenglish.com
bjacoutot@taylorenglish.com

*Counsel for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing NOTICE OF FILING RECORD OF RELATED CASE has been prepared in Century Schoolbook 13-point, a font and type selection approved by the Court in L.R. 5.1(B).

> */s/ Bryan P. Tyson*
> Bryan P. Tyson
> GA Bar No. 515411

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing

NOTICE OF FILING RECORD OF RELATED CASE with the Clerk of Court

using the CM/ECF system, which will automatically send counsel of record e-

mail notification of such filing.

This 3rd day of July, 2019.

<u>*/s/Bryan P. Tyson*</u>
Bryan P. Tyson
GA Bar No. 515411