CIVIL ACTION FILE NUMBER:  2018CV313418
FROM FULTON COUNTY SUPERIOR COURT

Coalition for Good Governance, Rhonda Martin, Smythe DuVal, Jeanne Dufort VS. Robyn Crittenden, Fulton County Board of Registration and Elections, Geoff Duncan, Gwinnett County Board of Registrations and Elections

| INDEX | | | PAGE |
|---|---|---|---|
| 1. | AMENDED NOTICE OF APPEAL | 01/30/2019 | 1 - 9 |
| 2. | NOTICE OF APPEAL | 01/24/2019 | 10 - 18 |
| 3. | PLAINTIFF'S ORIGINAL PETITION | 11/23/2018 | 19 - 79 |
| 4. | NOTICE OF CASE ASSIGNMENT | 11/28/2018 | 80 - 81 |
| 5. | NOTICE OF CASE ASSIGNMENT | 11/28/2018 | 82 - 83 |
| 6. | MOTION FOR CLARIFICATION | 11/28/2018 | 84 - 89 |
| 7. | ORDER TO ISSUE NOTICE OF SPECIAL PROCESS | 11/28/2018 | 90 - 90 |
| 8. | NOTICE OF APPEARANCE | 11/28/2018 | 91 - 93 |
| 9. | SPECIAL PROCESS SUMMONS | 11/29/2018 | 94 - 95 |
| 10. | EMERGENCY MOTION FOR INSPECTION OF ELECTRONIC EQUIPMENT | 11/29/2018 | 96 - 114 |
| 11. | ORDER RE-ASSIGNING CASE | 11/29/2018 | 115 - 116 |
| 12. | ORDER OF APPOINTMENT | 11/30/2018 | 117 - 118 |
| 13. | ORDER OF APPOINTMENT | 11/30/2018 | 119 - 120 |
| 14. | NOTICE OF APPEARANCE OF COUNSEL | 11/30/2018 | 121 - 124 |
| 15. | NOTICE OF APPEARANCE | 11/30/2018 | 125 - 128 |
| 16. | PROPOSED ORDER GRANTING EMERGENCY MOTION FOR INSPECTION | 11/30/2018 | 129 - 132 |
| 17. | ORDER TO APPEAR | 12/03/2018 | 133 - 133 |
| 18. | NOTICE OF APPEARANCE OF COUNSEL | 12/04/2018 | 134 - 137 |
| 19. | CONSOLIDATED MOTIONS TO DISISS | 12/04/2018 | 138 - 159 |
| 20. | PLAINTIFF'S STATUS REPORT | 12/04/2018 | 160 - 166 |
| 21. | NOTICE OF APPEARANCE OF COUNSEL | 12/04/2018 | 167 - 170 |
| 22. | ORDER TO SET HEARING | 12/05/2018 | 171 - 172 |
| 23. | SPECIAL PROCESS SUMMONS | 12/06/2018 | 173 - 174 |
| 24. | PRESERVATION ORDER | 12/07/2018 | 175 - 177 |
| 25. | WAIVER OF SERVER OF SUMMONS | 12/13/2018 | 178 - 180 |
| 26. | MOTION TO DROP PARTY DEFENDANT | 12/19/2018 | 181 - 183 |
| 27. | PROPOSED ORDER GRANTING MOTION TO DROP PARTY DEFENDANT | 12/19/2018 | 184 - 185 |
| 28. | MOTION TO DISMISS BY SPECIAL APPEARANCE | 12/20/2018 | 186 - 189 |
| 29. | CONSOLIDATED MOTION TO DISMISS BY | 12/20/2018 | 190 - 198 |

|  |  |  |  |
|---|---|---|---|
|  | SPECIAL APPEARANCE |  |  |
| 30. | SPECIAL APPEARANCE CONSOLIDATED MOTION TO DISMISS | 12/20/2018 | 199 - 209 |
| 31. | JOINDER IN CONSOLIDATED MOTION TO DISMISS | 12/20/2018 | 210 - 213 |
| 32. | SHERIFF'S ENTRY OF SERVICE | 12/21/2018 | 214 - 214 |
| 33. | VERIFIED ANSWER AND DEFENSES | 12/21/2018 | 215 - 233 |
| 34. | ANSWER OF DEFENDANT TO PETITION TO CONTEST ELECTION RESULT | 12/21/2018 | 234 - 245 |
| 35. | MOTION FOR PRESERVATION OF SPECIFIC ELECTRONIC ELECTION RECORDS | 12/21/2018 | 246 - 267 |
| 36. | PROPOSED ORDER GRANTING MOTION FOR PRESERVATION OF ELECTRONIC ELECTION RECORDS | 12/21/2018 | 268 - 270 |
| 37. | AFFIDAVIT OF SERVICE | 12/26/2018 | 271 - 274 |
| 38. | AFFIDAVIT OF SERVICE | 12/26/2018 | 275 - 278 |
| 39. | ORDER GRANTING MOTION TO DROP AS PARTY DEFENDANT | 12/27/2018 | 279 - 282 |
| 40. | RESPONSE TO PETITION TO CONTEST ELECTION RESULT | 12/28/2018 | 283 - 307 |
| 41. | SHERIFF'S ENTRY OF SERVICE | 12/28/2018 | 308 - 308 |
| 42. | NON ENTRY OF SERVICE | 01/02/2019 | 309 - 309 |
| 43. | VERIFICATION | 01/02/2019 | 310 - 310 |
| 44. | SHERIFF'S ENTRY OF SERVICE | 01/03/2019 | 311 - 311 |
| 45. | JOINT CONSOLIDATED RESPONSE TO PENDING MOTIONS TO DISMISS | 01/07/2019 | 312 - 472 |
| 46. | ANSWER AND DEFENSES | 01/07/2019 | 473 - 493 |
| 47. | SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS | 01/08/2019 | 494 - 499 |
| 48. | NOTICE OF PROFFER OF EVIDENCE | 01/08/2019 | 500 - 821 |
| 49. | OBJECTIONS TO NOTICE OF PROFFER OF EVIDENCE | 01/08/2019 | 822 - 826 |
| 50. | NOTICE OF LIMITED PROFFER OF EVIDENCE | 01/09/2019 | 827 - 870 |
| 51. | ORDER ON MOTION TO DISMISS COUNT 2 AND COUNT 3 OF PETITION | 01/09/2019 | 871 - 873 |
| 52. | ORDER ON PENDING MOTIONS | 01/11/2019 | 874 - 880 |
| 53. | MOTION FOR CONTINUANCE | 01/14/2019 | 881 - 914 |
| 54. | PROPOSED ORDER GRANTING MOTION FOR CONTINUANCE | 01/14/2019 | 915 - 916 |
| 55. | ORDER ON REQUEST TO USE RECORDING | 01/14/2019 | 917 - 918 |

|     |                                                      |            |              |
| --- | ---------------------------------------------------- | ---------- | ------------ |
|     | DEVICE                                               |            |              |
| 56. | RESPONSE IN OPPOSITION TO MOTION FOR CONTINUANCE     | 01/15/2019 | 919 - 936    |
| 57. | RESPONSE IN OPPOSITION TO MOTION FOR CONTINUANCE     | 01/15/2019 | 937 - 942    |
| 58. | RESPONSE IN OPPOSITION TO MOTION FOR CONTINUANCE     | 01/15/2019 | 943 - 946    |
| 59. | RESPONSE OF RENEWED DISCOVERY DEMANDS                | 01/15/2019 | 947 - 972    |
| 60. | REPLY BRIEF IN SUPPORT OF MOTION FOR CONTINUANCE     | 01/15/2019 | 973 - 978    |
| 61. | MOTION TO COMPEL AND FOR ADDITIONAL DISCOVERY        | 01/16/2019 | 979 - 1011   |
| 62. | DEMAND FOR JURY TRIAL                                | 01/16/2019 | 1012 - 1013  |
| 63. | RESPONSE IN OPPOSITION OF MOTION TO COMPEL           | 01/16/2019 | 1014 - 1016  |
| 64. | RESPONSE IN OPPOSITION TO DEMAND FOR JURY TRIAL      | 01/16/2019 | 1017 - 1021  |
| 65. | RESPONSE IN OPPOSITION TO MOTION TO COMPEL           | 01/16/2019 | 1022 - 1028  |
| 66. | PROPOSED ORDER GRANTING MOTION TO COMPEL             | 01/16/2019 | 1029 - 1031  |
| 67. | ORDER ON REQUEST TO USE RECORDING DEVICE             | 01/16/2019 | 1032 - 1033  |
| 68. | ORDER DENYING MOTION TO CONTINUE                     | 01/16/2019 | 1034 - 1037  |
| 69. | ORDER ON REQUEST TO USE RECORDING DEVICE             | 01/16/2019 | 1038 - 1039  |
| 70. | RESPONSE IN OPPOSITION TO JURY DEMAND                | 01/17/2019 | 1040 - 1045  |
| 71. | ORDER ON REQUEST TO USE RECORDING DEVICE             | 01/17/2019 | 1046 - 1047  |
| 72. | ORDER ON REQUEST TO USE RECORDING DEVICE             | 01/17/2019 | 1048 - 1049  |
| 73. | AFFIDAVIT OF BRUCE BROWN                             | 01/18/2019 | 1050 - 1088  |
| 74. | ORDER DISMISSING PETITION                            | 01/18/2019 | 1089 - 1094  |
| 75. | MOTION TO SUPPLEMENT THE RECORD                      | 01/23/2019 | 1095 -       |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 1162 |
| 76. | ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD | 01/30/2019 | 1163 - 1166 |
| 77. | NOTICE OF FILING ORIGINAL TRANSCRIPTS | 02/01/2019 | 1167 - 1169 |
| 78. | NOTICE OF FILING ELECTRONIC COPIES OF TRANSCRIPTS | 02/06/2019 | 1170 - 1830 |