Fulton County Superior Court
***EFILED***LW
Date: 1/8/2019 8:11 AM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

**COALITION FOR GOOD GOVERNANCE, RHONDA J. MARTIN, SMYTHE DUVAL, AND JEANNE DUFORT,**

**Plaintiffs,**

v.

**ROBYN A. CRITTENDEN, Secretary of State of Georgia, et al.,**

**Defendants.**

**CIVIL ACTION FILE NO. 2018CV313418**

### PLAINTIFFS' NOTICE OF PROFFER OF EVIDENCE

Plaintiffs' have shown that the pending motions to dismiss under O.C.G.A. § 9-11-12(b)(6) should be denied because Plaintiffs' allegations state claims for relief under the Georgia Election Contest statute, O.C.G.A. § 5-2-520, and under 28 U.S.C. § 1983, and Defendants have failed to carry their burden of showing "with certainty" that Plaintiffs would not be entitled to relief "under any state of provable facts," or that Plaintiffs "could not possibly introduce evidence within the framework of the complaint sufficient to warrant a grant of the relief sought." *Scouten v. Amerisave Mortg. Corp.,* 283 Ga. 72, 73 (2008) (citation omitted).

The Petition in this case already identified evidence sufficient to warrant a grant of the relief sought.  In additional support, Plaintiffs file this Notice of Proffer of Evidence, which evidence illustrates the nature and quality of the evidence that Plaintiffs will introduce in support of their claims.  Specifically, Plaintiffs have filed herewith the following:

A. *Affidavit of Philip B. Stark.*

Professor Stark is Professor of Statistics and Associate Dean of Mathematical and Physical Sciences at the University of California, Berkeley. Professor Stark's qualifications and expertise in this area are simply without parallel.   Among his other areas of expertise relating to statistics and elections, Professor Stark is an expert in the field of post-election auditing.  He has been qualified as an expert in state and federal courts, testified before committees of the U.S. House of Representatives and Senate, and published more than one hundred and ninety articles and books.

In his Affidavit, Professor Stark renders an opinion as to the "undervote rates between paper ballots and votes cast on DREs" in the 2018 general election. Based upon his statistical analysis, Professor Stark concludes: "The disparity in undervote rates by voting technology strongly suggests that malfunction, misconfiguration, bugs, hacking, or other error or malfeasance caused some DREs not to record votes in the Lt. Governor's contest."  Stark Aff. ¶ 23.   Professor

Stark also analyzed anomalous results of a DRE machine in a single precinct, the

Winterville Train Depot. Professor Stark's  states that his tests "strongly suggest

that machine 3 had some other software or hardward problem: misconfiguration,

error, defect, hack, or malfunction," adding that the "most plausible explanation is

that  machine 3 was misconfigured in a way that caused votes for Republican

candidates to be recorded as votes for Democratic candidates, and vice versa."

Stark Aff. ¶ 29.  (Plaintiffs will present evidence of many more such anomalous

precinct results in evidentiary proceedings.)

Professor Stark concludes: "Based on my analysis, described above, and my

knowledge of Georgia's DRE voting system used in the November 6, 2018

election, it is my opinion that the certified results of the Lieutenant Governor's

race are in substantial doubt."  Stark Aff. ¶ 29.

B. *Affidavit of Christopher Brill*

Christopher Brill is a Senior Data Analyst with TargetSmart

Communications LLC, an industry leader in voter data and political campaign

services.  Mr. Brill and his team at TargetSmart analyzed the reported votes cast

for Lt. Governor in the 2018 election to examine for possible irregularities.  In his

affidavit, Mr. Brill addresses possible explanations for the undervote in the Lt.

Governor's race, and finds no reasonable, plausible explanation other than machine

malfunction.  Among other facts that Mr. Brill finds important in his analysis are

historical undervote trends and the alarming difference in undervote percentage for Lt. Governor based on vote method – DRE or paper – a difference not found in the undervote percentages for Governor, Secretary of State, or Attorney General.  Mr. Brill concludes that the undervote totals reflected in the Lt. Governor's race are "extremely suspect and irregular and cast a serious doubt over the accuracy of the final vote and the certified outcome of the Lt. Governor's contest."  Brill Aff., Exhibit A, page 5.

### C. *Grady High School Results – Johnson and Greenwald Affidavits*

As alleged in the Petition, there were numerous instances state-wide of a variety of extremely suspect results and machine malfunctions (Lt. Governor race not present on some electronic ballots, vote flipping, etc.).  One example of anomalous results and irregularities comes from Grady High School where the reported official totals materially exceed the votes cast according to the publicly posted DRE machine tapes. The  Secretary of State reports 280 votes more in the Lt. Governor race reflected on the 14 DRE machine tapes photographed. (Greenwald Aff. Exhibit B) (Exhibit B is worksheet that may be more easily reviewed online at  https://coaltionforgoodgovernance.sharefile.com/d-s3917ca95b4f4f45a).  Further, there were only 10 DRE machines (Johnson Aff. ¶ 5) in the polling place but 14 machine tapes were posted after the close of the polls.

(Greenwald Aff. ¶ 9). This is clear evidence of irregularity; discovery will be necessary to explain these material differences.

D. *DeKalb Midvale Elementary Precinct*

Another example of anomalous results comes from DeKalb County's Midvale Elementary School Precinct where the consolidated machine poll tape shows 727 total ballots cast (Greenwald Aff. Exhibit E), but the Secretary of State's official results reported 796 votes cast for the Lt. Governor's race, and over 800 votes cast for other statewide races. In her Answer, Secretary Crittenden does not contend that the allegations regarding this irregularity are not correct; instead, she states that the allegations "are outside the scope" of her knowledge. (Secretary's Answer, January 2, 2019, ¶ 48).

E. *Discovery Necessary*

This evidence establishes by a preponderance of the evidence that the election was "so defective" as "to place in doubt the result" of the Lt. Governor election, warranting a call for a new election under O.C.G.A. § 5-2-527(d). The examples identified in this Notice are merely illustrative of the type of widespread irregularities that have been identified by Coalition for Good Governance from the publicly available information. As Professor Stark states, to determine the exact nature, causes and extent of the irregularities, the "investigation most likely to

produce definitive evidence is a forensic examination of the hardware and software of DREs and other computerized systems used by Georgia." Stark Aff. ¶ 32.

Respectfully submitted this 8th day of January, 2019.

/s/Bruce P. Brown
Bruce P. Brown
Bruce P. Brown Law LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

## **CERTIFICATE OF SERVICE**

I have this day served a copy of the foregoing via the Court's e-filing system to the attorneys of record who have made appearances.

This 8th day of January, 2019.

/s/Bruce P. Brown
Bruce P. Brown

E

X

H

I

B

I

T


A

# IN THE SUPERIOR COURT OF FULTON COUNTY
# STATE OF GEORGIA

**COALITION FOR GOOD GOVERNANCE, RHONDA J. MARTIN, SMYTHE DUVAL, AND JEANNE DUFORT,**

                     **Plaintiffs,**

      **v.**

**ROBYN A. CRITTENDEN, Secretary of State of Georgia, et al.,**

              **Defendants.**

**CIVIL ACTION FILE NO. 2018CV31348**

# DECLARATION OF PHILIP B. STARK

**PHILIP B. STARK** hereby declares as follows:

## Qualifications and Background

1. I am Professor of Statistics and Associate Dean of Mathematical and Physical Sciences at the University of California, Berkeley, where I am also a faculty member in the Graduate Program in Computational Data Science and Engineering; a co-investigator at the Berkeley Institute for Data Science; principal investigator of the Consortium for Data Analytics in Risk; director of Berkeley Open Source Food; and affiliated faculty of the Simons Institute for the Theory of Computing, the Theoretical Astrophysics Center, and the Berkeley Food Institute. Previously, I was Chair of the Department of Statistics and Director of the Statistical Computing Facility.

2. I have published more than one hundred and ninety articles and books. I have served on the editorial boards of archival journals in physical science, Applied Mathematics, Computer Science, and Statistics. I currently serve on four editorial boards. I have lectured at universities, professional societies, and government agencies in thirty countries. I was a Presidential Young Investigator and a Miller Research Professor. I received the U.C. Berkeley Chancellor's Award for Research in the Public Interest, the Leamer-Rosenthal Prize for Open Social Science, and a Velux/Villum Foundation Professorship. I am a member of the Institute for Mathematical Statistics and the Bernoulli Society. I am a Fellow of the American Statistical Association, the Institute of Physics, and the Royal Astronomical Society.  I am professionally accredited as a statistician by the American Statistical Association and as a physicist by the Institute of Physics.

3. I have consulted for many government agencies, including the U.S. Department of Justice, the U.S. Department of Agriculture, the U.S. Department of Commerce, the U.S. Department of Housing and Urban Development, the U.S. Department of Veterans Affairs, the Federal Trade Commission, the California Secretary of State, the California Attorney General, the California Highway Patrol, the Colorado Secretary of State, the Georgia Department of Law, and the Illinois State Attorney. I currently serve on the Board of Advisors of the U.S. Election Assistance Commission and on the Board of Directors of Verified Voting Foundation. (The opinions expressed herein are, however, my own: I am not writing as a representative of any entity.)

4. I have testified before the U.S. House of Representatives Subcommittee on the Census; the State of California Senate Committee on Elections, Reapportionment and Constitutional Amendments; the State of California Assembly Committee on Elections and Redistricting; the State of California Senate Committee on Natural Resources; and the State of California Little Hoover Commission.

5. I have been an expert witness or non-testifying expert in a variety of state and federal cases, for plaintiffs and for defendants, in criminal matters and a range of civil matters, including, *inter alia*: truth in advertising, antitrust, construction defects, consumer class actions, credit risk, disaster relief, elections, employment discrimination, environmental protection, equal protection, fairness in lending, federal legislation, First Amendment, import restrictions, insurance, intellectual property, jury selection, mortgage-backed securities, natural resources, product liability class actions, *qui tam*, risk assessment, toxic tort class actions, trade secrets, utilities, and wage and hour class actions.

6. I have been qualified as an expert on statistics in federal courts, including the Central District of California, the District of Maryland, the Southern District of New York, and the Eastern District of Pennsylvania.

7. I have also been qualified as an expert on statistics in state courts.

8. I have used statistics to address a wide range of questions in many fields.[1]

9. I served on former California Secretary of State Debra Bowen's Post-Election Audit Standards Working Group in 2007.

10. In 2007, I invented a statistical approach to auditing elections ("risk-limiting audits") that has been incorporated into statutes in California (AB 2023, SB 360, AB 44, AB 2125), Colorado (C.R.S. 1-7-515), and Rhode Island (RI Gen L §17-19-37.4 (2017)), and which were recently proposed in federal legislation (the PAVE Act of 2018). RLAs have been tested in California, Colorado, Indiana, Michigan, New Jersey, Ohio, Virginia, and Denmark.

11. RLAs are widely viewed as the best way to check the accuracy of vote tabulation. They have been endorsed by the Presidential Commission on Election Administration, the National Academy of Sciences report *Securing the Vote: Protecting American Democracy*, the American Statistical Association, the League of Women Voters, Verified Voting Foundation, Citizens for Election Integrity Minnesota, and other groups concerned with election integrity.

12. I have worked closely with state and local election officials in California and Colorado to pilot and deploy RLAs. The software Colorado uses to conduct RLAs is based on software I wrote.

---

[1] For example, I have used statistics to analyze the Big Bang, the interior structure of the Earth and Sun, the risk of large earthquakes, the reliability of clinical trials, the accuracy of election results, the accuracy of the U.S. Census, the risk of consumer credit default, the causes of geriatric hearing loss, the effectiveness of water treatment, the fragility of ecological food webs, risks to protected species, the effectiveness of Internet content filters, high-energy particle physics data, and the reliability of models of climate, among other things.

13. I worked with Travis County, Texas, on the design of STAR-Vote, an auditable and end-to-end cryptographically verifiable voting system.

14. I testified as an expert witness in the general area of election integrity, including the reliability of voting equipment, in 2016 presidential candidate Jill Stein's recount suit in Wisconsin, and filed a report in her suit in Michigan.

15. I have testified as an expert in election auditing and the accuracy of election results in two election-related lawsuits in California.

16. I have testified to both houses of the California legislature regarding election integrity and election audits. I have testified to the California Little Hoover Commission about election integrity, voting equipment, and election audits.

17. I submitted two declarations in Donna Curling et al. v. Brian P. Kemp et al., Civil Action 1:17-cv-2989-AT, United States District Court, Northern District of Georgia, Atlanta Division. My declarations concerned election integrity and security, vulnerabilities of Georgia's election systems, and the need for voter-marked paper ballots and post-election audits in Georgia.

18. Since 1988, I have taught statistics at the University of California, Berkeley, one of the top two statistics departments in the world (see, e.g., QS World University Rankings, 2014) and the nation (US News and World Reports, 2014). I teach statistics regularly at the undergraduate and graduate levels. I have created five new statistics courses at Berkeley. I developed and taught U.C. Berkeley's first online course in any subject, and among the first approved for credit throughout the ten campuses of the University of California system. I also developed and co-taught online statistics courses to over 52,000 students, using an online textbook and other pedagogical materials I wrote and programmed.

19. Appendix 1 is my current *curriculum vitae*, which includes my publications for the last ten years and all cases in the last four years in which I gave deposition or trial testimony.

## Materials Relied Upon

20. I relied on XML files of Georgia election results downloaded via the Georgia Secretary of State's website, at the URL

https://results.enr.clarityelections.com/GA/91639/222278/reports/detailxml.zip I also relied on photographs of poll tapes from the Winterville Train Depot polling place in Clarke County, Georgia. I understand that the photographs were taken by Ms. Lee Ann Pingel after the close of the polls on election day.

## Opinions

21. I offer opinions with respect to two kinds of anomalies in the results of the 2018 midterm elections in Georgia.

22. My first opinion concerns the difference in undervote rates between paper ballots and votes cast on DREs in statewide contests. The undervote rate in the Lt. Governor's contest is substantially higher for ballots cast on direct-recording electronic (DRE) equipment than for ballots cast by mail using paper ballots, by an amount that cannot reasonably be ascribed to chance. In 101 of 159 Georgia counties, the difference is statistically significant at level 0.01 percent.[2] In contrast, in the contests for Secretary of State, Attorney General, Commissioner

---

[2] The significance levels are for a two-sample test that uses the hypergeometric distribution of the number of "good" items in a simple random sample from a population of items that can be either "good" or "bad." The total number of undervotes by mode of voting (by mail, early, and Election Day) was estimated by treating the statewide contest that received the most votes in each county as if that number of votes was equal to the number of ballots cast. That estimation was necessary because Georgia does not report total ballots cast by mode of voting. Because this maximum was almost always for the gubernatorial contest, that contest is not included in the calculation: its relative undervote rate is, by definition, zero. Provisionally cast ballots, of which there are relatively few, were not included. Under the null hypothesis, mode of voting (electronic versus paper) is a label assigned as if at random to each ballot, conditioned on the total number of ballots cast by each mode of voting. Data for the analyses was downloaded via the Georgia Secretary of State's website from the URL
https://results.enr.clarityelections.com/GA/91639/222278/reports/detailxml.zip Software used to extract contest-

of Agriculture, Commissioner of Insurance, State School Superintendent, Commissioner of

Labor, Public Service Commission District 3, and Public Service Commission District 5, the

difference is statistically significant in no more than 5 counties. See Table 1.

23. This disparity in undervote rates by voting technology strongly suggests that malfunction,

misconfiguration, bugs, hacking, or other error or malfeasance caused some DREs not to

record votes in the Lt. Governor's contest.

*Table 1: Counties with statistically significant (p<0.0001) disparities in undervote rates between paper ballots and DREs*

| Contest | Counties with significant undervote rate disparities |
|---|---|
| Lt. Governor | 101 |
| Secretary of State | 4 |
| Attorney General | 4 |
| Commissioner of Agriculture | 5 |
| Commissioner of Insurance | 4 |
| State School Superintendent | 5 |
| Commissioner of Labor | 2 |
| Public Service Commission, District 3 | 4 |
| Public Service Commission, District 5 | 4 |

24. My second opinion concerns the machine-level results for the Winterville Train Depot

polling place in Clarke County. There were seven DREs in the polling place; they recorded

similar numbers of ballots (117, 135, 131, 133, 135, 144, 135). In this polling place,

Democratic candidates won a majority in all ten statewide contests. Every DRE reported a

majority for the Democratic candidate in all ten statewide contests except machine 3, which

reported a majority for the Republican candidate in every contest.

25. On the assumption that voters were directed to DREs as if at random, the chance any of the

seven machines would show disparities as large as machine 3 did in individual contests

---

level results from those official is given in Appendix II. Software to perform the statistical tests is given in Appendix III.

ranges from less than one percent to approximately 15 percent.[3] Seven of the ten values are significant at level 5 percent or below. See Table 2.

Table 2: Consistency of Results across DREs in Winterville Train Station Polling Place

| Contest | P-value |
|---|---|
| Governor | 0.114 |
| Lt. Governor | 0.025 |
| Secretary of State | 0.018 |
| Attorney General | 0.151 |
| Commissioner of Agriculture | 0.026 |
| Commissioner of Insurance | 0.030 |
| State School Superintendent | 0.097 |
| Commissioner of Labor | 0.008 |
| Public Service Commission, District 3 | 0.046 |
| Public Service Commission, District 5 | 0.025 |

26. On the assumption that votes were cast on different DREs as if at random, the chance that any of the seven machines would show anomalies as large as machine 3 did is about 0.00009 percent, i.e., less than one in a million.[4]

27. If the Democratic and Republican party labels are flipped on the third machine, the anomaly disappears. For individual contests, no P-value is below 0.280 on the assumption that voters are directed to DREs as if at random, compared with values as small as 0.008 (and seven values below 5 percent) for the actual poll tapes. See Table 3.

---

[3] These results are based on permutation tests conditional on the number of ballots cast on each machine. The test statistic is the largest absolute difference between the expected and actual fraction of Republican votes in each contest. The P-values are two-sided, conservative P-values for a randomized test; the randomization was performed using a cryptographically secure pseudo-random number generator. Software to perform the statistical tests is given in Appendix IV.
[4] This result is based on a permutation test conditional on the number of ballots cast on each machine. The test statistic is the largest absolute difference between the expected and actual fraction of Republican votes in each contest. Results for different contests were combined using Fisher's combining function to produce the value reported in paragraph 25. The P-values are conservative P-values for randomized tests; the randomization was performed using a cryptographically secure pseudo-random number generator. Software used for the calculations is given in Appendix IV.

28. Similarly, on the assumption that votes are distributed randomly across machines, the chance that the discrepancies would be as large as observed would be roughly 97 percent, rather than 0.00009 percent, the value for the original data.

*Table 3: Consistency in Results across DREs in Winterville Train Station Polling Place, if D and R were Flipped on Machine 3.*

| Contest | P-value |
|---|---|
| Governor | 0.464 |
| Lt. Governor | 0.795 |
| Secretary of State | 0.450 |
| Attorney General | 0.543 |
| Commissioner of Agriculture | 0.734 |
| Commissioner of Insurance | 0.604 |
| State School Superintendent | 0.807 |
| Commissioner of Labor | 0.797 |
| Public Service Commission, District 3 | 0.280 |
| Public Service Commission, District 5 | 0.939 |

29. These tests strongly suggest that machine 3 had some other software or hardware problem: misconfiguration, error, defect, hack, or malfunction. The most plausible explanation is that machine 3 was misconfigured in a way that caused votes for Republican candidates to be recorded as votes for Democratic candidates, and vice versa.

I understand that the Winterville Train Depot polling place is one of a number of polling places in which Georgia voters photographed poll tapes after the close of polls. It was not selected at random, but neither is there reason to believe that problems are confined to that polling place.

## Conclusions

30. Based on my analysis, described above, and my knowledge of Georgia's DRE voting system used in the November 6, 2018 election, it is my opinion that the certified results of the Lieutenant Governor's race are in substantial doubt.

31. Further statistical analysis of available data may be informative, but it cannot by itself determine who won, nor ascertain with certainty whether there were malfunctions, errors, bugs, defects or hacks, nor, if there were such problems, whether those problems caused the wrong candidate to appear to win.

32. The investigation most likely to produce definitive evidence is a forensic examination of the hardware and software of DREs and other computerized systems used by Georgia counties and the State of Georgia to record, tabulate, aggregate, and report votes and election results, including the hardware and software of devices used to configure those systems.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this date, 7 January 2019, in Berkeley, California.

Philip B. Stark

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _CALIFORNIA_ )SS

COUNTY OF _ALAMEDA_ )

On _JAN, 07TH 2019_ before me, _ANDREW ADIKRI BAPI._ , Notary Public, personally appeared _PHILIP B. STARK._

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

ANDREW ADIKRI BAPI
COMM. # 2211457
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
COMM. EXPIRES SEPT. 22, 2021

This area for official notarial seal.

APPENDIX

I

# Curriculum Vitae
# Philip Bradford Stark

Biographical Information . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Interests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Appointments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Awards and Fellowships . . . . . . . . . . . . . . . . . . . . . . . . . 2
Affiliations and Professional Societies . . . . . . . . . . . . . . . . . . . 3
Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Mentors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Publications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Refereed Publications . . . . . . . . . . . . . . . . . . . . . . 5
    Books and Edited Volumes . . . . . . . . . . . . . . . . . . . . 18
    Book Chapters . . . . . . . . . . . . . . . . . . . . . . . . . . 18
    Technical Reports, White Papers, and Unrefereed Publications . . 20
    Editorials, Reviews, Comments, Letters . . . . . . . . . . . . . 26
    Software . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
Patents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
Selected Presentations . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    Other Invited Seminars . . . . . . . . . . . . . . . . . . . . . . 64
Press . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
Teaching and Advising . . . . . . . . . . . . . . . . . . . . . . . . . . 92
    Courses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
    Former Graduate Students and Postdocs . . . . . . . . . . . . . 94
    Graduate Committees . . . . . . . . . . . . . . . . . . . . . . . 95
    First-year PhD advising . . . . . . . . . . . . . . . . . . . . . . 101
    Current PhD advisees . . . . . . . . . . . . . . . . . . . . . . . 101
    Undergraduate Research Advisees . . . . . . . . . . . . . . . . . 101
Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102
    Professional Societies and Government Agencies . . . . . . . . . 102
    Foundations, Non-Profit Corporations, and Industry . . . . . . 110
    Editorial and Referee Service . . . . . . . . . . . . . . . . . . . 110
    University and Higher Education . . . . . . . . . . . . . . . . . 112
Contracts and Grants . . . . . . . . . . . . . . . . . . . . . . . . . . 119
Consulting and Expert Witness Experience . . . . . . . . . . . . . . . 122
    Recent Testimony . . . . . . . . . . . . . . . . . . . . . . . . . 129

# Biographical Information

**Born:** 7 October 1960, Houston, Texas.

**Citizenship:** U.S.A.

## Interests

**Theory**: Inference, inverse problems, multiplicity, nonparametrics, optimization, restricted parameters, sampling

**Applications**: Astrophysics, cosmology, ecology, elections, geophysics, health, legislation, litigation, marketing, physics, public policy, risk assessment and control, uncertainty quantification

## Appointments

**10/2015–present** Associate Dean, Division of Mathematical and Physical Sciences, University of California, Berkeley

**6/2016–8/2016** Visiting Professor of Theoretical Computer Science, IT University of Copenhagen

**7/2012–6/2015** Chair, Department of Statistics, and Director, Statistical Computing Facility, University of California, Berkeley

**7/2011–6/2012** Vice Chair, Department of Statistics, University of California, Berkeley

**7/2011–8/2011** Acting Chair, Department of Statistics, University of California, Berkeley

**7/2008–present** Faculty, Designated Emphasis in Computational and Data Science and Engineering, University of California, Berkeley

**7/1998–present** Professor, Department of Statistics, University of California, Berkeley

**7/2001–6/2003** Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education), University of California, Berkeley

**6/1996** Visiting Associate Professor, School of Mathematical Sciences, Tel Aviv University, Tel Aviv, Israel

**7/1994–6/1998** Associate Professor, Department of Statistics, University of California, Berkeley

**7/1988–6/1994** Assistant Professor, Department of Statistics, University of California, Berkeley

**7/1987–6/1990** National Science Foundation Postdoctoral Fellow in Mathematical Sciences

**1/1987–6/1987** Postgraduate Research, Department of Statistics, University of California, Berkeley

**8/1986–12/1986** Postgraduate Research, Institute for Geophysics and Planetary Physics, UC San Diego

## Awards and Fellowships

Velux/Villum Foundation Visiting Professor Programme (2015–2016)

Leamer-Rosenthal Prize for Transparency in Social Science (2015)

Chancellor's Award for Public Service, Research in the Public Interest, University of California, Berkeley (2011)

John Gideon Award for Election Integrity, Election Verification Network (2011)

Mellon Library/Faculty Fellow for Undergraduate Research (2006–2007)

Presidential Chair Fellow, University of California, Berkeley (2003–2004)

Fellow, American Statistical Association (selected 2014)

Fellow, Institute of Physics (elected 1999)

Miller Research Professor, Miller Institute for Basic Research in Science (1999)

Dobson Fellow, University of California at Berkeley (1998, 1999)

Presidential Young Investigator (1989–1995)

National Science Foundation Postdoctoral Fellowship in Mathematical Sciences (1987–1989)

University Fellowship, University of Texas at Austin (1982–1983)

## Affiliations

Association of Foragers

Berkeley Institute for Data Science (BIDS), University of California, Berkeley

Berkeley Food Institute, University of California, Berkeley

Berkeley Open Source Food, University of California, Berkeley

Center for Astrostatistics, Pennsylvania State University

Global Oscillation Network Group (GONG)

National Partnership for Advanced Computational Infrastructure (NPACI)

Simons Institute for the Theory of Computing, University of California, Berkeley

Solar and Heliospheric Observatory Solar Oscillations Investigation (SOHO-SOI)

Space Sciences Laboratory, University of California, Berkeley

Theoretical Astrophysics Center, University of California, Berkeley

*P.B. Stark: CV*                    *January 4, 2019*                    4

## Professional Societies

American Statistical Association: Fellow and Accredited Professional Statistician

Bernoulli Society for Mathematical Statistics and Probability

Institute of Mathematical Statistics

Institute of Physics: Fellow and Chartered Physicist

International Statistical Institute

Royal Astronomical Society: Fellow

## Education

A.B. 1980, Princeton University, Princeton, New Jersey

Ph.D. 1986, University of California, San Diego, La Jolla, California

## Mentors

Robert L. Parker, Institute for Geophysics and Planetary Physics, Scripps Institution of Oceanography, University of California, San Diego (PhD dissertation advisor)

George E. Backus, Institute for Geophysics and Planetary Physics, Scripps Institution of Oceanography, University of California, San Diego (postdoctoral advisor)

David L. Donoho, Department of Statistics, Stanford University (post-doctoral advisor)

# Publications

## Refereed Publications

1. Stark, P.B. and C. Frohlich, 1985. The depths of the deepest deep Earthquakes, *Journal of Geophysical Research*, *90*, 1859–1869.

2. Stark, P.B., R.L. Parker, G. Masters, and J.A. Orcutt, 1986. Strict bounds on seismic velocity in the spherical Earth, *Journal of Geophysical Research*, *91*, 13,892–13,902.

3. Stark, P.B., 1986. *Travel-Time Inversion: Regularization and Inference*, Ph.D. Thesis, Scripps Instution of Oceanography, University of California, San Diego, 106pp.

4. Stark, P.B., and R.L. Parker, 1987. Smooth profiles from tau(p) and X(p) data, *Geophysical Journal of the Royal Astronomical Society*, *89*, 2713–2719.

5. Stark, P.B., and R.L. Parker, 1987. Velocity bounds from statistical estimates of tau(p) and X(p), *Journal of Geophysical Research*, *92*, 2713–2719.

6. Stark, P.B., 1987. Rigorous velocity bounds from soft tau(p) and X(p) data, *Geophysical Journal of the Royal Astronomical Society*, *89*, 987–996.

7. Orcutt, J.A., R.L. Parker, P.B. Stark, and J.D. Garmany, 1988. Comment concerning "A method of obtaining a velocity-depth envelope from wide-angle seismic data" by R. Mithal and J.B. Diebold. *Geophysical Journal*, *95*, 209–212.

8. Stark, P.B. and R.L. Parker, 1988. Correction to "Velocity bounds from statistical estimates of tau(p) and X(p)." *Journal of Geophysical Research*, *93*, 13,821–13,822.

9. Donoho, D.L. and P.B. Stark, 1989. Uncertainty principles and signal recovery. *SIAM Journal of Applied Mathematics*, *49*, 906–931.

10. Stark, P.B., 1992. Affine minimax confidence intervals for a bounded Normal mean, *Statistics and Probability Letters*, *13*, 39–44.

11. Stark, P.B., 1992. Minimax confidence intervals in geomagnetism, *Geophysical Journal International*, *108*, 329–338.

12. Stark, P.B., 1992. Inference in infinite-dimensional inverse problems: Discretization and duality, *Journal of Geophysical Research*, *97*, 14,055–14,082. Reprint:
http://onlinelibrary.wiley.com/doi/10.1029/92JB00739/epdf

13. Donoho, D.L. and P.B. Stark, 1993. A note on rearrangements, spectral concentration, and the zero-order prolate spheroidal wavefunction. *IEEE Transactions on Information Theory*, *39*, 257–260.

14. Pulliam, R.J. and P.B. Stark, 1993. Bumps on the core-mantle boundary: Are they facts or artifacts?, *Journal of Geophysical Research*, *98*, 1943–1956.

15. Stark, P.B. and N.W. Hengartner, 1993. Reproducing Earth's kernel: Uncertainty of the shape of the core-mantle boundary from PKP and PcP travel-times, *Journal of Geophysical Research*, *98*, 1957–1972.

16. Stark, P.B., 1993. Uncertainty of the COBE quadrupole detection, *Astrophysical Journal Letters*, *408*, L73–L76.

17. Stark, P.B. and D.I. Nikolayev, 1993. Toward tubular tomography, *Journal of Geophysical Research*, *98*, 8095–8106.

18. Constable, C.G., R.L. Parker, and P.B. Stark, 1993. Geomagnetic field models incorporating frozen-flux constraints, *Geophysical Journal International*, *113*, 419–433.

19. Gough, D.O. and P.B. Stark, 1993. Are the 1986–1988 changes in solar free-oscillation frequency splitting significant?, *Astrophysical Journal*, *415*, 376–382.

20. Stark, P.B., M.M. Herron, and A. Matteson, 1993. Empirically minimax affine mineralogy estimates from Fourier-transform infrared spectroscopy data using a decimated wavelet basis, *Applied Spectroscopy*, *47*, 1820–1829.

21. Pulliam, R.J. and P.B. Stark, 1994. Confidence regions for mantle heterogeneity, *Journal of Geophysical Research*, *99*, 6931–6943.

22. Genovese, C.R., P.B. Stark, and M.J. Thompson, 1995. Uncertainties for Two-Dimensional Models of Solar Rotation from Helioseismic Eigenfrequency Splitting, *Astrophysical Journal*, *443*, 843–854.

23. Stark, P.B. and R.L. Parker, 1995. Bounded-variable least-squares: an algorithm and applications, *Computational Statistics*, *10*, 129–141. Preprint:
https://www.stat.berkeley.edu/~stark/Preprints/bvls.pdf

24. Hengartner, N.W. and P.B. Stark, 1995. Finite-sample confidence envelopes for shape-restricted densities, *The Annals of Statistics*, *23*, 525–550.

25. Stark, P.B., 1995. Reply to Comment by Morelli and Dziewonski, *Journal of Geophysical Research*, *100*, 15,399–15,402.

26. Gough, D.O., T. Sekii, and P.B. Stark, 1996. Inferring spatial variation of solar properties from helioseismic data, *Astrophysical Journal*, *459*, 779–791.

27. Benjamini, Y. and Stark, P.B., 1996. Non-equivariant simultaneous confidence intervals less likely to contain zero, *Journal of the American Statistical Association*, *91*, 329–337.

28. Hill, F., P.B. Stark, R.T. Stebbins, E.R. Anderson, H.M. Antia, T.M. Brown, T.L. Duvall, Jr., D.A. Haber, J.W. Harvey, D.H. Hathaway, R. Howe, R. Hubbard, H.P. Jones, J.R. Kennedy, S.G. Korzennik, A.G. Kosovichev, J.W. Leibacher, K.G. Libbrecht, J.A. Pintar, E.J. Rhodes, Jr., J. Schou, M.J. Thompson, S. Tomczyk, C.G. Toner, R. Toussaint, and W.E. Williams, 1996. The solar acoustic spectrum and eigenmode parameters, *Science*, *272*, 1292–1295.

29. Thompson, M.J., J. Toomre, E.R. Anderson, H.M. Antia, G. Berthomieu, D. Burtonclay, S.M. Chitre, J. Christensen-Dalsgaard, T. Corbard, M. DeRosa, C.R. Genovese, D.O. Gough, D.A. Haber, J.W. Harvey, F. Hill, R. Howe, S.G. Korzennik, A.G. Kosovichev, J.W. Leibacher, F.P. Pijpers, J. Provost, E.J. Rhodes, Jr., J. Schou, T. Sekii, P.B. Stark, and P.R. Wilson, 1996. Differential rotation and dynamics of the solar interior, *Science*, *272*, 1300–1305.

30. Stark, P.B., 1996. A few considerations for ascribing statistical significance to earthquake predictions, *Geophysical Research Letters*, *23*, 1399–1402.

31. Evans, S.N., and P.B. Stark, 1996. Shrinkage estimators, Skorokhod's problem, and stochastic integration by parts, *The Annals of Statistics*, *24*, 809–815.

32. Genovese, C.R. and P.B. Stark, 1996. Data Reduction and Statistical Consistency in Linear Inverse Problems, *Physics of the Earth and Planetary Interiors*, *98*, 143–162.

33. Stark, P.B., 1997. Earthquake prediction: the null hypothesis, *Geophysical Journal International*, *131*, 495–499.

34. Benjamini, Y., Y. Hochberg, and P.B. Stark, 1998. Confidence Intervals with more Power to determine the Sign: Two Ends constrain the Means, *Journal of the American Statistical Association*, *93*, 309–317.

35. Tenorio, L., P.B. Stark, and C.H. Lineweaver, 1999. Bigger uncertainties and the Big Bang, *Inverse Problems*, *15*, 329–341.

36. Stark, P.B., 1999. Geophysics, Statistics in, in *Encyclopedia of Statistical Sciences, Update Volume 3*, S. Kotz, C.B. Read, and D.L. Banks, eds., John Wiley and Sons, NY. Invited. Reprint: http://mrw.interscience.wiley.com/emrw/9780471667193/ess/article/ess1053/current/pdf

37. Komm, R., Y. Gu, P.B. Stark, and I. Fodor, 1999. Multitaper Spectral Analysis and Wavelet Denoising Applied to Helioseismic Data, *Astrophysical Journal*, *519*, 407–421.

38. Freedman, D.A., and P.B. Stark, 1999. The swine flu vaccine and Guillain-Barré syndrome: a case study in relative risk and specific causation, *Evaluation Review*, *23*, 619–647. Preprint: https://www.stat.berkeley.edu/users/census/546.pdf

39. Fodor, I. and P.B. Stark, 2000. Multitaper Spectrum Estimation for Time Series with Gaps, *IEEE Transactions on Signal Processing*, *48*, 3472–3483.

40. Freedman, D.A., P.B. Stark, and K.W. Wachter, 2001. A probability model for census adjustment, *Mathematical Population Studies*, *9*, 165–180.

41. D.A. Freedman and P.B. Stark, 2001. The swine flu vaccine and Guillain-Barré syndrome. *Law and Contemporary Problems*, *64*, 49–62. Reprint:
`http://www.law.duke.edu/shell/cite.pl?64+Law+&+Contemp.+Pr obs.+49+(Autumn+2001)`

42. Evans, S.N. and P.B. Stark, 2002. Inverse Problems as Statistics, *Inverse Problems*, *18*, R55–R97. Invited. Reprint:
`http://iopscience.iop.org/0266-5611/18/4/201/pdf/0266-5611 _18_4_201.pdf`

43. Stark, P.B. and D.A. Freedman, 2003. What is the Chance of an Earthquake? in *Earthquake Science and Seismic Risk Reduction*, F. Mulargia and R.J. Geller, eds., NATO Science Series IV: Earth and Environmental Sciences, v. 32, Kluwer, Dordrecht, The Netherlands, 201–213. Invited. Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/611.pdf`

44. Stark, P.B., 2003. Capture-recapture. *Encyclopedia of Social Science Research Methods*, Sage Publications, Thousand Oaks, CA. Invited. Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/capt2002.pd f`

45. Stark, P.B., 2003. Census Adjustment. *Encyclopedia of Social Science Research Methods*, Sage Publications, Thousand Oaks, CA. Invited. Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/adj2002.pdf`

46. Schafer, C.M. and P.B. Stark, 2004. Using what we know: inference with physical constraints. *Proceedings of the Conference on Statistical Problems in Particle Physics, Astrophysics and Cosmology PHYSTAT2003*, L. Lyons, R. Mount and R. Reitmeyer, eds., Stanford Linear Accelerator Center, Menlo Park, CA, 25–34.

47. Evans, S.N., B. Hansen, and P.B. Stark, 2005. Minimax Expected Measure Confidence Sets for Restricted Location Parameters, *Bernoulli, 11*, 571–590. Also Tech. Rept. 617, Dept. Statistics Univ. Calif Berkeley (May 2002, revised May 2003). Preprint: https://www.stat.berkeley.edu/~stark/Preprints/617.pdf

48. Divenyi, P., P.B. Stark, and K. Haupt, 2005. Decline of Speech Understanding and Auditory Thresholds in the Elderly, *Journal of the Acoustical Society of America, 118*, 1089–1100.

49. Freedman, D.A. and P.B. Stark, 2007. Ecological Inference, in *1 Encyclopedia of Law and Society: American and Global Perspectives*, 447–448, David S. Clark, ed., Sage Publications. Invited. Preprint: https://www.stat.berkeley.edu/~stark/Preprints/ecoInf07.txt

50. Luen, B. and P.B. Stark, 2008. Testing Earthquake Predictions. *IMS Lecture Notes—Monograph Series. Probability and Statistics: Essays in Honor of David A. Freedman*, 302–315. Institute for Mathematical Statistics Press, Beachwood, OH. Invited. Reprint: http://arxiv.org/abs/0805.3032

51. Stark, P.B., 2008. The effectiveness of Internet content filters, *I/S: A Journal of Law and Policy for the Information Society, 4*, 411–429. Reprint: http://www.is-journal.org/V04I02/Stark.pdf Preprint: https://www.stat.berkeley.edu/~stark/Preprints/filter07.pdf

52. Stark, P.B., 2008. Conservative statistical post-election audits, *The Annals of Applied Statistics, 2*, 550–581. Reprint: http://arxiv.org/abs/0807.4005

53. Stark, P.B., 2008. A Sharper Discrepancy Measure for Post-Election Audits, *The Annals of Applied Statistics, 2*, 2008, 982–985. Reprint: http://arxiv.org/abs/0811.1697

54. Stark, P.B., 2008. Generalizing resolution, *Inverse Problems, 24*, 034014. Invited; selected for 2008 Highlights for *Inverse Problems* Reprint:

`https://www.stat.berkeley.edu/~stark/Preprints/resolution0`
`7.pdf`

55. Schafer, C.M., and P.B. Stark, 2009. Constructing Confidence Sets of Optimal Expected Size. *Journal of the American Statistical Association, 104*, 1080–1089. Reprint:
`https://www.stat.berkeley.edu/~stark/Preprints/schaferStar`
`k09.pdf`

56. Berlow, E.L., J.A. Dunne, N.D. Martinez, P.B. Stark, R.J. Williams and U. Brose, 2009. Simplicity on the other side of ecological complexity. *Proceedings of the National Academy of Sciences, 106*, 187–219. Reprint:
`http://www.pnas.org/content/106/1/187.full.pdf+html`

57. Hall, J.L., L.W. Miratrix, P.B. Stark, M. Briones, E. Ginnold, F. Oakley, M. Peaden, G. Pellerin, T. Stanionis and T. Webber, 2009. Implementing Risk-Limiting Audits in California, *2009 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '09).* Reprint:
`http://static.usenix.org/events/evtwote09/tech/full_papers`
`/hall.pdf.`
SSRN's Top Ten download list for ERN: Models of Political Processes: Rent-Seeking, Elections, Legislatures, & Voting Behavior

58. Stark, P.B., 2009. CAST: Canvass Audits by Sampling and Testing. *IEEE Transactions on Information Forensics and Security: Special Issue on Electronic Voting, 4*, 708–717. Reprint:
`https://www.stat.berkeley.edu/~stark/Preprints/cast09.pdf`

59. Miratrix, L.W. and P.B. Stark, 2009. Election Audits using a Trinomial Bound. *IEEE Transactions on Information Forensics and Security: Special Issue on Electronic Voting, 4*, 974–981. Reprint:
`https://www.stat.berkeley.edu/~stark/Preprints/trinomial09`
`.pdf`

60. Stark, P.B., 2009. Risk-limiting post-election audits: *P*-values from common probability inequalities. *IEEE Transactions on Information Forensics and Security: Special Issue on Electronic Voting, 4*, 1005–1014. Reprint:

https://www.stat.berkeley.edu/~stark/Preprints/pvalues09.p
df

61. Stark, P.B., 2009. Efficient post-election audits of multiple contests: 2009 California tests. Refereed paper presented at the 2009 Conference on Empirical Legal Studies. Preprint:
http://ssrn.com/abstract=1443314

62. Stark, P.B., 2010. Risk-Limiting Vote-Tabulation Audits: The Importance of Cluster Size. *Chance, 23*(3), 9–12. Preprint:
https://www.stat.berkeley.edu/~stark/Preprints/auditingCha
nce10.pdf

63. Stark, P.B., 2010. Super-simple simultaneous single-ballot risk-limiting audits. *2010 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '10)*, D. Jones, J.J. Quisquater and E.K. Rescorla, eds. Reprint:
http://www.usenix.org/events/evtwote10/tech/full_papers/St
ark.pdf

64. Stark, P.B. and L. Tenorio, 2010.   A Primer of Frequentist and Bayesian Inference in Inverse Problems.   In *Large Scale Inverse Problems and Quantification of Uncertainty*, Biegler, L., G. Biros, O. Ghattas, M. Heinkenschloss, D. Keyes, B. Mallick, L. Tenorio, B. van Bloemen Waanders and K. Willcox, eds. John Wiley and Sons, NY. Preprint:
https://www.stat.berkeley.edu/~stark/Preprints/freqBayes09
.pdf

65. Stark, P.B., 2010. Null and Vetoed: "Chance Coincidence"? *Chance, 23(4)*, 43–46. Preprint:
https://www.stat.berkeley.edu/~stark/Preprints/acrosticVet
o09.htm

66. Benaloh, J., D. Jones, E. Lazarus, M. Lindeman, and P.B. Stark, 2011. SOBA: Secrecy-preserving Observable Ballot-level Audit. *2011 Electronic Voting Technology Workshop/Workshop on Trustworthy Elections (EVT/WOTE '11)*. Reprint:
http://static.usenix.org/events/evtwote11/tech/final_files
/Benaloh.pdf

*P.B. Stark: CV*                    *January 4, 2019*                    13

Video: `https://www.usenix.org/conference/evtwote-11/soba-se`
`crecy-preserving-observable-ballot-level-audit`

67. Higgins, M.J., R.L. Rivest and P.B. Stark, 2011. Sharper *p*-values for
Stratified Post-Election Audits. *Statistics, Politics, and Policy, 2*(1),
Article 7. Reprint:
`http://www.degruyter.com/downloadpdf/j/spp.2011.2.issue-1/`
`2151-7509.1031/2151-7509.1031.xml`
Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/higginsRive`
`stStark11.pdf`

68. Shearer, P.M. and P.B. Stark, 2012.  The global risk of big earth-
quakes has not recently increased.   *Proceedings of the National
Academy of Sciences, 109*(3), 717–721. doi: 10.1073/pnas.1118525109.
(Commentary by G. Beroza, *PNAS 2012, 109*(3) 651–652.   doi:
10.1073/pnas.1120744109.) Reprint:
`http://www.pnas.org/content/early/2011/12/12/1118525109.fu`
`ll.pdf+html`

69. Luen, B. and P.B. Stark, 2012.  Poisson tests of declustered catalogs.
*Geophysical Journal International*, *189*, 691–700. doi: 10.1111/j.1365-
246X.2012.05400.x
Reprint:
`http://onlinelibrary.wiley.com/doi/10.1111/j.1365-246X.201`
`2.05400.x/pdf`
Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/decluster11`
`.pdf`

70. Lindeman, M., P.B. Stark, and V.S. Yates, 2012.  BRAVO: Ballot-
polling Risk-Limiting Audits to Verify Outcomes.  *2012 Electronic
Voting Technology Workshop/Workshop on Trustworthy Elections
(EVT/WOTE '12).* Reprint:
`https://www.usenix.org/system/files/conference/evtwote12/e`
`vtwote12-final27.pdf`

71. Huttunen, J.M.J., and P.B. Stark, 2012. Cheap contouring of costly
functions: The Pilot Approximation Trajectory Algorithm. *Computa-*

*tional Science & Discovery*. *5*, 015006. Reprint:
`http://stacks.iop.org/1749-4699/5/015006`

72. Lindeman, M. and P.B. Stark, 2012. A Gentle Introduction to Risk-Limiting Audits. *IEEE Security and Privacy*, *10*, 42–49. Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/gentle12.pdf`

73. Stark, P.B., and D.A. Wagner, 2012. Evidence-Based Elections. *IEEE Security and Privacy*, *10*, 33–41. Preprint:
`https://www.stat.berkeley.edu/~stark/Preprints/evidenceVote12.pdf`

74. Benjamini, Y., V. Madar, and P.B. Stark, 2013. Simultaneous confidence intervals uniformly more likely to determine signs, *Biometrika*, doi: 10.1093/biomet/ass074
Reprint: `http://biomet.oxfordjournals.org/content/early/2013/02/20/biomet.ass074.full.pdf`
Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/qc11.pdf`

75. Benaloh, J., M. Byrne, B. Eakin, P. Kortum, N. McBurnett, O. Pereira, P.B. Stark, and D.S. Wallach, 2013. STAR-Vote: A Secure, Transparent, Auditable, and Reliable Voting System. *JETS: USENIX Journal of Election Technology and Systems*, *1*,18–37. Reprint: `https://www.usenix.org/sites/default/files/jets0101-complete.pdf`

76. Stark, P.B., and V. Teague, 2014. Verifiable European Elections: Risk-limiting Audits for D'Hondt and Its Relatives, *JETS: USENIX Journal of Election Technology and Systems*, *3.1*, `https://www.usenix.org/jets/issues/0301/stark`

77. Stark, P.B., and R. Freishtat, 2014. An evaluation of course evaluations. *Science Open*, DOI 10.14293/S2199-1006.1.-.AOFRQA.v1, `https://www.scienceopen.com/document/vid/42e6aae5-246b-4900-8015-dc99b467b6e4` (post refereed)

78. Luo, T., and P.B. Stark, 2015. Nine out of 10 restaurants fail? Check, please. *Significance, 12*, 25–29. Preprint: `http://arxiv-web3.libra`

ry.cornell.edu/abs/1410.8603v1 Reprint: `http://onlinelibrary` `.wiley.com/doi/10.1111/j.1740-9713.2015.00813.x/abstract`

79. Saltelli, A., P.B. Stark, W. Becker, and P. Stano, 2015. Climate Models as Economic Guides: Scientific Challenge or Quixotic Quest?, *Issues in Science and Technology*, Spring 2015. Preprint: `https://` `www.stat.berkeley.edu/~stark/Preprints/saltelliEtal15.pdf` Reprint: `http://issues.org/31-3/climate-models-as-economic-` `guides-scientific-challenge-or-quixotic-quest/`

80. Matchett, J.R., P.B. Stark, R.A. Knapp, S.M. Ostoja, H.C. McKenny, M. Brooks, W. Langford, L.N. Joppa, and E. Berlow, 2015. Detecting the influence of rare stressors on rare species in Yosemite National Park using a novel stratified permutation test, *Nature Scientific Reports*, 5. doi:10.1038/srep10702, Reprint: `http://www.nature.com/srep/2015` `/150602/srep10702/full/srep10702.html`

81. Arratia, R., S. Garibaldi, L. Mower, and P.B. Stark, 2015. Some people have all the luck. *Mathematics Magazine*, *88*, 196–211. doi:10.4169/math.mag.88.3.196.c, Reprint: `https://www.stat.berke` `ley.edu/~stark/Preprints/luck15.pdf`

82. Stark, P.B., 2015. Constraints versus priors. *SIAM/ASA Journal on Uncertainty Quantification*, *3*(1), 586–598. doi:10.1137/130920721, Reprint: `http://epubs.siam.org/doi/10.1137/130920721,` Preprint: `https://www.stat.berkeley.edu/~stark/Preprints` `/constraintsPriors15.pdf`.

83. Mulargia, F., P. Gasperini, B. Lolli, and P.B. Stark, 2015. Purported precursors: poor predictors. *Bollettino di Geofisica Teorica ed Applicata*, *56*, 351–356. doi:10.4430/bgta0142, Reprint: `http://www2.ogs.` `trieste.it/bgta/pdf/bgta0142_MULARGIA.pdf`

84. Regier, J.C. and P.B. Stark, 2015. Uncertainty quantification for emulators. *SIAM/ASA Journal on Uncertainty Quantification*, *3*, 686–708. doi:10.1137/130917909, Reprint: `http://epubs.siam.org/doi/10.1` `137/130917909`, Preprint: `https://www.stat.berkeley.edu/~stark` `/Preprints/uqEmu15.pdf`.

85. Boring, A., K. Ottoboni, and P.B. Stark, 2016. Teaching evaluations (mostly) do not measure teaching effectiveness, *Science Open*, doi:10.14293/S2199-1006.1.SOR-EDU.AETBZC.v1, `https://www.sci enceopen.com/document/vid/818d8ec0-5908-47d8-86b4-5dc38f04 b23e` (post refereed)

86. Mulargia, F., P.B. Stark, and R.J. Geller, 2017. Why is Probabilistic Seismic Hazard Analysis (PSHA) Still Used? *Physics of the Earth and Planetary Interiors*, *264*, 63–75. Reprint: `http://www.sciencedirec t.com/science/article/pii/S0031920116303016`

87. Kuusela, M., and P.B. Stark, 2017. Shape-constrained uncertainty quantification in unfolding steeply falling elementary particle spectra, *Annals of Applied Statistics*, *11*, 1671–1710. Preprint: `http://arxiv. org/abs/1512.00905`

88. Bernhard, M., J.A. Halderman, R.L. Rivest, P. Vora, P.Y.A. Ryan, V. Teague, J. Benaloh, P.B. Stark and D. Wallach, 2017. Public Evidence from Secret Ballots, in: Krimmer R., Volkamer M., Braun Binder N., Kersting N., Pereira O., Schürmann C. (eds), *Electronic Voting. E-Vote-ID 2017. Lecture Notes in Computer Science, 10615*. Springer. `https://doi.org/10.1007/978-3-319-68687-5_6`. Preprint: `https ://arxiv.org/abs/1707.08619`

89. Mulargia, F., R.J. Geller, and P.B. Stark, 2017. Reply to comments by Console et al. *Physics of the Earth and Planetary Interiors*, to appear. Preprint: `http://www.sciencedirect.com/science/article/pii/S 0031920117303084`

90. Fernandez, A., K. Kashinath, J. McAuliffe, Prabhat, P. Stark, and M. Wehner, 2017. Towards a statistical model of tropical cyclone genesis. *Proceedings of the 7th International Workshop on Climate Informatics: CI 2017.*

91. Kafkafi, N., J. Agassi, E.J. Chesler, J.C. Crabbe, W.E. Crusio, D. Eilam, R. Gerlai, I. Golani, A. Gomez-Marin, R. Heller, F. Iraqi, I. Jaljuli, N.A. Karp, H. Morgan, G. Nicholson, D.W. Pfaff, H.S. Richter, P.B. Stark, O. Stiedl, V. Stodden, L.M. Tarantino, V. Tucci, W. Valdar, R.W. Williams, H. Wurbel, and Y. Benjamini, 2018. Reproducibility

and replicability of rodent phenotyping in preclinical studies. *Neuroscience & Biobehavioral Reviews* `https://doi.org/10.1016/j.neubiorev.2018.01.003`, Preprint: *BioArXiV*, `http://dx.doi.org/10.1101/079350`

92. S. Behnezhad, A. Blum, M. Derakhshan, M. Hajiaghayi, M. Mahdian, C.H. Papadimitriou, R.L. Rivest, S. Seddighin and P.B. Stark, 2018. From Battlefields to Presidential Elections: Winning Strategies of Blotto and Auditing Games, *ACM-SIAM Conference on Discrete Algorithms (SODA 2018)*, to appear. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/behnezhadEtal18.pdf`

93. Stark, P.B., and A. Saltelli, 2018. Cargo-cult Statistics and Scientific Crisis, *Significance, 15*(4), 40–43. Preprint: `https://www.significancemagazine.com/593`

94. Ottoboni, K., P.B. Stark, M. Lindeman, and N. McBurnett, 2018. Risk-Limiting Audits by Stratified Union-Intersection Tests of Elections (SUITE), to appear in *Electronic Voting. E-Vote-ID 2018. Lecture Notes in Computer Science*, Springer. `https://link.springer.com/chapter/10.1007/978-3-030-00419-4_12`. Preprint: `https://arxiv.org/abs/1809.04235`

95. Evans, S.N., R.L. Rivest, and P.B. Stark, 2019. Leading the field: Fortune favors the bold in Thurstonian choice models, *Bernoulli, 25*(1), 26–46. doi: `http://dx.doi.org/10.3150/17-BEJ930` Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/evansEtal19.pdf`

96. Bernhard, M., A. Halderman, K. Ottoboni, R.L. Rivest, and P.B. Stark, 2019. Bernoulli Ballot Polling: A Manifest Improvement for Risk-Limiting Audits, *Voting '19*, to appear. Preprint: `http://arxiv.org/abs/1812.06361`

97. Stark, P.B., D. Miller, T.J. Carlson, and K.R. de Vasquez, 2019. Open-Source Food: Nutrition, Toxicology, and Availability of Wild Edible Greens in the East Bay, *PLOS One*, to appear. Preprint: `https://doi.org/10.1101/385864.`

### Papers submitted for publication

98. Mohamadlou, H., A. Lynn-Palevsky, C. Barton, G. Fletcher, L. Shieh, P.B. Stark, U. Chettipally, D. Shimabukuro, M. Feldman, and R. Das, 2018. Multicenter validation of a machine learning algorithm for 48 hour all-cause mortality prediction, submitted to *Journal of Critical Care.*

### Books and Edited Volumes

99. Stark, P.B., 1997. *SticiGui: Statistics Tools for Internet and Classroom Instruction with a Graphical User Interface.* https://www.stat.berkeley.edu/~stark/SticiGui

100. Freedman, D.A., 2009. *Statistical Models and Causal Inference: A Dialog with the Social Sciences*, D. Collier, J.S. Sekhon and P.B. Stark, eds., Cambridge University Press, New York.

### Book Chapters

101. Stark, P.B., 1988. Strict bounds and applications. in *Some Topics on Inverse Problems*, P.C. Sabatier, ed., World Scientific, Singapore.

102. Stark, P.B., 1990. Rigorous computer solutions to infinite-dimensional inverse problems. in *Inverse Methods in Action*, P.C. Sabatier, ed., Springer-Verlag. 462–467.

103. Stark, P.B., 2000. Inverse Problems as Statistics, in *Surveys on Solution Methods for Inverse Problems*, Colton, D., H.W. Engl, A.K. Louis, J.R. Mclaughlin and W. Rundell, eds., Springer-Verlag, New York, 253–275. Invited.

104. Schafer, C.M, and P.B. Stark, 2003. Inference in Microwave Cosmology: A Frequentist Perspective, in *Statistical Challenges in Astronomy*, E.D. Feigelson and G.J. Babu, eds., Springer, New York, 215–219.

105. Stark, P.B., 2004. Estimating power spectra of galactic structure: can Statistics help?, in *Penetrating Bars Through Masks of Cosmic Dust:*

*The Hubble Tuning Fork Strikes a New Note*, D.L. Block, I. Puerari, K.C. Freeman, R. Groess and E.K. Block, eds., Springer, The Netherlands, 613–617. Invited.

106. Geller, R.J., F. Mulargia, and P.B. Stark, 2015. Why we need a new paradigm of earthquake occurrence, in *Subduction Dynamics: From Mantle Flow to Mega Disasters, Geophysical Monograph 211*, American Geophysical Union, G. Morra, D.A. Yuen, S. King, S.M. Lee, and S. Stein, eds., Wiley, New York, 183–191. Preprint: `https://www.stat.berkeley.edu/~stark/Preprints/paradigm16.pdf`

107. Stark, P.B., 2017. *Nullius in verba*, in *The Practice of Reproducible Research: Case Studies and Lessons from the Data-Intensive Sciences*, J. Kitzes, D. Turek, and F. İmamoğlu, eds., University of California Press, Oakland, CA. `https://www.practicereproducibleresearch.org/core-chapters/0-preface.html`

108. Millman, K.J., K. Ottoboni, N.A.P. Stark, and P.B. Stark, 2017. Reproducible Applied Statistics: Is Tagging of Therapist-Patient Interactions Reliable?, in *The Practice of Reproducible Research: Case Studies and Lessons from the Data-Intensive Sciences*, J. Kitzes, D. Turek, and F. İmamoğlu, eds. University of California Press, Oakland, CA. `https://www.practicereproducibleresearch.org/case-studies/millmanOttoboniStark.html`

109. Bell, S., J. Benaloh, M.D. Byrne, D. DeBeauvoir, B. Eakin, G. Fisher, P. Kortum, N. McBurnett, J. Montoya, M. Parker, O. Pereira, P.B. Stark, D.S. Wallach, and M. Winn, 2017. STAR-Vote: A Secure, Transparent, Auditable, and Reliable Voting System, in *Real-World Electronic Voting: Design, Analysis and Deployment*, F. Hao and P.Y.A. Ryan, eds. CRC Press, Boca Raton, FL.

110. Stark, P.B., and K. Ottoboni, 2018. Random sampling: practice makes imperfect, Proceedings of the Fourth Conference of the International Society for Non-Parametric Statistics, Salerno, Italy. Springer. Preprint: `http://arxiv.org/abs/1810.10985`

**Technical Reports, White Papers, Unrefereed Publications**

111. Donoho, D.L. and P.B. Stark, 1988. Rearrangements and Smoothing, Tech. Rept. 148, Dept. Stat., Univ. Calif. Berkeley.

112. Donoho, D.L. and P.B. Stark, 1989. Recovery of a Sparse Signal When the Low Frequency Information is Missing, Tech. Rept. 179, Dept. Statistics, Univ. Calif. Berkeley.

113. Hengartner, N.W. and P.B. Stark, 1992. Conservative finite-sample confidence envelopes for monotone and unimodal densities, Tech. Rept. 341, Dept. Statistics, Univ. Calif. Berkeley.

114. Hengartner, N.W. and P.B. Stark, 1992. Confidence bounds on the probability density of aftershocks, Tech. Rept. 352, Dept. Statistics, Univ. Calif. Berkeley.

115. Stark, P.B., 1992. The Cosmic Microwave Background and Earth's Core-Mantle Boundary: A Tale of Two CMB's, Tech. Rept. 371, Dept. Statistics, Univ. Calif. Berkeley. https://www.stat.berkeley.edu/~stark/Preprints/371.pdf

116. Genovese, C. and P.B. Stark, 1993. $l_1$ spectral estimation: Algorithms and tests of super-resolution, in *GONG 1992: Seismic Investigations of the Sun and Stars, Proc. Astr. Soc. Pac. Conf. Ser.*, **42**, T. Brown, ed., 453–456.

117. Gough, D.O. and P.B. Stark, 1993. The significance of changes in solar free-oscillation splitting from 1986–1990, in *GONG 1992: Seismic Investigations of the Sun and Stars, Proc. Astr. Soc. Pac. Conf. Ser.*, *42*, T. Brown, ed., 221–224.

118. Stark, P.B., 1994.   Simultaneous Confidence Intervals for Linear Estimates of Linear Functionals, Tech. Rept. 417, Dept. Statistics, Univ. Calif. Berkeley.

119. Sekii, T., C.R. Genovese, D.O. Gough, and P.B. Stark, 1995. Observational constraints on the internal solar angular velocity, in *Fourth SOHO Workshop: Helioseismology*, J.T. Hoeksema, V. Domingo, B. Fleck and B. Battrick, eds., ESA Publications Division SP-376, Noordwijk, Volume 2, 279–283.

120. Stark, P.B., 1997. Data Sampling Rate Reduction for the OERSTED Geomagnetic Satellite. `https://www.stat.berkeley.edu/~stark/Preprints/Oersted/writeup.htm`

121. Fodor, I.K., J.G. Berryman, and P.B. Stark, 1997.   Comparison of Autoregressive and Multitaper Spectral Analysis for Long Time Series, *Stanford Exploration Project*, *95*, 331–355.

122. Borrill, J., and P.B. Stark, 1998.   A fast method for bounding the CMB power spectrum likelihood function.

123. Stark, P.B., 1998.   Testimony before U.S. House of Representatives Subcommittee on the Census, 5 May 1998. `https://www.stat.berkeley.edu/~stark/Census/house-5-5-98-pbs.pdf`

124. Stark, P.B., 1998.   Response to 25 Questions from Representative C. Maloney, Ranking Minority Member, U.S. House of Representatives Subcommittee on the Census, 13 May 1998. `https://www.stat.berkeley.edu/~stark/Census/maloney-5-13-98-pbs.pdf`

125. Stark, P.B., 1999.   Letter to the Editor of USA Today regarding Sampling to Adjust the 2000 Census, 19 January. (original version: `h`

ttps://www.stat.berkeley.edu/~stark/Census/usaOpEd99.htm)

126. Komm, R.W., Y. Gu, F. Hill, P.B. Stark, and I.K. Fodor, 1998. Multitaper Spectral Analysis and Wavelet Denoising Applied to Helioseismic Data, *Proc. Tenth Cambridge Workshop on Cool Stars, Stellar Systems and the Sun*, ASP Conference Series, 154, CDR 783–790.

127. Komm, R.W., E. Anderson, F. Hill, R. Howe, A.G. Kosovichev, P.H. Scherrer, J. Schou, I. Fodor, and P. Stark, 1998. Comparison of SOHO-SOI/MDI and GONG Spectra, *Proceedings of the SOHO 6/GONG 98 Workshop*, 'Structure and Dynamics of the Interior of the Sun and Sun-like Stars,' Boston, USA, 1–4 June 1998, ESA SP-418, 253–256.

128. Komm, R.W., E. Anderson, F. Hill, R. Howe, I. Fodor, and P. Stark, 1998. Multitaper analysis applied to a 3-month time series, *Proceedings of the SOHO 6/GONG 98 Workshop*, 'Structure and Dynamics of the Interior of the Sun and Sun-like Stars,' Boston, USA, 1–4 June 1998, ESA SP–418, 257–260.

129. Fodor, I.K. and P.B. Stark, 1999. Multitaper Spectrum Estimates for Time Series with Missing Values, *Computing Science and Statistics*, *31*: Models, Predictions, and Computing. K. Berk and M. Pourahmadi, eds., 383–387.

130. Stark, P.B., 1999. The 1990 and 2000 Census Adjustment Plans, Tech. Rept. 550, Dept. Statistics, Univ. Calif. Berkeley. https://www.stat.berkeley.edu/~stark/Census/550.pdf (revised May 2000)

131. Schafer, C.M. and P.B. Stark, 2006. Constructing Confidence Sets of Optimal Expected Size. Technical report 836, Department of Statistics, Carnegie Mellon University. http://www.stat.cmu.edu/t

`r/tr836/tr836.html`

132. Jefferson, D., K. Alexander, E. Ginnold, A. Lehmkuhl, K. Midstokke and P.B. Stark, 2007.   *Post Election Audit Standards Report— Evaluation of Audit Sampling Models and Options for Strengthening California's Manual Count.* `http://www.sos.ca.gov/elections/pe as/final_peaswg_report.pdf`

133. Stark, P.B., 2009. Auditing a collection of races simultaneously. `http ://arxiv.org/abs/0905.1422v1`

134. Stark, P.B., 2009. The status and near future of post-election auditing. `https://www.stat.berkeley.edu/~stark/Preprints/auditingPos ition09.htm`

135. Stark, P.B., 2010.  Why small audit batches are more efficient:  two heuristic explanations.  `https://www.stat.berkeley.edu/~stark/P reprints/smallBatchHeuristics10.htm`

136. Higdon, D., R. Klein, M. Anderson, M. Berliner, C. Covey, O. Ghattas, C. Graziani, S. Habib, M. Seager, J. Sefcik, P. Stark, and J. Stewart, 2010. Panel Report on Uncertainty Quantification and Error Analysis, in *Scientific Grand Challenges in National Security: The Role of Computing at the Extreme Scale*, U.S. Department of Energy Office of Advanced Scientific Computing Research and National Nuclear Security Administration. `http://science.energy.gov/~/media/asc r/pdf/program-documents/docs/Nnsa_grand_challenges_report. pdf`

137. McLaughlin, K., and P.B. Stark, 2011.  Workload Estimates for Risk-Limiting Audits of Large Contests. `https://www.stat.berkele y.edu/~stark/Preprints/workload11.pdf`

138. Scott, L.R., J. Brown, G.W. Bergantz, D. Cooley, C. Dawson, M. de Hoop, D. Estep, N. Flyer, E. Foufoula-Georgiou, M. Ghil, M. Knepley, R.J. LeVeque, L.-H. Lim, G. Papanicolaou, S. Prudhomme, A. Sandu, G. Schubert, F.J. Simons, P.B. Stark, M. Stein, S. Stein, T. Tanimoto, D. Tartakovsky, J. Weare, R. Weiss, G.B. Wright, and D. Yuen, 2012. Fostering Interactions Between the Geosciences and Mathematics, Statistics, and Computer Science. Technical Report TR-2012-02, Department of Computer Science, The University of Chicago. `https://www.cs.uchicago.edu/research/publications/techreports/TR-2012-02`

139. Bañuelos, J.H. and P.B. Stark, 2012. Limiting Risk by Turning Manifest Phantoms into Evil Zombies. `http://arxiv.org/abs/1207.3413`

140. Bretschneider, J., S. Flaherty, S. Goodman, M. Halvorson, R. Johnston, M. Lindeman, R.L. Rivest, P. Smith, and P.B. Stark, 2012. Risk-Limiting Post-Election Audits: Why and How. `https://www.stat.berkeley.edu/~stark/Preprints/RLAwhitepaper12.pdf` Endorsement by the American Statistical Association: `http://www.amstat.org/policy/pdfs/StarkEtAlLetterOfSupport.pdf`

141. Stark, P.B., 2012. Ballot-Polling Audits in Two Pages (±1). `https://www.stat.berkeley.edu/~stark/Preprints/bpa2pp.pdf`

142. Benaloh, J., M. Byrne, P. Kortum, N. McBurnett, O. Pereira, P.B. Stark, and D.S. Wallach, 2012. STAR-Vote: A Secure, Transparent, Auditable, and Reliable Voting System. `http://arxiv.org/abs/1211.1904`

143. Lindeman, M., R.L. Rivest, and P.B. Stark, 2013. Machine Retabulation is not Auditing. `https://www.stat.berkeley.edu/~stark/Preprints/retabNotAudit13.pdf`

*P.B. Stark: CV*                    *January 4, 2019*                    25

144. Lindeman, M., R.L. Rivest, and P.B. Stark, 2013. Retabulations, Machine-Assisted Audits, and Election Verification. `https://www.stat.berkeley.edu/~stark/Preprints/retabulation13.htm`

145. Evans, S.N., R.L. Rivest, and P.B. Stark, 2014. Leading the field: Fortune favors the bold in Thurstonian choice models. `http://arxiv.org/abs/1409.5924`

146. Verified Voting Foundation, 2015. *Principles for New Voting Systems*, `http://www.verifiedvotingfoundation.org/voting-systems-principles/`

147. Benaloh, J., R.L. Rivest, P.Y.A. Ryan, P.B. Stark, V. Teague, and P. Vora, 2015. End-to-end verifiability. `http://arxiv.org/abs/1504.03778`

148. Stark, P.B., 2016. Pay no attention to the model behind the curtain. `https://www.stat.berkeley.edu/~stark/Preprints/eucCurtain15.pdf`

149. Chilingirian, B., Z. Perumal, R.L. Rivest, G. Bowland, A. Conway, P.B. Stark, M. Blom, C. Culnane, and V. Teague, 2016. Auditing Australian Senate Ballots. `https://arxiv.org/abs/1610.00127`

150. Matthees, A., T. Kindlon, C. Maryhew, P. Stark, and B. Levin, 2016. A preliminary analysis of 'recovery' from chronic fatigue syndrome in the PACE trial using individual participant data. *Virology Blog*, `http://www.virology.ws/2016/09/21/no-recovery-in-pace-trial-new-analysis-finds/`

151. Benaloh, J., M. Bernhard, J.A. Halderman, R.L. Rivest, P.Y.A. Ryan, P.B. Stark, V. Teague, P.L. Vora, and D.S. Wallach, 2017. Public

Evidence from Secret Ballots. https://arxiv.org/abs/1707.08619

152. Saltelli, A., and P.B. Stark, 2017. Statistiche al Tempo della Crisi, *Epidemiologia & Prevenzione*, *41*, 165–169, http://dx.doi.org/10.19191/EP17.3-4.P165.048.

153. Dabady, S., and P.B. Stark, 2017. Urban Foraging in Municipal Parks and Public Schools: Opportunities for Policymakers, *Berkeley Food Institute* and *Berkeley Open Source Food*, Policy Brief, July.

154. Lindeman, M., McBurnett, N., Ottoboni, K., and P.B. Stark, 2018. Next Steps for the Colorado Risk-Limiting Audit (CORLA) Program, https://arxiv.org/abs/1803.00698

155. Bochsler, D., J. Medzihorsky, C. Schürmann, and P.B. Stark, 2018. Report on the Identification of Electoral Irregularities by Statistical Methods, Opinion 874/2017, Report CDL-AD(2018)009, Venice Commission of the Council of Europe, http://www.venice.coe.int/webforms/documents/?pdf=CDL-AD(2018)009-e

156. Stark, P.B., 2018. An Introduction to Risk-Limiting Audits and Evidence-Based Elections, written testimony prepared for the Little Hoover Commission, https://www.stat.berkeley.edu/~stark/Preprints/lhc18.pdf

157. Ottoboni, K. and P.B. Stark, 2018. Random problems with R, https://arxiv.org/abs/1809.06520

**Editorials, Reviews, Comments, Letters**

158. Stark, P.B., 2001. Review of *Who Counts?* by Margo J. Anderson and Stephen E. Fienberg, *Journal of Economic Literature*, **XXXIX**,

593–595. Invited.

159. Tenorio, L., E. Haber, P.B. Stark, D. Cox, O. Ghattas and W.W. Symes, 2008. Guest editors' introduction to the special section on statistical and computational issues in inverse problems, *Inverse problems*, *24*, 034001. Reprint: http://www.iop.org/EJ/article/0266-5611/24/3/034001/ip8_3_034001.pdf

160. Stark, P.B., 2008. Obituary: David A. Freedman, *IMS Bulletin*, *38*, 10–11. Preprint: https://www.stat.berkeley.edu/~stark/Preprints/dafObituary.htm

161. Collier, D., J.S. Sekhon and P.B. Stark, 2009. Preface to David A. Freedman, 2009. *Statistical Models: Theory and Practice, Revised edition*, Cambridge University Press, New York.

162. Ash, A., S. Pierson and P.B. Stark, 2009. Thinking outside the urn: Statisticians make their marks on U.S. Ballots. *Amstat News*, *384*. 37–40. Reprint: http://www.amstat.org/outreach/pdfs/SP_ANJun09.pdf

163. Audit working group, 2009. Data requirements for vote-tabulation audits: Statement to NIST, ElectionAudits.org. http://electionaudits.org/niststatement

164. Hall, J.L., P.B. Stark, H.E. Brady, and J.S. Sekhon, 2009. Comments on the CA SoS Precinct Level Data Pilot Project. https://www.stat.berkeley.edu/~stark/Preprints/CACountyData09.pdf

165. Stark, P.B., 2010. Testimony before California State Assembly Committee on Elections and Redistricting, 20 April 2010. https://www.stat.berkeley.edu/~stark/Preprints/ab2023-assembly-20-4

`-10.htm`

166. Stark, P.B., 2010. Testimony before California State Senate Commit-
     tee on Elections, Reapportionment and Constitutional Amendments,
     15 June 2010. `https://www.stat.berkeley.edu/~stark/Preprints`
     `/ab2023-senate-15-6-10.htm`

167. Stark, P.B., 2010. Open letter to UC Berkeley Law School Dean
     Christopher Edley regarding UC Online Education. `http://www.sam`
     `efacts.com/2010/08/archive/technology-and-society/online-e`
     `ducation-notes-from-the-field/`

168. Stark, P.B., 2010. Testimony proffered to Judge Ira Warshawsky, New
     York Supreme Court, 4 December 2010. `https://www.stat.berkele`
     `y.edu/~stark/Preprints/nysd7-4-12-10.htm`

169. Letter to President Barack Obama re election technology, 6 December
     2012 (with Barbara Simons and 48 others).
     `http://www.verifiedvoting.org/wp-content/uploads/2012/12/P`
     `residentLetter.pdf`

170. Bates, D., P. Courant, C. Hesse, K. Hoekstra, M. Lovell, J. Midgley,
     G. Nunberg, P. Papadopoulos, H. Schiraldi, G. Sposito, P.B. Stark,
     and M. van Houweling, 2013. Final Report of the Commission on the
     Future of the UC Berkeley Library
     `http://evcp.berkeley.edu/sites/default/files/FINAL_CFUCBL_`
     `report_10.16.13.pdf`

171. Stark, P.B., 2013. Leave Election Integrity to Chance, *The Huffington
     Post*, 12 July 2013. `http://www.huffingtonpost.com/american-st`
     `atistical-association/leave-election-integrity-_b_3580649.`
     `html`

172. Stark, P.B., and R. Freishtat, 2013. Evaluating Evaluations, Part 1: Do student evaluations measure teaching effectiveness?, *The Berkeley Teaching Blog*, 9 October 2013. `http://teaching.berkeley.edu/blog/evaluating-evaluations-part-1`
*The Berkeley Blog*, 14 October 2013. `http://blogs.berkeley.edu/2013/10/14/do-student-evaluations-measure-teaching-effectiveness/`

173. Stark, P.B., and R. Freishtat, 2013. What Evaluations Measure, Part 2: What exactly do student evaluations measure?, *The Berkeley Teaching Blog*, 17 October 2013. `http://teaching.berkeley.edu/blog/what-evaluations-measure-part-ii`
*The Berkeley Blog*, 21 October 2013. `http://blogs.berkeley.edu/2013/10/21/what-exactly-do-student-evaluations-measure/`

174. Stark, P.B., 2015. Out of the Weeds, *Lucky Peach*, 29 June 2015, Invited. `http://luckypeach.com/out-of-the-weeds/`

175. Stark, P.B., 2015. Salad from the Sidewalk, *The New York Times*, 9 July 2015, Invited. `http://www.nytimes.com/interactive/2015/07/09/opinion/09bittman.html`

176. Arratia, R., S. Garibaldi, L. Mower, and P.B. Stark, 2015. Some people have all the luck ... or do they? *MAA Focus*, August/September, 37–38. `http://www.maa.org/sites/default/files/pdf/MAAFocus/Focus_AugustSeptember_2015.pdf`

177. Stark, P.B., 2015. Science is "show me," not "trust me," *Berkeley Initiative for Transparency in the Social Sciences*, 31 December, Invited. `http://www.bitss.org/2015/12/31/science-is-show-me-not-trust-me/`

178. Boring, A., K. Ottoboni, and P.B. Stark, 2016. Student evaluations of
     teaching are not only unreliable, they are significantly biased against
     female instructors, *London School of Economics and Political Science
     Impact Blog*, 4 February, Invited. `http://blogs.lse.ac.uk/impacto`
     `fsocialsciences/2016/02/04/student-evaluations-of-teaching`
     `-gender-bias/`

179. Stark, P.B., 2016. The value of *P*-values, *The American Statistician*,
     *70*, DOI:10.1080/00031305.2016.1154108, Invited. `http://amstat.ta`
     `ndfonline.com/doi/suppl/10.1080/00031305.2016.1154108`

180. Stark, P.B., 2016. Review of *Privacy, Big Data, and the Public Good:
     Frameworks for Engagement*, by J. Lane, V. Stodden, S. Bender, and
     H. Nissenbaum, eds., *The American Statistician*, Invited. `http://dx.`
     `doi.org/10.1080/00031305.2015.1068625`

181. Saltelli, A., S. Funtowicz, M. Giampietro, D. Sarewitz, P.B. Stark,
     and J.P. van der Sluijs, 2016. Climate Costing is Politics not Science,
     *Nature, 532*, 177. `go.nature.com/wamqwt` `http://dx.doi.org/10.1`
     `038/532177a` (signatory list) Reprint: `https://www.stat.berkeley.`
     `edu/~stark/Preprints/saltelliEtal16.pdf`

182. Stark, P.B., 2016.  Eat your Weedies!, *The Urbanist*, Issue 549,
     February 2016, Invited. `http://www.spur.org/publications/urban`
     `ist-article/2016-03-09/walking-oakland`

183. Stark, P.B., and P.L. Vora, 2016. Maryland voting audit falls short,
     *The Baltimore Sun*, 28 October 2016. `http://www.baltimoresun.co`
     `m/news/opinion/oped/bs-ed-voting-audit-20161028-story.htm`
     `l`

184. Rivest, R.L., and P.B. Stark, 2016. Still time for an election audit:
     Column, *USA Today*, 18 November 2016. `http://www.usatoday.com`
     `/story/opinion/2016/11/18/election-audit-paper-machines-co`

`lumn/93803752/`

185. Harvie Branscomb, Joe Kiniry, Mark Lindeman, Neal McBurnett, Ronald L. Rivest, John Sebes, Pamela Smith, Philip B. Stark, Howard Stanislevic, Paul Stokes, Poorvi L. Vora, and Luther Weeks, 2016. Comments on 2016 General Election: Post-Election Tabulation Audit Procedures, `https://www.seas.gwu.edu/~poorvi/MarylandAudits/Final-Audit-Comments-11-27-16.pdf`

186. Letter to Senators Ron Johnson and Claire McCaskill, U.S. Senate Committee on Homeland Security and Governmental Affairs, re appointment of Thomas P. Bossert as White House Homeland Security Advisor, 11 January 2017 (with Marc Rotenberg, EPIC President, and 39 others). `https://epic.org/policy/SHSGAC_EPIC_Bossert_Jan_2017.pdf`

187. Letter to Senator Lindsey Graham re election integrity and cybersecurity, 13 January 2017 (with Duncan Buell, JoAnne Day, J. Alex Halderman, Eleanor Hare, Frank Heindel, Candice Hoke, Joseph Kiniry, Marilyn Marks, Neal McBurnett, Stephanie Singer, Jason Grant Smith, and Daniel M. Zimmerman). `https://www.scribd.com/document/336463904/Experts-Letter-to-Lindsey-Graham-20170113`

188. An open letter to *Psychological Medicine* about "recovery" and the PACE trial, 13 March 2017 (with 73 others). `http://www.virology.ws/2017/03/13/an-open-letter-to-psychological-medicine-about-recovery-and-the-pace-trial/`

189. Letter to Georgia Secretary of State Brian Kemp, 15 April 2017 (with Andrew W. Appel, Duncan Buell, Larry Diamond, David L. Dill, Richard DeMillo, Michael Fischer, J. Alex Halderman, Joseph Lorenzo Hall, Martin E. Hellman, Candice Hoke, Harri Hursti, David Jefferson, Douglas W. Jones, Joseph Kiniry, Justin Moore, Peter G.

Neumann, Ronald L. Rivest, John E. Savage, Bruce Schneier, Dr. Barbara Simons, Dr. Vanessa Teague) `https://www.verifiedvoting .org/wp-content/uploads/2017/03/KSU.Kemp_.3.15.17.pdf`

190. Rivest, R.L., and P.B. Stark, 2017. When is an Election Verifiable? *IEEE Security & Privacy*, *15*, 48–50. `https://www.computer.org/cs dl/mags/sp/2017/03/msp2017030048.pdf`

191. Open-Source Software Won't Ensure Election Security, 24 August 2017 (with Matt Bishop, Josh Benaloh, Joseph Kiniry, Ron Rivest, Sean Peisert, Joseph Hall, Vanessa Teague) `https://lawfareblog.c om/open-source-software-wont-ensure-election-security`

192. Saltelli, A., and P.B. Stark, 2018. Fixing stats: social and cultural issue, *Nature* Correspondence, 16 January, doi: 10.1038/d41586-018-00647-9, `https://www.nature.com/articles/d41586-018-00647-9`

193. Expert statement, Support for Security Research, Center for Democracy and Technology, 10 April 2018 (with 57 others) `https://cdt.or g/files/2018/04/2018-04-09-security-research-expert-state ment-final.pdf`

194. Stark, P.B., 2018. Before reproducibility must come preproducibility, *Nature*, *557*, 613. doi: 10.1038/d41586-018-05256-0 `https://www.nat ure.com/articles/d41586-018-05256-0`, `https://rdcu.be/PoBV`

## Software

1. Stark, P.B., and R.L. Parker, 1994. BVLS (Bounded-Variable Least Squares), STATLIB (Carnegie-Mellon University ftp server) `http://lib.stat.cmu.edu/general/bvls`

2. Java Applets for Statistics
   `https://www.stat.berkeley.edu/~stark/Java/Html/index.htm`

3. Millman, K., K. Ottoboni, P.B. Stark, and S. van der Walt, 2015.
   `permute` — a Python package for permutation tests
   `https://github.com/statlab/permute`

4. Tools for election audits
   `https://www.stat.berkeley.edu/~stark/Vote/auditTools.htm`
   `https://www.stat.berkeley.edu/~stark/Vote/ballotPollTools.htm`
   `https://github.com/pbstark/auditTools`
   `https://github.com/pbstark/DKDHondt14`

5. Tools to assess suspected lottery fraud
   `https://github.com/pbstark/Lotto`

6. Miscellaneous software and teaching materials:
   `https://www.stat.berkeley.edu/~stark/Code`
   `https://github.com/pbstark`

# Patents

1. McDonald, T., S. Smuin, B. Smuin, and P.B. Stark, 6 December 2012.
   United States Patent 9,510,638. Securement strap for a sandal.

# Selected Presentations

263. Classical Statistics in Modern Elections, Conference in Honor of Prof.
     Yoav Benjamini's 70th Birthday, Jerusalem, Israel, 17–20 December
     2018. `https://www.stat.berkeley.edu/~stark/Seminars/auditBenja18.htm`

262. Simulating a Ballot-Polling Risk-Limiting Audit with Cards and Dice, Multidisciplinary Conference on Election Auditing, MIT, Cambridge, MA, 7–8 December 2018. `https://www.stat.berkeley.edu/~stark/Seminars/ballotPollingSimulation.pdf`

261. Risk-Limiting Audits and Evidence-Based Elections, Multidisciplinary Conference on Election Auditing, MIT, Cambridge, MA, 7–8 December 2018. `https://www.stat.berkeley.edu/~stark/Seminars/auditMIT18.htm`

260. The Shape of Truth: Perspectives from Science and the Humanities, panelist (with Randy Schekman and John Campbell), Los Angeles, CA, 28 November 2018.

259. How to Tell if an Election Has Been Hacked, Nerd Nite, Oakland, CA, 26 November 2018. `https://www.stat.berkeley.edu/~stark/Seminars/auditNerdNite18.htm`

258. Student Evaluations of Teaching: Managing Bias and Increasing Utility, Center for Education Innovation and Learning in the Sciences, University of California, Los Angeles, Los Angeles, CA, 2 November 2018. `https://www.stat.berkeley.edu/~stark/Seminars/setUCLA18.htm`

257. Student evaluations of teaching do not measure teaching effectiveness. What do they measure?, Stanford-Berkeley Joint Colloquium, Department of Statistics, Stanford University, Stanford, CA, 30 October 2018. `https://www.stat.berkeley.edu/~stark/Seminars/setStanford18.htm`

256. Will my vote count? Political Science 191, University of California, Berkeley, 23 October 2018.

255. Availability, Safety, Palatability, and Nutrient Density of Wild and Feral Foods in Urban Ecosystems, ESPM 117, University of California, Berkeley, 16 October 2018. `https://www.stat.berkeley.edu/~stark/Seminars/forageESPM18.pdf`

254. Preproducibility, STEM Carib Conference, University College of the Cayman Islands, Grand Cayman Island, 9–12 October

2018 `https://www.stat.berkeley.edu/~stark/Seminars/preprodu cibilityUCCI18.htm`

253. Measuring Gender Bias in Student Evaluations of Teaching, STEM Carib Conference, University College of the Cayman Islands, Grand Cayman Island, 9–12 October 2018 `https://www.stat.berkeley.ed u/~stark/Seminars/setUCCI18.htm`

252. PSHA is naked—and it doesn't work, Workshop: Which Way SPRA?, 14th Conference on Probabilistic Safety Assessment and Management, UCLA, Los Angeles, CA, 16 September 2018. `https://www.stat.be rkeley.edu/~stark/Seminars/psha-ucla-18.slides.html`

251. Resilient Greens: Nutrition, Toxicology, & Availability of Edible Weeds in the East Bay, with D. Miller, T. Carlson, and K.R. de Vasquez, Global Climate Summit, University of California, Davis, 10 September 2018.

250. Statistical Modeling, Machine Learning, and Inference, Machine Learning for Science Workshop, Lawrence Berkeley National Laboratory, Berkeley, CA, 4–6 September 2018. `https://www.stat.berkeley.e du/~stark/Seminars/lbl-ml18.slides.html`

249. Securing our Elections, Town Hall Meeting with Congressman Mark DeSaulnier and Secretary of State Alex Padilla, Walnut Creek, CA, 13 August 2018. `https://desaulnier.house.gov/media-center/pr ess-releases/congressman-desaulnier-announces-town-hall-s ecuring-our-elections`

248. Soil to Belly, Health from the Soil Up: A Soil Health to Human Health Learning Lab, Paicines Ranch, Paicines, CA, 9–12 August, 2018.

247. You want flies with that? Farm Biodiversity and Food Safety, Health from the Soil Up: Bridging the Silos of Health and Agriculture, Center for Occupational and Environmental Health, University of California, Berkeley, 9 August 2018. `https://www.stat.berkeley.edu/~stark/ Seminars/flies18.pdf`

246. Lectures on Foundations of Statistics and Inference, Tokyo-Berkeley Data Science Boot-Up Camp, 9–19 July 2018, Graduate School of

Mathematical Sciences, University of Tokyo, 9–19 July 2018. (3 lectures) Syllabus: `https://github.com/pbstark/basicsKavli18/blob/master/kavliStat18.pdf`

245. With Great Power Comes Great Responsibility: Multivariate Permutation Tests and Their Numerical Implementation, International Society for Nonparametric Statistics (ISNPS2018), Salerno, Italy, 11–15 June 2018. `https://www.stat.berkeley.edu/~stark/Seminars/prngISNPS18.slides.html`

244. Preproducibility, Reproducibility, Replicability: First Things First, Conference on Geodynamics and Big Data, Palau, Sardinia, 9–11 June 2018. `https://www.stat.berkeley.edu/~stark/Seminars/reproYuen18.htm`

243. Preproducibility, Reproducibility, Replicability: First Things First, All Souls College, University of Oxford, 29 May 2018. lides: `https://www.stat.berkeley.edu/~stark/Seminars/reproOX18.htm`

242. Separating Signal from Noise: Measuring Gender Bias in Student Evaluations of Teaching, International Conference on Software Engineering, Gothenburg, Sweden, 27 May–3 June 2018. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/setICSE18.htm`

241. Where the Wild Foods Are: Everywhere!, Nordic Food Lab, University of Copenhagen, Copenhagen, Denmark, 24 May 2018. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/bosf18.pdf`

240. Wild and Feral Foods in the Mission District—and how to use them, Wildhawk, San Francisco, CA, 17 May 2018.

239. Don't bet on your random number generator, Department of Statistics and Data Science, University of Texas, Austin, TX 4 May 2018.

238. Student evaluations of teaching (mostly) do not measure teaching effectiveness, Simon Fraser University, Burnaby, BC, 26 April 2018. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/setSFU18.htm` Video: `https://www.youtube.com/watch?v=5haOjlfJDb8&feature=youtu.be`

237. Public Engagement with Science, Molecular and Cell Biology 15, University of California, Berkeley, CA, 27 February 2018.

236. FoodInno: Wild Food, Statistics 98, University of California, Berkeley, 12 February 2018.

235. Quantifying Uncertainty in Inferences in Physics and Astronomy, Kavli IPMU–Berkeley Symposium "Statistics, Physics and Astronomy," Kavli Institute for the Physics and Mathematics of the Universe, Tokyo, Japan, 11–12 January 2018. Slides: `https://www.stat.berke ley.edu/~stark/Seminars/uqKavli18.htm`

234. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, American Association of Physics Teachers Winter Meeting, San Diego, CA, 6–9 January 2018. Slides: `https://www.stat.berkeley.edu/~s tark/Seminars/setAAPT18.htm`

233. Big Data, Society, and Data Science Education, University of Hong Kong, Shenzhen Campus, Shenzhen, China, 29 December 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/bigDat aHKUSZ17.pdf`

232. Big Data and Social Good, Institute for Geodesy and Geophysics, Wuhan, China, 27 December 2017.

231. Big Data, Quantifauxcation, and Cargo-Cult Statistics, Big Data Conference, China University of Geosciences, Wuhan, China, 26 December 2017.

230. *P*-values, Probability, Priors, Rabbits, Quantifauxcation, and Cargo-Cult Statistics, Statistics 159, Reproducible and Collaborative Data Science, University of California, Berkeley, CA, 14 November 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/rabbit s157-17.ipynb`

229. Opportunities in applied statistics: an $n = 1$ observational study, Statistics Undergraduate Student Association (SUSA), University of California, Berkeley, CA, 30 October 2017.

228. Don't Bet on Your Random Number Generator, Consortium for Data Analytics in Risk (CDAR) Annual Colloquium, University of California, Berkeley, CA, 27 October 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/prngCDAR17.slides.html`

227. Leave Election Integrity to Chance, *Science @ Cal*, University of California. Berkeley, CA, 21 October 2017.

226. Audits and Evidence-Based Elections, 2nd *Take Back the Vote Conference*, Berkeley, CA, 7–8 October 2017. Video: `https://www.youtube.com/watch?v=pPGTkgpijUU`

225. Wild And Feral Foods: Increasing Nutrition, Food Security, Farm Biodiversity, and Farm Revenue; Decreasing Herbicides, Water Use, and the Carbon Footprint of the Food System, *2nd AgroecoWeb— International Online Congress on Agro-ecology and Permaculture*, Brazil, 4–10 October 2017. Video: `https://vimeo.com/235073616`

224. How Statistics can improve election integrity, PoliSci 191, *The Right to Vote in America*, University of California, Berkeley, 4 October 2017.

223. Wild and Feral Food Identification Walk, ESPM 98, *Berkeley Urban Garden Internship (BUGI)*, University of California, Berkeley, 27 September 2017.

222. Urban Foraging and Gleaning, *FoodInno*, University of California, Berkeley, 16 September 2017.

221. ETAS-trophic failures: fit, classification, and forecasting, *Big Data in Geosciences: From Earthquake Swarms to Consequences of Slab Dynamics*, a conference in honor of Robert Geller, University of Tokyo, Tokyo, Japan, 25–27 May 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/gellerFest17.pdf`

220. Risk-Limiting Audits, *Global Election Technology Summit*, San Francisco, CA, 17 May 2017. `https://www.getsummit.org/`

219. Where the Wild Things Grow, *Berkeley Path Wanderers Association*, Berkeley, CA, 22 April 2017. `http://berkeleypaths.org/events/event/where-the-wild-things-grow-2/`

218. Sometimes a Paper Trail Isn't Worth the Paper It's Written On, Keynote lecture, Workshop on Advances in Secure Electronic Voting, Financial Crypto 2017, Malta, 3–7 April 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/malta17.htm`

217. Don't Bet on Your Random Number Generator, Distinguished Lecture (`http://wwwen.uni.lu/snt/distinguished_lectures`), Center for Security, Reliability, and Trust, University of Luxembourg, Luxembourg, 31 March 2017. Slides: `https://github.com/pbstark/pseudorandom/blob/master/prngLux17.ipynb`

216. Faculty-Student Feedback: End-of-Semester Teaching Evaluations, Dialogues, Center for Teaching and Learning, University of California, Berkeley, 20 March 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/setUCBDialogue17.htm`

215. Edible Weeds Tour of South Hayward, Seed Lending Library, Hayward Public Library, Weekes Branch, Hayward, CA, 11 March 2017. `http://www.libraryinsight.com/eventdetails.asp?jx=hzp&lmx=%C7cn%2D%AA%AE&v=3`

214. Risk-limiting Audits and Evidence-based Elections, Santa Clara County Citizens Advisory Committee on Elections, San Jose, CA, 7 March 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/santaClara17.pdf`

213. Causal Inference from Data, Emerging Science for Environmental Health Decisions, Workshop on Advances in Causal Understanding of Human Health Risk-Based Decision Making, National Academy of Sciences, Engineering, and Medicine, Washington, DC, 6–7 March 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/nasCause17.htm`

212. BRII and Brie, Berkeley Research Impact Initiative (BRII), University of California, Berkeley, CA 22 February 2017.

211. Uncertainty Quantification, Conférence Universitaire de Suisse Occidentale, Les Diablerets, Switzerland, 5–8 February 2017. Slides: `https://www.stat.berkeley.edu/~stark/Seminars/lesDiablerets17-1.pdf`, `https://www.stat.berkeley.edu/~stark/Semin`

`ars/lesDiablerets17-2.pdf`, `https://www.stat.berkeley.edu/~s`
`tark/Seminars/lesDiablerets17-3.pdf`

210. Whose Votes (were) Counted in the Election of 2016?, ISF 198, *The 2016 U.S. Elections in Global Context: A Semester-Long Teach-In*, University of California, Berkeley, 24 January 2017. Slides: `https:// www.stat.berkeley.edu/~stark/Seminars/teachIn17.pdf`

209. Invited panelist, "How Blockchain Technology Will and Won't Change the World," University of California, Berkeley, College of Letters and Sciences, hosted by Glynn Capital and Boost VC, San Mateo, CA, 30 November 2016.

208. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, Distinguished Lecture Series, Department of Computer Science and Engineering, University of California, San Diego, San Diego, CA, 14 November 2016. Slides: `https://www.stat.berkeley.edu/~stark/S eminars/setUCSD16.htm`

207. Simple Random Sampling is not that Simple, *Random Processes And Time Series: Theory And Applications, A Conference In Honor Of Murray Rosenblatt*, UC San Diego, San Diego, CA, 21–23 October 2016.

206. Invited panelist, "Productive Ecologies in the Anthropocene: Foraging Systems," *Sixth International Conference on Food Studies*, Berkeley, CA, 12–13 October 2016.

205. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, Ethics Colloquium Series, Colorado State University, Fort Collins, CO, 3 October 2016. Slides: `https://www.stat.berkeley.edu/~stark/S eminars/setCSU16.htm` Video: `https://echo.colostate.edu/ess/ echo/presentation/64309bd5-6afd-4394-b5d3-5e6748f545f1`

204. Simple Random Sampling is not that Simple, Neyman Seminar, Department of Statistics, University of California, Berkeley, Berkeley, CA 21 September 2016.

203. The Aliens Have Landed . . . and They Are Delicious, *Visions of the Wild*, Vallejo, CA, 15 September 2016.

*P.B. Stark: CV*                *January 4, 2019*                41

202. Simple Random Sampling: Not So Simple, Section of Theoretical Computer Science, IT University of Copenhagen, Copenhagen, Denmark, 27 June 2016.

201. Simple Random Sampling: Not So Simple, Section of Mathematics, École Polytechnique Fédérale de Lausanne (EPFL), Lausanne, Switzerland, 24 June 2016.

200. Invited panelist, "Carrot vs. Stick: approaches to encouraging reproducibility," Moore-Sloan Data Science Environment Reproducibility Conference, New York University, New York, 3 May 2016.

199. Guest lecturer, MCB 15 (Public Understanding of Science), University of California, Berkeley, 12 April 2016.

198. Teaching Evaluations: Biased Beyond Measure, Center for Studies in Higher Education, and The Social Science Matrix, University of California, Berkeley, CA 11 April 2016. `https://www.stat.berkeley.edu/~stark/Seminars/setCSHE16.htm` Video: `https://www.youtube.com/watch?v=yhxUxBk-6GE`, `http://uctv.tv/shows/Teaching-Evaluations-Biased-Beyond-Measure-30870`

197. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, Wharton Statistics Department, University of Pennsylvania, Philadelphia, PA, 17 March 2016. `https://www.stat.berkeley.edu/~stark/Seminars/setPenn16.htm`

196. Invited Panelist, "The potentials and pitfalls of electronic auditing," Election Verification Network Conference: Securing Elections in the 21st Century, George Washington University, Washington, DC, 10–11 March 2016.

195. Invited Panelist, "Interoperability standards, proprietary codes, and verification/testing," III Arnold Workshop: Reproducibility in Modeling and Code, American Association for the Advancement of Science, Washington, DC, 16–17 January 2016. `http://www.aaas.org/event/iii-arnold-workshop-modeling-and-code`

194. Teaching Evaluations (Mostly) Do Not Measure Teaching Effectiveness, Department of Applied Mathematics and Statistics, University of Cal-

ifornia, Santa Cruz, 1 February 2016. `https://www.stat.berkeley.edu/~stark/Seminars/setUCSC16.htm`

193. A Noob's Guide to Reproducibility and Open Science, Department of Nuclear Engineering, Berkeley Institute for Data Science, and Berkeley Initiative for Transparency in Social Science, University of California, Berkeley, 25 January 2016. `https://www.stat.berkeley.edu/~stark/Seminars/reproNE16.htm` Video: `http://www.ustream.tv/recorded/81987743`

192. Chair, Wild Edibles Taste Workshop, 2015 Indigenous Terra Madre Conference, Shillong, Meghalaya, India, 3–7 November, 2015.

191. Invited Panelist, "From Field to Fork, the Stories of Chefs, Communities, and Writers," 2015 Indigenous Terra Madre Conference, Shillong, Meghalaya, India, 3–7 November, 2015. `https://www.stat.berkeley.edu/~stark/Seminars/forageITM15.htm`

190. Guest lecturer, ESPM 117 (Urban Garden Ecosystems), University of California, Berkeley, 20 October 2015. `https://www.stat.berkeley.edu/~stark/Seminars/forageAgroEcol15.htm`

189. Invited Panelist, "Statistical Implications of Big Data Applied to Risk Modeling," Consortium for Data Analytics in Risk (CDAR) Symposium, University of California, Berkeley, 16 October 2015. `http://cdar.berkeley.edu/events/2015cdarsymposium/`

188. Guest lecturer, Statistics 210A (Theoretical Statistics), University of California, Berkeley, 13–15 October 2015. `https://github.com/pbstark/Nonpar`

187. Risk-Limiting Audits and the Colorado Uniform Voting System Pilot, Colorado Pilot Election Review Committee Meeting, Office of the Colorado Secretary of State, Denver, CO, 9 October 2015. `https://www.stat.berkeley.edu/~stark/Seminars/auditCO15.pdf`

186. Wild and Feral Food in EBRPD, East Bay Regional Park District Volunteer Meeting, Oakland, CA, 15 September 2015. `https://www.stat.berkeley.edu/~stark/Seminars/forageEBRPD15.htm`

185. Probability and Statistics for Physical Science and Engineering PhD Students (a 15-hour course), University of Tokyo, 23–26 August 2015. Materials: `http://www.github.com/pbstark/PhysEng`

184. Statistics for Engineering PhD students (a 30-hour course), University of Padova, Padova, Italy, 29 June–7 July 2015. Materials: `http://www.github.com/pbstark/Padova15`

183. Pay no attention to the model behind the curtain, Significant Digits: Responsible Use of Quantitative Information, European Commission Joint Research Centre, Brussels, Belgium, 9–10 June 2015. `https://www.stat.berkeley.edu/~stark/Seminars/rabbitsBrux15.htm`

182. Reaping without Sowing: Wild Food and Urban Foraging, Berkeley Food Institute Seed Grant Forum, Berkeley, CA, 6 May 2015. `https://www.stat.berkeley.edu/~stark/Seminars/bfi-15-5-6.htm` Video: `http://food.berkeley.edu/seed-grant-forum/`

181. Invited panelist, Data Science: Supporting new Modes of Research, Annual Meeting of the Association of Research Libraries, Berkeley, CA, 28–30 April, 2015.

180. Teaching evaluations: class act or class action?, National Center for the Study of Collective Bargaining in Higher Education and the Professions, Annual Conference, Hunter College, New York, NY, 19–21 April 2015. `https://www.stat.berkeley.edu/~stark/Seminars/seNCSCB15.htm`

179. Where the Wild Things Grow, Berkeley Path Wanderers Association, Berkeley, CA, 4 April 2015. `http://berkeleypaths.org/events/event/where-the-wild-things-grow/`

178. Invited panelist, Brave New Audits: How We Can Implement Risk-Limiting Audits with Today's Machines, Off-the-Shelf Hardware, and Open Source Software, 2015 Election Verification Network Annual meeting, New Orleans, LA, 4–6 March 2015. `https://www.stat.berkeley.edu/~stark/Seminars/evn15.htm` Video: `https://youtu.be/DBcVicxJigs`

177. Co-chair, Election Auditing, NIST / U.S. Election Administration Commission Future of Voting Systems Symposium II, Washington, DC, 9–10 February 2015.

176. Teaching evaluations: truthful or truthy?, European Commission Joint Research Centre *Third Lisbon Research Workshop on Economics, Statistics and Econometrics of Education*, Lisbon, Portugal, 23–24 January 2015. `http://cemapre.iseg.ulisboa.pt/educonf/3e3/` `https://www.stat.berkeley.edu/~stark/Seminars/setLisbon15.htm`

175. Bad Numbers, Bad Policy, 5th Impact Assessment Course by the Joint Research Centre and the Secretariat General of the European Commission, Brussels, Belgium, 20–21 January 2015. `https://ec.europa.eu/jrc/en/event/training-course/5th-impact-assessment-course` `https://www.stat.berkeley.edu/~stark/Seminars/fauxBrux15.htm`

174. Quantifauxcation, European Commission Joint Research Centre, Ispra, Italy, 19 January 2015. `https://www.stat.berkeley.edu/~stark/Seminars/fauxIspra15.htm`

173. Preproducibility for Research, Teaching, Collaboration, and Publishing, Replicability and Reproducibility of Discoveries in Animal Phenotyping, Tel Aviv University, Tel Aviv, Israel, 5–7 January 2015. `https://www.stat.berkeley.edu/~stark/Seminars/reproTAU15.htm` Video: `http://video.tau.ac.il/events/index.php?option=com_k2&view=item&id=5563:preproducibility-for-research-teaching-collaboration-and-publishing&Itemid=552`

172. Urban Foraging—Real Street Food, Discover Cal: A Menu for Change, Los Angeles, CA, 18 November 2014. `https://www.stat.berkeley.edu/~stark/Seminars/discoverCalLA14.htm`

171. Guest lecturer, 6.S897/17.S952: Elections and Voting Technology, MIT, 13 November 2014.

170. Open Geospatial Data Down in the Weeds: Urban Foraging, Food Deserts, Citizen Science, Sustainability, and Reproducibility, Assessing

the Socioeconomic Impacts and Value of 'Open' Geospatial Information, The George Washington University, Washington DC, 28–29 October 2014. `https://www.stat.berkeley.edu/~stark/Seminars/openGeospatial14.htm`

169. Student Evaluations of Teaching, University of San Francisco, 23 October 2014. `https://www.stat.berkeley.edu/~stark/Seminars/setUSF14.htm`

168. Guest lecturer, CS 76N: Elections and Technology, Stanford University, 14 October 2014.

167. Statistical Evidence and Election Integrity, XXIX International Forum on Statistics, UPAEP, Puebla, Mexico, 29 September–3 October 2014. `https://www.stat.berkeley.edu/~stark/Seminars/foro14.pdf`

166. Nonparametric Inference, Auditing, and Litigation, Short course at XXIX International Forum on Statistics, UPAEP, Puebla, Mexico, 29 September–3 October 2014. `https://github.com/pbstark/MX14`

165. Invited participant, Pew Charitable Trusts roundtable: Challenges Related to the Voting Systems Marketplace, Chicago, IL, 8 September 2014.

164. Invited panelist, U.S. Election Assistance Commission roundtable: Expanding the Body of Knowledge of Election Administration–Reflections and Future Direction, 3 September 2014. `http://www.eac.gov/eac_grants_expanding_the_body_of_knowledge_of_election_administration_%E2%80%93_reflections_and_future_dire/` Video: `http://mediasite.yorkcast.com/webcast/Play/a90f223fa61940cd893b70fab55fe1b51d`

163. Reproducibility, Evidence, and the Scientific Method, Late-breaking session on Reproducibility, Joint Statistical Meetings, Boston, MA, 2–7 August 2014. `https://www.stat.berkeley.edu/~stark/Seminars/reproJSM14.htm`

162. Invited panelist, Big Data & Academic Libraries, International Alliance of Research Universities, 3rd Librarians' Meeting, University of California, Berkeley, CA, 23–24 June 2014.

161. Mini-Minimax Uncertainty Quantification for Emulators, 2nd Conference of the International Society for Nonparametric Statistics, Cadiz, Spain, 11–16 June 2014. `https://www.stat.berkeley.edu/~stark/Seminars/emulatorISNPS14.pdf`

160. Reproducible and Collaborative Statistical Data Science, Transparency Practices for Empirical Social Science Research, 2014 Summer Institute, University of California, Berkeley, CA, 2–6 June 2014. `https://www.stat.berkeley.edu/~stark/Seminars/bitss14.pdf`

159. Risk-Limiting Audits for Denmark and Mongolia, Third DemTech Workshop on Danish Elections, Trust, and Technology for the Mongolian General Election Commission, IT University of Copenhagen, Copenhagen, Denmark, 24 May 2014. `https://www.stat.berkeley.edu/~stark/Seminars/itu14.pdf`

158. How to Lie With Big Data (and/or Big Computations), Panel on Data Deluge or Drought (Quality and Quantity), MPE13+ Workshop on Global Change, DIMACS Special Program: Mathematics of Planet Earth 2013+, University of California, Berkeley, CA, 19–21 May 2014. `https://www.stat.berkeley.edu/~stark/Seminars/mpe14.pdf`

157. Invited panelist, Relying on Data Science: Reproducible Research and the Role of Policy, DataEDGE conference, UC Berkeley School of Information, Berkeley, CA, 8–9 May 2014.

156. Invited panelist, Some Tools and Solutions, University of Washington / Moore–Sloan First Reproducibility Workshop, eScience Institute, University of Washington, Seattle, WA, 8 May 2014 `https://www.stat.berkeley.edu/~stark/Seminars/reproUW14.pdf`

155. Some people have all the luck, Institute for Pure and Applied Mathematics, UCLA, Los Angeles, CA, 28 April 2014. (with Skip Garibaldi and Lawrence Mower) `http://www.ipam.ucla.edu/programs/PUBLEC2014/` Video: `https://www.youtube.com/watch?v=s8cHHWNblA4`

154. Invited panelist, Ask a Statistician, SIAM/ASA/GAMM/AGU Conference on Uncertainty Quantification, Savannah, GA, 29 March – 3 April 2014.

153. Invited panelist, The Reliability of Computational Research Findings: Reproducible Research, Uncertainty Quantification, and Verification & Validation, SIAM/ASA/GAMM/AGU Conference on Uncertainty Quantification, Savannah, GA, 29 March – 3 April 2014. `https://www.stat.berkeley.edu/~stark/Seminars/reproUQ14.pdf` Video: `http://client.blueskybroadcast.com/SIAM14/UQ/siam_uq14_MS42_3`

152. Invited panelist, New Paradigms for Voting Systems, 2014 Election Verification Network Annual meeting, San Diego, CA, 5–7 March 2014. `https://www.stat.berkeley.edu/~stark/Seminars/evn14NewParadigms.pdf` Video: `https://www.youtube.com/watch?v=bTlHYkiYBZI`

151. Invited panelist, End-to-End Verifiable Voting Roundtable, 2014 Election Verification Network Annual meeting, San Diego, CA, 5–7 March 2014. Video: `https://www.youtube.com/watch?v=jsGSQV_rFzA`

150. Invited panelist, Improving Teaching through uncharted Waters: Peer Observation and other Approaches, Dialogues, a Colloquium Series on Teaching, Center for Teaching and Learning, University of California, Berkeley, 26 February 2014. `http://teaching.berkeley.edu/dialogues-colloquium-series-teaching`

149. Invited panelist, Unpacking the Voting Technology Debate, 2014 Voting and Elections Annual Summit, Overseas Vote Foundation and U.S. Vote Foundation, George Washington University, Washington, D.C., 30 January 2014. `https://www.overseasvotefoundation.org/initiatives-UOCAVAsummit-summit2014-agenda` Video: `http://www.youtube.com/watch?v=UXqqnOWhsmA&list=PLtRB8fQOzBR8Nza-G-RGln-HTrkp4UM6F&feature=share&index=1#t=23m30s`

148. Risk-Limiting Audits for Party-List Elections. IT University of Copenhagen, Copenhagen, Denmark, 21 November 2013. `https://www.stat.berkeley.edu/~stark/Seminars/itu13.pdf`

147. Selective Inference and Conditional Tests. Department of Statistics and Operations Research, Tel Aviv University, Tel Aviv, Israel, 28 October 2013.

146. Ontology of Earthquake Probability: Metaphor. Dynamics of Seismicity, Earthquake Clustering and Patterns in Fault Networks, Statistical and Applied Mathematical Sciences Institute (SAMSI), Research Triangle Park, NC, 9–11 October 2013. `https://www.stat.berkeley.edu/~stark/Seminars/samsiSeis13.pdf`

145. Invited panelist, Innovations in On-line Learning, Designing a World University, World Academy Forum on Global Higher Education, Berkeley, California, 2–3 October 2013.

144. E2E to Hand-to-Eye: Verifiability, Trust, Audits, Vote ID 2013: The 4th International Conference on e-Voting and Identity, University of Surrey, Guildford, UK 17–19 July 2013. `https://www.stat.berkeley.edu/~stark/Seminars/voteID13.pdf`

143. Mini-Minimax Uncertainty of Emulators, Center for Security, Reliability, and Trust, University of Luxembourg, Luxembourg, 9 July 2013. `https://www.stat.berkeley.edu/~starkstark/Seminars/emulatorLux13.pdf`

142. Invited panelist, Extracting Actionable Insight From Dirty Time-Series Data, Berkeley Research Data Science Lectures, University of California, Berkeley, 21 June 2013. Video: `http://vcresearch.berkeley.edu/datascience/webcast-data-science-lecture-series-june-21`

141. Uncertainty quantification for emulators, Dipartimento di Fisica e Astronomia, Università di Bologna, Bologna, Italy, 5 June 2013. `https://www.stat.berkeley.edu/~stark/Seminars/emulatorUniBo13.pdf`

140. Leveraging Paper Ballots, Running Elections Efficiently, A Best Practices Convening, Common Cause – Common Cause / NY – Columbia University School of International and Public Affairs, Columbia University, New York, NY, 20 May 2013. `https://www.stat.berkeley.edu/~stark/Seminars/ccNY13.pdf`

139. Uncertainty quantification for emulators, University of California, Los Angeles, 11 April 2013. `https://www.stat.berkeley.edu/~stark/Seminars/emulatorUCLA13.pdf`

138. Brittle and Resilient Verifiable Voting Systems, Verifiable Voting Schemes Workshop: from Theory to Practice, Interdisciplinary Centre

for Security, Reliability and Trust, University of Luxembourg, Luxembourg 21–22 March 2013. `https://www.stat.berkeley.edu/~stark/Seminars/vv13.pdf`

137. Now What?, Election Verification Network Annual Conference, The Right to a Secure, Transparent and Accurate Election, Atlanta, Georgia 14–15 March 2013. `https://www.stat.berkeley.edu/~stark/Seminars/evn13nowWhat.pdf`

136. Machine-Assisted Transitive Audits, Election Verification Network Annual Conference, The Right to a Secure, Transparent and Accurate Election, Atlanta, Georgia 14–15 March 2013.

135. Risk-limiting Audits and Evidence-Based Elections in a Nutshell, Election Verification Network Annual Conference, The Right to a Secure, Transparent and Accurate Election, Atlanta, Georgia 14–15 March 2013. `https://www.stat.berkeley.edu/~stark/Seminars/evn13nutshell.pdf`

134. Reproducibility in Computational and Experimental Mathematics, ICERM, Brown University, Providence, RI, 10–14 December 2012. `http://icerm.brown.edu/tw12-5-rcem`

133. Whaddya know? Bayesian and Frequentist approaches to inverse problems, Inverse Problems: Practical Applications and Advanced Analysis, Schlumberger WesternGeco, Houston, TX, 12–15 November 2012. `https://www.stat.berkeley.edu/~stark/Seminars/swg12.pdf`

132. Evidence-Based Elections, E-Voting: Risk and Opportunity Conference, Center for Information Technology Policy, Princeton University, Princeton, NJ, 1 November 2012. `https://www.stat.berkeley.edu/~stark/Seminars/princeton12.pdf` Video: `http://youtu.be/1Z6JW1t_sFI`

131. Evidence-Based Elections, Berkeley/Stanford Data, Society and Inference Seminar, Stanford University, Stanford, CA 8 October 2012. `https://www.stat.berkeley.edu/~stark/Seminars/dataSocietyInference12.pdf`

130. Voting Technology Exploratory Meeting, The Pew Charitable Trusts Center on the States, Santa Monica, CA 23–24 August 2012.

129. Lightning Debates, Workshop on Electronic Voting Technology / Workshop on Transparent Elections, (EVT/WOTE '12), USENIX, Bellevue, WA, 6–7 August 2012. Video: `https://www.usenix.org/conferenc e/evtwote12/panel-2-title-tbd`

128. BRAVO: Ballot-polling Risk-limiting Audits to Verify Outcomes, Workshop on Electronic Voting Technology / Workshop on Transparent Elections, (EVT/WOTE '12), USENIX, Bellevue, WA, 6–7 August 2012. `https://www.stat.berkeley.edu/~stark/Seminars/evt12.p df` Video: `https://www.usenix.org/conference/evtwote12/s6-pa per-title-tbd`

127. The Will of the People and the Luck of the Draw: Using Statistics to Limit the Risk of Wrong Electoral Outcomes, Joint Statistical Meetings, San Diego, CA, 29 July 2012. `https://www.stat.berkeley.ed u/~stark/Seminars/jsm12.pdf`

126. Evidence-Based Elections, Risk-Limiting Audits, and Resilient Canvass Frameworks, SecVote 2012 Summer School on Secure Voting, Leibniz-Zentrum für Informatik, Schloss Dagstuhl, Germany, 16 July 2012. `ht tps://www.stat.berkeley.edu/~stark/Seminars/dagstuhl12.pdf`

125. The Effectiveness of Internet Content Filters, Distinguished Lecture (`h ttp://wwwen.uni.lu/snt/distinguished_lectures`), Center for Security, Reliability, and Trust, University of Luxembourg, Luxembourg, 13 July 2012. `https://www.stat.berkeley.edu/~stark/Seminars/ luxembourg12.pdf`

124. Evidence-Based Elections, International Association of Clerks, Recorders, Election Officials & Treasurers (IACREOT) annual conference, Albuquerque, NM, 30 June 2012. `https://www.stat.berkel ey.edu/~stark/Seminars/iacreot12.pdf`

123. Confidence Limits, Progress on Statistical Issues in Searches, SLAC National Accelerator Laboratory, Stanford, CA, 4–6 June 2012. `https ://www.stat.berkeley.edu/~stark/Seminars/slac12.pdf`

122. UQQ, UQ: Transition Workshop, Statistical and Applied Mathematical Sciences Institute (SAMSI), Research Triangle Park, NC, 21–23 May

2012. `https://www.stat.berkeley.edu/~stark/Seminars/samsi12.pdf`

121. Testing for Poisson Behavior, Seismological Society of America Annual Meeting, San Diego, CA, 17–19 April 2012. `https://www.stat.berkeley.edu/~stark/Seminars/ssa12.pdf`

120. Get Out The Audit (GOTA), Election Verification Network Annual Conference, Santa Fe, NM, 29–30 March 2012. `https://www.stat.berkeley.edu/~stark/Seminars/evnGOTA12.pdf`

119. The Long View: Evidence-Based Elections, Election Verification Network Annual Conference, Santa Fe, NM, 29–30 March 2012. `https://www.stat.berkeley.edu/~stark/Seminars/evnLongView12.pdf`

118. The Will of the People and the Luck of the Draw: Risk-Limiting Audits and Resilient Canvass Frameworks, San Francisco Chapter of the American Statistical Association, Berkeley, CA, 16 February 2012. `https://www.stat.berkeley.edu/~stark/Seminars/asa12.pdf`

117. Evidence-Based Elections: Colorado's Future?, Colorado Elections Best Practices & Vision Commission, Denver, CO, 14 December 2011. `https://www.stat.berkeley.edu/~stark/Seminars/co-11-12-14.pdf` Audio: `mms://pub.sos.state.co.us/20111214130705B`

116. From the Virtual Trenches, *Letters and Sciences Colloquium on Undergraduate Education:* The Virtual University—Challenges and Opportunities, University of California, Berkeley, CA, 16 November 2011. `http://ls.berkeley.edu/stories/archive/fall-2011-colloquium-undergraduate-education-0` `https://www.stat.berkeley.edu/~stark/Seminars/onlineEd11.pdf` Video: `http://www.youtube.com/watch?v=4OvGDuPSJso`

115. Earthquake Clustering and Declustering, Institute de Physique du Globe de Paris, Paris, France, 4 October 2011. `https://www.stat.berkeley.edu/~stark/Seminars/ipg11.pdf`

114. Fears, Predictions, Hopes & Plans, *Panel on the Future*, Election Integrity: Past, Present, and Future, Caltech/MIT Voting Technology Project, Cambridge, MA, 1 October 2011. `https://www.stat.berke`

ley.edu/~stark/Seminars/mit11.pdf Video: http://techtv.mit.
edu/collections/vtp/videos/14802-eippf-2011-3-the-future

113. Risk-limiting Audits:  Soup to Nuts, and Beyond, Workshop on
Electronic Voting Technology / Workshop on Transparent Elections,
(EVT/WOTE '11), USENIX, San Francisco, CA, 9 August 2011. htt
ps://www.stat.berkeley.edu/~stark/Seminars/evtRLA11.pdf

112. SOBA: Secrecy-preserving Observable Ballot-level Audit, Workshop on
Electronic Voting Technology / Workshop on Transparent Elections,
(EVT/WOTE '11), USENIX, San Francisco, CA, 9 August 2011. htt
ps://www.stat.berkeley.edu/~stark/Seminars/evtSoba11.pdf

111. The Effectiveness of Internet Content Filtering, Workshop on Free and
Open Communication on the Internet (FOCI '11), USENIX, San Fran-
cisco, CA, 8 August 2011. https://www.stat.berkeley.edu/~stark
/Seminars/foci11.pdf

110. SticiGui, Onsophic, and Statistics W21, Panel on online instruction,
Joint Statistical Meetings, Miami Beach, FL, 31 August 2011. https:
//www.stat.berkeley.edu/~stark/Seminars/jsm11.pdf

109. Risk Limiting Audits, Colorado Secretary of State, Colorado Risk Lim-
iting Audit (CORLA) Kick-off Meeting, Denver, CO, 16 June 2011. ht
tps://www.stat.berkeley.edu/~stark/Seminars/co-11-6-16.pdf

108. Simultaneous Confidence Intervals with more Power to Determine
Signs, Conference in honor of Erich Lehmann, Rice University, Hous-
ton, TX, 12 May 2011. https://www.stat.berkeley.edu/~stark/S
eminars/lehmann11.pdf

107. Close enough for government [to] work, Verified Voting Foundation,
Palo Alto, CA, 27 April 2011. https://www.stat.berkeley.edu/~st
ark/Seminars/vv-11-4-27.pdf

106. Close enough for government [to] work: Risk-limiting post-election au-
dits, Berkeley-Stanford Joint Statistics Colloquium, Stanford Univer-
sity, Stanford, CA, 12 April 2011. https://www.stat.berkeley.edu
/~stark/Seminars/stanford11.pdf

105. Audits: The After-Math of Elections, Verify early, verify often: creating secure, transparent and accurate elections, Election Verification Network, Chicago, IL, 25–26 March 2011. `https://www.stat.berkeley.edu/~stark/Seminars/reed11.pdf`

104. Simultaneous Confidence Intervals with more Power to Determine Signs, Department of Mathematics, Reed College, Portland, OR, 10 March 2011. `https://www.stat.berkeley.edu/~stark/Seminars/reed11.pdf`

103. Close enough for government work: Risk-Limiting Post-Election Audits, Wharton Statistics Department, University of Pennsylvania, Philadelphia, PA, 26 January 2011. `https://www.stat.berkeley.edu/~stark/Seminars/penn11.pdf`

102. Audits: The After-Math of Election Reform, Conference on Innovative Electoral Reforms and Strategies, Washington, DC, 10–11 December 2010. `https://www.stat.berkeley.edu/~stark/Seminars/innovative10.pdf`

101. Risk-Limiting Post-Election Audits: Statistics, Policy, and Politics, Department of Statistics, Rice University, Houston, TX, 1 November 2010. `https://www.stat.berkeley.edu/~stark/Seminars/rice10.pdf`

100. Are Declustered Earthquake Catalogs Poisson?, Department of Statistics, Pennsylvania State University, State College, PA, 14 October 2010. `https://www.stat.berkeley.edu/~stark/Seminars/psu10.pdf`

99. Super-simple simultaneous single-ballot risk-limiting audits, 2010 Electronic Voting Technology Workshop / Workshop on Trustworthy Elections (EVT/WOTE '10), Washington, DC, 9–10 August 2010. `https://www.stat.berkeley.edu/~stark/Seminars/evtwote10.pdf`

98. AB 2023 and Risk-Limiting Audits, California Association of Clerks and Election Officials Legislative Committee Meeting, 14 May 2010. `https://www.stat.berkeley.edu/~stark/Seminars/caceo-legis10.pdf`

97. Justice and inequalities, Department of Statistics and Operations Research, Tel Aviv University, Tel Aviv, Israel, 13 April 2010. `https://www.stat.berkeley.edu/~stark/Seminars/tau10.pdf`

96. Size Matters: Smaller Batches Yield More Efficient Risk-Limiting Audits, Small-Batch Audit Meeting, Washington, DC, 27–28 March 2010. `https://www.stat.berkeley.edu/~stark/Seminars/smallBatch10.pdf`

95. Sexy Audits and the Single Ballot, Election Verification Network (EVN) annual conference, Washington, DC, 25–27 March 2010. `https://www.stat.berkeley.edu/~stark/Seminars/evn10.pdf`

94. Simple, Affordable, Post-Election Audits, Institute for Mathematical Behavioral Sciences, University of California, Irvine, CA, 7 January 2010. `https://www.stat.berkeley.edu/~stark/Seminars/uci10.pdf`

93. Efficient Post-Election Audits of Multiple Contests: 2009 California Tests, Conference on Empirical Legal Studies, University of Southern California Gould School of Law, Los Angeles, CA, 20–21 November 2009. `https://www.stat.berkeley.edu/~stark/Seminars/cels09.pdf`

92. Risk-Limiting Audits, Audit Working Meeting, American Statistical Association, Arlington, VA, 23–24 October 2009. `https://www.stat.berkeley.edu/~stark/Seminars/asa09.pdf`

91. Invited panelist, Uncertainty Quantification and Error Analysis, Scientific Grand Challenges in National Security: the Role of Computing at the Extreme Scale, Washington, DC, 6–8 October 2009.

90. Some Ado about (mostly) Nothing: zero-dominated data, Alameda County Workshop on Avian Mortality at Altamont, Emeryville, CA, 22 September 2009. `https://www.stat.berkeley.edu/~stark/Seminars/altamont09.pdf`

89. Freedman's Dialogue with the Social Sciences, 2009 Joint Statistical Meetings, Washington, DC, 5 August 2009.

88. Invited panelist, David A. Freedman's Dialogue with the Social Sciences, The Society for Political Methodology 26th Annual Summer Meeting, Institution for Social and Policy Studies, Yale University, New Haven, CT, 23 July 2009.

87. Election Auditing: How Much is Enough?, The Society for Political Methodology 26th Annual Summer Meeting, Institution for Social and Policy Studies, Yale University, 23 July 2009. (Keynote lecture) `https://www.stat.berkeley.edu/~stark/Seminars/polMeth09.pdf`

86. Risk-Limiting Post-Election Audits, Department of Statistics, University of California, Berkeley, CA, 31 March 2009. `https://www.stat.berkeley.edu/~stark/Seminars/ucb09.pdf`

85. Uncertainty Quantification Qualification, Lawrence Livermore National Laboratory, Livermore, CA, 26 March 2009. `https://www.stat.berkeley.edu/~stark/Seminars/llnl09.pdf`

84. 2008 Risk-limiting Audits in California, The Pew Charitable Trusts Audit Workshop, Salt Lake City, UT, 23–24 February 2009. `https://www.stat.berkeley.edu/~stark/Seminars/pew09.pdf`

83. Election Auditing and Nonparametric Confidence Bounds, Department of Mathematics, Reed College, Portland, OR, 20 November 2008. `https://www.stat.berkeley.edu/~stark/Seminars/reed08.pdf`

82. Risk-Limiting Post-Election Audits, Department of Statistics, Kansas State University, Manhattan, KS, 2 October 2008. `https://www.stat.berkeley.edu/~stark/Seminars/ksu08.pdf`

81. CAST: Canvass Audits by Sampling and Testing, 2008 American Political Science Association Annual Meeting, Panel 2008MP04292: Catch Me If You Can: Techniques to Detect Electoral Fraud, Boston, MA, 28–31 August 2008. `https://www.stat.berkeley.edu/~stark/Seminars/apsa08.pdf`

80. Invited panelist, Joint Statistical Meetings session, Statistical Measures Can Help Restore Confidence in U.S. Elections, Denver, CO, 3–7 August 2008.

79. Invited Panel on Post-Election Auditing: The Academic & Advocacy Perspective, California Association of Clerks and Election Officials (CACEO) 100th Anniversary Celebration Conference, Long Beach, CA, 8–11 July 2008.

78. Statistical Audits: Why and How Much?, Invited Panel on Post-Election Auditing: Practical Experience and Best Practices, California Association of Clerks and Election Officials (CACEO) 100th Anniversary Celebration Conference, Long Beach, CA, 8–11 July 2008. `https://www.stat.berkeley.edu/~stark/Seminars/caceo08.pdf`

77. Invited Panel on Online Learning, UC21st Century, Teaching, Learning and Technology: Past, present and future, University of California, Davis, 20–21 June 2008.

76. SticiGui—What is it?, Department of Statistics, University of California, Los Angeles, CA, 29 May 2008. `https://www.stat.berkeley.edu/~stark/Seminars/ucla08.pdf`

75. Election Auditing: How Much Is Enough?, Mathematical Sciences Research Institute, Annual Meeting of Academic Sponsors and Steering Committee, Berkeley, CA, 7 March 2008. `https://www.stat.berkeley.edu/~stark/Seminars/msri08.pdf`

74. Invited panelist, 2007 Post Election Audit Summit, Minneapolis, MN, 25–27 October 2007. `https://www.stat.berkeley.edu/~stark/Seminars/peaSummit07.pdf`

73. Urning Voter Confidence, Department of Mathematics, Reed College, Portland, OR, 11 October 2007. `https://www.stat.berkeley.edu/~stark/Seminars/reed07.pdf`

72. Frequentist Methods in Inverse Problems, Sandia CSRI Workshop on Large-Scale Inverse Problems and Quantification of Uncertainty, Santa Fe, NM, 10–12 September 2007. `https://www.stat.berkeley.edu/~stark/Seminars/sandia07.odp`

71. How Statistics Helps, 9th US Congress on Computational Mechanics, San Francisco, CA, 22–26 July 2007. `https://www.stat.berkeley.edu/~stark/Seminars/compMech07.odp`

70. Nonparametrics: nonpareil?, Veterans Administration Hospital, Neuropsychology Brown Bag Lunch, Martinez, CA, 15 May 2007. `https://www.stat.berkeley.edu/~stark/Seminars/ebire-5-15-07.pdf`

69. The Null Hypothesis: Are Earthquakes Predictable?, Assessment schemes for earthquake prediction, Royal Astronomical Society/Joint Association for Geophysics Discussion Meeting 7–8 November 1996, the Geological Society, London

68. Shaking Down Earthquake Predictions, Department of Statistics, University of California, Davis, 25 May 2006 `https://www.stat.berkeley.edu/~stark/Seminars/ucd-5-25-06.pdf`

67. Measuring Resolution in Nonlinear and Constrained Inverse Problems, Workshop on Statistical Inverse Problems, Institute for Mathematical Stochastics, Göttingen, Germany, 23–25 March 2006. `http://www.num.math.uni-goettingen.de/gk/?Workshops:Workshop_on_Statistical_Inverse_Problems`

66. Resolution in Nonlinear and Constrained Inverse Problems, Workshop on Computational and Mathematical Geoscience, Colorado School of Mines, Golden CO, 15–17 June 2005.

65. Quantifying uncertainty in inverse problems, Summer school: Mathematical Geophysics and Uncertainty in Earth Models, Colorado School of Mines, Golden CO, 14–25 June 2004. `https://www.stat.berkeley.edu/~stark/Seminars/mines04.pdf`

64. Estimating power spectra of galaxy structure: can Statistics help?, Penetrating bars through masks of cosmic dust: the Hubble tuning fork strikes a new note, Pilanesberg National Park, South Africa, 7–12 June 2004. `http:www.stat.berkeley.edu/~stark/Seminars/bars04.ppt`

63. Quantifying uncertainty in inverse problems, Institute for Pure and Applied Mathematics (IPAM) Conference on Statistical Methods for Inverse Problems, IPAM, Los Angeles, CA, 5–6 November 2003. `https://www.stat.berkeley.edu/~stark/Seminars/ipam03.ppt`

62. Using what we know: inference with physical constraints, PhyStat 2003: Statistical Problems in Particle Physics, Astrophysics and Cosmology, Stanford Linear Accelerator Center, Stanford, CA, 8–10 September 2003. `https://www.stat.berkeley.edu/~stark/Seminars/phyStat03.pdf`

61. Statistical Approaches to Inverse Problems. Danish Interdisciplinary Inversion Group Seminars on Inverse Problems: Insight and Algorithms. Niels Bohr Institute, Copenhagen University, Copenhagen, Denmark, 27–29 May 2002. `https://www.stat.berkeley.edu/~stark/Seminars/bohr02.ppt`

60. Statistical Measures of Uncertainty in Inverse Problems. Institute for Mathematics and its Applications Tutorial on Inverse Problems and the Quantification of Uncertainty, Annual Program Mathematics in the Geosciences, Minneapolis, MN, 19 March 2002. `https://www.stat.berkeley.edu/~stark/Seminars/ima02.ppt`

59. Data Errors, Model Errors, and Estimation Errors, Frontiers of Geophysical Inversion Workshop, Waterways Experiment Station, U.S. Army Corps of Engineers Engineer Research and Development Center, Vicksburg, MS, 17–19 February 2002. `https://www.stat.berkeley.edu/~stark/Seminars/wes02.ppt`

58. Strategic Planning and Implementation I: The Challenge of Adapting Organizations and Creating Partnerships to Target New Markets, University Teaching as E-business?, Center for Studies in Higher Education, Berkeley, CA, 26–27 October 2001.

57. Inverse Problems and Data Errors, New Developments in Astrophysical Fluid Dynamics, Chateau de Mons, Caussens, France, 25–29 June 2001.

56. Data Reduction and Inverse Problems in Helioseismology, Workshop Statistics of inverse problems, Institut Henri Poincaré, Paris, France, 28–29 May 2001.

55. Why Statistics is worth the Stigma, Letters and Sciences Faculty Forum, University of California, Berkeley, CA, 23 April 2001. `https://www.stat.berkeley.edu/~stark/Seminars/stigma01.ppt`

54. Inverse Problems in Helioseismology, Second MaPhySto Workshop on Inverse Problems: Inverse problems from a Statistical Perspective, Aalborg, Denmark, 28–31 March 2001.

53. What are the Chances?, NATO Advanced Research Workshop: State of scientific knowledge regarding earthquake occurrence and implications

for public policy, Le Dune, Piscinas — Arbus, Sardinia, Italy, 15–19 October 2000.

52. Why Unadjusted Census Results should be Used for Reapportionment and Funding within the State of California, 13th Annual Demographic Workshop, U.S. Bureau of the Census, California State Census Data Center, and the Population Research Laboratory of the University of Southern California, Los Angeles, CA, 15 May 2000.

51. Invited discussant, Workshop of the National Academy of Sciences Panel to Review the 2000 Census, Washington, D.C., 2–3 February 2000.

50. Invited discussant, Panel discussion on the role of sampling in the US Census, San Francisco Bay Area Chapter of the American Statistical Association, 20 December 1999.

49. Lecturer, Mathematical Geophysics Summer School, Stanford University, Stanford, CA, 2–20 August 1999.

48. Less Asymptotic Tomography. 9th SOHO Workshop: Helioseismic Diagnostics of Solar Convection and Activity, Stanford University, Stanford, CA, 12–15 July 1999.

47. Invited panelist, Reinventing Undergraduate Education: Technology Enhanced Learning in the Sciences, Math, and Engineering, University of California, Berkeley, CA, 23 April 1999.

46. Error in Numerical Models Fitted to Data. DSRC/DARPA Study on Numerical Simulation of Physical Systems: The State of the Art, and Opportunities for Further Advances, Kick-Off Meeting, Arlington, VA, 19–20 January 1999. `https://www.stat.berkeley.edu/~stark/Seminars/dsrc99.htm`

45. Sampling to Adjust the U.S. Census. Miller Institute for Basic Research in Science, University of California, Berkeley, CA, 12 January 1999. `https://www.stat.berkeley.edu/~stark/Seminars/mibrs99.htm`

44. A Statistician's Perspective on Census Adjustment, Berkeley Breakfast Club, Berkeley, CA, 5 December 1998. `https://www.stat.berkeley.edu/~stark/Seminars/bbc98.htm`

43. SticiGui: Melts in your Browser, not in your Brain, Joint Berkeley-Stanford Statistics Colloquium, Department of Statistics, Stanford University, Stanford, CA, 27 October 1998. `https://www.stat.berkeley.edu/~stark/Seminars/bsc98.htm`

42. SticiGui: Statistics Tools for Internet and Classroom Instruction with a Graphical User Interface, 1998 Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL, 12 August 1998.

41. Presidential Panel on Statistics in Public Policy, 1998 Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL, 10 August 1998.

40. Misfit Measures and Statistical Inconsistency in Linear Inverse Problems. AMS/IMS/SIAM Joint Summer Research Conferences in the Mathematical Sciences, Mathematical Methods in Inverse Problems for Partial Differential Equations, Mt. Holyoke, MA, 4–9 July 1998. `https://www.stat.berkeley.edu/~stark/Seminars/ams-ims-siam-98.pdf`

39. Uncertainties for functions from incomplete, erroneous data. NSF/DOE Workshop on Uncertainty in Modeling, National Science Foundation, Arlington, VA, 11–12 June 1998. `https://www.stat.berkeley.edu/~stark/Seminars/nsf-doe-98.htm`

38. Sampling to adjust the 1990 Census for Undercount. U.S. House of Representatives Subcommittee on the Census, May 1998. `https://www.stat.berkeley.edu/~stark/Census/house-5-5-98-pbs.pdf`

37. Sounding the Sun: Helioseismology. 1998 American Association for the Advancement of Science (AAAS) Annual Meeting and Science Innovation Exposition, Philadelphia, PA., February 1998. `https://www.stat.berkeley.edu/~stark/Seminars/Aaas/helio.htm`

36. Data Sampling Rate Reduction for the OERSTED geomagnetic Satellite, Department of Geological Sciences, Stanford University, Stanford, CA, 28 July 1997. `https://www.stat.berkeley.edu/~stark/Preprints/Oersted/writeup.htm`

35. Does God play dice with the Earth, and if so, are they loaded? Fourth SIAM Conference on Mathematical and Computational Methods in the Geosciences, Albuquerque, NM, 16 June 1997. `https://www.stat.be rkeley.edu/~stark/Seminars/doesgod.htm`

34. Solving Problems for a Large Statistics Lecture Course using a Website UC Berkeley Academic Senate Workshop on Classroom Technology, Berkeley, CA, 11 April 1997. `https://www.stat.berkeley.edu/~st ark/Seminars/itpTalk.htm`

33. Deficiencies of the simple theories, Local Helioseismology Workshop, University of Cambridge, Cambridge, England, 1997.

32. CMB's, Royal Astronomical Society Ordinary Meeting, London, England, 1996.

31. The Null Hypothesis, Royal Astronomical Society and Joint Associations for Geophysics discussion meeting on Assessment of Schemes for Earthquake Prediction, London, England, 1996.

30. On the consistency of multiple inference in inverse problems using $l_p$ confidence sets, International Conference on Multiple Comparisons, Tel Aviv, Israel, 1996.

29. Confidence Intervals in Inverse Problems, Conference in Honor of George Backus, Institute for Geophysics and Planetary Physics, La Jolla, CA, 1995.

28. The Need for Wave-Equation Travel-Time Tomography, Institute for Mathematics and Its Applications, Conference on Tomography, Minneapolis, MN, 1995.

27. Inference, Prior Information, and Misfit Measures, Interdisciplinary Inversion Conference on Methodology, Computation and Integrated Applications, University of Aarhus, Aarhus, Denmark, 1995.

26. Optimization and Inference in Travel-Time Seismology, National Research Council Board on Mathematical Sciences Symposium on Mathematical Sciences in Seismology, Washington, DC, 1995.

25. Prior Information and Confidence Intervals in Inverse Problems, International Union of Geodesy and Geophysics Meeting, Boulder, CO, 1995.

24. Something AGAINST Nothing: A Confidence Game, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL, 1995.

23. Uncertainties in Travel-Time Seismology, SIAM/GAMM Symposium on Inverse Problems: Geophysical Applications, Fish Camp, CA, 1995.

22. Toward Tubular Tomography, 27th General Assembly of the Int. Assoc. of Seismology and Phys. of the Earth's Inter. (IASPEI), Wellington, New Zealand, 1994.

21. Alternative Data Analysis Techniques, Global Oscillation Network Group annual meeting, Los Angeles, CA, (presented by C. Genovese due to illness), 1994.

20. Mathematical Aspects of Integral Equation Inversion, Global Oscillation Network Group workshop, Sydney, Australia, 1994.

19. Conservative Finite-Sample Confidence Envelopes for Monotone and Unimodal Densities, Mathematisches Forschungsinstitut Oberwolfach meeting on Curves, Images and Massive Computation, Oberwolfach, Germany, 1993.

18. Invited discussant, Joint IMS/ASA/ENAR Meeting, Philadelphia, PA, 1993.

17. Uncertainty of the Quadrupole Component of the Cosmic Microwave Background, Israel Statistical Association Annual Meeting, Tel Aviv, 1993.

16. Brute-Force Minimax Estimation in Geochemistry, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, San Francisco, CA, 1993.

15. Conservative Numerical Uncertainty Estimates in Inverse Problems, SIAM 40th Anniversary Meeting, Los Angeles, CA, 1992.

14. Minimax Estimation in Geomagnetism, European Geophysical Society Annual Meeting, Wiesbaden, Germany, 1991.

13. Minimax Estimation in Geophysical Inverse Problems: Applications to Seismic Tomography and Geomagnetism, Schmitt Institute for Physics of the Earth, Academy of Sciences of the USSR, Moscow, 1991.

12. Imagining Earth's Interior: Controversies in Seismology and Geomagnetism, Mathematical Sciences Research Institute Workshop on Statistical Methods in Imaging, Berkeley, CA, 1991.

11. Discretization and its Discontents: New Methods in Inverse Theory, Institute for Theoretical Physics program Helioseismology—Probing the Interior of a Star, National Science Foundation Institute for Theoretical Physics, University of California, Santa Barbara, 1990.

10. Inference in Infinite-Dimensional Inverse Problems, Schmitt Institute for Physics of the Earth, Academy of Sciences of the USSR, Moscow, 1990.

9. Inference in Infinite-Dimensions: Discretization and Duality, Israel Statistical Association Annual Meeting, Jerusalem, 1990.

8. Superresolution: What, When and How?, Institute for Theoretical Physics program Helioseismology—Probing the Interior of a Star, National Science Foundation Institute for Theoretical Physics, University of California, Santa Barbara, 1990.

7. Sparsity-Constrained Deconvolution, International Union of Radio Science Meeting, Boulder, CO, 1989.

6. Invited discussant, Statistics, Earth and Space Sciences Meeting of the Bernoulli Society, Leuven, Belgium, 1989.

5. Rigorous Computer Solutions to Infinite-Dimensional Inverse Problems, rcp 264 problemes inverses, Montpellier, France, 1989.

4. Duality and Discretization Error, Conference on Mathematical Geophysics, Blanes, Spain, 1988.

3. Spectral extrapolation with positivity, International Union of Radio Science Meeting, Boulder, CO, 1987.

2. Travel-Time Constraints on Core Structure, Special Session on Geophysics of the Core and Core-Mantle Boundary, American Geophysical Union Spring Meeting, Baltimore, MD, 1986.

1. Smooth Models from tau(p) and X(p) Data, Scripps Industrial Associates Short Course on Inverse Theory, Scripps Institution of Oceanography, La Jolla, CA, 1986.

## Other Invited Seminars

California State University, Chico (Mathematics 1993)

Colorado School of Mines (Mathematical and Computer Sciences 1997)

Copenhagen University (Niels Bohr Institute for Astronomy, Physics, and Geophysics 1996)

Hebrew University of Jerusalem (Statistics 1993)

IT University of Copenhagen (2013, 2014, 2016)

Kansas State University (Statistics 2008)

Pennsylvania State University (Statistics 1010)

National Solar Observatory (1997)

Naval Postgraduate School (Operations Research, 2001)

Reed College (Mathematics, 2007, 2008, 2011)

Rice University (Statistics, 2010)

Schlumberger-Doll Research (1988, 1990, 1991, 1992)

Southern Methodist University (Statistical Sciences, 1998)

Stanford University (Center for Space Physics and Astrophysics 1992; Mathematics 1997; Geology and Geophysics 1993, 1997; Statistics 1988, 1993, 1995, 2011)

The Technion (Statistics 1987)

Tel Aviv University (Geology and Geophysics 1988, 1991; Statistics 1991, 2010)

University of Bologna (Physics and Astronomy, 2013)

University of British Columbia (Geophysics and Astronomy 1996)

University of California, Berkeley (Astronomy 1996; Center for Pure and Applied Mathematics 1988; Geology and Geophysics 1988; Materials Science and Mineral Engineering 1988; Physics, 2001; Seismographic Stations, 1991, 1992, 1996; Statistics 1987, 1988(2),1989(2), 1990, 1991, 1992, 1994, 1996(2), 1997, 2006, 2009, 2011)

University of California, Davis (Statistics 1995, 2006; Mathematics 2000)

University of California, Los Angeles (Mathematics 1992; Statistics 2000, 2008, 2013)

University of California, Riverside (Earth Sciences 1996; Statistics 1996)

University of California, San Diego (Institute for Geophysics and Planetary Physics 1985, 1986, 1987, 1988(2), 1990, 1998, 2005; Mathematics 1994)

University of Cambridge (Institute for Astronomy 1992, 1997)

University of Chicago (Statistics 1990)

University of Edinburgh (Earth Sciences, 1998)

University of Luxembourg (Interdisciplinary Centre for Security, Reliability and Trust 2012)

University of Paris, Institute de Physique du Globe de Paris (2011)

University of Pennsylvania (Wharton Statistics Department, 2011)

University of Texas at Austin (Geological Sciences 1988; Mathematics 1990, 1991; Institute for Geophysics 1990)

Veterans Affairs Northern California Health Care System, Martinez, CA (East Bay Institute for Research and Education, 2007)

Yale University (Geology and Geophysics 1988; Statistics 1988)

# Press

217. A.I. Is Helping Scientists Predict When and Where the Next Big Earthquake Will Be, Thomas Fuller and Cade Metz, *The New York Times*, 26 October 2018. `https://www.nytimes.com/2018/10/26/technolo gy/earthquake-predictions-artificial-intelligence.html`

216. Mega Millions Frenzy At A Fever Pitch Ahead Of Tuesday Night Drawing, Don Ford, *KPIX CBS Television*, 23 October 2018. `https: //sanfrancisco.cbslocal.com/2018/10/23/mega-millions-frenz y-at-a-fever-pitch-ahead-of-tuesday-night-drawing/`

215. Innovators Look To "Accidental Crops" as a Nutritious, Environmentally Friendly and Free Source of Food, Natalie Parletta, *Ensia*, 28 September 2018. `https://ensia.com/articles/wild-greens/`

214. Can Urban Soil Offer Edible Weeds Fit for Foraging?, Eden Stiffman, *Civil Eats*, 21 September 2018. `https://civileats.com/2018/09/21 /can-urban-soil-offer-edible-weeds-fit-for-foraging/`

213. Georgia Voters—out of Country, out of Luck?, Sean Steinberg, *WhoWhatWhy*, 11 September 2018. `https://whowhatwhy.org/2018 /09/11/georgia-voters-out-of-country-out-of-luck/`

212. Even Scientists Jump to Conclusions—and That's a Problem, *Cosmos: The Science of Everything*, Paul Biegler, 6 September 2018, `https://cosmosmagazine.com/social-sciences/even-scien tists-jump-to-conclusions-and-that-s-a-problem`

211. Elections Scholar: Kansas Voting System Would Allow Undetectable Tampering, Jennifer Cohn, *TYT*, 6 September 2018. `https://tyt.co m/stories/4vZLCHuQrYE4uKagy0oyMA/5YIEQxHW5qmWayG0kYCsy2`

210. West Virginia is testing a mobile voting app for the midterms. What could go wrong?, Jen Kirby, *Vox*, 17 August 2018. `https://www.vox.com/2018/8/17/17661876/west-virginia-voatz-voting-app-election-security`

209. Election Security Hot Topic at Walnut Creek Town Hall, Debora Villalon, *KTVU*, 14 August 2018. `http://www.ktvu.com/news/election-security-hot-topic-at-congressional-town-hall-in-walnut-creek`

208. Weeds growing in poor city areas more nutritious than store-bought produce, Natalie Parletta, *Cosmos: The Science of Everything*, 13 August 2018. `https://cosmosmagazine.com/biology/weeds-growing-in-poor-city-areas-more-nutritious-than-store-bought-produce`

207. Voting Machine Company Admits Installing Vulnerable Remote-Access Software, Jimmy Falls, *Who.What.Why*, 19 July 2018. `https://whowhatwhy.org/2018/07/19/voting-machine-company-admits-installing-vulnerable-remote-access-software/`

206. Can the Emmys Be Hacked? One contender tried to find out, Geoff Edgers, *Washington Post*, 2 June 2018. `https://www.washingtonpost.com/news/arts-and-entertainment/wp/2018/06/22/can-the-emmys-be-hacked-one-contender-tried-to-find-out/`

205. Student Evaluations of Teaching are Not Valid. It is time to stop using SET scores in personnel decisions, John W. Lawrence, *American Association of University Professors*, May–June, 2018. `https://www.aaup.org/article/student-evaluations-teaching-are-not-valid`

204. County Server On Election Night: Report Investigators traced IP addresses linked to the attack to foreign countries, Sam Levine, *Huffington Post*, 11 May 2018. `https://www.huffingtonpost.com/entry/knox-county-election-cyberattack_us_5af5ca21e4b032b10bfa56ee?j6`

203. Texas Works To Create A More Secure Electronic Voting System, Ashley Lopez, *NPR Morning Edition*, 10 May 2018. `https://www.npr.org/2018/05/10/609979541/texas-works-to-create-a-more-secure-electronic-voting-system`

202. Amid Delay In New Lottery Policy, Repeat Winners Keep On Winning, Lisa Creamer and Jeff Kelly Lowenstein, *WBUR*, 27 April 2018. http://www.wbur.org/news/2018/04/27/lottery-frequent-winners-policy-delay

201. Some people repeatedly win the Wisconsin Lottery. Do they play fair? Peter Coutu, *Wisconsin Center for Investigative Journalism*, 18 March 2018. https://www.wisconsinwatch.org/2018/03/some-people-repeatedly-win-the-wisconsin-lottery-do-they-play-fair/

200. Experts Say Electronic Voting Machines Aren't Secure.  So Travis County Is Designing Its Own, Ashley Lopez, *KUT Public Radio*, 5 March 2018. http://kut.org/post/experts-say-electronic-voting-machines-arent-secure-so-travis-county-designing-its-own

199. Auditor general finds no fault with PA Lottery, but unusual wins remain unexplained, Daniel Simmons-Ritchie, *Penn Live*, 2 February 2018. http://www.pennlive.com/news/2018/02/auditor_general_finds_no_fault.html

198. Vote auditing can ensure integrity of elections, Audrey Malagon, *The Virginian-Pilot*, 20 January 2018. https://pilotonline.com/opinion/columnist/guest/article_cbe465f9-6f22-58c6-a050-42b0ea55cb41.html

197. Berkeley Professor Leads Nation's First Statewide Risk-Limiting Election Audit, *American Statistical Association News*, 20 December 2017. http://www.amstat.org/ASA/News/Berkeley-Professor-Leads-Nations-First-Statewide-Risk-Limiting-Election-Audit.aspx

196. Engineering verifiable elections, *IEEE Spotlight*, 5 December 2017. http://sites.ieee.org/spotlight/when-is-an-election-verifiable/

195. Just how lucky are regular lottery winners? *More or Less*, *BBC*, 3 December 2017. http://www.bbc.co.uk/programmes/w3csvq3h

194. Colorado's First-In-The-Nation Audit Takes The Next Step Toward More Secure Elections, Ann Marie Awad, *All Things Considered*,

*National Public Radio*, 22 November 2017. `https://www.npr.org/2017/11/22/566039611/colorado-launches-first-in-the-natio n-post-election-audits` (Originally broadcast on *Colorado Public Radio*, `http://www.cpr.org/news/story/colorado-s-first-in-th e-nation-audit-takes-the-next-step-toward-more-secure-ele ctions`)

193. Auditor General examining unusually frequent lottery wins identified by PennLive, Daniel Simmons-Ritchie, *Penn Live*, 25 September 2017. `http://www.pennlive.com/news/2017/09/auditor_general_ examining_freq.html`

192. Nationwide lottery project, like Post's, finds improbable winnings, Lawrence Mower, *Palm Beach Post*, 22 September 2017. `http://www .mypalmbeachpost.com/news/nationwide-lottery-project-like- post-finds-improbable-winnings/Sj8QrpwbqyT3xs9gBVPJSP/`

191. When retailers win lottery prizes with luck that defies belief, could officials be turning a blind eye?, Daniel Simmons-Ritchie, *Penn Live*, 15 September 2017. `http://www.pennlive.com/watchdog/2017/09/ defying_the_odds_part_3.html`

190. These Pennsylvania Lottery players have won more than a 100 times - but how?, Daniel Simmons-Ritchie, *Penn Live*, 14 September 2017. `http://www.pennlive.com/watchdog/2017/09/defying_the_ odds_part_2.html`

189. How did PennLive investigate America's 'luckiest' lottery players?, Daniel Simmons-Ritchie and Jeff Kelly Lowenstein, *Penn Live*, 13 September 2017. `http://www.pennlive.com/watchdog/2017/09 /defying_the_odds_methodology.html`

188. The math behind PennLive's analysis of frequent lottery winners, Daniel Simmons-Ritchie, *Penn Live*, 13 September 2017. `http://www .pennlive.com/watchdog/2017/09/defying_the_odds_math.html`

187. The nation's 'luckiest' lottery winners may not be as lucky as they seem, Daniel Simmons-Ritchie and Jeff Kelly Lowenstein, *Penn Live*, 13 September 2017. `http://www.pennlive.com/watchdog/2017/09/ defying_the_odds_part_1.html`

186. Risky business: How do restaurants succeed long term?, Megan Favignano, *Columbia Daily Tribune*, 19 August 2017. `http://www.co lumbiatribune.com/news/20170819/risky-business-how-do-rest aurants-succeed-long-term`

185. In System With Little Oversight, Connecticut's Biggest Lottery Winners Often Pay Huge Price, Matthew Kauffman, Dave Altimari, and Jon William Allsop, *Hartford Courant*, 17 August 2017. `http://www.courant.com/news/connecticut/hc-lottery-bi g-winners-20170817-story.html`

184. Gaming the Lottery: Behind the Story, Jeff Kelly Lowenstein and Raymond Joseph, *eNews Channel Africa*, 14 August 2017. `http://www.e nca.com/south-africa/gaming-the-lottery-behind-the-story`

183. Why are doctors and patients still at war over M.E.? How the best treatment for the debilitating condition is one of the most bitterly contested areas in medicine, Jerome Burne, *The Daily Mail*, 14 August 2017. `http://www.dailymail.co.uk/news/article-4790904/Why-d octors-patients-war-M-E.html`

182. DefCon hackers made short work of voting machines. Now what?, Matt Leonard, *GCN*, 8 August 2017. `https://gcn.com/articles/2017/0 8/08/defcon-voting-hacking.aspx`

181. Colorado to require advanced post-election audits, Eric Geller, *Politico*, 17 July 2017. `http://www.politico.com/story/2017/07/17/color ado-post-election-audits-cybersecurity-240631`

180. Are edible weeds the next food trend? Devika Bansal, *San Jose Mercury News*, 16 July 2017. `http://www.mercurynews.com/2017/0 7/16/is-picking-edible-weeds-off-the-streets-the-next-foo die-trend/`

179. Here's how to keep Russian hackers from attacking the 2018 elections, J. Alex Halderman and Justin Talbot-Zorn, *Washington Post*, 21 June 2017. `https://www.washingtonpost.com/news/posteverything/wp /2017/06/21/heres-how-to-keep-russian-hackers-from-attack ing-the-2018-elections/`

178. Do French Fries Kill You? A Lesson in Correlation vs. Causation, Leah Rosenbaum, *Seeker*, 16 June 2017. `https://www.seeker.com/health/do-french-fries-kill-you-a-lesson-in-cargo-cult-science`

177. White Men Of Academia Have An 'Objectivity' Problem, P.L. Thomas, *Huffington Post*, 9 June 2017. `http://www.huffingtonpost.com/entry/more-on-white-men-of-academia-student-and-self-evaluation_us_593a8204e4b0b65670e56963`

176. The Voting Technology We Really Need? Paper, Lawrence Norden, *The Atlantic*, 10 May 2017. `https://www.theatlantic.com/technology/archive/2017/05/the-voting-technology-we-really-need-paper/524820/`

175. There's Probably a Salad's Worth of Greens On Your City Block, Glenn Jackson, *Bon Appetit / Healthy-ish*, 9 May 2017. (urban foraging, food security, food safety, nutrition) `http://www.bonappetit.com/story/urban-foraging-philip-stark`

174. Foraging, an educational skill set that could one day be taught in public schools, Jessica Wyant, *The Pioneer*, 1 May 2017. (urban foraging, food security, food safety, nutrition) `http://piercepioneernews.com/11293/campus/11293/`

173. Berkeley Open Source Food Week promotes foraging, Gasia Mikaelian, *KTVU*, 20 April 2017. (urban foraging, food security, food safety) `http://www.ktvu.com/news/249730521-story`

172. UC Berkeley professor shares love of edible, nutritious weeds, Rebecca Parr, *East Bay Times*, 24 March 2017. (urban foraging, food security, food safety) `http://www.eastbaytimes.com/2017/03/24/hayward-professor-shares-love-of-edible-nutritious-weeds/`

171. Women Professors' Salaries Have Gone Up More Than Men's—but the Wage Gap Is Still Widening, Suzannah Weiss, *Glamour*, 23 March 2017. (teaching evaluations, gender bias) `http://www.glamour.com/story/women-professors-salaries-have-gone-up-more-than-mensbut-the-wage-gap-is-still-widening`

170. Inside the Recount, Steve Friess, *New Republic*, March 2017. (election integrity) https://newrepublic.com/article/140254/inside-story-trump-clinton-stein-presidential-election-recount

169. Ratings Show Students Unfairly Favor Male Professors, Peter Musto, *Voice of America*, 13 February 2017. (teaching evaluations, gender bias) http://learningenglish.voanews.com/a/ratemyprofessors-rating-system-unfair-to-females/3718237.html

168. Voter Fraud Experts: Trump's "Bizarre" Claim Of Illegal Votes Could Lead To Severe Voter Restrictions. Journalists Urged To Call Out "Bogus" Assertion, Joe Strupp, *Media Matters*, 25 January 2017. (election integrity) https://mediamatters.org/blog/2017/01/25/voter-fraud-experts-trump-s-bizarre-claim-illegal-votes-could-lead-severe-voter-restrictions/215119

167. Stein Camp Believes Recount Price Tag Was 'Jacked Up' to Discourage Audit, Oliver Ortega, *Who.What.Why*, 18 January 2017. (election integrity). http://whowhatwhy.org/2017/01/18/stein-camp-believes-recount-price-tag-jacked-discourage-audit/

166. Team at Rice builds machine to transform the way we vote, Dylan Baddour, *The Houston Chronicle*, 27 December 2016. (election integrity) http://www.houstonchronicle.com/news/houston-texas/houston/article/Team-at-Rice-builds-machine-to-transform-the-way-10821587.php

165. Fact-checking the integrity of the vote in 2016, Jon Greenberg, *PolitiFact*, 17 December 2016. (election integrity) http://www.politifact.com/truth-o-meter/article/2016/dec/17/fact-checking-claims-voter-fraud-2016/

164. *RT America News*, Interview by Ed Schultz, 9 December 2016. (election integrity) https://youtu.be/HUILuSbpKyM

163. Secure American Democracy, Robert Schlesinger, *US News and World Reports*, 9 December 2016. (election integrity) http://www.usnews.com/opinion/articles/2016-12-09/3-reforms-for-americas-vulnerable-democracy-in-light-of-the-2016-election

*P.B. Stark: CV*                    *January 4, 2019*                    73

162. 7 Election Integrity and Cyber-Security Experts Say Stopping Michigan Recount Is a Corrupt Exercise of Power, Steven Rosenfeld, *AlterNet*, 8 December 2016. (election Integrity) `http://airwww.alternet.org/7-election-integrity-and-cyber-security-experts-say-stopping-michigan-recount-corrupt-exercise-power`

161. The Wisconsin recount may have a surprise in store after all, Stephen Ansolabehere, Barry C. Burden, Kenneth R. Mayer, and Charles Stewart III, *The Washington Post*, 5 December 2016. (election integrity) `https://www.washingtonpost.com/news/monkey-cage/wp/2016/12/05/the-wisconsin-recount-may-have-a-surprise-in-store-after-all/`

160. Could a Recount Overturn the Election? *The Economist*, 3 December 2016. (election integrity) `http://www.economist.com/news/united-states/21711055-recounting-votes-tedious-expensive-and-cathartic-could-recount-overturn`

159. *KTVU 2 Fox News*, Interview, 2 December 2016. (election integrity)

158. The Kathleen Dunn Show, *Wisconsin Public Radio*, Interview, 1 December 2016. (election integrity) `http://www.wpr.org/listen/1028671`

157. *KCBS Radio*, Interview with Doug Sovern, 1 December 2016. (election integrity)

156. What Would It Take to Fix The Voting System and Why Isn't Anybody Doing It?, Jeff Clyburn and Klaus Marre, *Who.What.Why?*, 1 December 2016. (election integrity) `http://whowhatwhy.org/2016/12/01/take-fix-voting-system-isnt-anybody/`

155. What 6 Top Election Experts Are Saying about the Next Big Step for the 2016 Recount, Steven Rosenfeld, *AlterNet*, 29 November 2016. (election integrity) `http://www.alternet.org/election-2016/what-6-top-election-experts-are-saying-about-next-big-step-2016-recount`

154. Judge rejects Stein's request for hand recount, Jason Stein, *Milwaukee Journal Sentinel*, 29 November 2016. (election integrity) `http://www`

`.jsonline.com/story/news/politics/elections/2016/11/29/ste`
`ins-recount-headed-court-tuesday/94598740/`

153. UC Berkeley professor calls for audit of presidential election votes, Ashley Wong, *The Daily Californian*, 29 November 2016. (election integrity) `http://www.dailycal.org/2016/11/28/uc-berkeley-pro` `fessor-calls-for-audit-of-presidential-election-votes/`

152. Security experts join Jill Stein's 'election changing' recount campaign, Jon Swaine, *The Guardian*, 28 November 2016. (election integrity) `ht` `tps://www.theguardian.com/us-news/2016/nov/29/security-exp` `erts-join-jill-steins-election-changing-recount-campaign`

151. *KTVU 2 Fox News*, Interview, 28 November 2016. (election integrity) `http://www.ktvu.com/news/220330952-story`

150. US election recount: how it began—and what effect it could have, Jon Swaine and Mona Chalabi, *The Guardian*, 28 November 2016. (election integrity) `https://www.theguardian.com/us-news/2016/nov/28/el` `ection-recount-jill-stein-hillary-clinton-donald-trump`

149. *BBC World Service*, 25 November 2016. Interview by Dotun Adebayo. (election integrity)

148. *KCBS Radio*, 25 November 2016. Interview. (election integrity)

147. *BBC World Service*, 24 November 2016. Interview. (election integrity)

146. US election: Leading statisticians call for vote audit over hacking fears, Harry Cockburn, *The Independent*, 23 November 2016. (election integrity) `http://www.independent.co.uk/news/world/americas/u` `s-election-statisticians-vote-audit-hacking-donald-trump-` `hillary-clinton-a7434516.html`

145. Hacked or Not, Audit This Election (And All Future Ones), Andrew Greenberg, *Wired*, 23 November 2016. (election integrity) `https://ww` `w.wired.com/2016/11/hacked-not-audit-election-rest/`

144. Republicans Cannot Claim a Mandate When Hillary Clinton Has a 2 Million-Vote Lead, John Nichols, *The Nation*, 23 November 2016. (election integrity) `https://www.thenation.com/article/republic`

`ans-cannot-claim-a-mandate-when-hillary-clinton-has-a-two`
`-million-vote-lead/`

143. Stop Saying the Election Was Rigged, Andrew Gelman, *Slate*, 22 November 2016. (election integrity) `http://www.slate.com/article` `s/health_and_science/science/2016/11/reports_claiming_the_` `election_was_rigged_are_wrong.html`//

142. Electoral Organizations Call For Nationwide Audit, Ethan Harfenist, *Vocativ*, 18 November 2016. (election integrity) `http://www.vocativ` `.com/377544/election-audit/`

141. Against all Odds, Gavin Off and Adam Bell, *The Charlotte Observer*, 29 September 2016. (lottery fraud) `http://www.charlotteobserver` `.com/news/special-reports/against-all-odds/`

140. Exercise and therapy cure for ME seriously flawed, Tom Whipple, *The Times of London*, 28 September 2016. (myalgic encephalomyelitis, chronic fatigue syndrome, clinical trials)

139. Livestream interview: Audits in California—How to Improve, *Ballots for Bernie*, 25 September 2016. (election integrity) `https://www.fac` `ebook.com/events/536276663233125/`

138. Foraging: Where the wild foods are, Shannon Eblen, *Courier-Post / USA Today*, 21 September 2016. (urban foraging, food security, food safety) `http://www.courierpostonline.com/story/life/2016/09/` `21/foraging-food-edibles-deptford/90494736/`

137. Bad science misled millions with chronic fatigue syndrome. Here's how we fought back, Julie Rehmeyer, *STAT*, 21 September 2016. (chronic fatigue syndrome, analysis of clinical trials) `https://www.statnews.` `com/2016/09/21/chronic-fatigue-syndrome-pace-trial/`

136. How to Hack an Election in 7 Minutes, Ben Wofford, *Politico Magazine*, 5 August 2016. (election integrity, election auditing) `http://ww` `w.politico.com/magazine/story/2016/08/2016-elections-russi` `a-hack-how-to-hack-an-election-in-seven-minutes-214144`

135. Instead of Pokémon, Try Using Your Smartphone To Catch Tasty Wild Edibles, Jill Neimark, *Good*, 2 August 2016. (urban foraging, wild/feral

food) `https://food.good.is/articles/foragers-call-these-app`
`s-the-tinder-for-wild-food`

134. The Bias in Student Course Evaluations, Joey Sprague, *Inside Higher Ed*, 17 June 2016. (teaching evaluations, gender bias) `https://www.insidehighered.com/advice/2016/06/17/remo`
`ving-bias-student-evaluations-faculty-members-essay`

133. How One Professor Is Trying to Paint a Richer Portrait of Effective Teaching, Emma Pettit, *The Chronicle of Higher Education*, 16 June 2016. (teaching evaluations, gender bias) `http://chronicle.com/ar`
`ticle/How-One-Professor-Is-Trying-to/236827`

132. Survival of the Smartest: Berkeley Prof Stocks Up On Skill to Outlast Apocalypse, Krissy Eliot, *California Magazine*, 31 May 2016. (urban foraging, cooking, food, trail running) `http://alumni.berkeley.edu`
`/california-magazine/just-in/2016-05-31/survival-smartest`
`-berkeley-prof-stocks-skill-outlast`

131. MSU Professors Read Mean Reviews, *Detroit Free Press*, 2 May 2016. (teaching evaluations, gender bias) `http://www.freep.com/story/ne`
`ws/local/michigan/2016/05/02/msu-professors-read-mean-revi`
`ews/83836716/`

130. Embracing 'Messy' Science, Colleen Flaherty, *Inside Higher Ed*, 15 March 2016. (*P*-values) `https://www.insidehighered.com/news/20`
`16/03/15/american-statistical-association-seeks-usher-new`
`-era-statistical-significance`

129. Are College Students Sexist? New Research Says They Grade Female Profs More Harshly, Krissy Eliot, *California Magazine*, 3 February 2016. (gender bias, teaching evaluations) `http://alumni.berkeley.`
`edu/california-magazine/just-in/2016-02-03/are-college-st`
`udents-sexist-new-research-says-they-grade`

128. Are student evaluations fair on female teachers?, Alecia Simmonds, *Daily Life*, 3 February 2016. (gender bias, teaching evaluations) `http`
`://www.dailylife.com.au/news-and-views/dl-opinion/are-stud`
`ent-evaluations-fair-on-female-teachers-20160202-gmjuw6.h`
`tml`

127. Scientists: Subtle Seismic Activity Hints at Predicting Large Quakes, Steve Herman, *Voice of America*, 28 January 2016. (earthquake prediction) `http://www.voanews.com/content/subtle-seismic-activ` `ity-hints-predicting-large-quakes/3167842.html`

126. New Study Shows College Students Are Overwhelmingly Biased Against Female Professors: Student evaluations aren't just based on the effectiveness of teachers. Noelle Devoe, *Seventeen*, 27 January 2016. (gender bias, teaching evaluations) `http://www.seventeen.co` `m/life/school/news/a37577/new-study-shows-college-students` `-are-overwhelmingly-biased-against-female-professors/`

125. Les évaluations des enseignements par les étudiants et les stéréotypes de genre, Anne Boring, *The Conversation*, 26 January 2016. (gender bias, teaching evaluations) `https://theconversation.com/les-eva` `luations-des-enseignements-par-les-etudiants-et-les-stere` `otypes-de-genre-53590`

124. Students Are Kind of Harsh When Evaluating Their Female Professors, Tanya Basu, *New York Magazine*, 26 January 2016. (gender bias, teaching evaluations) `http://nymag.com/scienceofus/2016/01/stu` `dents-give-women-professors-worse-evaluations.html`

123. Student Evaluations Of College Professors Are Biased Against Women, Study Finds, Showing How Sexism Warps Our Views Of Competency, Erin Mckelle Fischer, *Bustle*, 26 January 2016. (gender bias, teaching evaluations) `http://www.bustle.com/articles/137889-student-e` `valuations-of-college-professors-are-biased-against-women` `-study-finds-showing-how-sexism-warps-our`

122. New Study Shows That Students Overwhelmingly Prefer Male Professors to Female Ones, but does having a male teacher mean a higher GPA? Kate Dwye, *Teen Vogue*, 26 January 2016. (gender bias, teaching evaluations) `http://www.teenvogue.com/story/students-eval` `uate-male-professors-more-favorably`

121. Students Favor Male Professors Regardless of Their Skills and Teaching Style, Madeleine Davies, *Jezebel*, 25 January 2016 (gender bias, teaching evaluations) `http://jezebel.com/students-favor-male-profe` `ssors-regardless-of-their-skil-1754947463`

120. Why Female Professors Get Lower Ratings, Anya Kamenetz, *NPR Education*, 25 January 2016. (gender bias, teaching evaluations) http://www.npr.org/sections/ed/2016/01/25/463846130/why-women-professors-get-lower-ratings//

119. The Glaring Flaw In Student Evaluations, Casey Quinlan, *Think Progress*, 14 January 2016. (gender bias, teaching evaluations) http://thinkprogress.org/education/2016/01/14/3739455/gender-bias-professors/

118. Bias Against Female Instructors, Colleen Flaherty, *Inside Higher Ed*, 11 January 2016. (gender bias, teaching evaluations) https://www.insidehighered.com/news/2016/01/11/new-analysis-offers-more-evidence-against-student-evaluations-teaching Reprinted as It's Time to Kill the Student Evaluation: More and more evidence shows bias against female instructors, *Slate*, 14 January 2016. http://www.slate.com/articles/life/inside_higher_ed/2016/01/student_evaluations_show_bias_against_female_instructors.html

117. There's No Easy Fix for Gender Bias in Students' Evaluation of Teachers, Nathan Collins, *Pacific Standard*, 8 January 2016. (gender bias, teaching evaluations) http://www.psmag.com/politics-and-law/kids-will-be-gender-biased-kids

116. Is food foraged in cities safe to eat?, Christina Boyes, *Civil Eats*, 11 November 11 2015. (urban foraging, nutrition, food safety) http://civileats.com/2015/11/11/is-urban-foraging-cities-safe-to-eat-boston/

115. Terra Verde interview, by Jason Mark, *KPFA*, 21 August 2015. (urban foraging, nutrition, food equity, food security, sustainability) http://archives.kpfa.org/data/20150821-Fri1400.mp3

114. Un repas au coin du bitume, Julie Zaugg, *Le Temps*, 8 August 2015. (urban foraging, nutrition, food equity, food security, sustainability) http://www.letemps.ch/Page/Uuid/e58f7054-3d24-11e5-9458-9f31f164eeae/Un_repas_au_coin_du_bitume

113. A Walk on the Wild (Edibles) Side, Mark Bittman, *The New York Times*, 9 July 2015. (urban foraging, nutrition, food equity, food secu-

rity, sustainability) http://www.nytimes.com/2015/07/09/opinion/mark-bittman-a-walk-on-the-wild-edibles-side.html

112. Why Mark Bittman Is Eating Weeds on Oakland's Sidewalks, Yahoo Food Editors, *Yahoo! Food*, 9 July 2015. (urban foraging, nutrition, food equity, food security, sustainability) https://www.yahoo.com/food/why-mark-bittman-is-eating-edible-weeds-on-123662813296.html

111. The Logistics of Urban Food Foraging, Katherine Spiers, *KCET*, 8 July 2015. (urban foraging, nutrition, food equity, food security, sustainability) http://www.kcet.org/living/food/the-nosh/the-logistics-of-urban-food-foraging.html

110. With apps in hand, foragers find food underfoot, *Rustik Magazine*, 28 June 2015. (urban foraging, nutrition, food equity, food security, sustainability) http://rustikmagazine.com/technology-urban-foraging/

109. Flawed Evaluations.  Colleen Flaherty, *Inside Higher Ed*, 10 June 2015. (teaching evaluations) https://www.insidehighered.com/news/2015/06/10/aaup-committee-survey-data-raise-questions-effectiveness-student-teaching

108. Take a walk on the wild (edible) side. Mark Bittman, *California Matters*, 8 June 2015. (urban foraging, nutrition, food equity, food security, sustainability) https://youtu.be/F8BLU3iaLgM

107. California Matters: Mark Bittman's Online Video Series Premieres with 'Take a Walk on the Wild (Edibles) Side'. Lisa Landers, *KQED*, 8 June 2015. (urban foraging, nutrition, food equity, food security, sustainability) http://ww2.kqed.org/bayareabites/2015/06/08/california-matters-mark-bittmans-online-video-series-premieres-with-take-a-walk-on-the-wild-edibles-side/

106. Edible urban weeds—Oakland's sidewalk salads. Paul Belz, *Wild Oakland*, 30 May 2015. (urban foraging, nutrition, food equity, food security, sustainability) http://wildoakland.org/2015/05/edible-urban-weeds-oaklands-sidewalk-salads/

105. Eat Your Weeds: Get outside and forage for your food in the forests and sidewalk cracks of the East Bay. Sascha Bos, *East Bay Express*, 20 May 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.eastbayexpress.com/oakland/eat-your-weeds/Content?oid=4289051`

104. Student Evaluations: Feared, Loathed, and Not Going Anywhere. Stacey Patton, *Chronicle of Higher Education*, 19 May 2015. (teaching evaluations) `https://chroniclevitae.com/news/1011-student-evaluations-feared-loathed-and-not-going-anywhere`

103. Why Not Get Rid of Student Evaluations? Stephen Burt, *Slate*, 15 May 2015. (teaching evaluations) `http://www.slate.com/articles/life/education/2015/05/a_defense_of_student_evaluations_they_re_biased_misleading_and_extremely.html`

102. Q&A: Philip Stark. Rose Hayden-Smith, *UC Food Observer*, 11 May 2015. (urban foraging, nutrition, food equity, food security, sustainability, ecology) `http://ucfoodobserver.com/2015/05/11/qa-philip-stark/`

101. Course evaluations get a failing grade in terms of effectiveness. Riley Vetterkind, *The Badger Herald*, 30 April 2015. (teaching evaluations, misuse of statistics, gender bias) `https://badgerherald.com/news/2015/04/30/course-evaluations-get-a-failing-grade-in-terms-of-effectiveness/`

100. Dandelions Should Be the New Kale. Emiko Jozuka, *Motherboard/Vice*, 27 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://motherboard.vice.com/read/dandelions-should-be-the-new-kale`

99. Salad at Your Feet. Nicholas Boer, *Diablo Magazine*, 27 April 2015. `http://www.diablomag.com/May-2015/Salad-at-Your-Feet/`

98. Weeds are the future of healthy eating. Jason Mark, *Salon.com*, 18 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.salon.com/2015/04/18/weeds_are_the_future_of_fine_dining_partner/`

97. Weed Eaters: Accompanying Berkeley's Urban Foragers from Weed Patch to Dining Table. Kristine A. Wong, *California Magazine*, 15 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://alumni.berkeley.edu/california-magazin e/just-in/2015-04-15/weed-eaters-accompanying-berkeleys-u rban-foragers-weed-patch`

96. Up Front with Vylma V, *KPFA Radio*, 9 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `https://kpfa.or g/episode/up-front-april-9-2015/` (at 30:02)

95. Bay Area Restaurants Cooking Weeds for Wild Food Week. Don Ford, *KPIX CBS News*, 8 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://sanfrancisco.cbslocal .com/2015/04/08/bay-area-restaurants-cooking-weeds-wild-f ood-week/`

94. Weeds — They're What's for Dinner, Jason Mark, *Earth Island Journal*, 8 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.earthisland.org/journal/index.php/e list/eListRead/weeds_theyre_whats_for_dinner/`

93. The app that helps you discover edible weeds. Richard Taylor, *BBC*, 8 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.bbc.com/news/technology-32124855`

92. Wild Food Week Highlights Edible Weeds Going to Waste, Tamara Palmer, NBC Bay Area News, 6 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.nbcbayarea.co m/news/local/Wild-Food-Week-298812881.html`

91. KCBS News, 4 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.contactlenzcommunications.c om/sitebuildercontent/sitebuilderfiles/wildweedsreplay.mp3`

90. How do you convince people to eat weeds? Aarian Marshall, *The Atlantic / CityLab*, 3 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.citylab.com/work/2015/0 4/how-do-you-convince-people-to-eat-weeds/389357/`

89. Wild Weeds, *Edible East Bay*, 1 April 2015. (Urban foraging, nutrition, food equity, food security, sustainability) `http://edibleeastbay.com/newsletter/wild-weeds/`

88. San Francisco Bay Restaurants Serving Weeds For Wild Food Week, *Growing Magazine*, 1 April 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.growingmagazine.com/take-control/san-francisco-bay-restaurants-serving-weeds-for-wild-food-week/`

87. Top San Francisco Bay Restaurants Serving 'Weeds' All Next Week, *Broadway World*, 31 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.broadwayworld.com/bwwfood-wine/article/Top-San-Francisco-Bay-Restaurants-Serving-Weeds-All-Next-Week-20150331`

86. Slinging Weeds: Wild Food Week, Luke Tsai, *East Bay Express*, 31 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.eastbayexpress.com/WhatTheFork/archives/2015/03/31/slinging-weeds-wild-food-week`

85. Wild Food Week: Bay Area dinner series showcases foraged plants, Paolo Lucchesi , *SF Gate*, 26 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://insidescoopsf.sfgate.com/blog/2015/03/26/wild-food-week-bay-area-dinner-series-showcases-foraged-plants/`

84. Professors tell America's poor to harvest weeds, Rhys Blakely, *The Times of London*, 7 March 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.thetimes.co.uk/tto/news/world/americas/article4375062.ece`

83. Let Them Eat Weeds: App Helps People Forage Their Way out of Hunger, Sarah McColl, *TakePart*, 19 February 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.takepart.com/article/2015/02/19/foraging-apps-food-insecurity`

82. The Food that Grows from Concrete, Olivia Cueva, *KALW*, 12 February 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://kalw.org/post/food-grows-concrete`

81. Snacking In-Between Sidewalks: Mapping Abundance of Wild Edibles in the Bay Area's Food Deserts, Angela Johnston, *KQED Bay Area Bites*, 5 February 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://blogs.kqed.org/bayareabites/2015/02/05/snacking-in-between-sidewalks-mapping-abundance-of-wild-edibles-in-the-bay-areas-food-deserts/`

80. Can urban foraging actually feed poor people? Nathanael Johnson, *Grist*, 30 January 2015. (urban foraging, nutrition, food equity, food security, sustainability) `http://grist.org/food/can-urban-foraging-actually-feed-poor-people/`

79. Foragers' Delight: Can Wild Foods Make City Dwellers Healthier? Madeleine Key, *Civil Eats*, 5 December 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://civileats.com/2014/12/05/foragers-delight-can-wild-foods-make-city-dwellers-healthier/`

78. What's for Dinner? For These Urban Foragers in Berkeley, The Answer is Weeds, Eric Neumann, *California Magazine*, Winter 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://alumni.berkeley.edu/california-magazine/winter-2014-gender-assumptions/whats-dinner-these-urban-foragers-berkeley-answer`

77. 12 things you didn't know about holiday foods, UC Newsroom, 24 November 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://universityofcalifornia.edu/news/12-things-you-didnt-know-about-holiday-foods`

76. Weed Eaters: These guys want you to eat weeds—and they'll show you where to find 'em, Alisa Opar, NRDC *onEarth*, 24 November 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://www.onearth.org/earthwire/weed-eaters`

75. Foragers find bounty of edibles in urban food deserts, Gretchen Kell, UC Berkeley Media Relations, 17 November 2014. (urban foraging, nutrition, food equity, food security, sustainability) `http://newscenter.berkeley.edu/2014/11/17/urban-foraging/`

74. How Many Ballots Do You Have To Count To Know Whether An Election Was Rigged? Short answer: Surprisingly few. Rafi Letzter, *Popular Science*, 4 November 2014. (Election integrity, auditing) http://www.popsci.com/article/science/how-many-ballots -do-you-have-count-know-whether-election-was-rigged

73. A New Voting Machine Could Make Sure Every Vote Really Counts. That is, if it ever gets used. Rafi Letzter, *Popular Science*, 4 November 2014. (Election integrity, auditing) http://www.popsci.com/article/technology/new-voting-ma chine-could-make-sure-every-vote-really-counts

72. Can we trust the Internet with our most basic civic duty? DecodeDC ponders the future of voting, Miranda Green and Andrea Seabrook, *NewsNet5 ABC*, 31 October 2014. (Election integrity) http://www.newsnet5.com/decodedc/podcast/can-we-tru st-the-internet-with-our-most-basic-civic-duty

71. Cal professors on the hunt for edible, nutritious East Bay weeds, Carolyn Jones, *The San Francisco Chronicle* and SFGate, 25 October 2014. (urban foraging, nutrition, food equity, food security, sustainability) http://www.sfgate.com/bayarea/article/Cal-professor s-on-the-hunt-for-edible-nutritious-5846111.php, http://ww w.sfchronicle.com/bayarea/article/Cal-professors-on-the-hu nt-for-edible-nutritious-5846111.php

70. Course evaluations ineffective, misused, report finds, Mina Corpuz, *The Daily Free Press*, 3 October 2014. (Evaluating teaching, misuse of Statistics) http://dailyfreepress.com/2014/10/03/course-evalu ations-ineffective-misused-study-finds/

69. Course evaluations slammed as ineffective: A Berkeley professor said the evaluations aren't a good gauge of a class, Noelle Wells, *The Daily Tar Heel*, 2 October 2014. (Evaluating teaching, misuse of Statistics) http://www.dailytarheel.com/article/2014/10/coures-eva luations-slammed%20as%20ineffective

68. Professor gives low rating to effectiveness of current teaching evaluations, Siera Stalcup, *The Daily Cal*, 30 September 2014. (Evaluating

teaching, misuse of Statistics) `http://www.dailycal.org/2014/09/2` `9/effectiveness-student-course-evaluations/`

67. Student Course Evaluations Get An 'F,' Anya Kamenetz, *NPR Education Blog*, 26 September 2014. (Evaluating teaching, misuse of Statistics) `http://www.npr.org/blogs/ed/2014/09/26/345515451/stude` `nt-course-evaluations-get-an-f`

66. 2 scholars flunk course evaluations as measures of teaching quality, Dan Berrett, *Chronicle of Higher Education*, p. A16, 26 September 2014 `http://chronicle.texterity.com/chronicle/20140926a?sub` `_id=2FQNKVDXMnsU#pg16`
Scholars Take Aim at Student Evaluations' 'Air of Objectivity', Dan Berrett, *Chronicle of Higher Education*, 18 September 2014. (Evaluating teaching, misuse of Statistics) `http://chronicle.com/article/S` `cholars-Take-Aim-at-Student/148859/`

65. Making sure the votes count: Arapahoe County is pilot site, Ernest Luning, *The Colorado Statesman*, 15 August 2014. Also *Colorado Springs Independent*, 15 August 2014. (Statistical audits, election integrity) `http://www.coloradostatesman.com/content/995064-ma` `king-sure-votes-count`

64. Arapahoe County pioneering use of new vote verification system, John Aguilar, *The Denver Post*, 15 August 2014. (Statistical audits, election integrity) `http://www.denverpost.com/news/ci_26339735/arapaho` `e-county-pioneering-use-new-vote-verification-system`

63. Arapahoe Co. begins testing new ballot-counting system, Megan Verlee, *Colorado Public Radio*, 13 August 2014 (air date). (Statistical audits, election integrity) `http://www.cpr.org/news/story/arapahoe-co-b` `egins-testing-new-ballot-counting-system`

62. Don't blame John Pérez for the state's abhorrent recount rules, Daniel Borenstein, *Contra Costa Times*, 25 July 2014. (Statistical audits, recounts, election integrity) `http://www.contracostatimes.com/dan` `iel-borenstein/ci_26211948/daniel-borenstein-dont-blame-j` `ohn-perez-states-abhorrent`

61. California law sought to prevent recount fights, Jim Miller, *The Sacramento Bee*, 1 July 2014. (Risk-limiting audits, recounts, election integrity) `http://blogs.sacbee.com/capitolalertlatest/2014/07/a-california-law-on-the.html`

60. Lock the Vote, Julie Rehmeyer, *Discover Magazine*, July/August 2014. (STAR-Vote election system, election integrity)

59. Reproducible and Collaborative Statistical Data Science, Sarah Hillenbrand, *Berkeley Science Review*, 11 June 2014. (Reproducibility, education) `http://berkeleysciencereview.com/reproducible-collaborative-data-science/`

58. Lottery odds: To win, you'd have to be a loser. Lawrence Mower, *Palm Beach Post*, 28 March 2014. (Lottery fraud) `http://www.mypalmbeachpost.com/news/news/lottery-odds-to-win-youd-have-to-be-a-loser/nfL57`

57. How Might Economics Education Be Improved? Michael O'Hare, Ten Miles Square, *Washington Monthly*, 21 October 2013. (Evaluating teaching) `http://www.washingtonmonthly.com/ten-miles-square/2013/10/how_might_economics_education047441.php`

56. From geeky to cool: Statistics is Berkeley's fastest-growing major. Carol Ness, Berkeley NewsCenter, 16 April 2013. (growth in Statistics) `http://newscenter.berkeley.edu/2013/04/16/from-geeky-to-cool-statistics-is-berkeleys-fastest-growing-major`

55. The Upbeat Stats on Statistics. Carl Bialik, *The Wall Street Journal*, 1 March 2013. (growth in Statistics) `http://blogs.wsj.com/numbersguy/the-upbeat-stats-on-statistics-1216`

54. As Ohio Faces Vote-Rigging Lawsuit, Are Dems, Liberals, Election Officials Ready to Safeguard Votes? Art Levine, *The Huffington Post*, 2 November 2012. (election integrity) `http://www.huffingtonpost.com/art-levine/mia-in-voting-machine-war_b_2054411.html?utm_hp_ref=voting-rights`

53. Will the Next Election be Hacked? Michael Agresta, *The Wall Street Journal*, 17 August 2012. (election integrity) `http://online.wsj.com/article/SB10000872396390444508504577595280674870186.html`

52. Saving throw: securing democracy with stats, spreadsheets, and 10-sided dice: "Risk-limiting audits" use sound math to make sure the right candidate won. Cyrus Farivar, *Ars Technica*, 24 July 2012. (Election auditing) `http://arstechnica.com/tech-policy/2012/0 7/saving-american-elections-with-10-sided-dice-one-stats-profs-quest/`

51. New audit method could improve detection of flaws—and fix them. Adam Playford and Pat Beall, *Palm Beach Post*, 8 May 2012. (Election auditing) `http://www.palmbeachpost.com/news/new-post-electio n-audit-method-could-improve-detection-2346480.html`

50. Florida law hinders vote audits. Adam Playford and Pat Beall, *Palm Beach Post*, 8 May 2012. (election integrity) `http://www.palmbeachp ost.com/news/florida-law-hinders-vote-audits-2346483.html`

49. Imagining a Census Survey Without a Mandate. Carl Bialik, *The Wall Street Journal*, 30 March 2012. (census) `http://blogs.wsj.com/num bersguy/imagining-a-census-survey-without-a-mandate-1129/`

48. Are large earthquakes increasing in frequency? Deanna Conners, *Earth-Sky*, 4 March 2012. (Earthquake clustering) `http://earthsky.org/e arth/are-large-earthquakes-increasing-in-frequency`

47. New Equation for Voting Technology: Auditing > Testing? Doug Chapin, University of Minnesota Program for excellence in Election Administration, 12 January 2012. `http://blog.lib.umn.edu/cspg/ peea/2012/01/new_equation_for_voting_techno.php`

46. Cuyahoga County elections board leads pack in testing, auditing. Laura Johnston, *The Plain Dealer*, 1 January 2012. (risk-limiting audits, election integrity) `http://blog.cleveland.com/metro/2012/01/cuy ahoga_county_elections_boar_5.html`

45. Radio Australia "Connect Asia" program, 21 December 2011. (live appearance re earthquake clustering) `http://www.radioaustralia.n et.au/connectasia/`

44. Geologists wonder if the Northwest is up next for a giant earthquake. Joe Rojas-Burke, *The Oregonian*, 21 December 2011. Syndicated in

Middle East North Africa Financial Network. (Earthquake clustering) `http://www.oregonlive.com/environment/index.ssf/2011/12/ge ologists_wonder_if_the_north.html` `http://www.menafn.com/qn _news_story.asp?storyid=%7B1ee57506-581b-4e99-a8be-41b9f35 197e5%7D`

43. Mega-quake clusters unlikely: study. Anna Salleh, *ABC*, 20 December 2011. (Earthquake clustering) `http://www.abc.net.au/science/art icles/2011/12/20/3394245.htm`

42. Rest Your Fears: Big Earthquakes Not on the Rise. Stephanie Pappas, LiveScience, 9 December 2011. Syndicated in *MSNBC* and *Fox News* 10 December 2011. (Earthquake clustering) `http://www.livescienc e.com/17400-big-earthquakes-random.html` `http://www.msnbc.m sn.com/id/45616503/ns/technology_and_science-science/#.Tue IXGB8-oc` `http://www.foxnews.com/scitech/2011/12/10/rest-yo ur-fears-big-earthquakes-not-on-rise/`

41. San Luis Obispo takes part in pilot program for ballot audits. Bethany Tucker, *KSBY News*, 12 September 2011. (Election auditing) `http://www.ksby.com/news/san-luis-obispo-takes-part-in -pilot-program-for-ballot-audits/`

40. In This Dating Game, the Best Match Could Be Years Away. Carl Bialik, *The Wall Street Journal*, 16 July 2011. (numerical coincidences) `http://online.wsj.com/article/SB100014240527023045 21304576447892115939486.html`

39. Dozens of personal care products mislabeled as 'organic,' lawsuit says. Joanna Lin, *California Watch*, 20 June 2011. `http://californiawat ch.org/dailyreport/dozens-personal-care-products-mislabele d-organic-lawsuit-says-10873`

38. San Jose siblings two years apart, born on the same day at the same time. Jane J. Lee, *Silicon Valley Mercury News*, 14 June 2011. (numerical coincidences) `http://www.mercurynews.com/breaking-news /ci_18273248?nclick_check=1`

37. O.C. could see fewer election recounts. Martin Wisckol, *Orange County Register*, 6 May 2011. (Election auditing) `http://totalbuzz`

`.ocregister.com/2011/05/06/o-c-could-see-fewer-election-r`
`ecounts/52659/`

36. Consumer Reports Cops to Chrysler Data Gaps. Eric Mayne, Wards-Auto.com, 2 March 2011. `http://wardsauto.com/ar/consumer_re` `ports_chrysler_110302/`

35. Experts shouldn't be needed to call outcome of election.    *Al-bany Times Sun Union*, 1 January 2011.    (Election auditing) `http://www.timesunion.com/opinion/article/Experts-shou` `ldn-t-be-needed-to-call-outcome-of-930928.php`

34. Equation: Calculating Ballot Bungles is all about the P-Value. Julie Rehmeyer, *Wired*, November 2010, p.56. (Election auditing) `http://` `www.wired.com/magazine/2010/11/st_equation_votes/`

33. Fifty million to one: Mother defies odds to give birth on 10.10.10 after two others were born on 09.09.09 and 08.08.08. *Daily Mail*, 15 October 2010. (numerical coincidences) `http://www.dailymail.co.uk/news/` `article-1320840/Fifty-million-Mother-defies-odds-birth-10` `-10-10-born-09-09-09-08-08-08.html?ito=feeds-newsxml`

32. Mom's babies born on 8-8-08, 9-9-09, 10-10-10.    Elizabeth Weise, *USA TODAY*, 14 October 2010.    (numerical coincidences) `http://www.usatoday.com/yourlife/parenting-family/b` `abies/2010-10-14-Birthday14_ST_N.htm`

31. UC Berkeley Professor's Auditing System Aims to Count Votes More Accurately. Claire Perlman, *Daily Californian*, 28 April 2010. (Election auditing) `http://www.dailycal.org/article/109295/uc_berk` `eley_professor_s_auditing_system_aims_to_co`

30. California Assembly committee endorses UC Berkeley statistician's election auditing method. Robert Sanders, Media Relations, *UCBerke-leyNews*, 26 April 2010. (Election auditing) `http://www.berkeley.e` `du/news/media/releases/2010/04/26_canvass.shtml`

29. Ready or Not. Cosma Shalizi, *American Scientist*, March 2010. (Earth-quake prediction) `http://www.americanscientist.org/bookshelf/` `pub/ready-or-not`

28. Judge upholds November election of Novato Sanitary District board. Brent Ainsworth, *The Marin Independent Journal*, 8 March 2010. (Contested election) `http://www.marinij.com/marinnews/ci_14636 416`

27. Novato Sanitary election fight rolls on. Jim Welte, *The Marin Independent Journal*, 23 February 2010. (Contested election) `http://www .marinij.com/marinnews/ci_14456925`

26. Novato Sanitary board race tightens. Jim Welte, *The Marin Independent Journal*, 12 November 2009. (Contested election) `http://www.m arinij.com/election/ci_13773039`

25. AIDS Vaccine Trial Shows Only Slight Protection. Donald G. McNeil Jr., *New York Times*, 21 October 2009. (epidemiology) `http://www.n ytimes.com/2009/10/21/health/research/21vaccine.html?_r=1`

24. China To Require Filtering Software On PCs. Thomas Claburn, *Information Week*, 8 June 2009. (Internet content filtering) `http://www.informationweek.com/news/internet/policy/sh owArticle.jhtml?articleID=217800108&section=All+Stories`

23. KQED-FM Forum program on the Census, 6 March 2009. (live appearance re census)

22. Census, partisan wrangling go hand-in-hand. Tyche Hendricks, *Scripps News*, 23 February 2009. (census) `http://www.scrippsnews.com/no de/41139`

21. Why the census is always political. Tyche Hendricks, *San Francisco Chronicle*, 22 February 2009. (census) `http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2009/02/22/MNPB161PBV.DTL`

20. He's Out for the Count. Mark Hosenball, *NEWSWEEK*, 14 February 2009, Magazine issue dated 23 February 2009. (census) `http://www.n ewsweek.com/id/184802`

19. Measure B court challenge heads to San Francisco. Karen de Sá, *Mercury News*, 1 December 2008. (election integrity) `http://www.mercur ynews.com/politics/ci_11113510`