18. New Election Audit Targets Close Races.    Laura Snider, *Daily Camera*, 26 November 2008.    (risk-limiting audits, election integrity)  `http://www.dailycamera.com/news/2008/nov/26/new-election-audit-targets-close-races/`

17. Counting Continues for Elections Department.    *Redwood Times*, 19 November 2008. (risk-limiting audits, election integrity)  `http://www.redwoodtimes.com/local/ci_11023304`

16. Checking It Twice. Julie J. Rehmeyer, *Science News*, 19 January 2008. (Election auditing) `http://www.sciencenews.org/view/generic/id/9292/title/Math_Trek__Checking_It_Twice`

15. *Reelz Channel Dailies* "Is it Real?"   Reelz Channel, 15 June 2007. (gambling odds, probability)

14. Internet is 99 per cent porn free. Iain Thomson, *vnunet.com*, 15 November 2006. (Internet content filtering) `http://www.vnunet.com/vnunet/news/2168636/internet-per-cent-porn-free`

13. Internet Content Filters Fail to Block Sexually Explicit Material. Thomas Claburn, *Information Week*, 14 November 2006.   (Internet content filtering) `http://www.informationweek.com/news/showArticle.jhtml?articleID=194300677&section=All+Stories`

12. 1 percent of Web sites deemed pornographic. Maryclaire Dale, *Associated Press*, 14 November 2006. (Internet content filtering) `http://www.msnbc.msn.com/id/15721799/`

11. Only 1 percent of Web pages have porn?   Declan McCullagh, *News.com*, 14 November 2006. (Internet content filtering) `http://www.news.com/8301-10784_3-6135662-7.html`

10. U.S., Google Set to Face Off in Court.   Michael Liedtke, *Associated Press*, 14 March 2006.    (Internet content filtering) `http://www.sfgate.com/cgi-bin/article.cgi?file=/n/a/2006/03/13/financial/f133050S47.DTL&type=printable`

 9. Google privacy issue enters court. *Al Jazeera*, 14 March 2006. (Internet content filtering) `http://english.aljazeera.net/archive/2006/03/2008410131655473737.html`

P.B. Stark: CV                    January 4, 2019                    92

8. In Case About Google's Secrets, Yours Are Safe.   Adam Liptak, *New York Times*, 26 January 2006.   (Internet content filtering) `http://www.nytimes.com/2006/01/26/technology/in-case-about-googles-secrets-yours-are-safe.html`

7. Google Resists U.S. Subpoena of Search Data. Katie Hafner and Matt Richtel, *New York Times*, 20 January 2006.   (Internet content filtering) `http://www.nytimes.com/2006/01/20/technology/20googl e.html?pagewanted=1`

6. Feds take porn fight to Google.  Declan McCullagh and Elinor Mills, *CNET News*, 19 January 2006. (Internet content filtering) `https://www.cnet.com/news/feds-take-porn-fight-to-google/`

5. *AFC NewSource* story on airline security [Airings: The Osgood File (CBS Radio Network), 29 July 2003, 18 February 2003; KRON-TV (San Francisco), 3 February 2003]. (statistical auditing, security) `http://www.acfnewsource.org/science/random_security.html`

4. *The Fred Ebert Show* program on probability and statistics.  KIRO 710, Seattle, WA, 27 October 2003.  (live appearance re the Monty Hall problem, Statistics, Probability)

3. *ABC 7 News* story on census adjustment, 30 November 1998. (recorded appearance re census)

2. KQED-FM Forum program on the 2000 Census, San Francisco, CA, 17 July 1998. (live appearance re census) `http://www.kqed.org/radio/programs/forum/`

1. How deep is an earthquake? *Science News*, 2 March 1985. (Deep earthquakes)

## Teaching and Advising

### Courses

BerkeleyX 2.1x* `https://www.edx.org/course/uc-berkeleyx/uc-berkeleyx-stat2-1x-introduction-594`, an Introductory Statistics MOOC (52,661 students enrolled in first offering; 15.5% completion

rate. As of 21 October 2015, this was one of the 50 most popular MOOCs of all time)

BerkeleyX 2.2x* `https://www.edx.org/course/uc-berkeleyx/uc-berkeleyx-stat2-2x-introduction-685`, an Introductory Statistics MOOC (20,871 students enrolled in first offering; 17% completion rate)

BerkeleyX 2.3x* `https://www.edx.org/course/uc-berkeleyx/uc-berkeleyx-stat2-3x-introduction-825`, an Introductory Statistics MOOC (22,443 students enrolled in first offering; 12% completion rate)

Introduction to Statistics (Statistics 2)

Introduction to Probability and Statistics (Statistics 20)

Introductory Probability and Statistics for Business (Statistics 21, N21*, W21*)

Introduction to Probability and Statistics for Scientists and Engineers (Statistics 25)

Societal Risks and the Law* (Statistics C79)

Freshman Seminar on Statistics (Statistics 39)

Statistical Inferences for Social and Life Scientists (Statistics 131A)

Concepts of Probability (Statistics 134)

Concepts of Statistics (Statistics 135)

Linear Modeling: Theory and Applications (Statistics 151A)

Nonparametric Inference and Sensitivity Auditing with Applications to Social Good* (Statistics 157)

Reproducible and Collaborative Statistical Data Science* (Statistics 157, now 159/259). Video review: `http://youtu.be/Bq71Pqdukeo`

Probability and Statistics for Physical Science and Engineering PhD Students*

Statistics for Engineering PhD students*

Introduction to Probability and Statistics at an Advanced Level (Statistics 200A)

Theoretical Statistics (Statistics 210B)

Statistical Models: Theory and Applications (Statistics 215A, Statistics 215B)

Not enough Statistics for Journalists* (Journalism 219)

Statistics Masters Program Capstone* (Statistics 222)

Nonparametric and Robust Methods (Statistics 240)

Topics in Probability and Statistics (Statistics 260)

Statistical Consulting (Statistics 272)

\* Course I created or co-created.

## Former Graduate Students and Postdocs

Imola K. Fodor, Roche

Johann Gagnon-Bartsch, University of California, Berkeley

Christopher R. Genovese, Carnegie Mellon University

Niklaus W. Hengartner, Los Alamos National Laboratory

Janne Huttunen, University of Auckland and University of Kuopio

Bradley Luen, Indiana University

Tian Luo, U.S. Bureau of Labor Statistics

Dmitry I. Nikolayev, Schmidt Institute for Physics of the Earth

R. Jay Pulliam, University of Texas at Austin

Karthik Ram, University of California, Berkeley

Jeffery Regier, University of California, Berkeley

Chad M. Schafer, Carnegie Mellon University

Daniel Turek, University of California, Berkeley

Vincent S. Yates, Yammer

## Graduate Committees

1. Alameida, Jose, Mathematics. Ph.D. qualifying examination, 2008

2. Atz, Milos, Nuclear Engineering. Ph.D. qualifying examination, 2018

3. Bach, Andre, Physics. Ph.D. qualifying examination, 2011

4. Bar-Yossef, Ziv, Computer Science. Ph.D. qualifying examination, 2001; dissertation committee, "The Complexity of Massive Data Set Computations," 2002

5. Bein, Ed, Biostatistics. MA examination, 2002

6. Berny, Axel Dominique, EECS. Ph.D. qualifying examination, 2004; dissertation committee, "Analysis and Design of Wideband LC VCOs," 2006

7. Bertelli, E., IEOR. Ph.D. qualifying examination, 2018

8. Bloniarz, Adam, Statistics. Ph.D. qualifying examination, 2014

9. Bodik, Peter, Computer Science. Ph.D. qualifying examination, 2007; dissertation committee, "Automating Datacenter Operations Using Machine Learning," 2010

10. Bowman, John Penfield, IEOR. Ph.D. qualifying examination, 2003

11. Bunn, Emory Freeman, Physics. Ph.D. qualifying examination, 1994; dissertation committee, "Statistical Analysis of Cosmic Microwave Background Anisotropy," 1995

12. Burleigh, Kaylan, Astronomy. Ph.D. qualifying examination, 2016, 2017; dissertation committee, "A Monte Carlo Method for Identifying Imaging Systematics in Galaxy Surveys," 2018

13. Burstein, Richard David II, Mathematics. Ph.D. qualifying examination, 2004; dissertation committee, "Hadamard Subfactors of Bisch-Haagerup Type," 2008

14. Buttrey, Samuel Edward, Statistics. Ph.D. qualifying examination, 1994; dissertation committee, "Nearest-Neighbor Classification with Categorical Variables," 1996

15. Calef, Brandoch Hugh, Applied Mathematics. Ph.D. qualifying examination, 1997; dissertation committee, "Optimal Sampling of the Discrete Fourier Transform," 2002

16. Charman, Andrew Emile, Physics. Ph.D. qualifying examination, 2003; dissertation committee, "Random Aspects of Beam Physics and Laser-Plasma Interactions," 2006

17. Chen, Raymond Lei, EECS. Ph.D. qualifying examination, 1993; dissertation committee, "A Qualitative Modeling Framework of Semiconductor Manufacturing Processes: Self-Learning Fuzzy Inference System and the Statistical Analysis of Categorical Data," 1994

18. Chien, George, EECS. Ph.D. qualifying examination, 1998

19. Fernandez, Arturo, Statistics. Ph.D. qualifying examination, 2017

20. Feldman, Arnold R., EECS. Ph.D. qualifying examination, 1995; dissertation committee, "High-Speed, Low-Power Sigma-Delta Modulators for RF Baseband Channel Applications," 1997

21. Fodor, Imola K., Statistics. Ph.D. qualifying examination, 1997; chair, dissertation committee, "Spectrum Estimation in Helioseismology," 1999

22. Fong, Keng Leong, EECS. Ph.D. qualifying examination, 1996; dissertation committee, "Design and Optimization Techniques for Monolithic RF Downconversion Mixers," 1997

23. Gagnon-Bartsch, Johann, Statistics. Ph.D. qualifying examination, 2009; co-chair, dissertation committee "Removing Unwanted Variation from Microarray Data with Negative Controls," 2012

24. Gawiser, Eric Joseph, Physics. Ph.D. qualifying examination, 1998

25. Genovese, Christopher Ralph, Statistics. Ph.D. qualifying examination, 1992; chair, dissertation committee, "Statistical Problems in Helioseismology," 1994

26. Goldman, Megan, Biostatistics. Chair, Ph.D. qualifying examination, 2009

27. Gung, Yuan-Cheng, Geophysics. Dissertation committee, "Q Tomography of the Earth Mantle," 2003

28. Hansen, Bendek, Statistics. Chair, MA thesis committee, "Minimax Expected Length Confidence Intervals," 2000

29. Hansen, Mark Henry, Statistics. Chair, Ph.D. qualifying examination, 1992

30. Hengartner, Niklaus Walther, Statistics. Co-chair, dissertation committee, "Topics in Density Estimation," 1993

31. Higgins, Mike, Statistics. Ph.D. qualifying examination, 2009, 2010

32. Huang, Hsiang-Ping, Mathematics. Ph.D. qualifying examination, 1996

33. Huang, Jianhua, Statistics. Ph.D. qualifying examination, 1994; dissertation committee, "Topics in Extended Linear Modeling," 1997

34. Huang, Yuanlin, Civil Engineering. Ph.D. qualifying examination, 1993, 1994

35. Jiang, Xuesong, EECS. Ph.D. qualifying examination, 2001

36. Jones, David Morgan, Mathematics. Ph.D. qualifying examination, 1994; dissertation committee, "On Modular Galois Representations in Characteristic 3," 1998

37. Katsis, Dimitrios, EECS. Ph.D. qualifying examination, 2005

38. Kiesling, Max Karl, Civil Engineering. Ph.D. qualifying examination, 1994

39. Kuusela, Mikael Johan, Statistics, École Polytechnique Fédérale de Lausanne, dissertation committee, "Uncertainty quantification in unfolding elementary particle spectra at the Large Hadron Collider," 2016

40. Lara, Jose Daniel, Energy and Resources Group. Ph.D. qualifying examination, 2018

41. Li, Bo, Statistics. Ph.D. qualifying examination, 2004

42. Li, Wenyu, Mechanical Engineering. Ph.D. qualifying examination, 2017

43. Loscutoff, Peter, Physics. Ph.D. qualifying examination, 2011; dissertation committee, "Search for resonant $WZ \to \ell\nu\ell\ell$ production using $13fb^{71}$ in $\sqrt{s} = 8TeV$ $pp$ collisions with the ATLAS detector," 2013

44. Luen, Bradley, Statistics. Ph.D. qualifying examination, 2006; Chair, dissertation committee, "Earthquake Prediction: Simple Methods for Complex Phenomena," 2010

45. Luo, Tian, Statistics. MA thesis chair, "Nonparametric estimation of business survival with an application to restaurant startups," 2014

46. Madar, Vered, Statistics and Operations Research, Tel Aviv University. MA thesis committee, "Non-equivariant confidence intervals," 2002; Ph.D. committee, "Simultaneous Confidence Intervals for Multiple Parameters with More Power to Determine the Sign," 2007

47. Maurer, Tessa, Civil and Environmental Engineering. Ph.D. qualifying examination, 2018

48. Megnin, Charles Henri, Geophysics. Ph.D. qualifying examination, 1996; dissertation committee, "The Shear Velocity Structure of the Mantle from the Inversion of Time-Domain Waveform Data," 1999

49. Mieler, Michael William, Civil Engineering. Ph.D. qualifying examination, 2011

50. Millman, Kenneth Jarrod, Biostatistics. MA thesis committee, "permute—a Python package for permutation tests and confidence sets," 2015

51. Miratrix, Luke W., Statistics. Chair, Ph.D. qualifying examination, 2010

52. Mohanty, Sudatta, Civil Engineering. Ph.D. qualifying examination, 2017

53. Murmann, Boris, EECS. Ph.D. qualifying examination, 2002; dissertation committee, "Digital Calibration for Low-Power High-Performance A/D Conversion," 2003

54. Oreluk, James, Mechanical Engineering. Ph.D. qualifying examination, 2017

55. Ottoboni, Kellie, Statistics. Ph.D. qualifying examination, 2017

56. Ou, Jeffrey Jiajiunn, EECS. Ph.D. qualifying examination, 1995

57. Petkov, Vladimir Plamenov, EECS. Ph.D. qualifying examination, 2003

58. Poobuapheun, Nuntachai, EECS. Ph.D. qualifying examination, 2005; dissertation committee, "LNA and Mixer Designs for Multi-Band Receiver Front-Ends," 2009

59. Puente, Suzette, Statistics. M.A. committee, 2013

60. Pulliam, R. Jay, Geophysics. Ph.D. dissertation committee, "Imaging Earth's Interior: Tomographic Inversion of Mantle P-Wave Velocity Structure," 1991

61. Qian, Kun, EECS. Ph.D. qualifying examination, 2009; dissertation committee, "Variability Modeling and Statistical Parameter Extraction for CMOS Devices," 2015

62. Regier, Jeffery, Statistics. Chair, M.A. committee, 2013; dissertation committee, "Topics in large-scale statistical inference," 2016

63. Rein, Steven Richard, Statistics. Chair, Ph.D. qualifying examination, 1990

64. Rossi, Jim, Journalism. M.A. thesis committee, "Reverse-engineering the Echo Chamber," 2017

65. Schafer, Chad Michael, Statistics. Ph.D. qualifying examination, 2001; chair, dissertation committee, "Constructing Confidence Regions of Optimal Expected Size: Theory and Application to Cosmic Microwave Inference," 2004

66. Son, Sang Won, EECS. Ph.D. qualifying examination, 2000; dissertation committee, "High Dynamic Range CMOS Mixer Design," 2002

67. Stern, Aaron James, Computational Biology. Ph.D. qualifying examination, 2017.

68. Suzuki, Toru, Demography. Ph.D. qualifying examination, 1995; dissertation committee, "Projection of Households in Japan with a Dynamic Macro-Simulation Model," 1999

69. Tee, Luns, EECS. Ph.D. qualifying examination, 2001

70. Tenorio, Luis-Francisco, Mathematics. Ph.D. dissertation committee, "Asymptotic Dynamics of Locally Oblique Solitary Wave Solutions of the KP Equation," 1992

71. Thompson, Neil, Statistics. M.A. committee, 2012

72. To, Albert Chi Fu, Statistics. M.A. committee, 2005

73. Wagner, Tim Allen, CS. Ph.D. qualifying examination, 1995; dissertation committee, "Practical Algorithms for Incremental Software Development Environments," 1997

74. Wang, Jason, Astronomy. Ph.D. qualifying examination, 2017; dissertation committee, "Footage of Other Worlds: Unveiling the Dynamical Architecture of Young Exoplanetary Systems," 2018

75. Wicks, Charles Wesley Jr., Geophysics. Ph.D. qualifying examination, 1990; dissertation committee, "An Investigation of Mantle Discontinuities Beneath the Southwest Pacific," 1994

76. Wilhelm, Matthieu, Université de Neuchâtel, Statistics. Ph.D. dissertation committee, "Random sampling with repulsion," 2017

77. Yao, Shijing, EECS. Ph.D. qualifying examination, 2015

78. Yates, Vincent, Statistics. Chair, M.A. committee, 2012

79. Ying, Jun, Naval Architecture. D. Eng. qualifying examination, 1995; dissertation committee, "Development and Verification of Computer Simulation Models for Evaluation of Siting Strategies and Evacuation Procedures for Mobile Drilling Units in Hurricanes," 1996

80. Zhang, Xiaoyan, Statistics. Ph.D. qualifying examination, 1997

81. Zagheni, Emilio, Demography. Ph.D. qualifying examination, 2008

82. Zamora, Joel Barajas, UC Santa Cruz, EE. Ph.D. dissertation defense, 2015; dissertation committee, "Online Display Advertising Causal Attribution and Evaluation," 2015

**First-year PhD advising**

2014–15 Thanh-Nhan (Andrew) Do

2014–15 Kellie Ottoboni

2016–17 Jake Soloff

**Current PhD advisees**

2014– Kellie Ottoboni

2018– Amanda Glazer

**Undergraduate Research and Honors Thesis Advisees**

2018 Omar Buenrostro, Alan Chuang, Christopher Fan, Jin Kweon, James Li, Hubert Luo, William Ma, Jiazhong (Frank) Mei, Arun Ramamurthy, Avi Sen, Neil Sharma, Karen Tu, Zihui (Lucy) Wang, Steven Ye, Saam Zahedian, Wentao Zhan

2015 Fang Cai, Catherine Darin (U. Pennsylvania)

2014 Hriday Kemburu, He Ma, Rachel Redberg

*P.B. Stark: CV*                    *January 4, 2019*                    102

2010–2011 Katherine McLaughlin

    2010 Aaron Taylor, Hua Yang

    2009 Joshua M. Levin

    2008 Jonathan Ong

    2007 Gerold Ng

2003–2004 Feng Tang

1993–1996 Dendy Harjanto

1988–1993 10 others

## Service

### Professional Societies and Government Agencies

2018    – Advisory Board, U.S. Election Assistance Commission

      – Consultant, Colorado Secretary of State

      – Reviewer, National Academies of Sciences, Engineering, and Medicine, Policy and Global Affairs Division

      – Editorial Board, *ScienceOpen*

      – Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

      – Organizing Committee, Election Audit Summit, Caltech/MIT Voting Technology Project, December 2018. `https://electionlab.mit.edu/election-audit-summit`

      – Program committee, 2018 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'18, held in conjunction with the 2018 Conference on Financial Cryptography and Data Security, FC'18)

      – Program committee, 2019 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'19, held in conjunction with the 2019 Conference on Financial Cryptography and Data Security, FC'19)

- Program committee, Fourth International Joint Conference on Electronic Voting (E-Vote-ID 2019)
- Referee, *Geophysical Research Letters*
- Referee, *Proceedings of the National Academy of Sciences*
- Referee, *PeerJ*

2017
- Advisory Board, U.S. Election Assistance Commission
- Consultant, Colorado Secretary of State
- Founding Steering Committee and Editorial Board, USENIX Journal of Voting Technology
- Editorial Board, *ScienceOpen*
- Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)
- Program committee, 2018 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'18, held in conjunction with the 2018 Conference on Financial Cryptography and Data Security, FC'18)
- Program committee, 2017 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'17, held in conjunction with the 2017 Conference on Financial Cryptography and Data Security, FC'17)
- Chair, Mini-symposium on Open Data and Reproducibility, *2017 International Scientific Computing with Python (SciPy) Conference*, Austin, TX.
- Referee, *Proceedings of the National Academy of Sciences*

2016
- Advisory Board, U.S. Election Assistance Commission
- Consultant, Colorado Secretary of State
- Travis County Texas Elections Division STAR-Vote System Brain Trust
- Founding Steering Committee and Editorial Board, USENIX Journal of Voting Technology

- Associate editor, SIAM/ASA Journal of Uncertainty Quantification

- Editorial Board, *ScienceOpen*

- Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

- Program committee, 2016 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'16, held in conjunction with the 2016 Conference on Financial Cryptography and Data Security, FC'16)

- Program committee, 2017 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'17, held in conjunction with the 2017 Conference on Financial Cryptography and Data Security, FC'17)

- Program committee, 12th International Joint Conference on Electronic Voting (E-Vote-ID 2016), Bregenz, Austria

- Session co-organizer, "Productive Ecologies in the Anthropocene: Foraging Systems," Sixth International Conference on Food Studies, Berkeley, CA

2015   - Consultant, Colorado Secretary of State

- Travis County Texas Elections Division STAR-Vote System Brain Trust

- Founding Steering Committee and Editorial Board, USENIX Journal of Voting Technology

- Associate editor, SIAM/ASA Journal of Uncertainty Quantification

- Editorial Board, *ScienceOpen*

- Chair for Auditability, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

- Program committee, VoteID 2015: The 5th International Conference on e-Voting and Identity, Bern, Switzerland. http://www.voteid15.org/

- Program committee, 2015 European Symposium on Research in Computer Security (ESORICS 2015), Vienna, Austria. `http://esorics2015.sba-research.org/`

- Program committee, 2016 Workshop on Advances in Secure Electronic Voting Schemes (VOTING'16, held in conjunction with the 2016 Conference on Financial Cryptography and Data Security, FC'16)

- Session organizer, Teaching Computational Thinking and Practice, 2015 SIAM Conference on Computational Science and Engineering (CSE15)

- Organizer, Berkeley Institute for Data Sciences and Moore/Sloan Data Science Environments 2015 Conference on Reproducibility

- Referee, PeerJ

2014  
- Consultant, Colorado Secretary of State

- Travis County Texas Elections Division STAR-Vote System Brain Trust

- Founding Steering Committee and Editorial Board, USENIX Journal of Election Technology and Systems (JETS)

- Associate editor, SIAM/ASA Journal of Uncertainty Quantification

- Editorial Board, *ScienceOpen*

- Member, IEEE/NIST Voting System Standards Committee (VSSC) Working Group For Voting Methods Mathematical Models (C/VSSC/1622.X_WG)

- Organizing committee co-chair, 2014 SIAM/ASA Conference on Uncertainty Quantification, Savannah, GA

- Program committee, VoteID 2015: The 5th International Conference on e-Voting and Identity, Bern, Switzerland. `http://www.voteid15.org/`

- Program committee, 2015 European Symposium on Research in Computer Security (ESORICS 2015), Vienna, Austria. `http://esorics2015.sba-research.org/`

- Session organizer, late-breaking session on Reproducibility, 2014 Joint Statistical Meetings, Boston, MA

- Session organizer and chair, 2014 Conference of the International Society for Nonparametric Statistics, Cadiz, Spain

- Session organizer, Teaching Computational Thinking and Practice, 2015 SIAM Conference on Computational Science and Engineering (CSE15)

- Referee, PLoS One

2013
- Consultant, California Secretary of State

- Consultant, Colorado Secretary of State

- Consultant, U.S. Department of Justice, Civil Division

- Travis County Texas Elections Division STAR-Vote System Brain Trust

- Founding Steering Committee and Editorial Board, USENIX Journal of Election Technology and Systems (JETS)

- Associate editor, SIAM/ASA Journal of Uncertainty Quantification

- Organizing committee co-chair, 2014 SIAM/ASA Conference on Uncertainty Quantification, Savannah, GA

- Session organizer, Conference of the International Society for Nonparametric Statistics, Cadiz, Spain

2012
- Consultant, California Secretary of State

- Consultant, Colorado Secretary of State

- Consultant, U.S. Department of Justice

- Travis County Texas Elections Division STAR-Vote System Brain Trust

- Founding Steering Committee, USENIX Journal of Election Technology and Systems (JETS)

- Reviewer, National Science Foundation

- Program committee, 2012 Electronic Voting Technology / Workshop on Transparent Elections (EVT/WOTE '12), USENIX Security Symposium, Bellevue, WA

- Session organizer, 2012 Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, San Diego, CA

- Session organizer, 1st Conference of the International Society for NonParametric Statistics, Chalkidiki, Greece

- Organizing committee co-chair, 2014 SIAM/ASA Conference on Uncertainty Quantification, Savannah, GA

- Program committee, 2012 SIAM/ASA/SAMSI/USACM Conference on Uncertainty Quantification, Raleigh, NC

- Session organizer, Election Verification Network (EVN) annual conference, Santa Fe, NM

2011 — Consultant and Expert Witness, U.S. Department of Justice, Civil Division (for U.S. Department of Housing and Urban Development)

- Program committee, 2012 SIAM/ASA/SAMSI/USACM Conference on Uncertainty Quantification, Raleigh, NC

- Consultant, California Secretary of State

- Consultant, Colorado Secretary of State

- Session organizer, Election Verification Network (EVN) annual conference, Chicago, IL

2010 — Consultant and Expert Witness, U.S. Department of Justice, Civil Division (for Department of Housing and Urban Development)

- Consultant, State of Illinois

- Consultant, California Attorney General (for California Highway Patrol)

- Consultant, New York State Senate

- Reviewer, Department of Defense Strategic Environmental Research and Development Program

- Session organizer, Election Verification Network (EVN) annual conference, Washington, DC

2009 — Consultant, California Secretary of State

*P.B. Stark: CV*                    *January 4, 2019*                    108

2008      − Consultant, California Secretary of State

2007      − California Secretary of State Post-Election Audit Standards Working Group http://www.sos.ca.gov/elections/elections_peas.htm

2006      − Consultant and Expert Witness, U.S. Department of Justice, Civil Division

2005      − Consultant, U.S. Department of Justice, Civil Division
          − Consultant, U.S. Department of Veterans Affairs Medical Center
          − Consultant, Habeas Corpus Resource Center

2004      − Reviewer, National Science Foundation
          − Consultant, U.S. Department of Justice, Civil Division
          − Consultant, U.S. Attorney's Office
          − Consultant, U.S. Department of Veterans Affairs Medical Center

2003      − Reviewer, National Science Foundation
          − Referee, National Sciences and Engineering Research Council of Canada
          − Consultant, U.S. Department of Veterans Affairs Medical Center

2002      − Consultant, U.S. Department of Agriculture
          − Consultant, U.S. Department of Justice, Civil Division

2001      − Consultant, U.S. Department of Justice, Civil Division
          − Co-organizer, Institute for Mathematics and Its Applications Annual Program *Mathematics in the Geosciences* and workshop on Inverse Problems and the Quantification of Uncertainty

2000      − Invited discussant, National Academy of Science Committee on National Statistics workshop on dual-system estimation for the 2000 Census
          − Consultant, U.S. Department of Justice, Civil Division

1998      − Witness, U.S. House of Representatives Subcommittee on the Census.

|  | – Panelist, National Science Foundation |
| 1997 | – Session organizer, International Statistical Institute and Bernoulli Society Meeting, Istanbul, Turkey |
| 1996–present | – Global Oscillation Network Group (GONG) Data Users Committee (Chair, 1996–1998) |
|  | – Reviewer for United States Geological Survey |
| 1996–1999 | – Consultant, National Security Agency |
| 1995 | – Institute of Mathematical Statistics Program Chair, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, Orlando, FL |
| 1994–1996 | – Consultant to Federal Trade Commission |
| 1993 | – Session organizer and chair, IMS/ASA/ENAR meeting, Philadelphia, PA |
|  | – Session organizer and chair, Joint Statistical Meetings of the American Statistical Association, International Biometric Society, and Institute of Mathematical Statistics, San Francisco, CA |
| 1992 | – Faculty sponsor, Department of Energy TRAC program |
| 1990–1994 | – Bernoulli Society Committee on Statistics in the Physical Sciences |
| 1991–present | – Reviewer for National Aeronautics and Space Administration (Space Physics Division) |
| 1991 | – Local organizer and session chair, Mathematical Sciences Research Institute Workshop on Statistical Methods in Imaging, Berkeley, CA |
| 1989 | – Session organizer and chair, Bernoulli Society Satellite Meeting, Leuven, Belgium |
| 1989–present | – Reviewer for National Science Foundation (Atmospheric Sciences; Infrastructure; International Programs; Mathematical Sciences; Methodology, Measurement, and Statistics; Solar-Terrestrial Program; Statistics and Probability) |

## Foundations, Non-Profit Corporations, and Industry

| | |
|---|---|
| 2013–present | – Board of Directors, Verified Voting Foundation |
| 2011–2013 | – Board of Advisors, Verified Voting Foundation |
| 2010–2011 | – Technical Advisory Board, Clear Ballot Group |
| 2007 | – Advisory Board, Facebar, Inc. |
| 2000–2001 | – Technical Advisory Board, Cogit.com |
| 2000–2002 | – National Advisory Board, eTextbooksOnline.com |
| | – Technical Advisory Board, Atomic Dog Publishing |

## Editorial and Referee Service

### *Editorial Service*

| | |
|---|---|
| 2014–present | – Faculty Review Board, Berkeley Scientific Journal |
| 2013–present | – Editorial Board, ScienceOpen |
| 2013–present | – Associate Editor, SIAM/ASA Journal on Uncertainty Quantification |
| 2012–present | – Founding Steering Committee and Editorial Board, USENIX Journal of Election Technology and Systems (JETS) |
| 2011–present | – Editor, Frontiers in Statistics and Probability (Springer) |
| 2008 | – Guest Editor, Inverse Problems |
| 1998–1999 | – Editor, Statistical Science |
| 1997–2000 | – Editorial Board, Inverse Problems |
| 1994–1998 | – Associate Editor, Journal of Geophysical Research |

### *Referee Service*

1. American Association for the Advancement of Science

2. American Mathematical Monthly

3. Annales Geophysicae

4. Annals of the Institute of Statistical Mathematics

5. Annals of Statistics

6. Arabian Journal for Science and Engineering

7. Astrophysical Journal

8. Bulletin of the Seismological Society of America

9. Cambridge University Press

10. Chapman-Hall

11. Computational Statistics and Data Analysis

12. Electronic Journal of Statistics

13. Geophysical Journal International

14. Geophysical Research Letters

15. Geophysics

16. Geophysical & Astrophysical Fluid Dynamics

17. HarperCollins

18. IEEE Journal on Acoustics, Speech and Signal Processing

19. IEEE Journal on Information Theory

20. Inverse Problems

21. Inverse Problems and Imaging

22. Journal of the American Statistical Association

23. Journal of Computational Physics

24. Journal of Economic Literature

25. Journal of Geophysical Research

26. Jurimetrics

27. Nature

28. Nature Climate Change

29. PeerJ

30. Political Analysis

31. Physics of the Earth and Planetary Interiors

32. PLoS One

33. Proceedings of the National Academy of Sciences

34. Science

35. SIAM Review

36. Simon and Schuster

37. Springer-Verlag

38. Statistics, Politics, and Policy

39. Statistical Science

40. Tectonophysics

**University Service**

2018–2019     – Associate Dean, Division of Mathematical and Physical Sciences

– UC Berkeley Signature Initiatives working group for Inclusive Intelligence

– Advisory Board, Berkeley Institute for Data Science (BIDS)

– Scientific Advisory Board, European Union H2020 Project Moving Towards Adaptive Governance in Complexity: Informing Nexus Security (MAGIC), Universitat Autònoma de Barcelona (Spain) and University of Bergen (Norway)

- Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)
- Faculty Athletic Fellow
- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University
- Member, Berkeley Science Network http://bsn.berkeley.edu
- Schmidt Science Fellows Program review committee

2017–2018    – Associate Dean, Division of Mathematical and Physical Sciences
- Chancellor's Strategic Planning Committee on Enrollment Growth
- Interdepartmental Committee on the Formation of the Division of Data Sciences
- Director, Statistical Computing Facility
- *Ad hoc* Data Sciences Divisional committee on undergraduate degree programs
- Advisory Board, Berkeley Institute for Data Science (BIDS)
- Academic Program Review Committee, Academic Senate representative, Department of Agricultural and Resource Economics
- Scientific Advisory Board, European Union H2020 Project Moving Towards Adaptive Governance in Complexity: Informing Nexus Security (MAGIC), Universitat Autònoma de Barcelona (Spain) and University of Bergen (Norway)
- Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)
- Faculty Advisory Committee, Athletic Study Center
- Faculty Athletic Fellow
- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University
- Member, Berkeley Science Network http://bsn.berkeley.edu

2016–2017    – Associate Dean, Division of Mathematical and Physical Sciences
- Director, Statistical Computing Facility

- Advisory Board, Berkeley Institute for Data Science (BIDS)
- Scientific Advisory Board, European Union H2020 Project Moving Towards Adaptive Governance in Complexity: Informing Nexus Security (MAGIC), Universitat Autònoma de Barcelona (Spain) and University of Bergen (Norway)
- Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)
- Faculty Advisory Committee, Athletic Study Center
- Faculty Athletic Fellow
- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University
- Member, Berkeley Science Network http://bsn.berkeley.edu

2015–2016
- Associate Dean, Division of Mathematical and Physical Sciences
- Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)
- Faculty Advisory Committee, Athletic Study Center
- Faculty Athletic Fellow
- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University
- Member, Berkeley Science Network http://bsn.berkeley.edu

2014–2015
- Chair, Department of Statistics
- Director, Statistical Computing Facility
- Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)
- Campus Working Group on Course Curriculum and Design
- Faculty Advisory Committee, Athletic Study Center
- Engineering Science Advisory Committee, College of Engineering
- Faculty Athletic Fellow
- Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

                  − Member, Berkeley Science Network `http://bsn.berkeley.edu`

2013–2014     − Chair, Department of Statistics

                  − Director, Statistical Computing Facility

                  − Commission on the Future of the UC Berkeley Library `http://a cademic-senate.berkeley.edu/issues/commission-future- uc-berkeley-library`
Charge: `http://evcp.berkeley.edu/sites/default/files/L ibrary%20Commission%2009.21.2012.pdf`
Final Report: `http://evcp.berkeley.edu/news/commission-f uture-uc-berkeley-library-report`

                  − Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

                  − Campus Working Group on Course Curriculum and Design

                  − Faculty Advisory Committee, Athletic Study Center

                  − Engineering Science Advisory Committee, College of Engineering

                  − Search Committee, Director of IT for College of Letters and Sciences

                  − Faculty Athletic Fellow

                  − Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

                  − External Review Committee, Department of Applied Mathematics and Statistics, Colorado School of Mines

                  − Member, Berkeley Science Network `http://bsn.berkeley.edu`

2012–2013     − Chair, Department of Statistics

                  − Director, Statistical Computing Facility

                  − Commission on the Future of the UC Berkeley Library

                  − Faculty Advisory Committee, Berkeley Resource Center for Online Education (BRCOE)

                  − Engineering Science Advisory Committee, College of Engineering

                  − Faculty Athletic Fellow

            − Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

            − Member, Berkeley Science Network http://bsn.berkeley.edu

2011–2012  − Acting Department Chair, Department of Statistics, July–August

            − Vice Chair, Department of Statistics

            − Academic Senate Alternate Representative to University of California Systemwide Assembly

            − Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA)

            − Campus Committee on Classroom Policy and Management (CC-CPM)

            − Business Resumption Coordination Group (BRCG)

            − Faculty Athletic Fellow

            − Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

2010–2011  − Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA)

            − Campus Committee on Classroom Policy and Management (CC-CPM)

            − Course Note-Taking Taskforce (http://campuspol.chance.berkeley.edu/policies/coursenotes.pdf)

            − *Ad hoc* tenure/promotion committee

            − Faculty Athletic Fellow

            − Program Advisory Committee, Doctor of Business Administration Program, Lincoln University

2009–2010  − Academic Senate Committee on Computing and Communications (COMP)

            − Faculty Athletic Fellow

2008–2009  − Faculty Athletic Fellow

*P.B. Stark: CV*          *January 4, 2019*          117

| | |
|---|---|
| 2007–2008 | – Undergraduate Student Learning Initiative Faculty Advisory Committee |
| | – Faculty Athletic Fellow |
| 2006–2007 | – Faculty Athletic Fellow |
| 2005–2006 | – Faculty Athletic Fellow |
| 2004–2005 | – Chair, Educational Technology Committee |
| | – e-Berkeley Steering Committee |
| | – e-Berkeley Committee of Chairs |
| | – e-Berkeley Implementation Task Force |
| | – CourseWeb Steering Committee |
| | – Faculty Athletic Fellow |
| 2003–2004 | – Chair, Educational Technology Committee |
| | – e-Berkeley Steering Committee |
| | – e-Berkeley Implementation Task Force |
| | – Student Systems Policy Committee |
| | – CourseWeb Steering Committee |
| 2002–2003 | – Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education) |
| | – Chair, Educational Technology Committee |
| | – Provost's Academic Council |
| | – e-Berkeley Steering Committee |
| | – e-Berkeley Implementation Task Force |
| | – Campus Committee on Classroom Policy and Management (CC-CPM) |
| | – Student Systems Policy Committee |
| | – e-Berkeley Symposium Program Committee |
| | – Faculty Search Committee, Graduate School of Education |
| | – CourseWeb Steering Committee |

| | |
|---|---|
| 2001–2002 | – Faculty Assistant in Educational Technology (to Vice Provost for Undergraduate Education) |
| | – Chair, Educational Technology Committee |
| | – Provost's Academic Council |
| | – e-Berkeley Steering Committee |
| | – e-Berkeley Implementation Task Force |
| | – Campus Committee on Classroom Policy and Management (CC-CPM) |
| | – Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA) |
| | – CITRIS II Program Committee |
| | – TeleBEARS and BearFacts Committees (combined into Student Systems Policy Committee as of 3/2002) |
| | – e-Berkeley Portal Working Group |
| | – Faculty search committee, Graduate School of Education |
| 2000–2001 | – Space Allocation and Capital Improvements (SACI) |
| | – Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA) |
| | – CAPRA Subcommittee on Expanded Enrollment |
| | – CAPRA Subcommittee on changes to Academic Coordinator title |
| | – *Ad hoc* hiring/tenure committee |
| 1999–2000 | – Space Allocation and Capital Improvements (SACI) |
| | – Academic Senate Library Committee (LIBR) |
| | – Academic Senate Committee on Academic Planning and Resource Allocation (CAPRA), Physical Planning Subcommittee, *ex officio* representative from Library Committee |
| | – Academic Effects Study Committee, Molecular Engineering Building |
| | – *Ad hoc* tenure/promotion committee |
| | – SACI subcommittee to audit space in Barrows Hall |

| | |
|---|---|
| 1998–1999 | – Space Allocation and Capital Improvements (SACI) |
| | – Electronic Dissertations Project |
| | – Planning Space for the Physical Sciences Libraries |
| 1997–1998 | – *Ad hoc* tenure/promotion committee |
| 1996 | – Review of College of Science, King Fahd University of Petroleum and Minerals, Dhahran, Saudi Arabia |
| 1994–1999 | – University review committee for Department of Agricultural and Resource Economics, University of California, Berkeley |
| 1993–1995 | – Physical Sciences Division committee for Graduate Affirmative Action and Retention |
| | – Physical Sciences Division committee for Science and Mathematics Academic Re-Training (SMART) |

## Contracts and Grants

1. PI, NASA Grant NAG 5-883, "Constructing Core Fields Consistent with Geomagnetic Data and Geophysical Constraints," 1987–1990.

2. Project Director and PI, NSF Grant DMS-8810192, "Inference in Curved-Ray Tomography: Solid Earth Structure," 1989–1992.

3. PI, NSF Grant INT-9205103, "Long and Medium-Term Research: Inference in Seismological Investigations of Subducting Lithosphere," 1992–1994.

4. PI, NSF Grant DMS-930006P, "Estimating the Sun's Internal Angular Velocity from Free-Oscillation Frequency Splittings," 1993–1994.

5. PI, NSF Presidential Young Investigator Award DMS-8957573, 1989–1995.

6. Co-I, NASA Grant NAG5-2438, "The Analysis of Cobe DMR Sky Maps," 1993–1994. PI: J. Silk

7. PI, NASA Grant NAGW-2515, "New Methods for Inversion and Analysis of Solar Free-Oscillation Data," 1991–1995.

*P.B. Stark: CV*        *January 4, 2019*        120

8. PI, NSF Grant DMS-9404276, "New Methods for Inference From COBE Data," 1994–1997.

9. PI, NSF Grant AST-9504410, "Function Estimation and Inference in Helioseismology," 1995–1998.

10. PI, LLNL/IGPP Grant 97-AP028, "Helioseismology with Solar Luminosity Constraints," 1996–1997.

11. Co-I, NASA Grant NAG5-3941, "Development of data analysis, compression and visualization tools for large data sets in astrophysics and cosmology," 1997–1998. PI: J. Silk

12. PI, NASA Grant NRA-96-09-OSS-034SOHO, "Modern Statistical Methods for Helioseismic Spectrum Estimation," 1997–1998.

13. PI, NASA Grant NAG 5-3919, "Data Sampling Rate Reduction for the Oersted Satellite," 1997–1998.

14. PI, UC Berkeley Classroom Technologies Grant, "Statistics *Statim*," 1997–1998.

15. Co-I, NSF Grant DMS-9872979,"*KDI: Computational Challenges in Cosmology*," 1998–2000. PI: A. Jaffe.

16. Co-I, NSF Grant IIS-98-17353, "*Re-Inventing Scholarly Information Dissemination and Use*," 4/1/1999–3/31/2004. PI: R. Wilensky and D. Forsythe.

17. PI, Hewlett Packard Company Grant 89293, "Applied Mobile Technology Solutions in Learning Environments," 3/19/2003–8/31/2004. Status report: https://www.stat.berkeley.edu/~stark/Grants/hp89293.htm

18. PI, Hewlett Packard Company Grant 14928, "Applied Mobile Technology Solutions in Learning Environments—2004 Extension Grant," 4/1/2004–6/30/2005.

19. PI, LLNL Grant B565605, "Uncertainty in Complex Simulations," 4/3/2007–9/30/2007.

20. PI, LLNL Grant B585264, "Uncertainty Quantification with Applications to Climate Modeling," 11/3/2009–9/30/2010.

21. PI, Genentech Inc. Grant 008485, "Measuring Glucose with NIR," 2/24/2010–10/31/2010.

22. Co-I, NSF Grant DUE-1060487, "S-STEM Berkeley Science Network Scholarship Program," 3/1/2011–2/28/2015. PI: M. Richards.

23. PI, State of Colorado U.S. Election Assistance Commission subaward UC01, 2010 Pre-Election Logic and Accuracy Testing and Post-Election Audit Initiative, 5/23/2011–4/23/2013.

24. PI, State of California Election Assistance Commission subaward 10I10066, Post Election Risk-Limiting Audit Pilot Program, 9/13/2011–4/23/2013.

25. PI, Bill and Melinda Gates Foundation Grant OPP1077697, "An Introductory Statistics MOOC With Field-Tested Online Assessments," 12/20/2012–7/31/2013.

26. Co-I, UC Berkeley MOOCLab Grant, "Forum Usage in Statistics MOOCs: Disentangling Correlation from Causation," 10/2013–8/2014. PI: M. Hearst.

27. Co-I, Berkeley Institute for Data Science, grant from the Gordon and Betty Moore Foundation and the Sloan Foundation. 12/2013–12/2018. PI: S. Perlmutter.

28. PI, UC Berkeley Food Institute Grant, "Reaping without Sowing: Urban Foraging, Sustainability, Nutrition, and Social Welfare," 2/2014–8/2015.

29. Co-I, NSF, DGE–1450053, "NRT-DESE Data Science for the 21st Century (DS421)," 2015–2020. PI: D. Ackerley.

30. PI, UC Berkeley Food Institute Grant, "Wild Food: Investigating and Reducing Barriers to the Consumption of Foraged Foods," 5/2015–12/2015.

31. PI, State Street Bank and Trust Company Grant, "Industry Partners Program: Consortium for Data Analytics in Risk (CDAR); and Berkeley Institute for Data Science (BIDS) at UC Berkeley," 2/2015–6/2018.

32. PI, Dascena subaward from NIH, "SBIR: A Computational Approach to Early Sepsis Detection," 4/2017–6/2017.

33. PI, Peder Sather Grant, "Mainstreaming Sensitivity Analysis and Uncertainty Auditing," 7/2017–6/2018.

34. Co-I, NSF Grant DMS–1745640, "(RTG): Advancing Machine Learning–Causality and Interpretability," 2018–2023.

## Consulting and Expert Witness Experience

Baker & McKenzie LLP, New York, NY: sampling and uncertainty quantification (client Nuclear Electric Insurance Limited, NEIL)

Bartlit Beck Herman Palenchar & Scott LLP, Denver, CO: intellectual property litigation (client Tessera)

Bingham McCutchen LLP, Los Angeles, CA: sampling in litigation

Bramson, Plutzik, Mahler & Birkhaeuser LLP, Walnut Creek, CA: consumer class action litigation

Bruce P. Brown Law, Atlanta, GA: election integrity litigation (client Donna Curling et al.)

Brinks, Hofer, Gilson & Lione, Chicago, IL: intellectual property litigation (clients R.J. Reynolds, Actavis)

Calfee, Halter & Griswold LLP, Cleveland, OH: tort litigation (client FirstEnergy Corp)

California-American Water Company: utilities regulation, census and survey data

Capital One: economic modeling and credit risk management; intellectual property litigation; credit loss forecasting

Carey and Carey, Palo Alto, CA: equal protection, civil litigation

CIBC: economic modeling and credit risk management

Cisco Systems: predicting email spool fill

City of Santa Rosa, CA: water treatment monitoring

Cogit.com, San Francisco, CA: Technical advisory board; data mining, targeted web advertising

Constantine, Cannon, San Francisco, CA, and New York, NY: *Qui Tam* litigation (three cases)

Contra Costa County Public Defender, Richmond, CA: equal protection, due process, medical treatment for defendants found incompetent to stand trial

Council of Europe, Venice Commission, Venice, Italy: election integrity, electoral fraud

Crosby, Heafey, Roach, & May, Oakland, CA: insurance litigation (client Farmer's Insurance)

Croskery Law Offices, Cincinnati, OH: employment discrimination litigation

East Bay Municipal Utilities District, Oakland, CA: water treatment monitoring

EEG Systems Laboratory, San Francisco, CA: inverse problems for electrical activity of the brain

Emery Celli Brinckerhoff & Abady LLP, Washington, DC: election recounts (client Jill Stein)

eTextbooksOnline.com, New York, NY: National Advisory board

Farella Braun + Martel LLP, San Francisco, CA: sampling and estimation in litigation

Federal Trade Commission, San Francisco, CA: sampling in litigation

Florida Education Association, Tallahassee, FL: teaching evaluations in academic employment decisions

Folger, Levin & Kahn, LLP, San Francisco, CA: sampling and risk management in litigation (client California Self-Insurers' Security Fund)

Fried, Frank, Harris, Shriver & Jacobsen LLP, New York, NY: sampling and estimation in securities litigation (clients Citigroup Global Markets Inc.; Goldman, Sachs & Co.; UBS Securities LLC)

Fuller-Austin Joint Defense Group: modeling in litigation

Georgia Department of Law, Atlanta, GA: lottery winnings (client Georgia Lottery Corporation)

Gibson, Dunn & Crutcher, New York, NY: sampling and estimation in litigation (client AIG / Lavastone Capital)

GMAC Financial Services: economic modeling and credit risk management

Habeas Corpus Resource Center, San Francisco, CA: bias in jury selection

Howard, Rice, Nemerovski, Canady, Falk, & Rabkin, San Francisco, CA: sampling in litigation; inference from retail sales data (clients K-Mart Corp., R.J. Reynolds)

Howrey LLP, East Palo Alto, CA: sampling in litigation (client Apple Inc.)

HSBC: economic modeling and credit risk management

Jones Day, Columbus, OH: sampling and estimation in litigation (client Cardinal Health)

Kaiser Permanente Northern California, Redwood City, CA: clinical trials in oncology

Kelley Jasons McGuire & Spinelli, LLP: insurance litigation (client St. Paul Fire & Marine Insurance Company)

Keller Grover LLP, San Francisco, CA: *Qui Tam* litigation

Kemnitzer, Barron & Krieg, LLP, San Francisco, CA: sampling in consumer class action litigation

Kipling Law Group, Seattle, WA: sampling in litigation (client AT&T Wireless)

KLA Instruments Corporation, San Jose, CA: calibration of algorithms to detect IC mask flaws

Kramer, Levin, Naftalis, & Frankel, New York, NY: sampling in litigation

Latham & Watkins, LLP, Menlo Park, CA, and San Francisco, CA: sampling in consumer class action litigation (clients Apple Inc., Silver Spring Networks)

Law Offices of Gorman & Miller, San Jose, CA: trade secret litigation

Law Offices of Ilson W. New, San Francisco, CA: natural resource legislation (client California Abalone Association)

Law Offices of Ramirez, Tollner, Stebbins, Bahrick, & Sasseen, San Jose, CA: trade secret litigation

Law Offices of Welebir & McCune, Woodside, CA: product liability litigation

Law Offices of Wells, Pinckney & McHugh, Austin, TX: employment discrimination arbitration

Law Offices of Wolkin & Timpane, San Francisco, CA: insurance litigation (client CIGNA)

Law Offices of Scott K. Zimmerman, Brentwood, CA: product liability litigation

Life Chiropractic College West, Hayward, CA: experimental design

Littler Mendelson, P.C., Dallas, TX, Los Angeles, CA, and San Francisco, CA: sampling in employment wage and hour class action litigation

Los Angeles Superior Court, Central District: sampling in employment wage and hour litigation

Manatt, Phelps & Phillips LLP, San Francisco, CA: utilities regulation (client California-American Water Company)

Mayer, Brown, Rowe & Maw, Chicago, IL: intellectual property litigation (client Capital One)

Mayer Brown LLP, New York, NY: mortgage-backed securities litigation (clients Bank of New York Mellon, Citibank N.A.)

Memorial University Faculty Association (MUNFA), St. Johns, NL, Canada: teaching evaluations in academic employment decisions

Meyers Nave, Oakland, CA: election dispute litigation (client Novato Sanitary District)

Monaghan Safar Ducham PLLC, Burlington, VT: employment discrimination

Morgan, Lewis & Bockius LLP, Los Angeles, CA: sampling in litigation

Morrison & Foerster, San Francisco, CA: product liability class action litigation, causal inference in litigation (clients American Cemwood, Iovate Health Sciences)

Munger, Tolles & Olson, LLP, San Francisco, CA and Los Angeles, CA: consumer class action litigation, intellectual property litigation, sampling (clients Verizon Wireless, Philip Morris, Tessera)

Murphy & McGonigle, Washington, DC: risk management and credit loss forecasting (client Capital One)

National Security Agency: adaptive filtering, combining expert opinions, digital communications, information retrieval, estimation

National Solar Observatory, Tucson, AZ: spectrum estimation

Albert A. Natoli, P.C., New York, NY: surveys in consumer class action litigation

Nichols Kaster PLLP, Minneapolis, MN: sampling and damage estimation in consumer class action litigation

Norton Rose Fulbright US LLP, Houston, TX: construction defect litigation (client M.J. Dean Construction, Inc.)

Nossaman LLP, San Francisco, CA: utilities regulation (client California-American Water Company)

Office of the Attorney General, State of California, Oakland, CA: sampling in litigation (client California Highway Patrol)

Ontario Confederation of University Faculty Associations (OCUFA) and Ryerson Faculty Association, Toronto, ON: teaching evaluations in academic employment decisions

Oracle: sampling and risk analysis

Orrick, Herrington & Sutcliffe LLP, Los Angeles and Sacramento, CA: sampling in litigation

Pacific Gas & Electric Co., San Francisco, CA: statistics and causal inference in litigation

Paul, Hastings, Janofsky & Walker LLP, Washington, DC: intellectual property litigation (client Capital One)

Phillips & Cohen LLP, San Francisco, CA: statistical inference in *Qui Tam* litigation

Porter & Hedges, LLP, Houston, TX: sampling in litigation

Schlumberger-Doll Research, Ridgefield, CT: inverse problems, signal processing

Robins Kaplan LLP: *Qui Tam* litigation

Shearman & Sterling, Washington, DC: survival analysis in litigation

Skadden, Arps, Slate, Meagher & Flom LLP, San Francisco, CA: case-control studies in litigation

Spector Roseman Kodroff & Willis, P.C., Philadelphia, PA: *Qui Tam* litigation

Spriggs & Hollingsworth, Washington, DC: environmental litigation

State of Illinois, Monroe County State's Attorney, Waterloo, IL: evidence in capital prosecution

St. Paul Fire and Marine Insurance Company, Baltimore, MD: projecting tort liability

Susman Godfrey, LLP, Los Angeles, CA

Travis County, TX: design of auditable voting systems

United Faculty of Florida, Tallahassee, FL: teaching evaluations in academic employment decisions

U.S. Attorney's Office, Northern District of California: ethnic bias in grand jury selection

U.S. Department of Agriculture, Washington, D.C.: fairness in lending, import restrictions and risk assessment

U.S. Department of Commerce, Bureau of the Census, Washington, D.C.: estimation and modeling

U.S. Department of Housing and Urban Development, Washington, D.C.: disparate impact of hurricane Katrina relief program

U.S. Department of Justice, Civil Division, Federal Programs Branch, Washington, D.C.: sampling the Internet and testing Internet content filters; USDA import restrictions on cattle and beef; disparate racial impact in HUD disaster relief; fairness in lending; prevalence of "sexting" among young adults

U.S. Department of Veterans Affairs Medical Center, Martinez, CA: speech and non-speech hearing segregation in aging

U.S. House of Representatives, Washington, D.C.: sampling to adjust the U.S. Census

Weintraub Genshlea Chediak Law Corporation, Sacramento, CA: wage and hour class action litigation (client Tai Wah, Inc.)

Wiegel Law Group, San Francisco, CA: sampling in class action litigation (client Trinity Management Services)

Willoughby, Stuart & Bening, San Jose, CA: insurance litigation

Winston & Strawn LLP, Chicago, IL: consumer class action litigation

Zimmerman Reed, Scottsdale, AZ: consumer class action litigation

## Testimony (incomplete prior to 2003)

47. **December 2018.** Phoenix Light SF Ltd., in its own right and the right of Blue Heron Funding V Ltd., Blue Heron Funding VI Ltd., Blue Heron Funding VII Ltd., Kleros Preferred Funding V PLC, Silver Elms CDO PLC, Silver Elms CDO II Ltd., C-BASS CBO XVII Ltd., C-BASS CBO XIV Ltd. and each of Blue Heron Funding V Ltd., Blue Heron Funding VI Ltd., Blue Heron Funding VII Ltd., Kleros Preferred Funding V PLC, Silver Elms CDO PLC, Silver Elms CDO II Ltd., C-BASS CBO XVII Ltd. and C-BASS CBO XIV Ltd., in their own right, *vs.* The Bank of New York Mellon, Case 14-cv-10104 (VEC) Deposition.

46. **November 2018.** United States of America and State of New York, *ex rel.* Edward Lacey, *vs.* Visiting Nurse Service of New York. (U.S. District Court, Southern District of New York, Case 14-CV-5739 (AJN)) Deposition.

45. **August 2018.** Delores James *vs.* University of Florida (Grievances # 0817-00108 and 1117-00109) Arbitration.

44. **July 2018.** Testimony to the State of California Little Hoover Commission. Video: http://www.lhc.ca.gov/report/voting-equipment-security. Written testimony : https://www.stat.berkeley

`.edu/~stark/Preprints/lhs18.pdf`

43. **July 2018.** United States of America, *ex rel.* Stephen A. Krahling and Joan A. Wlochowski, *vs.* Merck & Co., Inc. (U.S. District Court, Eastern District of Pennsylvania, Case 10-4374 (CDJ)) and *In Re*: Merck Mumps Vaccine Antitrust Litigation (Master File No. 12-3555 (CDJ)) Deposition.

42. **April 2018.** Ryerson University *vs.* The Ryerson Faculty Association re FCS & Related Issues (2018 CanLII 58446) Arbitration.

41. **August 2017.** Application of California-American Water Company (U210W) for Authorization to Modify Conservation and Rationing Rules, Rate Design, and Other Related Issues for the Monterey District (Public Utility Commission of the State of California, Application 15-07-019) Hearing.

40. **July 2017.** United States, the States of California, Delaware, Florida, Illinois, Indiana, Nevada, New Mexico, New York, and Tennessee, the Commonwealths Of Massachusetts and Virginia, and The District Of Columbia, *ex rel.* John Hendrix, *vs.* J-M Manufacturing Company, Inc., d/b/a JM Eagle, a Delaware corporation, and Formosa Plastics Corporation, U.S.A., a Delaware corporation (U.S. District Court, Central District of California, Case ED CV 06-00055-GW) Deposition.

39. **March 2017.** The People of the State of California *vs.* Keegan Lee Czirban, Richard Allen, Filoberto Pablo Alvidrez, Jaqwayne Bryant, Dale Gabriel Burnell, Juan Pablo Cardona aka Juan Luna-Cardona, Miguel Colina, Emmanuel Cordova, Ramon Duenas, Connie Renee Fields, Anisa Sakari Fortenberry, Louie Frank Gamboa, Cynthia Marie Harrell, Briana Hawkins, Jeremiah James Johnson, Kieth Carl Knutson, Mark Alex Mallory, Brian McMahon, David Moore, Marquise Lamar Owens, Mitkayem Dean Robinson, Patrice Sanders, and Seth Rui Sears. (Superior Court of the State of California, County

of Contra Costa, 05-151662-4 and associated cases) Trial.

38. **March 2017.**   Kelly Brunarski and Yvette Harmon *vs.*   Miami University.  (U.S. District Court, Southern District of Ohio, Western Division, 1:16-cv-0311) Deposition.

37. **January 2017.** The Western and Southern Life Insurance Company, et al. *vs.* The Bank of New York Mellon. (Court Of Common Pleas, Hamilton County, Ohio, A1302490) Trial.

36. **December 2016.**   Fixed Income Shares:  Series M, Lvs II LLC, PCM Fund, Inc., PIMCO Absolute Return Strategy II Master Fund LDC, PIMCO Absolutereturnstrategy III Master Fund LDC, PIMCO Absolute Return Strategy III Overlay Master Fund Ltd., PIMCO Absolute Return Strategy IV Master Fund LDC, PIMCO Absolute Return Strategy V Master Fund LDC, PIMCO Bermuda Trust: PIMCO Bermuda Foreign Low Duration Fund, PIMCO Bermuda Trust: PIMCO Bermuda U.S. Low Duration Fund, PIMCO Cayman Spc Limited, PIMCO Cayman Japan Coreplus Segregated Portfolio, PIMCO Cayman Trust: PIMCO Cayman Global Advantage Bond Fund, PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund II, PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Exjapan (Yen-Hedged) Income Fund, PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan Bond Fund, PIMCO Cayman Trust: PIMCO Cayman Global Bond (Nzdhedged) Fund, PIMCO Dynamic Credit Income Fund, PIMCO ETF Trust, PIMCO Total Return Active Exchange-Traded Fund, PIMCO Funds: Global Investors Series PLC, Diversified Income Fund, PIMCO Funds:  Global Investors Series PLC, Global Bond Fund, PIMCO Funds: Global Investors Series PLC, Global Investment Grade Credit Fund, PIMCO Funds:  Global Investors Series PLC, Income Fund, PIMCO Funds:  Global Investors Series PLC, PIMCO Credit Absolute Return Fund, PIMCO Funds: Global Investors Series PLC, Unconstrained Bond Fund, PIMCO Funds:  PIMCO Commodities Plus Strategy Fund, PIMCO Funds: PIMCO Commodity Real Return Strategy Fund, PIMCO Funds:  PIMCO Credit Absolute Return

Fund, PIMCO Funds: PIMCO Diversified Income Fund, PIMCO Funds: PIMCO Floating Income Fund, PIMCO Funds: PIMCO Foreign Bond Fund (Unhedged), PIMCO Funds: PIMCO Global Advantage Strategy Bond Fund, PIMCO Funds: PIMCO Global Bond Fund (Unhedged), PIMCO Funds: PIMCO Income Fund, PIMCO Funds: PIMCO International Stocksplus AR Strategy Fund (U.S. Dollarhedged), PIMCO Funds: PIMCO Investment Grade Corporate Bond Fund, PIMCO Funds: PIMCO Low Duration Fund, PIMCO Funds: PIMCO Low Duration Fund II, PIMCO Funds: PIMCO Low Duration Fund III, PIMCO Funds: PIMCO Real Return Fund, PIMCO Funds: PIMCO Short-Term Fund, PIMCO Funds: PIMCO Total Return Fund, PIMCO Funds: PIMCO Unconstrained Bond Fund, PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund, PIMCO Funds, Private Account Portfolio Series Emerging Markets Portfolio, PIMCO Funds: Private Account Portfolio Series International Portfolio, PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio, PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio, PIMCO Funds: Private Account Portfolio Series U.S. Government Sector Portfolio, PIMCO Multi-Sector Strategy Fund Ltd., PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV Efund, PIMCO Variable Insurance Trust: PIMCO Global Advantage Strategy Bond Portfolio, PIMCO Variable Insurance Trust: PIMCO Global Bond Portfolio (Unhedged), PIMCO Variable Insurance Trust: PIMCO Low Duration Portfolio, CREF Bond Market Account, CREF Social Choice Account, TIAA Global Public Investments, MBS LLC, TIAA-CREF Bond Fund, TIAA-CREF Bond Plus Fund, TIAA-CREF Life Insurance Company, Prudential Bank & Trust, FSB, Prudential Retirement Insurance and Annuity Company, The Gibraltar Life Insurance Company, Ltd., The Prudential Series Fund, LIICA RE II, Inc., Monumental Life Insurance Company Modified Separate Account, Transamerica Life Insurance Company, Transamerica Premier Life Insurance Company, Kore Advisors LP, and Sealink Funding Limited *vs.* Citibank N.A. (U.S. District Court, Southern District of New York, 14-cv-09373-JMF) Deposition.

35. **November 2016.** Jill Stein, Petitioner, *vs.* Wisconsin Elections

Commission and Members of the Wisconsin Elections Commission, each and only in his or her official capacity: Mark L. Thomsen, Ann S. Jacobs, Beverly Gill, Julie M. Glancey, Steve King, and Don M. Millis, Respondents. (State of Wisconsin Circuit Court, Dane County, Judge Valerie Bailey-Rihn) Trial.

34. **October 2016.** Citizens Oversight, Inc., a Delaware non-profit corporation; and Raymond Lutz, an individual, *vs.* Michael Vu, San Diego Registrar of Voters; Helen N. Robbins-Meyer, San Diego County Chief Administrative Officer; County of San Diego, a public entity; and Does 10–10, Defendants. (Superior Court of California, County of San Diego–Central Division, 37-2016-00020273-CL-MC-CTL) Trial.

33. **July 2016.** Loc Vu-Quoc *vs.* University of Florida. (American Arbitration Association Case no. 01-15-0006-1052). Arbitration.

32. **July 2016.** Memorial University of Newfoundland Faculty Association *vs.* Memorial University of Newfoundland (Arbitration I15-07) Arbitration.

31. **June 2016.** Gasia Thomas, et al., *vs.* First Energy Corporation, et al. (Court Of Common Pleas, Cuyahoga County, Ohio, 13-CV-798520) Deposition.

30. **May 2016.** The Western and Southern Life Insurance Company, et al., *vs.* The Bank of New York Mellon. (Court Of Common Pleas, Hamilton County, Ohio, A1302490) Deposition.

29. **February 2016.** Palms Place, LLC, a Nevada limited liability company, *vs.* Kittrell Garlock & Associates, Architects, AIA, LTD. d/b/a KGA Architecture, a Nevada professional corporation; M.J. Dean Construction, LLC, a Nevada limited liability company; Does I through X; Roe Corporations I through X; and Roe LLC I through X, Defendants.

M.J. Dean Construction, Inc., a Nevada corporation, Counterclaimant, *vs.* Palms Place, LLC, a Nevada limited liability company, Does I–X, Roe Corporations I–X, Boe Bonding Companies I–X, Loe Lenders I–X and Toe Tenants I–X, Counterdefendants.

Kittrell Garlock & Associates, Architects, AIA, Ltd. d/b/a KGA Architecture, a Nevada professional corporation, Counterclaimant, *vs.* Palms Place, LLC, a Nevada limited liability company, and Toes I–XV, Counterdefendants.

M.J. Dean Construction, Inc., a Nevada corporation, Third-Party Plaintiff, *vs.* Embassy Glass, Inc., a Nevada corporation; Zetian Systems, Inc., a Nevada corporation; Bombard Mechanical, LLC, a Limited Liability Company; Century Steel, Inc., a Nevada corporation; Pacific Custom Pools, Inc., a Nevada corporation; Superior Tile & Mechanical, Inc., a Nevada corporation; Mesa Mechanical, LLC, a Limited Liability Company; Dean Roofing Co., a Nevada Corporation; Does 1 through 50; Roe Corporations 1 through 50, Third-Party Defendants.

Palms Place, LLC, a Nevada limited liability company, Cross-Claimant, *vs.* Embassy Glass, Inc., a Nevada corporation; Zetian Systems, Inc., a Nevada corporation; Does 1 through 50; Roe Corporations 1 through 50, Cross-Defendants. (Nevada District Court, Clark County, Nevada, A-11-645150-C) Deposition.

28. **September 2015**. Lavastone Capitol LLC *vs.* Coventry First LLC, LST I LLC, LST II LLC, LST Holdings LTD., Montgomery Capital, Inc., Alan Buerger, Reid Buerger, Constance Buerger, and Krista Lake. (U.S. District Court, Southern District of New York, 14-CV-07139 JSR) Trial.

27. **May 2015**. Lavastone Capitol LLC *vs.* Coventry First LLC, LST I LLC, LST II LLC, LST Holdings LTD., Montgomery Capital, Inc., Alan Buerger, Reid Buerger, Constance Buerger, and Krista Lake. (U.S. District Court, Southern District of New York, 14-CV-07139 JSR) Deposition.

26. **April 2015**. Testimony before the California State Assembly Committee on Elections and Redistricting. Legislative hearing. `https://www.stat.berkeley.edu/~stark/Preprints/ab44-assembly-2015-4-15.htm`

25. **July 2014**. New Jersey Carpenters Health Fund, New Jersey Carpenters Vacation Fund, and Boilermaker Blacksmith National Pension Trust, on Behalf of Themselves and All Others Similarly Situated, *vs*. Residential Capital, LLC; Residential Funding, LLC; Residential Accredit Loans, Inc.; Bruce J. Paradis; Kenneth M. Duncan; Davee L. Olson; Ralph T. Flees; Lisa R. Lundsten; James G. Jones; David M. Bricker; James N. Young; Residential Funding Securities Corporation d/b/a GMAC RFC Securities; Goldman, Sachs & Co.; RBS Securities, Inc. f/k/a Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital; Deutsche Bank Securities, Inc.; Citigroup Global Markets, Inc.; Credit Suisse Securities (USA) LLC; Bank of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc.; UBS Securities LLC; JPMorgan Chase & Co., Inc. as successor-in-interest to Bear, Stearns & Co., Inc.; and Morgan Stanley & Co., Inc. (U.S. District Court, Southern District of New York, Case 08-CV-8781 HB) Deposition.

24. **October 2013**. United States, the States of California, Delaware, Florida, Illinois, Indiana, Nevada, New Mexico, New York, and Tennessee, the Commonwealths Of Massachusetts and Virginia, and The District Of Columbia Ex Rel. John Hendrix, Plaintiffs, *vs*. J-M Manufacturing Company, Inc., d/b/a JM Eagle, a Delaware corporation, and Formosa Plastics Corporation, U.S.A., a Delaware corporation (U.S. District Court, Central District of California, Case ED CV 06-00055-GW) Trial.

23. **September 2013**. Tessera, Inc. *vs*. Advanced Micro Devices, Inc., a Delaware corporation; Spansion, LLC, a Delaware limited liability corporation; Spansion, Inc., a Delaware corporation; Spansion Technology, Inc., a Delaware corporation; Advanced Semiconductor Engineering, Inc., a Republic of China corporation; ASE (U.S.), Inc., a California

corporation; ChipMOS Technologies, Inc., a Republic of China corporation; ChipMOS U.S.A., Inc., a California corporation; Siliconware Precision Industries Co., Ltd., a Republic of China corporation; Siliconware USA, Inc., a California corporation; STMicroelectronics N.V., a Netherlands corporation; STMicroelectronics, Inc., a Delaware corporation; STATS ChipPAC, Inc., a Delaware corporation; STATS ChipPAC (BVI), Inc., a British Virgin Islands company; STATS ChipPAC, Ltd., a Singapore company (U.S. District Court, Northern District of California, Case C 05-04063 CW) Deposition.

22. **July 2013**. United States, the States Of California, Delaware, Florida, Illinois, Indiana, Nevada, New Mexico, New York, and Tennessee, the Commonwealths Of Massachusetts And Virginia, and The District Of Columbia Ex Rel. John Hendrix, Plaintiffs, *vs.* J-M Manufacturing Company, Inc., d/b/a JM Eagle, a Delaware corporation, and Formosa Plastics Corporation, U.S.A., a Delaware corporation (U.S. District Court, Central District of California, Case ED CV 06-00055-GW) Deposition.

21. **June 2013**. Free Speech Coalition, Inc., American Society Of Media Photographers, Inc.; Michael Barone; David Conners a/k/a Dave Cummings; Thomas Hymes; Townsend Enterprises, Inc.   d/b/a Sinclair Institute; C1R Distribution, LLC d/b/a Channel 1 Releasing; Barbara Alper; Carol Queen; Barbara Nitke; David Steinberg; Marie L. Levine a/k/a Nina Hartley; Dave Levingston; Betty Dodson; Carlin Ross *vs.* Eric H. Holder, Jr., Attorney General of the United States (U.S. District Court, Eastern District of Pennsylvania, Case 2:09–4607 MMB) Trial.

20. **October 2011**. Jonathan Buckheit *vs.* Tony Dennis, Dean Devlugt, Town of Atherton, County of San Mateo, Anthony Kockler and Jerry Carlson (U.S. District Court, Northern District of California, Case CV09-5000 JCS) Deposition.

19. **June 2010**.   Testimony before California State Senate Committee

on Elections, Reapportionment and Constitutional Amendments. Legislative hearing. `https://www.stat.berkeley.edu/~stark/Preprints/ab2023-senate-15-6-10.htm`

18. **April 2010**. Testimony before California State Assembly Committee on Elections and Redistricting. Legislative hearing. `https://www.stat.berkeley.edu/~stark/Preprints/ab2023-assembly-20-4-10.htm`

17. **March 2010**. Suzan Sharpley and Robert Abeling *vs.* William Long; Novato Sanitary District; Elaine Ginnold, Marin County Registrar of Voters; Does 1–10. (State of California Superior Court, County of Marin, Case CIV 096368) Trial.

16. **January 2010**. Kastanos et al. *vs.* Central Concrete Supply Co., Inc. (State of California Superior Court, County of Alameda, Lead Case No. HG 07-319366) Trial.

15. **June 2009**. Star Scientific, Inc., *vs.* R.J. Reynolds Tobacco Company, et al. (U.S. District Court, Maryland District, Northern Division, Case Nos. MJG-01 1504 and MJG-02 2504) Trial.

14. **May 2009**. Star Scientific, Inc., *vs.* R.J. Reynolds Tobacco Company, et al. (U.S. District Court, Maryland District, Northern Division, Case Nos. MJG-01 1504 and MJG-02 2504) Deposition.

13. **July 2008**. Coordination Proceeding Special Title (Rule 1550(b)) Cellphone Termination Fee Cases (State of California Superior Court, County of Alameda, Case 4332) Deposition.

12. **April 2008**. Coordination Proceeding Special Title (Rule 1550(b)) Cellphone Termination Fee Cases (State of California Superior Court,

County of Alameda, Case 4332) Deposition.

11. **August 2007**.   Self-Insurers' Security Fund *vs.* Gallagher Bassett Services, Inc.  (U.S. District Court, Northern District of California, Case No. C 06-02828 JSW) Deposition.

10. **March 2007**.  Peter Wachtell *vs.* Capital One Financial Corporation and Capital One Services, Inc. (U.S. District Court, District of Idaho, Case No. CIV03-267-S-MHW) Deposition.

9. **November 2006**.   Coordination Proceeding Special Title (Rule 1550(b)) Cellphone Termination Fee Cases (State of California Superior Court, County of Alameda, Case 4332) Deposition.

8. **November 2006**. ACLU *vs.* Gonzales (U.S. District Court, Eastern District of Pennsylvania, Civil Action No. 98-5591) Trial.

7. **August 2006**.   ACLU *vs.* Gonzales (U.S. District Court, Eastern District of Pennsylvania, Civil Action No. 98-5591) Deposition.

6. **December 2004**.  Star Scientific, Inc., *vs.* R.J. Reynolds Tobacco Company, et al.  (U.S. District Court, Maryland District, Northern Division, Case Nos. MJG-01 1504 and MJG-02 2504) Trial.

5. **December 2003**. Richison et al. *vs.* American Cemwood Corporation (State of California Superior Court, San Joaquin County, Case No. 005532) Trial.

4. **December 2003**. Pacific Gas and Electric Co. *vs.* City and County of San Francisco (U.S. District Court, Northern District of California, Case No. C99-2071 VRW) Deposition.

3. **May 2003**. Richison et al. *vs.* American Cemwood Corporation (State
   of California Superior Court, San Joaquin County, Case No. 005532)
   Deposition.

2. **May 1998**.  Testimony before the U.S. House of Representatives
   Subcommittee on the Census.  Legislative hearing.

1. **1997**. Testimony before the State of California Senate Committee on
   Natural Resources. Legislative hearing.

https://www.stat.berkeley.edu/~stark/bio.pdf
Last modified January 4, 2019.

APPENDIX

II

# Pre-processing Georgia XML Election Data

```
In [1]: %matplotlib inline
        import math
        import numpy as np
        import scipy as sp
        import scipy.optimize
        from scipy.stats import hypergeom, binom, norm
        from scipy import special
        from cryptorandom.cryptorandom import SHA256
        from cryptorandom import sample
        from permute.utils import binom_conf_interval
        import matplotlib.pyplot as plt
        import pandas as pd
        from lxml import etree
        import csv

        elec_fn = '../../Data/detail.xml'


In [2]: elec = etree.parse(elec_fn)


In [3]: e_root = elec.getroot()
```

Example record:

11/9/2018 8:13:23 PM EST November 6, 2018 - General Election
11/6/2018
Richmond

```
<VoterTurnout ballotsCast="70355" totalVoters="122747" voterTurnout="57.32">
  <Precincts>
    <Precinct ballotsCast="536" name="101" percentReporting="4" totalVoters="830" voterTurnout="64.58"/>
  </Precincts>
</VoterTurnout>
```

… … …

```
In [4]: # Contest key=20000 is Governor, Choice key=40 is Kemp

        elec.xpath("sum(Contest[@key='20000']/Choice[@key='40']//County/@votes)")

        # elec.xpath("Contest[@text='Governor']/Choice[@text='BRIAN KEMP  (REP)']//County[@votes]")
        # elec.find('//Precinct')

Out[4]: 1978408.0
```

# Create a CSV file with total ballots cast in each county

Verified matching between CSV, XML, and GA website on 1/4/2019 by KO:

- totals for Appling, Atkinson, Bacon, Baker, Baldwin match
- total ballots cast statewide 3,949,905 matches

```
In [5]: totals = elec.xpath("ElectionVoterTurnout/Counties/County")

        # open a file for writing

        total_ballots_by_county = open('../../Data/total_ballots_by_county.csv', 'w')
        total = 0

        # create the csv writer object

        csvwriter = csv.writer(total_ballots_by_county)

        csvwriter.writerow(["County", "Ballots cast"])
        for v in totals:
            csvwriter.writerow([v.attrib["name"], v.attrib["ballotsCast"]])
            total += int(v.attrib["ballotsCast"])

        # close the file

        total_ballots_by_county.close()

        # assert that the total by county, summed, equals the reported total

        assert total == int(elec.xpath("ElectionVoterTurnout/@ballotsCast")[0])
```

## Create a CSV file with reported votes by county by contest by candidate

Verified matching between CSV, XML, and GA website on 1/4/2019:

- Votes for Kemp in Bryan county, broken out by vote type, match in CSV and XML. The sum matches the website total 10,507.
- Votes for Geoff Duncan (Lt. Gov) in Ware county, broken out by vote type, match in CSV and XML. The sum matches the website total 7,619.

```
In [6]: # open a file for writing

        votes = open('../../Data/votes_by_candidate_county.csv', 'w')

        # create the csv writer object

        csvwriter = csv.writer(votes)
        csvwriter.writerow(["Contest", "Candidate", "Vote type", "County", "Ballots cast"])

        for contest in e_root.iter("Contest"):
            contest_name = contest.attrib["text"]
            for choice in contest.iter("Choice"):
                candidate = choice.attrib["text"]
                for votetype in choice.iter("VoteType"):
                    val = votetype.attrib["name"]
                    for v in votetype:
                        csvwriter.writerow([contest_name, candidate, val, v.attrib["name"], v.attrib["votes"
        ]])

        # close the file

        votes.close()
```

## Create CSV file with undervotes in the down-ticket statewide contests

Undervotes are counted *relative* to the number of ballots cast in the Governor's race. (We have total voter turnout, but it isn't broken out by vote type. Ballots cast for Governor are broken out by vote type.)

Checked on 1/4/19:

- No negative undervote counts
- For each Vote Type in each County, the Total Ballots is the same for every Contest

```
In [7]: total_ballots_cast = pd.read_csv('../../Data/total_ballots_by_county.csv')
        reported_votes = pd.read_csv('../../Data/votes_by_candidate_county.csv')
```

In [8]: reported_votes.head()

Out[8]:

|   | Contest | Candidate | Vote type | County | Ballots cast |
|---|---------|-----------|-----------|--------|--------------|
| 0 | Governor | BRIAN KEMP (REP) | Election Day | Appling | 2334 |
| 1 | Governor | BRIAN KEMP (REP) | Election Day | Atkinson | 808 |
| 2 | Governor | BRIAN KEMP (REP) | Election Day | Bacon | 609 |
| 3 | Governor | BRIAN KEMP (REP) | Election Day | Baker | 409 |
| 4 | Governor | BRIAN KEMP (REP) | Election Day | Baldwin | 3054 |

```
In [9]: statewide_contests = np.array(["Governor", "Lieutenant Governor", "Secretary Of State", \
                                       "Attorney General", "Commissioner Of Agriculture", \
                                       "Commissioner Of Insurance", "State School Superintendent", "Commissio
        ner Of Labor", \
                                       "Public Service Commission, District 3 - Metro-Atlanta", \
                                       "Public Service Commission, District 5 - Western"])
        reported_votes = reported_votes[reported_votes["Contest"].isin(statewide_contests)]

        reported_votes_by_contest = reported_votes.groupby(["Contest", "County", "Vote type"])["Ballots cast"
        ].agg(np.sum)
        reported_votes_by_contest = reported_votes_by_contest.reset_index()
        reported_votes_by_contest.head()
```

Out[9]:

|   | Contest | County | Vote type | Ballots cast |
|---|---------|--------|-----------|--------------|
| 0 | Attorney General | Appling | Absentee by Mail | 519 |
| 1 | Attorney General | Appling | Advance in Person | 3180 |
| 2 | Attorney General | Appling | Election Day | 2860 |
| 3 | Attorney General | Appling | Provisional | 3 |
| 4 | Attorney General | Atkinson | Absentee by Mail | 88 |

```
In [10]: gov_race = reported_votes_by_contest[reported_votes_by_contest["Contest"]=="Governor"]
         gov_race = gov_race.copy()
         gov_race.rename(columns={'Ballots cast': 'Total ballots'}, inplace=True)
         gov_race = gov_race.drop(columns=["Contest"])
         gov_race.head()
```

Out[10]:

| | County | Vote type | Total ballots |
|---|---|---|---|
| **2544** | Appling | Absentee by Mail | 530 |
| **2545** | Appling | Advance in Person | 3298 |
| **2546** | Appling | Election Day | 2978 |
| **2547** | Appling | Provisional | 3 |
| **2548** | Atkinson | Absentee by Mail | 88 |

```
In [11]: max_votes_estimated = reported_votes_by_contest.groupby(["County", "Vote type"]).agg(np.max)
         max_votes_estimated = max_votes_estimated.drop(columns=["Contest"]).reset_index()
         max_votes_estimated.rename(columns={'Ballots cast': 'Total ballots'}, inplace=True)
```

```
In [12]: merged_votes = pd.DataFrame()
         for contest in statewide_contests[1:]:
             this_race = reported_votes_by_contest["Contest"]==contest
             merged_votes_contest = pd.merge(max_votes_estimated, reported_votes_by_contest[this_race])
             merged_votes_contest["Undervotes"] = merged_votes_contest["Total ballots"] - merged_votes_contest
         ["Ballots cast"]
             merged_votes = pd.concat([merged_votes, merged_votes_contest])

         merged_votes.head()
```

Out[12]:

|   | County | Vote type | Total ballots | Contest | Ballots cast | Undervotes |
|---|--------|-----------|---------------|---------|--------------|------------|
| 0 | Appling | Absentee by Mail | 530 | Lieutenant Governor | 523 | 7 |
| 1 | Appling | Advance in Person | 3298 | Lieutenant Governor | 3092 | 206 |
| 2 | Appling | Election Day | 2978 | Lieutenant Governor | 2768 | 210 |
| 3 | Appling | Provisional | 3 | Lieutenant Governor | 3 | 0 |
| 4 | Atkinson | Absentee by Mail | 88 | Lieutenant Governor | 88 | 0 |

```
In [13]: merged_votes.to_csv('../../Data/undervotes_by_county.csv', index=False)
```

```
In [14]:  # version information
          %load_ext version_information
          %version_information scipy, numpy, csv, pandas, matplotlib, notebook, cryptorandom, permute

          Loading extensions from ~/.ipython/extensions is deprecated. We recommend managing extensions like a
          ny other Python packages, in site-packages.

          /anaconda/lib/python3.6/site-packages/IPython/core/formatters.py:839: FormatterWarning: JSON expects
          JSONable list/dict containers, not JSON strings
            FormatterWarning)
```

Out[14]:

| Software | Version |
|---|---|
| Python | 3.6.7 64bit [GCC 4.2.1 Compatible Clang 4.0.1 (tags/RELEASE_401/final)] |
| IPython | 7.2.0 |
| OS | Darwin 18.2.0 x86_64 i386 64bit |
| scipy | 1.1.0 |
| numpy | 1.15.4 |
| csv | 1.0 |
| pandas | 0.23.1 |
| matplotlib | 3.0.2 |
| notebook | 5.7.4 |
| cryptorandom | 0.2 |
| permute | 0.1.alpha4 |
| Sun Jan 06 13:57:02 2019 PST | |

APPENDIX

III

# Differential undervote rate in Lt. Gov contest

Compare undervote rates by mode of voting (paper versus electronic) using hypergeometric 2-sample test.

```
In [1]: %matplotlib inline
        import math
        import numpy as np
        import scipy as sp
        import scipy.optimize
        from scipy.stats import hypergeom, binom, norm, chi2
        from scipy import special
        from collections import Counter
        from cryptorandom.cryptorandom import SHA256
        from cryptorandom import sample
        from permute.utils import binom_conf_interval
        from permute.npc import fisher
        import matplotlib.pyplot as plt
        import pandas as pd
        import csv
```

```
In [2]: statewide_contests = np.array(["Lieutenant Governor", "Secretary Of State", \
                                       "Attorney General", "Commissioner Of Agriculture", \
                                       "Commissioner Of Insurance", "State School Superintendent", "Commissio
        ner Of Labor", \

                                       "Public Service Commission, District 3 - Metro-Atlanta", \
                                       "Public Service Commission, District 5 - Western"])
        votes = pd.read_csv('../../Data/undervotes_by_county.csv')
        votes.head()
```

Out[2]:

|   | County | Vote type | Total ballots | Contest | Ballots cast | Undervotes |
|---|--------|-----------|---------------|---------|--------------|------------|
| 0 | Appling | Absentee by Mail | 530 | Lieutenant Governor | 523 | 7 |
| 1 | Appling | Advance in Person | 3298 | Lieutenant Governor | 3092 | 206 |
| 2 | Appling | Election Day | 2978 | Lieutenant Governor | 2768 | 210 |
| 3 | Appling | Provisional | 3 | Lieutenant Governor | 3 | 0 |
| 4 | Atkinson | Absentee by Mail | 88 | Lieutenant Governor | 88 | 0 |

```
In [3]: mode_mask = votes['Vote type'].isin(['Advance in Person', 'Election Day', 'Absentee by Mail'])
        dre_mask = votes['Vote type'].isin(['Advance in Person', 'Election Day'])

        p_thresh = 0.0001
        contests_sig = Counter()

        for c in statewide_contests:
            cont_mask = votes['Contest'] == c
            for cty in votes['County'].unique():
                cty_mask = votes['County'] == cty
                N = votes[mode_mask & cont_mask & cty_mask]['Total ballots'].sum()
                G = votes[mode_mask & cont_mask & cty_mask]['Undervotes'].sum()
                g = votes[dre_mask & cont_mask & cty_mask]['Undervotes'].sum()
                n = votes[dre_mask & cont_mask & cty_mask]['Ballots cast'].sum() + g
                # pmf(k, M, n, N) = choose(n, k) * choose(M - n, N - k) / choose(M, N),
                p = 2*min(hypergeom.cdf(g, N, G, n),hypergeom.sf(g-1, N, G, n))
                if p <= p_thresh:
                    contests_sig[c] = contests_sig[c]+1
                print(c, cty, N, G, n, g, G/N, g/n, p)
```

Lieutenant Governor Appling 6806 423 6276 416 0.06215104319717896 0.0662842574888464 2.1439776587662654e-08

Lieutenant Governor Atkinson 2520 218 2432 218 0.0865079365079365 0.08963815789473684 0.0006011988993767051

Lieutenant Governor Bacon 3829 244 3655 242 0.06372420997649517 0.06621067031463748 0.0014452710502285972

Lieutenant Governor Baker 1291 101 1150 95 0.07823392718822618 0.08260869565217391 0.1172912140177249

Lieutenant Governor Baldwin 15633 892 14475 882 0.05705878590161837 0.060932642487046634 6.904218122683707e-19

Lieutenant Governor Banks 6852 220 6629 219 0.03210741389375365 0.033036657112686676 0.01057958862999079

Lieutenant Governor Barrow 27398 1060 26135 1049 0.03868895539820425 0.04013774631719916 3.900219802989691e-11

Lieutenant Governor Bartow 37327 478 35759 476 0.012805743831542852 0.01331133420956962 5.32938619891327e-07

Lieutenant Governor Ben Hill 5533 335 5213 332 0.06054581601301283 0.06368693650489161 4.49526479982811e-06

Lieutenant Governor Berrien 6247 320 5925 320 0.05122458780214503 0.0540084388185654 5.578953396708233e-08

Lieutenant Governor Bibb 60460 3049 55999 3014 0.050430036387694346 0.053822389685530096 1.9634746397364817e-60

Lieutenant Governor Bleckley 4855 214 4598 212 0.04407826982492276 0.046107003044802086 0.0012309494917529596

Lieutenant Governor Brantley 5689 292 5501 291 0.051327122517138335 0.052899472823123066 0.0009698979815758128

Lieutenant Governor Brooks 5696 353 5231 344 0.061973314606741575 0.06576180462626649 1.0991608699783508e-05

Lieutenant Governor Bryan 14970 543 14388 540 0.03627254509018036 0.03753127606338615 1.3295463008433782e-06

Lieutenant Governor Bulloch 23543 988 22467 972 0.041965764770844835 0.04326345306449459 4.385804568643126e-07

Lieutenant Governor Burke 8719 483 7751 480 0.05539626103910999 0.06192749322668043 3.3482447411816402e-21

Lieutenant Governor Butts 8863 355 8483 352 0.04005415773440144 0.041494754214310973 0.0002285992830354893

Lieutenant Governor Calhoun 1899 116 1714 114 0.061084781463928386 0.06651108518086347 0.0009525558082105067

Lieutenant Governor Camden 17053 631 15860 622 0.03700228698762681 0.03921815889029004 5.874904757442742e-11

Lieutenant Governor Candler 3538 181 3418 179 0.05115884680610514 0.05236980690462258 0.09803217107981956

Lieutenant Governor Carroll 41739 1548 40221 1541 0.037087615898799685 0.03831331891300564 5.4443703

82616403e-17
Lieutenant Governor Catoosa 23725 890 23185 887 0.0375131717597471 0.03825749406944145 3.23155990066
39145e-06
Lieutenant Governor Charlton 3369 191 3206 191 0.056693380825170676 0.05957579538365564 0.0001157816
1633823924
Lieutenant Governor Chatham 103338 4809 97161 4735 0.04653660802415375 0.04873354535255915 1.1932271
711283063e-54
Lieutenant Governor Chattahoochee 1102 65 1067 65 0.05898366606170599 0.06091846298031865 0.23009572
741168619
Lieutenant Governor Chattooga 7427 313 7202 311 0.042143530362192004 0.043182449319633436 0.00671638
4526635276
Lieutenant Governor Cherokee 106299 2789 100987 2758 0.026237311733882728 0.027310445898977097 9.253
11760914282e-30
Lieutenant Governor Clarke 43261 1655 40239 1623 0.03825616606181087 0.04033400432416313 1.974619000
0816885e-21
Lieutenant Governor Clay 1186 75 1043 72 0.06323777403035413 0.06903163950143816 0.02649754259821546
Lieutenant Governor Clayton 91840 4721 85993 4663 0.05140461672473868 0.0542253439233426 8.702654564
519675e-71
Lieutenant Governor Clinch 2254 163 2145 162 0.07231588287488909 0.07552447552447553 0.0045125102105
991214
Lieutenant Governor Cobb 310381 7920 284480 7718 0.02551702584887606 0.027130202474690664 2.79628003
48733273e-105
Lieutenant Governor Coffee 12595 930 12200 924 0.07383882493052799 0.07573770491803279 1.61202247911
70078e-07
Lieutenant Governor Colquitt 12953 819 12439 816 0.06322859569211765 0.06560012862770319 2.214245812
745641e-11
Lieutenant Governor Columbia 61591 1955 58655 1928 0.03174165056582942 0.03287017304577615 1.7844777
319302836e-16
Lieutenant Governor Cook 5803 285 5559 282 0.04911252800275719 0.050728548300053966 0.00332478691271
6678
Lieutenant Governor Coweta 58056 1929 55244 1909 0.033226539892517566 0.03455578886394903 5.87107139
6746346e-21
Lieutenant Governor Crawford 4931 263 4697 259 0.05333603731494626 0.05514157973174367 0.00785466526
9436633
Lieutenant Governor Crisp 7024 434 6661 430 0.061788154897494306 0.06455487164089475 1.8179405492627
983e-06
Lieutenant Governor Dade 5450 253 5321 249 0.046422018348623854 0.04679571509114828 0.55416253626200
07
Lieutenant Governor Dawson 11570 367 11131 364 0.03171996542783059 0.032701464378762014 0.0007329956
740859268
Lieutenant Governor DeKalb 310968 12765 291296 12458 0.041049239793161996 0.042767494232670546 7.724
111758782382e-98
Lieutenant Governor Decatur 9043 498 8495 497 0.055070220059714695 0.05850500294290759 8.46781550033

1415e-13

Lieutenant Governor Dodge 7051 477 6603 468 0.06764997872642178 0.0708768741481145 3.855428784205159e-06

Lieutenant Governor Dooly 3793 312 3597 308 0.08225678882151331 0.0856269113149847 0.00036967865683316676

Lieutenant Governor Dougherty 31297 2043 29353 2021 0.06527782215547816 0.0688515654277246 7.759912864954536e-33

Lieutenant Governor Douglas 55197 1894 51964 1874 0.03431345906480425 0.03606342852744208 1.3304976450251036e-27

Lieutenant Governor Early 4131 192 3658 182 0.04647785039941903 0.04975396391470749 0.0038530385955769424

Lieutenant Governor Echols 1143 72 1108 72 0.06299212598425197 0.06498194945848375 0.19793441273842888

Lieutenant Governor Effingham 23365 951 22615 941 0.04070190455809972 0.04160955118284325 1.822467792925356e-05

Lieutenant Governor Elbert 7319 364 6756 362 0.0497335701598579 0.05358200118413262 1.1095904221824258e-10

Lieutenant Governor Emanuel 7710 483 7320 475 0.06264591439688716 0.06489071038251366 0.00011231298619889423

Lieutenant Governor Evans 3447 223 3248 221 0.06469393675659994 0.06804187192118226 0.0002684553406573045

Lieutenant Governor Fannin 11203 492 10545 492 0.043916807997857715 0.04665718349928876 1.1645457611639524e-13

Lieutenant Governor Fayette 57962 1572 55315 1551 0.027121217349297816 0.028039410648106302 8.690550554891577e-13

Lieutenant Governor Floyd 30225 1231 28965 1224 0.04072787427626137 0.04225789746245469 4.1964765718189426e-15

Lieutenant Governor Forsyth 93239 1990 88811 1961 0.02134300024667789 0.02208059812410625 1.097855130574375e-15

Lieutenant Governor Franklin 8149 357 7761 356 0.04380905632592956 0.04587037752866899 7.201888981229395e-07

Lieutenant Governor Fulton 421806 16197 403964 15972 0.03839916928635439 0.03953817666920815 1.4555419638442526e-98

Lieutenant Governor Gilmer 12471 465 11912 465 0.03728650469088285 0.03903626595030222 7.226058983079142e-10

Lieutenant Governor Glascock 1300 77 1219 77 0.05923076923076923 0.06316652994257588 0.012077180027017223

Lieutenant Governor Glynn 32501 1384 30689 1371 0.04258330512907295 0.044673987422203396 2.4863177270637067e-20

Lieutenant Governor Gordon 17772 660 17225 651 0.03713706954760297 0.03779390420899855 0.006568541782151812

Lieutenant Governor Grady 8356 382 7956 380 0.04571565342269028 0.04776269482151835 2.0706483342903535e-06

Lieutenant Governor Greene 8989 383 8366 375 0.04260763154967182 0.04482428878795123 2.2958769173308 86e-05

Lieutenant Governor Gwinnett 312709 11658 292312 11513 0.03728066669011765 0.03938599852212704 1.399 4629399576086e-176

Lieutenant Governor Habersham 15495 528 14642 519 0.034075508228460796 0.03544597732550198 1.4171177 372774471e-05

Lieutenant Governor Hall 67282 2364 63789 2347 0.03513569751196457 0.0367931775070937 1.602331226297 8497e-34

Lieutenant Governor Hancock 3539 311 3049 295 0.08787793161910144 0.09675303378156773 4.194946355796 26e-07

Lieutenant Governor Haralson 10585 387 10192 386 0.03656117146905999 0.037872841444270014 1.09300924 62154292e-05

Lieutenant Governor Harris 15972 639 15243 630 0.040007513148009016 0.041330446762448333 1.353527416 890236e-05

Lieutenant Governor Hart 9618 456 9178 452 0.047411104179663134 0.04924820222270647 8.51111150656934 6e-06

Lieutenant Governor Heard 4051 159 3773 155 0.039249568007899284 0.041081367611979856 0.024533437659 329672

Lieutenant Governor Henry 98365 4093 93368 4044 0.04161032887714126 0.0433124839345386 2.07824648618 2801e-42

Lieutenant Governor Houston 59158 2332 55968 2306 0.039419858683525474 0.04120211549456833 1.1572732 988905158e-28

Lieutenant Governor Irwin 3556 160 3423 160 0.04499437570303712 0.04674262342974 0.00389033731713447 9

Lieutenant Governor Jackson 26889 904 25870 897 0.03361969578638105 0.034673366834170855 1.600015484 786807e-08

Lieutenant Governor Jasper 5907 227 5486 224 0.03842898256306077 0.04083120670798396 8.4776596591885 38e-05

Lieutenant Governor Jeff Davis 4815 201 4586 198 0.041744548286604365 0.043174880069777585 0.0227873 23594074288

Lieutenant Governor Jefferson 6756 540 6149 531 0.07992895204262877 0.08635550496015612 3.9800612435 590653e-13

Lieutenant Governor Jenkins 2856 165 2668 158 0.05777310924369748 0.05922038980509745 0.271929290013 697

Lieutenant Governor Johnson 3483 228 3247 217 0.06546080964685616 0.0668309208500154 0.2782267775812 352

Lieutenant Governor Jones 12432 494 11648 483 0.03973616473616474 0.04146634615384615 2.879050126170 66e-05

Lieutenant Governor Lamar 7346 408 6942 406 0.05554043016607678 0.058484586574474216 3.2800079549672 923e-08

Lieutenant Governor Lanier 2679 193 2571 191 0.07204180664427025 0.07429015947102295 0.0249280329782 87797

Lieutenant Governor Laurens 18939 1045 17653 1024 0.05517714768467184 0.058007137597009005 5.8807646

14422535e-13
Lieutenant Governor Lee 13549 536 13069 529 0.03956011513764854 0.040477465758665544 0.0022382059064
76719
Lieutenant Governor Liberty 15358 648 14408 642 0.04219299387941138 0.04455857856746252 1.0462881031
104879e-11
Lieutenant Governor Lincoln 3967 180 3617 177 0.04537433829089992 0.04893558197401161 9.504773100675
102e-05
Lieutenant Governor Long 3988 195 3819 193 0.04889669007021063 0.05053678973553286 0.017651677668020
054
Lieutenant Governor Lowndes 35212 1577 33322 1552 0.04478586845393616 0.046575835784166617 5.3024197
571485636e-15
Lieutenant Governor Lumpkin 11551 324 11084 323 0.028049519522119298 0.029141104294478526 3.86632785
68148575e-05
Lieutenant Governor Macon 4217 334 3886 330 0.0792032250414987 0.08492022645393721 3.641341478590038
e-08
Lieutenant Governor Madison 11697 516 11170 512 0.04411387535265453 0.04583706356311549 1.0931297889
184002e-06
Lieutenant Governor Marion 2930 219 2689 217 0.07474402730375426 0.08069914466344366 1.5773874571623
568e-06
Lieutenant Governor McDuffie 8792 464 7924 454 0.052775250227479524 0.05729429581019687 3.4328383160
356875e-11
Lieutenant Governor McIntosh 5408 284 4968 278 0.05251479289940828 0.055958132045088566 2.0218421275
230952e-05
Lieutenant Governor Meriwether 8639 496 8156 494 0.05741405255237875 0.0605689063266307 1.7483073782
66469e-10
Lieutenant Governor Miller 2313 163 2181 159 0.07047124945957631 0.07290233837689133 0.0726058909414
2723
Lieutenant Governor Mitchell 7446 516 6882 509 0.0692989524576954 0.07396105783202557 8.634469710268
879e-11
Lieutenant Governor Monroe 12932 621 12236 621 0.04802041447571915 0.05075187969924812 1.00100874889
43323e-15
Lieutenant Governor Montgomery 3528 119 3317 114 0.03373015873015873 0.0343684051854085 0.5469943740
425978
Lieutenant Governor Morgan 9554 398 9144 391 0.04165794431651664 0.04276027996500437 0.0078206467752
18916
Lieutenant Governor Murray 11091 610 10826 604 0.05499954918402308 0.05579161278403843 0.01597215924
4285095
Lieutenant Governor Muscogee 63141 4094 58719 4043 0.06483901110213648 0.06885335240722765 6.4796745
10270547e-72
Lieutenant Governor Newton 43129 1898 40394 1877 0.04400751234668089 0.046467297123335145 1.09764973
87922277e-30
Lieutenant Governor Oconee 20733 507 19802 501 0.024453769353205035 0.025300474699525302 4.237284171
762643e-05

Lieutenant Governor Oglethorpe 6484 292 6075 288 0.04503392967304133 0.047407407407407405 6.22006403 0439004e-05

Lieutenant Governor Paulding 61222 2032 57915 2006 0.0331906830877789 0.0346369679703013 8.112218596 994674e-23

Lieutenant Governor Peach 10355 519 9910 511 0.05012071463061323 0.05156407669021191 0.0005915111444 412634

Lieutenant Governor Pickens 13362 451 13140 450 0.03375243227061817 0.03424657534246575 0.0081542322 7632428

Lieutenant Governor Pierce 6883 294 6556 293 0.04271393287810548 0.04469188529591214 1.4457841146303 58e-05

Lieutenant Governor Pike 8534 261 8230 259 0.030583548160299977 0.03147023086269745 0.00801048234551 7312

Lieutenant Governor Polk 12859 674 12412 671 0.05241465121704643 0.05406058652916532 1.4309005546721 282e-07

Lieutenant Governor Pulaski 3622 257 3390 248 0.07095527332965212 0.07315634218289085 0.052194754713 1163

Lieutenant Governor Putnam 9321 299 8723 296 0.03207810320781032 0.03393327983491918 6.3707246267088 47e-06

Lieutenant Governor Quitman 940 100 880 93 0.10638297872340426 0.10568181818181818 0.919681341795930 1

Lieutenant Governor Rabun 7578 249 6735 240 0.03285827395091053 0.035634743875278395 2.5608432948429 7e-05

Lieutenant Governor Randolph 2788 219 2475 214 0.07855093256814921 0.08646464646464647 7.10579981815 3909e-07

Lieutenant Governor Richmond 70043 3533 64729 3474 0.05044044372742458 0.05366991611178915 1.8224838 359746595e-58

Lieutenant Governor Rockdale 36600 1385 34747 1379 0.03784153005464481 0.039686879442829594 8.187473 771259368e-24

Lieutenant Governor Schley 1931 73 1835 73 0.03780424650440187 0.03978201634877384 0.044938385779907 02

Lieutenant Governor Screven 5407 339 5136 333 0.06269650453116331 0.06483644859813084 0.002652991980 636498

Lieutenant Governor Seminole 3214 157 2950 151 0.04884878655880523 0.0511864406779661 0.041348878570 01833

Lieutenant Governor Spalding 24385 1155 23102 1137 0.04736518351445561 0.049216518050385245 4.511771 489746432e-11

Lieutenant Governor Stephens 9069 322 8533 312 0.03550556841989194 0.03656392827844838 0.02851725500 7494285

Lieutenant Governor Stewart 1784 207 1551 204 0.11603139013452915 0.13152804642166344 5.999292501161 934e-10

Lieutenant Governor Sumter 10556 526 9679 511 0.049829480863963625 0.052794710197334435 2.4239787494 43163e-07

Lieutenant Governor Talbot 2952 248 2667 230 0.08401084010840108 0.08623922009748781 0.2157628055432

1856

Lieutenant Governor Taliaferro 917 112 755 101 0.12213740458015267 0.1337748344370861 0.021627247602774253

Lieutenant Governor Tattnall 6639 386 6247 383 0.05814128633830396 0.06130942852569233 1.919322237015416e-07

Lieutenant Governor Taylor 3265 197 3022 196 0.06033690658499234 0.06485771012574454 5.276231271165873e-06

Lieutenant Governor Telfair 3631 235 3300 233 0.06472046268245663 0.0706060606060606 5.4805898545713995e-08

Lieutenant Governor Terrell 3930 239 3603 233 0.06081424936386769 0.06466833194560088 0.0002524175792445041

Lieutenant Governor Thomas 17241 935 16250 930 0.054231193086247895 0.05723076923076923 2.6515172284892555e-18

Lieutenant Governor Tift 13669 773 13108 763 0.05655132050625503 0.05820872749465975 6.189228702270745e-06

Lieutenant Governor Toombs 8851 388 8170 378 0.04383685459270139 0.04626682986536108 2.0451887838079466e-05

Lieutenant Governor Towns 6132 223 5848 221 0.036366601435094584 0.0377906976744186 0.0031385222452041126

Lieutenant Governor Treutlen 2610 122 2464 116 0.04674329501915709 0.04707792207792208 0.9392977706579292

Lieutenant Governor Troup 23663 1141 22399 1124 0.048218738114355744 0.050180811643376934 1.0243771526453657e-11

Lieutenant Governor Turner 3269 269 3121 269 0.08228816151728358 0.08619032361422621 4.4438722627993275e-06

Lieutenant Governor Twiggs 3787 303 3512 301 0.08001056245048851 0.08570615034168565 3.187750217349114e-08

Lieutenant Governor Union 11863 406 11381 402 0.03422405799544803 0.035322027941305685 0.0003741563771868086

Lieutenant Governor Upson 10558 554 9956 545 0.05247205910210267 0.0547408597830454 1.7340499352347226e-06

Lieutenant Governor Walker 21451 1117 20638 1112 0.05207216446785698 0.05388119003779436 2.190193807649259e-13

Lieutenant Governor Walton 38635 1444 36866 1431 0.03737543678012165 0.03881625345847122 5.422457677843359e-16

Lieutenant Governor Ware 11004 522 10377 518 0.04743729552889858 0.04991808807940638 2.6039409576111168e-09

Lieutenant Governor Warren 2260 156 2073 154 0.06902654867256637 0.0742884708152436 0.00022124924231213932

Lieutenant Governor Washington 8159 561 7432 544 0.06875842627773011 0.07319698600645856 1.80030675123674e-08

Lieutenant Governor Wayne 10122 430 9621 429 0.04248172297964829 0.044589959463673216 9.930698663098321e-09

Lieutenant Governor Webster 1100 62 948 60 0.056363636363636366 0.06329113924050633 0.00991630686830704

Lieutenant Governor Wheeler 1927 122 1812 122 0.0633108458744162 0.0673289183222958 0.0008518673536451835

Lieutenant Governor White 11434 309 10897 307 0.027024663284939653 0.028172891621547215 7.894437011490734e-05

Lieutenant Governor Whitfield 27302 1489 26285 1476 0.05453812907479306 0.0561536998287997 3.2515413294185368e-12

Lieutenant Governor Wilcox 2815 164 2610 157 0.05825932504440497 0.06015325670498084 0.15523796034990625

Lieutenant Governor Wilkes 4371 274 4070 268 0.0626858842370167 0.06584766584766585 0.0005975575883292772

Lieutenant Governor Wilkinson 4264 281 3994 279 0.06590056285178236 0.0698547821732599 2.472657628622504e-06

Lieutenant Governor Worth 7831 419 7526 415 0.05350529945090027 0.05514217379750199 0.00039348404523362115

Secretary Of State Appling 6806 140 6276 130 0.020570085218924478 0.0207138304652645 0.9322432634703502

Secretary Of State Atkinson 2520 91 2432 91 0.03611111111111111 0.03741776315789474 0.074146294185672

Secretary Of State Bacon 3829 101 3655 98 0.02637764429354923 0.026812585499316005 0.6357827870353088

Secretary Of State Baker 1291 56 1150 49 0.043377226955848176 0.042608695652173914 0.8265847760207348

Secretary Of State Baldwin 15633 307 14475 295 0.019637945371969553 0.020379965457685664 0.015841574871074335

Secretary Of State Banks 6852 107 6629 106 0.015615878575598366 0.015990345451802685 0.2627169960746234

Secretary Of State Barrow 27398 285 26135 271 0.010402219140083218 0.010369236655825521 0.8850377042713522

Secretary Of State Bartow 37327 634 35759 622 0.01698502424518445 0.01739422243351324 0.001939512136029006

Secretary Of State Ben Hill 5533 87 5213 84 0.015723838785469003 0.01611356224822559 0.5000851195147797

Secretary Of State Berrien 6247 129 5925 124 0.020649911957739714 0.020928270042194094 0.678378440780981

Secretary Of State Bibb 60460 897 55999 866 0.014836255375454846 0.015464561867176199 9.064081253868293e-07

Secretary Of State Bleckley 4855 124 4598 120 0.02554067971163749 0.02609830361026533 0.4109211038426934

Secretary Of State Brantley 5689 126 5501 124 0.02214800492177887 0.022541356117069623 0.4139150249846568

Secretary Of State Brooks 5696 154 5231 143 0.027036516853932584 0.027337029248709614 0.776808121216

839
Secretary Of State Bryan 14970 157 14388 153 0.010487641950567802 0.010633861551292744 0.52918183363
62674
Secretary Of State Bulloch 23543 297 22467 280 0.012615214713502952 0.012462723104998442 0.404947060
42917417
Secretary Of State Burke 8719 80 7751 75 0.009175364147264595 0.009676170816668817 0.215553798216950
64
Secretary Of State Butts 8863 148 8483 141 0.016698634773778632 0.016621478250618885 0.9012343510351
347
Secretary Of State Calhoun 1899 40 1714 37 0.021063717746182202 0.021586931155192533 0.8857027787115
807
Secretary Of State Camden 17053 238 15860 230 0.01395648859438222 0.014501891551071878 0.02473377835
6494665
Secretary Of State Candler 3538 51 3418 50 0.014414923685698135 0.014628437682855471 0.9572156599684
054
Secretary Of State Carroll 41739 508 40221 495 0.012170871367306357 0.012307003803982993 0.228023827
02090762
Secretary Of State Catoosa 23725 367 23185 360 0.015468914646996838 0.015527280569333621 0.802744277
5915851
Secretary Of State Charlton 3369 79 3206 75 0.023449094686850698 0.023393636930754833 1.074248308237
487
Secretary Of State Chatham 103338 1333 97161 1218 0.012899417445663744 0.012535894031555871 0.000126
57508705159594
Secretary Of State Chattahoochee 1102 29 1067 29 0.02631578947368421 0.02717900656044986 0.774800023
8359634
Secretary Of State Chattooga 7427 180 7202 177 0.0242358960549347 0.02457650652596501 0.398540454402
43435
Secretary Of State Cherokee 106299 1093 100987 1050 0.010282316860930018 0.01039737788032123 0.11310
589535338755
Secretary Of State Clarke 43261 603 40239 554 0.013938651441251936 0.013767737766843112 0.3050457024
568224
Secretary Of State Clay 1186 30 1043 26 0.025295109612141653 0.024928092042186004 0.9965336532130891
Secretary Of State Clayton 91840 1334 85993 1254 0.014525261324041812 0.014582582303210726 0.6253570
705799759
Secretary Of State Clinch 2254 87 2145 86 0.0385980479148181 0.04009324009324009 0.1377909353373995
Secretary Of State Cobb 310381 2962 284480 2649 0.0095431099197438 0.009311726659167604 2.5113849324
131564e-05
Secretary Of State Coffee 12595 277 12200 274 0.02199285430726479 0.022459016393442624 0.04741006411
1872124
Secretary Of State Colquitt 12953 315 12439 310 0.024318690650814483 0.024921617493367635 0.02527696
7006223092
Secretary Of State Columbia 61591 503 58655 466 0.008166777613612378 0.007944761742391953 0.01308315
765786439

Secretary Of State Cook 5803 75 5559 73 0.012924349474409787 0.01313185824788631 0.7657029509217086
Secretary Of State Coweta 58056 656 55244 638 0.011299435028248588 0.01154876547679386 0.00949560296 1292421
Secretary Of State Crawford 4931 121 4697 116 0.024538633137294666 0.024696614860549287 0.9669186493 902352
Secretary Of State Crisp 7024 211 6661 200 0.03003986332574032 0.030025521693439423 1.06633479499441 64
Secretary Of State Dade 5450 159 5321 153 0.029174311926605506 0.02875399361022364 0.34828490797157
Secretary Of State Dawson 11570 130 11131 124 0.011235955056179775 0.011140059293863984 0.7437006256 470964
Secretary Of State DeKalb 310968 4655 291296 4257 0.01496938591752206 0.014614000878831154 2.4430495 094698883e-09
Secretary Of State Decatur 9043 217 8495 206 0.023996461351321465 0.024249558563861094 0.65767174869 40105
Secretary Of State Dodge 7051 228 6603 214 0.03233583888810098 0.03240951082841133 1.033195676076569 5
Secretary Of State Dooly 3793 126 3597 121 0.03321908779330345 0.03363914373088685 0.715911536787343 2
Secretary Of State Dougherty 31297 531 29353 513 0.016966482410454675 0.017476918883930093 0.0048250 70781071225
Secretary Of State Douglas 55197 557 51964 532 0.010091128141022157 0.010237856977907783 0.189224711 42592734
Secretary Of State Early 4131 72 3658 62 0.017429193899782137 0.01694915254237288 0.6136830125700878
Secretary Of State Echols 1143 36 1108 36 0.031496062992125984 0.032490974729241874 0.64131691462240 94
Secretary Of State Effingham 23365 195 22615 188 0.008345816392039376 0.008313066548750829 0.8722052 542995543
Secretary Of State Elbert 7319 146 6756 142 0.019948080338844106 0.021018354055654234 0.020038483261 209838
Secretary Of State Emanuel 7710 132 7320 127 0.017120622568093387 0.017349726775956285 0.67151853815 9245
Secretary Of State Evans 3447 63 3248 62 0.01827676242088774 0.019088669950738917 0.224937426477655 77
Secretary Of State Fannin 11203 203 10545 196 0.018120146389359992 0.018587008060692273 0.1687488450 786469
Secretary Of State Fayette 57962 685 55315 655 0.011818087712639315 0.011841272710837928 0.906724939 4162052
Secretary Of State Floyd 30225 475 28965 460 0.015715467328370553 0.015881235974451926 0.31890965321 50855
Secretary Of State Forsyth 93239 925 88811 875 0.009920741320691985 0.009852383150735833 0.383374472 80022063
Secretary Of State Franklin 8149 140 7761 134 0.01718002208859983 0.017265816260791135 0.99442902938 9102

Secretary Of State Fulton 421806 6426 403964 6094 0.01523449168575127 0.015085502668554624 0.0002957 5928021808754

Secretary Of State Gilmer 12471 210 11912 204 0.016839066634592254 0.01712558764271323 0.32661213673 58829

Secretary Of State Glascock 1300 46 1219 45 0.03538461538461538 0.03691550451189499 0.41000530621600 03

Secretary Of State Glynn 32501 465 30689 450 0.014307252084551244 0.01466323438365538 0.024376489077 44263

Secretary Of State Gordon 17772 318 17225 308 0.01789331532748143 0.01788098693759071 1.035388978527 4488

Secretary Of State Grady 8356 146 7956 141 0.017472474868358068 0.017722473604826545 0.5872555996534 752

Secretary Of State Greene 8989 103 8366 93 0.011458449215708088 0.011116423619411906 0.3509551393223 7843

Secretary Of State Gwinnett 312709 3210 292312 3003 0.010265134677927402 0.010273269657078738 0.9006 085547372067

Secretary Of State Habersham 15495 272 14642 259 0.0175540496934495 0.017688840322360334 0.717361438 0836293

Secretary Of State Hall 67282 937 63789 904 0.01392645878541066 0.014171722397278527 0.0188365002513 29668

Secretary Of State Hancock 3539 94 3049 81 0.026561175473297543 0.026566087241718595 1.0966821423178 72

Secretary Of State Haralson 10585 142 10192 139 0.013415210203117619 0.013638147566718996 0.44319445 19840879

Secretary Of State Harris 15972 216 15243 210 0.013523666416228399 0.013776815587482779 0.2632492879 7741143

Secretary Of State Hart 9618 222 9178 215 0.023081721771678103 0.023425582915667903 0.39406598101611 207

Secretary Of State Heard 4051 76 3773 69 0.018760799802517897 0.018287834614365228 0.528621529500135 7

Secretary Of State Henry 98365 1090 93368 1022 0.0110811772480048 0.010945934367235026 0.0991479043 1672615

Secretary Of State Houston 59158 682 55968 649 0.011528449237634809 0.011595911949685534 0.588292528 524563

Secretary Of State Irwin 3556 73 3423 73 0.020528683914510685 0.02132632193981887 0.1201930696629282

Secretary Of State Jackson 26889 295 25870 286 0.010971029045334523 0.011055276381909548 0.631335166 2937055

Secretary Of State Jasper 5907 91 5486 85 0.015405451159641103 0.015493984688297484 1.05087422093164 4

Secretary Of State Jeff Davis 4815 158 4586 152 0.0328141225337487 0.033144352376798955 0.7354387237 632991

Secretary Of State Jefferson 6756 155 6149 144 0.02294256956779159 0.023418442023093185 0.5031651132 629095

Secretary Of State Jenkins 2856 50 2668 48 0.0175070028011204 5 0.017991004497751123 0.700117614061203

Secretary Of State Johnson 3483 112 3247 104 0.03215618719494689 0.032029565753002774 0.9852459151879734

Secretary Of State Jones 12432 176 11648 165 0.014157014157014158 0.014165521978021978 1.1140909132285801

Secretary Of State Lamar 7346 104 6942 99 0.014157364552137218 0.014261019878997408 0.9749572311084624

Secretary Of State Lanier 2679 90 2571 88 0.0335946248600224 0.034227926876701675 0.5742435747364885

Secretary Of State Laurens 18939 382 17653 355 0.020170019536406358 0.020109896334900585 0.885996955333664

Secretary Of State Lee 13549 154 13069 151 0.011366152483578125 0.011554059224118143 0.40011078569871117

Secretary Of State Liberty 15358 163 14408 155 0.01061336111472848 0.010757912270960578 0.6299414845544223

Secretary Of State Lincoln 3967 69 3617 65 0.0173949634484497 0.017970693945258503 0.5172570474922781

Secretary Of State Long 3988 70 3819 69 0.017552657973921765 0.018067556952081697 0.39030451916835374

Secretary Of State Lowndes 35212 496 33322 466 0.014086107008974212 0.013984754816637657 0.5507623989728935

Secretary Of State Lumpkin 11551 142 11084 137 0.012293307938706605 0.012360158787441356 0.9696698817065832

Secretary Of State Macon 4217 155 3886 149 0.036755987668958975 0.03834276891405044 0.06739790146318843

Secretary Of State Madison 11697 173 11170 169 0.014790117124048902 0.01512981199641898 0.2096126826548903

Secretary Of State Marion 2930 86 2689 82 0.029351535836177476 0.030494607660840462 0.30188111992384153

Secretary Of State McDuffie 8792 130 7924 120 0.014786169244767972 0.01514386673397274 0.5022690042801627

Secretary Of State McIntosh 5408 92 4968 88 0.017011834319526627 0.017713365539452495 0.24075232447687583

Secretary Of State Meriwether 8639 171 8156 166 0.019793957633985414 0.020353114271701816 0.15514326741648682

Secretary Of State Miller 2313 106 2181 101 0.04582792909641158 0.04630903255387437 0.8580788632180962

Secretary Of State Mitchell 7446 139 6882 130 0.018667741069030352 0.01888985759953502 0.7699936294317602

Secretary Of State Monroe 12932 185 12236 185 0.014305598515310857 0.015119320039228506 6.658003128835017e-05

Secretary Of State Montgomery 3528 87 3317 82 0.02465986394557823 0.02472113355441664 1.1579449493195717

Secretary Of State Morgan 9554 154 9144 144 0.016118903077245134 0.015748031496062992 0.251325207427 1596

Secretary Of State Murray 11091 256 10826 247 0.023081778018212967 0.022815444300757437 0.3203652452 0676857

Secretary Of State Muscogee 63141 1051 58719 982 0.016645285947324243 0.016723718046969465 0.6258184 215354338

Secretary Of State Newton 43129 589 40394 552 0.013656704305687589 0.013665395850868942 1.0394755879 79258

Secretary Of State Oconee 20733 244 19802 229 0.011768677953021753 0.011564488435511564 0.2729070286 7537564

Secretary Of State Oglethorpe 6484 97 6075 94 0.014959901295496607 0.015473251028806584 0.2611822596 309565

Secretary Of State Paulding 61222 726 57915 685 0.011858482244944627 0.011827678494345161 0.81428319 29246026

Secretary Of State Peach 10355 172 9910 167 0.016610333172380493 0.016851664984863773 0.490608086796 25384

Secretary Of State Pickens 13362 194 13140 191 0.014518784613081873 0.014535768645357687 1.193233693 6648675

Secretary Of State Pierce 6883 97 6556 95 0.01409269214005521 0.014490543014032947 0.306360976793762 34

Secretary Of State Pike 8534 104 8230 101 0.012186547925943286 0.01227217496962333 0.979264383561116 3

Secretary Of State Polk 12859 234 12412 230 0.018197371490784663 0.01853045439896874 0.1727105869297 4778

Secretary Of State Pulaski 3622 141 3390 132 0.038928768636112644 0.03893805309734513 1.111208467709 1894

Secretary Of State Putnam 9321 124 8723 121 0.013303293638021671 0.013871374527112233 0.076234162963 65573

Secretary Of State Quitman 940 47 880 39 0.05 0.04431818181818182 0.0149636820006975

Secretary Of State Rabun 7578 127 6735 114 0.01675903932435999 0.016926503340757237 0.88589443790262 68

Secretary Of State Randolph 2788 89 2475 81 0.031922525107604016 0.03272727272727273 0.6333106678620 939

Secretary Of State Richmond 70043 653 64729 597 0.00932284453835501 0.009223068485531987 0.373703169 48385573

Secretary Of State Rockdale 36600 438 34747 417 0.011967213114754098 0.012001036060667108 0.90738629 86781533

Secretary Of State Schley 1931 55 1835 55 0.02848265147591921 0.02997275204359673 0.1161906001917106 4

Secretary Of State Screven 5407 93 5136 86 0.01719992602182356 0.01674454828660436 0.367554176231015 6

Secretary Of State Seminole 3214 62 2950 56 0.019290603609209707 0.018983050847457626 0.801849019167 4059

Secretary Of State Spalding 24385 458 23102 434 0.018782038138199713 0.018786252272530515 1.07653225 7292488

Secretary Of State Stephens 9069 166 8533 159 0.018304112912118205 0.018633540372670808 0.4542660493 9895293

Secretary Of State Stewart 1784 107 1551 100 0.05997757847533632 0.06447453255963895 0.0423880612236 0795

Secretary Of State Sumter 10556 215 9679 195 0.020367563471011745 0.02014670937080277 0.662569108708 8386

Secretary Of State Talbot 2952 118 2667 99 0.03997289972899729 0.03712035995500562 0.032663702304119 07

Secretary Of State Taliaferro 917 52 755 44 0.05670665212649945 0.05827814569536424 0.82410284933431 43

Secretary Of State Tattnall 6639 125 6247 123 0.01882813676758548 0.019689450936449495 0.03752313433 8498854

Secretary Of State Taylor 3265 48 3022 46 0.014701378254211332 0.015221707478491065 0.58946276199061 08

Secretary Of State Telfair 3631 99 3300 93 0.027265216193885982 0.028181818181818183 0.3757141030672 994

Secretary Of State Terrell 3930 85 3603 82 0.021628498727735368 0.022758812101026923 0.1348830099565 9713

Secretary Of State Thomas 17241 359 16250 350 0.02082245809407807 0.021538461538461538 0.00517224338 80905866

Secretary Of State Tift 13669 305 13108 290 0.022313263589143317 0.022123893805309734 0.543828993842 5986

Secretary Of State Toombs 8851 158 8170 147 0.017851090272285618 0.01799265605875153 0.8748190330343 477

Secretary Of State Towns 6132 116 5848 114 0.018917155903457272 0.019493844049247606 0.1784600778870 8088

Secretary Of State Treutlen 2610 97 2464 90 0.0371647509578544 0.036525974025974024 0.59556972068624

Secretary Of State Troup 23663 423 22399 397 0.017876008959134514 0.017724005535961426 0.51403798320 72024

Secretary Of State Turner 3269 89 3121 88 0.027225451208320588 0.02819609099647549 0.163263074522419 9

Secretary Of State Twiggs 3787 99 3512 97 0.026142064959070503 0.027619589977220957 0.04177491883931 587

Secretary Of State Union 11863 188 11381 183 0.015847593357498104 0.016079430629997365 0.43750249428 450155

Secretary Of State Upson 10558 220 9956 212 0.020837279787838607 0.02129369224588188 0.2256877099573 497

Secretary Of State Walker 21451 386 20638 377 0.01799449909095147 0.0182672739606551 0.1537988216299 6392

Secretary Of State Walton 38635 495 36866 477 0.012812216901773003 0.01293875115282374 0.37015022595 088837

Secretary Of State Ware 11004 166 10377 158 0.015085423482370047 0.015225980533872988 0.780510009948 1839

Secretary Of State Warren 2260 65 2073 62 0.028761061946902654 0.029908345393150026 0.39923730524874 63

Secretary Of State Washington 8159 215 7432 202 0.026351268537811005 0.027179763186221746 0.15948333 349004856

Secretary Of State Wayne 10122 183 9621 180 0.018079430942501484 0.018709073900841908 0.035036329744 23772

Secretary Of State Webster 1100 37 948 36 0.03363636363636364 0.0379746835443038 0.05290917060967295

Secretary Of State Wheeler 1927 37 1812 37 0.019200830306175403 0.02041942604856512 0.20072784422698 16

Secretary Of State White 11434 149 10897 139 0.013031310127689348 0.012755804349821051 0.32595493662 28245

Secretary Of State Whitfield 27302 501 26285 488 0.018350304007032452 0.0185657218946167 0.210476896 8619194

Secretary Of State Wilcox 2815 72 2610 68 0.02557726465364121 0.026053639846743294 0.776819869068155 4

Secretary Of State Wilkes 4371 122 4070 112 0.027911233127430792 0.027518427518427518 0.660214150289 0568

Secretary Of State Wilkinson 4264 106 3994 102 0.024859287054409006 0.02553830746119179 0.3768065798 080439

Secretary Of State Worth 7831 140 7526 136 0.01787766568765164 0.01807068828062716 0.716650965946788 2

Attorney General Appling 6806 247 6276 236 0.036291507493388185 0.03760356915232632 0.04872733484430 147

Attorney General Atkinson 2520 110 2432 110 0.04365079365079365 0.04523026315789474 0.03668075336405 5095

Attorney General Bacon 3829 130 3655 127 0.03395142334813267 0.0347469220246238 0.29757942142543037

Attorney General Baker 1291 58 1150 50 0.044926413632842756 0.043478260869565216 0.5892267839200642

Attorney General Baldwin 15633 434 14475 419 0.02776178596558562 0.028946459412780658 0.000722056558 078777

Attorney General Banks 6852 148 6629 145 0.021599532983070636 0.02187358575954141 0.5684141559471659

Attorney General Barrow 27398 472 26135 452 0.0172275348565887 0.017294815381672088 0.8039099863281 152

Attorney General Bartow 37327 741 35759 724 0.0198515819647976 0.02024665119270673 0.006818159095813 29

Attorney General Ben Hill 5533 145 5213 137 0.026206397975781674 0.026280452714367925 1.073259755920 6218

Attorney General Berrien 6247 144 5925 140 0.023051064510965263 0.02362869198312236 0.25621390561014 246

Attorney General Bibb 60460 1294 55999 1247 0.021402580218326167 0.022268254790264112 1.619958983241 5098e-08

Attorney General Bleckley 4855 148 4598 144 0.030484037075180225 0.0313179643323184 0.19914278786730

Attorney General Brantley 5689 143 5501 140 0.025136227808050624 0.025449918196691512 0.595499259126007

Attorney General Brooks 5696 159 5231 151 0.027914325842696628 0.02886637354234372 0.17608829245756577

Attorney General Bryan 14970 261 14388 251 0.01743486973947896 0.017445093133166528 1.1283450533028931

Attorney General Bulloch 23543 556 22467 533 0.02361636155120418 0.023723683624872035 0.7134350895566189

Attorney General Burke 8719 213 7751 205 0.024429407042091983 0.0264482002322281 0.0001732057008847103

Attorney General Butts 8863 202 8483 196 0.02279137989394102 0.023105033596604974 0.4608865355275891

Attorney General Calhoun 1899 41 1714 39 0.021590310689836755 0.022753792298716453 0.4419123506204223

Attorney General Camden 17053 304 15860 291 0.017826775347446196 0.018348045397225725 0.06511384749985474

Attorney General Candler 3538 95 3418 92 0.026851328434143583 0.026916325336454067 1.1923600454258245

Attorney General Carroll 41739 754 40221 737 0.018064639785332664 0.01832376121926357 0.04052251462678218

Attorney General Catoosa 23725 429 23185 418 0.01808219178082192 0.018028897994392928 0.7737233292201403

Attorney General Charlton 3369 83 3206 81 0.024636390620362124 0.025265127885215222 0.4499417773102473

Attorney General Chatham 103338 2186 97161 2092 0.021153883373008962 0.021531272835808607 0.0005745222690792011

Attorney General Chattahoochee 1102 37 1067 37 0.03357531760435572 0.03467666354264293 0.5937268993767594

Attorney General Chattooga 7427 207 7202 201 0.027871280463174903 0.027908914190502638 1.123299606424672

Attorney General Cherokee 106299 1697 100987 1639 0.01596440229917497 0.016229811757949044 0.0019240914438680768

Attorney General Clarke 43261 959 40239 912 0.0221677723584753 0.022664579139640647 0.00921420465410043

Attorney General Clay 1186 46 1043 43 0.0387858347386172 0.04122722914669223 0.3465042004226767

Attorney General Clayton 91840 1753 85993 1645 0.019087543554006967 0.019129464026141664 0.7687012680203873

Attorney General Clinch 2254 95 2145 92 0.04214729370008873 0.042890442890442894 0.6293343971869195

Attorney General Cobb 310381 4188 284480 3819 0.013493093971602643 0.01342449381327334 0.28519514116790384

Attorney General Coffee 12595 435 12200 431 0.03453751488685986 0.03532786885245902 0.0036868805279836312

Attorney General Colquitt 12953 385 12439 378 0.029722844128773258 0.030388294879009566 0.0257425242 5899527

Attorney General Columbia 61591 848 58655 808 0.013768245360523453 0.013775466712130252 1.0289259329 632725

Attorney General Cook 5803 115 5559 113 0.019817335860761676 0.020327397013851414 0.2620793011304760 6

Attorney General Coweta 58056 908 55244 878 0.015640071654953836 0.01589312866555644 0.0283912044738 92442

Attorney General Crawford 4931 129 4697 125 0.026161022105049687 0.02661273153076432 0.5177983351399 782

Attorney General Crisp 7024 243 6661 233 0.034595671981776766 0.03497973277285693 0.5617022060951884

Attorney General Dade 5450 187 5321 181 0.03431192660550459 0.034016162375493326 0.5630552501225399

Attorney General Dawson 11570 191 11131 189 0.01650821089023336 0.0169796065043572 0.043933516248950 06

Attorney General DeKalb 310968 6110 291296 5697 0.01964832394329963 0.019557426123256068 0.169917455 0027541

Attorney General Decatur 9043 244 8495 235 0.026982196173836116 0.02766333137139494 0.13639457933575 214

Attorney General Dodge 7051 303 6603 286 0.04297262799602893 0.04331364531273663 0.6930149607075318

Attorney General Dooly 3793 132 3597 127 0.0348009491167940 0.035307200444815126 0.6267163647915406

Attorney General Dougherty 31297 666 29353 633 0.021279994887688915 0.02156508704391374 0.1958406124 9412743

Attorney General Douglas 55197 802 51964 761 0.01452977516894034 0.014644754060503425 0.410644716801 67197

Attorney General Early 4131 90 3658 76 0.02178649237472767 0.02077638053581192 0.28608533540539854

Attorney General Echols 1143 38 1108 38 0.033245844269466314 0.03429602888086643 0.6013872312479536

Attorney General Effingham 23365 414 22615 401 0.017718810186175903 0.017731594074729164 1.081055707 9416139

Attorney General Elbert 7319 180 6756 176 0.02459352370542424 0.02605091770278271 0.0027310261984498 057

Attorney General Emanuel 7710 267 7320 263 0.03463035019455253 0.03592896174863388 0.003800661665669 5797

Attorney General Evans 3447 128 3248 127 0.03713373948360894 0.03910098522167488 0.00781588039444276 6

Attorney General Fannin 11203 269 10545 261 0.024011425511023834 0.024751066856330012 0.040792576975 99902

Attorney General Fayette 57962 976 55315 923 0.016838618405162004 0.016686251468860165 0.22388369748 67483

Attorney General Floyd 30225 645 28965 628 0.021339950372208438 0.02168133954773002 0.05016913706028 8735

Attorney General Forsyth 93239 1346 88811 1274 0.014436019262325852 0.014345069867471371 0.327353709 8519695

Attorney General Franklin 8149 160 7761 156 0.019634310958399803 0.020100502512562814 0.230512574238

1245
Attorney General Fulton 421806 8172 403964 7767 0.019373835365073044 0.01922696081829074 0.001412471
975446134
Attorney General Gilmer 12471 271 11912 267 0.02173041456178334 0.022414372061786435 0.0112455816531
48453
Attorney General Glascock 1300 63 1219 61 0.04846153846153846 0.05004101722723544 0.4654757764207057
6
Attorney General Glynn 32501 638 30689 620 0.019630165225685364 0.020202678484147415 0.0012447476515
066622
Attorney General Gordon 17772 409 17225 395 0.023013729462075173 0.02293178519593614 0.7610397488341
429
Attorney General Grady 8356 168 7956 160 0.020105313547151747 0.020110608345902465 1.115805571270411
Attorney General Greene 8989 136 8366 125 0.015129602847925241 0.014941429595983744 0.68450781938357
72
Attorney General Gwinnett 312709 4861 292312 4452 0.015544803635328692 0.01523030186923561 2.6043575
18696583e-07
Attorney General Habersham 15495 316 14642 303 0.020393675379154565 0.02069389427673815 0.3318610338
594116
Attorney General Hall 67282 1256 63789 1221 0.018667697155256978 0.019141231246766685 3.587421047901
384e-05
Attorney General Hancock 3539 159 3049 139 0.04492794574738627 0.045588717612331915 0.73924719840791
48
Attorney General Haralson 10585 196 10192 193 0.018516769012753898 0.018936420722135007 0.1263432290
2088624
Attorney General Harris 15972 275 15243 266 0.0172176308539944 0.017450633077478187 0.3779232853507
076
Attorney General Hart 9618 278 9178 269 0.028904138074443753 0.029309217694486817 0.3503130506609658
5
Attorney General Heard 4051 102 3773 97 0.02517896815601086 0.02570898489265836 0.5768382401194749
Attorney General Henry 98365 1551 93368 1474 0.015767803586674835 0.01578699340245052 0.893434617054
4012
Attorney General Houston 59158 928 55968 874 0.015686804827749416 0.015616066323613493 0.60143931767
09136
Attorney General Irwin 3556 89 3423 89 0.025028121484814397 0.026000584282792873 0.06437909987861531
Attorney General Jackson 26889 443 25870 430 0.016475138532485403 0.01662156938538848 0.415893552249
20066
Attorney General Jasper 5907 117 5486 111 0.019807008633824275 0.02023332118118848 0.523044537055168
1
Attorney General Jeff Davis 4815 218 4586 208 0.04527518172377985 0.0453554295682512 1.0701164327212
616
Attorney General Jefferson 6756 271 6149 257 0.04011249259917111 0.04179541388843715 0.0239684056066
9091
Attorney General Jenkins 2856 84 2668 83 0.029411764705882353 0.03110944527736132 0.0427208688981122

7

Attorney General Johnson 3483 134 3247 123 0.03847258110824002 0.03788112103480135 0.594165259321554
1

Attorney General Jones 12432 241 11648 232 0.019385456885456884 0.019917582417582416 0.1121970132646
8917

Attorney General Lamar 7346 144 6942 140 0.019602504764497687 0.020167098818784212 0.191221748419795
7

Attorney General Lanier 2679 112 2571 109 0.04180664427025009 0.042395954881369116 0.658263936765225

Attorney General Laurens 18939 556 17653 529 0.02935741063414119 0.029966577918767348 0.070157158536
02318

Attorney General Lee 13549 227 13069 221 0.016754003985533988 0.0169102456194047 0.6034941683331754

Attorney General Liberty 15358 272 14408 263 0.01771063940617268 0.018253747917823433 0.048303126630
44606

Attorney General Lincoln 3967 93 3617 87 0.02344340811696496 0.024053082665192148 0.5482848157750817

Attorney General Long 3988 140 3819 138 0.03510531594784353 0.03613511390416339 0.1160451281983967

Attorney General Lowndes 35212 584 33322 554 0.016585255026695445 0.016625652721925455 0.89621897938
56914

Attorney General Lumpkin 11551 210 11084 206 0.018180244134706952 0.01858534824972934 0.137954884477
67154

Attorney General Macon 4217 179 3886 174 0.04244723737253972 0.04477611940298507 0.00718045288126518
2

Attorney General Madison 11697 287 11170 281 0.024536205864751647 0.02515666965085049 0.046552949178
765624

Attorney General Marion 2930 88 2689 87 0.030034129692832763 0.03235403495723317 0.00851502846172361
5

Attorney General McDuffie 8792 184 7924 170 0.020928116469517744 0.021453811206461382 0.362193630013
45595

Attorney General McIntosh 5408 138 4968 131 0.02551775147928994 0.026368760064412237 0.2309865659260
501

Attorney General Meriwether 8639 209 8156 203 0.024192614885982174 0.024889651790093184 0.0956600284
713968

Attorney General Miller 2313 99 2181 95 0.042801556420233464 0.04355800091701054 0.6441323613575832

Attorney General Mitchell 7446 155 6882 149 0.020816545796400753 0.02165068294100552 0.0899480430194
3635

Attorney General Monroe 12932 297 12236 293 0.022966285184039592 0.02394573389996731 0.0005594759633
353849

Attorney General Montgomery 3528 131 3317 123 0.03713151927437642 0.037081700331624966 1.05914635994
36135

Attorney General Morgan 9554 198 9144 189 0.020724303956458027 0.02066929133858268 0.957278436237976

Attorney General Murray 11091 340 10826 332 0.030655486430439093 0.03066691298725291 1.1368466481157
062

Attorney General Muscogee 63141 1243 58719 1190 0.01968609936491345 0.020266012704576033 5.943603969
048102e-05

```
Attorney General Newton 43129 818 40394 783 0.01896635674372232 0.01938406694063475 0.01304391038909
3296
Attorney General Oconee 20733 354 19802 342 0.017074229489220084 0.01727098272901727 0.3835163049536
884
Attorney General Oglethorpe 6484 155 6075 151 0.02390499691548427 0.024855967078189302 0.05697881751
2602684
Attorney General Paulding 61222 962 57915 915 0.01571330567443076 0.015799015799015798 0.52903303781
56441
Attorney General Peach 10355 213 9910 206 0.020569773056494448 0.020787083753784057 0.59668515244496
27
Attorney General Pickens 13362 281 13140 279 0.0210297859601856 0.021232876712328767 0.3006655052601
576
Attorney General Pierce 6883 107 6556 107 0.015545546999854715 0.0163209273947529 0.0104987450690404
65
Attorney General Pike 8534 139 8230 136 0.016287790016404968 0.01652490886998785 0.5291332944469982
Attorney General Polk 12859 291 12412 287 0.02263006454623221 0.023122784402191426 0.048235500216253
28
Attorney General Pulaski 3622 155 3390 147 0.04279403644395362 0.04336283185840708 0.657678294564616
7
Attorney General Putnam 9321 182 8723 178 0.019525801952580194 0.02040582368451221 0.015055711533965
29
Attorney General Quitman 940 55 880 48 0.05851063829787234 0.05454545454545454 0.10823179688226546
Attorney General Rabun 7578 162 6735 145 0.021377672209026127 0.021529324424647365 0.919973467065351
Attorney General Randolph 2788 99 2475 91 0.03550932568149211 0.03676767676767677 0.4026619810810966
Attorney General Richmond 70043 1440 64729 1328 0.020558799594534785 0.020516306446878525 0.81093659
30875038
Attorney General Rockdale 36600 606 34747 575 0.016557377049180328 0.016548191210752006 1.0052771555
1755
Attorney General Schley 1931 59 1835 59 0.030554117037804248 0.032152588555858314 0.0941552758101405
6
Attorney General Screven 5407 189 5136 179 0.03495468836693175 0.03485202492211838 0.954402434099664
4
Attorney General Seminole 3214 68 2950 63 0.021157436216552583 0.02135593220338983 1.018200852585284
1
Attorney General Spalding 24385 606 23102 578 0.024851343038753332 0.02501947883300147 0.54358371597
40328
Attorney General Stephens 9069 208 8533 199 0.022935274010364978 0.023321223485292395 0.413058774707
2856
Attorney General Stewart 1784 137 1551 124 0.07679372197309417 0.07994842037395229 0.241536683050250
03
Attorney General Sumter 10556 265 9679 240 0.025104206138688898 0.024795949994834178 0.5617955915707
189
Attorney General Talbot 2952 124 2667 103 0.04200542005420054 0.0386201724784402 0.01331835357375462
```

7

Attorney General Taliaferro 917 75 755 64 0.08178844056706652 0.0847682119205298 0.5946586156733218
Attorney General Tattnall 6639 215 6247 210 0.03238439524024703 0.03361613574515768 0.02058405152648571
Attorney General Taylor 3265 85 3022 81 0.026033690658499236 0.026803441429516878 0.45889870437960406
Attorney General Telfair 3631 141 3300 136 0.03883227760947398 0.041212121212121214 0.016477368231460916
Attorney General Terrell 3930 113 3603 108 0.02875318066157761 0.02997502081598668 0.1618039554531607
Attorney General Thomas 17241 392 16250 375 0.022736500203004467 0.023076923076923078 0.2654094855714124
Attorney General Tift 13669 389 13108 373 0.028458555856317215 0.028455904790967348 1.0663562930098425
Attorney General Toombs 8851 238 8170 223 0.026889616992430233 0.02729498164014688 0.49906642668550383
Attorney General Towns 6132 150 5848 148 0.02446183953033268 0.0253077975376197 0.05376747118609046
Attorney General Treutlen 2610 123 2464 116 0.047126436781609195 0.04707792207792208 1.0785782063006966
Attorney General Troup 23663 510 22399 488 0.021552634915268563 0.02178668690566543 0.3462269554278837
Attorney General Turner 3269 97 3121 97 0.02967268277760783 0.031079782121115028 0.020861282382273773
Attorney General Twiggs 3787 125 3512 123 0.03300765777660417 0.03502277904328018 0.008504311664163957
Attorney General Union 11863 258 11381 251 0.021748293011885696 0.02205430102802917 0.342711209978592
Attorney General Upson 10558 274 9956 269 0.02595188482667172 0.027018883085576536 0.0026051078741765182
Attorney General Walker 21451 504 20638 491 0.023495408139480676 0.023791065025680784 0.17549928546523608
Attorney General Walton 38635 736 36866 715 0.019050084120616022 0.019394564096999946 0.022024659665033974
Attorney General Ware 11004 228 10377 220 0.020719738276990186 0.021200732388937073 0.18247194244604256
Attorney General Warren 2260 79 2073 77 0.034955752212389384 0.0371442354076218 0.0677723411705862
Attorney General Washington 8159 317 7432 295 0.03885280058830739 0.03969321851453175 0.24362708985490328
Attorney General Wayne 10122 239 9621 236 0.023611934400316142 0.024529674669992726 0.004031413022628526
Attorney General Webster 1100 39 948 36 0.035454545454545454 0.0379746835443038 0.37757826341280387
Attorney General Wheeler 1927 70 1812 70 0.03632589517384536 0.03863134657836645 0.024828986030261936

Attorney General White 11434 185 10897 182 0.01617981458807066 0.01670184454437001 0.04637346651149586

Attorney General Whitfield 27302 739 26285 721 0.02706761409420555 0.027430093209054592 0.06386059149077503

Attorney General Wilcox 2815 81 2610 74 0.02877442273534635 0.028352490421455937 0.7525989067070893

Attorney General Wilkes 4371 162 4070 153 0.03706245710363761 0.037592137592137594 0.622838678347312

Attorney General Wilkinson 4264 147 3994 137 0.03447467166979362 0.034301452178267404 0.909992811656196

Attorney General Worth 7831 206 7526 201 0.02630570808325884 0.026707414297103375 0.36013483398620605

Commissioner Of Agriculture Appling 6806 232 6276 219 0.034087569791360565 0.03489483747609943 0.24968664564419105

Commissioner Of Agriculture Atkinson 2520 117 2432 116 0.04642857142857143 0.047697368421052634 0.15390622331289305

Commissioner Of Agriculture Bacon 3829 116 3655 114 0.030295116218333768 0.03119015047879617 0.18953104714338895

Commissioner Of Agriculture Baker 1291 51 1150 44 0.039504260263361735 0.03826086956521739 0.6378685664111738

Commissioner Of Agriculture Baldwin 15633 498 14475 481 0.03185568988677797 0.03322970639032815 0.0002208834036646546

Commissioner Of Agriculture Banks 6852 95 6629 95 0.01386456509048453 0.0143309699803892 0.08439816626460374

Commissioner Of Agriculture Barrow 27398 560 26135 543 0.020439448134900357 0.0207767361775397 0.07841286106461458

Commissioner Of Agriculture Bartow 37327 631 35759 606 0.016904653467999034 0.016946782628149557 0.8628226347627213

Commissioner Of Agriculture Ben Hill 5533 106 5213 101 0.01915778058919212 0.019374640322271246 0.835938108176268

Commissioner Of Agriculture Berrien 6247 159 5925 156 0.02545221706419081 0.026329113924050632 0.06434136806679289

Commissioner Of Agriculture Bibb 60460 1563 55999 1484 0.025851802844856102 0.02650047322273612 0.0002268162914025459

Commissioner Of Agriculture Bleckley 4855 144 4598 137 0.029660144181256436 0.029795563288386256 1.0060277867655332

Commissioner Of Agriculture Brantley 5689 154 5501 151 0.02706978379328528 0.027449554626431557 0.4882857904111592

Commissioner Of Agriculture Brooks 5696 139 5231 128 0.02440308988764045 0.02446950869814567 1.0714724009847922

Commissioner Of Agriculture Bryan 14970 344 14388 333 0.022979291917167667 0.023144286905754794 0.6184128104955599

Commissioner Of Agriculture Bulloch 23543 608 22467 581 0.025825086012827594 0.02586015044287177 0.9774441529999084

Commissioner Of Agriculture Burke 8719 271 7751 261 0.031081546048858814 0.03367307444200748 1.43720

66354272987e-05
Commissioner Of Agriculture Butts 8863 231 8483 220 0.026063409680695024 0.0259342213839436 0.80887
00688088121
Commissioner Of Agriculture Calhoun 1899 57 1714 55 0.030015797788309637 0.03208868144690782 0.14342
75268303178
Commissioner Of Agriculture Camden 17053 388 15860 371 0.022752594851345804 0.0233921815889029 0.041
83341438542312
Commissioner Of Agriculture Candler 3538 96 3418 93 0.027133973996608253 0.027208894090111176 1.1768
20049514236
Commissioner Of Agriculture Carroll 41739 902 40221 872 0.02161048419942979 0.02168021680216802 0.69
50096317749289
Commissioner Of Agriculture Catoosa 23725 460 23185 455 0.01938883034773446 0.019624757386241105 0.0
9574073411207201
Commissioner Of Agriculture Charlton 3369 113 3206 108 0.03354111012169783 0.03368683718028696 1.062
6200994551414
Commissioner Of Agriculture Chatham 103338 2940 97161 2812 0.02845032804970098 0.028941653544117495
0.0001006307946275981
Commissioner Of Agriculture Chattahoochee 1102 50 1067 50 0.045372050816696916 0.046860356138706656
0.3835625791348760
Commissioner Of Agriculture Chattooga 7427 197 7202 196 0.026524841793456308 0.027214662593723966 0.
03148077099971497
Commissioner Of Agriculture Cherokee 106299 2294 100987 2182 0.0215806357538641 0.021606741461772307
0.8465004498011864
Commissioner Of Agriculture Clarke 43261 1166 40239 1112 0.026952682554725965 0.027634881582544298
0.0009505378477376474
Commissioner Of Agriculture Clay 1186 52 1043 49 0.04384485666104553 0.04697986577181208 0.215113927
46270938
Commissioner Of Agriculture Clayton 91840 2186 85993 2058 0.02380226480836237 0.02393218052632191 0.
3446206351203624
Commissioner Of Agriculture Clinch 2254 79 2145 79 0.035048802129547474 0.03682983682983683 0.037112
75088413487
Commissioner Of Agriculture Cobb 310381 6452 284480 5959 0.020787354896079333 0.02094699100112486 0.
039092837306397135
Commissioner Of Agriculture Coffee 12595 406 12200 399 0.03223501389440254 0.032704918032786884 0.11
258665942748317
Commissioner Of Agriculture Colquitt 12953 415 12439 407 0.0320389099050413 0.03271967199935686 0.02
848015309767467
Commissioner Of Agriculture Columbia 61591 1185 58655 1120 0.019239824000259777 0.019094706333645895
0.2715196453453864
Commissioner Of Agriculture Cook 5803 115 5559 112 0.019817335860761676 0.020147508544702285 0.56053
76863768651
Commissioner Of Agriculture Coweta 58056 1219 55244 1179 0.020996968444260713 0.021341684164796176
0.00877421896725535

Commissioner Of Agriculture Crawford 4931 150 4697 146 0.03041979314540661 0.031083670427932725 0.30372564265169194

Commissioner Of Agriculture Crisp 7024 249 6661 239 0.0354498861047836 0.03588049842366011 0.5036995948080151

Commissioner Of Agriculture Dade 5450 203 5321 194 0.03724770642201835 0.03645931215936854 0.10095263679240206

Commissioner Of Agriculture Dawson 11570 238 11131 231 0.020570440795159895 0.020752852394214358 0.6266424983356282

Commissioner Of Agriculture DeKalb 310968 8250 291296 7723 0.026530060970903758 0.026512550807426122 0.828271681415008

Commissioner Of Agriculture Decatur 9043 234 8495 224 0.025876368461793652 0.02636845203060624 0.3049790610842529

Commissioner Of Agriculture Dodge 7051 310 6603 295 0.043965394979435544 0.0446766621232773 0.31694517880674433

Commissioner Of Agriculture Dooly 3793 159 3597 155 0.04191932507250198 0.04309146510981374 0.1557044631871859

Commissioner Of Agriculture Dougherty 31297 857 29353 810 0.02738281624436847 0.0275951350798962 0.4143000644498661

Commissioner Of Agriculture Douglas 55197 990 51964 939 0.017935757378118377 0.018070202447848512 0.37778755559708876

Commissioner Of Agriculture Early 4131 94 3658 80 0.022754780924715567 0.02186987424822307 0.3648720857091263

Commissioner Of Agriculture Echols 1143 25 1108 25 0.021872265966754154 0.02256317689530686 0.911411292556818

Commissioner Of Agriculture Effingham 23365 471 22615 460 0.020158356516156644 0.02034048198098607 0.34005816398008565

Commissioner Of Agriculture Elbert 7319 196 6756 193 0.026779614701461948 0.02856719952634695 0.00023013770131279806

Commissioner Of Agriculture Emanuel 7710 307 7320 304 0.03981841763942931 0.041530054644808745 0.00016799128024698828

Commissioner Of Agriculture Evans 3447 137 3248 133 0.03974470554105019 0.040948275862068964 0.18711484865531006

Commissioner Of Agriculture Fannin 11203 303 10545 295 0.02704632687672945 0.02797534376481745 0.012262001719124581

Commissioner Of Agriculture Fayette 57962 1279 55315 1221 0.02206618129119078 0.022073578595317726 1.025480421909852

Commissioner Of Agriculture Floyd 30225 815 28965 782 0.02696443341604632 0.026998101156568272 0.9531396866862418

Commissioner Of Agriculture Forsyth 93239 1891 88811 1794 0.020281212797220047 0.0202002004256295 0.460076503115602

Commissioner Of Agriculture Franklin 8149 173 7761 171 0.021229598723769786 0.022033243138770777 0.019161082839268248

Commissioner Of Agriculture Fulton 421806 11422 403964 10848 0.02707879925842686 0.02685387806834272

5 3.311922243544795e-05

Commissioner Of Agriculture Gilmer 12471 305 11912 302 0.024456739635955415 0.025352585627938212 0.0009070083999035691

Commissioner Of Agriculture Glascock 1300 57 1219 56 0.04384615384615385 0.04593929450369155 0.23350267970530653

Commissioner Of Agriculture Glynn 32501 844 30689 814 0.025968431740561827 0.026524161751767736 0.00795903188521008

Commissioner Of Agriculture Gordon 17772 434 17225 423 0.02442043664190862 0.02455732946298984 0.6230860050925833

Commissioner Of Agriculture Grady 8356 197 7956 192 0.02357587362374342 0.024132730015082957 0.16813711628512507

Commissioner Of Agriculture Greene 8989 171 8366 159 0.019023250639670707 0.019005498446091323 1.05153854763071

Commissioner Of Agriculture Gwinnett 312709 6309 292312 6027 0.020175306754842363 0.020618380360710474 2.4578180820360le-12

Commissioner Of Agriculture Habersham 15495 339 14642 323 0.021878025169409485 0.02205982789236443 0.6205531261369002

Commissioner Of Agriculture Hall 67282 1563 63789 1510 0.02323058173062632 0.023671792942356832 0.00007559658441609992

Commissioner Of Agriculture Hancock 3539 181 3049 167 0.05114439107092399 0.05477205641193834 0.013558280173341132

Commissioner Of Agriculture Haralson 10585 223 10192 217 0.021067548417572034 0.021291208791208792 0.5455904719550516

Commissioner Of Agriculture Harris 15972 370 15243 358 0.023165539694465314 0.023486190382470643 0.2638911921341545

Commissioner Of Agriculture Hart 9618 308 9178 298 0.03202328966521106 0.03246894748311179 0.3187543610308439

Commissioner Of Agriculture Heard 4051 109 3773 104 0.026906936558874352 0.027564272462231646 0.4605002198297526

Commissioner Of Agriculture Henry 98365 2011 93368 1900 0.02044426371168607 0.02034958444006512 0.389889461244887

Commissioner Of Agriculture Houston 59158 1110 55968 1045 0.01876331180905372 0.01867138364779874 0.5255057640503983

Commissioner Of Agriculture Irwin 3556 93 3423 92 0.026152980877390326 0.026877008472100495 0.259469868806298

Commissioner Of Agriculture Jackson 26889 431 25870 421 0.016028859384878576 0.016273676072671047 0.12323502543055316

Commissioner Of Agriculture Jasper 5907 114 5486 110 0.019299136617572373 0.02005103900838498 0.16529280130799567

Commissioner Of Agriculture Jeff Davis 4815 170 4586 164 0.035306334371754934 0.035761011774967294 0.5850866391065276

Commissioner Of Agriculture Jefferson 6756 297 6149 287 0.04396092362344583 0.046674255976581557 0.0018379212897945128

Commissioner Of Agriculture Jenkins 2856 88 2668 81 0.03081232492997199 0.030359820089955022 0.71701 19942955302

Commissioner Of Agriculture Johnson 3483 160 3247 148 0.04593741027849555 0.045580535879273174 0.800 7521256758079

Commissioner Of Agriculture Jones 12432 275 11648 264 0.02212033462033462 0.022664835164835164 0.129 5329244001534

Commissioner Of Agriculture Lamar 7346 184 6942 180 0.025047644976858154 0.02592912705272256 0.04580 941372151064

Commissioner Of Agriculture Lanier 2679 111 2571 108 0.04143337066069429 0.042007001166861145 0.6722 74149398239

Commissioner Of Agriculture Laurens 18939 571 17653 538 0.030149427108083847 0.03047640627655356 0.3 755251983675794

Commissioner Of Agriculture Lee 13549 274 13069 266 0.020222894678574063 0.020353508302088912 0.7220 35198045769

Commissioner Of Agriculture Liberty 15358 319 14408 306 0.020770933715327518 0.02123820099944475 0.1 309822541670077

Commissioner Of Agriculture Lincoln 3967 118 3617 116 0.02974539954625662 0.032070776886922864 0.002 539200366667369

Commissioner Of Agriculture Long 3988 127 3819 125 0.031845536609829486 0.03273108143493061 0.175274 01687667576

Commissioner Of Agriculture Lowndes 35212 656 33322 629 0.01863001249574009 0.018876417982113917 0.1 6992651780454146

Commissioner Of Agriculture Lumpkin 11551 232 11084 226 0.0200848411392953 0.020389750992421508 0.33 22155798255518

Commissioner Of Agriculture Macon 4217 214 3886 206 0.05074697652359497 0.05301080802882141 0.019949 805650267008

Commissioner Of Agriculture Madison 11697 289 11170 283 0.024707189877746432 0.025335720680393914 0. 04403470494841549

Commissioner Of Agriculture Marion 2930 98 2689 96 0.033447098976109216 0.03570100409074005 0.019541 494396405266

Commissioner Of Agriculture McDuffie 8792 216 7924 206 0.02456778889899909 0.025996971226653204 0.00 6782431813644177

Commissioner Of Agriculture McIntosh 5408 181 4968 174 0.0334689349112426 0.035024154589371984 0.032 07977019931023

Commissioner Of Agriculture Meriwether 8639 264 8156 257 0.03055909248755643 0.03151054438450221 0.0 33758783578200814

Commissioner Of Agriculture Miller 2313 102 2181 98 0.04409857328145266 0.04493351673544246 0.592725 077993648

Commissioner Of Agriculture Mitchell 7446 201 6882 187 0.026994359387590653 0.027172333623946526 0.8 725190842049249

Commissioner Of Agriculture Monroe 12932 325 12236 321 0.025131456851221777 0.02623406341941811 0.00 01619491702448414

Commissioner Of Agriculture Montgomery 3528 105 3317 100 0.02976190476190476 0.030147723846849564 0.

7858202787585566

Commissioner Of Agriculture Morgan 9554 213 9144 203 0.022294326983462426 0.02220034995625547 0.8633
066922100286

Commissioner Of Agriculture Murray 11091 363 10826 358 0.032729239924262916 0.03306853870312211 0.25
94311488053838

Commissioner Of Agriculture Muscogee 63141 1632 58719 1562 0.025846914049508243 0.02660127045760316
4.457055403203252e-06

Commissioner Of Agriculture Newton 43129 965 40394 906 0.022374736256347238 0.02242907362479576 0.83
47019041110842

Commissioner Of Agriculture Oconee 20733 397 19802 378 0.019148217817006704 0.01908898091101909 0.84
19369734817203

Commissioner Of Agriculture Oglethorpe 6484 165 6075 161 0.025447254780999382 0.026502057613168723
0.036796034728722164

Commissioner Of Agriculture Paulding 61222 1224 57915 1162 0.01999281304106367 0.0200638867305534 0.
6545749092300193

Commissioner Of Agriculture Peach 10355 264 9910 257 0.025494929985514243 0.02593340060544904 0.2275
6907382226102

Commissioner Of Agriculture Pickens 13362 318 13140 314 0.023798832510103278 0.023896499238964992 0.
775895701049152

Commissioner Of Agriculture Pierce 6883 136 6556 135 0.01975882609327328 0.020591824283099452 0.0197
66051713961976

Commissioner Of Agriculture Pike 8534 178 8230 173 0.0208577454886337 0.021020656136087484 0.7736584
610786061

Commissioner Of Agriculture Polk 12859 350 12412 346 0.027218290691344585 0.027876248791492104 0.011
248907253610831

Commissioner Of Agriculture Pulaski 3622 139 3390 134 0.038376587520706794 0.03952802359882006 0.217
92720915492161

Commissioner Of Agriculture Putnam 9321 213 8723 211 0.022851625362085612 0.02418892582827009 0.0001
5800048949432007

Commissioner Of Agriculture Quitman 940 57 880 48 0.06063829787234042 0.05454545454545454 0.01514277
5824741057

Commissioner Of Agriculture Rabun 7578 152 6735 134 0.020058062813407232 0.019896065330363772 0.8527
064272130306

Commissioner Of Agriculture Randolph 2788 114 2475 100 0.040889526542324243 0.04040404040404041 0.80
50653605089502

Commissioner Of Agriculture Richmond 70043 1867 64729 1777 0.026655054752080864 0.02745291909345116
1.51485308148801e-06

Commissioner Of Agriculture Rockdale 36600 740 34747 703 0.020218579234972677 0.02023196247158028 1.
024210573825176

Commissioner Of Agriculture Schley 1931 64 1835 63 0.033143448990160536 0.03433242506811989 0.323181
6572502484

Commissioner Of Agriculture Screven 5407 172 5136 166 0.03181061586831885 0.0323208722741433 0.46460
315141168645

Commissioner Of Agriculture Seminole 3214 79 2950 77 0.024579962663347853 0.02610169491525424 0.0718 3072317375924

Commissioner Of Agriculture Spalding 24385 783 23102 741 0.0321099036292803 0.032075145009090124 0.9 426148358611455

Commissioner Of Agriculture Stephens 9069 213 8533 205 0.023486602712537216 0.024024375952185633 0.2 1984157340157248

Commissioner Of Agriculture Stewart 1784 144 1551 128 0.08071748878923767 0.08252740167633785 0.5637 205151816366

Commissioner Of Agriculture Sumter 10556 309 9679 283 0.029272451686244788 0.029238557702241968 1.00 67470785678843

Commissioner Of Agriculture Talbot 2952 173 2667 151 0.05860433604336043 0.05661792275965504 0.20864 89923570343

Commissioner Of Agriculture Taliaferro 917 73 755 60 0.07960741548527808 0.07947019867549669 1.07781 1397664632

Commissioner Of Agriculture Tattnall 6639 230 6247 224 0.03464377165235728 0.03585721146150152 0.029 26970732106733

Commissioner Of Agriculture Taylor 3265 94 3022 91 0.02879019908116386 0.030112508272667107 0.142539 26273356501

Commissioner Of Agriculture Telfair 3631 141 3300 137 0.03883227760947398 0.04151515151515151 0.0053 08582079090159

Commissioner Of Agriculture Terrell 3930 149 3603 145 0.03791348600508906 0.04024424091035248 0.0077 94963268893247

Commissioner Of Agriculture Thomas 17241 444 16250 428 0.025752566556464244 0.02633846153846154 0.05 102983221980129

Commissioner Of Agriculture Tift 13669 397 13108 384 0.029043821786524253 0.02929508696978944 0.4844 81040127764

Commissioner Of Agriculture Toombs 8851 268 8170 252 0.030279064512484466 0.03084455324357405 0.3382 597394625828

Commissioner Of Agriculture Towns 6132 187 5848 182 0.03049575994781474 0.03112175102599179 0.255896 47467919446

Commissioner Of Agriculture Treutlen 2610 104 2464 96 0.03984674329501916 0.03896103896103896 0.4464 741150926797

Commissioner Of Agriculture Troup 23663 614 22399 587 0.025947682035244897 0.026206527077101655 0.33 58676933311447

Commissioner Of Agriculture Turner 3269 107 3121 106 0.03273172223921689 0.033963473245754564 0.0808 2989289376843

Commissioner Of Agriculture Twiggs 3787 150 3512 146 0.039609189331925004 0.041571753986332574 0.024 582185865480236

Commissioner Of Agriculture Union 11863 288 11381 283 0.02427716429233752 0.024866004744750023 0.042 59094929138161

Commissioner Of Agriculture Upson 10558 320 9956 306 0.03030877060049252 0.030735235034150262 0.3614 208256850461

Commissioner Of Agriculture Walker 21451 507 20638 489 0.02363526175935854 0.023694156410504895 0.89

31048690923495

Commissioner Of Agriculture Walton 38635 883 36866 845 0.02285492429144558 0.02292084847827266 0.769 5640396167929

Commissioner Of Agriculture Ware 11004 278 10377 264 0.025263540530716104 0.025440878866724487 0.750 3093640280006

Commissioner Of Agriculture Warren 2260 92 2073 89 0.04070796460176991 0.04293294741919923 0.0896653 9264026248

Commissioner Of Agriculture Washington 8159 380 7432 358 0.046574335090084566 0.04817007534983853 0. 028638214550277152

Commissioner Of Agriculture Wayne 10122 262 9621 259 0.02588421260620431 0.026920278557322524 0.0015 80179742029864

Commissioner Of Agriculture Webster 1100 32 948 28 0.02909090909090909 0.029535864978902954 1.080491 4512301

Commissioner Of Agriculture Wheeler 1927 73 1812 73 0.03788271925272444 0.04028697571743929 0.020493 746725996857

Commissioner Of Agriculture White 11434 210 10897 207 0.01836627601889103 0.018996053959805453 0.019 277518251516012

Commissioner Of Agriculture Whitfield 27302 778 26285 759 0.028496080873196102 0.028875784668061632 0.05753599069685485

Commissioner Of Agriculture Wilcox 2815 87 2610 82 0.030905861456483125 0.031417624521072794 0.76523 82515687487

Commissioner Of Agriculture Wilkes 4371 170 4070 163 0.03889270189887897 0.04004914004914005 0.18124 978512496914

Commissioner Of Agriculture Wilkinson 4264 184 3994 175 0.043151969981238276 0.043815723585378066 0. 5208404802833192

Commissioner Of Agriculture Worth 7831 220 7526 215 0.028093474652024008 0.028567632208344407 0.2714 376992202313

Commissioner Of Insurance Appling 6806 202 6276 189 0.02967969438730532 0.03011472275334608 0.567983 8956594965

Commissioner Of Insurance Atkinson 2520 116 2432 116 0.046031746031746035 0.047697368421052634 0.029 336390805863755

Commissioner Of Insurance Bacon 3829 108 3655 106 0.02820579785844868 0.029001367989056087 0.2461704 2275254092

Commissioner Of Insurance Baker 1291 62 1150 55 0.048024786986831915 0.04782608695652174 1.050494279 0029186

Commissioner Of Insurance Baldwin 15633 419 14475 402 0.026802277234056163 0.0277720207253886 0.0061 53271306562673

Commissioner Of Insurance Banks 6852 118 6629 115 0.017221249270286048 0.017348016292050083 0.921992 6406934561

Commissioner Of Insurance Barrow 27398 439 26135 422 0.016023067377180816 0.016146929405012434 0.543 6282699429879

Commissioner Of Insurance Bartow 37327 561 35759 552 0.015029335333672676 0.015436673285047121 0.000 8533421633813795

Commissioner Of Insurance Ben Hill 5533 110 5213 104 0.019880715705765408 0.0199501246882793 1.09239 49379629525

Commissioner Of Insurance Berrien 6247 145 5925 141 0.023211141347846968 0.02379746835443038 0.24865 68873329365

Commissioner Of Insurance Bibb 60460 1219 55999 1170 0.020162090638438636 0.02089323023625422 1.2928 559864607981e-06

Commissioner Of Insurance Bleckley 4855 147 4598 142 0.030278063851699278 0.030882992605480643 0.400 82737693002407

Commissioner Of Insurance Brantley 5689 174 5501 170 0.030585340130075585 0.03090347209598255 0.6234 390961414006

Commissioner Of Insurance Brooks 5696 161 5231 148 0.028265449438202247 0.02829286943223093 1.113128 140291477

Commissioner Of Insurance Bryan 14970 253 14388 246 0.016900467601870407 0.017097581317764805 0.4555 345033053648

Commissioner Of Insurance Bulloch 23543 535 22467 518 0.02272437667247165 0.023056037744247117 0.134 47737130398127

Commissioner Of Insurance Burke 8719 206 7751 195 0.02362656267920633 0.025158044123338923 0.0058511 42118709827

Commissioner Of Insurance Butts 8863 179 8483 173 0.020196321787205235 0.020393728633738065 0.695239 1728605432

Commissioner Of Insurance Calhoun 1899 47 1714 42 0.024749868351764088 0.024504084014002333 0.979059 2640046367

Commissioner Of Insurance Camden 17053 302 15860 288 0.017709493930686684 0.01815889029003783 0.1192 8920072353914

Commissioner Of Insurance Candler 3538 87 3418 83 0.02459016393442623 0.024283206553540083 0.6825772 992163125

Commissioner Of Insurance Carroll 41739 585 40221 568 0.014015668798964997 0.014121976082146142 0.40 62706818543072

Commissioner Of Insurance Catoosa 23725 415 23185 408 0.017492096944151738 0.01759758464524477 0.538 2055176232818

Commissioner Of Insurance Charlton 3369 97 3206 94 0.02879192638765212 0.029320024953212728 0.600573 4745549665

Commissioner Of Insurance Chatham 103338 2178 97161 2070 0.02107646751437032 0.021304844536388055 0. 04313203064809183

Commissioner Of Insurance Chattahoochee 1102 39 1067 39 0.03539019963702359 0.03655107778819119 0.55 53261047360464

Commissioner Of Insurance Chattooga 7427 210 7202 209 0.02827521206409048 0.029019716745348513 0.022 088855901694418

Commissioner Of Insurance Cherokee 106299 1623 100987 1535 0.01526825275872774 0.015199976234564845 0.4581307468728878

Commissioner Of Insurance Clarke 43261 1053 40239 999 0.02434063012875338 0.024826660702303736 0.015 629975148665907

Commissioner Of Insurance Clay 1186 40 1043 35 0.03372681281618887 0.03355704697986577 1.07975564337

36193

Commissioner Of Insurance Clayton 91840 1574 85993 1493 0.017138501742160278 0.017361878292419152 0.046216961774423665

Commissioner Of Insurance Clinch 2254 87 2145 87 0.0385980479148181 0.04055944055944056 0.024580794997371844

Commissioner Of Insurance Cobb 310381 4904 284480 4426 0.01579993620743538 0.015558211473565804 0.0005065731842968168

Commissioner Of Insurance Coffee 12595 395 12200 388 0.03136165144898769 0.03180327868852459 0.13533078437339383

Commissioner Of Insurance Colquitt 12953 436 12439 432 0.03366015594842894 0.03472947986172522 0.00019570880762865048

Commissioner Of Insurance Columbia 61591 860 58655 823 0.013963079021285577 0.014031199386241582 0.5843249477646298

Commissioner Of Insurance Cook 5803 114 5559 112 0.019645011201102878 0.020147508544702285 0.26986517204839405

Commissioner Of Insurance Coweta 58056 861 55244 839 0.014830508474576272 0.015187169647382521 0.000886542152071974

Commissioner Of Insurance Crawford 4931 123 4697 119 0.02494423037923342 0.02533532041728763 0.5958384458571317

Commissioner Of Insurance Crisp 7024 242 6661 230 0.03445330296127563 0.03452934994745534 1.0315871775347882

Commissioner Of Insurance Dade 5450 180 5321 173 0.03302752293577982 0.03251268558541628 0.2671981765473912

Commissioner Of Insurance Dawson 11570 165 11131 162 0.014261019878997408 0.014553948432306172 0.2454927998904155

Commissioner Of Insurance DeKalb 310968 6840 291296 6430 0.021995832368603842 0.02207376689003625 0.26402260463226673

Commissioner Of Insurance Decatur 9043 210 8495 205 0.023222381952891738 0.02413184226015303 0.020571201467088452

Commissioner Of Insurance Dodge 7051 304 6603 291 0.0431144518508013 0.04407087687414812 0.1511754240719516

Commissioner Of Insurance Dooly 3793 143 3597 137 0.037701028209860266 0.038087294968028915 0.7691631433125591

Commissioner Of Insurance Dougherty 31297 711 29353 684 0.02271783238010033 0.02330255851190679 0.0054996173623880484

Commissioner Of Insurance Douglas 55197 648 51964 620 0.011739768465677482 0.011931337079516588 0.10221558504020836

Commissioner Of Insurance Early 4131 83 3658 79 0.020091987412248852 0.021596500820120285 0.06214898139471192

Commissioner Of Insurance Echols 1143 35 1108 35 0.03062117235345582 0.0315884476534296 0.6622359192934354

Commissioner Of Insurance Effingham 23365 360 22615 346 0.015407661031457309 0.015299579924828654 0.5379662474384439

Commissioner Of Insurance Elbert 7319 183 6756 181 0.02500341576718131 0.02679100059206631 9.9413912
59928465e-05
Commissioner Of Insurance Emanuel 7710 267 7320 259 0.03463035019455253 0.03538251366120219 0.140121
81180016006
Commissioner Of Insurance Evans 3447 123 3248 121 0.03568320278503046 0.03725369458128079 0.04539806
451063482
Commissioner Of Insurance Fannin 11203 236 10545 224 0.02106578595019191 0.021242294926505454 0.7291
529157583581
Commissioner Of Insurance Fayette 57962 912 55315 868 0.015734446706462856 0.015691946126728737 0.75
10685224899837
Commissioner Of Insurance Floyd 30225 641 28965 625 0.02120760959470637 0.021577766269635767 0.03102
4462166436093
Commissioner Of Insurance Forsyth 93239 1388 88811 1294 0.014886474543914027 0.014570267196631048 0.
0008722981245968133
Commissioner Of Insurance Franklin 8149 132 7761 127 0.016198306540679837 0.01636387063522742 0.7893
912383598669
Commissioner Of Insurance Fulton 421806 9803 403964 9326 0.02324054186047614 0.023086215603370597 0.
0020795471360121314
Commissioner Of Insurance Gilmer 12471 240 11912 234 0.019244647582391146 0.01964405641370047 0.1643
2165058933113
Commissioner Of Insurance Glascock 1300 61 1219 60 0.04692307692307692 0.04922067268252666 0.1887920
603720064
Commissioner Of Insurance Glynn 32501 640 30689 623 0.01969170179379096 0.020300433380038452 0.00054
06635274737328
Commissioner Of Insurance Gordon 17772 397 17225 383 0.022338510015755122 0.02223512336719884 0.6789
228087177381
Commissioner Of Insurance Grady 8356 168 7956 162 0.020105313547151747 0.020361990950226245 0.599397
2867924724
Commissioner Of Insurance Greene 8989 141 8366 132 0.015685838246746023 0.015778149653358834 0.96487
6282138765
Commissioner Of Insurance Gwinnett 312709 4812 292312 4548 0.015388108433079957 0.015558718082049318
 0.0029673991111008186
Commissioner Of Insurance Habersham 15495 311 14642 300 0.020070990642142628 0.020489004234394207 0.
14532288038983154
Commissioner Of Insurance Hall 67282 1176 63789 1136 0.017478671858743796 0.017808713101004875 0.004
080794341835784
Commissioner Of Insurance Hancock 3539 155 3049 142 0.0437976829612885 0.0465726467694326 0.04797544
327364643
Commissioner Of Insurance Haralson 10585 154 10192 152 0.014548889938592347 0.014913657770800628 0.1
4135757314066358
Commissioner Of Insurance Harris 15972 307 15243 296 0.019221136989732032 0.019418749589975727 0.501
2584470605063
Commissioner Of Insurance Hart 9618 290 9178 284 0.030151798710750674 0.03094356068860318 0.03728487

8878054276

Commissioner Of Insurance Heard 4051 84 3773 81 0.020735620834361885 0.02146832759077657 0.321847439 65922524

Commissioner Of Insurance Henry 98365 1387 93368 1320 0.014100543892644741 0.01413760603204524 0.727 164629452536

Commissioner Of Insurance Houston 59158 880 55968 826 0.014875418371141688 0.014758433390508863 0.36 095012176213315

Commissioner Of Insurance Irwin 3556 79 3423 78 0.02221597300337458 0.022787028921998246 0.393975710 87897026

Commissioner Of Insurance Jackson 26889 392 25870 381 0.014578452155156383 0.014727483571704678 0.37 492960854285107

Commissioner Of Insurance Jasper 5907 112 5486 109 0.018960555273404435 0.01986875683558148 0.073034 42493254297

Commissioner Of Insurance Jeff Davis 4815 165 4586 159 0.03426791277258567 0.03467073702573049 0.645 1787714063169

Commissioner Of Insurance Jefferson 6756 280 6149 265 0.04144464179988159 0.04309643844527566 0.0300 32860454349275

Commissioner Of Insurance Jenkins 2856 80 2668 76 0.028011204481792718 0.02848575712143928 0.7700539 175804989

Commissioner Of Insurance Johnson 3483 135 3247 130 0.03875968992248062 0.04003695719125346 0.188946 20119986613

Commissioner Of Insurance Jones 12432 250 11648 233 0.02010939510939511 0.020003434065934064 0.81938 74000917354

Commissioner Of Insurance Lamar 7346 148 6942 145 0.020147018785733734 0.020887352348026505 0.067206 51190652573

Commissioner Of Insurance Lanier 2679 105 2571 102 0.03919372900335946 0.039673278879813305 0.760420 480591173

Commissioner Of Insurance Laurens 18939 542 17653 512 0.028618195258461376 0.029003568798504503 0.27 23346880644598

Commissioner Of Insurance Lee 13549 215 13069 209 0.015868329766034393 0.015992042237355574 0.713515 4880272536

Commissioner Of Insurance Liberty 15358 242 14408 233 0.015757260059903633 0.016171571349250416 0.12 65576043217077

Commissioner Of Insurance Lincoln 3967 92 3617 91 0.023191328459793294 0.0251589715233619 0.00372563 00568780593

Commissioner Of Insurance Long 3988 109 3819 108 0.027331995987963893 0.028279654359780047 0.0995081 9086457949

Commissioner Of Insurance Lowndes 35212 586 33322 551 0.016642053845280017 0.016535622111517916 0.56 10986593266845

Commissioner Of Insurance Lumpkin 11551 195 11084 189 0.01688165526794217 0.017051605918440994 0.641 7599645388906

Commissioner Of Insurance Macon 4217 203 3886 189 0.048138487076120465 0.048636129696345856 0.723511 1529475178

Commissioner Of Insurance Madison 11697 253 11170 246 0.0216294776438403 0.022023276633840645 0.2221 319144394928

Commissioner Of Insurance Marion 2930 87 2689 84 0.029692832764505118 0.031238378579397545 0.1260339 031313447

Commissioner Of Insurance McDuffie 8792 171 7924 163 0.019449499545040945 0.020570418980312973 0.019 492377535967952

Commissioner Of Insurance McIntosh 5408 138 4968 133 0.0255177514792894 0.0267713365394525 0.05273 99118993246

Commissioner Of Insurance Meriwether 8639 203 8156 200 0.023498090056719528 0.024521824423737126 0.0 057895548263675045

Commissioner Of Insurance Miller 2313 101 2181 95 0.043666234327712924 0.04355800091701054 1.0443027 294471856

Commissioner Of Insurance Mitchell 7446 175 6882 170 0.02350255170561375 0.024702121476315026 0.0136 22770568186419

Commissioner Of Insurance Monroe 12932 268 12236 267 0.020723785957315187 0.021820856489048707 1.028 886370955777e-05

Commissioner Of Insurance Montgomery 3528 104 3317 99 0.02947845804988662 0.029846246608381068 0.804 8672802314136

Commissioner Of Insurance Morgan 9554 186 9144 177 0.01946828553485451 0.01935695538057743 0.8095429 924497335

Commissioner Of Insurance Murray 11091 317 10826 310 0.028581732936615274 0.0286347681507482 1.02323 32872362426

Commissioner Of Insurance Muscogee 63141 1341 58719 1285 0.021238181213474604 0.021883887668386722 1.5091256517073328e-05

Commissioner Of Insurance Newton 43129 756 40394 724 0.017528808922070996 0.01792345397831361 0.0148 68729562152303

Commissioner Of Insurance Oconee 20733 411 19802 396 0.019823469830704675 0.019997980002019997 0.487 9189591194687

Commissioner Of Insurance Oglethorpe 6484 160 6075 155 0.024676125848241828 0.02551440329218107 0.11 137423995000943

Commissioner Of Insurance Paulding 61222 860 57915 812 0.014047237921008787 0.014020547353880686 0.8 569963164273011

Commissioner Of Insurance Peach 10355 224 9910 217 0.021632061805890872 0.021897073662966702 0.49427 104045355846

Commissioner Of Insurance Pickens 13362 260 13140 258 0.01945816494536746 0.019634703196347032 0.379 36204718576033

Commissioner Of Insurance Pierce 6883 124 6556 123 0.018015400261513874 0.0187614399023795 0.0330389 34216622275

Commissioner Of Insurance Pike 8534 129 8230 125 0.015116006561987345 0.015188335358444714 1.0225660 054540902

Commissioner Of Insurance Polk 12859 277 12412 274 0.02154133291857843 0.0220754108926845 0.02355234 526323607

Commissioner Of Insurance Pulaski 3622 146 3390 134 0.04030922142462728 0.03952802359882006 0.445646

5396560294

Commissioner Of Insurance Putnam 9321 170 8723 166 0.01823838643922326 0.019030150177691163 0.026291
30739458383

Commissioner Of Insurance Quitman 940 57 880 50 0.06063829787234042 0.056818181818181816 0.127461222
98293755

Commissioner Of Insurance Rabun 7578 147 6735 128 0.019398258115597783 0.019005196733481812 0.554528
0171146294

Commissioner Of Insurance Randolph 2788 112 2475 106 0.040172166427546625 0.042828282828282827 0.048
22841355147525

Commissioner Of Insurance Richmond 70043 1455 64729 1361 0.020772953756977856 0.02102612430286704
0.10692914339934204

Commissioner Of Insurance Rockdale 36600 535 34747 516 0.014617486338797813 0.014850202895213976 0.1
208207582654972

Commissioner Of Insurance Schley 1931 59 1835 59 0.030554117037804248 0.032152588555858314 0.0941552
7581014056

Commissioner Of Insurance Screven 5407 180 5136 176 0.03329017939707786 0.03426791277258567 0.094761
8447041712

Commissioner Of Insurance Seminole 3214 66 2950 59 0.020535158680771624 0.02 0.5929414328724583

Commissioner Of Insurance Spalding 24385 577 23102 549 0.02366208734877999 0.023764176261795517 0.74
37899597725126

Commissioner Of Insurance Stephens 9069 186 8533 175 0.020509427720807147 0.020508613617719443 1.088
2079447468032

Commissioner Of Insurance Stewart 1784 142 1551 130 0.0795964125560538 0.08381689232753063 0.1057103
590128202

Commissioner Of Insurance Sumter 10556 269 9679 249 0.02548313755210307 0.02572579811964046 0.697496
3905397773

Commissioner Of Insurance Talbot 2952 152 2667 128 0.051490514905149054 0.047994000749906264 0.01875
488050623625

Commissioner Of Insurance Taliaferro 917 78 755 66 0.08505997818974918 0.08741721854304636 0.7092352
229470019

Commissioner Of Insurance Tattnall 6639 211 6247 206 0.03178189486368429 0.032975828397630864 0.0242
17341602327063

Commissioner Of Insurance Taylor 3265 94 3022 90 0.02879019908116386 0.029781601588352084 0.31796799
25306423

Commissioner Of Insurance Telfair 3631 130 3300 127 0.035802809143486644 0.03848484848484848 0.00321
74486990850263

Commissioner Of Insurance Terrell 3930 116 3603 115 0.029516539440203562 0.031917846239245075 0.0008
528712573486075

Commissioner Of Insurance Thomas 17241 398 16250 387 0.0230845078591729 0.023815384615384617 0.00717
5949411189903

Commissioner Of Insurance Tift 13669 379 13108 369 0.027726973443558418 0.02815074763503204 0.172475
84801358476

Commissioner Of Insurance Toombs 8851 245 8170 232 0.027680488080442888 0.02839657282741738 0.183958

41994439988
Commissioner Of Insurance Towns 6132 145 5848 137 0.02364644487932159 0.023426812585499317 0.7146838
828010001
Commissioner Of Insurance Treutlen 2610 95 2464 87 0.03639846743295019 0.03530844155844156 0.3171974
266823648
Commissioner Of Insurance Troup 23663 480 22399 456 0.020284832861429236 0.02035805169873655 0.83700
61260797561
Commissioner Of Insurance Turner 3269 112 3121 112 0.034261241970021415 0.035885933995514256 0.01017
1015801582785
Commissioner Of Insurance Twiggs 3787 119 3512 116 0.031423290203327174 0.03302961275626424 0.043907
17582182362
Commissioner Of Insurance Union 11863 245 11381 236 0.020652448790356572 0.020736314910816272 0.9198
361614043107
Commissioner Of Insurance Upson 10558 255 9956 244 0.024152301572267474 0.02450783447167537 0.412434
04148678947
Commissioner Of Insurance Walker 21451 446 20638 433 0.020791571488508694 0.02098071518558 0.3989477
5966656193
Commissioner Of Insurance Walton 38635 676 36866 652 0.017497081325522324 0.017685672435306245 0.225
45556399095382
Commissioner Of Insurance Ware 11004 197 10377 189 0.017902580879680115 0.01821335646140503 0.404701
7050157945
Commissioner Of Insurance Warren 2260 76 2073 73 0.033628318584070796 0.035214664737095995 0.2248406
0259869723
Commissioner Of Insurance Washington 8159 326 7432 302 0.03995587694570413 0.040635091496232505 0.36
90963167337582
Commissioner Of Insurance Wayne 10122 247 9621 242 0.02440229203714681 0.025153310466687454 0.029579
619415050117
Commissioner Of Insurance Webster 1100 40 948 37 0.03636363636363636 0.039029535864978905 0.34589408
24533175
Commissioner Of Insurance Wheeler 1927 69 1812 69 0.03580695381421899 0.0380794701986755 0.026467157
79927298
Commissioner Of Insurance White 11434 184 10897 179 0.016092356130837853 0.016426539414517757 0.2620
885052452319
Commissioner Of Insurance Whitfield 27302 702 26285 690 0.0257124020218299 0.026250713334601484 0.00
2542502473291031
Commissioner Of Insurance Wilcox 2815 87 2610 81 0.030905861456483125 0.03103448275862069 1.09976431
68048414
Commissioner Of Insurance Wilkes 4371 170 4070 162 0.03889270189887897 0.039803439803439804 0.321080
677871574
Commissioner Of Insurance Wilkinson 4264 136 3994 129 0.03189493433395872 0.03229844767150726 0.7225
83985586467
Commissioner Of Insurance Worth 7831 190 7526 185 0.02426254629038437 0.024581450969970768 0.4877053
221286879

State School Superintendent Appling 6806 195 6276 183 0.028651190126359093 0.029158699808795412 0.47
71120754921914

State School Superintendent Atkinson 2520 113 2432 113 0.04484126984126984 0.046463815789473686 0.03
280599862790262

State School Superintendent Bacon 3829 97 3655 95 0.025332985113606685 0.025991792065663474 0.348067
3720794697

State School Superintendent Baker 1291 57 1150 51 0.044151820294345466 0.04434782608695652 1.1354902
797323818

State School Superintendent Baldwin 15633 431 14475 416 0.02756988421927973 0.028739205526770294 0.0
008253423943003924

State School Superintendent Banks 6852 127 6629 122 0.018534734384121423 0.018403982501131393 0.7955
487551255416

State School Superintendent Barrow 27398 464 26135 436 0.01693554274034601 0.016682609527453606 0.17
987119954884662

State School Superintendent Bartow 37327 786 35759 773 0.02105714362257883 0.021616935596633014 8.67
3972666922682e-05

State School Superintendent Ben Hill 5533 93 5213 88 0.016808241460328936 0.016880874736236333 1.094
8208491943126

State School Superintendent Berrien 6247 124 5925 122 0.0198495277733312 0.020590717299578058 0.0826
7237333754755

State School Superintendent Bibb 60460 1267 55999 1205 0.020956003969566657 0.021518241397167806 0.0
0039100911035865364

State School Superintendent Bleckley 4855 126 4598 120 0.025952626158599383 0.02609830361026533 0.99
17008364000502

State School Superintendent Brantley 5689 117 5501 114 0.02056600457022324 0.020723504817305945 0.91
05558450216902

State School Superintendent Brooks 5696 137 5231 123 0.02405196629213483 0.023513668514624355 0.4523
844118780961

State School Superintendent Bryan 14970 245 14388 238 0.016366065464261857 0.016541562413122046 0.51
75495584130659

State School Superintendent Bulloch 23543 489 22467 465 0.020770505033343243 0.02069702229937241 0.7
783302048844566

State School Superintendent Burke 8719 185 7751 174 0.021218029590549376 0.022448716294671656 0.0229
75858202328326

State School Superintendent Butts 8863 180 8483 171 0.020309150400541577 0.020157962984793117 0.7334
204214256573

State School Superintendent Calhoun 1899 39 1714 35 0.020537124802527645 0.020420070011668612 1.0727
328582001299

State School Superintendent Camden 17053 296 15860 271 0.01735764968040814 0.01708701134930643 0.378
7653152910472

State School Superintendent Candler 3538 82 3418 80 0.023176936122102882 0.023405500292568753 0.9371
34799146735

State School Superintendent Carroll 41739 748 40221 724 0.017920889336112508 0.018000546977946844 0.

6089822792818647

State School Superintendent Catoosa 23725 361 23185 353 0.015216016859852476 0.015225361224929911 1.1235690176103146

State School Superintendent Charlton 3369 64 3206 63 0.018996734936182844 0.019650655021834062 0.3504614516678216

State School Superintendent Chatham 103338 2082 97161 1953 0.020147477210706612 0.020100657671287863 0.6970026571648539

State School Superintendent Chattahoochee 1102 33 1067 33 0.029945553539019964 0.030927835051546393 0.6784191285226017

State School Superintendent Chattooga 7427 168 7202 166 0.022620169651272386 0.02304915301305193 0.2215818173438752

State School Superintendent Cherokee 106299 1845 100987 1744 0.017356701380069426 0.017269549545981165 0.3691332435033265

State School Superintendent Clarke 43261 978 40239 908 0.022606967014169806 0.022565173090782573 0.8674453408158112

State School Superintendent Clay 1186 24 1043 17 0.02023608768971332 0.016299137104506232 0.037560376346500925

State School Superintendent Clayton 91840 1554 85993 1439 0.016920731707317074 0.016733920202807204 0.10771697419108171

State School Superintendent Clinch 2254 88 2145 86 0.03904170363797693 0.04009324009324009 0.38040648297886664

State School Superintendent Cobb 310381 5240 284480 4667 0.016882476697993757 0.01640537120359955 6.11344115570655e-11

State School Superintendent Coffee 12595 317 12200 310 0.02516871774513696 0.02540983606557377 0.4356254077327964

State School Superintendent Colquitt 12953 342 12439 332 0.026403149849455725 0.026690248412251788 0.3938880327956586

State School Superintendent Columbia 61591 858 58655 789 0.01393060674449189 0.013451538658255904 4.05487954930408e-05

State School Superintendent Cook 5803 79 5559 78 0.013613648113044977 0.014031300593631947 0.29637208112324825

State School Superintendent Coweta 58056 946 55244 908 0.01629461209866336 0.01643617406415176 0.2607627961414206

State School Superintendent Crawford 4931 132 4697 124 0.02676941796795782 0.026399829678518203 0.5778323994484768

State School Superintendent Crisp 7024 250 6661 241 0.03559225512528474 0.036180753640594504 0.31884863431599786

State School Superintendent Dade 5450 155 5321 150 0.028440366972477066 0.028190189813944746 0.6099410924283258

State School Superintendent Dawson 11570 200 11131 193 0.01728608470181504 0.017338963255772166 1.018667962393448

State School Superintendent DeKalb 310968 7013 291296 6369 0.02255215970775128 0.021864357903987695 8.832174502070971e-21

State School Superintendent Decatur 9043 199 8495 192 0.02200597146964503 0.022601530311948205 0.156
10734854515299
State School Superintendent Dodge 7051 303 6603 288 0.04297262799602893 0.04361653793730123 0.369143
9864099541
State School Superintendent Dooly 3793 147 3597 140 0.038755602425520695 0.03892132332499305 1.01340
92203335676
State School Superintendent Dougherty 31297 609 29353 565 0.01945873406396779 0.019248458419923006
0.33495070196864307
State School Superintendent Douglas 55197 739 51964 690 0.013388408790332807 0.013278423523978138 0.
4064779656017571
State School Superintendent Early 4131 77 3658 63 0.018639554587267005 0.01722252597047567 0.1035389
1913337368
State School Superintendent Echols 1143 30 1108 30 0.026246719160104987 0.02707581227436823 0.777180
3067064711
State School Superintendent Effingham 23365 371 22615 365 0.01587845067408517 0.016139730267521555
0.08892005647010105
State School Superintendent Elbert 7319 90 6756 86 0.01229676185271212 0.012729425695677915 0.335092
8137567028
State School Superintendent Emanuel 7710 246 7320 235 0.031906614785992216 0.03210382513661202 0.810
5044256943981
State School Superintendent Evans 3447 108 3248 103 0.031331592689295036 0.031711822660098525 0.8001
316163212286
State School Superintendent Fannin 11203 244 10545 227 0.02177980038918147 0.02152678994784258 0.533
9469680426268
State School Superintendent Fayette 57962 929 55315 877 0.016027742313929817 0.015854650637259333 0.
15677194276144643
State School Superintendent Floyd 30225 570 28965 547 0.018858560794044667 0.018884861039185224 0.98
07332781140115
State School Superintendent Forsyth 93239 1448 88811 1355 0.015529982089039994 0.01525711905056806
0.0046071886643395624
State School Superintendent Franklin 8149 141 7761 141 0.017302736532089826 0.01816776188635485 0.00
19368824247125872
State School Superintendent Fulton 421806 10056 403964 9505 0.023840343665097224 0.02352932439524314
1.677942601159474e-09
State School Superintendent Gilmer 12471 272 11912 267 0.021810600593376635 0.022414372061786435 0.0
30792139036562104
State School Superintendent Glascock 1300 54 1219 53 0.04153846153846154 0.043478260869565216 0.2731
5182925752823
State School Superintendent Glynn 32501 572 30689 549 0.017599458478200672 0.017889145948059567 0.11
287474627348418
State School Superintendent Gordon 17772 406 17225 389 0.02284492460049516 0.022583454281567487 0.24
880918180334075
State School Superintendent Grady 8356 134 7956 126 0.016036381043561514 0.01583710407239819 0.62376

71843382813
State School Superintendent Greene 8989 129 8366 118 0.014350873289576148 0.014104709538608654 0.562
7746710775136
State School Superintendent Gwinnett 312709 4599 292312 4335 0.014706963982488512 0.0148300446098689
08 0.03028293154727871
State School Superintendent Habersham 15495 308 14642 292 0.019877379799935462 0.019942630788143696
0.9370345876384635
State School Superintendent Hall 67282 1282 63789 1212 0.019054130376623762 0.01900014109015661 0.69
66727236037483
State School Superintendent Hancock 3539 153 3049 137 0.043232551568239616 0.04493276484093145 0.258
65561780016794
State School Superintendent Haralson 10585 192 10192 189 0.018138875767595656 0.018543956043956044
0.13962300215772466
State School Superintendent Harris 15972 269 15243 255 0.016841973453543702 0.016728990356229087 0.6
910381482065708
State School Superintendent Hart 9618 213 9178 207 0.022145976294447912 0.02255393331880584 0.276358
4981513938
State School Superintendent Heard 4051 83 3773 77 0.020488768205381386 0.02040816326530612 1.0192196
825461242
State School Superintendent Henry 98365 1353 93368 1260 0.013754892492248259 0.013494987576043184 0.
004506562943254488
State School Superintendent Houston 59158 871 55968 813 0.014723283410527739 0.014526157804459691 0.
1182267150190979
State School Superintendent Irwin 3556 66 3423 65 0.01856017997750281 0.018989190768331873 0.5702910
646805474
State School Superintendent Jackson 26889 378 25870 364 0.014057793149615085 0.01407035175879397 1.0
703407333723374
State School Superintendent Jasper 5907 108 5486 103 0.018283392585068562 0.018775063798760483 0.415
8034362786885
State School Superintendent Jeff Davis 4815 183 4586 178 0.038006230529595016 0.03881378107283035 0.
24783972808352797
State School Superintendent Jefferson 6756 225 6149 212 0.03330373001776199 0.03447715075622052 0.09
903750571278594
State School Superintendent Jenkins 2856 73 2668 69 0.025560224089635854 0.02586206896551724 0.93697
53316979214
State School Superintendent Johnson 3483 145 3247 132 0.04163077806488659 0.04065291037881121 0.3612
376643218168
State School Superintendent Jones 12432 225 11648 207 0.018098455598455597 0.017771291208791208 0.35
54373827027357
State School Superintendent Lamar 7346 142 6942 134 0.019330247753879662 0.01930279458369346 1.04898
1239192677
State School Superintendent Lanier 2679 97 2571 94 0.036207540126913025 0.036561649163749516 0.88828
71187382473

State School Superintendent Laurens 18939 482 17653 447 0.025450129362690744 0.0252147510338186 0.728489328829162

State School Superintendent Lee 13549 196 13069 190 0.014466012251826704 0.014538220215777794 0.9091228972568559

State School Superintendent Liberty 15358 221 14408 208 0.014389894517515302 0.014436424208772903 0.9938912476817579

State School Superintendent Lincoln 3967 83 3617 80 0.0209226115452483 0.02211777716339508 0.11263241782844156

State School Superintendent Long 3988 98 3819 95 0.02457372116349047 0.024875621890547265 0.7936596075699773

State School Superintendent Lowndes 35212 531 33322 491 0.015080086334204249 0.014735009903367145 0.04036095323253735

State School Superintendent Lumpkin 11551 222 11084 211 0.01921911522811878 0.01903644893540238 0.5745926613328292

State School Superintendent Macon 4217 170 3886 158 0.04031301873369694 0.040658775090066906 0.8341432088475947

State School Superintendent Madison 11697 236 11170 229 0.020176113533384627 0.020501342882721575 0.319435997805081

State School Superintendent Marion 2930 71 2689 70 0.024232081911262797 0.026031982149497954 0.031462393825256625

State School Superintendent McDuffie 8792 148 7924 133 0.01683348498635123 0.01678445229681979 0.9957796303183759

State School Superintendent McIntosh 5408 288 4968 266 0.05325443786982249 0.0535426731078905 0.8574565138915832

State School Superintendent Meriwether 8639 189 8156 184 0.021877532121773353 0.022560078469838155 0.08487354871435074

State School Superintendent Miller 2313 115 2181 107 0.04971897968006917 0.049060064190738197 0.6650957126177846

State School Superintendent Mitchell 7446 152 6882 140 0.0204136449100188 0.02034292356873002 0.9693955395994174

State School Superintendent Monroe 12932 285 12236 277 0.02203835446953294 0.02263811703170971 0.053743462438742284

State School Superintendent Montgomery 3528 131 3317 126 0.03713151927437642 0.03798613204703045 0.38646256017268044

State School Superintendent Morgan 9554 205 9144 193 0.02145698136906008 0.02110673665791776 0.3420055350378094

State School Superintendent Murray 11091 270 10826 259 0.024344062753583987 0.023923886938850916 0.11897870262090533

State School Superintendent Muscogee 63141 1170 58719 1094 0.01852995676343422 0.01863110747798836 0.5357343373652267

State School Superintendent Newton 43129 712 40394 667 0.016508613693802313 0.01651235331979997 1.0604952221422372

State School Superintendent Oconee 20733 411 19802 392 0.019823469830704675 0.019795980204019795 0.9

633638295129779
State School Superintendent Oglethorpe 6484 141 6075 134 0.021745835903763108 0.02205761316872428 0.653092603407015
State School Superintendent Paulding 61222 959 57915 901 0.015664303681683055 0.015557282223948891 0.4079777254588365
State School Superintendent Peach 10355 199 9910 191 0.019217769193626267 0.01927346115035318 1.0272574761231834
State School Superintendent Pickens 13362 281 13140 274 0.0210297859601856 0.02085235920852359 0.37534702001161835
State School Superintendent Pierce 6883 92 6556 89 0.013366264710155456 0.013575350823672972 0.7141748939273604
State School Superintendent Pike 8534 130 8230 124 0.015233184907429108 0.015066828675577158 0.6356719569210915
State School Superintendent Polk 12859 256 12412 249 0.019908235477097753 0.020061231066709637 0.6591002408179695
State School Superintendent Pulaski 3622 142 3390 128 0.03920485919381557 0.03775811209439528 0.13606400142430597
State School Superintendent Putnam 9321 182 8723 176 0.019525801952580194 0.0201765447667087 0.09551624952773365
State School Superintendent Quitman 940 48 880 39 0.05106382978723404 0.04431818181818182 0.004477594306767345
State School Superintendent Rabun 7578 178 6735 154 0.023489047242016364 0.022865627319970303 0.36862117342812606
State School Superintendent Randolph 2788 78 2475 74 0.02797704447632716 0.0298989898989899 0.10214764234631135
State School Superintendent Richmond 70043 1288 64729 1204 0.018388704081778336 0.01860062723045312 0.15582293102431713
State School Superintendent Rockdale 36600 518 34747 489 0.014153005464480874 0.014073157394883011 0.6296995554892242
State School Superintendent Schley 1931 53 1835 52 0.027446918694976695 0.028337874659400544 0.49731074391743596
State School Superintendent Screven 5407 156 5136 147 0.028851488810800813 0.028621495327102803 0.7619700449591733
State School Superintendent Seminole 3214 64 2950 58 0.019912881144990666 0.01966101694915254 0.8624292262561878
State School Superintendent Spalding 24385 601 23102 564 0.02464629895427517 0.024413470695177908 0.3638435030940898
State School Superintendent Stephens 9069 162 8533 155 0.017863049950380416 0.018164772061408648 0.5013622039502968
State School Superintendent Stewart 1784 124 1551 111 0.06950672645739911 0.07156673114119923 0.46464511045707857
State School Superintendent Sumter 10556 252 9679 238 0.023872679045092837 0.02458931707821056 0.12548345345390768

State School Superintendent Talbot 2952 133 2667 112 0.04505420054200542 0.04199475065616798 0.02940 3645848459184

State School Superintendent Taliaferro 917 84 755 65 0.0916030534351145 0.08609271523178808 0.273546 7300211541

State School Superintendent Tattnall 6639 192 6247 187 0.028920018075011298 0.029934368496878503 0.0 512304287954861

State School Superintendent Taylor 3265 74 3022 70 0.022664624808575805 0.02316346790205162 0.689222 433862807

State School Superintendent Telfair 3631 118 3300 116 0.032497934453318646 0.03515151515151515 0.001 8225924671151817

State School Superintendent Terrell 3930 104 3603 101 0.026463104325699746 0.028032195392728283 0.04 2944924238965045

State School Superintendent Thomas 17241 332 16250 314 0.01925642364132011 0.019323076923076922 0.91 61424159089993

State School Superintendent Tift 13669 278 13108 266 0.020337991074694563 0.020292950869697894 0.941 9558919724208

State School Superintendent Toombs 8851 220 8170 203 0.024855948480397697 0.02484700122399021 1.0597 873052210895

State School Superintendent Towns 6132 141 5848 133 0.02299412915851272 0.022742818057455542 0.65818 39569738592

State School Superintendent Treutlen 2610 123 2464 113 0.047126436781609195 0.04586038961038961 0.29 27317722836269

State School Superintendent Troup 23663 420 22399 389 0.01774922875375058 0.017366846734229207 0.087 26815668305059

State School Superintendent Turner 3269 88 3121 87 0.02691954726215968 0.02787568087151554 0.1696205 5567395418

State School Superintendent Twiggs 3787 134 3512 127 0.03538420913651967 0.03616173120728929 0.46140 09350453488

State School Superintendent Union 11863 247 11381 234 0.02082104020905336 0.02056058342852122 0.4117 397686890091

State School Superintendent Upson 10558 225 9956 214 0.021310854328471303 0.021494576134993972 0.726 1325043171444

State School Superintendent Walker 21451 396 20638 380 0.018460677823877676 0.018412636883418935 0.8 655142439782261

State School Superintendent Walton 38635 660 36866 636 0.01708295586903067 0.017251668203764985 0.28 00440127239453

State School Superintendent Ware 11004 161 10377 149 0.014631043256997456 0.014358677845234653 0.414 5154713741024

State School Superintendent Warren 2260 73 2073 71 0.032300884955752215 0.03424987940183309 0.100587 98537902545

State School Superintendent Washington 8159 325 7432 300 0.03983331290599338 0.040365984930032295 0. 5003791203270346

State School Superintendent Wayne 10122 217 9621 214 0.021438450899031812 0.022243010082112047 0.009

637923820089336

State School Superintendent Webster 1100 32 948 27 0.02909090909090909 0.028481012658227847 0.919508
5487727427

State School Superintendent Wheeler 1927 43 1812 43 0.022314478463933574 0.023730684326710817 0.1376
5854624008833

State School Superintendent White 11434 203 10897 195 0.017754066818261326 0.01789483344039644 0.762
894854399894

State School Superintendent Whitfield 27302 635 26285 609 0.02325836935023075 0.023169107856191744
 0.6761484127392939

State School Superintendent Wilcox 2815 79 2610 73 0.028063943161634103 0.027969348659003832 1.04065
67378425275

State School Superintendent Wilkes 4371 133 4070 120 0.030427819720887667 0.029484029484029485 0.249
66033173770433

State School Superintendent Wilkinson 4264 143 3994 136 0.03353658536585366 0.03405107661492238 0.61
134668209462

State School Superintendent Worth 7831 159 7526 153 0.020303920316690077 0.020329524315705554 1.1490
60650591179

Commissioner Of Labor Appling 6806 217 6276 203 0.03188363208933294 0.03234544295729764 0.5511946596
274736

Commissioner Of Labor Atkinson 2520 118 2432 117 0.046825396825396826 0.04810855263157895 0.14935732
493442994

Commissioner Of Labor Bacon 3829 114 3655 112 0.029772786628362496 0.03064295485636115 0.20247632293
816503

Commissioner Of Labor Baker 1291 62 1150 52 0.048024786986831915 0.04521739130434783 0.2584878767274
842

Commissioner Of Labor Baldwin 15633 455 14475 426 0.02910509818972686 0.029430051813471504 0.4510808
7944703434

Commissioner Of Labor Banks 6852 141 6629 136 0.020577933450087564 0.020515914919294012 0.9752235680
469857

Commissioner Of Labor Barrow 27398 536 26135 500 0.01956347178626177 0.01913143294432753 0.032073695
56063228

Commissioner Of Labor Bartow 37327 726 35759 709 0.019449728078870524 0.019827176375178276 0.0093688
45891485846

Commissioner Of Labor Ben Hill 5533 116 5213 109 0.020965118380625338 0.02090926529829273 1.02086678
833252

Commissioner Of Labor Berrien 6247 157 5925 152 0.025132063390427405 0.025654008438818564 0.34456571
65120737

Commissioner Of Labor Bibb 60460 1455 55999 1355 0.02406549784981806 0.02419686065822604 0.490887477
75698977

Commissioner Of Labor Bleckley 4855 163 4598 156 0.03357363542739444 0.033927794693344934 0.72010841
95472242

Commissioner Of Labor Brantley 5689 136 5501 131 0.02390578309017402 0.023813852026904198 0.93892448
00972285

Commissioner Of Labor Brooks 5696 141 5231 126 0.02475421348314607 0.024087172624737144 0.3480779448 286483

Commissioner Of Labor Bryan 14970 285 14388 273 0.01903807615230461 0.01897414512093411 0.8610456721 179405

Commissioner Of Labor Bulloch 23543 580 22467 554 0.024635772841184216 0.02465838785774692 1.0219336 341170084

Commissioner Of Labor Burke 8719 215 7751 197 0.024658791145773597 0.025416075345116758 0.2326662606 5941182

Commissioner Of Labor Butts 8863 173 8483 166 0.019519350107187184 0.019568548862430743 1.0697680592 5021

Commissioner Of Labor Calhoun 1899 50 1714 45 0.02632964718272775 0.026254375729288213 1.09320731312 46993

Commissioner Of Labor Camden 17053 366 15860 344 0.021462499266991144 0.021689785624211855 0.5311423 217904407

Commissioner Of Labor Candler 3538 88 3418 84 0.0248728094968909 0.024575775307197192 0.698226924220 8146

Commissioner Of Labor Carroll 41739 771 40221 747 0.018471932724789766 0.018572387558737972 0.501494 4420002873

Commissioner Of Labor Catoosa 23725 478 23185 467 0.020147523709167545 0.02014233340521889 1.0559159 493296444

Commissioner Of Labor Charlton 3369 90 3206 86 0.026714158504007122 0.026824703680598878 1.114907585 7404946

Commissioner Of Labor Chatham 103338 2491 97161 2347 0.02410536298360719 0.024155782670001336 0.7143 517068809174

Commissioner Of Labor Chattahoochee 1102 41 1067 41 0.03720508166969147 0.038425492033739454 0.51934 25024154349

Commissioner Of Labor Chattooga 7427 207 7202 205 0.027871280463174903 0.028464315467925577 0.092721 03578118218

Commissioner Of Labor Cherokee 106299 2291 100987 2175 0.021552413475197322 0.021537425609236834 0.9 108038290659155

Commissioner Of Labor Clarke 43261 1217 40239 1132 0.028131573472642796 0.028131911826834662 1.03442 90547944495

Commissioner Of Labor Clay 1186 41 1043 30 0.03456998313659359 0.028763183125599234 0.01353186696452 8613

Commissioner Of Labor Clayton 91840 1788 85993 1653 0.019468641114982577 0.01922249485423232 0.04738 114451584041

Commissioner Of Labor Clinch 2254 86 2145 82 0.038154392191659274 0.03822843822843823 1.193379477671 3196

Commissioner Of Labor Cobb 310381 6314 284480 5709 0.020342740051742858 0.020068194600674917 0.00046 464123434715

Commissioner Of Labor Coffee 12595 392 12200 382 0.03112346169114728 0.031311475409836066 0.61989282 65780838

Commissioner Of Labor Colquitt 12953 394 12439 382 0.03041766386165367 0.030709864136988504 0.418081

8727718646

Commissioner Of Labor Columbia 61591 1059 58655 980 0.017194070562257472 0.016707868041940157 0.0001404338532291466

Commissioner Of Labor Cook 5803 120 5559 118 0.02067895915905566 0.02122683935959705 0.2260421570053831

Commissioner Of Labor Coweta 58056 1096 55244 1044 0.018878324376464105 0.018897979871117226 0.9500099352398498

Commissioner Of Labor Crawford 4931 132 4697 124 0.02676941796795782 0.026399829678518203 0.5778323994484768

Commissioner Of Labor Crisp 7024 247 6661 237 0.03516514806378132 0.03558024320672572 0.5225759866501862

Commissioner Of Labor Dade 5450 195 5321 185 0.03577981651376147 0.03476790077053186 0.033316764812938986

Commissioner Of Labor Dawson 11570 226 11131 219 0.019533275713050993 0.019674782139969454 0.7401358822146

Commissioner Of Labor DeKalb 310968 8118 291296 7459 0.026105579995369298 0.025606256179281556 1.1421846292792532e-10

Commissioner Of Labor Decatur 9043 227 8495 211 0.02510228906336393 0.024838140082401414 0.6024246887862326

Commissioner Of Labor Dodge 7051 299 6603 283 0.042405332576939445 0.04285930637588975 0.5590898217862827

Commissioner Of Labor Dooly 3793 156 3597 150 0.041128394410756657 0.041701417848206836 0.588382049663891

Commissioner Of Labor Dougherty 31297 674 29353 638 0.02153561044189539 0.02173542738391306 0.3896512928841446

Commissioner Of Labor Douglas 55197 852 51964 804 0.015435621501168542 0.015472250019244092 0.8523595466196648

Commissioner Of Labor Early 4131 86 3658 73 0.020818203824739773 0.019956260251503554 0.3591366837836408

Commissioner Of Labor Echols 1143 28 1108 28 0.024496937882764653 0.02527075812274368 0.8283934290693437

Commissioner Of Labor Effingham 23365 414 22615 404 0.017718810186175903 0.017864249391996462 0.44207881864057286

Commissioner Of Labor Elbert 7319 188 6756 183 0.02568656920344309 0.02708703374777975 0.005673990067385288

Commissioner Of Labor Emanuel 7710 269 7320 259 0.03488975356679637 0.03538251366120219 0.38324377570915313

Commissioner Of Labor Evans 3447 118 3248 112 0.034232666086451986 0.034482758620689655 0.9445354393746619

Commissioner Of Labor Fannin 11203 287 10545 268 0.025618137998750335 0.02541488857278331 0.6548462744735842

Commissioner Of Labor Fayette 57962 1223 55315 1153 0.021100031054829025 0.020844255626864323 0.06524302953276344

Commissioner Of Labor Floyd 30225 672 28965 637 0.022233250620347395 0.021992059382012773 0.21066665190756154

Commissioner Of Labor Forsyth 93239 1911 88811 1804 0.020495715312262037 0.02031279909020279 0.09229919938398527

Commissioner Of Labor Franklin 8149 147 7761 143 0.01803902319302982 0.018425460636515914 0.3279744144959712

Commissioner Of Labor Fulton 421806 11574 403964 10897 0.027439154492823716 0.026975176005782694 9.393862386157765e-17

Commissioner Of Labor Gilmer 12471 317 11912 313 0.025418972015074974 0.0262760241773002 0.0023439954378141796

Commissioner Of Labor Glascock 1300 66 1219 63 0.05076923076923077 0.051681706316652996 0.7993324540615825

Commissioner Of Labor Glynn 32501 750 30689 728 0.02307621303959878 0.023721854736224707 0.0007696493050762975

Commissioner Of Labor Gordon 17772 485 17225 467 0.02729011928876885 0.02711175616835994 0.4796424056365982

Commissioner Of Labor Grady 8356 164 7956 152 0.019626615605552896 0.019105077928607342 0.18810585821613335

Commissioner Of Labor Greene 8989 167 8366 151 0.018578262320614086 0.018049246951948362 0.23275885941306124

Commissioner Of Labor Gwinnett 312709 5674 292312 5354 0.01814466484814956 0.018316045868797724 0.006115840152886886

Commissioner Of Labor Habersham 15495 369 14642 353 0.023814133591481122 0.02410872831580385 0.38193009948996265

Commissioner Of Labor Hall 67282 1410 63789 1333 0.020956570851044857 0.020897019862358715 0.6783653617482358

Commissioner Of Labor Hancock 3539 171 3049 154 0.04831873410567957 0.050508363397835356 0.15263676283021027

Commissioner Of Labor Haralson 10585 181 10192 178 0.017099669343410485 0.017464678178963893 0.18284510926983782

Commissioner Of Labor Harris 15972 309 15243 291 0.019346356123215627 0.019090730171226138 0.3463550204715251

Commissioner Of Labor Hart 9618 294 9178 283 0.03056768558951965 0.030834604488995422 0.6003269157601676

Commissioner Of Labor Heard 4051 94 3773 86 0.023204147124166873 0.02279353299761463 0.6319846961262696

Commissioner Of Labor Henry 98365 1662 93368 1551 0.01689625374879276 0.01661168708765316 0.004689348830035048

Commissioner Of Labor Houston 59158 1002 55968 932 0.01693769228168633 0.016652372784448255 0.034423185162220336

Commissioner Of Labor Irwin 3556 94 3423 91 0.026434195725534307 0.026584867075664622 1.0594412740212533

Commissioner Of Labor Jackson 26889 463 25870 448 0.017218937111830115 0.017317356010823348 0.635223

1566706364
Commissioner Of Labor Jasper 5907 133 5486 122 0.022515659387167767 0.022238425082026978 0.697483525 5481626
Commissioner Of Labor Jeff Davis 4815 182 4586 173 0.03779854620976116 0.037723506323593545 1.004059 9541878619
Commissioner Of Labor Jefferson 6756 258 6149 238 0.03818827708703375 0.03870548056594568 0.56427822 92003691
Commissioner Of Labor Jenkins 2856 84 2668 77 0.029411764705882353 0.02886056971514243 0.62927693250 98755
Commissioner Of Labor Johnson 3483 138 3247 124 0.03962101636520241 0.03818909762858023 0.1624211176 8834344
Commissioner Of Labor Jones 12432 274 11648 252 0.02203989703989704 0.021634615384615384 0.289769824 5907884
Commissioner Of Labor Lamar 7346 154 6942 146 0.020963789817587803 0.021031403053874964 1.0497606723 109238
Commissioner Of Labor Lanier 2679 101 2571 98 0.03770063456513625 0.03811746402178141 0.822945884516 5297
Commissioner Of Labor Laurens 18939 521 17653 482 0.027509372194941654 0.02730414093921713 0.5699454 00199552
Commissioner Of Labor Lee 13549 227 13069 218 0.016754003985533988 0.01668069477389242 0.82680062461 65223
Commissioner Of Labor Liberty 15358 258 14408 239 0.01679906237791379 0.01658800666296502 0.49456025 07691656
Commissioner Of Labor Lincoln 3967 102 3617 97 0.025712125031509957 0.026817804810616533 0.203534665 02022266
Commissioner Of Labor Long 3988 120 3819 117 0.03009027081243731 0.030636292223095052 0.485750599073 80325
Commissioner Of Labor Lowndes 35212 636 33322 591 0.018062024309894353 0.017736030250285098 0.073861 49195070599
Commissioner Of Labor Lumpkin 11551 252 11084 240 0.021816292961648342 0.021652832912306026 0.643454 0134048148
Commissioner Of Labor Macon 4217 192 3886 180 0.04552999762864596 0.04632012352032939 0.491407164729 7251
Commissioner Of Labor Madison 11697 285 11170 278 0.024365221851756862 0.024888093106535364 0.105240 81180018868
Commissioner Of Labor Marion 2930 84 2689 83 0.028668941979522185 0.030866493120119003 0.01162623893 759484
Commissioner Of Labor McDuffie 8792 171 7924 150 0.019449499545040945 0.018929833417465926 0.3462276 144484205
Commissioner Of Labor McIntosh 5408 152 4968 139 0.028106508875739646 0.027979066022544283 0.9362738 800740796
Commissioner Of Labor Meriwether 8639 209 8156 196 0.024192614885982174 0.024031387935262383 0.77288 68021541464

Commissioner Of Labor Miller 2313 107 2181 101 0.04626026805015132 0.04630903255387437 1.16087801242 71472

Commissioner Of Labor Mitchell 7446 156 6882 143 0.020950846091861403 0.02077884335948852 0.80359639 30980197

Commissioner Of Labor Monroe 12932 326 12236 316 0.025208784410763997 0.02582543314808761 0.06517589 192503108

Commissioner Of Labor Montgomery 3528 128 3317 122 0.036281179138321996 0.03678022309315647 0.692907 9882704491

Commissioner Of Labor Morgan 9554 241 9144 225 0.02522503663387063 0.024606299212598427 0.1103440413 954272

Commissioner Of Labor Murray 11091 314 10826 299 0.02831124335046434 0.027618695732495844 0.01692100 7071457186

Commissioner Of Labor Muscogee 63141 1294 58719 1209 0.02049381542896058 0.02058958769733817 0.57990 13118970682

Commissioner Of Labor Newton 43129 870 40394 803 0.0201720420134944 0.01987918997870971 0.1175077220 1370216

Commissioner Of Labor Oconee 20733 506 19802 483 0.024405537066512325 0.02439147560852439 1.01326929 99636848

Commissioner Of Labor Oglethorpe 6484 204 6075 196 0.03146206045650833 0.032263374485596706 0.189710 4477377537

Commissioner Of Labor Paulding 61222 1132 57915 1059 0.01849008526346738 0.018285418285418284 0.1375 1304343747006

Commissioner Of Labor Peach 10355 217 9910 205 0.020956059874456784 0.020686175580221997 0.447762879 07977724

Commissioner Of Labor Pickens 13362 354 13140 347 0.026493039964077234 0.026407914764079148 0.748389 4930102144

Commissioner Of Labor Pierce 6883 107 6556 104 0.015545546999854715 0.01586333129957291 0.4889138575 673547

Commissioner Of Labor Pike 8534 146 8230 142 0.017108038434497305 0.017253948967193195 0.80119793121 99574

Commissioner Of Labor Polk 12859 290 12412 284 0.0225522980013998 0.022881082823074442 0.23592657352 89281

Commissioner Of Labor Pulaski 3622 165 3390 152 0.04555494202098288 0.044837758112094395 0.512698959 7048461

Commissioner Of Labor Putnam 9321 207 8723 200 0.022207917605407145 0.022927891780350797 0.080124466 20766424

Commissioner Of Labor Quitman 940 51 880 43 0.05425531914893617 0.048863636363636366 0.0246941254149 00726

Commissioner Of Labor Rabun 7578 202 6735 174 0.026656109791501716 0.025835189309576838 0.2566971995 8189263

Commissioner Of Labor Randolph 2788 87 2475 75 0.031205164992826398 0.030303030303030304 0.532193769 1632392

Commissioner Of Labor Richmond 70043 1449 64729 1352 0.02068729209200063 0.020887083069412473 0.2095

9735264775886

Commissioner Of Labor Rockdale 36600 626 34747 595 0.017103825136612023 0.017123780470256426 0.99293 38763476395

Commissioner Of Labor Schley 1931 55 1835 55 0.02848265147591921 0.02997275204359673 0.1161906001917 1064

Commissioner Of Labor Screven 5407 179 5136 170 0.033105233955982985 0.033099688473520246 1.09201860 01350891

Commissioner Of Labor Seminole 3214 80 2950 72 0.024891101431238332 0.02440677966101695 0.6676739038 433619

Commissioner Of Labor Spalding 24385 662 23102 614 0.027147836784908754 0.02657778547311921 0.031466 828857502745

Commissioner Of Labor Stephens 9069 220 8533 206 0.024258462895578342 0.02414156803000117 0.85424931 91207154

Commissioner Of Labor Stewart 1784 152 1551 135 0.08520179372197309 0.08704061895551257 0.5655020496 055607

Commissioner Of Labor Sumter 10556 285 9679 259 0.026998863205759758 0.02675896270275855 0.674220668 504326

Commissioner Of Labor Talbot 2952 130 2667 108 0.04403794037940379 0.04049493813273341 0.01115260092 5096519

Commissioner Of Labor Taliaferro 917 83 755 66 0.09051254089422028 0.08741721854304636 0.56694770202 91772

Commissioner Of Labor Tattnall 6639 202 6247 195 0.030426269016418137 0.031214983191932128 0.1656651 1709398007

Commissioner Of Labor Taylor 3265 80 3022 73 0.02450229709035222 0.024156187954996692 0.771377468520 2974

Commissioner Of Labor Telfair 3631 148 3300 140 0.04076012117873864 0.04242424242424243 0.1315820309 0844894

Commissioner Of Labor Terrell 3930 126 3603 120 0.03206106870229008 0.03330557868442964 0.1781647522 0226904

Commissioner Of Labor Thomas 17241 382 16250 366 0.02215648744272374 0.022523076923076923 0.21810885 978307548

Commissioner Of Labor Tift 13669 390 13108 372 0.028531714097593093 0.02837961550198352 0.6756470108 01235

Commissioner Of Labor Toombs 8851 249 8170 223 0.02813241441645012 0.02729498164014688 0.13517759204 956065

Commissioner Of Labor Towns 6132 167 5848 159 0.027234181343770383 0.027188782489740083 1.0266273283 41716

Commissioner Of Labor Treutlen 2610 120 2464 109 0.04597701149425287 0.044237012987012984 0.13760492 291314372

Commissioner Of Labor Troup 23663 519 22399 482 0.02193297553142036 0.021518817804366267 0.092101945 91001158

Commissioner Of Labor Turner 3269 104 3121 103 0.03181401040073417 0.03300224287087472 0.09104894054 916372

Commissioner Of Labor Twiggs 3787 128 3512 120 0.03379984156324267 0.03416856492027335 0.81692287570 4607

Commissioner Of Labor Union 11863 267 11381 255 0.022506954396021243 0.022405763992619277 0.80393408 54154601

Commissioner Of Labor Upson 10558 250 9956 237 0.023678727031634778 0.023804740859783045 0.864684870 8165615

Commissioner Of Labor Walker 21451 525 20638 505 0.024474383478625704 0.024469425331912008 1.0463056 408162634

Commissioner Of Labor Walton 38635 771 36866 736 0.019955998447004013 0.019964194650897847 1.0476555 301150872

Commissioner Of Labor Ware 11004 198 10377 185 0.017993456924754635 0.017827888599787994 0.678542357 5220211

Commissioner Of Labor Warren 2260 84 2073 79 0.03716814159292035 0.038109020742884706 0.582831478310 848

Commissioner Of Labor Washington 8159 358 7432 332 0.04387792621644809 0.044671689989235736 0.304667 16987234355

Commissioner Of Labor Wayne 10122 274 9621 265 0.027069749061450307 0.027543914354017252 0.244238757 5747966

Commissioner Of Labor Webster 1100 31 948 28 0.028181818181818183 0.029535864978902954 0.71918149850 97557

Commissioner Of Labor Wheeler 1927 56 1812 56 0.029060716139076286 0.03090507726269316 0.06053953572 635422

Commissioner Of Labor White 11434 219 10897 208 0.019153402133986357 0.01908782233642287 0.907500995 2729007

Commissioner Of Labor Whitfield 27302 737 26285 713 0.026994359387590653 0.027125737112421534 0.5734 012454079105

Commissioner Of Labor Wilcox 2815 86 2610 79 0.030550621669627 0.030268199233716476 0.87573781555039 61

Commissioner Of Labor Wilkes 4371 144 4070 130 0.032944406314344546 0.03194103194103194 0.2358355688 5543241

Commissioner Of Labor Wilkinson 4264 167 3994 157 0.039165103189493435 0.03930896344516775 1.0158584 550605307

Commissioner Of Labor Worth 7831 175 7526 170 0.022347082109564553 0.02258836035078395 0.63448805051 47468

Public Service Commission, District 3 - Metro-Atlanta Appling 6806 209 6276 192 0.030708198648251542 0.030592734225621414 0.9254447934484417

Public Service Commission, District 3 - Metro-Atlanta Atkinson 2520 122 2432 122 0.04841269841269841 4 0.05016447368421053 0.02344920419883716

Public Service Commission, District 3 - Metro-Atlanta Bacon 3829 109 3655 106 0.028466962653434316 0.029001367989056087 0.5223390915761899

Public Service Commission, District 3 - Metro-Atlanta Baker 1291 70 1150 62 0.054221533694810226 0.0 5391304347826087 1.0084551242101076

Public Service Commission, District 3 - Metro-Atlanta Baldwin 15633 486 14475 462 0.0310880829015544

04 0.03191709844559586 0.03483727408540803
Public Service Commission, District 3 - Metro-Atlanta Banks 6852 124 6629 119 0.018096906012842966 0.0179514255543826 0.756437111256961
Public Service Commission, District 3 - Metro-Atlanta Barrow 27398 478 26135 450 0.01744652894371852 0.017218289649894778 0.23354041068133985
Public Service Commission, District 3 - Metro-Atlanta Bartow 37327 629 35759 608 0.01685107294987542 7 0.017002712603820018 0.32354622849839587
Public Service Commission, District 3 - Metro-Atlanta Ben Hill 5533 109 5213 101 0.01969998192662208 6 0.019374640322271246 0.5892907233421034
Public Service Commission, District 3 - Metro-Atlanta Berrien 6247 155 5925 149 0.024811909716664 0.025147679324894513 0.6103228790651312
Public Service Commission, District 3 - Metro-Atlanta Bibb 60460 1306 55999 1247 0.02160105855110817 2 0.022268254790264112 2.6369102642548318e-05
Public Service Commission, District 3 - Metro-Atlanta Bleckley 4855 149 4598 141 0.03069001029866117 2 0.030665506742061765 1.0730445693487998
Public Service Commission, District 3 - Metro-Atlanta Brantley 5689 142 5501 139 0.0249604499912 0.025268133066715142 0.6060297020735721
Public Service Commission, District 3 - Metro-Atlanta Brooks 5696 126 5231 118 0.02212078651685393 0.02255782833110304 0.576962084783079
Public Service Commission, District 3 - Metro-Atlanta Bryan 14970 251 14388 239 0.01676686706746827 0.016611064776202392 0.5442152496885333
Public Service Commission, District 3 - Metro-Atlanta Bulloch 23543 564 22467 536 0.0239561653145308 58 0.023857212800997018 0.7059365881811132
Public Service Commission, District 3 - Metro-Atlanta Burke 8719 191 7751 171 0.02190618190159422 0.022061669462004902 0.892027621180314
Public Service Commission, District 3 - Metro-Atlanta Butts 8863 181 8483 176 0.02042197901387792 0.02074377107155487 0.41067209887672146
Public Service Commission, District 3 - Metro-Atlanta Calhoun 1899 45 1714 41 0.023696682464454975 0.023920653442240373 1.0997313994724436
Public Service Commission, District 3 - Metro-Atlanta Camden 17053 326 15860 308 0.01911687093180085 6 0.019419924337957126 0.34629268116116396
Public Service Commission, District 3 - Metro-Atlanta Candler 3538 106 3418 103 0.029960429621254947 0.03013458162668227 1.0243903128269076
Public Service Commission, District 3 - Metro-Atlanta Carroll 41739 740 40221 709 0.0177292220704856 38 0.017627607468735238 0.4681343795085505
Public Service Commission, District 3 - Metro-Atlanta Catoosa 23725 419 23185 408 0.0176606954689146 47 0.01759758464524477 0.7160023942521647
Public Service Commission, District 3 - Metro-Atlanta Charlton 3369 90 3206 85 0.026714158504007122 0.02651278852152147 0.885092414266869
Public Service Commission, District 3 - Metro-Atlanta Chatham 103338 2322 97161 2173 0.0224699529698 65876 0.022364940665493355 0.3884404296668458
Public Service Commission, District 3 - Metro-Atlanta Chattahoochee 1102 43 1067 42 0.03901996370235 935 0.03936269915651359 1.1986723818034077

Public Service Commission, District 3 – Metro-Atlanta Chattooga 7427 187 7202 184 0.0251784031237377 13 0.025548458761455152 0.3517328230062613

Public Service Commission, District 3 – Metro-Atlanta Cherokee 106299 1964 100987 1864 0.01847618510 051835 0.018457821303732164 0.8757433291222609

Public Service Commission, District 3 – Metro-Atlanta Clarke 43261 1018 40239 959 0.0235315873419477 13 0.023832600213723003 0.1427808817561464

Public Service Commission, District 3 – Metro-Atlanta Clay 1186 44 1043 38 0.03709949409780776 0.036 4333652924257 0.8827356216255784

Public Service Commission, District 3 – Metro-Atlanta Clayton 91840 1477 85993 1342 0.01608231707317 0732 0.015605921412207971 3.814075665245147e-05

Public Service Commission, District 3 – Metro-Atlanta Clinch 2254 90 2145 88 0.03992901508429459 0.0 41025641025641026 0.3562110310130574

Public Service Commission, District 3 – Metro-Atlanta Cobb 310381 5372 284480 4883 0.017307760462141 69 0.017164651293588302 0.047478911357229925

Public Service Commission, District 3 – Metro-Atlanta Coffee 12595 350 12200 343 0.02778880508138150 2 0.028114754098360655 0.2740178169262409

Public Service Commission, District 3 – Metro-Atlanta Colquitt 12953 410 12439 402 0.031652898942329 96 0.03231771042688319 0.03199943247636296

Public Service Commission, District 3 – Metro-Atlanta Columbia 61591 965 58655 917 0.015667873552954 164 0.015633790810672576 0.803120023930895

Public Service Commission, District 3 – Metro-Atlanta Cook 5803 102 5559 100 0.01757711528519731 0.0 17988846914912753 0.3801404845351668

Public Service Commission, District 3 – Metro-Atlanta Coweta 58056 988 55244 934 0.01701805153644756 6 0.016906813409601044 0.3951321120489947

Public Service Commission, District 3 – Metro-Atlanta Crawford 4931 116 4697 112 0.02352464003244778 0.02384500745156483 0.6966240816035223

Public Service Commission, District 3 – Metro-Atlanta Crisp 7024 263 6661 252 0.03744305239179954 0. 03783215733373367 0.57022327175284

Public Service Commission, District 3 – Metro-Atlanta Dade 5450 204 5321 194 0.03743119266055046 0.0 3645931215936854 0.04423540062189183

Public Service Commission, District 3 – Metro-Atlanta Dawson 11570 180 11131 177 0.01555747623163353 4 0.0159015362501123 0.17042796741281618

Public Service Commission, District 3 – Metro-Atlanta DeKalb 310968 6618 291296 6149 0.0212819325461 1407 0.02110911238053389 0.01217067272572132

Public Service Commission, District 3 – Metro-Atlanta Decatur 9043 214 8495 201 0.023664713037708725 0.023660977045320778 1.075979295480614

Public Service Commission, District 3 – Metro-Atlanta Dodge 7051 310 6603 295 0.043965394979435544 0.0446766621232773 0.31694517880674433

Public Service Commission, District 3 – Metro-Atlanta Dooly 3793 147 3597 142 0.038755602425520695 0.03947734222963581 0.4368822628935295

Public Service Commission, District 3 – Metro-Atlanta Dougherty 31297 682 29353 639 0.02179122599610 186 0.021769495451912924 0.9644683976238924

Public Service Commission, District 3 – Metro-Atlanta Douglas 55197 736 51964 686 0.0133340580103991

17 0.013201447155723193 0.3123525624457475
Public Service Commission, District 3 - Metro-Atlanta Early 4131 89 3658 75 0.021544420237230695 0.0
2050300710770913 0.26798559692419754
Public Service Commission, District 3 - Metro-Atlanta Echols 1143 31 1108 31 0.02712160979877515 0.0
27978339350180504 0.7527406744203812
Public Service Commission, District 3 - Metro-Atlanta Effingham 23365 402 22615 386 0.01720522148512
7327 0.01706831748839266 0.4466408993367449
Public Service Commission, District 3 - Metro-Atlanta Elbert 7319 195 6756 191 0.02664298401420959
 0.02827116637063351 0.001082690315701129
Public Service Commission, District 3 - Metro-Atlanta Emanuel 7710 271 7320 261 0.03514915693904021
 0.035655737704918034 0.3684336584677408
Public Service Commission, District 3 - Metro-Atlanta Evans 3447 124 3248 119 0.03597331012474616 0.
03637931034482756 0.5365832148556765
Public Service Commission, District 3 - Metro-Atlanta Fannin 11203 234 10545 222 0.02088726234044452
3 0.021052631578947368 0.753689530020197
Public Service Commission, District 3 - Metro-Atlanta Fayette 57962 1068 55315 1007 0.01842586522204
2027 0.018204826900479074 0.08978688892748649
Public Service Commission, District 3 - Metro-Atlanta Floyd 30225 654 28965 622 0.02163771712158809
 0.021474192991541515 0.39694697797835965
Public Service Commission, District 3 - Metro-Atlanta Forsyth 93239 1665 88811 1551 0.01785733437724
5574 0.017464052876332885 0.00015176334372228606
Public Service Commission, District 3 - Metro-Atlanta Franklin 8149 146 7761 143 0.01791630874953982
 0.018425460636515914 0.15482367045283507
Public Service Commission, District 3 - Metro-Atlanta Fulton 421806 9898 403964 9295 0.0234657638819
7418 0.023009476091928983 1.990369173169821e-18
Public Service Commission, District 3 - Metro-Atlanta Gilmer 12471 308 11912 303 0.02469729773073530
6 0.02543653458697112 0.01017729754784005
Public Service Commission, District 3 - Metro-Atlanta Glascock 1300 60 1219 58 0.046153846153846156
 0.0475799835931091 0.526004309334265
Public Service Commission, District 3 - Metro-Atlanta Glynn 32501 672 30689 647 0.02067628688348051
 0.021082472547166737 0.0337464274848466
Public Service Commission, District 3 - Metro-Atlanta Gordon 17772 441 17225 423 0.02481431465226198
5 0.02455732946298984 0.2750872070975371
Public Service Commission, District 3 - Metro-Atlanta Grady 8356 167 7956 157 0.019985639061752034
 0.01973353443941679 0.5563781315136543
Public Service Commission, District 3 - Metro-Atlanta Greene 8989 140 8366 128 0.015574591166981866
 0.015300023906287354 0.5270535654160307
Public Service Commission, District 3 - Metro-Atlanta Gwinnett 312709 5075 292312 4762 0.01622914594
7190517 0.016290812556446536 0.31505600822268853
Public Service Commission, District 3 - Metro-Atlanta Habersham 15495 357 14642 339 0.02303969022265
2467 0.023152574784865456 0.8108596788110205
Public Service Commission, District 3 - Metro-Atlanta Hall 67282 1320 63789 1257 0.01961891739246752
3 0.01970559187320698 0.5357867177505299

Public Service Commission, District 3 – Metro-Atlanta Hancock 3539 156 3049 140 0.04408024865781294 0.045916693998032145 0.22102745958295655

Public Service Commission, District 3 – Metro-Atlanta Haralson 10585 214 10192 208 0.020217288615965 99 0.02040816326530612 0.6261503168233589

Public Service Commission, District 3 – Metro-Atlanta Harris 15972 291 15243 279 0.01821938392186326 0.01830348356622712 0.8559899792430374

Public Service Commission, District 3 – Metro-Atlanta Hart 9618 266 9178 260 0.027656477438136828 0. 028328611898016998 0.0730189961531744

Public Service Commission, District 3 – Metro-Atlanta Heard 4051 87 3773 83 0.02147617872130338 0.02 1998409753511795 0.5534291536074613

Public Service Commission, District 3 – Metro-Atlanta Henry 98365 1470 93368 1363 0.0149443399583185 07 0.014598149258846714 0.0003677849516891066

Public Service Commission, District 3 – Metro-Atlanta Houston 59158 883 55968 816 0.0149261300246796 7 0.014579759862778732 0.006821517819992047

Public Service Commission, District 3 – Metro-Atlanta Irwin 3556 94 3423 93 0.026434195725534307 0.0 2716914986853637 0.25167796990499486

Public Service Commission, District 3 – Metro-Atlanta Jackson 26889 437 25870 420 0.0162519989586819 88 0.01623502126014689 0.9819812002937104

Public Service Commission, District 3 – Metro-Atlanta Jasper 5907 105 5486 100 0.017775520568816656 0.01822821728034998 0.4615034597768304

Public Service Commission, District 3 – Metro-Atlanta Jeff Davis 4815 201 4586 193 0.041744548286604 365 0.0420846532054078 0.7516808967512317

Public Service Commission, District 3 – Metro-Atlanta Jefferson 6756 237 6149 215 0.0350799289520426 3 0.03496503496503497 0.9384682764649193

Public Service Commission, District 3 – Metro-Atlanta Jenkins 2856 76 2668 72 0.02661064425770308 0. 026986506746626688 0.8633944395644235

Public Service Commission, District 3 – Metro-Atlanta Johnson 3483 143 3247 130 0.0410565604364054 0.04003695719125346 0.3363752820770588

Public Service Commission, District 3 – Metro-Atlanta Jones 12432 255 11648 235 0.020511583011583012 0.020175137362637364 0.3688211809698009

Public Service Commission, District 3 – Metro-Atlanta Lamar 7346 143 6942 136 0.019466376259188675 0.01959089599539038 0.9348041829756182

Public Service Commission, District 3 – Metro-Atlanta Lanier 2679 92 2571 88 0.03434117207913401 0.0 34227926876701675 1.026441369608631

Public Service Commission, District 3 – Metro-Atlanta Laurens 18939 530 17653 497 0.0279845820793072 5 0.028153854868860816 0.6772952820273409

Public Service Commission, District 3 – Metro-Atlanta Lee 13549 208 13069 200 0.015351686471326297 0.015303389700818732 0.9148574052590477

Public Service Commission, District 3 – Metro-Atlanta Liberty 15358 244 14408 228 0.0158874853496549 02 0.015824541921154914 0.8834935446829233

Public Service Commission, District 3 – Metro-Atlanta Lincoln 3967 96 3617 95 0.02419964708847996 0. 026264860381531654 0.0026535208505333078

Public Service Commission, District 3 – Metro-Atlanta Long 3988 122 3819 120 0.030591775325977934 0.

031421838177533384 0.20454495005519857
Public Service Commission, District 3 - Metro-Atlanta Lowndes 35212 601 33322 569 0.0170680449846643
2 0.017075805773963146 1.0560552546617912
Public Service Commission, District 3 - Metro-Atlanta Lumpkin 11551 216 11084 207 0.0186996796814128
64 0.018675568386863947 1.0232004831129986
Public Service Commission, District 3 - Metro-Atlanta Macon 4217 178 3886 166 0.042210101968223855
0.04271744724652599 0.6980857551672472
Public Service Commission, District 3 - Metro-Atlanta Madison 11697 279 11170 272 0.0238522698127725
04 0.024350940017905102 0.1217709462764766
Public Service Commission, District 3 - Metro-Atlanta Marion 2930 81 2689 77 0.02764505119453925 0.0
2863518036444775 0.3806764052700257
Public Service Commission, District 3 - Metro-Atlanta McDuffie 8792 166 7924 154 0.01888080072793448
7 0.019434628975265017 0.305444539490649
Public Service Commission, District 3 - Metro-Atlanta McIntosh 5408 150 4968 139 0.02773668639053254
4 0.027979066022544283 0.8616540796484612
Public Service Commission, District 3 - Metro-Atlanta Meriwether 8639 207 8156 199 0.023961106609561
293 0.024399215301611844 0.348248976072542
Public Service Commission, District 3 - Metro-Atlanta Miller 2313 114 2181 108 0.04928664072632944
0.04951856946354883 1.042880680668824
Public Service Commission, District 3 - Metro-Atlanta Mitchell 7446 164 6882 156 0.0220252484555466
0.022667829119442023 0.23370259893675166
Public Service Commission, District 3 - Metro-Atlanta Monroe 12932 290 12236 285 0.02242499226724404
4 0.023291925465838508 0.002708709419458632
Public Service Commission, District 3 - Metro-Atlanta Montgomery 3528 124 3317 119 0.035147392290249
435 0.03587579137775098 0.4751254319330232
Public Service Commission, District 3 - Metro-Atlanta Morgan 9554 208 9144 199 0.02177098597446096
0.021762904636920384 1.071795463157568
Public Service Commission, District 3 - Metro-Atlanta Murray 11091 313 10826 301 0.02822108015508069
7 0.02780343617217809 0.14527811825180753
Public Service Commission, District 3 - Metro-Atlanta Muscogee 63141 1165 58719 1094 0.0184507689140
17833 0.018631107477988386 0.2396873841251743
Public Service Commission, District 3 - Metro-Atlanta Newton 43129 766 40394 724 0.01776067147395024
2 0.01792345397831361 0.3651655457978468
Public Service Commission, District 3 - Metro-Atlanta Oconee 20733 453 19802 433 0.02184922587179858
0.021866478133521865 1.055579621805487
Public Service Commission, District 3 - Metro-Atlanta Oglethorpe 6484 155 6075 149 0.023904996915484
27 0.024526748971193415 0.266783290780498
Public Service Commission, District 3 - Metro-Atlanta Paulding 61222 986 57915 925 0.016105321616412
4 0.015971682638349305 0.3040519329955258
Public Service Commission, District 3 - Metro-Atlanta Peach 10355 210 9910 201 0.020280057943022695
0.020282542885973764 1.103811601966949
Public Service Commission, District 3 - Metro-Atlanta Pickens 13362 303 13140 297 0.0226762460709474
64 0.022602739726027398 0.7802036087309967

Public Service Commission, District 3 – Metro-Atlanta Pierce 6883 122 6556 119 0.017724829289553972 0.01815131177547285 0.322542856167071

Public Service Commission, District 3 – Metro-Atlanta Pike 8534 133 8230 130 0.015584719943754394 0.015795868772782502 0.5935748502594316

Public Service Commission, District 3 – Metro-Atlanta Polk 12859 264 12412 259 0.020530367835757058 0.02086690299709958 0.1977523758464558

Public Service Commission, District 3 – Metro-Atlanta Pulaski 3622 162 3390 150 0.0447266703478741 0.04424778761061947 0.6846338388841028

Public Service Commission, District 3 – Metro-Atlanta Putnam 9321 177 8723 169 0.018989378822014805 0.01937406855439642 0.3809675956537764

Public Service Commission, District 3 – Metro-Atlanta Quitman 940 54 880 45 0.0574468085106383 0.05113636363636364 0.010439706867671442

Public Service Commission, District 3 – Metro-Atlanta Rabun 7578 178 6735 153 0.023489047242016364 0.02271714922048998 0.25966067001091087

Public Service Commission, District 3 – Metro-Atlanta Randolph 2788 100 2475 86 0.035868005738880916 0.0347474747474747475 0.4522814853707721

Public Service Commission, District 3 – Metro-Atlanta Richmond 70043 1462 64729 1345 0.0208728923661 17956 0.020778939887840072 0.5711053484975658

Public Service Commission, District 3 – Metro-Atlanta Rockdale 36600 566 34747 542 0.015464480874316 94 0.015598468932569718 0.4276346108051804

Public Service Commission, District 3 – Metro-Atlanta Schley 1931 57 1835 57 0.029518384256861728 0. 03106267029972752 0.10460027814609907

Public Service Commission, District 3 – Metro-Atlanta Screven 5407 168 5136 163 0.03107083410393934 0.03173676012461059 0.2896221362771091

Public Service Commission, District 3 – Metro-Atlanta Seminole 3214 67 2950 62 0.020846297448662104 0.021016949152542375 1.0477245680801428

Public Service Commission, District 3 – Metro-Atlanta Spalding 24385 665 23102 620 0.027270863235595 653 0.026837503246472168 0.10181821892902028

Public Service Commission, District 3 – Metro-Atlanta Stephens 9069 206 8533 191 0.02271474252949608 5 0.022383686862768076 0.47343805780427545

Public Service Commission, District 3 – Metro-Atlanta Stewart 1784 139 1551 124 0.07791479820627803 0.07994842037395229 0.49570133212753414

Public Service Commission, District 3 – Metro-Atlanta Sumter 10556 300 9679 275 0.028419856006062904 0.028412026035747495 1.049587668942012

Public Service Commission, District 3 – Metro-Atlanta Talbot 2952 146 2667 123 0.0494579945799458 0. 04611923509561305 0.022383985108337386

Public Service Commission, District 3 – Metro-Atlanta Taliaferro 917 80 755 63 0.08724100327153762 0.08344370860927153 0.45979940314241935

Public Service Commission, District 3 – Metro-Atlanta Tattnall 6639 222 6247 217 0.03343877089923181 4 0.0347366736033296 0.015429884282350719

Public Service Commission, District 3 – Metro-Atlanta Taylor 3265 80 3022 76 0.02450229709035222 0.0 2514890800794176 0.5554567146380615

Public Service Commission, District 3 – Metro-Atlanta Telfair 3631 144 3300 141 0.039658496282015974

0.042727272727272725 0.0010761866444948768

Public Service Commission, District 3 - Metro-Atlanta Terrell 3930 115 3603 114 0.029262086513994912 0.03164029975020816 0.0009252207695899329

Public Service Commission, District 3 - Metro-Atlanta Thomas 17241 373 16250 360 0.02163447595847108 7 0.022153846153846152 0.06116311093478877

Public Service Commission, District 3 - Metro-Atlanta Tift 13669 366 13108 357 0.02677591630697198 0.02723527616722612 0.1253186024247169

Public Service Commission, District 3 - Metro-Atlanta Toombs 8851 266 8170 245 0.03005310134448085 0.029987760097919217 0.9688506208736575

Public Service Commission, District 3 - Metro-Atlanta Towns 6132 171 5848 162 0.027886497064579255 0.027701778385772913 0.7913865460967366

Public Service Commission, District 3 - Metro-Atlanta Treutlen 2610 109 2464 98 0.04176245210727969 0.03977272727272727 0.07694426813047514

Public Service Commission, District 3 - Metro-Atlanta Troup 23663 504 22399 473 0.021299074504500696 0.02111701415241752 0.4650765060026326

Public Service Commission, District 3 - Metro-Atlanta Turner 3269 101 3121 100 0.030896298562251453 0.03204101249599487 0.1024869060266126

Public Service Commission, District 3 - Metro-Atlanta Twiggs 3787 121 3512 117 0.031951412727752836 0.033314350797266516 0.10651299103259729

Public Service Commission, District 3 - Metro-Atlanta Union 11863 272 11381 259 0.022928432942763213 0.022757226957209383 0.6269133504108859

Public Service Commission, District 3 - Metro-Atlanta Upson 10558 220 9956 209 0.020837279787838607 0.02099236641221374 0.7886303503667135

Public Service Commission, District 3 - Metro-Atlanta Walker 21451 439 20638 421 0.02046524637546035 3 0.02039926349452466 0.8001853113624319

Public Service Commission, District 3 - Metro-Atlanta Walton 38635 689 36866 661 0.01783357059660929 3 0.0179297998155482 0.5879624587097385

Public Service Commission, District 3 - Metro-Atlanta Ware 11004 206 10377 179 0.01872046528535078 0.017249686807362438 8.483141361476435e-05

Public Service Commission, District 3 - Metro-Atlanta Warren 2260 81 2073 77 0.03584070796460177 0.0 371442354076218 0.37000431416738805

Public Service Commission, District 3 - Metro-Atlanta Washington 8159 336 7432 311 0.041181517342811 62 0.04184607104413348 0.38849929895818364

Public Service Commission, District 3 - Metro-Atlanta Wayne 10122 274 9621 261 0.027069749061450307 0.027128157156220765 1.0183579040593598

Public Service Commission, District 3 - Metro-Atlanta Webster 1100 38 948 32 0.034545454545454546 0. 03375527426160337 0.862815778788582

Public Service Commission, District 3 - Metro-Atlanta Wheeler 1927 46 1812 46 0.023871302542812663 0.025386313465783666 0.11394597381312287

Public Service Commission, District 3 - Metro-Atlanta White 11434 189 10897 182 0.016529648417001924 0.01670184454437001 0.6624988841931724

Public Service Commission, District 3 - Metro-Atlanta Whitfield 27302 641 26285 622 0.02347813347007 5453 0.02366368651322047 0.35744458091730147

Public Service Commission, District 3 – Metro–Atlanta Wilcox 2815 79 2610 74 0.028063943161634103 0.028352490421455937 0.9593432621537887

Public Service Commission, District 3 – Metro–Atlanta Wilkes 4371 146 4070 137 0.033401967513154884 0.03366093366093366 0.8886538257438112

Public Service Commission, District 3 – Metro–Atlanta Wilkinson 4264 165 3994 158 0.0386960600375234 54 0.039559339008512766 0.337104462822968

Public Service Commission, District 3 – Metro–Atlanta Worth 7831 179 7526 173 0.02285787255783168 0.022986978474621313 0.8988030857136999

Public Service Commission, District 5 – Western Appling 6806 226 6276 210 0.03320599471054952 0.0334 60803059273424 0.8054904187792586

Public Service Commission, District 5 – Western Atkinson 2520 132 2432 132 0.05238095238095238 0.054 276315789473686 0.016122961340751463

Public Service Commission, District 5 – Western Bacon 3829 118 3655 115 0.03081744580830504 0.031463 74829001368 0.4136270649993572

Public Service Commission, District 5 – Western Baker 1291 69 1150 61 0.053446940356312936 0.0530434 7826086957 0.9738962828133593

Public Service Commission, District 5 – Western Baldwin 15633 452 14475 433 0.0289131964434207 0.02 9913644214162347 0.006591322499004788

Public Service Commission, District 5 – Western Banks 6852 127 6629 124 0.018534734384121423 0.01870 568713229748 0.8047273007916005

Public Service Commission, District 5 – Western Barrow 27398 477 26135 449 0.01741002992919191 0.017 18002678400612 0.22940550742667565

Public Service Commission, District 5 – Western Bartow 37327 666 35759 646 0.017842312535162216 0.01 806538214155877 0.134702198867361

Public Service Commission, District 5 – Western Ben Hill 5533 109 5213 102 0.019699981926622086 0.01 956646844427393 0.8884472670232344

Public Service Commission, District 5 – Western Berrien 6247 148 5925 144 0.023691371858492075 0.024 30379746835443 0.22710873920044516

Public Service Commission, District 5 – Western Bibb 60460 1304 55999 1239 0.021567978828977836 0.02 2125395096341007 0.0005451911597622057

Public Service Commission, District 5 – Western Bleckley 4855 156 4598 148 0.032131822863027806 0.03 218790778599391 1.1103478666393036

Public Service Commission, District 5 – Western Brantley 5689 164 5501 160 0.028827561961680435 0.02 9085620796218868 0.7261992993684885

Public Service Commission, District 5 – Western Brooks 5696 144 5231 132 0.025280898876404494 0.0252 34180844962723 1.029899941910269

Public Service Commission, District 5 – Western Bryan 14970 276 14388 265 0.01843687374749499 0.0184 18126216291353 1.0202278225083454

Public Service Commission, District 5 – Western Bulloch 23543 571 22467 545 0.024253493607441702 0.0 24257800329371967 1.0732926005375494

Public Service Commission, District 5 – Western Burke 8719 214 7751 197 0.024544099093932792 0.02541 6075345116758 0.15903705275728275

Public Service Commission, District 5 – Western Butts 8863 181 8483 171 0.02042197901387792 0.020157

962984793117 0.4983825292603701
Public Service Commission, District 5 - Western Calhoun 1899 46 1714 42 0.02422327540810953 0.024504
084014002333 1.0601151460102496
Public Service Commission, District 5 - Western Camden 17053 319 15860 300 0.018706385973142555 0.01
8915510718789406 0.5450897590784112
Public Service Commission, District 5 - Western Candler 3538 97 3418 94 0.027416619559072923 0.02750
1462843768285 1.1613193761784721
Public Service Commission, District 5 - Western Carroll 41739 734 40221 697 0.017585471621265482 0.0
17329255861365953 0.060075556487047446
Public Service Commission, District 5 - Western Catoosa 23725 454 23185 444 0.019135932560590097 0.0
1915031270217813 1.0811050599217862
Public Service Commission, District 5 - Western Charlton 3369 99 3206 93 0.029385574354407838 0.0290
08109794135994 0.6911079576182113
Public Service Commission, District 5 - Western Chatham 103338 2306 97161 2155 0.022315121252588593
 0.02217981147785634 0.26198186206711227
Public Service Commission, District 5 - Western Chattahoochee 1102 35 1067 35 0.03176043557168784 0.
03280224929709466 0.6347021757150405
Public Service Commission, District 5 - Western Chattooga 7427 199 7202 195 0.026794129527400026 0.0
2707581227436823 0.5469323520529134
Public Service Commission, District 5 - Western Cherokee 106299 1991 100987 1880 0.01873018560851936
7 0.018616257538098962 0.2548249894278961
Public Service Commission, District 5 - Western Clarke 43261 1057 40239 996 0.02443309216153117 0.02
475210616566018 0.1258436748503774
Public Service Commission, District 5 - Western Clay 1186 43 1043 35 0.03625632377740304 0.033557046
97986577 0.27180383270616326
Public Service Commission, District 5 - Western Clayton 91840 1600 85993 1473 0.017421602787456445
 0.017129301222192504 0.013384911573349636
Public Service Commission, District 5 - Western Clinch 2254 97 2145 95 0.04303460514640639 0.0442890
4428904429 0.2815018577460857
Public Service Commission, District 5 - Western Cobb 310381 5389 284480 4791 0.017362531856009226 0.
01684125421822272 2.0081819532474214e-12
Public Service Commission, District 5 - Western Coffee 12595 384 12200 378 0.030488289003572845 0.03
0983606557377048 0.08031946812609643
Public Service Commission, District 5 - Western Colquitt 12953 426 12439 413 0.032888134023006256 0.
033202025886325266 0.3950841915491175
Public Service Commission, District 5 - Western Columbia 61591 963 58655 911 0.015635401276160477 0.
015531497741028044 0.3902133060252711
Public Service Commission, District 5 - Western Cook 5803 119 5559 117 0.020506634499396863 0.021046
950890447922 0.2328767687912428
Public Service Commission, District 5 - Western Coweta 58056 1048 55244 987 0.018051536447567865 0.0
1786619361378611 0.1628659628535605
Public Service Commission, District 5 - Western Crawford 4931 136 4697 131 0.027580612451835327 0.02
7890142644241004 0.7352351367354804

Public Service Commission, District 5 - Western Crisp 7024 265 6661 250 0.03772779043280182 0.037531 90211679928 0.7912783738379694

Public Service Commission, District 5 - Western Dade 5450 187 5321 175 0.03431192660550459 0.0328885 54782935536 0.0029161337895689996

Public Service Commission, District 5 - Western Dawson 11570 193 11131 191 0.016681071737251512 0.01 7159284880064685 0.04136901059191216

Public Service Commission, District 5 - Western DeKalb 310968 7052 291296 6574 0.02267757454143191 6 0.02256810914478742 0.12264575517350763

Public Service Commission, District 5 - Western Decatur 9043 203 8495 194 0.022448302554462014 0.022 836962919364334 0.4114108394989715

Public Service Commission, District 5 - Western Dodge 7051 316 6603 304 0.04481633810806978 0.046039 67893381796 0.06090673415279711

Public Service Commission, District 5 - Western Dooly 3793 170 3597 161 0.04481940416556815 0.044759 52182374201 1.0415674011791416

Public Service Commission, District 5 - Western Dougherty 31297 687 29353 638 0.021950985717480907 0.02173542738391306 0.34984639020223696

Public Service Commission, District 5 - Western Douglas 55197 740 51964 685 0.013406525716977372 0.0 13182203063659456 0.0859985864728365

Public Service Commission, District 5 - Western Early 4131 101 3658 85 0.024449285887194385 0.023236 741388737013 0.21904286105509319

Public Service Commission, District 5 - Western Echols 1143 36 1108 36 0.031496062992125984 0.032490 974729241874 0.6413169146224094

Public Service Commission, District 5 - Western Effingham 23365 421 22615 403 0.018018403595120906 0.01782003095290736 0.26868027138138983

Public Service Commission, District 5 - Western Elbert 7319 226 6756 220 0.030878535319032653 0.0325 6364712847839 0.002032951582612749

Public Service Commission, District 5 - Western Emanuel 7710 286 7320 273 0.037094682230869 0.037295 081967213116 0.8183761770801574

Public Service Commission, District 5 - Western Evans 3447 140 3248 135 0.040615027560197275 0.04156 403940886699 0.34029955221063424

Public Service Commission, District 5 - Western Fannin 11203 294 10545 277 0.026242970632866198 0.02 626837363679469 1.0744290948116275

Public Service Commission, District 5 - Western Fayette 57962 1018 55315 952 0.01756323108243332 0.0 17210521558347645 0.006094672951580157

Public Service Commission, District 5 - Western Floyd 30225 671 28965 641 0.022200165425971877 0.022 130157086138445 0.7457274302067718

Public Service Commission, District 5 - Western Forsyth 93239 1656 88811 1533 0.017760808245476677 0.017261375280089176 1.8837798464975777e-06

Public Service Commission, District 5 - Western Franklin 8149 149 7761 144 0.018284452080009818 0.01 8554310011596443 0.5601609085536978

Public Service Commission, District 5 - Western Fulton 421806 10398 403964 9746 0.02465114294249015 0.02412591220999891 1.173090842874586e-22

Public Service Commission, District 5 - Western Gilmer 12471 311 11912 301 0.024937855825515196 0.02

5268636668905307 0.3405742943024 8476
Public Service Commission, District 5 – Western Glascock 1300 67 1219 65 0.05153846153846154 0.05332
239540607055 0.393558468869634
Public Service Commission, District 5 – Western Glynn 32501 649 30689 618 0.019968616350266144 0.020
13750855355339 0.42310815660732837
Public Service Commission, District 5 – Western Gordon 17772 485 17225 464 0.02729011928876885 0.026
937590711175616 0.14787927263825196
Public Service Commission, District 5 – Western Grady 8356 169 7956 160 0.02022498803255146 0.020110
608345902465 0.8407083319994644
Public Service Commission, District 5 – Western Greene 8989 161 8366 144 0.017910779842029146 0.0172
12526894573272 0.10713206483891735
Public Service Commission, District 5 – Western Gwinnett 312709 5171 292312 4829 0.01653614062914722
5 0.01652002019704972768 0.8051367655959298
Public Service Commission, District 5 – Western Habersham 15495 358 14642 338 0.023104227170054857
 0.02308427810408414 1.0122663028762025
Public Service Commission, District 5 – Western Hall 67282 1344 63789 1272 0.01997562498142148 0.019
94074213422377 0.8171570638734527
Public Service Commission, District 5 – Western Hancock 3539 167 3049 151 0.0471884713195818 0.04952
443424073467 0.11887908051775431
Public Service Commission, District 5 – Western Haralson 10585 214 10192 206 0.02021728861596599 0.0
2021193092621664 1.0864801433358255
Public Service Commission, District 5 – Western Harris 15972 292 15243 274 0.01828199348860506 0.017
97546414747753 0.24236040515255847
Public Service Commission, District 5 – Western Hart 9618 284 9178 276 0.029527968392597213 0.030071
91109174112 0.18299005779717126
Public Service Commission, District 5 – Western Heard 4051 91 3773 87 0.022463589237225377 0.0230585
74078982243 0.4814567376073515
Public Service Commission, District 5 – Western Henry 98365 1498 93368 1369 0.01522899405276267 0.01
466241110444692 1.156010345915356e-08
Public Service Commission, District 5 – Western Houston 59158 916 55968 857 0.015483958213597484 0.0
1531232132647227 0.1843257793 3394206
Public Service Commission, District 5 – Western Irwin 3556 89 3423 88 0.025028121484814397 0.0257084
42886356996 0.2928814702730029
Public Service Commission, District 5 – Western Jackson 26889 458 25870 442 0.01703298746699394 0.01
7085427135678392 0.8604798787546384
Public Service Commission, District 5 – Western Jasper 5907 111 5486 102 0.018791264601320468 0.0185
9278162595698 0.7885853504297384
Public Service Commission, District 5 – Western Jeff Davis 4815 197 4586 190 0.04091381100726895 0.0
4143044047099869 0.5419296903754992
Public Service Commission, District 5 – Western Jefferson 6756 272 6149 256 0.04026050917702783 0.04
1632785818832334 0.0746451471338513
Public Service Commission, District 5 – Western Jenkins 2856 85 2668 78 0.02976190476190476 0.029235
38230884558 0.6510448288617523

Public Service Commission, District 5 - Western Johnson 3483 146 3247 133 0.04191788687912719 0.0409 6088697259008 0.3739981805513459

Public Service Commission, District 5 - Western Jones 12432 264 11648 240 0.021235521235521235 0.020 604395604395604 0.09048584097117787

Public Service Commission, District 5 - Western Lamar 7346 153 6942 141 0.02082766131227879 0.020311 14952463267 0.2713729615006901

Public Service Commission, District 5 - Western Lanier 2679 104 2571 100 0.03882045539380366 0.03889 5371450797356 1.1798596105129258

Public Service Commission, District 5 - Western Laurens 18939 574 17653 530 0.03030783040287238 0.03 0023225514076927 0.44014013339862756

Public Service Commission, District 5 - Western Lee 13549 217 13069 209 0.016015942135950992 0.01599 2042237355574 1.0104475279709573

Public Service Commission, District 5 - Western Liberty 15358 257 14408 243 0.016733949733038156 0.0 1686563020544142 0.7397947737960499

Public Service Commission, District 5 - Western Lincoln 3967 97 3617 93 0.024451726745651627 0.02571 191595244678 0.12180560809084388

Public Service Commission, District 5 - Western Long 3988 131 3819 129 0.03284854563691073 0.0337784 7604084839 0.15463710514728618

Public Service Commission, District 5 - Western Lowndes 35212 622 33322 581 0.01766443257980234 0.01 74359282155933 0.20649087103919786

Public Service Commission, District 5 - Western Lumpkin 11551 249 11084 238 0.021556575188295384 0.0 2147239263803681 0.8510427729384123

Public Service Commission, District 5 - Western Macon 4217 196 3886 183 0.04647853924590942 0.047092 12557900155 0.6268420351113634

Public Service Commission, District 5 - Western Madison 11697 294 11170 284 0.025134649910233394 0.0 25425246195165622 0.44354517250760017

Public Service Commission, District 5 - Western Marion 2930 93 2689 91 0.03174061433447099 0.0338415 7679434734 0.02765636651166906

Public Service Commission, District 5 - Western McDuffie 8792 172 7924 159 0.019563239308462238 0.02 0065623422513883 0.3718745948389663

Public Service Commission, District 5 - Western McIntosh 5408 155 4968 146 0.028661242603550297 0.02 938808373590982 0.355894289944239

Public Service Commission, District 5 - Western Meriwether 8639 219 8156 207 0.025350156268086583 0. 025380088278567924 1.0940121602665944

Public Service Commission, District 5 - Western Miller 2313 109 2181 103 0.04712494595763078 0.04722 604309949564 1.1385910463587023

Public Service Commission, District 5 - Western Mitchell 7446 156 6882 151 0.020950846091861403 0.02 1941296134844523 0.036672432668027076

Public Service Commission, District 5 - Western Monroe 12932 293 12236 283 0.022656974945870708 0.02 312847335730631 0.15486211657408733

Public Service Commission, District 5 - Western Montgomery 3528 140 3317 134 0.03968253968253968 0.0 4039794995477841 0.5131907229246476

Public Service Commission, District 5 - Western Morgan 9554 220 9144 204 0.023027004396064477 0.0223

0971128608924 0.05466533175230605

Public Service Commission, District 5 - Western Murray 11091 335 10826 324 0.030204670453520873 0.02 9927951228523923 0.3580275547171526

Public Service Commission, District 5 - Western Muscogee 63141 1274 58719 1188 0.020177064031295038 0.02023195217902212 0.7733221878202343

Public Service Commission, District 5 - Western Newton 43129 800 40394 757 0.01854900415033968 0.018 7404069911373 0.2880989761521879

Public Service Commission, District 5 - Western Oconee 20733 476 19802 447 0.02295856846573096 0.022 573477426522572 0.1202837055129326

Public Service Commission, District 5 - Western Oglethorpe 6484 172 6075 163 0.02652683528685996 0.0 2683127572016461 0.695117645501655

Public Service Commission, District 5 - Western Paulding 61222 994 57915 927 0.016235993597072947 0. 016006216006216007 0.0766314869492585

Public Service Commission, District 5 - Western Peach 10355 229 9910 218 0.022114920328343796 0.0219 9798183652876 0.792675496062349

Public Service Commission, District 5 - Western Pickens 13362 323 13140 316 0.024173027989821884 0.0 24048706240487064 0.5820561037769895

Public Service Commission, District 5 - Western Pierce 6883 115 6556 113 0.01670783088769432 0.01723 6119585112872 0.1672835443485080
6

Public Service Commission, District 5 - Western Pike 8534 145 8230 140 0.016990860089055544 0.017010 93560145808 1.1725803903565406

Public Service Commission, District 5 - Western Polk 12859 299 12412 295 0.023252196904891515 0.0237 67321946503384 0.03987970208163621

Public Service Commission, District 5 - Western Pulaski 3622 156 3390 144 0.04307012700165654 0.0424 7787610619469 0.591303853479195

Public Service Commission, District 5 - Western Putnam 9321 184 8723 177 0.019740371204806352 0.0202 91184225610454 0.1776297378552062

Public Service Commission, District 5 - Western Quitman 940 56 880 47 0.059574468085106386 0.0534090 90909090906 0.01342285417074256

Public Service Commission, District 5 - Western Rabun 7578 196 6735 172 0.025864344154130376 0.02553 8233110616183 0.6787100960207484

Public Service Commission, District 5 - Western Randolph 2788 93 2475 87 0.03335724533715925 0.03515 151515151515 0.17515856030177251

Public Service Commission, District 5 - Western Richmond 70043 1496 64729 1386 0.021358308467655584 0.02141234995133557 0.7766781701287755

Public Service Commission, District 5 - Western Rockdale 36600 549 34747 520 0.015 0.014965320747114 859 0.8679756248542636

Public Service Commission, District 5 - Western Schley 1931 59 1835 59 0.030554117037804248 0.032152 588555858314 0.09415527581014056

Public Service Commission, District 5 - Western Screven 5407 195 5136 189 0.036064361013501016 0.036 799065420560745 0.2675794565779546

Public Service Commission, District 5 - Western Seminole 3214 75 2950 67 0.023335407591785935 0.0227 1186440677966 0.5430594967203946

Public Service Commission, District 5 - Western Spalding 24385 644 23102 598 0.02640967808078737 0.0
25885204744177992 0.04484866487087142
Public Service Commission, District 5 - Western Stephens 9069 204 8533 190 0.022494211048627193 0.02
2266494784952538 0.6402134380663298
Public Service Commission, District 5 - Western Stewart 1784 146 1551 135 0.08183856502242152 0.0870
4061895551257 0.0421204678975389
Public Service Commission, District 5 - Western Sumter 10556 289 9679 267 0.027377794619173928 0.027
585494369253023 0.7637525828603964
Public Service Commission, District 5 - Western Talbot 2952 149 2667 126 0.05047425474254742 0.04724
4094488188976 0.02836724592664313
Public Service Commission, District 5 - Western Taliaferro 917 82 755 67 0.08942202835332606 0.08874
172185430464 0.9750644110224309
Public Service Commission, District 5 - Western Tattnall 6639 233 6247 224 0.03509564693477933 0.035
85721146150152 0.21954603259521557
Public Service Commission, District 5 - Western Taylor 3265 96 3022 91 0.029402756508422664 0.030112
508272667107 0.5371054667862808
Public Service Commission, District 5 - Western Telfair 3631 154 3300 148 0.04241255852382264 0.0448
48484848484846 0.019424675730026663
Public Service Commission, District 5 - Western Terrell 3930 127 3603 123 0.032315521628498725 0.034
13821815154038 0.03078080554622569
Public Service Commission, District 5 - Western Thomas 17241 393 16250 377 0.022794501479032538 0.02
32 0.17241499512802666
Public Service Commission, District 5 - Western Tift 13669 393 13108 384 0.028751188821420734 0.0292
9508696978944 0.07142525881580374
Public Service Commission, District 5 - Western Toombs 8851 233 8170 215 0.026324709072421196 0.0263
1578947368421 1.0582709695304873
Public Service Commission, District 5 - Western Towns 6132 170 5848 163 0.027723418134377037 0.02787
277701778386 0.9322587028040169
Public Service Commission, District 5 - Western Treutlen 2610 114 2464 106 0.04367816091954023 0.043
01948051948052 0.6087605455069713
Public Service Commission, District 5 - Western Troup 23663 485 22399 451 0.02049613320373579 0.0201
3482744765391 0.1298792381630499
Public Service Commission, District 5 - Western Turner 3269 110 3121 109 0.0336494340776996 0.034924
70362063441 0.07170857879422024
Public Service Commission, District 5 - Western Twiggs 3787 135 3512 128 0.03564827039873251 0.03644
646924829157 0.4471770187750836
Public Service Commission, District 5 - Western Union 11863 293 11381 279 0.02469864283907949 0.0245
14541780159917 0.6090116230548572
Public Service Commission, District 5 - Western Upson 10558 255 9956 243 0.024152301572267474 0.0244
07392527119324 0.5958370915441289
Public Service Commission, District 5 - Western Walker 21451 485 20638 466 0.02260966854692089 0.022
57970733598217 0.9489688603052256
Public Service Commission, District 5 - Western Walton 38635 701 36866 666 0.018144169794228032 0.01

```
8065426137904846 0.6458197747078304
Public Service Commission, District 5 - Western Ware 11004 209 10377 194 0.01899309342057434 0.01869
5191288426328 0.4247145967232283
Public Service Commission, District 5 - Western Warren 2260 81 2073 78 0.03584070796460177 0.0376266
2807525326 0.17034714801558465
Public Service Commission, District 5 - Western Washington 8159 363 7432 337 0.044490746415001836 0.
04534445640473628 0.2678820104022079
Public Service Commission, District 5 - Western Wayne 10122 261 9621 249 0.025785417901600473 0.0258
80885562831305 0.9364324100734366
Public Service Commission, District 5 - Western Webster 1100 42 948 37 0.038181818181818185 0.039029
535864978905 0.930897630835706
Public Service Commission, District 5 - Western Wheeler 1927 65 1812 62 0.033731188375713546 0.03421
633554083885 0.898138914021616
Public Service Commission, District 5 - Western White 11434 198 10897 188 0.017316774532097255 0.017
252454804074516 0.9063220103137342
Public Service Commission, District 5 - Western Whitfield 27302 705 26285 688 0.02582228408175225 0.
0261746241044322 0.06556951727951156
Public Service Commission, District 5 - Western Wilcox 2815 80 2610 74 0.028419182948490232 0.028352
490421455937 1.0660068156500393
Public Service Commission, District 5 - Western Wilkes 4371 163 4070 150 0.03729123770304278 0.03685
5036855036855 0.6621223032847633
Public Service Commission, District 5 - Western Wilkinson 4264 175 3994 168 0.04104127579737336 0.04
206309464196294 0.2491133660137237
Public Service Commission, District 5 - Western Worth 7831 198 7526 192 0.025284127186821607 0.02551
1559925591284 0.6850700503010596


In [4]: contests_sig

Out[4]: Counter({'Lieutenant Governor': 101,
                 'Secretary Of State': 4,
                 'Attorney General': 4,
                 'Commissioner Of Agriculture': 5,
                 'Commissioner Of Insurance': 4,
                 'State School Superintendent': 5,
                 'Commissioner Of Labor': 2,
                 'Public Service Commission, District 3 - Metro-Atlanta': 4,
                 'Public Service Commission, District 5 - Western': 4})
```

```
In [5]:  # version information
         %load_ext version_information
         %version_information scipy, numpy, csv, pandas, matplotlib, notebook, cryptorandom, permute

         Loading extensions from ~/.ipython/extensions is deprecated. We recommend managing extensions like a
         ny other Python packages, in site-packages.

         /anaconda/lib/python3.6/site-packages/IPython/core/formatters.py:839: FormatterWarning: JSON expects
         JSONable list/dict containers, not JSON strings
           FormatterWarning)
```

Out[5]:

| Software | Version |
|---|---|
| Python | 3.6.7 64bit [GCC 4.2.1 Compatible Clang 4.0.1 (tags/RELEASE_401/final)] |
| IPython | 7.2.0 |
| OS | Darwin 18.2.0 x86_64 i386 64bit |
| scipy | 1.1.0 |
| numpy | 1.15.4 |
| csv | 1.0 |
| pandas | 0.23.1 |
| matplotlib | 3.0.2 |
| notebook | 5.7.4 |
| cryptorandom | 0.2 |
| permute | 0.1.alpha4 |
| Sun Jan 06 12:23:30 2019 PST | |

A

P

P

E

N

D

I

X


IV

# Vote distribution by machine in Winterville

For each contest, randomly partition votes onto 7 machines. Condition on the number of ballots cast per machine.

Test statistic is $\max_i |R_{im} - R_i|$, where $R_{im}$ is the fraction of Republican votes cast on machine $m$ in contest $i$, and $R_i$ is the overall fraction of Republican votes in contest $i$.

Test for contests separately, and use Fisher's combining function for an overall test.

Compare results for the original data with results if D and R were swapped on machine 3.

```
In [1]: %matplotlib inline
        import math
        import numpy as np
        import scipy as sp
        import scipy.optimize
        from scipy.stats import hypergeom, binom, norm, chi2
        from scipy import special
        from cryptorandom.cryptorandom import SHA256
        from cryptorandom import sample
        import matplotlib.pyplot as plt
        import pandas as pd
        import csv

        seed = '2018CV313418 3463593937'  # case caption number [space] 10 rolls of 10-sided dice
        prng = SHA256(seed)
```

```
In [2]: votes = pd.read_csv('../../Data/winterville.csv')
        votes.head()
```

Out[2]:

|   | Contest | Machine | Candidate | Party | Votes |
|---|---------|---------|-----------|-------|-------|
| **0** | Governor | 0 | B. KEMP (R) | R | 40 |
| **1** | Governor | 0 | S. ABRAMS (D) | D | 73 |
| **2** | Governor | 0 | T. METZ (L) | L | 4 |
| **3** | Governor | 0 | Write-in | W | 0 |
| **4** | Governor | 1 | B. KEMP (R) | R | 51 |

```
In [3]: statewide_contests = np.array(["Governor", "Lt Governor", "Secretary of State", \
                                       "Attorney General", "Commissioner of Agriculture", \
                                       "Commissioner of Insurance", "State School Superintendent", "Commissio
        ner of Labor",
                                       "PSC Eaton", "PSC Pridemore"])
```

```
In [4]: # Number of voters per machine taken from poll tape summary
        num_voters_per_machine = [117, 135, 131, 133, 135, 144, 135]   # double-checked
        cum_voters_per_machine = np.cumsum(num_voters_per_machine)
        cum_voters_per_machine = np.insert(cum_voters_per_machine, 0, 0)
        num_votes = np.sum(num_voters_per_machine)

        # Does any race on any machine has more votes than reported for the machine?
        for m in range(len(num_voters_per_machine)):
            tmp = votes[votes["Machine"]==m]
            tot = tmp.groupby("Contest").agg(np.sum)
            assert np.all(tot["Votes"] <= num_voters_per_machine[m])
```

```
In [5]:  # Find winning party within the precinct in each statewide contest
         mask_D = votes['Party']=="D"
         mask_R = votes['Party']=="R"
         for c in statewide_contests:
             mask_c = votes["Contest"] == c
             D_votes = votes[mask_c & mask_D]['Votes'].sum()
             R_votes = votes[mask_c & mask_R]['Votes'].sum()
             print(c, D_votes, R_votes, '\t', ('DEM' if D_votes > R_votes else 'REP'))

         Governor 505 400            DEM
         Lt Governor 479 393         DEM
         Secretary of State 511 365          DEM
         Attorney General 509 390            DEM
         Commissioner of Agriculture 475 423         DEM
         Commissioner of Insurance 482 382           DEM
         State School Superintendent 492 405         DEM
         Commissioner of Labor 494 402       DEM
         PSC Eaton 494 367           DEM
         PSC Pridemore 487 374       DEM


In [6]:  def get_repub_fraction(df):
             repub = df.loc[df["Party"]=="R"].copy()
             repub["R_votes"] = repub["Votes"]
             valid_votes = df.groupby(["Contest","Machine"]).agg(np.sum).reset_index()
             valid_votes["Tot_votes"] = valid_votes["Votes"]
             combined = pd.merge(repub, valid_votes, on = ["Contest", "Machine"])
             return combined["R_votes"]/combined["Tot_votes"]
```

```python
In [7]: def permute_votes_across_machines(vote_df, reps, prng=np.random):
            """
            Input: votes dataframe, filtered to contain only one contest

            """

            # Votes for Republican, Democrat/other, and undervotes
            votes_per_candidate = vote_df.groupby(["Party"]).agg(np.sum).reset_index()
            r_votes = int(votes_per_candidate.loc[votes_per_candidate["Party"] == "R", "Votes"])
            d_votes = np.sum(votes_per_candidate["Votes"]) - r_votes
            u_votes = num_votes - r_votes - d_votes
            overall_r_proportion = r_votes/(r_votes + d_votes)

            # test statistic = largest % votes for R on a machine
            votes_for_r = get_repub_fraction(vote_df)
            max_votes_for_r = np.max(votes_for_r)

            # Randomly assign r_votes 1s, d_votes 0s, and u_votes np.nans
            vote_list = np.array([1]*r_votes + [0]*d_votes + [np.nan]*u_votes)
            perm_distr = np.zeros(reps)

            for r in range(reps):
                prng.shuffle(vote_list)

                # Find fraction of votes for R on each machine
                votes_for_r_perm = np.zeros(len(num_voters_per_machine))
                for i in range(len(num_voters_per_machine)):
                    votes_for_r_perm[i] = np.nanmean(vote_list[cum_voters_per_machine[i]:cum_voters_per_machi
    ne[i+1]])
                perm_distr[r] = np.max(votes_for_r_perm)

            # Center the statistic at the expected fraction of R votes
            perm_distr_norm = perm_distr - overall_r_proportion
            statistic_norm = max_votes_for_r - overall_r_proportion

            return {"statistic":max_votes_for_r,
                    "pvalue":(1+np.sum(np.abs(perm_distr_norm) >= np.abs(statistic_norm)))/(reps+1)
                    }
```

```
In [8]: reps=10000
        ps = {}
        for c in statewide_contests:
            vote_df = votes[votes["Contest"] == c]
            res = permute_votes_across_machines(vote_df, reps=reps, prng=prng)
            ps[c] = res['pvalue']
            print(c, "\n   statistic =", res["statistic"], "\n   P-value =", res["pvalue"])

        fisher_chi = -2*np.sum([math.log(p) for c, p in ps.items()])
        print('Combined:\n   ', fisher_chi, chi2.sf(fisher_chi, df=2*len(statewide_contests)))
```

```
Governor
    statistic = 0.5190839694656488
    P-value = 0.11398860113988601
Lt Governor
    statistic = 0.5645161290322581
    P-value = 0.0245975402459754
Secretary of State
    statistic = 0.5116279069767442
    P-value = 0.0184981501849815
Attorney General
    statistic = 0.515625
    P-value = 0.1506849315068493
Commissioner of Agriculture
    statistic = 0.5813953488372093
    P-value = 0.025997400259974
Commissioner of Insurance
    statistic = 0.5348837209302325
    P-value = 0.030496950304969503
State School Superintendent
    statistic = 0.5419847328244275
    P-value = 0.09669033096690331
Commissioner of Labor
    statistic = 0.5736434108527132
    P-value = 0.007899210078992101
PSC Eaton
    statistic = 0.5114503816793893
    P-value = 0.0456954304569543
PSC Pridemore
    statistic = 0.5267175572519084
    P-value = 0.025297470252974703
Combined:
    65.67868786714891 9.094420735646933e-07
```

# What if D and R vote totals were flipped on Machine 3?

```
In [9]: votes_flipped = votes.copy()
        votes_flipped.loc[(votes_flipped.Machine==3) & (votes.Party=="R"), 'Party'] = "D"
        votes_flipped.loc[(votes_flipped.Machine==3) & (votes.Party=="D"), 'Party'] = "R"
        votes_flipped.head(20)
```

Out[9]:

|    | Contest  | Machine | Candidate      | Party | Votes |
|----|----------|---------|----------------|-------|-------|
| 0  | Governor | 0       | B. KEMP (R)    | R     | 40    |
| 1  | Governor | 0       | S. ABRAMS (D)  | D     | 73    |
| 2  | Governor | 0       | T. METZ (L)    | L     | 4     |
| 3  | Governor | 0       | Write-in       | W     | 0     |
| 4  | Governor | 1       | B. KEMP (R)    | R     | 51    |
| 5  | Governor | 1       | S. ABRAMS (D)  | D     | 79    |
| 6  | Governor | 1       | T. METZ (L)    | L     | 3     |
| 7  | Governor | 1       | Write-in       | W     | 0     |
| 8  | Governor | 2       | B. KEMP (R)    | R     | 60    |
| 9  | Governor | 2       | S. ABRAMS (D)  | D     | 67    |
| 10 | Governor | 2       | T. METZ (L)    | L     | 2     |
| 11 | Governor | 2       | Write-in       | W     | 0     |
| 12 | Governor | 3       | B. KEMP (R)    | D     | 68    |
| 13 | Governor | 3       | S. ABRAMS (D)  | R     | 59    |
| 14 | Governor | 3       | T. METZ (L)    | L     | 4     |
| 15 | Governor | 3       | Write-in       | W     | 0     |
| 16 | Governor | 4       | B. KEMP (R)    | R     | 65    |
| 17 | Governor | 4       | S. ABRAMS (D)  | D     | 67    |
| 18 | Governor | 4       | T. METZ (L)    | L     | 3     |
| 19 | Governor | 4       | Write-in       | W     | 0     |

```
In [10]: ps_flipped = {}
         for c in statewide_contests:
             vote_df2 = votes_flipped[votes_flipped["Contest"] == c]
             res = permute_votes_across_machines(vote_df2, reps=reps, prng=prng)
             ps_flipped[c] = res['pvalue']
             print(c, "\n    statistic =", res["statistic"], "\n    P-value =", res["pvalue"])

         fisher_chi = -2*np.sum([math.log(p) for c, p in ps_flipped.items()])
         print('Combined:\n    ', fisher_chi, chi2.sf(fisher_chi, df=2*len(statewide_contests)))

         Governor
             statistic = 0.48148148148148145
             P-value = 0.46425357464253575
         Lt Governor
             statistic = 0.4728682170542636
             P-value = 0.7945205479452054
         Secretary of State
             statistic = 0.4496124031007752
             P-value = 0.44955504449555045
         Attorney General
             statistic = 0.484375
             P-value = 0.5433456654334566
         Commissioner of Agriculture
             statistic = 0.49230769230769234
             P-value = 0.7339266073392661
         Commissioner of Insurance
             statistic = 0.4645669291338583
             P-value = 0.6042395760423958
         State School Superintendent
             statistic = 0.48031496062992124
             P-value = 0.8065193480651934
         Commissioner of Labor
             statistic = 0.46875
             P-value = 0.7967203279672033
         PSC Eaton
             statistic = 0.4732824427480916
             P-value = 0.27987201279872015
         PSC Pridemore
             statistic = 0.4307692307692308
             P-value = 0.9387061293870613
         Combined:
              9.997865529313279 0.9682106300793477
```

```
In [11]:  # version information
          %load_ext version_information
          %version_information scipy, numpy, csv, pandas, matplotlib, notebook, cryptorandom, permute

          Loading extensions from ~/.ipython/extensions is deprecated. We recommend managing extensions like a
          ny other Python packages, in site-packages.

          /anaconda/lib/python3.6/site-packages/IPython/core/formatters.py:839: FormatterWarning: JSON expects
          JSONable list/dict containers, not JSON strings
            FormatterWarning)
```

Out[11]:

| Software | Version |
|---|---|
| Python | 3.6.7 64bit [GCC 4.2.1 Compatible Clang 4.0.1 (tags/RELEASE_401/final)] |
| IPython | 7.2.0 |
| OS | Darwin 18.2.0 x86_64 i386 64bit |
| scipy | 1.1.0 |
| numpy | 1.15.4 |
| csv | 1.0 |
| pandas | 0.23.1 |
| matplotlib | 3.0.2 |
| notebook | 5.7.4 |
| cryptorandom | 0.2 |
| permute | 0.1.alpha4 |
| Sun Jan 06 14:03:18 2019 PST | |

E
X
H
I
B
I
T

B

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **COALITION FOR GOOD GOVERNANCE, RHONDA J. MARTIN, SMYTHE DUVAL, AND JEANNE DUFORT,**<br><br>        **Plaintiffs,**<br>    **v.**<br><br>**ROBYN A. CRITTENDEN, Secretary of State of Georgia, et al.,**<br><br>        **Defendants.** | **CIVIL ACTION FILE NO. 2018CV31348** |

## AFFIDAVIT OF CHRISTOPHER BRILL

Appeared before me, the undersigned officer duly authorized to administer oaths, Christopher Brill, who after being duly swon states as follows:

1. Since 2006, I have devoted my career to the study of political processes in the United States generally, with a particular focus on research and analyses of political and electoral data, from precinct level to nationwide in scope.

2. My experience includes, but is not limited to, research and analyses of statewide voter files to identify socio-economic, geographic and other characteristics of voter file data.

3.     I also have experience comparing and matching political and electoral data, including voter file data, against large and complex datasets; analyzing the results of such comparisons and matching; and identifying strengths and weaknesses in the methods, protocols and algorithms used in performing these kinds of analyses.

4.     My experience also includes identifying reasons for false positive and false negative results when comparing or matching such data across large datasets and developing best practices for optimizing accurate matches and comparisons of data.

5.     Since 2013, I have been employed as a Senior Data Analyst with TargetSmart Communications LLC, where my duties and responsibilities include, but are not limited to, collecting and analyzing political, electoral, consumer, demographic and other datasets; product development; and strategic consulting.

6.     I obtained a Bachelor of Arts degree in Political Science from the University of New Mexico 2006. My current resume is attached and incorporated herein by reference as Exhibit B.

7.     I have been retained by Plaintiffs' counsel in this matter to conduct analyses of the November 6th 2018 general election vote results in GA, with a focus on the under voting that took place with respect to the Lt. Governor's election; to offer my opinions concerning said data and analyses based upon by background,

training and experience; and to prepare a preliminary report summarizing my analyses of this data and opinions.

8. The sources used for the analysis are from officially published election result tablulations made available by the Secretary of State, as well as publicly available individual voter file data.

9. My preliminary report is attached and incorporated herein by reference as Exhibit A.

10. My opinions and preliminary report for the Coalition for Good Governance are based upon the information that has currently been made available to me and is accurate to the best of my knowledge and belief, and I would testify to these opinions if called upon to do so. I reserve the right to amend, supplement and otherwise update my opinions and report if additional information is made known to me during the pendency of this litigation.

Christopher Brill

Sworn to and subscribed before me:
On this 7th day of January , 2019
Notary Public, State of Arizona
My Commission Expires: Feb. 18, 2022



NATHANIEL EKLUND
Notary Public · Arizona
Maricopa County
My Comm. Expires Feb 18, 2022

SEAL

E

X

H

I

B

I

T


A



| To: | Marilyn Marks |
| --- | --- |
| From: | Christopher Brill, Senior Data Analyst |
| Date: | January 5th 2019 |
| Subject: | Exhibit A: Analysis of the 2018 Georgia Lt. Governor undervote |

## Research Summary

The purpose of this analysis is to examine for possible irregularities in the number of votes cast for the 2018 Lieutenant Governor's election in Georgia. TargetSmart was approached by Marilyn Marks, Executive Director, for the Coalition for Good Governance to examine what appeared to be a significantly lower number of votes being cast for the Lt. Governor's election than all other statewide constitutional offices in the November 6, 2018 election

TargetSmart is considered an industry leader in voter data and political campaign services.  In addition to maintaining a nationwide voter file, TargetSmart also maintains a nationwide repository of election results allowing us to examine electoral trends across states and time.  For this project, the lead researcher also has over a dozen years' experience collecting and analyzing publicly available election results.

The primary question we want to probe: "was the undervote that occurred during the Lt. Governor election consistent with historic patterns and do the factors that we know contribute to higher rates of under voting apply to this election?"

<u>After an initial examination of the state, county and precinct level results from the 2018 election in Georgia it is our initial conclusion that the vote totals published cast substantial doubt on the final vote total of the Lt. Governor election.</u>  The undervote that occurred for the Lt Governor election is simply not consistent with patterns of undervote seen previously in Georgia, or around the country.

## Defining Under voting

Before presenting our case, it may help to define terms. Quite simply, an undervote occurs when a voter decides, or by accident, does not vote for a specific office or issue on the ballot. While voters might have countless motivations while in the voting booth on what they do and do not vote for, when it comes to under voting there are generally 3 variables that are most associated with high undervote rates:

1) **Low visibility**:  If an election on a ballot is not well known to the public, is further down the ballot, or both then a higher undervote is likely to occur.  For instance, an office such as 'Community College District Board' might generally suffer from high rates of under voting because voters are not familiar with the office or do not know any of the candidates.

2) **Non-Partisan/Lack of partisan cues**:  If an election on a ballot is non-partisan, that election may experience a higher rate of under voting.  Research shows that voters tend to use a candidate's party affiliation as a 'cue' for whether they should vote one way or another, even if they are unsure who the candidate is.  When this cue is not present for non-partisan elections, more voters are likely to skip the contest altogether, resulting in higher rates of under voting.

3) **Uncompetitive election/Only one major party on the ballot**:  If an election is not competitive, or only one major party has a candidate on the ballot, and is near assured victory before Election Day, under voting tends to be higher.  The lower the stakes of the election, the higher the under voting tends to be.

**A Focus on the Lt. Governor Election**

When the vote totals for the 2018 Lt. Governor election are compared to the other 8 statewide constitutional offices an anomaly becomes visible:  Tens of thousands of fewer votes were cast for Lt Governor than any of the other elected offices at the top of the ballot. Table 1 below compares the number of votes cast for Governor in 2018 to the remaining statewide, partisan, constitutional offices.

**Table 1: Total 2018 Undervote by Office**

| Office | 2018 | Under Vote | Drop Off vs Gov |
|---|---|---|---|
| Governor | 3,939,328 | | |
| Lt. Governor | 3,780,304 | **-159,024** | **4.0%** |
| Secretary of State | 3,883,594 | -55,734 | 1.4% |
| Attorney General | 3,862,370 | -76,958 | 2.0% |
| Commissioner of Agriculture | 3,843,480 | -95,848 | 2.4% |
| Commissioner of Insurance | 3,861,625 | -77,703 | 2.0% |
| State School Superintendent | 3,862,464 | -76,864 | 2.0% |
| Commissioner of Labor | 3,849,450 | -89,878 | 2.3% |

Based on our understanding of the factors that encourage higher rates of under voting (as outlined in the previous section), the Lt. Governor's election would not seem to contain any of the defining variables we usually see when higher than normal under voting occurs.  The Lt Governor's election, position wise on the ballot, was directly below one of the most competitive and highly publicized elections for Governor in years. The election was partisan, and the election was extremely competitive (much like other statewide offices on the ballot), with the winner receiving just 51.6% of the vote. **In short, there is little reason to suspect that under voting should be higher for Lt Governor than any of the other 8 constitutional offices based on its competitiveness, position on the ballot or its partisan classification.** Yet, under voting was more than *two times higher* than under voting for Attorney General, and *three times higher* than that for Secretary of State.  The question becomes, why?

This anomaly becomes more apparent when examining past elections. Table 2 below compares drop off percentages for each of the state's 8 constitutional offices by election cycle since 2002:

**Table 2: % Decrease in votes cast compared to that years gubernatorial contest**

| | 2018 | 2014 | 2010 | 2006 | 2002 |
|---|---|---|---|---|---|
| Lt. Governor | **4.0%** | 0.8% | 0.3% | 1.2% | 0.9% |
| Secretary of State | 1.4% | 0.9% | 0.9% | 2.8% | 1.0% |
| Attorney General | 2.0% | 1.0% | 0.9% | 2.3% | 2.8% |
| Commissioner of Agriculture | 2.4% | 1.6% | 1.2% | 1.8% | 2.1% |
| Commissioner of Insurance | 2.0% | 1.2% | 1.2% | 2.4% | 2.1% |
| State School Superintendent | 2.0% | 1.0% | 0.9% | 1.1% | 1.2% |
| Commissioner of Labor | 2.3% | 1.7% | 1.6% | 3.1% | 2.8% |

In this context, the historic nature of the undervote becomes clear: Since 2002, the undervote percentage compared to Governor, for all constitutional offices has averaged 1.6%.  The 4% drop-off seen here is more than 3 standard deviations away from that mean, further indicating the drop-off seen here is an extreme outlier. Overall, the 4% drop-off between Lt Governor and Governor is the largest gap seen in a mid-term this century in Georgia.

Finally, a quick comparison to similar Lt Governor elections that took place elsewhere in 2018 highlights the strangeness of the result in GA.  Chart 1 below examines the undervote rate in the 9 states with stand alone elections for Lt. Governor in 2018:



Out of all states, only CA had a higher undervote percentage.  Why?  Because in 2018, due to California's top two primary set up, just two Democratic candidates were on the ballot- there were no Republican candidates or third-party candidates for voters to choose from; again, an ingredient for higher rates of under voting.  Minus California, GA's Lt Governor under vote was the highest among all Lt Governor contests in the country in 2018.

### Georgia's 2018 State Representative Elections
Second, an examination of the county and precinct level data from the 2018 election raises additional questions about the reasonableness of the Lt. Governor reported vote tallies. Specifically, if we go even further down the ballot, and examine state representative, otherwise known as 'state house' elections, we see Lt Governor vote totals that are even lower than those for non-competitive state representative elections.

To recap, there were 180 state representative seats up for election in 2018, with as many as 110 of those seats 'uncontested', meaning only 1 major party had a general election candidate on the ballot to choose from.  Not surprisingly, this number of uncontested seats resulted in a smaller number of votes cast for state representative.  In total just 3,470,967 votes were cast for a state representative in Georgia, or 468,351 fewer votes than cast for Governor, an aggregate drop off of almost 12%.  Again, this makes sense based on our knowledge of under voting: uncompetitive or uncontested elections tend to yield smaller vote totals.

With that context present, an analysis of the votes cast across the state's 2,636 precincts show that, inexplicably, more votes were cast for State Representative than Lt Governor in *1,012 precincts, or 38% of all precincts.*  Further, in 137 of those 1,012 precincts, the Democratic candidate for State Representative received 100% of the total votes cast for that contest.  Ultimately this raises the question: **Why would more voters in a precinct vote in an uncontested or uncompetitive State Representative election than for an election further up the ballot that is contested and competitive?**

To further illustrate this point, we compare state representative vote totals to another statewide election with what appear to be normal rates of under voting: Attorney General. In total there were just 410 precincts where there were more votes cast for State Representative than Attorney General. **In just**

**two of those precincts** did the Democratic candidate for State Representative receive 100% of the votes. This would line up with our established expectations: if a down ballot election such as state representative, garnered more votes than a statewide election, it would be in precincts with more locally competitive representative elections, and not where candidates are receiving 100% of the vote.

### Addressing Voter Choice and Vote Method

We believe that the data presented thus far, combined with the necessary context around what variables accompany higher rates of under voting, shows striking irregularities in the total vote for Lt Governor, that ultimately call into question the accuracy of the vote and the legitimacy of the outcome

With that said, we can't ultimately rule out with 100% certainty that a group of voters decided, *intentionally*, to not vote for Lt. Governor. However, what makes this intention even more unlikely is how the under vote for Lt Governor breaks down when comparing **vote method**. In this context, vote method refers to how a voter decided to cast their ballot- either through mail in absentee, in person early voting (or 'advance voting') and finally Election Day voting at the polls. Early voting and Election Day voting are conducted on electronic machines and mail in absentee is voted on paper ballots.

After examining county level results released by the Secretary of State, we found that there were significant differences in the Lt Governor under vote, depending on the method of vote. For instance, the voting machine election day under vote was approximately 4.5%, while the undervote was as little as 1% among absentee by mail voters, who voted on paper. This is an additional oddity in the data, especially when, as chart 2 demonstrates below, under vote rates are more consistent across method of voting for other offices such as Secretary of State (SOS) and Attorney General (AG):



According to data on the GA voter file, absentee voters tended to skew somewhat older, more Democratic (according to our partisanship modeling) and more African American; but it is unlikely that such a modest skew could have accounted for such a large difference in the under vote between absentee and election day voters. **Therefore, if voters were deliberately under voting in the Lt Governor election, why would that not be consistent across all vote methods? Instead, we would speculate that the key difference here is the technology that is being used to administer absentee votes vs in person votes, and not differences in the voters who selected one vote method or the other.**

## Conclusion

In conclusion, based on our analysis of the publicly available data, it is our opinion that the undervote totals reflected in the Lt Governor's race are extremely suspect and irregular and cast a serious doubt over the accuracy of the final vote count and the certified outcome of the Lt. Governor's contest.

E
X
H
I
B
I
T

B

# Christopher A. Brill

826 E Lamar Rd
Phoenix AZ 85014

602-295-3389
cbrillaz@gmail.com

## Employment History

**Senior Data Analyst**
TARGETSMART COMMUNICATIONS
Phoenix, AZ.  Feb 2013 to Present
- Currently provide support and data analysis to progressive issue and candidate campaigns as well as 501c(3) and c(4) organizations around the United States with a focus on helping clients optimize and execute outreach programs.
- Currently manage the data and targeting efforts for Arizona based progressive coalitions such as Arizona Wins and One Arizona.
- Lead project manager for TargetSmart's 'ElectionBase': a nationwide precinct level election database, merged with voter file and other data sets, in order to provide comprehensive district level profiles and Democratic performance projections.
- Lead client services representative for a wide range of organizations such as America Votes and the Democratic Legislative Campaign Committee (DLCC)

**National Data Director**
DEMOCRATIC NATIONAL COMMITTEE (DNC)
Washington D.C.  Aug 2011 to Jan 2013
- Managed a 7-figure budget as well as a team of 9 people and was responsible for the day to day operations of the DNC data department including data acquisition, analysis and data support services.
- Lead director for the committee's national voter file.  Coordinated with the presidential campaign, other national committees and all 50 state parties on voter file, data services and support needs.
- Managed day-to-day vendor and consultant relationships in relation to the national voter file, as well as developed in-house data testing to inform vendor selection process.

**Acquisitions Manager**
DEMOCRATIC NATIONAL COMMITTEE (DNC)
Washington D.C.  Apr 2010 to Aug 2011
- Led the data acquisition team at the DNC and was responsible for acquiring voter file data nationwide as well as establishing a national voter file and data update schedule.
- Provided voter file and data support to state party committees, other national party committees such as the DCCC, DSCC and Organizing for America.

**Elections and Targeting Director**
ARIZONA DEMOCRATIC PARTY (ADP)
Phoenix AZ.  June 2008- April 2010
- Developed and implemented the Coordinated Campaign's vote by mail application chase program in 2008 as well as Permanent Early Voter sign up programs in 2009.
- Compiled and aggregated data to provide daily and weekly briefings with campaign principals, partner organizations and ADP staff.
- Provided voter targeting and data assistance to campaigns, elected officials and party leaders.

**Voter File Director**
ARIZONA DEMOCRATIC PARTY (ADP)
Phoenix AZ. June 2006- June 2008
- Maintained statewide voter file by coordinating with state, county and city election officials, party staff and data vendors.
- Cultivated relationships with key ADP stakeholders with the goal of promoting the use of a single statewide voter file for local party affiliates and candidates.
- Developed voter file training programs for state party staff, volunteers and candidates.

## Skills and Core Competencies

- Core competencies include project management, data acquisition, manipulation and cleaning (data wrangling) visualization, research, and analysis.
- Proficient in multiple progressive software platforms such as NGP-VAN, Blocks, Q-Tool, M-Tool, RegTrak, Grassroots Unwired and Hustle.
- Proficient in data manipulation using tools such as using SQL, R, Vertica and Alteryx.
- Proficient in mapping platforms using ArcGis and Google Fusion Tables.
- Proficient in Microsoft Office products including Outlook, Excel, Word and PowerPoint.

## Education

UNIVERSITY OF NEW MEXICO, Albuquerque NM. 2002-2006
Studies leading to a BACHELORS of ARTS in Political Science

E
X
H
I
B
I
T

C

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

**COALITION FOR GOOD
GOVERNANCE, RHONDA J.
MARTIN, SMYTHE DUVAL, AND
JEANNE DUFORT,**

          **Plaintiffs,**

    **v.**

**ROBYN A. CRITTENDEN,
Secretary of State of Georgia,
et al.,**

          **Defendants.**

**CIVIL ACTION FILE
NO. 2018CV31348**

## AFFIDAVIT OF MICHAEL S. JOHNSON

Appeared before me, the undersigned officer duly authorized to administered oaths,

MICHAEL S. JOHNSON ("Affiant") who, after being sworn, states as follows:

1.     I am of lawful age and give this affidavit based on my personal knowledge.

2.     I am a registered voter in Cobb County, Georgia.

3.     I was appointed as a statewide poll watcher for the November 6, 2018 election, by the Libertarian Party of Georgia. I observed activites at various polling places in the metro Atlanta area during early voting and on Election Day.

4.     On November 6, Election Day morning, I observed the voting activities at Grady High School polling place which includes precincts, 02J, 02K, and 06G. I spent approximately

Page 1

twenty minutes observing at the Grady High School polling place. Grady High School is in Atlanta and Fulton County, Georgia.

5.     I observed ten (10) DRE voting machines in use during my visit which lasted about 20 minutes. I did not observe any spare DRE units, or units that were not in service.

6.     I did not notice any malfunctioning or problems with machines during my brief visit.

7.     The line of voters awaiting the use of machines was quite long and snaked around the interior of gymnasium. I noticed the inadequate number of machines for use and asked a pollworker about the bottleneck at the machines. She replied that there were not enough machines.

8.     The picture of the Grady High School polling place attached as Exhibit A is an accurate reflection of the set up of the polling place with 10 DRE machines as I observed it on the morning of November 6.

9.     I received the picture from Marilyn Marks of Coalition for Good Governance. I understand that the picture on Election Day morning was taken as part of a video by an HBO film crew. I met this film crew at other polling locations during the day as they were filming Georgia voting activities.

Further affiant sayeth not.

Michael S. Johnson

Sworn to and subscribed before me:
On this ___ day of _____, 2019
_____
Notary Public, State of _____
My Commission Expires: _____

**SEAL**

Page 2

Page 764

E

X

H

I

B

I

T


A



E
X
H
I
B
I
T

D

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| COALITION FOR GOOD GOVERNANCE, RHONDA J. MARTIN, SMYTHE DUVAL, AND JEANNE DUFORT, | |
| Plaintiffs, v. | CIVIL ACTION FILE NO. 2018CV31348 |
| ROBYN A. CRITTENDEN, Secretary of State of Georgia, et al., | |
| Defendants. | |

## AFFIDAVIT OF TARAN GREENWALD

Appeared before me, the undersigned officer duly authorized to administered oaths, TARAN GREENWALD ("Affiant") who, after being sworn, states as follows:

1.    I am an analayst for Coaltion for Good Governance, a Plaintiff in this action.

2.    For the November 6, 2018 Georgia general election,  I was a volunteer for candidates and various election transparency advocacy groups seeking to document reports of election results by photographing the DRE machine poll tapes once they were posted on the doors of the polling places after the closing of the polls and the printing of the machine tapes.

3.    In Fulton County, after the close of the polls, machine results for each machine in operation in the polling place on Election Day are printed and one copy of each DRE machine tape is posted to or near the door of the polling place for public observation.

4.     I took photographs at several polling places on the evening of November 6, shortly after the tapes had been posted.  I took the photos of 14 DRE machine tapes at Grady High School polling place in Atlanta at approximately 9 p.m.

5.     Those photographs are on Exhibit A. I prepared this exhibit from my original photographs and have not altered or edited the contents of the machine tapes.

6.     With the assistance of Coalition for Good Governance's other part time analyst, Samantha Whitley, I prepared a transcript of the information on the tape photographs. That transcript on Exhibit B.

7.     Ms. Whitley and I also reviewed the officially reported tallies on the Secretary of State's website for each race for each precinct located in the Grady High School polling place. Those were precincts 02J, 02K, and O6G. The Secretary of State's website showing Fulton County results is  https://results.enr.clarityelections.com/GA/Fulton/91700/Web02.221448/#/

8.     The above referenced  Secretary of State results exclude write-in votes, which we accounted for on the worksheet in Exhibit B.

9.     Coalition for Good Governance obtained the Grady High School polling place recap sheet (Exhibit C) through a public reords request to Fulton County Elections Office. The recap sheet lists the ten (10) DRE machine by serial numbers that were assigned to the Grady polling place.  Eight (8) machine serial numbers match the machine serial numbers on the 14 poll tapes. Severn (7) machine tapes were posted on the door that were not listed on the  polling place recap sheet. All 14 poll tapes showed print times of approximately 7:30 pm as would be expected after 7pm poll closing time.

10.    I have collected photographs of election night machine poll tapes from a number of other polling places from other voluteers and citizens who shared them with Coalition for Good Governance.

11.    One of the sets of election night photos I obtained was Midvale Elementary School in DeKalb County. Exhibit D is a pdf compliation of the photographs that I received from other citizens who took this photographs. The photographs can be compared to DeKalb County's copy of these tapes to verify the accuracy of the data.

12.    I prepared Exhibit E by comparing the Secretary of State's vote tallies by precinct for DeKalb County posted at this link,

https://results.enr.clarityelections.com/GA/DeKalb/91684/Web02.221448/#/ to the Election Day vote tallies with the Midvale polling place tape on Exhibit D.

Further Affiant sayeth not.

_____
Taran Greenwald

Sworn to and subscribed before me:
On this 7th day of JANUARY , 2019
_____
Notary Public, State of _____GA_____
My Commission Expires: ____5/16/22____          SEAL



E
X
H
I
B
I
T

A

ELECTION RESULTS REPORT
************************
Fulton County
State of
Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:        280{00
        02J, 02K & 06G
MACHINE ID:           2
VERSION:  2     COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4.5.2
REPORT:        US 1.14.7

TIME: 19:26  11/06/2018
MACHINE SERIAL:   124301
PUBLIC COUNTER:      149
SYSTEM COUNTER:     2122

************************
** PRECINCT:      220 **
          02J
************************
BALLOTS CAST          89
************************
GOVERNOR
RACE #   3

B. KEMP (R)           11
S. ABRAMS (D)         75
T. METZ (L)            3
Write-in               0
# WRITE-INS            0

```
***************************
BALLOTS CAST          89
***************************
GOVERNOR
RACE #   3

B. KEMP (R)           11
S. ABRAMS (D)         75
T. METZ (L)            3
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)         13
S. R. AMICO (D)       73
Write-in               1
# WRITE-INS            1
Write In Candidates
Ballot Candidate
820225 DYLAN SAGER
***************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)  11
J. BARROW (D)         71
S. DUVAL (L)           6
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
ATTORNEY GENERAL
```

```
***************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R         15
C. BAILEY (D)         72
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R        20
F. SWANN (D)          66
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)           12
J. LAWS (D)           68
D. FOSTER (L)          7
Write-in               0
# WRITE-INS            0
Write In Candidates
```

STATE SCHOOL SUPERINTENDENT
RACE # 15

R. WOODS (I) R            17
D. THORNTON, JR. (D)      68
Write-in                   1
# WRITE-INS                1
Write In Candidates
Ballot Candidate
164866 SID CHAPMAN
*************************
LABOR COMMISSIONER
RACE # 17

M. BUTLER (I) R           17
R. KEATLEY (D)            69
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
PSC EATON
RACE # 19

C. EATON (I) R            14
L. MILLER (D)             68
R. GRAHAM (L)              6
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************

PSC PRIDEMORE
RACE # 21

T. PRIDEMORE (I) R        12
D. A. RANDOLPH (D)        68
J. TURPISH (L)             7
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 5
RACE # 40

J. R. LEWIS (I) D         80
Write-in                   1
# WRITE-INS                1
Write In Candidates
Ballot Candidate
718390 ALEXANDER PAUL LORENZ
*************************
US HOUSE 6
RACE # 55

K. HANDEL (I) R            0
L. MCBATH (D)             0
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 11
RACE # 65

B. LOUDERMILK (I) R       0
F. D. BROADY, JR (D)      0
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************



```
************************
   ELECTION RESULTS REPORT
************************
          Fulton County
           State of
       Georgia General Election

           November 6, 2018
DATE: Nov-06-2018
POLL CTR:            280¦00
         02J, 02K & 06G
MACHINE ID:              3
VERSION: 2      COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:      ---US 1,14,7

TIME: 19:26  11/06/2018
MACHINE SERIAL:    136081
PUBLIC COUNTER:       141
SYSTEM COUNTER:      1271

************************
** PRECINCT:      220 **
            02J
************************
BALLOTS CAST          78
************************
GOVERNOR
RACE #    3

        (R)            8
```

GOVERNOR
RACE #   3

| | |
|---|---|
| B. KEMP (R) | 8 |
| S. ABRAMS (D) | 68 |
| T. METZ (L) | 2 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
**************************
LT GOVERNOR
RACE #   5

| | |
|---|---|
| G. DUNCAN (R) | 9 |
| S. R. AMICO (D) | 67 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
**************************
SECRETARY OF STATE
RACE #   7

| | |
|---|---|
| B. RAFFENSPERGER (R) | 8 |
| J. BARROW (D) | 66 |
| S. DUVAL (L) | 4 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
**************************
ATTORNEY GENERAL
RACE #   9

| | |
|---|---|
| C. CARR (I) R | 14 |
| C. BAILEY (D) | 64 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
**************************

AGRICULTURE COMMISSIONER
RACE #   11

| | |
|---|---|
| G. BLACK (I) R | 21 |
| F. SWANN (D) | 54 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
**************************
INSURANCE COMMISSIONER
RACE #   13

| | |
|---|---|
| J. BECK (R) | 13 |
| J. LAWS (D) | 56 |
| D. FOSTER (L) | 4 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
**************************
STATE SCHOOL SUPERINTENDENT
RACE #   15

| | |
|---|---|
| R. WOODS (I) R | 20 |
| D. THORNTON, JR. (D) | 58 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
**************************
LABOR COMMISSIONER
RACE #   17

| | |
|---|---|
| M. BUTLER (I) R | 17 |
| R. KEATLEY (D) | 58 |
| Write-in | 0 |
| # WRITE-INS | 0 |

PSC EATON
RACE #  19

C. EATON (I) R           7
L. MILLER (D)           62
R. GRAHAM (L)            5
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
PSC PRIDEMORE
RACE #  21

T. PRIDEMORE (I) R      12
D. A. RANDOLPH (D)      58
J. TURPISH (L)           4
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 5
RACE #  40

J. R. LEWIS (I) D       72
Write-in                 1
# WRITE-INS              1
Write In Candidates
Ballot Candidate
506146 CLARK HOWARD
*************************

STATE SENATE 36
RACE #  145

N. ORROCK (I) D         69
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
STATE HOUSE 58
RACE #  355

P. CANNON (I) D         69
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
CO COMM CHAIRPERSON
RACE #  450

R. PITTS (I) D          70
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
SOIL AND WATER
RACE #  550

W. S. REKUC, JR (I)     50
J. R. ULSETH            36
Write-in                 0
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
CONST AMENDMENT 1
RACE #  500

YES                     67
NO                      11
*************************
CONST AMENDMENT 2
RACE #  570

```
************************
    ELECTION RESULTS REPORT
************************
        Fulton County
          State of
    Georgia General Election

        November 6, 2018
DATE: Nov-06-2018
POLL CTR:         280100
        02J, 02K & 06G
MACHINE ID:            4
VERSION:  2    COPY:  0
COUNT:    0   SIZE:  32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:        US 1,14,7

TIME: 19:31  11/06/2018
MACHINE SERIAL:   143944
PUBLIC COUNTER:      140
SYSTEM COUNTER:     1386

************************
***  SUMMARY TOTALS
************************

BALLOTS CAST BY PRECINCT
  PRECINCT      QUANTITY
     220            83
     225            42
     700            15

TOTAL BALLOTS       140

************************
GOVERNOR
RACE #   3

R. KEMP (R)          21
S. ABRAMS (D)       113
```

```
************************
GOVERNOR
RACE #   3

B. KEMP (R)          21
S. ABRAMS (D)       113
T. METZ (L)           5
Write-in              1
# WRITE-INS           1
Write In Candidates
Ballot Candidate
147243 NATHAN DEAL
************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)        26
S. R. AMICO (D)     110
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R) 22
```

SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)   22
J. BARROW (D)          107
S. DUVAL (L)           11
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
*************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R          27
C. BAILEY (D)          111
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
*************************
AGRICULTURE COMMISSIONER
RACE #   11

G. BLACK (I) R         35
F. SWANN (D)           97
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
*************************
INSURANCE COMMISSIONER
RACE #   13

J. BECK (R)            24
J. LAWS (D)            99
D. FOSTER (L)          8
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate

STATE SCHOOL SUPERINTENDENT
RACE #   15

R. WOODS (I) R         36
O. THORNTON, JR. (D)   95
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***********************
LABOR COMMISSIONER
RACE #   17

M. BUTLER (I) R        30
R. KEATLEY (D)         100
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***********************
PSC EATON
RACE #   19

C. EATON (I) R         22
L. MILLER (D)          103
R. GRAHAM (L)          7
Write-in               0
# WRITE-INS            0
Write In Candidates

```
************************
PSC PRIDEMORE
RACE #  21


T. PRIDEMORE (I) R      23
D. A. RANDOLPH (D)      98
J. TURPISH (L)           9
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
US HOUSE 5
RACE #  40

J. R. LEWIS (I) D      121
Write-in                 5
# WRITE-INS              5
Write In Candidates
Ballot Candidate
820920 ANYBODY ELSE
716377 ANYONE ELSE PLEASE
668742 JOHN WAYNE
623867 NOT HIM
729416 TED TURNER
************************
US HOUSE 6
RACE #  55

K. HANDEL (I) R          0
L. MCBATH (D)            0
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
US HOUSE 11
```

```
US HOUSE 13
RACE #   73


D. CALLAHAN (R)          0
D. SCOTT (I) (D)         0
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
STATE SENATE 36
RACE #  145


N. ORROCK (I) D        119
Write-in                 2
# WRITE-INS              2
Write In Candidates
Ballot Candidate
623867 NO
820920 TTT
************************
STATE HOUSE 58
```

G23001 NO
820920 TTT
***************************
STATE HOUSE 58
RACE # 355

P. CANNON (I) D          120
Write-in                   1
# WRITE-INS                1
Write In Candidates
Ballot Candidate
623867 NO
***************************
CO COMM CHAIRPERSON
RACE # 450

R. PITTS (I) D           118
Write-in                   2
# WRITE-INS                2
Write In Candidates
Ballot Candidate
623867 NO
398108 NO GULCH
***************************
SOIL AND WATER
RACE # 550

W. S. REKUC, JR (I)       83
J. R. ULSETH              69
Write-in                   1
Write-in                   0
# WRITE-INS                1
Write In Candidates
Ballot Candidate
34321 JAHN KHAN
***************************
CONST AMENDMENT 1
RACE # 560

YES                      121
NO                        17
***************************
CONST AMENDMENT 2
RACE # 570

YES                       78
NO                        58
***************************

****!*******************
ELECTION RESULTS REPORT
***********************
Fulton County
State of
Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:        280N00
        02J, 02K & 06G
MACHINE ID:           5
VERSION: 2     COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:      US 1,14,7

TIME: 19:29  11/06/2018
MACHINE SERIAL:   129841
PUBLIC COUNTER:      138
SYSTEM COUNTER:     2375

***********************
*** SUMMARY TOTALS
***********************

BALLOTS CAST BY PRECINCT
PRECINCT        QUANTITY
    220              83
    225              39
                     16
                      *
TOTAL BALLOTS        138

```
****************************
GOVERNOR
RACE #   3

B. KEMP (R)              18
S. ABRAMS (D)           117
T. METZ (L)               2
Write-in                  1
# WRITE-INS               1
Write In Candidates
Ballot Candidate
072507 LEE ANN ROTH GAMBLE
****************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)            18
S. R. AMICO (D)         114
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
****************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)    19
J. BARROW (D)          109
S. DUVAL (L)             5
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
****************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R           22
C. BAILEY (D)          111
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
****************************
```

```
AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R          28
F. SWANN (D)           102
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
****************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)             19
J. LAWS (D)            104
D. FOSTER (L)            9
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
****************************
STATE SCHOOL SUPERINTENDENT
RACE #  15

R. WOODS (I) R          22
O. THORNTON, JR. (D)   109
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
****************************
LABOR COMMISSIONER
RACE #  17

M. BUTLER (I) R         18
R. KEATLEY (D)         109
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
****************************
```

```
*************************
PSC EATON
RACE #  19

C. EATON (I) R        20
L. MILLER (D)        105
R. GRAHAM (L)          4
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
*************************
PSC PRIDEMORE
RACE #  21

T. PRIDEMORE (I) R    19
D. A. RANDOLPH (D)   104
J. TURPISH (L)         6
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 5
RACE #  40

J. R. LEWIS (I) D    123
Write-in               3
# WRITE-INS            3
Write In Candidates
Ballot Candidate
15128 ANYBODY ELSE
59890 ERIC BROWN
47575 ROD WINGATE
*************************
S HOUSE 6
ACE #  55

    HANDEL (I) R       0
    HEATH (D)          3
    -in                0
    WRITE-INS
    tte In Candidates
    llot Candidate
*************************
```

```
*************************
ATE SENATE 36
CE # 145

ORROCK (I) D         123
te-in                  2
WRITE-INS              2
te In Candidates
lot Candidate
124 ANYBODY ELSE
575 TOM HARP
*************************
TE HOUSE 58
E # 355

CANNON (I) D         123
te-in                  2
RITE-INS               2
te In Candidates
lot Candidate
124 ANYBODY ELSE
575 MONA CONMAN
*************************
OMM CHAIRPERSON
  # A50

LTTS (I) D           119
e-in                   3
ITE-INS                3
e In Candidates
ot Candidate
24 ANYBODY ELSE
54 DONALD DUCK
75 WALTER SMITH
*************************
AMU WATER
  # 550
```



```
**************************
        ELECTION RESULTS REPORT
**************************
            Fulton County
              State of
        Georgia General Election

              November 6, 2018
DATE: Nov-06-2018
POLL CTR:              280000
          02J, 02K & 06G
MACHINE ID:                 6
VERSION:  2      COPY: 0
COUNT:     0   SIZE:  32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:        US 1,14,7


TIME: 19:26  11/06/2018
MACHINE SERIAL:     133778
PUBLIC COUNTER:         125
SYSTEM COUNTER:        8130


*************************
***   SUMMARY TOTALS
*************************


BALLOTS CAST BY PRECINCT
  PRECINCT          QUANTITY
      220                 61
      225                 56
      700                  8

TOTAL BALLOTS           125
```

```
*************************
GOVERNOR
RACE #   3

B. KEMP (R)            18
S. ABRAMS (D)         107
T. METZ (L)             2
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)          20
S. R. AMICO (D)       105
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)   17
J. BARROW (D)         102
S. DUVAL (L)            5
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R          23
C. BAILEY (D)         101
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
```

```
Write In Candidates
Ballot Candidate
*************************
AGRICULTURE COMMISSIONER
RACE #   11

G. BLACK (I) R         26
F. SWANN (D)           95
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
INSURANCE COMMISSIONER
RACE #   13

J. BECK (R)            19
J. LAWS (D)            97
D. FOSTER (L)           7
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
STATE SCHOOL SUPERINTENDENT
RACE #   15

R. WOODS (I) R         22
O. THORNTON, JR. (D)  101
Write-in      *   *     0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
LABOR COMMISSIONER
RACE #   17

M. BUTLER (I) R        20
R. KEATLEY (D)        101
Write-in                1
# WRITE-INS             1
Write In Candidates
Ballot Candidate
```

```
*************************
PSC EATON
RACE #  19


C. EATON (I) R          20
L. MILLER (D)           97
R. GRAHAM (L)            6
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
PSC PRIDEMORE
RACE #  21


T. PRIDEMORE (I) R      20
D. A. RANDOLPH (D)      98
J. TURPISH (L)           4
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 5
RACE #  40


J. R. LEWIS (I) D      115
Write-in                 3
# WRITE-INS              3
Write In Candidates
Ballot Candidate
740943 ANYONE ELSE
       CHARLES WALKER
       NANCY BOWERS
```

```
*************************
STATE SENATE 36
RACE # 145


N. ORROCK (I) D        115
Write-in                 1
# WRITE-INS              1
Write In Candidates
Ballot Candidate
740943 CHARLES WALKER
*************************
STATE HOUSE 58
RACE # 355


P. CANNON (I) D        111
Write-in                 2
# WRITE-INS              2
Write In Candidates
Ballot Candidate
740943 CHSRLES WALKER
342140 NANCY BOWERS
*************************
CO COMM CHAIRPERSON
RACE # 450


R. PITTS (I) D         114
Write-in                 1
# WRITE-INS              1
Write In Candidates
Ballot Candidate
740943 CHARLES WALKER
*************************
SOIL AND WATER
```

SOIL AND WATER
RACE # 550

W. S. REKUC, JR (I)        88
J. R. ULSETH              69
Write-in                   1
Write-in                   1
# WRITE-INS                2
Write In Candidates
Ballot Candidate
583353 GEORGE FOREMAN
583353 LEBRON JAMES
*************************
CONST AMENDMENT 1
RACE # 560

YES                      110
NO                        13
*************************
CONST AMENDMENT 2
RACE # 570

YES                       58
NO                        61
*************************
CONST AMENDMENT 3
RACE # 580

YES                       60
NO                        93
*************************
CONST AMENDMENT 6
RACE # 590

YES                       92
NO                        91
*************************
CONST AMENDMENT 4
RACE # 590

YES
*************************

---

************************
ELECTION RESULTS REPO
*************************
Fulton County
State of
Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:         280P00
02J, 02K & 06G
MACHINE ID:            7
VERSION: 2    COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:     US 1,14,7

TIME: 19:27  11/06/2018
MACHINE SERIAL:  110984
PUBLIC COUNTER:     135
SYSTEM COUNTER:    5071

*************************
*** SUMMARY TOTALS
*************************

BALLOTS CAST BY PRECINCT
PRECINCT         QUANTITY
220                   78
225                   40
7                     17

TOTAL BALLOTS        135

*************************
GOVERNOR

```
**************************
GOVERNOR
RACE #   3

B. KEMP (R)              18
S. ABRAMS (D)           117
T. METZ (L)               0
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
**************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)            20
S. R. AMICO (D)         110
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
**************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)    22
J. BARROW (D)          105
S. DUVAL (L)             5
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
**************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R           24
```

```
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R            24
C. BAILEY (D)           107
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
**************************
AGRICULTURE COMMISSIONER
RACE #   11

G. BLACK (I) R           29
F. SWANN (D)            100
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
**************************
INSURANCE COMMISSIONER
RACE #   13

J. BECK (R)              23
J. LAWS (D)             100
D. FOSTER (L)             6
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
**************************
STATE SCHOOL SUPERINTENDENT
RACE #   15

R. WOODS (I) R           27
R. THORNTON, JR. (D)    102
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
```

```
***************************
LABOR COMMISSIONER
RACE #  17


M. BUTLER (I) R        27
R. KEATLEY (D)        101
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***************************
PSC EATON
RACE #  19


C. EATON (I) R         23
L. MILLER (D)         102
R. GRAHAM (L)           6
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***************************
PSC PRIDEMORE
RACE #  21


T. PRIDEMORE (I) R     25
D. A. RANDOLPH (D)    101
J. TURPISH (L)          4
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***************************
US HOUSE 5
RACE #  40
```

```
STATE SENATE 36
RACE #  145


N. ORROCK (I) D       114
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***************************
STATE HOUSE 58
RACE #  355


P. CANNON (I) D       114
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***************************
CO COMM CHAIRPERSON
RACE #  450


R. PITTS (I) D        111
Write-in                1
# WRITE-INS             1
Write In Candidates
Ballot Candidate
152278 OLAF
***************************
SOIL AND WATER
RACE #  550
```

CONST AMENDMENT 1
RACE # 560

YES                          119
NO                            12
**************************
CONST AMENDMENT 2
RACE # 570

YES                           65
NO                            59
**************************
CONST AMENDMENT 3
RACE # 580

YES                           84
NO                            43
**************************
CONST AMENDMENT 4
RACE # 590

YES                           90
NO                            42
**************************
CONST AMENDMENT 5
RACE # 600

YES                           90
NO                            33
**************************
REFERENDUM A
RACE # 610

****************************
ELECTION RESULTS REPORT
****************************
Fulton County
State of
Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:          280900
          02J, 02K & 06G
MACHINE ID:              8
VERSION: 2    COPY: 0
COUNT:  0  SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:      US 1, 14, 7

TIME: 19:28  11/06/2018
MACHINE SERIAL:    125680
PUBLIC COUNTER:       140
SYSTEM COUNTER:      1518

****************************
***  SUMMARY TOTALS
****************************

BALLOTS CAST BY PRECINCT
PRECINCT        QUANTITY
      220              85
      225              39
      700              16

TOTAL BALLOTS         140

****************************
GOVERNOR
RACE #     2

```
TOTAL BALLOTS        140

**************************
GOVERNOR
RACE #   3

B. KEMP (R)           15
S. ABRAMS (D)        124
T. METZ (L)            1
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)         19
S. R. AMICO (D)      115
Write-in               1
# WRITE-INS            1
Write In Candidates
Ballot Candidate
977068 JOE BIDEN
**************************
SECRETARY OF STATE
RACE #   7

RAFFENSPERGER (R)    16
J. BARROW (D)        109
S. DUVAL (L)          11
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R         22
C. BAILEY (D)        111
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
**************************
```

```
**************************
AGRICULTURE COMMISSIONER
RACE #  11

. BLACK (I) R         31
. SWANN (D)          103
rite-in                0
 WRITE-INS             0
 ite In Candidates
allot Candidate
**************************
NSURANCE COMMISSIONER
CE #  13

 BECK (R)             20
 LAWS (D)            103
 FOSTER (L)            7
ite-in                 0
WRITE-INS              0
te In Candidates
 lot Candidate
**************************
TE SCHOOL SUPERINTENDENT
E #  15

WOODS (I) R           29
THORNTON, JR. (D)    102
te-in                  0
RITE-INS               0
te In Candidates
lot Candidate
**************************
R COMMISSIONER
 #  17

UTLER (I) R           24
EATLEY (D)           106
e-in                   0
ITE-INS                0
 In Candidates
t Candidate
**************************
```

```
*********************
  ELECTION RESULTS REPORT
*************************
      Fulton County
        State of
  Georgia General Election

     November 6, 2018
DATE: Nov-06-2018
POLL CTR:      280R00
     02J, 02K & 06G
MACHINE ID:         9
VERSION: 2     COPY: 0
COUNT:   0  SIZE: 32M
ACCU-VOTE RELEASE: 4.5.2
REPORT:     US 1,14,7

TIME: 19:24  11/06/2018
MACHINE SERIAL:   107677
PUBLIC COUNTER:      136
SYSTEM COUNTER:     5229

************************
*** SUMMARY TOTALS
************************

BALLOTS CAST BY PRECINCT
 PRECINCT      QUANTITY
    220           69
    225           47
    700           20

TOTAL BALLOTS     136

************************
```

```
GOVERNOR
RACE #   3

B. KEMP (R)          26
S. ABRAMS (D)       105
T. METZ (L)           5
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
***********************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)        35
S. R. AMICO (D)      98
Write-in              1
# WRITE-INS           1
Write In Candidates
Ballot Candidate
655732 TED METZ
***********************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R) 28
```

```
RACE #   7

B. RAFFENSPERGER (R)   28
J. BARROW (D)          99
S. DUVAL (L)            6
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
ATTORNEY GENERAL
RACE #   9

  CARR (I) R            30
  BAILEY (D)           101
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R          38
F. SWANN (D)            93
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
*************************
INSURANCE COMMISSIONER
```

```
************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)            25
J. LAWS (D)            93
D. FOSTER (L)          14
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
************************
STATE SCHOOL SUPERINTENDEN
RACE #  15

R. WOODS (I) R         38
O. THORNTON, JR. (D)   94
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
************************
LABOR COMMISSIONER
RACE #  17

M. BUTLER (I) R        34
```

COMMISSIONER
 # 17

| | |
|---|---|
| K. BUTLER (I) R | 34 |
| R. KEATLEY (D) | 97 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

*************************

PSC EATON
RACE #  19

| | |
|---|---|
| C. EATON (I) R | 28 |
| L. MILLER (D) | 93 |
| R. GRAHAM (L) | 13 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

*************************

PSC PRIDEMORE
RACE #  21

| | |
|---|---|
| T. PRIDEMORE (I) R | 29 |
| D. A. RANDOLPH (D) | 91 |
| J. TURPISH (L) | 13 |
| Write-in | 0 |
| # WRITE-INS | 0 |
| Write In Candidates | |
| Ballot Candidate | |

*************************

US HOUSE 5
RACE #  40

| | |
|---|---|
| J. K. LEWIS (I) D | 113 |
| Write-in | 1 |
| # WRITE-INS | 1 |
| Write In Candidates | |
| Ballot Candidate | |
| 889508 ADAM DANIEL GREY | |
| 448231 ANYONE BUT LEWIS | |
| 173300 BUCKLEY DUKE | |
| 819362 CHRIS CURNICK | |
| 468884 HART WILLOUGHBY | |
| 208405 ME | |
| 655732 TED METZ | |

*************************

STATE SENATE 36
RACE # 145

| | |
|---|---|
| N. ORROCK (I) D | 110 |
| Write-in | 4 |
| # WRITE-INS | 4 |
| Write In Candidates | |
| Ballot Candidate | |
| 173300 BUCKLEY DUKE | |
| 819362 CHRIS CURNICK | |
| 468884 KATHERINE HALL | |
| 655732 TED METZ | |

*************************

STATE HOUSE 58
RACE # 355

| | |
|---|---|
| P. CANNON (I) D | 107 |
| Write-in | 4 |
| # WRITE-INS | 4 |
| Write In Candidates | |
| Ballot Candidate | |
| 173300 BUCKLEY DUKE | |
| 819362 CHRIS CURNICK | |
| 468884 HART WILLOUGHBY | |
| 655732 TED METZ | |

*************************

CO COMM CHAIRPERSON

```
************************
CO COMM CHAIRPERSON
RACE # 450

R. PITTS (I) D          108
Write-in                  5
# WRITE-INS               5
Write In Candidates
Ballot Candidate
173300 BUCKLEY DUKE
819362 CHRIS CURNICK
399513 KRISTIN HALLORAN
 20690 ME
655732 TED METZ
************************
SOIL AND WATER
RACE # 550

W. S. REKUC, JR (I)      88
J. R. ULSETH             78
Write-in                  0
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
************************
CONST AMENDMENT 1
RACE # 560
```



```
************************
 ELECTION RESULTS REP
************************
     Fulton County
       State of
  Georgia General Election

     November 6, 2018
DATE: Nov-06-2018
POLL CTR:        280[00
      02J, 02K & 06G
MACHINE ID:         10
VERSION: 2    COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:       US 1,14,7

TIME: 19:28  11/06/2018
MACHINE SERIAL:   124373
PUBLIC COUNTER:       37
SYSTEM COUNTER:    11546

************************
*** SUMMARY TOTALS
************************

      CAST BY PRECINCT
PRECINCT        QUANTITY
    220             19
    225             17
    700              1

TOTAL BALLOTS       37

************************
```

```
***************************
GOVERNOR
RACE #   3

B. KEMP (R)              4
S. ABRAMS (D)           33
T. METZ (L)              0
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)            5
S. R. AMICO (D)         32
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)     6
L. BARROW (D)           29
D. DUVAL (L)             1
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R            8
C. BAILEY (D)           28
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***************************
```

```
***************************
AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R           9
F. SWANN (D)            28
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)              7
J. LAWS (D)             28
D. FOSTER (L)            1
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***************************
STATE SCHOOL SUPERINTENDENT
RACE #  15

R. WOODS (I) R           8
O. THORNTON, JR. (D)    26
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***************************
LABOR COMMISSIONER
RACE #  17

M. BUTLER (I) R          7
R. KEATLEY (D)          27
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***************************
PSC EATON
RACE #  19

C. EATON (I) R           7
L. MILLER (D)           25
R. GRAHAM (L)            3
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***************************
```

```
****************************
PSC PRIDEMORE
RACE #  21


T. PRIDEMORE (I) R        7
D. A. RANDOLPH (D)       24
I. TURPISH (L)            3
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 5
RACE #  40


J. R. LEWIS (I) D        32
Write-in                  1
# WRITE-INS               1
Write In Candidates
Ballot Candidate
733772 TAYLOR HARRISON
*************************
```

```
*************************
STATE SENATE 35
RACE # 145

N. ORROCK (I) D          32
Write-in                  1
# WRITE-INS               1
Write In Candidates
Ballot Candidate
733772 TAYLOR HARRISON
*************************
STATE HOUSE 58
RACE # 355

P. CANNON (I) D          32
Write-in                  1
# WRITE-INS               1
Write In Candidates
Ballot Candidate
733772 TAYLOR HARRISON
*************************
CO COMM CHAIRPERSON
RACE # 450

R. PITTS (I) D           33
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************
SOIL AND WATER
RACE # 550

W. S. REKUC, JR (I)      20
J. R. ULBETH             10
Write-in                  0
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************
CONST AMENDMENT 1
RACE # 560

YES                      30
NO                        1
*************************
CONST AMENDMENT 2
RACE # 570

YES                      23
NO                       14
*************************
CONST AMENDMENT 3
RACE # 580
```

```
***************************
*   ELECTION RESULTS REPORT
***************************
       Fulton County
         State of
   Georgia General Election


      November 6, 2018
DATE: Nov-06-2018
POLL CTR:        280\00
       02J, 02K & 06G
MACHINE ID:         11
VERSION: 2      COPY: 0
COUNT:    0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:      US 1,14,7

TIME: 19:27  11/06/2018
MACHINE SERIAL:   149744
PUBLIC COUNTER:       44
SYSTEM COUNTER:     5974

***************************
***  SUMMARY TOTALS
***************************


BALLOTS CAST BY PRECINCT
PRECINCT        QUANTITY
    220              22
    225              15
    700               7


TOTAL BALLOTS         44
***************************
```

```
***************************
GOVERNOR
RACE #   3

B. KEMP (R)              13
S. ABRAMS (D)            29
T. METZ (L)               2
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
***************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)            13
S. R. AMICO (D)          30
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
***************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)     11
J. BARROW (D)            30
S. DUVAL (L)              3
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
***************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R            15
C. BAILEY (D)            28
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
***************************
```

```
*********************
GRICULTURE COMMISSIONER
ACE #  11

  BLACK (I) R          16
  SWANN (D)            26
ite-in                 0
WRITE-INS              0
ite In Candidates
llot Candidate
*********************
SURANCE COMMISSIONER
CE #  13

  BECK (R)             13
  LAWS (D)             27
  FOSTER (L)            4
te-in                  0
RITE-INS               0
te In Candidates
lot Candidate
*********************
TE SCHOOL SUPERINTENDENT
E #  15

WOODS (I) R            17
THORNTON, JR. (D)      26
te-in                  0
RITE-INS               0
te In Candidates
ot Candidate
*********************
R COMMISSIONER
#  17

UTLER (I) R            16
EATLEY (D)             26
e-in                   0
ITE-INS                0
e In Candidates
t Candidate
*********************
```

```
*********************
EATON
#   19

TON (I) R              11
LLER (D)               29
AHAM (L)                3
-in                     0
TE-INS                  0
 In Candidates
t Candidate
*********************
RIDEMORE
#   21

DEMORE (I) R           12
RANDOLPH (D)           28
PISH (L)                3
in                      0
E-INS                   0
In Candidates
Candidate
*********************
SE 5
   40

EWIS (I) D             35
in                      1
E-INS                   1
In Candidates
Candidate
NOT
*********************
```



```
*************************
   ELECTION RESULTS REPORT
*************************
        Fulton County
          State of
   Georgia General Election

       November 6, 2018
DATE: Nov-06-2018
POLL CTR:          280]00
         02J, 02K & 06G
MACHINE ID:            12
VERSION: 2    COPY: 0
COUNT:    0  SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:       US 1,14,7


TIME: 19:26  11/06/2018
MACHINE SERIAL:    144033
PUBLIC COUNTER:        35
SYSTEM COUNTER:      5751

*************************
***  SUMMARY TOTALS
***      *************

BALLOTS CAST BY PRECINCT
  PRECINCT      QUANTITY
       220            17
       225            15
       700             3

  TOTAL BALLOTS       35

*************************
```

GOVERNOR
RACE #   3

B. KEMP (R)              7
S. ABRAMS (D)           27
T. METZ (L)              1
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)            9
S. R. AMICO (D)         25
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)     9
J. BARROW (D)           25
S. DUVAL (L)             1
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R            9
C. BAILEY (D)           26
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate

AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R          10
F. SWANN (D)            24
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)             10
J. LAWS (D)             23
D. FOSTER (L)            1
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
STATE SCHOOL SUPERINTENDENT
RACE #  15

R. WOODS (I) R           9
O. THORNTON, JR, (D)    24
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************
LABOR COMMISSIONER
RACE #  17

M. BUTLER (I) R         10
R. KEATLEY (D)          23
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
*************************

```
*****************************
PSC EATON
RACE #  19


C. EATON (I) R              8
L. MILLER (D)              24
R. GRAHAM (L)               1
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
*****************************
PSC PRIDEMORE
RACE #  21


T. PRIDEMORE (I) R          9
D. A. RANDOLPH (D)         23
J. TURPISH (L)              1
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
*****************************
US HOUSE 5
RACE #  40


J. R. LEWIS (I) D          30
Write-in                    2
# WRITE-INS                 2
Write In Candidates
Ballot Candidate
271598  JOHN ADAMS
650976  NICK SABAN
*****************************
```

```
*****************************
STATE SENATE 38
RACE #  185


N. ORROCK (I) D            29
Write-in                    2
# WRITE-INS                 2
Write In Candidates
Ballot Candidate
271598  JOHN ADAMS
650976  NICK SABAN
*****************************
STATE HOUSE 58
RACE #  355


P. CANNON (I) D            29
Write-in                    2
# WRITE-INS                 2
Write In Candidates
Ballot Candidate
271598  JOHN ADAMS
650976  NICK SABAN
*****************************
CO COMM CHAIRPERSON
RACE #  450


R. PITTS (I) D             28
Write-in                    2
# WRITE-INS                 2
Write In Candidates
Ballot Candidate
271598  JOHN ADAMS
650976  NICK SABAN
*****************************
SOIL AND WATER
RACE #  550


W. N. REKUC, JR (I)        18
J. R. ULSETH               17
Write-in                    0
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
*****************************
CONST AMENDMENT 1
RACE #  560


YES
NO                         34
                            0
*****************************
CONST AMENDMENT 2
RACE #  570


YES
NO                         23
```

```
**************************
     ELECTION RESULTS REPORT
**************************
          Fulton County
            State of
      Georgia General Election

          November 6, 2018
DATE: Nov-06-2018
POLL CTR:          280^00
       02J, 02K & 06G
MACHINE ID:          13
VERSION: 2      COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4.5.2
REPORT:       US 1.14.7

TIME: 19:31  11/06/2018
MACHINE SERIAL:    116073
PUBLIC COUNTER:        37
SYSTEM COUNTER:      4718


**************************
***  SUMMARY TOTALS
**************************


BALLOTS CAST      CINCT
PRECINCT        QUANTITY
     220           15
     225           15
     700            7

TOTAL BALLOTS      37
```

```
GOVERNOR
RACE #   3

B. KEMP (R)           8
S. ABRAMS (D)        27
T. METZ (L)           2
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
**************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)        10
S. R. AMICO (D)      24
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
**************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)  9
J. BARROW (D)        25
S. DUVAL (L)          2
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
**************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R        11
C. BAILEY (D)        24
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
```

AGRICULTURE COMMISSIONER
RACE # 11

G. BLACK (I) R           12
F. SWANN (D)             21
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************
INSURANCE COMMISSIONER
RACE # 13

J. BECK (R)               9
J. LAWS (D)              22
O. FOSTER (L)             3
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************
STATE SCHOOL SUPERINTENDENT
RACE # 15

R. WOODS (I) R           12
O. THORNTON, JR. (D)     20
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************
LABOR COMMISSIONER
RACE # 17

M. BUTLER (I) R          10
R. KEATLEY (D)           22
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************

PSC EATON
RACE # 19

C. EATON (I) R            9
L. MILLER (D)            23
R. GRAHAM (L)            3
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************
PSC PRIDEMORE
RACE # 21

T. PRIDEMORE (I) R       9
D. A. RANDOLPH (D)      22
J. TURPISH (L)           3
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************
US HOUSE 5
RACE # 40

J. R. LEWIS (I) D        26
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
*************************



```
**************************
     ELECTION RESULTS REPORT
**************************
        Fulton County
          State of
   Georgia General Election


       November 6, 2018
DATE: Nov-06-2018
POLL CTR:          280_00
        02J, 02K & 06G
MACHINE ID:           14
VERSION: 2      COPY: 0
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:        US 1,14,7


TIME: 19:32  11/06/2018
MACHINE SERIAL:    123643
PUBLIC COUNTER:       39
SYSTEM CO          10292


*************************
***  SUMMARY TOTALS
*************************


BALLOTS CAST BY PRECINCT
   PRECINCT      QUANTITY
      220            17
      225            16
      700             6


  TOTAL BALLOTS        39
*************************
```

GOVERNOR
RACE #   3

B. KEMP (R)             8
S. ABRAMS (D)          30
T. METZ (L)             1
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
LT GOVERNOR
RACE #   5

G. DUNCAN (R)           7
S. R. AMICO (D)        30
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
SECRETARY OF STATE
RACE #   7

B. RAFFENSPERGER (R)    6
J. BARROW (D)          28
S. DUVAL (L)            4
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
ATTORNEY GENERAL
RACE #   9

C. CARR (I) R           8
C. BAILEY (D)          26
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
AGRICULTURE COMMISSIONER
RACE #  11

G. BLACK (I) R         10
F. SWANN (D)           25
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************

**************************
INSURANCE COMMISSIONER
RACE #  13

J. BECK (R)             8
J. LAWS (D)            25
D. FOSTER (L)           4
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
STATE SCHOOL SUPERINTENDENT
RCE #  15

R. WOODS (I) R         11
O. THORNTON, JR. (D)   26
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
LABOR COMMISSIONER
RACE #  17

M. BUTLER (I) R        10
R. KEATLEY (D)         25
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
***************************
PSC EATON
RACE #  19

C. EATON (I) R          9

PSC EATON
RACE #  19

C. EATON (I) R              9
L; MILLER (D)             24
R. GRAHAM (L)              4
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
**************************
PSC PRIDEMORE
RACE #  21

T. PRIDEMORE (I) R         8
D. A. RANDOLPH (D)        25
J. TURPISH (L)             4
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
**************************
US HOUSE 5
RACE #  40

J. R. LEWIS (I) D         33
Write-in                   1
# WRITE-INS                1
Write In Candidates
Ballot Candidate
721789 RICK FLAIR
**************************

STATE SENATE 36
RACE #  145

N. ORROCK (I) D           30
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
**************************
STATE HOUSE 58
RACE #  355

P. CANNON (I) D           29
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
**************************
CO COMM CHAIRPERSON
RACE #  450

R. PITTS (I) D            30
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
**************************
SOIL AND WATER
RACE #  550

W. S. REKUC, JR (I)       25
J. R. ULSETH              15
Write-in                   1
Write-in                   0
# WRITE-INS                1
Write In Candidates
Ballot Candidate
149646 SALLY BETHAE
**************************
CONST AMENDMENT 1
RACE #  580

YES                       30
NO                         1
**************************
CONST AMENDMENT 2
RACE #  590

YES                       26

E
X
H
I
B
I
T


B

This spreadsheet may be viewed at https://stationidogood.govemancealliance.com/d-s3917ca95b4f4f45a

E
X
H
I
B
I
T

C

ELECTION: (Check One)
- ☑ General
- ❏ Primary
- ❏ Runoff (if applicable)
- ☑ Special
- ❏ Presidential Preference Primary

**USE BALL POINT PEN**
**Bear Down – You Are Making Three Copies**

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION _November 6, 2018_
COUNTY / MUNICIPALITY _Fulton_
PRECINCT _03J/K : 06G_

TIME LAST VOTER VOTED _____

NUMBER OF REGISTERED
VOTERS IN PRECINCT _____

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 103255 | 0763016 | | | |
| 108510 | 0591785 | | | |
| 124301 | 0591769 | | | |
| 136081 | 0591800 | | | |
| 142944 | 0591796 | | | |
| 129841 | 0591772 | | | |
| 133778 | 0591750 | | | |
| 110984 | 0591773 | | | |
| 125680 | 0591741 | | | |
| 107677 | 0591738 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED) _____

### SECTION C: NUMBERED LISTS and VOTER CERTIFICATES

ExpressPoll (See ExpressPoll Recap)
- Democratic Primary _____
- Republican Primary _____
- General/Special _____
- **Total (a)** _____

Supplemental
- Democratic Primary _____
- Republican Primary _____
- General/Special _____
- **Total (b)** _____

Total Voter's Certificates
- Democratic Primary _____
- Republican Primary _____
- General/Special _____
- **Total (c)** _____

### SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:

1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = _____
2. "Voters Marked" (See ExpressPoll Recap) _____ + Supplemental List _____ = _____
3. Numbered Lists on ExpressPoll (a) _____ + Supplemental (b) _____ = _____
4. Voter's Certificates (c) = _____

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____
_____
_____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this
the _____ day of _____, 2_____. SIGNED IN TRIPLICATE

Manager _____   Assistant Manager _____   Assistant Manager _____

Form RS-DRE-10

E
X
H
I
B
I
T

D

Georgia General Election

November 6, 2018
DATE: Nov-06-2018
POLL CTR:              1130/00
           MIDVALE ELEM
VERSION:  1      COPY: 0
COUNT:    0   SIZE:  32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:        US 1,14,7


TIME: 19:45  11/06/2018
MACHINE SERIAL:    108936
PUBLIC COUNTER:       727
SYSTEM COUNTER:      5081

*************************
Accumulated Results For:
MachineId Copy    Count
         1    0      104
         2    0       88
         3    0      108
         4    0      100
         5    0      112
         6    0      102
         7    0      113
***********************
Total Count:          727
***********************


***********************
** PRECINCT:     1070 **
          MIDVALE ELEM
***********************
BALLOTS CAST

BALLOT            QUANTITY
   57                  172
   83                  555

BLANK VOTED                0
UNDERVOTED               235
  WRITE-IN                43
**********************

Governor
RACE #  10
# RUNNING                  3
# TO VOTE FOR              1

# TIMES COUNTED          727
# TIMES BLANK VOTED        3
B. KEMP (R)              389
S. ABRAMS (D)            307
T. METZ (L)               25
Write-in                   3
# WRITE-INS                3
Write In Candidates
Ballot Candidate
923217 GLORIFY JESUS
537209 LAURA ROLLMAN
453453 LEWIS BROWN
**********************

Lt Governor
RACE #  30
# RUNNING                  2
# TO VOTE FOR              1

# TIMES COUNTED          727
# TIMES BLANK VOTED       28
G. DUNCAN (R)            406
S. R. AMICO (D)          292
Write-in                   1
# WRITE-INS                1

537209 LAURA ROLLMAN
453455 LEWIS...

*************************

Lt Governor
RACE #  30
# RUNNING                    2
# TO VOTE FOR                1

# TIMES COUNTED            727
# TIMES BLANK VOTED         28
G. DUNCAN (R)              406
S. R. AMICO (D)            292
Write-in                     1
# WRITE-INS                  1
Write In Candidates
Ballot Candidate
923217 CHRIST ALONE
*************************
Secretary of State
RACE #  50
# RUNNING                    3
# TO VOTE FOR                1

# TIMES COUNTED            727
# TIMES BLANK VOTED         19
B. RAFFENSPERGER (R) 390
J. BARROW (D)              282
S. DUVAL (L)               36
Write-in                     0
# WRITE-INS                  0
Write In Candidates
Ballot Candidate
*************************
Attorney General
RACE #  70
# RUNNING                    2
# TO VOTE FOR                1

# TIMES COUNTED            727
# TIMES BLANK VOTED         18
C. CARR (I) R              420
C. BAILEY (D)              289
Write-in                     0
# WRITE-INS                  0
Write In Candidates
Ballot Candidate
*************************
Commissioner of Agriculture
RACE #  90
# RUNNING                    2
# TO VOTE FOR                1

# TIMES COUNTED            727
# TIMES BLANK VO...

```
# RUNNING            2
# TO VOTE FOR         1

# TIMES COUNTED      727
# TIMES BLANK VOTED   18
C. CARR (I) R        420
C. BAILEY (D)        289
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
************************
Commissioner of Agriculture
RACE #  90
# RUNNING            2
# TO VOTE FOR         1

# TIMES COUNTED      727
# TIMES BLANK VOTED   29
G. BLACK (I) R       445
F. SWANN (D)         253
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
************************
Commissioner of Insurance
RACE # 110
# RUNNING            3
# TO VOTE FOR         1

# TIMES COUNTED      727
# TIMES BLANK VOTED   24
J. BECK (R)          398
J. LAWS (D)          257
D. FOSTER (L)         48
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
************************
State School Superintendent
RACE # 130
# RUNNING            2
# TO VOTE FOR         1

# TIMES COUNTED      727
# TIMES BLANK VOTED   25
R. WOODS (I) R       442
D. THORNTON, JR. (D) 260
Write-in               0
# WRITE-INS            0
Write In Candidates
```



```
*********************
RACE # 130
# RUNNING                  2
# TO VOTE FOR              1


# TIMES COUNTED          727
# TIMES BLANK VOTED       25
R, WOODS (I) R           442
O, THORNTON, JR, (D)     260
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
************************
Commissioner of Labor
RACE # 150
# RUNNING                  2
# TO VOTE FOR              1


# TIMES COUNTED          727
# TIMES BLANK VOTED       30
M, BUTLER (I) R          438
R, KEATLEY (D)           259
Write-in                   0
# WRITE-INS                0
Write In Candidates
Ballot Candidate
************************
PSC Eaton
RACE # 170
# RUNNING                  3
# TO VOTE FOR              1


# TIMES COUNTED          727
# TIMES BLANK VOTED       24
C, EATON (I) R           379
L, MILLER (D)            271
R, GRAHAM (L)             51
Write-in                   2
# WRITE-INS                2
Write In Candidates
Ballot Candidate
943306 KRISTY HELLER
870295 STEPHANIE H SHANHOLTZER
************************
PSC Pridemore
RACE # 180
# RUNNING                  3
# TO VOTE FOR              1


# TIMES COUNTED          727
# TIMES BLANK VOTED       24
T, PRIDEMORE (I) R       384
D, A, RANDOLPH (D)       266
J, TURPISH (L)            50
Write-in                   1
# WRITE-INS                1
Write In Candidates
Ballot Candidate
943306 CHAROTIE HELLER
************************
US House 6
RACE # 220
# RUNNING                  2
# TO VOTE FOR              1


# TIMES COUNTED          727
```

T. Pridemore

RACE # 180
# RUNNING                   3
# TO VOTE FOR               1

# TIMES COUNTED           727
# TIMES BLANK VOTED        24
T. PRIDEMORE (I) R        384
D. A. RANDOLPH (D)        268
J. TURPISH (L)             50
Write-in                    1
# WRITE-INS                 1
Write In Candidates
Ballot Candidate
943346 CHAROTTE HELLER
*************************
US House 6
RACE # 220
# RUNNING                   2
# TO VOTE FOR               1

# TIMES COUNTED           727
# TIMES BLANK VOTED         9
K. HANDEL (I) R           414
L. MCBATH (D)             304
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
*************************
State Senate 40
RACE # 250
# RUNNING                   2
# TO VOTE FOR               1

# TIMES COUNTED           727
# TIMES BLANK VOTED        26
F. MILLAR (I) R           398
S. HARRELL (D)            303
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
*************************
State House 81
RACE # 350
# RUNNING                   2
# TO VOTE FOR               1

# TIMES COUNTED           555
# TIMES BLANK VOTED        13
E. DIEHL (R)              309
S. HOLCOMB (I) D          233
Write-in                    0
# WRITE-INS                 0
Write In Candidates
Ballot Candidate
*************************
State House 87
RACE # 430
# RUNNING                   1
# TO VOTE FOR               1

# TIMES COUNTED           172
# TIMES BLANK VOTED        64
V. DAVIS (D)

E

X

H

I

B

I

T

E

Exhibit D

Midvale Elementary Precinct

DRE Election Night poll tape comparisons to Sec. of State official posted tallies for example races

| Candidate/Contest | Midvale DRE Poll Tape | SOS Election Day Tally |
|---|---|---|
| Amico | 292 | 328 |
| Duncan | 406 | 468 |
| Lt. Gov. total | 698 | 796 |
| Total Ballots Cast | 727 | not available |
| Governor | 724 | 824 |
| Sec. of State | 708 | 809 |
| Attorney General | 709 | 810 |

Note: similar patterns continue through all contests for which we have photograph of poll tape.