Fulton County Superior Court
***EFILED***MH
Date: 2/6/2019 3:45 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

COALITION FOR GOOD
GOVERNANCE, RHONDA J.
MARTIN, SMYTHE DUVAL, AND
JEANNE DUFORT,

       **Plaintiffs,**

    v.

ROBYN A. CRITTENDEN,
**Secretary of State of Georgia,**
**et al.,**

       **Defendants.**

**CIVIL ACTION FILE**
**NO. 2018CV313418**

### NOTICE OF FILING ELECTRONIC COPIES OF TRANSCRIPTS

Plaintiffs file the following electronic copies of transcripts pursuant to the instructions of the Superior Court Clerk (Ms. Quin Watson):

1. December 5, 2018 Hearing Transcript;

2. December 9, 2018 Hearing Transcript;

3. January 17, 2019 Hearing Transcript;

4. January 18, 2019 Hearing Transcript.

These transcripts were tendered physically on February 1, 2019, pursuant to the Clerk's instructions, but then rejected; then e-filed on February 1, 2019, and again rejected.

000001

DATED: February 6, 2019.

/s/Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE, Suite 6
Atlanta, Georgia 30306
(404) 881-0700
*Attorney for Plaintiffs*

2

000002

## <u>CERTIFICATE OF SERVICE</u>

I have this day served a copy of the foregoing via the Court's e-filing system to all counsel or record.

This 6st day of February, 2019.

<u>/s/Bruce P. Brown</u>
Bruce P. Brown
Georgia Bar No. 064460

BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE, Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Attorney for Plaintiffs*

3

000003

EXHIBIT

1

000004

IN THE SUPERIOR COURT OF FULTON COUNTY
FULTON JUDICIAL CIRCUIT
STATE OF GEORGIA

FULTON COUNTY COALITION FOR    )
                               )
GOOD GOVERNANCE, ET AL         )
                               )
        Plaintiffs             )    **Case Number**
                               )
**Versus**                     )    **2018-CV-313418**
                               )
**ROBYN CRITTENDEN, ET AL**    )
                               )
        Defendants             )

**STATUS HEARING**

A transcript of the proceedings before the **HONORABLE**
**ADELE P. GRUBBS,** on December 5, 2018, at the Cobb County
Courthouse, Marietta, Cobb County, Georgia.

**APPEARANCE OF COUNSEL:**

**FOR PLAINTIFFS:**
**BRUCE P. BROWN**
Attorney at Law
1123 Zonolite Rd., Ste. 6
Atlanta, Ga. 30306   404-881-0700

**FOR DEFENDANT CRITTENDEN:**
**JOSH BELINFANTE, VINCENT R. RUSSO and ALEX DENTON**
Attorneys at Law
500 14th St. NW
Atlanta, Ga. 30318   678-701-9381

**FOR DEFENDANT FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS:**
**CHERYL RINGER & KAYE BURWELL**
Attorneys at Law
141 Pryor St. SW, Ste. 4038
Atlanta, Ga. 30303   404-612-0263

**FOR DEFENDANT GWINNETT COUNTY BOARD OF REGISTRATION AND ELECTIONS:**
**BRYAN P. TYSON & DICK CAROTHERS**
Attorney at Law
P.O. Box 73053
Marietta, Ga. 30007  404-219-3160

**FOR DEFENDANT DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS:**
**DAVID WARE, PEARSON CUNNINGHAM, RUSSELL BRITT, MR. BRYAN**
Attorneys at Law
191 Peachtree St. NE, Ste. 2900
Atlanta, Ga. 30303   678-539-1611

**FOR DEFENDANT GEOFF DUNCAN:**
**EDWARD LINDSEY**
Attorney at Law
303 Peachtree St., Ste 5300
Atlanta, Ga. 30308   404-527-4720

Paul D. Crowder, CCR, CVR
264 Mountain View Dr.
Woodstock, Ga. 30188 404-457-9289

```
1                    P R O C E E D I N G S

2                        *  *  *  *  *

3        THE COURT:  Fulton County Coalition for Good

4    Governance versus Robyn Crittenden.  With due respect to

5    y'all, I need to kind of know who is who and who

6    represents who and so on and so forth.  There's one face I

7    recognize.  The rest of you I've never seen before.  Good

8    morning Mr. Lindsey.  Go ahead.

9        MR. BROWN:  Judge, my name is Bruce Brown.  I

10   represent the Plaintiffs.

11       THE COURT:  Okay.  And are all the Plaintiffs here?

12       MR. BROWN:  No, Your Honor.  Two of the Plaintiffs

13   are here, Rhonda Martin and Jeanne Dufort.

14       THE COURT:  Okay.

15       MR. BROWN:  And Marilyn Morris, who is the executive

16   director of The Coalition is here at counsel's table.  So

17   three of the Plaintiffs are here.

18       THE COURT:  Okay.  Then let me ask about on the

19   Defense side.

20       MR. BELINFANTE:  Good morning, Judge, Special

21   Assistant Attorney General representing Secretary of State

22   Robyn Crittenden.  I'm joined by my partner Vincent Russo

23   and Alex Denton.

24       THE COURT:  Okay.  So just take a seat.  Have you

25   made an appearance of counsel?  I don't have everything, I
```

```
1        don't think.  I know this is really a Fulton County case

2        and we probably need to be doing this in Fulton County

3        from now on.  This is more of a status, where are we,

4        where are we headed type hearing this morning, so I'll get

5        your names properly at some point.  If I call you wrong,

6        please excuse me.

7              MR. LINDSEY:  Good morning, Your Honor.

8              THE COURT:  Good morning.

9              MR. LINDSEY:  My name is Edward Lindsey.  I represent

10       Lieutenant Governor Elect Geoff Duncan.

11             THE COURT:  Who?

12             MR. LINDSEY:  Geoff Duncan who's the Lieutenant

13       Governor Elect.

14             THE COURT:  Okay.  Yes, sir.

15             MR. TYSON:  Good morning, Your Honor.  I'm Bryan

16       Tyson, joined by Dick Carothers.  We represent the

17       Gwinnett County Board of Registrations and Elections.

18             THE COURT:  Yes.

19             MR. WARE:  Good morning, Judge Grubbs.  David Ware

20       for DeKalb County Board of Registration and Elections,

21       along with Pearson Cunningham, Russell Britt, and Mr.

22       Bryan.

23             THE COURT:  All y'all four together?

24             MR. WARE:  Yes, we're all together for DeKalb County.

25             THE COURT:  Yes, ma'am.
```

1          MS. BURWELL:  Kaye Burwell with Cheryl Ringer on

2     behalf of Fulton County.

3          THE COURT:  Okay.  So each county is represented, and

4     one of the candidates is represented.  Okay, let me ask

5     you, Mr. Brown.  I know there's been some confusion

6     because this was a recusal and I was told to take it.  Is

7     there service on everybody?

8          MR. BROWN:  No, Your Honor.  Should I stand at the

9     podium?

10          THE COURT:  Whichever makes you more comfortable.

11     You will find that I'm a fairly -- Despite my reputation,

12     I'm a fairly easy going kind of person as long as you're

13     doing what you're supposed to do.

14          MR. BROWN:  Thank you, Your Honor.  The Plaintiffs

15     have made every effort to effect service in accordance

16     with the special provisions of the election contest

17     statute.  And what those provisions contemplate is that

18     actually the clerk and the assigned Judge perfect the

19     service.

20          THE COURT:  Right.

21          MR. BROWN:  And the necessary steps to that --

22          THE COURT:  They sign the service.

23          MR. BROWN:  Right.  And so we tried it in Fulton

24     County.

25          THE COURT:  Fulton didn't work.

1          MR. BROWN:  It didn't work.  And this is in the

2     record but I alerted the clerk when I filed the petition

3     that there were special provisions, both for the

4     assignment of the Judge and for the special summons.

5          THE COURT:  Right.

6          MR. BROWN:  That didn't make it through the court

7     system down there until finally the chief Judge took

8     control of it and assigned -- and made arrangements for

9     your assignment.  And so one of the first things that I

10    would ask is that the Court direct the clerk in Fulton

11    County to issue the summons and to perfect service of the

12    summons upon the Defendants.  We have drafted -- With

13    corrections from Judge Russell we have drafted the special

14    statutory summons and so I would be able to transmit to

15    your clerk or to your staff a Word copy of the summons

16    that could be modified to include what Your Honor would

17    specify as the answer date.

18         THE COURT:  Okay.

19         MR. BROWN:  One of the things that this law says is

20    that it's not 30 days.  It's what you say their answer

21    date is.

22         THE COURT:  I have a book.

23         MR. BROWN:  So that would be one of the first things

24    that you did.

25         THE COURT:  I knew I wouldn't have a computer so I

1      brought the book.

2           MR. BROWN:  That would be one of the first things on

3      my list of things that would need to be covered would be

4      making sure that Your Honor has the paperwork necessary to

5      set this.

6           THE COURT:  And you think it's necessary to process

7      it through my clerk or do I process it through Fulton

8      County?

9           MR. BROWN:  Through Fulton County.

10          THE COURT:  Okay.

11          MR. BROWN:  So that would be the first thing we'd ask

12     for and we'd be happy to --

13          THE COURT:  And you've got that paperwork with you.

14          MR. BROWN:  I don't have it with me.  It is with -- I

15     can have it tendered to you immediately.

16          THE COURT:  You can email it to me.

17          MR. BROWN:  Yes, ma'am.

18          THE COURT:  Any response to all that about the

19     service, from anybody?  Has anybody actually been served?

20          MR. RUSSO:  The Secretary of State has not been

21     served.

22          THE COURT:  But y'all got here.

23          MR. BELINFANTE:  We're here special, Judge.

24          THE COURT:  Okay.  So I'm going to do that.  If

25     you'll get that to me.  I'll give you a card.  I'll find

1    one before we get through.

2         MR. BROWN:  Thank you, Your Honor.

3         THE COURT:  I'll get you an address to go to.  What

4    is next on your side, Mr. Brown?

5         MR. BROWN:  Your Honor, the next thing on the agenda

6    would be several things.  First would be, if Your Honor is

7    prepared to do so, to maybe anticipate a trial date.

8    Second would be to discuss the necessary parties.  And the

9    third would be our request for emergency discovery so that

10   the evidence, which could be vanishing now that the

11   elections are done, is preserved and inspected for

12   purposes of determining the causes of action.

13        THE COURT:  Let me handle that backwards.  Let me ask

14   everybody else, okay.  Do you have any objection to an

15   order to preserve the evidence?  I'm not -- I didn't say

16   anything about inspect.  I just said preserve.

17        MR. BELINFANTE:  Your Honor, Josh Belinfante again,

18   for Secretary Crittenden.  And I should say -- I should

19   have said in the beginning, we are appearing specially

20   given the service issue.

21        THE COURT:  I'm assuming everybody is appearing

22   specially because there's no service.

23        MR. BELINFANTE:  Yes, Your Honor.  In terms of

24   preserving the evidence, I think the problem here is that

25   the allegations seem to indicate or seem to question

1      whether that's even possible.  And so the position of the

2      Secretary of State's Office is that there will be no

3      destruction or willful destruction of the evidence.  But I

4      don't know that the Plaintiffs take the position that

5      that's even feasible.

6           THE COURT:  Let me rephrase it.  That you will

7      preserve the evidence as far as is possible.

8           MR. BELINFANTE:  Yes, Your Honor.

9           THE COURT:  I mean, I don't know -- I've read the

10      pleadings.  I don't know about all the technicalities and

11      what's what.

12           MR. BELINFANTE:  Right.

13           THE COURT:  And we're all lawyers and not tech

14      people.  So I would think, Mr. Brown, an order that they

15      preserve the evidence as far as is possible would be

16      appropriate at this minute.  I'm not inclined to go

17      further than that, because there's been no service and I

18      haven't seen any answers and they haven't had a right to

19      challenge anything.

20           MR. BROWN:  Yes, Your Honor.

21           THE COURT:  Let me hear from each one in turn.

22           MR. TYSON:  Yes, Your Honor.  For Gwinnett, also, we

23      wouldn't have a problem with that as far as possible.

24      Obviously we have to use the machines.  We had to use them

25      yesterday.

1          THE COURT:  As far as possible.  There's to be no

2     destruction, deliberate destruction.  What the machine

3     does to itself, who knows.

4          MR. TYSON:  Right.  So we have no objection, Your

5     Honor.

6          THE COURT:  Okay.

7          MR. WARE:  On behalf of DeKalb, Your Honor, we will

8     follow Your Honor's direction.

9          THE COURT:  No problem with DeKalb.  Fulton?

10         MS. RINGER:  We, as well, will follow the order.

11         THE COURT:  Okay.  Mr. Lindsey doesn't really have

12     any.

13         MR. LINDSEY:  Given the fact, Your Honor, that we're

14     not in possession of any of the documents.

15         THE COURT:  You're not in possession of anything.

16         MR. LINDSEY:  We simply want everyone to behave.

17         THE COURT:  I gotcha.  Anybody I left out?

18         (No response.)

19         THE COURT:  Okay.  So if you'll do an order for me,

20     Mr. Brown.  Like I say, I'm going to give everybody my

21     card when we're done.  Unfortunately, Senior Judges are

22     movable people that wander all over the world.  Well, I

23     don't go below McDonough but I've been to Ringgold.  So

24     finding us sometimes is an issue and I give you my

25     personal email so that you can find me whenever you need

1   me.  So just get it to me.

2       MR. BROWN:  Your Honor, one point of clarification in

3   terms of as much as possible.

4       THE COURT:  Right.

5       MR. BROWN:  It is the Plaintiff's position that if

6   these machines are reused in subsequent elections, that

7   that will wipe the memory.

8       THE COURT:  Okay.  We're going to move as fast as we

9   can move on this case.  As I'm looking at it, somebody has

10  a MARTA election in March.  I don't know which -- I don't

11  know whether that involves anybody in this case.

12      MR. TYSON:  Yes, that's Gwinnett County.

13      THE COURT:  That's Gwinnett.  Okay.  We'll have

14  handled this before we get to March.

15      MR. BROWN:  Thank you.

16      THE COURT:  Okay.  So right now there isn't anything

17  else that I know of.  There aren't any other elections.

18  If something comes up, let me know.

19      MR. RUSSO:  I think the City of Atlanta has one --

20      THE COURT:  Huh?

21      MR. RUSSO:  I think the City of Atlanta has one also

22  and I believe they use Fulton County's.

23      THE COURT:  When is it, do you know?

24      MR. BELINFANTE:  City Councilman Ivory Young.

25      THE COURT:  Oh, yes, that's right.  Okay.  We'll move

-11-
000015

1    as fast as we can move.

2         MR. BROWN:  Thank you, Your Honor.  If it's okay with

3    Your Honor, what we will put in the draft preservation

4    order is that the Defendants will use other machines for

5    these smaller elections.

6         THE COURT:  No, I didn't say that.

7         MR. BROWN:  Okay.

8         THE COURT:  That's not what I said.

9         MR. BROWN:  I understand, Your Honor.

10        THE COURT:  I mean, you're asking me something.  At

11   this point I have no idea about the case.

12        MR. BROWN:  I understand.

13        THE COURT:  All I'm trying to do is maintain the

14   status quo as well as I can while everybody gets served.

15   Everybody has a right to file answers, motions, whatever

16   may be coming at you.  That's all I'm trying to do is

17   preserve the status quo.

18        MR. BROWN:  Thank you, Your Honor.

19        THE COURT:  Okay.  Now you mentioned something about

20   parties?

21        MR. BROWN:  Yes, Your Honor.  The Secretary of State

22   filed a Motion to Dismiss late last night, and the

23   Secretary of State is taking the position that the

24   Secretary of State is not a proper party to this.

25        THE COURT:  Well I'm not going to rule on that.  See,

```
 1        that's one of the things I'm concerned about.  I don't
 2        know what kind of motions are coming.  I'm assuming --
 3        With due respect -- I don't know how many lawyers we have
 4        in this courtroom -- but they're not going to just roll
 5        over and play dead.  They're going to be responsive.  Is
 6        that a good word?  Responsive, okay.  So I want to give
 7        them the proper time to do that, and I'm not going to deal
 8        with anything -- Now if there's a -- I haven't seen it.
 9        If it came I'm -- My office is supposed to be served with
10        it up here.  As I say, I'll give everybody a card so you
11        can -- You can send me copies direct of everything you've
12        got.  So if I'm somewhere else, I can still get copies of
13        them and I can still print them and know what I'm looking
14        at and line them up.  But no, I'm not dealing with any of
15        that.
16             MR. BROWN:  Thank you, Your Honor.
17             THE COURT:  Now, trial date.  Having said there is a
18        motion pending -- And we've got to have service.  If you
19        get me that order and I think I am required -- It's five
20        to ten days after service as I understand what the code
21        section says.  So they have to do that.  So you've got to
22        get me the order.  We're probably looking at after
23        Christmas and it would seem to me that we could set it for
24        what I would term motion hearings or whatever else they
25        may file.  And, of course, you may want to respond to some
```

1    of them, too.  I understand all that.  I think we just set

2    it for a date.  Getting y'all together, though you've done

3    good today, can be somewhat difficult.

4        My suggestion would be either the 7th or the 9th of

5    January.  Would you look and see if somebody has something

6    that would require -- I'm thinking one of those two days

7    just to hear whatever may be filed.  And at that point

8    then we can set it down for trial.  And we're looking at

9    probably the first week in February for trial is what

10   we're looking at.  Let me give y'all a chance to talk

11   about that and see where you are on those dates.  Y'all

12   take your time.

13       (Brief pause.)

14       MR. LINDSEY:  Sorry about that, Your Honor.

15       THE COURT:  No, no.  I want to --

16       MR. LINDSEY:  It's actually fairly --

17       THE COURT:  It's just, is that enough time?  What's

18   y'all's position?

19       MR. BELINFANTE:  The Defendants' collective position,

20   Your Honor, is that, you know, there are statutory

21   deadlines set in there and so once service is done that

22   triggers one and triggers another.  As long as we're not

23   waiving any defenses based on those statutory timelines,

24   we think that having motions due to the Court on or before

25   December 20 would be appropriate.  And then if the Court

1    wants to have a hearing on the 7th or the 9th, all parties

2    -- at least all Defendants are available to do so.  But we

3    would want to have a hearing on the merits presuming the

4    Court even chooses to do that or get that far, as soon as

5    possible thereafter.

6        THE COURT:  I understand that and I was looking at

7    that.  Say we did February the 7th for motions.

8        MR. BELINFANTE:  January 7th, Your Honor?

9        THE COURT:  January 7th for motions.  We could do

10   trial the 17th and 18th.

11       MR. BELINFANTE:  Of?

12       THE COURT:  January.  So motions due by December

13   20th, January the 7th will be motion hearings, and then

14   trial will be -- And we can do it all in one order,

15   because I think I'm required to do that.  What did I say,

16   17th and 18th of February?  I've got to find -- Well we'll

17   talk about that in a minute.  Not February, of January.

18   Trial would be January 17th.  So motions hearings on the

19   7th and trial on the 17th.  Any problem with that, Mr.

20   Brown?

21       MR. BROWN:  No, Your Honor.  If it's an open day for

22   the Court and for the Defendants, for the Plaintiffs the

23   9th would be marginally better for the initial hearing

24   rather than the 7th; however, we will be here whenever

25   we're ordered to do so, Your Honor.

1      THE COURT:  Any issue with the 7th or the 9th?

2      MR. BELINFANTE:  It does not appear to be, Your

3  Honor.

4      THE COURT:  Everybody all right?  Okay.  We'll say

5  the motions are on the 9th.  I've got to rule on them.

6  That gives me time.  Motions on the 9th, trial on the 17th

7  and 18th.  And I can do that order.  I'll do that order.

8      MR. BELINFANTE:  The only issue, Your Honor, I'm

9  truly not trying to be difficult, but I just want to --

10      THE COURT:  No, no.

11      MR. BELINFANTE:  I don't want the Court to think that

12  at some point we surprised it or anything of that nature.

13  Depending on when service happens.  The statute appears to

14  indicate that there's about 20 days between the appearance

15  that is filed and then the actual trial date.  This may,

16  again, depending on service, fall outside that.  I just

17  want to make clear for the record that we're not waiving

18  any defenses based on those dates.

19      THE COURT:  Right.  And we're doing these days -- and

20  I'll do an order on the days, just to protect on the

21  different rules and regulations.  We can move them.  It

22  doesn't say we can't move them.  And we can move them.

23  And if service doesn't get done -- He'll give me the

24  service papers.  We'll send them to the clerk.  The clerk

25  will send them to the sheriff.  It's Christmas.  I don't

1    know.  But we'll just see where it goes.  And I trust

2    we'll have a return of service on each one so that we will

3    not.

4         MR. BELINFANTE:  Great.  All right.  Thank you,

5    Judge.

6         THE COURT:  Okay.  The issue is this, and let me say

7    this -- As I said, I go to Ringgold, so I go wherever I

8    need to go.  Do you want to hear it in Cobb or do you need

9    to hear it in Fulton?  Whatever is easier for y'all.

10        MR. BELINFANTE:  On behalf of the secretary, we're

11   indifferent.  Whatever is easiest for the Court is easiest

12   for us.

13        THE COURT:  With due respect, when you come to Cobb

14   in the morning you're going the opposite way with the

15   traffic.  I was trying to work out how to phrase that.

16   And so it may be just that we can keep doing this in Cobb.

17   If someone objects, I'll try and move it to Fulton.

18        MR. BROWN:  No objection, Your Honor.

19        THE COURT:  No objection.  Nobody's objecting right

20   now.

21        MR. LINDSEY:  No objection, Your Honor.

22        THE COURT:  No objection.  So we'll do it in Cobb.  I

23   will try -- I will go right now and see which courtroom I

24   can get to do it in.  How many lawyers do we have?  We

25   have 16 lawyers.  So we ought to get the big courtroom.

1    Let's see what I can do.  And then, Madam Clerk, would you

2    put these out?  I hope there's enough.  That's one for

3    everybody.  That's my contact information.  It has my --

4    That's for everybody.  It has my cell phone number on it.

5    It has everything that you need, because, as I say, we

6    move around a lot.  Anything else we need to do this

7    morning?

8         (No response.)

9         THE COURT:  We're done.  If you get that service to

10   me as fast as possible, I'll get it filed and done.  I do

11   have a law clerk.  He's not here yet.  And we'll get it

12   done.

13        MR. BELINFANTE:  Judge, just so I'm clear, whenever

14   we filed something is it your preference that we also

15   email you a copy of what we file?

16        THE COURT:  Yes.  Just email me a copy so I've got it

17   and I can start looking at it and see where we are.

18        MR. BROWN:  Thank you, Your Honor.

19        THE COURT:  Thank you.  Thank you, gentlemen.

20        (End of Proceedings).

21

22

23

24

25

1          **C E R T I F I C A T E**

2

3    STATE OF GEORGIA )

4    COUNTY OF COBB )

5

6        I hereby certify that the foregoing transcript was taken

7    down, as stated in the caption, and the questions and answers

8    thereto were reduced to type-written form by me personally;

9    that the foregoing pages 01 through 18 represent a true,

10   correct and complete transcript of the evidence given upon said

11   hearing; and I further certify that I am not of kin or counsel

12   to the parties in the case, am not in the regular employ of

13   counsel for any of the said parties, nor am I anywise

14   interested in the result of said case.

15       This the 23rd day of January, 2019.

16       The above certification is expressly withdrawn and denied

17   upon the alteration, disassembly or photocopying of foregoing

18   transcript, including exhibits, unless said alteration,

19   disassembly or photocopying is done under the auspices of Paul

20   D. Crowder, C.C.R., C.V.R., and the original signature and

21   original seal is attached thereto.

22

23   *Paul D. Crowder*
     _____

24   Paul D. Crowder, C.C.R., C.V.R.

25   Certified Court Reporter, B-1579

E

X

H

I

B

I

T


2

000024

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**

```
 1              IN THE SUPERIOR COURT OF FULTON COUNTY

 2                      STATE OF GEORGIA

 3

 4   COALITION FOR GOOD        .  CIVIL ACTION
     GOVERNANCE, RHONDA J.     .  FILE NO.:  2018-CV-313418
 5

 6   MARTIN, SMYTH DUVAL, and  .
     JEANNE DUFORT,            .  Taken at:
 7

 8        Plaintiffs,          .  Superior Court of Cobb County

 9   vs.                       .  70 Haynes Street

10   ROBYN A. CRITTENDEN,      .  Courtroom 2000

11   Secretary of State of     .  Marietta, Georgia 30090
     Georgia, et al.           .
12

13        Defendants.          .
     . . . . . . . . . . . . . .

14

15                  TRANSCRIPT OF HEARING PROCEEDINGS

16

17                  WEDNESDAY, JANUARY 9, 2019

18                  8:59 a.m. to 11:04 a.m.

19

20        STATE OF GEORGIA SENIOR JUDGE ADELE P. GRUBBS

21

22
     REPORTED BY:
23

24   PRISCILLA GARCIA, COURT REPORTER

25   NOTARY PUBLIC, STATE OF GEORGIA
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000025

Page 1194

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
**Transcript of Hearing Proceedings on 01/09/2019**                              **Page 2**

```
 1   APPEARANCES:

 2
          Plaintiff's Counsel:     Bruce P. Brown, Esquire
 3

 4                                 Bruce P. Brown Law
                                   Floataway Business Complex
 5

 6                                 1123 Zonolite Road N.E.
                                   Suite 6
 7

 8                                 Atlanta, Georgia 30306

 9                                 404-881-0700

10                                 bbrown@brucepbrownlaw.com

11
          Defendant's Counsel:     John Belinfante, Esquire
12

13                                 Robbins, Ross, Alloy, Belinfante
                                   & Littlefield, LLC
14

15                                 500 14th Street N.W.
                                   Atlanta, Georgia 30318
16

17                                 404-856-3262

18                                 jbelinfante@robbinsfirm.com

19

20

21

22

23

24

25
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000026

Page 1195

```
 1   CONTINUATION OF APPEARANCES:

 2
          Defendant's Counsel:      Vincent R. Russo, Esquire
 3

 4                                  Robbins, Ross, Alloy, Belinfante
                                    & Littlefield, LLC
 5

 6                                  999 Peachtree Street N.E.
                                    Suite 1120
 7

 8                                  Atlanta, Georgia 30309

 9                                  404-856-3260

10                                  vrusso@robbinsfirm.com

11
          Defendant's Associate Counsel:
12

13                                  Alexander F. Denton, Esquire
                                    Robbins, Ross, Allot, Belinfante
14

15                                  & Littlefield, LLC
                                    500 14th Street N.W.
16

17                                  Atlanta, Georgia 30318

18                                  404-856-3276
                                    adenton@robbinsfirm.com
19

20

21

22

23

24

25
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000027

Page 1196

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**                          **Page 4**

```
 1   CONTINUATION OF APPEARANCES:

 2
             Defendant's Counsel:     Edward H. Lindsey, Esquire
 3
 4                                    Dentons US, LLP
                                      303 Peachtree Street N.E.
 5
 6                                    Suite 5300
                                      Atlanta, Georgia 30308
 7
 8                                    404-527-4580

 9                                    edward.lindsey@dentons.com

10
11   Defendant's Counsel:     Kaye Woodard Burwell, Esquire
                                      Office of the County Attorney
12
13                                    141 Pryor Street S.W.
                                      Suite 4038
14
15                                    Atlanta, Georgia 30303
                                      404-612-0251
16
17                                    kaye.burwell@fultoncountyga.gov

18
     Defendant's Counsel:     Bryan P. Tyson, Esquire
19
20                                    Strickland, Brockington & Lewis,
                                      LLP
21
22                                    1170 Peachtree Street N.E.
                                      Atlanta, Georgia 30309
23
24                                    404-219-3160

25                                    bryan.tyson@sbllaw.com
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000028

Page 1197

```
 1                            I-N-D-E-X

 2     EXHIBITS:              DESCRIPTION                    PAGE
          NONE
 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

        Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

                                                                      000029

                                Page 1198

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**                    **Page 6**

```
 1            COBB COUNTY, GEORGIA

 2            WEDNESDAY, January 9, 2018 - 8:59 p.m.

 3

 4                    * * * * * *

 5

 6       THE COURT:  On this case we have a request on Rule 22
      who is opposed to make -- that request.  Is anybody --
 7

 8       MS. BURWELL:  (inaudible)

 9       THE COURT:  This is on the case.  This is on the

10    Coalition case.

11       MS. BURWELL:  Right.
         THE COURT:  Does anyone have any objection to the
12

13    Rule 22?  -- the cameraman wants to record the
      proceedings.
14

15       MR. BELINFANTE:  No, Your Honor.
         MR. BROWN:  No, Your Honor.
16

17       THE COURT:  Everyone's saying no.

18       MR. RUSSO:  No, Your Honor.
         THE COURT:  Okay.  Then I will grant it.  I find that
19

20    it is covered under Section -- Rule 22.  I have an order
      confirming.
21

22       THE VIDEOGRAPHER:  Thank you.
         THE COURT:  I've got the order in front of me.  I've
23

24    got it.

25       THE VIDEOGRAPHER:  Will they know downstairs?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000030

Page 1199

```
 1       THE COURT:  I'm sorry.

 2       THE VIDEOGRAPHER:  Will they know downstairs?  If I
      don't have it signed, they won't let me go through
 3

 4    security.  If I don't have a signed --
         THE COURT:  I just signed it.
 5

 6       THE VIDEOGRAPHER:  Oh, okay.
         THE COURT:  Pinpoint the rules though.  I need to
 7

 8    explain to you what the rules are.  You can only record

 9    when I'm in courtroom.

10       THE VIDEOGRAPHER:  Okay.

11       THE COURT:  Okay.  You cannot record anything from
      counsel's table.
12

13       THE VIDEOGRAPHER:  Okay.
         THE COURT:  Okay.  Or any conversation they may have.
14

15    I don't think there are any witnesses.  It's not that kind
      of hearing today, but we'll see.  It's not -- yet and
16

17    we'll see.  Don't record anything that they've got

18    privilege and all those kinds of things.  So be very
      careful on that.
19

20       The rules say no bench conferences.  I can't imagine
      me trying to hold a bench conference with these people.
21

22    But we'll -- all I'm doing -- okay.  So, I will sign the
      order.  When you say downstairs, what do you mean?
23

24       THE VIDEOGRAPHER:  To get through security I have to

25    have a signed form to get through.
```

www.huseby.com                Huseby, Inc.  Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000031

Page 1200

1        THE COURT:  Okay.

2        THE BAILIFF:  I'll take care of that, Judge.
         THE COURT:  Okay.
3

4        THE VIDEOGRAPHER:  Thank you.
         THE COURT:  There you go.  I don't -- I've got a
5

6   couple of them, okay.  Jim, I'll let him handle it, okay.
     Okay.  So, we have a good record, this is the Coalition
7

8   for Good Governance and various individuals versus Robyn

9   Crittenden, Fulton County, and Gwinnett County.

10       Can you each, Counsel, introduce yourselves for the

11  record so I have a record of who's here?  Yes, sir.
         MR. BROWN:  Your Honor, Bruce Brown for the
12

13  plaintiffs.  With me at counsel table is Marilyn Marks,
     the executive director of plaintiff Coalition for Good
14

15  Governance.
         THE COURT:  I will allow that right now.  We'll see
16

17  where we go.  Yes, sir.

18       MR. RUSSO:  Good morning, Your Honor.  Vincent Russo
     for the Georgia Secretary of State.
19

20       MR. BELINFANTE:  Josh Belinfante also for the
     Secretary of State, Your Honor.
21

22       THE COURT:  Okay.
         MR. TYSON:  Good morning, Your Honor.  Bryan Tyson
23

24  and with me is Dick Carruthers.  We represent the Gwinnett

25  Board of Registrations and Elections.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000032

Page 1201

```
 1        THE COURT:  Okay.

 2        MR. LINDSEY:  Good morning, Your Honor.  Edward
      Lindsey on behalf of Lieutenant Governor-elect Geoff
 3
      Duncan.
 4
          THE COURT:  Okay.
 5

 6        MS. BURWELL:  Kaye Burwell here on behalf of Fulton
      County.
 7

 8        THE COURT:  How did you get stuck with this?

 9        MS. BURWELL:  There too many lawyers there this

10    morning, Your Honor.

11        THE COURT:  We're trying to pretend you're not here.
      I gotcha.  I got it.  I know how that works, okay.  That's
12
      it.  As I understand it, DeKalb County has been dismissed?
13
          MR. BROWN:  That's correct, Your Honor.
14

15        THE COURT:  In looking at -- we're here -- let me be
      clear on this.  We're here on motions today.  This is not
16
      evidentiary.  Understand the statute of evidence has been
17
      supposedly filed, the report's picked it up.  That's not
18
      relevant today.  It's got nothing to do with today.
19

20        That's not what we're here about, okay.  We're here
      for the four corners of the petition; that's all we're
21
      here about.  So I need to be clear about that.  I
22
      understand though, Mr. Brown, is that you have agreed that
23
      the Coalition is not a proper party as to the election
24
      contest; is that correct?
25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000033

Page 1202

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019                    Page 10

```
 1        MR. BROWN:  That is correct, Your Honor.  The

 2   Coalition is a party to the Federal 1983 claims, and the
      individual plaintiffs are the contestants in the election
 3

 4   contest.
          THE COURT:  Okay.  And then with that covered, in
 5

 6   count 2 and count 3 are federal claims; is that correct?
          MR. BROWN:  That's correct, Your Honor.
 7

 8        THE COURT:  Okay.  Are those not being contested in

 9   federal court right now?

10        MR. BROWN:  No, Your Honor.  They're -- similar

11   claims have been raised in federal court, but these are --
      these claims are also raised in this case.
12

13        THE COURT:  Well, how many times can you raise the
      same claim?  I mean, if this is a federal -- I'm going to
14

15   hear from everybody.  If this is a federal issue, then why
      don't I just stay it and let the federals decide what it
16

17   is?

18        MR. BROWN:  Your Honor, the plaintiff's claims are
      right to be asserted here, and it may be that they -- that
19

20   those --
          THE COURT:  You can't keep asserting them in all
21

22   different kinds of -- of courtrooms.
          MR. BROWN:  That's correct, Your Honor.  But had --
23

24   had the plaintiffs not asserted them, they could have

25   waived their right to the relief, if that relief were
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000034

Page 1203

```
 1   deemed right before the other ones matured.  The federal

 2   court --
            THE COURT:  Let me hear from here from the -- from
 3

 4   the defendants on that issue.  Don't mean to -- if I'm
      making any sense this morning.
 5

 6        MR. RUSSO:  Good morning, Your Honor.  Vincent Russo
      for the Secretary of State.  This -- these are claims that
 7

 8   are pending and the case before Judge Totenberg in a

 9   criminal matter.  We don't have any objection to you also

10   considering those claims.  We will do as you determine.

11        THE COURT:  Okay.
            MR. DENTON:  And Your Honor, for Gwinnett, we're kind
12

13   of in the same position as Secretary of State.
            THE COURT:  Okay.
14

15        MR. DENTON:  We're in the same position as the
      Secretary of State's Office, and we don't have necessarily
16

17   an objection.  We don't think we're really proper to be

18   part of the federal constitutional claims --
            THE COURT:  (inaudible)
19

20        MR. DENTON:  -- so we can deal with that later.  Yes.
            THE COURT:  We'll take one step at a time.
21

22        MR. DENTON:  Yes.
            THE COURT:  I'm trying to take -- this is today,
23

24   okay.  I'm trying to take it one step at a time, okay.

25   I'm fairly simplistic about -- I'm a math major, okay.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000035

Page 1204

```
 1    Explain life to me.  You know, we're going to do it like
 2    that.  I do better if I keep my brain in one spot at a
      time.  Fulton County, what do you say?
 3
 4        MS. BURWELL:  Your Honor, on behalf of Fulton County,
      we take the position that the federal claims are pending
 5
 6    in federal court, and this is just another opportunity for
      these same plaintiffs to bring the same claim again, and
 7
 8    we agree with the Court that you want to stay the federal
 9    issues, the constitutional issues they claim that they're
10    raising.
11        THE COURT:  Mr. Lindsey.
          MR. LINDSEY:  Your Honor, I don't believe that Geoff
12
13    Duncan is really a party to the second and third count.
      They're simply a party in regard to the first count,
14
15    seeking a new election.
          THE COURT:  Is it -- I'm sorry?
16
17        MR. LINDSEY:  We're simply a party in regard to the
18    first count, seeking a new election.
          THE COURT:  Right.  But you're not really involved
19
20    in --
          MR. LINDSEY:  It certainly does, however, make sense
21
22    for you to stay.
          THE COURT:  You're right.
23
24        MR. LINDSEY:  That'll do it.
25        THE COURT:  Okay.  Then I will hear the motions this
```

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
**Transcript of Hearing Proceedings on 01/09/2019**                    Page 13

1    morning on that, but I'm still not convinced I'm going to

2    stay, okay.  Because it's pending somewhere else.  With
     that said, then let's go -- let me see.  I'll hear -- let

3

4    me hear the Secretary of State's motions first, okay.
          Let -- what we're going to do -- a lot of them -- a

5

6    lot of them are the same.  A lot of the motions are the
     same, so I'm going to -- I'm going to let you go first,

7

8    and then we'll go from there, okay.

9         MR. BROWN:  Thank you, Your Honor.  And the

10   defendant's counsel, we did try to split up kind of all

11   arguments so that you aren't hearing --
          THE COURT:  Whatever you want to do, Mr. Brown.

12

13        MR. RUSSO:  We're here on Secretary of State's motion
     to dismiss, along with the motions to dismiss filed by our

14

15   co-defendants.  As you're aware, plaintiffs filed a
     petition contesting the results of the November 6, 2018,

16

17   general election and the race for lieutenant governor for

18   the State of Georgia.
          In that election the margin of victory was 123,172

19

20   votes.  The plaintiffs in this case claim that the only
     explanations for the difference in the number of votes in

21

22   the lieutenant governor's race and other statewide races
     is that there were malfunctioning or erroneously

23

24   programmed voting machines or malicious manipulation of

25   the voting machines.

www.huseby.com            Huseby, Inc.  Regional Centers          800-333-2082
          Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000037

Page 1206

1        That that -- that those issues place in doubt the

2    results of the election.  Now plaintiff's, of course,
      completely disregard other reasonable explanations for the

3

4    differences in the votes, such as the fact that there were
      third-party candidates in the other races and incumbents,

5

6    but that's for another day.
              The Supreme Court has repeatedly stated that Georgia

7

8    law prohibits a contestant from merely speculating or

9    guessing as to the cause of an election contest.  Here we

10   have -- the plaintiffs have asserted grounds under 2125 --

11   excuse me, 2102 520, under multiple different sections of
      the election page, excuse me.

12

13       And the motion to dismiss, their response to the
      motion to dismiss has them discuss -- the plaintiffs have

14

15   expanded the grounds for their contest to -- to additional
      ones.  So, there are threshold issues that pertain to our

16

17   client, which I'll address first.

18       My partner, Josh Belinfante, will address the federal
      constitutional claims, and as I mentioned the other

19

20   parties will address those claims.  Your Honor, has
      already taken and confirmed the first step here that the

21

22   Coalition for Good Governance lacks standing to file an
      election contest claim, so we're going to move past --

23

24   past that.

25       As Your Honor knows, election contests are authorized

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000038

1   and governed by the Georgia Election Code, which is in

2   Chapter 2 of Title 21.  Pursuant to OCGA212520, there are
    only certain individuals who can be a defendant in an

3

4   election contest and none of those individuals in -- in
    this context would be the Secretary of State, which is the

5

6   first reason for dismissing the Secretary of State in the
    election contest.

7

8       THE COURT:  Okay.  I didn't -- Josh, I didn't realize

9   you had to go back to the courtroom.

10      THE VIDEOGRAPHER:  Yes.

11      THE COURT:  Okay.
        THE VIDEOGRAPHER:  (inaudible)

12

13      THE COURT:  I didn't realize that they wouldn't let
    you go through.  Let me give you a chance to get set up

14

15  because that was not -- I didn't realize that.
        THE VIDEOGRAPHER:  I'm good.

16

17      THE COURT:  It gets confusing because everybody has a

18  right to be heard, and I didn't realize they wouldn't let
    you bring it in, okay.  But the fact that she -- that your

19

20  allegation is the Secretary of State should not be a
    defendant, let me hear that.  That doesn't apply to

21

22  anybody else.  Let me hear that one first.
        MR. RUSSO:  Yes, ma'am.

23

24      THE COURT:  I understand it's a motion to dismiss,

25  but it's an issue that's out in front.  Go ahead.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000039

Page 1208

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019                              Page 16

```
 1        MR. RUSSO:  Of course.  Under OCGA212520,

 2   subsection 2, a defendant is defined as -- as four
     different specific classes.  A defendant could be either
 3

 4   the person whose nomination election is contested such as
     the lieutenant governor elect in this case, the person
 5

 6   whose eligibility to seek any nomination or office in a
     runoff primary or election is contested, the election
 7

 8   superintendent or superintendents who conducted the

 9   contested primary or election, or the public officer who

10   formally declared the number of votes for and against a

11   ballot question submitted to the electors at an election.
            Under the Georgia Election Code, the Secretary of
12

13   State is not an election superintendent.  Secretary of
     State does not conduct elections.  Elections are conducted
14

15   in the State of Georgia by -- at the county level, by the
     county superintendents.
16

17        Under the definitions, the general definitions that

18   are applicable to the Georgia Election Code, a
     superintendent is specifically defined in 2122, 2,
19

20   subsection 35, as either a judge of the probate court of a
     county or the County Board of Elections, the County Board
21

22   of Elections and Registration, the joint City and County
     Board of Elections, or the joint City Board of Elections
23

24   and Registrations, if a county has one.

25        And there are -- there are three other categories,
```

www.huseby.com            **Huseby, Inc.  Regional Centers**            **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000040

Page 1209

1    which apply to municipal elections.  None of those are

2    applicable here.  As Your -- as Your Honor can tell here,
     you know, the plain language in the definition does not

3

4    include the Secretary of State, and -- and -- and that
     really goes to the fact that the Secretary of State,

5

6    again, doesn't conduct elections.
             Where the Secretary of State -- the Secretary of

7

8    State is obviously involved in voter registration and must

9    maintain a statewide voter registration database, but that

10   doesn't make the Secretary of State a superintendent.  The

11   county -- the -- the plaintiffs have alleged that or have
     argued that, you know, since it's a statewide election

12

13   involving a lieutenant governor, that the Secretary of
     State must -- must be a proper -- must be a superintendent

14

15   and must be a proper party.
             The defendant -- or excuse me, the plaintiffs rely on

16

17   the case Mead vs. Sheffield, which involved a court of

18   appeals election contest, and in that case the -- in that
     case, it was a 2004 election contest in which one of the

19

20   -- the contestant missed the runoff by about 380 votes,
     because he had -- there was the wrong -- and there was a

21

22   wrong name on the ballot.
             We do not know why the Secretary of State in that

23

24   case was a party.  The plaintiffs claim that since she was

25   a party in that case, she -- the -- current Secretary of

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000041

Page 1210

1   State must, you know, must be a party in this case.

2        Of course, there's -- there's no precedent --
    precedential value in that case on that precise point.

3

4   That said, what the Mead vs. Sheffield case does highlight
    is that even in an election contest involving a statewide

5

6   race, election contest is filed against the county
    superintendents, which it was Laurens County in that case,

7

8   where there alleged irregularities that occurred in that

9   particular county.

10       And that, you know, indicates where there is an

11  alleged irregularity involving an -- an illegal ballot as
    opposed to an illegal vote, the contestant must show that

12

13  the number of illegal ballots cast exceeds the margin of
    victory in order to prevail.

14

15       Again, this is -- the -- the reason the case was
    filed in Laurens County -- against Laurens County was

16

17  because that's where the irregularities occurred.  I know

18  my colleagues at the -- that represent the other
    defendants, the county defendants will probably be

19

20  speaking to this issue, but Mead vs. Sheffield is clearly
    inapplicable here.

21

22       Plaintiffs also argue that the definition of election
    superintendent in the Recall Act of 1989, which is

23

24  Chapter 4 of Title 21, must apply to the Election Code.

25       Your Honor, I mean, it's a fundamental rule of

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000042

Page 1211

1   statutory construction that it's -- it's presumed that the

2   legislature acts intentionally and purposefully when it
    includes particular language in one section of a statute

3

4   but omits it from another.  And that's Tolson v. Sistrunk,
    332-Georgia at 324 from 2015.

5

6       Now in this rule of statutory construction is applied
    to the present case, it's clear that the word

7

8   "superintendent" as used for purposes of election contest

9   is -- is -- is referring to County Boards of Elections and

10  Registration or county probate judges, and that's for

11  counties that don't have, of course, a Board of
    Registrations and Elections.

12

13      Finally, Your Honor, the plaintiffs have made an
    argument about -- that -- that a public officer who --

14

15  that -- that the fourth subsection to the definition of
    "defendant" that discusses, you know, that a defendant can

16

17  be a public officer who declares the number of votes for

18  and against a question, submitted to -- submitted to the
    electors in an election that that somehow must wrap in the

19

20  Secretary of State also, but, Your Honor, of course, a
    question -- the question is defined to be, you know,

21

22  constitutional amendments or propositions, ballot
    referendum items that -- that voters vote on this, that

23

24  has nothing to do with election contests involving

25  candidates for public office.

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000043

Page 1212

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**                     **Page 20**

```
1          And we would say that there's -- there's no basis for

2    making that -- that leap that the plaintiffs are -- are
      asking the Court to make.  As Your Honor knows, election
3

4    laws that are in variegation to common law must be
      strictly construed here.
5

6          There's -- there's no basis for expanding the
      definition of "superintendent" to somehow wrap the
7

8    Secretary of State up into this election contest.  The

9    proper defendants would be the counties, the county

10   superintendents in each county where the plaintiffs are

11   aware of election irregularities.
          Now that moves to the next -- the next issue, and as
12

13   Your Honor pointed -- stated --
          THE COURT:  (inaudible)
14

15         MR. RUSSO:  Well, within the four corners of -- of
      the complaint or the -- the petition.
16

17         THE COURT:  Let me take the one issue, okay.  Are you

18   arguing the motion to dismiss now?
          MR. RUSSO:  I'm still arguing the motion to dismiss,
19

20   just moving past whether --
          THE COURT:  That's not relevant here.
21

22         MR. RUSSO:  Oh, I'm sorry.  I apologize.
          THE COURT:  No, -- go ahead.
23

24         MR. RUSSO:  Okay.  The plaintiff's election contest

25   is also subject to dismissal for failing to meet the --
```

www.huseby.com                **Huseby, Inc.  Regional Centers**                **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000044

Page 1213

```
 1   the pleading requirements.

 2        THE COURT:  Okay.  That I'd like to take separately.
          MR. RUSSO:  Okay.
 3

 4        THE COURT:  Let's take each step.  That's what I said
     in the beginning.
 5

 6        MR. RUSSO:  Okay.
          THE COURT:  Let's take each step.  You'll get to
 7

 8   argue that.

 9        MR. RUSSO:  No, I understand.  I -- I thought you

10   meant each step -- I got you.

11        THE COURT:  Let's -- the first issue before me is, is
     the Secretary of State a proper -- okay.
12

13        MR. RUSSO:  Sure.
          THE COURT:  All right.  Anybody else on the defense
14

15   might want to bring a -- how about you, Mr. Brown?
          MR. BROWN:  Thank you, Judge.  Bruce Brown for the
16

17   plaintiffs.  The issue of whether the Secretary of State

18   is a proper defendant is actually -- it touches upon two
      arguments that they make that are virtually the same.  The
19

20   first is whether the Secretary is a proper defendant and
      second whether the Secretary has sovereign immunity.
21

22        If the Secretary of State is a proper defendant, then
     the sovereign immunity has been waived.  The -- the
23

24   plaintiff's argument with respect to both issues is that

25   the election statute says defendant means election
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000045

Page 1214

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**                    **Page 22**

```
 1    superintendent.  That is OCGA212250.  The code then

 2    defines election superintendent.
           THE COURT:  Are you saying 212250?  520.
 3

 4        MR. BROWN:  I'm -- I'm sorry.  520.
           THE COURT:  520.  So y'all know, I have the book.  I
 5

 6    don't necessarily have access to this particular computer,
       and so I -- bring this book down with me.
 7

 8        MR. BROWN:  I apologize, Your Honor.

 9        THE COURT:  It's 220?

10        MR. BROWN:  220.  I keep transposing those numbers.

11        THE COURT:  Yeah.  Don't confuse them.
           MR. BROWN:  And then the phrase "election
12

13    superintendent" means in a statewide election the
       Secretary of State.  That is defined in OCGA2143.  Now, it
14

15    is correct that that definition of "election
       superintendent" as the Secretary of State is in a
16

17    different chapter of the code.

18        However, there's no reason to believe that the
       legislature, in using the term election superintendent in
19

20    the contest chapter, meant anything different and, in
       fact, commonsense would require that in a statewide
21

22    election that the proper defendant who is conducting the
       election is the Secretary of State.
23

24        Particularly when the irregularity that is alleged is

25    an irregularity that is statewide in every single case.
```

www.huseby.com              **Huseby, Inc.  Regional Centers**              **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000046

Page 1215

```
 1          Now the defendants, the Secretary of State option for

 2     Your Honor, is to rule that in the statewide election
       contest that the plaintiff must join 159 counties, and
 3

 4     so --
               THE COURT:  Well, we haven't gotten to that yet,
 5

 6     either.
               MR. BROWN:  But this is -- but, Your Honor, it's the
 7

 8     same -- I would -- it's the same argument in that -- the

 9     -- they're saying that they are not proper, but instead

10     the proper defendants are the 159 counties.

11          And we -- we think that's absurd and that's not what
       the legislator -- legislature intended.  And it's not what
12

13     the legislature said.
               Moreover, Your Honor, there has been, as far as we
14

15     know, only one statewide election contest on record, and
       that is the Mead vs. Sheffield case, which Mr. Russo
16

17     discussed.  And in fact, in the Mead vs. Sheffield case

18     the attorney general defended and did not raise the
       sovereign immunity argument at all, and it's a
19

20     jurisdictional argument and it made it to the Supreme
       Court.
21

22          And it was clear to the Secretary of State and the
       attorney general at the time, Your Honor, that our reading
23

24     of the statute and commonsense meant, of course, that the

25     Secretary of State who is in charge of the elections is
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000047

Page 1216

 1   the proper defendant in the statewide election contest.

 2       Now, Mr. Russo said something to the effect, well,
     that was several years ago.  I'm not sure why the
 3

 4   Secretary -- Secretary of State did it then, or why the
      former Secretary of State and former attorney general took
 5

 6   that position.  I would like -- if I may approach, I found
      a case yesterday, Your Honor, which I believe is
 7

 8   instructed.  But I'd like to approach the bench with a

 9   copy of some of the papers, if I might.

10       THE COURT:  All right.  If you want to -- we don't

11   have a clerk because this is a Fulton County case.  Thank
     you.  So, it's just a brief?
12

13       MR. BROWN:  It's a brief and then the case is
     attached to it, Your Honor.
14

15       THE COURT:  I'm not going to -- I'm not going to take
     somebody else's brief.  You want to argue it, fine, but
16

17   I'm not going to -- somebody else's brief and somebody

18   else's case is not -- and has got nothing to do with that.
         MR. BROWN:  Fair enough.  If the -- the case, which
19

20   follows the copy of the brief, is a case called Dawkins-
      Haigler vs. Anderson.  It's reported at 301-Georgia-27.
21

22   In that case, the Secretary of State was sued.  And I
      quote, it's "Brian Kemp in his official capacity as state
23

24   election supervisor."  That was the capacity in which he

25   was sued.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000048

Page 1217

1          The -- the case was defended by Chris Carr, attorney

2    general, Dennis Dunn, Willard Chris Corea, the same
     attorney general law department lawyers who were defending

3

4    this case along with outside counsel from the Robbins
     firm.  This is a case that was -- was tried last year,

5

6    Your Honor, and in that case the Secretary of State was --
          THE COURT:  Has there been an appellate decision on

7

8    the case?

9          MR. BROWN:  Yes.

10         THE COURT:  Okay.

11         MR. BROWN:  It is 301-Georgia-27, and in that case
     the Secretary of State was sued quote "in its official

12

13   capacity as state election supervisor," and that styling
     of the Secretary of State appears in his own brief, which

14

15   is what I had shown to you, but the important thing is the
     reported decision, and in that case also the Secretary of

16

17   State stood up and defended the case on the merits.

18         THE COURT:  Okay.  If you want to give me -- but you
     know, if you've got a decision, let me have the final

19

20   decision, but what somebody else may have said and it's on
     the report, it's not relevant --

21

22         MR. BROWN:  Your Honor the -- what the law department
     -- the position the law department said it is not binding

23

24   either on the law department or anybody else.  They can

25   change their mind, of course, and not binding on Your

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000049

Page 1218

```
 1    Honor.

 2         However, it is reflective of what the law is, and the
      law says that defendant means election superintendent and
 3

 4    the law says "election superintendent" in a statewide race
       means the Secretary of State.  So, our argument is that
 5

 6    the statute is clear.
           There is no case in the history in the State of
 7

 8    Georgia holding that the Secretary of State has sovereign

 9    immunity in an elections case.  No case at all.  They are

10    asking Your Honor to make a precedent setting, a brand-new

11    decision.  It will be the first ever that ever granted
       this -- this relief.
12

13         THE COURT:  If that's meant to intimidate me, it
      doesn't.
14

15         MR. BROWN:  I don't think it should -- should
      intimidate you, Your Honor.
16

17         THE COURT:  Well, you -- I've read a lot of what

18    you've provided me.  I have not read the proffer of
       evidence because it's not relevant today --
19

20         MR. BROWN:  I understand.
           THE COURT:  -- and I understand where you're coming
21

22    from.
           MR. BROWN:  Okay.  Thank you, Your Honor.  That's our
23

24    argument on the sovereign immunity and the Secretary of

25    State being a proper defendant.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000050

Page 1219

```
 1          THE COURT:  Okay.  Any responses on that issue?

 2          MR. RUSSO:  Briefly, Your Honor.  As you rightly
      noted these cases, this -- this brief and the cases cited
 3

 4    by plaintiff's counsel have no precedential value and
       basically stand for nothing on this -- on this point.
 5

 6          Plaintiff's counsel stated that the law says that in
      a statewide case, the superintendent is the Secretary of
 7

 8    State.  Your Honor, I can't find anything on the books or

 9    in the code that -- that says such.

10          Even Chapter 4, even the Recall Act that plaintiff's

11    counsel has referred to multiple times, states that in any
       case of elected state officers the Secretary of State --
12

13    and in short, you know, if somebody wants to challenge --
       if there's a group that wants to recall a public officer
14

15    or state officer, they have to go get a petition signed.
              And that petition then goes to the Secretary of
16

17    State.  It's similar to a third-party candidate or an

18    independent candidate trying to get on the ballot in a
       statewide race.  None of this -- the Recall Act, of
19

20    course, has nothing to do with election contests, similar
       to independent candidates trying to file in a petition to
21

22    get on the ballot has nothing to do with election
       contests.
23

24          Your Honor, again, we don't know why or -- or if this

25    issue has -- was raised in -- in the 2004 case.  However,
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000051

Page 1220

```
 1   you know, the Secretary of State is not a statewide

 2   election superintendent.  Georgia law has long held that
      elections are -- are conducted at the county level and if
 3

 4   a contest is going to be filed, then it should be filed
      against the counties where those irregularities occurred.
 5

 6        And so again, we would ask you to dismiss the
      election contest on -- on that basis.
 7

 8        THE COURT:  Okay.  This goes to count 1 as I

 9   understand it, and 2125 -- this is Section 2 of 21, which

10   is the election contest, okay, it -- it states that the

11   election superintendent was superintendent to conduct a
      contested -- or election, okay.  What it says, in 2- --
12

13   again, this is within the same code, 212235 defines who
      those are.
14

15        It defines who the superintendents are, and it does
      not include Secretary of State.  That's the law, and
16

17   definitions applicable to Section 2, okay.  Now there may

18   be in the recall, which is Section 4, that that may be
      different, but it's under a different code section.  It's
19

20   under a different section of the code.  So as far as the
      election contest goes, count 1, I find the Secretary of
21

22   State is not a proper party, okay.  And so, I'll grant
      your motion.  -- I'll put my, you know, -- as to count 1,
23

24   okay.

25        MR. RUSSO:  Yes, ma'am.  Thank you,
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000052

Page 1221

 1        THE COURT:  Okay.  What's the next question?

 2        MR. RUSSO:  I think some of my other motions are
      mooted at this point, so do you want to --
 3

 4        MR. BROWN:  Your Honor, it would be best at this
      point for Gwinnett County to make its proper party
 5

 6    argument or would you rather hear from the Secretary of
      State on the constitutional claims, counts 2 and 3?
 7

 8        THE COURT:  Well, you've got a motion to dismiss on

 9    -- what, just on the general --

10        MR. RUSSO:  Well, we have one every --

11        THE COURT:  You just got a routine motion to dismiss
      on the four corners of the petition.
12

13        MR. RUSSO: That's right.  We just had -- had other
      reasons why it should be dismissed.
14

15        THE COURT:  I guess, Mr. Brown -- I guess I'd hear
      from Gwinnett first as to whether they should be a party
16

17    and then Fulton whether they should be a party.  And then

18    we'll go into the -- if that's all right with you.
          MR. BROWN:  Thank you, Your Honor.
19

20        THE COURT:  Okay.  Okay --
          MR. TYSON:  Thank you, Your Honor.  Good morning.
21

22    Bryan Tyson for Gwinnett County Board of Registrations and
      Elections.
23

24        For our motion to dismiss, Your Honor, I think if we

25    determined now, if we've determined that the Secretary of

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000053

Case 1:17-cv-02989-AT   Document 449-8   Filed 07/03/19   Page 54 of 661

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**                    Page 30

```
1    State is not a proper party to an election contest, I

2    think the logical questions is, well, who then is a proper
     party?
3

4         For -- for us as Gwinnett County, there is no
     question that the Gwinnett Board is an election
5

6    superintendent who conducted the contested election.  So,
      there's no issue there.  The challenge in this scenario is
7

8    that the plaintiffs have not sued all the parties that are

9    required to afford them full relief and Mr. Russo

10   referenced the Mead case where the case was filed against

11   the county's where the problem was alleged in a statewide
      election contest.
12

13        And if you look at and kind of do a comparison
     between 520 and 522, I think it helps explain a little bit
14

15   about how there's a connection between the grounds of the
      contest and who the defendant is in those cases.  So,
16

17   under the -- under 520-2A and B, you have a candidate

18   who's the defendant -- the person who was nominated, the
      person whose eligibility is challenged.
19

20        That lines up to 522-2 where the allegation in the
      election contest is that the defendant, the candidate is
21

22   not eligible to hold the office.  And so, in those cases
      where you're challenging eligibility, the other candidate
23

24   is obviously a logical defendant.

25        For 3, the election superintendent in 520 who
```

www.huseby.com            **Huseby, Inc.  Regional Centers**            **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000054

Page 1223

```
 1   conducted the contested primary, that's where you have the

 2   allegations on the grounds related to misconduct, related
      to illegal votes being cast or legal votes being rejected
 3

 4   or errors in counting.
             And in this case the plaintiffs have made a number of
 5

 6   allegations about the various problems across the state,
      but they've only sued now Fulton and Gwinnett counties, as
 7

 8   is evidenced by other motions they filed, they want to

 9   preserve evidence in Murray and Gordon counties.

10           There are allegations regarding DeKalb, regarding

11   Worth County, regarding a variety of other Georgia
      counties that are not parties to this case.  And the
12

13   challenge in this situation is they have the evidence that
      Your Honor needs to be able to figure out is this a valid
14

15   contest or not.
             If this is not a scenario where you can just pick a
16

17   county and then make allegations regarding and number of

18   other counties when they're not parties to the case and
      can't get -- get in front of the court.
19

20           The -- in addition, there is a lack of allegations
      regarding Gwinnett County as to some of the specifics.  A
21

22   lot of the specific allegations involve other counties,
      many of whom are not parties.  The other counties are the
23

24   ones that have the evidence.

25           So, for our position as Gwinnett, we believe this is
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000055

Page 1224

 1    the basis for dismissal, because not only did plaintiffs

 2    fail to name the proper parties to start with, but it's
      now too late for them to amend.
 3

 4         And while the election contest procedures clearly
      allow amendment of the petition, there's a difference when
 5

 6    you're amending to add additional parties.  And the only
      the Supreme Court case en pointe here is Brody vs.
 7

 8    Champion.  And in that case the -- the contestant had

 9    filed the case against the director of elections for

10    DeKalb County, but had not sued the Board of Elections.

11         And the Supreme Court said, yes, you can modify, they
      were on notice within the statute; that's not a problem.
12

13    The Hanson case that the plaintiffs have cited involved a
      different procedure under a municipal election code that
14

15    involve a direct appeal or an independent lawsuit.
               It's not really relevant here.  What is relevant is
16

17    we are now beyond the five-day statute or well beyond

18    that.  And the relation back under 9/11/15, there's
      nothing that the plaintiffs needed to know at the time
19

20    they filed their lawsuit where they couldn't have named
      the counties that are going to have evidence that they
21

22    claim they need.
               In their petition they identify.  These are the same
23

24    counties are the worst -- have the worst questions about

25    these percentages.  They had anecdotes from counties that

www.huseby.com            Huseby, Inc.  Regional Centers         800-333-2082
         Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000056

Page 1225

1  were not included as parties in the case.  So now because

2  we're too late to be able to do an amendment and add --
   and have that relate back to the original filling date,

3

4  the statute has run as to those counties.
         It is our position that those are necessary parties

5

6  in order to give full relief in this case.  And because
   those parties were not joined, that's a basis for a

7

8  dismissal of the entirety of the election contest, as to

9  those allegations that have been made by the plaintiffs.

10      THE COURT:  Anybody else on the defendants' side that

11 want to support that position?  And pardon me -- argument
   at the same time.

12

13      MS. BURWELL:  Kaye Burwell on behalf of Fulton
   County.  We join in that argument, Your Honor, and we

14

15 would add that when the Court looks at the complaint in
   Paragraph 38, it references that there were thousands of

16

17 problems they alleged with the DRE machines where clearly

18 Gwinnett and Fulton County aren't in a position to speak
   to those thousands of problems.

19

20      The only issues we could speak to would be any issues
   they alleged on our particular counties.  And since this

21

22 is a statewide issue, they're alleging the only way they
   would be able to bring information to the Court and the

23

24 only way the Court would be able to have a full and fair

25 hearing is if all those other counties that they're

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000057

Page 1226

```
 1    complaining about, where they allege all these issues

 2    occurred, were to be able to come in.
             And as we noted on our motion to dismiss, Your Honor,
 3

 4    the Fulton County Board of Registrations and Elections
       can't provide the petitioners with the relief they seek
 5

 6    because the DRE is constrained to follow state law.  And
       they have to use the DRE machines because that's what
 7

 8    state law requires.

 9         And the only response the plaintiffs provided to

10    that, Your Honor, was that absentee ballots could be used,

11    but clearly the DRE doesn't have the ability to force
       every Fulton County voter to use an absentee ballot.  The
12

13    voters get to decide how they choose to vote.
             THE COURT:  You're off the -- you're off the --
14

15    you're off the field.  So right now, so they join all the
       counties, or shouldn't they?
16

17         MS. BURWELL:  They should have joined all of the

18    counties, Your Honor.
             THE COURT:  That's the issue we're figuring with them
19

20    on this motion.
             MS. BURWELL:  Okay.
21

22         THE COURT:  I'm trying -- I'm trying to do as clean a
       record as I can.
23

24         MS. BURWELL:  Okay.

25         THE COURT:  Okay.  So, you'll be heard on that.
```

www.huseby.com                    Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000058

Page 1227

```
 1   Everybody's going to get heard on everything, okay.

 2        MS. BURWELL:  Okay.
          THE COURT:  I don't want to make you -- I'm just
 3

 4   trying to make a nice, clean record of the -- of the case.
          MS. BURWELL:  Yes.
 5

 6        THE COURT:  Okay.  So, you -- you -- you agree that
     they have joined -- they should have seen everybody.
 7

 8        MS. BURWELL:  Yes.

 9        THE COURT:  Okay?  Every county, okay.  Anybody else?

10   No?  Okay.  Then you can, because you didn't find the

11   word --
          MR. BROWN:  (inaudible)
12

13        THE COURT:  (inaudible)
          MR. BROWN:  Thank you, Your Honor.  The Fulton
14

15   County's argument points to sort of the overall issue of
      how the plaintiffs are getting whip shot here.  Fulton
16

17   says, we can't defend this because the Secretary of State

18   does everything.
          THE COURT:  No.  Don't go there.  The issue we're
19

20   dealing with, the only issue I'm trying to read right this
      minute is, should you have joined 159 counties or not?
21

22        MR. BROWN:  No, Your Honor, and here's why.
          THE COURT:  Okay.  That -- that's the issue.
23

24        MR. BROWN:  We -- we have -- first, we have alleged

25   causes of action against Gwinnett and Fulton.  Our
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000059

Page 1228

 1    allegations cover -- they are proper defendants as they --

 2    I think, believe as they have conceded, that they've --
      they conducted the election.

 3

 4        And we have alleged that the irregularities occurred
      in their counties, and they occurred in every county.  And

 5

 6    so, Fulton and Gwinnett are proper defendants, and so they
      stay.  The question then is, should the other -- should

 7

 8    157 other counties have been joined?

 9        That comes down into two separate questions, okay.

10    First is, what might we need discovery from 157 other

11    counties and from a non-party Secretary of State.  The
      answer is, yes.  We will need discovery from the Secretary

12

13    of State, and we'll need discovery from -- from other
      counties, maybe.

14

15        We don't believe actually that substantial discovery
      will be required from every county.  And the reason for

16

17    that is that the Secretary of State, not as a party, Your

18    Honor, I'm not arguing that piece, but as the repository
      of the information.

19

20        The Secretary programs the ballots, programs all the
      machines, programs the poll books, tabulates the results,

21

22    announces the results, all of those things.  And so, the -
      - so the Secretary is here within the jurisdiction of this

23

24    court -- to court -- to respond to discovery.

25        In addition, Your Honor, has plenary power, plenary

www.huseby.com           Huseby, Inc.  Regional Centers           800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000060

Page 1229

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/09/2019                Page 37

```
 1   power in the statutes that we have cited, to grant the

 2   relief that we're seeking.  There's no requirement that we
      file suit against every county.  Instead, the counties
 3

 4   that we have sued are proper.
          And whether we can prove that is up to the next
 5

 6   hearing, it's not up to today.  But we believe we can
      prove that through discovery.  And that the 157 counties
 7

 8   are not necessary to be joined.  If they are necessary to

 9   join them, then we'll join them and that's a separate

10   issue.  Thank you, Your Honor.

11        THE COURT:  Anything further?  Anything further?
          MR. BROWN:  I have nothing further, Your Honor.
12

13        THE COURT:  We have to do these cases as fast as we
      can do them, and I respect that, and I'm trying to do this
14

15   as fast as I can.  But given the status of what is
      actually before me, not all this 180 pages of evidence and
16

17   all this stuff I've been dumped on, and which -- anyway.

18   I won't go there.  It's very hard for me to be able to
      download some of that stuff.
19

20        But I've done them.  I've taken them off.  But in
      that status, I'm going to deny your motion.  Whether it
21

22   will become relevant at the end of the hearing, I don't
      know.  But at this point, both those motions as to adding
23

24   the parties and as to them being improper parties --

25        MR. BROWN:  Thank you, Your Honor.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000061

Page 1230

```
 1          THE COURT:  Does Gwinnett have any other motions

 2    applicable just to Gwinnett?
             MR. RUSSO:  No, Your Honor, I don't believe we do.
 3

 4    We obviously join the other motions regarding kind of the
       -- claim.
 5

 6          THE COURT:  (inaudible)
             MR. RUSSO:  There is a complaint, I think that's it,
 7

 8    so.

 9          THE COURT:  Okay.  Fulton, you've got it.  Anything

10    else that you wanted to say?  Come around, if you will.

11    I'm sorry to address you by county, but I have a cheat
       sheet here with everybody's name, and I think I've lost
12

13    it.
             MS. BURWELL:  The -- the point I was making on
14

15    whether or not Fulton County was a proper party was that
       the Fulton County Board of Registrations and Elections
16

17    isn't capable of providing the petitioners with the relief

18    that they're seeking, which in essence is changing out DRE
       machines.
19

20          They don't want Georgia citizens to use the DRE
       voting system.  Well, Fulton County, like every other
21

22    county in the state, is constrained by state law to comply
       with state law, which requires us to use the DRE machines.
23

24          Now, the response that plaintiffs had to our motion

25    to dismiss was merely, number one, that the Board of
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000062

Page 1231

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/09/2019                    Page 39

 1   Registrations and Elections could require citizens to vote

 2   via absentee, and that's clearly not the case.  Citizens
      get to decide how they vote, not the Board of
 3

 4   Registrations and Elections.
              The only other issue they raised was OCGA21-2-366 and
 5

 6   they raised that for the proposition of saying that
      "Fulton County in fact could decide what kind of voting
 7

 8   system is in use" and that's just not the case.  What the

 9   Court looks at 21-2-366, it only provides that the

10   governing authority of a county, which is not the Board of

11   Registrations and Elections, it's the Board of
      Commissioners -- can authorize the use of optical scanning
12

13   voting systems.
              Well, the Board of Commissioners is not a party to
14

15   this action; the Board of Registrations and Elections is.
      And so, the -- our position is that the county's position
16

17   with respect to whether or not it is a proper defendant is

18   unrefuted by the plaintiffs.
              And then the only other issue we had raised, Your
19

20   Honor, was the lack of service.  At the time we filed our
      motion to dismiss, they had not served.
21

22       THE COURT:  They had not served?
                                                        th
         MS. BURWELL:  Yes, they served us on December 26 .
23

24       THE COURT:  All right.

25       MR. BROWN:  Your Honor, I believe Your Honor's

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000063

Page 1232

 1   already ruled that Fulton and Gwinnett are proper parties.

 2   And I'm not sure I understand Fulton's argument that
     they're incapable of -- of conducting the elections.  I
 3

 4   think that's an issue that may come later in terms of what
     sort of remedy that you offer, Your Honor.
 5

 6        Our position is that, number one, when you have the
     trial, the -- we will be able to show that a new election
 7

 8   should be ordered; that's the first argument.  The second

 9   argument is, if you do order a new election, on what

10   machines or what is -- what type of election should that

11   be?  Should that be machines, or should that be paper?
              And that's what Fulton County is talking about is
12

13   really two or three issues; two steps away from where we
     are today.  Our position will be that Fulton County is
14

15   capable of -- of conducting a paper ballot election
     without using these flawed machines.
16

17        And that that's authorized under the code provisions

18   that -- that we have cited.  And that they don't need a
     Secretary of State's approval to do that, but certainly
19

20   Your Honor could order them to do so, if you've felt that
     was necessary, but again I think that's --
21

22        THE COURT:  Asking further from Fulton County?
          MS. BURWELL:  No.
23

24        THE COURT:  Okay.  I'm going to deny that, again at

25   this point when you all stop talking, arguing the

www.huseby.com              Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000064

Page 1233

 1    evidence, then the motion to dismiss this is doing a lot,

 2    okay.  Does that mean -- after we have a -- have a hearing
      on the matter, I don't know.  But I'm happy to try it.
 3

 4         But right at this point, I'm bound by what the rules
      say.  That's if a slight -- allegations are -- I have to
 5

 6    follow.  Okay, so we haven't generalized the motion to
      dismiss, did you need to be heard on that as well.
 7

 8         MR. RUSSO:  No, not on that issue.

 9         THE COURT:  I didn't think so.  This is generalized.

10    Everybody seems to have generalized motions dismissed on

11    the pleadings.  Let me hear that.
           MR. RUSSO:  Would you like to hear from --
12

13         THE COURT:  On count one.
           MR. RUSSO:  Sure.  Would you still like to hear from
14

15    us or --
           THE COURT:  Whatever order you want to do it.
16

17         MR. BELINFANTE:  I mean, I'm happy to make our

18    argument.  I'm happy to make our arguments on it.
           MR. LINDSEY:  Your Honor, Edward Lindsey once again,
19

20    attorney on behalf of Lieutenant Governor-elect Geoff
       Duncan.  As was previously stated, Mr. Duncan won his race
21

22    by over 123,000 votes.  I'm going to go through some
       numbers, Your Honor, and I'm going to ask you to simply
23

24    take judicial notice, which I believe you're entitled to.

25    As a matter of public records; in terms of public records.

www.huseby.com                    Huseby, Inc.  Regional Centers                    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000065

Page 1234

1        The case I'll cite for taking judicial notice would

2   be Johnson vs. Adams 323-Georgia-PO427 and that particular
    case that was taking judicial notice of a separate lawsuit

3

4   of a -- separate case in bankruptcy court, but
    nevertheless, the rule is that the courts in a motion to

5

6   dismiss, I believe, courts can take judicial notice of
    such matters.

7

8        And the only thing that I'm going to be talking about

9   are the official numbers from the Georgia Secretary of

10  State's office, certified numbers.  Court, in such cases

11  such as ours needs to remember that the setting aside of
    an election in which the people have chosen their

12

13  representative, is a drastic remedy that should not be
    undertaken lightly, but instead should be reserved for

14

15  cases in which a person challenging an election has
    clearly established a violation of elections procedures.

16

17       And has demonstrated that the violations have placed

18  the result of the election in doubt; that's not our
    assertion, Your Honor.  That's a big court decision.  In

19

20  the case of Hunt vs. Crawford 270-Georgia-7, a 1998
    decision in my brief we filed yesterday, Your Honor, we

21

22  sort of outlined that that's -- what's clearly required is
    that the plaintiffs --

23

24       And at this point, Your Honor, that the pleadings

25  must show that the plaintiffs are asserting that as result

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000066

Page 1235

 1    of the defects that they are alleging, that it places the

 2    -- the outcome of the election in doubt.  And the courts
      have established somewhat of a mathematical test.

 3

 4        And I'm glad to hear that you said you were a math
      major, so I'm going to simply talk about a little math

 5

 6    here.  The -- the plaintiffs, you know, or the petitioners
      have alleged several things.  On number one they say, that

 7

 8    "as a result of these nefarious defects, the -- the total

 9    number of votes cast in the lieutenant governor's race was

10    dramatically below those of other down-ballot statewide

11    races."
                Well, if you look at our particular case, like I

12

13    said, 123,000 votes, 123,172 votes; that's the certified
       result number.  If you look at the -- the -- the highest

14

15    number of votes that were cast in any of the down-ballot
       races -- that would be the Secretary of State's race.  And

16

17    in that race, there were 3,883,594 votes total cast.

18        In the lieutenant governor's race, that's 3,780,304.
      So even if we were to accept -- and the Court is required

19

20    to do here -- the petitioner's allegations that there was
       something nefarious or -- or negligent in terms of the

21

22    counts, votes that were counted.
                The difference between what took place in the

23

24    lieutenant governor's race total votes and the Secretary

25    of State's total votes is only 103,290 votes.  That's

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000067

Page 1236

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019                         Page 44

1    19,882 votes short of the margin of victory that Mr.

2    Duncan enjoyed.

          The next thing that the -- that the petitioner
3

4    asserts in its allegation is that there was a drop-in vote
     between those -- in -- in terms of the drop-offs, which
5

6    are the number of people who voted in one race but didn't
     vote in the another.  They assert that there's a dramatic
7

8    difference between the drop-off between the governor and

9    the lieutenant governor's race, and between the paper

10   ballots versus the electronic voting.

11        And they assert essentially that in the paper ballots
     there was a drop-off of only 98.9%, but in the other case
12

13   there was a dramatic drop-off below that number.  If you
     were to accept their assertion that there should have been
14

15   the same drop-off between the governor's race and the
     lieutenant governor's race, the numbers still come up
16

17   short as a matter of math.

18        In this particular case, Your Honor, if we were to
     accept the petitioner's allegations that there's -- that
19

20   the drop-off between the governor's race and the
     lieutenant governor's race should have been the same
21

22   between the write-in, between the paper ballots and
     electronic ballots that would have raised the number of
23

24   votes cast in the lieutenant governor's race to 3,895,955.

25        That's still, Your Honor, would have only increased

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000068

Page 1237

```
1    the number of votes cast to be 115,691 votes, which is

2    still below 123,000-plus votes cast.  The third allegation
      that the petitioner asserts in their petition is that
3

4    there was in terms of the drop-off between -- in the
      electronic voting between those who voted in the
5

6    governor's race and the lieutenant governor's race had a
      particularly negative impact on the democratic candidate
7

8    Ms. Miko.

9        If you were to take that as truth and simply allow

10   for the same percentage of votes for Ms. Miko that Mr.

11   Duncan enjoyed in terms of -- of the -- the percentage of
      votes that they received versus the gubernatorial race,
12

13   you still end up 53,902 votes short of what the -- of the
      number that is needed that would have closed the gap at
14

15   53,902, so in other words you're still short of 123,000
      votes.
16

17       And -- and that's the key -- and that's the key.  In

18   all cases, in the Supreme Court cases, is you've got to
      have a show that the number of votes that were either
19

20   miscounted or not counted properly would have wiped away
      the margin of victory that the winner enjoyed.
21

22       And we've cited several cases as have everyone else
      that demonstrates that's the rule of thumb.  By the -- in
23

24   terms of petitioner's allegations -- each of their

25   allegations, Your Honor, I want you to take judicial
```

www.huseby.com                 Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000069

Page 1238

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
**Transcript of Hearing Proceedings on 01/09/2019**                    Page 46

1    notice of certified results from the Secretary of State.

2    They fall short of that golden number, by any number
     between 8,000 to 80,000 votes short, depending on the --
3

4    their various allegations.
           I would point out, Your Honor, that the petitioners'
5

6    themselves in their exhibit to their petition included an
     exhibit from a letter from Ms. Amico who said in the
7

8    letter, "the number of residual votes in the lieutenant

9    governor makes it unlikely to affect the outcome of my

10   race." She's right, Your Honor, because she also

11   understands the math.
           So, Your Honor, we would simply ask for a motion to
12

13   dismiss based on the petitioner's petition when you take
     judicial notice of the public record regarding the
14

15   certified results from the election from all the races.
           Thank you, Your Honor.  Does the Court have any
16

17   questions?

18         THE COURT:  No.  Anybody else --
           MR. TYSON:  Yes, Your Honor.  Thank you, Your Honor.
19

20   Again, Bryan Tyson for Gwinnett County.
           I think the thing to keep in mind is that when we're
21

22   in this posture after a certified result from an election,
     the election is presumed valid.  And if you were in a
23

24   scenario where, let's say you have 100-vote margin.

25         And you allege, you put in your petition that 99

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000070

Page 1239

```
 1   either illegal votes were cast or legal votes were

 2   rejected, that petition would be properly subject for
     dismissal for failure -- failure to state a claim, because
 3

 4   you have to allege a sufficient number of votes that would
     have placed the result in doubt or would have been
 5

 6   sufficient to change the result of the election.
              And in this case, the plaintiffs have not made any
 7

 8   such allegation in their petition. In addition, the --

 9   there is conflicting causes of action referenced in the

10   motions to dismiss.  In the petition the plaintiffs that

11   they say that they're proceeding under 521-1 and 3.
              In their response to the motion to dismiss, they're
12

13   relying on 1, 3, 4, and 5, but I think the most important
      thing for the Court to remember in terms of looking at the
14

15   petition itself, is what it stated, is that the
      irregularities that the plaintiffs have alleged only
16

17   involve a 100 or so votes here and there across the state.

18      They also involve claims of machine malfunction in
     DeKalb County in paragraph 42 of the complaint.  Of
19

20   course, the plaintiffs have dismissed DeKalb County from
      this lawsuit.  And the -- the collection of information
21

22   that's in the petition is a bunch of kind of one-off
      programming errors.
23

24       Most of them are unverified and anonymous, and

25   significantly they don't get anywhere close to the
```

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**                     **Page 48**

```
 1   123,000-vote threshold that they would -- that the

 2   plaintiffs had to plead in order to state a claim here
      because of the way the Supreme Court precedent works.
 3

 4        I'm in Ellis vs. Johnson 2623-Georgia-514, the
      Supreme Court is very clear that speculation alone is not
 5

 6   enough.  There has to be -- has to be a specificity in
      terms of the mathematical certainty of what happened.  And
 7

 8   we see that over in Mead, in Howell, and in just a number

 9   of Supreme Court cases, that it is proper for the court to

10   look at motion to dismiss, first of all, because those

11   cases were decided based on motions to dismiss.
           But second that it's proper to look at the
12

13   allegations and see have the plaintiffs alleged this
      123,000-vote margin that would be sufficient to place the
14

15   result in doubt.  And we would submit that they have not
      done that in the four corners of their petition.  On that
16

17   basis it should be dismissed for failure to state a claim.

18        THE COURT:  Does Fulton want to be heard on that?
           MS. BURWELL:  We join in, all the others.
19

20        THE COURT:  You just joining them now?
           MS. BURWELL:  Yes.  Thank you, Your Honor.
21

22        THE COURT:  (inaudible)
           MR. BROWN:  Thank you, Your Honor.  The -- the
23

24   defendants have pointed to one of the most egregious

25   pieces of evidence showing the total system failure of --
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000072

Page 1241

```
 1          THE COURT:  But -- but -- but that's not -- this is

 2   -- that's a wonderful opening statement.  This is not that
     day, okay?
 3

 4          MR. BROWN:  Okay.
            THE COURT:  Just respond, if you will, to what --
 5

 6          MR. BROWN:  Sure.  The --
            THE COURT:  I don't do well with --
 7

 8          MR. BROWN:  Okay.  The --

 9          THE COURT:  -- inflammatory -- just stay within what

10   we're -- what --

11          MR. BROWN:  Sure.  The undervote is an illustration
     of the system problems that we allege in the complaint.
12

13   Allegations that, as Your Honor has already mentioned,
     must be accepted as true.
14

15          THE COURT:  All right.
            MR. BROWN:  The -- the numbers that Mr. Lindsey was
16

17   giving, Your Honor, are not our entire case.  Instead what

18   we have alleged is that the system malfunctioned as
     reflected by the undervote, which is unexplained in -- in
19

20   ways that happened statewide.
            The defendants interpret -- we have a different
21

22   interpretation of the legal requirements here.  First in
     terms of what's subjectively required, and then second,
23

24   the procedural policy.

25          First, Your Honor, in the Supreme Court in the cases
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000073

1    in which the nature of the voting problem is not

2    quantifiable, the plaintiff is not required to count up
     the votes and show the difference.  For example, in the

3

4    Stiles case, 252-Georgia-260, the Supreme Court found that
     there were irregularities and misconduct and ordered a new

5

6    election despite no proof of the numbers involved.
             Similarly, in the Hunt case, although the contestants

7

8    lost the Hunt case, this is 270-Georgia-7 -- one of the

9    reasons why the plaintiffs lost is that the Court found

10   quote "moreover, there was no evidence introduced at trial

11   from which it can be inferred that the misconduct was more
     widespread than the record indicates."

12

13       The Supreme Court is -- is signaling that if there is
     evidence introduced at trial from which it can be inferred

14

15   that there was a widespread problem, that the case may be
     made.

16

17       And so the -- the cases that they cite we have no

18   quarrel with, Your Honor, but those are cases in which the
     impact of a mistake is easily quantifiable because you

19

20   have the illegal ballots sitting there physically in front
     of the Court, and you're able to count them up and to

21

22   determine whether or not it's enough to make a difference.
             And certainly, if you have seven illegal ballots in

23

24   front of you and the margin and difference is eight, then

25   you know that that's insufficient.  But in those cases

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000074

Page 1243

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
**Transcript of Hearing Proceedings on 01/09/2019**                                   **Page 51**

1   where the mistake is not quantifiable, then that is not

2   the approach that the Court has taken, and that, again, is
     the Stiles case.

3

4        And -- but this leads, Your Honor, back to the
     procedural posture of the case.  In all of these cases --

5

6   and I will just read these to you.  What the -- what the
     courts are saying about the evidence is after a trial, for

7

8   example -- these are not examples.  This is what I found

9   in -- in review of all of the cases they have cited.

10       In Banker vs. Kohl, 378-Georgia-532, what the Court

11  said, quote "Evidence presented at the trial court," and
     then went on to explain.  In Dawkins-Haigler 30177, the

12

13  Supreme Court says, "after a lengthy hearing the trial
     court concluded..."

14

15       And then in Fuller 284-Georgia-397, the Court
     explained that the case proceeded to trial.  In Hunt vs.

16

17  Crawford, 270-Georgia-7, the Supreme Court said, at trial,

18  "Hunt admitted making telephone calls," and then went into
     the evidence of misconduct.

19

20       In Mead vs. Sheffield, the case that's discussed by
     both parties, the Court notes, "it was established at the

21

22  evidentiary hearing," and then went in to show how it was
     established, that in fact the case had been made for a new

23

24  trial.

25       Scoggins, again, 288-Georgia-26, the Supreme Court

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000075

Page 1244

1   said, "after hearing on the merits," and then explained

2   how in fact the plaintiff prevailed after hearing on the
    merits.  Your Honor, there is one case in which the trial

3

4   court did grant a motion to dismiss for failure to state a
    claim, and only one.

5

6       And that is the trial court in the Taggart case, 242-
    Georgia-454.  The trial court, without an evidentiary

7

8   hearing, dismissed the petition for failure to state a

9   claim on similar grounds the defendants urge in this case.

10  So, the trial court decision in that case would be the

11  sole precedent that I can find to support the defendant's
    position in that case.

12

13      However, on appeal that holding was reversed by the
    Supreme Court.  And the Supreme Court held, quote "A

14

15  petition should not be dismissed for failure to state a
    claim unless it discloses with certainty that the

16

17  plaintiff would not be entitled to relieve under any set

18  of facts."
        Interestingly, the Taggart case also involved the

19

20  type of situation -- it involved actually two different
    kinds of challenges, two different problems in the

21

22  election.  One problem had to do with quantifiable ballot
    issues where you could count them up and you could

23

24  determine whether or not it was enough to make a

25  difference.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000076

Page 1245

```
 1          But the other part was the -- the contestant alleged

 2     that the machines were -- were operating improperly.  More
        like our -- more analogous to our case here.  And in
 3

 4     Taggart, the Supreme Court held, quote "Similarly, doubt
        may be cast on an election by showing improper maintenance
 5

 6     of the voting machines resulting in votes being miscast."
               And then in their ruling reversing the trial court
 7

 8     for dismissing the case, the Court notes, "All this is a

 9     matter of proof."  Now in the Taggart case it came back on

10     appeal and the plaintiff failed to prove it and lost.  But

11     it is a matter of proof.
               If the plaintiff can prove that improper maintenance
12

13     of the voting machines resulted in votes being miscast,
        which is what we allege, Your Honor, then we're entitled
14

15     to victory and entitled to relief, and if we're not, if we
        can't prove it, then we're not entitled to relief.  And
16

17     that's -- that's clear from the cases.

18          Now in terms of -- of -- I want to return to the
        allegations that we make and the -- the breadth of it.
19

20     First, we allege that the state's system is fundamentally
        flawed from the start and that we note that the persuasive
21

22     opinion by Judge Totenberg in which she describes the
        system as being --
23

24          THE COURT:  I'm not bound by it to her at all.

25          MR. BROWN:  You're not bound by her ruling at all.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000077

Page 1246

1          THE COURT:  You can try to hand it to me, but I'm not

2    bound by it.
           MR. BROWN:  No.  It's -- we think it's persuasive

3

4    but, of course, you're not bound by it.  But she did find
      that the -- that the same system is profoundly vulnerable.

5

6          THE COURT:  Okay.  I -- I don't care what you've
      found.  It's got nothing to do with the burden of proof.

7

8    The burden of proof will be on you to get that far.

9          MR. BROWN:  Right.

10         THE COURT:  The burden of proof is on you.

11         MR. BROWN:  Right.
           THE COURT:  But you can't prove it by -- the judge.

12

13         MR. BROWN:  That's -- yes, Your Honor.  But it will
      be proven with the evidence that persuaded Judge

14

15   Totenberg, we would -- we would suggest.  And if -- Your
      Honor, it could very well be that at trial we're not

16

17   persuasive.

18         But we do have the opportunity to prove that and as
      of -- one of the things that -- what motions to dismiss

19

20   law is, Your Honor, is that -- what the law says is that
      there's no reasonable possibility that the plaintiffs can

21

22   prove their case, then they lose.
           And what we're suggesting is, having already proven

23

24   some of these things, that it's -- it's important to

25   consider that and projecting what we'll be able to win in

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000078

Page 1247

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**                    **Page 55**

```
 1   this case.

 2        THE COURT:  Yeah, but I don't -- in this courtroom --
          MR. BROWN:  That is correct, Your Honor, but --
 3

 4        THE COURT:  -- has proven that.
          MR. BROWN:  That's correct.  But in considering the
 5

 6   motion to dismiss one of the issues is, will they be able
      to prove it, and we believe we will.
 7

 8        Now, what we have alleged, Your Honor, which must be

 9   accepted as true, regardless of Judge Totenberg's

10   decision, it must be accepted as true that these systems

11   are fundamentally unreliable, period.  That has to be
      accepted as a fact for right now.
12

13        Number two, we have given illustrations and alleged
      of particular instances in which these machines have,
14

15   throughout the state, malfunctioned.
          Three, we have shown the results of these
16

17   malfunctions in an unexplainable pattern of voting in

18   which we will present expert testimony saying that this
      cannot be explained except in terms of machine
19

20   malfunction, a statewide systemic machine malfunction.
      And it is not just simply the under-vote that Mr. Lindsey
21

22   tries to calculate.  It's that the entire voting system
      was flawed.     And so, the votes for Mr. Duncan, the votes
23

24   for Ms. Amico, that entire election was flawed.  And

25   that's what we allege, and we're entitled to be able to
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000079

Page 1248

1   prove it.  And so, under those facts, we believe that

2   we're entitled.  We have -- there -- we have alleged
    evidence, Your Honor, of the -- this particular race not

3

4   being on the electronic screen, of the screen flipping
    between one and the other.

5

6       THE COURT:  Is that your petition?
        MR. BROWN:  It is.  And instance after instance of

7

8   this that we have alleged, and we're entitled to prove

9   that, and we believe we will.  And so, we have the -- we

10  have alleged a fundamental unreliability of these

11  machines.  We have alleged specific incidences that can
    only be explained by a malfunctioning system that was

12

13  statewide that can -- and from that, to borrow the
    language from the Supreme Court in the Taggart case, from

14

15  which we believe, Your Honor may infer, you don't have to
    but we believe we will be persuasive that you can infer a

16

17  much broader problem.

18      And we also believe that as one illustration of the
    problem is the under-vote, the totally unexplained

19

20  difference between the electronic vote totals and the
    paper vote totals.

21

22      The defendant's offer -- this is not an evidentiary
    hearing, but they have not offered any plausible

23

24  explanation for why simply by the mode of electing, there

25  would ever be such a dramatic difference in the drop-off

www.huseby.com                Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                            000080

Page 1249

```
 1   rate.

 2        And the -- what that shows are not that that
     particular margin is wrong, but that the entire race is
 3

 4   wrong.  It's like -- there's that old phrase is the clock
      that struck 13, Your Honor.  And when a clock strikes 13,
 5

 6   not only do you know it's not 13 o'clock, but you doubt
      every single chime that has come before it because the
 7

 8   clock isn't working.

 9        And the under-vote is the clock that struck 13.  And

10   we would -- we would say that for all those reasons we

11   state a claim for relief, and that in -- in no case held
      has a motion to dismiss for failure to state a claim in
12

13   election case been sustained and it certainly should not
      be the case in this case.  Thank you, Your Honor.
14

15        MR. LINDSEY:  If I may, Your Honor, please.
          THE COURT:  (inaudible)
16

17        MR. LINDSEY:  The issue in this case is not an

18   allegation of misconduct by anyone advocating for or
      against a particular candidate.  The allegation in this
19

20   case is that votes were not -- people were not able to
      cast votes, and votes were not properly counted.  The case
21

22   in which Mr. Brown relies upon and cited to you repeatedly
      with the Stiles vs. Earnest -- Earnest who was the
23

24   election superintendent, 252-Georgia-260.

25        That particular case, Your Honor, had nothing to do
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000081

Page 1250

1   with whether or not votes were properly counted, or the

2   machines were operating properly.  Instead, it had to do
     with allegations of misconduct by advocates for a

3

4   referendum.  Totally different situation.
             In our situation, Your Honor, in which we are dealing

5

6   with whether or not votes were properly counted.  The
     cases that we have cited to you and I'll cite to you once

7

8   again, the Fuller vs. Thomas case, a Georgia Supreme Court

9   case, 284-Georgia-397, in which the Court held, when the

10  focus is on improperly cast ballots or irregularities in

11  the conduct of the election, the number of legal or
     irregular ballots necessary to cast doubt on an election

12

13  is derived by taking the difference between the total
     votes cast in the election and erase that issue and adding

14

15  the margin of victory in the race issue.
             In other words, you've got to show -- to begin with,

16

17  you have to allege that any irregularities in terms of the

18  machines or anyone counting the votes would have an impact
     on the margin of victory in which case -- in this case,

19

20  like I stated earlier, with over 123,000 votes.
             The fact of the matter is within the four corners of

21

22  the plaintiff's petition, nowhere, nowhere do they allege
     that these irregularities closed -- were -- resulted in

23

24  the number of votes that were improperly cast or not

25  properly counted were greater than 123,000 votes.

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000082

Page 1251

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019                              Page 59

```
 1         That's kind of the fundamental first step that they

 2    must allege in order to have a case move forward.  When
       you then add to that the public records that I've asked
 3

 4    you to take judicial notice of, that Mr. Brown has not
       disputed and I walked through so tediously, it
 5

 6    demonstrates that even in the worst-case scenario that
       were alleged in the Petition, he falls -- the votes fall
 7

 8    short of the margin of victory.

 9         And for that reason, in this particular case we ask

10    for you to grant our motion to dismiss.  Thank you.

11         THE COURT:  (inaudible)
            MR. RUSSO:  Very brief, Your Honor.  Just cover three
12

13    quick points quickly, Your Honor.  First of all, the
       allegations here regarding the -- the only -- I should
14

15    say, the only type of election contest where you're not
       required to put forward specific evidence or pleading
16

17    regarding a number is in 524(c) when the error of counting

18    the votes is alleged as a ground of contest.
            There's a specific provision that says you're not
19

20    required to show evidence to substantiate the allegation.
       You -- you're not required in that one type of contest.
21

22    That is not this type of contest.
            Mr. Brown has, secondly, has alluded to the idea that
23

24    the lieutenant governor's race did not appear on some

25    ballots.  If you look at both Mead and Howell, you'll see
```

www.huseby.com              **Huseby, Inc.  Regional Centers**              **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000083

Page 1252

 1    cases where you had to plead and show the number of

 2    ballots where the name of the candidate did not appear.
            That's one of the allegations that the plaintiffs
 3

 4    have not pled that it did not appear on at least 123,000
       voting machines along the way.  Mr. Brown also continues
 5

 6    to insist that there's no other valid explanation when any
       number of ballot explanations may exist.
 7

 8         And as we discussed before, the -- Mr. Brown and the

 9    plaintiffs may not rely on mere speculation.  They have to

10    plead with specificity in their petition that the outcome

11    would have changed or that the irregularities were
       sufficient to place the result in doubt.  Thank you.
12

13         THE COURT:  This is so close.  You know, it was
       presumed, I'm waiting for -- is that the election returned
14

15    the bath.  Okay?  Now, the part of your job is above the -
       - Your job, Counsel, -- of placing doubt on the results of
16

17    the election.

18         And that's done usually by numbers, through math.
       And the math is against you.  You have chosen not to
19

20    allege any math in your petition, okay.  You have alleged
       -- I had it somewhere in front of me, but anyway, you have
21

22    alleged that the result would be different or is in
       substantial doubt.  But I haven't found it.
23

24         MR. BELINFANTE:  Yes, Your Honor.

25         THE COURT:  I forgot the exact language.  I had it,

www.huseby.com                    Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000084

Page 1253

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019                    Page 61

```
 1   but I've lost it.  All right, yeah.  The -- the -- to

 2   place in doubt the result of the entire election, okay.
      The numbers aren't weighty, okay.  But you've got some
 3

 4   generalized arguments about the systemic failure of the
      whole system that might -- that might cast -- which makes
 5

 6   the math an issue.
              It's a huge burden for you to carry, but the
 7

 8   petition, it's sufficient to have a try.  I -- I hate to

 9   do that, but it's -- it's -- if we have to take the four

10   corners of the petition, it really doesn't matter if it's

11   badly pled.  I'm not saying it's badly pled.  You didn't
      plead numbers.
12

13        But the cover clearly says, "under F of -- of 524,
      that the form -- form of process is not material.  It's --
14

15   it's -- the election contests are interesting.  There was
      kind of different than we've seen on things.  It's a very
16

17   close question, sir.

18        It is a very close question, and -- and -- and you
      need to be aware I don't do well with inflammatory stuff.
19

20   I don't get inflamed by attention -- and -- and what other
      judges do is not -- okay.  So, understand you've got two
21

22   rules.
              I am going to deny the motion to dismiss.  I -- I --
23

24   it's extremely close, but on the kind of pleadings, I'm

25   looking for originals in that cover section about, you
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000085

Page 1254

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**     **Page 62**

```
 1    know, don't worry about form and so on and so forth. I'm

 2    going to let it go forward, but the plain numbers are
       against you.  So, you -- you've got some -- an uphill
 3

 4    battle.
            MR. BELINFANTE:  Okay then.  Thank you, Your Honor.
 5

 6         THE COURT:  Can you take a moment, drop a line -- and
      -- and --
 7

 8         MR. BELINFANTE:  Yes, Your Honor.

 9         THE COURT:  You all know where I am because you've

10    been emailing me, so send it to me, okay.  I can't

11    download a pack.  Don't ask me why.  I am supposed to be
       retired next year.
12

13         MR. RUSSO:  Your Honor, would you like us to submit a
      joint motion?
14

15         THE COURT:  What?
           MR. RUSSO:  Would you like us to submit one motion --
16

17    I mean, one order, one proposed order?

18         THE COURT:  You could even do one proposed order, or
       if you can agree on it or you can do them separately about
19

20    that.
            MR. BELINFANTE:  I think we'll probably --
21

22         THE COURT:  I'm fixing to go into two full weeks of
       work, so you'll be able to get -- okay.  What else do we
23

24    have from the defendant?

25         MR. BELINFANTE:  Your Honor, we have -- we have two
```

www.huseby.com      **Huseby, Inc.  Regional Centers**      **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000086

Page 1255

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019                    Page 63

```
 1   motions that are --

 2        THE COURT:  Well, no, I know what -- what you have.
          MR. BELINFANTE:  Oh, I'm sorry.
 3

 4        THE COURT:  I don't think I read all this stuff,
     okay?  Okay?
 5

 6        MR. RUSSO:  Your Honor, for the Secretary of State,
     this is joined by the other defendants, I believe.
 7

 8        THE COURT:  Is this on the two constitution --

 9        MR. BELINFANTE:  On the two constitutional --

10        THE COURT:  We have two constitutional claims and

11   then we'll do your motions.  And I've got those too; don't
          worry about it.  All right.  Go ahead.
12

13        MR. BELINFANTE:  Okay.  Thank you, Your Honor.  I'm
          going to address just the two counts.  The one for due
14

15   process and the right being identified there is the right
          to vote.  The second is the Equal Protection Clause.
16

17        Now there's -- we'll rest largely on the briefs in

18   terms of sovereign immunity, but the point to take from it
          is that the Equal Protection Clause and the due process
19

20   clause are completely contingent upon what Your Honor
          rules on the underlying election challenge, count one.
21

22        Their briefs make that plain.  The relief they seek,
          it's in paragraph 71 and 75, is the right to vote in a new
23

24   election for lieutenant governor, not any other future

25   one.  And in 72 and 76, it says that it would be remedied
```

www.huseby.com              **Huseby, Inc.  Regional Centers**              **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000087

Page 1256

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019                              Page 64

```
 1   by holding a new election.

 2        So, if the Court at the conclusion of the evidence,
     or at least at the conclusion of the plaintiff's case,
 3

 4   decides that there is no basis to go forward, the
      constitutional claims equally fail.  They -- they rise and
 5

 6   fall together.
          So, the question before you on the motion to dismiss
 7

 8   is have they alleged sufficient facts to state a claim for

 9   due process and for equal protection, and Your Honor, the

10   answer is simply no, based on the Favorito decision from

11   the Supreme Court of Georgia in 2009.  I have a copy of
      it, if the Court would like, and provide one to opposing
12

13   counsel as well.
          MR. BROWN:  Thank you, sir.
14

15        MR. BELINFANTE:  And I'll be referring to Favorito
      throughout the argument.  The question on the due process
16

17   claim is what is the standard of review.  Is it strict

18   scrutiny, is it rational basis?
          And Favorito answers that question in the latter.  It
19

20   is a rational basis test.  It says on page 796, quoting a
      decision from the 11th Circuit, Wexler vs. Anderson, that
21

22   when a state election law provision imposes only
      reasonable non-discriminatory restrictions upon the 1st
23

24   and 14th Amendment rights of voters, the state's important

25   regulatory interests are generally sufficient.
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000088

Page 1257

```
 1        Using the word "reasonable" the Supreme Court noted

 2   and applied a rational basis test.  And, in fact, it goes
     on to say that there is a rational reason to use DRE
 3

 4   machines on the same page.
          It says, "it is the job of democratically-elected
 5

 6   representatives to weigh the pros and cons of the various
      balloting systems.  So long as their choice is reasonable
 7

 8   and neutral, it is free from judicial second guessing,"

 9   once again confirming that we're in a rational basis test

10   review.

11        And now using -- applying that standard, looking at
      the due process claim, which is paragraph 62 to 72, count
12

13   two, in the complaint.  The defendants do not disagree
      that the right to vote is fundamental.  The disagreement
14

15   is that they have not alleged a burden for which there is
      not a rational basis to use the DRE machines.
16

17        And to look -- to see that you need only look at

18   paragraph 69 of the complaint.  There the plaintiffs or
      the petitioners allege that using defective DRE machines
19

20   in a flawed and inaccurate voter registration and
      electronic poll book system, defendants have knowingly and
21

22   severely burdened and infringed upon the fundamental right
      to vote.
23

24        Now you compare that to what the Supreme Court

25   described as the cause of action in Favorito.  This is at
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000089

Page 1258

```
 1   page 795 and 796 of that case in the Georgia reports.

 2   There the Supreme Court described the petitioner's claims
     as -- in three counts of their complaint, appellants

 3

 4   allege that this state's use of the DRE equipment denies
     them equal protection under the federal and state

 5

 6   constitutions, and the fundamental right to vote under the
     due process clause of the 14th Amendment.

 7

 8        Their claims are virtually identical.  And so, then

 9   applying the rational basis test that Favorito did, the

10   law is clear.  There is a rational basis to use the DRE

11   machines.  And in the case, it's important that the Court
     citing the Weber vs. Shelley decision from the 9th Circuit

12

13   in 2003, acknowledged all the risks that are contained in
     the petitioners' claims now.

14

15        The court said in Favorito, again citing Weber, page
     797, "no balloting system is perfect."  Traditional paper

16

17   ballots, as became evident during the 2000 presidential

18   election, are prone to over-votes, under-votes, hanging
     chads, and other mechanical and human errors that may

19

20   thwart voter intent.
              Meanwhile, touchscreen voting systems remedy a number

21

22   of these problems, albeit at the hypothetical price of
     vulnerability to certain types of fraud.  And it's the job

23

24   the Court continued to say of the legislature to decide

25   which of those two risks it is going to use.
```

www.huseby.com                    Huseby, Inc.  Regional Centers                    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000090

Page 1259

1    In fact, the Court says expressly, it's the job of

2    democratically-elected representatives to weigh the pros
     and cons.  And so long as their choice is reasonable and

3

4    neutral, it's free from second guessing.
           And then it goes on to really put the nail in the

5

6    coffin here, "in this instance Georgia made a reasonable
      politically neutral and nondiscriminatory choice to

7

8    certify touchscreen systems as an alternative to paper

9    ballots."  Nothing in the Constitution prohibits this

10   choice.

11       That forecloses the due-process argument, because
      despite however it can be dressed up, it is an attack on

12

13   the DRE machines themselves.  The DRE machines were
      attacked in 2006, and by the time they got to the Supreme

14

15   Court in 2009, the Court said it is insufficient.
           The legislature is entitled to choose the DRE

16

17   machines understanding and knowing all of the risks that

18   they claim, it is still insufficient to state a claim
      under due process.  If you then look to equal protection,

19

20   Favorito blocks the claims again.
           Once again, the allegations are identical from what

21

22   the plaintiffs allege or the petitioners here and what
      they alleged in Favorito.  Paragraph 74 of this complaint

23

24   says, "defendants knowingly treated electors who voted by

25   DRE differently than others similarly situated electors

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000091

Page 1260

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019                         Page 68

```
 1    voting in the same election in a jurisdiction who voted by

 2    absentee ballot."
            In other words, if you vote absentee you can do it
 3

 4    with a piece of paper.  If you vote in person you use a
       DRE machine and that is the distinction that they claim
 5

 6    sets up the Equal Protection Clause.  They make that clear
       on pages 43 and 44 of their response to the motion to
 7

 8    dismiss.

 9        A state election regulation, which they go on to

10    cite, which discriminates on its face between two classes

11    of people, namely voters who vote in person and voters who
       vote by absentee mail.
12

13        Now you then look at the Favorito and the court's
       description of the argument there and it was the
14

15    appellants argued that electronic voters are treated
       differently from voters who cast absentee ballots on paper
16

17    and the procedure for an accuracy of any recount would

18    differ.  The claims are simply identical.
            And so, the holding of Favorito is absolutely
19

20    dispositive.  And this is at page 798.  What the court
       effectively says is, a voter can choose.  You can vote by
21

22    absentee.  We have absentee for any reason in this state,
       and if you have a concern that the DRE machine is flawed,
23

24    then by all means, vote absentee.

25        It is not a distinction that the state mandates,
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000092

Page 1261

1   which is what is required under equal protection claim.

2   The Court specifically says in Favorito, that "as the
    trial court found, Georgia voters have an option."

3

4       And then it continues, if the trial court correctly
    concluded that quote "since every Georgia citizen could

5

6   vote either by absentee ballot or by utilizing touchscreen
    voting systems," appellants contention that there is some

7

8   state-based classification between voters is false.

9       And it continues then to say, "we cannot see how

10  Georgia has violated the Equal Protection Clause of the

11  14th Amendment by making these two available pacts.  The
    allegations are the same.  The case is directly en pointe

12

13  and Equal Protection and Due-Process Clause should be
    dismissed.  Thank you.

14

15      THE COURT:  Anybody else for the defendant on that
    issue?

16

17      MR. TYSON:  We'll just join the Secretary of State's

18  argument on that point.
        THE COURT:  Okay.

19

20      MS. BURWELL:  We join in their argument as well, Your
    Honor.  Thank you.

21

22      MR. TYSON:  Thank you, Your Honor.
        MR. BROWN:  In their motion to dismiss the federal

23

24  constitutional claims, first Mr. Belinfante's description

25  of how this claim will interact with the other's claims is

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000093

Page 1262

 1    substantially correct, and that is, what we are -- what

 2    the plaintiffs are alleging is that with any new election
       going forward prospectively should be conducted on -- not

 3

 4    on these machines, because doing so would be a violation
       of due process and equal protection.

 5

 6         So that's the -- sort of the procedural posture of
       how this claim is seeking prospective relief.  Second, the

 7

 8    defendants rely exclusively on the Favorito and Wexler

 9    decisions.  The Favorito and Wexler decisions are

10    fundamentally distinguishable because Favorito dealt with

11    a 2006-era DRE system.
              What's -- what has happened and what we allege in our

12

13    complaint all are real events in real life that have
       changed the system, that make it fundamentally different

14

15    than the system that was being reviewed by the courts in
       the -- the -- the -- the Favorito case.

16

17         And as we allege, Your Honor, since the Favorito

18    case, every single government agency that is responsible
       for national security has told the State of Georgia that

19

20    the current DRE system is fundamentally insecure.
              The House Select Committee, the Senate Select

21

22    Committee, the Department of Homeland Protection.  In
       addition, every known computer scientist on record has

23

24    said exactly the same thing and has said to Georgia, these

25    are unreliable.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000094

Page 1263

1          They can't be trusted to count votes correctly.   That

2    comes from every single source and there is no evidence
     contrary, Your Honor.   And this comes from slews of

3

4    scientists, and it culminated in a report by the National
     Academy of Sciences that came out just this September, and

5

6    this is called a Consensus Report, which means that it's a
     unanimous of the scientists at the National Academy of

7

8    Sciences have collected to consider this exact issue.

9          And that is, are these -- is the system that Georgia

10   is now using secure enough to be relied upon from -- from

11   attack domestic and foreign.   And the National Academy of
     Sciences in September said, don't use these machines

12

13   anymore.   Don't even use them for the November election,
     which Georgia did anyway.

14

15         And so, the -- the environment is different, Your
     Honor.   The national security concerns are different.   In

16

17   2006, the -- the internet system was not getting bombarded

18   daily by nation states.   The -- the system hasn't -- the
     -- the -- the malware environment is totally different.

19

20         We do not allege that the system right out of the box
     is flawed, although it's flawed in that it doesn't have a

21

22   paper backup, but that's not the nature of it.   The nature
     of it is is that the way Georgia has not maintained the

23

24   system, coupled with the external threat, make it a system

25   -- and if you use it, you're violating the constitutional

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000095

Page 1264

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**                     **Page 72**

```
 1    rights of voters because it is fundamentally unreliable.

 2         And the right to vote is nothing if their votes are
      not counted correctly.  And in this system, you never know
 3

 4    if your votes are being collected, counted correctly or
      not.  We will never know, because once a voter makes that
 5

 6    transient decision as to who to vote for, that record is
      lost forever.
 7

 8         We will never know, and this is why the courts who

 9    have recently looked at it have concluded that using those

10    machines is substantially likely to violate due process

11    rights and equal production rights of Georgia voters.
                And there's no case to the contrary, Your Honor, is
12

13    that the cases now hold our way on those issues.  And what
      the defendants do not address -- they -- they address a
14

15    sort of hypothetical complaint that was maybe filed 15
      years ago.
16

17         They do not address these allegations.  They don't

18    address the fundamental problems.  They also don't address
      an entirely separate issue and that is that, as we alleged
19

20    in the complaint, the State of Georgia left this system --
      we like to say, left this system out in the rain for six
21

22    months.
                The Secretary of State, we allege, left the system
23

24    open to the internet, to the public internet, from before

25    the 2016 election until well after, even though it was
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000096

Page 1265

 1   informed that the system was open.  And when it did so, it

 2   -- it left itself open to be infected by any virus, by any
     hacker whether it's someone on their sofa in New Jersey or

 3

 4   in Peenya or in Russia.
             That's what we also allege.  And so, we have a system

 5

 6   that according to the National Academy of Sciences, even
      without it being left in the rain, is a violation, is so

 7

 8   fundamentally flawed and vulnerable, it's a violation of

 9   constitutional rights.

10           And then to make matters worse, the Secretary of

11   State, even though it knew this was happening, left it
      exposed to the public internet to be abused and has not

12

13   undertaken any sort of forensic examination to determine
      whether or not it's been actually infected with malware as

14

15   the results of this recent election would suggest that it
      has.

16

17           And so, we have established that -- that we have

18   alleged the allegations necessary.
             THE COURT:  -- it's a question of what you allege.

19

20       MR. BROWN:  That's exactly right, Your Honor.  I
     misspoke.  We have alleged --

21

22       THE COURT:  -- what you have alleged.
             MR. BROWN:  We have alleged all the elements of the

23

24   claim, and therefore that motion should be dismissed, or

25   it could be revisited in a motion for summary judgment or

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000097

Page 1266

```
 1   further motions after the election contest issue is

 2   resolved.  Thank you, Your Honor.
          MR. BELINFANTE:  Thank you, Your Honor.  I'll be
 3

 4   brief.
          On the subsident due process claim, everything,
 5

 6   everything that Mr. Brown just talked about was raised in
      the Favorito decision and cited.  And in the long footnote
 7

 8   that cites to the Weber case, the court adopts that no

 9   balloting system is perfect.

10       And in specifically again talking about touchscreen

11   voting systems, it says that the DRE machines do not leave
      Georgia voters without protection from fraud or any means
12

13   of verifying a vote or a way to audit the recount.  The
      unfortunate reality is that the possibility of electoral
14

15   fraud can never be completely eliminated, no matter which
      type of ballot is used.
16

17       Even assuming that none of the advantages of the

18   touchscreen systems over traditional methods would be
      sacrificed if voter-verified paper ballots were added to
19

20   the touchscreen system.  And it talks about the choice
      that the legislature makes and makes very clear nothing in
21

22   the constitution prohibits this choice.
          The legislature is presumed to be aware of all of the
23

24   things that Mr. Brown talks about, and I'll get to that in

25   a second.  And yet that choice cannot be second guessed by
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000098

Page 1267

1    the judiciary under the guides of a due process claim.

2        Now let's talk specifically about what the complaint
     alleges, because that's what we're here to discuss.
3

4    Nowhere does the complaint that I found cite to any
     specific inherent flaw with the machines.  What it says,
5

6    over and over and over again, is that there are
     "vulnerabilities," potential vulnerabilities.
7

8        The National Academy of Sciences cites

9    vulnerabilities. It's the Homeland Security, cites

10   vulnerabilities.  It's paragraphs 25 through 33, you'll

11   see a litany of that.
         That is exactly the type of decision and the risk-
12

13   weighing that the general assembly is entitled to do, and
     the due process clause does not prevent them from doing.
14

15       Secondly, Mr. Brown tries to distinguish the Favorito
     case based on statements that are frankly not in the
16

17   record regarding the types of machines.  If you look at

18   the complaint, the complaint talks about -- in paragraphs
     21 to 23 is where it describes the machines and how
19

20   they're used and so on -- it doesn't say that they've been
     changed since 2006.
21

22       What he's talking about is that people now have
     additional concerns about them, but that just brings you
23

24   back to the holding of Favorito, which is that those

25   concerns are properly waived by the legislative branch,

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000099

Page 1268

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**                    **Page 76**

```
 1   not the judicial branch.

 2        That also speaks to -- and I don't know that there
     was a specific response to the equal protection, but
 3

 4   certainly Favorito would say and hold here regardless of
     how it views the machines.  As long as voters have a
 5

 6   choice; it is not a state-imposed distinction and no
     equal-protection claim can lie.
 7

 8        Thank you, Judge.

 9        THE COURT:  Okay.  I'm going to have to take that,

10   and I'm going to rule on it, and I'm going to do it this

11   morning.  I'll send an email.  I want to relook at the
     petition.  I am ruled -- ruled by what that petition says
12

13   this morning on -- on that issue, and I -- I want to look
     at it again.  I've got the issues in my mind about it, and
14

15   I will look at it, okay.
          MR. BELINFANTE:  Thank you.
16

17        THE COURT:  Anything else for the defendant?

18        MR. RUSSO:  No, Your Honor.
          THE COURT:  Okay, then.  Plaintiff has some other
19

20   motion.
          MR. BROWN:  Thank you, Your Honor.  Yes, we have --
21

22   the -- the main motion that we had, Your Honor, is your
     November 29 emergency motion for inspection of electronic
23

24   election equipment and production of documents.  To get to

25   the bottom of the causes for the machine malfunctions, we
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000100

Page 1269

```
 1    need some discovery, and that's why in November we moved

 2    for a right to inspect the equipment under Rule 34 and
      91134, which is the --
 3

 4        THE COURT:  What do -- I -- I seek -- don't propose
      more of which I'm not going to sign, which is way beyond
 5

 6    anything I think that I'm required to do or should be
      doing.  Good many other things, obviously.  Tell me a
 7

 8    little bit more specifically what it is you want.  What do

 9    you want done?

10        MR. BROWN:  Well, we -- the plaintiffs would like

11    discovery of DRE machines to inspect the --
          THE COURT:  Which ones?  Where?  When?  How?  What?
12

13        MR. BROWN:  Your Honor, we would like to inspect the
      machines that are identified in Exhibit B to our motion.
14

15    And we would be amenable to meeting with the defendants to
      determine a reasonable time and space -- place for that
16

17    inspection.  And --

18        THE COURT:  It's on the three --
          MR. BROWN:  It's the last two pages of the -- the
19

20    motion and the last two pages of the proposed order.
          THE COURT:  Yes.  I have it now.
21

22        MR. BROWN:  And we've identified by -- in -- in many
      instances by serial number the machines that we would like
23

24    to inspect.  And certainly, by precinct, and as I

25    mentioned would be amenable to sitting down with the
```

www.huseby.com                  Huseby, Inc.  Regional Centers                  800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000101

Page 1270

1    defense counsel and coming up with a -- a protocol for the

2    inspection of this equipment that would be -- be orderly
     and helpful.  And --
3

4        THE COURT:  And when you -- when you mean inspection,
     what do you mean, to look at them?  Oh, there's a machine.
5

6    Or do you want to do anything to the machine?
         MR. BROWN:  A full forensic examination to determine
7

8    what's causing these -- these mistakes to happened, Your

9    Honor.

10       THE COURT:  What do you mean by a full forensic

11   examination?
         MR. BROWN:  That would be with computer experts to
12

13   look at the internal memory and programming to see -- to
     compare the machines to see what possible defects are
14

15   causing these systems to malfunction.
         And they would involve comparing, for example -- one
16

17   -- in addition we would like machines that were not used
                                     th
18   in the -- in the -- in the December 4  runoff elections
     because the difficulty is if you keep on using these
19

20   machines, they may overwrite the underlying memory.  Our
     -- this case is about the November election, not the
21

22   December election, so we would like to look at November
     machines that were not used.
23

24       Now some of the ones, some of the hottest and -- and

25   most troublesome machines may have been involved in both;

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000102

Page 1271

1    they may have continued to use them.  And we may have lost

2    some evidence there; we don't know, but we've identified
     by serial number and by precinct in Exhibit B the evidence
3

4    that we -- we would like to -- to collect.
              And like I said it's -- some logistics are involved.
5

6    We would need the systems to be set up so that they
      actually run, they can work, so we need -- would need
7

8    internet connection and an AC tower to boot those up.

9    But, again, we would be happy to sit down with the

10   defendants and -- and quickly set up a protocol for doing

11   that.
              THE COURT:  Have you sent documents, what you -- did
12

13   you --
              MR. BROWN:  And then in addition, of the documents
14

15   that -- that we were seeking, I mean, we would like, you
      know, general discovery of documentary evidence relating
16

17   to the programming of the machines and so that the -- the

18   computer scientists can better understand exactly what's
      going on.
19

20        And we believe that's -- that's reasonable and can be
     done expeditiously and -- and may answer many important
21

22   questions that are -- that Your Honor has indicated are of
      interest.  And the defendants have not responded to our
23

24   motion.  I'm not sure what their position is on it.

25        THE COURT:  Well, I just got it a couple days ago.

www.huseby.com                Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000103

Page 1272

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019                          Page 80

```
 1          MR. RUSSO:  Thank you, Your Honor.  I'm Vince Russo

 2     for the Secretary of State.
                The plaintiffs are essentially asking for unfettered
 3

 4     access to voting equipment here in the state of Georgia.
           The -- we -- the Secretary of State objects to the motion
 5

 6     that the plaintiffs have filed in the request.  The
            plaintiffs, for starters, have not alleged irregularities
 7

 8     in each of those precincts where the voting machines they

 9     would like to inspect are located.  So, the machines in

10     those precincts are completely unrelated, as far as we can

11     tell, to their claims, based on the pleadings at least.
                Additionally, Your Honor, Mr. -- plaintiffs, one of
12

13     plaintiff's experts, I suppose, Mr. Demila (phonetic),
            even testified -- he even included in his affidavit that's
14

15     attached to the second motion that the plaintiffs are --
            are going to be arguing, but he -- he stated in his
16

17     affidavit that there's no statistically valid conclusion

18     that can be drawn from a random sample of -- of machines.
                Your Honor, at the end of the day here, as my
19

20     colleagues have pointed out repeatedly, the plaintiffs
            have to show that there are enough votes in question, over
21

22     123,000 votes that -- that call in doubt the result of the
            election for valid election contest.  The machines that
23

24     they want to look at are not going to -- they're not going

25     to have the -- they do not have the votes as far as -- as
```

```
 1   far as we can tell and -- and plaintiffs' counsel hasn't

 2   indicated that there were enough votes on those machines
      to call in doubt the result of the election.
 3

 4        And as such, Your Honor, we think giving them
      unfettered access to highly sensitive information about
 5

 6   the state voting machines when irregularities alleged by
      the plaintiffs would not change the result of the election
 7

 8   is unnecessary.

 9        Additionally, Your Honor, in the filing that the

10   plaintiffs made to -- excuse me, that the Secretary of

11   State made this morning, which was regarding the proffer
      of evidence, Mr. Demila testified in the -- in the
12

13   Totenberg case and the Kerling (phonetic) case that it
      would take 14,000 hours to examine all of the machines and
14

15   that alone still wouldn't be enough.
            And for reference, Your Honor, 14,000 hours is more
16

17   than a year and a half.  While the plaintiffs have -- have

18   obviously cut down the scope of the -- of the number of
      machines they would like to inspect, Your Honor, there's
19

20   -- there's still no -- there's still no facts pled that
      indicate that the -- the precincts and the machines that
21

22   they want to -- that the plaintiffs want to inspect, would
      have any effect on the outcome of the election or that
23

24   there are any irregularities in those precincts.  So, we

25   would ask that you deny this motion.  Thank you.
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000105

Page 1274

```
 1        Oh, I'm sorry.  We have not -- we will be filing this

 2   today.
              THE COURT:  You are.
 3

 4        MR. RUSSO:  I notice proffer of evidence by Secretary
     of State, which includes the transcript that I just
 5

 6   referenced from the testimony of their expert in the -- in
     the federal case.
 7

 8        And I don't know if my colleagues have anything else.

 9        MR. TYSON:  Your Honor, just briefly on behalf of

10   Gwinnett County.  For Gwinnett, we will do obviously

11   whatever the Court directs us to do in terms of making
     machines available.
12

13        Our only concern is from a practical perspective.
     Obviously, this is voting equipment that is kept in a very
14

15   sensitive -- and lock and key.  We keep these machines
     under seal with numbered seals and audit trail to
16

17   determine we know who has access to the machines.

18        And we would just want to be absolutely certain that
     whatever access is occurring is done in a way in
19

20   coordination with the Secretary of State's office and
     others who are involved with this to make sure that
21

22   nothing is altered with the machines themselves.
              Gwinnett owns a mix.  We have a mix of machines
23

24   partially owned by the State and partially owned by the

25   county, and we will work to determine the specific serial
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000106

Page 1275

1    numbers and who owns those machines.  But that -- we are

2    ready to do whatever the Court directs us to do, but we
      just have those security concerns to be sure that nothing

3

4    with the machines themselves is being altered and that
      there's enough security regarding the -- this inspection

5

6    that the plaintiffs are proposing.
            MR. LINDSEY:  Your Honor, if I may be heard briefly.

7

8            THE COURT:  -- is this the original?

9            MR. TYSON:  Your Honor, we're going to electronically

10   file it for --

11           THE COURT:  I don't have one given to me.  So, this
      is mine?

12

13           MR. TYSON:  That's your copy.
             MR. BELINFANTE:  Which I have provided one to

14

15   opposing counsel and --
             THE COURT:  Okay.  Right here.

16

17           MR. LINDSEY:  Your Honor, if I may be heard very

18   briefly.
             THE COURT:  Sure.

19

20           MR. LINDSEY:  The petitioner's request, I believe, is
      irrelevant to the outcome of this case as you -- based on

21

22   your ruling regarding our motion to dismiss in which you
      made very clear that the -- ultimately, the plaintiffs

23

24   must show that there were enough irregularities, neither

25   the votes counted improperly or votes not counted to

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000107

Page 1276

```
 1   amount to 123,000 votes.  The petitioner is seeking how

 2   many -- how many exact number of -- number of machines?
          MR. BROWN:  You'd have to ask them.
 3

 4       MR. LINDSEY:  A dozen or so machines?  Your Honor,
     that's not going to amount to 123,000.  Their -- their
 5

 6   comeback to our specific numbers that we raise was --
     well, we raised a general allegation that system wide
 7

 8   there were failures that resulted in the whole election

 9   being cast in doubt.

10       If that's their allegation, Your Honor, merely

11   inspecting a dozen or so machines are not going to prove
     or disprove that.  And so, for that reason, Your Honor, we
12

13   would oppose their motion.
          THE COURT:  (inaudible)
14

15       MS. BURWELL:  On behalf of Fulton County, Your Honor,
     their list attached to their motion included counties
16

17   obviously outside of Fulton County.  We don't take a

18   position with respect to those others.
          With respect to Fulton County, we would point out to
19

20   the Court that the complaint only addresses two precincts
     in Fulton County where they're alleging there were any
21

22   irregularities, yet their request for the review of
     machines seeks far more than just those two precincts.
23

24       And so given the limited amount of time, we would

25   request that the Court is going to allow them some leeway
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000108

Page 1277

```
 1   in doing some of this discovery that it not be as far-

 2   reaching as they were requesting and instead that the
     Court be very tailored in terms of what they have actually
 3

 4   alleged in getting to the allegations rather than just a
     fishing expedition.
 5

 6       THE COURT:  (inaudible)
         MR. BROWN:  Thank you, Your Honor.  First, Your
 7

 8   Honor, we have -- we have alleged irregularities in every

 9   precinct, not just Grady, not just some other.

10       We've -- our allegations cover a systemic statewide

11   problem with these electronic voting machine, and we've
     only used as illustration some evidence that we have found
12

13   in particular precincts here and there, but those are just
     illustrations.  Our allegations cover every single one.
14

15       Second, as to the suggestion that this discovery is
     unlikely to come up with anything that will allow us to
16

17   carry our burden of proof.  That's just fundamentally

18   incorrect.  We are also seeking discovery of the GEMS
     databases.
19

20       THE COURT:  The who?
         MR. BROWN:  The GEMS is called -- it's an acronym,
21

22   GEMS, which is an acronym for the -- for the servers that
     collect the data, and so if there is a flaw in that it's
23

24   going to cover more than just the actual machines.

25       THE COURT:  -- but that's not what you told me
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000109

Page 1278

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/09/2019                    Page 86

```
 1   before.

 2        MR. BROWN:  Yes.  My -- the way I was --
          THE COURT:  That wasn't what you said when I came.
 3

 4        MR. BROWN:  Well, the exhibit that I was referencing
     covers DRE machines and also covers the GEMS databases
 5

 6   that are county specific and these databases cover more --
     I mean, they are not just one by one.  In addition, Your
 7

 8   Honor, but really much more fundamentally is that if there

 9   is a programming --

10        THE COURT:  Get back to the GEMS, because I'm not

11   understanding what you're saying.
          MR. BROWN:  The GEMS database is -- each county has a
12

13   GEMS --
          THE COURT:  Each county has an individual one.
14

15        MR. BROWN:  Individual one.
          THE COURT:  Okay.
16

17        MR. BROWN:  And then the Secretary of State has a

18   system that tabulates all of those.  And so there could be
     a programming flaw anywhere in the system.  One of the
19

20   things that the data -- and this is the public information
     that's available that Mr. Lindsey referred to, is that the
21

22   pattern oddly was found in every single county under votes
     for the lieutenant governor's race, which no one had ever
23

24   seen before historically ever, and it comes up in every

25   single county.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000110

Page 1279

1        And so that it is possible, I won't say likely, but

2    possible that there is a single or several programming
     mistakes, which have identified, will indicate that
3

4    there's the system wide failure.
             But actually, more fundamentally, Your Honor, we'll
5

6    understand this quickly is that what the defendants are
     sort of analogizing this too is if we're hunting for
7

8    illegal paper ballots, like these cases.  As if we're

9    looking for ballots in which Amico's name was misspelled,

10   like the Mead case.  Or another case in which there's

11   something wrong with a hard copy of a ballot.  And we can
     get that ballot and we can count them up and we can count
12

13   it up to 124,000 and therefore possibly win.
             That's not this case.  Because those ballots are gone
14

15   and because of the way the State has chosen to conduct
     these elections, that record is lost forever.
16

17        Instead what we have is the electronic memory and the

18   programming that drove the way these votes were counted,
     we think they were counted wrong.  And so, we're entitled
19

20   to discovery, we believe, and we think it will be helpful
     and not necessarily that burdensome.
21

22        It's interesting that they now cite to the federal
     case for the declaration of Dr. Demila.  Indeed, he said
23

24   if you had to look at every single machine and do a

25   forensic examination of every single machine it would have

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000111

Page 1280

```
 1   took -- it would take a long time.

 2        They haven't done it.  We do not plan to do that.
     There's not time or resources to do that.  Instead, this
 3

 4   will be a targeted examination to see if evidence of a
     systemic programming error either in the DRE machines
 5

 6   themselves or the databases have caused these problems.
     Thank you, Your Honor.
 7

 8        THE COURT:  I have problems with words like "there

 9   could be a flaw" or "there's a possible programming

10   mistake."  And what you're really asking for in this

11   discovery and fishing expedition, and I'm not going to
     give it to you till - left, okay.  I am going to -- I am
12

13   going to the GEMS are for each county?
          MR. TYSON:  Yes, Your Honor.
14

15        THE COURT:  Okay.
          MR. RUSSO:  Your Honor, the date of the GEMS is
16

17   public -- is public record --

18        THE COURT:  Even if it -- were it --
          MR. RUSSO:  Is highly confidential and the means
19

20   accessing --
          THE COURT:  Pardon.
21

22        MR. RUSSO:  I said the source code and the means of
     accessing the GEMS, of course, is highly confidential, but
23

24   the data from the GEMS is public record.

25        THE COURT:  I am going to allow you to look at the
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000112

Page 1281

```
 1   GEMS in Fulton and in Gwinnett, okay.  So -- will have to

 2   access it.  He's not to get the confidential access.  And
      then he can look at.  If it's public record, and you can

 3

 4   show him where the public record is, of course you can
      look at it, but record and you can show him where the

 5

 6   public record is.
            Of course, you can look at all of them, okay.  And it

 7

 8   that's up to you all to work out with and I'm going to let

 9   him do it for those two counties because those are the two

10   counties that are a part of this.

11        He's got -- the only allegation he's got -- he's got
      an allegation in McDonough, he's -- DeKalb and what

12

13   county?  Because DeKalb's not here.  He's got one in Worth
      County.  He's got Grady High School, -- Library, and then

14

15   Allen Temple A.M.E. are the ones that he's alleging were
      errors.

16

17        And I'm going to let him look at those, okay.  It's

18   got to be supervised by somebody, okay.  In the sense of
      -- somebody has to watch whatever he supposedly does so

19

20   there's no fundamental damage to the system in any way.
      Needs to be really clear.  Got it?

21

22        MR. RUSSO:  Your Honor, I mean, we would need to have
      some kind of confidentiality order for agreement,

23

24   obviously.  There's -- when -- when his folks have access

25   to the machines, we don't -- I mean we can watch what
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000113

Page 1282

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/09/2019**                    **Page 90**

```
 1   they're doing.  We don't know what they're actually doing

 2   and with the data in the -- the -- the computer
     technology.
 3

 4       THE COURT:  -- any sense.  You're not -- you're not
     going to do it yourself --
 5

 6       MR. RUSSO:  What?
         THE COURT:  Like I said, if anything on those few
 7

 8   machines, anything is done to damage them in any way,

 9   there will be some absolutely serious ramifications.

10       MR. RUSSO:  Okay.

11       THE COURT:  And that needs to be fully understood.
         MR. RUSSO:  Your -- Your Honor, I guess would -- we
12

13   would also want just clarification around what it is
     exactly -- we've mentioned that there's data machines that
14

15   we can pull --
         THE COURT:  (inaudible)
16

17       MR. RUSSO:  We can pull the data from the GEMS

18   machines to give to them.  If that's the extent of it,
     that's one thing.
19

20       THE COURT:  What is it that you want to do on the
     individual machines?
21

22       MR. BROWN:  We want to examine the internal memory,
     Your Honor, to determine how the program --
23

24       THE COURT:  How do you examine the internal memory?

25       MR. BROWN:  You do -- I -- our -- our experts will be
```

www.huseby.com                **Huseby, Inc.  Regional Centers**              **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000114

Page 1283

1   examining the internal memory to see if there are

2   programming flaws in the DRE machines that are causing
    these problems.
3

4        THE COURT:  I got you.  For programming flaws only?
         MR. BROWN:  Pardon me.
5

6        THE COURT:  For programming flaws.
         MR. BROWN:  For programming flaws, yes, Your Honor.
7

8        THE COURT:  See if they were programmed wrong, okay.

9   Simple language, okay.

10       MR. RUSSO:  Okay.  Not entirely sure what it means

11  when they get access to what they're looking at.
         THE COURT:  (inaudible)
12

13       MR. BROWN:  I understand.
         THE COURT:  That these cases are supposed to be
14

15  disposed of fast, and I'm not going to give continuances.
    If -- if you would like to work together to do that, if
16

17  you run up on a stumbling block, you can always do it by

18  emails to me and I will email you back.
         MR. RUSSO:  As you said it would be confidential or
19

20  not be subject to --
         THE COURT:  (inaudible)
21

22       MR. RUSSO:  -- because disclosure that's obviously
    important for our --
23

24       THE COURT:  Once again your people would have to set

25  it up, where he can look at it.  If he's just looking at

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000115

Page 1284

```
 1   the results of it then, if you know how to show him

 2   online, he can get it all in the mistakes, okay.
          MR. RUSSO:  Yeah, we'll be happy to let him see the
 3

 4   results of the election.
          THE COURT:  Let him see the results of the state, but
 5

 6   at that time --
          MR. RUSSO:  Yes.
 7

 8        THE COURT:  -- all the counties involved and these

 9   five places that he has indicated.

10        MR. RUSSO:  Okay.

11        THE COURT:  Okay.
          MR. RUSSO:  Thank you.
12

13        THE COURT:  I'll let you submit me the order if you
     can agree on that.  If you can't, let me know.  Like I
14
                                        th
15   said, I'm -- the hearing is on the 17 ?
          MR. BROWN:  Yes.
16

17        MR. RUSSO:  I think, Your Honor.

18        THE COURT:  I'm -- I'm here but I sleep occasionally,
     but apart from that time --
19

20        MR. BROWN:  Your Honor, let me -- I want to recap
     what, Your Honor, has suggested just so we're very clear
21

22   on -- on this --
          THE COURT:  You want to do it so that you can expand
23

24   what I just said.  Come on, I know that.  Is this what you

25   said, Judge?  Yeah.  I know that but go ahead.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000116

Page 1285

Case 1:17-cv-02989-AT   Document 449-8   Filed 07/03/19   Page 117 of 661

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/09/2019                    Page 93

1        MR. BROWN:  Didn't you say you favored widespread and

2   far-reaching discovery?  No, I'm joking, but --
         THE COURT:  Okay.
3

4        MR. BROWN:  Two counties -- limited to two counties?
         THE COURT:  Two counties.  Gwinnett -- go ahead.
5

6        MR. BROWN:  Gwinnett and Fulton.  In the five.
         THE COURT:  In the five -- Henry County and
7

8   McDonough.  It doesn't say specifically that one was.

9   Fulton, Allen County AME -- and Grady High School.

10       MR. BROWN:  Okay.  Yes, Your Honor.

11       THE COURT:  That's what's alleged on the petition.
         MR. BROWN:  And that would be examination of the
12

13  machines under the conditions that you've described.  In
     addition, the county servers -- that the county GEMS
14

15  servers under the instructions that you gave.
         THE COURT:  -- and if there's a way to get that
16

17  information if it is public record, then you can get it in

18  public record.
         MR. BROWN:  Thank you, Your Honor.  At present the
19

20  trial is scheduled -- for the trial -- not at present.
                                      th
     The trial is scheduled for the 17  --
21

22       THE COURT:  Correct.
         MR. BROWN:  -- of -- would it make sense to postpone
23

24  that --

25       THE COURT:  No, nothing postponed.

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000117

Page 1286

```
 1        MR. BROWN:  Thank you, Your Honor.

 2        THE COURT:  The rules are -- in fact I'm getting some
      pressure as to why this isn't going through faster than
 3

 4    it's been.  It needs to be done; it needs to be completed;
      it needs to be over.  I'm not going to move it.
 5

 6        MR. BROWN:  Thank you, Your Honor.
          THE COURT:  And what I've allowed you to do on those
 7

 8    things can be done before that date.

 9        MR. BROWN:  Thank you, Your Honor.

10        THE COURT:  If -- if you put your mind to it.  Okay?

11        MR. BROWN:  Thank you, Judge.
          THE COURT:  Okay, anything else?  You had a motion
12

13    about -- but I guess that's moot.
          MR. BROWN:  That's moot.
14

15        THE COURT:  Okay, anything else?
          MR. RUSSO:  No, Your Honor.
16

17        THE COURT:  Okay.

18        MR. LINDSEY:  Just to move the case along quickly and
      I'm going to stipulate to plaintiff's counsel be in
19

20    agreement -- just taking judicial notice so we don't have
       to bring somebody in to show the certified election
21

22    results of all the statewide elections.
          THE COURT:  Do you have an objection to --
23

24        MR. RUSSO:  I assume we don't have any objections?

25    Just to the numbers.  Do you have an objection?  No,
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000118

Page 1287

 1   Judge.

 2       THE COURT:  The numbers that he gave me are the
     numbers in the register.  Do they have an objection?
 3

 4       MR. BROWN:  No, Your Honor.
         MR. RUSSO:  I just want to make that that's clear.
 5

 6       THE COURT:  Okay.  You can put those in without
     having to --
 7

 8       MR. RUSSO:  No, Your Honor.

 9       MR. BELINFANTE:  We will be doing the same -- we will

10   be using the same numbers here on, Your Honor.

11       THE COURT:  Okay.  That's it.
         MR. RUSSO:  Okay.
12

13       THE COURT:  Anything else?  Thank you, gentleman.
         MR. RUSSO:  Thank you.
14

15       MR. BELINFANTE:  Thank you, Your Honor.
         MR. TYSON:  Thank you, Judge.
16

17

18   (Whereupon, the hearing was concluded at 10:34 a.m.)

19

20

21

22

23

24

25

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                      000119

Page 1288

```
 1                         CERTIFICATE

 2
     STATE OF GEORGIA    )
 3

 4                       ) SS.
     COUNTY OF DOUGLAS   )
 5

 6
             I, PRISCILLA GARCIA, A COURT REPORTER IN THE STATE OF
 7
     GEORGIA, DO HEREBY STATE THAT THE FOREGOING IS A TRUE AND
 8
     ACCURATE TRANSCRIPT AS TRANSCRIBED BY ME AT THE TIME,
 9
     PLACE, AND THE DATE HEREINBEFORE SET FORTH.
10
             I DO FURTHER STATE THAT I AM NEITHER A RELATIVE NOR
11
     EMPLOYEE NOR ATTORNEY NOR COUNSEL OF ANY OF THE PARTIES TO
12
     THIS ACTION, AND THAT I AM NEITHER A RELATIVE NOR EMPLOYEE
13
     OF SUCH ATTORNEY OR COUNSEL, AND THAT I AM NOT FINANCIALLY
14
     INTERESTED IN THIS ACTION.
15           WITNESS MY HAND IN THE CITY OF DOUGLASVILLE, COUNTY
16
     OF DOUGLAS, STATE OF GEORGIA, ON THIS 18th DAY OF JANUARY
17
     2019.
18            BY: _____
19
                  PRISCILLA GARCIA, COURT REPORTER
20                NOTARY PUBLIC, STATE OF GEORGIA
21
                  COMMISSION NO.: W-00379933
22                COMMISSION EXPIRES: 08/14/2022
23
                  CERTFICATION NO.: 5503-2677-8304-9216
24
                  LICENSE EXPIRES:  04/01/2019
25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000120

Page 1289

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019                    Index: 1..4

---
**1**
---

**1**  28:8,20,
   22 47:13

**100**  47:17

**100-vote**
   46:24

**103,290**
   43:25

**115,691**  45:1

**11th**  64:20

**123,000**
   41:22
   43:13
   45:15
   58:20,25
   60:4 80:22
   84:1,4

**123,000-plus**
   45:2

**123,000-vote**
   48:1

**123,172**
   13:18
   43:13

**124,000**
   87:13

**13**  57:4,6,9

**14,000**
   81:13,15

**14th**  64:24
   66:6 69:11

**15**  72:15

**157**  36:8,10
   37:6

**159**  23:2,10
   35:20

**17**  92:15
   93:20

**180**  37:15

**19,882**  44:1

**1983**  10:2

**1989**  18:22

**1998**  42:20

**1st**  64:22

---
**2**
---

**2**  10:6 15:2
   16:2,18
   28:9,17
   29:6

**2-**  28:11

**2000**  66:17

**2003**  66:13

**2004**  17:18
   27:25

**2006**  67:13
   71:17
   75:20

**2006-era**
   70:11

**2009**  64:11
   67:15

**2015**  19:4

**2016**  72:25

**2018**  6:2
   13:15

**21**  15:2
   18:24 28:9

**21-2-366**
   39:9

**2102**  14:11

**2122**  16:18

**212235**  28:13

**212250**  22:2

**2125**  14:10
   28:9

**22**  6:6,13,
   20

**220**  22:9,10

**23**  75:18

**242-**  52:6

**25**  75:10

**252-georgia-
260**  50:4
   57:24

**26**  39:22

**2623-georgia-
514**  48:4

**270-georgia-7**
   42:20 50:8
   51:17

**284-georgia-
397**  51:15
   58:9

**288-georgia-26**
   51:25

**29**  76:22

---
**3**
---

**3**  10:6 29:6
   30:25
   47:11,13

**3,780,304**
   43:18

**3,883,594**
   43:17

**3,895,955**
   44:24

**301-georgia-27**
   24:20
   25:11

**30177**  51:11

**323-georgia-
po427**  42:2

**324**  19:4

**33**  75:10

**34**  77:2

**35**  16:20

**378-georgia-
532**  51:10

**38**  33:15

**380**  17:20

---
**4**
---

**4**  18:24

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000121

Page 1290

27:10
28:18
47:13
78:18

**42**   47:18

**43**   68:6

**44**   68:6

---

**5**

**5**   47:13

**520**   14:11
22:2,4
30:13,25

**520-2A**   30:17

**521-1**   47:11

**522**   30:13

**522-2**   30:20

**524**   61:13

**524(c)**   59:17

**53,902**
45:13,15

---

**6**

**6**   13:15

**62**   65:11

**69**   65:18

---

**7**

**71**   63:22

**72**   63:25

65:11

**74**   67:22

**75**   63:22

**76**   63:25

**795**   66:1

**796**   64:20
66:1

**798**   68:20

---

**8**

**8,000**   46:2

**80,000**   46:2

**8:59**   6:2

---

**9**

**9**   6:2

**9/11/15**
32:18

**98.9%**   44:11

**99**   46:25

**9th**   66:11

---

**A**

**A.M.E.**   89:15

**ability**
34:11

**absentee**
34:10,11
39:2 68:2,
11,15,22,

24 69:6

**absolutely**
68:18
82:18 90:9

**absurd**   23:11

**abused**   73:11

**AC**   79:8

**Academy**
71:4,6,11
73:6 75:8

**accept**   43:18
44:13,18

**accepted**
49:13
55:9,10,11

**access**   22:6
80:4 81:4
82:17,18
89:2,24
91:11

**accessing**
88:20,22

**accuracy**
68:17

**acknowledged**
66:13

**acronym**
85:20,22

**Act**   18:22
27:10,18

**action**   35:25
39:15 47:9
65:25

**acts**   19:2

**actual**   85:24

**Adams**   42:2

**add**   32:6
33:2,15
59:2

**added**   74:18

**adding**   37:22
58:13

**addition**
31:20
36:25 47:8
70:22
78:17
79:13 86:6
93:13

**additional**
14:15 32:6
75:22

**Additionally**
80:11 81:9

**address**
14:17,18,
20 38:11
63:13
72:13,17,
18

**addresses**
84:20

**admitted**
51:18

**adopts**   74:8

**advantages**

74:17

**advocates**
58:2

**advocating**
57:18

**affect** 46:9

**affidavit**
80:13,17

**afford** 30:9

**agency** 70:18

**agree** 12:8
35:6 62:18
92:13

**agreed** 9:22

**agreement**
89:22
94:20

**ahead** 15:25
20:22
63:11
92:25 93:4

**albeit** 66:22

**allegation**
15:20
30:20 44:4
45:2 47:8
57:18
59:20
84:6,10
89:11

**allegations**
31:2,6,10,
17,20,22

33:9 36:1
41:4 43:20
44:18
45:24,25
46:4 48:13
49:13
53:18 58:2
59:13 60:2
67:20
69:11
72:17
73:18
85:4,10,13

**allege** 34:1
46:25 47:4
49:11
53:13,20
55:25
58:17,22
59:2 60:20
65:18 66:4
67:22
70:11,17
71:20
72:22
73:4,18

**alleged**
17:11
18:8,11
22:24
30:11
33:17,20
35:24 36:4
43:6 47:15
48:13
49:18 53:1
55:8,13

56:2,8,10,
11 59:6,18
60:20,22
64:8 65:15
67:22
72:18
73:18,20,
22 80:6
81:6 85:4,
8 93:11

**alleges** 75:2

**alleging**
33:22 43:1
70:2 84:20
89:15

**Allen** 89:15
93:9

**allowed** 94:6

**alluded**
59:22

**altered**
82:22 83:4

**alternative**
67:8

**AME** 93:9

**amenable**
77:15,25

**amend** 32:2

**amending**
32:6

**amendment**
32:4 33:2
64:24 66:6
69:11

**amendments**
19:22

**Amico** 46:6
55:24

**Amico's** 87:9

**amount** 84:1,
4,24

**analogizing**
87:6

**analogous**
53:2

**Anderson**
24:20
64:20

**anecdotes**
32:25

**announces**
36:22

**anonymous**
47:24

**answers**
64:18

**anymore**
71:13

**apologize**
20:22 22:8

**appeal** 32:15
52:13
53:10

**appeals**
17:18

**appears**
25:13

**appellants**
66:2 68:15
69:6

**appellate**
25:6

**applicable**
16:18 17:2
28:17 38:2

**applied**  19:6
65:2

**apply**  15:20
17:1 18:24

**applying**
65:11 66:9

**approach**
24:6,8
51:2

**approval**
40:18

**aren't**  13:11

**argue**  18:22
21:8 24:15

**argued**  17:11
68:15

**arguing**
20:18
36:18
40:25
80:15

**argument**
19:13
21:24
23:8,18,20
26:4,24

29:6
33:11,13
35:15
40:2,8,9
41:18
64:15
67:11
68:13
69:18,20

**arguments**
13:11
21:18
41:18 61:4

**assembly**
75:13

**assert**  44:6,
11

**asserted**
10:18,24
14:10

**asserting**
10:20
42:25

**assertion**
42:18
44:13

**asserts**  44:4
45:2

**assume**  94:24

**assuming**
74:17

**attached**
24:13
80:15

84:15

**attack**  67:11
71:11

**attacked**
67:13

**attention**
61:20

**attorney**
23:18,22
24:4 25:1,
2 41:20

**audit**  74:13
82:15

**authority**
39:10

**authorize**
39:11

**authorized**
14:25
40:17

**aware**  13:15
20:11
61:18
74:22

_____

**B**

**back**  15:9
32:18 33:2
51:4 53:9
75:24
86:10
91:18

**backup**  71:22

**badly**  61:11

**BAILIFF**  8:2

**ballot**  16:11
17:22
18:11
19:22
27:18,22
34:11
40:15
52:22 60:6
68:2 69:6
74:15
87:11

**balloting**
65:6 66:15
74:9

**ballots**
18:13
34:10
36:20
44:10,11,
22 50:20,
22 58:10,
11 59:25
60:2 66:17
67:9 68:15
74:18
87:8,9,13

**Banker**  51:10

**bankruptcy**
42:4

**based**  46:13
48:11
64:10
75:15
80:11

www.huseby.com                    Huseby, Inc.  Regional Centers                    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000124

Page 1293

83:20

**basically**
27:4

**basis**  20:1,6
28:6 32:1
33:6 48:17
64:4,18,20
65:2,9,15
66:9,10

**bath**  60:15

**battle**  62:4

**begin**  58:15

**beginning**
21:4

**behalf**  9:2,6
12:4 33:13
41:20 82:9
84:15

**Belinfante**
6:15 8:20
14:18
41:17
60:24
62:4,8,20,
25 63:2,9,
13 64:15
74:2 76:15
83:13

**Belinfante's**
69:24

**bench**  7:20
24:8

**big**  42:18

**binding**
25:22,25

**bit**  30:13
77:8

**block**  91:17

**blocks**  67:20

**Board**  8:25
16:20,22
19:11
29:22 30:4
32:10 34:4
38:15,25
39:2,10,
11,13,15

**Boards**  19:9

**bombarded**
71:17

**book**  22:4,6
65:20

**books**  27:8
36:20

**boot**  79:8

**borrow**  56:13

**bottom**  76:25

**bound**  41:4
53:24,25
54:2,4

**box**  71:20

**brain**  12:2

**branch**  75:25
76:1

**brand-new**

26:10

**breadth**
53:18

**Brian**  24:22

**briefly**  27:2
82:9 83:6,
18

**briefs**
63:17,22

**bring**  12:6
15:18
21:15 22:6
33:22
94:20

**brings**  75:22

**broader**
56:17

**Brody**  32:6

**Brown**  6:15
8:11 9:13,
22 10:1,6,
10,18,22
13:9,11
21:15
22:4,8,10,
11 23:6
24:13,18
25:9,11,22
26:15,20,
22 29:4,
15,18
35:11,13,
22,24
37:11,25
39:25

48:22
49:4,6,8,
11,15
53:25
54:2,9,11,
13 55:2,4
56:6 57:22
59:4,22
60:4,8
64:13
69:22
73:20,22
74:6,24
75:15
76:20
77:10,13,
18,22
78:6,11
79:13 84:2
85:6,20
86:2,4,11,
15,17
90:22,25
91:4,6,13
92:15,20
93:1,4,6,
10,11,18,
22 94:1,6,
9,11,13

**Bruce**  8:11
21:15

**Bryan**  8:22
29:22
46:20

**bunch**  47:22

**burden**  54:6,
8,10 61:6

65:15
85:17

**burdened**
65:22

**burdensome**
87:20

**Burwell**  6:8,
11 9:6,9
12:4 33:13
34:17,20,
24 35:2,4,
8 38:13
39:22
40:22
48:18,20
69:20
84:15

---
**C**
---

**calculate**
55:22

**call**  80:22
81:2

**called**  24:20
71:6 85:20

**calls**  51:18

**cameraman**
6:13

**candidate**
27:17,18
30:17,20,
22 45:6
57:18 60:2

**candidates**

14:4 19:25
27:20

**can't**  7:20
10:20 27:8
31:18 34:4
35:17

**capable**
38:17
40:15

**capacity**
24:22,24
25:13

**care**  8:2
54:6

**careful**  7:18

**Carr**  25:1

**Carruthers**
8:24

**carry**  61:6
85:17

**case**  6:6,9,
10 10:11
11:8 13:20
16:4
17:17,18,
24,25
18:1,2,4,
6,15 19:6
22:25
23:15,17
24:6,11,
13,18,20,
22 25:1,4,
6,8,11,15,
17 26:6,9

27:6,11,25
30:10
31:4,11,18
32:6,8,9,
13 33:1,6
35:4 39:2,
8 42:1,2,
4,20 43:11
44:11,18
47:6 49:17
50:4,6,8,
15 51:2,4,
15,20,22
52:2,6,9,
10,11,18
53:2,8,9
54:22 55:1
56:13
57:11,13,
17,20,25
58:8,9,18
59:2,9
64:2 66:1,
11 69:11
70:15,18
72:11 74:8
75:15
78:20
81:13 82:6
83:20
87:10,13,
22 94:18

**cases**  27:2
30:15,22
37:13
42:10,15
45:18,22
48:9,11

49:25
50:17,18,
25 51:4,9
53:17 58:6
60:1 72:13
87:8 91:13

**cast**  18:13
31:2 43:9,
15,17
44:24
45:1,2
47:1 53:4
57:20
58:10,11,
13,24 61:4
68:15 84:9

**categories**
16:25

**caused**  88:6

**causing**
78:8,15
91:2

**certainty**
48:6 52:15

**certified**
42:10
43:13
46:1,15,22
94:20

**certify**  67:8

**chads**  66:18

**challenge**
27:13 30:6
31:13
63:20

challenged
30:18

challenges
52:20

challenging
30:22
42:15

Champion
32:8

chance 15:13

change 25:25
47:6 81:6

changed
60:11
70:13
75:20

changing
38:18

chapter 15:2
18:24
22:17,20
27:10

charge 23:25

cheat 38:11

chime 57:6

choice 65:6
67:2,6,10
74:20,22,
25 76:6

choose 34:13
67:15
68:20

chosen 42:11

60:18
87:15

Chris 25:1,2

Circuit
64:20
66:11

cite 42:1
50:17 58:6
68:10 75:4
87:22

cited 27:2
32:13 37:1
40:18
45:22 51:9
57:22 58:6
74:6

cites 74:8
75:8,9

citing
66:11,15

citizen 69:4

citizens
38:20
39:1,2

City 16:22

claim 10:13
12:6,9
13:20
14:22
17:24
32:22 38:4
47:2 48:2,
17 52:4,9,
15 57:11

64:8,17
65:11
67:18 68:4
69:1,25
70:6 73:24
74:4 75:1
76:6

claims 10:2,
6,11,18
11:6,10,18
12:4
14:18,20
29:6 47:18
63:10 64:4
66:2,8,13
67:20
68:18
69:24,25
80:11

clarification
90:13

classes 16:2
68:10

classification
69:8

clause
63:15,18,
20 66:6
68:6
69:10,13
75:13

clean 34:22
35:4

clear 9:15,
22 19:6

23:22 26:6
48:4 53:17
66:10 68:6
74:20
83:22
89:20
92:20

clerk 24:11

client 14:17

clock 57:4,
8,9

close 47:25
60:13
61:17,18,
24

closed 45:13
58:22

co-defendants
13:15

Coalition
6:10 8:6,
13 9:24
10:2 14:22

COBB 6:1

code 15:1
16:11,18
18:24
22:1,17
27:9
28:13,18,
20 32:13
40:17
88:22

coffin 67:6

colleagues
 18:18
 80:20 82:8

collect   79:4
 85:22

collected
 71:8 72:4

collection
 47:20

comeback
 84:6

Commissioners
 39:11,13

Committee
 70:20,22

common   20:4

commonsense
 22:20
 23:24

compare
 65:24
 78:13

comparing
 78:15

comparison
 30:13

complaining
 34:1

complaint
 20:15
 33:15 38:6
 47:18
 49:11

65:13,18
66:2 67:22
70:13
72:15,20
75:2,4,18
84:20

completed
 94:4

completely
 14:2 63:20
 74:15
 80:10

comply   38:22

computer
 22:6 70:22
 78:11
 79:18 90:2

conceded
 36:2

concern
 68:22
 82:13

concerns
 71:15
 75:22,25
 83:2

concluded
 51:13 69:4
 72:9

conclusion
 64:2 80:17

conditions
 93:13

conduct

16:13 17:6
28:11
58:11
87:15

conducted
 16:8,13
 28:2 30:6
 31:1 36:2
 70:2

conducting
 22:22
 40:2,15

conference
 7:20

conferences
 7:20

confidential
 88:18,22
 89:2 91:18

confidentialit
y   89:22

confirmed
 14:20

confirming
 6:20 65:9

conflicting
 47:9

confuse
 22:11

confusing
 15:17

connection
 30:15 79:8

cons   65:6
 67:2

Consensus
 71:6

constitution
 63:8 67:9
 74:22

constitutional
 11:18 12:9
 14:18
 19:22 29:6
 63:9,10
 64:4 69:24
 71:25 73:9

constitutions
 66:6

constrained
 34:6 38:22

construction
 19:1,6

construed
 20:4

contained
 66:13

contention
 69:6

contest   9:25
 10:4 14:9,
 15,22
 15:4,6
 17:18
 18:4,6
 19:8 20:8,
 24 22:20

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000128

Page 1297

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019Index: contestant..county

23:2,15
24:1 28:4,
6,10,20
30:1,11,
15,20
31:15 32:4
33:8
59:15,18,
20,22 74:1
80:22

**contestant**
14:8 17:20
18:11 32:8
53:1

**contestants**
10:2 50:6

**contested**
10:8 16:4,
6,9 28:11
30:6 31:1

**contesting**
13:15

**contests**
14:25
19:24
27:20,22
61:15

**context** 15:4

**contingent**
63:20

**continuances**
91:15

**continued**
66:24 79:1

**continues**
60:4 69:4,
9

**contrary**
71:2 72:11

**conversation**
7:13

**convinced**
13:1

**coordination**
82:20

**copy** 24:9,
20 64:11
83:13
87:11

**Corea** 25:2

**corners** 9:20
20:15
29:11
48:15
58:20
61:10

**correct**
9:13,25
10:1,6,22
22:15
55:2,4
70:1 93:22

**correctly**
69:4 71:1
72:2,4

**couldn't**
32:20

**counsel**

8:10,13
13:10 25:4
27:4,6,11
60:15
64:13 78:1
81:1 83:15
94:18

**counsel's**
7:11

**count** 10:6
12:13,18
28:8,20,22
41:13
50:2,20
52:22
63:20
65:11 71:1
87:11

**counted**
43:22
45:20
57:20
58:1,6,25
72:2,4
83:25
87:18

**counties**
19:11 20:9
23:2,10
28:4 31:6,
9,11,18,22
32:20,24,
25 33:4,
20,25
34:15,18
35:20
36:4,8,11,

13 37:2,6
84:15
89:9,10
92:8 93:4

**counting**
31:4 58:18
59:17

**counts** 29:6
43:22
63:13 66:2

**county** 6:1
8:9 9:6,13
12:2,4
16:15,20,
22,24
17:11
18:6,9,15,
18 19:9,10
20:9,10
24:11 28:2
29:4,22
30:4
31:11,17,
20 32:10
33:13,18
34:4,11
35:9 36:4,
15 37:2
38:11,15,
20,22
39:6,10
40:11,13,
22 46:20
47:18,20
82:10,25
84:15,17,
18,20

www.huseby.com          Husesby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000129

Page 1298

86:6,11,
13,22,25
88:13
89:13
93:6,9,13

**county's**
30:11
35:15

**county's**
39:15

**couple** 8:6
79:25

**coupled**
71:24

**court** 6:6,9,
11,17,18,
22 7:1,4,
6,11,13
8:1,2,4,
15,22 9:1,
4,8,11,15
10:4,8,9,
11,13,20
11:2,11,
13,18,20,
22 12:6,8,
11,15,18,
22,25
13:11 14:6
15:8,11,
13,17,24
16:20
17:17
20:2,13,
17,20,22
21:2,4,6,

11,13
22:2,4,9,
11 23:4,20
24:10,15
25:6,10,18
26:13,17,
20 27:1
28:8 29:1,
8,11,15,20
31:18
32:6,11
33:10,15,
22,24
34:13,18,
22,25
35:2,6,9,
13,18,22
36:24
37:11,13
38:1,6,9
39:9,22,24
40:22,24
41:9,13,15
42:4,10,18
43:18
45:18
46:15,18
47:13
48:2,4,9,
18,20,22
49:1,4,6,
9,15,25
50:4,9,13,
20 51:2,
10,11,13,
15,17,20,
25 52:4,6,
10,13

53:4,6,8,
24 54:1,6,
10,11
55:2,4
56:6,13
57:15
58:8,9
59:11
60:13,25
62:6,9,15,
18,22
63:2,4,8,
10 64:2,11
65:1,24
66:2,11,
15,24
67:1,15
68:20
69:2,4,15,
18 73:18,
22 74:8
76:9,17,18
77:4,11,
18,20
78:4,10
79:11,25
82:2,11
83:2,8,11,
15,18
84:13,20,
25 85:2,6,
20,25
86:2,10,
13,15
88:8,15,
18,20,25
90:4,6,11,
15,20,24

91:4,6,8,
11,13,20,
24 92:4,8,
11,13,18,
22 93:2,4,
6,11,15,
22,25
94:2,6,10,
11,15,17,
22

**court's**
68:13

**courtroom**
7:9 15:9
55:2

**courtrooms**
10:22

**courts** 42:4,
6 43:2
51:6 70:15
72:8

**cover** 36:1
59:11
61:13,25
85:10,13,
24 86:6

**covered** 6:20
10:4

**covers** 86:4

**Crawford**
42:20
51:17

**criminal**
11:9

Crittenden
8:9

culminated
71:4

current
17:25
70:20

cut   81:18

_____

**D**

daily   71:18

damage   89:20
90:8

data   85:22
86:20
88:24
90:2,13,17

database
17:9 86:11

databases
85:18
86:4,6
88:6

date   33:2
88:15 94:8

Dawkins-
24:20

Dawkins-
haigler
51:11

day   14:6
49:2 80:18

days   79:25

deal   11:20

dealing
35:20 58:4

dealt   70:10

December
39:22
78:18,22

decide   10:15
34:13
39:2,6
66:24

decided
48:11

decides   64:4

decision
25:6,15,
18,20
26:11
42:18,20
52:10
55:10
64:10,20
66:11 72:6
74:6 75:11

decisions
70:9

declaration
87:22

declared
16:10

declares
19:17

deemed   11:1

defective
65:18

defects
43:1,8
78:13

defend   35:17

defendant
15:2,20
16:2 17:15
19:15
21:18,20,
22,25
22:22 24:1
26:2,25
30:15,18,
20,24
39:17
62:24
69:15
76:17

defendant's
52:11
56:22

defendants
11:4 18:18
20:9 23:1,
10 36:1,6
48:24
49:20 52:9
63:6
65:13,20
67:24 70:8
72:13
77:15
79:10,22
87:6

defendants'
33:10

defendant's
13:10

defended
23:18
25:1,17

defending
25:2

defense
21:13 78:1

defined
16:2,18
19:20
22:13

defines   22:2
28:13,15

definition
17:2 18:22
19:15 20:6
22:15

definitions
16:17
28:17

Dekalb   9:13
31:10
32:10
47:18,20
89:11

Dekalb's
89:13

Demila   80:13
81:11
87:22

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000131

Page 1300

democratic
    45:6

democratically
-elected
    65:4 67:2

demonstrated
    42:17

demonstrates
    45:22 59:6

denies   66:4

Dennis   25:2

DENTON
    11:11,15,
    20,22

deny   37:20
    40:24
    61:22
    81:25

department
    25:2,22,24
    70:22

depending
    46:2

derived
    58:13

describes
    53:22
    75:18

description
    68:13
    69:24

determine
    11:10

50:22
52:24
73:13
77:15 78:6
82:17,25
90:22

determined
    29:25

Dick   8:24

didn't   15:8,
    13,18 41:9
    44:6 93:1

differ   68:18

difference
    13:20 32:4
    43:22 44:8
    50:2,22,24
    52:25
    56:20,25
    58:13

differences
    14:4

differently
    67:25
    68:15

difficulty
    78:18

direct   32:15

directly
    69:11

director
    8:13 32:9

directs
    82:11 83:2

disagree
    65:13

disagreement
    65:13

discloses
    52:15

disclosure
    91:22

discovery
    36:10,11,
    13,15,24
    37:6 77:1,
    11 79:15
    85:1,15,18
    87:20
    88:11 93:2

discriminates
    68:10

discuss
    14:13 75:2

discussed
    23:17
    51:20 60:8

discusses
    19:15

dismiss
    13:13
    14:13
    15:24
    20:18 28:6
    29:8,11,24
    34:2 38:25
    39:20
    41:1,6
    42:6 46:13

47:10,11
48:10,11
52:4 54:18
55:6 57:11
59:10
61:22 64:6
68:8 69:22
83:22

dismissal
    20:25 32:1
    33:8 47:2

dismissed
    9:13 29:13
    41:10
    47:20
    48:17
    52:8,15
    69:13
    73:24

dismissing
    15:6 53:8

disposed
    91:15

dispositive
    68:20

disprove
    84:11

disputed
    59:4

disregard
    14:2

distinction
    68:4,25
    76:6

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000132

Page 1301

distinguish
75:15

distinguishabl
e   70:10

documentary
79:15

documents
76:24
79:11,13

doesn't
34:11
75:20

domestic
71:11

don't   7:2,4,
17 10:15
11:9,15,17
12:11
19:11
22:11
26:15
27:24
36:15
37:22
38:2,20
40:18 41:2
47:25 49:6
79:2 89:25
90:1 94:20

doubt   14:1
42:18 43:2
47:4 48:15
53:4 57:6
58:11
60:11,15,
22 61:2

80:22 81:2
84:9

down-ballot
43:10,15

download
37:18
62:11

downstairs
6:25 7:2,
22

dozen   84:4,
11

dramatic
44:6,13
56:25

dramatically
43:10

drastic
42:13

drawn   80:18

DRE   33:17
34:6,11
38:18,20,
22 65:2,
15,18
66:4,10
67:13,15,
25 68:4,22
70:11,20
74:11
77:11 86:4
88:4 91:2

dressed
67:11

drop   62:6

drop-in   44:4

drop-off
44:8,11,
13,15,20
45:4 56:25

drop-offs
44:4

drove   87:18

due   63:13,
18 64:9,15
65:11 66:6
67:18 70:4
72:10 74:4
75:1,13

due-process
67:11
69:13

dumped   37:17

Duncan   9:4
12:13
41:20 44:2
45:11
55:22

Dunn   25:2

_____

E
_____

earlier
58:20

Earnest
57:22

easily   50:18

Edward   9:2

41:18

effect   24:2
81:22

effectively
68:20

egregious
48:24

elect   16:4

elected
27:11

electing
56:24

election
9:24 10:2
12:15,18
13:17,18
14:2,9,11,
22,25
15:1,4,6
16:4,6,9,
11,13,18
17:11,18
18:4,6,22,
24 19:8,
18,24
20:2,8,11,
24 21:25
22:2,11,
13,15,18,
22 23:2,15
24:1,24
25:13
26:2,4
27:20,22
28:2,6,10,

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000133

Page 1302

11,20
30:1,4,6,
11,20,25
32:4,13
33:8 36:2
40:6,9,10,
15 42:11,
15,18 43:2
46:15,22
47:6 50:6
52:22 53:4
55:24
57:13,24
58:11,13
59:15
60:13,17
61:2,15
63:20,24
64:1,22
66:18
68:1,9
70:2 71:13
72:25
73:15 74:1
76:24
78:20,22
80:22
81:2,6,22
84:8 92:4
94:20

**elections**
8:25
16:13,20,
22 17:1,6
19:9,11
23:25 26:9
28:2 29:22
32:9,10

34:4 38:15
39:1,4,11,
15 40:2
42:15
78:18
87:15
94:22

**electoral**
74:13

**electors**
16:11
19:18
67:24,25

**electronic**
44:10,22
45:4 56:4,
20 65:20
68:15
76:22
85:11
87:17

**electronically**
83:9

**elements**
73:22

**eligibility**
16:6
30:18,22

**eligible**
30:22

**eliminated**
74:15

**Ellis**  48:4

**else's**  24:18

**else's**
24:15,17

**email**  76:11
91:18

**emailing**
62:10

**emails**  91:18

**emergency**
76:22

**en**  32:6
69:11

**end**  37:22
45:13
80:18

**enjoyed**  44:2
45:11,20

**entire**  49:17
55:22,24
57:2 61:2

**entirety**
33:8

**entitled**
41:24
52:17
53:13,15
55:25
56:2,8
67:15
75:13
87:18

**environment**
71:15,18

**equal**  63:15,
18 64:9

66:4 67:18
68:6 69:1,
10,13 70:4
72:11 76:2

**equal-
protection**
76:6

**equally**  64:4

**equipment**
66:4 76:24
77:2 78:2
80:4 82:13

**erase**  58:13

**erroneously**
13:22

**error**  59:17
88:4

**errors**  31:4
47:22
66:18
89:15

**essence**
38:18

**essentially**
44:11 80:2

**established**
42:15 43:2
51:20,22
73:17

**events**  70:13

**everybody's**
35:1 38:11

**Everyone's**

6:17

**evidence**
9:17 26:18
31:9,13,24
32:20
37:15 41:1
48:25
50:10,13
51:6,11,18
54:13 56:2
59:15,20
64:2 71:2
79:2,15
81:11 82:4
85:11 88:4

**evidenced**
31:8

**evident**
66:17

**evidentiary**
9:17 51:22
52:6 56:22

**exact** 60:25
71:8 84:2

**examination**
73:13
78:6,11
87:25 88:4
93:11

**examine**
81:13
90:22,24

**examining**
91:1

**examples**

51:8

**exceeds**
18:13

**exclusively**
70:8

**excuse** 14:11
17:15
81:10

**executive**
8:13

**exhibit** 46:6
77:13 79:2
86:4

**exist** 60:6

**expand** 92:22

**expanded**
14:15

**expanding**
20:6

**expedition**
85:4 88:11

**expeditiously**
79:20

**expert** 55:18
82:6

**experts**
78:11
80:13
90:25

**explain** 7:8
12:1 30:13
51:11

**explained**
51:15 52:1
55:18
56:11

**explanation**
56:24 60:6

**explanations**
13:20 14:2
60:6

**exposed**
73:11

**expressly**
67:1

**extent** 90:18

**external**
71:24

**extremely**
61:24

---

### F

**face** 68:10

**fact** 14:4
15:18 17:4
22:20
23:17 39:6
51:22 52:2
55:11
58:20 65:2
67:1 94:2

**facts** 52:18
56:1 64:8
81:20

**fail** 32:2
64:4

**failed** 53:10

**failing**
20:25

**failure** 47:2
48:17,25
52:4,8,15
57:11 61:4
87:4

**failures**
84:8

**fair** 24:18
33:24

**fairly** 11:25

**fall** 46:2
59:6 64:6

**falls** 59:6

**false** 69:8

**far-** 85:1

**far-reaching**
93:2

**fast** 37:13,
15 91:15

**faster** 94:2

**favored** 93:1

**Favorito**
64:10,15,
18 65:25
66:9,15
67:20,22
68:13,18
69:2 70:8,
9,10,15,17
74:6

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000135

Page 1304

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019   Index: federal..fundamentally

75:15,24
76:4

**federal**
10:2,6,9,
11,13,15
11:1,18
12:4,6,8
14:18 66:4
69:22 82:6
87:22

**federals**
10:15

**felt** 40:20

**field** 34:15

**figure** 31:13

**figuring**
34:18

**file** 14:22
27:20 37:2
83:10

**filed** 9:18
13:13,15
18:6,15
28:4 30:10
31:8 32:9,
20 39:20
42:20
72:15 80:6

**filing** 81:9
82:1

**filling** 33:2

**final** 25:18

**Finally**
19:13

**find** 6:18
27:8 28:20
35:10
52:11 54:4

**fine** 24:15

**firm** 25:4

**fishing** 85:4
88:11

**five-day**
32:17

**fixing** 62:22

**flaw** 75:4
85:22
86:18 88:9

**flawed** 40:15
53:20
55:22,24
65:20
68:22
71:20 73:8

**flaws** 91:2,
4,6

**flipping**
56:4

**focus** 58:10

**folks** 89:24

**follow** 34:6
41:6

**footnote**
74:6

**force** 34:11

**forecloses**
67:11

**foreign**
71:11

**forensic**
73:13
78:6,10
87:25

**forever** 72:6
87:15

**forgot** 60:25

**form** 7:25
61:13 62:1

**formally**
16:10

**forward**
59:2,15
62:2 64:4
70:2

**found** 24:6
50:4,9
51:8 54:6
60:22 69:2
75:4 85:11
86:22

**fourth** 19:15

**frankly**
75:15

**fraud** 66:22
74:11,15

**free** 65:8
67:4

**front** 6:22
15:25
31:18
50:20,24

60:20

**full** 30:9
33:6,24
62:22
78:6,10

**Fuller** 51:15
58:8

**fully** 90:11

**Fulton** 8:9
9:6 12:2,4
24:11
29:17 31:6
33:13,18
34:4,11
35:13,15,
25 36:6
38:9,15,20
39:6 40:1,
11,13,22
48:18
84:15,17,
18,20 89:1
93:6,9

**Fulton's**
40:2

**fundamental**
18:25
56:10 59:1
65:13,22
66:6 72:18
89:20

**fundamentally**
53:20
55:11
70:10,13,
20 72:1

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019    Index: future..hanging

73:8 85:17
86:8 87:4

**future**   63:24

---

**G**

---

**gap**   45:13

**gave**   93:15

**GEMS**   85:18,
20,22
86:4,10,
11,13
88:13,15,
22,24 89:1
90:17
93:13

**general**
13:17
16:17
23:18,22
24:4 25:2
29:9 75:13
79:15 84:6

**generalized**
41:6,9,10
61:4

**generally**
64:25

**Geoff**   9:2
12:11
41:20

**Georgia**   6:1
8:18 13:18
14:6 15:1
16:11,15,

18 26:8
28:2 31:11
38:20 42:9
58:8 64:11
66:1 67:6
69:2,4,10
70:18,24
71:9,13,22
72:11,20
74:11 80:4

**Georgia-454**
52:6

**give**   15:13
25:18 33:6
88:11
90:18
91:15

**giving**   49:17
81:4

**glad**   43:4

**golden**   46:2

**good**   8:6,8,
13,18,22
9:2 11:6
14:22
15:15
29:20 77:6

**Gordon**   31:9

**gotcha**   9:11

**Governance**
8:8,15
14:22

**governed**
15:1

**governing**
39:10

**government**
70:18

**governor**
13:17 16:4
17:13 44:8
46:9 63:24

**governor's**
59:24
86:22

**Governor-elect**
9:2 41:20

**governor's**
13:22
43:9,18,24
44:9,15,
20,24 45:6

**Grady**   85:9
89:13 93:9

**grant**   6:18
28:22 37:1
52:4 59:10

**granted**
26:11

**greater**
58:25

**ground**   59:18

**grounds**
14:10,15
30:15 31:2
52:9

**group**   27:13

**gubernatorial**
45:11

**guess**   29:15
90:11
94:13

**guessed**
74:25

**guessing**
14:9 65:8
67:4

**guides**   75:1

**Gwinnett**
8:9,24
11:11
29:4,15,22
30:4 31:6,
20,25
33:18
35:25 36:6
38:1,2
40:1 46:20
82:10,22
89:1 93:4,
6

---

**H**

---

**hacker**   73:2

**Haigler**
24:20

**half**   81:17

**hand**   54:1

**handle**   8:6

**hanging**
66:18

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/09/2019  Index: Hanson..Honor's

Hanson   32:13

happened
 48:6 49:20
 70:11 78:8

happening
 73:11

happy   41:2,
 17,18 79:9
 92:2

hard   37:18
 87:11

hate   61:8

haven't   41:6

hear   10:15
 11:2 12:25
 13:2,4
 15:20,22
 29:6,15
 41:11,13
 43:4

heard   15:18
 34:25 35:1
 41:6 48:18
 83:6,17

hearing   7:15
 13:11
 33:25
 37:6,22
 41:2
 51:13,22
 52:1,2,8
 56:22
 92:15

held   28:2

52:13 53:4
57:11 58:9

helpful   78:2
 87:20

helps   30:13

Henry   93:6

here's   35:22

he's   75:22
 89:11,13,
 15 91:25

High   89:13
 93:9

highest
 43:13

highlight
 18:4

highly   81:4
 88:18,22

historically
 86:24

history   26:6

hold   7:20
 30:22
 72:13 76:4

holding   26:8
 52:13 64:1
 68:18
 75:24

Homeland
 70:22 75:9

Honor   6:15,
 18 8:11,
 18,20,22

9:2,10,13
10:1,6,10,
18,22
11:6,11
12:4,11
13:9
14:20,25
17:2 18:25
19:13,20
20:2,13
22:8 23:2,
6,13,22
24:6,13
25:6,22
26:1,10,
15,22
27:2,8,24
29:4,18,
20,24
31:13
33:13
34:2,10,18
35:13,22
36:18,25
37:10,11,
25 38:2
39:20,25
40:4,20
41:18,22
42:18,20,
24 44:18,
25 45:25
46:4,10,
11,15,18
48:20,22
49:13,17,
25 50:18
51:4 52:2

53:13
54:13,15,
20 55:2,8
56:2,15
57:4,13,
15,25 58:4
59:11,13
60:24
62:4,8,13,
25 63:6,
13,20 64:9
69:20,22
70:17
71:2,15
72:11
73:20 74:2
76:18,20,
22 77:13
78:9 79:22
80:1,11,18
81:4,9,15,
18 82:9
83:6,9,17
84:4,10,
11,15
85:6,8
86:8 87:4
88:6,13,15
89:22
90:11,22
91:6
92:17,20
93:10,18
94:1,6,9,
15

Honor's
 39:25

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000138

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/09/2019   Index: hottest..inspect

hottest
 78:24

hours   81:13,
 15

House   70:20

Howell   48:8
 59:25

huge   61:6

human   66:18

Hunt   42:20
 50:6,8
 51:15,18

hunting   87:6

hypothetical
 66:22
 72:15

_____

          I

idea   59:22

identical
 66:8  67:20
 68:18

identified
 63:15
 77:13,22
 79:2  87:2

identify
 32:22

illegal
 18:11,13
 31:2  47:1
 50:20,22
 87:8

illustration
 49:11
 56:18
 85:11

illustrations
 55:13
 85:13

imagine   7:20

immunity
 21:20,22
 23:18
 26:9,24
 63:18

impact   45:6
 50:18
 58:18

important
 25:15
 47:13
 54:24
 64:24
 66:11
 79:20
 91:22

imposes
 64:22

improper
 37:24
 53:4,11

improperly
 53:2
 58:10,24
 83:25

inaccurate
 65:20

inapplicable
 18:20

inaudible
 6:8  11:18
 15:11
 20:13
 35:11,13
 38:6  48:22
 57:15
 59:11
 84:13  85:6
 90:15
 91:11,20

incapable
 40:2

incidences
 56:11

include   17:4
 28:15

included
 33:1  46:6
 80:13
 84:15

includes
 19:2  82:4

incorrect
 85:18

increased
 44:25

incumbents
 14:4

independent
 27:18,20
 32:15

individual
 10:2
 86:13,15
 90:20

individuals
 8:8  15:2,4

infected
 73:2,13

infer   56:15

inferred
 50:11,13

inflamed
 61:20

inflammatory
 49:9  61:18

information
 33:22
 36:18
 47:20  81:4
 86:20
 93:17

informed
 73:1

infringed
 65:22

inherent
 75:4

insecure
 70:20

insist   60:6

inspect
 77:2,11,
 13,24  80:9

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019    Index: inspecting..I'm

81:18,22

**inspecting**
84:11

**inspection**
76:22
77:17
78:2,4
83:4

**instance**
56:6 67:6

**instances**
55:13
77:22

**instructed**
24:8

**instructions**
93:15

**insufficient**
50:25
67:15,18

**intended**
23:11

**intent**  66:20

**intentionally**
19:2

**interact**
69:25

**interest**
79:22

**interesting**
61:15
87:22

**Interestingly**

52:18

**interests**
64:25

**internal**
78:13
90:22,24
91:1

**internet**
71:17
72:24
73:11 79:8

**interpret**
49:20

**interpretation**
49:22

**intimidate**
26:13,15

**introduce**
8:10

**introduced**
50:10,13

**involve**
31:22
32:15
47:17,18
78:15

**involved**
12:18
17:8,17
32:13 50:6
52:18,20
78:25 79:4
82:20 92:8

**involving**

17:13
18:4,11
19:24

**irregular**
58:11

**irregularities**
18:8,17
20:11 28:4
36:4 47:15
50:4
58:10,17,
22 60:11
80:6 81:6,
24 83:24
84:22 85:8

**irregularity**
18:11
22:24,25

**irrelevant**
83:20

**isn't**  38:17

**issue**  10:15
11:4 15:25
18:20
20:11,17
21:11,17
27:1,25
30:6 33:22
34:18
35:15,18,
20,22
37:10
39:4,18
40:4 41:8
57:17
58:13,15

61:6 69:15
71:8 72:18
74:1 76:13

**issues**  12:9
14:1,15
21:24
33:20 34:1
40:13
52:22 55:6
72:13
76:13

**items**  19:22

**it's**  13:2
17:11
18:25
19:1,6
23:6,8,11,
18 24:11,
13 27:17
28:18 32:2
37:6 39:11
48:11
75:9,10
77:18 79:4

**I'd**  21:2
24:8

**I'll**  8:2
13:2 14:17
28:22 42:1
74:24

**I'm**  7:1,9,
22 10:13
11:22,24,
25 13:1,6
20:18 22:4
24:2,15

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000140

Page 1309

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/09/2019    Index: I've..legislative

36:18
38:11 40:2
41:17,18,
22 42:8
43:4 76:9,
10 88:11
89:8,17
91:15
92:15,18
93:2 94:2,
18

**I've** 6:22
8:4

_____

**J**

**January** 6:2

**Jersey** 73:2

**Jim** 8:6

**job** 60:15
65:4 66:22
67:1

**Johnson** 42:2
48:4

**join** 23:2
33:13
34:15 37:9
38:4 48:18
69:17,20

**joined** 33:6
34:17
35:6,20
36:8 37:8
63:6

**joining**

48:20

**joint** 16:22
62:13

**joking** 93:2

**Josh** 8:20
14:18 15:8

**judge** 8:2
11:8 16:20
21:15
53:22
54:11,13
55:9 76:8
92:25
94:11

**judges** 19:10
61:20

**judgment**
73:25

**judicial**
41:24
42:1,2,6
45:25
46:13 59:4
65:8 76:1
94:20

**judiciary**
75:1

**jurisdiction**
36:22 68:1

**jurisdictional**
23:20

_____

**K**

**Kaye** 9:6

33:13

**Kemp** 24:22

**Kerling**
81:13

**key** 45:17
82:15

**kind** 7:15
11:11
13:10
30:13 38:4
39:6 47:22
59:1
61:15,24
89:22

**kinds** 7:18
10:22
52:20

**knew** 73:11

**knowing**
67:17

**knowingly**
65:20
67:24

**Kohl** 51:10

_____

**L**

**lack** 31:20
39:20

**lacks** 14:22

**language**
17:2 19:2
56:13
60:25 91:9

**largely**
63:17

**late** 32:2
33:2

**Laurens**
18:6,15

**law** 14:8
20:4 25:2,
22,24
26:2,4
27:6 28:2,
15 34:6,8
38:22
54:20
64:22
66:10

**laws** 20:4

**lawsuit**
32:15,20
42:2 47:20

**lawyers** 9:9
25:2

**leads** 51:4

**leap** 20:2

**leave** 74:11

**leeway** 84:25

**left** 72:20,
22 73:2,6,
11 88:11

**legal** 31:2
47:1 49:22
58:11

**legislative**

www.huseby.com       Huseby, Inc.  Regional Centers       800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000141

Page 1310

75:25

**legislator**
23:11

**legislature**
19:2 22:18
23:11,13
66:24
67:15
74:20,22

**lengthy**
51:13

**letter**   46:6,
8

**let's**   13:2
21:4 46:24
75:2

**level**   16:15
28:2

**Library**
89:13

**lie**   76:6

**lieutenant**
9:2 13:17,
22 16:4
17:13
41:20
43:9,18,24
44:9,15,
20,24 45:6
46:8 59:24
63:24
86:22

**life**   12:1
70:13

**lightly**
42:13

**limited**
84:24 93:4

**Lindsey**   9:2
12:11,17,
20,24
41:18
49:15
55:20
57:15,17
83:6,17,20
84:4 86:20
94:18

**lines**   30:20

**list**   84:15

**litany**   75:11

**located**   80:9

**lock**   82:15

**logical**
30:2,24

**logistics**
79:4

**long**   28:2
65:6 67:2
74:6 76:4
88:1

**looked**   72:9

**lose**   54:22

**lost**   38:11
50:8,9
53:10 61:1
72:6 79:1

87:15

**lot**   13:4,6
26:17
31:22 41:1

---

**M**

---

**machine**
47:18
55:18,20
68:4,22
76:25
78:4,6
85:11
87:24,25

**machines**
13:24,25
33:17 34:6
36:20
38:18,22
40:10,11,
15 53:2,6,
13 55:13
56:11
58:2,18
60:4 65:4,
15,18
66:11
67:13,17
70:4 71:11
72:10
74:11
75:4,17,18
76:4
77:11,13,
22 78:13,
17,20,22,

25 79:17
80:8,9,18,
22 81:2,6,
13,18,20
82:11,15,
17,22
83:1,4
84:2,4,11,
22 85:24
86:4 88:4
89:25
90:8,13,
18,20 91:2
93:13

**made**   19:13
23:20 31:4
33:9 47:6
50:15
51:22 67:6
81:10,11
83:22

**mail**   68:11

**main**   76:22

**maintain**
17:9

**maintained**
71:22

**maintenance**
53:4,11

**major**   11:25
43:4

**make**   6:6
12:20
17:10 20:2
21:18

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000142

Page 1311

Case 1:17-cv-02989-AT   Document 449-8   Filed 07/03/19   Page 143 of 661

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/09/2019  Index: makes..misspoke

26:10 29:4
31:17
35:2,4
41:17,18
50:22
52:24
53:18
63:22 68:6
70:13
71:24
73:10
82:20
93:22

**makes** 46:9
61:4 72:4
74:20

**making** 11:4
20:2 38:13
51:18
69:11
82:11

**malfunction**
47:18
55:20
78:15

**malfunctioned**
49:18
55:15

**malfunctioning**
13:22
56:11

**malfunctions**
55:17
76:25

**malicious**

13:24

**malware**
71:18
73:13

**mandates**
68:25

**manipulation**
13:24

**margin** 13:18
18:13 44:1
45:20
46:24
48:13
50:24 57:2
58:15,18
59:8

**Marilyn** 8:13

**Marks** 8:13

**material**
61:13

**math** 11:25
43:4 44:17
46:11
60:18,20
61:6

**mathematical**
43:2 48:6

**matter** 11:9
41:2,25
44:17
53:9,11
58:20
61:10
74:15

**matters** 42:6
73:10

**matured** 11:1

**ma'am** 15:22
28:25

**Mcdonough**
89:11 93:8

**Mead** 17:17
18:4,20
23:15,17
30:10 48:8
51:20
59:25
87:10

**means** 21:25
22:13
26:2,4
68:24 71:6
74:11
88:18,22
91:10

**meant** 21:10
22:20
23:24
26:13

**mechanical**
66:18

**meet** 20:25

**meeting**
77:15

**memory**
78:13,20
87:17
90:22,24

91:1

**mentioned**
14:18
49:13
77:25
90:13

**mere** 60:9

**merits** 25:17
52:1,2

**methods**
74:18

**Miko** 45:8,
10

**mind** 25:25
46:20
76:13
94:10

**mine** 83:11

**minute** 35:20

**miscast**
53:6,13

**misconduct**
31:2 50:4,
11 51:18
57:18 58:2

**miscounted**
45:20

**missed** 17:20

**misspelled**
87:9

**misspoke**
73:20

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019  Index: mistake..number

mistake
  50:18 51:1
  88:10

mistakes
  78:8 87:2
  92:2

mix  82:22

mode  56:24

modify  32:11

moment  62:6

months  72:22

moot  94:13

mooted  29:2

morning
  8:18,22
  9:2,10
  11:4,6
  13:1 29:20
  76:11,13
  81:11

motion  13:13
  14:13
  15:24
  20:18
  28:22
  29:8,11,24
  34:2,20
  37:20
  38:24
  39:20
  41:1,6
  42:4 46:11
  47:11
  48:10 52:4

  55:6 57:11
  59:10
  61:22
  62:13,15
  64:6 68:6
  69:22
  73:24,25
  76:20,22
  77:13,20
  79:24
  80:4,15
  81:25
  83:22
  84:13,15
  94:11

motions  9:15
  12:25
  13:4,6,13
  29:2 31:8
  37:22
  38:1,4
  41:10
  47:10
  48:11
  54:18
  63:1,11
  74:1

move  14:22
  59:2 94:4,
  18

moved  77:1

moves  20:11

moving  20:20

multiple
  14:11
  27:11

municipal
  17:1 32:13

Murray  31:9

───────────

───────────

**N**

nail  67:4

named  32:20

nation  71:18

national
  70:18
  71:4,6,11,
  15 73:6
  75:8

nature  50:1
  71:22

necessarily
  11:15 22:6
  87:20

needed  32:18
  45:13

nefarious
  43:8,20

negative
  45:6

negligent
  43:20

neutral  65:8
  67:4,6

nice  35:4

nominated
  30:18

nomination

  16:4,6

non-
discriminatory
  64:22

non-party
  36:11

nondiscriminat
ory  67:6

note  53:20

noted  27:2
  34:2 65:1

notes  51:20
  53:8

notice  32:11
  41:24
  42:1,2,6
  46:1,13
  59:4 82:4
  94:20

November
  13:15
  71:13
  76:22 77:1
  78:20,22

number  13:20
  16:10
  18:13
  19:17
  31:4,17
  38:25 40:6
  43:6,9,13,
  15 44:6,
  13,22
  45:1,13,18
  46:2,8

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000144

Page 1313

47:4 48:8
55:13
58:11,24
59:17
60:1,6
66:20
77:22 79:2
81:18 84:2

**numbered**
82:15

**numbers**
22:10
41:22
42:9,10
44:15
49:15 50:6
60:18
61:2,11
62:2 83:1
84:6 94:25

---

**O**

**objection**
6:11 11:9,
17 94:22,
25

**objections**
94:24

**objects**   80:4

**occasionally**
92:18

**occurred**
18:8,17
28:4 34:2
36:4

**occurring**
82:18

**OCGA21-2-366**
39:4

**OCGA212250**
22:1

**OCGA212520**
15:2 16:1

**OCGA2143**
22:13

**oddly**  86:22

**offer**   40:4
56:22

**offered**
56:22

**office**   11:15
16:6 19:25
30:22
42:10
82:20

**officer**   16:9
19:13,17
27:13,15

**officers**
27:11

**official**
24:22
25:11 42:9

**omits**   19:4

**one-off**
47:22

**online**   92:2

**open**   72:24
73:1,2

**opening**   49:2

**operating**
53:2 58:2

**opinion**
53:22

**opportunity**
12:6 54:18

**oppose**   84:13

**opposed**   6:6
18:11

**opposing**
64:11
83:15

**optical**
39:11

**option**   23:1
69:2

**order**   6:20,
22 7:22
18:13 33:6
40:9,20
41:15 48:2
59:2
62:17,18
77:20
89:22
92:13

**ordered**   40:8
50:4

**orderly**   78:2

**original**

33:2 83:8

**originals**
61:25

**other's**
69:25

**outcome**   43:2
46:9 60:10
81:22
83:20

**outlined**
42:22

**over-votes**
66:18

**overwrite**
78:20

**owned**   82:24

**owns**   82:22
83:1

---

**P**

**p.m.**   6:2

**pack**   62:11

**pacts**   69:11

**pages**   37:15
68:6
77:18,20

**paper**   40:11,
15 44:9,
11,22
56:20
66:15 67:8
68:4,15
71:22

www.huseby.com                Huseby, Inc.  Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000145

Page 1314

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/09/2019 Index: papers..plaintiff's

74:18 87:8

**papers** 24:9

**paragraph**
33:15
47:18
63:22
65:11,18
67:22

**paragraphs**
75:10,18

**pardon** 33:11
88:20 91:4

**part** 11:18
53:1 60:15
89:10

**partially**
82:24

**parties**
14:20 30:8
31:11,18,
22 32:2,6
33:1,4,6
37:24 40:1
51:20

**partner**
14:18

**party** 9:24
10:2
12:13,17
17:15,24,
25 18:1
28:22
29:4,15,17
30:1,2
36:17

38:15
39:13

**past** 14:22,
24 20:20

**pattern**
55:17
86:22

**Peenya** 73:4

**pending** 11:8
12:4 13:2

**people** 7:20
42:11 44:6
57:20
68:11
75:22
91:24

**percentage**
45:10,11

**percentages**
32:25

**perfect**
66:15 74:9

**period** 55:11

**person** 16:4
30:18
42:15
68:4,11

**perspective**
82:13

**persuaded**
54:13

**persuasive**
53:20

54:2,17
56:15

**pertain**
14:15

**petition**
9:20 13:15
20:15
27:15,20
29:11
32:4,22
45:2 46:6,
13,25
47:2,8,10,
15,22
48:15
52:8,15
56:6 58:22
59:6
60:10,20
61:8,10
76:11
93:11

**petitioner**
44:2 45:2
84:1

**petitioner's**
66:2 83:20

**petitioners**
34:4 38:17
43:6 65:18
67:22

**petitioners'**
46:4 66:13

**petitioner's**
43:20
44:18

45:24
46:13

**phonetic**
80:13
81:13

**phrase** 22:11
57:4

**physically**
50:20

**pick** 31:15

**picked** 9:18

**piece** 36:18
68:4

**pieces** 48:25

**Pinpoint** 7:6

**place** 14:1
43:22
48:13
60:11 61:2
77:15

**places** 43:1
92:9

**placing**
60:15

**plain** 17:2
62:2 63:22

**plaintiff**
8:13 23:2
50:2 52:2,
17 53:10,
11 76:18

**plaintiff's**
58:22 64:2

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000146

Page 1315

80:13

**plaintiffs**
8:13 10:2,
24 12:6
13:15,20
14:10,13
17:11,15,
24 18:22
19:13
20:2,10
21:17 30:8
31:4 32:1,
13,18 33:9
34:9 35:15
38:24
39:18
42:22,25
43:6 47:6,
10,15,20
48:2,13
50:9 54:20
60:2,9
65:18
67:22 70:2
77:10
80:2,6,11,
15,20
81:6,10,
17,22
83:6,22

**plaintiffs'**
81:1

**plaintiff's**
10:18 14:2
20:24
21:24
27:4,6,10

94:18

**plan** 88:2

**plausible**
56:22

**plead** 48:2
60:1,10
61:11

**pleading**
21:1 59:15

**pleadings**
41:11
42:24
61:24
80:11

**pled** 60:4
61:11
81:20

**plenary**
36:25

**point** 18:2
27:4 29:2,
4 37:22
38:13
40:25 41:4
42:24 46:4
63:18
69:18
84:18

**pointe** 32:6
69:11

**pointed**
20:13
48:24
80:20

**points** 35:15
59:13

**policy** 49:24

**politically**
67:6

**poll** 36:20
65:20

**position**
11:13,15
12:4 24:6
25:22
31:25
33:4,11,18
39:15
40:6,13
52:11
79:24
84:18

**possibility**
54:20
74:13

**possibly**
87:13

**postpone**
93:22

**postponed**
93:25

**posture**
46:22 51:4
70:6

**potential**
75:6

**power** 36:25
37:1

**practical**
82:13

**precedent**
18:2 26:10
48:2 52:11

**precedential**
18:2 27:4

**precinct**
77:24 79:2
85:9

**precincts**
80:8,10
81:20,24
84:20,22
85:13

**precise** 18:2

**present** 19:6
55:18
93:18,20

**presented**
51:11

**preserve**
31:9

**presidential**
66:17

**pressure**
94:2

**presumed**
19:1 46:22
60:13
74:22

**pretend** 9:11

**prevail**

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000147

Page 1316

18:13

**prevailed**
52:2

**prevent**
75:13

**previously**
41:20

**price**   66:22

**primary**
16:6,9
31:1

**privilege**
7:18

**probate**
16:20
19:10

**problem**
30:11
32:11
50:1,15
52:22
56:17,18
85:11

**problems**
31:6
33:17,18
49:11
52:20
66:22
72:18
88:6,8
91:2

**procedural**
49:24 51:4

70:6

**procedure**
32:13
68:17

**procedures**
32:4 42:15

**proceeded**
51:15

**proceeding**
47:11

**proceedings**
6:13

**process**
61:13
63:15,18
64:9,15
65:11 66:6
67:18 70:4
72:10 74:4
75:1,13

**production**
72:11
76:24

**proffer**
26:18
81:11 82:4

**profoundly**
54:4

**program**
90:22

**programmed**
13:24 91:8

**programming**
47:22

78:13
79:17
86:9,18
87:2,18
88:4,9
91:2,4,6

**programs**
36:20

**prohibits**
14:8 67:9
74:22

**projecting**
54:25

**prone**   66:18

**proof**   50:6
53:9,11
54:6,8,10
85:17

**proper**   9:24
11:17
17:13,15
20:9
21:11,18,
20,22
22:22
23:9,10
24:1 26:25
28:22 29:4
30:1,2
32:2 36:1,
6 37:4
38:15
39:17 40:1
48:9,11

**properly**

45:20 47:2
57:20
58:1,2,6,
25 75:25

**propose**   77:4

**proposed**
62:17,18
77:20

**proposing**
83:6

**proposition**
39:6

**propositions**
19:22

**pros**   65:6
67:2

**prospective**
70:6

**prospectively**
70:2

**protection**
63:15,18
64:9 66:4
67:18 68:6
69:1,10,13
70:4,22
74:11 76:2

**protocol**
78:1 79:10

**prove**   37:4,6
53:10,11,
15 54:11,
18,22 55:6
56:1,8

www.huseby.com         Huseby, Inc.  Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000148

Page 1317

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/09/2019 Index: proven..reasonable

84:11

**proven**
54:13,22
55:4

**provide**   34:4
64:11

**provided**
26:18 34:9
83:13

**providing**
38:17

**provision**
59:18
64:22

**provisions**
40:17

**public**   16:9
19:13,17,
25 27:13
41:25
46:13 59:2
72:24
73:11
86:20
88:17,24
89:2,4,6
93:17,18

**pull**   90:15,
17

**purposefully**
19:2

**purposes**
19:8

**Pursuant**

15:2

**put**   28:22
46:25
59:15 67:4
94:10

———————
**Q**
———————

**quantifiable**
50:2,18
51:1 52:22

**quarrel**
50:18

**question**
16:11
19:18,20
29:1 30:4
36:6
61:17,18
64:6,15,18
73:18
80:20

**questions**
30:2 32:24
36:9 46:17
79:22

**quick**   59:13

**quickly**
59:13
79:10 87:6
94:18

**quote**   24:22
25:11
50:10
51:11
52:13 53:4

69:4

**quoting**
64:20

———————
**R**
———————

**race**   13:17,
22 18:6
26:4 27:18
41:20
43:9,15,
17,18,24
44:6,9,15,
20,24
45:6,11
46:10 56:2
57:2 58:15
59:24
86:22

**races**   13:22
14:4
43:11,15
46:15

**rain**   72:20
73:6

**raise**   10:13
23:18 84:6

**raised**   10:11
27:25
39:4,6,18
44:22 74:6
84:6

**raising**
12:10

**ramifications**
90:9

**random**   80:18

**rate**   57:1

**rational**
64:18,20
65:2,9,15
66:9,10

**reaching**
85:2

**read**   26:17,
18 35:20
51:6 63:4

**reading**
23:22

**ready**   83:2

**real**   70:13

**reality**
74:13

**realize**
15:8,13,
15,18

**reason**   15:6
18:15
22:18
36:15 59:9
65:2 68:22
84:11

**reasonable**
14:2 54:20
64:22
65:1,6
67:2,6
77:15
79:20

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019 Index: reasons..required

**reasons**
29:13  50:9
57:10

**recall**  18:22
27:10,13,
18  28:18

**recap**  92:20

**received**
45:11

**recent**  73:15

**recently**
72:9

**record**  6:13
7:8,11,17
8:6,11
23:15
34:22  35:4
46:13
50:11
70:22  72:6
75:17
87:15
88:17,24
89:2,4,6
93:17,18

**records**
41:25  59:2

**recount**
68:17
74:13

**reference**
81:15

**referenced**
30:10  47:9

82:6

**references**
33:15

**referencing**
86:4

**referendum**
19:22  58:4

**referred**
27:11
86:20

**referring**
19:9  64:15

**reflected**
49:18

**reflective**
26:2

**regard**
12:13,17

**registration**
16:22
17:8,9
19:10
65:20

**Registrations**
8:25  16:24
19:11
29:22  34:4
38:15
39:1,4,11,
15

**regulation**
68:9

**regulatory**
64:25

**rejected**
31:2  47:2

**relate**  33:2

**related**  31:2

**relating**
79:15

**relation**
32:18

**relevant**
9:18  20:20
25:20
26:18
32:15
37:22

**relied**  71:10

**relief**  10:25
26:11  30:9
33:6  34:4
37:2  38:17
53:15
57:11
63:22  70:6

**relies**  57:22

**relieve**
52:17

**relook**  76:11

**rely**  17:15
60:9  70:8

**relying**
47:13

**remedied**
63:25

**remedy**  40:4

42:13
66:20

**remember**
42:11
47:13

**repeatedly**
14:6  57:22
80:20

**report**  25:20
71:4,6

**report's**
9:18

**reported**
24:20
25:15

**reports**  66:1

**repository**
36:18

**represent**
8:24  18:18

**representative**
42:13

**representative
s**  65:6  67:2

**request**  6:6
80:6  83:20
84:22,25

**requesting**
85:2

**require**
22:20  39:1

**required**
30:9  36:15

www.huseby.com                    **Huseby, Inc.  Regional Centers**                    **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
000150

Page 1319

42:22
43:18
49:22 50:2
59:15,20
69:1 77:6

**requirement**
37:2

**requirements**
21:1 49:22

**requires**
34:8 38:22

**reserved**
42:13

**residual**
46:8

**resolved**
74:2

**resources**
88:2

**respect**
21:24
37:13
39:17
84:18

**respond**
36:24 49:4

**responded**
79:22

**response**
14:13 34:9
38:24
47:11 68:6
76:2

**responses**
27:1

**responsible**
70:18

**rest** 63:17

**restrictions**
64:22

**result**
42:18,25
43:8,13
46:22
47:4,6
48:15
60:11,22
61:2 80:22
81:2,6

**resulted**
53:13
58:22 84:8

**resulting**
53:6

**results**
13:15 14:2
36:20,22
46:1,15
55:15
60:15
73:15
92:1,4
94:22

**retired**
62:11

**return** 53:18

**returned**

60:13

**reversed**
52:13

**reversing**
53:6

**review** 51:9
64:17
65:10
84:22

**reviewed**
70:15

**revisited**
73:25

**rightly** 27:2

**rights** 64:24
72:1,11
73:9

**rise** 64:4

**risk-** 75:11

**risks** 66:13,
25 67:17

**Robbins** 25:4

**Robyn** 8:8

**routine**
29:11

**rule** 6:6,
13,20
18:25 19:6
23:2 42:4
45:22
76:10 77:2

**ruled** 40:1
76:11

**rules** 7:6,8,
20 41:4
61:22
63:20 94:2

**ruling** 53:6,
25 83:22

**run** 33:4
79:6 91:17

**runoff** 16:6
17:20
78:18

**Russia** 73:4

**Russo** 6:18
8:18 11:6
13:13
15:22 16:1
20:15,18,
22,24
21:2,6,9,
13 23:15
24:2 27:2
28:25
29:2,10,13
30:9 38:2,
6 41:8,11,
13 59:11
62:13,15
63:6 76:18
80:1 82:4
88:15,18,
22 89:22
90:6,10,
11,17
91:10,18,
22 92:2,6,
10,11,17

94:15,24

---

**S**

---

**sacrificed**
74:18

**sample**  80:18

**scanning**
39:11

**scenario**
30:6  31:15
46:24  59:6

**scheduled**
93:20

**School**  89:13
93:9

**Sciences**
71:4,8,11
73:6  75:8

**scientist**
70:22

**scientists**
71:4,6
79:18

**Scoggins**
51:25

**scope**  81:18

**screen**  56:4

**scrutiny**
64:18

**seal**  82:15

**seals**  82:15

**Secretary**
8:18,20
11:6,13,15
13:4,13
15:4,6,20
16:11,13
17:4,6,10,
13,22,25
19:20  20:8
21:11,17,
20,22
22:13,15,
22  23:1,
22,25
24:4,22
25:6,11,
13,15
26:4,8,24
27:6,11,15
28:1,15,20
29:6,25
35:17
36:11,17,
20,22
40:18  42:9
43:15,24
46:1  63:6
69:17
72:22
73:10
80:2,4
81:10
82:4,20
86:17

**section**  6:20
19:2  28:9,
17,18,20
61:25

**sections**
14:11

**secure**  71:10

**security**
7:4,24
70:18
71:15  75:9
83:2,4

**seek**  16:6
34:4  63:22
77:4

**seeking**
12:15,18
37:2  38:18
70:6  79:15
84:1  85:18

**seeks**  84:22

**Select**  70:20

**Senate**  70:20

**send**  62:10
76:11

**sense**  11:4
12:20
89:18  90:4
93:22

**sensitive**
81:4  82:15

**separate**
36:9  37:9
42:2,4
72:18

**separately**
21:2  62:18

**sections**
14:11

**September**
71:4,11

**serial**  77:22
79:2  82:25

**served**
39:20,22

**servers**
85:22
93:13,15

**service**
39:20

**set**  15:13
52:17
79:6,10
91:24

**sets**  68:6

**setting**
26:10
42:11

**severely**
65:22

**sheet**  38:11

**Sheffield**
17:17
18:4,20
23:15,17
51:20

**Shelley**
66:11

**She's**  46:10

**short**  27:13
44:1,17
45:13,15

www.huseby.com    Husebv, Inc.  Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000152

Page 1321

46:2 59:8

**shot** 35:15

**show** 18:11
40:6 42:25
45:18 50:2
51:22
58:15
59:20 60:1
80:20
83:24 89:4
92:1 94:20

**showing**
48:25 53:4

**shown** 25:15
55:15

**shows** 57:2

**side** 33:10

**sign** 7:22
77:4

**signaling**
50:13

**signed** 7:2,
4,25 27:15

**significantly**
47:25

**similar**
10:10
27:17,20
52:9

**similarly**
50:6 53:4
67:25

**Simple** 91:9

**simplistic**
11:25

**simply**
12:13,17
41:22 43:4
45:9 46:11
55:20
56:24
64:10
68:18

**single** 22:25
57:6 70:18
71:2 85:13
86:22,25
87:2,24,25

**sir** 8:11,17
61:17
64:13

**Sistrunk**
19:4

**sit** 79:9

**sitting**
50:20
77:25

**situated**
67:25

**situation**
31:13
52:20 58:4

**sleep** 92:18

**slews** 71:2

**slight** 41:4

**sofa** 73:2

**sole** 52:11

**sort** 35:15
40:4 42:22
70:6 72:15
73:13 87:6

**source** 71:2
88:22

**sovereign**
21:20,22
23:18
26:8,24
63:18

**space** 77:15

**speak** 33:18,
20

**speaking**
18:20

**speaks** 76:2

**specific**
16:2 31:22
56:11
59:15,18
75:4 76:2
82:25 84:6
86:6

**specifically**
16:18 69:2
74:10 75:2
77:8 93:8

**specificity**
48:6 60:10

**specifics**
31:20

**speculating**
14:8

**speculation**
48:4 60:9

**split** 13:10

**spot** 12:2

**stand** 27:4

**standard**
64:17
65:11

**standing**
14:22

**start** 32:2
53:20

**starters**
80:6

**state** 8:18,
20 11:6,13
13:18
15:4,6,20
16:13,15
17:4,6,8,
10,13,22
18:1 19:20
20:8
21:11,17,
22 22:13,
15,22
23:1,22,25
24:4,22
25:6,11,
13,17
26:4,6,8,
25 27:8,
11,15,17

28:1,15,22
29:6 30:1
31:6 34:6,
8 35:17
36:11,13,
17 38:22
46:1 47:2,
17 48:2,17
52:4,8,15
55:15
57:11 63:6
64:8,22
66:4 67:18
68:9,22,25
70:18
72:20,22
73:11
80:2,4
81:6,11
82:4,24
86:17
87:15 92:4

**state's**
13:4,13
40:18
42:10
53:20
64:24 66:4
69:17
82:20

**state-based**
69:8

**state-imposed**
76:6

**stated**  14:6
20:13 27:6
41:20

47:15
58:20
80:15

**statement**
49:2

**statements**
75:15

**states**  27:11
28:10
71:18

**statewide**
13:22
17:9,11
18:4
22:13,20,
25 23:2,15
24:1 26:4
27:6,18
28:1 30:11
33:22
43:10
49:20
55:20
56:13
85:10
94:22

**State's**
11:15
43:15,25

**statistically**
80:17

**status**
37:15,20

**statute**  9:17
19:2 21:25

23:24 26:6
32:11,17
33:4

**statutes**
37:1

**statutory**
19:1,6

**stay**  10:15
12:8,22
13:2 36:6
49:9

**step**  11:20,
24 14:20
21:4,6,10
59:1

**steps**  40:13

**Stiles**  50:4
51:2 57:22

**stipulate**
94:18

**stood**  25:17

**stop**  40:25

**strict**  64:17

**strictly**
20:4

**strikes**  57:4

**struck**  57:4,
9

**stuck**  9:8

**stuff**  37:17,
18 61:18
63:4

**stumbling**
91:17

**styling**
25:13

**subject**
20:25 47:2
91:20

**subjectively**
49:22

**submit**  48:15
62:13,15
92:13

**submitted**
16:11
19:18

**subsection**
16:2,20
19:15

**subsident**
74:4

**substantial**
36:15
60:22

**substantially**
70:1 72:10

**substantiate**
59:20

**sued**  24:22,
25 25:11
30:8 31:6
32:10 37:4

**sufficient**
47:4,6
48:13

60:11 61:8
64:8,25

**suggest**
54:15
73:15

**suggested**
92:20

**suggesting**
54:22

**suggestion**
85:15

**suit** 37:2

**summary**
73:25

**superintendent**
16:8,13,18
17:10,13
18:22 19:8
20:6 22:1,
2,13,15,18
26:2,4
27:6 28:2,
11 30:6,25
57:24

**superintendent
s** 16:8,15
18:6 20:10
28:15

**supervised**
89:18

**supervisor**
24:24
25:13

**support**

33:11
52:11

**suppose**
80:13

**supposed**
62:11
91:13

**supposedly**
9:18 89:18

**Supreme** 14:6
23:20
32:6,11
45:18
48:2,4,9
49:25
50:4,13
51:13,17,
25 52:13
53:4 56:13
58:8 64:11
65:1,24
66:2 67:13

**sustained**
57:13

**system** 38:20
39:8 48:25
49:11,18
53:20,22
54:4 55:22
56:11 61:4
65:20
66:15
70:11,13,
15,20
71:9,17,
18,20,24

72:2,20,22
73:1,4
74:9,20
84:6 86:18
87:4 89:20

**systemic**
55:20 61:4
85:10 88:4

**systems**
39:13
55:10 65:6
66:20 67:8
69:6
74:11,18
78:15 79:6

---

**T**

---

**table** 7:11
8:13

**tabulates**
36:20
86:18

**Taggart**
52:6,18
53:4,9
56:13

**tailored**
85:2

**taking** 42:1,
2 58:13
94:20

**talk** 43:4
75:2

**talked** 74:6

**talking**
40:11,25
42:8 74:10
75:22

**talks** 74:20,
24 75:18

**targeted**
88:4

**technology**
90:2

**tediously**
59:4

**telephone**
51:18

**Temple** 89:15

**term** 22:18

**terms** 40:4
41:25
43:20 44:4
45:4,11,24
47:13 48:6
49:22
53:18
55:18
58:17
63:18
82:11 85:2

**test** 43:2
64:20
65:2,9
66:9

**testified**
80:13
81:11

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000155

Page 1324

**testimony**
   55:18 82:6

**That'll**
   12:24

**that's** 9:11,
   13,18,20
   10:6,22
   18:17 19:4
   23:11
   26:22
   28:15
   29:13
   32:11 33:6
   34:6 37:9
   39:2,8
   40:4,8,11,
   17,20
   42:18,22
   43:13,25
   44:25
   45:17,22
   49:1 75:2
   77:1 89:8
   90:18
   91:22

**there's**
   20:1,6
   22:18
   27:13
   32:4,18
   37:2 44:6
   78:4 88:9
   89:24
   90:13
   93:15

**they're**
   10:10

31:18
38:18 40:2
47:11
75:20 90:1
91:11

**they've** 31:6
   75:20

**thing** 25:15
   42:8 44:2
   46:20
   47:13
   70:24
   90:18

**things** 7:18
   36:22 43:6
   54:18,24
   61:15
   74:24 77:6
   86:20 94:8

**third-party**
   14:4 27:17

**Thomas** 58:8

**thought** 21:9

**thousands**
   33:15,18

**threat** 71:24

**threshold**
   14:15 48:1

**thumb** 45:22

**thwart** 66:20

**till** 88:11

**time** 11:20,
   24 12:2

23:22
32:18
33:11
39:20
67:13
77:15
84:24
88:1,2
92:6,18

**times** 10:13
   27:11

**Title** 15:2
   18:24

**today** 7:15
   9:15,18
   11:22
   26:18 37:6
   40:13 82:2

**told** 70:18
   85:25

**Tolson** 19:4

**total** 43:8,
   17,24,25
   48:25
   58:13

**totally**
   56:18 58:4
   71:18

**totals** 56:20

**Totenberg**
   11:8 53:22
   54:15
   81:13

**Totenberg's**

55:9

**touches**
   21:18

**touchscreen**
   66:20 67:8
   69:6
   74:10,18,
   20

**tower** 79:8

**traditional**
   66:15
   74:18

**trail** 82:15

**transcript**
   82:4

**transient**
   72:6

**transposing**
   22:10

**treated**
   67:24
   68:15

**trial** 40:6
   50:10,13
   51:6,11,
   13,15,17,
   24 52:2,6,
   10 53:6
   54:15
   69:2,4
   93:20

**troublesome**
   78:25

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000156

Page 1325

true  49:13
  55:9,10

trusted   71:1

truth   45:9

type   40:10
  52:20
  59:15,20,
  22  74:15
  75:11

types   66:22
  75:17

Tyson   8:22
  29:20,22
  46:18,20
  69:17,22
  82:9 83:9,
  13 88:13

―――――――――

**U**

―――――――――

ultimately
  83:22

unanimous
  71:6

under-vote
  55:20
  56:18 57:9

under-votes
  66:18

underlying
  63:20
  78:20

understand
  9:13,17,22
  15:24 21:9

26:20 28:9
40:2 61:20
79:18 87:6
91:13

understanding
  67:17
  86:11

understands
  46:11

understood
  90:11

undertaken
  42:13
  73:13

undervote
  49:11,18

unexplainable
  55:17

unexplained
  49:18
  56:18

unfettered
  80:2 81:4

unfortunate
  74:13

unnecessary
  81:8

unrefuted
  39:18

unrelated
  80:10

unreliability
  56:10

unreliable
  55:11
  70:25 72:1

unverified
  47:24

uphill   62:2

urge   52:9

utilizing
  69:6

―――――――――

**V**

―――――――――

valid   31:13
  46:22 60:6
  80:17,22

variegation
  20:4

variety
  31:11

verifying
  74:13

versus   8:8
  44:10
  45:11

victory
  13:18
  18:13 44:1
  45:20
  53:15
  58:15,18
  59:8

views   76:4

Vince   80:1

Vincent   8:18

11:6

violate
  72:10

violated
  69:10

violating
  71:25

violation
  42:15 70:4
  73:6,8

violations
  42:17

virtually
  21:18 66:8

virus   73:2

vote   18:11
  19:22
  34:13
  39:1,2
  44:4,6
  56:20
  63:15,22
  65:13,22
  66:6 68:2,
  4,11,20,24
  69:6 72:2,
  6 74:13

voted   44:6
  45:4 67:24
  68:1

voter   17:8,9
  34:11
  65:20
  66:20

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000157

Page 1326

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/09/2019 Index: voter-verified..wrap

68:20 72:4

**voter-verified**
74:18

**voters** 19:22
34:13
64:24
68:11,15
69:2,8
72:1,11
74:11 76:4

**votes** 13:20
14:4 16:10
17:20
19:17 31:2
41:22
43:9,13,
15,17,22,
24,25
44:1,24
45:1,2,10,
11,13,15,
18 46:2,8
47:1,4,17
50:2 53:6,
13 55:22
57:20
58:1,6,13,
18,20,24,
25 59:6,18
71:1 72:2,
4 80:20,
22,25 81:2
83:25 84:1
86:22
87:18

**voting**
13:24,25

38:20
39:6,13
44:10 45:4
50:1 53:6,
13 55:17,
22 60:4
66:20 68:1
69:6 74:11
80:4,8
81:6 82:13
85:11

**vulnerabilitie
s** 75:6,9,10

**vulnerability**
66:22

**vulnerable**
54:4 73:8

——————————

**W**
——————————

**waiting**
60:13

**waived** 10:25
21:22
75:25

**walked** 59:4

**wanted** 38:10

**watch** 89:18,
25

**ways** 49:20

**Weber** 66:11,
15 74:8

**WEDNESDAY**
6:2

**weeks** 62:22

**weigh** 65:6
67:2

**weighing**
75:13

**weighty** 61:2

**Wexler** 64:20
70:8,9

**we'll** 7:15
11:20 13:8
36:13 92:2

**we're** 9:11,
15,20
12:17
13:13 33:2
37:2 46:20
92:20

**we've** 45:22
77:22 79:2
90:13

**what's** 42:22
78:8

**whip** 35:15

**who's** 8:11

**wide** 84:6
87:4

**widespread**
50:11,15
93:1

**Willard** 25:2

**win** 54:25
87:13

**winner** 45:20

**wiped** 45:20

**witnesses**
7:15

**won** 41:20

**wonderful**
49:2

**won't** 7:2

**word** 19:6
35:11 65:1

**words** 45:15
58:15 68:2
88:8

**work** 62:22
79:6 82:25
89:8 91:15

**working** 57:8

**works** 9:11
48:2

**worry** 62:1
63:11

**worse** 73:10

**worst** 32:24

**worst-case**
59:6

**Worth** 31:11
89:13

**wouldn't**
15:13

**wrap** 19:18
20:6

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000158

Page 1327

**write-in**
  44:22

**wrong**  17:20,
  22 57:2,4
  87:11,18
  91:8

---

**Y**

---

**y'all**  22:4

**year**  25:4
  62:11
  81:17

**years**  24:2
  72:15

**yesterday**
  24:6 42:20

**you'll**  75:10

**you're**  26:20
  30:22 32:6
  34:13
  41:24
  45:15
  88:10

**you've**  29:8
  40:20
  45:18
  93:13

E

X

H

I

B

I

T


3

000160

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/17/2019**

```
 1              IN THE SUPERIOR COURT OF FULTON COUNTY

 2                        STATE OF GEORGIA

 3

 4   COALITION FOR GOOD      .  CIVIL ACTION
       GOVERNANCE, RHONDA J.    .  FILE NO.:  2018-CV-313418
 5

 6   MARTIN, SMYTH DUVAL, and   .
       JEANNE DUFORT,           .  Taken at:
 7

 8       Plaintiffs,           .  Superior Court of Cobb County

 9   vs.                       .  70 Haynes Street

10   ROBYN A. CRITTENDEN,      .  Courtroom 2000

11   Secretary of State of     .  Marietta, Georgia 30090
       Georgia, et. al.        .
12

13       Defendants.           .
        . . . . . . . . . . . ..

14

15                   TRANSCRIPT OF HEARING PROCEEDINGS

16

17                      THURSDAY, JANUARY 17, 2019

18                       9:02 a.m. to 4:53 p.m.

19

20           STATE OF GEORGIA SENIOR JUDGE ADELE P. GRUBBS
       REPORTED BY:

21

22   PRISCILLA GARCIA, COURT REPORTER
       NOTARY PUBLIC, STATE OF GEORGIA

23

24   TRANSCRIBED BY:

25   CHRISTIAN NAADEN
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000161

Page 1330

```
 1

 2

 3

 4   APPEARANCES:
          Plaintiff's Counsel:    BRUCE P. BROWN, ESQUIRE
 5

 6                                 BRUCE P. BROWN LAW
                                   FLOATAWAY BUSINESS COMPLEX
 7

 8                                 1123 ZONOLITE ROAD N.E.

 9                                 SUITE 6

10                                 ATLANTA, GEORGIA 30306

11                                 404-881-0700
                                   bbrown@brucepbrownlaw.com
12

13
          Plaintiff's Counsel:    MARILYN MARKS, ESQUIRE
14

15                                 COALITION FOR GOOD GOVERNANCE
                                   7035 MARCHING DUCK DRIVE
16

17                                 SUITE E-504

18                                 CHARLOTTE, NORTH CAROLINA 28210
                                   704-552-1618
19

20                                 marilyn@uscgg.org

21

22       Defendant's Counsel:    JOHN BELINFANTE, ESQUIRE
                                   ROBBINS, ROSS, ALLOT, BELINFANTE
23

24                                 & LITTLEFIELD, LLC

25                                 500 14TH STREET N.W.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                    000162

Page 1331

```
 1                          ATLANTA, GEORGIA 30318

 2                          404-856-3262
                            jbelinfante@robbinsfirm.com
 3

 4  CONTINUATION OF APPEARANCES:

 5

 6      Defendant's Counsel:    VINCENT R. RUSSO, ESQUIRE
                                ROBBINS, ROSS, ALLOT, BELINFANTE
 7

 8                              & LITTLEFIELD, LLC

 9                              999 PEACHTREE STREET N.E.

10                              SUITE 1120

11                              ATLANTA, GEORGIA 30309
                                404-856-3260
12

13                              vrusso@robbinsfirm.com

14

15      Defendant's Associate Counsel:
                                ALEXANDER F. DENTON, ESQUIRE
16

17                              ROBBINS, ROSS, ALLOT, BELINFANTE

18                              & LITTLEFIELD, LLC
                                500 14TH STREET N.W.
19

20                              ATLANTA, GEORGIA 30318
                                404-856-3276
21

22                              adenton@robbinsfirm.com

23

24

25
```

000163

```
 1

 2

 3

 4    CONTINUATION OF APPEARANCES:

 5

 6        Defendant's Counsel:      EDWARD H. LINDSEY, JR., ESQUIRE
                                      DENTONS US, LLP
 7

 8                                  303 PEACHTREE STREET N.E.

 9                                  SUITE 5300

10                                  ATLANTA, GEORGIA 30308

11                                  404-527-4580
                                     edward.lindsey@dentons.com
12

13        Defendant's Counsel:      SAMUEL S. OLENS, ESQUIRE

14

15                                  DENTONS US, LLP
                                      303 PEACHTREE STREET N.E.
16

17                                  SUITE 5300

18                                  ATLANTA, GEORGIA 30308
                                      404-527-4108
19

20                                  sam.olens@dentons.com

21

22        Defendant's Counsel:      KAYE WOODARD BURWELL, ESQUIRE
                                      OFFICE OF THE COUNTY ATTORNEY
23

24                                  141 PRYOR STREET S.W.

25                                  SUITE 4038
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000164

Page 1333

```
 1                              ATLANTA, GEORGIA 30303

 2                              404-612-0251
                                kaye.burwell@fultoncountyga.gov
 3

 4   CONTINUATION OF APPEARANCES:

 5

 6      Defendant's Counsel:    BRYAN P. TYSON, ESQUIRE
                                STRICKLAND, BROCKINGTON &
 7

 8                              LEWIS, LLP

 9                              1170 PEACHTREE STREET N.E.

10                              ATLANTA, GEORGIA 30309

11                              404-219-3160
                                bryan.tyson@sbllaw.com
12

13
        Defendant's Co-Counsel:  RICHARD A. CAROTHERS, ESQUIRE
14

15                              CAROTHERS & MITCHELL, LLC
                                1809 BUFORD HIGHWAY
16

17                              BUFORD, GEORGIA 30518

18                              770-932-3552
                                richard.carothers@carsmith.com
19

20

21

22

23

24

25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000165

Page 1334

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/17/2019**                    Page 6

```
 1

 2

 3

 4                              I N D E X
        WITNESS           DIRECT      CROSS         REDIRECT      RECROSS
 5

 6              WITNESSES CALLED ON BEHALF OF THE PLAINTIFF
        Marilyn Marks        31      38,51,54        43,56            50
 7

 8   Sara LeClerc          60,72     74,77,78

 9   Jeanne Dufort          80

10   Christopher Brill      84     89,91,127,128     93,120       113,114

11   Matthew Bernhard     137      150,188,198      156,187,204
        Michael Barnes     210,243   254,276           279         286,287
12

13                WITNESSES CALLED ON BEHALF OF THE DEFENDANT

14

15   None
                   EXHIBITS MARKED ON BEHALF OF THE PLAINTIFF
16

17                                       PAGE          PAGE

18   NO.     DESCRIPTION                  OFFERED      RECEIVED
        P-1   -   Secretary of State Email      41     Not Admitted
19

20   P-2   -   LBJ Notes Excel Spreadsheet      64         66
        P-3   -   Brill's Affidavit              98         98
21

22   P-7   - National Academies of Science
                Engineering and Medicine's report,
23

24          Secured Boot, from 2018           168        168

25   P-8   - Center for Election Systems at
```

www.huseby.com        **Huseby, Inc.  Regional Centers**        **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000166

Page 1335

```
 1              Kennesaw State Email

 2              Communication 2017              243              243

 3

 4         EXHIBITS MARKED ON BEHALF OF THE DEFENDANT
                                           PAGE          PAGE
 5

 6   NO.     DESCRIPTION                  OFFERED      RECEIVED
     1   -   Duncan-Tweet Regarding Fundraising   52        54
 7
     2   -   Ballot Design                  236              236
 8
     3   -   Base Precinct with Reports     264              265
 9
     4   -   Base Precinct with Reports     264              265
10
     5   -   Active Voter TS Status         266              266
11
     6   -   Active Voter TS Status         266              266
12
     7   -   Certified Returns Fulton County   273           273
13
     8   -   Certified Returns Gwinnett County 273           273
14
     9   -   Certified Returns Dekalb County   273           273
15
    10   -   Official Election Returns 2010 273              274
16
    11   -   Official Election Returns 2014 273              274
17
    12   -   Official Election Returns 2018 273              274
18
    13   -   Turnout Percentage Document    273              274
19

20

21

22

23

24

25
```

www.huseby.com              Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000167

Page 1336

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019                    Page 8

```
 1              COBB COUNTY, GEORGIA

 2              THURSDAY, January 17, 2018 - 9:02 a.m.

 3

 4                      * * * * * * *

 5

 6

        THE COURT:  Good morning, ladies and gentlemen.
 7
        MALE:  Good morning, Your Honor.
 8
        THE COURT:  Take your seats, if you will.
 9
        THE COURT:  First of all, if you are here for the
10
   uncontested divorce calendar, that includes name changes
11
   and all those kind of things, you are in the wrong place.
12
   That is in Juvenile Court Number One.  You have to go back
13
   across the bridge if you're in here by mistake.
14
        Okay.  And we have some recordings.  Rule 22.  Is
15
   everybody in here on -- you're here on the -- supposed to
16
   be some others.  Ms. McDonald.
17
        MS. MCDONALD:  Yes, ma'am.
18
        THE COURT:  You're here.  Mr. Wilke?
19
        MR. WILKE:  Yes, ma'am.
20
        THE COURT:  Yeah, he's here.  And who's the other
21
   one?
22
        THE COURT:  Kauffman.  Mr. Kauffman.
23
        MR. KAUFFMAN:  That's me.
24
        THE COURT:  How'd you get up there?
25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000168

Page 1337

```
1        MR. KAUFFMAN:  I asked Mr. Davis earlier if it was

2   okay if I sit here because recording.
         THE COURT:  And you did what, Mr. Davis?
3

4        MR. DAVIS:  [Inaudible].
         THE COURT:  Why did he get preference than everybody
5

6   else?
         MR. DAVIS:  No one else asked.
7

8        THE COURT:  Nobody else asked.  Okay. Good statement.

9   Anybody else want to come in and [inaudible] -- okay.

10  We'll do that.

11       This is mainly on the case of Rhonda Martin, Smyth
     Duval, and Jeanne Dufort versus Geoff Duncan, Fulton
12

13  County Board of Registration and Elections, Gwinnett
     County Board of Registration and Elections.  Mr. Brown,
14

15  where are your clients?
         MR. BROWN:  Jeanne Dufort is here.
16

17       THE COURT:  She's what?

18       MR. BROWN:  Your question was what, Your Honor?
         THE COURT:  Where are your clients?
19

20       MR. BROWN:  My client, this is Jeanne Dufort.
         THE COURT:  Okay.
21

22       MR. BROWN:  She is the plaintiff in the case.
         THE COURT:  Okay.  And are the other two here too?
23

24       MR. BROWN:  Smyth Duvall.

25       THE COURT:  Mr. Duvall is here?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000169

Page 1338

```
 1        MR. BROWN:  He is here.  Yes, Your Honor.

 2        THE COURT:  Okay.  Just trying to identify.  Do you
      need seats to bring them to the table?
 3

 4        MR. BROWN:  We're sort of crowded so this is fine.
           THE COURT:  You all need to be at this table?
 5

 6        MR. BROWN:  No.  He doesn't -- you're fine.  I mean,
      we're okay.
 7

 8        THE COURT:  You are?

 9        MR. BROWN:  Yeah.

10        THE COURT:  And then on this side.  Everybody's

11    together.
           MR. BROWN:  I would like to make a request that
12

13    Marilyn Marks, who is the executive director of the former
       plaintiff, Coalition, and it's been -- helping me in this
14

15    case, it would be an -- it would be a great assistance to
      me, just professionally, if she could also ask specific --
16

17        THE COURT:  She can't sit at the table.

18        MR. BROWN:  Thank you, Your Honor.
           THE COURT:  She can't sit at the table.
19

20        MALE:  My only concern is that we do intend to invoke
      the Rule.  She going be a witness?
21

22        MR. BROWN:  She may and we will decide whether she
      goes first or not.  So she can stay out here.
23

24        MR. LINDSEY:  If she stays -- if she's the first

25    witness then I would object to her staying.
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000170

Page 1339

1       THE COURT:  I'm sorry?

2       MR. LINDSEY:  If she's the first witness knows the
    Rule, which I guess I have no objections --
3

4       THE COURT:  Okay.
        MR. LINDSEY:  -- to her staying.
5

6       THE COURT:  Okay.  We'll follow that.  Everybody else
    agree?  I see Fulton and Gwinnett?
7

8       MS. BURWELL:  Yes, Your Honor.

9       THE COURT:  Okay.

10      MR. LINDSEY:  [Inaudible] she could come in.

11      THE COURT:  Okay.  On the Rule 22 request, you cannot
    take anything at each individual table to the lobbies.
12

13  Okay.  I know you were here last time and you did a good
    job, but you can't -- or any conversation between lawyers
14

15  and witnesses.  You have to honor the confidentiality.
        MR. BROWN:  Yes, Your Honor.
16

17      THE COURT:  Okay.  You all are standing up.  I think
18  that Mr. Brown we filed a mandatory trial.
        MR. BROWN:  Yes, Your Honor.
19

20      THE COURT:  And I know I got a response from Fulton
    County.
21

22      MALE:  Yeah.  We also have a response as well that
    simply mimic the county's and we are filing it today.
23

24      THE COURT:  Okay.

25      MALE:  Can I approach the bench?

000171

```
 1        THE COURT:  Mr. Groton does that.  There's no clerk

 2   because this is a Fulton County case.  So he has to do
      that.  Okay.  I guess -- will I hear first from is -- let
 3

 4   me hear from -- Mr. Brown, why do you think juror demand
      is appropriate?
 5

 6        MR. BROWN:  Your Honor, the statute is very clear.
      It says that the case should be tried to the court unless
 7

 8   a jury demand is made.  And that is explicit and without

 9   exception.  And we have made a demand for a jury trial and

10   the facts that will be tried, or triable to a jury both in

11   the election case and in any other case.
          THE COURT:  Okay.
12

13        MR. BROWN:  So that's our request.  Thank you.
          THE COURT:  What order are you going in over at that
14

15   time?
          MALE:  She filed -- Fulton County filed first of all
16

17   --

18        THE COURT:  Are you Ms. Blackwell?
          MS. BURWELL:  Burwell.  Burwell.
19

20        THE COURT:  Burwell.  I'm trying to get names right.
      Okay.
21

22        MS. BURWELL:  Kaye.  Right.  Yes.  Kaye Burwell on
      behalf of Fulton County.
23

24        MALE:  Judge --

25        THE COURT:  I got it.
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000172

Page 1341

```
 1        MALE:  Judge, I'm sorry.  We have one more Rule 22

 2   from the AJC that you haven't had a chance to review.
           THE COURT:  So I have not written [inaudible].
 3

 4   Anybody -- who's here from the AJC?
           FEMALE:  I am.
 5

 6        THE COURT:  Okay.  Anybody have an objection to the
     AJC covering this?  Mr. Brown.
 7

 8        MR. BROWN:  No, Your Honor.

 9        MR. LINDSEY:  In fact, they're more than welcome to

10   sit in the jury.

11        THE COURT:  You're welcome to sit in the jury box.
     Come sit over here if you want to.
12

13        MS. BURWELL:  Think at a better angle.
           THE COURT:  Okay.  Go ahead.
14

15        MS. BURWELL:  Your Honor, it is Fulton County's
     position that the demand for a jury trial by the
16

17   petitioners is insufficient.  We cited the Court to the

18   Henderson case, which clearly provides that there is a
      two-step analysis for determining whether or not a jury
19

20   trial is available to a petitioner and they have satisfied
      the first, which was merely to demand.
21

22        They haven't satisfied the second.  They haven't
      provided this Court with any information or argument to
23

24   support that under other laws at issue in the case, there

25   is a matter upon which they are entitled to have a trial
```

www.huseby.com                 Huseby, Inc. Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000173

Page 1342

```
 1   by jury.  And that's the second part and they haven't

 2   presented this Court with anything that would be
      sufficient for them to satisfy that burden.  And so based
 3

 4   upon the statute itself, which is 21-2-522, as well as the
      Henderson case, because they utterly failed to allege
 5

 6   issues that would be triable to a jury, we believe that a
      jury trial demand is inappropriate.
 7

 8        Further, Your Honor, as we pointed out in our

 9   response, the statute provides that if there are issues

10   that need to be tried, a jury from that particular county

11   needs to be impaneled.  And in this instance, they are --
      they have allegations in their complaint about Worth
12

13   County, Henry County, DeKalb County, and perhaps other
      counties that we don't know about yet.  And so the Court
14

15   would be required if they had alleged something that was
      triable to a jury, would need to impanel juries from each
16

17   of those jurisdictions in order to hear whatever issues

18   would need to be heard.
             And for that reason, Your Honor, obviously the ins of
19

20   the election contest statute, which is the swift and
      expedient determination of a contest, would be forwarded.
21

22   Thank you.
             THE COURT:  Thank you.  Any additional arguments?
23

24        MR. TYSON:  Your Honor, Bryan Tyson on behalf of

25   Gwinnett County, just very briefly.  As the Fulton County
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000174

Page 1343

 1   counsel, Ms. Burwell, has correctly pointed out, the cases

 2   that they have cited control there is no constitutional
     right to a jury trial in an election contest case.
 3

 4       And I think under the circumstances that the demand
     only came after the motion of continuance had been denied
 5

 6   in the case that this is an attempt by the plaintiffs to
     delay this case when this case under the Election Code
 7

 8   needs to be resolved quickly and brought to a conclusion,

 9   especially considering that the Legislature is already in

10   session and the lieutenant governor is presiding this

11   morning, even in the State Senate.  Thank you.
             THE COURT:  Anything from you, Mr. Lindsey?
12

13       MR. LINDSEY:  Your Honor, we simply just joined with
     two other co-defendants with their positions.
14

15       THE COURT:  Mr. Brown.
         MR. BROWN:  Your Honor, quickly, three points.
16

17   Gwinnett raises the timeliness issue.  Again, the statute

18   is clear and the demand needs to be made before the case
     is called.
19

20       Second, counsel for Fulton County says that we
     haven't made allegations about facts that are triable to a
21

22   jury.  We have a very detailed fact-bound complaint and
     each of the factual allegations in there, in any civil
23

24   case, would be triable to a jury and I know of no

25   exception.  For example, were significant programming

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000175

Page 1344

```
 1    errors made?  Can the vote tallies be reconciled?  Are

 2    there signs of malicious manipulation of the vote tallies?
       All of those things are factual issues.  Thank you, Your
 3

 4    Honor.
            THE COURT:  Okay.  I strike the demand for jury.
 5

 6    This is a bench trial.  It does not comport with the
       statute.  Okay.  You want to make an opening statement --
 7

 8    whoa.   Let's not do that.  Okay.

 9        MR. LINDSEY:  I'm sorry.  Sorry.  And just as a

10    reminder, Your Honor, we have invoked the Rule.

11        THE COURT:  The Rule is invoked.  So witnesses, you
       have need to be outside.
12

13        MR. BROWN:  Starting now, Your Honor?
           THE COURT:  Starting right now.
14

15        MR. BROWN:  Yes, Your Honor.
           THE COURT:  Starting right now.
16

17        MS. BURWELL:  Your Honor, on behalf of Fulton County,

18    we have our [inaudible] representative, Mr. Barron.  We'd
       like him to be able to stay to my --
19

20        THE COURT:  He's who?
           MS. BURWELL:  Mr. Barron.  Mr. Richard Barron.  He's
21

22    the election superintendent for --
           THE COURT:  Is he being told to stay?
23

24        MS. BURWELL:  -- Fulton County.

25        MR. BROWN:  Clarification, Your Honor.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000176

Page 1345

```
 1        THE COURT:  Yes, sir.

 2        MR. BROWN:  We have two expert witnesses and
      typically they are not sequestered because they may be
 3

 4    relying upon the client testimony.  And so we would
      request Your Honor's clarification that it does not apply
 5

 6    to expert witnesses.
               MR. LINDSEY:  And we believe that in this case that
 7

 8    it should unless they intend -- we have no objection to

 9    them remaining in the courtroom --

10        THE COURT:  Once they testify.

11        MR. LINDSEY:  -- once they testify in case they need
      to be brought back up on rebuttal based on any fact that
12

13    need to be brought.  But in terms of their initial
      testimony, we would ask the rule be [inaudible].
14

15        THE COURT:  I think Mr. Brown, you -- we do that when
      you have experts and they have experts.  We have dueling
16

17    experts, but you've got two of the same.  So once they've

18    testified, they can stay.
               MR. BROWN:  Thank you, Your Honor.
19

20        THE COURT:  Okay.  And that means you cannot discuss
      each other's testimony.
21

22        MR. LINDSEY:  And for that matter, Your Honor, I just
      wanted to clarify for both sides.  Once the witness has
23

24    testified, as long as there is an assurance by the lawyer

25    that that person will not be brought back up for any
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000177

Page 1346

```
 1   further reason, I -- any purpose, but I don't have any

 2   problem with them remaining in the courtroom once they've
      testified.
 3

 4       THE COURT:  Okay.
         MR. BROWN:  My understanding of the rule, Your Honor,
 5

 6   is that if a witness is in the courtroom, the witness is
      thereafter disqualified from being called.
 7

 8       MR. LINDSEY:  Yeah.  That's all I'm saying.

 9       THE COURT:  That's correct.

10       MR. LINDSEY:  But I'm saying I don't have a problem

11   with them staying after they've testified.
         THE COURT:  Okay.  Opening statement, Mr. Brown.
12

13   Open?  Want to make an opening statement?
         MR. BROWN:  Oh, yes, Your Honor.  Initially, we -- as
14

15   a matter of procedure, we have still pending a motion to
      compel.
16

17       THE COURT:  I've denied that motion to compel.

18       MR. BROWN:  Okay.  In addition -- just for the
      record, Your Honor, we would like to make a motion for
19

20   additional discovery under the Civil Practice Act.
         THE COURT:  Sir, I've denied all that.
21

22       MR. BROWN:  I understand.
         THE COURT:  We've been through it.  I looked.  I have
23

24   17 filings in this case in the last two days; okay?

25   Nobody's going to believe my list of work in this case.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000178

Page 1347

```
 1   Those all have been denied.  They are preserved for the

 2   record.
           MR. BROWN:  Right.
 3

 4      THE COURT:  I've ruled on them.  The record is clear
     that -- I've ruled.  If that's what you're concerned
 5

 6   about, I've ruled; okay?
           MR. BROWN:  Thank you, Your Honor.  Your Honor, the
 7

 8   issue in this case is whether the election was so

 9   defective as to place in doubt the result of the

10   lieutenant governor's contest.  This case is not like any

11   other election case.  In every other election case the
      evidence of defectiveness, of a defective election, is
12

13   hard documentary evidence.  It is misspelled names on an
      absentee ballot.
14

15      It is a person who was ineligible to vote.  It is
      some flaw in the electoral process that can be
16

17   demonstrated with hard evidence in court.  The State of

18   Georgia has chosen a voting system which embeds in it the
      results, the true results of an election never to be
19

20   discovered after the vote is made.
           The distinction between this case and every other
21

22   voting case is that there is no tangible evidence of the
      result of the election.  There is none at all.  Instead,
23

24   all we have are traces, secondary evidence, giving some

25   hint as to whether or not the voting totals are correct or
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000179

Page 1348

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019                    Page 20

```
 1   not.

 2        And what are those and what are those hints here?
     What evidence do we have that this vote is reliable?  We

 3

 4   have none, Your Honor.  What -- instead, what we have, and
     our experts will testify -- Your Honor, is there a issue

 5

 6   that I should address or is there --
          THE COURT:  Mm-hmm?

 7

 8        MR. BROWN:  Are you -- let me --

 9        THE COURT:  A gentleman just came in and I'm not sure

10   if he's trying to record, that's the only thing.

11        MR. BROWN:  Okay.
          THE COURT:  Sir, do you have anything to record?

12

13        MALE:  No, Your Honor.  I was sitting back here and I
     was having trouble hearing so I moved up.

14

15        THE COURT:  No problem.  Go ahead.
          MR. BROWN:  Sorry, Your Honor.

16

17        THE COURT:  Sure.

18        MR. BROWN:  Thank you.  The --
          THE COURT:  I'm just trying to preserve the

19

20   courtroom.  Go ahead.  But I'm hearing you.
          MR. BROWN:  But what the evidence we do have are the

21

22   traces of what happened and all of that evidence shows
     that this election was defective.  The most obvious

23

24   evidence is the vote patterns.  And as Your Honor has read

25   in our briefs already, these voting patterns were aberrant
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000180

Page 1349

```
 1   in the extreme.

 2        And the reason we know they were aberrant, the
     reasons we know they were aberrant is that this has never
 3

 4   -- nothing like this has ever happened before, but to me
     most probative is that the pattern that we see in the
 5

 6   electronic voting, the under-vote for the lieutenant
     governor's contest, is not seen in the paper votes.  We
 7

 8   have 200,000 paper votes, Your Honor.

 9        It's a huge sample of people in all walks of life,

10   all around the state, of every political persuasion, and

11   for some reason they all, or 99 percent of them, voted in
     the lieutenant governor's race.  One or a little bit more
12

13   than one or less than one out of 100 decided not to vote.
     Historically, that is exactly what you would expect.  For
14

15   the last 20 years, the consistent under-vote for the
     lieutenant governor's contest in Georgia is .8 percent,
16

17   less than 1 in 100.

18        In Georgia, the history is if you're going to take
     the trouble to vote, and not everybody does sadly, but if
19

20   you're going to take the trouble to vote, whether in-
     person, early, absentee, or live, is that 1 out of 100
21

22   will not vote for the lieutenant governor.  That is what
     happened in the paper ballots this year.  One out of 100
23

24   decided not to vote for the lieutenant governor's race.

25   Now for some reason we have many, many thousands more on
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000181

Page 1350

1    the electronic ballot, a gap of 4 or 5 percent in the

2    electronic vote.
         There is no legitimate explanation for that.  It

3

4    could not have happened by chance.  The samples are too
      large for that to be simply random chance.  So it's not

5

6    chance.  Could it be because the lieutenant governor's
      race was not very interesting to people?  There's no

7

8    reason to believe that, Your Honor.  And even if you were

9    inclined to believe that prima facie, then why did 99 out

10   of 100 vote on paper?

11       The same goes for every other explanation for this
      anomaly.  Let the defendants make that out.  In a criminal

12

13   case a convicted -- a defendant may be sent to the
      electric chair if the prosecution eliminates every

14

15   plausible alternative to their guilt.  Here what we will
      do, and what the evidence will show, is that every other

16

17   plausible explanation other than machine defect caused

18   this other vote and because it was machine defect it's a
      defective election; so defective that its results are in

19

20   doubt.
         A couple things to clarify our position to make sure

21

22   that Your Honor understands what our claim is.  The
      defendants claim that this is a matter of simple math.

23

24   Our response to that is two-fold.  First is that their

25   simple math is wrong.  It's just bad arithmetic, Your

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000182

Page 1351

```
 1   Honor.  Our second response -- and we'll explain that to

 2   Your Honor in the course of these proceedings.
             The second response to that is that it's not simple
 3

 4   math.  You can't -- Your Honor understands this quite well
      is that it's not simple math if you have multiple unknown
 5

 6   variables.  Because this election was so defective the
      State does not know the true vote got Mr. Duncan, does not
 7

 8   know the true for Ms. Amico.  And third, it doesn't know

 9   why there's a gap in the under-vote.

10        Our position isn't that there were some votes that

11   were lost.  Our position is that the entire contents is
      tainted because the under-vote shows that the machines
12

13   simply were not working -- that they were defective; so
      defective as to cast the entire election in doubt and
14

15   require a new election.
             The second point I wanted to make sure we were clear
16

17   on in terms of our position is that what we need to show

18   today and tomorrow is that the election was defective.  We
      do not need to show malice.  We do not need to show that
19

20   the defendants or anybody else did something intentionally
      to rig the vote or anything like that.  That's not what
21

22   this case is about.
             This case is about machines and whether or not they
23

24   worked and the evidence will show manifestly that they did

25   not.  Your Honor, the course of these proceedings, and I
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000183

Page 1352

```
 1   caution your understanding of this, is that this argument

 2   is not rearguing the motions that we have lost, but is
      instead to take the case as it's presented right now.  And
 3

 4   that is the plaintiffs have shown prima facie and will
      show prima facie that this election was defective.
 5

 6        I call Your Honor's attention to OCGA 24-14-22.  That
      statute says, and I'll quote it, "If a party has evidence
 7

 8   in such party's power and within such party's reach by

 9   which he or she may repel a claim or charge against him,

10   but omits to produce it or if a party has more certain and

11   satisfactory evidence in his or her power but relies on
      that which is of weaker or inferior nature, a presumption
12

13   arises that the charge or claim against such party is well
      founded; but this presumption may be rebutted."
14

15        Your Honor, what this law -- this law is commonsense
      but it's also fundamentally important in terms of fairness
16

17   and accuracy and decision-making by the courts.  We will

18   show that there's no plausible explanation other than
      machine malfunction.  The defendants can escape that
19

20   charge if they prove that they have investigated, they've
      done their own, and they can bring into court evidence
21

22   that this -- these machines are working.
              Instead, they will not do so and as Your Honor is
23

24   well aware, they have resisted doing so, and they have not

25   done so in discovery.  And so when the plaintiff makes his
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000184

Page 1353

 1   case, or her cas, and the defendant's position is, well,

 2   it's just a black box; we don't know what's in that black
     box, then the plaintiff wins, Your Honor.

 3

 4       Your Honor, in terms of the order of proof we have
     some witnesses -- the sequence of the witnesses may change

 5

 6   a little bit because of the sequestration.  In addition,
     we will have applied witnesses, people who actually

 7

 8   attended -- actually voted or trying to vote.  We will

 9   have an expert on forensics and on these particular DRE

10   machines, and we will have an expert on the numbers and on

11   the politics behind the numbers.
             And at the conclusion of this matter, we believe that

12

13   the Court will be authorized, if not compelled, to
     conclude that this election was so defective as to place

14

15   the results in doubt.  Thank you, Your Honor.
             THE COURT:  [Inaudible] Mr. Lindsey?  Okay.

16

17       MR. LINDSEY:  Thank you, Your Honor.  Your Honor, on

18   behalf of myself and Mr. Olens, we are here representing
     the Lieutenant Governor Geoff Duncan who won his election

19

20   on November 6, 2018, by a significant margin, 123,172
     votes.

21

22       The statutory in case law is clear as set forth in
     the case of Hart versus Crawford, which said, and I quote,

23

24   "The setting aside of an election in which the people have

25   chosen the representative is a dramatic remedy that should

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000185

Page 1354

```
1    not be taken lightly but instead should be reserved for

2    cases in which the person challenging an election has
     clearly established that the violation has placed the
3

4    result of the election in doubt."
          This requires, Your Honor, more than mere speculation
5

6    or guess work.  More than saying that things might have
     possibly happened but they must show by clear evidence
7

8    that a -- that some type of problem occurred and that it

9    was a problem of great enough significance to wipe out a

10   margin of victory of over 123,000 votes.

11        In this case, not only are the plaintiffs not going
     to be able to show that they were the breach of Georgia's
12

13   election system, but we will also show why Ms. Amico
     received the vote counts she did, which I want to state
14

15   right here at the beginning, which is that within the
     range of the other unsuccessful Democratic candidates in
16

17   2006 [sic].  Ms. Amico received 1,828,566 votes.

18        Granted, this was less than the votes received by the
     more profiled Democratic candidates, such as Ms. Abrams,
19

20   but it is a vote count much higher than four other
     Democratic candidates and is within a few thousand votes
21

22   of two other ones.  So in other words, she -- her vote
     count as a Democratic in the 2016 election was right
23

24   square in the middle among all the various Democrats who

25   ran statewide here in Georgia.  That's number one.
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000186

Page 1355

1          Number two, in terms we will be able to establish why

2     the vote count for Ms. Amico was what it was and why there
       was a differentiation between the paper and electronic

3

4     ballots.  The fact of the matter is, Your Honor, we were
       dealing with an ahistorical election; and never before has

5

6     Georgia had this many new voters vote in one election.  In
       2014, there were approximately 98,000 new voters that

7

8     voted.

9          In 2018, there were almost four times that number

10    that voted.  The fact of the matter is when you have this

11    many new voters, you have a greater number amount of
       confusion that takes place.  You also have the fact that

12

13    the way in which the ballot was configured on paper
       ballots versus the electronic system could have added to

14

15    that confusion inadvertently by virtue of how the various
       individuals on the ballot were placed.

16

17         In the case of the electronic ballots, they were in a

18    -- what you might call an east-west position.  In the
       paper ballots they were in a north-south position right

19

20    next to each other, which would add to the confusion for
       many voters, particularly many new voters here in Georgia

21

22    as to whether or not Ms. Amico and Ms. Abrams were running
       on a ticket.

23

24         This is aggravated further by the way in which Ms.

25    Amico chose to run her campaign, which was to seek to run

1    as a team with Ms. Abrams.  So that alone would suffice to

2    show why there was a difference between the paper and the
     electronic ballots.  In addition, quite frankly, unlike a

3

4    lot of the other candidates, Ms. Amico received a lot of
     negative press in the closing days of the campaign.

5

6         And that closing -- that negative press was
     particularly being likely to dampen Democratic enthusiasm

7

8    for her candidacy given the fact that there were

9    allegations while she was a senior officer of a

10   corporation, that that corporation was engaged in

11   systematic racial discrimination.
               So there were multiple reasons, Your Honor, not

12

13   simply one as to why there was the down-ballot voter gap
     that existed in this race as opposed to others.  And we

14

15   will look forward to presenting those to you.  Thank you,
     Your Honor.

16

17        THE COURT:  Okay.  [inaudible]?

18        MS. BURWELL:  Thank you, Your Honor.  The Fulton
     County Board of Registrations and Elections is charged

19

20   with following State law and to follow State law in order
     to ensure that citizens of Fulton County receive a fair

21

22   and accurate election when they go to the polls.  And we
     believe the evidence will show that the Fulton County

23

24   Board of Registrations and Elections did just that.

25        We believe the evidence will show that the Board

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000188

Page 1357

```
 1   accurately recorded the will of the Fulton County voters.

 2   As this Court knows, there's no such thing as a perfect
      election.  There never has been and there never will be.
 3

 4        But in this instance, these petitioners have a heavy
      burden and a burden we believe the evidence, with respect
 5

 6   to Fulton County, will now bear out their claims.  And
      that's because the case is very clear that not every
 7

 8   garden variety irregularity entitles anyone to a new

 9   election and that's because elections are designed to

10   carry out the will of the people.

11        And again, we believe that this election did just
      that. And at the close of the evidence we're going to ask
12

13   the Court to deny petitioner's request.
           THE COURT:  Okay.  Mr. Tyson.
14

15        MR. TYSON:  Thank you, Your Honor.  Bryan Tyson for
      Gwinnett County.  We are in agreement with the prior two
16

17   defendants.  The key point for this Court is that the

18   burden on the plaintiffs is high.
           The election is presumed valid.  These are the
19

20   certified results, unless the plaintiffs can bring forward
      specific evidence of what was the irregularity that could
21

22   have caused the result to be placed in doubt, they cannot
      succeed in their claim.  The availability of any number of
23

24   plausible explanations, which the evidence will show, will

25   defeat that.  The ballot design question, the fact that
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000189

Page 1358

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 30

```
 1   this election was the first time in a governor's election

 2   that we've not had a U.S. Senate race also happening at
       the same time, and so that affected the ballot design
 3

 4   worked and affected the way -- on the DRE's particularly
       that voters were looking at those ballots.
 5

 6        Voter decisions obviously could play a role.  Lack of
       a third party candidate could play a role.  Any number of
 7

 8   factors could explain the dip in the votes for Ms. Amico's

 9   candidacy.  And the Supreme Court is abundantly clear that

10   speculation alone is not enough to overturn an election.

11        Plaintiffs have the burden of showing hard evidence,
       of demonstrating exactly what the cause was, and also
12

13   demonstrating that literally no other cause could have
       happened.  They have to come forward with affirmative
14

15   evidence that demonstrate that fact.  The constitutional
       claims, Your Honor, had been dismissed.
16

17        The only thing left in this case is a statutory

18   election contest and that is ultimately a mathematical
       issue.  123,000 votes have to be shown to be in question
19

20   in addition to the -- so that the plaintiffs can carry
       their burden and if they're not able to demonstrate that
21

22   or show an irregularity that places the entire result in
       doubt through hard evidence, then they will not be able to
23

24   succeed in their claims and we do not believe they'll be

25   able to and believe the election should be upheld.  Thank
```

www.huseby.com            **Huseby, Inc.  Regional Centers**            **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000190

Page 1359

```
 1   you.

 2       THE COURT:  First witness, Mr. Brown.
         MR. BROWN:  Your Honor, we will call Marilyn Marks as
 3

 4   our first witness.
         THE COURT:  Would you swear the witness, please, Mr.
 5

 6   Brown?
         MR. BROWN:  Ms. Marks, please raise your right hand.
 7

 8   Do you promise to tell the truth, the whole truth, and

 9   nothing but the truth?

10       MS. MARKS:  Yes.

11       MR. BROWN:  Have a seat.

12

13   Thereupon:

14

15                        MARILYN MARKS

16

17       was called as a witness by the Petitioner; and,

18   having been duly sworn, testified as follows:

19

20                     DIRECT EXAMINATION
                       OF MARILYN MARKS
21

22
     BY MR. BROWN:
23

24           Q.   Please state your full name for the record?

25           A.   Marilyn Marks.
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000191

Page 1360

1          Q.   Ms. Marks, by whom are you currently

2     employed?
              A.   I am the executive director of Coalition

3

4     for Good Governance.
              Q.   And what is the Coalition for Good

5

6     Governance?
              A.   Coalition for Good Governance is a

7

8     nonprofit, charitable organization, non-partisan

9     organization, that works on election transparency,

10    election integrity, voter privacy.  We have a few

11    core issues of that nature that we really focused on
      and we're a small organization.

12

13          Q.   Is electronic voting one of those core
      issues?

14

15          A.   In fact, we probably -- yes, it is.  In
      fact, we've probably spent the better part of the

16

17    last three years with 100 percent of our resources

18    focused on problems with electronic voting in the
      fact that electronic voting is not verifiable --

19

20    cannot be on the table --
      MR. LINDSEY:  Your Honor, we object [inaudible] --

21

22    THE COURT:  [inaudible] not responsive to the
      question.

23

24    MR. BROWN:  That's right.  That's fine.  Thank you.

25    THE COURT:  Just answer -- you'll get there.

 1          MR. BROWN:  That's right.

 2          THE COURT:  He'll get to everything you need to say.
       Give him a chance; okay?
 3

 4     BY MR. BROWN:
                 Q.   And what in particular about electronic
 5

 6          voting has caused the Coalition to focus upon that as
            one of their issues?
 7

 8          MR. LINDSEY:  Your Honor, I'm going to object.  She

 9     hasn't been qualified as an expert and this isn't a case

10     as to whether or not there are doubts.  It's the terms of

11     whether or not electronic voting versus paper ballots or
        some other system would be better.  That's an argument
12

13     that needs to be done -- as a matter of fact, being done
        down at the State Capitol.
14

15          The question today is whether or not there was an
        actual taking place in this election, in this particular
16

17     election.  So there are two objections.  Number one, she

18     hasn't been qualified as an expert; and number two, the
        question is irrelevant to the issues before the Court at
19

20     this time.
                 THE COURT:  Mr. Brown?
21

22          MR. BROWN:  Your Honor, I asked her a factual
        question as to what the Coalition's focus was on and she
23

24     was answering it.

25          THE COURT:  Well, but she got beyond -- she started

```
 1   to testify as an expert and she can't testify as an expert

 2   unless you can qualify her.  I understand your position
     and I know what the law is.  I'm going to give them a
 3

 4   little latitude in this case.
            MR. BROWN:  I understand.  Sure.
 5

 6   BY MR. BROWN:
            Q.   What is your -- I'm going to ask you some
 7

 8        questions about your background.  And first, your

 9        organization is based where?

10            A.   Yes.  Our headquarters is in Charlotte,

11        North Carolina.
              Q.   And what is your personal connection to
12

13        Georgia?
              A.   Well, actually I had my business career
14

15        here before I retired.
              Q.   And what was your business career?
16

17            A.   I was the CEO and owner of a truck-trailer

18        manufacturing reorganization and we're headquartered
          here in Atlanta.
19

20            Q.   And skipping back to -- so you've lived
          many years in Georgia; correct?
21

22            A.   I lived in -- I plan to move back shortly.
              Q.   Okay.
23

24            A.   I've been spending the vast majority of my

25        time here for the last four or five months.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000194

Page 1363

```
 1        Q.   Ms. Marks, what is your experience

 2   generally with electronic voting systems and whether
      that's a good method of recording votes?
 3

 4        A.   Okay.  Ten years ago I got very interested
      in elections; in fact, ran for Mayor of Aspen,
 5

 6   Colorado.  And at that time, they were using the
      Diebold voting system that is also used in Georgia.
 7

 8   They were using it slightly differently.  But at that

 9   time is when I began to be concerned about the

10   electronic portion of the system.

11        And I tested the system as part of my work as a
      citizen and I became an election judge, and ended up
12

13   spending a considerable amount of time getting to
      know the system.  And over the last ten years I
14

15   devoted myself -- having lost the election I devoted
      myself to the problems that were begin to be
16

17   uncovered in my own loss in the election.

18        And I have spent the last ten years doing work
      around troubled elections [inaudible] organization
19

20   tends to called into troubled elections, particularly
      when there are unverifiable electronic elections
21

22   where the results cannot be audited like this one.
          Q.   Have you ever been involved in a post-
23

24   election audit?

25        A.   I have.
```

www.huseby.com            Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000195

Page 1364

```
 1        THE WITNESS:  Your Honor, would it be all right if I

 2   have a cup of water?
          MR. BROWN:  Yeah.  Here.  I'll get that, Your Honor.
 3

 4        THE COURT:  Actually, your lawyer's got some.
          THE WITNESS:  Thank you.
 5

 6   BY MR. BROWN:
               Q.   I believe you were testifying about post-
 7

 8        election audits, Ms. Marks.

 9          A.   Yes.  I have been involved in various forms

10        of post-election audits starting with my own loss in

11        the election in 2009 and then primarily in Colorado,
           although some in North Carolina, South Carolina, and
12

13        whereas in Georgia there is no post-election audit.
           But, yes, I've been both in server; I've helped plan;
14

15        I've a poll watcher for post-election audits.
               I've trained what in Colorado called canvas
16

17        board members who conduct the post-election audit.

18        So I've trained those for Libertarian Party and some
           of the nonpartisan candidates -- not candidates,
19

20        excuse me, members of canvas boards.  So I've spent
           hundreds of hours in post-election auditing.
21

22          Q.   Have you testified in court before, Ms.
          Marks?
23

24          A.   Yes, many times.  Coalition for Good

25        Governance has done a lot of work in litigat- -- in
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000196

Page 1365

```
 1   election litigation and so I have been in court a

 2   lot.
            Q.   You mentioned paper ballots and the --
 3

 4   based upon your understanding of the allegations in
      this petition, do you understand that the petitioners
 5

 6   are seeking a new election; do you understand that?
            A.   Yes.
 7

 8        Q.   And do you have an understanding of whether

 9   the petitioners want the new election to be on paper

10   ballot on the one hand or on the electronic ballot on

11   the other?
            A.   It is clear that the petitioners want only
12

13   a verifiable election, which has to be on paper
      ballots.
14

15        Q.   And you -- based upon your work, have you
      become familiar with Georgia's processes and
16

17   procedures for conducting electronic and paper

18   elections?
            A.   Yes, I'm very familiar with those
19

20   procedures.  I began my work in Georgia in the spring
      of 2017 and began to analyze the problems in the
21

22   unverifiable DRE system.  The debunked DRE system at
      the time actually -- should I tell you about when --
23

24        Q.   Just wait.

25        A.   Okay.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000197

Page 1366

```
 1              Q.   Based upon your understanding of Georgia's

 2       practices and procedures in voting, would it be
          feasible for Georgia to conduct a paper ballot for
 3

 4       any re-elect new election?
          MR. TYSON:  Your Honor, I'll object to that question.
 5

 6  The foundation hasn't be laid for that; it's a legal
     conclusion.  She's not qualified as an expert.
 7

 8       MR. BROWN:  Your Honor, I would -- thank you, Mr.

 9  Tyson, if I may interrupt.  I should have before asking

10  that question and I'll withdraw it -- ask that Ms. Marks

11  be qualified as a witness about DRE machines generally and
     their use in Georgia and the practices and procedures of
12

13  the State of Georgia for paper ballots and for electronic
     ballots.
14

15       MR. TYSON:  If I could ask [inaudible] show of
     questions of Ms. Marks.
16

17       THE COURT:  Surely. Go ahead.

18       MR. TYSON:  Good morning, Ms. Marks.  My name is
     Bryan Tyson.  I represent the Gwinnett County Board of
19

20  Elections -- Registrations and Elections.  I just had a
     couple additional questions for you.  You mentioned you
21

22  testified in court before.

23

24              CROSS-EXAMINATION

25              OF MARILYN MARKS
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000198

Page 1367

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019                    Page 39

1

2    BY MR. TYSON:
         Q.   Have you ever qualified as an expert in a
3

4    court proceeding?
         A.   No.  And have never intended to be.
5

6         Q.   Okay.  Have you ever been involved in the
     administration of an election in Georgia a member of
7

8    the Board of Elections, a staff member in elections

9    office?

10        A.   No, I have not been a Georgia resident so I

11   would not have been qualified for that.  I have been
     a poll watcher several times for candidates and for
12

13   the Libertarian Party in Georgia.
         Q.   Mr. Brown asked you about your work with
14

15   electronic voting machines.  Do you have any degrees
     or specialized training in computer science?
16

17        A.   No.  I just have a practical hands-on

18   experience.
         Q.   Do you -- have you -- I'm sorry.  It's
19

20   correct, isn't it, that you have no first-hand
     knowledge of any DRE machine that you personally
21

22   reviewed for the 2018 Georgia general election; is
     that correct?
23

24        A.   I'm sorry.  Do you mind repeating the

25   question?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000199

Page 1368

```
 1        Q.   Sure.  It's correct, isn't it, that you

 2   have not personally reviewed any DRE machines that
     were used in the 2018 Georgia general election?
 3

 4        A.   No.  That is incorrect.
          Q.   Okay.  Which machines have you reviewed?
 5

 6        A.   Okay.  So I'll not be able to tell you the
     serial numbers, not off the top of my head,
 7

 8   certainly.  The machines that I observed as I was a

 9   poll watcher and I watched them operate -- I looked

10   at the data that was coming up on the screen in a

11   number of poll locations, and did so in a number of
     the 2018 elections.
12

13        So, I did watch the operations, I watched the
     shutdown of the machines, and then watched the
14

15   progression records through the compilation tallies.
     So, yes, I have observed the operation of the
16

17   machines as a authorized statewide poll watcher.

18        Q.   So, it would be correct to say, wouldn't
     it, that you've observed them from a distance, but
19

20   you've not personally examined any of the DRE
     machines; is that correct?
21

22        A.   That would not be correct.
          Q.   Have you personally ever touched a DRE
23

24   machine?

25        A.   Oh, certainly.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                    000200

Page 1369

1        Q.   Have you ever voted on a DRE machine?

2        A.   I have.
         Q.   Have you voted on a Georgia DRE machine?
3

4        A.   I have not voted in -- wait, excuse me.  I
    think I was about to not get that correct.  When I
5

6    was a resident here, I believe they were just
     bringing in the DRE machines and so I believe I did
7

8    vote many years ago on the DRE machine.

9        Q.   But you're not sure?

10       A.   I -- I voted on a DRE machine in North

11   Carolina.
         Q.   And you personally believe that Georgia
12

13   should move to a paper ballot system; correct?
         A.   Certainly.
14

15   MR. TYSON:  I don't have any other questions at the
     moment.
16

17   THE COURT:  Anybody else have questions for her?

18   MR. TYSON:  Your Honor, we renew our objection.
     She's never been qualified as an expert.
19

20   THE COURT:  Go ahead.
         MR. TYSON:  For one, she just finished saying that
21

22   she doesn't consider herself an expert.  So -- and she's
     not demonstrated any expertise on the technical issues
23

24   that are involved in this case.  She certainly has some

25   very strong opinions and we understand it's good for her

www.huseby.com              Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000201

Page 1370

```
 1   to get up on the stand to sort of lay out what the

 2   plaintiffs want.  But in terms of providing any factual
      evidence to support their claim, she's simply not been
 3

 4   qualified as an expert [inaudible].
            MR. LINDSEY:  And, Your Honor, we would also object
 5

 6   to Ms. Marks being qualified as an expert.  We already her
      expertise on the DRE machines.  She's testified that it's
 7

 8   limited to just observing them from a distance.

 9       And that we don't believe that that will in any way

10   assist the Court in determining fact in issue under 702(b)

11   because that's not one of the issues here in terms of what
      someone saw on the machine.  The issue is what was the
12

13   vote in that issue.
            In addition, we would also object to her
14

15   qualification regarding Georgia practices and procedures
      in that those are ensconced in the election code and Your
16

17   Honor is capable of determining those without the

18   assistance from an expert.
            THE COURT:  Mr. Brown?
19

20       MR. BROWN:  Your Honor, she's not being -- a lot of
      what Mr. Lindsey said I didn't quite follow, but she is
21

22   not being qualified as to the technical aspects of the
      DRE.  We have another expert for that.  She instead is
23

24   being qualified for the procedure.  Thank you.

25       THE COURT:  The question you asked would have
```

```
 1    required her to be an expert and she's not qualified as an

 2    expert.  You asked, you know, could Georgia conduct paper
      -- I am listening.  I don't look like I am sometimes but
 3

 4    that helps me intensely listen.
             You asked her really about whether paper ballots
 5

 6    could be done and she has no expertise to be able to
       testify to something like that.
 7

 8         MR. BROWN:  Thank you, Your Honor.

 9

10                        REDIRECT EXAMINATION

11                        OF MARILYN MARKS

12

13   BY MR. BROWN:
             Q.    Let me ask you some questions and you --
14

15        you have not been qualified as an expert, so when I
           ask you a question it's going to have be based on
16

17        your personal knowledge; do you understand that?

18             A.    Yes.  Yes, I do.  Uh-huh.
               Q.    Okay.  Who is Taran Greenwald?
19

20             A.    Taran Greenwald is an analyst for Coalition
           for Good Governance.
21

22             Q.    Okay.
          MR. BROWN:  And has the Coalition -- let me hand you
23

24   what I'll have marked --

25        THE WITNESS:  Uh-huh.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000203

Page 1372

1      MR. BROWN:  -- as Exhibit 1.

2
       [Thereupon, the referred-to document was entered into
3
evidence as Plaintiff's Exhibit No. 1]
4

5

6      MR. TYSON:  If we may, Your Honor, could we see a
copy first?  Thank you, Your Honor.
7

8      THE COURT:  [inaudible].

9  BY MR. BROWN:

10     Q.   Ms. Marks, what is Exhibit 1?

11     A.   Exhibit 1 is a voting records request that
was made by Mr. Greenwald and the response from the
12

13     Secretary of State to his request to review certain
of the records.
14

15     Q.   Did Coalition for Good Governance send a
number of Open Records Act requests to the Secretary?
16

17     A.   Yes, we did.

18     MR. LINDSEY:  Your Honor, I object.  I'm not real
sure where we're going here.
19

20     THE COURT:
       MR. LINDSEY:  The Court -- I assume you're trying to
21

22  -- just trying to lay down proper evidence -- evidence you
couldn't get in.  No, you couldn't obtain.
23

24     THE COURT:  Well, so far -- so far -- I haven't seen

25  the document; okay, he hasn't admitted.  So far he hasn't

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000204

Page 1373

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/17/2019**                    **Page 45**

```
 1   asked --

 2        MR. LINDSEY:  [inaudible]
          THE COURT:  -- an objectionable question yet.
 3

 4        MR. LINDSEY:  Thank you, Your Honor.
          THE COURT:  I think -- I think both Mr. Lindsey --
 5

 6        MR. LINDSEY:  I'm anticipating -- my apologies, Your
     Honor.
 7

 8        THE COURT:  -- Mr. Lindsay and I are anticipating; we

 9   may be absolutely wrong.  Go ahead.

10        MR. LINDSEY:   My apologies, Your Honor.

11   BY MR. BROWN:
               Q.   Ms. Marks, is this a true and correct copy
12

13        of a January 9 email from open records at the
           Secretary of State to your company's analyst, Taran
14

15        Greenwald?
               A.   Yes.  It is.
16

17             Q.   And without going through everything, what

18        does the letter say?
          THE COURT:  Well, you'll have to tender it before --
19

20        MR. BROWN:  Your Honor, I would move to introduce
     Exhibit 1 into evidence.
21

22        THE COURT:  Now, Mr. Lindsay.
          MR. LINDSEY:  Objection, Your Honor.  It's hearsay
23

24   and it's lay -- you have to also lay a foundation as to

25   what's relevant to the particular issue before us.
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000205

Page 1374

```
 1        THE COURT:  Is it certified, Mr. Brown?

 2        MR. BROWN:  It is not.  It's an email.  It's a
      business record, Your Honor.  It's an email from the
 3

 4    Secretary of State to her organization.
          THE COURT:  I -- it's not -- it's not tendered --
 5

 6        MR. BROWN:  Thank you, Your Honor.
          THE COURT:  -- I mean, it's tendered; it's not
 7

 8    admitted.

 9        MR. BROWN:  Okay.

10    BY MR. BROWN:

11            Q.  Ms. Marks, you testified that you were a
          poll watcher.
12

13            A.  Yes.
              Q.  And was that in the November 2018 election?
14

15            A.  I did.  I wasn't a poll watcher in 2018,
          but I was also a poll watcher in previous 2018
16

17    elections and in Georgia.

18            Q.  Okay.  And were you ever a poll watcher in
          early voting for the 2018 election?
19

20            A.  Yes.  I was a statewide poll watcher for
          the Libertarian Party and the poll watcher
21

22    credentials covered the period of early voting
          through the of the election.
23

24            Q.  Were you a poll watcher at the Ponce de

25    León Library polling location?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000206

Page 1375

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 47

```
 1          A.   Yes, I was.  And the way it works is that

    we're a poll watcher for all locations.
 2          Q.   And -- but you were a poll watcher -- you

 3

    went to poll -- you went to the Ponce de León Library
 4   polling location; correct?

 5

 6          A.   Yes.  During early voting.
            Q.   And what did you personally observe at the
 7

    -- that polling location?
 8

 9          A.   The first thing I noticed when I got there

10   were two-hour long lines for people to get in and

11   then how hard it was for people to get into vote, and
     I saw many people leaving because they couldn't vote.
12

13   And I could go through with you the troublesome --
            Q.   Well, let me ask you.  Let me ask you that.
14

15          A.   Uh-huh.
            Q.   Did you observe the DREs in operation from
16

17   an appropriate distance?

18          A.   I did.
            Q.   Were they operating correctly?
19

20          A.   They were not.
            Q.   And why so?
21

22       MR. LINDSEY:  Your Honor, I'll object.  I think this
     requires Ms. Marks to have a degree of expertise regarding
23

24   the operation of the DRE machines for her to opine about

25   whether they were operating properly or not.  There's not
```

www.huseby.com                **Huseby, Inc.  Regional Centers**                800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000207

Page 1376

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 48

```
 1  a foundation for that.

 2        THE COURT:  I -- I --
          MR. BROWN:  I'll withdraw the question, Your Honor --
 3

 4        THE COURT:  Withdraw --
          MR. BROWN:  -- and make it easier. I can make this
 5

 6  easy.
      BY MR. BROWN:
 7

 8            Q.   Were some of the voting machines not

 9        working in that they were not taking votes at all?

10        MR. LINDSEY:  Your Honor, I'll object again.

11  [inaudible] foundation, Ms. Marks can testify to that.
          MR. BROWN:  Your Honor --
12

13        THE COURT:  She -- I think you're making much too
      general of a question.  I understand there's a specific
14

15  allegation.  Get to the specific allegation.
          MR. BROWN:  Okay.
16

17        THE COURT:  Okay.

18  BY MR. BROWN:
              Q.   Ms. Marks, was the long line the result of
19

20        some of the machines not working?
              A.   Yes, it was.
21

22            Q.   And how do you know that?
              A.   I -- the work of a poll watcher is to
23

24        observe the entirety of what's going on.

25        THE COURT:  Okay.  Just answer the question, please,
```

www.huseby.com                  **Huseby, Inc.  Regional Centers**              **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000208

Page 1377

 1   ma'am.

 2       MR. BROWN:  Yeah, just --
         THE WITNESS:  And I could see that the machines were
 3

 4   malfunctioning.  I could see the screen, the machines were
      malfunctioning.  It was taking a very long time for those
 5

 6   voters to go back --
      BY MR. BROWN:
 7

 8       Q.   How were they malfunctioning, from your

 9   perspective?

10       A.   Okay.  I was standing about five feet away

11   --
         Q.   And what --
12

13       A.   -- it was a small place.
         Q.   And what did the machines do?
14

15       A.   And so what would happen is a screen would
      come up that would say, vote cancelled.  As the voter
16

17   was attempting to enter their vote and a big red

18   warning sign came up, and the machine stopped
      working.  I observed that happening three times
19

20   during the 30 minutes I was at the library.
         Q.   Did you speak with any officials at the
21

22   polling location about that problem?
         A.   I attempted to.  I was denied the ability
23

24   to talk to them.

25       Q.   Okay.  Thank you.  Other than the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000209

Page 1378

```
 1        malfunctioning machines and the long lines, anything

 2        else about the Ponce de León poll watching experience
          that is -- that struck you as unusual?
 3

 4        MR. LINDSEY:  Your Honor, I'll just object to the
      question as worded.  I don't think there's of the machine
 5

 6   were malfunctioning.  I think there is testimony they
     displayed a red box; I don't think there's any testimony
 7

 8   that indicates that's that a malfunction.

 9        MR. BROWN:  I'll withdraw the question.

10        THE COURT:  You'll have her on direct.

11        MR. BROWN:  Thank you, Ms. Marks.

12

13                     RECROSS-EXAMINATION
                        OF MARILYN MARKS
14

15
     BY MR. TYSON:
16

17           Q.   Ms. Marks, just one question before you

18        leave.  I'll try to keep it short.  You said that you
          saw three instances of the machine saying, vote
19

20        cancelling; is that correct?
                   A.   That is correct.
21

22           Q.   And you didn't witness any other
          indications of red screens coming on the machines
23

24        while you were at the Ponce precinct; is that

25        correct?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                    000210

Page 1379

```
 1          A.   I witnessed three in 30 minutes and that is
         all --
 2            Q.   Thank you.

 3

 4          A.   -- and that was a sign that the machine
         malfunctioning and the [inaudible] --
 5

 6          Q.   I'm sorry.  Yes.  I don't believe there's
         any evidence to explain it --
 7

 8       MR. BROWN:  Your Honor, that's not a question.  That

 9   is a statement and I'd like to strike that from the

10   record.

11       MR. TYSON:  Your Honor, I request that the rest of
     Ms. Marks' answer about the machine malfunction be
12

13   stricken; that there was no foundation for that statement.
         THE COURT:  You need to just answer the question.  I
14

15   know -- I know your position; I know where you're coming
      from; okay?  No problem.  I've already got that.  You
16

17   don't have to impress me with that.  Just answer the

18   questions.
         MR. TYSON:  All right.  That's all I have.  Thank
19

20   you.
         THE COURT:  Anybody else?
21

22       MR. LINDSEY:  Just real briefly.

23

24                 CROSS-EXAMINATION

25                 OF MARILYN MARKS
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000211

Page 1380

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019                    Page 52

```
 1

 2   BY MR. LINDSEY:
              Q.   Ms. Marks, is your position at the
 3

 4        Coalition a volunteer or paid position?
              A.   It is a volunteer position.
 5

 6              Q.   Okay.  Do you receive any compensation for
        it?
 7

 8              A.   None at all.

 9              Q.   Okay.  Nevertheless, Ms. Marks, is it not

10        true --

11        MR. LINDSEY:  Let me show you what we'll tender as
          Duncan Defense 1.
12

13              [Thereupon, the referred-to document was entered into
14

15        evidence as Defendant's Duncan Exhibit No. 1]

16

17   BY MR. LINDSEY:

18              Q.   This is a Tweet you sent out last night; is
          it not?  Is that not a Tweet you sent out last night?
19

20              A.   It is.
              Q.   And does it not show that basically you are
21

22        using this trial as a fundraising mechanism for your
          organization?
23

24              A.   No, it does not show that.

25              Q.   It does show that you are seeking to raise
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000212

Page 1381

1  money as part of this trial; correct?

2        A.   Not as part of this trial; in order to pay
   attorney's fees and other legal cost.
3

4        Q.   Okay.
         A.   That this trial will cost.
5

6        Q.   Okay.  And then you just sent out
   soliciting contributions as part of this trial;
7

8  correct?

9        A.   Not as part of this trial, sir, but as part

10 -- routine requirements to raise money for a very

11 small organization with a high level of expenses.
         Q.   Okay.
12

13       A.   We've been raising money for many years.
         Q.   All right.  And this trial -- you sent this
14

15 out in anticipation of the trial today; correct?
         A.   This is consistent with fundraising
16

17 messages I've been sending out for years.

18       Q.   Okay.  So otherwise, you send other
   fundraising messages out when there are other trials
19

20 that are going on; correct?
         A.   Whether or not there are trials going on,
21

22 we are always in fundraising mode.
         Q.   Okay.
23

24       A.   We need to be more.

25       Q.   All right.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000213

Page 1382

```
 1        MR. LINDSEY:  Your Honor, we would tender this

 2   Exhibit.
          THE COURT:  [inaudible] Let me have it, please.
 3

 4        MR. BROWN:  No, Your Honor.  No objection, Your
     Honor.
 5

 6        MR. LINDSEY:  Defense Exhibit -- I guess it would be
     Duncan 1.
 7

 8        THE COURT:  Duncan 1. [inaudible], admitted.  Go

 9   ahead.

10

11                      CROSS-EXAMINATION
                       OF MARILYN MARKS
12


13

     BY MS. BURWELL:
14

15        Q.   Ms. Marks, are you familiar with the
          process for disabled voting on Georgia's DRE
16

17   machines?

18        A.   I'm generally familiar with it.  I've never
          tested it myself as I have in other states.
19

20        Q.   And so, what is your understanding of the
          process?
21

22        A.   To make sure I understand your question,
          are you asking about an in-person disabled voter who
23

24   needs to use the assistive devices, is that what

25   you're --
```

www.huseby.com                Huseby, Inc.  Regional Centers              800-333-2082
          Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000214

Page 1383

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019                    Page 55

```
 1        Q.   Yes.

 2        A.   -- asking me?
          Q.   Yes.
 3

 4        A.   Okay.  So I think that the process
     generally is that the disabled voter can identify
 5

 6   themselves as needing the assistive device and the
      poll worker ushers to a device, make sure they know
 7

 8   how to use it, and it's generally a vision-impaired

 9   voter who would need the type of assistive device

10   that Georgia polls use and that they begin to mark

11   the ballots generally through a pad as they are
      listening to what's called an audio ballot.
12

13        Q.   So, are you familiar with how the actual
     machine is set up for a disabled voter?
14

15        A.   I am.
          Q.   Okay.  And how would you be familiar with
16

17   that?

18        A.   I've set one up before.  Not in Georgia,
      but just like them in other locations and I've tested
19

20   audio in other locations on the machine.
          Q.   So, are you familiar with what happens if
21

22   it is in disabled mode and someone uses it who is not
      disabled?
23

24        A.   Generally nothing very different happens,

25   not supposed to.  Those machines are used frequently,
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000215

Page 1384

 1   particularly when there are long lines.  Those

 2   machines are used frequently by voters in the
     standard mode.
 3

 4        Q.   When you say, are used by voters in the
     standard mode, you mean a disabled voter?
 5

 6        A.   No.  I meant that while they do have the
     DREs with assistive devices, that they are not -- any
 7

 8   voter can, and they're not required to use the

 9   assistive device.

10        Q.   So, my question is, if -- and for a Georgia

11   machine it is set up for using an assistive device,
      but the person doesn't need it -- my question is, do
12

13   you know what happens on the machine?  Do you know if
      it reveals anything or do you know what the machine
14

15   will show under those circumstances?
           A.   I don't think it shows if it is -- operates
16

17   as I believe it does -- I don't believe it shows

18   anything different than it does -- than a normal
      standard DRE setup does.
19

20        Q.   Okay.
     MR. BURWELL:  Thank you.
21

22   THE WITNESS:  Uh-huh.

23

24             RE-DIRECT EXAMINATION

25                OF MARILYN MARKS

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000216

Page 1385

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019                    Page 57

 1

 2   BY MR. BROWN:
              Q.   Ms. Marks, if you would turn to Duncan 1, I
 3

 4        have a follow-up question for you.
              A:   I need a copy of it.
 5

 6        MR. BROWN:  Your Honor, would you like my copy?
           THE COURT:   That's all right.  I have it.  But I
 7

 8   need to keep it in the stack.

 9   BY MR. BROWN:

10              Q.   Ms. Marks, your Tweet, which has been

11        identified as -- and introduced into evidence as
           Duncan Number 1.  In that you state, the state and
12

13        counties are opposing us at every turn in the court.
           Do you see that?
14

15              A.   I do.
              Q.   How has the Secretary opposed your efforts
16

17        in this matter?

18        MR. TYSON:  Your Honor, objection to relevance.
      Those have all been issues that have been raised to the
19

20   Court and by their very able attorney, Mr. Brown.  He's
      raised motions and you have denied each and every one of
21

22   those motions.  And so --
           THE COURT:   Mr. Brown, why is that relevant to the
23

24   election contest we're trying right now?  That's all we're

25   trying, is the election contest.

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000217

Page 1386

```
 1        MR. BROWN:  Your Honor, Mr. Lindsey opened the door

 2   by introducing this into evidence in an effort to smear
     Ms. Marks and I'm --
 3

 4        THE COURT:  He's not talking -- let's -- you know, I
     told you the other day about inflammatory language.  He's
 5

 6   not trying to smear.  He's trying to challenge her
     credibility.
 7

 8        MR. BROWN:  Sure.

 9        THE COURT:  That's a whole -- that's a different

10   thing.

11        MR. BROWN:  Thank you, Your Honor.  It was -- it was
     not my intention to smear Mr. Lindsey, I assure you.
12

13        THE COURT:  I understand.
          MR. BROWN:  And -- thank you.  I have no further
14

15   questions.  Oh, well, I do.  I'm sorry.  If I may, Your
     Honor.
16

17        THE COURT:  Go ahead.

18   BY MR. BROWN:
              Q.    HAVA.  Do you know what HAVA is?
19

20              A.    I do.
                Q.    And what does it stand for?
21

22              A.    The Help America Vote Act.
                Q.    And are the -- is the examination of --
23

24   from Ms. Burwell, did that relate to that federal

25   law?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000218

Page 1387

```
1          MR. LINDSAY:  Your Honor, I'll object.  That calls

2    for a legal conclusion.
           MR. BROWN:  Okay.  Let me back up.  I'll withdraw the
3
     question.
4          THE COURT:  [inaudible].  Sometimes it's just
5
     rephrasing.
6          MR. BROWN:  True.  Thank you, Your Honor.
7
     BY MR. BROWN:
8
9          Q.   You -- is it your understanding, and this

10         is to follow up on the questions from Ms. Burwell --

11         is it your understanding that in some instances it is
           required to use a DRE system that has the mechanisms
12
           for assisting disabled voters?
13         MR. LINDSAY:  Your Honor, I'll object again.  I don't
14
     think there's a foundation laid for this question and I
15    think we're back to a relevance objection again, as well,

16    that this is not relevant to the election contest.
17
           THE COURT:  I think -- and he's right.  You've got
18    other experts coming in, so it's really neces- -- she's
19
     not been qualified as an expert; she's not an expert.  She
20    has a lot of information but she's not an expert.  So I
21
     think you need to wait for your experts for some of this.
22         MR. BROWN:  That's fine, Your Honor.  Thank you.  I
23
     have no further questions.  Thank you, Ms. Marks.
24
           THE COURT:  You may go down.  Next witness?
25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000219

Page 1388

```
 1        MR. BROWN:  Your Honor, just to confirm, we are

 2   excusing Ms. Marks -- is Ms. Marks excused so she can
     remain in the courtroom?
 3

 4        THE COURT:  Yes.  She is excused.
          MR. BROWN:  Thank you, Your Honor.
 5

 6
          [Thereupon, the testimony of the witness concluded at
 7

 8   10:25 a.m.]

 9

10        MR. BROWN:  Your Honor, the plaintiffs would call

11   Sara LeClerc.
          THE COURT:  You'll have to go get her.  We -- we only
12

13   see to have one deputy so you'll have to get her, or have
     someone go get her.
14

15        MR. BROWN:  Please raise your right hand.  Do you
     promise to tell the truth, the whole truth and nothing but
16

17   the truth?

18        THE WITNESS:  I do.

19

20   Thereupon:

21

22                        SARA LECLERC

23

24        was called as a witness by the Petitioner; and,

25   having been duly sworn, testified as follows:
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000220

Page 1389

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/17/2019          Page 61**

```
 1

 2                        DIRECT EXAMINATION
                           OF SARA LECLERC
 3

 4
      BY MR. BROWN:
 5

 6            Q.    Please state your full name for the record.
              A.    Sara M. LeClerc.
 7

 8            Q.    Please have a seat.  Okay.  Could you spell

 9      your last name for the court reporter, please?

10            A.    Absolutely.  It's L-E- capital C-L-E-R-C.

11            Q.    Is it LeClerc; is that correct?
              A.    It's LeClerc, but --
12

13            Q.    LeClerc.
              A.    -- [inaudible] doesn't matter.
14

15            Q.    Ms. LeClerc, by whom are you currently
        employed?
16

17            A.    I work for myself.  I'm an attorney and I -

18      -
        THE COURT:  I'm sorry.
19

20      THE WITNESS:  I just work for myself.  And I'm an
        attorney and I -- so I work on a contract basis for other
21

22      firms.
        BY MR. BROWN:
23

24            Q.    And where did you go to law school?

25            A.    The University of Virginia.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000221

Page 1390

```
 1        Q.    Okay.  And when did you graduate?

 2        A.    2007.
          Q.    And did there come a time that you
 3

 4   participated in the 2018 elections in any way?
          A.    Yes.
 5

 6        Q.    And what was your role?
          A.    Well, my first role I would say other --
 7

 8   well, other than actually in the election as a

 9   citizen, I volunteered to observe, be a poll watcher,

10   a poll observer, so.

11        Q.    And with whom did you volunteer?  Was it an
     organization that --
12

13        A.    Yeah.  I went to a training with the
     Georgia Democrats.
14

15        Q.    And did you end up observing any election?
          A.    Yes, I did.
16

17        Q.    And where did you -- where were you?

18        A.    Well, I did some early voting observations,
     as well as Election Day, and then also the runoff
19

20   Election Day in December.  So I was at different
     locations for each of those days.
21

22        Q.    And on November 7th, where were you
     located?
23

24        A.    It was November 6th.

25        Q.    November 6th, I'm sorry.
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000222

Page 1391

```
 1            A.   And November 6th I was at Allen Temple AME

 2       Church.
              THE COURT:   Which one?
 3

 4            A.   Allen Temple AME.  It's on Joseph Boone
         Boulevard in Atlanta.
 5

 6            Q.   And in the course of being an observer, do
         you take contemporaneous notes of what you are
 7

 8       observing?

 9            A.   Yes.  So, if something happens, it's not

10       just a perfectly smooth process, then I use my iPhone

11       and I have an app at the direction of to an LBJ
          reporting tool.  So I took notes directly to the
12

13       iPhone and website.
              Q.   And what does LBJ stand for, if you know?
14

15       In this instance.
              A.   Probably Lyndon Baines Johnson.
16

17            Q.   Okay.

18            A.   I believe it was named after him, given
         [inaudible].
19

20            Q.   Okay.  And did you, in fact, enter your
         notes and observations when you were at the AME
21

22       location on November 6th?
              A.   Yeah, I did; well, multiple times
23

24       throughout that day.

25       MR. BROWN:  And I'm going to hand you a -- an Exhibit
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000223

Page 1392

```
 1   and let me -- if I may explain this to counsel.

 2
            [Thereupon, the referred-to document was entered into
 3
     evidence as Plaintiff's Exhibit No. 2]
 4

 5

 6        MR. LINDSEY:  [inaudible].
          MR. BROWN:  Understood.  Put it on the record while I
 7
     hand it to you because it's hard to read.
 8

 9        MR. LINDSEY:  [inaudible] with my glasses.

10   BY MR. BROWN:

11            Q.   And what I've handed to counsel is a large-
          print version for Mr. Lindsey, like the books you get
12
          from Amazon, and then the actual Excel spreadsheet,
13
          which is too small even for me to read, and you could
14
          just see that these blocks were copied onto this.
15        MR. LINDSEY:  I understand.  Which one do I get?
16
     Both of these?
17

18        MR. BROWN:  This is what I'm using as evidence.
          MR. LINDSEY:  Okay.  Do I have a copy of that?
19

20        MR. BROWN:  And you have that so you can verify it.
          MR. LINDSEY:  For the record, Your Honor, I had the
21
     Lasix surgery.  I can still read this.
22
          THE COURT:  This one?  This is P-2?
23

24        MR. BROWN:  This is P-2, Your Honor.

25   BY MR. BROWN:
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000224

Page 1393

1          Q.   Now, Ms. LeClerc, the notes that you take

2     on the LBJ system appear on what looks like an Excel
      spreadsheet; is that correct?  And that is not what's

3

4     in front of you.  That's what I handed to Mr.
      Lindsey.

5

6          A.   I have the large print of what you said is
      the Excel spreadsheet.

7

8          Q.   And does that appear to be a large-print

9     version of the very small print on the Excel

10    spreadsheet?

11         A.   Yes.
           Q.   And does the Excel spreadsheet have a true

12

13    and correct recording of the notes that you took on
      the LBJ system as you were observing things in the

14

15    AME voting location?
           A.   Yes.  All of the notes that start with Sara

16

17    LeClerc, that's -- those notes are all on, yes.

18         Q.   And if it's someone else -- excuse me.  And
      if it's someone else, their name would appear, like,

19

20    Benjamin Thorpe [ph]; correct?
           A.   Right.  There were maybe one or two notes

21

22    by a different person and their name appears next to
      those notes.

23

24    MR. BROWN:  Your Honor, I would like to introduce

25    Defendant's 2 into the record.  I mean, sorry.  P-2 into

1    the record.

2         MR. LINDSEY:  If I understand it, these are
     contemporaneous notes that are from your observations; is
3

4    that correct?
          THE WITNESS:  Yes.
5

6         MR. LINDSEY:  Okay.  No objection.
          THE COURT:  [inaudible].  Yeah.  Thank you.
7

8    BY MR. BROWN:

9         Q.   Now, Ms. LeClerc, the way this prints out,

10        where do we start?

11        A.   You actually start at the back, so these
          are my first pages and my last.
12

13        Q.   Okay.
          A.   [inaudible].
14

15        Q.   And let's just walk through your notes and
          I'll ask you some questions on what you were
16

17        observing.  Looking at page four --

18        A.   If I can clarify that.
          Q.   Sure.
19

20        A.   Actually these are by incidence --
          Q.   Okay.
21

22        A.   -- so the first incident actually starts at
          the bottom of page three.
23

24        Q.   Okay.  And what was that incident that you

25        observed?

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000226

Page 1395

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019                    Page 67

```
 1         A.    There was an issue where the Express

 2    machines were to pick up their ballots.  The number
       that was on the machines -- well, there -- there were
 3

 4    two machines at this location.  So, they -- the two
       poll workers were comparing the machines and noticed
 5

 6    that one machine was a couple numbers different from
       the other machine's count.  So they seemed to be out
 7

 8    of sync and having discrepancies.

 9         Q.    And was that issue resolved?

10         A.    Yes.  That did get resolved.  The poll

11    manager called in for a technical help but was told
       that it would self-correct in time and it did self-
12

13    correct [inaudible].
               Q.    And then what was the next incident?
14

15         A.    The next incident that I started taking was
       that just one of the voters who came in had --
16

17    started ac- -- oh, I'm sorry.

18         Q.    Could you -- I was going to ask you to
       refer to your notes, so maybe we could follow along
19

20    with your observations.  Was this the senior voter?
               A.    Yes.
21

22         Q.    Okay.  Turn with me to the bottom of page
       two.
23

24         A.    Yes.

25         Q.    Are those your notes relating to that
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000227

Page 1396

```
 1    senior voter?

 2         A.   Yes.
           Q.   And just go ahead and explain without
 3

 4    looking at this what you recall.  That's fine.
           A.   So, I noticed that -- well, a voter came in
 5

 6    to check in, got their ballot.  She was a rather
       elderly lady walking on a cane, very kind, and she
 7

 8    went to the machine to vote.  At that point, nothing

 9    out of the ordinary had happened, but she started

10    turning around and asking for some help with the

11    machine.
           So, we pulled to help her, to assist her.  And
12

13    the two of them were at the machine for a brief time.
       I think the manager left and the voter continued
14

15    voting.  Then she called the manager back again and
       the manager went back to assist.  And so the two of
16

17    them were at the machine together for a little while

18    and appear to me ordinary but the manager is allowed
       to assist the voter if the voter asks for help.
19

20         It lasted for a little while longer than I would
       have anticipated and at the end of that, the voter
21

22    went down -- went over to some chairs to sit and
       wait, and I noticed that the manager started shutting
23

24    that DRE machine down, closing it up, and so that was

25    unusual to me and I wanted to figure out what was
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000228

Page 1397

```
 1       going on.  Why was that machine getting closed?  Was

 2       there a problem?
                 So at first I was just observing.  I didn't want
 3

 4       to get in the way of whatever the manager was doing.
         And I went over to talk to the voter.  She was
 5

 6       actually just sitting and waiting for her ride so
         that she could get back to her home.  So I went up to
 7

 8       her and asked her if everything okay.  Was she able

 9       to vote?  And --

10       MR. LINDSEY:  And, Your Honor, I'll object. Ms.

11  LeClerc's been asked [inaudible] what the voter said to be
     hearsay.
12

13       THE COURT:  [inaudible].  She asked her, fine.  Go
     ahead, what's next?
14

15  BY MR. BROWN:
                 Q.   Did you have a conversation with the voter?
16

17            A.   I had a conversation with the voter.

18            Q.   And based upon that conversation, did you
         have an understanding of what was happening?
19

20       THE COURT:  No.  Understanding what's happening is
     hearsay.
21

22       MR. BROWN:  Okay.
         THE COURT:  Did you did anything as a result of it?
23

24  BY MR. BROWN:

25            Q.   What did you do in response to receiving
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000229

Page 1398

Case 1:17-cv-02989-AT   Document 449-8   Filed 07/03/19   Page 230 of 661

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019                        Page 70

```
1        the information from the voter?

2             A.   So, I waited for the manager to finish up
         what she was doing with the machine and then
3

4        approached her to ask what happened, what -- why was
         the machine had been closed, what was going on.
5

6             Q.   And what did the manager tell you?
         MR. LINDSEY:  Again, I'll object, on hearsay.
7

8        MR. BROWN:  That is an admission.  The manager is

9    employed by the defendants.  That's an admission.

10   THE COURT:  Well, does Fulton County -- does Fulton

11   County have anything to say about that?
         MR. LINDSEY:  [inaudible].
12

13       MS. BURWELL:  Well, Your Honor, the -- it is true
     that the poll manager would be employed by Fulton County,
14

15   but I don't believe that the poll manager is in a position
     to bind the County.
16

17       THE COURT:  I -- I -- I agree with that, but I'm

18   going to let the witness say what she said.
         MR. BROWN:  Thank you, Your Honor.
19

20       THE WITNESS:  So, the poll manager told me that she
     needed to close the machine because that machine had self-
21

22   cast the voter's ballot before the voter had finished
     voting.  And the manager told me that she was assisting
23

24   the voter on the review screen.  So after you make your

25   selection to get the review screen.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000230

Page 1399

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 71

```
 1          And the manager noticed that the -- there was no

 2     selection made for the race for lieutenant governor and
        for one other race, which the manager didn't name to me.
 3

 4     And so she had asked the voter -- the voter intended to
        vote in those races.  The voter said, yes --
 5

 6          MR. LINDSEY:  That would be an objection, Your Honor.
        That's what the voter said.
 7

 8          THE COURT:  That's hearsay at this point.

 9          MR. LINDSEY:  Yes.

10          THE COURT:  But as a result of that -- I'm going to

11     let it go ahead on this one.
             MR. BROWN:  Okay.
12

13          THE COURT:  Uh --
             MR. BROWN:  Go ahead, Ms. LeClerc.
14

15          THE WITNESS:  So, the manager pointed to where the
        lieutenant governor race was, and the voter put her finger
16

17     on the area for the lieutenant governor race selection so

18     she could vote for the lieutenant governor race.  And
        instead -- which is nowhere near the area for submit
19

20     ballot, but when she touched lieutenant governor, the
        machine said, your ballot has been submitted and there was
21

22     nothing they could do at that point.
             So, it just self-cast before the voter could actually
23

24     make her selection on the lieutenant governor or the other

25     race.
```

www.huseby.com            **Huseby, Inc.  Regional Centers**            **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000231

Page 1400

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 72

 1    BY MR. BROWN:

 2           Q.   Did you observe whether the poll officials
      took that machine out of service at that time?

 3

 4           A.   Yes.  The manager did take it out of
      service immediately.

 5

 6           Q.   And then was that machine put back in
      service?

 7

 8           A.   It was put back in service later in the

 9    day.  Yes.

10    THE COURT:  Let's -- let's take a morning break, take

11    a 10-minute break.
              MR. BROWN:  Thank you, Your Honor.

12

13           [Off the record at 10:25 a.m., and back on the record

14

15    at 10:37 a.m.]

16

17           THE COURT:

18                    CONTINUATION DIRECT EXAMINATION

19

20                       OF SARA LECLERC

21

22    BY MR. BROWN:
              Q.   Ms. LeClerc, returning to your testimony

23

24    about your observations at the AME Church, did you

25    take any photographs of the poll tapes when you were

www.huseby.com                 **Huseby, Inc.  Regional Centers**              800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
                                                                        000232

Page 1401

```
 1    there?

 2         A.   Yes.  I took photographs of the tops of the
      poll tapes that were able to print.
 3

 4         Q.  And did you have the opportunity to observe
      any issues with the electronic polling?
 5

 6         A.   Yes.  And --
           Q.   And what did you see?  What did you
 7

 8    observe?

 9         A.   So as far as the poll tapes were concerned

10    it's -- was my understanding that he receives at the

11    end of the night they print out a tape giving a
       record of whatever votes have been cast or at least a
12

13    breakdown by races, by each race.
              At this location there were five DRE machines,
14

15    but this instance one of the machines would not print
       at all and the manager and workers tried many
16

17    different ways to try to get it to print.  They

18    called the technical support, but they were never
       able to successfully from the fifth machine.  So I
19

20    was not able to observe the tape of that fifth
       machine.
21

22         Q.   Ms. LeClerc, what was the manager's
       reaction, if any, to the difficulties that you
23

24    described that the senior voter experienced?

25         A.   To me she appeared very alarmed by what had
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000233

Page 1402

```
 1        happened.  When I spoke with her, she -- her tone of

 2        voice was just kind of frantic and her -- you know,
          she just with her arms and she couldn't believe that
 3

 4        the vote had cast because the voter's finger was
          nowhere near the area for the submit ballot.  So she
 5

 6        was just -- just incredulous to me.
                    Q.   Did she indicate to you whether she was
 7

 8        going to file some sort of complaint with the

 9        Secretary of State?

10             A.   She did at one point that day.  She said

11        she was going to -- she planned to file some
          complaints because there were multiple technical
12

13        issues that day that they experienced.
               MR. BROWN:  Your Honor, that is the last question I
14

15     have for Ms. LeClerc.  I have misplaced the photographs
       that I was going to have tendered to her and I will --
16

17        THE COURT:  [inaudible] to put them in, [inaudible].

18        MR. BROWN:  Thank you, Your Honor.
          THE COURT:  [inaudible].
19

20        MR. BROWN:  Oh, okay.
          MS. LECLERC:  May -- I'm sorry; may I make --
21

22        THE COURT:  No.  You can't say anything else.

23

24                    CROSS-EXAMINATION

25                    OF SARA LECLERC
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000234

Page 1403

1

2   BY MR. LINDSEY:
              Q.   Ms. LeClerc, your primary role that day was

3

4       to try to tabulate the votes that were being cast
         from Ms. Abrams, correct --

5

6              A.   Uh --
              Q.   -- and report back to the Democratic Party;

7

8       would that be fair?

9              A.   No. No. That would not be fair.

10             Q.   Well, that's what you did, though, didn't

11      you?
              A.   That was one component of what I did but it

12

13      was not about Ms. Abrams.  It was just about
         reporting total numbers --

14

15             Q.   Oh, okay.
              A.   -- of votes cast, not by race or anything

16

17   like that.  It wouldn't -- [inaudible] like that.

18             Q.   I'm sorry.  No problem.  What I'm saying --
         so some -- I want to make sure I understand.  Your

19

20      job was to try to report back to the Democratic Party
         the total votes that were cast from that precinct;

21

22      correct?
              A.   That was one of the [inaudible].

23

24             Q.   Okay.  Thank you.

25             A.   [inaudible].

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000235

Page 1404

1      Q.   And you reported what you understood to be

2    the total number of votes that were cast in that
     precinct; correct?
3

4      A.   Yes, I did.
       Q.   Okay.  Were you ever informed that there
5

6    was any kind of discrepancy with what was ultimately
      reported to the Secretary of State's office about the
7

8    total number of votes that were cast in -- from that

9    precinct?

10      A.   I don't know what was reported to the

11   Secretary of State --
        Q.   Okay.
12

13      A.   -- I just know what the poll workers and
     managers told me and what was printed on the --
14

15      Q.   Okay.
        A.   -- four out of five tapes that printed.
16

17      Q.   Okay.  And you reported that -- my question

18   is, did you ever receive back word from the
     Democratic Party that they was a discrepancy?
19

20      A.   No.
        Q.   Okay.  Thank you.  In regards to this
21

22   elderly worker from this report that you did, the
      elderly worker thought -- rather the elderly voter
23

24   thought that her vote had been properly cast;

25   correct?

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000236

```
1            A.   She thought it had been submitted; that her

2       ballot had been submitted.
             Q.   Yes.  And she didn't have any objections,
3

4       correct, when you talked to her?
             A.   No.
5

6            Q.   Let me -- I think I've asked in the form of
        a negative.  Let me clean it up.  My momma told me
7

8       never to do that.  Did this voter ever report to you

9       any complaints about whether her vote had been

10      properly recorded?

11           A.   No.
             Q.   Okay.
12

13
                         CROSS-EXAMINATION
14

15                       OF SARA LECLERC

16

17  BY MR. TYSON:

18           Q.   Good morning, Ms. LeClerc.  My name's Bryan
        Tyson with the Gwinnett Board of Elections.  I just
19

20      wanted to ask you briefly.  You indicated you were a
        poll watcher, but later you said you were observing.
21

22      Were you a registered poll watcher or were you still
        an observer?
23

24           A.   Yes.  I was a -- I was officially appointed

25      as a, I'm not sure if it's called poll watcher or
```

www.huseby.com                    Huseby, Inc.  Regional Centers                    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000237

Page 1406

1          poll observer.  But yes, I got a credential so that I

2          could be there and observe.
                    Q.   And that was by the Democratic Party;

3          correct?

4                    A.   Yes.

5

6                    Q.   Okay.  And regarding the voter that you
           testified about, do you know what her name was?

7

8                    A.   I do not.

9                    Q.   Okay.

10         MR. TYSON:  Thank you.

11                            CROSS-EXAMINATION

12

13                         OF SARA LECLERC

14

15    BY MS. BURWELL:
                    Q.   Ms. LeClerc, the Exhibit 2 that had your

16

17         notes?

18                    A.   Yes.
                    Q.   Does that include the incidents -- all the

19

20         incidents you testified about today?
                    A.   Yes.  Everything I talked about today,

21

22         those incidents are in the notes.
                    Q.   Okay.  Is there anything that's not in your

23

24         notes that you found -- excuse me?

25                    A.   Yes -- I mean, of course there -- I had

```
 1        many observations that I didn't put in my notes, yes.

 2             Q.   But the things that you thought were
          important were the things that you put in the notes

 3

 4        that are Exhibit 2?
               A.   That's right.

 5

 6             Q.   Okay.  Thank you.
          MR. BROWN:  I don't have any further questions, Your

 7

 8   Honor.

 9        THE COURT:  Okay.  You may go back to your seat.

10   Thank you.  Next witness?

11

          [Thereupon, the testimony of the witness concluded at

12

13   _ a.m.]

14

15        MR. BROWN:  The plaintiffs would call plaintiff
     Jeanne Dufort.

16

17        Please raise your right hand.  Do you promise to tell

18   the truth, the whole truth and nothing but the truth?
          THE WITNESS:  I do.

19

20        MR. BROWN:  Please have a seat.

21

22   Thereupon:

23

24                    JEANNE DUFORT

25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000239

Page 1408

```
 1        was called as a witness by the Petitioner; and,

 2   having been duly sworn, testified as follows:

 3

 4                      DIRECT EXAMINATION
                          OF JEANNE DUFORT
 5

 6

 7   BY MR. BROWN:

 8        Q.   Please have a seat so we can hear you

 9   through the microphone.  Please state your full name

10   for the record.

11        A.   My name is Jeanne Dufort.
          Q.   Ms. Dufort, are you a plaintiff in this
12

13   election?
          A.   I am.
14

15        Q.   In this litigation?  Where are you from?
          A.   I live in Madison, Georgia, in Morgan
16

17   County.

18        Q.   Are you a registered elector of the State
     of Georgia?
19

20        A.   I am.
          Q.   Are you a resident of Morgan County?
21

22        A.   I am.
          Q.   And were you entitled to vote for either
23

24   Mr. Duncan or Ms. Amico in the contested election?

25        A.   Yes.
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000240

Page 1409

```
 1            Q.   Mr. Dufort, what interest, just generally

 2        and be very brief, but just to introduce yourself to
          the Court.  What is your interest generally in

 3

 4        political activities and the election activities?
                  A.   So, when I turned 18, I did two things.  I

 5

 6        registered to vote and I registered to donate funds.
          And I've been doing both ever since.  Gave --

 7

 8        THE COURT:  [inaudible]

 9        THE WITNESS:  -- because I can do that, right?  And

10   both of them --

11        THE COURT:  It wasn't in the context.  Go ahead.
              THE WITNESS:  Both of them lifelong habits, just

12

13        depends. Thanks to Sister Aletha, my high school
          civics teacher, I became very interested in American

14

15   political science and I was a major in that at the
     University of Chicago, which also while I was there as a

16

17   student was the first time, I was a poll watcher.  So I

18   would say it's a lifelong habit of mine to be passionate
      about moving and about the wonderful and amazing system we

19

20   have of self-governance in the United States.
     BY MR. BROWN:

21

22            Q.   Ms. Dufort, have you been a poll watcher in
          Georgia?

23

24            A.   Yes.  Most recently in the 2018 general

25        election I was a registered poll watcher.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000241

Page 1410

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
**Transcript of Hearing Proceedings on 01/17/2019**      **Page 82**

```
 1              Q.   Thank you.

 2         MR. BROWN:  I don't have any further questions.
           MR. LINDSEY:   Your Honor, I have four pages of
 3

 4    detailed cross-examination [inaudible].
           THE WITNESS:   Thank you.
 5

 6         MR. LINDSEY:   Just have to thank you for being a poll
      watcher and I apologize to the young woman for not
 7

 8    thanking her for being a poll watcher as well.   That's

 9    hard work, all.

10         THE COURT:   I assume you're just trying to establish

11    qualifications as planned.
           MR. BROWN:   That's correct.
12

13         THE COURT:   Okay.
           MALE:   [inaudible]
14

15         MS. BURWELL:   Nothing for Fulton County.
           THE COURT:   Okay.
16

17         THE WITNESS:   Thank you.

18
           [Thereupon, the testimony of the witness concluded at
19

20    11:41 a.m.]

21

22         MR. BROWN:   As long as you stipulate that they are
      voters and they voted in the election.   That's all
23

24    [inaudible].

25         We're going to enter into a stipulation, Your Honor,
```

www.huseby.com      **Huseby, Inc.  Regional Centers**      **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000242

Page 1411

 1   to accelerate this and that is that the plaintiffs are

 2   registered voters, that they were entitled to vote in the
     November 6th election for the contested election and that
 3

 4   would satisfy -- it would eliminate the need to call the
     other -- thank you, Your Honor.
 5

 6        MR. LINDSEY:  No objection
          THE COURT:  And does Gwinnett agree with that --
 7

 8        MR. BROWN:  Thank you, Your Honor.

 9        THE COURT:  Fulton agree with that?

10        MR. BROWN:  Thank you.

11        THE COURT:  Yeah. They have to be. I understand.
          MR. BROWN:  Just a short break, Your Honor.
12

13        THE COURT:  Okay.  Can we go forward, please?
          MR. BROWN:  The plaintiffs will call Chris Brill and
14

15   we're going to get him now.
          THE COURT:  Yeah. [inaudible] go do that.
16

17   [inaudible].

18        MR. BROWN:  Please raise your right hand.  Do you
     promise to tell the truth, the whole truth and nothing but
19

20   the truth?
          THE WITNESS:  I do.
21

22        MR. BROWN:  Please have a seat.

23

24   Thereupon:

25

000243

```
 1                    CHRISTOPHER BRILL

 2
          was called as a witness by the Petitioner; and,
 3

 4    having been duly sworn, testified as follows:

 5

 6                    DIRECT EXAMINATION
                    OF CHRISTOPHER BRILL
 7

 8

 9    BY MR. BROWN:

10         Q.   Please state your name for the record.

11         A.   Christopher Brill.
           Q.   And Mr. Brill, by whom are you currently
12

13    employed?
           A.   A company called TargetSmart. TargetSmart.
14

15         Q.   And have you been engaged by the plaintiffs
      to give expert advice in this matter?
16

17         A.   Yes.

18         Q.   I would like to go through your background
      a little bit and your experience, if I may.  Where
19

20    did you graduate from college?
           A.   University of New Mexico.
21

22         Q.   And what did you study?
           A.   Political science.
23

24         Q.   And what have you been doing since

25    graduating from University of New Mexico?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000244

Page 1413

1      A.   I'm working mostly with political

2   consulting, so working with political campaigns,
    nonprofits, activist organizations on electoral

3

4   strategies and how to reach hard-to-reach
    electorates.

5

6      Q.   And have you -- you've at TargetSmart since
    graduating?

7

8      A.   No, I have not.  Just for the past six

9   years.

10     Q.   Okay.  And to get a little better idea of

11  your actual work experience, describe the business of
    TargetSmart.

12

13     A.   So, TargetSmart puts together -- our core
    business is putting together databases, such as

14

15  individual voter -- voter-level databases using the
    statewide voter files, election results, other types

16

17  of publicly available information, consumer data, to

18  try to build advice and help clients determine how to
    target voters, how to reach voters, and how to engage

19

20  in local campaigns.  So that's kind of our main
    business focus.

21

22     Q.   And describe who your clients would be or
    the different categories of clients.

23

24     A.   So, clients could be (C) -- you know (C)(3)

25  or (C)(4) organizations so that our nonprofits or

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000245

Page 1414

```
 1    other organizations.  They could political committees

 2    such as national party committees.  They could also
       be other nonprofits.  So kind of a range of -- from
 3
 4    nonprofits to political campaigns and the like.
            Q.   And describe, if you will, a -- the kind of
 5
 6    work that you would do for a nonprofit or a political
       party, let's say, or political organization, and go
 7
 8    through exactly what you, Chris Brill, would do if

 9    you could.

10         A.   Yes.  So if a political party or candidate,

11    you know, approached us, usually it's about they want
       to study the election they're about to run in and,
12
13    you know, how they want -- how to go about trying to
       get to essentially a win.  So we go in and -- myself.
14
15    I'll analyze the election.
            I will see what happened the past, how many
16
17    votes were cast in the past; you know, how different

18    candidates perform and then we usually try to -- we
       call it election math, essentially, so we try to, you
19
20    know, game out, okay, this is what's happened before,
       this is what we think is likely to happen in this
21
22    next election, and so let's develop a strategy to
       kind of get you potentially to win.
23
24         So we use the voter file.  We use election

25    results.  We use other types of modeling and other
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000246

Page 1415

1    strategies to try to help them be as efficient as

2    they can with the resources usually limited and how
     they can go about trying to be successful, and so on.

3

4        Q.   Mr. Brill, do you have any experience
     evaluating the voting trends among various

5

6    demographics?
              A.   Yes.

7

8        Q.   And do you have -- describe that

9    experience.

10       A.   Yes.  So generally it usually breaks down.

11   We look at individual -- different individual
     demographics and trends.  So, for instance, we'll

12

13   look at everything from a voter's age to race,
     gender, ethnicity.  We use polling to try to tease

14

15   out, you know, where our voters kind of coming down
     on an issue or candidate based on those demographics.

16

17       We'll also use the geographic information that's

18   available so, you know, whatever comes in from the
     census.  There's also election results and try to

19

20   package all that together into a strategy that they
     could use to try and contact these specific voters in

21

22   certain areas.  And again, it's really about trying
     to find these deficiencies because there's a lot of

23

24   voters and trying to figure out which ones you want

25   to try to engage with and how to engage with them.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                   000247

Page 1416

```
 1        Q.   And I take it in your experience you have

 2   experience analyzing voting trends; correct?
          A.   Yes.
 3

 4        Q.   Do you have experience -- have you ever
     been an expert witness before?
 5

 6        A.   I have not, no.
          Q.   Okay.  Have you -- do you have experience
 7

 8   in evaluating voting participation?

 9        A.   Yes.

10        Q.   Okay.  And what is that experience?

11        A.   Generally, that will -- we'll look at, you
     know, past turnout trends.  So we'll see, you know,
12

13   what does turnout look like in previous elections.
     We will look at things like drop-off, especially for
14

15   our clients that are down-ticket to try to determine
     -- you know, how to mitigate drop-off if you can, and
16

17   we'll work with, you know, trying to, you know, use

18   again, the voter file, kind of geographic data to
     kind of craft -- you know, look at the trends that
19

20   especially, you know, demographically is also
     politically to try to see, you know, how leverage
21

22   those trends to be, again, successful in their
     campaign and for everyone.
23

24        Q.   Let me take one piece of that and ask you

25   another question on it.  Did you say that you might
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000248

Page 1417

1      be engaged by a down-ballot candidate?

2           A.   Yes.
            Q.   And is one of the concerns they would have
3

4      being under-voting?  Is that -- might be a concern?
            A.   Correct.  Yes.
5

6           Q.   Okay.  And would your work involve
       evaluating why people don't vote for a particular
7

8      race if they are voting at all?

9           A.   Correct.  Yes.

10          Q.   Okay.

11      MR. BROWN:  Your Honor, I would like to tender Mr.
       Brill as an expert witness on voting trends and on reasons
12

13     for under-voting and for his evaluation of specific
       results of the 2018 election.
14

15      MR. TYSON:  I'd like to ask more questions of Mr.
       Brill, if I may.
16

17      THE COURT:  Yes.  Go ahead.

18      MR. TYSON:  Good morning, Mr. Brill.  My name is
       Bryan Tyson.  I represent the Gwinnett County Board of
19

20     Registrations and Elections.  I just had a couple of
       questions for you.
21

22
                         CROSS-EXAMINATION
23

24                       OF CHRISTOPHER BRILL

25

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000249

Page 1418

```
 1   BY MR. TYSON:

 2          Q.   You were explaining earlier to Mr. Brown
        about your role with voting trends and those kinds of
 3
        things.  Have you ever had any study or done any
 4
        analysis of ballot design?
 5
            A.   Ballot design?  No.
 6          Q.   Have you had any experience in election
 7
        administration in terms of you personally helping
 8
        administer an election?
 9
            A.   No.
10
            Q.   Do you have any knowledge of DRE machines
11      in Georgia or how they function technically?
12
            A.   No.
13          Q.   Okay.  So it's correct, isn't it, you have
14
        no firsthand knowledge of any DRE machine in the
15      state of Georgia that was used in the 2018 general
16
        election; correct?
17
            A.   Correct.
18          Q.   Okay.
19
        MR. TYSON:  All right, Your Honor, at this time we
20   would -- Gwinnett County would object mostly on those
21
     questions I'd asked first.
22       THE COURT:  Anybody else got any questions?
23
        MR. TYSON:  Your Honor, we object to Mr. Brill's --
24
        THE COURT:  No, I understand that.  Let me do --
25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000250

Page 1419

```
 1        MR. TYSON:  Yes.  I'm sorry.

 2        MR. LINDSEY:  Your Honor, just a couple questions.

 3

 4                    CROSS-EXAMINATION
                   OF CHRISTOPHER BRILL
 5

 6
      BY MR. LINDSEY:
 7

 8          Q.   You've never worked on a campaign in

 9      Georgia; is that correct?

10          A.   Like a candidate campaign?

11          Q.   Yeah.
            A.   No.
12

13          Q.   Okay.
         MR. LINDSEY:  No further questions.
14

15      MS. BURWELL:  I have no questions.
         THE COURT:  Okay.
16

17      MS. BURWELL:  Okay.

18      MR. TYSON:  Your Honor, we do object to Mr. Brill's
     admission as an expert on this case.  First of all, on the
19

20   issue of voting trends, that has nothing to -- under
     702(b) facts and issues of the case; voting trends are not
21

22   an issue in this case.
            As to -- in terms of the reasons for the under-vote,
23

24   Mr. Brill just testified that he has no experience in

25   terms of ballot design, election administration, what's
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000251

Page 1420

1   going on with the DREs; and as to the specific results of

2   this particular under-vote we would, on the same issue,
    that he has no experience that's relevant to the Court to

3

4   determine the issue of this particular case.
         THE COURT:  Anyone else at this time?  Nope?  Okay.

5

6      MR. LINDSEY:  We would join in the objection, Your
    Honor.

7

8      MR. BROWN:  Yeah, Your Honor, the argument that Mr.

9   Tyson made was not about what he's being tendered as an

10  expert in.  In that end, I have established that he does

11  have expertise in what he's going to testify about.  And
    it is abundantly clear under Georgia law that he should be

12

13  qualified as a witness to both discuss the actual election
    results and what possible reasons for the under-vote there

14

15  might be.  And it may go to wait, but it certainly does
    not go to admissibility.  Thank you, Your Honor.

16

17     THE COURT:  I'm not going to qualify him as an

18  expert.  I don't think that's an area of expertise.  And
    I'm having trouble with that.  He's going to say why the

19

20  numbers were this way and what could have happened.  An
    expert usually says what has happened, and I'm not going

21

22  to let you qualify him as an expert.  You can ask him
    questions and see where we go.

23

24     MR. BROWN:  Sure.  I'm going to ask you some

25  questions about what has happened.

```
 1

 2                    REDIRECT EXAMINATION
                     OF CHRISTOPHER BRILL
 3

 4
       BY MR. BROWN:
 5

 6              Q.   You with me, Mr. Brill?
                A.   Yes.
 7

 8        MR. BROWN:  Your Honor, this is a borderline issue

 9   and it may be rearguing and if it is, I apologize, but I -

10   - this is an important witness to us and an important line

11   of inquiry.
              We would be asking Mr. Brill to explain possible
12

13   causes for under-voting and the point of that testimony is
       to rebut the -- is to address the issues of why other than
14

15   machine malfunction there might be for an under-vote.  And
       he has testified that he advises clients on that issue and
16

17   that that is something that he is knowledgeable about.

18        THE COURT:  Years ago I was trying a case in front of
       old Judge [inaudible], he was quite a character, and me
19

20   and the DA -- I was defending -- me and the DA were going
       at it and he goes, doesn't a judge get time to think?
21

22        Give me time to think about this one a little bit.
       Let me -- and make sure I understand you.  He wants to put
23

24   up a bunch of ideas about why there was an under-vote.

25   And you think that's an expertise?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000253

```
 1        MR. BROWN:  Based upon his experience and his

 2   knowledge about what to address, the possible areas of
      under-voting, of why it would be under-voting and why it
 3

 4   might not be based upon his knowledge and experience.
          THE COURT:  Well, I don't see that he has any
 5

 6   expertise.  I'm having trouble with that.  You know, he's
      done some things and he's got some ideas; that doesn't
 7

 8   make him an expert.  He doesn't have any training; he

 9   doesn't have any background; he doesn't have -- I'll let

10   you ask the questions and we'll see where we go.

11        MR. BROWN:  Thank you, Your Honor.
          THE COURT:  Uh-huh.
12

13   BY MR. BROWN:
               Q.   Did you review the results of the 2018
14

15        election in Georgia?
               A.   Yes.
16

17          Q.   And describe for the Court where you looked

18        at and what you reviewed.
               A.   Yeah.  So I examined the totals that were
19

20        cast for eight ticket races that were on the ballot
           from governor down to I believe commissioner of
21

22        labor.  And then I examined the under-vote that took
           place for each of those races to try to see, you
23

24        know, what that trend looked like and that's when I

25        first saw, you know, the outlier and the anomaly that
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000254

Page 1423

```
 1    was the lieutenant governor's vote totals.

 2         So what my analysis kind of focused on was
      trying to figure out exactly what -- where that
 3

 4    under-vote came from, what counties, why -- you know,
      why vote the way it did and what kind of reasons, you
 5

 6    know, that could possibly, you know, entail for it.
           Q.   And the information that you received came
 7

 8    from the Secretary of State's databases; is that

 9    right?

10         A.   Correct.  Yes.

11         Q.   And in the course of your work, do you
      sometimes also review data from other states?
12

13         A.   Correct.  Uh-huh.
           Q.   And do you also review historical data,
14

15    like say, from Georgia?
           A.   Yes.
16

17         Q.   And did you look at the Secretary of

18    State's information in Georgia on older Georgia
      races?
19

20         A.   Yes.
           Q.   And did you compare the voting trends and
21

22    patterns between this race and prior Georgia races in
      other states, lieutenant governor races?
23

24         A.   Yes.

25         Q.   And is that the kind of work that you do
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000255

Page 1424

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/17/2019**      **Page 96**

```
 1        for a living also for your clients?

 2              A.   Yes.
                Q.   And does that require you to look at
 3

 4        various databases and to sift a lot of different
          information in a systematic way?
 5

 6              A.   Yes.
           MR. TYSON:  Your Honor, Mr. Brown is leading the
 7

 8   witness on a lot of these points and he's testifying.  I

 9   think he needs to ask questions that are directly

10   addressing the witness.

11   BY MR. BROWN:
                Q.   Mr. Brill, in your experience, have you
12

13        developed an expertise or understanding of reasons
          for under-voting?
14

15              A.   Yes.
                Q.   And without disclosing the reasons for
16

17        under-voting can you testify as to how you gained

18        that experience and expertise?
                A.   By examining thousands of elections across
19

20        all 50 states.
           MR. BROWN:  Your Honor, I would like to retender Mr.
21

22   Brill as an expert on under-voting and the particular
      reasons for under-voting, and how his understanding of
23

24   under-voting relates to what he's observed in the results

25   which are in evidence of the Georgia election.
```

www.huseby.com      **Huseby, Inc.  Regional Centers**      **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000256

Page 1425

```
 1        MR. TYSON:  Your Honor, we'll renew our objection on

 2   this point as to Mr. Brill; that he certainly could have
      looked at a lot of numbers, but numbers alone are not
 3

 4   going to tell you why something is happening and I think
      that's what Mr. Brown is trying to get at as to Mr.
 5

 6   Brill's opinion about why and he has not shown Mr. Brill
      has expertise from just looking at various numbers on that
 7

 8   point.

 9        MR. LINDSEY:  I'll also add to that objection, Your

10   Honor.  There's been no testimony whatsoever that this

11   individual has any intimate knowledge regarding the
      details of this particular race that took place;
12

13   therefore, he would not be qualified to be a --
              THE COURT:  I'm not going to qualify him as an
14

15   expert.  I mean, the reasons why, I mean, there are some
      pretty obvious simple statements in any race, but I have
16

17   trouble with reasons why.  You can testify to numbers and

18   all that kind of thing.  I don't see -- reasons why, this
      isn't going.  Next question.
19

20        MR. BROWN:  Thank you, Your Honor.
              THE COURT:  P-3?
21

22        MR. BROWN:  Yes.
      BY MR. BROWN:
23

24           Q.   Mr. Brill, is P-3 your affidavit?

25           A.   I'm sorry?
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000257

Page 1426

```
 1              Q.    Is P-3 your --

 2         MR. BROWN:  Well, Plaintiff's Exhibit 3 your
      affidavit?
 3

 4
           [Thereupon, the referred-to document was entered into
 5

 6    evidence as Plaintiff's Exhibit No. 3]

 7

 8         THE WITNESS:  Oh, I -- yes.

 9    BY MR. BROWN:

10              Q.    And without disclosing any contents yet --

11         MR. TYSON:  Counsel, could I get a copy?
           MR. BROWN:  Oh, I'm very sorry.  Sorry about that.
12

13         THE COURT:  Let me cycle the record to everybody.
      Various people made proffers of evidence; I did not look
14

15    at any of them.  Everything should come in the courtroom.
      BY MR. BROWN:
16

17              Q.    Mr. Brill, without disclosing the contents

18         of it yet, at the plaintiff's request you prepared a
           report on the analysis of the 2018 Georgia lieutenant
19

20    governor under-vote; correct?
                A.    Correct.
21

22              Q.    And in the course of that you observed
           certain numbers that came from the Secretary of
23

24    State; correct?

25              A.    Correct.
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000258

Page 1427

1        Q.   And did you analyze those -- well, did you

2   present those numbers on page two of your report to
    the Coalition?

3

4        A.   Yes.  I did.
         Q.   Okay.  Let me refer you to Table 1, which

5

6   is entitled, Total 2018 Under-Vote by Office; do you
    see that?

7

8        A.   Yes.

9        Q.   Does that -- is that table an accurate

10  report of information from the Secretary of State's

11  website?
         A.   Yes.

12

13       Q.   And it shows -- and just explain in terms
    of your terminology these columns.  The first column

14

15  is the name of the race; correct?
         A.   Correct.

16

17       Q.   The second one is the total number of votes

18  that that race attracted; correct?
         A.   Correct.

19

20       Q.   And the third is what you call the under-
    vote; is that right?

21

22       A.   Yes.
         Q.   And here -- the way you do it, the under-

23

24  vote is a comparison between the particular race and

25  the governor's race; is that --

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                    000259

Page 1428

1          MR. LINDSEY:  Your Honor, if I could object.  Mr.

2     Brill can testify to what these terms mean instead of Mr.
       Brown explaining those and he's the leading the witness

3

4     again on that.
            MR. BROWN:  Sure.  I'll withdraw the question.  I'm

5

6     just trying to speed it up, Your Honor.
           BY MR. BROWN:

7

8          Q.   Mr. Brill, what is the under-vote -- what

9     is the calculation for the under-vote?

10         A.   I calculated it by comparing the total that

11    was cast for the governor's election and comparing
       that against the total that was cast for every other

12

13    election [inaudible].
           Q.   Is the under-vote different than the under-

14

15    vote of the total number of people who voted?
           A.   It would be, yes.  Yes.

16

17         Q.   Is that because some people don't even vote

18    for a governor?
           A.   Correct.

19

20         Q.   Okay.  Do you have an understanding of how
       many, just in general terms, people in this election

21

22    did not vote for governor?
           A.   I would have to double check, but I think

23

24    it was something along the lines of 10 to 15,000,

25    maybe.  I don't have an exact number in front of me.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000260

Page 1429

```
 1        Q.    Fair to say it would be a small portion of

 2   even 1 percent?
              A.    It's a fraction of a percent.
 3

 4        Q.    And then in the last column it says,
     dropout versus governor; do you see that?
 5

 6        A.    Yes.
              Q.    And that would reflect the percent -- what
 7

 8   does that -- what is that calculation?

 9        A.    So that calculation again is just taking

10   the under-vote and -- as the percentage of the total

11   cast for governor.  So, example, lieutenant governor,
      the under-vote was about 4 percent lower than the
12

13   total that was cast for governor; and then secretary
      of state, 1.4 percent and so forth.  It's just taking
14

15   the under-vote number there and dividing it by the
      total votes cast for governor.
16

17        Q.    Let me direct your -- you testified earlier

18   that you reviewed data on the Secretary of State's
      website relating to prior elections in Georgia; is
19

20   that correct?
              A.    Yes.
21

22        Q.    And are those presented in Table 2?
              A.    Yes, they are.
23

24        Q.    And if you would just describe to the Court

25   what those rows and columns show.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000261

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
**Transcript of Hearing Proceedings on 01/17/2019          Page 102**

1          A.   Yes.  So, it's again the same calculation

2     as in Table 1, except looking at elections from 2002
      to 2018, and so essentially in calculating that

3

4     under-vote percentage for each of those races across
      election -- across each election cycle up to 2018.

5

6          Q.   And which has the highest under-vote total?
           A.   The 2018 lieutenant governor's race.

7

8          Q.   And looking at the four prior races, have

9     you calculate the average under-vote for the

10    lieutenant governor's race for those four years?

11         A.   Yes.  It was around 0.8 percent.
           Q.   And can you do in your head -- doing the

12

13    math it would be necessary to determine what the
      under-vote number would be if the historical trend of

14

15    .8 were applied today?
           A.   If you have a percentage, the under-vote

16

17    would be around 31,532 -- thousand votes on under-

18    vote assumption.
      THE COURT:  Say that again.  Someone coughed.

19

20    THE WITNESS:  31,532, I believe.  In that range.  I
      can double check exactly -- that exact amount.

21

22  BY MR. BROWN:
           Q.   And so rather than the under-vote being --

23

24    let me direct your attention back up to Table 1.

25         A.   Uh-huh.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000262

Page 1431

1          Q.   Rather than the under-vote being 159,024,

2     if it had tracked the historical trend, it would be
      that number less 31,000-something; correct?
3

4          A.   Correct, yeah.
           Q.   Okay.
5

6          A.   Given all the -- what we know about
      elections, yes.  That would be correct.
7

8          Q.   Okay.  Now, did you review data from other

9     states lieutenant governor elections?

10         A.   I did, yes.

11         Q.   And is -- does Chart 1 on the next page of
      your affidavit show that information?
12

13         A.   Yes.
           Q.   That chart --
14

15    MR. BROWN:  Your Honor, did I neglect to give you a
      copy of this affidavit?
16

17    THE COURT:  No.  That's not in evidence.

18  BY MR. BROWN:
           Q.   The long bar here is from California?
19

20         A.   Correct.
           Q.   And did you do research to determine why
21

22    California had a much higher under-vote percentage?
           A.   Yes.
23

24         Q.   And did you -- and what did you find?

25    MR. TYSON:  Your Honor, I'll object.  Mr. Brill's

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000263

Page 1432

1   going to be testifying to why California had a higher

2   under-vote percentage.  I think under your prior
    explanation of terms in the opinion that's not an

3

4   appropriate area for him to testify to.
            THE COURT:  Sustained.

5

6   BY MR. BROWN:
            Q.   Mr. Brill, I'm not going to ask you about

7

8        why California looked that way.  My next question is,

9        apart from California, what state had the highest

10       under-vote total?

11            A.   Georgia.
            Q.   Let me direct your attention to the next

12

13       page of your analysis.
            Did you have the opportunity to compare the

14

15       under-voting in the Georgia race between votes that
         were cast electronically on the one hand in votes

16

17       that were cast on paper?

18            A.   Yes.
            Q.   And where did you get that information

19

20       from?
            A.   From the Secretary of State's website.

21

22       They make that county-level canvas available that I
         use.

23

24            Q.   Okay.  And does Chart 2, on the next page

25       of your report, show the under-vote percentage by

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000264

Page 1433

1   office and vote method?

2        A.   It does.
         Q.   And if you would just explain to the Court,
3

4   first for the lieutenant governor, what those bars
    show.
5

6        A.   So, I had to look at three here.  The first
    was Election Day under-vote and what that shows is
7

8   that lieutenant governor was about 4.5 percent rate

9   of under-vote.  Advanced voting of the early vote

10  person was around 3.9 percent.  But then absentee

11  voting was down to 1 percent.
         Q.   And is your understanding that advanced
12

13  voting is electronic voting?
         A.   That's my understanding, yes.
14

15       Q.   And so looking at the -- these bars, paper
    voting had only a 1 percent under-vote; is that
16

17  correct?

18       A.   Yes.
         Q.   But the electronic had over 4 percent
19

20  under-vote; is that correct?
         A.   Correct.
21

22       Q.   Okay.  Did you see that same -- those same
    types of numbers when you reviewed the Secretary of
23

24  State race or the attorney general race?

25       A.   I did not.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000265

```
 1            Q.    And what did you find when you reviewed

 2       those?
              A.    When I reviewed those, I found that the

 3

 4       under-vote percentages were relatively even across
         all those methods.

 5

 6       THE COURT:  Say that again.  Way too fast.
          THE WITNESS:  I'm sorry.  I found that the under-vote

 7

 8   was relatively consistent percentage-wise across all three

 9   methods of voting when you look at Secretary of State,

10   attorney general.

11   BY MR. BROWN:
              Q.    And so, you don't -- to make sure I'm clear

12

13       on this.  So you don't see the disparity between
           paper votes and electronic votes in the Secretary of

14

15       State's race or the attorney general's race that you
           saw in the lieutenant governor's race; is that

16

17       correct?

18       MR. TYSON:  Objection, Your Honor.  Leading.
           THE COURT:  Rephrase.  Sometimes when there's an

19

20   objection you don't bother responding and I -- on the
      record it looks like I didn't give you a chance to speak.

21

22   Well, I'm giving you a chance to speak; okay?
           MR. BROWN:  Your Honor, I'll withdraw the question.

23

24       THE COURT:  Okay.

25   BY MR. BROWN:
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000266

```
 1        Q.    Let's go through these individual numbers,

 2   Mr. Brill.  The Secretary of State's office, what was
     the Election Day percent under-vote?
 3

 4        A.    1.5 percent.
          Q.    What was the advanced voting percentage
 5

 6   under-vote for the Secretary of State?
          A.    1.3 percent.
 7

 8        Q.    And then what was the absentee voting

 9   percent?

10        A.    1.4 percent.

11        Q.    And then for the attorney general, what was
     the under-vote for Election Day?
12

13        A.    2.2 percent.
          Q.    What was the percentage for advanced
14

15   voting?
          A.    1.8 percent.
16

17        Q.    And what was the percentage for absentee

18   voting?
          A.    1.7 percent.
19

20        Q.    And just to review for the record to make
     sure I have it in there, on the lieutenant governor's
21

22   race, what was the percentage for Election Day
     voting?
23

24        A.    4.5.

25   THE COURT:  4.5 percent.  3.9 percent, 1 percent.
```

```
 1   Got it.

 2        MR. BROWN:  Thank you, Your Honor.
          THE COURT:  Paying attention.
 3

 4        MR. BROWN:  Thank you, Your Honor.  Thank you, Your
     Honor.
 5

 6   BY MR. BROWN:
               Q.   Mr. Brill, in your experience have you seen
 7

 8        a voting pattern ever before that looks like the

 9        voting pattern in the vote for the lieutenant

10        governor's race in Georgia?

11        MR. TYSON:  Your Honor, I'll object that Mr. Brill is
     not qualified as an expert on this.
12

13        THE COURT:  He's not qualified as an expert, Mr.
     Brown.  I'm not -- he's putting numbers -- he can put in
14

15   the numbers.  There's other things you can argue.
          MR. BROWN:  May I ask him what numbers he's never
16

17   seen that resemble this, Your Honor.

18        THE COURT:  Well, just -- just watch where you go.  I
     mean, you ask the questions, I'll rule as we go.
19

20        MR. BROWN:  Your Honor, I'll ask this.
     BY MR. BROWN:
21

22             Q.   And Mr. Brill, don't answer, because there
          may be an objection.  Have you seen numbers in your
23

24        review of all of the races that you've reviewed in

25        the course of your work that resemble the pattern
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000268

Page 1437

1       seen in Georgia, ever?

2       MR. TYSON:  And Your Honor, I'll object on that
    point, as we haven't laid a foundation for any --
3

4       THE COURT:  We're dealing with this -- this race.
    I'm not dealing with California, Nevada, wherever.  I'm
5

6   dealing with Georgia.
        MR. BROWN:  And I would like to ask a question for
7

8   the record.

9   BY MR. BROWN:

10          Q.   Were you able to reach any conclusions

11      about whether the data that you reviewed cast a doubt
        over the accuracy of the final vote?  And don't
12

13      answer yet.
        MR. TYSON:  Your Honor, objection for the same reason
14

15  that was stated.
        THE COURT:  I mean, you got the information from the
16

17  Secretary of State.  Whether it's valid or not; who knows?

18      MR. BROWN:  Your Honor, let me --
        THE COURT:  He -- he got the number [inaudible] that
19

20  what's he testified to. So I'm taking the numbers.
        MR. BROWN:  Yes, Your Honor.  The reason for asking
21

22  it is that it is, in my view, it is probative and it goes
    to weight as to whether this witness based upon his
23

24  experience believes that the numbers cast doubt upon the

25  election.  That's the reason for asking.

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                      000269

Page 1438

1          THE COURT:  No.  He can't -- he can't say that one

2    way or the other.  That's -- that's -- can be my decision,
     I'm afraid.  Okay.
3

4          MR. BROWN:  Your Honor, if I may have just a --
           THE COURT:  Surely.
5

6          MR. BROWN:  -- minute.
     BY MR. BROWN:
7

8              Q.   Mr. Brill, have you had the opportunity to

9          review the voting numbers that appear in the brief

10         that was filed by Defendant Duncan in this case?

11             A.   I believe so, yes.
           THE COURT:  Didn't you stipulate that at the last
12

13   hearing?
           MR. BROWN:  Huh?
14

15         THE COURT:  Wasn't there a stipulation that those
     numbers were correct at the last hearing?
16

17         MR. BROWN:  Yes, Your Honor.

18         THE COURT:  Hmm?  I thought there was.  I thought we
     --
19

20         MR. BROWN:  Yes.
           THE COURT:  So you would -- because I remember the
21

22   statement that you wouldn't have to prove them again.  So
     they're stipulated so you can talk about them.
23

24         MR. BROWN:  Yes, Your Honor.  Okay.

25   BY MR. BROWN:

```
 1              Q.   Mr. Brill, did you identify any misleading

 2      or incorrect statements in the brief?
            MR. LINDSEY:  Your Honor, I'm going to object to --
 3

 4      THE COURT:  You stipulated, Mr. Brown.
            MR. LINDSEY:  I'm going to object to this.
 5

 6      THE COURT:  You stipulated.
            MR. BROWN:  No, Your Honor, this is --
 7

 8      THE COURT:  You can talk about -- okay.  And the

 9  language misleading and all this kind of stuff.  Are your

10  numbers different from their numbers?

11      MR. LINDSEY:  Yes.  Your Honor, we're here today to
        listen to -- to present evidence to you as to our
12

13  particular points.  Both sides have delivered a brief to
        you beforehand.  I have no intention to simply bring up
14

15  their briefs and, you know, let's stick to the evidence as
        presented here today.  That being said --
16

17      THE COURT:  Get -- get to your --

18      MR. LINDSEY:  -- got my math off a little, Your
        Honor.
19

20      THE COURT:  Get to your point.
            MR. LINDSEY:  Right.
21

22      THE COURT:  If you will, Mr. Brown.
        BY MR. BROWN:
23

24              Q.   Did you have a chance to review the numbers

25      reflected in Paragraph 1 under District 4?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000271

Page 1440

```
 1        THE COURT:  Paragraph 1, Exhibit 4.

 2             A.   I don't think I have that document with me.
               Q.   Okay.
 3

 4        THE COURT:  Exhibit A, you mean?  You're talking
      about Exhibit A?
 5

 6        MR. BROWN:  This is in their brief, Your Honor.
          THE COURT:  Well, let me see what I'm looking at.
 7

 8    [inaudible] numbers, okay.  Go ahead, see where we're

 9    headed.

10    BY MR. BROWN:

11             Q.   Looking at brief -- do you have that in
          front of you?
12

13             A.   I do.
          THE COURT:  Which brief?  There are --
14

15        MR. BROWN:  This is Exhibit 4.  This is the response
      to Defendant Geoff Duncan to plaintiff's renewed discovery
16

17    demands and motion for continuance and --

18        THE COURT:  That's not the one I'm looking at.  I'm
      looking at the numbers on the back of the opposition to
19

20    plaintiff's motion for continuance.
          MR. BROWN:  Sorry.
21

22        THE COURT:  I don't know which other set you got.
          MR. BROWN:  Okay.  Sorry.
23

24        THE COURT:  Go ahead.  Ask him the question.

25    BY MR. BROWN:
```

1          Q.   Did you have an opportunity to -- if you

2     would look at that -- point number one, the impact of
      third-party candidates; do you see that?
3

4          A.   I don't have that in front of me at the
      moment.  I remember going over it but that's not the
5

6     brief that's in front of me.
           Q.   Okay.  Okay.
7

8     MR. BROWN:  I don't have any further questions.

9     Thank you.

10    MR. TYSON:  Very briefly, Your Honor.

11
                        RECROSS-EXAMINATION
12

13                   OF CHRISTOPHER BRILL

14

15    BY MR. TYSON:
           Q.   Mr. Brill, when you looked at the historic
16

17    patterns, the numbers you testified to earlier, the

18    past Georgia races, did you look at any races for
      Public Service Commission?
19

20         A.   I did not, no.
           Q.   And you know that's a statewide race in
21

22    Georgia; correct?
           A.   I do, yes.
23

24         Q.   Did you look at any races where Georgia had

25    a U.S. Senate race at the same time as a governor's

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000273

Page 1442

1      race?

2              A.   I did not.
       Q.   Thank you.
3

4      MR. LINDSEY:  Just a few questions, sir.

5

6                      RECROSS-EXAMINATION
                       OF CHRISTOPHER BRILL
7

8

9  BY MR. LINDSEY:

10             Q.   Did you in any way do any review of the

11     conduct of the campaign in the closing days of the
       campaign?
12

13             A.   I did not.
       Q.   Okay.  You, as someone who's been a
14

15     political consultant does, that the conduct in the
       campaign can often change how voters vote in the last
16

17     days; correct?

18             A.   Right.
       Q.   Okay.  A candidate, and sometimes that
19

20     changes the numbers between early voting and the day
       of the voting; correct?
21

22             A.   Correct.
       Q.   And sometimes it can even change whether or
23

24     not voters choose to vote in a particular race on

25     Election Day that earlier voters may vote for;

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000274

Page 1443

```
 1    correct?

 2         A.    That would -- I mean, that would, I
      suppose.
 3

 4         Q.    Yeah, fair enough.  That would [inaudible].
      For instance, if you had a particular candidate
 5

 6    running for lieutenant governor as a Democrat and in
       the closing days of the campaign she had several very
 7

 8    negative press articles about her firm, about her

 9    company that she headed up, in which there was

10    allegation of racial discrimination, [inaudible]

11    racial discrimination, that would have a negative
       impact on Democratic voters in particular; correct?
12

13         A.    It could, yeah.
           Q.    It probably would dampen their enthusiasm
14

15    to vote for her; correct?
           A.    It could, but I don't know the context, so
16

17    I'd have to [inaudible].  It would take quite a bit

18    of effort, thought to --
           Q.    Okay.
19

20         A.    -- [inaudible] votes.
           Q.    And you don't know the context because you
21

22    didn't follow the details of this race; correct?
           A.    Correct.
23

24         Q.    Okay.  And you have no knowledge as -- for

25    instance, as to tracking polling that took place in
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000275

Page 1444

1        the closing days of the campaign; correct?

2             A.   Correct.
             Q.   Now Ms. Amico -- now, you sort of focused
3

4        on the total number of votes that were cast.  Ms.
         Amico did not receive the least number of votes for a
5

6        Democrat in this -- in the 2018 -- in statewide races
         in 2018; correct?
7

8             A.   Correct.

9             Q.   As a matter of fact, her votes were

10       somewhere in the middle of all the votes along the

11       various folks who ran statewide in Georgia who were
         Democrats; correct?
12

13            A.   I'd have to look into that [inaudible] --
             Q.   Okay.
14

15            A.   -- [inaudible].
             Q.   All right.  So -- but you didn't -- but you
16

17       are familiar that she did sort of run -- one the

18       better term, the middle one, the pack among
         Democrats; correct?
19

20            MR. BROWN:  Your Honor, this is not relevant.  The
         claim is that there were under-votes for this election,
21

22       not that one particular candidate received less votes.
         Obviously, it's the total number of votes that are
23

24       claimed.

25            THE COURT:  He went into what the attorney general

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000276

Page 1445

```
 1   did, what the secretary of state, so I think -- you did,

 2   so he's entitled to respond to that.
         MR. LINDSEY:  Yeah.
 3

 4       THE WITNESS:  I didn't specifically analyze
     performance in this analysis.  It was mostly just actual
 5

 6   vote totals.
     BY MR. LINDSEY:
 7

 8       Q.   Okay.  For instance, you're not aware that

 9       the Democratic candidates for agriculture, school

10       board superintendent, Public Service Commission, and

11       commissioner of insurance, Democratic candidates all
          received fewer votes than Ms. Amico in this
12

13       particular race?
             A.   And again, I'd have to double-check.
14

15       Q.   Okay.  And in fact, for two other races,
          those being another Public Service Commission and
16

17       Labor Commission race, Ms. Amico was within 8,000 or

18       less votes of the Democrats in those races; are you
          aware of that?
19

20       A.   Again, I have to study that independent
     study --
21

22       Q.   Okay.
             A.   -- candidate performance.
23

24       Q.   All right.  In fact, the only races in

25       which she received fewer votes than other Democrats
```

000277

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 118

```
 1   was Ms. Abrams' race, Mr. Barrow's race, and Mr.

 2   Charles Bailey's race for attorney general.  Are you
      aware of that?
 3

 4        A.   Again, I'd have to study --
          Q.   Okay.
 5

 6        A.   -- I didn't study candidate performance.
          Q.   All right.  Even though you haven't studied
 7

 8   the performance, you are aware of the fact that Ms.

 9   Abrams was a very high-profile candidate for

10   governor?

11        A.   Correct.
          Q.   Okay.  And are you familiar with the fact
12

13   that Mr. Barrow was a very high-profile candidate for
      Secretary of State on the Democratic side?
14

15        A.   I'm not aware.
          Q.   Okay.  Are you aware of the fact, for
16

17   instance, that he had been prior to this race a five-

18   term Congressman in Georgia?
          A.   I was not aware of that.
19

20        Q.   Okay.  And voter ID is very important in
      regards to individuals -- in regards to folks --
21

22   getting folks to vote for you; correct?
          A.   Voter ID?
23

24        Q.   Yeah.

25        A.   I'm sorry.  I don't quite understand that,
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000278

Page 1447

```
 1   the link.

 2        THE COURT:  Explain that application.  I think you
     mean one thing and he's thinking another thing.
 3

 4        MR. LINDSEY:  Okay.
     BY MR. LINDSEY:
 5

 6             Q.   You said you looked at other races in
               Georgia's past.  Did you look at the number of new
 7

 8        voters that were -- that cast votes in 2018 versus

 9        previous years?

10             A.   No, I did not.

11             Q.   Okay.  So, are you aware of the fact that
               there was almost -- where there was a -- possibly a
12

13        three-and-a-half-time increase in new voters?
                    A.   That I -- I don't know that exact number
14

15        but that would not surprise me.
                    Q.   Okay.  And based on your experience as a
16

17        political consultant, you know, that when it comes to

18        new voter, particularly down-ballot, it takes a lot
           more education to try to educate those new voters
19

20        than someone who's voted year in and year out;
           correct?
21

22             A.   That's right.
          MR. LINDSEY:  No further questions.
23

24        THE COURT:  [inaudible]?

25        MS. BURWELL:  No questions, Your Honor.
```

www.huseby.com              Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                      000279

Page 1448

```
1       [inaudible]

2       THE COURT:  [inaudible]

3

4                    REDIRECT EXAMINATION
                      OF CHRISTOPHER BRILL
5

6
   BY MR. BROWN:
7

8          Q.   You testified in response to a question by

9       Mr. Lindsey, about whether you looked at the

10      lieutenant governor total in a race in which there

11      was a U.S. Senate race and there was a race in the
         governor's race; do you recall that?
12

13         A.   Yes.
              Q.   And let me direct your attention to the
14

15      year 2014 and was there a Senate -- a U.S. Senate
         race in Georgia in 2014 involving David Perdue?
16

17         A.   I believe so, yes.

18         Q.   And what was the under-vote total in 2014?
              A.   Between -- I'm sorry?
19

20         Q.   What was the under-vote for lieutenant
         governor in 2014?
21

22         A.   The percentage?
              Q.   Yes.
23

24         A.   0.8 percent.

25         Q.   Okay.  You were asked some questions, and I
```

www.huseby.com              Huseby, Inc.  Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000280

Page 1449

```
 1      want to explore your answers to the questions on

 2      cross-examination a little bit more.  In particular,
        you were asked to give your opinion on some matters.
 3

 4      Now, you were asked whether under-voting could be
        caused by new voters being -- not having enough
 5

 6      attention on the -- about it; do you recall that
        testimony?
 7

 8            A.   Yes.

 9      MR. TYSON:  Your Honor, I'll object to that.  I don't

10 believe that's the question Mr. Brill was asked, but the

11 question was --
        THE COURT:  He didn't -- he didn't phrase it that
12

13 way.  I will let you ask a question --
        MR. BROWN:  Okay.
14

15 BY MR. BROWN:
            Q.   In that regard, in your experience, what
16

17      are the more common reasons for under-voting?

18      THE COURT:  No.  That's -- that's not the appropriate
        question.
19

20      MR. TYSON:  Yeah.
        THE COURT:  The question is about new voters.  You
21

22 can ask him about new voters.
        MR. BROWN:  Just for the record, Your Honor, the
23

24 question called for the same type of expertise that my

25 question calls for.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000281

Page 1450

```
 1          THE COURT:  Sir, I said you can -- you can only go

 2     into what he talked about as to new voters.
            MR. BROWN:  Okay.
 3

 4     BY MR. BROWN:
            Q.   Are -- do new voters sometimes vote less in
 5

 6          campaigns for various reasons?
            A.    It depends on the context of the election,
 7

 8          but new voters -- you know, we don't find any sort

 9          of, you know, when they under-vote generally -- or it

10          can be -- for starters, we don't know exactly who

11          under-votes.  I mean, I think that's point number
            one.  We don't know that.  We don't have any way of
12

13          getting that information.
                 It's speculation when we see high turnout
14

15          elections and that encourages more infrequent newer
             voters that come to the polls and if we see higher
16

17          rates of under-voting, that is sort of, you know,

18          something that we consider, but generally when we see
             that under-vote it's very consistent, and so it
19

20          starts at one level at the top of the ballot and then
             it goes down, then that under-vote kind of -- it will
21

22          increase as you go down the ballot.
                 I've never seen a type of under-vote where
23

24          voters, who generally don't know who these candidates

25          are anyway, decides to skip one race and then start
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000282

Page 1451

```
1        voting for commission of agriculture at higher rates

2        or commissioner of insurance at higher rates.  That
         would be the first time I've ever seen something like
3
4        those.
               Q.    Thank you.  You were asked by Mr. Lindsey a
5
6        number of questions of whether there were some other
         candidates who had received fewer votes than Ms.
7
8        Amico; do you recall that?

9              A.    Yes.

10             Q.    And in fact he actually had better

11       questions to ask and one would have been, isn't it
         true that the libertarian candidate got way more
12
13       votes -- way fewer votes than Ms. Amico in the
         governor's race?
14
15             A.    I believe so, yeah.
               Q.    And so is it germane to your understanding
16
17       of the voting patterns that there might be some

18       candidates that got fewer votes down ballot or up
         ballot if they're third-party candidates or not
19
20       popular?  Do you have anything to do with that?
               MR. TYSON:  Your Honor, gets back to the why.  It
21
22   gets back to the why.  He can testify as to what, but he's
     now entering into the why again.  He's trying to get his
23
24   witness as an expert to the back door.  He couldn't do it

25   through the front, he shouldn't be allowed to do it
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                          000283

Page 1452

```
 1   through the back.  [inaudible]

 2        MR. BROWN:  I'll withdraw the question, Your Honor.
     BY MR. BROWN:
 3

 4        Q.   I want to get back to the numbers because
     you were asked about other down ballot races by Mr.
 5

 6   Lindsey, did you review the numbers on the state
     representative seats up for election in 2018?
 7

 8        A.   I did, yes.

 9        Q.   And did -- what did you find with respect

10   to whether -- about the voting patterns with respect

11   to those contests?
          A.   So, in those contests I examined the number
12

13   of votes that were cast for state representative to
     try to establish the baseline in an election that I
14

15   know usually has, you know, high rates of under-
     voting.  What I found in that case was that there
16

17   were about a thousand precincts statewide where there

18   were actually fewer votes cast for lieutenant
     governor than there were for state representative,
19

20   which again is odd.
          Q.   Let me direct your -- well, did you --
21

22   THE COURT:  [inaudible]
          THE WITNESS:  I'm sorry.  I'm sorry.  I'm sorry, Your
23

24   Honor.

25   BY MR. BROWN:
```

www.huseby.com                Huseby, Inc.  Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000284

Page 1453

1              Q.   Did you determine in how many of the

2       precinct -- precincts the Democratic candidate for
         state representative received all of the votes cast?

3

4              A.   One -- yeah.  Yes.  137 precincts.
               Q.   Okay.  And in those -- did you determine

5

6       whether in those precincts --
         THE COURT:  137 precincts?

7

8       THE WITNESS:  Correct.  137.

9       THE COURT:  What counties?

10      THE WITNESS:  Across the state.

11      THE COURT:  Are those [inaudible] 137 precincts in
     the whole state?

12

13      THE WITNESS:  No, no.  There are about 137 precincts
     where the candidate for state representative for the

14

15   Democratic --
         THE COURT:  Got more votes --

16

17      THE WITNESS:  Got 100 percent of the votes, which

18   goes back to my points in the first part of the paper,
      which generally when a race is --

19

20      THE COURT:  Okay.  Don't go -- don't go --
         MR. BROWN:  Sorry.  Thanks.

21

22      THE COURT:  Because that'll get [inaudible].
         MR. BROWN:  Okay.

23

24   BY MR. BROWN:

25             Q.   Did you determine in the races for state

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000285

Page 1454

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 126

```
 1    representative in how many precincts the state

 2    representative race got more votes than the
      lieutenant governor race?
 3

 4         A.   Yes.
           Q.   And what did you find?
 5

 6         A.   I found a thousand -- 1,012 precincts; 38
      percent of the precincts statewide when the state
 7

 8    representative had more votes cast than the

 9    lieutenant governor.

10         Q.   Did you have the opportunity -- or did you

11    undertake to -- you were talking about other races.
      Did you compare the lieutenant governor race to the
12

13    race for attorney general?
           A.   I compared.  Yes.
14

15         Q.   And what did you find?
           A.   So in that case I found that there were
16

17    much fewer -- I'd have to go, I'd have to see the

18    exact number, but it was --
           Q.   Let me correct that.  My question was
19

20    poorly framed.
           A.   410.
21

22         Q.   Did you compare the votes for state
      representative and attorney general?
23

24         A.   Yes.

25         Q.   And what did you find there?
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000286

Page 1455

```
 1              A.   What I found there, there were about 410

 2        precincts statewide where there were more votes cast
           for state representative for -- than lieutenant
 3
          governor.
 4              Q.   Okay.  Thank you.  [inaudible]
 5
 6        MR. TYSON:  Just briefly, Your Honor.

 7

 8                       CROSS-EXAMINATION

 9                    OF CHRISTOPHER BRILL

10

11  BY MR. TYSON:
                Q.   Mr. Brill, you'd agree with me, wouldn't
12
          you, that the 2018 election in Georgia was a very
13         high turnout election, right?
14
                A.   Yes.
15              Q.   And I asked you a question that I had not
16
          worded quite correctly previously.  Did you in any of
17
          your analyses look at a race where there was a
18         governor's race and no U.S. Senate race happening at
19
          the same time, like what happened in 2018?
20              A.   A governor's race with no U.S. Senate race?
21
                Q.   Yes.
22              A.   I didn't look at that specifically.
23
                Q.   Okay.  Mr. Brown asked you about the
24
          precincts you analyzed for state representative; did
25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000287

Page 1456

```
 1        you break out those based on the DRE machines versus

 2        absentee by mail or early voting categories, or did
          you look totally -- solely at precinct totals?
 3

 4             A.   For this I looked at solely precinct
          totals.
 5

 6             Q.   Okay.  Thank you.
          MR. TYSON:  That's all I have.
 7

 8        MR. LINDSEY:  Just real briefly.

 9

10                     CROSS-EXAMINATION

11                  OF CHRISTOPHER BRILL

12

13  BY MR. LINDSEY:
               Q.   You were aware that in the AG's race there
14

15        was an incumbent running; correct?
               A.   Yes.
16

17             Q.   And in the lieutenant governor's race there

18        were two newcomers coming -- running; correct?
               A.   Correct.
19

20        MR. LINDSEY:  No further questions.
          THE COURT:  Mr. Brown, anything else?
21

22        MR. BROWN:  I do not have anything further.
          THE COURT:  Okay.  The witness may be excused.
23

24  Whatever he says.  He's in charge of all that.

25  [inaudible].
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000288

MR. BROWN: Your Honor, at this point we have another --

THE COURT: [inaudible] Are you taking notes on the laptop?

THE NEWS REPORTER: Yes.

THE COURT: Did you comply with Rule 22?

THE NEWS REPORTER: Yes. [inaudible]

THE COURT: [inaudible]

THE NEWS REPORTER: Jordan [inaudible].

THE COURT: Who?

THE NEWS REPORTER: Jordan [inaudible], Your Honor.

MALE: [inaudible]

THE COURT: Okay.

MALE: Mr. [inaudible] did.

THE COURT: Making me nervous. Go ahead.

MR. BROWN: Your Honor, logistically we have another long witness. It would be convenient to have that go more smoothly if we took our lunch break now, but of course I'll defer to your schedule.

THE COURT: Anybody have an objection to taking lunch now and coming back at 1:00? Let's take lunch now and we'll back at 1:00.

MR. BROWN: Thank you, Your Honor.

[Off the record at 11:41 a.m., and back on the record

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 130

```
 1    at 1:00 p.m.]

 2
           MR. LINDSEY:  Your Honor, in order to keep things
 3

 4    moving along, I just want to make sure I get all my
       witnesses here or are here.  This is our last witness.
 5

 6          THE COURT:  You need time to do something?
           MR. LINDSEY:  No, no.  I just want to make sure -- if
 7

 8    this is his last witness, I want to make sure I have

 9    everybody here ready to go.

10          MR. BROWN:  It depends on the ruling that she will

11    make.  I have one live witness and one witness who I would
       like to testify by telephone if the Court allows.  Just to
12

13    give you an idea.
           MR. LINDSEY:  Okay, that's fine.  I just want to --
14

15    I'll call my folks and make sure everybody's here.  That's
       all I wanted to know.
16

17          THE COURT:  Okay.  You understand that I cannot see

18    the clock from here because it's dark back there.  I
       cannot see that clock.  I see the circle and I see the
19

20    exit sign but I can't see the hands from back here because
       it's black; there's no light back there.  So I have to go
21

22    by my own watch, which is not --
           MR. LINDSEY:  Well, let the record reflect that Mr.
23

24    Brown has already insulted my eyesight once today.

25    Therefore [inaudible].
```

www.huseby.com            **Huseby, Inc.  Regional Centers**            **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000290

Page 1459

```
 1        THE COURT:  Ready when you're ready.

 2        MR. BROWN:  Your Honor, two introductory items.
     First, we would like to tender into evidence Defendant
 3

 4   Robyn A. Crittenden's notice of limited offer -- proffer
     of evidence.  And let me explain this.  The -- when she
 5

 6   was a party, the Secretary of State submitted this as a
      proffer of evidence and it is the testimony of a witness
 7

 8   in the Curling versus Kemp case, and so I'm going to

 9   accept their proffer and I'm tendering it into evidence.

10   And so it --

11        THE COURT:  Any comment on that?
          MR. LINDSEY:  I'm going to object to it, Your Honor.
12

13   The Secretary of State is no longer in the case and we
      haven't had a chance to cross-examine that witness.
14

15        THE COURT:  It's hearsay.  I'm absolute hearsay; I'm
     not going to allow it into evidence.  And as I said, I
16

17   didn't read it.  I didn't read any of the stuff that was -

18   - I'm sorry.  I'm old school.  I believe that the evidence
      should come out in the courtroom; there ought to be a rite
19

20   of cross-examination.
          I happen to believe in the Constitution because I
21

22   wasn't raised with one; okay?  So I'm partial to it.  I'm
      not going to let that in.  It's not evidence.
23

24        MR. BROWN:  May I respond just briefly, Your Honor?

25        THE COURT:  You may respond.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000291

Page 1460

```
 1      MR. BROWN:  This is evidence that the other side

 2  introduced into evidence.
         THE COURT:  I don't -- I don't care who introduced
 3

 4  it.  It's not admissible.  It's hearsay.  And one party
     who's not in the case introduced it, the rest [inaudible].
 5

 6  I'm not going to allow it.
         MR. BROWN:  Thank you, Your Honor.  I'll go ahead and
 7

 8  mark it for --

 9      THE COURT:  You can put it in the record as a

10  proffer. Just --

11      MR. BROWN:  -- as a proffer and proffer it as
     evidence.
12

13      THE COURT:  -- it's hearsay.  They have a right, as
     Mr. Lindsay said, to cross-examine it, and they didn't. So
14

15  --
         MR. BROWN:  That will -- what number is that?  That's
16

17  number 4.  Thank you, Your Honor.

18      The next witness we would like to call is Philip
     Stark and Professor Stark is a professor at Berkeley and
19

20  we would like to introduce his testimony, with your
     Court's permission, by telephone.  And so, we would move
21

22  for that --
         THE COURT:  What does the defense say?
23

24      MR. LINDSEY:  Your Honor, that's usually something

25  that's worked out before.  There is a lot to be learned by
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000292

Page 1461

1    having the witness live to be able to cross-examine them

2    live right here.  Now there are circumstances in which the
     parties do agree to do things by telephone.  I've done it

3

4    a hundred times, if not more.
          But this was not something that was worked out

5

6    previously.  We would prefer to be able to cross-examine
     someone, and I'm sure Mr. Tyson would as well be able to

7

8    see someone in the eye to cross-examine them directly.  So

9    we would object.

10        THE COURT:  Mr. Tyson?

11        MR. TYSON:  Yes, Your Honor.  I'm pulling up the Rule
     right now but we'd be in the same boat.  We'd like to have

12

13   -- this hearing has been on the books for over a month.
     We know it was going to be; we want to talk to Professor

14

15   Stark and cross-examine him live.
          THE COURT:  This case actually was set back December

16

17   5th.  I'm reading things that say that's not so but it is

18   so.  It was set November 5th [sic]; everybody's know- --
     December 5th.  Everybody's known about it.

19

20        I'm not going to do a witness by telephone.  Part of
     -- it isn't words they say sometimes; it's the mannerisms.

21

22   And I've done them by Skype.  I did some dear old ladies
     who've been ripped with that -- grandson calls and says

23

24   he's in the jail, those kinds of cases.

25        And we did those by Skype, which is much better and

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000293

Page 1462

```
 1   you've got a full view and you can see the witnesses.  But

 2   I'm not going to do this one by telephone.
          MR. BROWN:  Thank you, Your Honor.  If we have the
 3

 4   opportunity, could we set up a Skype tomorrow for this
     witness?
 5

 6        THE COURT:  It's up to you.  I'm not telling you.
     I'm saying what I won't do; I'm not going to tell you what
 7

 8   to do.

 9      MR. BROWN:  Thank you, Your Honor.  Your Honor, we

10   would call --

11        THE COURT:  And the defense haven't been heard on
     that. They should --
12

13      MR. TYSON:  Your Honor, our position is, we're here
     today.  [inaudible]
14

15      THE COURT:  Okay.  Next witness.
          MR. BROWN:  Your Honor, we would call Matthew
16

17   Bernhard as a witness.

18      THE COURT:  Okay.
          MR. BROWN:  Your Honor, I apologize.  My client has
19

20   Skype on her laptop and --
          THE COURT:  Has what on her laptop?
21

22      MR. BROWN:  Has Skype on her laptop and we would move
     to -- for -- to allow us to examine Mr. Stark by Skype.
23

24        THE COURT:  What says the defense?

25      MR. TYSON:  Same objection, Your Honor.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000294

Page 1463

1      MS. BURWELL:  Your Honor, I would ask the Court to

2   look at Superior Court Rule 9.2 with respect to video
     conferencing, which requires any request for video

3

4   conference be done by notice of intention prior to the
     [inaudible]

5

6      THE COURT:  Rule 9.2?
       MS. BURWELL:  Yes.

7

8      THE COURT:  At this time I've got the computer where

9   I'm supposed to be able to get into it, and I can see.

10  Let me look at it.

11     Okay.  Let's see.  I'll get it; just a minute.  I've
     got LexisNexus.  It's Superior Court Rule 9.2?

12

13     MS. BURWELL:  Yes, Your Honor.
       THE COURT:  Okay. Let's see.  [inaudible]. Okay.

14

15  Yeah, Rule -- yeah.  9.2(c) says that you have to file as
     of your intent 30 days prior to the date scheduled and

16

17  then we have to have a hearing on the matter.  That's what

18  it says.
       MR, BROWN:  Your Honor, with all due respect, I

19

20  believe that the -- some of these rules like the jury
     demand need to be read in context of the nature of this

21

22  proceeding.  The nature of this proceeding is an
     accelerated process.

23

24     I understand that Your Honor did schedule this on

25  December 5th.  Nevertheless, given the challenges

```
 1   preparing a case of this complexity, we would ask for your

 2   indulgence to -- as an exception to that rule to allow the
      testimony.
 3

 4        THE COURT:  Mr. Lindsey?
          MR. LINDSEY:  Your Honor, we've had several weeks to
 5

 6   prepare for trial and would have been available to do it
      by deposition, notice the person that's necessary to go --
 7

 8   to take a deposition.  The plaintiffs have chosen not to

 9   do so, but instead to do so at trial to set up [inaudible]

10   procedure.  So we state our objections.

11        MR. TYSON:  Your Honor, [inaudible] declaration he
      filed for him much earlier in the case as recently as 10
12

13   days ago, possibly earlier than that, opportunity to bring
      that before the Court [inaudible].
14

15        THE COURT:  Well, I understand.  We're in an
      expedited situation and we've had some service and other
16

17   issues.  But we did have a hearing on January 9 and I

18   think that's the notice should have been given.  Given the
      nature of the case I understand bending the rules because
19

20   of where we are.
             But to suddenly walk in in the afternoon of trial and
21

22   say I want to call somebody by Skype or by phone is not in
      compliance with the rules at all.  And so, yeah, if you
23

24   got up on January 9th and said you were going to do it,

25   then I'd given you a chance to be heard and we'd gone
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000296

Page 1465

```
 1    through it.  But I'm not going to violate the rule at this

 2    time.
             MR. BROWN:  Thank you, Your Honor.  And I believe --
 3

 4       THE COURT:  What are you doing, ma'am?  Go sit down,
      please.
 5

 6       MR. BROWN:  I had lost something.  I have a copy now.
      I'm just looking for my copies.
 7

 8       THE COURT:  If you need to ask for something you can.

 9       MR. BROWN:  Thank you, Your Honor.  We would call --

10       THE COURT:  Matthew Bernhard.

11       MR. BROWN:  Yes.
             Please raise your right hand.  Do you promise to tell
12

13    the truth, the whole truth and nothing but the truth?
             THE WITNESS:  I do.
14

15    Thereupon:
16

17

18                        MATTHEW BERNHARD

19

20       was called as a witness by the Petitioner; and,
      having been duly sworn, testified as follows:
21

22                       DIRECT EXAMINATION
23

24                       OF MATTHEW BERNHARD

25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000297

1   BY MR. BROWN:

2           Q.   Please sit down and state your name for the
    record.
3

4           A.   My name is Matthew Bernhard.
            Q.   Mr. Bernhard, what do you do?
5

6           A.   I am a Ph.D. candidate at the University of
    Michigan studying computer science.
7

8           Q.   Have you been engaged by the plaintiffs as

9   an expert in this case?

10          A.   Yes.

11  THE COURT:  You're a PhD candidate where?
    THE WITNESS:  At the University of Michigan.
12

13  THE COURT:  Michigan.  Okay.
    THE WITNESS:  Yes.
14

15  BY MR. BROWN:
            Q.   Mr. Bernhard, I would like to go over your
16

17  qualifications, and do you have a CV that you have

18  prepared?
            A.   Yes.
19

20          Q.   I'd like to briefly go over your education
    and experience.  You -- where'd you go to college?
21

22          A.   I went to Georgia Tech and graduated from
    Rice University.
23

24          Q.   Okay.  And what did you study at Rice?

25          A.   Computer science.

```
 1            Q.   And did you go to graduate school?

 2            A.   Yes.
              Q.   And what did you study at graduate school?
 3

 4            A.   Computer science.
              Q.   And that was --
 5

 6       THE COURT:  You're going to have to speak up because
     you're mumbling and I can't hear you.  I got the Georgia
 7

 8   Tech bit for reasons of my allegiance but what was the

 9   rest of it?

10       THE WITNESS:  Rice University.

11       THE COURT:  Rice.  Okay.
         THE WITNESS:  Yes.
12

13   BY MR. BROWN:
              Q.   And then did you attend graduate school?
14

15            A.   Yes.  At the University of Michigan.
              Q.   And what did you study at the University of
16

17       Michigan?

18            A.   Computer science.
              Q.   And did you obtain a degree at Michigan?
19

20            A.   Yes, I got a Master's degree.
              Q.   And did you continue your studies at
21

22       Michigan?
              A.   I am currently still there.
23

24            Q.   And how far are you along in your Ph.D.

25       work?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000299

Page 1468

1            A.   I'm -- this is my fourth year.

2            Q.   Okay.  And so if you graduated or obtained
        your degree, when would that be?
3

4            A.   Probably about a year from now.
             Q.   Okay.  And are you working on a
5

6        dissertation?
             A.   Yes, sir.
7

8            Q.   And what's the subject matter of your

9        dissertation?

10            A.   Election integrity and election security.

11            Q.   Okay.  Now have you --
        THE WITNESS:  Security.
12

13        THE COURT:  Okay.  [inaudible]
        THE WITNESS:  I'm sorry.
14

15        THE COURT:  [inaudible]
    BY MR. BROWN:
16

17            Q.   Have you -- do you teach?

18            A.   Yes, sir.  I taught the undergraduate cyber
        security course, introductory course, and I've also
19

20        recently conducted a -- an undergraduate research
        seminar in election security.
21

22            Q.   Okay.  Have you ever published anything?
             A.   Yes.  I have published several papers
23

24        pertaining to election security and, you know,

25        election audits, and in several other things that

www.huseby.com              Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                          000300

Page 1469

```
 1   aren't related to election [inaudible].

 2         Q.   I mean, are these -- have you published
     peer review articles?
 3

 4         A.   I guess almost every article I publish has
     been peer review.
 5

 6         Q.   Okay.  Have you -- outside of your academic
     work, have you worked with election systems?
 7

 8         A.   Yes, sir.  I -- in addition to working for

 9   Verified Voting, who collects data about elections, I

10   worked with election officials all over the country

11   helping run audits, you know.  And helping them
     better secure their election [inaudible].
12

13         Q.   Let me go over your work experience, also
     then.  You mentioned Verified Voting.  You -- are you
14

15   -- do you work for them now?
           A.   Currently, yes, as a consultant.
16

17         Q.   Okay.  And what sort of work do you do for

18   Verified Voting?
           A.   I collect data about current -- the current
19

20   generation of election technology and its security
      properties, what kinds of operating systems they run
21

22   and, you know, what program languages it's programmed
      in and so forth.
23

24         Q.   And what employment did you have

25   immediately before Verified Voting?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000301

Page 1470

1        A.    So before that I did a summer internship at

2   a company named CloudPlayer and then before that I
    was at Microsoft Research.

3

4        Q.    And what did you do for Microsoft?
         A.    I researched Trusted Boot, which is a

5

6   particular way that computers can ensure the
    application if the running is the right one.

7

8        Q.    Did you say boot?

9        A.    Yeah.  Boot.

10       Q.    Okay.

11       A.    With specific applications for voting
    machines.

12

13       Q.    And why was Microsoft -- what's the
    connection between voting machines and working for

14

15  Microsoft?
         A.    Well, so most of the machines run through

16

17  Windows operating system, the ones in Georgia do, and

18  so they have a vested interest in making sure that,
    you know, they can support it and develop technology

19

20  scoring.
         Q.    And did your work at Microsoft relate to

21

22  the operating systems that are used generally or just
    for voting systems or both?

23

24       A.    Generally; it's all Windows.  I was mostly

25  focused on the more recent versions of Windows,

000302

Case 1:17-cv-02989-AT   Document 449-8   Filed 07/03/19   Page 303 of 661

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/17/2019          Page 143**

```
 1   Windows 8 and Windows 10, both of which are used in

 2   the current generation of voting technology.
              Q.   And skipping ahead, is that the voting
 3

 4   system used in Georgia --
              A:   No.
 5

 6        Q.   -- the operating system used in Georgia?
              A.   No.
 7

 8        Q.   Okay.

 9        A.   It is a -- the -- that operating system is

10   about 15 years down the line from the one that's used

11   in Georgia voting machines.
              Q.   Have you ever been qualified as an expert
12

13   in a case?
              A.   Yes, sir. I'm an expert -- qualified expert
14

15   witness in the Curling v. Kemp case in the Northern
      District of Georgia.
16

17        Q.   It --

18        A.   [inaudible] federal court.
              Q.   And has -- have your opinions, your expert
19

20   opinions ever been cited by a court with approval or
      indicating that the court does not disagree with your
21

22   conclusions?
              A.   Yes.  In one of the rulings in the
23

24   [inaudible] and the Curling v. Kemp case she did cite

25   my opinions in the affirmative.
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000303

Page 1472

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019          Page 144

```
 1          Q.   Do you have either academic or hands-on

 2     experience and knowledge about the operations
       generally of a DRE machine?
 3

 4          A.   Yes, sir.  I have worked in many different
       ways with DREs.
 5

 6          Q.   And have you worked with the Diebold DREs?
            A.   Yes.  We have about ten of them in my lab
 7

 8     in Michigan.

 9          Q.   And you have access to those?

10          A.   Yes.

11          Q.   And did you obtain those machines legally?
            A.   Yes.  On Ebay.
12

13          Q.   Are you able to tear it apart, study all
       the components?
14

15          A.   Yes.
            Q.   Okay.  Do you have knowledge and experience
16

17     through your training and your education about

18     whether DREs as a class of voting systems are
       vulnerable or not vulnerable?
19

20          A.   Yes, I do.
       MR. LINDSEY:   Your Honor --
21

22          Q.   And how have you --
       MR. LINDSEY:   Your Honor, I would at this point
23

24     object.  The questions today are not -- whether or not the

25     system could potentially be vulnerable and whether or not
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000304

Page 1473

 1    some other system would be better.  That's a decision

 2    that's now being debated at the capitol.  The questions
      today are whether the system was in fact compromised.
 3

 4        MR. BROWN:  Your Honor, I don't -- I'm not quite sure
      what the form of that objection was.
 5

 6        MR. LINDSEY:  We object to the relevancy.  I mean,
      I'm trying to keep the case focused on what not that was
 7

 8    in fact a compromise of the system.

 9        MR. BROWN:  Okay.  Your Honor, I can ask him more

10    questions that establish the -- that connect the dots.

11        THE COURT:  Do that.
      BY MR. BROWN:
12

13        Q.   Would the background vulnerability of a
           system like these DREs increase the likelihood that
14

15    it's defective today in Georgia?
           A.   Yes.
16

17        MR. LINDSEY:  Your Honor, [inaudible] background

18    vulnerabilities [inaudible] foundation yet for what
      vulnerability is or [inaudible] this thing.  If we're
19

20    trying to qualify him, that's one thing; but if we're
      trying get into the facts I think that's something else.
21

22        MR. BROWN:  May I respond, Your Honor?
          THE COURT:  Well, whether the machines generally are
23

24    not very good doesn't really matter in this case.  I'm

25    going to let you, if you're using it, to lay a foundation

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000305

Page 1474

```
 1   to get somewhere, I'm going to let you do that for a

 2   little bit.
          But the fact that the machines, all wherever they may
 3

 4   be used, aren't the best is not relevant --
          MR. BROWN:  Your Honor --
 5

 6        THE COURT:  -- in this case is the one [inaudible].
          MR. BROWN:  Your Honor, if I may.  The witness'
 7

 8   testimony is different than what Your Honor said.  What

 9   his testimony was that it --

10        THE COURT:  I'm going to let you ask that question;

11   okay?
          MR. BROWN:  Okay.  Thank you.
12

13        THE COURT:  I was just trying to give you some
     direction.
14

15        MR. BROWN:  Okay.
          THE COURT:  If not, they can get exercise jumping up
16

17   and down.

18        MR. BROWN:  Okay.  I want to get -- to focus your
     attention more closely on the machines that were used in
19

20   this case.
     BY MR. BROWN:
21

22             Q.   Do you have any experience or knowledge or
          expertise about whether Georgia's systems are more
23

24        vulnerable or less vulnerable than these machines are

25        generally?
```

www.huseby.com            Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000306

Page 1475

1        A.   Yes, I do.

2        Q.   What's the basis for your expertise in
that?

3

4        A.   I reviewed -- so in addition to my
knowledge about the Diebold voting system, in

5

6    particular, I reviewed Georgia's use of the system.
I've been into, you know, particularly the Fulton

7

8    County election preparations and multiple times.

9    I've reviewed testimony from Michael Barnes, Rick

10   Barron, and other election officials in the state of

11   Georgia and have been observing Georgia's election
since 2016.

12

13       Q.   Have you -- in the course of your education
and your experience, have you -- do you have

14

15   experience and expertise about problems, specific
types of problems, that DREs can experience, Georgia

16

17   or elsewhere?

18       A.   Yes.
         Q.   Would that include software problems?

19

20       A.   Yes.
         Q.   And hardware problems also?  You need to

21

22   say, yes.
         A.   Yes.

23

24       Q.   Okay.  Have you developed -- and now I'm

25   going to explore this in a little bit greater detail,

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000307

Page 1476

1  but have you developed an -- do you have experience

2  or developed expertise in how to detect problems with
   DREs forensically?

3

4       A.   Yes.  In fact, in 2017 I published a paper
   looking at how to do that with the machines.

5

6       Q.   And when I use the word -- we use the word,
   forensically, when you use it -- and the reason I'm

7

8  asking this is that to many it might have connotation

9  of a criminal conduct; do you follow me?

10      A.   Yes.

11      Q.   In your field when you use the word,
   forensic investigation, do you mean to imply that

12

13 you're looking necessarily for criminal activity?
        A.   No.  Typically it's a post hoc application

14

15 of the scientific method to determine what happens,
   whether it be criminal or not.

16

17      Q.   But it's looks -- is it looking for the

18 causes of a mistake or a problem?
        A.   Yes, and to try to understand how that

19

20 problem came to be.
        Q.   Do you have any expertise in determining or

21

22 identifying what I would call the telltale signs from
   the outside as to whether there are system defects on

23

24 the inside?

25      A.   Yes.  See, for example, that paper that I

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000308

Page 1477

1    just mentioned.

2         Q.   Okay.  And have you -- do you have real
     hands-on experience with DREs trying to determine

3

4    whether and how they are defected?
          A.   Yes.  In fact, we just talked to some

5

6    undergraduates how to do a forensic analysis of the
     Diebold DREs in particular.

7

8         Q.   Do you have any experience in post-election

9    auditing?

10        A.   Yes.  I assisted the State of Michigan and

11   observed the audits in Colorado, the responding
     audits in Colorado.

12

13        Q.   And what is a risk limiting audit?
          A.   The risk limiting audit is a statistical

14

15   way where you define hypothesis tests and you use
     that to sample a small subset of ballots and answer

16

17   the question, is the reporting elections all correct

18   or not.
          Q.   And just -- does your work -- does that

19

20   work require knowledge and use of methods of
     statistics?

21

22        A.   Yes, it does.  In particular, the
     development of new [inaudible] paper we just

23

24   published.

25        Q.   Okay.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000309

Page 1478

```
 1          MR. BROWN:  And, Your Honor, I would like to qualify

 2     and tender Mr. Bernhard as an expert in DRE operation, DRE
        vulnerability, Georgia; and generally, the internal

 3

 4     mechanics and software of the DREs, problems with DREs,
        how to detect those problems, the telltale signs of those

 5

 6     problems --
                THE COURT:  Okay, you're drawing a huge, huge list of

 7

 8     stuff.  Let's be a little bit -- yeah, I'm not going to go

 9     through and say yes, no, yes, no.  What you're wanting to

10     qualify him as an expert generally in what, DRE?

11          MR. BROWN:  DREs, their problems, their repair, how
        to detect them, and how to fix them.

12

13          THE COURT:  Okay.  You keep adding to it.  What say
        the defendant?

14

15          MR. TYSON:  Your Honor, a few more questions for
        Bernhard.

16

17

18                      CROSS-EXAMINATION
                       OF MATTHEW BERNHARD

19

20

        BY MR. TYSON:

21

22          Q.   Good afternoon, Mr. Bernhard.  My name is
        Bryan Tyson.  I represent the Gwinnett County Board

23

24     of Registrations and Elections.  So you mentioned to

25     Mr. Brown that you worked for Verified Voting.  Does
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000310

Page 1479

1      Verified Voting have a position on the use of DREs,

2      generally?
            A.   Yes.
3

4            Q.   And what is that position?
            A.   That DREs are unfit for us in U.S.
5

6  elections.
            Q.   And it would be correct to say that
7

8      Verified Voting wants to return to an all-paper

9      ballot system; correct?

10           A.   A handwritten paper ballot system; correct.

11           Q.   You mentioned that you were qualified as
       expert in Curling versus Kemp case; do -- can you
12

13     explain to the Court briefly what the issues are in
       that case that you're -- gave expert testimony on?
14

15           A.   Yeah.  The argument is that the inherent
       vulnerability of Georgia's DRE voting system puts
16

17     voters in Georgia at a fundamentally different level

18     of -- you know, it abridges their constitutional
       rights to a fair election in comparison to other
19

20     states, like Alabama next door
            Q.   And those claims were all [inaudible] in
21

22     that case?  And are the same plaintiffs involved in
       that case?
23

24           A.   I don't believe so.

25           Q.   Okay.  And is Mr. Brown counsel for the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000311

Page 1480

1    plaintiffs in that case?

2         A.   Yes, sir.
          Q.   Okay.  You mentioned you had several DREs
3

4    in your lab; do any of those DREs -- the Diebold DREs
      specifically, run the same operating system as in use
5

6    in Georgia?
          A.   Yes, sir.
7

8         Q.   Okay.  How many of those run the same

9    operating system?

10        A.   All of them.

11        Q.   Do all of them run the same version of the
      software that's used for voting in Diebold machines
12

13   in Georgia?
          A.   No, sir.
14

15        Q.   And so do any of them have the same
      software that is use in Georgia for running the
16

17   actual voting system?

18        A.   No, sir.  They all have the -- a more
      recent version.
19

20        Q.   So, it would be correct to say that none of
      the Diebold machines in your lab are -- will match up
21

22   to any of the Diebold machines that are in Georgia
      from a software perspective; correct?
23

24        A.   There will be a significant amount of

25   similarities, but it won't be 100 percent the same.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000312

Page 1481

```
 1              Q.   Okay.  Great.  Do you have any experience

         in the field of election administration?
 2
                   A.   Yes, sir.  I'm a trained poll worker in the
 3

 4   state of Michigan.
                   Q.   Okay.  Have you done any personal review of
 5

 6         any voting machines that were used in the November
           2018 general election in Georgia?
 7

 8              A.   [inaudible] personal reviews.

 9              Q.   So have you physically touched the

10   machines, inspected them, taken any steps to review

11         any machines that were used in the 2018 general
           election in Georgia?
12

13              A.   No, sir.
         MR. BROWN:  Your Honor, that's compound.
14

15   THE COURT:  [inaudible]
         MR. BROWN:  He asked about eight questions in --
16

17   MR. TYSON:  I'll -- I'm going to try to rephrase.

18   I'm sorry.
         THE COURT:  Rephrase.
19

20   BY MR. TYSON:
              Q.   Mr. Bernhard, have you personally inspected
21

22         any machines that were used in 2018 election in
           Georgia in general election?
23

24              A.   No, sir.

25              Q.   And so it would be correct to say, isn't
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000313

Page 1482

1        it, that you have no firsthand knowledge of any DRE

2        machine that was used in the 2018 Georgia election
         because you haven't inspected them; correct?

3

4            A.   I suppose that's correct.
         MR. TYSON:  Okay.  That's all I have.

5

6        THE COURT:  Anybody else for the defendant have
     questions?

7

8        MR. LINDSEY:  No, Your Honor.

9        THE COURT:  Okay.

10       MR. BROWN:  Just one follow-up question.

11       I don't have any further questions for him.
         THE COURT:  Okay.  Anyone want to be heard on whether

12

13   he's an expert on DREs?  That's basically what the issue
     is.  All that other stuff I'm not going to rule on,

14

15   [inaudible] credibility [inaudible].
         MR. TYSON:  Yes, Your Honor.  So we would object to

16

17   Mr. Bernhard serving as an expert in this case, both under

18   702(b) because he's testified he has no personal knowledge
     about the voting machines in use in Georgia.  The machines

19

20   in his lab do not line up to ones that were in use in
     Georgia.

21

22       He has not personally inspected the voting machines
     that were used in the 2018 general election, so we don't

23

24   believe that he can offer anything to help the Court

25   determine if that's an issue which is required by that.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000314

Page 1483

1        In addition, we don't believe there is anything

2    relevant that relates to the issue in the case.  Mr.
     Bernhard can certainly testify about DREs generally.  The

3

4    issue for this Court is focused on the lieutenant
     governor's election and Mr. Bernhard has not indicated he

5

6    has anything that would be useful to finder of facts in
     this case.

7

8        MR. LINDSEY:  Your Honor, we adopt the issue of

9    Gwinnett County and also make the same objections.

10       MR. BROWN:  First -- the first objection was based

11   upon his line of personal knowledge.  That, of course, is
     not an objection to an expert qualification of an expert.

12

13   The second was personal knowledge about inspection.
     That's also not a relevant objection.

14

15       I mean, if there's another idea lurking behind that,
     I'd like to hear it and respond to it, but that's not a

16

17   proper objection.  The single objection that I could

18   understand, that's applicable to here, was that his
     particular model -- models that he has and that he can

19

20   take apart, is a different -- he uses a different version
     of the Microsoft operating system.

21

22       He testified that it is substantially identical and
     that is -- even if it were different, he has been

23

24   established as a leading expert in this field.

25       THE COURT:  I'm not going to say he's a leading

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000315

Page 1484

```
 1   expert.  I have no evidence of him being an expert.  But

 2   leading expert -- I am going to allow him to testify as an
     expert.  The weight and credibility of his testimony is
 3

 4   for me, and I can listen to it and I can [inaudible].
           MR. BROWN:  Thank you, Your Honor.
 5

 6

                         REDIRECT EXAMINATION
 7

 8                       OF MATTHEW BERNHARD

 9

10   BY MR. BROWN:

11         Q.  Mr. Bernhard, the first part, I would like
           to review your -- of what materials you have reviewed
12

13         in connection with your work on this case.  Are you
           with me?
14

15         A.  Uh-huh.
           Q.   And have you reviewed the scholarly
16

17   literature?

18         A.   Yes, sir.  I've done a thorough survey of
      all of the academic works specifically about the Diebold
19

20   machines and [inaudible].
           Q.   Have you reviewed government publications
21

22   on [inaudible]?
           A.   Yes, sir.  [inaudible] National Academy of
23

24   Sciences as well as various other government

25   agencies.
```

```
 1            Q.   Have you ever reviewed the source code for

 2       the TS system?
              A.   Yes, sir.  I've reviewed an early release
 3

 4   of the source code.
              Q.   Have you reviewed the voting results in the
 5

 6       Georgia 2018 election?
              A.   Yes, sir.
 7

 8            Q.   Have reviewed studies of those results?

 9       A.   Yes, sir.

10            Q.   Have you reviewed statements from voters

11       with their accounts of trying to vote on the machines
         in Georgia?
12

13       A.   Yes, sir.
              Q.   And who in -- focusing just on the -- on
14

15       those individual statements, what statements have you
         -- let me back up a little bit.  Let me finish.  Have
16

17       you reviewed the testimony of the agents of the

18       defendants, including Michael Barnes and Rick Barron
         in other cases?
19

20       A.   Yes, sir.
              Q.   Have you reviewed the reported
21

22       vulnerability in the Georgia voter registration page
         recorded during the 2018 election?
23

24       A.   Yes.

25            Q.   Have you spoken with other people who have
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000317

1          expert knowledge to gain a better understanding of

2          the issues?
                A.   Yes, sir.

3

4                Q.   And who would those be?
                A.   For one, [inaudible] who published one of

5

6          the original security analyses of the DREs, I've
             spoken with -- excuse me [inaudible] Philip Stark,

7

8          who is a leading expert on audits and [inaudible],

9          among others.

10               Q.   Okay.  Okay.  Let's dive into then to some

11         of your opinions.  First, with respect to the Diebold
             DRE machine, do you have an opinion as to whether

12

13         that machine generally is defective or not defective?
             MR. TYSON:  Your Honor, I'm going to object to the

14

15   way that the question is asked.  I don't think we've
       established if there one [inaudible] DRE machine.  We've

16

17   already heard there's different versions of software, are

18   there different hardware -- I think we need to be specific
       about what's being asked.

19

20       MR. BROWN:  Fair enough, Your Honor.
           THE COURT:  Well, it's a lot of different types of

21

22   machines.  At least be able to identify which ones he's
       done and which ones he hasn't.

23

24       MR. BROWN:  Exactly.  Your Honor, exact -- the

25   objection is well taken and let me reframe it.

1   BY MR. BROWN:

2        Q.   Have you developed an opinion as to whether
    the DRE systems like the ones used in Georgia

3

4   generally are defective?
         A.   Yes.

5

6        Q.   And to get to the point of different DRE
    machines, other states use Diebold DRE machines; is

7

8   that correct?

9        A.   Correct.

10       Q.   Are they all identical or are they

11  different?
         A.   From a hardware perspective, they're all

12

13  identical.  The software is different depending on
    the state; though there are only three major versions

14

15  of the software out there.
         Q.   With respect to whether they are defective

16

17  or not, is there any different -- material difference

18  in the different types of Diebold DRE machines?
         A.   No, sir.  They all come with the same

19

20  software and they have the same aging hardware.
         Q.   And what is your opinion about the

21

22  defectiveness of the DRE machines that are used
    nationwide and in Georgia?

23

24       A.   They're defective both from an

25  architectural standpoint, the actual implementation,

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000319

Page 1488

```
1    and the way they were designed and built, as well as

2    the way they are used in many places.
            Again, these machines are 15 years old at this
3

4    point.  The glue that holds the screens together is
      starting to come apart, you know, as well as, you
5

6    know, who knows how many times they've been dropped
      and so forth.  And so I think it's -- they were
7

8    defective to begin with but they've only become more

9    defective over time.

10        Q.   Mr. Bernhard, have you reviewed academic

11   literature on the subject of whether DRE systems are
      generally defective?
12

13        A.   Yes, sir.
          Q.   And just give me an example of some of the
14

15   things that you reviewed.
            A.   Yeah, so there was a forensic study in 2006
16

17   of the Diebold system that was actually published by

18   [inaudible].  There was the California top to bottom
      review.  There was the Ohio Everest report; the state
19

20   of Florida and Maryland both issued independent
      reports.  And then more recently we've seen the
21

22   National Academy of Science's report on the usage of
      DREs, as well as numerous others.
23

24        Q.   And what -- do they have a general

25   consensus or not?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000320

Page 1489

1        A.    Yeah, they -- unanimous conclusion is that

2   DRE machines, and particularly the kind of DRE that's
    used in Georgia are unsafe and unfit for use for

3

4   voting.
             Q.    And are the unsafe and unfit for voting

5

6   because they don't -- they're not accurate or they
    might not be accurate?

7

8        A.    Yeah.  They are, you know -- as I mentioned

9   before, inherently defective and on top of that, they

10  don't provide any recourse if the defect is detected.

11       Q.    And what do you mean by no recourse?
             A.    You know, typically there's this notion of

12

13  software independence where even if the software does
    go bad, we can, one, detect it if it's happened; and

14

15  two, correct for it.
             Because the DRE machines don't have any -- you

16

17  know, there's no paper trail.  There's no external

18  source of evidence of how many votes are cast, who
    they were cast for.  There is no way that the DREs

19

20  can provide significant evidence to the outcome of an
    election.

21

22       Q.    But isn't that the case in any sort of
    computer program that there's no independence --

23

24       A.    Yes.

25       Q.    -- of verification?

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000321

Page 1490

```
 1            A.    Anything that doesn't have an external

 2      source of evidence, yes.
              Q.    The -- let me ask the same question.  You
 3

 4      were -- you responded with discussion of governmental
         agencies.  Have you reviewed opinions or publications
 5

 6      from the computer science community --
              A.    Yes.
 7

 8            Q.    -- about the vulnerability or defectiveness

 9      of the DREs?

10            A.    Yes.  That was the majority of the

11      literature is from.
              Q.    Okay.  And what is the computer science --
12

13      is there a consensus or differences of opinion in the
         computer science community with respect to the
14

15      defectiveness of the DREs?
         MR. LINDSEY:  Your Honor, I object on the relevancy.
16

17   This has been going on for a little while.  I'm not sure

18   when -- where general problems of the DREs is relevant to
      allegations regarding the Georgia lieutenant governor's
19

20   election on a specific [inaudible] Georgia machines.
      These are general allegations, not something specific.
21

22      MR. BROWN:  Your Honor --
         THE COURT:  I understand that. He can answer that
23

24   question [inaudible].

25      MR. BROWN:  Okay.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000322

Page 1491

 1        THE WITNESS:  Again, the overall consensus is that

 2   the machines are vulnerable and can cause problems.
     MR. BROWN:
 3

 4            Q.   Are you aware of any peer review computer
          science publication that takes a contrary view to the
 5

 6        view that the DREs are defective?
                  A.   No, sir.  The community is unanimous.
 7

 8            Q.   Have you developed an opinion about whether

 9        Georgia's system is less defective than the systems

10        used in other parts of the country or more defective?

11        MR. TYSON:  Your Honor, I'll just object for lack of
     foundation.  I don't think we've had testimony about
12

13   Georgia yet.  We've talked generally about that --
     [inaudible]
14

15        THE COURT:  I'll let you ask the question but if he
     doesn't give a basis for it I'll disregard it.
16

17        THE WITNESS:  Okay.  Yes, sir, I have.

18   BY MR. BROWN:
                  Q.   And if I asked you this before, I
19

20        apologize.  But have you talked to people or have you
          done some investigation about the vulnerability of
21

22        Georgia's system in particular, not as a general
          matter?
23

24            A.   Yes, sir.

25            Q.   And what's -- what did you do or what have

000323

1      you done?

2           A.    Again, reviewing testimony and interviewing
       voters in Georgia, reviewing Georgia electronic

3

4      regulation; like I said, testimony from Michael
       Barnes and Rick Barron in the Curling v. Kemp where

5

6      they explain more carefully the layout of the system.
       I talked with Michael Barnes a couple times, also,

7

8      about how Georgia's election system works.

9           Q.    And have you evaluated, for example, the

10     testimony of Logan Lamb?

11          A.    Yes.
            THE COURT:  Of who?

12

13     MR. BROWN:  Logan Lamb.  And have you --
            THE COURT:  So he's repeating somebody else's

14

15  testimony in another case?  Is that what you're saying?
            MR. BROWN:  That's not the purpose.  It was to

16

17  provide a foundation for his knowledge in determining --

18     THE COURT:  Does he have any personal knowledge?
            MR. BROWN:  Your Honor, he's an expert in --

19

20     THE COURT:  I understand he's an expert.  Go ahead.
       [inaudible].

21

22     MR. BROWN:  Okay.
       BY MR. BROWN:

23

24          Q.    Have you personally examined the

25     architecture of the system, from your perspective,

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000324

Page 1493

```
 1        sufficient to understand whether the State of Georgia

 2        by leaving it open to the internet for six months
          might have exposed the system to greater danger?
 3

 4        Have you looked at that personally?
          MR. TYSON:  Your Honor, I'll object to that again.  I
 5

 6    don't think there's any evidence about an exposure for six
       months on the internet.  There's no foundation for the
 7

 8    question -- that's also compounds [inaudible].

 9        THE COURT:  [inaudible] no time, no -- we're talking

10    about one day of one election.  That's all we're talking

11    about.
          MR. BROWN:  Yeah.  I'll establish a foundation for
12

13    that.  The relevance -- I think there was a -- related to
       relevancy.
14

15    BY MR. BROWN:
               Q.   Mr. Bernhard, in your experience and in
16

17        your expertise, would the likelihood of a defect in

18        the election on November the 6th, 2018, be increased
          or decreased based upon how Georgia's particular
19

20        system was maintained?
               A.   It would be increased.
21

22             Q.   Okay.  Now what did Georgia do or not do to
          increase the vulnerability of the DRE machine that it
23

24    uses?

25             A.   We first found in 2016 from Logan Lamb that
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000325

Page 1494

```
 1   there was a server that is connected to the

 2   [inaudible] system or at least adjacent to it that
      was open to the internet running an incredibly
 3

 4   vulnerable version of a software called Drupal.  To
      give you an idea of how vulnerable it is, I set up my
 5

 6   Drupal residence and within 24 hours it was
      compromised.
 7

 8       We also saw in 2018 leading up to the election

 9   that the voter registration page has significant

10   vulnerabilities in it.  And all of these could serve

11   as potential records for malware or, you know, other
      -- they all show a tendency for a lack of
12

13   fastidiousness and, you know, a general carelessness
      from a technical perspective that may indicate that
14

15   errors were made or there was malware in the system
      or -- you know.
16

17       Q.   And did that contribute to your assessment

18   of the level risk in Georgia?
              A.   Yes.
19

20       Q.   And what was your conclusion about whether
      the risk was increased or decreased?
21

22       A.   So, based on the inherent vulnerability of
      the DREs, they're used and based on the repeated
23

24   security mistakes by the State of Georgia, my opinion

25   is that the -- Georgia's elections are far more
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000326

Page 1495

```
 1    vulnerable than most other states and most other

 2    elections in general.
             Q.   Now you identified -- you stated mistakes,
 3

 4    of what I interpreted to be mistakes.  Could you list
       those again for us, please?
 5

 6         A.   Yeah.  The file system that used to
       distribute sample ballots and voter registration data
 7

 8    was left open to the internet.  And the voter

 9    registration page had two major vulnerabilities and

10    then one less significant vulnerability in it; and

11    because of the central nature of Georgia's election
       system, you know, they -- the Secretary of State's
12

13    office does distribute programming to all of the
       machines indirectly.
14

15         Those two vulnerabilities at the state level
       could potentially cause trouble, you know, everywhere
16

17    in the state; as well as, you know, again, show a

18    general lack of care for technical correctness, you
       know.  Getting the technical stuff right and making
19

20    programming errors or for other things are more
       likely as well.
21

22         Q.   Okay.  Anything else?  Any other problems,
       any other mistakes?
23

24         A.   None come to mind.

25         Q.   Okay.  Let me -- to back up a little bit, I
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000327

Page 1496

1          do want to get something into the record.

2          THE COURT:  This P-5?  Is that P-5?  P-7.  Okay.  I

   don't look at it until it's been admitted.

3

4  BY MR. BROWN:
                Q.   Do you have Plaintiff's Exhibit 7 in front

5

   of you?
6                A.   Yes, sir.

7

8                Q.   And what is Plaintiff's 7?

9                A.   It is the National Academies of Science

10     Engineering and Medicine's report, Secured Boot, from

11     2018.
                Q.   And is it your understanding the entire

12

13     report is public and on the internet?
                A.   Yes, it is.

14

15              Q.   And is Plaintiff 7 just a selection of
         those pages?

16

17              A.   Yes, it appears to be.

18              Q.   And what is your understanding of what the
         National Academy of Science's -- what study it

19

20     undertook and what the purpose of that was.
                A.   The National Academy of Scientists

21

22     attempted to kind of understand the overall --
         MR. TYSON:  Your Honor, I'm going to pose an

23

24  objection as to what another group of experts may have

25  said.  Plus, it is what he said and he's the expert here.

www.huseby.com                Huseby, Inc.  Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000328

Page 1497

```
 1    He's the one that we can cross-examine.  These folks

 2    aren't here so we would object this line of testimony.
           MR. BROWN:  Your Honor, he already testified.
 3

 4    [inaudible] kind of information -- he already testified
       that this is the --
 5

 6       THE COURT:  He can testify to what he's read and who
      he's talked to, what all he's done.  He can't just read
 7

 8    off a document that somebody else has -- based on having

 9    done all that, then he has certain opinions, which I've

10    heard pretty loud and clear.  Those are all his opinions

11    based on all this information and training and everything
       he's done.
12

13       But we're not having the documents here.
           MR. BROWN:  Your Honor, I believe that it's
14

15    admissible because it is -- he has established that this
       is the kind of information that expert --
16

17       THE COURT:  No. No.

18       MR. BROWN:  Okay.
           THE COURT:  It becomes a substitute for evidence and
19

20    we're not going to do that.
           MR. BROWN:  Okay.
21

22       THE COURT:  But I understand.  He read it; it formed
       part of the decision that he's made in this case.
23

24       MR. BROWN:  Is the -- and let me ask a foundation --

25    I understand your ruling but to get on the record, is --
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000329

Page 1498

Case 1:17-cv-02989-AT   Document 449-8   Filed 07/03/19   Page 330 of 661

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 170

```
 1   BY MR. BROWN:

 2           Q.   Are opinions such as the one in the
         National Academy of Sciences, things that experts in
 3

 4       your field rely upon to develop your expert opinion?
             A.   Yes.
 5

 6           Q.   And is it standard in your profession to
         rely upon that information?
 7

 8           A.   Yes.

 9       MR. BROWN:  Your Honor, I would suggest again this is

10   the kind -- albeit hearsay, it is exactly the kind of

11   hearsay --
             THE COURT:  No.  It's hearsay.  He's relied on it;
12

13   he's read it; it's part of what -- you know, if he's up to
          PhD he's probably read thousands of pages of stuff.  We're
14

15   not putting it all in.
             MR. BROWN:  Thank you, Your Honor.
16

17   BY MR. BROWN:

18           Q.   You testified before that there are some
         telltale signs of actual defective machines; do you
19

20       recall that?
             A.   Yes, sir.
21

22           Q.   And have you reached an opinion about
         whether those telltale signs were apparent in Georgia
23

24       for the 2018 election?

25           A.   Yes, sir.
```

www.huseby.com              **Huseby, Inc.  Regional Centers**              **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000330

Page 1499

```
 1            Q.   And what in your expert opinion were those

 2       telltale signs and what is the basis that you have
         for saying that it is?
 3

 4            A.   So there is a -- to say that the literature
         is the [inaudible] where they lay out the foundation
 5

 6       for forensic election investigation --
         MR. LINDSEY:  Your Honor, same objection.
 7

 8       THE COURT:  Hm?

 9       MR. LINDSEY:  You know, he could -- the question here

10  is, what were the telltale signs, not what another paper

11  may say --
         THE COURT:  You cannot quote what the paper said.
12

13       MR. LINDSEY:  -- [inaudible] what another paper said.
         MR. BROWN:  That's right.
14

15       THE COURT:  Let me make that -- you can say I relied
    on it to make my decision; don't have any problem with
16

17  that.  That's what experts do.  To get an expert in

18  anything you've got to read lots of stuff.  But you can't
    say what it said; okay?
19

20       MR. BROWN:  Bear that in mind.
    BY MR. BROWN:
21

22            Q.   Mr. Bernhard, what telltale signs did you
         observe of system defectiveness?
23

24            A.   The significant under-vote rate in the

25       lieutenant governor's race, as well as reporting
```

www.huseby.com                Huseby, Inc.  Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000331

Page 1500

Case 1:17-cv-02989-AT   Document 449-8   Filed 07/03/19   Page 332 of 661

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/17/2019          Page 172**

```
1         various errors, you know.  There were errors with the

2         review screen; voters were reporting the machines
          were [inaudible] in the middle of the voting
3

4         sessions, that error messages were popping up.
                Q.   Let's -- let me -- I can't -- I'm sorry.
5

6         Focusing on the election results, you said there was
          a significant under-vote and what is the basis of
7

8         your opinion that there was a significant under-vote?

9         MR. LINDSEY:  Your Honor, first off, the objection is

10    that he hasn't established any kind of expert regarding

11    under-voting and whether or not the under-voting could be
       caught by machine or through other sources.  He hasn't
12

13    laid that foundation.
             As a matter of fact, they tried to lay that
14

15    foundation with the last expert and the judge ruled
       against them.  So he simply has not laid any proper
16

17    foundation of kind of testimony.

18        MR. TYSON:  Your Honor, the same objection, that
       there's not a foundation.  Mr. Bernhard is not an expert
19

20    on election administration or under-votes.  I think the
       numbers are already in the evidence -- we know what the
21

22    numbers are, so --
             THE COURT:  Yeah.  We've already had testimony about
23

24    it live.  So I sustain the objection.

25        MR. BROWN:  Let me reframe it.
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000332

Page 1501

```
 1    BY MR. BROWN:

 2            Q.   Do the voting results in some instances
         tell an expert like you that there may be a defect in
 3

 4       the system that needs to be investigated?
         MR. LINDSEY:  Your Honor, same objection as before.
 5

 6       THE COURT:  That's a little bit different.
         MR. LINDSEY:  Same objection as before.  I might also
 7

 8    add that he's asking for speculation of the word "may."

 9    The --

10       THE COURT:  I said weight and credibility is mine.

11       MR. LINDSEY:  Huh?
         THE COURT:  Okay.  I'm going to let him answer that
12

13    question.
         MR. LINDSEY:  Okay.  Thank you.
14

15       THE WITNESS:  Yes.  I do believe that based on the
      data there were defects.
16

17    BY MR. BROWN:

18            Q.   And what is it about the data that leads
         you to the opinion that there were defects in the
19

20       machines?
              A.   There would be -- there's a statically
21

22       significant correlation between the mode of voting
          and the amount of under-voting; and there's also a
23

24       statistic -- at least in one statistically

25       significant aberration in the [inaudible] where one
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000333

Page 1502

1          voting machine reported, you know, significantly

2          different results than every other voting machine in
           the precinct, which is highly unlikely.

3

4              Q.   In your field -- well, let me back up a
           little bit.  You said statistically significant

5

6          under-voting.  Do you mean under-voting in the
           abstract or the comparison between under-voting on

7

8          the electronic machines and under-voting on the paper

9          machines?

10             A.   Yes, that's correct.  The under-voting rate

11         for paper ballots was significantly lower than it was
           for DRE machines in a statistically significant

12

13         [inaudible].
               Q.   And what is the statistical basis for what

14

15         you're saying?
           MR. LINDSEY:  Your Honor, objection.  He's laid no

16

17    basis that he's in any way an expert on statistics.

18         MR. TYSON:  Same objection, Your Honor.
           MR. BROWN:  Your Honor --

19

20         THE COURT:  I mean, we've got all the figures.
           [inaudible]  We've got all the figures.  We know what

21

22    happened.  We know what the numbers are.  He says it's
      because the machines are defective.  That's his opinion,

23

24    expert opinion, it's why all that happened.

25         Okay, beyond that, where are we going?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000334

Page 1503

1          MR. BROWN:  Your Honor, the -- if I may back up a

2     little bit.  With any phenomena, there's either direct
       evidence, eyewitness testimony, or you go through and you

3

4     eliminate every other alternative.  That's -- you do --
          THE COURT:  But I've taken his opinion.  His opinion

5

6     is because of those numbers and because of the
       differential between the paper and the machines, something

7

8     has to be wrong with the machines; am I right?

9          MR. BROWN:  Okay.

10         THE COURT:  I'm simplistic; I'm sorry.

11         MR. BROWN:  Is there a way to --
          THE COURT:  I don't have a PhD.

12

13         MR. BROWN:  Okay.
       BY MR. BROWN:

14

15         Q.   And let me ask this.  Is there a way to
       quantify the likelihood of that voting pattern

16

17     happening simply by chance?

18         A.   Yes, there is.
          Q.   And what is the answer?

19

20         A.   Typically, you use a hypothesis test.  In
       the two examples I cited [inaudible] one of them, the

21

22     -- I believe the under-vote has a less -- less than 1
       to 10,000 chance of being  -- happen -- sorry.  A

23

24     less than 1 in 10,000 chance of appearing at random

25     or monthly in the course of an election.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000335

Page 1504

1          Q.    And then you -- you also testified about

2     Winterville?
              A.    Yes.  The -- assuming that the voters were

3

4     randomly -- you know, that you didn't go to a machine
       based on your party or something like that.  The odds

5

6     that one machine would have significantly more votes
       for one party but not the other machines have votes

7

8     for the other party is also incredibly low.

9          Q.    And could you just explain -- we -- in case

10    the court has not heard about the Winterville

11    problem, could you just explain to the Court what you
       observed about the numbers at the Winterville voting

12

13    location?
       MR. LINDSEY:  Your Honor --

14

15    THE COURT:  About what?  I missed the question.  You
      went round and round and I didn't get it.

16

17    MR. BROWN:  The question is, just to get -- he

18    testified about Winterville and what happened in
      Winterville, and I was just asking him to explain in

19

20    greater detail what did happen in Winterville in case that
      hadn't been made clear.

21

22    MR. TYSON:  And Your Honor, this assumes facts that
      are not in evidence and I believe the evidence that

23

24    [inaudible] was submitted was not an avenue that Mr.

25    Bernhard regarding that precinct.  So Mr. Barnhard [sic]

```
 1   may need to lay a foundation and Mr. Barnhard needs to

 2   talk about his personal analysis, if he conducted one.
     BY MR. BROWN:
 3

 4        Q.   Again, are you familiar with the voting
          totals from the Winterville district?
 5

 6        A.   Yes, sir.
          Q.   And where did you get that from?
 7

 8        A.   The Secretary of State's vote results.

 9        Q.   And what did those numbers show?

10        A.   In that precinct, I believe there were

11   eight DRE machines.  On every DRE machine the
     Democratic candidate won every race, except one where
12

13   a Republican candidate won every race by
     approximately the same margin as the Democrat voting
14

15   on the other machines.
          Q.   And as a forensic expert, why is that -- is
16

17   that a telltale sign of a system defect?

18        A.   Yeah.  If you assume that the voters are
     probably going to machines at random, you know, not
19

20   based on the party affiliation or anything like that,
     it's extremely unlikely that you would see seven
21

22   machines with this incredibly regular pattern and
     then one machine that's completely opposite of those
23

24   same machines.

25        Q.   And from your background and experience in
```

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000337

Page 1506

```
 1    software, is there an explanation for why that might

 2    happen?
              A.   To me it seems like it might be a
 3

 4    programming error where you, you know -- all of the
       machines you have A as the Republican, B as the
 5

 6    Democrat, but on this one machine for whatever reason
       it was B as the Democrat -- or A as the Democrat, B
 7

 8    as the Republican.

 9        Q.   Just a code problem?

10        A.   Yeah.  Or I believe the other could be, you

11    know, obviously some other kind of error that the
       machine incurred that wasn't even -- that was
12

13    programmed into it.
              Q.   And it could be an innocent mistake or a
14

15    malicious virus; correct?
              A.   Correct.
16

17        Q.   Okay.  And -- now, did you review

18    statements by eyewitnesses that led you to consider
       one way or the other whether there may be telltale
19

20    signs of a defective system?
              A.   Yes.
21

22        Q.   And what did you review?
              A.   I reviewed three affidavits from voters, as
23

24    well as the voter hotline report for -- for one

25    precinct.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000338

Page 1507

1       Q.   And from your perspective as an expert,

2   what sort of issues were reported that might have
    been telltale signs of defective equipment?

3

4       A.   Voters were reporting machines were
    rebooting spontaneously.  Some people were citing

5

6   that there were raw error codes showing up in logs on
    the machines, which is exceptionally rare in good

7

8   software.

9       There were also voters who had issues with the

10  review screen where they, you know -- one voter

11  reported that they voted their whole ballot, but they
    didn't see the lieutenant governor choice on it at

12

13  all.  And then they get to the review screen and they
    see that it's there.  Other voters were reporting

14

15  once they got to their review screen, they quit on a
    particular race to go back and change their answer or

16

17  review it or whatever.  And it would just cast their

18  vote instead of taking them back to that screen.
    There were numerous errors that seemed to have

19

20  manifested.
        Q.   From your perspective, and based upon your

21

22  expertise, is there a way to -- just -- is there a
    way, one or the other, whether you can generalize

23

24  from those specific instances, any system-wide sort

25  of problems?

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000339

Page 1508

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019          Page 180

1          A.    Generalized, no, I don't think so.

2          Q.    And what would you need to do to determine
   whether the extent of the defect?
3

4          A.    A forensic analysis of the software that
   was running on those machines would be necessary.
5

6          Q.    Okay.  And have you undertaken or started
   or tried to do a forensic analysis of these DRE
7

8    machines?

9          A.    Yes, sir.  I showed up to Fulton County

10   Election [inaudible] on Monday and was told that I

11   would not be allowed to do it.
           Q.    Okay.  And this is just this Monday, three
12

13   days ago?
           A.    Correct.
14

15         Q.    Okay.  And have you had the opportunity to
   review the internal memory or examine the internal
16

17   memory of any of these machines?

18         A.    No, sir.
           Q.    And if -- explain, if you will, sort of the
19

20   back and forth of the industry and I know it's all
    collegial, but just what the back and forth was
21

22   between you and the technicians down there.
           MR. TYSON:  Your Honor, objection to the relevance.
23

24   The Court has heard their motions to compel, have heard

25   the motions for discovery.  The Court has heard their

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000340

Page 1509

1   proffer regarding what they believe that she should have

2   been entitled to, but they -- but the Court ruled against
     them.  So I would object as this is not relevant.  The

3

4   Court's already ruled on this.
          MR. LINDSEY:  Your Honor, we further object on this

5

6   as it is hearsay, the conversations he had with the
     technicians.  He can say what he said, but what the

7

8   technician said is hearsay.

9       MR. BROWN:  I'll take that as -- in reverse.  It's

10  not hearsay because it's statements by the adverse party

11  and --
          THE COURT:  Well, I have seen everybody's briefs on

12

13  this point, and I see both sides of it.  I did not order a
     forensic investigation.  I specifically left that word

14

15  out.
          I set out certain things to be done.  Did you get a

16

17  forensic?  No, we didn't get a forensic because I didn't

18  order a forensic.  I'm not going beyond that.
          MR. BROWN:  Your Honor, would you take testimony of

19

20  what it means -- what the word, internal memory, means?
          THE COURT:  I have some knowledge.

21

22      MR. BROWN:  And I understand.
          THE COURT:  I'm not completely stupid.

23

24      MR. BROWN:  Your Honor --

25      THE COURT:  I happen to be a math/physics major.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000341

Page 1510

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/17/2019**          **Page 182**

```
 1        MR. BROWN:  Your Honor.

 2        THE COURT:  Yeah.  I got sidetracked.  Yeah. So if
      you want to do it, go ahead.  Don't worry about it.
 3

 4   BY MR. BROWN:
               Q.   Were you offered access to the internal
 5

 6        memory of a DRE machine?
           THE COURT:  I'm not going into that either. That's
 7

 8   what they objected to.

 9        MR. BROWN:  Okay.

10        THE COURT:  Okay?  The question was, how did he do

11   it?  Okay?  That was the issue.  I was available; nobody
      called, except Mr. [inaudible].
12

13        MR. BROWN:  Okay.
           THE COURT:  He emailed; right?  Repeatedly.  And I
14

15   repeatedly responded.  This case has been my life for a
      week and a half.  Go ahead.
16

17        MR. BROWN:  I think we've --

18   BY MR. BROWN:
               Q.   Mr. Bernhard, why didn't you inspect the
19

20        DRE machine?
               A.   Turning on the machine would affect the
21

22        internal state, so we were ordered to review the
           internal memory of the machine.  That includes the
23

24        ROM, the read-only memory where the operating system

25        and the boot loader as well as the election data is
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000342

Page 1511

```
 1      stored.  Turning on the machine would necessarily

 2      alter that data.  There are ways to extract that data
         without damaging it in that way.  But, of course, we
 3
 4      couldn't perform that operation.
                 Q.   So, you could have accessed it -- is it --
 5
 6      let me try to unpack that a little bit.  Had you
         accessed it -- you could access but you would have
 7
 8      altered the evidence?  Is that what you're saying?

 9             A.   I would have altered some of the evidence

10      and would only have seen a very small part, but I

11      would have only seen the election archive, which is
         not the internal memory.  It's just a very small part
12
13      of it.
                 Q.   Okay.  And so the -- faced with the
14
15      alternative of altering evidence and not getting the
         evidence that you were looking for, you decided not
16
17      to conduct the investigation; correct?

18             A.   That's correct.
                 Q.   And can you explain to the Court in a
19
20      little bit greater detail how and why booting the
         system without making a copy of the internal memory
21
22      first can alter evidence.
              MR. LINDSEY:  Your Honor, this was an issue that was
23
24   raised to the Court; both sides briefed it.  The Court

25   ordered if there were any further questions to request a
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000343

Page 1512

1    conference call or anything like that.  No such call was

2    requested.

           The Court then heard, I believe -- I may be terming -

3

4    - the term [inaudible] -- but that you didn't file a very
     extensive brief saying that you needed additional

5

6    discovery that wasn't being allowed to you.  The Court
     considered that brief and ruled against you.  And now

7

8    today we're dealing with an evidentiary trial as to

9    whether or not there was a defect in the election system

10   in Georgia, that it -- was it great enough to overturn a

11   margin of victory over 123,000 votes.

           That's the sole issue here today.  If all of this is

12

13   simply regurgitating the same concerns that were
     previously raised and [inaudible].

14

15       MR. TYSON:  Your Honor, we just object on relevance
     along the same line.  What -- how did you turn on the

16

17   machines and a forensic examination not relevant to the

18   lieutenant governor's race, [inaudible].

           THE COURT:  Mr. Brown.

19

20       MR. BROWN:  Your Honor, the -- this is the foundation
     for establishing that the petitioners have not been given

21

22   any --

           THE COURT:  No.  The petitioner was given.  You

23

24   refused to take it; you wanted to do it some other way.

25   That issue is done.  So go -- move on to another subject.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000344

Page 1513

```
 1         MR. BROWN:  Okay.  Your Honor, if I may -- and I'm

 2    not --
             THE COURT:  No.  Not if you may.  You always want an

 3
      if you may.  No.  We've been through this over and over

 4     and over again.  You email me at 11:00 at night.  You

 5
      email me at 2:30 in the morning.  You would not believe

 6     all the stuff in this case.

 7
           I've looked at it.  I've made the best decisions I

 8    know how; move on to something else.  Question of

 9    discovery is done.

10
           MR. BROWN:  Your Honor, just one more thing.  I'm

11     going to --

12
           THE COURT:  You don't listen to me, do you, sir?
13         MR. BROWN:  It's a different topic.

14
           THE COURT:  Okay.  Different topic's fine.
15         MR. BROWN:  This is a different topic.  Different

16
      topic.  The diff -- but I -- I would like to say the

17    different topic is going to sound like the same topic.
       It's different.

18

19
           MR. LINDSEY:  Can I just object now?
20         THE COURT:  This is just -- I guess I'm on the record

21
      -- this is just really good lawyering on both sides.  I
22     mean, it's like -- no.  If it sounds -- what is it?  If it

23
      looks like a duck and it quacks like a duck, it is a duck;
24
      is that the one where you talk about in the South?
25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000345

Page 1514

1        MR. BROWN:  And I never agree with that, Your Honor.

2        THE COURT:  Try one more question and we'll see where
we go.  You might get to testify.  Go ahead.
3

4        MR. BROWN:  Yeah.
    BY MR. BROWN:
5

6        Q.   If the State of Georgia wanted to
    investigate the causes of apparent anomalies, what
7

8    could it do?

9        A.   It could perform a --

10    MR. LINDSEY:  Objection, Your Honor.

11    THE COURT:  I'm going to let him.  I'm going to let
him answer that, what the state could do.
12

13    THE WITNESS:  It could perform a forensic
investigation, which are the best practices recommended by
14

15    experts and have been for decades.
    BY MR. BROWN:
16

17        Q.   And based upon your interactions with the

18    State and your knowledge of the --
    THE COURT:  No.  Not based upon his interactions with
19

20    the State.  We're not going there.
    BY MR. BROWN:
21

22        Q.   Did the State conduct that kind of forensic
    examination?
23

24    A.   No.

25    Q.   Okay.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000346

Page 1515

```
 1        MR. BROWN:  Your Honor, I would like to take a break

 2   just to get a glass of water and then finish up with this
     witness, quickly.
 3

 4        THE COURT:
          MR. BROWN:  Thank you.  Thank you, Your Honor.
 5

 6
          [Off the record at 2:09 p.m., and back on the record
 7

 8   at 2:22 p.m.]

 9

10        THE COURT:  [inaudible]

11
               CONTINUATION OF REDIRECT EXAMINATION
12

13                    OF MATTHEW BERNHARD

14

15   BY MR. BROWN:
               Q.   Mr. Bernhard, do you have experience
16

17   evaluating GEMS databases?

18          A.   Yes, sir.
          Q.   Have you in the course of your work
19

20   reviewed or had access to GEMS databases?
               A.   Yes, sir.  I've been sent to GEMS databases
21

22   from the State of Colorado, State of California, I
     believe the State of Alaska as well.
23

24          Q.   And were those treated as nonconfidential?

25          A.   Yeah.  They were public records.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000347

Page 1516

1        Q.   Okay.  Have you received that from the

2    State of Georgia?
         A.   No.

3

4    MR. LINDSEY:  Your Honor, he's going back down the
     same rabbit hole again and I object.  This is once again a

5

6    matter that should have been taken up regarding discovery.
     We're here today to hear the evidence as to whether or not

7

8    there was some kind of breach and whether or not it was

9    significant enough to change the election votes, not

10   whether or not they should get something they didn't get.

11   THE COURT:  I sustain the objection.
     MR. BROWN:  Thank you, Your Honor.  No further

12

13   questions.

14

15                 CROSS-EXAMINATION
             OF MATTHEW BERNHARD

16

17

18   BY MR. TYSON:
             Q.   [inaudible], Mr. Bernhard.  So let me ask

19

20   you first, is it your personal belief that only paper
         should be used for elections, hand-marked paper

21

22   ballots?
             A.   Hand-marked paper ballots that are

23

24   [inaudible].

25   THE COURT:  [inaudible]

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000348

Page 1517

```
 1          THE WITNESS:  Hand-marked paper ballots [inaudible].

 2    BY MR. TYSON:
                 Q.   Have you ever worked on a political
 3

 4    campaign before?
                 A.   No, sir.
 5

 6          Q.   Now you talked about your research and
       various studies and what you've looked at.  It's
 7

 8    correct, isn't it, that you're not aware of a single

 9    instance anywhere in Georgia where there was a piece

10    of malware that was somehow propagated from a server

11    that creates the ballot format, down through memory
       card, onto the DRE; is that correct?
12

13          A.   Correct.  But again, that's just because
       they're machines.  There's no [inaudible].
14

15          Q.   But you're not aware of an instance where
       that's occurred; correct?  Okay.  And you're not
16

17    aware of an instance where anywhere in the nation

18    where a piece of malware has been propagated onto a
       DRE in an actual election, are you?
19

20          A.   Not on the DRE voter registration systems,
       I guess.
21

22          Q.   But as the DRE you're not?
             A.   [inaudible]
23

24          Q.   Okay.  Now you talked a little bit about

25    the Winterville precinct in Clarke County; is that
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000349

Page 1518

1       correct?

2             A.   Yes, sir.
              Q.   Okay.  And you said that -- did you perform
3

4       a statistical analysis at that precinct?
              A.   No, sir.
5

6             Q.   Who performed that statistical analysis?
              A.   I think it was Philip Stark.
7

8       MR. LINDSEY:  Your Honor?

9       MR. TYSON:  And so -- sorry.

10      MR. LINDSEY:  He testified earlier as to the results

11  from that machine as if he himself performed that
     examination after this Court specifically ruled that that
12

13  testimony from Mr. Stark was hearsay.
              I'm going to move that that testimony that had been
14

15  previously raised regarding this be stricken from the
     record because it's contrary to a prior ruling that he
16

17  could not testify as to what other people had done.  And -

18  -
              THE COURT:  Mr. Brown?
19

20      MR. LINDSEY:  -- and [inaudible] that he
     mischaracterizes earlier testimony as well.
21

22      MR. BROWN:  Your Honor, I believe that the record
     would say what the record says about what he says and
23

24  [inaudible] attempt to characterize it.  The testimony was

25  that he had reviewed the evidence relating to the

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000350

Page 1519

```
 1   Winterville.

 2       I asked him what telltale signs and he used that as
     an example.  We further established early on that the
 3

 4   reports of people like Stark are something that an expert
     in his capacity looks at and that he reviews the evidence
 5

 6   from all different sources.
             MR. LINDSEY:  He -- I'm sorry, go ahead.  I'm sorry.
 7

 8       MR. BROWN:  I don't --

 9       MR. LINDSEY:  I didn't mean to --

10       MR. BROWN:  I don't remember him saying that he did

11   the math on Winterville, but that he knew the answer and
     he knew how to get it.
12

13       MR. LINDSEY:  But he -- but -- but he has been
     specifically told on multiple occasions despite attempts
14

15   to solicit such testimony that he was not to testify as to
     what other people had done or what other people reported.
16

17   He was specifically admonished not to do that; and through

18   ambiguity and a question, he led this Court to believe
     that he, himself -- and I'm sorry, I --
19

20       MR. BROWN:  Your Honor --
         MR. LINDSEY:  [inaudible]
21

22       THE COURT:  Let him finish.
         MR. LINDSEY:  That he, himself, had conducted this
23

24   investigation of these tapes.  He has not admitted that he

25   has not and I ask that his previous testimony be stricken.
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000351

Page 1520

```
 1        MR. BROWN:  Your Honor, same response.  I would -- to

 2   get at the truth --
          THE COURT:  Well, he gets -- it's his motion, so I'm
 3

 4   -- he testified as that he got the numbers from the
     Secretary of State, and that I will accept.
 5

 6        MR. TYSON:  But he's now [inaudible].
          THE COURT:  But the rest of it I will not accept.
 7

 8        MR. TYSON:  Okay.  But he's now testified that he

 9   didn't actually do that investigation.

10        MR. BROWN:  But now [inaudible]?

11        THE COURT:  Not yet.  But that's how I heard it.  I
     heard it that he got the numbers from Clarke County and
12

13   the rest of it -- he sounded -- he moved into it as if
     he'd done it all, but no, he -- obviously he hadn't do it
14

15   all --
          MR. LINDSEY:  Just by testifying that he didn't do
16

17   it, that's [inaudible].

18        THE COURT:  -- it wouldn't be admissible.  Okay.
          MR. LINDSEY:  Make sure that's on [inaudible].  I'm
19

20   sorry.
     BY MR. TYSON:
21

22        Q.  Mr. Bernhard, so you -- I believe we had
          just been through that Professor Stark had done the
23

24        statistical analysis of the Winterville precinct; is

25        that correct?
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000352

Page 1521

```
 1          A.   That's correct.  I pulled the numbers

 2     though beforehand.
                Q.   And so, when you say you pulled the

 3

 4     numbers, could you explain to us what that means?
                A.   I --

 5

 6     THE COURT:  Did you pull the numbers?
           THE WITNESS:  Yes, I pulled the numbers.

 7

 8     THE COURT:  I thought you said he pulled the numbers.

 9     THE WITNESS:  Okay.

10     THE COURT:  And by moving into that you make it sound

11     like he did it all, but he didn't.  He just pulled the
       numbers.

12

13     BY MR. TYSON:
                Q.   So, Mr. Bernhard, after you pulled the

14

15     numbers it's correct isn't it that Professor Stark
           did then the statistical analysis?

16

17          A.   Correct.

18          Q.   Okay.  And you didn't personally perform
           the statistical analysis in that precinct?

19

20          A.   No, sir. Because Philip had already done
           it.  I didn't see a point in doing it again.

21

22          Q.   How did you go about selecting or had -- do
           you know how anybody selected the Winterville

23

24     precinct?

25          A.   It was brought to my attention just because
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000353

Page 1522

```
 1    of this oddity of his one machine having drastically

 2    different vote totals than the other seven.
           Q.   And was that from plaintiff's counsel?
 3

 4         A.   I believe so.
           Q.   And if I'm recalling correctly, the
 5

 6    machines on that precinct had anywhere between 117
       and 144 votes per machine; is that correct?
 7

 8         A.   That sounds about right.

 9         Q.   Okay.  So the maximum number of votes on

10    the one machine would have been 144 votes; is that

11    correct?
           A.   That sounds about right.
12

13         Q.   Okay.  Mr. Bernhard, you don't have any
       expertise in the process of ballot design; is that
14

15    correct?
           A.   I have designed ballots, but I suppose I
16

17    don't have that expertise; that's correct.

18         Q.   And you never read any literature or
       studies regarding design -- design of ballots and
19

20    voter behavior?
           A.   I have, yes.
21

22         Q.   On voter behavior specifically?
           A.   Yes.
23

24         Q.   Okay.  So in scenarios where voters face a

25    high turnout a year -- strike that.
```

www.huseby.com           Huseby, Inc.  Regional Centers           800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000354

Page 1523

1          I believe your testimony earlier was that there

2     was an analysis of two precincts, the Winterville
      precinct and what was the other precinct?
3

4          A.   I don't think I said there was an analysis.
      I -- two precincts were pointed out to me -- well,
5

6     more than two actually.  Winterville [inaudible] the
      numbers off.  Grady High School had machine errors
7

8     that were reported.  The AME Church had errors that

9     were reported.

10         Q.   So, in terms of an analysis though in your

11    expert opinion, you've only looked at the Winterville
      precinct; is that correct?
12

13         A.   In terms of numerical analysis, yes.  In
      terms of assessing how many errors that occurred, no.
14

15         Q.   But let me just make sure I'm clear on
      that.  So I thought you testified that Professor
16

17    Stark did the analysis on Winterville.

18    MR. BROWN:  Objection.
           Q.   So have you --
19

20    MR. BROWN:  Object, Your Honor.  It's unclear as to
      what analysis he's talking about and there's a confusion
21

22    between the forensic [inaudible] --
           THE COURT:  Okay.  Rephrase the question.
23

24    MR. TYSON:  Okay.  I'll be happy to rephrase.  Thank

25    you.

```
 1   BY MR. TYSON:

 2            Q.   So, correct me if I'm wrong, but I believe
          you testified Professor Stark performed the
 3
          statistical analysis of the Winterville precinct;
 4         correct?

 5
              A.   That's correct, yes.
 6            Q.   Did you perform a statistical analysis of

 7        any precinct?

 8
              A.   No, sir.
 9
              Q.   Did you conduct a forensic analysis of any
10
          DRE machine in the state of Georgia for the November
11        2018 election?

12
              A.   No, sir.
13            Q.   And so sitting here today, it's correct to

14        say that you have no idea whether any malware resides
          on any DRE machine in the state of Georgia; is that
15
          correct.
16
              A.   Yes, that's correct and I reckon that no
17        one else does either.

18
          MR. TYSON:  All right.  That's all I've got.
19

20
                         CROSS-EXAMINATION
21                    OF MATTHEW BERNHARD

22
23

24

25   BY MR. LINDSEY:
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000356

Page 1525

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 197

 1          Q.   Winterville's located in Clarke County;

 2     correct?
              A.   I believe so.
 3

 4          Q.   Okay.  Clarke County is not in this
       lawsuit, you're aware of that, right?
 5

 6     MR. BROWN:  I object.  It calls for a legal
     conclusion and it's the wrong conclusion.
 7

 8     MR. TYSON:  Clarke County is not a named party to

 9  this case.

10     THE COURT:  Well, Mr. Lindsay, what he said is in the

11  lawsuit --
              MR. TYSON:  I apologize.
12

13  BY MR. TYSON:
              Q.   Clarke County is not a named party in the

14

15     lawsuit; correct?
              A.   I believe so, yes.
16

17          Q.   Okay.  The voting strips haven't been --

18     you didn't bring the voting strips with you, did you?
              A.   You mean the pap- -- the poll tapes?
19

20          Q.   Yeah.
              A.   No, sir. I don't have those [inaudible].
21

22          Q.   And as you previously testified, it was Mr.
       Stark that did the analysis of the eight machines
23

24     [inaudible]; correct?

25          A.   He did the statistical analysis.

www.huseby.com          **Huseby, Inc.  Regional Centers**          800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**
000357

Page 1526

```
 1    [inaudible].

 2              Q.   Okay.  Now let's talk for a minute about
      your -- the odds that you raised.  You've never done

 3

 4    any kind of -- well, let me back up.  You're not a
      political science expert; correct?

 5

 6              A.   No, sir.
                Q.   Okay.  So you don't know the impact that an

 7

 8    -- that a large influx of new voters would have in

 9    terms of their voting patterns with down-ballot

10    races?  You don't know anything about that?

11       MR. BROWN:  Your Honor, I'll object to that and
      here's my objection.  Cross-examination needs to be based

12

13    upon a good faith belief that there's going to be some
      submission of evidence to support the inference or the

14

15    predicate of the question.
                That's the first point.  In this case we know that

16

17    the State does not have any predicate because there's no

18    person on earth who could be qualified as an expert to
      render that opinion.

19

20       THE COURT:  You're arguing.  That's an argument.
      I'll overrule that objection.

21

22       THE WITNESS:  Can you repeat the question?
      BY MR. TYSON:

23

24              Q.   I don't remember the question.  I was

25    simply just by establishing that you have no
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000358

Page 1527

1    knowledge as to the pattern, behavior of new voters.

2         A.   That's not true.  I have -- I mean I've
     reviewed the political science literature insofar as
3

4    it informs my work.
          Q.   Okay.  And if I understand correctly, you
5

6    don't have -- or rather you haven't done any
     investigation as to the particularities of this race;
7

8    correct?

9         A.   I'm familiar with the races and the

10   candidates.

11        Q.   Yeah.  Are you familiar, for instance, with
     the fact -- with how the paper ballots were
12

13   configured in terms of the names versus the
     configuration of candidates on the electronic?
14

15        A.   I can't say that I'm familiar with every
     electronic configuration because there can be
16

17   different -- on a county-by-county basis; the same

18   with paper ballots, but I'm generally familiar, yes.
          Q.   Okay.  You are aware that the configuration
19

20   was different from the paper ballots versus the
     electronic; correct?
21

22        A.   Yes, sir.
          Q.   Okay.  Have you done any kind of analysis
23

24   regarding voter familiarity with Ms. Amico in terms

25   of how well they knew her?  In terms of -- strike

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000359

Page 1528

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
**Transcript of Hearing Proceedings on 01/17/2019**          **Page 200**

1    that.

2          Are you familiar with any kind of data regarding
     Ms. Amico's name identification versus other
3

4    candidates running?
               A.   No, sir.
5

6          Q.   You hadn't -- you hadn't reviewed any kind
     of polling that was conducted in this race prior to
7

8    the election; correct?

9          A.   Not in this particular race, no.

10         Q.   You haven't considered any kind of negative

11   treatment Ms. Amico received in the press shortly
     before the election; correct?
12

13         A.   Correct.  All of these factors can impact
     [inaudible].
14

15         Q.   Uh-huh.
                A.   But the fact that this under-vote is so
16

17   incredibly different from all the other races on the

18   ballot, that seems incredibly suspicious.  It's way
      different than, you know, any other case in Georgia
19

20   or anywhere else in the nation.
                So even if there are factors like likability,
21

22   like lagging the polls, like ballot design, you would
      not normally expect to see that level of under-voting
23

24   distributed as uniformly across the state of Georgia

25   as it is and to defer between the votes voted [ph].

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000360

Page 1529

1       Q.    Okay.  Quite frankly -- and you're not

2  familiar with how the other races went in this state
   either are you?

3

4       A.    I would with some of them.
        Q.    Yeah.  You're familiar with the fact that

5

6  Ms. Abrams was, for want of a better term, on the
   Democratic side considered a superstar?

7

8       A.    Yes, sir.

9       Q.    Yeah.  And you're familiar with the fact

10  that John Barrow running for Secretary of State, for

11  instance, was a well-known figure in Georgia
    politics?

12

13       A.    Yes, sir.
         Q.    And are you aware of the fact that Mr.

14

15  Amico was still a relative unknown?
         A.    Yes.  But I want to stress that the

16

17  particulars of the candidate would not necessarily

18  impact the under-votes.  We saw under-votes impacting
    both candidates in this race.

19

20       Q.    Uh-huh.  And you don't know -- let me ask
    you this.  While there was under-votes, you are aware

21

22  of the fact that, you know, in terms of the overall
    vote count for Ms. Amico vis-à-vis other Democratic

23

24  candidates, it's not like she got the least number of

25  votes; correct?

000361

```
 1            A.   I'm afraid I don't understand your

 2       question.
                Q.   Let me ask you this.  There were ten

 3

 4       Democrats on the State ballot in 2006; correct?
                A.   2006?

 5

 6            Q.   I'm sorry.  Wait a minute.  2018.
                A.   Yes.

 7

 8            Q.   Okay.  [inaudible]  And there were other

 9       Democratic candidates who received significantly

10       fewer number of votes that Ms. Amico received;

11       correct?
                A.   In the State races?

12

13            Q.   Yes.
                A.   Statewide races? [inaudible].

14

15            Q.   Yeah.  As a matter of fact, Ms. Amico was
           somewhere in the middle of the pack in terms of the

16

17       voters that she received versus other Democrats

18       running; correct?
                A.   Sure.

19

20       MR. LINDSEY:  Your Honor, I renew my motion -- my
           objection to his testimony regarding Winterville and ask

21

22       that it be stricken in as much as he was not the
           individual who did the analysis nor has the plaintiff

23

24       brought forth any of this --

25       THE COURT:  I think I've ruled that the fact that --
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000362

Page 1531

```
 1        MR. LINDSEY:  -- [inaudible] testimony.

 2        THE COURT:  -- he looked at the numbers is admissible
      and the rest of it's not.
 3

 4        MR. LINDSEY:  Thank you, Your Honor.  Oh, one last
      question.
 5

 6        THE COURT:  I'm glad you have Mr. Olens to help you,
      Mr. Lindsey.
 7

 8        MR. LINDSEY:  Thank you.

 9   BY MR. LINDSEY:

10        Q.   You've been asked about Georgia when it

11      comes to machines and a -- [inaudible] involving the
        machines.  You're not aware of any actual election,
12

13      not -- not a tested election but an actual election,
        where an actual vote cast on a DRE machine was -- was
14

15      not counted, are you?
               A.   No.  But again, that's because of the way
16

17      the machine built, it's impossible to tell.  You

18      cannot know.
               Q.   Okay.
19

20        MR. LINDSEY:  No further questions.
          THE COURT:  Ms. Burwell, do you have anything?
21

22        MS. BURWELL:  No, Your Honor.
          THE COURT:  Okay.  Mr. Brown?
23

24        MR. BROWN:  Thank you, Your Honor.

25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000363

Page 1532

```
 1                  REDIRECT EXAMINATION

 2                 OF MATTHEW BERNHARD

 3

 4   BY MR. BROWN:
               Q.   Mr. Bernhard, I want to go -- I want to go
 5

 6       over some of your answers.
               When you were speaking about the under-vote as
 7

 8       being suspicious, were you referring to the under-

 9       vote for the Democratic candidate or were you

10       referring to the under-vote the Democratic candidate

11       and the Republican candidate?
               A.   I was referring to both candidates.
12

13          Q.   You testified that there -- I think Mr.
         Tyson asked you whether they're in the actual
14

15       election any bad code had been found or something to
         that effect; do you recall that?
16

17          A.   Malware specifically.

18          Q.   Malware.  And I believe your response was
         not what the DREs, but yes in the registration
19

20       system?
               A.   Correct.
21

22          Q.   And could you explain your answer a little
         bit in greater detail?
23

24       MR. TYSON:  I'll object to the question.  The voter

25   registration system is not an issue as far as I know at
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                        000364

Page 1533

```
 1   any point in this lawsuit.  This is about the election and

 2   the DREs; it's not the voter registration system.
          MR. LINDSEY:  And it -- I'd add to that, Judge.
 3

 4        THE COURT:  Mr. Brown?
          MR. BROWN:  Is the vote -- let me ask one more
 5

 6   question if I may help.
     BY MR. BROWN:
 7

 8             Q.   Is the voter registration system also a

 9        part of the Diebold DRE system generally or is it

10        something else?

11             A.   Yes, sir.  Diebold makes the Express Poll
     units.
12

13        THE COURT:  Voter registration is not involved in
     this matter.
14

15        MR. BROWN:  Okay.  Thank you, Your Honor.
     BY MR. BROWN:
16

17             Q.   You testified and then you were asked very

18        quickly a question.  I'm not sure if you finished
           your answer, but that the anomalous voting pattern
19

20        was distributed evenly throughout Georgia.  What did
           you -- what was the basis of that testimony?
21

22             A.   I believe something like 101, 159 counties
           had an under-vote rate that was abnormal, and it
23

24        didn't seem to be, you know, tied to -- are they

25        left-leaning counties or right-leaning counties or
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000365

Page 1534

```
 1      anything like that.  It was only tied in with the

 2      equipment.
             Q.   And would you -- sorry, you testified

 3

 4      earlier that you have expertise in a post-election
        audit; is that right?

 5

 6             A.   That's correct.  Yes.
             Q.   And based upon your past post-election

 7

 8      audit experience and expertise, what would you

 9      recommend the State of Georgia do to audit these

10      systems?

11      MR. TYSON:  Your Honor, I'll object.  What Mr.
        Bernhard thinks or what he should do is a policy question

12

13   about a legislator is not relevant or pertaining to this
      proceeding.

14

15      THE COURT:  I'm going to let him say that solely
        because they're asking for a brand-new election with paper

16

17   ballots and it would go to that issue should I get that

18   far.
             MR. TYSON:  Thank you, Your Honor.  I just want to

19

20   object to one point related to that.
             THE COURT:  Yes.

21

22      MR. TYSON:  I believe that the new election paper
        ballots are the constitutional claims that are gone at

23

24   this point.

25      THE COURT:  I understand that.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000366

Page 1535

1          MR. TYSON:  I think.

2          THE COURT:  I understand that.
           MR. BROWN:  That's -- that's not correct.  That's not
3
   correct.  That's not correct.
4
           THE COURT:  I understand what I can and can't do;
5
   okay?
6
           MR. BROWN:  Okay.
7
8          THE WITNESS:  Yes.  I do recommend that Georgia run a

9  post-election audit.  Given the anomalies that we saw, you

10 would likely have to target your auditing a little bit

11 more specifically.  If we had a paper ballot system, we'd
    be counting more ballots than if they weren't all these
12
13 [inaudible].
    BY MR. BROWN:
14
15         Q.   If you were doing a forensic examination in
    place of an actual recounting audit, what would be
16
17 the first thing that you would look at if you were

18 the State of Georgia?
           A.   I would start with the programming.  You
19
20 know, starting with the most innocent explanation and
    working our way through all others, so looking at the
21
22 GEMS database, making sure it was coded correctly,
    that there weren't errors with what you saw in
23
24 Winterville that may be a coding error.  And making

25 sure, then after that you proceed.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000367

Page 1536

```
 1              Q.    You -- I believe, your testimony was that

 2         the first opportunity that you had to forensically
           inspect a DRE machine was Monday?
 3

 4         THE COURT:  Let's not go there.  I told you not o go
      there.  You just did it and had the question and nobody
 5

 6    objected; they stood up but you didn't see them.
              MR. BROWN:  Okay.
 7

 8         THE COURT:  Don't go there.  The ruling has been

 9    made.

10         MR. BROWN:  Yes, Your Honor.

11         THE COURT:  I don't care what his was.  This case was
      set for December 5th, period.
12

13         MR. BROWN:  Thank you, Your Honor, we -- this is --
           THE COURT:  Sir, I don't want to hear --
14

15         MR. BROWN:  I'll move on.
           THE COURT:  -- any more about that.
16

17         MR. BROWN:  All right.

18         THE COURT:  I am tired about hearing about that.  I
      have gobs and gobs of paperwork about it; I've ruled.
19

20    Let's move on.
           MR. BROWN:  Your Honor.
21

22         THE COURT:  To what real issue is here today.
           MR. BROWN:  Your Honor, I'm moving on.
23

24         THE COURT:  You always want to get the last word;

25    I've noticed that, Mr. Brown.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000368

Page 1537

```
 1        MR. BROWN:  No.  I -- I want to not get the last word

 2   out.  I want to ---
          THE COURT:  You want to what?
 3

 4        MR. BROWN:  I will -- I will stop right now.
          THE COURT:  Okay.  Anybody else?
 5

 6        MR. LINDSEY:  No, Your Honor.
          THE COURT:  You may go.  Thank you, sir.
 7

 8        MR. BROWN:  Now, Your Honor, I'm not -- it sounds

 9   like I'm arguing with you and this is just simply a matter

10   of procedure.  We do not have the ruling yet on --- if you

11   issued a -- I mean clearly --
          THE COURT:  Ruling on what?
12

13        MR. BROWN:  On the motion to compel.
          THE COURT:  I denied the motion to compel.
14

15        MR. BROWN:  Okay.  We -- was that -- you don't have
     that?
16

17        MR. LINDSEY:  I think she said, she denied all that.

18        THE COURT:  It was somewhere in that last order I put
     -- was it -- if it wasn't clear to you, it should be clear
19

20   now.  The motion to compel was denied.
          MR. BROWN:  Thank you, Your Honor.  We -- we -- just
21

22   for the record we did not know that.
          THE COURT:  Okay.
23

24        MR. BROWN:  Your Honor, the petitioners would call

25   Michael Barnes.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000369

Page 1538

```
 1          THE COURT:  Okay.  Someone get Michael -- he's in the

 2     courtroom.  What's he -- who are those people?
               MR. BROWN:  Please raise your right hand.  Do you
 3

 4     promise to tell the truth, the whole truth and nothing but
        the truth?
 5

 6          THE WITNESS:  I do.

 7

 8     Thereupon:

 9

10                    MICHAEL WILLIAM BARNES

11
               was called as a witness by the Petitioner; and,
12

13     having been duly sworn, testified as follows:

14

15                    DIRECT EXAMINATION
                    OF MICHAEL WILLIAM BARNES
16

17

18     BY MR. BROWN:
                  Q.    Please state your full name for the record?
19

20            A.    Michael William Barnes.
                  Q.    By whom are you currently employed?
21

22            A.    The Secretary of State's office.
               MR. BROWN:  You may sit down.  Thank you.
23

24     BY MR. BROWN:

25            Q.    And what is your position with the
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000370

Page 1539

```
 1    Secretary of State?

 2        A.   I am the director for the Center for
      Election Systems.
 3

 4        Q.   And what is the Center for Election
      Systems?
 5

 6        A.   We oversee the voting for in the state of
      Georgia.  We also deal with the database programming
 7

 8    for all county elections executed in the state.

 9        Q.   Does --- was CES formally housed at

10    Kennesaw State University, for a lack of a better

11    expression?
              A.   It was.
12

13        Q.   Okay.  And when did it move to be a part of
      the Secretary of State's Office?
14

15        A.   It ceased operations at Kennesaw State on
      December 31st of 2017 and was relocated to the
16

17    Secretary of State's office on January 1st.

18        Q.   And when that happened, which staff members
      came -- which staff members were let go and which
19

20    staff members came with them?
              A.   I was the only staff member that came from
21

22    Kennesaw to the Secretary of State's office.
              Q.   And the other people were fired or let go
23

24    or whatever?

25        A.   The other people were retained by the
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000371

Page 1540

1    university I believe for -- through the end of

2    January 3- -- January of 2018 and then with no
     funding to maintain the operation of the center, the

3

4    center was closed.

5          Q.   Did your office manage the state's election

6    system in the November 2018 election?

7          A.   Our center, as I stated earlier, oversees

8    the voting equipment that's used in the state of

9    Georgia for federal, state and county elections.  And

10   we've constructed the GEMS database for all the 159

11   counties for the November 2018 election.

12         Q.   And you said, "You constructed it for all

13   of the counties;" does each county get a different
     GEMS database?

14

15         A.   Yes.

16         Q.   And the GEMS database is a Microsoft Access

17   product, is that correct?

18         A.   The GEMS database is -- stands for Global
     Election Management Systems and a data file is

19

20   produced from that executable program.

21         Q.   And what is the executable program called?

22         A.   GEMS, Global Elections Management System.

23         Q.   Okay.  And does the GEMS database contain

24   programming for the DRE machine memory cards?

25         A.   The GEMS database is where -- from the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000372

Page 1541

```
 1   memory cards that are used to power the DRE units.

 2   They're used for advance voting and in-person
      Election Day use.  The memory cards are created from
 3

 4   GEMS database.
              Q.   And could you just describe to the court
 5

 6   sort of physically the chain of custody of the -- of
      the programming and I'm -- the purpose for this is to
 7

 8   distinguish between what the secretary does and what

 9   the county does having to do with the county's

10   office?  You said, that "the Secretary of State's

11   office is responsible for creating," I think you
      said, "the GEMS database for all 159 counties," is
12

13   that right?
              A.   That's correct.
14

15        Q.   All right.  So, the counties then get a
      GEMS database that's already done, for a lack of a
16

17   better expression?

18        A.   Correct.
              Q.   And then what do the counties do with that
19

20   GEMS database or what is it used for?
              A.   Okay.  Let me start first with the
21

22   Secretary of State's office; constructs the GEMS
      database for the need of the given election.  So
23

24   what's qualified and closest and we know what races

25   will be in specific election.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000373

Page 1542

```
 1          We know the candidates.  We know the precincts

 2     that will be involved based upon what the county has
        relayed back to us as their need for a given
 3

 4     election.  With that information collected from the
        county, a database is then constructed for that given
 5

 6     election.
                Once the database has been constructed by the
 7

 8     Secretary of State's office, it's then reviewed at

 9     the Secretary of State's office for completeness to

10     validate that all of the races for that given

11     election and that have been included in the database,
        not only all of the races, but also all the
12

13     candidates.
                Once our review of that process has been
14

15     completed we then provide to the jurisdiction, for
        lack of a better word -- sample ballots that are
16

17     produced from the GEMS database along with reports

18     that are detailing what ballots' files will be
        related to which precincts and to what district
19

20     combinational values those ballots are related to
        within those given precincts.
21

22          And that report packet is forwarded to each and
        every individual county with copies of their sample
23

24     ballots for them to review for their completeness,

25     for correctness.  Once we then receive signoff from
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000374

Page 1543

```
 1    the county and not until you receive signoff from the

 2    county -- but once the signoff is received from the
       county, then the database is saved to a CD, burned to
 3

 4    a CD and that CD encrypted, and then that CD is
       forwarded to the local jurisdiction for them to then
 5

 6    take that CD, contact our office via phone, provide a
       verification ID and return the CD back to our office,
 7

 8    so that we know that they have the CD that we've

 9    provided.

10         And then once we've validated, we're talking to

11    who we're supposed to be talking to at the county, we
       then give them the passcode to be able to then
12

13    decrypt the CD to access the data file that's saved
       to the CD; and then that file is loaded to the
14

15    county's local GEMS computer where they then -- the
       county -- inspects the file to validate that what has
16

17    then been provided to them is what they signed off

18    on.
            Once it is loaded to their system then the
19

20    county begins configuring the database for that
       election.  And what I mean by that is, is putting
21

22    information into the database that says we will be
       using x number of devices at these given locations
23

24    for advance voting, for Election Day voting, and also

25    preparing the memory cards that are used for the
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000375

Page 1544

```
 1    optic scanners that scan the mailout absentee

 2    ballots.
           Q.   And then just the -- what -- what in that

 3

 4    process then drives the actual programing of a
       specific DRE machine, taking it from the GEMS

 5

 6    database to me voting or you voting on a machine?
           A.   Okay.  All right.  Once the county has

 7

 8    loaded the GEMS database into their GEMS computer,

 9    they then tell -- instruct the database that they

10    need to correct a certain number of individual memory

11    cards.
           So if they have a voting location that has the -

12

13    - I think they use five DRE units -- they have to put
       that information into the GEMS database and say that

14

15    for location A we will be creating a five memory
       cards.  They then go through a process of

16

17    transferring the information within GEMS onto a

18    memory card that is read by a DRE machine.
           Once that memory card is created, that memory

19

20    card is then taken into the DRE unit, which it will
       married with for that given election.  When that

21

22    process takes place there're labels on the memory
       cards that notate what machine ID this memory card

23

24    is.

25         The county's also normally notate on those
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000376

Page 1545

1    little print-on labels the physical device and put

2    the physical device serial number to which they are
      placing that memory card into, so that when the

3

4    memory card is removed at a later point in time and
      something happens, they know what machine to give it

5

6    back to if they needed to access the machine for some
      reason.

7

8        The memory card is inserted, and then the

9    counties go through a logic and accuracy test where

10   they bring up -- they power on the device and they go

11   through testing it.  This testing is done to
      validate, to calibrate the test screen to make sure

12

13   it's receptive to touch.  They also set the date and
      time on the device to make sure it's set to the

14

15   proper date so that when tapes are printed out of the
      machine pre- and post-election, so that it has a

16

17   proper date stamp.

18       The date stamp doesn't affect the operation of
      the system, but it's helpful to have when you're

19

20   trying to make sure that things are done in the
      proper order.  Once the memory card's loaded and they

21

22   go through their diagnostics testing, which is where
      they're testing the printer, they're testing

23

24   calibration or setting the calibration to make sure

25   it's proper, saving the date and time, testing the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000377

Page 1546

```
 1   printer.

 2        Also testing the card reader that's used to read
     the voter access card that the voter will be

 3

 4   inserting.  Once they complete that diagnostic
     testing, then they start doing -- they start

 5

 6   inputting test ballots, where they will take normally
     a test date that is prefilled by the jurisdiction.

 7

 8        It says we're going to cast X number of votes to

 9   validate all touch positions on the DRE are

10   responsive; and also to validate that all races and

11   candidates are visible on the screen and are showing
     up on the all ballot as needed for the given

12

13   election.
              That logic [inaudible] testing is publicized.

14

15   It is put into notification so that any member of the
     public that would wish to observe the testing and

16

17   come and observe the testing.

18        And it has to be included by a certain point in
     time so that the machines, once it clears logic and

19

20   active testing, they can be set for election, sealed
     and get ready for distribution to the polling

21

22   location or to the advance voting location.
              Q.   Have -- are you aware of any time when a

23

24   logic and accuracy test has picked up a programming

25   error?
```

```
 1         A.   Can you provide me -- programming errors,

 2    what do you mean by programming errors?
               Q.   Sure.  Let me give you an example.  Suppose
 3

 4    -- well, let me back up two steps.  The -- there
       would be some programming to instruct the system and
 5

 6    then if the voter presses here the vote goes there,
       are you with me?
 7

 8         A.   Mm-hmm.

 9         Q.   The mapping of the votes from the screen to

10    the actual vote, are you with me?

11         A.   Sure.
               Q.   Now, it would --- if you want, I'm not
12

13    suggesting you did this, but if you wanted to switch
       that, so that pressing, you know, voting for the
14

15    Republican recorded a Democrat voter or a
       Libertarian, where would that programming reside, and
16

17    could you do it?

18         A.   As my knowledge based on the system,  I can
       speak to it as a user of the program --
19

20         Q.   Sure.
               A.   -- of how you lay candidates out
21

22    specifically within a race.  I'm not aware of a way
       to organize the candidates to get one display and
23

24    then once where you touch it next to a candidate,

25    that their results show up next to another candidate
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000379

Page 1548

```
 1   in another order.  I'm not aware of how you would do

 2   that.
             Q.    Now, there has been some testimony about
 3

 4   voting totals in a particular district where you had
      -- it was heavily -- I'll just give you like a hypo
 5

 6   and then the purpose of this is not to or get you to
      agree with the facts, but simply to pull out your
 7

 8   testimony on the program, but -- but just assume

 9   there is a voting location in which is heavily

10   Democrat voting location and six of the machines show

11   heavily Democrat votes and the seventh machine shows
      very heavy Republican votes, which some might lead
12

13   some access it didn't have, like you know, a six-pack
      of beer on it or something that was attracting
14

15   everybody to win a particular vote, but that they
      went evenly, there might be some sort of coding error
16

17   in which it was switching from one candidate to the

18   other now by mistake.
             If that were a programming error and I just want
19

20   to know where would that be?
             MR. LINDSEY:  Your Honor, I'm going to object to
21

22   the questioning; assuming facts that are not in
      evidence that the court has already stricken.
23

24       MR. BROWN:  That's not --

25       THE COURT:  Let him --
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000380

Page 1549

```
1         MR. BROWN:  I'm -- I'm sorry.  I'm sorry.  I'm

2    sorry.
          MR. LINDSEY:  I believe the court has ruled to
3

4    strike that analogy that it lead to those to -- to
     that allegation and for that reason, Your Honor, we
5

6    would object.
          MR. TYSON:  Your Honor, that also calls for Mr.
7

8    Brown speculates as far as what might have happened

9    or what did happen.

10        THE COURT:  Well, it's a hypothetical and I'm

11   going to let him answer to the best of his knowledge.
          MR. LINDSEY:  Okay, Your Honor.
12

13        THE COURT:  He's one of the experts on this
     stuff.  But I take it as a hypothetical.
14

15        MR. LINDSEY:  Thank you, Your Honor.
          THE COURT:  Do you understand all that?
16

17        THE WITNESS:  I'm -- I'm trying, yes, I am.  I'm

18   trying to figure out the best way to answer the
     question to the best of my knowledge.
19

20        THE COURT:  Okay.
          THE WITNESS:  When -- when the GEMS database is
21

22   built, it builds a particular race, with a particular
     set of candidates, in a particular order.  When it
23

24   creates a memory card for a given location and it

25   creates that image and places it to the memory card.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000381

Page 1550

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019                    Page 222

```
 1    And then that memory card is loaded to a device.

 2        If that -- if I create five memory cards for a
      given location, those five memory cards are the same

 3

 4    content in structure and layout and in operation;
      they don't know what machine their going to be placed

 5

 6    in.  The memory card just contains data. The memory
      card is read by the machine; the machine then shows

 7

 8    then that.

 9        Q.   And so, have you ever seen it in doing the

10    logic and accuracy test?  Has that ever yielded, you

11    know, if it's not logical; it's not accurate and we
      need to go back and look at the coding to see why

12

13    that happened?
               A.   I have never seen in any of the testing

14

15    that we have -- that I've been involved with since
      2001, with using this equipment where something that

16

17    was placed in during the testing environment did not

18    feedback the expected result that was in the testing.
               Also, when doing various tests within elections

19

20    mode -- my work within -- at Kennesaw State and also
      with the Secretary of State's office -- not just

21

22    testing in election -- pre-election test mode, which
      is where an LMA testing is done -- but also testing

23

24    in election mode which is when election -- the mode

25    where elections are executed, I have never
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000382

Page 1551

```
 1   encountered a situation where I put in one particular

 2   vote and this way and it came out differently in the
      report.
 3

 4        Q.  Is it -- in one of the responses is
      collecting and reviewing complaints that you've
 5

 6   received from voters about problems with elections?
            A.  We -- if we do receive a complaint -- and
 7

 8   the majority of the complaints come into the

 9   elections division, that arm of the office.  Our main

10   collection point are election officials themselves.

11        And if we get a notification from a county
      election official that, you know, we encountered this
12

13   instance when doing our testing, then that would be
      something that we would go and look into, find out if
14

15   there was something out of order.
            Q.  Now, you've received complaints about the -
16

17   - the operations of the machines in the November

18   election, right?
            A.  In November -- I mean, it was a general
19

20   election where there were a few million people
      voting, so we did get complaints about a touch screen
21

22   not powering on.  We got complaints about a voter
      access card being rejected prematurely; about a
23

24   touchscreen apparently not being calibrated properly.

25   Things that we hear about with every election and
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000383

Page 1552

1    we've heard every election since 2002.

2        Q.    How -- the -- did the complainant know that
    the screen was miscalibrated?
3

4        A.    How do I know that they know --
         Q.    No.  How did --
5

6        A.    How did they know it was miscalibrated?
         Q.    Right?
7

8        A.    I can't speak for how they knew. It's just

9    that they said that, you know, they encountered a

10   calibration issue.

11       Q.    So, what the original touchscreen was
    different then the summary screen or something like
12

13   that?
         A.    Or they, you know, felt like they were
14

15   touching one area, but another area it was -- was
    appearing.
16

17       Q.    Okay.  What other complaints -- you've

18   mentioned a number, but what other complaints did you
    receive in 2018?
19

20       A.    Any of the complaints that I've already
    outlined are the general complaints that I've heard.
21

22   And I did not personally take a lot of complaints on
    Election Day.  I think I wrote down in my notes maybe
23

24   five or six complaints on Election Day.

25       Q.    Okay.  And then what was the office that

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000384

Page 1553

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                 Page 225

```
 1        you said takes the ones from voters themselves, not

 2        from officials?
                A.   That's the election division.
 3

 4            Q.   Okay.
                A.   That's a different section, Secretary of
 5

 6        State's office.
                Q.   And -- and those -- okay.  Let me take you
 7

 8        back to the weekend before the November election; are

 9        you familiar with the alleged hacking of the voter

10        registration database on that weekend?

11            A.   [inaudible] --
          MR. TYSON:  Your Honor, I would object on this.  This
12

13   does not -- in any issue of the voter registration
      database in this case; lieutenant governor's race.  This
14

15   is not about the DREs.  I don't think it's relevant to
      anything in this court.
16

17     MR. LINDSEY:  Same objection, Your Honor.  We're here

18   to deal with one race and one election.
          THE COURT:  Mr. Brown?
19

20     MR. BROWN:  Your Honor, this is hacking into the
      election system that the Secretary of State --
21

22     THE COURT:  I'm not going to let you go into that
      unless you can show hacking into the -- into the actual
23

24   voting system, not the voter registration system.

25     MR. BROWN:  Let me ask a ---
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000385

Page 1554

```
 1   BY MR. BROWN:

 2          Q.   Could -- could -- could hacking into the
        registration --- the hacking into the registration
 3

 4        system could affect the number of people who are
        allowed to vote for a particular election; correct?
 5

 6        MR. TYSON:  Your Honor.
          MR. LINDSEY:  Your Honor, the same objection as
 7

 8   before.  That's not the issue here today.  The issue here

 9   today that you've raised to overturn this election is that

10   there was some type of -- of breakdown in the election

11   system; not that there - a certain voter was not allowed
        to vote, which we would also deny, but that's a different
12

13   issue.  That's the issue here, so we object to the
        relevance.
14

15        THE COURT:  Sustained.
          MR. LINDSEY:  Thank you, Your Honor.
16

17   BY MR. BROWN:

18          Q.   All right.  Let me ask you this; are you
        aware of any investigation that the Secretary of
19

20        State did into hacking relating to the 2018 election?
          MR. LINDSEY:  Your Honor, he's being vague.
21

22        THE COURT:  That's the same question.
          MR. LINDSEY:  It's just leading.
23

24        THE COURT:  Artfully.  Phrased differently.

25        MR. TYSON:  I disagree that it was artful, and I
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000386

Page 1555

 1  disagree it was different; it's just simply broader.

 2          MR. BROWN:  I'm asking if there was any.
            MR. LINDSEY:  Your Honor, I'm asking --
 3

 4          THE COURT:  If it goes to the election system itself,
        not to the voter registration, the actual -- actual -- was
 5

 6      there any hacking in the actual voting system?
            THE WITNESS:  [inaudible].
 7

 8      BY MR. BROWN:

 9          Q.   And you did not investigate any hacking

10      into the election system as distinguished from the

11      registration system; correct?
            A.   Correct.
12

13          Q.   And the Secretary of State's -- okay --
        you've testified about it before I know there's been
14

15      a lot of testimony about the exposure of the system
        at Kennesaw State in 2016 and 2017; are you familiar
16

17      generally with that issue?

18          A.   I am.
            Q.   What has -- has the state undertaken a
19

20      forensic examination of the components of the
        election's system to determine whether or not it was
21

22      infected with any malware because of that it's the --
        -
23

24          MR. LINDSEY:  Your Honor, once again, we're talking

25      about two entirely different systems; and unless he's

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000387

Page 1556

```
 1   dealing with specifically the voter system we're going to

 2   object to relevancy.
          MR. TYSON:  We would object to the lack of foundation
 3

 4   as far as the 2016 incident that affected any sort of like
      databases.  This is two years ago.  There's no explanation
 5

 6   as to how --
          THE COURT:  I sustain it as to whether there's been
 7

 8   something because of something that happened that isn't in

 9   front of me.  I mean, you know, did they investigate

10   routinely for malware?  I mean, that's one thing.  But --

11   not going back and try to put something else on the record
      that's not before me.
12

13      MR. BROWN:  Well, I'll get it before you, Your Honor.
      BY MR. BROWN:
14

15          Q.   Now, Mr. Barnes, the -- what was exposed to
      the public internet in 2016 and 2017?
16

17      MR. TYSON:  Your Honor, we going to renew the

18   objection again.
          THE COURT:  Sustained.
19

20      MR. BROWN:  Okay.
      BY MR. BROWN:
21

22          Q.   Mr. Barnes, what forensic review has your
      office done with respect to the DRE machine voting
23

24   systems that were used in the 2018 election?

25          A.   The Secretary of State's office in 2017
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000388

Page 1557

```
 1   undertook a recertification of the voting system and

 2   examined the equipment in three separate counties;
      Muskogee County, Richmond County and Bibb County, to
 3

 4   examine and verify the voting equipment was working
      as had been previously certified.  And the
 5

 6   examination found that the equipment was working in
      the same fashion and the same way as it had done
 7

 8   through previous certification tests.

 9        Q.   I had asked you if you -- if the Secretary

10   of State had done a forensic analysis and I guess the

11   answer is no, but they have done -- they have
      recertified it, is that fair to say?
12

13        A.   That's fair to say.
          Q.   Okay.  Has the Secretary of State
14

15   undertaken an investigation into possible causes of
      the voting pattern that was seen on the May 2018
16

17   election?

18        A.   Undertaken an investigation, like, opened
      an investigation to present to the state election
19

20   board?
          Q.   I -- I didn't mean to -- to wrap too much
21

22   into the word investigation, what I mean is if have
      they looked into it to see what happened?
23

24        A.   With every election with the Secretary of

25   State's office and elections division always look at
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000389

Page 1558

```
 1        their election to see is there anything that we can

 2        learn from this election.
                  And every election there's always an opportunity

 3

 4        to learn more about doing the next election even
           better.  So to the circumstance, has the Secretary of

 5

 6        State's office looked at the elections to, you know,
           garner what can we do better in the future?

 7

 8        Absolutely.

 9            Q.   Has the Secretary of State considered that

10        whether there was a system error that caused the

11        voting pattern that was actually experienced in the
           2018 race?

12

13            A.   To my knowledge, no.
                  Q.   Has that issues been raised just in casual

14

15        discussion in -- in your office?
                  MR. TYSON:  I'll object to that.  That requires

16

17    hearsay.  What other people have said to Mr. Barnes in his

18    office is not at issue, Your Honor.
                  MR. BROWN: I'll -- I'll rephrase it.

19

20    BY MR. BROWN:
                  Q.   Have -- have -- have you discussed with

21

22        your colleagues' potential causes of the -- of the
           voting pattern that was going on 2018?

23

24            A.   Well, being hypothetical of what, you know,

25        what may cause people to act the way they do in
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000390

Page 1559

1        certain situations?

2            Q.   No.  This is -- this is -- I'm not -- back
        up a little bit.  I'm not -- this is a factual

3

4        question.
        THE COURT:  Well, it's kind of very, very broad and

5

6    he's interpreting it one way and you're meaning it some
        other way.

7

8        MR. BROWN:  Right. Have -- let me ask it in several

9  different ways, okay.

10    BY MR. BROWN:

11            Q.   Has the Secretary of State undertaken an
        investigation to determine whether system defects

12

13    caused the voting pattern in the 2018 race?
            A.    No, sir.

14

15            Q.   Has the Secretary of State done any
        forensic examination of any of the components of the

16

17    system to determine whether or not they're were

18    infected with any malware or misprogramming that
        might have affected the vote, period?

19

20            A.   The Secretary of State's office received a
        letter from one of the lieutenant governor candidates

21

22    post-election stating one of -- stating a concern and
        listed some counties in that letter.  Upon receiving

23

24    that letter, Secretary of State's office went to one

25    of the counties in question and did look at the

1      uploaded records into the GEMS computer.

2         They also extracted information from individual
       machines that wer used on Election Day to validate

3

4      that the records contained on the machine matched
       what has been uploaded previously into the GEMS

5

6      computer.  Those valid images were produced and
       examined and found that everything was balancing and

7

8      showing as what was reported initially by the county

9      on Election Night.

10         Q.   So that if the vote was wrong at the

11     precinct level, it was wrong exactly the same way at
       the Secretary of State's office, is that what I'm

12

13     hearing?
          MR. TYSON:  I'll object.  I think that assumes facts

14

15  that aren't in evidence.  I don't understand what the
    question is on that.

16

17     MR. BROWN:  I think he can answer it.  I think he

18  knows where I'm going.
          THE COURT:  No.  I sustain the objection.  You've got

19

20  to rephrase it.  You keep assuming a bunch of things.
    That's just --

21

22     MR. BROWN:  Okay.  [inaudible]
    BY MR. BROWN:

23

24         Q.   So the analysis showed that the vote total

25     in the precinct matched the vote total at the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000392

Page 1561

1        Secretary of State's office; correct?

2            A.   The analysis showed that the vote total
         calculated by the individual devices examined and the

3

4        vote total tabulated by the separate GEMS computer
         using the data extracted directly from the machine

5

6        and compared against the data uploaded from the
         memory card used on Election Day was identically the

7

8        same, in that the vote totals calculated being

9        exactly the same in all instances examined.

10           Q.   Okay.  If the machine itself had

11       incorrectly recorded the vote, your testing would not
         have detected that; correct?

12

13           A.   The testing that was done was to validate
         that -- what the machine had produced, the machine

14

15       continued to produce and show that result
         [inaudible].

16

17           Q.   Okay.  Let me ask it to you again because

18       you didn't answer the question.  I'm going to get
         there, okay.  If the machine did not correctly record

19

20       the vote, you would not have detected then in your
         review; correct?

21

22       MR. TYSON:  Your Honor, I'm going to object to that.
         I guess assuming things are in evidence here as far was

23

24   what's happening in the sequence of the technology.  I

25   don't -- I don't see how this --

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000393

Page 1562

```
 1        THE COURT:  I understand what you're saying.

 2        MR. TYSON:  Okay.
      BY MR. BROWN:
 3

 4            Q.   Go ahead and answer.
              A.    What our examination did is show that the
 5

 6        machine collected a result and reported what it
           collected.  All of my testing has always shown in
 7

 8        pre-election, in the testing, that anything that goes

 9        in is what the machine shows coming out.  And we were

10        seeing the back end of what the machine was pushing

11        outward and it was matching up on what was reported
           on Election Night, what was printed on Election Night
12

13        from the memory card, extracted from the device.  It
           was matching up with what was calculated by the GEMS
14

15        computer upon receipt of that memory card and also it
           was matching of what was on the record contained by
16

17        the devices, so.

18            Q.   But none of that -- again, none of that
           could tell you if the machine itself is recording the
19

20        vote, right?
              A.    All I can speak to is what the machine has
21

22        in memory, what it reported, and what it's saying is
           on record.
23

24            Q.   And you're familiar with the expression

25        garbage in, garbage out?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000394

Page 1563

1        A.    I've heard it before, yes, sir.

2        Q.    Okay.   And in response to Candidate Amico's
letter, did the Secretary of State conduct any

3

4     machine-level investigation with any of the memory
chips or anything like to determine if there were any

5

6     flaws there?
              A.    We inspected two machines on site in Ben

7

8     Hill County.   We recovered from the machine's

9     internal memory the election result file that was

10    stored on the machine.   We then -- once that image

11    file was restored, we then looked at the ballot
images that were collected in that file through the

12

13    DRE.
              So we looked at the physical DRE display of

14

15    those collected ballots and that requires us to touch
the screen to maneuver through and we did not

16

17    encounter any issues when touching the screen that

18    lead us to believe that the screen was not responsive
to proper touch or use.   And we then from those

19

20    devices printed out new totals from that device and
those totals match all previous introduced totals.

21

22        Q.    You say you looked at the election reports
[inaudible]?

23

24        A.    The election result data.   The file --

25    result file.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000395

Page 1564

```
 1        THE COURT:  I have no idea what that is.

 2        MR. BROWN:  It sounds like a machine.
          THE COURT:  Huh?
 3

 4        MR. BROWN:  Printing machine.
          THE COURT:  The printing machine.
 5

 6        MR. BROWN:  [inaudible]
          THE COURT:  What printing machine?
 7

 8        MR. BROWN:  It's very fast.

 9        THE COURT:  I was going to say it was on the roof but

10   we're on the second floor and there's seven floors on this

11   building.  It's information for the presiding judge who's
       not in here.  Yeah.  It's information for the presiding
12

13   judge that's not in here, so.  There's some -- they move
       us all around all the time.  So I'll put that back there.
14

15   There's Judge [inaudible].  Go ahead.
          MR. BROWN:  Thank you, Your Honor.
16

17   BY MR. BROWN:

18          Q.   Is the election -- well, what was the name
          of that file again?
19

20          A.   The ballot results on.
            Q.   The ballot results on.  Okay.  And so the
21

22   Secretary of State didn't look at other parts of the
       internal memory, did it?
23

24          A.   No.

25          Q.   Okay.  So it didn't look at the boot
```

1       loader?

2              A.   No.
               Q.   It didn't look at the operating system?
3

4              A.   When the machine powered on we did a review
        of what operating system was displayed and it was the
5

6       standard certified operating system that was found on
        those devices; as well as the install [inaudible] for
7

8       servers, that certified for use in the State of

9       Georgia.

10             Q.   And the Secretary of State didn't give you

11      any actual sort of code-level review to look for
        malware in the data?
12

13             A.   Correct.
               MR. BROWN:  Your Honor, I caution that I'm entering
14

15      in an area that you've already ruled upon, but I want to
        make a clarification.
16

17             The suggestion was made by the defendants in your

18      objection [inaudible] our case, it's not raised, issues
        involving the registration --
19

20             THE COURT:  Just ask the questions, please.  Just ask
        the questions.  Don't ask me to prove judgment.  Let's
21

22      just -- for the question, ask it, and we'll go from there.
               MR. BROWN:  I want to be careful --
23

24             THE COURT:  If they don't like, they'll jump, and

25      we'll do it then.

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000397

Page 1566

1        MR. BROWN:  I just want to be careful [inaudible]

2   respect to --
         THE COURT:  [inaudible]
3

4        MR. BROWN:  Okay.
     BY MR. BROWN:
5

6            Q.   Now the election's registration system has
         been plagued with difficulties over the last --
7

8        THE COURT:  I have ruled on that.  Don't go there.

9        MR. BROWN:  Okay.  The reason I'm asking --

10       THE COURT:  And like I said, they jumped up.  Okay.

11       MR. BROWN:  Your Honor, I would just point out just
     for the record is that is our allegation paragraph
12

13   [inaudible].
         THE COURT:  I ruled on it.  Quit pushing me all the
14

15   time.
     BY MR. BROWN:
16

17           Q.   Let me direct your attention to the ballot

18       design.  Now what kind of role does your office have
         in ballot design for the electronic system?
19

20           A.   When using GEMS, we first lay out the
         ballots so that -- structurally is what we focus on
21

22       first, make sure we have the right local districts in
         play, have the right precincts in play, and have the
23

24       right split precincts in play when a precinct is

25       divided.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000398

Page 1567

1      Q.    Okay.

2      A.    And then have the right races and have the
right candidates and have the right polling

3

4  locations.  GEMS then takes all of that relationship
information and produces a ballot style.  It is a

5

6  layout of individual races.  It does it in two
formats.

7

8      It lays out a ballot style for optical scan

9  purposes that we set the number of columns in the

10 ballot format for the general election in 2013.  The

11 predominant format was three columns on the front
side of the ballot and three columns on the back side

12

13 of the ballot.  Some locations had to go to a four
column in the front and four column in the back

14

15 because of the sheer number of races that were
included on the ballot.

16

17     That's the configuration that we set up for the

18 printer op scan ballot.  For the configuration of the
touch screen we set up a two-column ballot and that

19

20 has been the format that we've had in place since
before 2010.  When we initially started using the

21

22 DREs in 2002, it was three-column ballot on the DRE.
It's now currently transitioned to a two-column

23

24 ballot around 2008 or 2002.  The decision was made at

25 that time that the State wanted to give more space on

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000399

Page 1568

```
 1    the ballot for each individual race that was seen on

 2    the DRE.  So we set up a configuration from building
       the data set that we're going to have a two-column
 3

 4    ballot displayed on the DRE.
            Q.   Okay.  Now the -- in terms of this
 5

 6    accessibility or fairness, are there some guidelines
       that you use for designing a ballot?
 7

 8         A.   There are rules in the -- State Election

 9    Board rules for displaying of candidate name, the

10    font size that you use, whether you do all caps.  The

11    position of candidates is set by statute in general
       elections whether the Republican candidate or the
12

13    Democratic candidate is listed first or second.  The
       order of races is set again by statute of what race
14

15    comes first in the ballot, what race is second,
       third, and so forth and so on.
16

17         Q.   Are there rules or regulations governing

18    whether a ballot can go from one -- if a race can be
       on two pages?  In other words, the first candidate on
19

20    one page and then the second candidate on the other
       page.
21

22         A.   When we are building the database, I'm not
       aware there are rules that says it can't be that way.
23

24    But when we are building the database we -- one of

25    the things that we look at once we have built that
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000400

Page 1569

1    structure, we look at on a DRE to see if any of these

2    circumstances may be arising.  Are the number of
     candidates so large in a given race that we have to

3

4    change the -- what we call the scaling of the image
     that is shown on the screen?

5

6         We did encounter this in 2016 with the
     presidential preference primary on the Republican

7

8    side.  When we first built the database there -- when

9    we first built the first arrangement of the database

10   for proof of purpose it had 16 candidates.  The

11   scaling size that we used was actually pushing
     candidates to a second screen.  We adjusted the

12

13   scaling -- reduced the scaling so that all of the
     candidates showed up on one screen all together under

14

15   the same header so that we would produce any voter
     confusion.

16

17        Q.    Now in this election, 2018, did you design

18   any ballots that had the lieutenant governor's race
     split between one screen and the next?

19

20        A.    To my knowledge the -- every voter in the
     state of Georgia on Election Day when they were using

21

22   a DRE unit and it is the normal display, the standard
     display, it had two races on the first frame.  It had

23

24   -- on the left-hand side it had the governor's race

25   and all the candidates, and on the right-hand side

www.huseby.com                 Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000401

Page 1570

```
 1        it had the lieutenant governor's race and all

 2        candidates.  And those were the only two races on the
          screen.
 3

 4            Q.   And if some other configuration appeared it
          would have been the result of a machine mistake or
 5

 6        error; correct?
               A.   If a voter had put it into magnifying mode,
 7

 8        which the voter has the ability to do so, they would

 9        have only been showing one race on the first screen,

10        and that would have been the governor, and then the

11        second race would have been the lieutenant governor
          on the second screen.
12

13            Q.   By that orientation, where would the
          splitting of the lieutenant governor race that you're
14

15        aware of [inaudible].
               A.   That I am aware of.
16

17        MR. BROWN:  Your Honor, if I could take a minute

18   break --
          THE COURT:  Sure.
19

20        MR. BROWN:  -- [inaudible]
          THE COURT:  Why don't we take a few minutes then.
21

22   I'll be back in about ten minutes.  Okay.
          MR. BROWN:  Thank you, Your Honor.
23

24        MR. TYSON:  Thank you, Your Honor.

25        [Off the record at 3:30 p.m., and back on the record
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000402

Page 1571

1    at 3:37 p.m.]

2                   CONTINUATION DIRECT EXAMINATION

3

4                   OF MICHAEL WILLIAM BARNES

5

6    BY MR. BROWN:
                Q.   I'm going to hand you what's been marked as

7

8         Plaintiff's 8 and [inaudible]

9         THE COURT:  Exhibit 8?  Okay.

10               Q.   Let me direct you to the last page of

11        Exhibit 8.  Is the first email on the last page of
          Exhibit 8 an email from a Steven [phonetic] Clay to

12

13        you and others?
          MR. TYSON:  I object on this.  This is related to the

14

15   [inaudible] state issue in 2016 it looks like in these
     emails, so.

16

17        THE COURT:  Okay.  You're going to identify what 8 is

18   --
          MR. BROWN:  All right.

19

20        THE COURT:  I know you're trying to identify the last
     page, but what's the dates on it?

21

22        MR. BROWN:  I can do all of [inaudible].
     BY MR. BROWN:

23

24               Q.   Mr. Barnes, does Exhibit 8 appear to be

25   true and correct [inaudible] emails between various people

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000403

Page 1572

Case 1:17-cv-02989-AT   Document 449-8   Filed 07/03/19   Page 404 of 661

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019          Page 244

```
 1   at your office [inaudible]?

 2          A.   It appears to be email communications from
         the Center for Election Systems at Kennesaw State in

 3

 4       2017.
         MR. BROWN:  Move to admit, Your Honor.

 5

 6       MR. TYSON:  Your Honor, this appears to be once again
       related to the incident at Kennesaw State --

 7

 8       THE COURT:  In '17?  In '17?

 9       MR. BROWN:  In '17 is related to the Kennesaw State

10   matter that does [inaudible].

11       THE COURT:  You're going to have to [inaudible].
       Based on what you just said does not [inaudible] for me to

12

13   admit.  We're talking about 2018, November race, that's
       all we're talking about.

14

15       MR. BROWN:  Your Honor, we have alleged and proven
       that [inaudible] in 2017 could still impact the system --

16

17       THE COURT:  No, you haven't proven that.

18       MR. BROWN:  Well, I haven't [inaudible]
         THE COURT:  [inaudible] You haven't done that.  I'll

19

20   let it in; okay?  I'm going to let it in, because you
       misstate so many things, Mr. Brown.  You really do.  And

21

22   if it's -- [inaudible].  I'll shut up and let you run the
       show.

23

24       MR. BROWN:  No, ma'am, the reason why I said that is

25   the record was --
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000404

Page 1573

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                Page 245

```
 1          THE COURT:  Sir, you have not proved it.  I am the

 2     one that determines what's proved.  Whether you will, I
        don't know, let's find out.
 3

 4          MR. BROWN:  I understand.  Let me back up a little
        bit and I understand --
 5

 6          THE COURT:  Don't argue with me all the time.  Just
        ask the gentleman questions, please, sir.
 7

 8          MR. BROWN:  Okay.  [inaudible]  I move to admit this

 9     Exhibit --

10          THE COURT:  I said I'll admit it.  How many more

11     times do you want me to say that?
             MR. BROWN:  Turn to page 8.
12

13          THE COURT:  Can I get a copy of it now, please?
        [inaudible] discretion.
14

15     BY MR. BROWN:
             Q.   Mr. Barnes, what is the compromise that is
16

17          referred to on page 8 of Exhibit 8?  And it's in the

18          email from Mr. Gay [ph] to Michael Barnes
             [inaudible].
19

20          A.   I believe this is referring to the web
             server that was attacked at the Center for Election
21

22          Systems.
             Q.   And the web server housed what programs or
23

24          information?

25          A.   It didn't house any programs.  It was a
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000405

Page 1574

```
 1    distribution server that counties would obtain, like,

 2    ballot proofs, data files that power their Express
        Poll devices; data that the Center for Election
 3

 4    Systems constructed at Kennesaw State while it was
        under contract with the Secretary of State's office
 5

 6    and supporting counties in state and federal
        elections.
 7

 8        Q.   And how was the -- that site compromised?

 9        A.   It was a web server and somebody

10    infiltrated the portions of the web server files that

11    were behind password protection.
             Q.   Let me direct your attention to the next
12

13    page [inaudible] and this may not be in [inaudible]
        sequence so I'm going to assume that they are
14

15    [inaudible].  On page 7 in Exhibit 8, do you recall
        receiving this email?  Or recall being cc'd on this
16

17    email?

18        A.   [inaudible]
             Q.   Did you have an understanding when you
19

20    received this what the author meant, or what it meant
        to you, that obviously this is kind of untenable in
21

22    the current atmosphere?
             MR. LINDSEY:  Your Honor, while you have
23

24    admitted this document --

25    THE COURT:  [inaudible] I've just got to see it.  The
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000406

Page 1575

```
 1   first page refers to [inaudible] investigation in regard

 2   to voter registration records.
          MR. LINDSEY:  Yes, Your Honor.
 3

 4       THE COURT:  I've already ruled that out repeatedly;
     ruled that out.
 5

 6       MR. LINDSEY:  [inaudible] with whether or not the
     system that --
 7

 8       THE COURT:  And these are not in any kind of order.

 9       MR. LINDSEY:  -- whether or not the system has --

10   whether or not this has anything to do with the system

11   that collects voters' actual votes in 2018.  What about
     the system [inaudible] --
12

13       MR. BROWN:  [inaudible]
          MR. LINDSEY:  Well, let me back up.  I'm here to
14

15   state my [inaudible].  My objection, Your Honor, this
      dealt with an entirely different system.  You've already
16

17   ruled it dealt with an entirely different system and we

18   would object --
          THE COURT:  I think the question was, there were
19

20   errors then, have they been corrected?  That's the only
      question on the floor.
21

22       MR. LINDSEY:  My --
          THE COURT:  [inaudible] isn't relevant.
23

24       MR. LINDSEY:  Yeah, my objection is that this dealt

25   with a situation you've already ruled on, which was
```

000407

```
 1   [inaudible]

 2        THE COURT:  I can see we might want to [inaudible].
          MR. LINDSEY:  Is there a -- I mean, if we could
 3

 4   stipulate that whatever [inaudible] have not been fixed,
      maybe that will speed things up.  [inaudible] stipulate
 5

 6   that it's relevant because it's not [inaudible] with the
      system at issue here regarding the 2018 election.
 7

 8        MR. BROWN:  I would love to put Mr. Lindsey on the

 9   witness stand for that but --

10        THE COURT:  Why do you talk over the top of

11   everybody?  Now you're talking over the top of Mr.
      Lindsey.
12

13        MR. LINDSEY:  Your Honor, I'm simply just restating
      the fact that you've already previously ruled that the
14

15   issue at Kennesaw State had nothing to do with the
      election in 2018 because it dealt with [inaudible]
16

17        THE COURT:  I sustain your objection, Mr. Lindsey.

18        MR. LINDSEY:  Thank you, Your Honor.
      BY MR. BROWN:
19

20             Q.  When did the Secretary of State change the
      system after Kennesaw State?
21

22             A.  The -- when operations transitioned from
      Kennesaw State to the Secretary of State's office --
23

24        the transition began before the physical transition.

25        The Secretary of State began constructing their
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000408

Page 1577

```
 1    internal --

 2         Q.  I apologize for interrupting you, but I'm
      asking you a date question.
 3

 4         A.  January 1, 2018.
           Q.  [inaudible] January 1, 2018.  And what did
 5

 6    they change?
           A.  The entire air gap private network that's
 7

 8    used to -- that houses the election programming

 9    software, GEMS, at the state level was transitioned

10    to a new air gap system maintained by the Secretary

11    of State Information Technology office and became
      operational when the Center for Election Systems took
12

13    up residency within the Secretary of State's office.
      Prior to the use of that system, that system was put
14

15    through an analysis by [inaudible], which the voting
      system testing lab out of Huntsville, Alabama to
16

17    validate that the installation of GEMS owned that

18    system matches the installation that [inaudible] had
      previously inspected.
19

20         Q.  Okay.  So is it your testimony that the --
      that everything was changed over on January 1, 2018?
21

22         A.  That the system that's used to generate the
      GEMS databases that are designed -- that are
23

24    developed and issued to counties to execute their

25    elections, the system that those -- that work was
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000409

Page 1578

 1    done on was a brand new system as of January 1, 2018.

 2         Q.  Okay.  A brand new what?  A brand new
      hardware, brand new programming?
 3

 4         A.  Brand new hardware.
           Q.  Okay.  What about --
 5

 6         A.  We were still using the certified copy of
      GEMS that we had been using in the state of Georgia
 7

 8    since 2000 -- late 2011.

 9         Q.  Okay.  So it was the same GEMS system?

10         A.  We have been using the same GEMS program

11    throughout the state of Georgia uniformly since late
      2011.
12

13         Q.  And that same program that has continued in
      use was on -- was it on the web server --
14

15         A.  No, sir.
           Q.  Okay.  Was it put on a web server?
16

17         A.  No, sir.

18         Q.  Okay.  So did anything on the web server
      get put on the same place as the GEMS database?
19

20         A.  No, sir.
           Q.  Okay.  The -- if the GEMS -- well, so you
21

22    said it's -- Mr. Lindsey said everything was changed,
      it's a different system, the GEMS database is the
23

24    same; correct?

25         A.  We have been using the same GEMS program in

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000410

Page 1579

```
 1          Georgia since late 2011.

 2               Q.   Thank you.  Sorry to interrupt [inaudible].
            Let me direct your attention to page 4 on Exhibit 8.
 3

 4          THE COURT:  These were written before he said
            everything was changed.  So let's not go into --
 5

 6          MR. BROWN:   Your Honor, he said the GEMS database
            was not a change.
 7

 8          THE COURT:  I understand.

 9          MR. BROWN:  [inaudible] Let me get right to the point

10     [inaudible] overtake I think an objection.

11     BY MR. BROWN:
                 Q.   Mr. Barnes, did any of the 45-plus critical
12

13          vulnerabilities -- 40-plus critical vulnerabilities
            relate in any way to any -- to the GEMS database?
14

15               A.   No, sir.
                 Q.   Did the critical vulnerabilities relate to
16

17          -- into the DREs or in the way the DREs were current?

18               A.   No, sir.
                 Q.   What did they relate to?
19

20               A.   They're related to a web server that was
            distributing the data to counties -- counties for
21

22          elections.  It was the portal that the Center for
            Elections use as their outside communication tool,
23

24          their website.

25               Elections.Kennesaw.edu was housed on that
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000411

Page 1580

```
 1   server.  Counties have a sign-in to that location to

 2   obtain some information like ballot proofs for review
      purposes, where they could portal in and access that
 3

 4   information.
           Q.   Mr. Barnes, I want to go back to your
 5

 6   testimony about the ballot design; do you recall
      that?  And I want to clarify first, you were
 7

 8   describing the scalability of the ballot design,

 9   different challenges.  There's a lot of candidates,

10   like, in the presidential preference primary for the

11   Republicans in 2016.  Does the county have an
      opportunity to participate in ballot designs?
12

13       A.   The county has an opportunity to review the
      data set at any given time during the review process.
14

15   Most counties take the reports that we generate and
      provide to them that are sample ballots in the
16

17   optical scan format, because that's the easiest thing

18   to produce, the PDF format, and provide the counties
      for a layout -- of validating that the right races
19

20   are in the right place on the ballot.
           But some counties choose, Gwinnett County being
21

22   one of them in November of 2018, to obtain a copy of
      the GEMS database while it is in production.  For
23

24   them then to then take that database, install it onto

25   a DRE so they can see what it's going to look like on
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000412

Page 1581

```
 1    the DRE themselves.  And if they see anything that

 2    they would like adjusted, then they notify our office
       of what needs to be adjusted and that adjustment is
 3

 4    made.
              Q.    [inaudible] and Gwinnett was a longer
 5

 6    ballot because it was in two languages; is that
       right?  Was that one of the issues?
 7

 8       A.    It was a more complicated ballot.  It was

 9    the first election that Gwinnett County was having

10    with multiple language, so they were doing a lot of

11    proofing in multiple languages to make sure the
       ballot was being displayed as they needed it
12

13    displayed to be in adherence with federal statute.
              Q.    I asked you before with respect to the work
14

15    that you -- your office had done with respect to the
       ballot design whether in any other various -- the
16

17    ballots had been out, the election for the lieutenant

18    governor was split between two pages and you said,
       no.  Do you know if that's the case with respect to
19

20    what the counties ended up using [inaudible]?
              A.    We have the same DRE equipment at our
21

22    disposal as the counties have at their disposal.  The
       image that we can generate on the DRE should be equal
23

24    to what a county is seeing on display when they are

25    generating.  That's the best to which I can answer
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000413

Page 1582

```
1       that question.

2              Q.   To the best of your knowledge.
               A.    To the best of my knowledge.
3

4              Q.    To the best of your knowledge the ballots
        displayed in the county, did -- would not have shown
5

6       on the lieutenant governor's race on two different
        screens; is that right?
7

8              A.   That is correct.

9              Q.   That's all I have.  Thanks, again.

10      THE COURT:  Any questions?

11                        CROSS-EXAMINATION
12

13               OF MICHAEL WILLIAM BARNES

14

15    BY MR. TYSON:
               Q.   Mr. Barnes, let's pick up where Mr. Brown
16

17      had been talking ballot design.  Let me show you what

18      would be marked as -- where is it I'm at?  Duncan 2?
        Duncan 2.
19

20             And I'm going to ask you if you will -- if you
        could identify this and tell me what it -- what is
21

22      shows, [inaudible] design of the [inaudible] ballots
        in I believe 200- -- 2018, 2014, and 2010.  Does this
23

24      accurately show the ballot design of the governor and

25      lieutenant governor's races for those three election
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000414

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                      Page 255

```
 1      cycles?  [inaudible]

 2              A.   Yes, sir, it does.
         MR. TYSON:  Your Honor, I would tender these into
 3

 4   evidence.
         MR. BROWN:  No objection, Your Honor.
 5

 6      THE COURT:  Received.
         MR. TYSON:  [inaudible]
 7

 8   BY MR. LINDSEY [inaudible]:

 9              Q.   There is in this packet two pictures of

10      each year.  Could you explain to the Court why?

11              A.   Sure.  The two pictures -- the picture --
         there are two DRE models that are used in the state
12

13      of Georgia.  There is the TSx model and there is the
         R6 model.
14

15              The TSx is -- has the gray case around it.  The
         screen and the R6 model has the white case around the
16

17      screen.  So these are images of both models

18      displaying the ballot from November of 2018.
                 Q.   And let me go back and show to the 2010
19

20      screen and that screen -- rather, in these screens
         the U.S. Senate race and the governor's race is on
21

22      the first page and the next page has the lieutenant
         governor and other races; correct?
23

24              A.   Correct.

25              Q.   In 2014, there was once again U.S. Senate
```

www.huseby.com                 Huseby, Inc.  Regional Centers           800-333-2082
          Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

                                                                          000415

                                   Page 1584

1    race and once again the U.S. Senate is -- and the

2    governor's race is on the first page and the race for
     lieutenant governor and other state constitutional

3

4    offices are on the next page; correct?
          A.   Correct.

5

6         Q.   Now, the situation is different in 2018; is
     it not?

7

8         A.   That's correct.

9         Q.   Why?

10        A.   There was no United States Senate race on

11   the ballot in 2018.  The first race on all ballots
     across the state was for governor.

12

13        Q.   So as a result, so instead of being on two
     different screens, the governor and lieutenant

14

15   governor's race are both on the same screen.
          A.   That's correct.

16

17        Q.   Correct?  Okay.  Now, you are as part of

18   your job, concerned about ballot design; correct?
          A.   Correct.

19

20        Q.   And for instance you are knowledgeable, for
     instance, what happened in Broward County; correct?

21

22        A.   Correct.
          Q.   Tell the Judge what happened in Broward

23

24   County.

25        A.   In November 2018 in Broward County, they

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                    000416

Page 1585

 1   had a -- I believe it's -- the United States Senate

 2   race was at the bottom of the first column on the
     ballot.

 3

 4       It came below the set instructions.  So at the
     very -- after those instructions ended, they had

 5

 6   enough space at the bottom of this piece of paper
     that they could include the United States senate race

 7

 8   at the bottom of that column and then the governor's

 9   race was at the top of the second column on the

10   ballot.  Other counties -- that was Broward County --

11   is the United States senate was at the bottom of --
     underneath the instructions.

12

13       Q.   So as a result in Broward County fewer
     people voted in the U.S. Senate race than they did in

14

15   other counties?
              A.   The layout in Broward County was different

16

17   than it was in other counties.

18       Q.   Yeah.
              A.   In other counties the United States Senate

19

20   race was at the top of the second column.  There was
     no race below the instructions on other county

21

22   ballots in Florida.
              Q.   And did that have an impact on voter

23

24   participation?  Was that the concern that had

25   impacted the voter [inaudible]?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000417

Page 1586

Case 1:17-cv-02989-AT   Document 449-8   Filed 07/03/19   Page 418 of 661

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019          Page 258

1      A.    There was concern that because the race was

2   at the -- below the instructions that voters might
    not have noticed that it was below the instructions

3

4   and then may have just bypassed it and ignored it.
         Q.    Yeah.   Now after this election, Mr. Brown

5

6   asked you, had you had any discussions about why
     there's a difference between the paper ballot down-

7

8   ballot voting for lieutenant governor and the

9   electronic ballot down-ballot race?   Do you recall

10  him asking you that?

11       A.    Yes, sir.
         Q.    And have you in fact had any discussion

12

13  about whether or not the ballot design may have
     impacted that race?

14

15       A.    Post-election, you know, looking at the
     design of the ballot, we have always been very

16

17  pleased with the two-column ballot because it gives,

18  you know -- you know, two races very clearly separate
     apart but when we, you know, start thinking about the

19

20  election of what all was going on with the given
     election, could this ballot layout been confusing to

21

22  voters.
         And there's a possibility that it could have

23

24  been confusing, especially for new voters that are

25  voting for the first time in the state of Georgia

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000418

Page 1587

 1      that may not have had an interaction in voting in

 2      Georgia or using a DRE.  You know, a cursory glance
        of the screen like this you may feel like because the

 3

 4      Republican candidates are line up and the Democratic
        candidates are lining up that you make one selection

 5

 6      and you're voting for a ticket.
                So that could be how a voter interprets that or

 7

 8      it may not be.  I could just be that they see the

 9      first race and they are focused on when they get to

10      the next element.  Each individual voter's actions

11      that -- are their own.
                Q.   And in fact you are aware that program's

12

13      [inaudible]?
        MR. BROWN:  Your Honor, this is already leading and,

14

15   Your Honor, I would [inaudible] leading the witness.
        MR. LINDSEY:  That doesn't matter.  It has to be

16

17   adverse.  [inaudible].

18      THE COURT:  [inaudible], therefore he's got him on
     cross.

19

20      MR. LINDSEY:  Thank you, Your Honor.
        MR. BROWN:  Thank you, Your Honor.

21

22   BY MR. LINDSEY:
                Q.   So obviously, you know, you're aware of the

23

24   fact that the president and my president, for instance,

25   run on a ticket; correct?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000419

Page 1588

1        A.    Correct.

2        Q.    and are you aware that, I believe, in 25
   states that have lieutenant governors and governors, they

3

4   run on a ticket; are you aware of that?
          A.    I learned something today that -- I know

5

6   that there are some jurisdictions where they on a ticket
   with a number.

7

8        Q.    Okay.  Are you aware that, for instance, in

9   Florida they run on a ticket?

10       A.    Yes.

11       Q.    Are you aware that in South Carolina, two
   of our neighboring states, they also run on a ticket?

12

13       A.    Yes.
          Q.    So it is common, is it not, that in many

14

15       states that the governor and lieutenant governor
         weren't on a ticket?

16

17       A.    Yes.

18       Q.    Okay.  Now, in addition to the general
         design, did you also do a analysis in terms of the

19

20       number of new voters voting in Georgia for the first
         time --

21

22       A.    Post --
          Q.    -- in 2014 and 2018?  Post-election.

23

24       A.    Secretary of State's office did reach out

25       to their vendor of the voter registration system to

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000420

Page 1589

```
 1        ask the question of how many new voters participated

 2        for the -- or how many voters participated for the
          first time in 2018, also in 2014.  In 2014, I believe
 3

 4        the number was --
          MR. BROWN:  Your Honor, I object.  This is hearsay.
 5

 6   It's [inaudible].
          MR. LINDSEY:  Your Honor, he's doing this in his
 7

 8   official capacity to basically analyze the number of new

 9   voters.

10        MR. BROWN:  Your Honor, I'm not aware of any official

11   capacity except to the hearsay ruled upon.
          MR. LINDSEY:  Your Honor, this is part of his
12

13   official duties is to --
          THE COURT:  We've talked about numbers all over the
14

15   place.
          MR. LINDSEY:  Your Honor, these are not --
16

17        THE COURT:  And all other kinds of ways.  I'll allow

18   it.
          MR. LINDSEY:  Thank you, Your Honor.
19

20   BY MR. LINDSEY:
              Q.  That in 2014, there were just over 98,000
21

22        voters in Georgia that participated for the first
          time in the November 2014 election, but in the 2018
23

24        election there were a number of 336,000 voters or a

25        little over that that voted for the first time on --
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000421

Page 1590

1    in November of 2018.  And as far as your discussions,

2    was the concern about confusion by new voters coming
     in from other states?

3

4        A.   Yes.
         Q.   And that's part of the concerns you had in

5

6    terms of the inadvertent layout that was created as a
     result of the U.S. Senate race not being on the

7

8    ballot?

9        A.   Correct.

10       Q.   Okay.  Now Mr. Brown also asked you about

11   -- several questions about getting necessary reports
     from GEMS and elsewhere about verifying that the --

12

13   that the election results.
         And at one point you were asked to run a report

14

15   that formed this lawsuit, a report that was given to
     the parties assuring every voter received lieutenant

16

17   governor on the ballot.  Do you recall being asked

18   about that before?
         A.   Yes.

19

20       Q.   Okay.  You did not run a report for every
     county; correct?

21

22       A.   That's correct.
         Q.   Okay.  But you did run a report on the

23

24   counties that are all on -- named parties in this

25   lawsuit; correct?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000422

Page 1591

1       A.    That's correct.

2       Q.    And that would be Fulton and Gwinnett;
correct?
3

4       A.    Correct.
MR. TYSON [inaudible]:  [inaudible] what?
5

6  MR. LINDSEY:  Fulton and Gwinnett.
        Q.    Let me first show you Gwinnett -- let me
7

8  show you both [inaudible].  First let me show you

9  Gwinnett and ask you to please identify Gwinnett

10 [inaudible].  If you could identify that for the

11 Court.
        A.    This is the base precinct with reports --
12

13 base precinct with races report for Gwinnett County
and note there were 2018 election.
14

15      Q.    And you -- tell the Court what that means
-- what that means.
16

17      A.    What this report shows is every -- a voter

18 is connected to a base precinct within a GEMS
database.  And what this shows is the base precinct
19

20 associated to the precinct and then what races are
associated to that base precinct.  So this show --
21

22 and a voter is going to be associated to the base
precinct.  So this is showing what races each
23

24 individual voter within a precinct would see when

25 they were given their ballot.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000423

Page 1592

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Hearing Proceedings on 01/17/2019**                    **Page 264**

1              Q.    Okay.

2         MR. LINDSEY:  We would tender Exhibits 3 and 4.
     [inaudible] 3 and 4.  [inaudible]
3

4         MR. BROWN:  I have no objection, Your Honor.
          THE COURT:  They're admitted.
5

6   BY MR. LINDSEY:
              Q.    And what do these reports -- you would tell
7

8      the Court what these reports show.

9              A.    It shows, again, all races for that given

10     base precinct or present all statewide races that

11     were being contested in November are shown with every
        base precinct listed in the report.
12

13             Q.    Okay.  So if I understand you correctly
        what you're telling me is that Mr. Duncan and Ms.
14

15     Amico appeared on every electronic ballot then in
        those two counties?
16

17             A.    Yes.

18             Q.    And did you ever receive any complaint from
        anywhere in the state that this race did not appear
19

20     on an electronic ballot?
              A.    We did not.
21

22             Q.    To go back to the issue of configuration
        about how was the ballot that we just finished
23

24     discussing, the electronic ballot, differed from the

25     paper ballots that folks would receive when they did

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000424

Page 1593

```
 1   write-in?

 2        A.   In relation to layout?
          Q.   Layout, particularly the governor and
 3

 4   lieutenant governor's race.
          A.   The optical scan ballot, again being three
 5

 6   or four columns in display, front and back, the
     governor's race would have been the first race below
 7

 8   the ballot that are -- in the -- on the left -- far

 9   left column and then the race right below that would

10   have been the lieutenant governor and then the race

11   below that would have been Secretary of State.
          Q.   So you wouldn't have had simply the
12

13   governor and lieutenant governors on the -- on only
     one page?
14

15        A.   That's correct.
          Q.   Plus you had a north-south situation as
16

17   opposed to east-west?

18        A.   Correct.
          Q.   Now in addition to checking to make sure
19

20   that this race appeared on all the ballots, you also
     were asked as part of the discovery in this case, to
21

22   prepare from GEMS a report testing to ensure that the
     votes that are made on a machine are actually
23

24   calculated in the system; correct?

25        A.   Correct.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000425

Page 1594

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019              Page 266

```
 1              Q.    Okay.  And you did this for both Fulton and

 2        Gwinnett, correct --
                A.    Correct.
 3

 4              Q.    -- were named parties in this case.  And if
          you would explain to the Court -- let me show you the
 5

 6        -- and ask you if this is [inaudible] would be and
          then explain to the Court what actually this report
 7

 8        shows.

 9              A.    These are the active voter TS status

10        reports from the Fulton and Gwinnett county databases

11        and what these reports show are the number of memory
           cards created for their voting locations and the
12

13        upload status of those memory cards.
                Q.    Okay.  In English what do they [inaudible]?
14

15              A.    It shows that the touch screen unit that
          was used that the information collected by that
16

17        machine has been uploaded into GEMS [inaudible].

18        MR. LINDSEY:  Your Honor, we would tender these two
          Exhibits which would be 5 and 6 [inaudible].
19

20        MR. BROWN:  No objection, Your Honor.
          THE COURT:  So admitted..
21

22        BY MR. LINDSEY:
                Q.    And  after analyzing the report once again,
23

24        what are they -- tell the Court what they showed.

25              A.    They showed that there are no outstanding
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000426

Page 1595

```
1    memory cards.  That all memory cards that were

2    created that would have collected that would have
      collected votes, have been uploaded and accounted for
3

4    by GEMS.
            Q.   Okay.  Now you were asked by Mr. Brown also
5

6    about what you at the Secretary of State's office
      does beforehand to get ballots ready for voting.    Do
7

8    you recall that last question?

9          A.   Yes.

10         Q.   Let me ask you, do you do any testing,

11   parallel testing for instance, on Election Day to
      make sure that the systems are operating correctly?
12

13         A.   We do.
           Q.   Tell the Judge what you do.
14

15         A.   In the days leading up to the election we
      will make -- Secretary of State's office will make a
16

17   request to a county in Georgia to provide to us a

18   copy of their GEMS database from their GEMS computer.
      The State constructs the database and sends it to the
19

20   county.
            But for parallel testing we ask that whatever
21

22   the county has loaded into their system, that they
      make a copy of that database and send it back to the
23

24   State so that we at the Secretary of State's office

25   can then create our own memory cards from their copy
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000427

Page 1596

```
 1   of their database, load into touch screen equipment

 2   that we have in our possession, do a logic and
      accuracy test on the device to make sure it's working
 3

 4   as it should, and then on Election Day itself we
      videotape the input of a test deck into the device in
 5

 6   election mode.
              So we will have an individual that is holding
 7

 8   the pre-filled ballot out and instructing the test

 9   voter on what selections to make while that is all

10   being videotaped.  And that's done within the voting

11   period on Election Day.  And then at the end of that
      timeframe we'll end the election on those devices and
12

13   printout tapes from those devices, and validate the
      results being produced by the device match the known
14

15   results of the test deck.
              Q.   Okay.  And you do that to make sure that if
16

17   Edward Lindsey cast a vote for Mike Boland for

18   governor, that it's properly counting?
              A.   Correct.
19

20        Q.   And when you did that parallel testing on
      Election Day, did you discover any irregularities?
21

22        A.   We did not.
              Q.   And among the races that you tested for was
23

24   the lieutenant governor's race; correct?

25        A.   That's correct.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000428

Page 1597

1      Q.    Thank you.  Now you were talking about

2   after the election Ms. Amico came and raised some
       concerns.  And you mentioned that you went and

3

4   checked a county.  What county was that, just for the
       record?

5

6      A.    Ben Hill County.
       Q.    Ben Hill County.  And you went to Ben Hill

7

8   because that was somebody Ms. Amico was concerned

9   about; correct?

10     A.    Correct.

11     Q.    Okay.  And the results were the same things
       that were tabulated on the card were being uploaded

12

13   to the Secretary of State's office; correct?
       A.    That's correct.

14

15     Q.    Okay.  Now were you asked earlier why --
       well, you were asked earlier whether the Secretary of

16

17   State had done any testing or discovered there was

18   any kind of malware on the system; correct?
       A.    Correct.

19

20     Q.    Been asked that.  Given what you do on the
       parallel testing, the outcome, did you believe there

21

22   was any reason to do any forensic testing for
       malware?

23

24     A.    Based on what we have encountered, no, sir.

25     Q.    Okay.  Now you -- there have been several

 1   questions raised about hacking, this, that, and the

 2   other; could you explain -- from my understanding,
     and I'm not a math major and a physics major, I'm a

 3

 4   history major with a specialty in Florentine
     brimstone, so --

 5

 6        THE COURT:  That's really helpful
          Q.   -- so I'm going to talk really slowly to

 7

 8   make this explanation here.  Could you please explain

 9   the difference between an open system that would be

10   on the web page, and a closed system?

11        A.   A closed system has no external connection
     port is that it is a device directly connected to

12

13   another device and there is not a line from that pair
     going outward placing so that someone can portal

14

15   inward into that device.  They can't access an IP
     address.  It's closed off.

16

17        The only way to interact with the system is

18   through direct interaction with the system.  An open
     network is akin to the internet.  When you have

19

20   computers and multiple locations communicating to one
     another through a public means.

21

22        Q.   So someone [inaudible] Putin in Russia
     could not use a computer there utilizing the internet

23

24   to be able to get into your system and hack it;

25   correct?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000430

Page 1599

1          A.    Correct.

2          Q.    Okay.  Were there any other anomalies in
this election, particularly regarding the lieutenant

3

4    governor's race, in regards to write-in votes?
           A.    When looking at the certified returns for

5

6    various counties in the Metro area, we saw that there
were -- for the statewide races that the lieutenant

7

8    governor's office seemed to have the highest number

9    of write-in votes collected.

10         Q.    Okay.  Now you didn't check every county,

11   did you?
           A.    No, sir.

12

13         Q.    All right.  You checked, I believe, three
counties; Fulton, Gwinnett, and DeKalb; correct?

14

15         A.    Correct.
           Q.    Let me show you Fulton [inaudible] and let

16

17   me ask you to explain what these three documents --

18   certified documents I might add, show.
           A.    These appear to be the certified returns

19

20   from Dekalb County, Gwinnett County, and Fulton
County, and they are -- they contain the election

21

22   summary reports for those counties.
           And the election summary report shows each

23

24   individual race that was present in the database for

25   that given county.  It shows the total number of

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000431

Page 1600

1  precincts involved in that election shows the number

2  of precincts reporting by race.  It shows the number
   of times that particular race was seen by the

3

4  tabulating system.
        It shows the total number of votes that were

5

6  counted for that race and it shows the number of
   votes collected for each individual candidate listed

7

8  in that race, including write-ins.

9      Q.  All right.  Write-ins, if I understand

10 correctly, they are write-ins in which someone goes

11 to the trouble to get their vote tabulated and there
   are write-ins for Mickey Mouse, that sort of thing.

12

13     A.  That's correct.  There are certified write-
   in candidates and then there are candidates that are

14

15 not certified write-ins.
        Q.  And that includes those who are not

16

17 certified write-in candidates; correct?

18     A.  This includes all write-ins collected by
   the system.

19

20     Q.  When you reviewed that, what did you
   discover for these three counties, for instance,

21

22 using [inaudible] because they were named parties in
   this case?  What did you discover about the number of

23

24 write-ins in the lieutenant governor's race versus

25 other races that were statewide?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000432

Page 1601

```
 1              A.    That the highest number of write-ins cast

 2       for statewide office was in the lieutenant governor's
         office.
 3

 4              Q.   Okay.
         MR. LINDSEY:  Your Honor, we would tender Exhibits --
 5

 6  [inaudible] 7, 8, and 9.
             THE COURT:  Mr. Brown.
 7

 8       MR. BROWN:  You're tendering those?

 9       MR. LINDSEY:  [inaudible] I'm tendering --

10       THE COURT:  He tendered his exhibits.

11       MR. LINDSEY:  I'm tendering the exhibits.
             MR. BROWN:  [inaudible]
12

13       THE COURT:  Okay.  No objection.  That's [inaudible].
             MR. LINDSEY:  Your Honor, I just have one last
14

15  [inaudible] and I will release him, I guess, [inaudible].
         Your Honor, I believe the parties have stipulated to the
16

17  admissibility of Secretary of State certified statewide

18  races.
             I just want to let it [inaudible] in the record.  I
19

20  would, first of all, tender Exhibits 10, 11, and 12.  Is
         that what I'm up to?  Ten being the election for 2010, 11
21

22  being for '14, and 12 being for '18.  Let me show you what
         I have here.  '18 and '14, rather, and '10.
23

24  BY MR. LINDSEY:

25              Q.    [inaudible] Let me simply ask you to look
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000433

Page 1602

1       at those.  Those are in fact the official election

2       returns from those three years that are located on
        the Secretary of State's website; correct?

3

4       [inaudible]    I don't think I have those
        [inaudible].  Okay.  These are in fact the election

5

6       returns from the Secretary of State's office
        [inaudible]; correct?

7

8            A.    Appear to be.

9       MR. LINDSEY:  Your Honor, we tender the Exhibits.

10      THE COURT:  Any objections from --

11      MR. BROWN:  No, Your Honor.
        THE COURT:  Okay.  Do you have extra copies of those,

12

13   the last three, Mr. Lindsey?
        MR. LINDSEY:  Your Honor, [inaudible].

14

15   BY MR. LINDSEY:
             Q.   And looking at the front page of '10 and

16

17      '14, does it not show, sir, the percentage of voters

18      from that year?  For both '10 and '14 at the top?
             A.    The turnout percentage?

19

20           Q.   Yes, sir.
             A.    The turnout percentage for November of '14

21

22      -- 2014, voter turnout 50.03 percent?
             Q.    Yes, sir.  Now for a '18 -- for '18

23

24      [inaudible].

25      MR. LINDSEY:  [inaudible], Your Honor.  [inaudible].

---

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000434

Page 1603

```
 1   And also, Your Honor, we tender this next Exhibit,

 2   [inaudible] turnout and '18, just for the record.
             Q.   If you would identify what would be marked
 3

 4       as Exhibit 13, tell us what that is.
             A.   This is for November 2018 --
 5

 6           Q    Yes, sir.
             A.   -- general turnout 61.34 percent.
 7

 8       MR. LINDSEY:  We tender this document as well.

 9       MR. BROWN:  No objection.

10   BY MR. LINDSEY:

11           Q.   So the turnout -- well, first of all, if
         you were to look at '14 and '18, we've already talked
12

13       about the new votes.  Let me just also sort of close
         the loop on this line of questioning.  If you would
14

15       look at '14 first and tell me how many registered
         voters there were in '14.
16

17           A.   In '14, there were 5,191,182.

18           Q.   Okay.  And in '18, how many were there?
             A.   6,400,200 -- let's see.  6,428,584.
19

20           Q.   Okay.  And you've already testified that we
         had high voter participation in '18?
21

22           A.   [inaudible]
             Q.   So in '18, we have a larger number of
23

24       registered voters than in '14; correct?

25           A.   Correct.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000435

Page 1604

```
 1              Q.   And in '18, we had a larger turnout than we

 2        did in '14; correct?
                A.   Correct.
 3

 4              Q.   And in '18, we had a increase of about
          three-and-a-half times the number of new voters
 5

 6        voting for the first time; correct?
                A.   Correct.
 7

 8              Q.   All of those, based on your concern about -

 9        - your knowledge about Broward County as you're

10        looking at the web design -- at the design of the

11        electronic ballot could have led to greater voter
          confusion when they voted electronically versus when
12

13        they voted on a paper ballot; correct?
                A.   Correct.
14

15        MR. LINDSEY:  That's all I have, Your Honor.
          THE COURT:  Mr. Tyson.
16

17        MR. TYSON:  Thank you, Your Honor.  I'll be brief.

18                         CROSS-EXAMINATION

19

20                 OF MICHAEL WILLIAM BARNES

21

22   BY MR. TYSON:
                Q.   [inaudible] pick up real quickly on the
23

24        Broward review, that senate race that Mr. Lindsey was

25        asking you about.  Do you know if Broward County uses
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000436

1    paper or DRE ballots?

2        A.   I believe Broward uses centralized
     [inaudible].
3

4        Q.   Okay.  So those would be paper ballots;
     correct?
5

6        A.   Yes.
         Q.   Mr. Brown earlier asked you about
7

8    complaints that he received around the election

9    administration, were the complaints in 2018 any more

10   unusual than complaints in prior years?

11       A.   No.
         Q.   And Mr. Brown also asked you now
12

13   [inaudible] issues he said that, you know, if you
     push a button [inaudible] record votes somewhere else
14

15   for somebody else.  Now would you consider that a
     programming issue or a calibration issue?
16

17       A.   I would consider that a calibration issue.

18       Q.   And is -- if the machine doesn't respond as
     expected on a calibration issue during testing, what
19

20   was the process for addressing that?
         A.   The counties normally do not allow that
21

22   system to pass.  It is set aside and not used for
     that given election.
23

24       Q.   And in the calibration you repair or fixed

25   electronic voting machines?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000437

Page 1606

```
 1        A.   You can recalibrate the screen as part of

 2   the initial LMA process of, say, [inaudible]
      calibration on the machines is like one of the first

 3

 4   steps done.  But even after setting calibration if
      the county interacts with the system and they feel

 5

 6   like it's not responsive as it should be, then they
      will take that unit out of operation.

 7

 8        Q.   And so a programming error then would be

 9   something like a candidate's name is missing; is that

10   correct?

11        A.   That's correct.
          Q.   And how would you know that it was a

12

13   programming error of that nature where somebody's
      name was omitted, for example?

14

15        A.   It would be not present on the ballot.  You
      would not see the name or if there was a voting

16

17   position with no name associated to it, you would see

18   that.
          Q.   And how would you do that?  Would you do

19

20   that from a GEMS report or some other method?
          A.   You do that for a GEMS reports.  You do

21

22   that through the sample ballots that are generated
      and provided to the counties for proofing purposes.

23

24        Q.   And reviewing the DRE post-election mode

25   also show that problem with the candidate missing
```

www.huseby.com                Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000438

Page 1607

```
 1      name?

 2           A.   In post-election mode you can print out
        reports that show candidates listed by race.  You
 3

 4      also have the ability to access the ballot -- the
        ballot view, which is the reported ballots that the
 5

 6      system recorded and it shows what races were on that
        ballot and what candidates were listed under those
 7

 8      races.

 9           Q.   So lieutenant governor's race didn't appear

10      on a DRE.  The machine in post-election [inaudible]

11      to determine that [inaudible].
             A.   That's correct.
12

13           Q.   Okay.  Thank you.
        MR. LINDSEY:  I don't have anything else.
14

15      THE COURT:  Wait a minute.  Wait, wait, wait.
        MR. BROWN:  I'm sorry.
16

17      MS. BURWELL:  I have no questions.

18      THE COURT:  She's got -- okay.  Okay.  Now you can
     go.
19

20      MR. BROWN:  Thank you, Your Honor.

21

22                    REDIRECT EXAMINATION
                   OF MICHAEL WILLIAM BARNES
23

24

25   BY MR. BROWN:
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000439

Page 1608

```
 1        Q.    When did you first hear of the theory that

 2   the under-vote might be -- have been the result of
     people thinking that it was a [inaudible]
 3

 4        A.    It would probably be close to the time of
     certification.
 5

 6        Q.    And who did you hear it from?
          A.    It was just sort of hypothesized.  There
 7

 8   was no one person that said it.  It was just sort of

 9   again looking at the election and seeing, you know,

10   what could -- what could be reasons for these things.

11        Q.    For the under-vote that you noticed, right?
          A.    Yes.
12

13        Q.    Okay.  So you noticed the under-vote at the
     Secretary of State's office and one of the things
14

15   that was just thrown out was, maybe people thought it
     was a ticket, right?
16

17        A.    Correct.

18        Q.    And have you undertaken -- get any sort of
     expert opinion or analysis of that theory?
19

20        A.    We have heard from people in relation to
     ballot design that are starting that for ballot
21

22   design moving forward that it's best for voters to
     see one race per screen when they're interacting with
23

24   a DRE device or a ballot-marking device.  So, you

25   know, that's -- to eliminate that confusion that may
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000440

Page 1609

```
 1    be present.

 2         Q.   Right.  But that would mean that -- that
      doesn't relate to under-votes, does it; or does it

 3

 4    [inaudible]?
                A.   I'm not sure of the question.

 5

 6         Q.   Is the concern there that people will skip
      a vote if there's more than one ballot on a page?  Is

 7

 8    that the concern?

 9         A.   There's always concern that voters are not,

10    you know, receptive of what they're seeing.  But each

11    individual voter is going to do what they want to do.
                Q.   Right.  And in -- but in this election, if

12

13    you turn the page for this election, you have
      multiple ballots; correct?

14

15         A.   If you hit the next button you go to the
      next screen, you have multiple races appearing, yes.

16

17         Q.   And which races appeared on the second page

18    of November 6th ballot?
                A.   Let's see --

19

20         Q.   And just go ahead and look at the
      [inaudible].

21

22         A.   The November '18 -- for the 2018 ballot?
                Q.   Yes, sir.

23

24         A.   There are four races present.  Secretary of

25    State, attorney general, commissioner of agriculture,
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000441

Page 1610

 1       commissioner of insurance.

 2            Q.   Okay.  So in those -- even though there
         were four ballots on that screen, the voters were
 3

 4       able -- electronic and paper ballot voters had a
         significantly higher participation rate than the
 5

 6       lieutenant governor's race; correct?
         MR. TYSON:  Objection, Your Honor.  It's leading.
 7

 8       THE COURT:  Sustained.

 9   BY MR. BROWN:

10            Q.   Mr. Barnes, did -- before the other races

11       that were on the second page have a higher voter
         participation rate than lieutenant governor's race?
12

13            A.   Based on the certified results from those
         counties that there were fewer under-votes in those
14

15       races, yes.
              Q.   Okay.  Thank you.  Now the -- there was
16

17       some testimony about calibration issue.  Are you with

18       me?
              A.   Uh-huh.
19

20            Q.   Okay.  And what -- one calibration problem
         is a screen dysfunctioning, physical screen problem,
21

22       if you follow me, where what you're pushing doesn't
         connect with the code -- with whatever electronics
23

24       [inaudible].  You with me?  It's a physical problem

25       with the screen.  Is that a calibration problem?

1        A.   Where -- the point that you're touching is

2   -- the response is showing in a different location?
    The response where you touch --
3

4        Q.   Or doesn't respond or it blinks or
    something else, is that a calibration problem?
5

6        A.   Potentially.
         Q.   The -- but there is software that tells the
7

8   computer, if you press this button, put another --

9   add one to the voter total for Mr. Duncan; correct?

10       A.   The test screen basically is a grid.  It's

11  a pressure-point grid.  It says -- [inaudible]
     analysis and, you know, it comes up with an average
12

13  of pressure it says, if you see pressure here, then
     that should be indicated as a mark in this position
14

15  on the ballot.
         Q.   Right.  And that's programming that does
16

17  that; correct?  That says, if you [inaudible], add

18  one to the vote total for Amico, right?
         A.   Correct.
19

20       Q.   Okay.  And that program resides where?
         A.   That program resides on the DRE.
21

22       Q.   On the individual DRE machines.
         A.   That's correct.
23

24       Q.   And is that -- and is that -- and where on

25  those DRE machines does it reside?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000443

Page 1612

```
 1            A.   That resides on an EPROM chip that's

 2       connected to the motherboard.
               Q.   And is the EPROM chip connected to the

 3

 4       motherboard of something that the State --
            MR. BROWN:  Your Honor, bear with me here.  I just

 5

 6   have one question on this.
               Q.   Is the EPROM chip that you referred to that

 7

 8       contains the programming for doing that something the

 9       State offered to allow the petitioners to inspect?

10       MR. LINDSEY:  Your Honor, objection again.  He's once

11   again [inaudible] re-litigate what the Court has already
       ruled upon in discovery [inaudible].

12

13       THE COURT:  Sustained.
       BY MR. BROWN:

14

15            Q.   Is the EPROM the same thing as the election
         archive?

16

17            A.   The election archive information is saved

18       to the internal memory on the device and the internal
         memory is contained in EPROM.  [inaudible]

19

20            Q.   Okay.  And the internal -- okay.  Can you
         say that again?

21

22            A.   The internal memory is where the archive
         file is maintained and the internal memory resides on

23

24       EPROM.

25            Q.   Okay.  So the answer is no if they're on
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000444

Page 1613

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019                    Page 285

```
 1      the same thing, right?

 2           A.   The election archives is a data file that
        is saved to an internal memory and the internal
 3

 4      memory is -- resides on the EPROM.
             Q.   And other things other than the election
 5

 6      archive are on the internal memory, right?
             A.   I believe I already said that.
 7

 8           Q.   Just yes or no.

 9           A.   Yes.

10           Q.   Okay.  And one of those other things

11      controls the mapping of the vote from the touch
        screen to the place in your system where it says, add
12

13      one more vote to somebody; correct?
             A.    Correct.
14

15           Q.    Let me direct your attention to one of Mr.
        Lindsey's printouts and I'll just give you -- you
16

17      don't need to look at it.

18           Of course you may, but the -- he was asking you
        about write-in votes and how the lieutenant
19

20      governor's race had a lot of write-in votes, do you
        know whether that was because Libertarians who were
21

22      voting on the lieutenant governor's race did not have
        an option, therefore wrote in?  Do you know --
23

24      MR. LINDSEY:  Your Honor, I believe that calls for

25    speculation [inaudible].
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000445

Page 1614

1          THE COURT:  That would be speculation.  [inaudible]

2     argue that it's not.  [inaudible].
           MR. BROWN:  Thank you.
3

4     BY MR. BROWN:
               Q.   Now the EPROM chip is the erasable, read-
5
      only [inaudible], right?  Or I guess erasable program
6     [inaudible], right?
7
               A.   Well, that's what EPROM stands for, yes.
8
               Q.   Now does the software reside on an EPROM
9
      chip or in [inaudible] memory, if you know?
10
               A.   I can't answer that in an absolutely -- I
11    don't [inaudible].
12
               Q.   Okay.
13         MR. BROWN:  That's all I have [inaudible].
14
           THE COURT:  [inaudible]
15

16
                        RECROSS EXAMINATION
17
                    OF MICHAEL WILLIAM BARNES
18

19
      BY MALE:
20             Q.   Mr. Brown -- I've just got [inaudible].
21
      Mr. Brown did ask about whether it was a touch screen
22    problem [inaudible] whether or not that could be a
23
      system error; correct?
24
               A.   Correct.
25

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000446

Page 1615

```
 1              Q.    That would have shown up if it was a system

 2       problem in your parallel testing on Election Day;
          correct?
 3

 4              A.    Correct.
                Q.    And you didn't detect any problems;
 5

 6       correct?
                A.    We did not detect any problems.
 7

 8       MALE:  No further questions.

 9

10                      RECROSS EXAMINATION

11                   OF MICHAEL WILLIAM BARNES

12

13   BY MR. TYSON [inaudible]:
                Q.    Mr. Barnes, Mr. Brown asked you about when
14

15       the voter information was recorded.  When you push a
          button, when you push the part of the screen, it's
16

17       [inaudible] cast ballot that is recorded in the

18       internal memory of the unit; correct?
                A.    That is correct.
19

20              Q.    All right.  Are you familiar with the
          notices that are posted to voter -- polling places
21

22       regarding pressing the cast ballot button?
                A.    I am.
23

24              Q.    I'm going to hand you what's been marked as

25       Gwinnett 1.  Is this the notice for voter to be
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000447

Page 1616

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019          Page 288

```
 1         posted in the polling places regarding pressing the

 2         cast ballot button [inaudible], I'm sorry.
                A.   It is.
 3

 4         Q.   And it very specifically says, you should
           notify a poll worker if you have a problem or
 5

 6         question about the unit before you press the cast
           ballot button; correct?
 7

 8         A.   That's correct.

 9         Q.   Okay.  Thank you.

10    MR. TYSON:  I have no further questions.  Oh, I'm

11  sorry, Your Honor.  I tender Gwinnett 1.
           MR. BROWN:  No objection.
12

13    THE COURT:  It's admitted.
      THE COURT: Ms. Burwell, questions?
14

15    MS. BURWELL:  [inaudible]
      THE COURT:  Mr. Brown.
16

17    MR. BROWN:  I don't have anything further.

18    THE COURT:  Okay.  You may get down.
      THE WITNESS:  Thank you.
19

20    MR. BROWN:  Your Honor, may this witness be excused?
      THE COURT:  Yes.
21

22    MR. BROWN:  [inaudible]
      THE COURT:  Let me ask you, Mr. Brown, how much
23

24  longer do you think your case is going to last?  I'm just

25  trying to work out logistics and various other things.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000448

Page 1617

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019                    Page 289

```
 1        MR. BROWN:  If I may have literally 30 seconds, I can

 2   give you an answer if I could talk to my clients.
          THE COURT:  Okay.  Go ahead.
 3

 4        MR. BROWN:  Your Honor.
          THE COURT:  Go ahead.
 5

 6        MR. BROWN:  We have about an hour with Mr. Barron
     probably total.  He is here.  He has a -- Mr. Barron is an
 7

 8   employee of Fulton County.  [inaudible] Fulton County.  He

 9   has a childcare issue and we would be happy that he

10   [inaudible] in the morning and then starting [inaudible].

11        THE COURT:  Start in the morning.  You've got about
     another hour?
12

13        MR. BROWN:  Yes, Your Honor.
          THE COURT:  What does the defendants -- I'm looking
14

15   -- can we finish tomorrow?
          MALE:  [inaudible], Your Honor.  I don't think the
16

17   [inaudible].

18        THE COURT:  You want to take an oath on that?
          MALE:  What?
19

20        THE COURT:  Do you want to take an oath on that?
          MALE:  No, Your Honor.  I will not take an oath and I
21

22   will not [inaudible] in my place.
          I will not take an oath.  But [inaudible] some of my
23

24   preceding circumstances --

25        THE COURT:  Okay.  Tomorrow, so you know -- now you
```

www.huseby.com           **Huseby, Inc.  Regional Centers**           **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000449

Page 1618

```
 1   have to understand I'm a senior judge [inaudible]

 2   courtroom and therefore we won't have a courtroom
      [inaudible] in two or three weeks with luck.  But in the
 3

 4   meantime, they move us around.
          So tomorrow we're back in the Magistrate's court on
 5

 6   the fourth floor.  It's the old courtroom annex, 402.
      Okay.  Mr. Groban [ph] will be over there early to let you
 7

 8   in.  I always bring my -- I've got so much stuff I'll

 9   bring it.

10       MALE:  Is there anywhere that we can store some of

11   our stuff?  Because of the stuff I don't necessarily
      [inaudible].
12

13       THE COURT:  That's why I'm looking at all that but I
      don't have a choice.  They've got a mock trial in here
14

15   tomorrow.
          MALE:  No, I understand.  [inaudible]
16

17       THE COURT:  I don't know they were locked.  Okay.

18   There's a jury room in here that you could use, but you'd
      have to come real early to get in it and get it out.
19

20       MALE:  I'd be happy to.  I mean, that's --
      [inaudible] take home.
21

22       THE COURT:  Yeah.  The other place that might do it
      is the Bar office.  Dekalb [inaudible] County Bar office
23

24   is right over there.

25       MALE:  All right.
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000450

Page 1619

```
 1        THE COURT:  It's on this floor and they might let you

 2   keep some stuff in there.
          MALE:  I'll tell you, we'll [inaudible].
 3

 4        THE COURT:  Well, I mean they might let you --
     they've got two conference rooms over there.  They're
 5

 6   empty.  You go out here and turn left.  You know where it
     is Mr. [inaudible].
 7

 8        MALE:  Yes.  [inaudible]

 9        THE COURT:  Okay.  [inaudible] I'll see you in M-42

10   tomorrow.  And if you want to use the [inaudible] now he

11   gets here at the crack of dawn anyway.
          MALE:  Well, I mean, do you think that that's a safe
12

13   place?  If you get here at the crack of dawn, would it be
     okay [inaudible]?  I mean, is it inconveniencing you?
14

15   [inaudible]  It's just a couple of boxes.  [inaudible]
          MALE:  I get here by 7:30, 20 minutes to 8.
16

17        THE COURT:  We start at 9:00 tomorrow.

18        MALE:  [inaudible]
          THE COURT:  Okay.
19

20        MALE:  Thank you, Your Honor.
          THE COURT:  We'll see you tomorrow.
21

22     [Whereupon, the hearing was concluded at 4:53 p.m.]

23

24

25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000451

Page 1620

```
 1                          CERTIFICATE

 2    STATE OF GEORGIA    ]
                          ] SS.
 3

 4    COUNTY OF DOUGLAS   ]

 5

 6          I, PRISCILLA GARCIA, A COURT REPORTER IN THE STATE OF
       GEORGIA, DO HEREBY STATE THAT THE FOREGOING IS A TRUE AND
 7

 8    ACCURATE TRANSCRIPT AS TAKEN DOWN BY ME AT THE TIME,

 9    PLACE, AND THE DATE HEREINBEFORE SET FORTH.

10          I DO FURTHER STATE THAT I AM NEITHER A RELATIVE NOR

11    EMPLOYEE NOR ATTORNEY NOR COUNSEL OF ANY OF THE PARTIES TO
       THIS ACTION, AND THAT I AM NEITHER A RELATIVE NOR EMPLOYEE
12

13    OF SUCH ATTORNEY OR COUNSEL, AND THAT I AM NOT FINANCIALLY
       INTERESTED IN THIS ACTION.
14

15          WITNESS MY HAND IN THE CITY OF DOUGLASVILLE, COUNTY
16

17    OF DOUGLAS, STATE OF GEORGIA, ON THIS 28th DAY OF JANUARY

18    2019.
                  BY: _____
19

20                PRISCILLA GARCIA, COURT REPORTER
                  NOTARY PUBLIC, STATE OF GEORGIA
21

22                COMMISSION NO.: W-00379933
                  COMMISSION EXPIRES: 08/14/2022
23

24                CERTIFICATE NO.:  5503-2677-8304-9216

25                LICENSE EXPIRES:  04/01/2019
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000452

Page 1621

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
**Transcript of Hearing Proceedings on 01/17/2019**          **Page 293**

1

2

3       I, Chris Naaden, a transcriber, hereby declare

4   under penalty of perjury that to the best of my

5   ability the above 291 pages contain a full, true and

6   correct transcription of the tape-recording that I

7   received regarding the event listed on the caption on

8   page 1.

9

10      I further declare that I have no interest in the

11  event of the action.

12

13      January 28, 2019

14

15

16      Chris Naaden

17

18

19

20  (Transcript of Hearing Proceedings)

21

22

23

24

25

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000453

Page 1622

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019        Index: (C)..2010

---

**(**

**(C)**   85:24

**(C) (3)**   85:24

**(C) (4)**   85:25

---

**0**

**0.8**   102:11
  120:24

---

**1**

**1**   21:17,20
  44:1,4,10,
  11 45:20
  52:11,15
  54:6,8
  57:2,11
  99:4 101:2
  102:2,24
  103:11
  105:11,15
  107:25
  111:25
  112:1
  175:22,24
  249:4,20
  250:1
  287:25
  288:11

**1,012**   126:6

**1,828,566**
  26:17

**1.3**   107:6

**1.4**   101:13
  107:10

**1.5**   107:4

**1.7**   107:18

**1.8**   107:15

**10**   100:24
  136:11
  143:1
  273:20,22
  274:15,18

**10,000**
  175:22,24

**10-minute**
  72:11

**100**   21:13,
  17,20,22
  22:10
  32:17
  125:17
  152:25

**101**   205:22

**10:25**   60:8
  72:13

**10:37**   72:15

**11**   273:20

**117**   194:6

**11:00**   185:4

**11:41**   82:20
  129:25

**12**   273:20,
  22

**123,000**

26:10
30:18
184:11

**123,172**
  25:20

**13**   275:4

**137**   125:4,
  6,8,11,13

**14**   273:22
  274:17,18,
  20 275:11,
  15,17,24
  276:2

**144**   194:6,
  10

**15**   143:10
  160:2

**15,000**
  100:24

**159**   205:22
  212:10
  213:11

**159,024**
  103:1

**16**   241:10

**17**   8:2
  18:24
  244:8,9

**18**   81:4
  273:22
  274:22
  275:2,11,
  18,20,22
  276:1,4

281:22

**1:00**
  129:20,22
  130:1

**1st**   211:17

---

**2**

**2**   64:4
  65:25
  78:15 79:4
  101:22
  104:24
  254:18

**2.2**   107:13

**20**   21:15
  291:15

**200,000**   21:8

**200-**   254:22

**2000**   250:8

**2002**   102:2
  224:1
  239:22,24

**2006**   26:17
  160:15
  202:4

**2007**   62:2

**2008**   239:24

**2009**   36:11

**2010**   239:20
  254:22
  255:18
  273:20

---

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000454

Page 1623

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019          Index: 2011..5th

**2011**  250:8
  251:1

**2013**  239:10

**2014**
  120:15,18,
  20 254:22
  255:25
  260:22
  261:2,20,
  22 274:22

**2016**  26:22
  147:11
  165:25
  227:15
  228:4,15
  241:6
  243:15
  252:11

**2017**  37:20
  148:4
  211:15
  227:15
  228:15,25
  244:4,15

**2018**  8:2
  25:20 27:9
  39:22
  40:2,11
  46:13,15,
  18 62:4
  81:24
  89:13
  90:15
  94:13
  98:18 99:6
  102:2,4,6

116:6
119:8
124:6
127:13,20
153:11,22
154:2,22
157:6,22
165:18
166:8
168:11
170:24
202:6
212:2,6,11
224:18
226:20
228:24
229:15
230:22
231:13
241:17
244:13
247:11
248:6,15
249:4,20
250:1
252:22
254:22
255:18
256:6,11,
25 260:22
261:2,22
262:1
263:13
275:4
277:9
281:22

**21-2-522**
  14:4

**22**  8:14
  11:11 13:1
  129:6

**24**  166:6

**24-14-22**
  24:6

**25**  260:2

**2:09**  187:6

**2:22**  187:8

**2:30**  185:6

---

**3**

**3**  98:2,6
  264:2

**3-**  212:2

**3.9**  105:10
  107:25

**30**  49:20
  51:1
  135:15
  289:1

**31,000-
something**
  103:2

**31,532**
  102:17,20

**31st**  211:15

**336,000**
  261:24

**38**  126:6

**3:30**  242:25

**3:37**  243:1

---

**4**

**4**  22:1
  101:11
  105:18
  111:25
  112:1,15
  132:17
  251:2
  264:2

**4.5**  105:8
  107:24,25

**40-plus**
  251:13

**402**  290:6

**410**  126:20
  127:1

**45-plus**
  251:11

**4:53**  291:22

---

**5**

**5**  22:1
  266:18

**5,191,182**
  275:17

**50**  96:20

**50.03**  274:22

**5th**  133:17,
  18 135:25
  208:11

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000455

Page 1624

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019      Index: 6..accounted

**6**

**6**  25:20
266:18

**6,400,200**
275:18

**6,428,584**
275:18

**61.34**  275:6

**6th**  62:24,
25 63:1,22
83:2
165:18
281:18

**7**

**7**  168:4,8,
15 246:15
273:6

**702(b)**  42:10
154:18

**7:30**  291:15

**7th**  62:22

**8**

**8**  21:15
102:15
143:1
243:8,9,
11,17,24
245:11,17
246:15
251:2

273:6
291:15

**8,000**  117:17

**9**

**9**  45:13
136:17
273:6

**9.2**  135:2,
6,11

**9.2(c)**
135:15

**98,000**  27:6
261:20

**99**  21:11
22:9

**9:00**  291:17

**9:02**  8:2

**9th**  136:24

**A**

**a.m.**  8:2
60:8
72:13,15
79:13
82:20
129:25

**aberrant**
20:25 21:2

**aberration**
173:25

**ability**

49:22
242:8
279:4

**abnormal**
205:22

**Abrams**  26:18
27:22 28:1
75:4,13
118:9
201:6

**Abrams'**
118:1

**abridges**
151:18

**absentee**
19:13
21:20
105:10
107:8,17
128:2
216:1

**absolute**
131:15

**absolutely**
45:9 61:10
230:8
286:11

**abstract**
174:6

**abundantly**
30:9 92:11

**ac-**  67:17

**academic**
141:6

144:1
156:18
160:10

**Academies**
168:9

**Academy**
156:22
160:22
168:18,20
170:2

**accelerate**
83:1

**accelerated**
135:22

**accept**  131:9
192:4,6

**access**  144:9
182:4
183:6
187:20
212:15
215:13
217:6
218:2
220:13
223:22
252:2
270:15
279:4

**accessed**
183:4,6

**accessibility**
240:6

**accounted**
267:2

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019   Index: accounts..affect

accounts
 157:11

accuracy
 24:17
 109:11
 217:9
 218:24
 222:10
 268:2

accurate
 28:22 99:9
 161:6
 222:11

accurately
 29:1
 254:24

act  18:20
 44:15
 58:22
 230:25

actions
 259:10

active
 218:20
 266:9

activist
 85:2

activities
 81:4

activity
 148:13

actual  33:15
 55:13
 64:13

 85:11
 92:13
 117:4
 152:17
 159:25
 170:18
 189:18
 203:11,13
 204:13
 207:15
 216:4
 219:10
 225:22
 227:4,6
 237:11
 247:11

add  27:20
 97:9 173:8
 205:2
 271:18
 283:9,17
 285:11

added  27:13

adding
 150:13

addition
 18:18 25:6
 28:2 30:20
 42:13
 141:8
 147:4
 155:1
 260:18
 265:18

additional
 14:22

 18:20
 38:20
 184:4

address  20:6
 93:13 94:2
 270:15

addressing
 96:10
 277:20

adherence
 253:13

adjacent
 166:2

adjusted
 241:11
 253:2

adjustment
 253:2

administer
 90:9

administration
 39:6 90:8
 91:25
 153:2
 172:20
 277:9

admissibility
 92:15
 273:17

admissible
 132:4
 169:15
 192:18
 203:2

admission
 70:8,9
 91:18

admit  244:4,
 13 245:8,
 10

admitted
 44:25 46:8
 54:8 168:2
 191:24
 246:24
 264:4
 266:20
 288:13

admonished
 191:17

adopt  155:8

advance
 213:2
 215:24
 218:22

advanced
 105:9,11
 107:4,13

adverse
 181:10
 259:17

advice  84:15
 85:18

advises
 93:15

affect
 182:20
 217:18

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019   Index: affected..Amico

```
   226:4              127:11            6                  68:18
                      133:2                                123:25
affected              186:1          akin   270:18         180:11
   30:2,4             220:6                                184:6
   228:4                             Alabama               226:4,11
   231:18          agreement            151:20
                      29:15             249:15          alter   183:2,
affidavit                                               22
   97:24 98:2      agriculture       alarmed
   103:11,15          117:9             73:25           altered
                      123:1                                183:8,9
affidavits            281:25         Alaska
   178:22                               187:22          altering
                   ahead   13:13                           183:15
affiliation           20:15,20       albeit
   177:20             38:17             170:10          alternative
                      41:20 45:9                           22:15
affirmative           54:9 58:17     Aletha   81:13        175:4
   30:13              68:2 69:13                            183:15
   143:25             71:11,13       all-paper
                      81:11             151:8           amazing
afraid   110:2        89:17                                81:18
   202:1              112:8,24       allegation
                      129:15            48:15           Amazon   64:13
afternoon             132:6             115:10
   136:20             143:2             221:4           ambiguity
   150:22             164:20            238:11             191:18
                      182:2,15
AG's   128:13         186:2          allegations       AME   63:1,4,
                      191:6             14:11           20 65:15
age   87:13           234:4             15:20,22        72:24
                      236:15            28:9 37:4       195:8
agencies              281:20            162:18,20
   156:25             289:2,4                           America
   162:4                             allege   14:4        58:22
                   ahistorical
agents                27:4           alleged           American
   157:17                               14:15             81:13
                   air   249:6,        225:9
aggravated            10                244:15         Amico   23:8
   27:24                                                  26:13,17
                   AJC   13:2,4,     allegiance           27:2,22,25
aging   159:20                          139:8             28:4 80:24
                                                          116:2,4
agree   11:6                         Allen   63:1,4       117:11,17
   70:17
   83:6,9                            allowed
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000458

Page 1627

123:8,13 199:24 200:11 201:15,22 202:10,15 264:15 269:2,8 283:18

**Amico's** 30:8 200:2 235:2

**amount** 27:11 35:13 102:20 152:24 173:22

**analogy** 221:4

**analyses** 127:18 158:6

**analysis** 13:18 90:4 95:2 98:18 104:13 117:4 149:6 177:2 180:4,6 190:4,6 192:24 193:15,18 195:2,4, 10,13,17, 20 196:4, 6,10

197:22,25 199:22 202:22 229:10 232:24 233:2 249:15 260:18 280:18 283:11

**analyst** 43:20 45:13

**analyze** 37:20 86:15 99:1 117:4 261:8

**analyzed** 127:25

**analyzing** 88:2 266:22

**angle** 13:13

**annex** 290:6

**anomalies** 186:6 207:9 271:2

**anomalous** 205:18

**anomaly** 22:11 94:25

**answering** 33:24

**answers** 121:1 204:6

**anticipated** 68:20

**anticipating** 45:6,8

**anticipation** 53:15

**apologies** 45:6,10

**apologize** 82:6 93:9 134:18 163:20 197:11 249:2

**app** 63:11

**apparent** 170:22 186:6

**apparently** 223:24

**appeared** 73:25 242:4 264:15 265:20 281:17

**appearing** 175:24 224:15

281:15

**appears** 65:22 168:17 244:2,6

**applicable** 155:18

**application** 119:2 142:6 148:13

**applications** 142:11

**applied** 25:6 102:15

**apply** 17:4

**appointed** 77:24

**approach** 11:25

**approached** 70:4 86:11

**approval** 143:20

**approximately** 27:6 177:13

**architectural** 159:25

**architecture** 164:25

**archive** 183:11

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019

284:15,17,
22 285:6

**archives**
285:2

**area** 71:17,
18 74:4
92:18
104:4
224:15
237:15
271:6

**areas** 87:22
94:2

**argue** 108:15
245:6
286:2

**arguing**
198:20
209:9

**argument**
13:22 24:1
33:11 92:8
151:15
198:20

**arguments**
14:22

**arises** 24:13

**arising**
241:2

**arithmetic**
22:25

**arm** 223:9

**arms** 74:2

**arrangement**
241:9

**artful**
226:25

**Artfully**
226:24

**article**
141:4

**articles**
115:8
141:2

**asks** 68:18

**aspects**
42:22

**Aspen** 35:4

**assessing**
195:13

**assessment**
166:17

**assist** 42:10
68:11,15,
18

**assistance**
10:15
42:18

**assisted**
149:10

**assisting**
59:13
70:22

**assistive**
54:24
55:6,9

56:6,9,11

**assume** 44:20
82:10
177:18
220:8
246:13

**assumes**
176:22
232:13

**assuming**
176:2
220:22
232:20
233:22

**assumption**
102:18

**assurance**
17:24

**assure** 58:11

**assuring**
262:15

**Atlanta**
34:18 63:4

**atmosphere**
246:22

**attacked**
245:20

**attempt** 15:6
190:24

**attempted**
49:22
168:22

**attempting**

49:17

**attempts**
191:13

**attend**
139:13

**attended**
25:8

**attention**
24:6
102:24
104:11
108:2
120:13
121:6
146:18
193:25
238:17
246:11
251:2
285:15

**attorney**
57:20
61:17,20
105:24
106:10,15
107:11
116:25
118:2
126:13,22
281:25

**attorney's**
53:2

**attracted**
99:18

**attracting**

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000460

Page 1629

220:13

**audio**   55:11,
20

**audit**   35:24
36:13,17
149:13
206:4,8,9
207:9,15

**audited**
35:22

**auditing**
36:20
149:9
207:10

**audits**   36:8,
10,15
140:25
141:11
149:11
158:8

**author**
246:20

**authorized**
25:13
40:17

**availability**
29:22

**avenue**
176:24

**average**
102:9
283:11

**aware**   24:24
117:8,18

118:2,8,
15,18
119:11
128:13
163:4
189:8,15,
17 197:4
199:18
201:13,20
203:11
218:22
219:22
220:1
226:18
240:22
242:15
259:11,22
260:2,4,8,
11 261:10

---

**B**

---

**back**   8:12
17:11,25
20:13
34:20,22
49:6 59:2,
15 66:11
68:15 69:6
72:6,8,13
75:6,20
76:18 79:9
102:24
112:18
123:20,22,
24 124:1,4
125:18
129:20,22,

25 130:18,
20 133:15
157:15
167:25
174:4
175:1
179:15,18
180:20
187:6
188:4
198:4
214:2
215:6
217:6
219:4
222:11
225:8
228:11
231:2
234:10
236:13
239:11,13
242:22,25
245:4
247:13
252:4
255:18
264:22
265:6
267:22
290:4

**background**
34:8 84:18
94:9
145:13,17
177:25

**bad**   22:25

161:13
204:15

**Bailey's**
118:2

**Baines**   63:15

**balancing**
232:6

**ballot**   19:13
22:1
27:13,15
29:25 30:2
37:10 38:2
41:13
55:11 68:6
70:22
71:20 74:4
77:2 90:4,
6 91:25
94:20
122:20,22
123:18
124:4
151:9,10
179:11
189:11
194:13
200:18,22
202:4
207:11
218:11
235:11
236:20
238:17,18
239:4,8,
10,11,13,
15,18,22,
24 240:1,

www.huseby.com          Husebу, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000461

Page 1630

4,6,15,18
246:2
252:2,6,8,
11,20
253:6,8,
11,15
254:17,24
255:18
256:11,18
257:2,10
258:6,8,9,
13,15,17,
20 262:8,
17 263:25
264:15,20,
22,24
265:4,8
268:8
276:11,13
278:15
279:4,6
280:20
281:6,18,
22 282:4
283:15
287:17,22
288:2,6

**ballot-marking**
280:24

**ballots**
21:22
27:4,13,
17,18 28:2
30:4 33:11
37:2,13
38:13 43:4
55:11 67:2

149:15
167:6
174:11
188:22
189:1
194:15,18
199:11,18,
20 206:17,
22 207:11
214:15,20,
24 216:2
218:6
235:15
238:20
241:18
252:15
253:17
254:4,22
256:11
257:22
264:25
265:20
267:6
277:1,4
278:22
279:4
281:13
282:2

**ballots'**
214:18

**bar**  103:18
290:22

**Barnes**  147:9
157:18
164:4,6
209:25
210:10,15,

20 228:15,
22 230:17
243:4,24
245:15,18
251:11
252:4
254:13,15
276:20
279:22
282:10
286:18
287:11,13

**Barnhard**
176:25
177:1

**Barron**
16:18,20
147:10
157:18
164:4
289:6

**Barrow**
118:13
201:10

**Barrow's**
118:1

**bars**  105:4,
15

**base**
263:11,13,
18,20,22
264:10,11

**based**  14:2
17:11 34:9
37:4,15

38:1 43:15
69:18
87:15
94:1,4
109:22
119:15
128:1
155:10
165:18
166:22
169:8,11
173:15
176:4
177:20
179:20
186:17,18
198:11
206:6
214:2
219:18
244:11
269:24
276:8
282:13

**baseline**
124:13

**basically**
52:20
154:13
261:8
283:10

**basis**  61:20
147:2
163:15
171:2
172:6
174:13,17

www.huseby.com          Husebv, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000462

Page 1631

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019       Index: bear..break

199:17
205:20

**bear**  29:6
171:20
284:4

**beer**  220:13

**began**  35:9
37:20
248:24,25

**begin**  35:15
55:10
160:8

**beginning**
26:15

**begins**
215:20

**behalf**  12:22
14:24
16:17
25:18

**behavior**
194:20,22
199:1

**belief**
188:20
198:13

**believes**
109:24

**Ben**  235:6
269:6

**bench**  11:25
16:6

**bending**

136:18

**Benjamin**
65:20

**Berkeley**
132:18

**Bernhard**
134:17
137:10,18,
24  138:4,
15  150:2,
15,18,22
153:20
154:17
155:2,4
156:8,11
160:10
165:15
171:22
172:18
176:25
182:18
187:13,15
188:15,18
192:22
193:13
194:13
196:22
204:2,4
206:11

**Bibb**  229:2

**big**  49:17

**bind**  70:15

**bit**  21:11
25:6  84:18
93:22
115:17

121:2
139:8
146:2
147:25
150:8
157:15
167:25
173:6
174:4
175:2
183:6,20
189:24
204:22
207:10
231:2
245:4

**black**  25:2
130:20

**Blackwell**
12:18

**blinks**  283:4

**blocks**  64:15

**board**  9:13
28:18,24,
25  36:17
38:18  39:8
77:18
89:18
117:10
150:22
229:20
240:9

**boards**  36:20

**boat**  133:11

**Boland**

268:17

**books**  64:11
133:13

**Boone**  63:4

**boot**  142:4,
8,9  168:10
182:25
236:25

**booting**
183:20

**borderline**
93:8

**bother**
106:20

**bottom**  66:22
67:22
160:18
257:2,6,8,
11

**Boulevard**
63:4

**box**  13:11
25:2  50:6

**boxes**  291:15

**brand**  250:1,
2,4

**brand-new**
206:15

**breach**  26:11
188:8

**break**  72:10,
11  83:11
128:1

www.huseby.com         Huseby, Inc.  Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000463

Page 1632

129:18
187:1
242:18

**breakdown**
73:13
226:10

**breaks**   87:10

**bridge**   8:13

**briefed**
183:24

**briefly**
14:25
51:22
77:20
113:10
127:6
128:8
131:24
138:20
151:13

**briefs**   20:25
111:15
181:11

**Brill**   83:13
84:1,6,11
86:8 87:4
89:11,15,
18,24
91:4,24
93:2,6,11
96:11,22
97:2,6,24
98:17
100:2,8
104:6
107:2

108:6,11,
22 110:8
111:1
113:13,15
114:6
120:4
121:10
127:9,11
128:11

**Brill's**
90:24
91:18 97:6
103:25

**brimstone**
270:4

**bring**   10:2
24:20
29:20
111:13
136:13
197:18
217:10
290:8,9

**bringing**
41:6

**broad**   231:4

**broader**
227:1

**brought**   15:8
17:11,13,
25 193:25
202:24

**Broward**
256:20,22,
25 257:10,

13,15
276:9,24,
25 277:2

**Brown**   9:13,
15,18,20,
22,24
10:1,4,6,
9,11,18,22
11:15,18
12:4,6,13
13:6,8
15:15
16:13,15,
25 17:2,
15,18
18:4,11,
13,18,22
19:2,6
20:8,11,
15,18,20
31:2,6,11,
22 32:24
33:1,4,20,
22 34:4,6
36:2,6
38:8 39:13
42:18,20
43:8,13,22
44:1,9
45:11,20
46:1,2,6,
9,10 48:2,
4,6,11,15,
18 49:2,6
50:9,11
51:8 54:4
57:2,6,9,
20,22

58:1,8,11,
13,18
59:2,6,8,
22 60:1,4,
10,15
61:4,22
63:25
64:6,10,
18,20,24,
25 65:24
66:8
69:15,22,
24 70:8,18
71:11,13
72:1,11,22
74:13,18,
20 79:6,
15,20 80:6
81:20
82:2,11,22
83:8,10,
11,13,18,
22 84:9
89:11 90:2
92:8,24
93:4,8
94:1,11,13
96:6,11,20
97:4,20,22
98:2,9,11,
15 100:2,
4,6 102:22
103:15,18
104:6
106:11,22,
25 108:2,
4,6,13,15,
20 109:6,

www.huseby.com            Husbey, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000464

Page 1633

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019      Index: Bryan..built

9,18,20
110:4,6,
13,17,20,
24,25
111:4,6,22
112:6,10,
15,20,22,
25 113:8
116:20
120:6
121:13,15,
22 122:2,4
124:2,25
125:20,22,
24 127:24
128:20,22
129:1,15,
22 130:10,
24 131:2,
24 132:1,
6,11,15
134:2,9,
15,18,22
135:18
137:2,6,9,
11 138:1,
15 139:13
140:15
145:4,9,
11,22
146:4,6,
11,15,18,
20 150:1,
11,25
151:25
153:13,15
154:10
155:10

156:4,10
158:20,24
159:1
162:22,25
163:2,18
164:13,15,
18,22
165:11,15
168:4
169:2,13,
18,20,24
170:1,9,
15,17
171:13,20
172:25
173:1,17
174:18
175:1,9,
11,13
176:17
177:2
181:9,18,
22,24
182:1,4,9,
13,17,18
184:18,20
185:1,11,
13,15
186:1,4,
15,20
187:1,4,15
188:11
190:18,22
191:8,10,
20 192:1,
10 195:18,
20 197:6
198:11

203:22,24
204:4
205:4,6,15
207:2,6,13
208:6,10,
13,15,17,
20,22,25
209:1,4,8,
13,15,20,
24 210:2,
18,22,24
220:24
221:1,8
225:18,20,
25 226:1,
17 227:2,8
228:13,20
230:18,20
231:8,10
232:17,22
234:2
236:2,4,6,
8,15,17
237:13,22
238:1,4,9,
11,15
242:17,20,
22 243:6,
18,22
244:4,9,
15,18,20,
24 245:4,
8,11,15
247:13
248:8,18
251:6,9,11
254:15
255:4

258:4
259:13,20
261:4,10
262:10
264:4
266:20
267:4
273:6,8,11
274:11
275:9
277:6,11
279:15,20,
25 282:9
284:4,13
286:2,4,
13,20,22
287:13
288:11,15,
17,20,22
289:1,4,6,
13

**Bryan**  14:24
29:15
38:18
77:18
89:18
150:22

**build**  85:18

**building**
236:11
240:2,22,
24

**builds**
221:22

**built**  160:1
203:17

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000465

Page 1634

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019 Index: bunch..candidate

221:22
240:25
241:8,9

**bunch**   93:24
232:20

**burden**   14:2
29:4,18
30:11,20

**burned**   215:2

**Burwell**   11:8
12:18,20,
22  13:13,
15  15:1
16:17,20,
24  28:18
54:13
56:20
58:24
59:10
70:13
78:15
82:15
91:15,17
119:25
135:1,6,13
203:20,22
279:17
288:13,15

**business**
34:13,15
46:2
85:11,13,
20

**button**
277:13
281:15

283:8
287:15,22
288:2,6

**bypassed**
258:4

—————————

C

C-L-E-R-C
61:10

**calculate**
102:9

**calculated**
100:10
233:2,8
234:13
265:24

**calculating**
102:2

**calculation**
100:9
101:8,9
102:1

**calendar**
8:10

**calibrate**
217:11

**calibrated**
223:24

**calibration**
217:24
224:10
277:15,17,
18,24
278:2,4

282:17,20,
25  283:4

**California**
103:18,22
104:1,8,9
109:4
160:18
187:22

**call**   24:6
27:18 31:2
60:10
79:15
83:4,13
86:18
99:20
130:15
132:18
134:10,15
136:22
137:9
148:22
184:1
209:24
241:4

**called**   15:18
18:6 31:17
35:20
36:15
55:11
60:24
67:11
68:15
73:18
77:25 80:1
84:2,13
121:24
137:20

166:4
182:11
210:11
212:20

**calls**   59:1
121:25
133:22
197:6
221:6
285:24

**campaign**
27:25 28:4
88:22
91:8,10
114:11,15
115:6
116:1
189:4

**campaigns**
85:2,20
86:4 122:6

**cancelled**
49:15

**cancelling**
50:20

**candidacy**
28:8 30:9

**candidate**
30:6 86:10
87:15 89:1
91:10
114:18
115:4
116:22
117:22

118:6,9,13
123:11
125:2,13
138:6,11
177:11,13
201:17
204:9,10,
11 219:24,
25 220:17
235:2
240:9,11,
13,18,20
272:6
278:25

**candidate's**
278:9

**candidates**
26:15,18,
20 28:4
36:18
39:11
86:18
113:2
117:9,11
122:24
123:6,18
199:10,13
200:4
201:18,24
202:9
204:11
214:1,13
218:11
219:20,22
221:22
231:20
239:2

240:11
241:2,10,
11,13,25
242:2
252:9
259:4
272:13,17
279:2,6

**cane**   68:6

**canvas**
36:15,20
104:22

**capable**
42:17

**capacity**
191:4
261:8,11

**capital**
61:10

**capitol**
33:13
145:2

**caps**   240:10

**card**   189:11
216:18,20,
22 217:2,
4,8 218:2
221:24,25
222:1,6
223:22
233:6
234:13,15
269:11

**card's**
217:20

**cards**   212:24
213:1,2
215:25
216:11,15,
22 222:2
266:11,13
267:1,25

**care**   132:2
167:18
208:11

**career**
34:13,15

**careful**
237:22
238:1

**carefully**
164:6

**carelessness**
166:13

**Carolina**
34:11
36:11
41:11
260:11

**carry**   29:10
30:20

**cas**   25:1

**case**   9:11,
22 10:15
12:2,6,11
13:18,24
14:4 15:2,
6,18,24
17:6,11
18:24,25

19:8,10,
11,20,22
22:13
23:22 24:2
25:1,22
26:11
27:17 29:6
30:17 33:9
34:4 41:24
91:18,20,
22 92:4
93:18
110:10
124:15
126:15
131:8,13
132:4
133:15
136:1,11,
18 138:9
143:13,15,
24 145:6,
24 146:6,
20 151:11,
13,22
152:1
154:17
155:2,6
156:13
161:22
164:15
169:22
176:9,20
182:15
185:6
197:9
198:15
200:18

208:11
225:13
237:18
253:18
255:15
265:20
266:4
272:22
288:24

**cases**  15:1
26:2
133:24
157:18

**cast**  23:13
70:22
73:11 74:4
75:4,15,20
76:2,8,24
86:17
94:20
100:11
101:11,13,
15 104:15,
17 109:11,
24 116:4
119:8
124:13,18
125:2
126:8
127:2
161:18
179:17
203:13
218:8
268:17
273:1
287:17,22

288:2,6

**casual**
230:13

**categories**
85:22
128:2

**caught**
172:11

**caused**  22:17
29:22 33:6
121:4
230:10
231:13

**caution**  24:1
237:13

**cc'd**  246:15

**CD**  215:2,4,
6,8,13

**ceased**
211:15

**census**  87:18

**center**
211:2,4
212:2,4,6
244:2
245:20
246:2
249:11
251:22

**central**
167:11

**centralized**
277:2

**CEO**  34:17

**certification**
229:8
280:4

**certified**
29:20 46:1
229:4
237:6,8
250:6
271:4,18
272:13,15,
17 273:17
282:13

**CES**  211:9

**chain**  213:6

**chair**  22:13

**chairs**  68:22

**challenge**
58:6

**challenges**
135:25
252:9

**challenging**
26:2

**chance**  13:2
22:4,6
33:2
106:20,22
111:24
131:13
136:25
175:17,22,
24

**change**  25:4

114:15,22
179:15
188:9
241:4
248:20
249:6
251:6

**changed**
249:20
250:22
251:4

**character**
93:18

**characterize**
190:24

**charge**  24:9,
13,20
128:24

**charged**
28:18

**charitable**
32:8

**Charles**
118:2

**Charlotte**
34:10

**chart**
103:11,13
104:24

**check**  68:6
100:22
102:20
271:10

**checked**

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019 Index: checking..Coalition

269:4
271:13

checking
265:18

Chicago
81:15

childcare
289:9

chip 284:1,
2, 6 286:4,
10

chips 235:4

choice
179:11
290:13

choose
114:24
252:20

chose 27:25

chosen 19:18
25:25
136:8

Chris 83:13
86:8

Christopher
84:1, 6, 11
89:24 91:4
93:2
113:13
114:6
120:4
127:9
128:11

Church 63:2
72:24
195:8

circle
130:18

circumstance
230:4

circumstances
15:4 56:15
133:2
241:2
289:24

cite 143:24

cited 13:17
15:2
143:20
175:20

citing 179:4

citizen
35:11 62:9

citizens
28:20

civics 81:13

civil 15:22
18:20

claim 22:22
24:9, 13
29:22 42:2
116:20

claimed
116:24

claims 29:6
30:15, 24

151:20
206:22

clarification
16:25 17:4
237:15

clarify
17:22
22:20
66:18
252:6

Clarke
189:25
192:11
197:1, 4, 8,
13

class 144:18

Clay 243:11

clean 77:6

clear 12:6
15:18 19:4
23:15
25:22 26:6
29:6 30:9
37:11
92:11
106:11
169:10
176:20
195:15
209:18

clears
218:18

clerk 12:1

client 9:20

17:4
134:18

clients
9:15, 18
85:18, 22,
24 88:15
93:15 96:1
289:2

clock 130:18

close 29:11
70:20
275:13
280:4

closed 69:1
70:4 212:4
270:10, 11,
15

closely
146:18

closest
213:24

closing
28:4, 6
68:24
114:11
115:6
116:1

Cloudplayer
142:2

co-defendants
15:13

Coalition
10:13
32:2, 4, 6

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019 Index: Coalition's..complete

33:6 36:24
43:20,22
44:15 52:4
99:2

**Coalition's**
33:22

**COBB** 8:1

**code** 15:6
42:15
157:1,4
178:9
204:15
282:22

**code-level**
237:11

**coded** 207:22

**codes** 179:6

**coding**
207:24
220:15
222:11

**colleagues'**
230:22

**collect**
141:18

**collected**
214:4
234:6
235:11,15
266:15
267:2
271:9
272:6,18

**collecting**

223:4

**collection**
223:10

**collects**
141:9
247:11

**college**
84:20
138:20

**collegial**
180:20

**Colorado**
35:6
36:11,15
149:11
187:22

**column** 99:13
101:4
239:13
257:2,8,9,
20 265:9

**columns**
99:13
101:25
239:9,11
265:6

**combinational**
214:20

**comment**
131:11

**commission**
113:18
117:10,15,
17 123:1

**commissioner**
94:20
117:11
123:2
281:25
282:1

**committees**
86:1,2

**common**
121:17
260:13

**commonsense**
24:15

**communicating**
270:20

**communication**
251:22

**communications**
244:2

**community**
162:6,13
163:6

**company**
84:13
115:9
142:2

**company's**
45:13

**compare**
95:20
104:13
126:11,22

**compared**
126:13

233:6

**comparing**
67:4
100:10,11

**comparison**
99:24
151:18
174:6

**compel**
18:15,17
180:24
209:13,20

**compelled**
25:13

**compensation**
52:6

**compilation**
40:15

**complainant**
224:2

**complaint**
14:11
15:22 74:8
223:6
264:18

**complaints**
74:11 77:9
223:4,8,
15,20,22
224:17,18,
20,22,24
277:8,9,10

**complete**
218:4

completed
  214:15

completely
  177:22
  181:22

completeness
  214:9,24

complexity
  136:1

compliance
  136:22

complicated
  253:8

comply   129:6

component
  75:11

components
  144:13
  227:20
  231:15

comport   16:6

compound
  153:13

compounds
  165:8

compromise
  145:8
  245:15

compromised
  145:2
  166:6
  246:8

computer

39:15
135:8
138:6,25
139:4,18
161:22
162:6,11,
13 163:4
215:15
216:8
232:1,6
233:4
234:15
267:18
270:22
283:8

computers
  142:6
  270:20

concern
  10:20 89:4
  231:22
  257:24
  258:1
  262:2
  276:8
  281:6,8,9

concerned
  19:4 35:9
  73:9
  256:18
  269:8

concerns
  89:2
  184:13
  262:4
  269:2

conclude
  25:13

concluded
  60:6 79:11
  82:18
  291:22

conclusion
  15:8 25:11
  38:6 59:2
  161:1
  166:20
  197:6

conclusions
  109:10
  143:22

conduct
  36:17 38:2
  43:2
  114:11,15
  148:9
  183:17
  186:22
  196:10
  235:2

conducted
  140:20
  177:2
  191:22
  200:6

conducting
  37:17

conference
  135:4
  184:1
  291:4

conferencing
  135:2

confidentialit
y   11:15

configuration
  199:13,15,
  18 239:17,
  18 240:2
  242:4
  264:22

configured
  27:13
  199:13

configuring
  215:20

confirm   60:1

confusing
  258:20,24

confusion
  27:11,15,
  20 195:20
  241:15
  262:2
  276:11
  280:25

Congressman
  118:18

connect
  145:10
  282:22

connected
  166:1
  263:18
  270:11
  284:2

connection
 34:11
 142:13
 156:13
 270:11

connotation
 148:8

consensus
 160:25
 162:13
 163:1

considerable
 35:13

considered
 184:6
 200:10
 201:6
 230:9

consistent
 21:15
 53:15
 106:8
 122:18

Constitution
 131:20

constitutional
 15:2 30:15
 151:18
 206:22
 256:2

constructed
 212:10,11
 214:4,6
 246:4

constructing

 248:25

constructs
 213:22
 267:18

consultant
 114:15
 119:17
 141:15

consulting
 85:2

consumer
 85:17

contact
 87:20
 215:6

contained
 232:4
 234:15
 284:18

contemporaneou
s  63:6 66:2

content
 222:4

contents
 23:11
 98:10,17

contest
 14:20 15:2
 19:10
 21:6,15
 30:18
 57:24,25
 59:17

contested

 80:24 83:2
 264:11

contests
 124:11

context
 81:11
 115:15,20
 122:6
 135:20

continuance
 15:4
 112:17,20

CONTINUATION
 72:18
 187:11
 243:2

continue
 139:20

continued
 68:13
 233:15
 250:13

contract
 61:20
 246:4

contrary
 163:4
 190:15

contribute
 166:17

contributions
 53:6

control   15:2

controls
 285:11

convenient
 129:17

conversation
 11:13
 69:15,17,
 18

conversations
 181:6

convicted
 22:13

copied   64:15

copies  137:6
 214:22
 274:11

copy   44:6
 45:11
 57:4,6
 64:18
 98:11
 103:15
 137:6
 183:20
 245:13
 250:6
 252:22
 267:18,22,
 25

core   32:11,
 13 85:13

corporation
 28:10

correct   18:9

19:25
34:20
39:20,22
40:1,18,
20,22
41:4,13
45:11 47:4
50:20,25
53:1,8,15,
20 61:11
65:2,13,20
66:4 67:13
75:4,22
76:2,25
77:4 78:4
82:11 88:2
89:4,9
90:13,17,
18 91:9
95:10,13
98:20,24,
25 99:15,
18 100:18
101:20
103:2,4,6,
20 105:17,
20 106:17
110:15
113:22
114:17,20,
22 115:1,
11,15,22
116:1,2,6,
8,11,18
118:11,22
119:20
125:8
126:18

128:15,18
149:17
151:6,9,10
152:20,22
153:25
154:2,4
159:8,9
161:15
174:10
178:15
180:13
183:17,18
189:8,11,
13,15
190:1
192:25
193:1,15,
17 194:6,
11,15,17
195:11
196:2,4,6,
13,17,18
197:2,15,
24 198:4
199:8,20
200:8,11,
13 201:25
202:4,11,
18 204:20
206:6
207:2,4
212:17
213:13,18
216:10
226:4
227:11
233:1,11,
20 237:13

242:6
243:25
250:24
254:8
255:22,24
256:4,8,
15,17,18,
20,22
259:25
260:1
262:9,20,
22,25
263:1,2,4
265:15,18,
24,25
266:2
268:18,24,
25 269:9,
10,13,18
270:25
271:1,13,
15 272:13,
17 274:2,6
275:24,25
276:2,6,13
277:4
278:10,11
279:11
280:17
281:13
282:6
283:9,17,
18,22
285:13
286:24,25
287:2,4,6,
18 288:6,8

corrected
247:20

correctly
15:1 47:18
127:17
194:4
199:4
207:22
233:18
264:13
267:11
272:10

correctness
167:18
214:25

correlation
173:22

cost  53:2,4

coughed
102:18

counsel
15:1,20
64:1,11
98:11
151:25
194:2

count  26:20,
22 27:2
67:6
201:22

counted
203:15
272:6

counties
14:13

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000473

Page 1642

57:13 95:4
125:9
205:22,25
212:11,13
213:11,15,
18 217:9
229:2
231:22,25
246:1,6
249:24
251:20
252:1,15,
18,20
253:20,22
257:10,15,
17,18
262:24
264:15
271:6,13,
22 272:20
277:20
278:22
282:13

**counting**
207:11
268:18

**country**
141:10
163:10

**counts**   26:13

**county**   8:1
9:13 11:20
12:2,15,22
14:10,13,
25 15:20
16:17,24
28:18,20,

22 29:1,6,
15 38:18
70:10,11,
13,15
80:17,20
82:15
89:18
90:20
147:8
150:22
155:9
180:9
189:25
192:11
197:1,4,8,
13 211:8
212:9,13
213:9
214:2,4,22
215:1,2,
11,15,20
216:6
223:11
229:2
232:8
235:8
252:11,13,
20 253:9,
24 254:4
256:20,24,
25 257:10,
13,15,20
262:20
263:13
266:10
267:17,20,
22 269:4,6
271:10,20,

25 276:9,
25 278:4
289:8
290:22

**county's**
11:22
13:15
213:9
215:15
216:25

**county-by-
county**
199:17

**county-level**
104:22

**couple**   22:20
38:20 67:6
89:20 91:2
164:6
291:15

**court**   8:6,8,
9,12,18,
20,22,24
9:2,4,8,
17,18,20,
22,25
10:2,4,8,
10,17,18
11:1,4,6,
9,11,17,
20,24
12:1,6,11,
13,18,20,
25 13:2,6,
11,13,17,
22 14:2,

13,22
15:11,15
16:4,11,
13,15,20,
22 17:1,
10,15,20
18:4,9,11,
17,20,22
19:4,17
20:6,9,11,
15,17,18
24:20
25:13,15
28:17
29:2,13,17
30:9 31:2,
4 32:22,25
33:2,18,
20,25
36:4,22
37:1
38:17,22
39:4
41:17,20
42:10,18,
25 44:8,
20,24
45:2,4,8,
18,22
46:1,4,6
48:2,4,13,
17,25
50:10
51:13,20
54:2,8
57:6,13,
20,22
58:4,9,13,

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000474

Page 1643

| | | | |
|---|---|---|---|
| 17 59:4, | 6,8,17,20, | 153:15,18 | 193:6,8,10 |
| 18,25 | 22 112:1, | 154:6,9, | 195:22 |
| 60:4,11 | 4,6,13,18, | 11,24 | 197:10 |
| 61:9,18 | 22,24 | 155:4,25 | 198:20 |
| 63:2 64:22 | 116:25 | 158:20 | 202:25 |
| 66:6 | 119:2,24 | 162:22 | 203:2,6, |
| 69:13,20, | 120:2 | 163:15 | 20,22 |
| 22 70:10, | 121:11,18, | 164:11,13, | 205:4,13 |
| 17 71:8, | 20 122:1 | 18,20 | 206:15,20, |
| 10,13 | 124:22 | 165:9 | 25 207:2,4 |
| 72:10,17 | 125:6,9, | 168:2 | 208:4,8, |
| 74:17,18, | 11,15,20, | 169:6,17, | 11,13,15, |
| 22 79:9 | 22 128:20, | 18,22 | 18,22,24 |
| 81:2,8,11 | 22 129:2, | 170:11 | 209:2,4,6, |
| 82:10,13, | 6,8,10,13, | 171:8,11, | 11,13,18, |
| 15 83:6,9, | 15,20 | 15 172:22 | 22 210:1 |
| 11,13,15 | 130:6,11, | 173:6,10, | 213:4 |
| 89:17 | 17 131:1, | 11 174:20 | 220:22,25 |
| 90:22,25 | 11,15,25 | 175:4,10, | 221:2,10, |
| 91:15 | 132:2,9, | 11 176:10, | 13,15,20 |
| 92:2,4,17 | 13,22 | 11,15 | 225:15,18, |
| 93:18 | 133:10,15 | 180:24,25 | 22 226:15, |
| 94:4,11,17 | 134:6,11, | 181:2,11, | 22,24 |
| 97:13,20 | 15,18,20, | 20,22,25 | 227:4 |
| 98:13 | 24 135:1, | 182:2,6, | 228:6,18 |
| 101:24 | 2,6,8,11, | 10,13 | 231:4 |
| 102:18 | 13 136:4, | 183:18,24 | 232:18 |
| 103:17 | 13,15 | 184:2,6, | 234:1 |
| 104:4 | 137:4,8,10 | 18,22 | 236:1,2,4, |
| 105:2 | 138:11,13 | 185:2,13, | 6,9 |
| 106:6,18, | 139:6,11 | 15,20 | 237:20,24 |
| 24 107:25 | 140:13,15 | 186:2,11, | 238:2,8, |
| 108:2,13, | 143:18,20 | 18 187:4, | 10,13 |
| 18 109:4, | 145:11,22 | 10 188:11, | 242:18,20 |
| 15,18 | 146:6,10, | 25 190:11, | 243:9,17, |
| 110:1,4, | 13,15 | 18 191:18, | 20 244:8, |
| 11,15,18, | 150:6,13 | 22 192:2, | 11,17,18 |
| 20 111:4, | 151:13 | 6,11,18 | 245:1,6, |

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000475

Page 1644

10,13
246:25
247:4,8,
18,22
248:2,10,
17 251:4,8
254:10
255:6,10
259:18
261:13,17
263:11,15
264:4,8
266:4,6,
20,24
270:6
273:6,10,
13 274:10,
11 276:15
279:15,18
282:8
284:11,13
286:1,15
288:13,15,
18,20,22
289:2,4,
11,13,18,
20,25
290:4,13,
17,22
291:1,4,9,
17,18,20

**Court's**
132:20
181:4

**courtroom**
17:9 18:2,
6 20:20

60:2 98:15
131:18
210:2
290:2,6

**courts** 24:17

**covered**
46:22

**covering**
13:6

**crack**
291:11,13

**craft** 88:18

**Crawford**
25:22

**create** 222:2
267:25

**created**
213:2
216:18
262:6
266:11
267:2

**creates**
189:11
221:24,25

**creating**
213:11
216:15

**credential**
78:1

**credentials**
46:22

**credibility**

58:6
154:15
156:2
173:10

**criminal**
22:11
148:9,13,
15

**critical**
251:11,13,
15

**Crittenden's**
131:4

**cross** 259:18

**cross-
examination**
38:24
51:24
54:11
74:24
77:13
78:11 82:4
89:22 91:4
121:2
127:8
128:10
131:20
150:18
188:15
196:22
198:11
254:11
276:18

**cross-examine**
131:13
132:13

133:1,6,8,
15 169:1

**crowded** 10:4

**cup** 36:2

**Curling**
131:8
143:15,24
151:11
164:4

**current**
141:18
143:2
246:22
251:17

**cursory**
259:2

**custody**
213:6

**CV** 138:17

**cyber** 140:18

**cycle** 98:13
102:4

**cycles** 255:1

---

**D**

---

**DA** 93:20

**damaging**
183:2

**dampen** 28:6
115:13

**danger** 165:2

**dark** 130:18

**data** 40:10
  85:17
  88:18
  95:11,13
  101:18
  103:8
  109:11
  141:9,18
  167:6
  173:15,18
  182:25
  183:2
  200:2
  212:18
  215:13
  222:6
  233:4,6
  235:24
  237:11
  240:2
  246:2
  251:20
  252:13
  285:2

**database**
  207:22
  211:6
  212:10,13,
  15,18,22,
  25 213:4,
  11,15,20,
  22 214:4,
  6,11,17
  215:2,20,
  22 216:6,
  8,9,13
  221:20
  225:10,13

  240:22,24
  241:8,9
  250:18,22
  251:6,13
  252:22,24
  263:18
  267:18,22
  268:1
  271:24

**databases**
  85:13,15
  95:8 96:4
  187:17,20
  228:4
  249:22
  266:10

**date** 135:15
  217:13,15,
  17,18,25
  218:6
  249:2

**dates** 243:20

**David** 120:15

**Davis** 9:1,2,
  4,6

**dawn**
  291:11,13

**day** 58:4
  62:18,20
  63:24 72:9
  74:10,13
  75:2 105:6
  107:2,11,
  22 114:20,
  25 165:10

  213:2
  215:24
  224:22,24
  232:2
  233:6
  241:20
  267:11
  268:4,11,
  20 287:2

**days** 18:24
  28:4 62:20
  114:11,17
  115:6
  116:1
  135:15
  136:13
  180:13
  267:15

**de** 46:24
  47:4 50:2

**deal** 211:6
  225:18

**dealing** 27:4
  109:4,6
  184:8
  228:1

**dealt**
  247:15,17,
  24 248:15

**dear** 133:22

**debated**
  145:2

**debunked**
  37:22

**decades**

  186:15

**December**
  62:20
  133:15,18
  135:25
  208:11
  211:15

**decide** 10:22

**decided**
  21:13,24
  183:15

**decides**
  122:25

**decision**
  110:2
  145:1
  169:22
  171:15
  239:24

**decision-
making** 24:17

**decisions**
  30:6 185:8

**deck** 268:4,
  15

**declaration**
  136:11

**decreased**
  165:18
  166:20

**decrypt**
  215:13

**defeat** 29:25

defect
  22:17,18
  161:10
  165:17
  173:2
  177:17
  180:2
  184:9

defected
  149:4

defective
  19:9,11
  20:22
  22:18
  23:6,13,18
  24:4 25:13
  145:15
  158:13
  159:4,15,
  24 160:8,
  9,11 161:9
  163:6,9,10
  170:18
  174:22
  178:20
  179:2

defectiveness
  19:11
  159:22
  162:8,15
  171:22

defects
  148:22
  173:15,18
  231:11

defendant

  22:13
  110:10
  112:15
  131:2
  150:13
  154:6

defendant's
  25:1 52:15
  65:25

defendants
  22:11,22
  23:20
  24:18
  29:17 70:9
  157:18
  237:17
  289:13

defending
  93:20

defense
  52:11 54:6
  132:22
  134:11,24

defer   129:18
  200:25

deficiencies
  87:22

define
  149:15

degree   47:22
  139:18,20
  140:2

degrees
  39:15

Dekalb   14:13
  271:13,20
  290:22

delay   15:6

delivered
  111:13

demand   12:4,
  8,9 13:15,
  20 14:6
  15:4,18
  16:4
  135:20

demands
  112:17

Democrat
  115:6
  116:6
  177:13
  178:6
  219:15
  220:10,11

Democratic
  26:15,18,
  20,22 28:6
  75:6,20
  76:18 78:2
  115:11
  117:9,11
  118:13
  125:2,15
  177:11
  201:6,22
  202:9
  204:9,10
  240:13
  259:4

Democrats
  26:24
  62:13
  116:11,18
  117:18,25
  202:4,17

demographicall
  y   88:20

demographics
  87:6,11,15

demonstrate
  30:15,20

demonstrated
  19:17
  41:22

demonstrating
  30:11,13

denied   15:4
  18:17,20
  19:1 49:22
  57:20
  209:13,17,
  20

deny   29:13
  226:11

depending
  159:13

depends
  81:13
  122:6
  130:10

deposition
  136:6,8

deputy   60:13

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000478

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019     Index: describe..difficulties

**describe**
85:11,22
86:4 87:8
94:17
101:24
213:4

**describing**
252:8

**design**  29:25
30:2 90:4,
6 91:25
194:13,18
200:22
238:18
241:17
252:6,8
253:15
254:17,22,
24 256:18
258:13,15
260:18
276:10
280:20,22

**designed**
29:9 160:1
194:15
249:22

**designing**
240:6

**designs**
252:11

**detail**
147:25
176:20
183:20
204:22

**detailed**
15:22 82:4

**detailing**
214:18

**details**
97:11
115:22

**detect**  148:2
150:4,11
161:13
287:4,6

**detected**
161:10
233:11,20

**determination**
14:20

**determine**
85:18
88:15 92:4
102:13
103:20
125:1,4,25
148:15
149:2
154:25
180:2
227:20
231:11,17
235:4
279:11

**determines**
245:2

**determining**
13:18
42:10,17

148:20
164:17

**develop**
86:22
142:18
170:4

**developed**
96:13
147:24
148:1,2
159:2
163:8
249:24

**development**
149:22

**device**  55:6,
9 56:9,11
217:1,2,
10,13
222:1
234:13
235:20
268:2,4,13
270:11,13,
15 280:24
284:18

**devices**
54:24 56:6
215:22
233:2
234:17
235:20
237:6
246:2
268:11,13

**devoted**

35:15

**diagnostic**
218:4

**diagnostics**
217:22

**Diebold**  35:6
144:6
147:4
149:6
152:4,11,
20,22
156:18
158:11
159:6,18
160:17
205:9,11

**diff**  185:17

**differed**
264:24

**difference**
28:2
159:17
258:6
270:9

**differences**
162:13

**differential**
175:6

**differentiation**  27:2

**differently**
35:8 223:2
226:24

**difficulties**

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000479

Page 1648

73:22
238:6

**dip**  30:8

**direct**  31:20
50:10  61:2
72:18  80:4
84:6
101:17
102:24
104:11
120:13
124:20
137:22
175:2
210:15
238:17
243:2,10
246:11
251:2
270:18
285:15

**direction**
63:11
146:13

**directly**
63:11  96:9
133:8
233:4
270:11

**director**
10:13  32:2
211:2

**disabled**
54:15,22
55:4,13,22
56:4  59:13

**disagree**
143:20
226:25
227:1

**disclosing**
96:15
98:10,17

**discover**
268:20
272:20,22

**discovered**
19:20
269:17

**discovery**
18:20
24:25
112:15
180:25
184:6
185:10
188:6
265:20
284:11

**discrepancies**
67:8

**discrepancy**
76:6,18

**discretion**
245:13

**discrimination**
28:11
115:10,11

**discuss**
17:20
92:13

**discussed**
230:20

**discussing**
264:24

**discussion**
162:4
230:15
258:11

**discussions**
258:6
262:1

**dismissed**
30:15

**disparity**
106:13

**display**
219:22
235:13
241:22
253:24
265:6

**displayed**
50:6  237:4
240:4
253:11,13
254:4

**displaying**
240:9
255:18

**disposal**
253:22

**disqualified**
18:6

**disregard**

163:15

**dissertation**
140:6,9

**distance**
40:18  42:8
47:17

**distinction**
19:20

**distinguish**
213:8

**distinguished**
227:10

**distribute**
167:6,13

**distributed**
200:24
205:20

**distributing**
251:20

**distribution**
218:20
246:1

**district**
111:25
143:15
177:4
214:18
220:4

**districts**
238:22

**dive**  158:10

**divided**
238:25

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000480

Page 1649

**dividing**
  101:15

**division**
  223:9
  225:2
  229:25

**divorce**  8:10

**document**
  44:2,25
  52:13 64:2
  98:4 112:2
  169:8
  246:24
  275:8

**documentary**
  19:13

**documents**
  169:13
  271:17,18

**donate**  81:6

**door**  58:1
  123:24
  151:20

**dots**  145:10

**double**
  100:22
  102:20

**double-check**
  117:13

**doubt**  19:9
  22:20
  23:13
  25:15 26:4
  29:22

  30:22
  109:11,24

**doubts**  33:10

**down-**  258:6

**down-ballot**
  28:13 89:1
  119:18
  198:9
  258:9

**down-ticket**
  88:15

**dramatic**
  25:25

**drastically**
  194:1

**drawing**
  150:6

**DRE**  25:9
  37:22
  38:11
  39:20
  40:1,2,20,22
  41:1,2,6,
  8,10 42:6,
  22 47:24
  54:15
  56:18
  59:11
  68:24
  73:13
  90:11,15
  128:1
  144:2
  150:2,10
  151:15

  154:1
  158:11,15
  159:2,6,
  18,22
  160:11
  161:2,15
  165:22
  174:11
  177:11
  180:6
  182:6,20
  189:11,18,
  20,22
  196:11,15
  203:13
  205:9
  208:2
  212:24
  213:1
  216:4,13,
  18,20
  218:9
  228:22
  235:13
  239:22
  240:2,4
  241:1,22
  252:25
  253:1,20,
  22 255:11
  259:2
  277:1
  278:24
  279:10
  280:24
  283:20,22,
  25

**DRE's**  30:4

**DRES**  47:15
  56:6 92:1
  144:4,6,18
  145:13
  147:15
  148:2
  149:2,6
  150:4,11
  151:1,4
  152:2,4
  154:13
  155:2
  158:6
  160:22
  161:18
  162:9,15,
  18 163:6
  166:22
  204:18
  205:2
  225:15
  239:22
  251:17

**drives**  216:4

**drop-off**
  88:13,15

**dropout**
  101:4

**dropped**
  160:6

**Drupal**
  166:4,6

**duck**  185:24

**due**  135:18

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000481

Page 1650

dueling
  17:15

Dufort   9:11,
  15,20
  79:15,24
  80:4,11
  81:1,22

duly   31:18
  60:25 80:2
  84:4
  137:20
  210:13

Duncan   9:11
  23:6 25:18
  52:11,15
  54:6,8
  57:2,11
  80:24
  110:10
  112:15
  254:18
  264:13
  283:9

duties
  261:13

Duval   9:11

Duvall   9:24,
  25

dysfunctioning
  282:20

_____
         E
_____

earlier   9:1
  90:2
  101:17

113:17
114:25
136:11,13
190:10,20
195:1
206:4
212:6
269:15
277:6

early   21:20
  46:18,22
  47:6 62:18
  105:9
  114:20
  128:2
  157:2
  191:2
  290:6,18

earth   198:18

easier   48:4

easiest
  252:17

east-west
  27:18
  265:17

easy   48:6

Ebay   144:11

educate
  119:18

education
  119:18
  138:20
  144:17
  147:13

Edward
  268:17

effect
  204:15

efficient
  87:1

effort   58:2
  115:18

efforts
  57:15

elderly   68:6
  76:22

election
  12:11
  14:20
  15:2,6
  16:22
  19:8,11,
  18,22
  20:22
  22:18
  23:6,13,
  15,18 24:4
  25:13,18,
  24 26:2,4,
  13,22
  27:4,6
  28:22
  29:2,9,11,
  18 30:1,
  10,18,25
  32:9,10
  33:15,17
  35:11,15,
  17,24
  36:8,11

37:1,6,9,
  13 38:4
  39:6,22
  40:2 42:15
  46:13,18,
  22 57:24,
  25 59:17
  62:8,15,
  18,20
  80:13,24
  81:4,25
  82:22 83:2
  85:15
  86:11,15,
  18,22,24
  87:18
  89:13
  90:6,9,17
  91:25
  92:13
  94:15
  96:25
  100:11,13,
  20 102:4
  105:6
  107:2,11,
  22 109:25
  114:25
  116:20
  122:6
  124:6,13
  127:13
  140:10,20,
  24,25
  141:1,6,
  10,11,20
  147:8,10,
  11 151:18

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000482

Page 1651

153:2,6,
11,22
154:2,22
155:4
157:6,22
161:20
162:20
164:8
165:10,18
166:8
167:11
170:24
171:6
172:6,20
175:25
180:10
182:25
183:11
184:9
188:9
189:18
196:11
200:8,11
203:11,13
204:15
205:1
206:15,22
211:2,4
212:4,6,
11,18
213:2,22,
25 214:4,
6,11
215:20,24
216:20
218:13,20
222:22,24
223:10,11,

18,20,25
224:1,22,
24 225:2,
8,18,20
226:4,9,
10,20
227:4,10
228:24
229:17,18,
24 230:1,
2,4 232:2,
9 233:6
234:11
235:9,22,
24 236:18
239:10
240:8
241:17,20
244:2
245:20
246:2
248:6,15
249:8,11
253:9,17
254:25
258:4,20
261:22,24
262:13
263:13
267:11,15
268:4,6,
11,20
269:2
271:2,20,
22 272:1
273:20
274:1,4
277:8,22

280:9
281:11,13
284:15,17
285:2,4
287:2

election's
227:20
238:6

elections
9:13
28:18,24
29:9 35:4,
18,20
37:18
38:20 39:8
40:11
46:17 62:4
77:18
88:13
89:20
96:18
101:18
102:2
103:6,9
122:15
141:9
149:17
150:24
151:6
166:25
167:2
188:20
211:8
212:9,22
222:18,25
223:6,9
229:25

230:6
240:11
246:6
249:25
251:22

Elections.
kennesaw.edu
251:25

elector
80:18

electoral
19:15 85:2

electorates
85:4

electric
22:13

electronic
21:6 22:1,
2 27:2,13,
17 28:2
32:13,18
33:4,11
35:2,10,20
37:10,17
38:13
39:15 73:4
105:13,18
106:13
164:2
174:8
199:13,15,
20 238:18
258:9
264:15,20,
24 276:11
277:25

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000483

Page 1652

282:4

**electronically**
104:15
276:11

**electronics**
282:22

**element**
259:10

**eliminate**
83:4 175:4
280:25

**eliminates**
22:13

**else's**
164:13

**email**  45:13
46:2
185:4,6
243:11
244:2
245:18
246:15,17

**emailed**
182:13

**emails**
243:15,25

**embeds**  19:18

**employed**
32:2 61:15
70:9,13
84:13
210:20

**employee**
289:8

**employment**
141:24

**empty**  291:6

**encounter**
235:17
241:6

**encountered**
223:1,11
224:9
269:24

**encourages**
122:15

**encrypted**
215:4

**end**  62:15
68:20
73:11
92:10
212:1
234:10
268:11

**ended**  35:11
253:20
257:4

**engage**  85:18
87:25

**engaged**
28:10
84:15 89:1
138:8

**Engineering**
168:10

**English**
266:13

**ensconced**
42:15

**ensure**  28:20
142:6
265:22

**entail**  95:6

**enter**  49:17
63:20
82:25

**entered**  44:2
52:13 64:2
98:4

**entering**
123:22
237:13

**enthusiasm**
28:6
115:13

**entire**
23:11,13
30:22
168:11
249:6

**entirety**
48:24

**entitled**
13:25
80:22 83:2
99:6 117:2
181:2

**entitles**
29:8

**environment**
222:17

**EPROM**  284:1,
2,6,15,18,
24 285:4
286:4,8,9

**equal**  253:22

**equipment**
179:2
206:2
212:8
222:15
229:2,4,6
253:20
268:1

**erasable**
286:4,6

**error**  172:4
178:4,11
179:6
207:24
218:25
220:15,18
230:10
242:6
278:8,13
286:24

**errors**  16:1
166:15
167:20
172:1
179:18
195:6,8,13
207:22
219:1,2
247:20

**escape**  24:18

**essentially**
86:13,18
102:2

**establish**
27:1 82:10
124:13
145:10
165:11

**established**
26:2 92:10
155:24
158:15
169:15
172:10
191:2

**establishing**
184:20
198:25

**ethnicity**
87:13

**evaluated**
164:9

**evaluating**
87:4 88:8
89:6
187:17

**evaluation**
89:13

**evenly**
205:20
220:15

**Everest**
160:18

**everybody's**

10:10
130:15
133:18
181:11

**evidence**
19:11,13,
17,22,24
20:2,20,
22,24
22:15
23:24
24:6,11,20
26:6
28:22,25
29:4,11,
20,24
30:11,15,
22 42:2
44:4,22
45:20 51:6
52:15
57:11 58:2
64:4,18
96:25
98:6,13
103:17
111:11,15
131:2,4,6,
9,15,18,22
132:1,2,11
156:1
161:18,20
162:2
165:6
169:18
172:20
175:2
176:22

183:8,9,
15,22
188:6
190:25
191:4
198:13
220:22
232:15
233:22
255:4

**evidentiary**
184:8

**exact**   100:25
102:20
119:13
126:18
158:24

**examination**
31:20
43:10
56:24
58:22 61:2
72:18 80:4
84:6 93:2
120:4
137:22
156:6
184:17
186:22
187:11
190:11
204:1
207:15
210:15
227:20
229:6
231:15

234:4
243:2
279:22
286:17
287:10

**examine**
134:22
180:15
229:4

**examined**
40:20
94:18,22
124:11
164:24
229:2
232:6
233:2,9

**examining**
96:18

**examples**
175:20

**Excel**   64:13
65:2,6,9,
11

**exception**
12:9 15:25
136:2

**exceptionally**
179:6

**excuse**   36:20
41:4 65:18
78:24
158:6

**excused**
60:2,4

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000485

Page 1654

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019  Index: excusing..experts

128:22
288:20

**excusing**
60:2

**executable**
212:20

**execute**
249:24

**executed**
211:8
222:25

**executive**
10:13 32:2

**exercise**
146:15

**Exhibit**
44:1,4,10,
11 45:20
52:15
54:2,6
63:25 64:4
78:15 79:4
98:2,6
112:1,4,15
168:4
243:9,11,
24 245:9,
17 246:15
251:2
275:1,4

**exhibits**
264:2
266:18
273:4,10,
11,20

274:9

**existed**
28:13

**exit**  130:20

**expect**  21:13
200:22

**expected**
222:18
277:18

**expedient**
14:20

**expedited**
136:15

**expenses**
53:11

**experience**
35:1 39:18
50:2 84:18
85:11
87:4,9
88:1,2,4,
6,10 90:6
91:24 92:2
94:1,4
96:11,18
108:6
109:24
119:15
121:15
138:20
141:13
144:2,15
146:22
147:13,15
148:1

149:2,8
153:1
165:15
177:25
187:15
206:8

**experienced**
73:24
74:13
230:11

**expert**  17:2,
6 25:9,10
33:9,18
34:1 38:6
39:2
41:18,22
42:4,6,18,
22 43:1,2,
15 59:20
84:15 88:4
89:11
91:18
92:10,18,
20,22 94:8
96:22
97:15
108:11,13
123:24
138:9
143:11,13,
18 150:2,
10 151:11,
13 154:13,
17 155:11,
24 156:1,2
158:1,8
164:18,20

168:25
169:15
170:4
171:1,17
172:10,15,
18 173:2
174:17,24
177:15
179:1
191:4
195:11
198:4,18
280:18

**expertise**
41:22 42:6
43:6 47:22
92:11,18
93:25 94:6
96:13,18
97:6
121:24
146:22
147:2,15
148:2,20
165:17
179:22
194:13,17
206:4,8

**experts**
17:15,17
20:4
59:18,22
168:24
170:2
171:17
186:15
221:13

www.huseby.com                Huseby, Inc.  Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000486

Page 1655

**explain**  23:1
30:8 51:6
64:1 68:2
93:11
99:13
105:2
119:2
131:4
151:13
164:6
176:9,11,
18 180:18
183:18
193:4
204:22
255:10
266:4,6
270:2,8
271:17

**explaining**
90:2 100:2

**explanation**
22:2,11,17
24:18
104:2
178:1
207:20
228:4
270:8

**explanations**
29:24

**explicit**
12:8

**explore**
121:1
147:25

**exposed**
165:2
228:15

**exposure**
165:6
227:15

**Express**  67:1
205:11
246:2

**expression**
211:11
213:17
234:24

**extensive**
184:4

**extent**  180:2

**external**
161:17
162:1
270:11

**extra**  274:11

**extract**
183:2

**extracted**
232:2
233:4
234:13

**extreme**  21:1

**extremely**
177:20

**eye**  133:8

**eyesight**
130:24

**eyewitness**
175:2

**eyewitnesses**
178:18

---

**F**

---

**face**  194:24

**faced**  183:13

**facie**  22:9
24:4

**fact**  13:9
17:11
27:4,10,11
28:8 29:25
30:15
32:15,18
33:13 35:4
42:10
63:20
116:9
117:15,24
118:8,11,
15 119:11
123:10
145:2,8
146:2
148:4
149:4
172:13
199:11
200:15
201:4,9,
13,22
202:15,25
248:13
258:11

259:11,24
274:1,4

**fact-bound**
15:22

**factors**  30:8
200:13,20

**facts**  12:10
15:20
91:20
145:20
155:6
176:22
220:6,22
232:13

**factual**
15:22 16:2
33:22 42:2
231:2

**failed**  14:4

**fair**  28:20
75:8,9
101:1
115:4
151:18
158:20
229:11,13

**fairness**
24:15
240:6

**faith**  198:13

**familiar**
37:15,18
54:15,18
55:13,15,
20 116:17

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000487

Page 1656

118:11
177:4
199:9,11,
15,18
200:2
201:2,4,9
225:9
227:15
234:24
287:20

**familiarity**
199:24

**fashion**
229:6

**fast** 106:6
236:8

**fastidiousness**
166:13

**feasible**
38:2

**federal**
58:24
143:18
212:9
246:6
253:13

**feedback**
222:18

**feel** 259:2
278:4

**fees** 53:2

**feet** 49:10

**felt** 224:13

**FEMALE** 13:4

**fewer**
117:11,25
123:6,13,
18 124:18
126:17
202:10
257:13
282:13

**field** 148:11
153:2
155:24
170:4
174:4

**figure** 68:25
87:24 95:2
201:11
221:18

**figures**
174:20

**file** 74:8,
11 86:24
88:18
135:15
167:6
184:4
212:18
215:13,15
235:9,11,
24,25
236:18
284:22
285:2

**filed** 11:18
12:15
110:10

136:11

**files** 85:15
214:18
246:2,10

**filing** 11:22

**filings**
18:24

**final** 109:11

**find** 87:22
103:24
106:1
122:8
124:9
126:4,15,
25 223:13
245:2

**finder** 155:6

**fine** 10:4,6
32:24
59:22 68:4
69:13
130:13
185:15

**finger** 71:15
74:4

**finish** 70:2
157:15
187:2
191:22
289:15

**finished**
41:20
70:22
205:18

264:22

**fired** 211:22

**firm** 115:8

**firms** 61:22

**first-hand**
39:20

**firsthand**
90:15
154:1

**five-** 118:17

**fix** 150:11

**fixed** 248:4
277:24

**flaw** 19:15

**flaws** 235:6

**floor** 236:10
247:20
290:6
291:1

**floors**
236:10

**Florentine**
270:4

**Florida**
160:20
257:22
260:9

**focus** 33:6,
22 85:20
146:18
238:20

**focused**

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000488

Page 1657

32:11,18
95:2 116:2
142:25
145:6
155:4
259:9

**focusing**
157:13
172:6

**folks**  116:11
118:20,22
130:15
169:1
264:25

**follow**  11:6
28:20
42:20
59:10
67:18
115:22
148:9
282:22

**follow-up**
57:4
154:10

**font**  240:10

**forensic**
148:11
149:6
160:15
171:6
177:15
180:4,6
181:13,17,
18 184:17
186:13,22

195:22
196:10
207:15
227:20
228:22
229:10
231:15
269:22

**forensically**
148:2,6
208:2

**forensics**
25:9

**form**  77:6
145:4

**formally**
211:9

**format**
189:11
239:10,11,
20 252:17,
18

**formats**
239:6

**formed**
169:22
262:15

**forms**  36:9

**forward**
28:15
29:20
30:13
83:13
280:22

**forwarded**
14:20
214:22
215:4

**found**  78:24
106:2,6
124:15
126:6,15
127:1
165:25
204:15
229:6
232:6
237:6

**foundation**
38:6 45:24
48:1,11
51:13
59:15
109:2
145:18,25
163:11
164:17
165:6,11
169:24
171:4
172:13,15,
17,18
177:1
184:20
228:2

**founded**
24:13

**fourth**  140:1
290:6

**fraction**

101:2

**frame**  241:22

**framed**
126:20

**frankly**  28:2
201:1

**frantic**  74:2

**frequently**
55:25 56:2

**front**  65:4
93:18
100:25
112:11
113:4,6
123:25
168:4
228:9
239:11,13
265:6
274:15

**full**  31:24
61:6 80:9
134:1
210:18

**Fulton**  9:11
11:6,20
12:2,15,22
13:15
14:25
15:20
16:17,24
28:18,20,
22 29:1,6
70:10,13
82:15 83:9

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000489

Page 1658

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019 Index: function..Georgia

147:6
180:9
263:2,6
266:1,10
271:13,15,
20 289:8

**function**
90:11

**fundamentally**
24:15
151:17

**funding**
212:2

**fundraising**
52:22
53:15,18,
22

**funds**  81:6

**future**  230:6

———————
        **G**
———————

**gain**  158:1

**gained**  96:17

**game**  86:20

**gap**  22:1
23:9 28:13
249:6,10

**garbage**
234:25

**garden**  29:8

**garner**  230:6

**gave**  81:6

151:13

**Gay**  245:18

**GEMS**
187:17,20
207:22
212:10,13,
15,18,22,
25 213:4,
11,15,20,
22 214:17
215:15
216:4,8,
13,17
221:20
232:1,4
233:4
234:13
238:20
239:4
249:9,17,
22 250:6,
9,10,18,
20,22,25
251:6,13
252:22
262:11
263:18
265:22
266:17
267:4,18
278:20

**gender**  87:13

**general**
39:22 40:2
48:13
81:24
90:15

100:20
105:24
106:10
107:11
116:25
118:2
126:13,22
153:6,11,
22 154:22
160:24
162:18,20
163:22
166:13
167:2,18
223:18
224:20
239:10
240:11
260:18
275:6
281:25

**general's**
106:15

**generalize**
179:22

**Generalized**
180:1

**generally**
35:2 38:11
54:18
55:4,8,11,
24 81:1,2
87:10
88:11
122:9,18,
24 125:18
142:22,24

144:2
145:22
146:25
150:2,10
151:2
155:2
158:13
159:4
160:11
163:13
199:18
205:9
227:17

**generate**
249:22
252:15
253:22

**generated**
278:22

**generating**
253:25

**generation**
141:20
143:2

**gentleman**
20:9 245:6

**gentlemen**
8:6

**Geoff**  9:11
25:18
112:15

**geographic**
87:17
88:18

**Georgia**  8:1

Index: Georgia's..governing

19:18
21:15,18
26:25
27:6,20
34:13,20
35:6 36:13
37:20
38:2,11,13
39:6,10,
13,22 40:2
41:2,11
42:15 43:2
46:17
55:10,18
56:10
62:13
80:15,18
81:22
90:11,15
91:9 92:11
94:15
95:15,18,
22 96:25
98:18
101:18
104:11,15
108:10
109:1,6
113:18,22,
24 116:11
118:18
120:15
127:13
138:22
139:6
142:17
143:4,6,
11,15

145:15
147:11,15
150:2
151:17
152:6,13,
15,22
153:6,11,
22 154:2,
18,20
157:6,11,
22 159:2,
22 161:2
162:18,20
163:13
164:2
165:1,22
166:18,24
170:22
184:10
186:6
188:2
189:9
196:11,15
200:18,24
201:11
203:10
205:20
206:9
207:8,18
211:6
212:9
237:9
241:20
250:6,11
251:1
255:13
258:25
259:2

260:20
261:22
267:17

**Georgia's**
26:11
37:15 38:1
54:15
119:6
146:22
147:6,11
151:15
163:9,22
164:8
165:18
166:25
167:11

**germane**
123:15

**get all**
130:4

**give**  33:2
34:2 84:15
93:22
103:15
106:20
121:2
130:13
146:13
160:13
163:15
166:4
215:11
217:4
219:2
220:4
237:10
239:25

285:15
289:2

**giving**  19:24
73:11
106:22

**glad**  203:6

**glance**  259:2

**glass**  187:2

**glasses**  64:9

**Global**
212:18,22

**glue**  160:4

**gobs**  208:18

**good**  8:6,7
9:8 11:13
32:4,6
35:2 36:24
38:18
41:25
43:20
44:15
77:18
89:18
145:24
150:22
179:6
185:22
198:13

**Governance**
32:4,6
36:25
43:20
44:15

**governing**

240:17

**government**
156:20,24

**governmental**
162:4

**governor**
15:10
21:22
25:18
71:2,15,
17,18,20,
24 94:20
95:22
98:20
100:18,22
101:4,11,
13,15
103:9
105:4,8
115:6
118:10
120:10,20
124:18
126:2,9,11
127:4
179:11
231:20
242:10,11,
13 253:18
254:24
255:22
256:2,11,
13 258:8
260:15
262:17
265:2,10,
13 268:18

**governor's**
19:10
21:6,11,
15,24 22:6
30:1 95:1
99:25
100:11
102:6,10
106:15
107:20
108:10
113:25
120:11
123:13
127:18,20
128:17
155:4
162:18
171:25
184:18
225:13
241:18,24
242:1
254:6,25
255:20
256:2,15
257:8
265:4,6
268:24
271:4,8
272:24
273:2
279:9
282:6,11
285:20,22

**governors**
260:2
265:13

**graduate**
62:1 84:20
139:1,2,13

**graduated**
138:22
140:2

**graduating**
84:25 85:6

**Grady**   195:6

**grandson**
133:22

**Granted**
26:18

**gray**   255:15

**great**   10:15
26:9 153:1
184:10

**greater**
27:11
147:25
165:2
176:20
183:20
204:22
276:11

**Greenwald**
43:18,20
44:11
45:15

**grid**
283:10,11

**Groban**   290:6

**Groton**   12:1

**group**   168:24

**guess**   11:2
12:2 26:6
54:6 141:4
185:20
189:20
229:10
233:22
273:15
286:6

**guidelines**
240:6

**guilt**   22:15

**Gwinnett**
9:13 11:6
14:25
15:17
29:15
38:18
77:18 83:6
89:18
90:20
150:22
155:9
252:20
253:4,9
263:2,6,9,
13 266:2,
10 271:13,
20 287:25
288:11

---

**H**

---

**habit**   81:18

**habits**   81:11

www.huseby.com                Huseby, Inc.  Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000492

Page 1661

hack   270:24

hacking
  225:9,20,
  22 226:2,
  20 227:6,9
  270:1

half   182:15

hand   31:6
  37:10
  43:22
  60:15
  63:25 64:8
  79:17
  83:18
  104:15
  137:11
  210:2
  243:6
  287:24

hand-marked
  188:20,22
  189:1

handed   64:11
  65:4

hands   130:20

hands-on
  39:17
  144:1
  149:2

handwritten
  151:10

happen   49:15
  86:20
  131:20
  175:22

176:20
178:2
181:25
221:9

happened
  20:22
  21:4,22
  22:4 26:6
  30:13 68:9
  70:4 74:1
  86:15,20
  92:20,25
  127:20
  161:13
  174:22,24
  176:18
  211:18
  221:8
  222:13
  228:8
  229:22
  256:20,22

happening
  30:2 49:18
  69:18,20
  97:4
  127:18
  175:17
  233:24

happy   195:24
  289:9
  290:20

hard   19:13,
  17 30:11,
  22 47:11
  64:8 82:9

hard-to-reach
  85:4

hardware
  147:20
  158:18
  159:11,20
  250:2,4

Hart   25:22

HAVA   58:18

He'll   33:2

head   40:6
  102:11

headed   112:9
  115:9

header
  241:15

headquartered
  34:18

headquarters
  34:10

hear   12:2,4
  14:17 80:8
  139:6
  155:15
  188:6
  208:13
  223:25
  280:1,6

heard   14:18
  134:11
  136:25
  154:11
  158:17
  169:10

176:10
180:24,25
184:2
192:11
224:1,20
235:1
280:20

hearing
  20:13,20
  110:13,15
  133:13
  135:17
  136:17
  208:18
  232:13
  291:22

hearsay
  45:22
  69:11,20
  70:6 71:8
  131:15
  132:4,13
  170:10,11
  181:6,8,10
  190:13
  230:17
  261:4,11

heavily
  220:4,9,11

heavy   29:4
  220:11

helped   36:13

helpful
  217:18
  270:6

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000493

Page 1662

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019    Index: helping..honor

**helping**
10:13 90:8
141:11

**helps**  43:4

**Henderson**
13:18 14:4

**Henry**  14:13

**high**  29:18
53:11
81:13
122:13
124:15
127:13
194:25
195:6
275:20

**high-profile**
118:9,13

**higher**  26:20
103:22
104:1
122:15
123:1,2
282:4,11

**highest**
102:6
104:9
271:8
273:1

**highly**  174:2

**Hill**  235:8
269:6

**hint**  19:25

**hints**  20:2

**historic**
113:15

**historical**
95:13
102:13
103:2

**Historically**
21:13

**history**
21:18
270:4

**hit**  281:15

**Hm**  171:8

**Hmm**  110:18

**hoc**  148:13

**holding**
268:6

**holds**  160:4

**hole**  188:4

**home**  69:6
290:20

**honor**  8:7
9:18 10:1,
18 11:8,
15,18 12:6
13:8,15
14:8,18,24
15:13,15
16:4,10,
13,15,17,
25 17:18,
22 18:4,
13,18 19:6
20:4,13,

15,24 21:8
22:8,22
23:1,2,4,
25 24:15,
22 25:2,4,
15,17 26:4
27:4
28:11,15,
18 29:15
30:15 31:2
32:20
33:8,22
36:1,2
38:4,8
41:18
42:4,17,20
43:8 44:6,
18 45:4,6,
10,20,22
46:2,6
47:22
48:2,10,11
50:4 51:8,
11 54:1,4
57:6,18
58:1,11,15
59:1,6,13,
22 60:1,4,
10 64:20,
24 65:24
69:10
70:13,18
71:6 72:11
74:13,18
79:8 82:2,
25 83:4,8,
11 89:11
90:20,24

91:2,18
92:6,8,15
93:8 94:11
96:6,20
97:1,10,20
100:1,6
103:15,25
106:18,22
108:2,4,
11,17,20
109:2,13,
18,20
110:4,17,
24 111:2,
6,11,18
112:6
113:10
116:20
119:25
121:9,22
123:20
124:2,24
127:6
129:1,11,
15,22
130:2
131:2,11,
24 132:6,
17,24
133:11
134:2,9,
13,15,18,
25 135:1,
13,18,24
136:4,11
137:2,9
144:20,22
145:4,9,

www.huseby.com          Husbey, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000494

Page 1663

17,22
146:4,6,8
150:1,15
153:13
154:8,15
155:8
156:4
158:13,20,
24 162:15,
22 163:11
164:18
165:4
168:22
169:2,13
170:9,15
171:6
172:9,18
173:4
174:15,18
175:1
176:13,22
180:22
181:4,18,
24 182:1
183:22
184:15,20
185:1,11
186:1,10
187:1,4
188:4,11
190:8,22
191:20
192:1
195:20
198:11
202:20
203:4,22,
24 205:15

206:11,18
208:10,13,
20,22
209:6,8,
20,24
220:20
221:4,6,
11,15
225:11,17,
20 226:6,
15,20
227:2,24
228:13,17
230:18
233:22
236:15
237:13
238:11
242:17,22,
24 244:4,
6,15
246:22
247:2,15
248:13,18
251:6
255:2,4
259:13,15,
20 261:4,
6,10,11,
15,18
264:4
266:18,20
273:4,13,
15 274:9,
11,13,25
275:1
276:15,17
279:20

282:6
284:4,10
285:24
288:11,20
289:4,13,
15,20
291:20

Honor's 17:4
24:6

hotline
178:24

hour 289:6,
11

hours 36:20
166:6

house 245:25

housed 211:9
245:22
251:25

houses 249:8

How'd 8:24

huge 21:9
150:6

hundred
133:4

hundreds
36:20

Huntsville
249:15

hypo 220:4

hypothesis
149:15
175:20

hypothesized
280:6

hypothetical
221:10,13
230:24

I

ID 118:20,
22 215:6
216:22

idea 85:10
130:13
155:15
166:4
196:15
236:1

ideas 93:24
94:6

identical
155:22
159:10,13

identically
233:6

identification
200:2

identified
57:11
167:2

identify
10:2 55:4
111:1
158:22
243:17,20
254:20

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019 Index: identifying..inaudible

263:9,10
275:2

identifying
 148:22

image  221:25
 235:10
 241:4
 253:22

images  232:6
 235:11
 255:17

immediately
 72:4
 141:25

impact  113:2
 115:11
 198:6
 200:13
 201:18
 244:15
 257:22

impacted
 257:25
 258:13

impacting
 201:18

impanel
 14:15

impaneled
 14:11

implementation
 159:25

imply  148:11

important
 24:15 79:2
 93:10
 118:20

impossible
 203:17

impress
 51:17

in-  21:20

in-person
 54:22
 213:2

inadvertent
 262:6

inadvertently
 27:15

inappropriate
 14:6

inaudible
 9:4,9
 11:10 13:2
 16:18
 17:13
 25:15
 28:17
 32:20,22
 35:18
 38:15 42:4
 44:8 45:2
 48:11 51:4
 54:2,8
 59:4 61:13
 63:18
 64:6,9
 66:6,13

67:13
69:11,13
70:11
74:17,18
75:17,22,
25 81:8
82:4,13,24
83:15,17
93:18
100:13
109:18
112:8
115:4,10,
17,20
116:13,15
119:24
120:1,2
124:1,22
125:11,22
127:4
128:25
129:2,6,8,
9,11,13
130:25
132:4
134:13
135:4,13
136:9,11,
13 140:13,
15 141:1,
11 143:18,
24 145:17,
18 146:6
149:22
151:20
153:8,15
154:15
156:4,20,

22 158:4,
6,8,15
160:18
162:20,24
163:13
164:20
165:8,9
166:2
169:4
171:4,13
172:2
173:25
174:13,20
175:20
176:24
180:10
182:11
184:4,13,
18 187:10
188:18,24,
25 189:1,
13,22
190:20,24
191:20
192:6,10,
17,18
195:6,22
197:20,24
198:1
200:13
202:8,13
203:1,11
207:13
218:13
225:11
227:6
232:22
233:15

235:22
236:6,15
237:6,18
238:1,2,13
242:15,20
243:8,15,
22,25
244:1,10,
11,15,18,
22 245:8,
13,18
246:13,15,
18,25
247:1,6,
11,13,15,
22 248:1,
2,4,6,15
249:4,15,
18 251:2,
9,10
253:4,20
254:22
255:1,6,8
257:25
259:13,15,
17,18
261:6
263:4,8,10
264:2
266:6,13,
17,18
270:22
271:15
272:22
273:6,9,
11,13,15,
18,25
274:4,6,

13,24,25
275:2,22
276:22
277:2,13
278:2
279:10,11
280:2
281:4,20
282:24
283:11,17
284:11,18
285:25
286:1,2,6,
10,11,13,
15,20,22
287:13,17
288:2,15,
22 289:8,
10,15,17,
22 290:1,
2,11,15,
20,22
291:2,6,8,
9,10,13,
15,18

**incidence**
66:20

**incident**
66:22,24
67:13,15
228:4
244:6

**incidents**
78:18,20,
22

**inclined**
22:9

**include**
78:18
147:18
257:6

**included**
214:11
218:18
239:15

**includes**
8:10
182:22
272:15,18

**including**
157:18
272:8

**inconveniencin
g** 291:13

**incorrect**
40:4 111:2

**incorrectly**
233:11

**increase**
119:13
122:22
145:13
165:22
276:4

**increased**
165:18,20
166:20

**incredibly**
166:2
176:8
177:22
200:17,18

**incredulous**
74:6

**incumbent**
128:15

**incurred**
178:11

**independence**
161:13,22

**independent**
117:20
160:20

**indicating**
143:20

**indications**
50:22

**indirectly**
167:13

**individual**
11:11
85:15
87:11
97:11
107:1
157:15
202:22
214:22
216:10
232:2
233:2
239:6
240:1
259:10
263:24
268:6
271:24

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000497

Page 1666

272:6
281:11
283:22

**individuals**
27:15
118:20

**indulgence**
136:2

**industry**
180:20

**ineligible**
19:15

**infected**
227:22
231:18

**inference**
198:13

**inferior**
24:11

**infiltrated**
246:10

**inflammatory**
58:4

**influx**   198:8

**information**
13:22
59:20 70:1
85:17
87:17
95:6,18
96:4 99:10
103:11
104:18
109:15

122:13
169:4,11,
15 170:6
214:4
215:22
216:13,17
232:2
236:11
239:4
245:24
249:11
252:2,4
266:15
284:17
287:15

**informed**
76:4

**informs**
199:4

**infrequent**
122:15

**inherent**
151:15
166:22

**inherently**
161:9

**initial**
17:13
278:2

**initially**
18:13
232:8
239:20

**innocent**
178:13

207:20

**input**   268:4

**inputting**
218:6

**inquiry**
93:11

**ins**   14:18

**inserted**
217:8

**inserting**
218:4

**inside**
148:24

**inspect**
182:18
208:2
284:9

**inspected**
153:10,20
154:2,22
235:6
249:18

**inspection**
155:13

**inspects**
215:15

**install**
237:6
252:24

**installation**
249:17,18

**instance**
14:11 29:4

63:15
73:15
87:11
115:4,25
117:8
118:17
189:9,15,
17 199:11
201:11
223:13
256:20
259:24
260:8
267:11
272:20

**instances**
50:18
59:11
173:2
179:24
233:9

**instruct**
216:9
219:4

**instructing**
268:8

**instructions**
257:4,11,
20 258:2

**insufficient**
13:17

**insulted**
130:24

**insurance**
117:11

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000498

Page 1667

123:2
282:1

**integrity**
32:10
140:10

**intend**   10:20
17:8

**intended**
39:4  71:4

**intensely**
43:4

**intent**
135:15

**intention**
58:11
111:13
135:4

**intentionally**
23:20

**interact**
270:17

**interacting**
280:22

**interaction**
259:1
270:18

**interactions**
186:17,18

**interacts**
278:4

**interest**
81:1,2
142:18

**interested**
35:4  81:13

**interesting**
22:6

**internal**
150:2
180:15
181:20
182:4,22
183:11,20
235:9
236:22
249:1
284:18,20,
22  285:2,6
287:18

**internet**
165:2,6
166:2
167:8
168:13
228:15
270:18,22

**internship**
142:1

**interpreted**
167:4

**interpreting**
231:6

**interprets**
259:6

**interrupt**
38:9  251:2

**interrupting**
249:2

**interviewing**
164:2

**intimate**
97:11

**introduce**
45:20
65:24  81:2
132:20

**introduced**
57:11
132:2,4
235:20

**introducing**
58:2

**introductory**
131:2
140:18

**investigate**
186:6
227:9
228:9

**investigated**
24:20
173:4

**investigation**
148:11
163:20
171:6
181:13
183:17
186:13
191:24
192:9
199:6
226:18

229:15,18,
22 231:11
235:4
247:1

**invoke**  10:20

**invoked**
16:10,11

**involve**  89:6

**involved**
35:22  36:9
39:6  41:24
151:22
205:13
214:2
222:15
272:1

**involving**
120:15
203:11
237:18

**IP**  270:15

**iphone**
63:10,13

**irregularities**
268:20

**irregularity**
29:8,20
30:22

**irrelevant**
33:18

**issue**  13:24
15:17  19:8
20:4  30:18
42:10,11,

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019          Index: issued..kind

| | | | |
|---|---|---|---|
| 13 45:25 | 91:20 | **Jordan** | 22,24 16:4 |
| 67:1,9 | 93:13 | 129:9,11 | 135:20 |
| 87:15 | 136:17 | **Joseph** 63:4 | 290:18 |
| 91:20,22 | 151:13 | **judge** 12:24 | **Juvenile** |
| 92:2,4 | 158:2 | 13:1 35:11 | 8:12 |
| 93:8,15 | 179:2,9 | 93:18,20 | |
| 154:13,25 | 230:13 | 172:15 | |
| 155:2,4,8 | 235:17 | 205:2 | **K** |
| 182:11 | 237:18 | 236:11,13, | |
| 183:22 | 253:6 | 15 256:22 | **Kauffman** |
| 184:11,25 | 277:13 | 267:13 | 8:22,23 |
| 204:25 | **items** 131:2 | 290:1 | 9:1 |
| 206:17 | | **judgment** | **Kaye** 12:22 |
| 208:22 | **J** | 237:20 | **Kemp** 131:8 |
| 224:10 | | **jump** 237:24 | 143:15,24 |
| 225:13 | **jail** 133:24 | **jumped** | 151:11 |
| 226:8,13 | **January** 8:2 | 238:10 | 164:4 |
| 227:17 | 45:13 | **jumping** | **Kennesaw** |
| 230:18 | 136:17,24 | 146:15 | 211:10,15, |
| 243:15 | 211:17 | **juries** 14:15 | 22 222:20 |
| 248:6,15 | 212:2 | **jurisdiction** | 227:15 |
| 264:22 | 249:4,20 | 214:15 | 244:2,6,9 |
| 277:15,17, | 250:1 | 215:4 | 246:4 |
| 18 282:17 | **Jeanne** 9:11, | 218:6 | 248:15,20, |
| 289:9 | 15,20 | **jurisdictions** | 22 |
| **issued** | 79:15,24 | 14:17 | **key** 29:17 |
| 160:20 | 80:4,11 | 260:6 | **kind** 8:11 |
| 209:11 | **job** 11:13 | **juror** 12:4 | 68:6 74:2 |
| 249:24 | 75:20 | **jury** 12:8, | 76:6 85:20 |
| **issues** 14:6, | 256:18 | 9,10 | 86:2,4,22 |
| 9,17 16:2 | **John** 201:10 | 13:10,11, | 87:15 |
| 32:11,13 | **Johnson** | 15,18 | 88:18 |
| 33:6,18 | 63:15 | 14:1,6,10, | 95:2,4,25 |
| 41:22 | **join** 92:6 | 15 15:2, | 97:18 |
| 42:11 | **joined** 15:13 | | 111:9 |
| 57:18 73:4 | | | 122:20 |
| 74:13 | | | 161:2 |

168:22
169:4,15
170:10
172:10,17
178:11
186:22
188:8
198:4
199:22
200:2,6,10
231:4
238:18
246:20
247:8
269:18

**kinds** 90:2
133:24
141:20
261:17

**knew** 191:11
199:25
224:8

**know-** 133:18

**knowledge**
39:20
43:17
90:11,15
94:2,4
97:11
115:24
144:2,15
146:22
147:4
149:20
154:1,18
155:11,13
158:1

164:17,18
181:20
186:18
199:1
219:18
221:11,18
230:13
241:20
254:2,4
276:9

**knowledgeable**
93:17
256:20

---
**L**
---

**L-E-** 61:10

**lab** 144:6
152:4,20
154:20
249:15

**labels**
216:22
217:1

**labor** 94:22
117:17

**lack** 30:6
163:11
166:11
167:18
211:10
213:15
214:15
228:2

**ladies** 8:6
133:22

**lady** 68:6

**lagging**
200:22

**laid** 38:6
59:15
109:2
172:13,15
174:15

**Lamb**
164:10,13
165:25

**language**
58:4 111:9
253:10

**languages**
141:22
253:6,11

**laptop** 129:4
134:20,22

**large** 22:4
65:6 198:8
241:2

**large-** 64:11

**large-print**
65:8

**larger**
275:22
276:1

**Lasix** 64:22

**lasted** 68:20

**late** 250:8,
11 251:1

**latitude**

34:4

**law** 24:15
25:22
28:20 34:2
58:25
61:24
92:11

**laws** 13:24

**lawsuit**
197:4,11,
15 205:1
262:15,25

**lawyer** 17:24

**lawyer's**
36:4

**lawyering**
185:22

**lawyers**
11:13

**lay** 42:1
44:22
45:24
145:25
171:4
172:13
177:1
219:20
238:20

**layout** 164:6
222:4
239:6
252:18
257:15
258:20
262:6

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000501

Page 1670

265:2

**lays**  239:8

**LBJ**  63:11,
 13  65:2,13

**lead**  220:11
 221:4
 235:18

**leading**  96:6
 100:2
 106:18
 155:24,25
 156:2
 158:8
 166:8
 226:22
 259:13,15
 267:15
 282:6

**leads**  173:18

**learn**  230:2,
 4

**learned**
 132:25
 260:4

**leave**  50:18

**leaving**
 47:11
 165:2

**Leclerc**
 60:11,22
 61:2,6,11,
 13,15
 65:1,17
 66:9  71:13

72:20,22
73:22
74:15,20,
25  75:2
77:15,18
78:13,15

**Leclerc's**
 69:11

**led**  178:18
 191:18
 276:11

**left**  30:17
 68:13
 167:8
 181:13
 265:8,9
 291:6

**left-hand**
 241:24

**left-leaning**
 205:25

**legal**  38:6
 53:2  59:2
 197:6

**legally**
 144:11

**legislator**
 206:13

**Legislature**
 15:9

**legitimate**
 22:2

**letter**  45:18
 231:20,22,

24  235:2

**level**  53:11
 122:20
 151:17
 166:18
 167:15
 200:22
 232:11
 249:9

**leverage**
 88:20

**Lexisnexus**
 135:11

**León**  46:25
 47:4  50:2

**libertarian**
 36:18
 39:13
 46:20
 123:11
 219:15

**Libertarians**
 285:20

**library**
 46:25  47:4
 49:20

**lieutenant**
 15:10
 19:10
 21:6,11,
 15,22,24
 22:6  25:18
 71:2,15,
 17,18,20,
 24  95:1,22

98:18
101:11
102:6,10
103:9
105:4,8
106:15
107:20
108:9
115:6
120:10,20
124:18
126:2,9,11
127:2
128:17
155:4
162:18
171:25
179:11
184:18
225:13
231:20
241:18
242:1,11,
13  253:17
254:6,25
255:22
256:2,13
258:8
260:2,15
262:15
265:4,10,
13  268:24
271:2,6
272:24
273:2
279:9
282:6,11
285:18,22

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019          Index: life..literally

**life** 21:9
182:15

**lifelong**
81:11,18

**light** 130:20

**lightly** 26:1

**likability**
200:20

**likelihood**
145:13
165:17
175:15

**limited** 42:8
87:2 131:4

**limiting**
149:13

**Lindsay**
45:8,22
59:1,13
132:13
197:10

**Lindsey**
10:24
11:2,4,10
13:9
15:11,13
16:9 17:6,
11,22
18:8,10
25:15,17
32:20 33:8
42:4,20
44:18,20
45:2,4,6,
10,22

47:22
48:10 50:4
51:22
52:2,11,17
54:1,6
58:1,11
64:6,9,11,
15,18,20
65:4 66:2,
6 69:10
70:6,11
71:6,9
75:2 82:2,
6 83:6
91:2,6,13
92:6 97:9
100:1
111:2,4,
11,18,20
114:4,9
117:2,6
119:4,22
120:9
123:4
124:6
128:8,13,
20 130:2,
6,13,22
131:11
132:24
136:4
144:20,22
145:6,17
154:8
155:8
162:15
171:6,9,13
172:9

173:4,6,
11,13
174:15
176:13
181:4
183:22
185:20
186:10
188:4
190:8,10,
20 191:6,
9,13,20,22
192:15,18
196:25
202:20
203:1,4,6,
8,9,20
205:2
209:6,17
220:20
221:2,11,
15 225:17
226:6,15,
20,22
227:2,24
246:22
247:2,6,9,
13,22,24
248:2,8,
11,13,17,
18 250:22
255:8
259:15,20,
22 261:6,
11,15,18,
20 263:6
264:2,6
266:18,22

268:17
273:4,9,
11,13,24
274:9,13,
15,25
275:8,10
276:15,24
279:13
284:10
285:24

**Lindsey's**
285:15

**lines** 47:10
50:1 56:1
100:24

**lining** 259:4

**link** 119:1

**list** 18:25
150:6
167:4

**listed**
231:22
240:13
264:11
272:6
279:2,6

**listen** 43:4
111:11
156:4
185:13

**listening**
43:2 55:11

**literally**
30:13
289:1

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000503

Page 1672

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019 Index: literature..lurking

literature
156:17
160:11
162:11
171:4
194:18
199:2

litigat-
36:25

litigation
37:1 80:15

live 21:20
80:15
130:11
133:1,2,15
172:24

lived 34:20,
22

living 96:1

LMA 222:22
278:2

load 268:1

loaded
215:13,18
216:8
217:20
222:1
267:22

loader
182:25
237:1

lobbies
11:11

local 85:20

215:4,15
238:22

located
62:22
197:1
274:2

location
46:25
47:4,8
49:22
63:22
65:15 67:4
73:13
176:13
216:11,15
218:22
220:9,10
221:24
222:2
252:1
283:2

locations
40:11 47:2
55:18,20
62:20
215:22
239:4,13
266:11
270:20

locked
290:17

Logan
164:10,13
165:25

logic 217:9
218:13,18,

24 222:10
268:2

logical
222:11

logistically
129:15

logistics
288:25

logs 179:6

long 17:24
47:10
48:18 49:4
50:1 56:1
82:22
103:18
129:17

longer 68:20
131:13
253:4
288:24

looked 18:22
40:9
94:17,24
97:2 104:8
113:15
119:6
120:9
128:4
165:4
185:8
189:6
195:11
203:2
229:22
230:6

235:11,13,
22

loop 275:13

loss 35:17
36:10

lost 23:11
24:2 35:15
137:6

lot 28:4
36:25 37:2
42:20
59:20
87:22
96:4,8
97:2
119:18
132:25
158:20
224:22
227:15
252:9
253:10
285:20

lots 171:18

loud 169:10

love 248:8

low 176:8

lower 101:11
174:11

luck 290:2

lunch
129:18,20

lurking
155:15

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019    Index: Lyndon..magnifying

**Lyndon**   63:15

---

**M**

---

**M-42**   291:9

**machine**
  22:17,18
  24:18
  39:20
  40:24
  41:1,2,8,
  10 42:11
  49:18
  50:4,18
  51:4,11
  55:13,20
  56:11,13
  67:6 68:8,
  11,13,17,
  24 69:1
  70:2,4,20
  71:20
  72:2,6
  73:18,20
  90:15
  93:15
  144:2
  154:2
  158:11,13,
  15 165:22
  172:11
  174:1,2
  176:4,6
  177:11,22
  178:6,11
  182:6,20,
  22 183:1
  190:11

194:1,6,10
195:6
196:11,15
203:13,17
208:2
212:24
216:4,6,
18,22
217:4,6,15
220:11
222:4,6
228:22
232:4
233:4,10,
13,18
234:6,9,
10,18,20
235:10
236:2,4,6
237:4
242:4
265:22
266:17
277:18
279:10

**machine's**
  67:6 235:8

**machine-level**
  235:4

**machines**
  23:11,22
  24:22
  25:10
  38:11
  39:15
  40:2,4,8,
  13,17,20

41:6 42:6
47:24
48:8,20
49:2,4,13
50:1,22
54:17
55:25 56:2
67:2,4
73:13,15
90:11
128:1
142:11,13,
15 143:11
144:11
145:22
146:2,18,
24 148:4
152:11,20,
22 153:6,
10,11,22
154:18,22
156:20
157:11
158:22
159:6,18,
22 160:2
161:2,15
162:20
163:2
167:13
170:18
172:2
173:20
174:8,9,
11,22
175:6,8
176:6
177:11,15,

18,22,24
178:4
179:4,6
180:4,8,17
184:17
189:13
194:6
197:22
203:11
218:18
220:10
223:17
232:2
235:6
277:25
278:2
283:22,25

**made**   12:8,9
  15:18,20
  16:1 19:20
  44:11 71:2
  92:9 98:13
  166:15
  169:22
  176:20
  185:8
  208:9
  237:17
  239:24
  253:4
  265:22

**Madison**
  80:15

**Magistrate's**
  290:4

**magnifying**
  242:6

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000505

Page 1674

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019    Index: mail..Marilyn

**mail**  128:2

**mailout**
216:1

**main**  85:20
223:9

**maintain**
212:2

**maintained**
165:20
249:10
284:22

**major**  81:15
159:13
167:9
181:25
270:2,4

**majority**
34:24
162:10
223:8

**make**  10:11
16:6
18:13,18
22:11,20
23:15 48:4
54:22 55:6
70:24
71:24
74:20
75:18
93:22 94:8
104:22
106:11
107:20
130:4,6,8,

11,15
155:9
171:15
192:18
193:10
195:15
217:11,13,
20,24
237:15
238:22
253:11
259:4
265:18
267:11,15,
22 268:2,
9,15 270:8

**makes**  24:25
205:11

**making**  48:13
129:15
142:18
167:18
183:20
207:22,24

**MALE**  8:7
10:20
11:22,25
12:15,24
13:1 20:13
82:13
129:11,13
286:20
287:8
289:15,18,
20 290:10,
15,20,25
291:2,8,

11,15,18,
20

**malfunction**
24:18 50:8
51:11
93:15

**malfunctioning**
49:4,8
50:1,6
51:4

**malice**  23:18

**malicious**
16:2
178:15

**malware**
166:11,15
189:10,18
196:15
204:17,18
227:22
228:10
231:18
237:11
269:18,22

**manage**  212:4

**Management**
212:18,22

**manager**
67:11
68:13,15,
18,22 69:4
70:2,6,8,
13,15,20,
22 71:1,2,
15 72:4

73:15

**manager's**
73:22

**managers**
76:13

**mandatory**
11:18

**maneuver**
235:15

**manifested**
179:20

**manifestly**
23:24

**manipulation**
16:2

**mannerisms**
133:20

**manufacturing**
34:18

**mapping**
219:9
285:11

**margin**  25:20
26:10
177:13
184:11

**Marilyn**
10:13
31:2,15,
20,25
38:25
43:11
50:13
51:25

www.huseby.com         Huseby, Inc.  Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000506

Page 1675

54:11
56:25

mark  55:10
132:8
283:13

marked  43:24
243:6
254:18
275:2
287:24

Marks  10:13
31:2,6,10,
15,20,25
32:1 35:1
36:8,22
38:10,15,
18,25 42:6
43:11
44:10
45:11
46:11
47:22
48:11,18
50:11,13,
17 51:25
52:2,9
54:11,15
56:25
57:2,10
58:2 59:24
60:2

Marks'  51:11

married
216:20

Martin  9:11

Maryland
160:20

Master's
139:20

match  152:20
235:20
268:13

matched
232:4,25

matches
249:18

matching
234:11,13,
15

material
159:17

materials
156:11

math  22:22,
25 23:4
86:18
102:13
111:18
191:11
270:2

math/physics
181:25

mathematical
30:18

matter  13:25
17:22
18:15
22:22
25:11

27:4,10
33:13
57:17
61:13
84:15
116:9
135:17
140:8
145:24
163:22
172:13
188:6
202:15
205:13
209:9
244:10
259:15

matters
121:2

Matthew
134:15
137:10,18,
24 138:4
150:18
156:8
187:13
188:15
196:22
204:2

maximum
194:9

Mayor  35:4

Mcdonald
8:16,17

meaning
231:6

means  17:20
181:20
193:4
263:15
270:20

meant  56:6
246:20

meantime
290:4

mechanics
150:4

mechanism
52:22

mechanisms
59:11

Medicine's
168:10

member  39:6,
8 211:20
218:15

members
36:17,20
211:18,20

memory
180:15,17
181:20
182:6,22,
24 183:11,
20 189:11
212:24
213:1,2
215:25
216:10,15,
18,22
217:2,4,8,

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019 Index: mentioned..moment

20 221:24,
25 222:1,
2,6 233:6
234:13,15,
22 235:4,9
236:22
266:11,13
267:1,25
284:18,22
285:2,4,6
286:10
287:18

**mentioned**
37:2 38:20
141:13
149:1
150:24
151:11
152:2
161:8
224:18
269:2

**mere** 26:4

**messages**
53:17,18
172:4

**method** 35:2
105:1
148:15
278:20

**methods**
106:4,9
149:20

**Metro** 271:6

**Mexico**

84:20,25

**Michael**
147:9
157:18
164:4,6
209:25
210:1,10,
15,20
243:4
245:18
254:13
276:20
279:22
286:18
287:11

**Michigan**
138:6,11,
13 139:15,
17,18,22
144:8
149:10
153:4

**Mickey**
272:11

**microphone**
80:9

**Microsoft**
142:2,4,
13,15,20
155:20
212:15

**middle** 26:24
116:10,18
172:2
202:15

**Mike** 268:17

**million**
223:20

**mimic** 11:22

**mind** 39:24
167:24
171:20

**mine** 81:18
173:10

**minute** 110:6
135:11
198:2
202:6
242:17
279:15

**minutes**
49:20 51:1
242:20,22
291:15

**miscalibrated**
224:2,6

**mischaracteriz
es** 190:20

**misleading**
111:1,9

**misplaced**
74:15

**misprogramming**
231:18

**missed**
176:15

**missing**
278:9,25

**misspelled**
19:13

**misstate**
244:20

**mistake** 8:13
148:18
178:13
220:18
242:4

**mistakes**
166:24
167:2,4,22

**mitigate**
88:15

**Mm-hmm** 20:6
219:8

**mock** 290:13

**mode** 53:22
55:22
56:2,4
173:22
222:20,22,
24 242:6
268:6
278:24
279:2

**model** 155:18
255:13,15

**modeling**
86:25

**models**
155:18
255:11,17

**moment** 41:15

113:4

momma   77:6

Monday
 180:10,11
 208:2

money   53:1,
 10,13

month   133:13

monthly
 175:25

months   34:25
 165:2,6

Morgan
 80:15,20

morning   8:6,
 7 15:11
 38:18
 72:10
 77:18
 89:18
 185:6
 289:10,11

motherboard
 284:2,4

motion   15:4
 18:15,17,
 18 112:17,
 20 192:2
 202:20
 209:13,20

motions   24:2
 57:20,22
 180:24,25

Mouse   272:11

move   34:22
 41:13
 45:20
 132:20
 134:22
 184:25
 185:9
 190:13
 208:15,20
 211:13
 236:13
 244:4
 245:8
 290:4

moved   20:13
 192:13

moving   81:18
 130:4
 193:10
 208:22
 280:22

multiple
 23:4 28:11
 63:22
 74:11
 147:8
 191:13
 253:10,11
 270:20
 281:13,15

mumbling
 139:6

Muskogee
 229:2

## N

name's   77:18

named   63:18
 142:2
 197:8,13
 262:24
 266:4
 272:22

names   12:20
 19:13
 199:13

nation
 189:17
 200:20

national
 86:2
 156:22
 160:22
 168:9,18,
 20 170:2

nationwide
 159:22

nature   24:11
 32:11
 135:20,22
 136:18
 167:11
 278:13

neces-   59:18

necessarily
 148:13
 183:1
 201:17
 290:11

needed   70:20
 184:4
 217:6
 218:11
 253:11

needing   55:6

negative
 28:4,6
 77:6
 115:8,11
 200:10

neglect
 103:15

neighboring
 260:11

nervous
 129:15

network
 249:6
 270:18

Nevada   109:4

newcomers
 128:18

newer   122:15

NEWS   129:4,
 6,9,11

night   52:18
 73:11
 185:4
 232:9
 234:11

Nobody's
 18:25

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000509

Page 1678

non-partisan
  32:8

nonconfidentia
l  187:24

nonpartisan
  36:18

nonprofit
  32:8 86:6

nonprofits
  85:2,25
  86:2,4

normal  56:18
  241:22

North  34:11
  36:11
  41:10

north-south
  27:18
  265:15

Northern
  143:15

notate
  216:22,25

note  263:13

notes  63:6,
  11,20
  65:1,13,
  15,17,20,
  22 66:2,15
  67:18,25
  78:17,22,
  24 79:1,2
  129:2
  224:22

notice  131:4
  135:4
  136:6,18
  287:25

noticed  47:9
  67:4 68:4,
  22 71:1
  208:25
  258:2
  280:11,13

notices
  287:20

notification
  218:15
  223:11

notify  253:2
  288:4

notion
  161:11

November
  25:20
  46:13
  62:22,24,
  25 63:1,22
  83:2
  133:18
  153:6
  165:18
  196:11
  212:6,11
  223:17,18
  225:8
  244:13
  252:22
  255:18
  256:25

261:22
262:1
264:11
274:20
275:4
281:18,22

number  8:12
  26:25
  27:1,9,11
  29:22 30:6
  33:17,18
  40:11
  44:15
  57:11 67:2
  76:2,8
  99:17
  100:15,25
  101:15
  102:13
  103:2
  109:18
  113:2
  116:4,22
  119:6,13
  122:11
  123:6
  124:11
  126:18
  132:15,17
  194:9
  201:24
  202:10
  215:22
  216:10
  217:2
  218:8
  224:18
  226:4

239:9,15
241:2
260:6,20
261:4,8,24
266:11
271:8,25
272:1,2,4,
6,22 273:1
275:22
276:4

numbers
  25:10,11
  40:6 67:6
  75:13
  92:20
  97:2,6,17
  98:22 99:2
  105:22
  107:1
  108:13,15,
  22 109:20,
  24 110:9,
  15 111:10,
  24 112:8,
  18 113:17
  114:20
  124:4,6
  172:20,22
  174:22
  175:6
  176:11
  177:9
  192:4,11
  193:1,4,6,
  8,11,15
  195:6
  203:2
  261:13

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000510

Page 1679

**numerical**
195:13

**numerous**
160:22
179:18

─────── O ───────

**oath**
289:18,20,
22

**object**  10:25
32:20 33:8
38:4 42:4,
13 44:18
47:22
48:10 50:4
59:1,13
69:10 70:6
90:20,24
91:18
100:1
103:25
108:11
109:2
111:2,4
121:9
131:11
133:9
144:24
145:6
154:15
158:13
162:15
163:11
165:4
169:2

181:2,4
184:15
185:20
188:4
195:20
197:6
198:11
204:24
206:11,20
220:20
221:6
225:11
226:13
228:2
230:15
232:13
233:22
243:13
247:18
261:4

**objected**
182:8
208:6

**objection**
13:6 17:8
41:18
45:22 54:4
57:18
59:15 66:6
71:6 83:6
92:6 97:1,
9 106:18,
20 108:22
109:13
129:20
134:25
145:4

155:10,11,
13,17
158:25
168:24
171:6
172:9,18,
24 173:4,6
174:15,18
180:22
186:10
188:11
195:18
198:11,20
202:20
225:17
226:6
228:18
232:18
237:18
247:15,24
248:17
251:10
255:4
264:4
266:20
273:13
275:9
282:6
284:10
288:11

**objectionable**
45:2

**objections**
11:2 33:17
77:2
136:10
155:9

274:10

**observations**
62:18
63:20 66:2
67:20
72:24 79:1

**observe**
47:6,15
48:24 62:9
72:2 73:4,
8,20 78:2
171:22
218:15,17

**observed**
40:8,15,18
49:18
66:25
96:24
98:22
149:11
176:11

**observer**
62:10 63:6
77:22 78:1

**observing**
42:8 62:15
63:8 65:13
66:17 69:2
77:20
147:11

**obtain**  44:22
139:18
144:11
246:1
252:2,22

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019 Index: obtained..opinions

obtained
  140:2

obvious
  20:22
  97:15

occasions
  191:13

occurred
  26:8
  189:15
  195:13

OCGA  24:6

odd  124:20

oddity  194:1

odds  176:4
  198:2

offer  131:4
  154:24

offered
  182:4
  284:9

office  39:9
  76:6 99:6
  105:1
  107:2
  167:13
  210:22
  211:13,17,
  22 212:4
  213:10,11,
  22 214:8,9
  215:6
  222:20
  223:9

224:25
225:6
228:22,25
229:25
230:6,15,
18 231:20,
24 232:11
233:1
238:18
244:1
246:4
248:22
249:11,13
253:2,15
260:24
267:6,15,
24 269:13
271:8
273:2
274:6
280:13
290:22

officer  28:9

offices
  256:4

official
  223:11
  261:8,10,
  13 274:1

officially
  77:24

officials
  49:20 72:2
  141:10
  147:10
  223:10

225:2

Ohio  160:18

older  95:18

Olens  25:18
  203:6

omits  24:10

omitted
  278:13

op  239:18

open  18:13
  44:15
  45:13
  165:2
  166:2
  167:8
  270:9,18

opened  58:1
  229:18

opening  16:6
  18:11,13

operate  40:9

operates
  56:15

operating
  47:18,25
  141:20
  142:17,22
  143:6,9
  152:4,9
  155:20
  182:24
  237:2,4,6
  267:11

operation
  40:15
  47:15,24
  150:2
  183:4
  212:2
  217:18
  222:4
  278:6

operational
  249:11

operations
  40:13
  144:2
  211:15
  223:17
  248:22

opine  47:24

opinion  97:6
  104:2
  121:2
  158:11
  159:2,20
  162:13
  163:8
  166:24
  170:4,22
  171:1
  172:8
  173:18
  174:22,24
  175:4
  195:11
  198:18
  280:18

opinions

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019    Index: opportunity..paper

41:25
143:18,20,
25 158:11
162:4
169:9,10
170:2

**opportunity**
73:4
104:13
110:8
113:1
126:10
134:4
136:13
180:15
208:2
230:2
252:11,13

**opposed**
28:13
57:15
265:17

**opposing**
57:13

**opposite**
177:22

**opposition**
112:18

**optic** 216:1
**optical**
239:8
252:17
265:4

**option**
285:22

**order** 12:13
14:17 25:4
28:20 53:2
130:2
181:13,18
209:18
217:20
220:1
221:22
223:15
240:13
247:8

**ordered**
182:22
183:25

**ordinary**
68:9,18

**organization**
32:8,9,11
34:9 35:18
46:4 52:22
53:11
62:11 86:6

**organizations**
85:2,25
86:1

**organize**
219:22

**orientation**
242:13

**original**
158:6
224:11

**other's**
17:20

**outcome**
161:20
269:20

**outlier**
94:25

**outlined**
224:20

**outstanding**
266:25

**outward**
234:11
270:13

**overrule**
198:20

**oversee**
211:6

**oversees**
212:6

**overtake**
251:10

**overturn**
30:10
184:10
226:9

**owned** 249:17

**owner** 34:17

_____

**P**
_____

**P-2** 64:22,
24 65:25

**P-3** 97:20,
24 98:1

**P-5** 168:2

**P-7** 168:2

**p.m.** 130:1
187:6,8
242:25
243:1
291:22

**pack** 116:18
202:15

**package**
87:20

**packet**
214:22
255:9

**pad** 55:11

**pages** 66:11
82:2
168:15
170:13
240:18
253:18

**paid** 52:4

**pair** 270:13

**pap-** 197:18

**paper** 21:6,
8,22 22:10
27:2,13,18
28:2 33:11
37:2,9,13,
17 38:2,13
41:13
43:2,4
104:17
105:15

106:13
125:18
148:4,25
149:22
151:10
161:17
171:10,11,
13 174:8,
11 175:6
188:20,22
189:1
199:11,18,
20 206:15,
22 207:11
257:6
258:6
264:25
276:13
277:1,4
282:4

**papers**
140:22

**paperwork**
208:18

**paragraph**
111:25
112:1
238:11

**parallel**
267:11,20
268:20
269:20
287:2

**part**  14:1
32:15
35:11

53:1,2,6,9
125:18
133:20
156:11
169:22
170:13
183:10,11
205:9
211:13
256:17
261:11
262:4
265:20
278:1
287:15

**partial**
131:22

**participate**
252:11

**participated**
62:4
261:1,2,22

**participation**
88:8
257:24
275:20
282:4,11

**particularitie
s**  199:6

**particulars**
201:17

**parties**
133:2
262:15,24
266:4
272:22

273:15

**parts**  163:10
236:22

**party**  24:6,
10,13 30:6
36:18
39:13
46:20
75:6,20
76:18 78:2
86:2,6,10
131:6
132:4
176:4,6,8
177:20
181:10
197:8,13

**party's**  24:8

**pass**  277:22

**passcode**
215:11

**passionate**
81:18

**password**
246:11

**past**  85:8
86:15,17
88:11
113:18
119:6
206:6

**pattern**  21:4
108:8,9,25
175:15
177:22

199:1
205:18
229:15
230:11,22
231:13

**patterns**
20:24,25
95:22
113:17
123:17
124:10
198:9

**pay**  53:2

**Paying**  108:2

**PDF**  252:18

**peer**  141:2,
4 163:4

**pending**
18:15

**people**  21:9
22:6 25:6,
24 29:10
47:10,11
89:6 98:13
100:15,17,
20 157:25
163:20
179:4
190:17
191:4,15
210:2
211:22,25
223:20
226:4
230:17,25

www.huseby.com          Husby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000514

Page 1683

243:25
257:13
280:2,15,
20 281:6

**percent**
21:11,15
22:1 32:17
101:2,6,
11,13
102:11
105:8,10,
11,15,18
107:2,4,6,
9,10,13,
15,18,25
120:24
125:17
126:6
152:25
274:22
275:6

**percentage**
101:10
102:4,15
103:22
104:2,25
107:4,13,
17,22
120:22
274:17,18,
20

**percentage-
wise** 106:8

**percentages**
106:4

**Perdue**

120:15

**perfect** 29:2

**perfectly**
63:10

**perform**
86:18
183:4
186:9,13
190:2
193:18
196:6

**performance**
117:4,22
118:6,8

**performed**
190:6,11
196:2

**period** 46:22
208:11
231:18
268:11

**permission**
132:20

**person** 17:25
19:15
21:20 26:2
56:11
65:22
105:10
136:6
198:18
280:8

**personal**
34:11
43:17

153:4,8
154:18
155:11,13
164:18
177:2
188:20

**personally**
39:20
40:2,20,22
41:11 47:6
90:8
153:20
154:22
164:24
165:4
193:18
224:22

**perspective**
49:9
152:22
159:11
164:25
166:13
179:1,20

**persuasion**
21:10

**pertaining**
140:24
206:13

**petition**
37:4

**petitioner**
13:20
31:17
60:24 80:1
84:2

137:20
184:22
210:11

**petitioner's**
29:13

**petitioners**
13:17 29:4
37:4,9,11
184:20
209:24
284:9

**ph** 65:20
200:25
245:18
290:6

**Ph.d.** 138:6
139:24

**Phd** 138:11
170:13
175:11

**phenomena**
175:2

**Philip**
132:18
158:6
190:6
193:20

**phone** 136:22
215:6

**phonetic**
243:11

**photographs**
72:25 73:2
74:15

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019 Index: phrase..politically

phrase
 121:11

Phrased
 226:24

physical
 217:1,2
 235:13
 248:24
 282:20,24

physically
 153:9
 213:6

physics
 270:2

pick 67:2
 254:15
 276:22

picked
 218:24

picture
 255:11

pictures
 255:9,11

piece 88:24
 189:9,18
 257:6

place 8:11
 19:9 25:13
 27:11
 33:15
 49:13
 94:22
 97:11
 115:25

207:15
216:22
239:20
250:18
252:20
261:15
285:11
289:22
290:22
291:13

places 30:22
 160:2
 221:25
 287:20
 288:1

placing
 217:2
 270:13

plagued
 238:6

plaintiff
 9:22 10:13
 24:25 25:2
 79:15
 80:11
 168:15
 202:22

plaintiff's
 44:4 64:4
 98:2,6,18
 112:15,20
 168:4,8
 194:2
 243:8

plaintiffs
 15:6 24:4

26:11
29:18,20
30:11,20
42:2 60:10
79:15
83:1,13
84:15
136:8
138:8
151:22
152:1

plan 34:22
 36:13

planned
 74:11
 82:11

plausible
 22:15,17
 24:18
 29:24

play 30:6
 238:22,24

pleased
 258:17

point 23:15
 29:17 68:8
 71:8,22
 74:10
 93:13
 97:2,8
 109:2
 111:20
 113:2
 122:11
 129:1
 144:22

159:6
160:4
181:13
193:20
198:15
205:1
206:20,24
217:4
218:18
223:10
238:11
251:9
262:13
283:1

pointed 14:8
 15:1 71:15
 195:4

points 15:15
 96:8
 111:13
 125:18

policy
 206:11

political
 21:10
 81:4,15
 84:22
 85:1,2
 86:1,4,6,
 10 114:15
 119:17
 189:2
 198:4
 199:2

politically
 88:20

www.huseby.com                Huseby, Inc.  Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000516

Page 1685

**politics**
 25:11
 201:11

**poll**  36:15
 39:11
 40:9,11,17
 46:11,15,
 18,20,24
 47:2,4
 48:22 50:2
 55:6 62:9,
 10 67:4,10
 70:13,15,
 20 72:2,25
 73:2,9
 76:13
 77:20,22,
 25 78:1
 81:17,22,
 25 82:6,8
 153:2
 197:18
 205:11
 246:2
 288:4

**polling**
 46:25
 47:4,8
 49:22 73:4
 87:13
 115:25
 200:6
 218:20
 239:2
 287:20
 288:1

**polls**  28:22

 55:10
 122:15
 200:22

**Ponce**  46:24
 47:4 50:2,
 24

**poorly**
 126:20

**popping**
 172:4

**popular**
 123:20

**port**  270:11

**portal**
 251:22
 252:2
 270:13

**portion**
 35:10
 101:1

**portions**
 246:10

**pose**  168:22

**position**
 13:15
 22:20
 23:10,11,
 17 25:1
 27:18 34:2
 51:15
 52:2,4
 70:15
 134:13
 151:1,4

 210:25
 240:11
 278:17
 283:13

**positions**
 15:13
 218:9

**possession**
 268:2

**possibility**
 258:22

**possibly**
 26:6 95:6
 119:11
 136:13

**post**  148:13
 260:22

**post-**  35:22
 36:6

**post-election**
 36:10,13,
 15,17,20
 149:8
 206:4,6
 207:9
 217:15
 231:22
 258:15
 260:22
 278:24
 279:2,10

**posted**
 287:20
 288:1

**potential**

 166:11
 230:22

**potentially**
 86:22
 144:25
 167:15
 283:6

**power**  24:8,
 11 213:1
 217:10
 246:2

**powered**
 237:4

**powering**
 223:22

**practical**
 39:17

**Practice**
 18:20

**practices**
 38:2,11
 42:15
 186:13

**pre-**  217:15

**pre-election**
 222:22
 234:8

**pre-filled**
 268:8

**preceding**
 289:24

**precinct**
 50:24
 75:20

www.huseby.com      Huseby, Inc.  Regional Centers      800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000517

Page 1686

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019 Index: precincts..printer

76:2,9
125:2
128:2,4
174:2
176:25
177:10
178:25
189:25
190:4
192:24
193:18,24
194:6
195:2,11
196:4,8
232:11,25
238:24
263:11,13,
18,20,22,
24 264:10,
11

precincts
124:17
125:2,4,6,
11,13
126:1,6
127:2,25
195:2,4
214:1,18,
20 238:22,
24 272:1,2

predicate
198:15,17

predominant
239:11

prefer  133:6

preference

9:4 241:6
252:10

prefilled
218:6

prematurely
223:22

preparations
147:8

prepare
136:6
265:22

prepared
98:18
138:18

preparing
136:1
215:25

present  99:2
111:11
229:18
264:10
271:24
278:15
281:1,24

presented
14:2 24:2
101:22
111:15

presenting
28:15

preserve
20:18

preserved
19:1

president
259:24

presidential
241:6
252:10

presiding
15:10
236:11

press  28:4,6
115:8
200:11
283:8
288:6

presses
219:6

pressing
219:13
287:22
288:1

pressure
283:13

pressure-point
283:11

presumed
29:18

presumption
24:11,13

pretty  97:15
169:10

previous
46:15
88:13
119:9
191:25

229:8
235:20

previously
127:17
133:6
184:13
190:15
197:22
229:4
232:4
248:13
249:18

prima  22:9
24:4

primarily
36:11

primary  75:2
241:6
252:10

print  64:11
65:6,9
73:2,11,
15,17
279:2

print-on
217:1

printed
76:13,15
217:15
234:11
235:20

printer
217:22
218:1
239:18

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000518

Page 1687

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019   Index: printing..programming

printing
  236:4,6

printout
  268:13

printouts
  285:15

prints  66:9

prior  29:15
  95:22
  101:18
  102:8
  104:2
  118:17
  135:4,15
  190:15
  200:6
  249:13
  277:10

privacy
  32:10

private
  249:6

probative
  21:4
  109:22

problem
  18:2,10
  20:15
  26:8,9
  49:22
  51:15  69:2
  75:18
  148:18,20
  171:15
  176:11

178:9
278:25
282:20,24,
25 283:4
286:22
287:2
288:4

problems
  32:18
  35:15
  37:20
  147:15,18,
  20  148:2
  150:4,6,11
  162:18
  163:2
  167:22
  179:25
  223:6
  287:4,6

procedure
  18:15
  42:24
  136:10
  209:10

procedures
  37:17,20
  38:2,11
  42:15

proceed
  207:25

proceeding
  39:4
  135:22
  206:13

proceedings

23:2,25

process
  19:15
  54:15,20
  55:4  63:10
  135:22
  194:13
  214:13
  216:4,15,
  22  252:13
  277:20
  278:2

processes
  37:15

produce
  24:10
  233:15
  241:15
  252:18

produced
  212:20
  214:17
  232:6
  233:13
  268:13

produces
  239:4

product
  212:17

production
  252:22

profession
  170:6

professionally
  10:15

professor
  132:18
  133:13
  192:22
  193:15
  195:15
  196:2

proffer
  131:4,6,9
  132:10,11
  181:1

proffers
  98:13

profiled
  26:18

program
  141:22
  161:22
  212:20
  219:18
  220:8
  250:10,13,
  25 283:20
  286:6

program's
  259:11

programing
  216:4

programmed
  141:22
  178:13

programming
  15:25
  167:13,20
  178:4

207:18
211:6
212:24
213:6
218:24
219:1,2,4,
15  220:18
249:8
250:2
277:15
278:8,13
283:15
284:8

**programs**
245:22,25

**progression**
40:15

**promise**  31:8
60:15
79:17
83:18
137:11
210:4

**proof**  25:4
241:10

**proofing**
253:11
278:22

**proofs**  246:2
252:2

**propagated**
189:10,18

**proper**  44:22
155:17
172:15

217:15,17,
20,25
235:18

**properly**
47:25
76:24
77:10
223:24
268:18

**properties**
141:20

**prosecution**
22:13

**protection**
246:11

**prove**  24:20
110:22
237:20

**proved**
245:1,2

**proven**
244:15,17

**provide**
161:10,20
164:17
214:15
215:6
219:1
252:15,18
267:17

**provided**
13:22
215:9,17
278:22

**providing**
42:2

**public**
113:18
117:10,15
168:13
187:25
218:15
228:15
270:20

**publication**
163:4

**publications**
156:20
162:4

**publicized**
218:13

**publicly**
85:17

**publish**
141:4

**published**
140:22
141:2
148:4
149:24
158:4
160:17

**pull**  193:6
220:6

**pulled**  68:11
193:1,2,6,
8,11,13

**pulling**

133:11

**purpose**  18:1
164:15
168:20
213:6
220:6
241:10

**purposes**
239:9
252:2
278:22

**push**  277:13
287:15

**pushing**
234:10
238:13
241:11
282:22

**put**  64:6
71:15
72:6,8
74:17
79:1,2
93:22
108:13
132:9
209:18
216:13
217:1
218:15
223:1
228:11
236:13
242:6
248:8
249:13

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000520

Page 1689

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019   Index: Putin..questions

250:15,18
283:8

**Putin** 270:22

**puts** 85:13
151:15

**putting**
85:13
108:13
170:15
215:20

———

**Q**

———

**quacks**
185:24

**qualification**
42:15
155:11

**qualifications**
82:11
138:17

**qualified**
33:9,18
38:6,11
39:2,11
41:18
42:4,6,22,
24 43:1,15
59:20
92:13
97:13
108:11,13
143:11,13
151:11
198:18
213:24

**qualify** 34:2
92:17,22
97:13
145:20
150:1,10

**quantify**
175:15

**question**
9:18 29:25
30:18
32:22
33:15,18,
22 38:4,10
39:25
42:25
43:15 45:2
48:2,13,25
50:4,9,17
51:8,13
54:22
56:10,11
57:4 59:4,
15 74:13
76:17
88:25
97:18
100:4
104:8
106:22
109:6
112:24
120:8
121:10,11,
13,18,20,
24,25
124:2
126:18

127:15
146:10
149:17
154:10
158:15
162:2,24
163:15
165:8
171:9
173:13
176:15,17
182:10
185:9
186:2
191:18
195:22
198:15,22,
24 202:2
203:4
204:24
205:6,18
206:11
208:4
221:18
226:22
231:4,25
232:15
233:18
237:22
247:18,20
249:2
254:1
261:1
267:8
281:4
284:6
288:6

**questioning**
220:22
275:13

**questions**
34:8
38:15,20
41:15,17
43:13
51:18
58:15
59:10,24
66:15 79:6
82:2
89:15,20
90:22
91:2,13,15
92:22,25
94:10 96:9
108:18
113:8
114:4
119:22,25
120:25
121:1
123:6,11
128:20
144:24
145:2,10
150:15
153:15
154:6,11
183:25
188:13
203:20
237:20
245:6
254:10
262:11

270:1
279:17
287:8
288:10,13

**quickly**
15:8,15
187:2
205:18
276:22

**quit** 179:15
238:13

**quote** 24:6
25:22
171:11

---

**R**

---

**R6** 255:13,
15

**rabbit** 188:4

**race** 21:11,
24 22:6
28:13 30:2
71:2,15,
17,18,25
73:13
75:15
87:13 89:8
95:22
97:11,15
99:15,18,
24,25
102:6,10
104:15
105:24
106:15

107:22
108:10
109:4
113:20,25
114:1,24
115:22
117:13,17
118:1,2,17
120:10,11,
15 122:25
123:13
125:18
126:2,11,
13 127:18,
20 128:13,
17 171:25
177:11,13
179:15
184:18
199:6
200:6,9
201:18
219:22
221:22
225:13,18
230:11
231:13
240:1,13,
15,18
241:2,18,
24 242:1,
9,11,13
244:13
254:6
255:20
256:1,2,
10,11,15
257:2,6,9,

13,20
258:1,9,13
259:9
262:6
264:18
265:4,6,9,
10,20
268:24
271:4,24
272:2,6,8,
24 276:24
279:2,9
280:22
282:6,11
285:20,22

**races** 71:4
73:13
94:20,22
95:18,22
102:4,8
108:24
113:18,24
116:6
117:15,18,
24 119:6
124:4
125:25
126:11
198:10
199:9
200:17
201:2
202:11,13
213:24
214:10,11
218:10
239:2,6,15
240:13

241:22
242:2
252:18
254:25
255:22
258:18
263:13,20,
22 264:9,
10 268:22
271:6
272:25
273:18
279:6,8
281:15,17,
24 282:10,
15

**racial** 28:11
115:10,11

**raise** 31:6
52:25
53:10
60:15
79:17
83:18
137:11
210:2

**raised**
57:18,20
131:22
183:24
184:13
190:15
198:2
226:9
230:13
237:18
269:2

www.huseby.com    Huseby, Inc.  Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000522

Page 1691

270:1

**raises**  15:17

**raising**
53:13

**ran**  26:25
35:4
116:11

**random**  22:4
175:24
177:18

**randomly**
176:4

**range**  26:15
86:2
102:20

**rare**  179:6

**rate**  105:8
171:24
174:10
205:22
282:4,11

**rates**  122:17
123:1,2
124:15

**raw**  179:6

**RE-DIRECT**
56:24

**re-elect**
38:4

**re-litigate**
284:11

**reach**  24:8
85:4,18

109:10
260:24

**reached**
170:22

**reaction**
73:22

**read**  20:24
64:8,13,22
131:17
135:20
169:6,22
170:13
171:18
194:18
216:18
218:2
222:6

**read-**  286:4

**read-only**
182:24

**reader**  218:2

**reading**
133:17

**ready**  130:9
131:1
218:20
267:6

**real**  44:18
51:22
128:8
149:2
208:22
276:22
290:18

**rearguing**
24:2 93:9

**reason**  14:18
18:1 21:2,
11,25 22:8
109:13,20,
25 148:6
178:6
217:6
221:4
238:9
244:24
269:22

**reasons**  21:2
28:11
89:11
91:22
92:13 95:4
96:13,15,
22 97:15,
17,18
121:17
122:6
139:8
280:10

**rebooting**
179:4

**rebut**  93:13

**rebuttal**
17:11

**rebutted**
24:13

**recalibrate**
278:1

**recall**  68:4

120:11
121:6
123:8
170:20
204:15
246:15
252:6
258:9
262:17
267:8

**recalling**
194:4

**receipt**
234:15

**receive**
28:20 52:6
76:18
116:4
214:25
215:1
223:6
224:18
264:18,25

**received**
26:13,17,
18 28:4
95:6
116:22
117:11,25
123:6
125:2
188:1
200:11
202:9,10,
17 215:2
223:6,15
231:20

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000523

246:20
255:6
262:15
277:8

**receives**
73:10

**receiving**
69:25
231:22
246:15

**recent**
142:25
152:18

**recently**
81:24
136:11
140:20
160:20

**receptive**
217:13
281:10

**recertificatio
n**   229:1

**recertified**
229:11

**reckon**
196:18

**recommend**
206:9
207:8

**recommended**
186:13

**reconciled**
16:1

**record**   18:18
19:2,4
20:10,11
31:24 46:2
51:10 61:6
64:6,20
65:25 66:1
72:13
73:11
80:10
84:10
98:13
106:20
107:20
109:8
121:22
129:25
130:22
132:9
138:2
168:1
169:25
185:20
187:6
190:15,22
209:22
210:18
228:11
233:18
234:15,22
238:11
242:25
244:25
269:4
273:18
275:2
277:13

**recorded**
29:1 77:10
157:22
219:15
233:11
279:6
287:15,17

**recording**
9:2 35:2
65:13
234:18

**recordings**
8:14

**records**
40:15
44:11,13,
15 45:13
166:11
187:25
232:1,4
247:2

**recounting**
207:15

**recourse**
161:10,11

**recovered**
235:8

**RECROSS**
286:17
287:10

**RECROSS-
EXAMINATION**
50:13
113:11
114:6

**red**   49:17
50:6,22

**REDIRECT**
43:10 93:2
120:4
156:6
187:11
204:1
279:22

**reduced**
241:13

**refer**   67:18
99:4

**referred**
245:17
284:6

**referred-to**
44:2 52:13
64:2 98:4

**referring**
204:8,10,
11 245:20

**refers**   247:1

**reflect**
101:6
130:22

**reflected**
111:25

**reframe**
158:25
172:25

**refused**
184:24

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000524

Page 1693

**regard**
121:15
247:1

**registered**
77:22
80:18
81:6,25
83:2
275:15,24

**registration**
9:13
157:22
166:9
167:6,9
189:20
204:18,25
205:2,8,13
225:10,13,
24 226:2
227:4,11
237:18
238:6
247:2
260:25

**Registrations**
28:18,24
38:20
89:20
150:24

**regular**
177:22

**regulation**
164:4

**regulations**
240:17

**regurgitating**
184:13

**rejected**
223:22

**relate**  58:24
142:20
251:13,15,
18 281:2

**related**
141:1
165:13
206:20
214:18,20
243:13
244:6,9
251:20

**relates**
96:24
155:2

**relating**
67:25
101:18
190:25
226:20

**relation**
265:2
280:20

**relationship**
239:4

**relative**
201:15

**relayed**
214:2

**release**

157:2
273:15

**relevance**
57:18
59:15
165:13
180:22
184:15
226:13

**relevancy**
145:6
162:15
165:13
228:2

**relevant**
45:25
57:22
59:17 92:2
116:20
146:4
155:2,13
162:18
181:2
184:17
206:13
225:15
247:22
248:6

**reliable**
20:2

**relied**
170:11
171:15

**relies**  24:11

**relocated**

211:15

**rely**  170:4,
6

**relying**  17:4

**remain**  60:2

**remaining**
17:9 18:2

**remedy**  25:25

**remember**
110:20
113:4
191:10
198:24

**reminder**
16:10

**removed**
217:4

**render**
198:18

**renew**  41:18
97:1
202:20
228:17

**renewed**
112:15

**reorganization**
34:18

**repair**
150:11
277:24

**repeat**
198:22

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000525

Page 1694

repeated
166:22

repeatedly
182:13,15
247:4

repeating
39:24
164:13

repel  24:9

rephrase
106:18
153:17,18
195:22,24
230:18
232:20

rephrasing
59:6

report  75:6,
20 76:22
77:8 98:18
99:2,10
104:25
160:18,22
168:10,13
178:24
214:22
223:2
262:13,15,
20,22
263:13,17
264:11
265:22
266:6,22
271:22
278:20

reported
76:1,6,10,
17 157:20
174:1
179:2,11
191:15
195:8,9
232:8
234:6,11,
22 279:4

reporter
61:9
129:4,6,9,
11

reporting
63:11
75:13
149:17
171:25
172:2
179:4,13
272:2

reports
160:20
191:4
214:17
235:22
252:15
262:11
263:11
264:6,8
266:10,11
271:22
278:20
279:2

represent
38:18

89:18
150:22

representative
16:18
25:25
124:6,13,
18 125:2,
13 126:1,
2,8,22
127:2,25

representing
25:18

Republican
177:13
178:4,8
204:11
219:15
220:11
240:11
241:6
259:4

Republicans
252:11

request
10:11
11:11
12:13 17:4
29:13
44:11,13
51:11
98:18
135:2
183:25
267:17

requested
184:2

requests
44:15

require
23:15 96:2
149:20

required
14:15 43:1
56:8 59:11
154:25

requirements
53:10

requires
26:4 47:22
135:2
230:15
235:15

research
103:20
140:20
142:2
189:6

researched
142:4

resemble
108:17,25

reserved
26:1

reside
219:15
283:25
286:9

residence
166:6

residency

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000526

Page 1695

249:13

**resident**
39:10  41:6
80:20

**resides**
196:15
283:20
284:1,22
285:4

**resisted**
24:24

**resolved**
15:8  67:9,
10

**resources**
32:17  87:2

**respect**  29:4
124:9,10
135:2,18
158:11
159:15
162:13
228:22
238:2
253:13,15,
18

**respond**
117:2
131:24,25
145:22
155:15
277:18
283:4

**responded**
162:4

182:15

**responding**
106:20
149:11

**response**
11:20,22
14:9  22:24
23:1,2
44:11
69:25
112:15
120:8
192:1
204:18
235:2
283:2

**responses**
223:4

**responsible**
213:11

**responsive**
32:22
218:10
235:18
278:6

**rest**  51:11
132:4
139:9
192:6,13
203:2

**restating**
248:13

**restored**
235:11

**result**  19:9,

22  26:4
29:22
30:22
48:18
69:22
71:10
222:18
233:15
234:6
235:9,24,
25  242:4
256:13
257:13
262:6
280:2

**results**
19:18
22:18
25:15
29:20
35:22
85:15
86:25
87:18
89:13
92:1,13
94:13
96:24
157:4,8
172:6
173:2
174:2
177:8
190:10
219:25
236:20
262:13
268:13,15

269:11
282:13

**retained**
211:25

**retender**
96:20

**retired**
34:15

**return**  151:8
215:6

**returning**
72:22

**returns**
271:4,18
274:2,6

**reveals**
56:13

**reverse**
181:9

**review**  13:2
44:13
70:24,25
94:13
95:11,13
103:8
107:20
108:24
110:9
111:24
114:10
124:6
141:2,4
153:4,10
156:11
160:18

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019 Index: reviewed..running

163:4
172:2
178:17,22
179:10,13,
15,17
180:15
182:22
214:13,24
228:22
233:20
237:4,11
252:2,13
276:24

**reviewed**
39:22
40:2,4
94:18
101:18
105:22
106:1,2
108:24
109:11
147:4,6,9
156:11,15,
20 157:1,
2,4,8,10,
17,20
160:10,15
162:4
178:22
187:20
190:25
199:2
200:6
214:8
272:20

**reviewing**

164:2
223:4
278:24

**reviews**
153:8
191:4

**Rhonda**   9:11

**Rice**
138:22,24
139:10,11

**Richard**
16:20

**Richmond**
229:2

**Rick**   147:9
157:18
164:4

**ride**   69:6

**rig**   23:20

**right-hand**
241:25

**right-leaning**
205:25

**rights**
151:18

**ripped**
133:22

**risk**   149:13
166:18,20

**rite**   131:18

**Robyn**   131:4

**role**   30:6

62:6 75:2
90:2
238:18

**ROM**   182:24

**roof**   236:9

**room**   290:18

**rooms**   291:4

**round**   176:15

**routine**
53:10

**routinely**
228:10

**rows**   101:25

**rule**   8:14
10:20
11:2,11
13:1
16:10,11
17:13 18:4
108:18
129:6
133:11
135:2,6,
11,15
136:2
137:1
154:13

**ruled**   19:4,6
172:15
181:2,4
184:6
190:11
202:25
208:18

221:2
237:15
238:8,13
247:4,17,
25 248:13
261:11
284:11

**rules**   135:20
136:18,22
240:8,9,
17,22

**ruling**
130:10
169:25
190:15
208:8
209:10,11

**rulings**
143:22

**run**   27:25
86:11
116:17
141:11,20
142:15
152:4,8,11
207:8
244:22
259:25
260:4,9,11
262:13,20,
22

**running**
27:22
115:6
128:15,18
142:6

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000528

Page 1697

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019  Index: runoff..secretary

152:15
166:2
180:4
200:4
201:10
202:18

**runoff**  62:18

**Russia**
270:22

─────────────
        **S**
─────────────

**sadly**  21:18

**safe**  291:11

**sample**  21:9
149:15
167:6
214:15,22
252:15
278:22

**samples**  22:4

**Sara**  60:11,
22 61:2,6
65:15
72:20
74:25
77:15
78:13

**satisfactory**
24:11

**satisfied**
13:20,22

**satisfy**  14:2
83:4

**saved**  215:2,
13 284:17
285:2

**saving**
217:25

**scalability**
252:8

**scaling**
241:4,11,
13

**scan**  216:1
239:8,18
252:17
265:4

**scanners**
216:1

**scenarios**
194:24

**schedule**
129:18
135:24

**scheduled**
135:15

**scholarly**
156:15

**school**  61:24
81:13
117:9
131:18
139:1,2,13
195:6

**science**
39:15
81:15

84:22
138:6,25
139:4,18
162:6,11,
13 163:4
168:9
198:4
199:2

**Science's**
160:22
168:18

**Sciences**
156:24
170:2

**scientific**
148:15

**Scientists**
168:20

**scoring**
142:20

**screen**  40:10
49:4,15
70:24,25
172:2
179:10,13,
15,18
217:11
218:11
219:9
223:20
224:2,11
235:15,17,
18 239:18
241:4,11,
13,18
242:2,9,11

255:15,17,
20 256:15
259:2
266:15
268:1
278:1
280:22
281:15
282:2,20,
25 283:10
285:11
286:22
287:15

**screens**
50:22
160:4
254:6
255:20
256:13

**sealed**
218:20

**seat**  31:11
61:8 79:9,
20 80:8
83:22

**seats**  8:8
10:2 124:6

**secondary**
19:24

**seconds**
289:1

**secretary**
44:13,15
45:13 46:4
57:15 74:9

www.huseby.com                    Huseby, Inc.  Regional Centers                    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000529

Page 1698

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019   Index: section..sessions

76:6,11
95:8,17
98:22
99:10
101:13,18
104:20
105:22
106:9,13
107:2,6
109:17
117:1
118:13
131:6,13
167:11
177:8
192:4
201:10
210:22
211:1,13,
17,22
213:8,10,
22 214:8,9
222:20
225:4,20
226:18
227:13
228:25
229:9,13,
24 230:4,9
231:11,15,
20,24
232:11
233:1
235:2
236:22
237:10
246:4
248:20,22,

25 249:10,
13 260:24
265:11
267:6,15,
24 269:13,
15 273:17
274:2,6
280:13
281:24

section
225:4

secure
141:11

Secured
168:10

security
140:10,11,
18,20,24
141:20
158:6
166:24

seek   27:25

seeking   37:6
52:25

selected
193:22

selecting
193:22

selection
70:25
71:2,17,24
168:15
259:4

selections

268:9

self-   67:11
70:20

self-cast
71:22

self-correct
67:11

self-
governance
81:20

seminar
140:20

senate   15:11
30:2
113:25
120:11,15
127:18,20
255:20,25
256:1,10
257:1,6,
11,13,18
262:6
276:24

send   44:15
53:18
267:22

sending
53:17

sends   267:18

senior   28:9
67:20 68:1
73:24
290:1

separate

229:2
233:4
258:18

sequence
25:4
233:24
246:13

sequestered
17:2

sequestration
25:6

serial   40:6
217:2

serve   166:10

server   36:13
166:1
189:10
245:20,22
246:1,9,10
250:13,15,
18 251:20
252:1

servers
237:8

service
72:2,4,6,8
113:18
117:10,15
136:15

serving
154:17

session
15:10

sessions

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000530

Page 1699

172:4

**set**  25:22
55:13,18
56:11
112:22
133:15,18
134:4
136:9
166:4
181:15
208:11
217:13
218:20
221:22
239:9,17,
18  240:2,
11,13
252:13
257:4
277:22

**setting**
25:24
217:24
278:4

**setup**  56:18

**seventh**
220:11

**sheer**  239:15

**short**  50:18
83:11

**shortly**
34:22
200:11

**show**  22:15
23:17,18,

24  24:4,18
26:6,11,13
28:2,22,25
29:24
30:22
38:15
52:11,20,
24,25
56:15
101:25
103:11
104:25
105:4
166:11
167:17
177:9
219:25
220:10
225:22
233:15
234:4
244:22
254:17,24
255:18
263:6,8,20
264:8
266:4,11
271:15,18
273:22
274:17
278:25
279:2

**showed**  180:9
232:24
233:2
241:13
266:24,25

**showing**
30:11
179:6
218:11
232:8
242:9
263:22
283:2

**shown**  24:4
30:18  97:6
234:6
241:4
254:4
264:11
287:1

**shows**  20:22
23:11
56:15,17
99:13
105:6
220:11
222:6
234:9
254:22
263:17,18
264:9
266:8,15
271:22,25
272:1,2,4,
6  279:6

**shut**  244:22

**shutdown**
40:13

**shutting**
68:22

**sic**  26:17

133:18
176:25

**side**  10:10
118:13
132:1
201:6
239:11
241:8,24,
25

**sides**  17:22
111:13
181:13
183:24
185:22

**sidetracked**
182:2

**sift**  96:4

**sign**  49:18
51:4
130:20
177:17

**sign-in**
252:1

**signed**
215:17

**significance**
26:9

**significant**
15:25
25:20
152:24
161:20
166:9
167:10
171:24

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000531

Page 1700

172:6,8
173:22,25
174:4,11
188:9

**significantly**
174:1,11
176:6
202:9
282:4

**signoff**
214:25
215:1,2

**signs** 16:2
148:22
150:4
170:18,22
171:2,10,
22 178:20
179:2
191:2

**similarities**
152:25

**simple**
22:22,25
23:2,4
97:15

**simplistic**
175:10

**simply** 11:22
15:13 22:4
23:13
28:13 42:2
111:13
172:15
175:17

184:13
198:25
209:9
220:6
227:1
248:13
265:11
273:25

**single**
155:17
189:8

**sir** 17:1
18:20
20:11 53:9
114:4
122:1
140:6,18
141:8
143:13
144:4
152:2,6,
13,18
153:2,13,
24 156:18,
22 157:2,
6,9,13,20
158:2
159:18
160:13
163:6,17,
24 168:6
170:20,25
177:6
180:9,18
185:13
187:18,20
189:4

190:2,4
193:20
196:9,13
197:20
198:6
199:22
200:4
201:8,13
205:11
208:13
209:6
231:13
235:1
245:1,6
250:15,17,
20 251:15,
18 255:2
258:11
269:24
271:11
274:17,20,
22 275:6
281:22

**Sister** 81:13

**sit** 9:2
10:17,18
13:10,11
68:22
137:4
138:2
210:22

**site** 235:6
246:8

**sitting**
20:13 69:6
196:13

**situation**
136:15
223:1
247:25
256:6
265:15

**situations**
231:1

**six-pack**
220:13

**size** 240:10
241:11

**skip** 122:25
281:6

**skipping**
34:20
143:2

**Skype**
133:22,25
134:4,20,
22 136:22

**slightly**
35:8

**slowly** 270:6

**small** 32:11
49:13
53:11
64:13 65:9
101:1
149:15
183:10,11

**smear** 58:2,
6,11

**smooth** 63:10

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000532

Page 1701

smoothly
  129:18

Smyth   9:11,
  24

software
  147:18
  150:4
  152:11,15,
  22 158:17
  159:13,15,
  20 161:13
  166:4
  178:1
  179:8
  180:4
  249:9
  283:6
  286:9

sole   184:11

solely
  128:2,4
  206:15

solicit
  191:15

soliciting
  53:6

somebody's
  278:13

sort   10:4
  42:1 74:8
  116:2,17
  122:8,17
  141:17
  161:22
  179:2,24

180:18
213:6
220:15
228:4
237:11
272:11
275:13
280:6,8,18

sound   185:18
  193:10

sounded
  192:13

sounds
  185:22
  194:8,11
  209:8
  236:2

source
  157:1,4
  161:18
  162:2

sources
  172:11
  191:6

South   36:11
  185:25
  260:11

space   239:25
  257:6

speak   49:20
  106:20,22
  139:6
  219:18
  224:8
  234:20

speaking
  204:6

specialized
  39:15

specialty
  270:4

specific
  10:15
  29:20
  48:13,15
  87:20
  89:13 92:1
  142:11
  147:15
  158:18
  162:20
  179:24
  213:25
  216:4

specifically
  117:4
  127:22
  152:4
  156:18
  181:13
  190:11
  191:13,17
  194:22
  204:17
  207:11
  219:22
  228:1
  288:4

speculates
  221:8

speculation

26:4 30:10
122:13
173:8
285:25
286:1

speed   100:6
  248:4

spell   61:8

spending
  34:24
  35:13

spent   32:15
  35:18
  36:20

split   238:24
  241:18
  253:18

splitting
  242:13

spoke   74:1

spoken
  157:25
  158:6

spontaneously
  179:4

spreadsheet
  64:13
  65:2,6,10,
  11

spring   37:20

square   26:24

stack   57:8

staff   39:8

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000533

Page 1702

211:18,20

**stamp**
217:17,18

**stand**  42:1
58:20
63:13
248:9

**standard**
56:2,4,18
170:6
237:6
241:22

**standing**
11:17
49:10

**standpoint**
159:25

**stands**
212:18
286:8

**Stark**  132:18
133:15
134:22
158:6
190:6,13
191:4
192:22
193:15
195:17
196:2
197:22

**start**  65:15
66:10,11
122:25
207:18

213:20
218:4
258:18
289:11
291:17

**started**
33:25
67:15,17
68:9,22
180:6
239:20

**starters**
122:10

**starting**
16:13,15
36:10
160:4
207:20
280:20
289:10

**starts**  66:22
122:20

**state**  15:11
19:17
21:10  23:6
26:13
28:20
31:24
33:13
38:13
44:13
45:13  46:4
57:11  61:6
74:9  76:11
80:9,18
84:10

90:15
98:24
101:13
104:9
105:24
106:9
107:6
109:17
117:1
118:13
124:6,13,
18  125:2,
10,11,13,
25  126:1,
6,22
127:2,25
131:6,13
136:10
138:2
147:10
149:10
153:4
159:13
160:18
165:1
166:24
167:15,17
182:22
186:6,11,
18,20,22
187:22
188:2
192:4
196:11,15
198:17
200:24
201:2,10
202:4,11

206:9
207:18
210:18
211:1,6,8,
10,15
212:8,9
222:20
225:20
226:20
227:15,18
229:10,13,
18  230:9
231:11,15
235:2
236:22
237:8,10
239:25
240:8
241:20
243:15
244:2,6,9
246:4,6
247:15
248:15,20,
22,25
249:9,11
250:6,11
255:11
256:2,11
258:25
264:18
265:11
267:18,24
269:17
273:17
281:25
284:4,9

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000534

Page 1703

**state's**  76:6
  95:8,18
  99:10
  101:18
  104:20
  106:15
  107:2
  167:11
  177:8
  210:22
  211:13,17,
  22 212:4
  213:10,22
  214:8,9
  222:20
  225:6
  227:13
  228:25
  229:25
  230:6
  231:20,24
  232:11
  233:1
  246:4
  248:22
  249:13
  260:24
  267:6,15,
  24 269:13
  274:2,6
  280:13

**stated**
  109:15
  167:2
  212:6

**statement**
  9:8 16:6

  18:11,13
  51:9,13
  110:22

**statements**
  97:15
  111:2
  157:10,15
  178:18
  181:10

**states**  54:18
  81:20
  95:11,22
  96:20
  103:9
  151:20
  159:6
  167:1
  256:10
  257:1,6,
  11,18
  260:2,11,
  15 262:2

**statewide**
  26:25
  40:17
  46:20
  85:15
  113:20
  116:6,11
  124:17
  126:6
  127:2
  202:13
  264:10
  271:6
  272:25
  273:2,17

**statically**
  173:20

**stating**
  231:22

**statistic**
  173:24

**statistical**
  149:13
  174:13
  190:4,6
  192:24
  193:15,18
  196:4,6
  197:25

**statistically**
  173:24
  174:4,11

**statistics**
  149:20
  174:17

**status**
  266:9,13

**statute**  12:6
  14:4,9,20
  15:17 16:6
  24:6
  240:11,13
  253:13

**statutory**
  25:22
  30:17

**stay**  10:22
  16:18,22
  17:18

**staying**
  10:25 11:4
  18:11

**stays**  10:24

**steps**  153:10
  219:4
  278:4

**Steven**
  243:11

**stick**  111:15

**stipulate**
  82:22
  110:11
  248:4

**stipulated**
  110:22
  111:4,6
  273:15

**stipulation**
  82:25
  110:15

**stood**  208:6

**stop**  209:4

**stopped**
  49:18

**store**  290:10

**stored**  183:1
  235:10

**strategies**
  85:4 87:1

**strategy**
  86:22
  87:20

**stress**
201:15

**stricken**
51:13
190:15
191:25
202:22
220:22

**strike**   16:4
51:9
194:25
199:25
221:4

**strips**
197:17,18

**strong**   41:25

**struck**   50:2

**structurally**
238:20

**structure**
222:4
241:1

**student**
81:17

**studied**
118:6

**studies**
139:20
157:8
189:6
194:18

**study**   84:22
86:11 90:4
117:20

118:4,6
138:24
139:2,15
144:13
160:15
168:18

**studying**
138:6

**stuff**   111:9
131:17
150:8
154:13
167:18
170:13
171:18
185:6
221:13
290:8,11
291:2

**stupid**
181:22

**style**   239:4,
8

**subject**
140:8
160:11
184:25

**submission**
198:13

**submit**   71:18
74:4

**submitted**
71:20
77:1,2
131:6

176:24

**subset**
149:15

**substantially**
155:22

**substitute**
169:18

**succeed**
29:22
30:24

**successful**
87:2 88:22

**successfully**
73:18

**suddenly**
136:20

**suffice**   28:1

**sufficient**
14:2 165:1

**suggest**
170:9

**suggesting**
219:13

**suggestion**
237:17

**summary**
224:11
271:22

**summer**   142:1

**superintendent**
16:22
117:10

**Superior**
135:2,11

**superstar**
201:6

**support**
13:24 42:2
73:18
142:18
198:13

**supporting**
246:6

**suppose**
115:2
154:4
194:15
219:2

**supposed**
8:15 55:25
135:9
215:11

**Supreme**   30:9

**Surely**   38:17
110:4

**surgery**
64:22

**surprise**
119:15

**survey**
156:18

**suspicious**
200:18
204:8

**sustain**
172:24

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000536

Page 1705

188:11
228:6
232:18
248:17

**Sustained**
104:4
226:15
228:18
282:8
284:13

**swear** 31:4

**swift** 14:20

**switch**
219:13

**switching**
220:17

**sworn** 31:18
60:25 80:2
84:4
137:20
210:13

**sync** 67:8

**system** 19:18
26:13
27:13
33:11
35:6,10,
11,13
37:22
41:13
59:11
65:2,13
81:18
142:17
143:4,6,9

144:25
145:1,2,8,
13 147:4,6
148:22
151:9,10,
15 152:4,
9,17
155:20
157:2
160:17
163:9,22
164:6,8,25
165:2,20
166:2,15
167:6,11
171:22
173:4
177:17
178:20
182:24
183:20
184:9
204:20,25
205:2,8,9
207:11
212:6,22
215:18
217:18
219:4,18
225:20,24
226:4,11
227:4,6,
10,11,15,
20 228:1
229:1
230:10
231:11,17
237:2,4,6

238:6,18
244:15
247:6,9,
10,11,15,
17 248:6,
20 249:10,
13,15,18,
22,25
250:1,9,22
260:25
265:24
267:22
269:18
270:9,10,
11,17,18,
24 272:4,
18 277:22
278:4
279:6
285:11
286:24
287:1

**system-wide**
179:24

**systematic**
28:11 96:4

**systems** 35:2
141:6,20
142:22
144:18
146:22
159:2
160:11
163:9
189:20
206:10
211:2,4

212:18
227:25
228:24
244:2
245:22
246:4
249:11
267:11

_____

**T**
_____

**table** 10:2,
4,17,18
11:11
32:20
99:4,9
101:22
102:2,24

**tabulate**
75:4

**tabulated**
233:4
269:11
272:11

**tabulating**
272:4

**tainted**
23:11

**takes** 27:11
119:18
163:4
216:22
225:1
239:4

**taking** 33:15
48:9 49:4

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000537

Page 1706

67:15
101:9,13
109:20
129:2,20
179:18
216:4

**talk**   49:24
69:4
110:22
111:8
133:13
177:2
185:25
198:2
248:10
270:6
289:2

**talked**   77:4
78:20
122:2
149:4
163:13,20
164:6
169:6
189:6,24
261:13
275:11

**talking**   58:4
112:4
126:11
165:9,10
195:20
215:10,11
227:24
244:13
248:11
254:17

269:1

**tallies**
16:1,2
40:15

**tangible**
19:22

**tape**   73:11,
20

**tapes**   72:25
73:2,9
76:15
191:24
197:18
217:15
268:13

**Taran**   43:18,
20  45:13

**target**   85:18
207:10

**Targetsmart**
84:13
85:6,11,13

**taught**
140:18

**teach**   140:17

**teacher**
81:13

**team**   28:1

**tear**   144:13

**tease**   87:13

**Tech**   138:22
139:8

**technical**
41:22
42:22
67:11
73:18
74:11
166:13
167:18

**technically**
90:11

**technician**
181:8

**technicians**
180:22
181:6

**technology**
141:20
142:18
143:2
233:24
249:11

**telephone**
130:11
132:20
133:2,20
134:2

**telling**
134:6
264:13

**tells**   283:6

**telltale**
148:22
150:4
170:18,22
171:2,10,

22  177:17
178:18
179:2
191:2

**Temple**   63:1,
4

**ten**   35:4,
13,18
144:6
202:2
242:22
273:20

**tendency**
166:11

**tender**   45:18
52:11  54:1
89:11
131:2
150:2
255:2
264:2
266:18
273:4,20
274:9
275:1,8
288:11

**tendered**
46:4,6
74:15  92:9
273:10

**tendering**
131:9
273:8,9,11

**term**   116:18
118:18
184:4

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000538

Page 1707

201:6

**terming**
184:2

**terminology**
99:13

**terms**   17:13
23:17
24:15 25:4
27:1 33:10
42:2,11
90:8
91:22,25
99:13
100:2,20
104:2
195:10,13
198:9
199:13,24,
25 201:22
202:15
240:4
260:18
262:6

**test**   175:20
217:9,11
218:6,24
222:10,22
268:2,4,8,
15 283:10

**tested**   35:11
54:18
55:18
203:13
268:22

**testified**
17:18,24

18:2,11
31:18
36:22
38:22 42:6
46:11
60:25
78:6,20
80:2 84:4
91:24
93:15
101:17
109:20
113:17
120:8
137:20
154:18
155:22
169:2,4
170:18
176:1,18
190:10
192:4,8
195:15
196:2
197:22
204:13
205:17
206:2
210:13
227:13
275:20

**testify**
17:10,11
20:4 34:1
43:6 48:11
92:11
96:17
97:17

100:2
104:4
123:22
130:11
155:2
156:2
169:6
186:2
190:17
191:15

**testifying**
36:6 96:8
104:1
192:15

**testimony**
17:4,13,20
50:6 60:6
72:22
79:11
82:18
93:13
97:10
121:6
131:6
132:20
136:2
146:8,9
147:9
151:13
156:2
157:17
163:11
164:2,4,
10,15
169:2
172:17,22
175:2

181:18
190:13,20,
24 191:15,
25 195:1
202:20
203:1
205:20
208:1
220:2,8
227:15
249:20
252:6
282:17

**testing**
217:11,22,
25 218:2,
4,13,15,
17,20
222:13,17,
18,22
223:13
233:11,13
234:6,8
249:15
265:22
267:10,11,
20 268:20
269:17,20,
22 277:18
287:2

**tests**   149:15
222:18
229:8

**thanking**
82:8

**that'll**
125:22

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000539

Page 1708

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019   Index: theory..today

theory
  280:1,18

there're
  216:22

thing  20:10
  29:2 30:17
  47:9 58:10
  97:18
  119:2
  145:18,20
  185:11
  207:17
  228:10
  252:17
  272:11
  284:15
  285:1

things  8:11
  16:2 22:20
  26:6 65:13
  79:2 81:4
  88:13 90:4
  94:6
  108:15
  130:2
  133:2,17
  140:25
  160:15
  167:20
  170:2
  181:15
  217:20
  223:25
  232:20
  233:22
  240:25
  244:20

  248:4
  269:11
  280:10,13
  285:4,10
  288:25

thinking
  119:2
  258:18
  280:2

thinks
  206:11

third-party
  113:2
  123:18

Thorpe   65:20

thought
  76:22,24
  77:1 79:2
  110:18
  115:18
  193:8
  195:15
  280:15

thousand
  26:20
  102:17
  124:17
  126:6

thousands
  21:25
  96:18
  170:13

three-and-a-
half   276:4

three-and-a-
half-time
  119:13

three-column
  239:22

thrown
  280:15

THURSDAY   8:2

ticket   27:22
  94:20
  259:6,25
  260:4,6,9,
  11,15
  280:15

tied   205:24
  206:1

time   11:13
  12:15
  30:1,2
  33:20
  34:25
  35:6,9,13
  37:22 49:4
  62:2 67:11
  68:13 72:2
  81:17
  90:20 92:4
  93:20,22
  113:25
  123:2
  127:20
  130:6
  135:8
  137:2
  160:9
  165:9

  217:4,13,
  25 218:18,
  22 236:13
  238:15
  239:25
  245:6
  252:13
  258:25
  260:20
  261:2,22,
  25 276:6
  280:4

timeframe
  268:11

timeliness
  15:17

times   27:9
  36:24
  39:11
  49:18
  63:22
  133:4
  147:8
  160:6
  164:6
  245:11
  272:2
  276:4

tired   208:18

today   11:22
  23:18
  33:15
  53:15
  78:20
  102:15
  111:11,15

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000540

Page 1709

130:24
134:13
144:24
145:2,15
184:8,11
188:6
196:13
208:22
226:8,9
260:4

**told** 16:22
58:4 67:11
70:20,22
76:13 77:6
180:10
191:13
208:4

**tomorrow**
23:18
134:4
289:15,25
290:4,15
291:10,17,
20

**tone** 74:1

**tool** 63:11
251:22

**top** 40:6
122:20
160:18
161:9
248:10,11
257:9,20
274:18

**topic**
185:13,15,

17,18

**topic's**
185:15

**tops** 73:2

**total** 75:13,
20 76:2,8
99:6,17
100:10,11,
15 101:10,
13,15
102:6
104:10
116:4,22
120:10,18
232:24,25
233:2,4
271:25
272:4
283:9,18
289:6

**totally**
128:2

**totals** 19:25
94:18 95:1
117:6
128:2,4
177:4
194:2
220:4
233:8
235:20

**touch** 217:13
218:9
219:24
223:20
235:15,18

239:18
266:15
268:1
283:2
285:11
286:22

**touched**
40:22
71:20
153:9

**touching**
224:15
235:17
283:1

**touchscreen**
223:24
224:11

**traces** 19:24
20:22

**tracked**
103:2

**tracking**
115:25

**trail** 161:17

**trained**
36:15,18
153:2

**training**
39:15
62:13 94:8
144:17
169:11

**transferring**
216:17

**transition**
248:24

**transitioned**
239:22
248:22
249:9

**transparency**
32:9

**treated**
187:24

**treatment**
200:11

**trend** 94:24
102:13
103:2

**trends** 87:4,
11 88:2,
11,18,22
89:11 90:2
91:20
95:20

**triable**
12:10
14:6,15
15:20,24

**trial** 11:18
12:9
13:15,20,
25 14:6
15:2 16:6
52:22
53:1,2,4,
6,9,13,15
136:6,9,20
184:8

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000541

Page 1710

290:13

**trials**
53:18,20

**trouble**
20:13
21:18,20
92:18  94:6
97:17
167:15
272:11

**troubled**
35:18,20

**troublesome**
47:13

**truck-trailer**
34:17

**true**  19:18
23:6,8
45:11
52:10  59:6
65:11
70:13
123:11
199:2
243:25

**Trusted**
142:4

**truth**  31:8,9
60:15,17
79:18
83:18,20
137:13
192:2
210:4

**TS**  157:2

266:9

**TSX**  255:13,
15

**turn**  57:2,
13  67:22
184:15
245:11
281:13
291:6

**turned**  81:4

**turning**
68:10
182:20
183:1

**turnout**
88:11,13
122:13
127:13
194:25
274:18,20,
22  275:2,
6,11  276:1

**Tweet**  52:18
57:10

**two-column**
239:18,22
240:2
258:17

**two-fold**
22:24

**two-hour**
47:10

**two-step**
13:18

**type**  26:8
55:9
121:24
122:22
226:10

**types**  85:15
86:25
105:22
147:15
158:20
159:18

**typically**
17:2
148:13
161:11
175:20

**Tyson**  14:24
29:13,15
38:4,9,15,
18  39:2
41:15,18,
20  44:6
50:15
51:11,18
57:18
77:17,18
78:10
89:15,18
90:1,20,24
91:1,18
92:9  96:6
97:1  98:11
103:25
106:18
108:11
109:2,13
113:10,15

121:9,20
123:20
127:6,11
128:6
133:6,10,
11  134:13,
25  136:11
150:15,20,
22  153:17,
20  154:4,
15  158:13
163:11
165:4
168:22
172:18
174:18
176:22
180:22
184:15
188:18
189:2
190:9
192:6,8,20
193:13
195:24
196:1,20
197:8,11,
13  198:22
204:13,24
206:11,18,
22  207:1
221:6
225:11
226:6,25
228:2,17
230:15
232:13
233:22

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000542

Page 1711

234:2
242:24
243:13
244:6
254:15
255:2,6
263:4
276:15,17,
22 282:6
287:13
288:10

U

**U.S.** 30:2
113:25
120:11,15
127:18,20
151:4
255:20,25
256:1
257:13
262:6

**Uh-huh**
43:18,25
47:15
56:22
94:11
95:13
102:25
156:15
200:15
201:20
282:18

**ultimately**
30:18 76:6

**unanimous**

161:1
163:6

**unclear**
195:20

**uncontested**
8:10

**uncovered**
35:17

**under-**
99:20,22
100:13
102:17
124:15
204:8

**under-vote**
21:6,15
23:9,11
91:22
92:2,13
93:15,24
94:22 95:4
98:20 99:6
100:8,9,13
101:10,11,
15 102:4,
6,9,13,15,
22 103:1,
22 104:2,
10,25
105:6,9,
15,20
106:4,6
107:2,6,11
120:18,20
122:9,18,
20,22

171:24
172:6,8
175:22
200:15
204:6,10
205:22
280:2,11,
13

**under-votes**
116:20
122:11
172:20
201:18,20
281:2
282:13

**under-voting**
89:4,13
93:13 94:2
96:13,17,
22,24
104:15
121:4,17
122:17
172:11
173:22
174:6,8,10
200:22

**undergraduate**
140:18,20

**undergraduates**
149:6

**underneath**
257:11

**understand**
18:22
34:2,4

37:4,6
41:25
43:17
48:13
54:22
58:13
64:15 66:2
75:18
83:11
90:25
93:22
118:25
130:17
135:24
136:15,18
148:18
155:18
162:22
164:20
165:1
168:22
169:22,25
181:22
199:4
202:1
206:25
207:2,4
221:15
232:15
234:1
245:4
251:8
264:13
272:9
290:1,15

**understanding**
18:4 24:1
37:4,8

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000543

Page 1712

38:1 54:20
59:9,11
69:18,20
73:10
96:13,22
100:20
105:11,13
123:15
158:1
168:11,18
246:18
270:2

**understands**
22:22 23:4

**understood**
64:6 76:1

**undertake**
126:11

**undertaken**
180:6
227:18
229:15,18
231:11
280:18

**undertook**
168:20
229:1

**unfit**  151:4
161:2,4

**uniformly**
200:24
250:11

**unit**  216:20
241:22
266:15

278:6
287:18
288:6

**United**  81:20
256:10
257:1,6,
11,18

**units**  205:11
213:1
216:13

**university**
61:25
81:15
84:20,25
138:6,11,
22 139:10,
15 211:10
212:1

**unknown**  23:4
201:15

**unlike**  28:2

**unpack**  183:6

**unsafe**
161:2,4

**unsuccessful**
26:15

**untenable**
246:20

**unusual**  50:2
68:25
277:10

**unverifiable**
35:20
37:22

**upheld**  30:25

**upload**
266:13

**uploaded**
232:1,4
233:6
266:17
267:2
269:11

**usage**  160:22

**user**  219:18

**ushers**  55:6

**utilizing**
270:22

**utterly**  14:4

_____

**V**

**vague**  226:20

**valid**  29:18
109:17
232:6

**validate**
214:10
215:15
217:11
218:9,10
232:2
233:13
249:17
268:13

**validated**
215:10

**validating**

252:18

**values**
214:20

**variables**
23:6

**variety**  29:8

**vast**  34:24

**vendor**
260:25

**verifiable**
32:18
37:13

**verification**
161:25
215:6

**Verified**
141:9,13,
18,25
150:25
151:1,8

**verify**  64:20
229:4

**verifying**
262:11

**version**
64:11 65:9
152:11,18
155:20
166:4

**versions**
142:25
158:17
159:13

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Hearing Proceedings on 01/17/2019       Index: versus..voter

**versus**   9:11
  25:22
  27:13
  33:11
  101:4
  119:8
  128:1
  131:8
  151:11
  199:13,20
  200:2
  202:17
  272:24
  276:11
**vested**
  142:18
**victory**
  26:10
  184:11
**video**   135:2
**videotape**
  268:4
**view**   109:22
  134:1
  163:4,6
  279:4
**violate**
  137:1
**violation**
  26:2
**Virginia**
  61:25
**virtue**   27:15
**virus**   178:15

**vis-à-vis**
  201:22
**visible**
  218:11
**vision-
impaired**
  55:8
**voice**   74:2
**volunteer**
  52:4 62:11
**volunteered**
  62:9
**vote**   16:1,2
  19:15,20
  20:2,24
  21:13,18,
  20,22,24
  22:2,10,18
  23:6,20
  25:8
  26:13,20,
  22 27:2,6
  41:8 42:13
  47:11
  49:15,17
  50:18
  58:22 68:8
  69:9 71:4,
  18 74:4
  76:24 77:9
  80:22 81:6
  83:2 89:6
  95:1,4
  99:20,24
  100:15,17,
  22 102:18

105:1,9
108:9
109:11
114:15,24,
25 115:15
117:6
118:22
122:4
157:11
177:8
179:18
194:2
201:22
203:13
204:9
205:4
219:6,10
220:15
223:2
226:4,11
231:18
232:10,24,
25 233:2,
4,8,11,20
234:20
268:17
272:11
281:6
283:18
285:11,13
**voted**   21:11
  25:8 27:8,
  10 41:1,2,
  4,10 82:22
  100:15
  119:20
  179:11
  200:25

257:13
261:25
276:11,13
**voter**   28:13
  30:6 32:10
  49:15
  54:22
  55:4,9,13
  56:4,8
  67:20
  68:1,4,13,
  18,20
  69:4,11,
  15,17
  70:1,22,24
  71:4,6,15,
  22 73:24
  76:22 77:8
  78:6 85:15
  86:24
  88:18
  118:20,22
  119:18
  157:22
  166:9
  167:6,8
  178:24
  179:10
  189:20
  194:20,22
  199:24
  204:24
  205:2,8,13
  218:2
  219:6,15
  223:22
  225:9,13,
  24 226:11

www.huseby.com        **Huseby, Inc.  Regional Centers**        **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000545

Page 1714

227:4
228:1
241:15,20
242:6,8
247:2
257:22,25
259:6
260:25
262:15
263:17,22,
24 266:9
268:9
274:22
275:20
276:11
281:11
282:11
283:9
287:15,20,
25

**voter's**
70:22 74:4
87:13
259:10

**voter-level**
85:15

**voters** 27:6,
11,20 29:1
30:4 49:6
56:2,4
59:13
67:15
82:22 83:2
85:18
87:15,20,
24 114:15,
24,25

115:11
119:8,13,
18 121:4,
20,22
122:2,4,8,
15,24
151:17
157:10
164:2
172:2
176:2
177:18
178:22
179:4,9,13
194:24
198:8
199:1
202:17
223:6
225:1
258:2,22,
24 260:20
261:1,2,9,
22,24
262:2
274:17
275:15,24
276:4
280:22
281:9
282:2,4

**voters'**
247:11

**votes** 21:6,8
23:10
25:20
26:10,17,

18,20
30:8,18
35:2 48:9
73:11
75:4,15,20
76:2,8
86:17
99:17
101:15
102:17
104:15
106:13
115:20
116:4,9,
10,22
117:11,18,
25 119:8
123:6,13,
18 124:13,
18 125:2,
15,17
126:2,8,22
127:2
161:18
176:6
184:11
188:9
194:6,9,10
200:25
201:25
202:10
218:8
219:9
220:11
247:11
265:22
267:2
271:4,9

272:4,6
275:13
277:13
285:18,20

**voting**
19:18,22,
25 20:25
21:6
32:13,18
33:6,11
35:2,6
38:2 39:15
44:11
46:18,22
47:6 48:8
54:15
62:18
65:15
68:15
70:22 87:4
88:2,8
89:8,11
90:2 91:20
95:20
105:9,11,
13,15
106:9
107:4,8,
15,18,22
108:8,9
110:9
114:20
123:1,17
124:10,15
128:2
141:9,13,
18,25
142:11,13,

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000546

Page 1715

22 143:2,
11 144:18
147:4
150:25
151:1,8,15
152:11,17
153:6
154:18,22
157:4
161:4
172:2
173:2,22
174:1,2
175:15
176:11
177:4,13
197:17,18
198:9
205:18
211:6
212:8
213:2
215:24
216:6,11
218:22
219:13
220:4,9,10
223:20
225:24
227:6
228:22
229:1,4,15
230:11,22
231:13
249:15
258:8,25
259:1,6
260:20

266:11
267:6
268:10
276:6
277:25
278:15
285:22

**vulnerabilities** 145:18
166:10
167:9,15
251:13,15

**vulnerability**
145:13,18
150:2
151:15
157:22
162:8
163:20
165:22
166:22
167:10

**vulnerable**
144:18,25
146:24
163:2
166:4
167:1

————————
**W**
————————

**wait** 37:24
41:4 59:22
68:22
92:15
202:6
279:15

**waited** 70:2

**waiting** 69:6

**walk** 66:15
136:20

**walking** 68:6

**walks** 21:9

**wanted** 17:22
23:15
68:25
77:20
130:15
184:24
186:6
219:13
239:25

**wanting**
150:9

**warning**
49:18

**watch** 40:13
108:18
130:22

**watched**
40:9,13

**watcher**
36:15
39:11
40:9,17
46:11,15,
18,20,24
47:2 48:22
62:9
77:20,22,
25 81:17,

22,25
82:6,8

**watching**
50:2

**water** 36:2
187:2

**ways** 73:17
144:4
183:2
231:9
261:17

**weaker** 24:11

**web** 245:20,
22 246:9,
10 250:13,
15,18
251:20
270:10
276:10

**website**
63:13
99:11
101:18
104:20
251:24
274:2

**week** 182:15

**weekend**
225:8,10

**weeks** 136:4
290:2

**weight**
109:22
156:2

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019 Index: well-known..wrap

173:10

**well-known**
201:11

**wer** 232:2

**whatsoever**
97:10

**where'd**
138:20

**white** 255:15

**who've**
133:22

**whoa** 16:8

**Wilke** 8:18,
19

**William**
210:10,15,
20 243:4
254:13
276:20
279:22
286:18
287:11

**win** 86:13,
22 220:15

**Windows**
142:17,24,
25 143:1

**wins** 25:2

**Winterville**
176:2,10,
11,18,20
177:4
189:25

191:1,11
192:24
193:22
195:2,6,
11,17
196:4
202:20
207:24

**Winterville's**
197:1

**wipe** 26:9

**withdraw**
38:10
48:2,4
50:9 59:2
100:4
106:22
124:2

**witness'**
146:6

**witnessed**
51:1

**witnesses**
11:15
16:11
17:2,6
25:4,6
130:4
134:1

**woman** 82:6

**won** 25:18
177:11,13

**wonderful**
81:18

**word** 76:18
148:6,11
173:8
181:13,20
208:24
209:1
214:15
229:22

**worded** 50:4
127:17

**words** 26:22
133:20
240:18

**work** 18:25
26:6
35:11,18
36:25
37:15,20
39:13
48:22
61:17,20
82:9 85:11
86:6 88:17
89:6
95:11,25
108:25
139:25
141:6,13,
15,17
142:20
149:18,20
156:13
187:18
199:4
222:20
249:25
253:13

288:25

**worked** 23:24
30:4 91:8
132:25
133:4
141:6,10
144:4,6
150:25
189:2

**worker** 55:6
76:22
153:2
288:4

**workers** 67:4
73:15
76:13

**working**
23:13
24:22
48:9,20
49:18
85:1,2
140:4
141:8
142:13
207:20
229:4,6
268:2

**works** 32:9
47:1
156:18
164:8

**worry** 182:2

**Worth** 14:11

**wrap** 229:20

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Hearing Proceedings on 01/17/2019      Index: write-..young

**write-**
  272:13

**write-in**
  265:1
  271:4,9
  272:17
  285:18,20

**write-ins**
  272:8,9,
  10,11,15,
  18,24
  273:1

**written**  13:2
  251:4

**wrong**  8:11
  22:25 45:9
  175:8
  196:2
  197:6
  232:10,11

**wrote**  224:22
  285:22

_____

**Y**
_____

**year**  21:22
  119:20
  120:15
  140:1,4
  194:25
  255:10
  274:18

**years**  21:15
  32:17
  34:20
  35:4,13,18

  41:8
  53:13,17
  85:9 93:18
  102:10
  119:9
  143:10
  160:2
  228:4
  274:2
  277:10

**yielded**
  222:10

**young**  82:6

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000549

Page 1718

E

X

H

I

B

I

T


4

000550

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Trial Proceedings on 01/18/2019**

```
 1                IN THE SUPERIOR COURT OF FULTON COUNTY

 2                         STATE OF GEORGIA

 3

 4   COALITION FOR GOOD        .  CIVIL ACTION
        GOVERNANCE, RHONDA J.  .  FILE NO.:  2018-CV-313418
 5

 6   MARTIN, SMYTH DUVAL, and  .
        JEANNE DUFORT,         .  Taken at:
 7

 8        Plaintiffs,          .  Superior Court of Cobb County

 9   vs.                       .  70 Haynes Street

10   ROBYN A. CRITTENDEN,      .  Courtroom 402-M

11   Secretary of State of     .  Marietta, Georgia 30090
        Georgia, et. al        .
12

13        Defendants.          .
        . . . . . . . . . . . ..

14

15                   TRANSCRIPT OF TRIAL PROCEEDINGS

16

17                      FRIDAY, JANUARY 18, 2019

18                       9:04 a.m. to 10:49 a.m.

19

20            STATE OF GEORGIA SENIOR JUDGE ADELE P. GRUBBS
        REPORTED BY:
21

22   PRISCILLA GARCIA, COURT REPORTER
        NOTARY PUBLIC, STATE OF GEORGIA
23

24   TRANSCRIBED BY:

25   CHRISTIAN NAADEN
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000551

Page 1720

```
 1

 2
         APPEARANCES:
 3

 4
             Plaintiff's Counsel:    Bruce P. Brown, Esquire
 5

 6                                   Bruce P. Brown Law
                                     Floataway Business Complex
 7

 8                                   1123 Zonolite Road N.E.

 9                                   Suite 6

10                                   Atlanta, Georgia 30306

11                                   404-881-0700
                                     bbrown@brucepbrownlaw.com
12

13
             Defendant's Counsel:    John Belinfante, Esquire
14

15                                   Robbins, Ross, Allot, Belinfante
                                     & Littlefield, LLC
16

17                                   500 14th Street N.W.

18                                   Atlanta, Georgia 30318
                                     404-856-3262
19

20                                   jbelinfante@robbinsfirm.com

21

22

23

24

25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000552

Page 1721

```
 1

 2
       CONTINUATION OF APPEARANCES:
 3

 4
            Defendant's Counsel:    Vincent R. Russo, Esquire
 5

 6                                  Robbins, Ross, Allot, Belinfante
                                    & Littlefield, LLC
 7

 8                                  999 Peachtree Street N.E.

 9                                  Suite 1120

10                                  Atlanta, Georgia 30309

11                                  404-856-3260
                                    vrusso@robbinsfirm.com
12

13
            Defendant's Associate Counsel:
14

15                                  Alexander F. Denton, Esquire
                                    Robbins, Ross, Allot, Belinfante
16

17                                  & Littlefield, LLC

18                                  500 14th Street N.W.
                                    Atlanta, Georgia 30318
19

20                                  404-856-3276
                                    adenton@robbinsfirm.com
21

22

23

24

25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
          Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

                                                                         000553

                                  Page 1722

```
 1

 2
        CONTINUATION OF APPEARANCES:
 3

 4

              Defendant's Counsel:     Edward H. Lindsey, Jr., Esquire
 5

 6                                     Dentons US, LLP
                                       303 Peachtree Street N.E.
 7

 8                                     Suite 5300

 9                                     Atlanta, Georgia 30308

10                                     404-527-4580

11                                     edward.lindsey@dentons.com

12

13        Defendant's Counsel:         SAMUEL S. OLENS, ESQUIRE
                                       Dentons US, LLP
14

15                                     303 Peachtree Street N.E.
                                       Suite 5300
16

17                                     Atlanta, Georgia 30308

18                                     404-527-4108
                                       sam.olens@dentons.com
19

20
          Defendant's Counsel:         Kaye Woodard Burwell, Esquire
21

22                                     Office of the County Attorney
                                       141 Pryor Street S.W.
23

24                                     Suite 4038

25                                     Atlanta, Georgia 30303
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000554

Page 1723

```
 1                              404-612-0251

 2                              kaye.burwell@fultoncountyga.gov
      CONTINUATION OF APPEARANCES:
 3

 4

          Defendant's Counsel:    Bryan P. Tyson, Esquire
 5

 6                              Strickland, Brockington
                                & Lewis, LLP
 7

 8                              1170 Peachtree Street N.E.

 9                              Atlanta, Georgia 30309

10                              404-219-3160

11                              bryan.tyson@sbllaw.com

12

13     Defendant's Co-Counsel:  Richard A. Carothers, Esquire
                                Carothers & Mitchell, LLC
14

15                              1809 Buford Highway
                                Atlanta, Georgia 30518
16

17                              770-932-3552

18                              richard.carothers@carsmith.com

19

20

21

22

23

24

25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000555

Page 1724

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Trial Proceedings on 01/18/2019                    Page 6**

```
1

2
                              I-N-D-E-X
3

4   WITNESS                DIRECT      CROSS       REDIRECT      RECROSS
      Terri R. Thomas         9         14
5

6   Richard Barron         18          33
      EXHIBITS:                     DESCRIPTION                      PAGE
7

8   NONE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000556

Page 1725

```
 1

 2

 3
                    COBB COUNTY, GEORGIA
 4                  FRIDAY, January 18, 2018 - 9:04 a.m.
 5
                         * * * * * *
 6

 7

 8       THE COURT:  Good morning, ladies and gentlemen.  Take

 9   your seats, if you will.  I am a minute or two late, but

10   they wanted us to move again at noon.

11       MR. LINDSEY:  Oh.
         THE COURT:  And I refused, so I've been working that
12

13   little problem out; okay?
         MR. LINDSEY:  Thank you, Your Honor.
14

15       MR. TYSON:  Thank you.
         THE COURT:  One move is enough; we shouldn't have had
16

17   to do that.  So we'll see where we go.  Okay.  Day two,

18   where are we, Mr. Brown?  Good morning.
         MR. BROWN:  Good morning, Your Honor.  We have an eye
19

20   witness who will testify as to her voting experience who
      is going through security right now.
21

22       THE COURT:  Going through security; okay?
         MS. BROWN:  And then we'd like to put up her first,
23

24   but if we don't do that we would, you know --

25       THE COURT:  We'll give -- we'll give her a minute,
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                      000557

Page 1726

```
 1   if --

 2        MS. BROWN:  And then we have --
          THE COURT:  Twice the bailiffs in the box, is that
 3
     what we've got?  Boy, if you were a jury like -- that --
 4   that's an interesting jury up there in that box.

 5
          MR. LINDSEY:  Your Honor, I want to see if you
 6   [inaudible] making sure everything's in line as to the

 7
     rule of [inaudible] in place.
 8
          THE COURT:  Do what?
 9
          MR. LINDSEY:  The rules.
10
          THE COURT:  The rules of sequestration is in force.
11        MR. BROWN:  Your Honor --

12
          THE COURT:  Okay?
13        MR. BROWN:  -- as to the rule of sequestration --

14
          THE COURT:  What?
15        MR. BROWN:  The -- the question that -- there's law

16
     that the rule of sequestration does not apply to a
17
     rebuttal expert witnesses, and so we would --
18        THE COURT:  Only if it's a rebuttal expert to an

19
     expert.
20        MR. BROWN:  Or to expert testimony or to --

21
          THE COURT:  We'll -- we'll address the issue when we
22   get there.

23
          MR. BROWN:  Thank you, Your Honor.  Your Honor, we
24
     would call Terri Thomas to the witness stand.
25
```

000558

```
 1          THE COURT:  Whose is this?  Okay.

 2          MR. BROWN:  Please raise your right hand.  Do you
        promise to tell the truth, the whole truth and nothing but
 3
        the truth?
 4          THE WITNESS:  I do.
 5
            MR. BROWN:  Have a seat.
 6          THE WITNESS:  Thank you.
 7

 8

 9                    P R O C E E D I N G S

10                    * * * * * * *

11
        Thereupon:
12

13                    TERRI R. THOMAS

14

15          was called as a witness, and having been first duly
16
        sworn in, and testified upon her oath as follows:
17

18                    DIRECT EXAMINATION
19
20                    OF TERRI R. THOMAS

21

22      BY MR. BROWN:
            Q.   Please state your name for the record?
23

24          A.   Terri R. Thomas.

25          MR. BROWN:  Ms. Thomas, my name is Bruce Brown, and I
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000559

Page 1728

1    am the attorney for the petitioners in this case.

2          THE WITNESS:  Okay.
     BY MR. BROWN:
3

4              Q.   Where are you from?
               A.   I'm from Los Angeles.
5

6              Q.   And where do you live now?
               A.   I live in Lithonia, Georgia.
7

8              Q.   And did you drive from Lithonia this

9    morning here?

10             A.   Yes.

11             Q.   Did you vote on November 20, 2018?
               A.   I did.
12

13             Q.   And where did you vote?
               A.   At Lithonia High School.
14

15             Q.   And when -- and did you vote on an
     electronic machine with a screen?

16

17             A.   I did.

18             Q.   And when you -- did you pull up the ballot
     on the screen?

19

20             A.   I put the little card in the machine, yes.
               Q.   Did the ballot then appear for the

21

22   governor's race?
               A.   Yes, sir.

23

24             Q.   Did the lieutenant governor's race appear

25   on the first several pages of the ballot?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000560

Page 1729

```
 1        A.   No.

 2        Q.   How do you -- how do you know?  How do you
      remember that?
 3

 4        A.   Well, like I said, I'm from Los Angeles,
      and when I first -- the first thing that popped up
 5

 6   was the governor's race, and the first thing that I
      saw were these two large squares.  And I was thinking
 7

 8   to myself, "Georgia sure is making sure we know which

 9   candidate we're voting for.  There are only --

10   there's only one category on this page, and I didn't

11   even -- it didn't even dawn on me that there was a
      third person running, because their little box was so
12

13   small on the writing outside.
              Q.   Did you -- did you see at any point in
14

15   going through the ballot, the election -- the race
      between Amico and Duncan?
16

17        A.   Not initially.

18        Q.   When was the first time you saw Amico's
      name?
19

20        A.   It was -- I had gone through -- I had voted
      for everything except one amendments because I wasn't
21

22   familiar with them, and then it was at the end of my
      ballot, and it dawned on me that I hadn't voted for
23

24   her, so I just kept going previous and went all the

25   way back to the beginning of the ballot.
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000561

Page 1730

```
 1        Q.    And when you went back to the beginning of

 2   the ballot, did you see her -- her name on the race?
          A.    I did.
 3

 4        Q.    Okay.  And did you -- were you able to cast
     a vote then?
 5

 6        A.    Yes.
          Q.    Okay.  And do you have any -- and then you
 7

 8   went forward to the summary?

 9        A.    Correct, to the end, yes.

10        Q.    Okay.  And you cast your ballot?

11        A.    Yes.
          Q.    Okay.  Were there any other malfunctions in
12

13   the screen?
          A.    Not that I noticed.
14

15        Q.    Not that you noticed.  And did you complain
     to anyone about the -- about the voting?
16

17        A.    Not at the poll.

18        Q.    Okay.  Did you thereafter?
          A.    I'm sorry?
19

20        Q.    Thereafter that, did you?
          A.    I did.  I did.  The first person I talked
21

22   to was my daughter, because we usually go vote
      together and she left me that morning.  And so she
23

24   had already voted, and when I got back home I was

25   telling her what happened to me.  And she told me
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000562

Page 1731

```
 1        that's not what she experienced.

 2            Q.   Okay.
          MR. BROWN:  Thank you very much.
 3

 4        THE WITNESS:  Oh, you're welcome.
          THE COURT:  Any questions?
 5

 6        THE WITNESS:  Excuse me.
          MR. LINDSEY:  Just a few quick questions, ma'am.
 7

 8        THE WITNESS:  Yes.  I was just going to finish my

 9   statement here.  I didn't finish.

10        MR. LINDSEY:  Oh.

11        THE COURT:  You're not here -- you have to be asked
     questions; okay?  If they don't ask you the direct
12

13   question you want them to ask you, you don't get to tell
     it.
14

15        THE WITNESS:  Okay.
          THE COURT:  Okay?
16

17        THE WITNESS:  But it was about the previous question

18   he asked.
          THE COURT:  Well --
19

20        THE WITNESS:  That's fine.
          THE COURT:  What do you think, Mr. Lindsey?
21

22        MR. LINDSEY:  Your Honor, she's a good voter from
     Georgia.  Please let her go ahead and finish it.
23

24        THE COURT:  Okay.

25        THE WITNESS:  I'm sorry.
```

```
 1          THE COURT:  Okay, finish then.

 2          MR. LINDSEY:  Go ahead, ma'am.
            THE WITNESS:  Oh.  I'm sorry.  You had asked if I
 3

 4   complained about that.  Like I said, the first person was
      my daughter.  The next thing I did that night or the next
 5

 6   morning, I wrote an email.
            MR. BROWN:  Okay.
 7

 8   BY MR. BROWN:

 9          Q.   And when -- the first time that you looked

10      at the ballot screen?

11          A.   Yes.
            Q.   When you first looked at it?
12

13          A.   Yes.
            Q.   Was Amico's name on there?
14

15          A.   No, sir.
            Q.   And were you looking to vote for her?
16

17          A.   Yes.

18          Q.   And you didn't see it on the first screen?
            A.   Correct.
19

20          MR. BROWN:  Thank you.

21

22                          CROSS-EXAMINATION
                        OF TERRI R. THOMAS
23

24

25   BY MR. LINDSEY:
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000564

Page 1733

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Trial Proceedings on 01/18/2019**                    **Page 15**

```
 1        Q.   Was this the first time that you've voted

 2   in Georgia?
               A.   No, sir.
 3

 4        Q.   Okay.  I hate to ask a woman this, but how
     -- how old are you, ma'am?
 5

 6        A.   I am 62.
               Q.   Thank you.  And you were -- how many times
 7

 8   have you voted in Georgia?

 9        A.   Probably about seven to eight times.

10        Q.   Okay.  And so, you went all the way

11   through?
               A.   Correct.
12

13        Q.   And then when -- then you went back, and it
     was on the screen; correct?
14

15        A.   Yes, sir.
               Q.   You voted for Ms. -- I take it you voted
16

17   for Ms. Amico?

18        A.   I did.
               Q.   Okay.  And when you talked to your
19

20   daughter, your daughter said that she didn't have any
      problems?
21

22        A.   Correct.
               Q.   Okay.
23

24   MR. LINDSEY:  No further questions.

25   THE COURT:  Anything else, Mr. -- anyone else?  Oh,
```

www.huseby.com            **Huseby, Inc.  Regional Centers**            **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000565

Page 1734

1   Mr. Tyson.

2       MR. TYSON:  Yes.  Just briefly.  Hello, Ms. Thomas,
    my name is Bryan Tyson.  I represent the Gwinnett County

3

4   Board of Registrations and Elections.
    BY MR. TYSON:

5

6       Q.   I just wanted to ask, when you said, when
    you first looked at the ballot you said, you saw "two

7

8   squares" when they came on there?

9       A.   Correct.

10      Q.   And you -- I'm assuming you were looking to

11  vote in the governor's race.  Is it possible that the
    lieutenant governor's race was there, and you just

12

13  missed it the first time?
        A.   No, sir.  No, sir.  I'm retired; I have

14

15  plenty of time.
        Q.   Okay.  And then your daughter, is she

16

17  involved at all with the coalition or any groups that

18  are interested in voting issues?
        A.   No, sir.

19

20      Q.   Okay.  And then, you said that there was a
    third person running.  Did you say that it was

21

22  "smaller or difficult to see?"  Can you describe for
    me what that was on that first screen?

23

24      A.   I'm guessing it was -- it was Republican

25  and Democrat and Independent --

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000566

Page 1735

1          Q.   Yes?

2          A.   -- but his square was so small.  Like I
   said, I was amazed because I was thinking -- you're

3

4     going to make sure I know who I'm voting.  This is
   the only category on this page, and the squares were

5

6     so large, and he had a little square [inaudible] just
   looking at him.

7

8          Q.   Thank you.

9     MR. TYSON:  I don't have any further questions.

10    THE WITNESS:  You're welcome.

11    THE COURT:  Okay.
      MR. BROWN:  Your Honor, I have no further questions,

12

13  and may the witness be excused?
      THE COURT:  The witness may be excused.

14

15    MR. BROWN:  Thank you very much.
      THE COURT:  Have a safe drive back to your home.

16

17    THE WITNESS:  Thank you.

18    MR. BROWN:  Thank you very much.
      THE WITNESS:  You're welcome.

19

20    MR. BROWN:  Your Honor, the plaintiffs would call
   Richard Barron.  Please state -- do you promise to tell

21

22  the truth, the whole truth, and nothing but the truth?
      THE WITNESS:  Yes.

23

24    MR. BROWN:  Have a seat.

25

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000567

Page 1736

```
 1                    P R O C E E D I N G S

 2                     *  *  *  *  *  *  *

 3

 4    Thereupon:

 5

 6                      RICHARD BARRON

 7

 8       was called as a witness, and having been first duly

 9    sworn in, and testified upon his oath as follows:

10

11                    DIRECT EXAMINATION
                      OF RICHARD BARRON
12

13
      BY MR. BROWN:
14

15            Q.    Please state your full name for the record?
              A.    Richard Barron.
16

17            Q.    And by whom are you currently employed?

18            A.    Fulton County.
              Q.    And what is your position with Fulton
19

20    County?
              A.    Director of Registration and Elections.
21

22            Q.    How long have you had that position?
              A.    Five and a half years.
23

24            Q.    What does a director of registration and

25    elections do?
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000568

Page 1737

```
 1        A.   I'm in charge of -- of administering all

 2   the elections for Fulton County, taking care of all
     the polling places, training the poll workers,
 3

 4   dealing with the media, and overseeing the voter
     registration rolls.
 5

 6        Q.   And how many full-time employees do you
     have?
 7

 8        A.   18.

 9        Q.   And during the election, how many part-time

10   employees do you have or contractors?

11        A.   Well, it depends on -- it's usually about
     60.  That increases during early voting.
12

13        Q.   Okay.  You were here in yesterday's --
     during yesterday's testimony; correct?
14

15        A.   Yes.
          Q.   Okay.  I would like to ask you some
16

17   questions, and I want to make sure I'm clear.  There

18   is an election server at the Secretary of State's
     office, to the best of your understanding; correct?
19

20        A.   Correct.
          Q.   And then separately, there's what we would
21

22   -- what some people call the GEM server at the
     county; is that correct?
23

24        A.   Yes.

25        Q.   And is it your understanding that the
```

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
**Transcript of Trial Proceedings on 01/18/2019                    Page 20**

```
 1        election server at the Secretary of State was

 2        reinstalled with a trusted copy of the GEMS software
          after it had been compromised in 2016?
 3

 4             A.   I have no --
          MR. TYSON:  Object on that, Your Honor.  I don't
 5

 6   think there is any foundation that's Mr. Barron's going to
      have knowledge about what the Secretary of State's servers
 7

 8   going to have or anything else.

 9        THE COURT:  But -- I --

10        MR. LINDSEY:  I believe that they haven't laid a

11   proper foundation that there has been any type of
      compromise with the GEMS system.
12

13        THE COURT:  We had testimony yesterday.  You actually
      have him on direct and you're leading.  That question
14

15   wasn't what you had previously.  I sustain the objection
      to it.
16

17        MR. BROWN:  Your Honor, may I treat him as a -- treat

18   him on cross as an adverse?
          THE COURT:  No, sir.  You called him for -- you
19

20   called him on direct.
          MR. BROWN:  Okay.
21

22   BY MR. BROWN:
             Q.   Was Fulton County's GEMS server replaced in
23

24        2016 or 2017?

25             A.   I don't recall.
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000570

Page 1739

 1          Q.   Okay.  Did Fulton County take efforts after

 2     2016 to disinfect Fulton County's GEMS database?
            MS. BURWELL:  Your Honor, I am going to object to

 3

 4     assuming facts.
            MR. BROWN:  Let the record reflect that the witness

 5

 6     shook his head "No."  Go ahead.
            MS. BURWELL:  Your Honor, his question assumes facts

 7

 8     that are not in evidence that there was something that

 9     needed to be done.  He hasn't laid a foundation.

10          THE COURT:  Well, he just asked did they do it after

11     2016.  That doesn't reflect -- he just -- I don't know why
            I don't have a mic this morning.  He just -- the question

12

13     is okay the way it is; okay?
            THE WITNESS:  I don't -- I don't understand what you

14

15     mean by "disinfect."
            BY MR. BROWN:

16

17          Q.   Was it examined for malware or any other

18     defects?
            A.   Not that I'm aware of.

19

20          Q.   Was any of Fulton County's memory cards
            that they used, were any of those memory cards

21

22     disinfected after 2016?
            A.   No.

23

24          Q.   In 2018, you would have created a new

25     memory card for the 2018 election; correct?

www.huseby.com                Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000571

Page 1740

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Trial Proceedings on 01/18/2019**          **Page 22**

```
1          A.    Yes.

2          Q.    And those -- those memory cards would have
    been the same memory cards that had been used in
3

4   previous elections; correct?
           A.    Yes.
5

6          Q.    Elections prior to 2016; correct?
           A.    Yes.
7

8          Q.    And you would have -- did you make those

9   memory cards from your GEMS -- your county GEMS

10  database?

11         A.    Yeah.  They -- that's where everything
    originates, yes.
12

13         Q.    Do you have any reason to believe that the
    process that you go through in making the -- the
14

15  well, let me back up a little bit.  Do you know if
    other counties disinfected their memory cards after
16

17  2016 or not?

18         A.    I still don't understand what you mean by
    "disinfect," but I have no knowledge of any other
19

20  counties.
           Q.    Okay.  Fair enough.  Let me make sure
21

22  you're understanding my question.  When I -- when I
    say "disinfect," what I mean is to do anything to
23

24  remove any malware or mis-program [sic] that might be

25  on that particular device?
```

www.huseby.com              **Huseby, Inc.  Regional Centers**              **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000572

Page 1741

```
 1        A.   No.

 2        Q.   And so the answer is, your -- you didn't do
     that with the memory cards; correct?
 3

 4        A.   No.
          Q.   Okay.  And you, to -- to the best of your
 5

 6   knowledge, did any other counties do that?
          A.   I have no -- no knowledge of that.
 7

 8        Q.   One way or the other?

 9        A.   No.

10        Q.   Fair enough.  Prior to the -- to the -- the

11   November 2018 election, did Fulton County review its
     GEMS database to determine if there were any coding
12

13   errors on that GEMS database?
          A.   No.
14

15        Q.   You were here yesterday, and did you -- do
     you recall the testimony of Sara LeClerc?
16

17        A.   Was she the poll watcher?

18        Q.   Yes?
          A.   Yes.
19

20        Q.   Were you -- do you recall what county she
     was -- had been overseeing?
21

22        A.   What county?
          Q.   It was Fulton County, correct, and AME
23

24   church?

25        A.   Yes.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000573

Page 1742

```
 1              Q.   That's one of your precincts; correct?

 2              A.   Correct.
                Q.   Did you get a report of the incidents that

 3

 4        she described when you were in -- during the
          election?

 5

 6              A.   I didn't personally, no.
                Q.   Are you aware of someone in your office

 7

 8        getting a report like that?  A report from AME or

 9        about AME?

10              A.   I -- I became aware of it through this --

11        this process, the court case.
                Q.   And -- and what is your understanding of --

12

13        of the information that was received by your office?
                MS. BURWELL:  Objection, Your Honor.  He said that he

14

15     learned of it though this lawsuit, not through his office.
                THE COURT:  Sustained.

16

17     BY MR. BROWN:

18              Q.   At any time, not in the November election
          or not contemporaneously, but did you gain an

19

20        understanding of what happened at the AME Temple at
          the church -- the AME Temple precinct?

21

22              A.   I -- I've been made aware of the complaint,
          yes.

23

24              Q.   And did you or anybody under your

25        supervision do any kind of investigation to determine
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000574

Page 1743

 1    why that happened?

 2         A.   Yes.
           Q.   And what did you find?
 3

 4         A.   We found -- well, we found that the -- the
      poll worker -- the poll worker had an issue with that
 5

 6    voter, and then she -- she took down the machine, and
       then later she reopened the machine later in the day.
 7

 8         Q.   Did anybody on your staff inspect the

 9    machine to see if there were any coding errors or

10    anything like that?

11         A.   It's my understanding -- no, we didn't look
       for coding errors.
12

13         Q.   Did you look for any mechanical type of
      errors that weren't electronic, like with the screen
14

15    operation?
           A.   No, not that day.
16

17         Q.   Ever?

18         A.   I don't think so, no.
           Q.   Did you do any sort of examination of -- of
19

20    any of the DRE machines that Fulton County used after
       the 2018 election?
21

22         A.   We -- no.  We immediately had to turn those
      around for the -- the December election.
23

24         Q.   And when you -- you said you had to use

25    them for the December runoff?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000575

Page 1744

1        A.   Yes.

2        Q.   And when you used those for the December
runoff, do you reprogram them with a different

3

4   election memory card?
         A.   Yes.  And they're -- yes.

5

6        Q.   Okay.  And so, at that point it would be --
describe that process for me, please?

7

8        A.   Well, we have to run them through -- once

9   we get the database in, and we load the election, we

10  run them through a live -- a logic and accuracy

11  testing.  We also -- we -- we calibrate them to make
     sure the time and date are correct. Just some basic

12

13  things that we do to get ready for them -- to get
     ready for the election and then the logic and

14

15  accuracy testing.
         Q.   Does that involve reprogramming the

16

17  machines?

18       A.   Well, we -- we insert a new card in there,
     and that has the new election on it.

19

20       Q.   And does -- and does the insertion of the
     new card and the running of these tests alter the

21

22  internal memory?
         A.   No.

23

24       Q.   And how do you know?

25       A.   I mean, it's not my understanding that it

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000576

Page 1745

```
 1        does.  It doesn't erase anything that's on there.

 2        There's a hard packet that stays on there from the
          beginning, the life of the machine.
 3

 4             Q.   How -- how do you know that?
               A.   That's -- well, because that's what I've
 5

 6        learned using these -- this equipment.
               Q.   Have you done any -- any forensic
 7

 8        examination of the -- the unit to determine if any

 9        changes are made to that memory by reprogramming?

10        MR. TYSON:  Your Honor, I'll object to that.  I don't

11   think the foundation laid by Mr. Barron would have the
      type of capability to observe or the skill to do that.  It
12

13   needs to be laid first before we get into that.
               THE COURT:  Well, he can answer the question.  He's
14

15   only talking for himself.
               THE WITNESS:  No.
16

17   BY MR. BROWN:

18             Q.   Has anybody under your supervision done
          that?
19

20             A.   No.
               Q.   Are you aware of any scientific or computer
21

22        scientific opinion to the effect that reprogramming
          the machines for the subsequent election has altered
23

24        the memory of the machines?

25             A.   No.
```

www.huseby.com              Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000577

Page 1746

```
 1            Q.   You're not aware of that at all?  You never
 2      heard of that opinion?
              A.   No.
 3

 4            Q.   You never heard that opinion expressed by
        Mr. Bernhard?
 5

 6      THE COURT:  Enough; okay?  That -- that -- and I
        understand you're an advocate and I respect that, but
 7

 8      that's far enough on that line of thought.

 9      MR. BROWN:  Thank you, Your Honor.

10  BY MR. BROWN:

11            Q.   What is a voter access card?
              A.   That is -- that is the -- the yellow card
12

13      that has a chip on it that you -- when -- when a
            voter checks in, you put it in -- the poll worker
14

15      puts it into the Express Poll to -- so that it -- it
            will indicate which ballot on the DRE is accessible
16

17      by that voter.

18            Q.   It's -- if you will, it's created by the
        express electronic poll booth?
19

20            A.   Yes, the Express Poll.
              Q.   The Express Poll.  And is the Express Poll
21

22      part of the registration system in any way?
              A.   Well, the -- the voter registration
23

24      database is loaded with the information for the --

25      for everyone that's eligible to vote in that election
```

```
 1        is put onto the Express Poll.

 2             Q.   I want to make sure that I have this
          correct.  The -- the registration database, for lack
 3

 4        of a better expression, tells the poll books what
          each voter access card should have on it, right?
 5

 6             A.   No.
             MS. BURWELL:  Objection, Your Honor.
 7

 8        MR. BROWN:  He said, no.

 9        MS. BURWELL:  First of all, it's leading; and second

10   of all he hasn't defined some of those terms.

11        THE COURT:  He said "No" anyway; okay?  And -- and I
     -- I understand you're reading some questions you've got
12

13   and they're very scientific, but sometimes when you use
      scientific words, you may use one word and he may use
14

15   another word, and you may not be talking in the same
      language.  And I think we're having some issues with that
16

17   this morning.

18   BY MR. BROWN:
             Q.   Help me out on the terminology, Mr. Barron.
19

20        What is the system called, the biggest system in the
          process?
21

22             A.   The biggest system?
               Q.   Right.  It's called the registration
23

24   system?

25             A.   E-net, Electionet is the voter registration
```

1    system.

2         Q.   And that is maintained by who?
          A.   Well, it's maintained by the state.
3

4         Q.   How does the Enet system inform -- does the
     Enet system at the state level inform the county as
5

6    to which voter should vote where?
          A.   Well, every -- every voter, based on their
7

8    address, is given a ballot code and the only thing

9    that's -- the only information that is put onto the

10   voter access card is the -- the ballot code for that

11   voter, so that -- because all the ballots, the
      different ballots for each precinct or during early
12

13   voting all the ballots are on there.  The voter
      access card enables the voter to access his or her
14

15   ballot.
          Q.   And to make sure I have my terminology
16

17   straight, the voter access cards are inserted at

18   Election Day into the Express Poll book's server;
      correct?
19

20        A.   Yeah.  It's not a server; it's just a
      standalone unit that -- the information is in the
21

22   Express Poll, the card goes in, the poll worker looks
      up the voter, selects the name, that ballot code
23

24   information is put on there, and what it does is it

25   tells the DRE to access this ballot.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000580

Page 1749

```
1              Q.   Thank you for that.  And the Express Poll

2        machine in turn gets its information from the state's
         Enet system; correct?
3

4              A.   Not -- it's not why we're connected from
         it, but yeah, the source of information is from
5

6        there.
               Q.   And how does -- it's not connected live;
7

8        how does the information get from the Enet to the

9        county?

10             A.   We -- we get -- we get a card, like, a

11       flash memory card that we -- we reproduce to put in
         the Express Polls, or the state reproduces all the
12

13       cards.  We put them into the Express Polls for each
         precinct.
14

15             Q.   Are you aware of reports that the Enet
         system was vulnerable to hacking prior to the
16

17       November 2018 election?

18             MR. TYSON:  Your Honor, I'll object to that.  I don't
         think there's a foundation about that, that any reports
19

20    about that.  If Mr. Brown wants to reference a specific
      report, I think he can, but --
21

22             THE COURT:  It's the way that you phrase the
         question.  You -- you make it as if it were a statement of
23

24    fact.  You can ask in that area, but you've got to

25    inquire, not make these false statements that you keep
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000581

Page 1750

1    making about things.

2    BY MR. BROWN:
           Q.   Right.  Are you aware of any reports
3

4         related to hacking involving the Enet system?
           A.   I read that in the AJC.
5

6          Q.   And after you read it in the AJC, did you
      follow up?
7

8          A.   No.

9          Q.   Did you investigate it at all?

10         A.   No.

11         Q.   Are you aware of anyone else investigating
      that?
12

13         A.   No.
           Q.   Was it a -- was it a concern to you?
14

15         A.   I didn't -- you know, when I read the
      story, I didn't know how seriously to take it.  It
16

17    didn't -- I -- no.

18         Q.   Were you aware -- or did the Secretary of
      State have an investigation?
19

20         A.   I don't know.
           Q.   Just for the record, how many voting
21

22    machines does Fulton County have?
           A.   3,108.
23

24    MR. BROWN:  Let me take just a moment here.  That's

25    all that I have at this time.

www.huseby.com                    Huseby, Inc.  Regional Centers                    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000582

Page 1751

1        THE COURT:  Questions?  Thank you.

2        MS. BURWELL:  Your Honor, did you want me to do all
   my questions now or just the ones related to what he's
3

4  been asked this morning?
           THE COURT:  You can ask him anything you want to ask
5

6  him.
           MS. BURWELL:  I can ask as much as I'd like to ask?
7

8        THE COURT:  Go ahead.

9        MS. BURWELL:  Okay.  Thank you.

10        THE COURT:  We don't have a podium.

11        MS. BURWELL:  Okay.
           THE COURT:  I know some of you are used to a podium.
12

13  I don't know that I like podiums, but is it -- we have no
   clerk, so you can use any of the clerk's area.
14

15        MS. BURWELL:  Oh; okay?  Well, maybe I can just --
           THE COURT:  Put it way over there on the end if you
16

17  want to be closer and seeing and not have the computer in

18  the way.  Yeah, that's a good place.
           MS. BURWELL:  Okay.
19

20                      CROSS-EXAMINATION
21

22                      OF RICHARD BARRON
   BY MS. BURWELL:
23

24        Q.   Mr. Barron, can you tell the court how long

25     you've been involved in elections?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000583

Page 1752

1        A.    Since December of 1999.

2        Q.    Okay.  And can you tell the judge a little
bit about your background with elections?
3

4        A.    I've worked with Travis County elections in
Austin, Texas, from 1999 to 2003.  I also worked for
5

6    Sequoia Voting Systems from 2004 to 2005.  In 2006, I
worked for Hartman Civic, and then I went to work for
7

8    Williamson County in Brown -- Georgetown, Texas, from

9    2007 to 2013, and then I came here.

10       Q.    So, you've been with Fulton County since

11   2013?
         A.    Yes.
12

13       Q.    And so in connection with overseeing the
election activities for the Fulton County Board of
14

15   Registration and Elections, are you required to
follow state law?
16

17       A.    Yes.

18       Q.    And where do you find the state law that
you're supposed to follow?
19

20       A.    The Georgia election code and also there's
an SED rule book.
21

22       Q.    And what's the SED rule book?
         A.    It -- it -- it's -- from my understand,
23

24   it's basically an -- the state election board has

25   some rules that they interpret from the law, and I

www.huseby.com            Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000584

Page 1753

```
 1       think they also make some -- some rules in addition

 2       to that.
                   Q.   And you're required to follow those as

 3

 4       well?
                   A.   Yes.

 5

 6             Q.   Does the state oversee all of your election
         activities?

 7

 8       MR. BROWN:  Object, object, Your Honor.  She's asking

 9   the witness what someone else does.

10       MS. BURWELL:  May I respond, Your Honor?

11       THE COURT:  Yes.  We -- we -- we -- I think it's the
     way it's phrased.  I -- I think you can ask the question.

12

13   Go ahead.
     BY MS. BURWELL:

14

15             Q.   Does anyone oversee the election activities
         that you undertake?

16

17             A.   The state election board has the -- the

18       ultimate authority over the boards, the -- the Fulton
         County Board of Registration and Elections.

19

20             Q.   And are there -- are you personally or is
         the Board of Registration and Elections subject to

21

22       penalties for not following the code and rules?
                   A.   Yes.

23

24             Q.   Can you tell the Court why Fulton County

25       uses the DRE-based voting system?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000585

Page 1754

```
 1          A.    That is part of -- there -- there's a

 2     uniform voting law in Georgia, and every county uses
        the same equipment.  It's a state law.
 3

 4          Q.    Do you have a choice on whether or not to
        use that equipment?
 5

 6          A.    No.
            Q.    Who owns the DRE machines that are used in
 7

 8     Fulton County?

 9          A.    70 to 80 percent of them were purchased by

10     the state, and Fulton County purchased the other 20

11     to 30 percent.
            Q.    Can you tell the Court whether or not
12

13     Fulton County has ever had any software issues with
        its DRE machines?
14

15          A.    No.
            Q.    Are you aware of any viruses that have ever
16

17     infiltrated a Fulton County DRE machine?

18          A.    No.
            Q.    Let me ask you now the same questions about
19

20     the poll book that you used.  Are you aware of any
        software issues with that poll book?
21

22          A.    No.
            Q.    What about the viruses with that poll book?
23

24          A.    No.

25          Q.    And let me ask you now about the GEMS
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000586

Page 1755

```
 1   server, which is a -- yet a third component of the

 2   system; correct?
           A.   Yes.
 3

 4       Q.   Are you -- has Fulton County ever had any
     software issues with the -- the GEM system?
 5

 6       A.   No.
           Q.   And are you aware of any viruses with that
 7

 8   GEM system?

 9       A.   No.

10       Q.   Are you aware -- is it -- are you aware of

11   any external attacks that Fulton County has had on
     any of its machines?
12

13       A.   No.
           Q.   Is it possible for there -- is -- is the
14

15   DRE machine hooked up to the Internet?
           A.   No.
16

17       Q.   Is the DRE machine hooked up to anything

18   external, the Web, or anything like that?
           A.   No.
19

20       Q.   Now, are the DRE machines tested by Fulton
     County?
21

22       A.   Yes.
           Q.   And do -- did you test the machines before
23

24   the November 6th election?

25       A.   Yes.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000587

Page 1756

```
 1        Q.   Is each DRE machine that's used in the

 2   election tested?
          A.   Yes.
 3

 4        Q.   And are DRE machines that are used in the
     early voting tested as well?
 5

 6        A.   Yes.
          Q.   Are any of the machines connected to each
 7

 8   other?

 9        A.   Only by electricity.

10        Q.   Okay.  So one DRE machine in a room isn't

11   connected to another DRE machine in a room?
          A.   No.
12

13        Q.   They're both potentially plugged into the
     electricity in the wall, but other than that --
14

15        A.   Correct.
          Q.   Now, can you tell the judge in terms of the
16

17   November 6th general election what you did to prepare

18   for that election?
          A.   Well, we began in August.  We have to -- we
19

20   have to get the ballot ready.  We have to make sure
      we get all the information from all of the local
21

22   candidates or from the municipalities that are having
      elections to the state, so that they can build a
23

24   ballot.

25        We have to get all the -- the poll workers
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000588

Page 1757

1    recruited, poll workers trained; polling places we

2    have to make sure are -- are set.
               We have to get all of our workers set up for
3

4    early voting.  We have to get all the machines ready.
      We -- we also make sure we get all of the -- the --
5

6    all of the voter registration applications processed
       that are timely, and there are lots of little, sundry
7

8    duties that go along with all those.

9        Q.   And those are the same -- the procedures

10   you go through for every election; is that correct?

11       A.   Correct.
               Q.   Now, can you tell the judge about ballot
12

13   styles and what that means?
               A.   Well, we had 115 ballot styles in -- in the
14

15   November election.  Those are based on -- on all the
      -- the precincts and the districts, all the different
16

17   districts that -- that are within the county, from

18   state senate districts to -- to city boundaries to
      House of Representative districts, all the -- all the
19

20   political districts are taken into account, along
      with the precincts.
21

22       Q.   So let me ask you about early voting.  And
      can you explain to the judge how early voting works?
23

24       A.   During early voting, all of the ballots are

25   available at every polling place.  You can vote

1    anywhere during early voting.

2         Q.   So what does that mean in terms of ballot
     styles?
3

4         A.   Well, for our 370-plus precincts that we
     have, all of those are available with the 115
5

6    different ballot styles.
          Q.   How does that differ from Election Day?
7

8         A.   On Election Day, the voters have to go to

9    their -- their assigned precinct to vote.  So those

10   -- those precincts are what are available in each

11   polling place.
          Q.   So on -- for early voting, if you live in
12

13   Roswell, you can vote in Chattahoochee Hills, and
     they can pull up your ballot?
14

15        A.   Correct.
          Q.   But on Election Day, you can only vote in
16

17   Roswell?

18        A.   Yes, at whatever assigned place in Roswell,
     yes.
19

20        Q.   So during early voting, are there things
     that could occur that would cause a machine to say
21

22   "Cancel" on it?
          A.   Well, if it -- if they -- if the screen
23

24   comes up and there's a cancel sign on there, that --

25   that indicates that the ballot was created by the

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000590

Page 1759

```
 1   Express Poll in -- in the disabled mode, for a

 2   disabled voter.
             Q.   Okay.  So explain for the -- to the judge
 3

 4   what that means?
             A.   There's -- the Express Poll has two
 5

 6   different modes.  You can have the regular mode where
     -- where the ballot comes up, or there's a -- there's
 7

 8   also a mode for -- for disabled voters, because those

 9   voters, the ballot doesn't appear on the screen.

10        The only thing that appears is -- is a

11   "canceled" button, so -- to cancel that out.  Now if
     the voter goes up, he can put -- it's in the disabled
12

13   mode, the Express Poll operator has to select the
     option to go back to regular mode.
14

15        If they don't, the next card they create is
     going to be in disabled mode.
16

17        Q.   And so is that what makes it flash

18   "Cancel"?
             A.   Yeah.
19

20        Q.   Does that mean that there's a problem with
     the machine?
21

22        A.   No.
             Q.   Okay.  What does that mean?
23

24        A.   The DRE's doing what it's told.

25        Q.   So what happens to the voter in that
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000591

Page 1760

1    instance, if it comes up and says "Cancel"?

2         A.   Well, they would have to cancel the ballot
     and then go back to the Express Poll.  They're

3

4    supposed to get -- all of our machines have a sign in
     them that say, "If there's anything wrong with your

5

6    ballot, whether it be that you've -- you think you
     have the wrong ballot, then you need to go get a poll

7

8    worker to help you."

9         Like to go back to the Express Poll and tell

10   them or show them what's on the screen.  From there a

11   new card needs to be created that it's in the regular
     mode.

12

13        Q.   Right.  And it's not in disabled mode?
          A.   Correct.

14

15        Q.   So then the voter can go and cast a ballot?
          A.   Yes.

16

17        Q.   So the fact that it says -- that it had

18   come up cancelled doesn't mean that the voter was
     unable to cast a vote --

19

20        A.   Correct.
          Q.   -- on that day?  Now let me ask you about

21

22   if an issue comes up with a DRE machine, and Mr.
     Brown asked you about something that happened at, I

23

24   believe, church.  So you weren't at the church that

25   particular day, were you?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000592

Page 1761

```
 1       A.    No.

 2       Q.    So you don't have any first-hand knowledge
    about what particularly happened; correct?
 3

 4       A.    Correct.
         Q.    But you listened to Ms. LeClerc's testimony
 5

 6  about what she observed?
         A.    Yes.
 7

 8       Q.    Can you tell the judge what the process is

 9  under those circumstances, if they're -- if this

10  particular voter has an issue?

11       A.    Well, we have a help desk that -- there're
    are different ways that a poll worker can contact the
12

13  office.  They should call the help desk, and then a
    ticket is created, and then a technician would be
14

15  sent to the polling place.
               In the meantime, if the poll worker has a
16

17  concern about the machine, they -- they shut it down,

18  as they did, and so -- and that's what they're
    supposed to do.
19

20       Q.    Okay.  Do you, as the director of
    elections, have any concerns about the reliability of
21

22  the DRE machines that have been used in Fulton
    County?
23

24       A.    No.

25       Q.    Do you have any concern about any memory
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000593

Page 1762

```
 1    cards having ever been improperly accessed?

 2         A.   No.
           Q.   Can you tell the judge what the process is
 3

 4    for safety with respect to the memory cards?
           A.   All the -- all the machines will -- like,
 5

 6    in early voting, for example, all the machines are,
       after they're tested, all of them are sealed to seal
 7

 8    the equipment, the serial numbers are recorded, and

 9    the seal numbers are recorded, and those go out with

10    -- with the poll workers.

11         Every day those -- those machines are -- the
       seals are broken, they're verified, they -- they seal
12

13    them up again, and it goes -- the -- the process goes
       through the 19 days of early voting.
14

15         They're -- on Election Day, when we send those
       out, they're -- they're sealed after the vote --
16

17    after, like, an accuracy is done.  Those are also

18    delivered out, and they -- they go to the polling
       place.
19

20         They're -- they are -- there is a recap sheet
       with it, and they have the serial numbers and the --
21

22    the seal numbers are also recorded on there.  The
       poll workers verify that those -- the seals are not
23

24    broken, and if -- if one was to be broken, they're to

25    contact our office and to let us know that the seal
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000594

Page 1763

```
 1   was -- is broken.

 2       Q.   So can you tell the judge what the process
     is for security with respect to the actual DRE
 3

 4   machines themselves?  You told us about the cards
     being sealed and kept.  What about the actual DRE
 5

 6   machines?
             A.   In our warehouse, they -- they are kept in
 7

 8   a -- in a large warehouse.  There's a keypad to get

 9   in.  It's also -- the warehouse is alarmed, and we

10   also have cameras in -- in the warehouse.

11       Q.   Do you have chain-of-custody forms --
             A.   Yes.
12

13       Q.   -- for the machines?  Are those kept under
     lock and key?
14

15       A.   Yes.
             Q.   And how are the machines delivered to the
16

17   actual locations where voting occurs?

18       A.   We have different either -- usually, it's
     either active-duty fire- -- firemen or officers or
19

20   retired firemen or officers that -- police officers
     that do -- do the deliveries.
21

22       Q.   And when those DRE machines are delivered,
     they have seals on them?
23

24       A.   They have seals on them, and there's a

25   cable through the door -- through the -- through the
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                      000595

Page 1764

1    handles --

2         Q.   Can you --
          A.   -- to make sure that they're all kept
3
4    together.
          Q.   Can you explain to the judge what the seal
5
6    looks like and what it's made out of and what's on
     it?
7
8         A.   When they go out, it's a -- it's a metal

9    seal, and it has -- it has a number on there that

10   identifies that seal, and it's unique to that seal.

11        Q.   And so what do poll workers do when they
     get the machines?
12
13        A.   After they -- they will verify that the
     seal is -- that we recorded in the warehouse is the
14
15   same that it is on that recap sheet, and then they
     break the seals to open the machines.
16
17        Q.   Are you aware of any instance where a seal

18   was broken or tampered with while at a polling
     location?
19
20        A.   No.
          Q.   Now, once the election is over and the
21
22   machines are returned to the warehouse, is there a
     seal on it when it's originally returned to the
23
24   warehouse?

25        A.   Yes.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000596

Page 1765

```
 1        Q.    And how long are you required to maintain

 2   that seal?
               A.    30 days.
 3

 4        Q.    So if -- if a machine is sealed, is there
     any way someone can access the door where the media
 5

 6   cards are located?
               A.    No.
 7

 8        Q.    Okay, why is that?

 9        A.    Well, they would have to break the seal to

10   get in there, cut the cable, break the seal.

11        Q.    Are you aware of that ever happening?
               A.    No.  Also on the early voting machines,
12

13   there's a metal plate that is put over the -- the
      doors on those.  You'd have to crowbar those off, and
14

15   it would break the unit.
               Q.    Can you now tell the judge about the
16

17   security measures for the GEMS server?

18        A.    That's password-protected.  It's in the
     same warehouse with the -- with the DREs, so there's
19

20   -- you have to have the access code to get in the
      door.  There's also an alarm, and there are cameras
21

22   in there.
      MS. BURWELL:  I have no further questions.
23

24   THE COURT:  Yes, sir, Mr. Tyson.  Mr. Lindsey?

25   MR. LINDSEY:  I have some questions, Your Honor.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000597

Page 1766

1        I think you've alluded to it, Mr. Barron, but perhaps

2    it would be a good idea to go ahead and explain.
               Before I do that, my co-counsel has admonished
3

4    me for asking a woman her age, so to be fair, sure that
     I'm not a sexist, what's your age?
5

6        THE WITNESS:  52.
         MR. LINDSEY:  All right.  That's the last time I'm
7

8    going to ask a woman her age.

9        THE COURT:  I think everybody in here's younger than

10   I am anyway, so don't worry about that.  Go ahead.

11       MR. LINDSEY:  Yes.  All jokes aside, let's get to the
     serious part.
12

13   BY MR. LINDSEY:
               Q.  You've alluded to it a couple times, but
14

15       let's tell the judge a little more specifically.
               Prior to the election, for each machine, it is my
16

17       understanding that according to your testimony that

18       you conduct what is called a logic and accuracy
         testing?
19

20       A.   Yes.
               Q.   Explain to the judge exactly what that is?
21

22       A.   We have a script that we -- we vote, and
         then once you input those votes, then you run the
23

24       tape and make sure that -- that the results match the

25       script that was voted.

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000598

Page 1767

1          Q.    Okay.  And do you do that for each machine?

2          A.    For each machine.
           Q.    Okay.  And did all of the machines that

3

4     were used on November 6th, 2018 pass that test?
           A.    Yes.

5

6     MR. LINDSEY:  No further questions.
      THE COURT:  Mr. --

7

8     MR. RUSSO:  Briefly, I just -- only care about one

9     point.

10    BY MR. RUSSO:

11         Q.    Mr. Barron, you indicated a script was run.
           Does that -- does that require someone actually

12

13    pushing the screen and voting it, or is that a
           software run on the computer?

14

15         A.    No.  We -- we actually input those manually
           to make sure that all the positions are recording

16

17    votes.

18    MR. RUSSO:  Thank you.
      THE COURT:  Mr. Brown?

19

20    BY MR. BROWN:
           Q.    Mr. Barron, you were asked about a law

21

22    relating to -- that required you to use the DRE
           machines, right?

23

24         A.    Um-hmm.

25         Q.    And is it -- was it your understanding that

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000599

Page 1768

```
 1        the law does require you to use the DRE machines?

 2              A.   Yes.
                Q.   And are you aware of -- of a court opinion
 3

 4        that says --
           THE COURT:  Okay.  You -- you -- you -- that's what
 5

 6    we're having trouble with, and I can see movement over
       here at this table.  "Are you aware," you say that "are
 7

 8    you aware" as if it was a matter of fact.  And it's fact

 9    that's not in evidence, so rephrase the question.

10    BY MR. BROWN:

11              Q.   Have you read the federal court decision,
           Curling vs. Kemp?
12

13              A.   No.
                Q.   Are you -- what is the statute that says --
14

15        do -- do you know what the statute is that says you
           have to use DRE machines?
16

17              A.   Not offhand.

18              Q.   Are you -- are you -- do you know of any
           statute that says that?
19

20              A.   I could -- if I had an election code, I
           could probably find it, but --
21

22              Q.   And -- and you're -- what you're saying is
           that the Georgia code says that it requires the use
23

24        of DREs?

25              A.   Yes, and that was clarified by the
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000600

Page 1769

1        Secretary of State's office to all the counties

2        leading up to the fall election cycle.
              Q.   Did that opinion change after a ruling by
3

4        the federal court?
              MR. LINDSEY:  I'm going to objection to Mr. Brown.
5

6    He is an election official.  He's got some general
     knowledge, perhaps, of the law --
7

8        THE COURT:  Yeah, you're using -- see, you used the

9    word "code," at one point.  I -- whether he knows the

10   difference between the code and the law, which are two

11   different things, I don't know, but you're still -- you're
     still -- it's the way you're asking the questions, Mr.
12

13   Brown.
              MR. BROWN:  Your Honor, I -- the -- if I might just
14

15   say one thing.
              THE COURT:  What?
16

17       MR. BROWN:  They asked him, "What is your

18   understanding of the law?"
              THE COURT:  But -- and you can ask him what -- you -- 
19

20   you can test that, but you can ask, "Are you aware that --
     that rule ever changed?"
21

22       MR. BROWN:  Are you aware --
         THE COURT:  That does the same thing.  See where I'm
23

24   coming from?

25       MR. BROWN:  Yes.

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000601

Page 1770

```
 1          THE COURT:  You -- you can get the information.  It's

 2    just the way you phrase the question that's objectionable.
      BY MR. BROWN:
 3

 4          Q.   Mr. Barron, are you aware if that rule was
      ever changed or interpreted differently as not
 5

 6    requiring --
            A.   No.
 7

 8          Q.   -- the use of DREs?  Okay.  Were you, in

 9    your position as the director of elections for Fulton

10    County, were you briefed on court orders from the

11    federal court in the Curling case?
            A.   Yes.
12

13          Q.   And did that briefing include telling you,
      quote, "But OCGA 21-2-383(b) does not require the use
14

15    of DREs," as defendant claims it does?
            MS. BURWELL:  Objection, Your Honor.  First and
16

17    foremost, it appears that he's attempting to ask about a

18    privileged communication.
            THE COURT:  It's not in -- it's -- it's -- I sustain
19

20    the objection.
      BY MR. BROWN:
21

22          Q.   Is it your working understanding, Mr.
      Barron, that the Georgia Code requires the use of
23

24    DREs?

25    MR. TYSON:  Yeah, objection, on behalf of
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000602

Page 1771

1    [inaudible].

2         THE COURT:   Sustained.
     BY MR. BROWN:
3

4         Q.   Mr. Barron, you talked about secure
     facilities and about how to secure the facilities.
5

6    You mentioned the security with the GEMS server.  Do
     you recall that?
7

8         A.   Yes.

9         Q.   And you weren't talking about the GEMS

10   database; you were talking about the actual GEMS

11   server; correct?
          A.   Correct.
12

13        Q.   Okay.  You -- you were describing how the
     machines are marked up, is that right?  When they're
14

15   in -- after they're in use; correct?
          A.   At the poll, yes.
16

17        Q.   And you testified about how the memory

18   cards are secured in a secure location; correct?
          A.   Yes.
19

20        Q.   Those are the memory cards that have been
     used for years; correct?
21

22        A.   Yes.
          Q.   You testified about the tickets that are
23

24   created as a result of complaints from -- well, let

25   me ask you this.  The ticket system from your prior

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000603

Page 1772

```
 1    testimony, could you describe that for us in greater

 2    detail?
              A.    Well, a poller would call into our help
 3

 4    desk on Election Day, and -- and then a ticket is
       created basically to -- if -- if we need to send a
 5

 6    technician to that area.  We have roaming technicians
       that oversee certain precincts, and then we can -- we
 7

 8    can dispatch somebody.

 9        Q.    And where are those tickets saved?

10        A.    We have -- we just have a database that

11    keeps a log of our tickets.
              Q.    What is that database called?
12

13        A.    Help desk.  I don't think it has a name.  I
       mean, it's just a help -- it's just our own internal
14

15    help desk.
              Q.    Is that --is that a record that you make
16

17    available to the public?

18        A.    It's -- I mean, I guess it would be
       available if -- if somebody put in an open records
19

20    request, yes.
              Q.    And how many tickets were created for the
21

22    November '18 election?
              A.    I don't know.
23

24        Q.    Scores, hundreds?

25        A.    I don't -- I don't think it was that many,
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000604

Page 1773

Case 1:17-cv-02989-AT   Document 449-8   Filed 07/03/19   Page 605 of 661

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019                    Page 55

 1        but I don't know.

 2                Q.   And what about for the runoff?
          A.   I don't know.
 3

 4        MR. BROWN:  Just one second.  I'd like to take one
    minute.
 5

 6        THE COURT:  Sure.
    BY MR. BROWN:
 7

 8                Q.   You testified that Fulton County has put

 9        the machines, the DRE machines through logic and

10        accuracy tests?

11                A.   Correct.
                  Q.   You -- has Fulton County forensically
12

13        examined the machines?
                  A.   No.
14

15                Q.   And just for the record, has -- has Fulton
          County allowed plaintiffs access to the machines for
16

17        that testing?

18        MR. LINDSEY:  Your Honor.  Here we go.  Once again,
    plaintiff's counsel is trying to bring back up discovery
19

20    issues that have arisen in this case that have all been
    brought before the judge on multiple occasions.
21

22        Judge in this court has ruled after hearing
    plaintiff's counsel giving him a reasonable opportunity to
23

24    argue, and the Court has overruled those objections, so

25    this entire line of questioning is found to be

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
            Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000605

Page 1774

```
 1   interrupting.

 2        THE COURT:  Mr. Brown?
          MR. BROWN:  Your Honor, this goes back to the statute
 3

 4   that I quoted in my opening statement --
          THE COURT:  Okay.
 5

 6        MR. BROWN:  -- and that has to do with the --
          THE COURT:  The objection is sustained.
 7

 8        MR. BROWN:  Thank you.

 9        MS. BURWELL:  If I could, Your Honor, just for one

10   second?

11        THE COURT:  Mm-hmm.
       BY MS. BURWELL:
12

13             Q.   Mr. Barron, I'm going to show you
          OCGA 21-2-300.  Is that what you were referring to
14

15        earlier about being required to use the state-
          mandated DRE machines?
16

17             A.   You said 302?  Or 300?

18             Q.   300.
          MR. BROWN:  Excuse me, excuse me, Your Honor.  I've
19

20   just -- in the here --
          THE COURT:  Let me -- let me say this.  You can all
21

22   read the law to me in closing.
          MS. BURWELL:  Okay.  All right.
23

24        THE COURT:  You don't -- don't -- don't make a lay

25   witness a lawyer.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000606

Page 1775

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Trial Proceedings on 01/18/2019**                    **Page 57**

```
 1        MS. BURWELL:  Okay.

 2        THE COURT:  I'm sure he doesn't want to be one.
       BY MS. BURWELL:
 3

 4           Q.  Last thing, Mr. Barron.  In Fulton County
       you didn't receive any complaints of someone saying
 5

 6        that a race, specifically the lieutenant governor
       race didn't appear on their ballot?
 7

 8           A.  I don't recall that, no.

 9        MS. BURWELL:  Thank you.

10        MR. LINDSEY:  For a follow-up to that.

11        THE COURT:  Right.
       BY MR. LINDSEY:
12

13           Q.  If there had been something as serious as
       that, do you believe that you would have been alerted
14

15        to it?
             A.  Yes.
16

17        MR. BROWN:  Objection, Your Honor.  That calls for

18   speculation as to reading the minds of other people who
       might --
19

20        MR. LINDSEY:  He's -- he's ahead --
       THE COURT:  Sustained.
21

22        MR. LINDSEY:  -- of the office now.
       THE COURT:  Sir, I understand.  "Did you get one" is
23

24   enough?

25   BY MR. LINDSEY:
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000607

Page 1776

 1          Q.   Did you ever get one that day that a race

 2     was not on, that particularly the lieutenant
       governor's race was not on the ballot?
 3

 4          A.   No.
       MR. LINDSEY:  Thank you.
 5

 6     MR. BROWN:  No further questions, Mr. Barron.
       THE COURT:  Okay.  You may go now.  Thank you.
 7

 8     THE WITNESS:  Thanks.

 9     MR. BROWN:  Your Honor, at this point we have no

10     further witnesses, but I would like to make one

11     evidentiary argument that may be well.  And it is to renew
        our request for the admission of the National Academy of
12

13     Sciences report.  And let me just very briefly describe
        the law on that.
14

15          The -- when it was tendered, I made the argument that
       -- that the basis of it being admissible by experts is
16

17     prinicipally -- it's hearsay, but the -- but the law

18     requires is that --
            And this is what the law says, and I'm quoting 24-7-
19

20     703, "Such facts or data that are otherwise inadmissible
        shall not be disclosed to the jury by the proponent of the
21

22     opinion or inference unless the court determines that the
        probative value in assisting the jury to evaluate the
23

24     expert's opinion substantially outweighs their prejudicial

25     effect."

000608

```
 1          And so I would ask, Your Honor, to -- to allow the

 2     opinion of -- to allow the National Academy of Science's
        report, because their probative value greatly outweighs
 3

 4     the prejudicial effect, and I would also, at this point,
        note that the report is independently admissible under
 5

 6     OCGA 24-7-803 (8)(C), which is the public records and
        reports exception of hearsay.
 7

 8          And I would cite the case of Chrysler v. Walden, 339

 9     Ga. App.  In that case, the court allowed the firm

10     allowance of a report of the National Highway Traffic

11     Safety Administration opposite defects investigation about
        a recall of a particular defective product.
12

13          We think that case is right on point.  We believe,
        Your Honor, that -- I understand that Your Honor has not
14

15     reviewed this evidence because it wasn't admitted in the
        evidence.
16

17          THE COURT:  Well, I thought it was unfair to

18     everybody for me to start reading stuff people were
        sending me to read.  There was going to be evidence when
19

20     there was no -- I didn't know whether it was admissible or
        not, so I didn't --
21

22          MR. BROWN:  We would urge Your Honor to consider
        reading it and to conclude that, since a consensus report
23

24     from the National Academy of Science is the best that this

25     country has.
```

www.huseby.com                    Huseby, Inc.  Regional Centers                    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000609

Page 1778

```
 1        And it's right on point about securing elections,

 2   which is exactly what this case is about, it would be
      helpful to the triers of fact to have the best evidence
 3

 4   that this country could ever have about the issue in this
      case and that is the security of this machine.
 5

 6        MS. BURWELL:  Your Honor, I would just note that this
      is not -- does not appear to be a complete copy.  It looks
 7

 8   like the -- the cover page says -- looks like the document

 9   is supposed to be 180 pages.  This appears to be maybe the

10   first 8 pages of that document, because it begins at page

11   8 in here, but it's not a complete --
              You can see that the -- the last paragraph continues
12

13   beyond this page, so it is not -- it's not even a complete
      copy.
14

15        MR. LINDSEY:  Your Honor, admittedly I'm having to
      deal with what's on the line.  But according to the
16

17   National Academy of Sciences on the webpage, the National

18   Academy of Sciences is not a public entity, not a
      governmental entity.
19

20        It is a private, nonprofit organization, therefore
      doesn't fit within the exception that gentleman has -- has
21

22   alluded to.  The expert has already stated that he
      reviewed it, allowed it when he was giving his opinion.
23

24   It goes back once again to hearsay.

25        It's also irrelevant, Your Honor, because the
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000610

Page 1779

1   question here is whether or not the system that Georgia

2   has is the most secure possible, but whether or not in
    this particular case a breach actually occurred, and to

3

4   the extent that the results of the election weren't valid.
    That's the question, and --

5

6        THE COURT:  Mr. Tyson?  Sorry.
         MR. BROWN:  -- the NAS report, that's something

7

8   that's better argued downtown under the goal of the

9   academy.

10       MR. TYSON:  And, Your Honor, we do agree with the

11  prior statements, and just would add that, to my
    knowledge, that there is nothing specific about the

12

13  Diebold Georgia voting machines in this report.  It's
    about DREs generally.

14

15       As Mr. Lindsey said, the expert has already relied
    upon this in testifying yesterday, and unless there is

16

17  something specific about this election, I don't see that

18  there's any relevance for the Court to consider to admit
    it in evidence.

19

20       THE COURT:  Mr. Brown?
         MR. BROWN:  First, Your Honor, just for the record,

21

22  as Your Honor is aware from the evidence, the -- the
    evidence is entirely, entirely contrary to what counsel

23

24  says.

25       THE COURT:  No, it's not.  You see, you -- and I

1    respect you, because you're an advocate.  And you

2    absolutely believe your side of the case, and a lawyer is
      supposed to do that.  But that doesn't make it all right.
3

4    That's your view of it.
           It's not -- yeah, I have to look at both sides.  So
5

6    -- so that's really got nothing to do with it.  I've got
      -- let me say -- say what I -- go ahead and finish
7

8    arguing, because I very much know what I'm going to do on

9    it.

10         MR. BROWN:  The evidence as we perceive it to be,

11   Your Honor, is -- and we're just simply not aware of the
      contrary evidence, is that the defects are national, and
12

13   there's no difference, material difference between it in
      Georgia, and we're not aware of any material testimony.
14

15   Therefore the unanswered court decision, I would instruct
      it to leave it up to Your Honor [inaudible].
16

17         THE COURT:  Okay.  I -- I find it's not admissible.

18   It doesn't come in under public record, because it's not
      public, okay?  Number two, it was something that he relied
19

20   on in giving his opinion, and I've had his opinion.  His
      opinion is these -- if you listen to him, these pretty
21

22   much useless machines.  I understand all that, and I'm not
      going to read something that's hearsay.
23

24         MR. BROWN:  Thank you, Your Honor.

25         THE COURT:  Okay?  I mean, I understood what he was

www.huseby.com          **Huseby, Inc.  Regional Centers**          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000612

Page 1781

```
 1   saying.

 2        MR. BROWN:  Thank you, Your Honor. At this time, we
      would also like to renew our demand for a jury.  And the
 3

 4   reason why I'm renewing the demand, Your Honor, is that
      there is -- there is case law that may not be the best law
 5

 6   around, but it suggests that if you don't continue the
      demand --
 7

 8        THE COURT:  I -- so we already in this hearing,

 9   already in this trial, I have ruled.  I'm one of these

10   judges, I'm afraid, who rules, you know.  I make pretty

11   clear rulings, as we pointed out yesterday.  I'm not an
      English major, so my stuff comes out ching-ching-ching.
12

13   I've ruled.  Don't run in the face of it, okay?
          MR. BROWN:  Thank you, Your Honor.
14

15        THE COURT:  Thank you.  Do you rest?
          MR. BROWN:  We do.
16

17        THE COURT:  Okay.  Let me do this.  Let me take ten

18   minutes, and then we'll hear from the other side.
          MR. LINDSEY:  Thank you, Your Honor.
19

20        MR. BROWN:  Thank you.

21

22        [Off the record at 10:16 a.m., and back on the record
      at 10:21 a.m.]
23

24

25        BALIFF:  Please take a seat.  Court comes to order.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000613

Page 1782

1        MALE:  Oh, sorry.

2        THE COURT:  Okay.  Which defendant is to go first?
   Oh, you have a motion?
3

4        MS. BURWELL:  Yes.
         THE COURT:  Okay.
5

6        MS. BURWELL:  On behalf of Fulton County, Your Honor,
   I will move for an involuntary dismissal pursuant to 911
7

8    41(b) on the grounds that this court as the trier of fact

9    is allowed to adjudicate a motion to dismiss at the close

10   of the plaintiff's case.

11       And that is because the court is the finder of fact
   as well as the determiner of the law and the cases are
12

13   clear and I'd cite the court to Chalk v.  Poletto 346 Ga.
    App 491 which is a 2018 case as well as Smith v.  Georgia
14

15   Kaolin Company, Inc., 269 Georgia 475 both of which
    provide that a dismissal in a non-jury matter under
16

17   91141(b) does not require the court to construe the

18   evidence most favorably for the nonliving plaintiff.  And
    that again is because the court determines the facts as
19

20   well as the law.
            And in the instant case, the petitioner's under have
21

22   filed an election contest under 2125-22, Sections 1 and 3;
    and Section 1 requires the plaintiffs to have shown
23

24   misconduct, fraud, or irregularity in the election, by an

25   election official sufficient to change, replace, and doubt

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000614

Page 1783

 1    the result.

 2         Instead what these petitioners are alleging, is that
      just the DRE machines themselves, nothing that an election

 3

 4    official did, but just the machines themselves are -- they
      don't -- they don't care for the machines and think that

 5

 6    they're vulnerable.
               Under section 2125-22(3), they had to show that

 7

 8    illegal votes were received or illegal votes rejected,

 9    sufficient to change or place in doubt the results.  And

10    there's been no evidence at all that there have been the

11    rejection, the receipt of illegal votes, or the rejection
       of votes at the polls sufficient to change or place in the

12

13    result.  They brought in one woman who said she didn't see
       it, but then she was able to vote for that, which was Ms.

14

15    Thomas -- I think her name was -- this morning.
               And the only other information was information from a

16

17    poll worker who said she got second hand information that

18    someone wasn't able to vote, but that is one vote at issue
       and there were over a 100,000 vote margin between the two

19

20    candidates.
               So there is not sufficient information back.  There

21

22    was no information in the record which would allow this
       court to find that there were legal votes rejected,

23

24    sufficient to change or place in doubt the result.

25    There's been no evidence of impropriety that led to this

www.huseby.com               Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000615

Page 1784

```
 1   under-vote.  There's no evidence of any sort of tampering

 2   that led to this under-vote.
            And instead what they have done is they have said
 3

 4   there's a purely mathematical computation and they believe
      that a four percent under-vote for the Lieutenant
 5

 6   Governor's race is inappropriate.
            And there is no evidence in the record about how or
 7

 8   why individuals choose not to vote for Lieutenant

 9   Governor's race.  But the one thing we do know is that

10   even based on the information they provided in every

11   single election, there are under-votes.  Every single
      election.
12

13        The only difference here is that they complain that
      they believe that the amount of four percent is too large.
14

15   But again, there was no tie in between why there's an
      under-vote and any sort of impropriety on behalf of an
16

17   election official or any legal votes that have been

18   rejected.  Thank you.
            MR. TYSON:  Your Honor -- Your Honor?  Yeah.  Your
19

20   Honor, just to briefly Gwinnett County Board of
      Registrations in elections joins in Fulton County's motion
21

22   requesting that this be treated as an adjudication on the
      merits which is allowed under 41(b) just to echo what Ms.
23

24   Burwell has raised the evidence before the court for the

25   reports that is that the Lieutenant Governor's race
```

www.huseby.com                    Huseby, Inc.  Regional Centers                    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000616

Page 1785

```
 1    appeared on every ballot in the state according to the

 2    base precinct report with races.
               That the -- all the cards were counted according to
 3

 4    the TS report and that there are a number of possible
       reasons as the various witnesses testified about why an
 5

 6    under-vote may occur.  It have been ballot design with the
       lack of the US Senate race, the lack of a third party,
 7

 8    there were a number of additional write-in candidates.

 9    Any of those issues could go to why the under-votes are

10    there, including the most important one, voters chose not

11    to vote at the race as was their option.
               There is no evidence in the record that all -- that
12

13    any of those have been disproven as a possible basis.  And
       as a result, Mr. Brown and the plaintiff's elections
14

15    contest and must fail the election is presumed valid and
       there was no evidence of irregularities sufficient to
16

17    place the results in doubt.

18         To the contrary, there is evidence that the results
       should be placed, should be given the presumption that
19

20    it's favored because of the evidence in the record.  And
       as Ms. Burwell indicated, there is no indication that the
21

22    number of illegal votes cast or legal votes rejected was
       anywhere near the margin of victory in this case, 123,000
23

24    votes.  So we fully join in Fulton's motion.

25         MR. LINDSEY:  Your Honor, first off, on behalf of the
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000617

Page 1786

 1   Lieutenant Governor Jeff Thompkin [ph] we will adopt the

 2   argument raised by both attorneys for Fulton County and
     Gwinnett County.  And simply once again, I want to read it

 3

 4   off again, into Hart v. Crawford, which I read at the
     beginning, 20 Ga. 7, 1998 decision which clearly lays our

 5

 6   the fact that [inaudible] with the extraordinary, drastic
     -- I believe the word used by the board is drastic.  There

 7

 8   must be clear evidence of some kind of issue in terms of

 9   either malicious or negligent kind of issue that created

10   the problem.  The fact of the matter is --

11       THE COURT:  Quick, which case are you referring to?
     Sorry to interrupt you.

12

13       MR. LINDSEY:  Hart [ph].
         THE COURT:  Hart.

14

15       MR. LINDSEY:  Versus Crawford, 270 Ga. 7, 1998.
         THE COURT:  I got it.  Okay.

16

17       MR. LINDSEY:  In regards to the evidence that you've

18   heard that the plaintiff's expert himself admitted that he
     was not familiar with the particularities of this race in

19

20   terms of what was going on in this race, but simply doing
     so by doing mathematical formulations.  He admitted that

21

22   he has no evidence of any kind of malware or malicious
     conduct by any individual, would have led to the under

23

24   voting that they have cited from the testimony of the

25   plaintiff's own witnesses.

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000618

Page 1787

```
 1        That was never rebutted by any other witness of the

 2    plaintiff.  The -- there -- there -- there are ample
       reasons why there was an under-vote including the fact
 3

 4    that we had a high number of new voters, voter confusion
       in terms of the -- as a result of the layout of the ballot
 5

 6    Governor, Lieutenant Governor.  Given the history of
       Governors that Lieutenant Governors of other states
 7

 8    running as a ticket.  And that, that is a reasonable

 9    reason for why there was an under-vote, in addition to

10    other evidence that was elicited from the plaintiff's on

11    their reports.
              There's also testimony, I think this is extremely
12

13    important.  a lot of plaintiff's expert testify as to what
       might have, could have, should have happened.  The
14

15    undisputed testimony from both the Secretary of State and
       from the Fulton County election official from the
16

17    plaintiffs' themselves called on direct, testified as to

18    the safe guards that are taken both before an election and
       on election day to ensure that the system is operating
19

20    correctly in terms of the voter being able to cast a vote
       for the candidate of their choice and that vote being
21

22    accurately reported by the state; that the testimony has
       not been contradicted by anyone in terms of the safeguards
23

24    that were put in place.

25        Nor has -- while the plaintiff's expert talked about
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000619

Page 1788

```
 1   systems that are on the web, we have undisputed testimony

 2   that the system that deals with the actual recording --
     accurate recording of a voters vote all the way up to the
 3

 4   counting of that vote is within a closed system that is
     not susceptible to the hacking at the plaintiff's expert
 5

 6   has outlined as part of their concerns.  That testimony is
     uncontroverted.
 7

 8       So for those reasons as well as the reasons set forth

 9   by my colleagues from Gwinnett and Fulton County, we

10   actually -- we also make this much at this time.

11       THE COURT:  If -- I'm going to hear from Mr.  Brown
     but before I do, do you have 911 with you?
12

13       MS. BURWELL:  Okay.
         THE COURT:  Everybody -- everybody's only got the --
14

15   okay.  I don't have a computer and I'm one of those -- I
     just have to go read it myself because I had forgotten
16

17   that you could do that.  So if 911-41?

18       MS. BURWELL:  Yes.
         MR. LINDSEY:  And Your Honor, since you don't have a
19

20   computer, would you like the Hart decision that I --
         THE COURT:  I've got it.
21

22       MR. LINDSEY:  Okay.
         THE COURT:  I did some work.
23

24       MR. LINDSEY:  Thank you, Your Honor.

25       THE COURT:  I won't say how much.  911?  Let me look
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000620

Page 1789

```
 1   at -- here it is.  Oh, I got one of these somewhere, let

 2   me see 41.  Let me see.  Let me see.  What subsection?
          MS. BURWELL:  Forty-one (b).
 3

 4        THE COURT:  B.  Okay.  Go ahead, Mr. Brown.
          MR. BROWN:  Your Honor, the evidence established
 5

 6   first a national consensus on the [inaudible] are highly
      vulnerable and shouldn't be used.  This -- there was no
 7

 8   contrary evidence as to national consensus, either by

 9   governmental agencies or assigned this.

10        So the background is undisputed, and that is that

11   these machines for vulnerable to attack and that they
      should not be used.  Second, there was a lot of evidence
12

13   about whether Georgia's particular DREs are worse than the
      national decrepitude because of the way George has not
14

15   maintained these machines over the last couple of years.
          Our position is that Georgia has not done set on --
16

17   that these machines are worse even than the national

18   average, which worse than general and in general -- even
      if it were as good as general, they should not be used.
19

20   We believe Georgia's are much worse than even the bad ones
      in other states that should not be used.  And we had
21

22   substantial evidence that is the case.  At all -- since --
      since they're defective anyway, I don't want to spend too
23

24   much time on the evidence that they're very, very

25   effective.
```

1        But these are -- and I want to go through the

2   evidence very quickly.  The -- Michael Barnes testified
    yesterday in response to my questions about the compromise

3

4   of the election server, that they had replaced one partial
    -- they replaced one piece of their system we established

5

6   today from Mr.  Barren that the other components were not
    replaced and they were not disaffected.  And so we believe

7

8   that Georgia's system is much more vulnerable than the

9   systems described by the national campus [ph] -- described

10  by our expert, recounted by our expert.

11       That the unanimous opinion of defense agencies, the
    scholars and the scientists, that they should not be used

12

13  and that Georgia's is even more vulnerable.  And that is
    important because they're vulnerable that it naturally

14

15  increases the chances of what we're alleging in this
    election actually happened.

16

17       And then that was also the opinion of our expert or

18  at least un-rebutted yet.  The other evidence that we have
    is the evidence that the results in this case, if you

19

20  compare the electronics and the paper ballot suggest that
    there's something about the electronic that was causing

21

22  the different vote.  If Your Honor -- as the defendants'
    positions' has evolved, that seems to be where they're

23

24  headed also.

25       There is as -- as the evidence has shown, there is a

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000622

Page 1791

```
 1    microscopic chance that the results on paper are different

 2    than the results on the voting machines because of voter
      choice or chance.  Instead, two different scenarios have
 3

 4    been presented to you.  One is that it is caused by
      malware or misprogramming or it's a sham [ph].
 5

 6         The other, and that evidence was presented by our
      expert, it was informed by the national consensus that
 7

 8    something like that was likely and that the particular

 9    results and evidence about voters experiences were

10    telltale signs that there is a system problem within --

11    that the -- with the computers that was causing this to
      happen.
12

13         What is the other evidence?  The way that -- that --
      that we view the case, Your Honor, is that for this
14

15    freakish result to happen and I believe the evidence is
      one in 10,000, for that to happen, on the one hand, it
16

17    could have been this thoroughly discredited, highly

18    vulnerable election system did not function properly.
      That's one option.
19

20         The other option is the one presented -- suggested by
      Mr. Lindsey in his questions of Mr. Barnes yesterday and
21

22    that is the -- that the voters thought that there was a
      tick.  That the -- that for some reason they looked at the
23

24    screen and they thought, oh, we only need to vote for the

25    Republican ticket and the Democratic ticket.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000623

Page 1792

1        There is, apart from the question by Mr. Lindsey and

2    the answer by Mr. Barnes, there's no evidence supporting
     that speculation.  Your Honor remarked that we're more

3

4    concerned with why people did this.  There -- the -- and -
     - and that was the basis -- one of the basis for not

5

6    allowing some of our testimony.
             The -- the here, there is no testimony that any voter

7

8    did not vote for the Lieutenant Governor ticket because

9    they thought it was -- the Lieutenant Governor because

10   they thought it was the ticket.  Instead -- and they

11   didn't even have an expert -- they don't even have an
     expert.  They don't even try to get an expert.

12

13       THE COURT:  Well, they haven't got that far yet.  But
     the issue -- the issue as we're all --

14

15       MR. BROWN:  We're all.  So they have -- just the
     nature of, well, we can throw this idea out.  Maybe this

16

17   is an explanation for it.  We don't have any evidence.

18   It's not particularly plausible that a voter would do that
     particularly as many times and it's not based upon any

19

20   evidence whatsoever.
             It really is speculation.  But the defendants rule

21

22   that the defendants would have Your Honor adopt, is that
     if you challenge the result of a statewide election in

23

24   Georgia that it's done on electronic machine, is that you

25   have to find some bad code.  That is what they would have

www.huseby.com           Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
                                                                       000624

Page 1793

```
 1   Your Honor rule.  We got to find the code.  There's no bad

 2   code, there's no misprogramming, then the plaintiff will
      lose.  But we're not going to let you find that bad code
 3

 4   ever.
            And so the rule that the defendants want, the
 5

 6   Secretary of State wants would insulate decisions in
      Georgia -- would insulate elections on electronic
 7

 8   equipment in Georgia from any judicial review because

 9   you've got approved bad code, but you're not going to be

10   able to look at it to find it.

11       And we believe that the combination of that rule and
      the inability to discover it is inconsistent with the
12

13   statute, which was written by the legislature to allow
      petitioners to show that -- to allow that them to show,
14

15   and they have the court decide that at the election, so
      the fact that you can -- we believe a better reading of
16

17   the law is that once the petitioner has made a prima facie

18   showing of the likelihood that the machines caused the
      difference, and here there's -- we have proven that Your
19

20   Honor, we believe to a very high degree.
            There -- the evidence is that there's a 99.95 percent
21

22   chance that there was something about the machines that
      caused the election results and we believe that in that
23

24   event, that we have survived and that we -- that the

25   election should be overturned [inaudible, paper shuffling]
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000625

Page 1794

1    then in additional, that Your Honor exercise your

2    discretion to call another hearing for the code to be --
     after the code be evaluated.
3

4        THE COURT:  Anything -- any -- any response to that?
         MR. LINDSEY:  Yes.  Very briefly, Your Honor.  The
5

6    fact of the matter is that tests were conducted, this is
     uncontroversial.  As a matter of fact, the bi-witnesses
7

8    that the plaintiff chose to put on this stand, tests were

9    conducted that would have revealed if malware was in

10   place.

11       Tests were conducted prior to the election.  Most
     importantly, tests were conducted on the day of the
12

13   election to see whether or not there was any kind of
     systemic problem with this -- with the voting system.
14

15       And that was great details as to what that costed, in
     which they had cameras on one individual actually live,
16

17   making sure -- making choices and then they had a parallel

18   system and then seeing whether or not there was any kind
     of deviation.  That testimony is uncontroverted that these
19

20   tests were done and the testimony is also uncontroverted
     that if a malware had existed it would have come out at
21

22   that point.
         It was also uncontroverted testimony today regarding
23

24   the specific inspections that are done on each machine

25   prior to the election to make sure that the machines are

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000626

Page 1795

1   operating correctly and that if a voter cast his vote for

2   individual A, it was going to be recorded as A.  That
    testimony is uncontroverted.  So we actually do have, here

3

4   in Georgia, tests to make sure that when Edward Lindsey
    cast a vote for Mr. Brown, that that's going to be

5

6   properly recorded by the Secretary of State, certified
    correctly.

7

8        There is no controversy to that.  There's no --

9   there's no evidence to the contrary that these tests took

10  place or what the results were.  And as to the other

11  matters regarding if there was no malware, what was the
    cause, we have presented -- by the plaintiff through the -

12

13  - with their own expert, with their own witnesses on cross
    examination have admitted that there were plausible other

14

15  explanations.  For that reason, Your Honor -- we believe
    that this motion be passed.

16

17       THE COURT:  Any -- anything else?

18       MR. TYSON:  Yeah.  Can I just briefly, again, for
    what Mr. Brown explained, there's no prima facie showing

19

20  here at all as far as that all we can say is that they
    might be vulnerable, they might be -- there might be a

21

22  problem, there might be an issue.  Georgia Supreme Court
    is clear in Middleton v. Smith, 273 GA. 202 in 2000 which

23

24  you cannot overturn an election on the basis of mere

25  speculation.  And that's what we have here.  We have no

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000627

Page 1796

 1    evidence of additional [ph] votes.  We have no evidence of

 2    an irregularity happening.
              Mr. Brown has also conveniently chosen to ignore the

 3

 4    fact that the ballot design that in 2018 you did not have
      a U.S. Senate race on the elect- -- on the ballot and

 5

 6    that's a deviation from a number of our past Governor's
      elections.

 7

 8        And so when a voter was presented with that

 9    electronic machine, they saw the first two races instead

10    of being U.S. Senate and Governor, they were Governor and

11    Lieutenant Governor, which was a change from past years,
      which is also a very reasonable explanation for the

12

13    potential country vote.
              So at the end of the day, the plaintiffs are left

14

15    with, we think maybe something might have happened and the
      Georgia Supreme Court is clear that mere speculation

16

17    cannot be the basis for overturning an election.

18        THE COURT:  Anything further from you?
          MS. BURWELL:  Nothing further.

19

20        THE COURT:  Okay.  I had -- I guess I'm used to
      trying stuff to jury.  I hadn't realized that I was in

21

22    this position.
              And 91141(b) says, after the plaintiff in an action

23

24    tried by the court without a jury has completed the

25    presentation of his evidence, the defendant without

```
 1   waiving his right to offer evidence in the event the

 2   motion is not granted, may move for dismissal on the
      grounds at upon the facts and the law, the plaintiff has
 3

 4   shown note right to relief.
              Taking everything the plaintiffs have said, your
 5

 6   attack is on the whole system and I respect that.  And
      there is authority that says that scientific authority
 7

 8   that says that DRE -- DRE system is terrible and all those

 9   kinds of things.  I'm very aware of that.

10         But what I'm here on is one race.  Just one race.

11   You haven't sued the state to get rid of the system; okay?
      That's one thing.  I wouldn't be in this position if
12

13   that's where we were, but we're not, we're looking at one
      race.
14

15         And you brought it on 212522 one and three.  There
     was absolutely nothing to support one.  And then let me
16

17   look at three.  There was no illegal votes received.

18   There's no legal votes rejected and in this race in the
      evidence.  Now, I understand you've got the under-vote
19

20   issue.  I'll get to that.
              The law is very clear that it's presumed there is a
21

22   legal presumption that the election returns of ballot;
      okay?  There's the presumption in ballot.  The plaintiff
23

24   has the burden of showing an irregularity or illegality

25   sufficient to change all place in doubt the result of
```

www.huseby.com                    Huseby, Inc.  Regional Centers                    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000629

Page 1798

 1   election; okay?  The result of this particular election,

 2   not all of them, not the DRE, not any of that.  One -- the
     one thing.  It's a narrow issue.
 3

 4        It says the setting aside of an election, I'm reading
     the law, of an election in which the people have chosen
 5

 6   their representative is a drastic remedy that should not
     be undertaken lightly, but instead should be reserved for
 7

 8   cases in which a person challenging an election has

 9   clearly established a violation of election's procedures

10   and has demonstrated the violation has placed the result

11   of the election in doubt.  There is no -- the only thing
     you've got is the under -- is the under-vote and the --
12

13   144 votes in Winterville; okay?
              If the numbers should have been equal and there is no
14

15   evidence to show of the under-vote, but let's assume
     somehow that was an error and there should have been 31
16

17   more thousand votes.

18        And let's assume that the one precinct in Winterville
     was 144 votes, should all have been given to Ms.  Amico
19

20   and we'll take the 31,000 as all being given to Ms.
     Amico.  We're still nowhere near -- the numbers do not --
21

22   there is -- it's not even close.
              There is absolutely no evidence of the number of
23

24   votes sufficient to overcome.  And there is no evidence

25   that this system didn't work during this election.

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000630

Page 1799

```
 1        So on that, I'm going to grant the motion to dismiss.

 2        MR. BROWN:  Your Honor, with respect, the evidence
    with the --
 3

 4        THE COURT:  Sir, I've ruled.  This is one thing you
    haven't handled well with me because I rule.  And now some
 5

 6   judges, you can keep talking and they change their mind.
    Old Judge Raven [ph] was that way.  As long as you kept
 7

 8   talking, he would eventually change his mind.  I don't do

 9   that; okay?

10        MR. BROWN:  [inaudible]

11        THE COURT:  So let's not.  I've ruled, I'm done.
    I've just got to clean my desk a minute.
12

13        MR. BROWN:  We --
          THE COURT:  This is your book.
14

15        MR. BROWN:  Would you like an discussion about the
    number you cited?
16

17        THE COURT:  No, sir.

18        MR. BROWN:  Okay.
          THE COURT:  Nothing.
19

20        MR. TYSON:  Thank you, Your Honor.
          THE COURT:  Thank you.
21

22        MR. BROWN:  Thank you, Your Honor, thank you for your
    time.
23

24        THE COURT:  It's going to take a minute, I have a

25   briefcase; you all just go.  I've got to go way back in
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000631

Page 1800

1    the other building.

2         MR. LINDSEY:  I -- you have a briefcase Your Honor --

3

4    [Whereupon, the hearing was concluded at 10:49 a.m.]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                              CERTIFICATE

 2
    STATE OF GEORGIA    ]
 3

 4                      ] SS.
    COUNTY OF DOUGLAS   ]
 5

 6
            I, PRISCILLA GARCIA, A COURT REPORTER IN THE STATE OF
 7
    GEORGIA, DO HEREBY STATE THAT THE FOREGOING IS A TRUE AND
 8
    ACCURATE TRANSCRIPT AS TAKEN DOWN BY ME AT THE TIME,
 9
    PLACE, AND THE DATE HEREINBEFORE SET FORTH.
10
        I DO FURTHER STATE THAT I AM NEITHER A RELATIVE NOR
11
     EMPLOYEE NOR ATTORNEY NOR COUNSEL OF ANY OF THE PARTIES TO
12
    THIS ACTION, AND THAT I AM NEITHER A RELATIVE NOR EMPLOYEE
13
     OF SUCH ATTORNEY OR COUNSEL, AND THAT I AM NOT FINANCIALLY
14
    INTERESTED IN THIS ACTION.
15
            WITNESS MY HAND IN THE CITY OF DOUGLASVILLE, COUNTY
16
    OF DOUGLAS, STATE OF GEORGIA, ON THIS 28TH DAY OF JANUARY
17
    2019.            Priscilla Garcia
18
         BY: _____
19
            PRISCILLA GARCIA, COURT REPORTER
20          NOTARY PUBLIC, STATE OF GEORGIA
21
            COMMISSION NO.: W-00379933
22          COMMISSION EXPIRES: 08/14/2022
23
            CERTIFICATION NO.: 5503-2677-8304-9216
24
            LICENSE EXPIRES:  04/01/2019
25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000633

Page 1802

1

2

3      I, Chris Naaden, a transcriber, hereby declare

4   under penalty of perjury that to the best of my

5   ability the above 82 pages contain a full, true and

6   correct transcription of the tape-recording that I

7   received regarding the event listed on the caption on

8   page 1.

9

10      I further declare that I have no interest in the

11   event of the action.

12

13      January 28, 2019

14

15

16   Chris Naaden

17

18

19

20   (Transcript of Trial Proceedings)

21

22

23

24

25

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000634

Page 1803

**(**

(8) (C)   59:6

(b)   71:2

**-**

--is   54:15

**1**

1   64:22

10,000   73:15

100,000
   65:18

10:16   63:22

10:21   63:22

10:49   82:4

115   39:13
   40:4

123,000
   67:22

144   80:13,
   18

18   7:4  19:8
   54:22

180   60:9

19   44:13

1998   68:4,
   15

1999   34:1,4

**2**

20   10:11
   36:10 68:4

2000   77:22

2003   34:4

2004   34:6

2005   34:6

2006   34:6

2007   34:9

2013   34:9,
   11

2016   20:2,
   24 21:2,
   11,22
   22:6,17

2017   20:24

2018   7:4
   10:11
   21:24,25
   23:11
   25:20
   31:17 49:4
   64:13 78:4

202   77:22

21-2-300
   56:13

21-2-383(b)
   52:13

2125-22
   64:22

2125-22(3)

65:6

212522   79:15

24-7-   58:18

24-7-803
   59:6

269   64:15

270   68:15

273   77:22

**3**

3   64:22

3,108   32:22

30   36:11
   47:2

300   56:17,
   18

302   56:17

31   80:15

31,000   80:20

339   59:8

346   64:13

370-plus
   40:4

**4**

41   71:2

41(b)   64:8
   66:22

475   64:15

491   64:13

**5**

52   48:6

**6**

62   15:6

6th   37:24
   38:17 49:4

**7**

7   68:4,15

70   36:9

703   58:20

**8**

8   60:10,11

80   36:9

**9**

911   64:6
   70:11,25

911-41   70:17

91141(b)
   64:17
   78:22

99.95   75:20

9:04   7:4

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000635

Page 1804

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019          Index: a.m...appears

---

**A**

**a.m.**   7:4
63:22 82:4

**absolutely**
62:2 79:15
80:22

**academy**
58:11
59:2,24
60:17,18
61:9

**access**   28:11
29:4
30:10,13,
17,25
47:4,20
55:15

**accessed**
44:1

**accessible**
28:15

**account**
39:20

**accuracy**
26:10,15
44:17
48:18
55:10

**accurate**
70:2

**accurately**
69:22

**action**   78:22

**active-duty**
45:18

**activities**
34:13
35:6,15

**actual**   45:2,
4,17 53:10
70:2

**add**   61:11

**addition**
35:1 69:9

**additional**
67:8 76:1
78:1

**address**   8:22
30:8

**adjudicate**
64:9

**adjudication**
66:22

**administering**
19:1

**Administration**
59:11

**admissible**
58:15
59:4,20
62:17

**admission**
58:11

**admit**   61:18

**admitted**
59:15

**68:18,20
77:13**

**admittedly**
60:15

**admonished**
48:2

**adopt**   68:1
74:22

**adverse**
20:18

**advocate**
28:6 62:1

**afraid**   63:10

**age**   48:4,8

**agencies**
71:9 72:11

**agree**   61:10

**ahead**   13:22
14:2 21:6
33:8 35:13
48:2,10
57:20 62:6
71:4

**AJC**   32:4,6

**alarm**   47:20

**alarmed**   45:9

**alerted**
57:13

**alleging**
65:2 72:15

**allowance**
59:10

**allowed**
55:15 59:9
60:22 64:9
66:22

**allowing**
74:6

**alluded**
48:1,13
60:22

**alter**   26:20

**altered**
27:22

**amazed**   17:2

**AME**   23:22
24:8,9,20

**amendments**
11:20

**Amico**   11:15
15:17
80:18,20

**Amico's**
11:18
14:13

**amount**   66:13

**ample**   69:2

**Angeles**   10:4
11:4

**App**   59:9
64:13

**appeared**
67:1

**appears**
41:10

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000636

Page 1805

52:17 60:9

applications
39:6

apply  8:17

approved
75:9

area  31:24
33:13 54:6

argue  55:24

argued  61:8

arguing  62:8

argument
58:11,15
68:2

arisen  55:20

assigned
40:9,18
71:9

assisting
58:22

assume
80:15,18

assumes  21:6

assuming
16:10 21:4

attack  71:11
79:6

attacks
37:11

attempting
52:17

attorney
10:1

attorneys
68:2

August  38:18

Austin  34:4

authority
35:18 79:6

average
71:18

aware  21:18
24:6,10,22
27:20 28:1
31:15
32:2,11,18
36:15,20
37:6,10
46:17
47:11
50:2,6,8
51:20,22
52:4 61:22
62:11,13
79:9

_____
_____
                B

back  11:25
12:1,24
15:13
17:15
22:15
41:13
42:2,9
55:18 56:2
60:24

63:22
65:20
81:25

background
34:2 71:10

bad  71:20
74:25
75:1,2,9

bailiffs  8:2

BALIFF  63:25

ballot
10:18,20,
25 11:15,
22,25
12:2,10
14:10 16:6
28:15
30:8,10,
15,22,25
38:20,24
39:11,13
40:2,6,13,
25 41:6,9
42:2,6,15
57:6 58:2
67:1,6
69:4 72:20
78:4 79:22

ballots
30:11,13
39:24

Barnes  72:2
73:20 74:2

Barren  72:6

Barron  17:20

18:6,11,15
27:11
29:18
33:22,24
48:1
49:11,20
52:4,22
53:4 56:13
57:4 58:6

Barron's
20:6

base  67:2

based  30:6
39:15
66:10
74:18

basic  26:11

basically
34:24 54:4

basis  58:15
67:13 74:4
77:24
78:17

began  38:18

beginning
11:25 12:1
27:2 68:4

begins  60:10

behalf  52:25
64:6 66:15
67:25

Bernhard
28:4

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000637

Page 1806

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019          Index: bi-witnesses..canceled

**bi-witnesses**
    76:6

**biggest**
    29:20,22

**bit**  22:15
    34:2

**board**  16:4
    34:13,24
    35:17,18,
    20  66:20
    68:6

**boards**  35:18

**book**  34:20,
    22  36:20,
    22  81:13

**book's**  30:18

**books**  29:4

**booth**  28:18

**boundaries**
    39:18

**box**  8:2,4
    11:11

**Boy**  8:4

**breach**  61:2

**break**  46:15
    47:9,10,15

**briefcase**
    81:25  82:2

**briefed**
    52:10

**briefing**
    52:13

**briefly**  16:2
    49:8  58:13
    66:20  76:4
    77:18

**bring**  55:18

**broken**
    44:11,24
    45:1  46:18

**brought**
    55:20
    65:13
    79:15

**Brown**  7:18,
    22  8:2,11,
    13,15,20,
    24  9:2,6,
    22,25  10:2
    13:2  14:6,
    8,20
    17:11,15,
    18,20,24
    18:13
    20:17,20,
    22  21:4,15
    24:17
    27:17
    28:9,10
    29:8,18
    31:20
    32:2,24
    34:8  35:8
    42:22
    49:18,20
    50:10
    51:4,13,
    17,22,25
    52:2,20

    53:2  55:4,
    6  56:2,6,
    8,18  57:17
    58:6,9
    59:22
    61:6,20
    62:10,24
    63:2,13,
    15,20
    67:13
    70:11  71:4
    74:15
    77:4,18
    78:2  81:2,
    10,13,15,
    18,22

**Bruce**  9:25

**Bryan**  16:2

**build**  38:22

**building**
    82:1

**burden**  79:24

**Burwell**
    21:2,6
    24:13
    29:6,9
    33:2,6,9,
    11,15,18,
    22  35:10,
    13  47:22
    52:15
    56:9,11,22
    57:1,2,9
    60:6  64:4,
    6  66:24
    67:20

    70:13,18
    71:2  78:18

**button**  41:11

———————————

C

**cable**  45:25
    47:10

**calibrate**
    26:11

**call**  8:25
    17:20
    19:22
    43:13  54:2
    76:2

**called**  9:15
    18:8
    20:18,20
    29:20,22
    48:18
    54:11
    69:17

**calls**  57:17

**cameras**
    45:10
    47:20
    76:15

**campus**  72:9

**cancel**
    40:22,24
    41:11,18
    42:1,2

**canceled**
    41:11

www.huseby.com          Husaby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000638

Page 1807

cancelled
  42:18

candidate
  11:9 69:20

candidates
  38:22
  65:20 67:8

capability
  27:11

card  10:20
  21:25
  26:4,18,20
  28:11 29:4
  30:10,13,
  22 31:10,
  11 41:15
  42:11

cards  21:20
  22:2,9,15
  23:2 30:17
  31:13
  44:1,4
  45:4 47:6
  53:18,20
  67:2

care  19:2
  49:8 65:4

case  10:1
  24:11
  52:11
  55:20
  59:8,9,13
  60:2,4
  61:2 62:2
  63:4
  64:10,13,

20 67:22
  68:11
  71:22
  72:18
  73:13

cases  64:11
  80:8

cast  12:4,
  10 42:15,
  18 67:22
  69:20
  77:1,4

category
  11:10 17:4

caused  73:4
  75:18,22

causing
  72:20
  73:11

certified
  77:6

chain-of-
custody
  45:11

Chalk  64:13

challenge
  74:22

challenging
  80:8

chance  73:1,
  2 75:22

chances
  72:15

change  51:2
  64:25
  65:9,11,24
  78:11
  79:25
  81:6,8

changed
  51:20 52:4

charge  19:1

Chattahoochee
  40:13

checks  28:13

ching-ching-
ching  63:11

chip  28:13

choice  36:4
  69:20 73:2

choices
  76:17

choose  66:8

chose  67:10
  76:8

chosen  78:2
  80:4

Chrysler
  59:8

church  23:24
  24:20
  42:24

circumstances
  43:9

cite  59:8
  64:13

cited  68:24
  81:15

city  39:18

Civic  34:6

claims  52:15

clarified
  50:25

clean  81:11

clear  19:17
  63:11
  64:13 68:8
  77:22
  78:15
  79:20

clerk  33:13

clerk's
  33:13

close  64:9
  80:22

closed  70:4

closer  33:17

closing
  56:22

co-counsel
  48:2

coalition
  16:17

COBB  7:4

code  30:8,
  10,22
  34:20
  35:22

47:20
50:20,22
51:9,10
52:22
74:25
75:1,2,9
76:2

**coding** 23:11
25:9,11

**colleagues**
70:9

**combination**
75:11

**communication**
52:18

**Company**
64:15

**compare**
72:20

**complain**
12:15
66:13

**complained**
14:4

**complaint**
24:22

**complaints**
53:24 57:4

**complete**
60:6,11,13

**completed**
78:24

**component**

37:1

**components**
72:6

**compromise**
20:11 72:2

**compromised**
20:2

**computation**
66:4

**computer**
27:20
33:17
49:13
70:15,20

**computers**
73:11

**concern**
32:13
43:17,25

**concerned**
74:4

**concerns**
43:20 70:6

**conclude**
59:22

**concluded**
82:4

**conduct**
48:18
68:22

**conducted**
76:6,9,11

**confusion**

69:4

**connected**
31:4,6
38:6,11

**connection**
34:13

**consensus**
59:22
71:6,8
73:6

**construe**
64:17

**contact**
43:11
44:25

**contemporaneou
sly** 24:18

**contest**
64:22
67:15

**continue**
63:6

**continues**
60:11

**contractors**
19:10

**contradicted**
69:22

**contrary**
61:22
62:11
67:18 71:8
77:9

**controversy**
77:8

**conveniently**
78:2

**copy** 20:2
60:6,13

**correct** 12:9
14:18
15:11,13,
22 16:9
19:13,18,
20,22
21:25
22:4,6
23:2,22
24:1,2
26:11 29:2
30:18 31:2
37:2 38:15
39:10,11
40:15
42:13,20
43:2,4
53:11,15,
18,20
55:11

**correctly**
69:20
77:1,6

**costed** 76:15

**counsel**
55:18,22
61:22

**counted** 67:2

**counties**

22:15,20
23:6 51:1

**counting**
70:4

**country**
59:25 60:4
78:13

**county** 7:4
16:2
18:18,20
19:2,22
21:1 22:9
23:11,20,
22 25:20
30:4 31:9
32:22
34:4,8,10,
13 35:18,
24 36:2,8,
10,13,17
37:4,11,20
39:17
43:22
52:10
55:8,11,15
57:4 64:6
66:20 68:2
69:15 70:9

**County's**
20:22
21:2,20
66:20

**couple** 48:13
71:15

**court** 7:8,
11,15,22,

25 8:2,9,
11,13,15,
18,22 9:1
13:4,11,
15,18,20,
24 14:1
15:25
17:11,13,
15 20:9,
13,18
21:10
24:11,15
27:13 28:6
29:11
31:22
33:1,4,8,
10,11,15,
24 35:11,
24 36:11
47:24 48:9
49:6,18
50:2,4,11
51:4,8,15,
18,22
52:1,10,
11,18 53:2
55:6,22,24
56:2,4,6,
11,20,24
57:2,11,
20,22
58:6,22
59:9,17
61:6,18,
20,25
62:15,17,
25 63:8,
15,17,25

64:2,4,8,
11,13,17,
18 65:22
66:24
68:11,13,
15 70:11,
13,20,22,
25 71:4
74:13
75:15 76:4
77:17,22
78:15,18,
20,24
81:4,11,
13,17,18,
20,24

**cover** 60:8

**Crawford**
68:4,15

**create** 41:15

**created**
21:24
28:18
40:25
42:11
43:13
53:24
54:4,20
68:9

**cross** 20:18
77:13

**CROSS-
EXAMINATION**
14:22
33:20

**crowbar**
47:13

**Curling**
50:11
52:11

**cut** 47:10

**cycle** 51:2

---

D

---

**data** 58:20

**database**
21:2 22:10
23:11,13
26:9 28:24
29:2 53:10
54:10,11

**date** 26:11

**daughter**
12:22 14:4
15:20
16:15

**dawn** 11:11

**dawned** 11:22

**day** 7:17
25:6,15
30:18
40:6,8,15
42:20,25
44:11,15
54:4 58:1
69:18
76:11
78:13

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000641

Page 1810

days  44:13
 47:2

deal  60:15

dealing  19:4

deals  70:2

December
 25:22,25
 26:2 34:1

decide  75:15

decision
 50:11
 62:15 68:4
 70:20

decisions
 75:6

decrepitude
 71:13

defective
 59:11
 71:22

defects
 21:18
 59:11
 62:11

defendant
 52:15 64:2
 78:25

defendants
 74:20,22
 75:4

defendants'
 72:22

defense

72:11

defined
 29:10

degree  75:20

delivered
 44:18
 45:15,22

deliveries
 45:20

demand  63:2,
 4,6

Democrat
 16:25

Democratic
 73:25

demonstrated
 80:10

depends
 19:11

describe
 16:22 26:6
 54:1 58:13

describing
 53:13

design  67:6
 78:4

desk  43:11,
 13 54:4,
 13,15
 81:11

detail  54:2

details
 76:15

determine
 23:11
 24:25 27:8

determiner
 64:11

determines
 58:22
 64:18

deviation
 76:18 78:6

device  22:25

Diebold
 61:13

differ  40:6

difference
 51:10
 62:13
 66:13
 75:18

differently
 52:4

difficult
 16:22

direct  9:18
 13:11
 18:11
 20:13,20
 69:17

director
 18:20,24
 43:20 52:9

disabled
 41:1,2,8,
 11,15

42:13

disaffected
 72:6

disclosed
 58:20

discover
 75:11

discovery
 55:18

discredited
 73:17

discretion
 76:2

discussion
 81:15

disinfect
 21:2,15
 22:18,22

disinfected
 21:22
 22:15

dismiss  64:9
 81:1

dismissal
 64:6,15
 79:2

dispatch
 54:8

disproven
 67:13

districts
 39:15,17,
 18,20

**document**
    60:8,10

**door**   45:25
    47:4,20

**doors**   47:13

**doubt**   64:25
    65:9,24
    67:17
    79:25
    80:11

**downtown**
    61:8

**drastic**   68:6
    80:6

**DRE**   25:20
    28:15
    30:25
    36:6,13,17
    37:15,17,
    20  38:1,4,
    10,11
    42:22
    43:22
    45:2,4,22
    49:22
    50:1,15
    55:9  56:15
    65:2  79:8
    80:2

**DRE's**   41:24

**DRE-BASED**
    35:25

**DRES**   47:18
    50:24
    52:8,15,24

    61:13
    71:13

**drive**   10:8
    17:15

**duly**   9:15
    18:8

**Duncan**   11:15

**duties**   39:8

---
**E**
---

**E-NET**   29:25

**earlier**
    56:15

**early**   19:11
    30:11  38:4
    39:4,22,24
    40:1,11,20
    44:6,13
    47:11

**echo**   66:22

**Edward**   77:4

**effect**   27:22
    58:25  59:4

**effective**
    71:25

**efforts**   21:1

**elect-**   78:4

**election**
    11:15
    19:9,18
    20:1  21:25
    23:11

    24:4,18
    25:20,22
    26:4,9,13,
    18  27:22
    28:25
    30:18
    31:17
    34:13,20,
    24  35:6,
    15,17
    37:24
    38:2,17,18
    39:10,15
    40:6,8,15
    44:15
    46:20
    48:15
    50:20
    51:2,6
    54:4,22
    61:4,17
    64:22,24,
    25  65:2
    66:11,17
    67:15
    69:15,18
    72:4,15
    73:18
    74:22
    75:15,22,
    25  76:11,
    13,25
    77:24
    78:17
    79:22
    80:1,4,8,
    11,25

**election's**
    80:9

**Electionet**
    29:25

**elections**
    16:4
    18:20,25
    19:2  22:4,
    6  33:25
    34:2,4,15
    35:18,20
    38:22
    43:20  52:9
    60:1  66:20
    67:13  75:6
    78:6

**electricity**
    38:9,13

**electronic**
    10:15
    25:13
    28:18
    72:20
    74:24  75:6
    78:9

**electronics**
    72:20

**elicited**
    69:10

**eligible**
    28:25

**email**   14:6

**employed**
    18:17

employees
 19:6,10

enables
 30:13

end   11:22
 12:9 33:15
 78:13

Enet  30:4
 31:2,8,15
 32:4

English
 63:11

ensure   69:18

entire   55:25

entity   60:18

equal   80:13

equipment
 27:6 36:2,
 4 44:8
 75:8

erase   27:1

error   80:15

errors   23:13
 25:9,11,13

established
 71:4 72:4
 80:9

evaluate
 58:22

evaluated
 76:2

event   75:24

79:1

eventually
 81:8

everybody's
 70:13

everything's
 8:6

evidence
 21:8 50:9
 59:15,18
 60:2
 61:18,22
 62:10,11
 64:18
 65:10,25
 66:1,6,24
 67:11,15,
 18,20
 68:8,17,22
 69:10
 71:4,8,11,
 22,24
 72:2,18,25
 73:6,9,13,
 15 74:2,
 17,20
 75:20 77:9
 78:1,25
 79:1,18
 80:15,22,
 24 81:2

evidentiary
 58:11

evolved
 72:22

examination
 9:18 18:11
 25:18 27:8
 77:13

examined
 21:17
 55:13

exception
 59:6 60:20

excuse   13:6
 56:18

excused
 17:13

exercise
 76:1

existed
 76:20

experience
 7:20

experienced
 13:1

experiences
 73:9

expert   8:18,
 20 60:22
 61:15
 68:18
 69:13,25
 70:4
 72:10,17
 73:6 74:11
 77:13

expert's
 58:24

experts
 58:15

explain
 39:22 41:2
 46:4 48:2,
 20

explained
 77:18

explanation
 74:17
 78:11

explanations
 77:15

express
 28:15,18,
 20 29:1
 30:18,22
 31:1,11,13
 41:1,4,13
 42:2,9

expressed
 28:4

expression
 29:4

extent   61:4

external
 37:11,18

extraordinary
 68:6

extremely
 69:11

eye   7:18

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019    Index: face..gentlemen

**F**

face  63:13

facie  75:17
77:18

facilities
53:4

fact  31:24
42:17 50:8
60:2 64:8,
11 68:6,10
69:2 75:15
76:6 78:4

facts  21:4,6
58:20
64:18 79:2

fail  67:15

fair  22:20
23:10 48:4

fall  51:2

false  31:25

familiar
11:22
68:18

favorably
64:18

favored
67:20

federal
50:11 51:4
52:11

filed  64:22

find  25:2
34:18
50:20
62:17
65:22
74:25
75:1,2,10

finder  64:11

fine  13:20

finish  13:8,
9,22 14:1
62:6

fire-  45:18

firemen
45:18,20

firm  59:9

first-hand
43:2

fit  60:20

flash  31:11
41:17

follow  32:6
34:15,18
35:2

follow-up
57:10

force  8:11

foremost
52:17

forensic
27:6

forensically
55:11

forgotten
70:15

forms  45:11

formulations
68:20

Forty-one
71:2

forward  12:8

found  25:4
55:25

foundation
20:6,11
21:9 27:11
31:18

fraud  64:24

freakish
73:15

FRIDAY  7:4

full  18:15

full-time
19:6

fully  67:24

Fulton  18:18
19:2 20:22
21:1,2,20
23:11,22
25:20
32:22
34:10,13
35:18,24
36:8,10,
13,17
37:4,11,20

43:22 52:9
55:8,11,15
57:4 64:6
66:20 68:2
69:15 70:9

Fulton's
67:24

function
73:18

**G**

Ga  59:9
64:13
68:4,15
77:22

gain  24:18

GEM  19:22
37:4,8

GEMS  20:2,
11,22 21:2
22:9
23:11,13
36:25
47:17
53:6,9,10

general
38:17 51:6
71:18

generally
61:13

gentleman
60:20

gentlemen
7:8

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000645

Page 1814

George   71:13

Georgetown
  34:8

Georgia   7:4
  10:6  11:8
  13:22
  15:2,8
  34:20  36:2
  50:22
  52:22
  61:1,13
  62:13
  64:13,15
  71:15
  74:24
  75:6,8
  77:4,22
  78:15

Georgia's
  71:13,20
  72:8,13

get all
  38:20,25
  39:2,4

give   7:25

giving   55:22
  60:22
  62:20

goal   61:8

good   7:8,18
  13:22
  33:18  48:2
  71:18

governmental
  60:18  71:9

governor
  57:6  68:1
  69:6  74:8,
  9  78:10,11

governor's
  10:22,24
  11:6  16:11
  58:2  66:6,
  9,25  78:6

Governors
  69:6

grant   81:1

granted   79:2

great   76:15

greater   54:1

greatly   59:2

grounds   64:8
  79:2

groups   16:17

guards   69:18

guess   54:18
  78:20

guessing
  16:24

Gwinnett
  16:2  66:20
  68:2  70:9

―――――――――――

        H
―――――――――――

hacking
  31:15  32:4
  70:4

half   18:22

hand   9:2
  65:17
  73:15

handled   81:4

handles   46:1

happen
  73:11,15

happened
  12:25
  24:20  25:1
  42:22  43:2
  69:13
  72:15
  78:15

happening
  47:11  78:2

hard   27:2

Hart   68:4,
  13  70:20

Hartman   34:6

hate   15:4

head   21:6

headed   72:24

hear   63:18
  70:11

heard   28:2,4
  68:18

hearing
  55:22  63:8
  76:2  82:4

hearsay

58:17  59:6
  60:24
  62:22

helpful   60:2

high   10:13
  69:4  75:20

highly   71:6
  73:17

Highway
  59:10

Hills   40:13

history   69:6

home   12:24
  17:15

Honor   7:13,
  18  8:6,11,
  24  13:22
  17:11,20
  20:4,17
  21:2,6
  24:13
  27:10  28:9
  29:6  31:18
  33:2  35:8,
  10  47:25
  51:13
  52:15
  55:18
  56:2,9,18
  57:17  58:9
  59:1,13,22
  60:6,15,25
  61:10,20,
  22  62:11,
  15,24

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000646

Page 1815

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019 Index: hooked..interrupting

63:2,4,13,
18 64:6
66:18,20
67:25
70:18,24
71:4 72:22
73:13
74:2,22
75:1,20
76:1,4
77:15
81:2,20,22
82:2

**hooked**
37:15,17

**House** 39:18

**hundreds**
54:24

———————

**I**

**idea** 48:2
74:15

**identifies**
46:10

**ignore** 78:2

**illegal**
65:8,11
67:22
79:17

**illegality**
79:24

**immediately**
25:22

**important**

67:10
69:13
72:13

**importantly**
76:11

**improperly**
44:1

**impropriety**
65:25
66:15

**inability**
75:11

**inadmissible**
58:20

**inappropriate**
66:6

**inaudible**
8:6,8 17:6
53:1 62:15
68:6 71:6
75:25
81:10

**incidents**
24:2

**include**
52:13

**including**
67:10 69:2

**inconsistent**
75:11

**increases**
19:11
72:15

**Independent**
16:25

**independently**
59:4

**indication**
67:20

**individual**
68:22
76:15 77:2

**individuals**
66:8

**inference**
58:22

**infiltrated**
36:17

**inform** 30:4

**information**
24:13
28:24
30:9,20,24
31:2,4,8
38:20 52:1
65:15,17,
20,22
66:10

**informed**
73:6

**initially**
11:17

**input** 48:22
49:15

**inquire**
31:25

**insert** 26:18

**inserted**
30:17

**insertion**
26:20

**inspect** 25:8

**inspections**
76:24

**instance**
42:1 46:17

**instant**
64:20

**instruct**
62:15

**insulate**
75:6

**interested**
16:18

**interesting**
8:4

**internal**
26:22
54:13

**Internet**
37:15

**interpret**
34:25

**interpreted**
52:4

**interrupt**
68:11

**interrupting**

www.huseby.com   Huseby, Inc.  Regional Centers   800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000647

Page 1816

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019 Index: investigate..lieutenant

56:1

**investigate**
32:9

**investigating**
32:11

**investigation**
24:25
32:18
59:11

**involuntary**
64:6

**involve**
26:15

**involved**
16:17
33:25

**involving**
32:4

**irregularities**
67:15

**irregularity**
64:24 78:2
79:24

**irrelevant**
60:25

**issue**  8:22
25:4 42:22
43:10 60:4
65:18
68:8,9
74:13
77:22
79:20 80:2

**issues**  16:18
29:15
36:13,20
37:4 55:20
67:9

————————

**J**

**January**  7:4

**Jeff**  68:1

**join**  67:24

**joins**  66:20

**jokes**  48:11

**judge**  34:2
38:15
39:11,22
41:2 43:8
44:2 45:2
46:4 47:15
48:15,20
55:20,22
81:6

**judges**  63:10
81:6

**judicial**
75:8

**jury**  8:4
58:20,22
63:2
78:20,24

————————

**K**

**Kaolin**  64:15

**Kemp**  50:11

**key**  45:13

**keypad**  45:8

**kind**  24:25
68:8,9,22
76:13,18

**kinds**  79:9

**knowledge**
20:6 22:18
23:6 43:2
51:6 61:11

————————

**L**

**lack**  29:2
67:6

**ladies**  7:8

**laid**  20:10
21:9
27:11,13

**language**
29:15

**large**  11:6
17:6 45:8
66:13

**late**  7:9

**law**  8:15
34:15,18,
25 36:2
49:20 50:1
51:6,10,18
56:22
58:13,17,
18 63:4
64:11,20
75:17

**79:2,20
80:4

**lawsuit**
24:15

**lawyer**  56:25
62:2

**lay**  56:24

**layout**  69:4

**lays**  68:4

**leading**
20:13 29:9
51:2

**learned**
24:15 27:6

**leave**  62:15

**Leclerc**
23:15

**Leclerc's**
43:4

**led**  65:25
66:2 68:22

**left**  12:22
78:13

**legal**  65:22
66:17
67:22
79:18,22

**legislature**
75:13

**level**  30:4

**lieutenant**
10:24

www.huseby.com                Huseby, Inc.  Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000648

Page 1817

16:11 57:6
58:2 66:4,
8,25 68:1
69:6 74:8,
9 78:11

**life** 27:2

**lightly** 80:6

**likelihood**
75:18

**Lindsey**
7:11,13
8:6,10
13:6,10,
20,22
14:2,25
15:24
20:10
47:24,25
48:6,11,13
49:6 51:4
55:18
57:10,11,
20,22,25
58:4 60:15
61:15
63:18
67:25
68:13,15,
17 70:18,
22,24
73:20 74:1
76:4 77:4
82:2

**listen** 62:20

**listened**
43:4

**Lithonia**
10:6,8,13

**live** 10:6
26:10 31:6
40:11
76:15

**load** 26:9

**loaded** 28:24

**local** 38:20

**located** 47:6

**location**
46:18
53:18

**locations**
45:17

**lock** 45:13

**log** 54:11

**logic** 26:10,
13 48:18
55:9

**long** 18:22
33:24 47:1
81:6

**looked** 14:9,
11 16:6
73:22

**Los** 10:4
11:4

**lose** 75:2

**lot** 69:13
71:11

**lots** 39:6

---

**M**

---

**machine**
10:15,20
25:6,9
27:2 31:2
36:17
37:15,17
38:1,10,11
40:20
41:20
42:22
43:17 47:4
48:15
49:1,2
60:4 74:24
76:24 78:9

**machines**
25:20
26:17
27:22,24
32:22
36:6,13
37:11,20,
22 38:4,6
39:4 42:4
43:22
44:4,6,11
45:4,6,13,
15,22
46:11,15,
22 47:11
49:2,22
50:1,15
53:13
55:9,13,15
56:15

61:13
62:22
65:2,4
71:11,15,
17 73:2
75:18,22
76:25

**made** 24:22
27:9 46:6
58:15
75:17

**maintain**
47:1

**maintained**
30:2 71:15

**major** 63:11

**make** 17:4
19:17
22:8,20
26:11 29:2
30:15
31:22,25
35:1 38:20
39:2,4
46:2 48:24
49:15
54:15
56:24
58:10 62:2
63:10
70:10
76:25 77:4

**makes** 41:17

**making** 8:6
11:8 22:13

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000649

Page 1818

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019     Index: MALE..noticed

```
    32:1 76:17         measures           minutes            municipalities
                        47:17              63:18              38:22
MALE   64:1
                       mechanical         mis-program        _____
malfunctions            25:13              22:24
    12:11                                                          N
                       media   19:4       misconduct
malicious               47:4              64:24             narrow  80:2
    68:9,22
                       memory             misprogramming    NAS  61:6
malware                 21:20,25           73:4 75:2
    21:17               22:2,9,15                           national
    22:24               23:2 26:4,        missed   16:13     58:11
    68:22 73:4          22 27:9,24                           59:2,10,24
    76:9,20             31:11             Mm-hmm   56:11     60:17
    77:11               43:25 44:4                           62:11
                        53:17,20         mode   41:1,        71:6,8,13,
mandated                                  6,8,13,15          17 72:9
    56:15              mentioned           42:11,13          73:6
                        53:6
manually                                 modes   41:6       naturally
    49:15             mere   77:24                           72:13
                        78:15            moment   32:24
margin   65:18                                             nature   74:15
    67:22             merits   66:22     morning   7:8,
                                          18 10:9          needed   21:9
marked   53:13        metal   46:8        12:22 14:6
                        47:13             21:11            negligent
match   48:24                             29:17 33:4        68:9
                     mic   21:11          65:15
material                                                  night   14:4
    62:13            Michael   72:2      motion   64:2,
                                          9 66:20         non-jury
mathematical         microscopic         67:24             64:15
    66:4 68:20         73:1               77:15 79:2
                                          81:1            nonliving
matter   50:8        Middleton                             64:18
    64:15              77:22             move   7:10,
    68:10 76:6                            15 64:6         nonprofit
                     mind   81:6,8        79:2             60:20
matters
    77:11            minds   57:18       movement         noon   7:10
                                          50:6
means   39:13        minute   7:9,                       note   59:4
    41:4              25 55:4            multiple          60:6 79:4
                      81:11,24            55:20
meantime                                                 noticed
    43:15                                                  12:13,15
```

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019 Index: November..part-time

November
  10:11
  23:11
  24:18
  31:17
  37:24
  38:17
  39:15  49:4
  54:22

number  46:9
  62:18
  67:4,8,22
  69:4  78:6
  80:22
  81:15

numbers
  44:8,9,20,
  22  80:13,
  20

—————————
        O
—————————

oath  9:17
  18:9

object  20:4
  21:2  27:10
  31:18  35:8

objection
  20:15
  24:13  29:6
  51:4
  52:15,20,
  25  56:6
  57:17

objectionable
  52:2

objections
  55:24

observe
  27:11

observed
  43:6

occasions
  55:20

occur  40:20
  67:6

occurred
  61:2

occurs  45:17

OCGA  52:13
  56:13  59:6

offer  79:1

offhand
  50:17

office  19:18
  24:6,13,15
  43:13
  44:25  51:1
  57:22

officers
  45:18,20

official
  51:6  64:25
  65:4  66:17
  69:15

open  46:15
  54:18

opening  56:4

operating
  69:18  77:1

operation
  25:15

operator
  41:13

opinion
  27:22
  28:2,4
  50:2  51:2
  58:22,24
  59:2  60:22
  62:20
  72:11,17

opportunity
  55:22

opposite
  59:11

option  41:13
  67:11
  73:18,20

order  63:25

orders  52:10

organization
  60:20

originally
  46:22

originates
  22:11

outlined
  70:6

outweighs
  58:24  59:2

overcome
  80:24

overruled
  55:24

oversee
  35:6,15
  54:6

overseeing
  19:4  23:20
  34:13

overturn
  77:24

overturned
  75:25

overturning
  78:17

owns  36:6

—————————
        P
—————————

packet  27:2

pages  10:25
  60:9,10

paper  72:20
  73:1  75:25

paragraph
  60:11

parallel
  76:17

part  28:22
  36:1  48:11
  70:6

part-time

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000651

Page 1820

19:9

**partial** 72:4

**particularitie s** 68:18

**party** 67:6

**pass** 49:4

**passed** 77:15

**password- protected** 47:18

**past** 78:6, 11

**penalties** 35:22

**people** 19:22 57:18 59:18 74:4 80:4

**perceive** 62:10

**percent** 36:9,11 66:4,13 75:20

**person** 11:11 12:20 14:4 16:20 80:8

**personally** 24:6 35:20

**petitioner** 75:17

**petitioner's** 64:20

**petitioners** 10:1 65:2 75:13

**ph** 68:1,13 72:9 73:4 78:1 81:6

**phrase** 31:22 52:2

**phrased** 35:11

**piece** 72:4

**place** 8:8 33:18 39:25 40:11,18 43:15 44:18 65:9,11,24 67:17 69:24 76:10 77:10 79:25

**places** 19:2 39:1

**plaintiff** 64:18 69:2 75:2 76:8 77:11 78:22 79:2,22

**plaintiff's** 55:18,22 64:10 67:13

68:18,25 69:10,13, 25 70:4

**plaintiffs** 17:20 55:15 64:22 78:13 79:4

**plaintiffs'** 69:17

**plate** 47:13

**plausible** 74:18 77:13

**plenty** 16:15

**plugged** 38:13

**podium** 33:10,11

**podiums** 33:13

**point** 11:13 26:6 49:9 51:9 58:9 59:4,13 60:1 76:22

**pointed** 63:11

**Poletto** 64:13

**police** 45:20

**political** 39:20

**poll** 12:17 19:2 23:17 25:4 28:13,15, 18,20 29:1,4 30:18,22 31:1 36:20,22 38:25 39:1 41:1,4,13 42:2,6,9 43:11,15 44:10,22 46:11 53:15 65:17

**poller** 54:2

**polling** 19:2 39:1,25 40:11 43:15 44:18 46:18

**polls** 31:11, 13 65:11

**popped** 11:4

**position** 18:18,22 52:9 71:15 78:22 79:11

**positions** 49:15

**positions'**

www.huseby.com        **Huseby, Inc. Regional Centers**        **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

000652

Page 1821

72:22

**potential**
78:13

**potentially**
38:13

**precinct**
24:20
30:11
31:13 40:9
67:2 80:18

**precincts**
24:1
39:15,20
40:4,10
54:6

**prejudicial**
58:24 59:4

**prepare**
38:17

**presentation**
78:25

**presented**
73:4,6,20
77:11 78:8

**presumed**
67:15
79:20

**presumption**
67:18
79:22

**pretty** 62:20
63:10

**previous**
11:24

13:17 22:4

**previously**
20:15

**prima** 75:17
77:18

**prinicipally**
58:17

**prior** 22:6
23:10
31:15
48:15
53:25
61:11
76:11,25

**private**
60:20

**privileged**
52:18

**probative**
58:22 59:2

**problem** 7:13
41:20
68:10
73:10
76:13
77:22

**problems**
15:20

**procedures**
39:9 80:9

**process**
22:13
24:11 26:6
29:20 43:8

44:2,13
45:2

**processed**
39:6

**product**
59:11

**promise** 9:2
17:20

**proper** 20:11

**properly**
73:18 77:6

**proponent**
58:20

**proven** 75:18

**provide**
64:15

**provided**
66:10

**public** 54:17
59:6 60:18
62:18

**pull** 10:18
40:13

**purchased**
36:9,10

**purely** 66:4

**pursuant**
64:6

**pushing**
49:13

**put** 7:22
10:20

28:13 29:1
30:9,24
31:11,13
33:15
41:11
47:13
54:18 55:8
69:24 76:8

**puts** 28:15

_____

Q
_____

**question**
8:15
13:13,17
20:13
21:6,11
22:22
27:13
31:22
35:11 50:9
52:2 61:1,
4 74:1

**questioning**
55:25

**questions**
13:4,6,11
15:24
17:9,11
19:17
29:11
33:1,2
36:18
47:22,25
49:6 51:11
58:6 72:2
73:20

www.huseby.com          Husby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000653

Page 1822

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019   Index: quick..remember

**quick**   13:6
  68:11

**quickly**   72:2

**quote**   52:13

**quoted**   56:4

**quoting**
  58:18

——————————————

**R**

——————————————

**race**   10:22,
  24 11:6,15
  12:2 16:11
  57:6 58:1,
  2 66:6,9,
  25 67:6,11
  68:18,20
  78:4
  79:10,13,
  18

**races**   67:2
  78:9

**raise**   9:2

**raised**   66:24
  68:2

**Raven**   81:6

**read**   32:4,
  6,15 50:11
  56:22
  59:18
  62:22
  68:2,4
  70:15

**reading**
  29:11

**57:18**
  57:18
  59:18,22
  75:15 80:4

**ready**   26:13
  38:20 39:4

**realized**
  78:20

**reason**   22:13
  63:4 69:9
  73:22
  77:15

**reasonable**
  55:22 69:8
  78:11

**reasons**   67:4
  69:2 70:8

**rebuttal**
  8:18

**rebutted**
  69:1

**recall**   20:25
  23:15,20
  53:6 57:8
  59:11

**recap**   44:20
  46:15

**receipt**
  65:11

**receive**   57:4

**received**
  24:13 65:8
  79:17

**record**   9:22

18:15 21:4
  32:20
  54:15
  55:15
  61:20
  62:18
  63:22
  65:22 66:6
  67:11,20

**recorded**
  44:8,9,22
  46:13
  77:2,6

**recording**
  49:15 70:2

**records**
  54:18 59:6

**recounted**
  72:10

**recruited**
  39:1

**reference**
  31:20

**referring**
  56:13
  68:11

**reflect**
  21:4,11

**refused**   7:11

**registration**
  18:20,24
  19:4 28:22
  29:2,22,25
  34:15

35:18,20
  39:6

**Registrations**
  16:4 66:20

**regular**
  41:6,13
  42:11

**reinstalled**
  20:2

**rejected**
  65:8,22
  66:18
  67:22
  79:18

**rejection**
  65:11

**related**   32:4
  33:2

**relating**
  49:22

**relevance**
  61:18

**reliability**
  43:20

**relied**   61:15
  62:18

**relief**   79:4

**remarked**
  74:2

**remedy**   80:6

**remember**
  11:2

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000654

Page 1823

remove   22:24

renew   58:11
  63:2

renewing
  63:4

reopened
  25:6

rephrase
  50:9

replace
  64:25

replaced
  20:22
  72:4,6

report   24:2,
  8 31:20
  58:13
  59:2,4,10,
  22 61:6,13
  67:2,4

reported
  69:22

reports
  31:15,18
  32:2 59:6
  66:25
  69:11

represent
  16:2

representative
  39:18 80:6

reproduce
  31:11

reproduces
  31:11

reprogram
  26:2

reprogramming
  26:15
  27:9,22

Republican
  16:24
  73:25

request
  54:20
  58:11

requesting
  66:22

require
  49:11 50:1
  52:13
  64:17

required
  34:15 35:2
  47:1 49:22
  56:15

requires
  50:22
  52:22
  58:18
  64:22

requiring
  52:6

reserved
  80:6

respect   28:6
  44:4 45:2

62:1 79:6
  81:2

respond
  35:10

response
  72:2 76:4

rest   63:15

result   53:24
  65:1,13,24
  67:13 69:4
  73:15
  74:22
  79:25
  80:1,10

results
  48:24 61:4
  65:9
  67:17,18
  72:18
  73:1,2,9
  75:22
  77:10

retired
  16:13
  45:20

returned
  46:22

returns
  79:22

revealed
  76:9

review   23:11
  75:8

reviewed

59:15
  60:22

Richard
  17:20
  18:6,11,15
  33:22

rid   79:11

roaming   54:6

rolls   19:4

room   38:10,
  11

Roswell
  40:13,17,
  18

rule   8:8,
  13,17
  34:20,22
  51:20 52:4
  74:20
  75:1,4,11
  81:4

ruled   55:22
  63:9,13
  81:4,11

rules   8:10,
  11 34:25
  35:1,22
  63:10

ruling   51:2

rulings
  63:11

run   26:8,10
  48:22
  49:11,13

www.huseby.com         Husebly, Inc.  Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
000655

Page 1824

63:13

**running**
11:11
16:20
26:20 69:8

**runoff**  25:25
26:2 55:2

**RUSSO**  49:8,
10,18

---

**S**

**safe**  17:15
69:18

**safeguards**
69:22

**safety**  44:4
59:11

**Sara**  23:15

**saved**  54:9

**scenarios**
73:2

**scholars**
72:11

**School**  10:13

**Science**
59:24

**Science's**
59:2

**Sciences**
58:13
60:17,18

**scientific**

27:20,22
29:13 79:6

**scientists**
72:11

**Scores**  54:24

**screen**
10:15,18
12:13
14:10,18
15:13
16:22
25:13
40:22 41:9
42:10
49:13
73:24

**script**
48:22,25
49:11

**seal**  44:6,
9,11,22,25
46:4,9,10,
13,17,22
47:2,9,10

**sealed**  44:6,
15 45:4
47:4

**seals**  44:11,
22 45:22,
24 46:15

**seat**  9:6
17:24
63:25

**seats**  7:9

**Secretary**
19:18
20:1,6
32:18 51:1
69:15 75:6
77:6

**section**
64:22 65:6

**Sections**
64:22

**secure**  53:4,
18 61:2

**secured**
53:18

**securing**
60:1

**security**
7:20,22
45:2 47:17
53:6 60:4

**SED**  34:20,
22

**select**  41:13

**selects**
30:22

**senate**  39:18
67:6 78:4,
10

**send**  44:15
54:4

**sending**
59:18

**separately**

19:20

**sequestration**
8:11,13,17

**Sequoia**  34:6

**serial**  44:8,
20

**server**
19:18,22
20:1,22
30:18,20
37:1 47:17
53:6,11
72:4

**servers**  20:6

**set**  39:2
70:8 71:15

**setting**  80:4

**sexist**  48:4

**sham**  73:4

**sheet**  44:20
46:15

**shook**  21:6

**show**  42:10
56:13 65:6
75:13
80:15

**showing**
75:18
77:18
79:24

**shown**  64:22
72:25 79:4

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000656

Page 1825

shuffling
  75:25

shut  43:17

sic  22:24

side  62:2
  63:18

sides  62:4

sign  40:24
  42:4

signs  73:10

simply  62:11
  68:2,20

single  66:11

sir  10:22
  14:15
  15:2,15
  16:13,18
  20:18
  47:24
  57:22
  81:4,17

skill  27:11

small  11:13
  17:2

smaller
  16:22

Smith  64:13
  77:22

software
  20:2
  36:13,20
  37:4 49:13

sort  25:18
  66:1,15

source  31:4

specific
  31:20
  61:11,17
  76:24

specifically
  48:15 57:6

speculation
  57:18
  74:2,20
  77:25
  78:15

spend  71:22

square  17:2,
  6

squares  11:6
  16:8 17:4

staff  25:8

stand  8:25
  76:8

standalone
  30:20

start  59:18

state  9:22
  17:20
  18:15 20:1
  30:2,4
  31:11
  32:18
  34:15,18,
  24 35:6,17
  36:2,10

38:22
39:18 67:1
69:15,22
75:6 77:6
79:11

state's
  19:18 20:6
  31:2 51:1

state-  56:15

stated  60:22

statement
  13:9 31:22
  56:4

statements
  31:25
  61:11

states  69:6
  71:20

statewide
  74:22

statute
  50:13,15,
  18 56:2
  75:13

stays  27:2

story  32:15

straight
  30:17

stuff  59:18
  63:11
  78:20

styles  39:13
  40:2,6

subject
  35:20

subsection
  71:2

subsequent
  27:22

substantial
  71:22

substantially
  58:24

sued  79:11

sufficient
  64:25
  65:9,11,
  20,24
  67:15
  79:25
  80:24

suggest
  72:20

suggested
  73:20

suggests
  63:6

summary  12:8

sundry  39:6

supervision
  24:25
  27:18

support
  79:15

supporting
  74:2

**supposed**
 34:18 42:4
 43:18 60:9
 62:2

**Supreme**
 77:22
 78:15

**survived**
 75:24

**susceptible**
 70:4

**sustain**
 20:15
 52:18

**sustained**
 24:15 53:2
 56:6 57:20

**sworn**  9:17
 18:9

**system**  20:11
 28:22
 29:20,22,
 24 30:1,4
 31:2,15
 32:4 35:25
 37:2,4,8
 53:25 61:1
 69:18
 70:2,4
 72:4,8
 73:10,18
 76:13,18
 79:6,8,11
 80:25

**systemic**

 76:13

**systems**  34:6
 70:1 72:9

——————————
————— **T** —————

**table**  50:6

**taking**  19:2
 79:4

**talked**  12:20
 15:18 53:4
 69:25

**talking**
 27:15
 29:15
 53:9,10
 81:6,8

**tampered**
 46:18

**tampering**
 66:1

**tape**  48:24

**technician**
 43:13 54:6

**technicians**
 54:6

**telling**
 12:25
 52:13

**tells**  29:4
 30:25

**telltale**
 73:10

**Temple**  24:20

**ten**  63:17

**tendered**
 58:15

**terminology**
 29:18
 30:15

**terms**  29:10
 38:15 40:2
 68:8,20
 69:4,20,22

**Terri**  8:25
 9:13,20,24
 14:22

**terrible**
 79:8

**test**  37:22
 49:4 51:20

**tested**  37:20
 38:2,4
 44:6

**testified**
 9:17 18:9
 53:17,22
 55:8 67:4
 69:17 72:2

**testify**  7:20
 69:13

**testifying**
 61:15

**testimony**
 8:20 19:13
 20:13
 23:15 43:4

**Thomas**  8:25
 9:13,20,
 24,25

 48:17 54:1
 62:13
 68:24
 69:11,15,
 22 70:1,6
 74:6
 76:18,20,
 22 77:2

**testing**
 26:11,15
 48:18
 55:17

**tests**  26:20
 55:10
 76:6,8,11,
 20 77:4,9

**Texas**  34:4,8

**there're**
 43:11

**thing**  11:4,6
 14:4 30:8
 41:10
 51:15,22
 57:4 66:9
 79:11
 80:2,11
 81:4

**things**  26:13
 32:1 40:20
 51:11 79:9

**thinking**
 11:6 17:2

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000658

Page 1827

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019     Index: Thompkin..unit

14:22 16:2
65:15

**Thompkin**
68:1

**thought** 28:8
59:17
73:22,24
74:9,10

**thousand**
80:17

**throw** 74:15

**tick** 73:22

**ticket** 43:13
53:25 54:4
69:8 73:25
74:8,10

**tickets**
53:22
54:9,11,20

**tie** 66:15

**time** 11:18
14:9 15:1
16:13,15
24:18
26:11
32:25 48:6
63:2 70:10
71:24
81:22

**timely** 39:6

**times** 15:6,9
48:13
74:18

**today** 72:6
76:22

**told** 12:25
41:24 45:4

**Traffic**
59:10

**trained** 39:1

**training**
19:2

**Travis** 34:4

**treat** 20:17

**treated**
66:22

**trial** 63:9

**trier** 64:8

**triers** 60:2

**trouble** 50:6

**trusted** 20:2

**truth** 9:2,4
17:22

**TS** 67:4

**turn** 25:22
31:2

**type** 20:11
25:13
27:11

**Tyson** 7:15
16:1,2,4
17:9 20:4
27:10
31:18
47:24

52:25
61:6,10
66:18
77:18
81:20

---

**U**

---

**U.S.** 78:4,
10

**ultimate**
35:18

**Um-hmm** 49:24

**un-rebutted**
72:18

**unable** 42:18

**unanimous**
72:11

**unanswered**
62:15

**uncontroversia
l** 76:6

**uncontroverted**
70:6
76:18,20,
22 77:2

**under-vote**
66:1,2,4,
15 67:6
69:2,9
79:18
80:11,15

**under-votes**
66:11 67:9

**understand**
21:13
22:18 28:6
29:11
34:22
57:22
59:13
62:22
79:18

**understanding**
19:18,25
22:22
24:11,20
25:11
26:25
48:17
49:25
51:18
52:22

**understood**
62:25

**undertake**
35:15

**undertaken**
80:6

**undisputed**
69:15 70:1
71:10

**unfair** 59:17

**uniform** 36:2

**unique** 46:10

**unit** 27:8
30:20
47:15

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019      Index: urge..worker

urge  59:22

useless
  62:22

_____

        V
_____

valid  61:4
  67:15

verified
  44:11

verify  44:22
  46:13

Versus  68:15

victory
  67:22

view  62:4
  73:13

violation
  80:9,10

viruses
  36:15,22
  37:6

vote  10:11,
  13,15
  12:4,22
  14:15
  16:11
  28:25 30:6
  39:25
  40:9,13,15
  42:18
  44:15
  48:22
  65:13,18
  66:8 67:11

69:20
70:2,4
72:22
73:24 74:8
77:1,4
78:13

voted  11:20,
  22 12:24
  15:1,8,15
  48:25

voter  13:22
  19:4 25:6
  28:11,13,
  17,22
  29:4,25
  30:6,10,
  11,13,17,
  22 39:6
  41:2,11,25
  42:15,18
  43:10
  69:4,20
  73:2 74:6,
  18 77:1
  78:8

voters  40:8
  41:8,9
  67:10 69:4
  70:2 73:9,
  22

votes  48:22
  49:17
  65:8,11,22
  66:17
  67:22,24
  78:1
  79:17,18

80:13,17,
18,24

voting  7:20
  11:9 12:15
  16:18 17:4
  19:11
  30:13
  32:20 34:6
  35:25 36:2
  38:4 39:4,
  22,24
  40:1,11,20
  44:6,13
  45:17
  47:11
  49:13
  61:13
  68:24 73:2
  76:13

vulnerable
  31:15 65:6
  71:6,11
  72:8,13
  73:18
  77:20

_____

        W
_____

waiving  79:1

Walden  59:8

wall  38:13

wanted  7:10
  16:6

warehouse
  45:6,8,9,
  10 46:13,

22,24
47:18

watcher
  23:17

ways  43:11

web  37:18
  70:1

webpage
  60:17

whatsoever
  74:20

Williamson
  34:8

Winterville
  80:13,18

witnesses
  8:18 58:10
  67:4 68:25
  77:13

woman  15:4
  48:4,8
  65:13

word  29:13,
  15 51:9
  68:6

words  29:13

work  34:6
  70:22
  80:25

worked  34:4,
  6

worker  25:4
  28:13

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000660

Page 1829

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019   Index: workers..younger

```
  30:22 42:8          63:11 72:2
  43:11,15            73:20
  65:17
                    yesterday's
workers  19:2          19:13
  38:25
  39:1,2             younger   48:9
  44:10,22
  46:11

working  7:11
  52:22

works  39:22

worry  48:10

worse  71:13,
  17,18,20

write-in
  67:8

writing
  11:13

written
  75:13

wrong  42:4,6

wrote  14:6

─────────────
        Y
─────────────

years  18:22
  53:20
  71:15
  78:11

yellow  28:11

yesterday
  20:13
  23:15
  61:15
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

000661

Page 1830