CIVIL ACTION FILE NUMBER: 2018CV313418
FROM FULTON COUNTY SUPERIOR COURT

Coalition for Good Governance, Rhonda Martin, Smythe DuVal, Jeanne Dufort VS. Robyn Crittenden, Fulton County Board of Registration and Elections, Geoff Duncan, Gwinnett County Board of Registrations and Elections

| INDEX | | | PAGE |
|---|---|---|---|
| 1. | STATUS HEARING TRANSCRIPT-HEARD ON DEC. 05, 2018 | 02/19/2019 | 1 - 19 |
| 2. | HEARING TRANSCRIPT-HEARD ON JAN. 09, 2019 | 02/19/2019 | 20 - 154 |
| 3. | HEARING TRANSCRIPT-HEARD ON JAN. 17, 2019 | 02/18/2019 | 155 - 543 |
| 4. | TRIAL TRANSCRIPT-HEARD ON JAN. 18, 2019 ******TO BE SUPPLEMENTED WITH SUPREME COURT CASE DOCKETING#: S19A0769****** | 02/18/2019 | 544 - 654 |