**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL**
**Transcript of Trial Proceedings on 01/18/2019**

```
 1              IN THE SUPERIOR COURT OF FULTON COUNTY

 2                         STATE OF GEORGIA

 3

 4  COALITION FOR GOOD       .  CIVIL ACTION
      GOVERNANCE, RHONDA J.  .  FILE NO.:  2018-CV-313418
 5

 6  MARTIN, SMYTH DUVAL, and  .
      JEANNE DUFORT,          .  Taken at:
 7

 8       Plaintiffs,          .  Superior Court of Cobb County

 9  vs.                       .  70 Haynes Street

10  ROBYN A. CRITTENDEN,      .  Courtroom 402-M

11  Secretary of State of     .  Marietta, Georgia 30090
      Georgia, et. al         .
12

13       Defendants.          .
      . . . . . . . . . . . . . ..
14

15                  TRANSCRIPT OF TRIAL PROCEEDINGS

16

17                    FRIDAY, JANUARY 18, 2019

18                    9:04 a.m. to 10:49 a.m.

19

20          STATE OF GEORGIA SENIOR JUDGE ADELE P. GRUBBS
      REPORTED BY:
21

22  PRISCILLA GARCIA, COURT REPORTER
      NOTARY PUBLIC, STATE OF GEORGIA
23

24  TRANSCRIBED BY:

25  CHRISTIAN NAADEN
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

Page 544

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Trial Proceedings on 01/18/2019**                                Page 2

```
 1

 2
        APPEARANCES:
 3

 4
            Plaintiff's Counsel:      Bruce P. Brown, Esquire
 5

 6                                    Bruce P. Brown Law
                                      Floataway Business Complex
 7

 8                                    1123 Zonolite Road N.E.

 9                                    Suite 6

10                                    Atlanta, Georgia 30306

11                                    404-881-0700
                                      bbrown@brucepbrownlaw.com
12

13
            Defendant's Counsel:      John Belinfante, Esquire
14

15                                    Robbins, Ross, Allot, Belinfante
                                      & Littlefield, LLC
16

17                                    500 14th Street N.W.

18                                    Atlanta, Georgia 30318
                                      404-856-3262
19

20                                    jbelinfante@robbinsfirm.com

21

22

23

24

25
```

www.huseby.com          **Huseby, Inc.  Regional Centers**          800-333-2082
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

Page 545

```
 1

 2
        CONTINUATION OF APPEARANCES:
 3

 4
            Defendant's Counsel:      Vincent R. Russo, Esquire
 5

 6                                    Robbins, Ross, Allot, Belinfante
                                      & Littlefield, LLC
 7

 8                                    999 Peachtree Street N.E.

 9                                    Suite 1120

10                                    Atlanta, Georgia 30309

11                                    404-856-3260
                                      vrusso@robbinsfirm.com
12

13
            Defendant's Associate Counsel:
14

15                                    Alexander F. Denton, Esquire
                                      Robbins, Ross, Allot, Belinfante
16

17                                    & Littlefield, LLC

18                                    500 14th Street N.W.
                                      Atlanta, Georgia 30318
19

20                                    404-856-3276
                                      adenton@robbinsfirm.com
21

22

23

24

25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 546

```
 1

 2
         CONTINUATION OF APPEARANCES:
 3

 4
               Defendant's Counsel:     Edward H. Lindsey, Jr., Esquire
 5

 6                                      Dentons US, LLP
                                        303 Peachtree Street N.E.
 7

 8                                      Suite 5300

 9                                      Atlanta, Georgia 30308

10                                      404-527-4580

11                                      edward.lindsey@dentons.com

12

13             Defendant's Counsel:     SAMUEL S. OLENS, ESQUIRE
                                        Dentons US, LLP
14

15                                      303 Peachtree Street N.E.
                                        Suite 5300
16

17                                      Atlanta, Georgia 30308

18                                      404-527-4108
                                        sam.olens@dentons.com
19

20
               Defendant's Counsel:     Kaye Woodard Burwell, Esquire
21

22                                      Office of the County Attorney
                                        141 Pryor Street S.W.
23

24                                      Suite 4038

25                                      Atlanta, Georgia 30303
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 547

```
 1                               404-612-0251

 2                               kaye.burwell@fultoncountyga.gov
      CONTINUATION OF APPEARANCES:
 3

 4

 5        Defendant's Counsel:    Bryan P. Tyson, Esquire

 6                                Strickland, Brockington
                                  & Lewis, LLP
 7

 8                                1170 Peachtree Street N.E.

 9                                Atlanta, Georgia 30309

10                                404-219-3160

11                                bryan.tyson@sbllaw.com

12

13     Defendant's Co-Counsel:   Richard A. Carothers, Esquire
                                  Carothers & Mitchell, LLC
14

15                                1809 Buford Highway
                                  Atlanta, Georgia 30518
16

17                                770-932-3552

18                                richard.carothers@carsmith.com

19

20

21

22

23

24

25
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 548

```
1

2
                              I-N-D-E-X
3

4    WITNESS                DIRECT      CROSS      REDIRECT      RECROSS
       Terri R. Thomas         9         14
5

6    Richard Barron           18         33
       EXHIBITS:                    DESCRIPTION                  PAGE
7

8    NONE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2

 3

 4                    COBB COUNTY, GEORGIA
                      FRIDAY, January 18, 2018 - 9:04 a.m.
 5

 6                         * * * * * *

 7

 8         THE COURT:  Good morning, ladies and gentlemen.  Take

 9    your seats, if you will.  I am a minute or two late, but

10    they wanted us to move again at noon.

11         MR. LINDSEY:  Oh.
           THE COURT:  And I refused, so I've been working that
12

13    little problem out; okay?
           MR. LINDSEY:  Thank you, Your Honor.
14

15         MR. TYSON:  Thank you.
           THE COURT:  One move is enough; we shouldn't have had
16

17    to do that.  So we'll see where we go.  Okay.  Day two,

18    where are we, Mr. Brown?  Good morning.
           MR. BROWN:  Good morning, Your Honor.  We have an eye
19

20    witness who will testify as to her voting experience who
       is going through security right now.
21

22         THE COURT:  Going through security; okay?
           MS. BROWN:  And then we'd like to put up her first,
23

24    but if we don't do that we would, you know --

25         THE COURT:  We'll give -- we'll give her a minute,
```

```
 1   if --

 2        MS. BROWN:  And then we have --
          THE COURT:  Twice the bailiffs in the box, is that
 3
     what we've got?  Boy, if you were a jury like -- that --
 4    that's an interesting jury up there in that box.

 5
          MR. LINDSEY:  Your Honor, I want to see if you
 6    [inaudible] making sure everything's in line as to the

 7
     rule of [inaudible] in place.
 8
          THE COURT:  Do what?
 9
          MR. LINDSEY:  The rules.
10
          THE COURT:  The rules of sequestration is in force.
11        MR. BROWN:  Your Honor --

12
          THE COURT:  Okay?
13        MR. BROWN:  -- as to the rule of sequestration --

14
          THE COURT:  What?
15        MR. BROWN:  The -- the question that -- there's law

16
     that the rule of sequestration does not apply to a
17
     rebuttal expert witnesses, and so we would --
18        THE COURT:  Only if it's a rebuttal expert to an

19
     expert.
20        MR. BROWN:  Or to expert testimony or to --

21
          THE COURT:  We'll -- we'll address the issue when we
22    get there.

23
          MR. BROWN:  Thank you, Your Honor.  Your Honor, we
24
     would call Terri Thomas to the witness stand.
25
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 551

```
 1        THE COURT:  Whose is this?  Okay.

 2        MR. BROWN:  Please raise your right hand.  Do you
    promise to tell the truth, the whole truth and nothing but
 3

 4  the truth?
          THE WITNESS:  I do.
 5

 6      MR. BROWN:  Have a seat.
          THE WITNESS:  Thank you.
 7

 8

 9                  P R O C E E D I N G S

10                  *  *  *  *  *  *  *

11

    Thereupon:
12

13

                    TERRI R. THOMAS
14

15

        was called as a witness, and having been first duly
16

17  sworn in, and testified upon her oath as follows:

18

                    DIRECT EXAMINATION
19

20                  OF TERRI R. THOMAS

21

22  BY MR. BROWN:
              Q.   Please state your name for the record?
23

24        A.   Terri R. Thomas.

25    MR. BROWN:  Ms. Thomas, my name is Bruce Brown, and I
```

1    am the attorney for the petitioners in this case.

2          THE WITNESS:  Okay.
     BY MR. BROWN:
3

4          Q.   Where are you from?
           A.   I'm from Los Angeles.
5

6          Q.   And where do you live now?
           A.   I live in Lithonia, Georgia.
7

8          Q.   And did you drive from Lithonia this

9    morning here?

10         A.   Yes.

11         Q.   Did you vote on November 20, 2018?
           A.   I did.
12

13         Q.   And where did you vote?
           A.   At Lithonia High School.
14

15         Q.   And when -- and did you vote on an
     electronic machine with a screen?
16

17         A.   I did.

18         Q.   And when you -- did you pull up the ballot
     on the screen?
19

20         A.   I put the little card in the machine, yes.
           Q.   Did the ballot then appear for the
21

22   governor's race?
           A.   Yes, sir.
23

24         Q.   Did the lieutenant governor's race appear

25   on the first several pages of the ballot?

www.huseby.com          Husebby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 553

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019                    Page 11

```
 1        A.    No.

 2        Q.    How do you -- how do you know?  How do you
     remember that?
 3

 4        A.    Well, like I said, I'm from Los Angeles,
     and when I first -- the first thing that popped up
 5

 6   was the governor's race, and the first thing that I
      saw were these two large squares.  And I was thinking
 7

 8   to myself, "Georgia sure is making sure we know which

 9   candidate we're voting for.  There are only --

10   there's only one category on this page, and I didn't

11   even -- it didn't even dawn on me that there was a
      third person running, because their little box was so
12

13   small on the writing outside.
            Q.    Did you -- did you see at any point in
14

15   going through the ballot, the election -- the race
      between Amico and Duncan?
16

17        A.    Not initially.

18        Q.    When was the first time you saw Amico's
     name?
19

20        A.    It was -- I had gone through -- I had voted
      for everything except one amendments because I wasn't
21

22   familiar with them, and then it was at the end of my
      ballot, and it dawned on me that I hadn't voted for
23

24   her, so I just kept going previous and went all the

25   way back to the beginning of the ballot.
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 554

1        Q.    And when you went back to the beginning of

2    the ballot, did you see her -- her name on the race?
         A.   I did.
3

4        Q.   Okay.  And did you -- were you able to cast
     a vote then?
5

6        A.    Yes.
         Q.    Okay.  And do you have any -- and then you
7

8    went forward to the summary?

9        A.    Correct, to the end, yes.

10       Q.    Okay.  And you cast your ballot?

11       A.    Yes.
         Q.    Okay.  Were there any other malfunctions in
12

13   the screen?
         A.    Not that I noticed.
14

15       Q.    Not that you noticed.  And did you complain
     to anyone about the -- about the voting?
16

17       A.    Not at the poll.

18       Q.    Okay.  Did you thereafter?
         A.    I'm sorry?
19

20       Q.    Thereafter that, did you?
         A.    I did.  I did.  The first person I talked
21

22   to was my daughter, because we usually go vote
      together and she left me that morning.  And so she
23

24   had already voted, and when I got back home I was

25   telling her what happened to me.  And she told me

1       that's not what she experienced.

2           Q.   Okay.
        MR. BROWN:  Thank you very much.
3

4       THE WITNESS:  Oh, you're welcome.
        THE COURT:  Any questions?
5

6       THE WITNESS:  Excuse me.
        MR. LINDSEY:  Just a few quick questions, ma'am.
7

8       THE WITNESS:  Yes.  I was just going to finish my

9   statement here.  I didn't finish.

10          MR. LINDSEY:  Oh.

11          THE COURT:  You're not here -- you have to be asked
    questions; okay?  If they don't ask you the direct
12

13  question you want them to ask you, you don't get to tell
    it.
14

15          THE WITNESS:  Okay.
        THE COURT:  Okay?
16

17          THE WITNESS:  But it was about the previous question

18  he asked.
        THE COURT:  Well --
19

20          THE WITNESS:  That's fine.
        THE COURT:  What do you think, Mr. Lindsey?
21

22          MR. LINDSEY:  Your Honor, she's a good voter from
    Georgia.  Please let her go ahead and finish it.
23

24          THE COURT:  Okay.

25          THE WITNESS:  I'm sorry.

```
 1          THE COURT:  Okay, finish then.

 2          MR. LINDSEY:  Go ahead, ma'am.
            THE WITNESS:  Oh.  I'm sorry.  You had asked if I
 3

 4   complained about that.  Like I said, the first person was
      my daughter.  The next thing I did that night or the next
 5

 6   morning, I wrote an email.
            MR. BROWN:  Okay.
 7

 8   BY MR. BROWN:

 9          Q.   And when -- the first time that you looked

10       at the ballot screen?

11          A.   Yes.
            Q.   When you first looked at it?
12

13          A.   Yes.
            Q.   Was Amico's name on there?
14

15          A.   No, sir.
            Q.   And were you looking to vote for her?
16

17          A.   Yes.

18          Q.   And you didn't see it on the first screen?
            A.   Correct.
19

20          MR. BROWN:  Thank you.

21

22                         CROSS-EXAMINATION
                           OF TERRI R. THOMAS
23

24

25   BY MR. LINDSEY:
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 557

```
 1       Q.   Was this the first time that you've voted

 2  in Georgia?
         A.   No, sir.
 3

 4       Q.   Okay.  I hate to ask a woman this, but how
    -- how old are you, ma'am?
 5

 6       A.   I am 62.
         Q.   Thank you.  And you were -- how many times
 7

 8  have you voted in Georgia?

 9       A.   Probably about seven to eight times.

10       Q.   Okay.  And so, you went all the way

11  through?
         A.   Correct.
12

13       Q.   And then when -- then you went back, and it
    was on the screen; correct?
14

15       A.   Yes, sir.
         Q.   You voted for Ms. -- I take it you voted
16

17  for Ms. Amico?

18       A.   I did.
         Q.   Okay.  And when you talked to your
19

20  daughter, your daughter said that she didn't have any
     problems?
21

22       A.   Correct.
         Q.   Okay.
23

24  MR. LINDSEY:  No further questions.

25  THE COURT:  Anything else, Mr. -- anyone else?  Oh,
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 558

```
 1   Mr. Tyson.

 2        MR. TYSON:  Yes.  Just briefly.  Hello, Ms. Thomas,
     my name is Bryan Tyson.  I represent the Gwinnett County
 3

 4   Board of Registrations and Elections.
     BY MR. TYSON:
 5

 6        Q.   I just wanted to ask, when you said, when
     you first looked at the ballot you said, you saw "two
 7

 8   squares" when they came on there?

 9        A.   Correct.

10        Q.   And you -- I'm assuming you were looking to

11   vote in the governor's race.  Is it possible that the
     lieutenant governor's race was there, and you just
12

13   missed it the first time?
          A.   No, sir.  No, sir.  I'm retired; I have
14

15   plenty of time.
          Q.   Okay.  And then your daughter, is she
16

17   involved at all with the coalition or any groups that

18   are interested in voting issues?
          A.   No, sir.
19

20        Q.   Okay.  And then, you said that there was a
     third person running.  Did you say that it was
21

22   "smaller or difficult to see?"  Can you describe for
     me what that was on that first screen?
23

24        A.   I'm guessing it was -- it was Republican

25   and Democrat and Independent --
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 559

1          Q.   Yes?

2          A.   -- but his square was so small.  Like I
         said, I was amazed because I was thinking -- you're
3

4        going to make sure I know who I'm voting.  This is
         the only category on this page, and the squares were
5

6        so large, and he had a little square [inaudible] just
         looking at him.
7

8          Q.   Thank you.

9    MR. TYSON:  I don't have any further questions.

10   THE WITNESS:  You're welcome.

11   THE COURT:  Okay.
         MR. BROWN:  Your Honor, I have no further questions,
12

13   and may the witness be excused?
         THE COURT:  The witness may be excused.
14

15   MR. BROWN:  Thank you very much.
         THE COURT:  Have a safe drive back to your home.
16

17   THE WITNESS:  Thank you.

18   MR. BROWN:  Thank you very much.
         THE WITNESS:  You're welcome.
19

20   MR. BROWN:  Your Honor, the plaintiffs would call
     Richard Barron.  Please state -- do you promise to tell
21

22   the truth, the whole truth, and nothing but the truth?
         THE WITNESS:  Yes.
23

24   MR. BROWN:  Have a seat.

25

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 560

```
 1                  P R O C E E D I N G S

 2                  *  *  *  *  *  *  *

 3

 4     Thereupon:

 5

 6                      RICHARD BARRON

 7

 8        was called as a witness, and having been first duly

 9     sworn in, and testified upon his oath as follows:

10

11                   DIRECT EXAMINATION
                     OF RICHARD BARRON
12

13
       BY MR. BROWN:
14

15            Q.   Please state your full name for the record?
              A.   Richard Barron.
16

17            Q.   And by whom are you currently employed?

18            A.   Fulton County.
              Q.   And what is your position with Fulton
19

20     County?
              A.   Director of Registration and Elections.
21

22            Q.   How long have you had that position?
              A.   Five and a half years.
23

24            Q.   What does a director of registration and

25     elections do?
```

```
 1        A.    I'm in charge of -- of administering all

 2   the elections for Fulton County, taking care of all
      the polling places, training the poll workers,
 3

 4   dealing with the media, and overseeing the voter
      registration rolls.
 5

 6        Q.    And how many full-time employees do you
      have?
 7

 8        A.    18.

 9        Q.    And during the election, how many part-time

10   employees do you have or contractors?

11        A.    Well, it depends on -- it's usually about
      60.  That increases during early voting.
12

13        Q.    Okay.  You were here in yesterday's --
      during yesterday's testimony; correct?
14

15        A.    Yes.
          Q.    Okay.  I would like to ask you some
16

17   questions, and I want to make sure I'm clear.  There

18   is an election server at the Secretary of State's
      office, to the best of your understanding; correct?
19

20        A.    Correct.
          Q.    And then separately, there's what we would
21

22   -- what some people call the GEM server at the
      county; is that correct?
23

24        A.    Yes.

25        Q.    And is it your understanding that the
```

```
 1        election server at the Secretary of State was

 2        reinstalled with a trusted copy of the GEMS software
          after it had been compromised in 2016?
 3

 4              A.   I have no --
          MR. TYSON:  Object on that, Your Honor.  I don't
 5

 6   think there is any foundation that's Mr. Barron's going to
     have knowledge about what the Secretary of State's servers
 7

 8   going to have or anything else.

 9        THE COURT:  But -- I --

10        MR. LINDSEY:  I believe that they haven't laid a

11   proper foundation that there has been any type of
     compromise with the GEMS system.
12

13        THE COURT:  We had testimony yesterday.  You actually
     have him on direct and you're leading.  That question
14

15   wasn't what you had previously.  I sustain the objection
     to it.
16

17        MR. BROWN:  Your Honor, may I treat him as a -- treat

18   him on cross as an adverse?
          THE COURT:  No, sir.  You called him for -- you
19

20   called him on direct.
          MR. BROWN:  Okay.
21

22   BY MR. BROWN:
              Q.   Was Fulton County's GEMS server replaced in
23

24        2016 or 2017?

25              A.   I don't recall.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 563

1         Q.    Okay.   Did Fulton County take efforts after

2      2016 to disinfect Fulton County's GEMS database?
          MS. BURWELL:   Your Honor, I am going to object to

3
   assuming facts.
4         MR. BROWN:   Let the record reflect that the witness

5
   shook his head "No."  Go ahead.
6         MS. BURWELL:   Your Honor, his question assumes facts

7
   that are not in evidence that there was something that

8
   needed to be done.  He hasn't laid a foundation.
9

10     THE COURT:   Well, he just asked did they do it after

11  2016.  That doesn't reflect -- he just -- I don't know why
       I don't have a mic this morning.  He just -- the question
12
   is okay the way it is; okay?
13        THE WITNESS:   I don't -- I don't understand what you

14
   mean by "disinfect."
15   BY MR. BROWN:

16

17        Q.    Was it examined for malware or any other

18      defects?
          A.    Not that I'm aware of.
19

20        Q.    Was any of Fulton County's memory cards
       that they used, were any of those memory cards
21

22      disinfected after 2016?
          A.    No.
23

24        Q.    In 2018, you would have created a new

25      memory card for the 2018 election; correct?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 564

1      A.   Yes.

2      Q.   And those -- those memory cards would have
been the same memory cards that had been used in

3

4    previous elections; correct?
       A.   Yes.

5

6      Q.   Elections prior to 2016; correct?
       A.   Yes.

7

8      Q.   And you would have -- did you make those

9    memory cards from your GEMS -- your county GEMS

10   database?

11     A.   Yeah.   They -- that's where everything
originates, yes.

12

13     Q.   Do you have any reason to believe that the
process that you go through in making the -- the

14

15   well, let me back up a little bit.   Do you know if
other counties disinfected their memory cards after

16

17   2016 or not?

18     A.   I still don't understand what you mean by
"disinfect," but I have no knowledge of any other

19

20   counties.
       Q.   Okay.   Fair enough.   Let me make sure

21

22   you're understanding my question.   When I -- when I
say "disinfect," what I mean is to do anything to

23

24   remove any malware or mis-program [sic] that might be

25   on that particular device?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 565

1          A.    No.

2          Q.    And so the answer is, your -- you didn't do
   that with the memory cards; correct?
3

4          A.    No.
           Q.    Okay.  And you, to -- to the best of your
5

6   knowledge, did any other counties do that?
           A.    I have no -- no knowledge of that.
7

8          Q.    One way or the other?

9          A.    No.

10         Q.    Fair enough.  Prior to the -- to the -- the

11   November 2018 election, did Fulton County review its
    GEMS database to determine if there were any coding
12

13   errors on that GEMS database?
           A.    No.
14

15         Q.    You were here yesterday, and did you -- do
   you recall the testimony of Sara LeClerc?
16

17         A.    Was she the poll watcher?

18         Q.    Yes?
           A.    Yes.
19

20         Q.    Were you -- do you recall what county she
   was -- had been overseeing?
21

22         A.    What county?
           Q.    It was Fulton County, correct, and AME
23

24   church?

25         A.    Yes.

1          Q.    That's one of your precincts; correct?

2          A.    Correct.
           Q.    Did you get a report of the incidents that

3

4     she described when you were in -- during the
      election?

5

6          A.    I didn't personally, no.
           Q.    Are you aware of someone in your office

7

8     getting a report like that?  A report from AME or

9     about AME?

10         A.    I -- I became aware of it through this --

11    this process, the court case.
           Q.    And -- and what is your understanding of --

12

13    of the information that was received by your office?
           MS. BURWELL:  Objection, Your Honor.  He said that he

14

15    learned of it though this lawsuit, not through his office.
           THE COURT:  Sustained.

16

17    BY MR. BROWN:

18         Q.    At any time, not in the November election
      or not contemporaneously, but did you gain an

19

20    understanding of what happened at the AME Temple at
      the church -- the AME Temple precinct?

21

22         A.    I -- I've been made aware of the complaint,
      yes.

23

24         Q.    And did you or anybody under your

25    supervision do any kind of investigation to determine

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 567

```
 1   why that happened?

 2         A.   Yes.
           Q.   And what did you find?
 3

 4         A.   We found -- well, we found that the -- the
       poll worker -- the poll worker had an issue with that
 5

 6   voter, and then she -- she took down the machine, and
        then later she reopened the machine later in the day.
 7

 8         Q.   Did anybody on your staff inspect the

 9   machine to see if there were any coding errors or

10   anything like that?

11         A.   It's my understanding -- no, we didn't look
       for coding errors.
12

13         Q.   Did you look for any mechanical type of
       errors that weren't electronic, like with the screen
14

15   operation?
           A.   No, not that day.
16

17         Q.   Ever?

18         A.   I don't think so, no.
           Q.   Did you do any sort of examination of -- of
19

20   any of the DRE machines that Fulton County used after
       the 2018 election?
21

22         A.   We -- no.  We immediately had to turn those
       around for the -- the December election.
23

24         Q.   And when you -- you said you had to use

25   them for the December runoff?
```

```
 1          A.    Yes.

 2          Q.    And when you used those for the December
       runoff, do you reprogram them with a different
 3
       election memory card?
 4          A.    Yes.  And they're -- yes.

 5
            Q.    Okay.  And so, at that point it would be --
 6     describe that process for me, please?

 7
            A.    Well, we have to run them through -- once
 8
       we get the database in, and we load the election, we
 9
       run them through a live -- a logic and accuracy
10
       testing.  We also -- we -- we calibrate them to make
11      sure the time and date are correct. Just some basic

12     things that we do to get ready for them -- to get
        ready for the election and then the logic and
13
       accuracy testing.
14          Q.    Does that involve reprogramming the

15     machines?
16          A.    Well, we -- we insert a new card in there,
        and that has the new election on it.
17
            Q.    And does -- and does the insertion of the
18      new card and the running of these tests alter the

19     internal memory?
            A.    No.
20

21          Q.    And how do you know?

22          A.    I mean, it's not my understanding that it
23

24

25
```

1        does.  It doesn't erase anything that's on there.

2        There's a hard packet that stays on there from the
         beginning, the life of the machine.

3

4             Q.   How -- how do you know that?
              A.   That's -- well, because that's what I've

5

6        learned using these -- this equipment.
              Q.   Have you done any -- any forensic

7

8        examination of the -- the unit to determine if any

9        changes are made to that memory by reprogramming?

10       MR. TYSON:  Your Honor, I'll object to that.  I don't

11  think the foundation laid by Mr. Barron would have the
     type of capability to observe or the skill to do that.  It

12

13  needs to be laid first before we get into that.
              THE COURT:  Well, he can answer the question.  He's

14

15  only talking for himself.
              THE WITNESS:  No.

16

17  BY MR. BROWN:

18            Q.   Has anybody under your supervision done
         that?

19

20            A.   No.
              Q.   Are you aware of any scientific or computer

21

22       scientific opinion to the effect that reprogramming
         the machines for the subsequent election has altered

23

24       the memory of the machines?

25            A.   No.

1          Q.   You're not aware of that at all?  You never

2     heard of that opinion?
               A.   No.
3

4          Q.   You never heard that opinion expressed by
       Mr. Bernhard?
5

6     THE COURT:  Enough; okay?  That -- that -- and I
      understand you're an advocate and I respect that, but
7

8     that's far enough on that line of thought.

9     MR. BROWN:  Thank you, Your Honor.

10   BY MR. BROWN:

11         Q.   What is a voter access card?
               A.   That is -- that is the -- the yellow card
12

13    that has a chip on it that you -- when -- when a
          voter checks in, you put it in -- the poll worker
14

15    puts it into the Express Poll to -- so that it -- it
          will indicate which ballot on the DRE is accessible
16

17    by that voter.

18         Q.   It's -- if you will, it's created by the
       express electronic poll booth?
19

20         A.   Yes, the Express Poll.
               Q.   The Express Poll.  And is the Express Poll
21

22    part of the registration system in any way?
               A.   Well, the -- the voter registration
23

24    database is loaded with the information for the --

25    for everyone that's eligible to vote in that election

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 571

 1      is put onto the Express Poll.

 2          Q.   I want to make sure that I have this
        correct.  The -- the registration database, for lack
 3

 4      of a better expression, tells the poll books what
        each voter access card should have on it, right?
 5

 6          A.   No.
        MS. BURWELL:  Objection, Your Honor.
 7

 8      MR. BROWN:  He said, no.

 9      MS. BURWELL:  First of all, it's leading; and second

10   of all he hasn't defined some of those terms.

11      THE COURT:  He said "No" anyway; okay?  And -- and I
     -- I understand you're reading some questions you've got
12

13   and they're very scientific, but sometimes when you use
      scientific words, you may use one word and he may use
14

15   another word, and you may not be talking in the same
      language.  And I think we're having some issues with that
16

17   this morning.

18   BY MR. BROWN:
                Q.   Help me out on the terminology, Mr. Barron.
19

20      What is the system called, the biggest system in the
        process?
21

22          A.   The biggest system?
            Q.   Right.  It's called the registration
23

24      system?

25          A.   E-net, Electionet is the voter registration

 1   system.

 2        Q.   And that is maintained by who?
          A.   Well, it's maintained by the state.
 3

 4        Q.   How does the Enet system inform -- does the
     Enet system at the state level inform the county as
 5

 6   to which voter should vote where?
          A.   Well, every -- every voter, based on their
 7

 8   address, is given a ballot code and the only thing

 9   that's -- the only information that is put onto the

10   voter access card is the -- the ballot code for that

11   voter, so that -- because all the ballots, the
      different ballots for each precinct or during early
12

13   voting all the ballots are on there.  The voter
      access card enables the voter to access his or her
14

15   ballot.
          Q.   And to make sure I have my terminology
16

17   straight, the voter access cards are inserted at

18   Election Day into the Express Poll book's server;
      correct?
19

20        A.   Yeah.  It's not a server; it's just a
      standalone unit that -- the information is in the
21

22   Express Poll, the card goes in, the poll worker looks
      up the voter, selects the name, that ballot code
23

24   information is put on there, and what it does is it

25   tells the DRE to access this ballot.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 573

```
 1            Q.   Thank you for that.  And the Express Poll

 2       machine in turn gets its information from the state's
         Enet system; correct?
 3

 4            A.   Not -- it's not why we're connected from
         it, but yeah, the source of information is from
 5

 6       there.
              Q.   And how does -- it's not connected live;
 7

 8       how does the information get from the Enet to the

 9       county?

10            A.   We -- we get -- we get a card, like, a

11       flash memory card that we -- we reproduce to put in
         the Express Polls, or the state reproduces all the
12

13       cards.  We put them into the Express Polls for each
         precinct.
14

15            Q.   Are you aware of reports that the Enet
         system was vulnerable to hacking prior to the
16

17       November 2018 election?

18            MR. TYSON:  Your Honor, I'll object to that.  I don't
         think there's a foundation about that, that any reports
19

20  about that.  If Mr. Brown wants to reference a specific
    report, I think he can, but --
21

22            THE COURT:  It's the way that you phrase the
         question.  You -- you make it as if it were a statement of
23

24  fact.  You can ask in that area, but you've got to

25  inquire, not make these false statements that you keep
```

1    making about things.

2    BY MR. BROWN:
              Q.   Right.  Are you aware of any reports
3
     related to hacking involving the Enet system?
4
              A.   I read that in the AJC.
5
              Q.   And after you read it in the AJC, did you
6
     follow up?
7
8             A.   No.

9             Q.   Did you investigate it at all?

10            A.   No.

11            Q.   Are you aware of anyone else investigating
     that?
12
13            A.   No.
              Q.   Was it a -- was it a concern to you?
14
15            A.   I didn't -- you know, when I read the
     story, I didn't know how seriously to take it.  It
16
17   didn't -- I -- no.

18            Q.   Were you aware -- or did the Secretary of
     State have an investigation?
19
20            A.   I don't know.
              Q.   Just for the record, how many voting
21
22   machines does Fulton County have?
              A.   3,108.
23
24   MR. BROWN:  Let me take just a moment here.  That's
25   all that I have at this time.

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019          Page 33

1        THE COURT:  Questions?  Thank you.

2        MS. BURWELL:  Your Honor, did you want me to do all
    my questions now or just the ones related to what he's
3

4   been asked this morning?
         THE COURT:  You can ask him anything you want to ask
5

6   him.
         MS. BURWELL:  I can ask as much as I'd like to ask?
7

8        THE COURT:  Go ahead.

9        MS. BURWELL:  Okay.  Thank you.

10       THE COURT:  We don't have a podium.

11       MS. BURWELL:  Okay.
         THE COURT:  I know some of you are used to a podium.
12

13  I don't know that I like podiums, but is it -- we have no
    clerk, so you can use any of the clerk's area.
14

15       MS. BURWELL:  Oh; okay?  Well, maybe I can just --
         THE COURT:  Put it way over there on the end if you
16

17  want to be closer and seeing and not have the computer in

18  the way.  Yeah, that's a good place.
         MS. BURWELL:  Okay.
19

20
                    CROSS-EXAMINATION
21

22                  OF RICHARD BARRON
    BY MS. BURWELL:
23

24       Q.   Mr. Barron, can you tell the court how long

25       you've been involved in elections?

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 576

1      A.   Since December of 1999.

2      Q.   Okay.  And can you tell the judge a little
bit about your background with elections?
3

4      A.   I've worked with Travis County elections in
Austin, Texas, from 1999 to 2003.  I also worked for
5

6    Sequoia Voting Systems from 2004 to 2005.  In 2006, I
worked for Hartman Civic, and then I went to work for
7

8    Williamson County in Brown -- Georgetown, Texas, from

9    2007 to 2013, and then I came here.

10      Q.   So, you've been with Fulton County since

11    2013?
            A.   Yes.
12

13      Q.   And so in connection with overseeing the
election activities for the Fulton County Board of
14

15    Registration and Elections, are you required to
follow state law?
16

17      A.   Yes.

18      Q.   And where do you find the state law that
you're supposed to follow?
19

20      A.   The Georgia election code and also there's
an SED rule book.
21

22      Q.   And what's the SED rule book?
            A.   It -- it -- it's -- from my understand,
23

24    it's basically an -- the state election board has

25    some rules that they interpret from the law, and I

```
 1        think they also make some -- some rules in addition

 2        to that.
                   Q.    And you're required to follow those as

 3

 4        well?
                   A.    Yes.

 5

 6             Q.    Does the state oversee all of your election
          activities?

 7

 8        MR. BROWN:  Object, object, Your Honor.  She's asking

 9   the witness what someone else does.

10        MS. BURWELL:  May I respond, Your Honor?

11        THE COURT:  Yes.  We -- we -- we -- I think it's the
     way it's phrased.  I -- I think you can ask the question.

12

13   Go ahead.
     BY MS. BURWELL:

14

15             Q.    Does anyone oversee the election activities
          that you undertake?

16

17             A.    The state election board has the -- the

18        ultimate authority over the boards, the -- the Fulton
          County Board of Registration and Elections.

19

20             Q.    And are there -- are you personally or is
          the Board of Registration and Elections subject to

21

22        penalties for not following the code and rules?
                   A.    Yes.

23

24             Q.    Can you tell the Court why Fulton County

25        uses the DRE-based voting system?
```

```
 1        A.    That is part of -- there -- there's a

 2   uniform voting law in Georgia, and every county uses
      the same equipment.  It's a state law.
 3

 4        Q.    Do you have a choice on whether or not to
      use that equipment?
 5

 6        A.    No.
          Q.    Who owns the DRE machines that are used in
 7

 8   Fulton County?

 9        A.    70 to 80 percent of them were purchased by

10   the state, and Fulton County purchased the other 20

11   to 30 percent.
          Q.    Can you tell the Court whether or not
12

13   Fulton County has ever had any software issues with
      its DRE machines?
14

15        A.    No.
          Q.    Are you aware of any viruses that have ever
16

17   infiltrated a Fulton County DRE machine?

18        A.    No.
          Q.    Let me ask you now the same questions about
19

20   the poll book that you used.  Are you aware of any
      software issues with that poll book?
21

22        A.    No.
          Q.    What about the viruses with that poll book?
23

24        A.    No.

25        Q.    And let me ask you now about the GEMS
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 579

1    server, which is a -- yet a third component of the

2    system; correct?
        A.    Yes.
3

4        Q.   Are you -- has Fulton County ever had any
     software issues with the -- the GEM system?
5

6        A.    No.
         Q.    And are you aware of any viruses with that
7

8    GEM system?

9        A.    No.

10       Q.    Are you aware -- is it -- are you aware of

11   any external attacks that Fulton County has had on
     any of its machines?
12

13       A.    No.
         Q.    Is it possible for there -- is -- is the
14

15   DRE machine hooked up to the Internet?
         A.    No.
16

17       Q.    Is the DRE machine hooked up to anything

18   external, the Web, or anything like that?
         A.    No.
19

20       Q.    Now, are the DRE machines tested by Fulton
     County?
21

22       A.    Yes.
         Q.    And do -- did you test the machines before
23

24   the November 6th election?

25       A.    Yes.

```
 1        Q.   Is each DRE machine that's used in the

 2   election tested?
              A.   Yes.
 3

 4        Q.   And are DRE machines that are used in the
     early voting tested as well?
 5

 6        A.   Yes.
              Q.   Are any of the machines connected to each
 7

 8   other?

 9        A.   Only by electricity.

10        Q.   Okay.  So one DRE machine in a room isn't

11   connected to another DRE machine in a room?
              A.   No.
12

13        Q.   They're both potentially plugged into the
     electricity in the wall, but other than that --
14

15        A.   Correct.
              Q.   Now, can you tell the judge in terms of the
16

17   November 6th general election what you did to prepare

18   for that election?
              A.   Well, we began in August.  We have to -- we
19

20   have to get the ballot ready.  We have to make sure
      we get all the information from all of the local
21

22   candidates or from the municipalities that are having
      elections to the state, so that they can build a
23

24   ballot.

25        We have to get all the -- the poll workers
```

www.huseby.com              Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 581

```
 1    recruited, poll workers trained; polling places we

 2    have to make sure are -- are set.
              We have to get all of our workers set up for
 3

 4    early voting.  We have to get all the machines ready.
       We -- we also make sure we get all of the -- the --
 5

 6    all of the voter registration applications processed
       that are timely, and there are lots of little, sundry
 7

 8    duties that go along with all those.

 9        Q.   And those are the same -- the procedures

10    you go through for every election; is that correct?

11        A.   Correct.
          Q.   Now, can you tell the judge about ballot
12

13    styles and what that means?
              A.   Well, we had 115 ballot styles in -- in the
14

15    November election.  Those are based on -- on all the
       -- the precincts and the districts, all the different
16

17    districts that -- that are within the county, from

18    state senate districts to -- to city boundaries to
       House of Representative districts, all the -- all the
19

20    political districts are taken into account, along
       with the precincts.
21

22        Q.   So let me ask you about early voting.  And
       can you explain to the judge how early voting works?
23

24        A.   During early voting, all of the ballots are

25    available at every polling place.  You can vote
```

1    anywhere during early voting.

2         Q.   So what does that mean in terms of ballot
     styles?
3

4         A.   Well, for our 370-plus precincts that we
     have, all of those are available with the 115
5

6    different ballot styles.
          Q.   How does that differ from Election Day?
7

8         A.   On Election Day, the voters have to go to

9    their -- their assigned precinct to vote.  So those

10   -- those precincts are what are available in each

11   polling place.
          Q.   So on -- for early voting, if you live in
12

13   Roswell, you can vote in Chattahoochee Hills, and
     they can pull up your ballot?
14

15        A.   Correct.
          Q.   But on Election Day, you can only vote in
16

17   Roswell?

18        A.   Yes, at whatever assigned place in Roswell,
     yes.
19

20        Q.   So during early voting, are there things
     that could occur that would cause a machine to say
21

22   "Cancel" on it?
          A.   Well, if it -- if they -- if the screen
23

24   comes up and there's a cancel sign on there, that --

25   that indicates that the ballot was created by the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 583

```
 1    Express Poll in -- in the disabled mode, for a

 2    disabled voter.
              Q.   Okay.  So explain for the -- to the judge
 3

 4    what that means?
              A.   There's -- the Express Poll has two
 5

 6    different modes.  You can have the regular mode where
        -- where the ballot comes up, or there's a -- there's
 7

 8    also a mode for -- for disabled voters, because those

 9    voters, the ballot doesn't appear on the screen.

10         The only thing that appears is -- is a

11    "canceled" button, so -- to cancel that out.  Now if
        the voter goes up, he can put -- it's in the disabled
12

13    mode, the Express Poll operator has to select the
        option to go back to regular mode.
14

15         If they don't, the next card they create is
        going to be in disabled mode.
16

17         Q.   And so is that what makes it flash

18    "Cancel"?
              A.   Yeah.
19

20         Q.   Does that mean that there's a problem with
        the machine?
21

22         A.   No.
              Q.   Okay.  What does that mean?
23

24         A.   The DRE's doing what it's told.

25         Q.   So what happens to the voter in that
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 584

1    instance, if it comes up and says "Cancel"?

2         A.   Well, they would have to cancel the ballot
     and then go back to the Express Poll.  They're

3

4    supposed to get -- all of our machines have a sign in
     them that say, "If there's anything wrong with your

5

6    ballot, whether it be that you've -- you think you
     have the wrong ballot, then you need to go get a poll

7

8    worker to help you."

9         Like to go back to the Express Poll and tell

10   them or show them what's on the screen.  From there a

11   new card needs to be created that it's in the regular
     mode.

12

13        Q.   Right.  And it's not in disabled mode?
          A.   Correct.

14

15        Q.   So then the voter can go and cast a ballot?
          A.   Yes.

16

17        Q.   So the fact that it says -- that it had

18   come up cancelled doesn't mean that the voter was
     unable to cast a vote --

19

20        A.   Correct.
          Q.   -- on that day?  Now let me ask you about

21

22   if an issue comes up with a DRE machine, and Mr.
     Brown asked you about something that happened at, I

23

24   believe, church.  So you weren't at the church that

25   particular day, were you?

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 585

```
 1        A.    No.

 2        Q.    So you don't have any first-hand knowledge
      about what particularly happened; correct?
 3

 4        A.    Correct.
          Q.    But you listened to Ms. LeClerc's testimony
 5
      about what she observed?
 6        A.    Yes.

 7

 8        Q.    Can you tell the judge what the process is

 9    under those circumstances, if they're -- if this

10    particular voter has an issue?

11        A.    Well, we have a help desk that -- there're
      are different ways that a poll worker can contact the
12

13    office.  They should call the help desk, and then a
       ticket is created, and then a technician would be
14

15    sent to the polling place.
             In the meantime, if the poll worker has a
16

17    concern about the machine, they -- they shut it down,

18    as they did, and so -- and that's what they're
       supposed to do.
19

20        Q.    Okay.  Do you, as the director of
       elections, have any concerns about the reliability of
21

22    the DRE machines that have been used in Fulton
       County?
23

24        A.    No.

25        Q.    Do you have any concern about any memory
```

```
 1    cards having ever been improperly accessed?

 2         A.   No.
           Q.   Can you tell the judge what the process is
 3

 4    for safety with respect to the memory cards?
           A.    All the -- all the machines will -- like,
 5

 6    in early voting, for example, all the machines are,
       after they're tested, all of them are sealed to seal
 7

 8    the equipment, the serial numbers are recorded, and

 9    the seal numbers are recorded, and those go out with

10    -- with the poll workers.

11         Every day those -- those machines are -- the
       seals are broken, they're verified, they -- they seal
12

13    them up again, and it goes -- the -- the process goes
       through the 19 days of early voting.
14

15         They're -- on Election Day, when we send those
       out, they're -- they're sealed after the vote --
16

17    after, like, an accuracy is done.  Those are also

18    delivered out, and they -- they go to the polling
       place.
19

20         They're -- they are -- there is a recap sheet
       with it, and they have the serial numbers and the --
21

22    the seal numbers are also recorded on there.  The
       poll workers verify that those -- the seals are not
23

24    broken, and if -- if one was to be broken, they're to

25    contact our office and to let us know that the seal
```

```
 1   was -- is broken.

 2        Q.   So can you tell the judge what the process
     is for security with respect to the actual DRE
 3

 4   machines themselves?  You told us about the cards
      being sealed and kept.  What about the actual DRE
 5

 6   machines?
              A.   In our warehouse, they -- they are kept in
 7

 8   a -- in a large warehouse.  There's a keypad to get

 9   in.  It's also -- the warehouse is alarmed, and we

10   also have cameras in -- in the warehouse.

11        Q.   Do you have chain-of-custody forms --
          A.   Yes.
12

13        Q.   -- for the machines?  Are those kept under
      lock and key?
14

15        A.   Yes.
          Q.   And how are the machines delivered to the
16

17   actual locations where voting occurs?

18        A.   We have different either -- usually, it's
      either active-duty fire- -- firemen or officers or
19

20   retired firemen or officers that -- police officers
      that do -- do the deliveries.
21

22        Q.   And when those DRE machines are delivered,
      they have seals on them?
23

24        A.   They have seals on them, and there's a

25   cable through the door -- through the -- through the
```

```
 1    handles --

 2         Q.   Can you --
           A.    -- to make sure that they're all kept
 3
 4    together.
           Q.    Can you explain to the judge what the seal
 5
 6    looks like and what it's made out of and what's on
      it?
 7
 8         A.   When they go out, it's a -- it's a metal

 9    seal, and it has -- it has a number on there that

10    identifies that seal, and it's unique to that seal.

11         Q.   And so what do poll workers do when they
      get the machines?
12
13         A.   After they -- they will verify that the
      seal is -- that we recorded in the warehouse is the
14
15    same that it is on that recap sheet, and then they
      break the seals to open the machines.
16
17         Q.   Are you aware of any instance where a seal

18    was broken or tampered with while at a polling
      location?
19
20         A.   No.
           Q.   Now, once the election is over and the
21
22    machines are returned to the warehouse, is there a
      seal on it when it's originally returned to the
23
24    warehouse?

25         A.   Yes.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 589

1          Q.    And how long are you required to maintain

2     that seal?
                 A.    30 days.

3

4          Q.    So if -- if a machine is sealed, is there
      any way someone can access the door where the media

5

6     cards are located?
                 A.    No.

7

8          Q.    Okay, why is that?

9          A.    Well, they would have to break the seal to

10    get in there, cut the cable, break the seal.

11         Q.    Are you aware of that ever happening?
                 A.    No.   Also on the early voting machines,

12

13    there's a metal plate that is put over the -- the
       doors on those.   You'd have to crowbar those off, and

14

15    it would break the unit.
                 Q.    Can you now tell the judge about the

16

17    security measures for the GEMS server?

18         A.    That's password-protected.   It's in the
      same warehouse with the -- with the DREs, so there's

19

20    -- you have to have the access code to get in the
       door.   There's also an alarm, and there are cameras

21

22    in there.
           MS. BURWELL:   I have no further questions.

23

24    THE COURT:   Yes, sir, Mr. Tyson.   Mr. Lindsey?

25    MR. LINDSEY:   I have some questions, Your Honor.

```
 1          I think you've alluded to it, Mr. Barron, but perhaps

 2     it would be a good idea to go ahead and explain.
                    Before I do that, my co-counsel has admonished
 3

 4     me for asking a woman her age, so to be fair, sure that
       I'm not a sexist, what's your age?
 5

 6          THE WITNESS:  52.
            MR. LINDSEY:  All right.  That's the last time I'm
 7

 8     going to ask a woman her age.

 9          THE COURT:  I think everybody in here's younger than

10     I am anyway, so don't worry about that.  Go ahead.

11          MR. LINDSEY:  Yes.  All jokes aside, let's get to the
       serious part.
12

13     BY MR. LINDSEY:
                 Q.   You've alluded to it a couple times, but
14

15          let's tell the judge a little more specifically.
            Prior to the election, for each machine, it is my
16

17          understanding that according to your testimony that

18          you conduct what is called a logic and accuracy
            testing?
19

20               A.   Yes.
                 Q.   Explain to the judge exactly what that is?
21

22               A.   We have a script that we -- we vote, and
            then once you input those votes, then you run the
23

24          tape and make sure that -- that the results match the

25          script that was voted.
```

www.huseby.com              Huseby, Inc. Regional Centers           800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 591

1          Q.   Okay.  And do you do that for each machine?

2          A.   For each machine.
           Q.   Okay.  And did all of the machines that
3

4     were used on November 6th, 2018 pass that test?
           A.   Yes.
5

6     MR. LINDSEY:  No further questions.
      THE COURT:  Mr. --
7

8     MR. RUSSO:  Briefly, I just -- only care about one

9  point.

10  BY MR. RUSSO:

11         Q.   Mr. Barron, you indicated a script was run.
           Does that -- does that require someone actually
12

13    pushing the screen and voting it, or is that a
      software run on the computer?
14

15         A.   No.  We -- we actually input those manually
      to make sure that all the positions are recording
16

17    votes.

18    MR. RUSSO:  Thank you.
      THE COURT:  Mr. Brown?
19

20  BY MR. BROWN:
           Q.   Mr. Barron, you were asked about a law
21

22    relating to -- that required you to use the DRE
      machines, right?
23

24         A.   Um-hmm.

25         Q.   And is it -- was it your understanding that

```
 1        the law does require you to use the DRE machines?

 2              A.   Yes.
                Q.   And are you aware of -- of a court opinion
 3
        that says --
 4
                THE COURT:  Okay.  You -- you -- you -- that's what
 5
      we're having trouble with, and I can see movement over
 6
       here at this table.  "Are you aware," you say that "are
 7
      you aware" as if it was a matter of fact.  And it's fact
 8
      that's not in evidence, so rephrase the question.
 9
10    BY MR. BROWN:

11              Q.   Have you read the federal court decision,
              Curling vs. Kemp?
12
13              A.   No.
                Q.   Are you -- what is the statute that says --
14
        do -- do you know what the statute is that says you
15              have to use DRE machines?
16
17              A.   Not offhand.

18              Q.   Are you -- are you -- do you know of any
              statute that says that?
19
20              A.   I could -- if I had an election code, I
              could probably find it, but --
21
22              Q.   And -- and you're -- what you're saying is
              that the Georgia code says that it requires the use
23
24    of DREs?

25              A.   Yes, and that was clarified by the
```

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
**Transcript of Trial Proceedings on 01/18/2019**                    Page 51

 1          Secretary of State's office to all the counties

 2          leading up to the fall election cycle.
                  Q.   Did that opinion change after a ruling by
 3

 4          the federal court?
                  MR. LINDSEY:   I'm going to objection to Mr. Brown.
 5

 6     He is an election official.  He's got some general
       knowledge, perhaps, of the law --
 7

 8          THE COURT:   Yeah, you're using -- see, you used the

 9     word "code," at one point.  I -- whether he knows the

10     difference between the code and the law, which are two

11     different things, I don't know, but you're still -- you're
       still -- it's the way you're asking the questions, Mr.
12

13     Brown.
                  MR. BROWN:   Your Honor, I -- the -- if I might just
14

15     say one thing.
                  THE COURT:   What?
16

17          MR. BROWN:   They asked him, "What is your

18     understanding of the law?"
                  THE COURT:   But -- and you can ask him what -- you --
19

20     you can test that, but you can ask, "Are you aware that --
       that rule ever changed?"
21

22          MR. BROWN:   Are you aware --
             THE COURT:   That does the same thing.  See where I'm
23

24     coming from?

25          MR. BROWN:   Yes.

www.huseby.com          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

Page 594

```
 1          THE COURT:  You -- you can get the information.  It's

 2    just the way you phrase the question that's objectionable.
      BY MR. BROWN:
 3

 4          Q.   Mr. Barron, are you aware if that rule was
      ever changed or interpreted differently as not
 5

 6    requiring --
            A.   No.
 7

 8          Q.   -- the use of DREs?  Okay.  Were you, in

 9    your position as the director of elections for Fulton

10    County, were you briefed on court orders from the

11    federal court in the Curling case?
            A.   Yes.
12

13          Q.   And did that briefing include telling you,
      quote, "But OCGA 21-2-383(b) does not require the use
14

15    of DREs," as defendant claims it does?
            MS. BURWELL:  Objection, Your Honor.  First and
16

17    foremost, it appears that he's attempting to ask about a

18    privileged communication.
            THE COURT:  It's not in -- it's -- it's -- I sustain
19

20    the objection.
      BY MR. BROWN:
21

22          Q.   Is it your working understanding, Mr.
      Barron, that the Georgia Code requires the use of
23

24    DREs?

25          MR. TYSON:  Yeah, objection, on behalf of
```

www.huseby.com                    Huseby, Inc.  Regional Centers                    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 595

1    [inaudible].

2         THE COURT:  Sustained.
     BY MR. BROWN:
3

4         Q.   Mr. Barron, you talked about secure
     facilities and about how to secure the facilities.
5

6    You mentioned the security with the GEMS server.  Do
     you recall that?
7

8         A.   Yes.

9         Q.   And you weren't talking about the GEMS

10   database; you were talking about the actual GEMS

11   server; correct?
          A.   Correct.
12

13        Q.   Okay.  You -- you were describing how the
     machines are marked up, is that right?  When they're
14

15   in -- after they're in use; correct?
          A.   At the poll, yes.
16

17        Q.   And you testified about how the memory

18   cards are secured in a secure location; correct?
          A.   Yes.
19

20        Q.   Those are the memory cards that have been
     used for years; correct?
21

22        A.   Yes.
          Q.   You testified about the tickets that are
23

24   created as a result of complaints from -- well, let

25   me ask you this.  The ticket system from your prior

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 596

1    testimony, could you describe that for us in greater

2    detail?
            A.    Well, a poller would call into our help

3

4    desk on Election Day, and -- and then a ticket is
      created basically to -- if -- if we need to send a

5

6    technician to that area.  We have roaming technicians
      that oversee certain precincts, and then we can -- we

7

8    can dispatch somebody.

9        Q.    And where are those tickets saved?

10       A.    We have -- we just have a database that

11   keeps a log of our tickets.
            Q.    What is that database called?

12

13       A.    Help desk.  I don't think it has a name.  I
      mean, it's just a help -- it's just our own internal

14

15   help desk.
            Q.    Is that --is that a record that you make

16

17   available to the public?

18       A.    It's -- I mean, I guess it would be
      available if -- if somebody put in an open records

19

20   request, yes.
            Q.    And how many tickets were created for the

21

22   November '18 election?
            A.    I don't know.

23

24       Q.    Scores, hundreds?

25       A.    I don't -- I don't think it was that many,

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 597

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019                    Page 55

```
 1        but I don't know.

 2                  Q.   And what about for the runoff?
                    A.   I don't know.
 3

 4        MR. BROWN:  Just one second.  I'd like to take one
      minute.
 5

 6        THE COURT:  Sure.
      BY MR. BROWN:
 7

 8                  Q.   You testified that Fulton County has put

 9        the machines, the DRE machines through logic and

10        accuracy tests?

11                  A.   Correct.
                    Q.   You -- has Fulton County forensically
12

13        examined the machines?
                    A.   No.
14

15                  Q.   And just for the record, has -- has Fulton
            County allowed plaintiffs access to the machines for
16

17        that testing?

18        MR. LINDSEY:  Your Honor.  Here we go.  Once again,
        plaintiff's counsel is trying to bring back up discovery
19

20      issues that have arisen in this case that have all been
        brought before the judge on multiple occasions.
21

22        Judge in this court has ruled after hearing
        plaintiff's counsel giving him a reasonable opportunity to
23

24      argue, and the Court has overruled those objections, so

25      this entire line of questioning is found to be
```

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 598

Case 1:17-cv-02989-AT   Document 449-12   Filed 07/03/19   Page 56 of 111

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019                    Page 56

```
 1   interrupting.

 2        THE COURT:  Mr. Brown?
          MR. BROWN:  Your Honor, this goes back to the statute
 3

 4   that I quoted in my opening statement --
          THE COURT:  Okay.
 5

 6        MR. BROWN:  -- and that has to do with the --
          THE COURT:  The objection is sustained.
 7

 8        MR. BROWN:  Thank you.

 9        MS. BURWELL:  If I could, Your Honor, just for one

10   second?

11        THE COURT:  Mm-hmm.
      BY MS. BURWELL:
12

13           Q.   Mr. Barron, I'm going to show you
          OCGA 21-2-300.  Is that what you were referring to
14

15        earlier about being required to use the state-
          mandated DRE machines?
16

17           A.   You said 302?  Or 300?

18           Q.   300.
          MR. BROWN:  Excuse me, excuse me, Your Honor.  I've
19

20   just -- in the here --
          THE COURT:  Let me -- let me say this.  You can all
21

22   read the law to me in closing.
          MS. BURWELL:  Okay.  All right.
23

24        THE COURT:  You don't -- don't -- don't make a lay

25   witness a lawyer.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 599

```
 1        MS. BURWELL:  Okay.

 2        THE COURT:  I'm sure he doesn't want to be one.
      BY MS. BURWELL:
 3

 4           Q.   Last thing, Mr. Barron.  In Fulton County
          you didn't receive any complaints of someone saying
 5

 6        that a race, specifically the lieutenant governor
          race didn't appear on their ballot?
 7

 8           A.   I don't recall that, no.

 9        MS. BURWELL:  Thank you.

10        MR. LINDSEY:  For a follow-up to that.

11        THE COURT:  Right.
          BY MR. LINDSEY:
12

13           Q.   If there had been something as serious as
          that, do you believe that you would have been alerted
14

15        to it?
               A.   Yes.
16

17        MR. BROWN:  Objection, Your Honor.  That calls for

18     speculation as to reading the minds of other people who
          might --
19

20        MR. LINDSEY:  He's -- he's ahead --
          THE COURT:  Sustained.
21

22        MR. LINDSEY:  -- of the office now.
          THE COURT:  Sir, I understand.  "Did you get one" is
23

24     enough?

25     BY MR. LINDSEY:
```

1          Q.   Did you ever get one that day that a race

2     was not on, that particularly the lieutenant
      governor's race was not on the ballot?

3

4          A.   No.
      MR. LINDSEY:  Thank you.

5

6     MR. BROWN:  No further questions, Mr. Barron.
      THE COURT:  Okay.  You may go now.  Thank you.

7

8     THE WITNESS:  Thanks.

9     MR. BROWN:  Your Honor, at this point we have no

10    further witnesses, but I would like to make one

11    evidentiary argument that may be well.  And it is to renew
      our request for the admission of the National Academy of

12

13    Sciences report.  And let me just very briefly describe
      the law on that.

14

15         The -- when it was tendered, I made the argument that
      -- that the basis of it being admissible by experts is

16

17    prinicipally -- it's hearsay, but the -- but the law

18    requires is that --
              And this is what the law says, and I'm quoting 24-7-

19

20    703, "Such facts or data that are otherwise inadmissible
      shall not be disclosed to the jury by the proponent of the

21

22    opinion or inference unless the court determines that the
      probative value in assisting the jury to evaluate the

23

24    expert's opinion substantially outweighs their prejudicial

25    effect."

1      And so I would ask, Your Honor, to -- to allow the

2  opinion of -- to allow the National Academy of Science's
   report, because their probative value greatly outweighs

3

4  the prejudicial effect, and I would also, at this point,
   note that the report is independently admissible under

5

6  OCGA 24-7-803 (8)(C), which is the public records and
   reports exception of hearsay.

7

8      And I would cite the case of Chrysler v. Walden, 339

9  Ga. App.  In that case, the court allowed the firm

10  allowance of a report of the National Highway Traffic

11  Safety Administration opposite defects investigation about
    a recall of a particular defective product.

12

13      We think that case is right on point.  We believe,
    Your Honor, that -- I understand that Your Honor has not

14

15  reviewed this evidence because it wasn't admitted in the
    evidence.

16

17      THE COURT:  Well, I thought it was unfair to

18  everybody for me to start reading stuff people were
    sending me to read.  There was going to be evidence when

19

20  there was no -- I didn't know whether it was admissible or
    not, so I didn't --

21

22      MR. BROWN:  We would urge Your Honor to consider
    reading it and to conclude that, since a consensus report

23

24  from the National Academy of Science is the best that this

25  country has.

1        And it's right on point about securing elections,

2    which is exactly what this case is about, it would be
     helpful to the triers of fact to have the best evidence

3

4    that this country could ever have about the issue in this
     case and that is the security of this machine.

5

6        MS. BURWELL:  Your Honor, I would just note that this
     is not -- does not appear to be a complete copy.  It looks

7

8    like the -- the cover page says -- looks like the document

9    is supposed to be 180 pages.  This appears to be maybe the

10   first 8 pages of that document, because it begins at page

11   8 in here, but it's not a complete --
             You can see that the -- the last paragraph continues

12

13   beyond this page, so it is not -- it's not even a complete
     copy.

14

15       MR. LINDSEY:  Your Honor, admittedly I'm having to
     deal with what's on the line.  But according to the

16

17   National Academy of Sciences on the webpage, the National

18   Academy of Sciences is not a public entity, not a
     governmental entity.

19

20       It is a private, nonprofit organization, therefore
     doesn't fit within the exception that gentleman has -- has

21

22   alluded to.  The expert has already stated that he
     reviewed it, allowed it when he was giving his opinion.

23

24   It goes back once again to hearsay.

25       It's also irrelevant, Your Honor, because the

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 603

 1    question here is whether or not the system that Georgia

 2    has is the most secure possible, but whether or not in
      this particular case a breach actually occurred, and to

 3

 4    the extent that the results of the election weren't valid.
      That's the question, and --

 5

 6          THE COURT:  Mr. Tyson?  Sorry.
            MR. BROWN:  -- the NAS report, that's something

 7

 8    that's better argued downtown under the goal of the

 9    academy.

10          MR. TYSON:  And, Your Honor, we do agree with the

11    prior statements, and just would add that, to my
      knowledge, that there is nothing specific about the

12

13    Diebold Georgia voting machines in this report.  It's
      about DREs generally.

14

15          As Mr. Lindsey said, the expert has already relied
      upon this in testifying yesterday, and unless there is

16

17    something specific about this election, I don't see that

18    there's any relevance for the Court to consider to admit
      it in evidence.

19

20          THE COURT:  Mr. Brown?
            MR. BROWN:  First, Your Honor, just for the record,

21

22    as Your Honor is aware from the evidence, the -- the
      evidence is entirely, entirely contrary to what counsel

23

24    says.

25          THE COURT:  No, it's not.  You see, you -- and I

1   respect you, because you're an advocate.  And you

2   absolutely believe your side of the case, and a lawyer is
      supposed to do that.  But that doesn't make it all right.
3

4   That's your view of it.
            It's not -- yeah, I have to look at both sides.  So
5

6   -- so that's really got nothing to do with it.  I've got
      -- let me say -- say what I -- go ahead and finish
7

8   arguing, because I very much know what I'm going to do on

9   it.

10          MR. BROWN:  The evidence as we perceive it to be,

11  Your Honor, is -- and we're just simply not aware of the
      contrary evidence, is that the defects are national, and
12

13  there's no difference, material difference between it in
      Georgia, and we're not aware of any material testimony.
14

15  Therefore the unanswered court decision, I would instruct
      it to leave it up to Your Honor [inaudible].
16

17          THE COURT:  Okay.  I -- I find it's not admissible.

18  It doesn't come in under public record, because it's not
      public, okay?  Number two, it was something that he relied
19

20  on in giving his opinion, and I've had his opinion.  His
      opinion is these -- if you listen to him, these pretty
21

22  much useless machines.  I understand all that, and I'm not
      going to read something that's hearsay.
23

24          MR. BROWN:  Thank you, Your Honor.

25          THE COURT:  Okay?  I mean, I understood what he was

```
 1   saying.

 2        MR. BROWN:  Thank you, Your Honor. At this time, we
     would also like to renew our demand for a jury.  And the
 3

 4   reason why I'm renewing the demand, Your Honor, is that
      there is -- there is case law that may not be the best law
 5

 6   around, but it suggests that if you don't continue the
      demand --
 7

 8        THE COURT:  I -- so we already in this hearing,

 9   already in this trial, I have ruled.  I'm one of these

10   judges, I'm afraid, who rules, you know.  I make pretty

11   clear rulings, as we pointed out yesterday.  I'm not an
      English major, so my stuff comes out ching-ching-ching.
12

13   I've ruled.  Don't run in the face of it, okay?
          MR. BROWN:  Thank you, Your Honor.
14

15        THE COURT:  Thank you.  Do you rest?
          MR. BROWN:  We do.
16

17        THE COURT:  Okay.  Let me do this.  Let me take ten

18   minutes, and then we'll hear from the other side.
          MR. LINDSEY:  Thank you, Your Honor.
19

20        MR. BROWN:  Thank you.

21

22        [Off the record at 10:16 a.m., and back on the record
      at 10:21 a.m.]
23

24

25        BAILIFF:  Please take a seat.  Court comes to order.
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 606

1        MALE:  Oh, sorry.

2        THE COURT:  Okay.  Which defendant is to go first?
    Oh, you have a motion?
3

4        MS. BURWELL:  Yes.
         THE COURT:  Okay.
5

6        MS. BURWELL:  On behalf of Fulton County, Your Honor,
    I will move for an involuntary dismissal pursuant to 911
7

8    41(b) on the grounds that this court as the trier of fact

9    is allowed to adjudicate a motion to dismiss at the close

10   of the plaintiff's case.

11       And that is because the court is the finder of fact
    as well as the determiner of the law and the cases are
12

13   clear and I'd cite the court to Chalk v.  Poletto 346 Ga.
     App 491 which is a 2018 case as well as Smith v.  Georgia
14

15   Kaolin Company, Inc., 269 Georgia 475 both of which
     provide that a dismissal in a non-jury matter under
16

17   91141(b) does not require the court to construe the

18   evidence most favorably for the nonliving plaintiff.  And
     that again is because the court determines the facts as
19

20   well as the law.
              And in the instant case, the petitioner's under have
21

22   filed an election contest under 2125-22, Sections 1 and 3;
     and Section 1 requires the plaintiffs to have shown
23

24   misconduct, fraud, or irregularity in the election, by an

25   election official sufficient to change, replace, and doubt

1   the result.

2        Instead what these petitioners are alleging, is that
    just the DRE machines themselves, nothing that an election
3
4   official did, but just the machines themselves are -- they
    don't -- they don't care for the machines and think that
5
6   they're vulnerable.
         Under section 2125-22(3), they had to show that
7
8   illegal votes were received or illegal votes rejected,

9   sufficient to change or place in doubt the results.  And

10  there's been no evidence at all that there have been the

11  rejection, the receipt of illegal votes, or the rejection
    of votes at the polls sufficient to change or place in the
12
13  result.  They brought in one woman who said she didn't see
    it, but then she was able to vote for that, which was Ms.
14
15  Thomas -- I think her name was -- this morning.
         And the only other information was information from a
16
17  poll worker who said she got second hand information that

18  someone wasn't able to vote, but that is one vote at issue
    and there were over a 100,000 vote margin between the two
19
20  candidates.
         So there is not sufficient information back.  There
21
22  was no information in the record which would allow this
    court to find that there were legal votes rejected,
23
24  sufficient to change or place in doubt the result.

25  There's been no evidence of impropriety that led to this

www.huseby.com              Huseby, Inc. Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 608

```
 1   under-vote.  There's no evidence of any sort of tampering

 2   that led to this under-vote.
          And instead what they have done is they have said
 3

 4   there's a purely mathematical computation and they believe
      that a four percent under-vote for the Lieutenant
 5

 6   Governor's race is inappropriate.
          And there is no evidence in the record about how or
 7

 8   why individuals choose not to vote for Lieutenant

 9   Governor's race.  But the one thing we do know is that

10   even based on the information they provided in every

11   single election, there are under-votes.  Every single
      election.
12

13       The only difference here is that they complain that
      they believe that the amount of four percent is too large.
14

15   But again, there was no tie in between why there's an
      under-vote and any sort of impropriety on behalf of an
16

17   election official or any legal votes that have been

18   rejected.  Thank you.
          MR. TYSON:  Your Honor -- Your Honor?  Yeah.  Your
19

20   Honor, just to briefly Gwinnett County Board of
      Registrations in elections joins in Fulton County's motion
21

22   requesting that this be treated as an adjudication on the
      merits which is allowed under 41(b) just to echo what Ms.
23

24   Burwell has raised the evidence before the court for the

25   reports that is that the Lieutenant Governor's race
```

```
 1   appeared on every ballot in the state according to the

 2   base precinct report with races.
          That the -- all the cards were counted according to
 3

 4   the TS report and that there are a number of possible
      reasons as the various witnesses testified about why an
 5

 6   under-vote may occur.  It have been ballot design with the
      lack of the US Senate race, the lack of a third party,
 7

 8   there were a number of additional write-in candidates.

 9   Any of those issues could go to why the under-votes are

10   there, including the most important one, voters chose not

11   to vote at the race as was their option.
          There is no evidence in the record that all -- that
12

13   any of those have been disproven as a possible basis.  And
      as a result, Mr. Brown and the plaintiff's elections
14

15   contest and must fail the election is presumed valid and
      there was no evidence of irregularities sufficient to
16

17   place the results in doubt.

18       To the contrary, there is evidence that the results
      should be placed, should be given the presumption that
19

20   it's favored because of the evidence in the record.  And
      as Ms. Burwell indicated, there is no indication that the
21

22   number of illegal votes cast or legal votes rejected was
      anywhere near the margin of victory in this case, 123,000
23

24   votes.  So we fully join in Fulton's motion.

25       MR. LINDSEY:  Your Honor, first off, on behalf of the
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 610

```
 1   Lieutenant Governor Jeff Thompkin [ph] we will adopt the

 2   argument raised by both attorneys for Fulton County and
     Gwinnett County.  And simply once again, I want to read it
 3

 4   off again, into Hart v. Crawford, which I read at the
     beginning, 20 Ga. 7, 1998 decision which clearly lays our
 5

 6   the fact that [inaudible] with the extraordinary, drastic
     -- I believe the word used by the board is drastic.  There
 7

 8   must be clear evidence of some kind of issue in terms of

 9   either malicious or negligent kind of issue that created

10   the problem.  The fact of the matter is --

11        THE COURT:  Quick, which case are you referring to?
     Sorry to interrupt you.
12

13        MR. LINDSEY:  Hart [ph].
            THE COURT:  Hart.
14

15        MR. LINDSEY:  Versus Crawford, 270 Ga. 7, 1998.
            THE COURT:  I got it.  Okay.
16

17        MR. LINDSEY:  In regards to the evidence that you've

18   heard that the plaintiff's expert himself admitted that he
     was not familiar with the particularities of this race in
19

20   terms of what was going on in this race, but simply doing
     so by doing mathematical formulations.  He admitted that
21

22   he has no evidence of any kind of malware or malicious
     conduct by any individual, would have led to the under
23

24   voting that they have cited from the testimony of the

25   plaintiff's own witnesses.
```

1        That was never rebutted by any other witness of the

2    plaintiff.  The -- there -- there -- there are ample
     reasons why there was an under-vote including the fact

3

4    that we had a high number of new voters, voter confusion
     in terms of the -- as a result of the layout of the ballot

5

6    Governor, Lieutenant Governor.  Given the history of
     Governors that Lieutenant Governors of other states

7

8    running as a ticket.  And that, that is a reasonable

9    reason for why there was an under-vote, in addition to

10   other evidence that was elicited from the plaintiff's on

11   their reports.

12        There's also testimony, I think this is extremely

13   important.  a lot of plaintiff's expert testify as to what
     might have, could have, should have happened.  The

14

15   undisputed testimony from both the Secretary of State and
     from the Fulton County election official from the

16

17   plaintiffs' themselves called on direct, testified as to

18   the safe guards that are taken both before an election and
     on election day to ensure that the system is operating

19

20   correctly in terms of the voter being able to cast a vote
     for the candidate of their choice and that vote being

21

22   accurately reported by the state; that the testimony has
     not been contradicted by anyone in terms of the safeguards

23

24   that were put in place.

25        Nor has -- while the plaintiff's expert talked about

```
 1   systems that are on the web, we have undisputed testimony

 2   that the system that deals with the actual recording --
     accurate recording of a voters vote all the way up to the
 3

 4   counting of that vote is within a closed system that is
     not susceptible to the hacking at the plaintiff's expert
 5

 6   has outlined as part of their concerns.  That testimony is
     uncontroverted.
 7

 8       So for those reasons as well as the reasons set forth

 9   by my colleagues from Gwinnett and Fulton County, we

10   actually -- we also make this much at this time.

11       THE COURT:  If -- I'm going to hear from Mr.  Brown
     but before I do, do you have 911 with you?
12

13       MS. BURWELL:  Okay.
         THE COURT:  Everybody -- everybody's only got the --
14

15   okay.  I don't have a computer and I'm one of those -- I
     just have to go read it myself because I had forgotten
16

17   that you could do that.  So if 911-41?

18       MS. BURWELL:  Yes.
         MR. LINDSEY:  And Your Honor, since you don't have a
19

20   computer, would you like the Hart decision that I --
         THE COURT:  I've got it.
21

22       MR. LINDSEY:  Okay.
         THE COURT:  I did some work.
23

24       MR. LINDSEY:  Thank you, Your Honor.

25       THE COURT:  I won't say how much.  911?  Let me look
```

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 613

```
 1   at -- here it is.  Oh, I got one of these somewhere, let

 2   me see 41.  Let me see.  Let me see.  What subsection?
          MS. BURWELL:  Forty-one (b).
 3

 4         THE COURT:  B.  Okay.  Go ahead, Mr. Brown.
           MR. BROWN:  Your Honor, the evidence established
 5

 6   first a national consensus on the [inaudible] are highly
      vulnerable and shouldn't be used.  This -- there was no
 7

 8   contrary evidence as to national consensus, either by

 9   governmental agencies or assigned this.

10         So the background is undisputed, and that is that

11   these machines for vulnerable to attack and that they
      should not be used.  Second, there was a lot of evidence
12

13   about whether Georgia's particular DREs are worse than the
      national decrepitude because of the way George has not
14

15   maintained these machines over the last couple of years.
          Our position is that Georgia has not done set on --
16

17   that these machines are worse even than the national

18   average, which worse than general and in general -- even
      if it were as good as general, they should not be used.
19

20   We believe Georgia's are much worse than even the bad ones
      in other states that should not be used.  And we had
21

22   substantial evidence that is the case.  At all -- since --
      since they're defective anyway, I don't want to spend too
23

24   much time on the evidence that they're very, very

25   effective.
```

1       But these are -- and I want to go through the

2   evidence very quickly.  The -- Michael Barnes testified
    yesterday in response to my questions about the compromise

3

4   of the election server, that they had replaced one partial
    -- they replaced one piece of their system we established

5

6   today from Mr.  Barren that the other components were not
    replaced and they were not disaffected.  And so we believe

7

8   that Georgia's system is much more vulnerable than the

9   systems described by the national campus [ph] -- described

10  by our expert, recounted by our expert.

11      That the unanimous opinion of defense agencies, the
    scholars and the scientists, that they should not be used

12

13  and that Georgia's is even more vulnerable.  And that is
    important because they're vulnerable that it naturally

14

15  increases the chances of what we're alleging in this
    election actually happened.

16

17      And then that was also the opinion of our expert or

18  at least un-rebutted yet.  The other evidence that we have
    is the evidence that the results in this case, if you

19

20  compare the electronics and the paper ballot suggest that
    there's something about the electronic that was causing

21

22  the different vote.  If Your Honor -- as the defendants'
    positions' has evolved, that seems to be where they're

23

24  headed also.

25      There is as -- as the evidence has shown, there is a

1   microscopic chance that the results on paper are different

2   than the results on the voting machines because of voter
     choice or chance.  Instead, two different scenarios have

3

4   been presented to you.  One is that it is caused by
     malware or misprogramming or it's a sham [ph].

5

6        The other, and that evidence was presented by our
     expert, it was informed by the national consensus that

7

8   something like that was likely and that the particular

9   results and evidence about voters experiences were

10  telltale signs that there is a system problem within --

11  that the -- with the computers that was causing this to
     happen.

12

13       What is the other evidence?  The way that -- that --
     that we view the case, Your Honor, is that for this

14

15  freakish result to happen and I believe the evidence is
     one in 10,000, for that to happen, on the one hand, it

16

17  could have been this thoroughly discredited, highly

18  vulnerable election system did not function properly.
     That's one option.

19

20       The other option is the one presented -- suggested by
     Mr. Lindsey in his questions of Mr. Barnes yesterday and

21

22  that is the -- that the voters thought that there was a
     tick.  That the -- that for some reason they looked at the

23

24  screen and they thought, oh, we only need to vote for the

25  Republican ticket and the Democratic ticket.

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 616

1        There is, apart from the question by Mr. Lindsey and

2    the answer by Mr. Barnes, there's no evidence supporting
     that speculation.  Your Honor remarked that we're more

3

4    concerned with why people did this.  There -- the -- and -
     - and that was the basis -- one of the basis for not

5

6    allowing some of our testimony.
             The -- the here, there is no testimony that any voter

7

8    did not vote for the Lieutenant Governor ticket because

9    they thought it was -- the Lieutenant Governor because

10   they thought it was the ticket.  Instead -- and they

11   didn't even have an expert -- they don't even have an
     expert.  They don't even try to get an expert.

12

13       THE COURT:  Well, they haven't got that far yet.  But
     the issue -- the issue as we're all --

14

15       MR. BROWN:  We're all.  So they have -- just the
     nature of, well, we can throw this idea out.  Maybe this

16

17   is an explanation for it.  We don't have any evidence.

18   It's not particularly plausible that a voter would do that
     particularly as many times and it's not based upon any

19

20   evidence whatsoever.
             It really is speculation.  But the defendants rule

21

22   that the defendants would have Your Honor adopt, is that
     if you challenge the result of a statewide election in

23

24   Georgia that it's done on electronic machine, is that you

25   have to find some bad code.  That is what they would have

```
 1   Your Honor rule.  We got to find the code.  There's no bad

 2   code, there's no misprogramming, then the plaintiff will
      lose.  But we're not going to let you find that bad code

 3

 4   ever.
            And so the rule that the defendants want, the

 5

 6   Secretary of State wants would insulate decisions in
      Georgia -- would insulate elections on electronic

 7

 8   equipment in Georgia from any judicial review because

 9   you've got approved bad code, but you're not going to be

10   able to look at it to find it.

11       And we believe that the combination of that rule and
      the inability to discover it is inconsistent with the

12

13   statute, which was written by the legislature to allow
      petitioners to show that -- to allow that them to show,

14

15   and they have the court decide that at the election, so
      the fact that you can -- we believe a better reading of

16

17   the law is that once the petitioner has made a prima facie

18   showing of the likelihood that the machines caused the
      difference, and here there's -- we have proven that Your

19

20   Honor, we believe to a very high degree.
            There -- the evidence is that there's a 99.95 percent

21

22   chance that there was something about the machines that
      caused the election results and we believe that in that

23

24   event, that we have survived and that we -- that the

25   election should be overturned [inaudible, paper shuffling]
```

```
 1    then in additional, that Your Honor exercise your

 2    discretion to call another hearing for the code to be --
      after the code be evaluated.
 3

 4        THE COURT:  Anything -- any -- any response to that?
          MR. LINDSEY:  Yes.  Very briefly, Your Honor.  The
 5

 6    fact of the matter is that tests were conducted, this is
      uncontroversial.  As a matter of fact, the bi-witnesses
 7

 8    that the plaintiff chose to put on this stand, tests were

 9    conducted that would have revealed if malware was in

10    place.

11        Tests were conducted prior to the election.  Most
      importantly, tests were conducted on the day of the
12

13    election to see whether or not there was any kind of
      systemic problem with this -- with the voting system.
14

15        And that was great details as to what that costed, in
      which they had cameras on one individual actually live,
16

17    making sure -- making choices and then they had a parallel

18    system and then seeing whether or not there was any kind
      of deviation.  That testimony is uncontroverted that these
19

20    tests were done and the testimony is also uncontroverted
      that if a malware had existed it would have come out at
21

22    that point.
          It was also uncontroverted testimony today regarding
23

24    the specific inspections that are done on each machine

25    prior to the election to make sure that the machines are
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 619

```
 1   operating correctly and that if a voter cast his vote for

 2   individual A, it was going to be recorded as A.  That
     testimony is uncontroverted.  So we actually do have, here
 3

 4   in Georgia, tests to make sure that when Edward Lindsey
     cast a vote for Mr. Brown, that that's going to be
 5

 6   properly recorded by the Secretary of State, certified
     correctly.
 7

 8        There is no controversy to that.  There's no --

 9   there's no evidence to the contrary that these tests took

10   place or what the results were.  And as to the other

11   matters regarding if there was no malware, what was the
     cause, we have presented -- by the plaintiff through the -
12

13   - with their own expert, with their own witnesses on cross
     examination have admitted that there were plausible other
14

15   explanations.  For that reason, Your Honor -- we believe
     that this motion be passed.
16

17        THE COURT:  Any -- anything else?

18        MR. TYSON:  Yeah.  Can I just briefly, again, for
     what Mr. Brown explained, there's no prima facie showing
19

20   here at all as far as that all we can say is that they
     might be vulnerable, they might be -- there might be a
21

22   problem, there might be an issue.  Georgia Supreme Court
     is clear in Middleton v. Smith, 273 GA. 202 in 2000 which
23

24   you cannot overturn an election on the basis of mere

25   speculation.  And that's what we have here.  We have no
```

www.huseby.com              Huseby, Inc.  Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 620

1    evidence of additional [ph] votes.  We have no evidence of

2    an irregularity happening.
         Mr. Brown has also conveniently chosen to ignore the
3

4    fact that the ballot design that in 2018 you did not have
     a U.S. Senate race on the elect- -- on the ballot and
5

6    that's a deviation from a number of our past Governor's
     elections.
7

8        And so when a voter was presented with that

9    electronic machine, they saw the first two races instead

10   of being U.S. Senate and Governor, they were Governor and

11   Lieutenant Governor, which was a change from past years,
     which is also a very reasonable explanation for the
12

13   potential country vote.
         So at the end of the day, the plaintiffs are left
14

15   with, we think maybe something might have happened and the
     Georgia Supreme Court is clear that mere speculation
16

17   cannot be the basis for overturning an election.

18       THE COURT:  Anything further from you?
         MS. BURWELL:  Nothing further.
19

20       THE COURT:  Okay.  I had -- I guess I'm used to
     trying stuff to jury.  I hadn't realized that I was in
21

22   this position.
         And 91141(b) says, after the plaintiff in an action
23

24   tried by the court without a jury has completed the

25   presentation of his evidence, the defendant without

www.huseby.com            Huseby, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 621

```
 1    waiving his right to offer evidence in the event the

 2    motion is not granted, may move for dismissal on the
       grounds at upon the facts and the law, the plaintiff has
 3

 4    shown note right to relief.
               Taking everything the plaintiffs have said, your
 5

 6    attack is on the whole system and I respect that.  And
       there is authority that says that scientific authority
 7

 8    that says that DRE -- DRE system is terrible and all those

 9    kinds of things.  I'm very aware of that.

10          But what I'm here on is one race.  Just one race.

11    You haven't sued the state to get rid of the system; okay?
       That's one thing.  I wouldn't be in this position if
12

13    that's where we were, but we're not, we're looking at one
       race.
14

15          And you brought it on 212522 one and three.  There
      was absolutely nothing to support one.  And then let me
16

17    look at three.  There was no illegal votes received.

18    There's no legal votes rejected and in this race in the
       evidence.  Now, I understand you've got the under-vote
19

20    issue.  I'll get to that.
               The law is very clear that it's presumed there is a
21

22    legal presumption that the election returns of ballot;
       okay?  There's the presumption in ballot.  The plaintiff
23

24    has the burden of showing an irregularity or illegality

25    sufficient to change all place in doubt the result of
```

 1   election; okay?  The result of this particular election,

 2   not all of them, not the DRE, not any of that.  One -- the
     one thing.  It's a narrow issue.

 3

 4       It says the setting aside of an election, I'm reading
     the law, of an election in which the people have chosen

 5

 6   their representative is a drastic remedy that should not
     be undertaken lightly, but instead should be reserved for

 7

 8   cases in which a person challenging an election has

 9   clearly established a violation of election's procedures

10   and has demonstrated the violation has placed the result

11   of the election in doubt.  There is no -- the only thing
     you've got is the under -- is the under-vote and the --

12

13   144 votes in Winterville; okay?
             If the numbers should have been equal and there is no

14

15   evidence to show of the under-vote, but let's assume
     somehow that was an error and there should have been 31

16

17   more thousand votes.

18       And let's assume that the one precinct in Winterville
     was 144 votes, should all have been given to Ms.  Amico

19

20   and we'll take the 31,000 as all being given to Ms.
     Amico.  We're still nowhere near -- the numbers do not --

21

22   there is -- it's not even close.
             There is absolutely no evidence of the number of

23

24   votes sufficient to overcome.  And there is no evidence

25   that this system didn't work during this election.

www.huseby.com            Husebey, Inc.  Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 623

1        So on that, I'm going to grant the motion to dismiss.

2        MR. BROWN:  Your Honor, with respect, the evidence
with the --

3

4        THE COURT:  Sir, I've ruled.  This is one thing you
haven't handled well with me because I rule.  And now some

5

6    judges, you can keep talking and they change their mind.
Old Judge Raven [ph] was that way.  As long as you kept

7

8    talking, he would eventually change his mind.  I don't do

9    that; okay?

10       MR. BROWN:  [inaudible]

11       THE COURT:  So let's not.  I've ruled, I'm done.
I've just got to clean my desk a minute.

12

13       MR. BROWN:  We --
         THE COURT:  This is your book.

14

15       MR. BROWN:  Would you like an discussion about the
number you cited?

16

17       THE COURT:  No, sir.

18       MR. BROWN:  Okay.
         THE COURT:  Nothing.

19

20       MR. TYSON:  Thank you, Your Honor.
         THE COURT:  Thank you.

21

22       MR. BROWN:  Thank you, Your Honor, thank you for your
time.

23

24       THE COURT:  It's going to take a minute, I have a

25   briefcase; you all just go.  I've got to go way back in

1    the other building.

2         MR. LINDSEY:  I -- you have a briefcase Your Honor --

3

4    [Whereupon, the hearing was concluded at 10:49 a.m.]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          CERTIFICATE

 2
     STATE OF GEORGIA    ]
 3

 4                       ] SS.
     COUNTY OF DOUGLAS   ]
 5

 6
             I, PRISCILLA GARCIA, A COURT REPORTER IN THE STATE OF
 7
     GEORGIA, DO HEREBY STATE THAT THE FOREGOING IS A TRUE AND
 8
     ACCURATE TRANSCRIPT AS TAKEN DOWN BY ME AT THE TIME,
 9
     PLACE, AND THE DATE HEREINBEFORE SET FORTH.
10
         I DO FURTHER STATE THAT I AM NEITHER A RELATIVE NOR
11
     EMPLOYEE NOR ATTORNEY NOR COUNSEL OF ANY OF THE PARTIES TO
12
     THIS ACTION, AND THAT I AM NEITHER A RELATIVE NOR EMPLOYEE
13
     OF SUCH ATTORNEY OR COUNSEL, AND THAT I AM NOT FINANCIALLY
14
     INTERESTED IN THIS ACTION.
15
             WITNESS MY HAND IN THE CITY OF DOUGLASVILLE, COUNTY
16
     OF DOUGLAS, STATE OF GEORGIA, ON THIS 28TH DAY OF JANUARY
17
     2019.           Priscilla Garcia
18
             BY: _____
19
             PRISCILLA GARCIA, COURT REPORTER
20           NOTARY PUBLIC, STATE OF GEORGIA
21
             COMMISSION NO.: W-00379933
22           COMMISSION EXPIRES: 08/14/2022
23
             CERTIFICATION NO.: 5503-2677-8304-9216
24
             LICENSE EXPIRES:  04/01/2019
25
```

1

2

3        I, Chris Naaden, a transcriber, hereby declare

4    under penalty of perjury that to the best of my

5    ability the above 82 pages contain a full, true and

6    correct transcription of the tape-recording that I

7    received regarding the event listed on the caption on

8    page 1.

9

10       I further declare that I have no interest in the

11   event of the action.

12

13       January 28, 2019

14

15

16       Chris Naaden

17

18

19

20   (Transcript of Trial Proceedings)

21

22

23

24

25

---

**(**

**(8) (C)**   59:6

**(b)**   71:2

---

**-**

**--is**   54:15

---

**1**

**1**   64:22

**10,000**   73:15

**100,000**
  65:18

**10:16**   63:22

**10:21**   63:22

**10:49**   82:4

**115**   39:13
  40:4

**123,000**
  67:22

**144**   80:13,
  18

**18**   7:4  19:8
  54:22

**180**   60:9

**19**   44:13

**1998**   68:4,
  15

**1999**   34:1,4

---

**2**

**20**   10:11
  36:10 68:4

**2000**   77:22

**2003**   34:4

**2004**   34:6

**2005**   34:6

**2006**   34:6

**2007**   34:9

**2013**   34:9,
  11

**2016**   20:2,
  24 21:2,
  11,22
  22:6,17

**2017**   20:24

**2018**   7:4
  10:11
  21:24,25
  23:11
  25:20
  31:17 49:4
  64:13 78:4

**202**   77:22

**21-2-300**
  56:13

**21-2-383(b)**
  52:13

**2125-22**
  64:22

**2125-22(3)**

65:6

**212522**   79:15

**24-7-**   58:18

**24-7-803**
  59:6

**269**   64:15

**270**   68:15

**273**   77:22

---

**3**

**3**   64:22

**3,108**   32:22

**30**   36:11
  47:2

**300**   56:17,
  18

**302**   56:17

**31**   80:15

**31,000**   80:20

**339**   59:8

**346**   64:13

**370-plus**
  40:4

---

**4**

**41**   71:2

**41(b)**   64:8
  66:22

**475**   64:15

**491**   64:13

---

**5**

**52**   48:6

---

**6**

**62**   15:6

**6th**   37:24
  38:17 49:4

---

**7**

**7**   68:4,15

**70**   36:9

**703**   58:20

---

**8**

**8**   60:10,11

**80**   36:9

---

**9**

**911**   64:6
  70:11,25

**911-41**   70:17

**91141(b)**
  64:17
  78:22

**99.95**   75:20

**9:04**   7:4

www.huseby.com          Husesby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 628

---

**A**

---

**a.m.**  7:4
 63:22 82:4

**absolutely**
 62:2 79:15
 80:22

**academy**
 58:11
 59:2,24
 60:17,18
 61:9

**access**  28:11
 29:4
 30:10,13,
 17,25
 47:4,20
 55:15

**accessed**
 44:1

**accessible**
 28:15

**account**
 39:20

**accuracy**
 26:10,15
 44:17
 48:18
 55:10

**accurate**
 70:2

**accurately**
 69:22

**action**  78:22

**active-duty**
 45:18

**activities**
 34:13
 35:6,15

**actual**  45:2,
 4,17 53:10
 70:2

**add**  61:11

**addition**
 35:1 69:9

**additional**
 67:8 76:1
 78:1

**address**  8:22
 30:8

**adjudicate**
 64:9

**adjudication**
 66:22

**administering**
 19:1

**Administration**
 59:11

**admissible**
 58:15
 59:4,20
 62:17

**admission**
 58:11

**admit**  61:18

**admitted**
 59:15

**68:18,20
 77:13

**admittedly**
 60:15

**admonished**
 48:2

**adopt**  68:1
 74:22

**adverse**
 20:18

**advocate**
 28:6 62:1

**afraid**  63:10

**age**  48:4,8

**agencies**
 71:9 72:11

**agree**  61:10

**ahead**  13:22
 14:2 21:6
 33:8 35:13
 48:2,10
 57:20 62:6
 71:4

**AJC**  32:4,6

**alarm**  47:20

**alarmed**  45:9

**alerted**
 57:13

**alleging**
 65:2 72:15

**allowance**
 59:10

**allowed**
 55:15 59:9
 60:22 64:9
 66:22

**allowing**
 74:6

**alluded**
 48:1,13
 60:22

**alter**  26:20

**altered**
 27:22

**amazed**  17:2

**AME**  23:22
 24:8,9,20

**amendments**
 11:20

**Amico**  11:15
 15:17
 80:18,20

**Amico's**
 11:18
 14:13

**amount**  66:13

**ample**  69:2

**Angeles**  10:4
 11:4

**App**  59:9
 64:13

**appeared**
 67:1

**appears**
 41:10

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019 Index: applications..Bernhard

52:17 60:9

**applications**
39:6

**apply**  8:17

**approved**
75:9

**area**  31:24
33:13 54:6

**argue**  55:24

**argued**  61:8

**arguing**  62:8

**argument**
58:11,15
68:2

**arisen**  55:20

**assigned**
40:9,18
71:9

**assisting**
58:22

**assume**
80:15,18

**assumes**  21:6

**assuming**
16:10 21:4

**attack**  71:11
79:6

**attacks**
37:11

**attempting**
52:17

**attorney**
10:1

**attorneys**
68:2

**August**  38:18

**Austin**  34:4

**authority**
35:18 79:6

**average**
71:18

**aware**  21:18
24:6,10,22
27:20 28:1
31:15
32:2,11,18
36:15,20
37:6,10
46:17
47:11
50:2,6,8
51:20,22
52:4 61:22
62:11,13
79:9

———————
      **B**
———————

**back**  11:25
12:1,24
15:13
17:15
22:15
41:13
42:2,9
55:18 56:2
60:24

63:22
65:20
81:25

**background**
34:2 71:10

**bad**  71:20
74:25
75:1,2,9

**bailiffs**  8:2

**BALIFF**  63:25

**ballot**
10:18,20,
25 11:15,
22,25
12:2,10
14:10 16:6
28:15
30:8,10,
15,22,25
38:20,24
39:11,13
40:2,6,13,
25 41:6,9
42:2,6,15
57:6 58:2
67:1,6
69:4 72:20
78:4 79:22

**ballots**
30:11,13
39:24

**Barnes**  72:2
73:20 74:2

**Barren**  72:6

**Barron**  17:20

18:6,11,15
27:11
29:18
33:22,24
48:1
49:11,20
52:4,22
53:4 56:13
57:4 58:6

**Barron's**
20:6

**base**  67:2

**based**  30:6
39:15
66:10
74:18

**basic**  26:11

**basically**
34:24 54:4

**basis**  58:15
67:13 74:4
77:24
78:17

**began**  38:18

**beginning**
11:25 12:1
27:2 68:4

**begins**  60:10

**behalf**  52:25
64:6 66:15
67:25

**Bernhard**
28:4

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 630

**bi-witnesses**
  76:6

**biggest**
  29:20,22

**bit**  22:15
  34:2

**board**  16:4
  34:13,24
  35:17,18,
  20  66:20
  68:6

**boards**  35:18

**book**  34:20,
  22  36:20,
  22  81:13

**book's**  30:18

**books**  29:4

**booth**  28:18

**boundaries**
  39:18

**box**  8:2,4
  11:11

**Boy**  8:4

**breach**  61:2

**break**  46:15
  47:9,10,15

**briefcase**
  81:25 82:2

**briefed**
  52:10

**briefing**
  52:13

**briefly**  16:2
  49:8 58:13
  66:20 76:4
  77:18

**bring**  55:18

**broken**
  44:11,24
  45:1 46:18

**brought**
  55:20
  65:13
  79:15

**Brown**  7:18,
  22 8:2,11,
  13,15,20,
  24 9:2,6,
  22,25 10:2
  13:2 14:6,
  8,20
  17:11,15,
  18,20,24
  18:13
  20:17,20,
  22 21:4,15
  24:17
  27:17
  28:9,10
  29:8,18
  31:20
  32:2,24
  34:8 35:8
  42:22
  49:18,20
  50:10
  51:4,13,
  17,22,25
  52:2,20

53:2 55:4,
  6 56:2,6,
  8,18 57:17
  58:6,9
  59:22
  61:6,20
  62:10,24
  63:2,13,
  15,20
  67:13
  70:11 71:4
  74:15
  77:4,18
  78:2 81:2,
  10,13,15,
  18,22

**Bruce**  9:25

**Bryan**  16:2

**build**  38:22

**building**
  82:1

**burden**  79:24

**Burwell**
  21:2,6
  24:13
  29:6,9
  33:2,6,9,
  11,15,18,
  22 35:10,
  13 47:22
  52:15
  56:9,11,22
  57:1,2,9
  60:6 64:4,
  6 66:24
  67:20

70:13,18
  71:2 78:18

**button**  41:11

_____

C

**cable**  45:25
  47:10

**calibrate**
  26:11

**call**  8:25
  17:20
  19:22
  43:13 54:2
  76:2

**called**  9:15
  18:8
  20:18,20
  29:20,22
  48:18
  54:11
  69:17

**calls**  57:17

**cameras**
  45:10
  47:20
  76:15

**campus**  72:9

**cancel**
  40:22,24
  41:11,18
  42:1,2

**canceled**
  41:11

cancelled
 42:18

candidate
 11:9 69:20

candidates
 38:22
 65:20 67:8

capability
 27:11

card 10:20
 21:25
 26:4,18,20
 28:11 29:4
 30:10,13,
 22 31:10,
 11 41:15
 42:11

cards 21:20
 22:2,9,15
 23:2 30:17
 31:13
 44:1,4
 45:4 47:6
 53:18,20
 67:2

care 19:2
 49:8 65:4

case 10:1
 24:11
 52:11
 55:20
 59:8,9,13
 60:2,4
 61:2 62:2
 63:4
 64:10,13,

20 67:22
 68:11
 71:22
 72:18
 73:13

cases 64:11
 80:8

cast 12:4,
 10 42:15,
 18 67:22
 69:20
 77:1,4

category
 11:10 17:4

caused 73:4
 75:18,22

causing
 72:20
 73:11

certified
 77:6

chain-of-
custody
 45:11

Chalk 64:13

challenge
 74:22

challenging
 80:8

chance 73:1,
 2 75:22

chances
 72:15

change 51:2
 64:25
 65:9,11,24
 78:11
 79:25
 81:6,8

changed
 51:20 52:4

charge 19:1

Chattahoochee
 40:13

checks 28:13

ching-ching-
ching 63:11

chip 28:13

choice 36:4
 69:20 73:2

choices
 76:17

choose 66:8

chose 67:10
 76:8

chosen 78:2
 80:4

Chrysler
 59:8

church 23:24
 24:20
 42:24

circumstances
 43:9

cite 59:8
 64:13

cited 68:24
 81:15

city 39:18

Civic 34:6

claims 52:15

clarified
 50:25

clean 81:11

clear 19:17
 63:11
 64:13 68:8
 77:22
 78:15
 79:20

clerk 33:13

clerk's
 33:13

close 64:9
 80:22

closed 70:4

closer 33:17

closing
 56:22

co-counsel
 48:2

coalition
 16:17

COBB 7:4

code 30:8,
 10,22
 34:20
 35:22

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019     Index: coding..counties

47:20
50:20,22
51:9,10
52:22
74:25
75:1,2,9
76:2

**coding**   23:11
25:9,11

**colleagues**
70:9

**combination**
75:11

**communication**
52:18

**Company**
64:15

**compare**
72:20

**complain**
12:15
66:13

**complained**
14:4

**complaint**
24:22

**complaints**
53:24  57:4

**complete**
60:6,11,13

**completed**
78:24

**component**

37:1

**components**
72:6

**compromise**
20:11  72:2

**compromised**
20:2

**computation**
66:4

**computer**
27:20
33:17
49:13
70:15,20

**computers**
73:11

**concern**
32:13
43:17,25

**concerned**
74:4

**concerns**
43:20  70:6

**conclude**
59:22

**concluded**
82:4

**conduct**
48:18
68:22

**conducted**
76:6,9,11

**confusion**

69:4

**connected**
31:4,6
38:6,11

**connection**
34:13

**consensus**
59:22
71:6,8
73:6

**construe**
64:17

**contact**
43:11
44:25

**contemporaneou
sly**   24:18

**contest**
64:22
67:15

**continue**
63:6

**continues**
60:11

**contractors**
19:10

**contradicted**
69:22

**contrary**
61:22
62:11
67:18  71:8
77:9

**controversy**
77:8

**conveniently**
78:2

**copy**   20:2
60:6,13

**correct**   12:9
14:18
15:11,13,
22 16:9
19:13,18,
20,22
21:25
22:4,6
23:2,22
24:1,2
26:11 29:2
30:18 31:2
37:2 38:15
39:10,11
40:15
42:13,20
43:2,4
53:11,15,
18,20
55:11

**correctly**
69:20
77:1,6

**costed**   76:15

**counsel**
55:18,22
61:22

**counted**   67:2

**counties**

22:15,20
23:6 51:1

**counting**
70:4

**country**
59:25 60:4
78:13

**county**  7:4
16:2
18:18,20
19:2,22
21:1 22:9
23:11,20,
22 25:20
30:4 31:9
32:22
34:4,8,10,
13 35:18,
24 36:2,8,
10,13,17
37:4,11,20
39:17
43:22
52:10
55:8,11,15
57:4 64:6
66:20 68:2
69:15 70:9

**County's**
20:22
21:2,20
66:20

**couple**  48:13
71:15

**court**  7:8,
11,15,22,

25 8:2,9,
11,13,15,
18,22 9:1
13:4,11,
15,18,20,
24 14:1
15:25
17:11,13,
15 20:9,
13,18
21:10
24:11,15
27:13 28:6
29:11
31:22
33:1,4,8,
10,11,15,
24 35:11,
24 36:11
47:24 48:9
49:6,18
50:2,4,11
51:4,8,15,
18,22
52:1,10,
11,18 53:2
55:6,22,24
56:2,4,6,
11,20,24
57:2,11,
20,22
58:6,22
59:9,17
61:6,18,
20,25
62:15,17,
25 63:8,
15,17,25

64:2,4,8,
11,13,17,
18 65:22
66:24
68:11,13,
15 70:11,
13,20,22,
25 71:4
74:13
75:15 76:4
77:17,22
78:15,18,
20,24
81:4,11,
13,17,18,
20,24

**cover**  60:8

**Crawford**
68:4,15

**create**  41:15

**created**
21:24
28:18
40:25
42:11
43:13
53:24
54:4,20
68:9

**cross**  20:18
77:13

**CROSS-
EXAMINATION**
14:22
33:20

**crowbar**
47:13

**Curling**
50:11
52:11

**cut**  47:10

**cycle**  51:2

---

**D**

---

**data**  58:20

**database**
21:2 22:10
23:11,13
26:9 28:24
29:2 53:10
54:10,11

**date**  26:11

**daughter**
12:22 14:4
15:20
16:15

**dawn**  11:11

**dawned**  11:22

**day**  7:17
25:6,15
30:18
40:6,8,15
42:20,25
44:11,15
54:4 58:1
69:18
76:11
78:13

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 634

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019          Index: days..districts

days   44:13
  47:2

deal   60:15

dealing   19:4

deals   70:2

December
  25:22,25
  26:2 34:1

decide   75:15

decision
  50:11
  62:15 68:4
  70:20

decisions
  75:6

decrepitude
  71:13

defective
  59:11
  71:22

defects
  21:18
  59:11
  62:11

defendant
  52:15 64:2
  78:25

defendants
  74:20,22
  75:4

defendants'
  72:22

defense

72:11

defined
  29:10

degree   75:20

delivered
  44:18
  45:15,22

deliveries
  45:20

demand   63:2,
  4,6

Democrat
  16:25

Democratic
  73:25

demonstrated
  80:10

depends
  19:11

describe
  16:22 26:6
  54:1 58:13

describing
  53:13

design   67:6
  78:4

desk   43:11,
  13 54:4,
  13,15
  81:11

detail   54:2

details
  76:15

determine
  23:11
  24:25 27:8

determiner
  64:11

determines
  58:22
  64:18

deviation
  76:18 78:6

device   22:25

Diebold
  61:13

differ   40:6

difference
  51:10
  62:13
  66:13
  75:18

differently
  52:4

difficult
  16:22

direct   9:18
  13:11
  18:11
  20:13,20
  69:17

director
  18:20,24
  43:20 52:9

disabled
  41:1,2,8,
  11,15

42:13

disaffected
  72:6

disclosed
  58:20

discover
  75:11

discovery
  55:18

discredited
  73:17

discretion
  76:2

discussion
  81:15

disinfect
  21:2,15
  22:18,22

disinfected
  21:22
  22:15

dismiss   64:9
  81:1

dismissal
  64:6,15
  79:2

dispatch
  54:8

disproven
  67:13

districts
  39:15,17,
  18,20

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 635

**document**
60:8,10

**door** 45:25
47:4,20

**doors** 47:13

**doubt** 64:25
65:9,24
67:17
79:25
80:11

**downtown**
61:8

**drastic** 68:6
80:6

**DRE** 25:20
28:15
30:25
36:6,13,17
37:15,17,
20 38:1,4,
10,11
42:22
43:22
45:2,4,22
49:22
50:1,15
55:9 56:15
65:2 79:8
80:2

**DRE's** 41:24

**DRE-BASED**
35:25

**DRES** 47:18
50:24
52:8,15,24

61:13
71:13

**drive** 10:8
17:15

**duly** 9:15
18:8

**Duncan** 11:15

**duties** 39:8

───────

**E**
───────

**E-NET** 29:25

**earlier**
56:15

**early** 19:11
30:11 38:4
39:4,22,24
40:1,11,20
44:6,13
47:11

**echo** 66:22

**Edward** 77:4

**effect** 27:22
58:25 59:4

**effective**
71:25

**efforts** 21:1

**elect-** 78:4

**election**
11:15
19:9,18
20:1 21:25
23:11

24:4,18
25:20,22
26:4,9,13,
18 27:22
28:25
30:18
31:17
34:13,20,
24 35:6,
15,17
37:24
38:2,17,18
39:10,15
40:6,8,15
44:15
46:20
48:15
50:20
51:2,6
54:4,22
61:4,17
64:22,24,
25 65:2
66:11,17
67:15
69:15,18
72:4,15
73:18
74:22
75:15,22,
25 76:11,
13,25
77:24
78:17
79:22
80:1,4,8,
11,25

**election's**
80:9

**Electionet**
29:25

**elections**
16:4
18:20,25
19:2 22:4,
6 33:25
34:2,4,15
35:18,20
38:22
43:20 52:9
60:1 66:20
67:13 75:6
78:6

**electricity**
38:9,13

**electronic**
10:15
25:13
28:18
72:20
74:24 75:6
78:9

**electronics**
72:20

**elicited**
69:10

**eligible**
28:25

**email** 14:6

**employed**
18:17

employees
  19:6,10

enables
  30:13

end  11:22
  12:9 33:15
  78:13

Enet  30:4
  31:2,8,15
  32:4

English
  63:11

ensure  69:18

entire  55:25

entity  60:18

equal  80:13

equipment
  27:6 36:2,
  4 44:8
  75:8

erase  27:1

error  80:15

errors  23:13
  25:9,11,13

established
  71:4 72:4
  80:9

evaluate
  58:22

evaluated
  76:2

event  75:24

79:1

eventually
  81:8

everybody's
  70:13

everything's
  8:6

evidence
  21:8 50:9
  59:15,18
  60:2
  61:18,22
  62:10,11
  64:18
  65:10,25
  66:1,6,24
  67:11,15,
  18,20
  68:8,17,22
  69:10
  71:4,8,11,
  22,24
  72:2,18,25
  73:6,9,13,
  15 74:2,
  17,20
  75:20 77:9
  78:1,25
  79:1,18
  80:15,22,
  24 81:2

evidentiary
  58:11

evolved
  72:22

examination
  9:18 18:11
  25:18 27:8
  77:13

examined
  21:17
  55:13

exception
  59:6 60:20

excuse  13:6
  56:18

excused
  17:13

exercise
  76:1

existed
  76:20

experience
  7:20

experienced
  13:1

experiences
  73:9

expert  8:18,
  20 60:22
  61:15
  68:18
  69:13,25
  70:4
  72:10,17
  73:6 74:11
  77:13

expert's
  58:24

experts
  58:15

explain
  39:22 41:2
  46:4 48:2,
  20

explained
  77:18

explanation
  74:17
  78:11

explanations
  77:15

express
  28:15,18,
  20 29:1
  30:18,22
  31:1,11,13
  41:1,4,13
  42:2,9

expressed
  28:4

expression
  29:4

extent  61:4

external
  37:11,18

extraordinary
  68:6

extremely
  69:11

eye  7:18

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 637

**F**

face  63:13

facie  75:17
77:18

facilities
53:4

fact  31:24
42:17 50:8
60:2 64:8,
11 68:6,10
69:2 75:15
76:6 78:4

facts  21:4,6
58:20
64:18 79:2

fail  67:15

fair  22:20
23:10 48:4

fall  51:2

false  31:25

familiar
11:22
68:18

favorably
64:18

favored
67:20

federal
50:11 51:4
52:11

filed  64:22

find  25:2
34:18
50:20
62:17
65:22
74:25
75:1,2,10

finder  64:11

fine  13:20

finish  13:8,
9,22 14:1
62:6

fire-  45:18

firemen
45:18,20

firm  59:9

first-hand
43:2

fit  60:20

flash  31:11
41:17

follow  32:6
34:15,18
35:2

follow-up
57:10

force  8:11

foremost
52:17

forensic
27:6

forensically
55:11

forgotten
70:15

forms  45:11

formulations
68:20

Forty-one
71:2

forward  12:8

found  25:4
55:25

foundation
20:6,11
21:9 27:11
31:18

fraud  64:24

freakish
73:15

FRIDAY  7:4

full  18:15

full-time
19:6

fully  67:24

Fulton  18:18
19:2 20:22
21:1,2,20
23:11,22
25:20
32:22
34:10,13
35:18,24
36:8,10,
13,17
37:4,11,20

43:22 52:9
55:8,11,15
57:4 64:6
66:20 68:2
69:15 70:9

Fulton's
67:24

function
73:18

**G**

Ga  59:9
64:13
68:4,15
77:22

gain  24:18

GEM  19:22
37:4,8

GEMS  20:2,
11,22 21:2
22:9
23:11,13
36:25
47:17
53:6,9,10

general
38:17 51:6
71:18

generally
61:13

gentleman
60:20

gentlemen
7:8

www.huseby.com        Husebby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 638

George   71:13

Georgetown
  34:8

Georgia   7:4
  10:6  11:8
  13:22
  15:2,8
  34:20  36:2
  50:22
  52:22
  61:1,13
  62:13
  64:13,15
  71:15
  74:24
  75:6,8
  77:4,22
  78:15

Georgia's
  71:13,20
  72:8,13

get all
  38:20,25
  39:2,4

give   7:25

giving   55:22
  60:22
  62:20

goal   61:8

good   7:8,18
  13:22
  33:18  48:2
  71:18

governmental
  60:18  71:9

governor
  57:6  68:1
  69:6  74:8,
  9  78:10,11

governor's
  10:22,24
  11:6  16:11
  58:2  66:6,
  9,25  78:6

Governors
  69:6

grant   81:1

granted   79:2

great   76:15

greater   54:1

greatly   59:2

grounds   64:8
  79:2

groups   16:17

guards   69:18

guess   54:18
  78:20

guessing
  16:24

Gwinnett
  16:2  66:20
  68:2  70:9

———————————

——— H ———

hacking
  31:15  32:4
  70:4

half   18:22

hand   9:2
  65:17
  73:15

handled   81:4

handles   46:1

happen
  73:11,15

happened
  12:25
  24:20  25:1
  42:22  43:2
  69:13
  72:15
  78:15

happening
  47:11  78:2

hard   27:2

Hart   68:4,
  13  70:20

Hartman   34:6

hate   15:4

head   21:6

headed   72:24

hear   63:18
  70:11

heard   28:2,4
  68:18

hearing
  55:22  63:8
  76:2  82:4

hearsay

58:17  59:6
  60:24
  62:22

helpful   60:2

high   10:13
  69:4  75:20

highly   71:6
  73:17

Highway
  59:10

Hills   40:13

history   69:6

home   12:24
  17:15

Honor   7:13,
  18  8:6,11,
  24  13:22
  17:11,20
  20:4,17
  21:2,6
  24:13
  27:10  28:9
  29:6  31:18
  33:2  35:8,
  10  47:25
  51:13
  52:15
  55:18
  56:2,9,18
  57:17  58:9
  59:1,13,22
  60:6,15,25
  61:10,20,
  22  62:11,
  15,24

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019 Index: hooked..interrupting

63:2,4,13,
18 64:6
66:18,20
67:25
70:18,24
71:4 72:22
73:13
74:2,22
75:1,20
76:1,4
77:15
81:2,20,22
82:2

**hooked**
37:15,17

**House** 39:18

**hundreds**
54:24

_____

**I**

_____

**idea** 48:2
74:15

**identifies**
46:10

**ignore** 78:2

**illegal**
65:8,11
67:22
79:17

**illegality**
79:24

**immediately**
25:22

**important**

67:10
69:13
72:13

**importantly**
76:11

**improperly**
44:1

**impropriety**
65:25
66:15

**inability**
75:11

**inadmissible**
58:20

**inappropriate**
66:6

**inaudible**
8:6,8 17:6
53:1 62:15
68:6 71:6
75:25
81:10

**incidents**
24:2

**include**
52:13

**including**
67:10 69:2

**inconsistent**
75:11

**increases**
19:11
72:15

**Independent**
16:25

**independently**
59:4

**indication**
67:20

**individual**
68:22
76:15 77:2

**individuals**
66:8

**inference**
58:22

**infiltrated**
36:17

**inform** 30:4

**information**
24:13
28:24
30:9,20,24
31:2,4,8
38:20 52:1
65:15,17,
20,22
66:10

**informed**
73:6

**initially**
11:17

**input** 48:22
49:15

**inquire**
31:25

**insert** 26:18

**inserted**
30:17

**insertion**
26:20

**inspect** 25:8

**inspections**
76:24

**instance**
42:1 46:17

**instant**
64:20

**instruct**
62:15

**insulate**
75:6

**interested**
16:18

**interesting**
8:4

**internal**
26:22
54:13

**Internet**
37:15

**interpret**
34:25

**interpreted**
52:4

**interrupt**
68:11

**interrupting**

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 640

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019    Index: investigate..lieutenant

56:1

**investigate**
32:9

**investigating**
32:11

**investigation**
24:25
32:18
59:11

**involuntary**
64:6

**involve**
26:15

**involved**
16:17
33:25

**involving**
32:4

**irregularities**
67:15

**irregularity**
64:24 78:2
79:24

**irrelevant**
60:25

**issue**  8:22
25:4 42:22
43:10 60:4
65:18
68:8,9
74:13
77:22
79:20 80:2

**issues**  16:18
29:15
36:13,20
37:4 55:20
67:9

---

**J**

**January**  7:4

**Jeff**  68:1

**join**  67:24

**joins**  66:20

**jokes**  48:11

**judge**  34:2
38:15
39:11,22
41:2 43:8
44:2 45:2
46:4 47:15
48:15,20
55:20,22
81:6

**judges**  63:10
81:6

**judicial**
75:8

**jury**  8:4
58:20,22
63:2
78:20,24

---

**K**

**Kaolin**  64:15

**Kemp**  50:11

**key**  45:13

**keypad**  45:8

**kind**  24:25
68:8,9,22
76:13,18

**kinds**  79:9

**knowledge**
20:6 22:18
23:6 43:2
51:6 61:11

---

**L**

**lack**  29:2
67:6

**ladies**  7:8

**laid**  20:10
21:9
27:11,13

**language**
29:15

**large**  11:6
17:6 45:8
66:13

**late**  7:9

**law**  8:15
34:15,18,
25 36:2
49:20 50:1
51:6,10,18
56:22
58:13,17,
18 63:4
64:11,20
75:17

79:2,20
80:4

**lawsuit**
24:15

**lawyer**  56:25
62:2

**lay**  56:24

**layout**  69:4

**lays**  68:4

**leading**
20:13 29:9
51:2

**learned**
24:15 27:6

**leave**  62:15

**Leclerc**
23:15

**Leclerc's**
43:4

**led**  65:25
66:2 68:22

**left**  12:22
78:13

**legal**  65:22
66:17
67:22
79:18,22

**legislature**
75:13

**level**  30:4

**lieutenant**
10:24

www.huseby.com          Husesby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 641

16:11 57:6
58:2 66:4,
8,25 68:1
69:6 74:8,
9 78:11

**life** 27:2

**lightly** 80:6

**likelihood**
75:18

**Lindsey**
7:11,13
8:6,10
13:6,10,
20,22
14:2,25
15:24
20:10
47:24,25
48:6,11,13
49:6 51:4
55:18
57:10,11,
20,22,25
58:4 60:15
61:15
63:18
67:25
68:13,15,
17 70:18,
22,24
73:20 74:1
76:4 77:4
82:2

**listen** 62:20

**listened**
43:4

**Lithonia**
10:6,8,13

**live** 10:6
26:10 31:6
40:11
76:15

**load** 26:9

**loaded** 28:24

**local** 38:20

**located** 47:6

**location**
46:18
53:18

**locations**
45:17

**lock** 45:13

**log** 54:11

**logic** 26:10,
13 48:18
55:9

**long** 18:22
33:24 47:1
81:6

**looked** 14:9,
11 16:6
73:22

**Los** 10:4
11:4

**lose** 75:2

**lot** 69:13
71:11

**lots** 39:6

---
**M**
---

**machine**
10:15,20
25:6,9
27:2 31:2
36:17
37:15,17
38:1,10,11
40:20
41:20
42:22
43:17 47:4
48:15
49:1,2
60:4 74:24
76:24 78:9

**machines**
25:20
26:17
27:22,24
32:22
36:6,13
37:11,20,
22 38:4,6
39:4 42:4
43:22
44:4,6,11
45:4,6,13,
15,22
46:11,15,
22 47:11
49:2,22
50:1,15
53:13
55:9,13,15
56:15

61:13
62:22
65:2,4
71:11,15,
17 73:2
75:18,22
76:25

**made** 24:22
27:9 46:6
58:15
75:17

**maintain**
47:1

**maintained**
30:2 71:15

**major** 63:11

**make** 17:4
19:17
22:8,20
26:11 29:2
30:15
31:22,25
35:1 38:20
39:2,4
46:2 48:24
49:15
54:15
56:24
58:10 62:2
63:10
70:10
76:25 77:4

**makes** 41:17

**making** 8:6
11:8 22:13

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 642

32:1 76:17

**MALE**  64:1

**malfunctions**
12:11

**malicious**
68:9,22

**malware**
21:17
22:24
68:22 73:4
76:9,20
77:11

**mandated**
56:15

**manually**
49:15

**margin**  65:18
67:22

**marked**  53:13

**match**  48:24

**material**
62:13

**mathematical**
66:4 68:20

**matter**  50:8
64:15
68:10 76:6

**matters**
77:11

**means**  39:13
41:4

**meantime**
43:15

**measures**
47:17

**mechanical**
25:13

**media**  19:4
47:4

**memory**
21:20,25
22:2,9,15
23:2 26:4,
22 27:9,24
31:11
43:25 44:4
53:17,20

**mentioned**
53:6

**mere**  77:24
78:15

**merits**  66:22

**metal**  46:8
47:13

**mic**  21:11

**Michael**  72:2

**microscopic**
73:1

**Middleton**
77:22

**mind**  81:6,8

**minds**  57:18

**minute**  7:9,
25 55:4
81:11,24

**minutes**
63:18

**mis-program**
22:24

**misconduct**
64:24

**misprogramming**
73:4 75:2

**missed**  16:13

**Mm-hmm**  56:11

**mode**  41:1,
6,8,13,15
42:11,13

**modes**  41:6

**moment**  32:24

**morning**  7:8,
18 10:9
12:22 14:6
21:11
29:17 33:4
65:15

**motion**  64:2,
9 66:20
67:24
77:15 79:2
81:1

**move**  7:10,
15 64:6
79:2

**movement**
50:6

**multiple**
55:20

**municipalities**
38:22

_____

**N**
_____

**narrow**  80:2

**NAS**  61:6

**national**
58:11
59:2,10,24
60:17
62:11
71:6,8,13,
17 72:9
73:6

**naturally**
72:13

**nature**  74:15

**needed**  21:9

**negligent**
68:9

**night**  14:4

**non-jury**
64:15

**nonliving**
64:18

**nonprofit**
60:20

**noon**  7:10

**note**  59:4
60:6 79:4

**noticed**
12:13,15

www.huseby.com          Husbey, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 643

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019 Index: November..part-time

November
 10:11
 23:11
 24:18
 31:17
 37:24
 38:17
 39:15  49:4
 54:22

number  46:9
 62:18
 67:4,8,22
 69:4  78:6
 80:22
 81:15

numbers
 44:8,9,20,
 22  80:13,
 20

───────────
        O
───────────

oath  9:17
 18:9

object  20:4
 21:2  27:10
 31:18  35:8

objection
 20:15
 24:13  29:6
 51:4
 52:15,20,
 25  56:6
 57:17

objectionable
 52:2

objections
 55:24

observe
 27:11

observed
 43:6

occasions
 55:20

occur  40:20
 67:6

occurred
 61:2

occurs  45:17

OCGA  52:13
 56:13  59:6

offer  79:1

offhand
 50:17

office  19:18
 24:6,13,15
 43:13
 44:25  51:1
 57:22

officers
 45:18,20

official
 51:6  64:25
 65:4  66:17
 69:15

open  46:15
 54:18

opening  56:4

operating
 69:18  77:1

operation
 25:15

operator
 41:13

opinion
 27:22
 28:2,4
 50:2  51:2
 58:22,24
 59:2  60:22
 62:20
 72:11,17

opportunity
 55:22

opposite
 59:11

option  41:13
 67:11
 73:18,20

order  63:25

orders  52:10

organization
 60:20

originally
 46:22

originates
 22:11

outlined
 70:6

outweighs
 58:24  59:2

overcome
 80:24

overruled
 55:24

oversee
 35:6,15
 54:6

overseeing
 19:4  23:20
 34:13

overturn
 77:24

overturned
 75:25

overturning
 78:17

owns  36:6

───────────
        P
───────────

packet  27:2

pages  10:25
 60:9,10

paper  72:20
 73:1  75:25

paragraph
 60:11

parallel
 76:17

part  28:22
 36:1  48:11
 70:6

part-time

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 644

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019   Index: partial..positions'

19:9

**partial**   72:4

**particularitie
s**   68:18

**party**   67:6

**pass**   49:4

**passed**   77:15

**password-
protected**
47:18

**past**   78:6,
11

**penalties**
35:22

**people**   19:22
57:18
59:18  74:4
80:4

**perceive**
62:10

**percent**
36:9,11
66:4,13
75:20

**person**   11:11
12:20  14:4
16:20  80:8

**personally**
24:6  35:20

**petitioner**
75:17

**petitioner's**
64:20

**petitioners**
10:1  65:2
75:13

**ph**   68:1,13
72:9  73:4
78:1  81:6

**phrase**   31:22
52:2

**phrased**
35:11

**piece**   72:4

**place**   8:8
33:18
39:25
40:11,18
43:15
44:18
65:9,11,24
67:17
69:24
76:10
77:10
79:25

**places**   19:2
39:1

**plaintiff**
64:18  69:2
75:2  76:8
77:11
78:22
79:2,22

**plaintiff's**
55:18,22
64:10
67:13

68:18,25
69:10,13,
25  70:4

**plaintiffs**
17:20
55:15
64:22
78:13  79:4

**plaintiffs'**
69:17

**plate**   47:13

**plausible**
74:18
77:13

**plenty**   16:15

**plugged**
38:13

**podium**
33:10,11

**podiums**
33:13

**point**   11:13
26:6  49:9
51:9  58:9
59:4,13
60:1  76:22

**pointed**
63:11

**Poletto**
64:13

**police**   45:20

**political**
39:20

**poll**   12:17
19:2  23:17
25:4
28:13,15,
18,20
29:1,4
30:18,22
31:1
36:20,22
38:25  39:1
41:1,4,13
42:2,6,9
43:11,15
44:10,22
46:11
53:15
65:17

**poller**   54:2

**polling**   19:2
39:1,25
40:11
43:15
44:18
46:18

**polls**   31:11,
13  65:11

**popped**   11:4

**position**
18:18,22
52:9  71:15
78:22
79:11

**positions**
49:15

**positions'**

www.huseby.com         Husby, Inc.  Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 645

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019 Index: potential..questions

72:22

**potential**
78:13

**potentially**
38:13

**precinct**
24:20
30:11
31:13 40:9
67:2 80:18

**precincts**
24:1
39:15,20
40:4,10
54:6

**prejudicial**
58:24 59:4

**prepare**
38:17

**presentation**
78:25

**presented**
73:4,6,20
77:11 78:8

**presumed**
67:15
79:20

**presumption**
67:18
79:22

**pretty** 62:20
63:10

**previous**
11:24

13:17 22:4

**previously**
20:15

**prima** 75:17
77:18

**prinicipally**
58:17

**prior** 22:6
23:10
31:15
48:15
53:25
61:11
76:11,25

**private**
60:20

**privileged**
52:18

**probative**
58:22 59:2

**problem** 7:13
41:20
68:10
73:10
76:13
77:22

**problems**
15:20

**procedures**
39:9 80:9

**process**
22:13
24:11 26:6
29:20 43:8

44:2,13
45:2

**processed**
39:6

**product**
59:11

**promise** 9:2
17:20

**proper** 20:11

**properly**
73:18 77:6

**proponent**
58:20

**proven** 75:18

**provide**
64:15

**provided**
66:10

**public** 54:17
59:6 60:18
62:18

**pull** 10:18
40:13

**purchased**
36:9,10

**purely** 66:4

**pursuant**
64:6

**pushing**
49:13

**put** 7:22
10:20

28:13 29:1
30:9,24
31:11,13
33:15
41:11
47:13
54:18 55:8
69:24 76:8

**puts** 28:15

─────────────

**Q**

─────────────

**question**
8:15
13:13,17
20:13
21:6,11
22:22
27:13
31:22
35:11 50:9
52:2 61:1,
4 74:1

**questioning**
55:25

**questions**
13:4,6,11
15:24
17:9,11
19:17
29:11
33:1,2
36:18
47:22,25
49:6 51:11
58:6 72:2
73:20

www.huseby.com      Husebу, Inc.  Regional Centers      800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 646

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019   Index: quick..remember

quick   13:6
  68:11

quickly   72:2

quote   52:13

quoted   56:4

quoting
  58:18

_____

**R**
_____

race   10:22,
  24   11:6,15
  12:2   16:11
  57:6   58:1,
  2   66:6,9,
  25   67:6,11
  68:18,20
  78:4
  79:10,13,
  18

races   67:2
  78:9

raise   9:2

raised   66:24
  68:2

Raven   81:6

read   32:4,
  6,15   50:11
  56:22
  59:18
  62:22
  68:2,4
  70:15

reading
  29:11

57:18
59:18,22
75:15   80:4

ready   26:13
  38:20   39:4

realized
  78:20

reason   22:13
  63:4   69:9
  73:22
  77:15

reasonable
  55:22   69:8
  78:11

reasons   67:4
  69:2   70:8

rebuttal
  8:18

rebutted
  69:1

recall   20:25
  23:15,20
  53:6   57:8
  59:11

recap   44:20
  46:15

receipt
  65:11

receive   57:4

received
  24:13   65:8
  79:17

record   9:22

18:15   21:4
32:20
54:15
55:15
61:20
62:18
63:22
65:22   66:6
67:11,20

recorded
  44:8,9,22
  46:13
  77:2,6

recording
  49:15   70:2

records
  54:18   59:6

recounted
  72:10

recruited
  39:1

reference
  31:20

referring
  56:13
  68:11

reflect
  21:4,11

refused   7:11

registration
  18:20,24
  19:4   28:22
  29:2,22,25
  34:15

35:18,20
39:6

Registrations
  16:4   66:20

regular
  41:6,13
  42:11

reinstalled
  20:2

rejected
  65:8,22
  66:18
  67:22
  79:18

rejection
  65:11

related   32:4
  33:2

relating
  49:22

relevance
  61:18

reliability
  43:20

relied   61:15
  62:18

relief   79:4

remarked
  74:2

remedy   80:6

remember
  11:2

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 647

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019          Index: remove..run

remove   22:24
renew   58:11
  63:2
renewing
  63:4
reopened
  25:6
rephrase
  50:9
replace
  64:25
replaced
  20:22
  72:4,6
report   24:2,
  8  31:20
  58:13
  59:2,4,10,
  22  61:6,13
  67:2,4
reported
  69:22
reports
  31:15,18
  32:2  59:6
  66:25
  69:11
represent
  16:2
representative
  39:18  80:6
reproduce
  31:11

reproduces
  31:11
reprogram
  26:2
reprogramming
  26:15
  27:9,22
Republican
  16:24
  73:25
request
  54:20
  58:11
requesting
  66:22
require
  49:11  50:1
  52:13
  64:17
required
  34:15  35:2
  47:1  49:22
  56:15
requires
  50:22
  52:22
  58:18
  64:22
requiring
  52:6
reserved
  80:6
respect   28:6
  44:4  45:2

62:1  79:6
  81:2
respond
  35:10
response
  72:2  76:4
rest   63:15
result   53:24
  65:1,13,24
  67:13  69:4
  73:15
  74:22
  79:25
  80:1,10
results
  48:24  61:4
  65:9
  67:17,18
  72:18
  73:1,2,9
  75:22
  77:10
retired
  16:13
  45:20
returned
  46:22
returns
  79:22
revealed
  76:9
review   23:11
  75:8
reviewed

59:15
  60:22
Richard
  17:20
  18:6,11,15
  33:22
rid   79:11
roaming   54:6
rolls   19:4
room   38:10,
  11
Roswell
  40:13,17,
  18
rule   8:8,
  13,17
  34:20,22
  51:20  52:4
  74:20
  75:1,4,11
  81:4
ruled   55:22
  63:9,13
  81:4,11
rules   8:10,
  11  34:25
  35:1,22
  63:10
ruling   51:2
rulings
  63:11
run   26:8,10
  48:22
  49:11,13

www.huseby.com          Husebty, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 648

63:13

**running**
11:11
16:20
26:20 69:8

**runoff** 25:25
26:2 55:2

**RUSSO** 49:8,
10,18

_____

**S**

**safe** 17:15
69:18

**safeguards**
69:22

**safety** 44:4
59:11

**Sara** 23:15

**saved** 54:9

**scenarios**
73:2

**scholars**
72:11

**School** 10:13

**Science**
59:24

**Science's**
59:2

**Sciences**
58:13
60:17,18

**scientific**

27:20,22
29:13 79:6

**scientists**
72:11

**Scores** 54:24

**screen**
10:15,18
12:13
14:10,18
15:13
16:22
25:13
40:22 41:9
42:10
49:13
73:24

**script**
48:22,25
49:11

**seal** 44:6,
9,11,22,25
46:4,9,10,
13,17,22
47:2,9,10

**sealed** 44:6,
15 45:4
47:4

**seals** 44:11,
22 45:22,
24 46:15

**seat** 9:6
17:24
63:25

**seats** 7:9

**Secretary**
19:18
20:1,6
32:18 51:1
69:15 75:6
77:6

**section**
64:22 65:6

**Sections**
64:22

**secure** 53:4,
18 61:2

**secured**
53:18

**securing**
60:1

**security**
7:20,22
45:2 47:17
53:6 60:4

**SED** 34:20,
22

**select** 41:13

**selects**
30:22

**senate** 39:18
67:6 78:4,
10

**send** 44:15
54:4

**sending**
59:18

**separately**

19:20

**sequestration**
8:11,13,17

**Sequoia** 34:6

**serial** 44:8,
20

**server**
19:18,22
20:1,22
30:18,20
37:1 47:17
53:6,11
72:4

**servers** 20:6

**set** 39:2
70:8 71:15

**setting** 80:4

**sexist** 48:4

**sham** 73:4

**sheet** 44:20
46:15

**shook** 21:6

**show** 42:10
56:13 65:6
75:13
80:15

**showing**
75:18
77:18
79:24

**shown** 64:22
72:25 79:4

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019  Index: shuffling..supporting

shuffling
  75:25

shut  43:17

sic  22:24

side  62:2
  63:18

sides  62:4

sign  40:24
  42:4

signs  73:10

simply  62:11
  68:2,20

single  66:11

sir  10:22
  14:15
  15:2,15
  16:13,18
  20:18
  47:24
  57:22
  81:4,17

skill  27:11

small  11:13
  17:2

smaller
  16:22

Smith  64:13
  77:22

software
  20:2
  36:13,20
  37:4 49:13

sort  25:18
  66:1,15

source  31:4

specific
  31:20
  61:11,17
  76:24

specifically
  48:15 57:6

speculation
  57:18
  74:2,20
  77:25
  78:15

spend  71:22

square  17:2,
  6

squares  11:6
  16:8 17:4

staff  25:8

stand  8:25
  76:8

standalone
  30:20

start  59:18

state  9:22
  17:20
  18:15 20:1
  30:2,4
  31:11
  32:18
  34:15,18,
  24 35:6,17
  36:2,10

38:22
39:18 67:1
69:15,22
75:6 77:6
79:11

state's
  19:18 20:6
  31:2 51:1

state-  56:15

stated  60:22

statement
  13:9 31:22
  56:4

statements
  31:25
  61:11

states  69:6
  71:20

statewide
  74:22

statute
  50:13,15,
  18 56:2
  75:13

stays  27:2

story  32:15

straight
  30:17

stuff  59:18
  63:11
  78:20

styles  39:13
  40:2,6

subject
  35:20

subsection
  71:2

subsequent
  27:22

substantial
  71:22

substantially
  58:24

sued  79:11

sufficient
  64:25
  65:9,11,
  20,24
  67:15
  79:25
  80:24

suggest
  72:20

suggested
  73:20

suggests
  63:6

summary  12:8

sundry  39:6

supervision
  24:25
  27:18

support
  79:15

supporting
  74:2

www.huseby.com       Huseby, Inc.  Regional Centers       800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 1:17-cv-02989-AT   Document 449-12   Filed 07/03/19   Page 108 of 111

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019  Index: supposed..Thomas

supposed
 34:18 42:4
 43:18 60:9
 62:2

Supreme
 77:22
 78:15

survived
 75:24

susceptible
 70:4

sustain
 20:15
 52:18

sustained
 24:15 53:2
 56:6 57:20

sworn  9:17
 18:9

system  20:11
 28:22
 29:20,22,
 24 30:1,4
 31:2,15
 32:4 35:25
 37:2,4,8
 53:25 61:1
 69:18
 70:2,4
 72:4,8
 73:10,18
 76:13,18
 79:6,8,11
 80:25

systemic

 76:13

systems  34:6
 70:1 72:9

—————————
———— T ————

table  50:6

taking  19:2
 79:4

talked  12:20
 15:18 53:4
 69:25

talking
 27:15
 29:15
 53:9,10
 81:6,8

tampered
 46:18

tampering
 66:1

tape  48:24

technician
 43:13 54:6

technicians
 54:6

telling
 12:25
 52:13

tells  29:4
 30:25

telltale
 73:10

Temple  24:20

ten  63:17

tendered
 58:15

terminology
 29:18
 30:15

terms  29:10
 38:15 40:2
 68:8,20
 69:4,20,22

Terri  8:25
 9:13,20,24
 14:22

terrible
 79:8

test  37:22
 49:4 51:20

tested  37:20
 38:2,4
 44:6

testified
 9:17 18:9
 53:17,22
 55:8 67:4
 69:17 72:2

testify  7:20
 69:13

testifying
 61:15

testimony
 8:20 19:13
 20:13
 23:15 43:4

48:17 54:1
 62:13
 68:24
 69:11,15,
 22 70:1,6
 74:6
 76:18,20,
 22 77:2

testing
 26:11,15
 48:18
 55:17

tests  26:20
 55:10
 76:6,8,11,
 20 77:4,9

Texas  34:4,8

there're
 43:11

thing  11:4,6
 14:4 30:8
 41:10
 51:15,22
 57:4 66:9
 79:11
 80:2,11
 81:4

things  26:13
 32:1 40:20
 51:11 79:9

thinking
 11:6 17:2

Thomas  8:25
 9:13,20,
 24,25

www.huseby.com       Huseby, Inc.  Regional Centers       800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 651

COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.
Transcript of Trial Proceedings on 01/18/2019     Index: Thompkin..unit

14:22 16:2
65:15

Thompkin
68:1

thought  28:8
59:17
73:22,24
74:9,10

thousand
80:17

throw  74:15

tick  73:22

ticket  43:13
53:25 54:4
69:8 73:25
74:8,10

tickets
53:22
54:9,11,20

tie  66:15

time  11:18
14:9 15:1
16:13,15
24:18
26:11
32:25 48:6
63:2 70:10
71:24
81:22

timely  39:6

times  15:6,9
48:13
74:18

today  72:6
76:22

told  12:25
41:24 45:4

Traffic
59:10

trained  39:1

training
19:2

Travis  34:4

treat  20:17

treated
66:22

trial  63:9

trier  64:8

triers  60:2

trouble  50:6

trusted  20:2

truth  9:2,4
17:22

TS  67:4

turn  25:22
31:2

type  20:11
25:13
27:11

Tyson  7:15
16:1,2,4
17:9 20:4
27:10
31:18
47:24

52:25
61:6,10
66:18
77:18
81:20

U

U.S.  78:4,
10

ultimate
35:18

Um-hmm  49:24

un-rebutted
72:18

unable  42:18

unanimous
72:11

unanswered
62:15

uncontroversia
l  76:6

uncontroverted
70:6
76:18,20,
22 77:2

under-vote
66:1,2,4,
15 67:6
69:2,9
79:18
80:11,15

under-votes
66:11 67:9

understand
21:13
22:18 28:6
29:11
34:22
57:22
59:13
62:22
79:18

understanding
19:18,25
22:22
24:11,20
25:11
26:25
48:17
49:25
51:18
52:22

understood
62:25

undertake
35:15

undertaken
80:6

undisputed
69:15 70:1
71:10

unfair  59:17

uniform  36:2

unique  46:10

unit  27:8
30:20
47:15

www.huseby.com              Huseby, Inc. Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 652

**COALITION FOR GOOD GOVERNANCE, ET AL. vs ROBYN A. CRITTENDEN, ET AL.**
Transcript of Trial Proceedings on 01/18/2019        Index: urge..worker

urge  59:22

useless
    62:22

_____

        V

valid   61:4
    67:15

verified
    44:11

verify   44:22
    46:13

Versus   68:15

victory
    67:22

view   62:4
    73:13

violation
    80:9,10

viruses
    36:15,22
    37:6

vote   10:11,
    13,15
    12:4,22
    14:15
    16:11
    28:25 30:6
    39:25
    40:9,13,15
    42:18
    44:15
    48:22
    65:13,18
    66:8 67:11

69:20
70:2,4
72:22
73:24 74:8
77:1,4
78:13

voted   11:20,
    22 12:24
    15:1,8,15
    48:25

voter   13:22
    19:4 25:6
    28:11,13,
    17,22
    29:4,25
    30:6,10,
    11,13,17,
    22 39:6
    41:2,11,25
    42:15,18
    43:10
    69:4,20
    73:2 74:6,
    18 77:1
    78:8

voters   40:8
    41:8,9
    67:10 69:4
    70:2 73:9,
    22

votes   48:22
    49:17
    65:8,11,22
    66:17
    67:22,24
    78:1
    79:17,18

80:13,17,
    18,24

voting   7:20
    11:9 12:15
    16:18 17:4
    19:11
    30:13
    32:20 34:6
    35:25 36:2
    38:4 39:4,
    22,24
    40:1,11,20
    44:6,13
    45:17
    47:11
    49:13
    61:13
    68:24 73:2
    76:13

vulnerable
    31:15 65:6
    71:6,11
    72:8,13
    73:18
    77:20

_____

        W

waiving   79:1

Walden   59:8

wall   38:13

wanted   7:10
    16:6

warehouse
    45:6,8,9,
    10 46:13,

22,24
47:18

watcher
    23:17

ways   43:11

web   37:18
    70:1

webpage
    60:17

whatsoever
    74:20

Williamson
    34:8

Winterville
    80:13,18

witnesses
    8:18 58:10
    67:4 68:25
    77:13

woman   15:4
    48:4,8
    65:13

word   29:13,
    15 51:9
    68:6

words   29:13

work   34:6
    70:22
    80:25

worked   34:4,
    6

worker   25:4
    28:13

www.huseby.com        Huseby, Inc.  Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 653

30:22 42:8
43:11,15
65:17

**workers** 19:2
38:25
39:1,2
44:10,22
46:11

**working** 7:11
52:22

**works** 39:22

**worry** 48:10

**worse** 71:13,
17,18,20

**write-in**
67:8

**writing**
11:13

**written**
75:13

**wrong** 42:4,6

**wrote** 14:6

─────────────
**Y**
─────────────

**years** 18:22
53:20
71:15
78:11

**yellow** 28:11

**yesterday**
20:13
23:15
61:15

63:11 72:2
73:20

**yesterday's**
19:13

**younger** 48:9

www.huseby.com           Huseby, Inc.  Regional Centers           800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Page 654