# IN THE SUPREME COURT
# STATE OF GEORGIA

CASE NO. S19A0769

_____

COALITION FOR GOOD GOVERNANCE,
RHONDA J. MARTIN, SMYTHE DUVAL AND JEANNE DUFORT

Plaintiffs,

v.

BRAD RAFFENSPERGER, Secretary of State, FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS, GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, and GEOFF DUNCAN

Appellees.
_____

**APPELLANTS' REQUEST FOR ORAL ARGUMENT**
_____

SUPERIOR COURT OF FULTON COUNTY
CASE NUMBER 2018CV313418

BRUCE PERRIN BROWN
Georgia Bar No. 064460
bbrown@brucepbrownlaw.com
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE, Suite 6
Atlanta, Georgia 30306
(404) 881-0700

## APPELLANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 51 of the Rules of the Supreme Court, Appellants Coalition for Good Governance, Rhonda J. Martin, Smythe DuVal and Jeanne Dufort hereby request oral argument in this case.

The Request should be granted because this is an appeal of a state-wide election contest and is a matter of great public interest. This appeal also raises important and novel legal issues, as explored in greater detail in the Brief of Appellants, filed herewith.

Plaintiffs certify that counsel for the Appellees have been notified of this request and that the following counsel for the Appellees have responded as follows:

*Appellee Raffensperger* does not seek oral argument, but does not oppose the request and, if it is granted, Mr. Belinfante will argue.

*Appellee Gwinnett County Board of Registrations and Elections* does not believe oral argument is necessary but will participate if oral argument is granted and Mr. Tyson will argue.

*Appellee Geoff Duncan:* Mr. Lindsay intends to argue.

*Appellee Fulton County Board of Registrations and Elections* has not stated a position on oral argument.

Respectfully submitted this 7th day of March, 2019.

          /s/Bruce P. Brown
          Bruce P. Brown
          Georgia Bar No. 064460
          bbrown@brucepbrownlaw.com
          BRUCE P. BROWN LAW LLC
          1123 Zonolite Rd. NE
          Suite 6
          Atlanta, Georgia 30306
          (404) 881-0700

*Counsel for Appellants*

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Request for Oral Argument upon all counsel of record by email addressed to:

Kaye Woodard Burwell
Office of the Fulton County Attorney
141 Pryor Street, NW
Suite 4038
Atlanta, Georgia 30303
Kaye.burwell@fultoncountyga.gov

*Counsel for Appellee Fulton County Board of Registrations and Election*

Bryan P. Tyson
Strickland Brockingham Lewis LLC
Midtown Proscenium Suite 2200
1170 Peachtree St. NE
Atlanta, Georgia 30309
bpt@sbllaw.net

*Counsel for Appellee Gwinnett County Board of Registrations and Elections*

Josh Belinfante
Robbins Ross Alloy Belinfante Littlefield LLC
500 Fourteenth St. NW
Atlanta, Georgia 30318
Josh.Belinfante@robbinsfirm.com

*Counsel for Appellee Secretary of State*

Edward H. Lindsey, Jr.
Dentons
303 Peachtree St. NE
Suite 5300
Atlanta, Georgia 30308
edward.lindsey@dentons.com

*Counsel for Appellee Geoff Duncan*

This 7th day of March, 2019.

/s/Bruce P. Brown
Bruce P. Brown