IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-2989-AT |

## ORDER GRANTING STATE DEFENDANTS' MOTION FOR ADDITIONAL PAGES

Good cause having been shown, State Defendants' Motion for Additional Pages [Doc. 439] is GRANTED. State Defendants' Consolidated Response to Plaintiffs' Motions for Preliminary Injunction shall not exceed seventy-five (75) pages.

SO ORDERED this 3rd day of July, 2019.

_____
Amy Totenberg
United States District Judge