IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>    *Plaintiffs*,<br><br>    v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

## STATE DEFENDANTS' RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION

In response to the Court's July 8, 2019 request for additional information regarding the proposal for review of the GEMS Database [Doc. 453], State Defendants provide the following information for the Court:

1. State Defendants will make six computers with Windows 10, Microsoft Access 2019, and Microsoft Excel 2019 available to Plaintiffs' experts and their assistants.

2. State Defendants will provide a room currently used for training up to 25 people, with dimensions of 18 feet by 30 feet in the Secretary of State's facility.

3. State Defendants will provide the space for five business days from 8:00 a.m. to 5:00 p.m.

This 8th day of July, 2019.

        Vincent R. Russo
        GA Bar No. 242628
        Josh Belinfante
        GA Bar No. 047399
        Carey A. Miller
        GA Bar No. 976240
        Kimberly Anderson
        GA Bar No. 602807
        Alexander Denton
        GA Bar No. 660632
        Brian E. Lake
        GA Bar No. 575966
        ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC
        500 14th Street NW
        Atlanta, GA 30318
        Telephone: (678) 701-9381
        Facsimile: (404) 856-3250
        vrusso@robbinsfirm.com
        jbelinfante@robbinsfirm.com
        cmiller@robbinsfirm.com
        kanderson@robbinsfirm.com
        adenton@robbinsfirm.com
        blake@robbinsfirm.com

        */s/Bryan P. Tyson*
        Bryan P. Tyson
        GA Bar No. 515411
        Bryan F. Jacoutot

- 3 -

Georgia Bar No. 668272
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249
btyson@taylorenglish.com
bjacoutot@taylorenglish.com

*Counsel for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing STATE DEFENDANTS' RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION has been prepared in Times New Roman 14-point, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing STATE DEFENDANTS' RESPONSE TO REQUEST FOR ADDITIONAL INFORMATION with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 8th day of July, 2019.

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
