# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| vs. | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned certifies that, on July 8, 2019, pursuant to Local Rule 5.4 the following discovery was served on all counsel of record by electronic delivery and by e-filing same with the Court's CM/ECF system which will automatically deliver a copy to all counsel of record:

1. Plaintiffs' Second Set of Interrogatories to Defendant Secretary of State; and

2. Plaintiffs' Second Requests for Admission to Defendant Secretary of State.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the PACER-ECF system.

This 8th day of July, 2019.

/s/ *William Daniel Davis*
CARY ICHTER

Georgia Bar No. 382515
William Daniel Davis
Georgia Bar No. 746811
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com
ddavis@ichterdavis.com

AND

BRUCE P. BROWN
Georgia Bar No. 64460
**BRUCE P. BROWN LAW LLC**
1123 Zonolite Rd. Suite 6
Atlanta, Georgia 30306
Tel.: 404.881.0700
bbrown@brucepbrownlaw.com

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis*