# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) 1:17-cv-02989-AT |
| BRAD RAFFENSPERGER, et al. | ) |
| | ) |
| Defendants. | ) |

## SECOND NOTICE OF DEPOSITION OF ROBERT INGRAM

To: **Robert Ingram**, by and through his counsel, Andrea Grant, Andrea Grant Law Office LLC, Post Office Box 60, 504 Bowers Street, Royston, GA 30662,

PLEASE TAKE NOTICE that Plaintiffs Coalition for Good Governance, Laura Digges, William Digges III, Ricardo Davis, and Megan Missett will take the deposition by oral examination of Robert Ingram as permitted by Rule 45 of the Federal Rules of Civil Procedure and applicable court orders in the above-captioned lawsuit. The deposition will take place on Friday, **July 12, 2019**, beginning at **10:00 a.m.**, and continue from day to day until completed, at the Hancock County Board of Elections and Registration office, 10571 Hwy 15 N, Sparta, GA 31087. The deposition shall be taken before an officer authorized by

law to administer oaths and take testimony and will be recorded by stenographic and/or video means.

Dated: July 9, 2019

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucepbrownlaw.com
Bruce P. Brown Law LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Attorney for Plaintiff Coalition for Good Governance*

/s/ John Powers
John Powers, Esq.*
David Brody, Esq.*
jpowers@lawyerscommittee.org
dbrody@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

Cary Ichter
Georgia Bar No. 382515
cichter@IchterDavis.com
Ichter Davis, LLC
3340 Peachtree Road NE

2

Suite 1530
Atlanta, GA 30326
Tel.: 404.869.5243
Fax: 404.869.7610

*Attorney for William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
2703 Jahn Ave NW, Suite C-7
Gig Harbor, WA 98335
T: (844) 318-6730

*Attorney for Plaintiff Coalition for Good Governance*

## CERTIFICATE OF SERVICE

I certify that on July 9, 2019, the foregoing was served by e-mail and mail on Ms. Grant and the ECF/CMF system on all counsel of record.

*/s/ John Powers*
Lawyers' Committee for Civil Rights Under Law
