# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## COALITION PLAINTIFFS' NOTICE OF INTENT
## TO SERVE SUBPOENA ON KENNESSAW STATE UNIVERSITY

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis ("Coalition") hereby notify all parties tha they intend to serve a subpoena on Nwakaego Nkumeh, Vice President and Chief Legal Officer, Kennessaw State University to obtain, *inter* alia, evidence regarding Kennessaw State University's retention, preservation, alteration or destruction of data on the elections.kennesaw.edu server.  A true and correct copy of the subpoena is being served upon counsel by email.

This 9th day of July, 2019.

/s/ *Bruce P. Brown*
BRUCE P. BROWN
Georgia Bar No. 64460
**BRUCE P. BROWN LAW LLC**
1123 Zonolite Rd. Suite 6
Atlanta, Georgia 30306
Tel.: 404.881.0700
bbrown@brucepbrownlaw.com

and

CARY ICHTER
Georgia Bar No. 382515
William Daniel Davis
Georgia Bar No. 746811
**ICHTER DAVIS LLC**
3340 Peachtree Road NE,
Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis*

- 3 -

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

> */s/ Bruce P. Brown*
> Bruce P. Brown

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 9th day of July, 2019.

>  */s/ Bruce P. Brown*
>  Bruce P. Brown