IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

### STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE REGARDING GEMS DISCOVERY ISSUES AND COURT'S REQUEST

Yesterday afternoon, the Court directed State Defendants to file a response to Plaintiffs' Responses to Docket Entry Orders [Doc. 460] and for the additional information regarding the proposal for review of the GEMS Database by noon today. Five hours later, the Court entered an order requiring the disclosure of the GEMS Database under the terms specified [Doc. 463]. State Defendants recognize that the Court's order on production moots any requirement for an additional response.

State Defendants are moving quickly to comply with this Court's order [Doc. 463], but did not want to fail to respond to the Court's earlier directive.

- 2 -

This 10th day of July, 2019.

                                        Vincent R. Russo
                                        GA Bar No. 242628
Josh Belinfante
GA Bar No. 047399
Carey A. Miller
GA Bar No. 976240
Kimberly Anderson
GA Bar No. 602807
Alexander Denton
GA Bar No. 660632
Brian E. Lake
GA Bar No. 575966
ROBBINS ROSS ALLOY
BELINFANTE LITTLEFIELD LLC
500 14th Street NW
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250
vrusso@robbinsfirm.com
jbelinfante@robbinsfirm.com
cmiller@robbinsfirm.com
kanderson@robbinsfirm.com
adenton@robbinsfirm.com
blake@robbinsfirm.com


*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
Bryan F. Jacoutot
Georgia Bar No. 668272
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249

- 3 -

        btyson@taylorenglish.com
        bjacoutot@taylorenglish.com

*Counsel for State Defendants*

- 4 -

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE REGARDING GEMS DISCOVERY ISSUES AND COURT'S REQUEST has been prepared in Times New Roman 14-point, a font and type selection approved by the Court in L.R. 5.1(B).

>           */s/Bryan P. Tyson*
>           Bryan P. Tyson
>           GA Bar No. 515411

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE REGARDING GEMS DISCOVERY ISSUES AND COURT'S REQUEST with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 10th day of July, 2019.

                                              */s/Bryan P. Tyson*
                                              Bryan P. Tyson
                                              GA Bar No. 515411