AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Georgia

Curling, et al.
*Plaintiff*

v.                                Civil Action No.   1:17-cv-2989-AT

Raffensperger, et al.
*Defendant*

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:            JENNIFER DORAN

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Place:   ICHTER DAVIS LLC, 3340 PEACHTREE RD. NE.   |   Date and Time:
SUITE 1530, ATLANTA GEORGIA 30326                    |   June 28, 10:00 a.m.

The deposition will be recorded by this method:      Court reporter, audio and video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Exhibit A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      06/14/2019

CLERK OF COURT

_____          OR          _____
Signature of Clerk or Deputy Clerk                   Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Coalition for Good Governance  , who issues or requests this subpoena, are:

Bruce P. Brown, 1123 Zonolite Rd. NE Suite 6, Atlanta, Georgia 30306

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Georgia

Curling, et al.
*Plaintiff*

v.                                Civil Action No.   1:17-cv-2989-AT

Raffensperger, et al.
*Defendant*

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:            JENNIFER DORAN

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Place:   ICHTER DAVIS LLC, 3340 PEACHTREE RD. NE.   |   Date and Time:
SUITE 1530, ATLANTA GEORGIA 30326                    |   June 28, 10:00 a.m.

The deposition will be recorded by this method:      Court reporter, audio and video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Exhibit A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      06/14/2019

CLERK OF COURT

_____          OR          _____
Signature of Clerk or Deputy Clerk                   Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Coalition for Good Governance  , who issues or requests this subpoena, are:

Bruce P. Brown, 1123 Zonolite Rd. NE Suite 6, Atlanta, Georgia 30306

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



PENGAD 800-631-6989

PLAINTIFF'S EXHIBIT

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:17-cv-2989-AT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)* .

☐ I served the subpoena by delivering a copy to the named individual as follows:

on *(date)* ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

---

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**
(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or
(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## INSTRUCTIONS

1. Prior to answering the following, you are requested to make due and diligent search of your books, records, and papers, with a view to eliciting all information available in this action.

2. If you object to any request, please identify the basis for the objection and identify each document that is being withheld on the basis of that objection. Please also state if, notwithstanding the objection, all responsive documents are being produced.

3. The requests set forth below are deemed to be continuing, so as to require the supplementation of your original production of documents in response to such requests promptly after any additional documents are located.

4. If any document responsive to this request was, but no longer is in your possession, state whether it is missing or lost; if it has been destroyed; if it has been transferred, voluntarily or involuntarily, to others; or if it has otherwise been disposed of. In each instance, identify the document fully, explain the circumstances, and identify the people having knowledge of such circumstances.

5. If you contend that any documents covered in these requests are not reasonably accessible or would be unduly burdensome to locate or produce, identify such documents by category and source and provide detailed information regarding the burden or cost you claim is associated with the search for or production of such

E
X
H
I
B
I
T

A

documents.

6.      To the extent documents produced in response to this request include electronic documents, such as spreadsheets or databases, you shall produce all such documents in native form, ensuring that all formulae and metadata embedded in such documents are produced.

**DEFINITIONS**

1.      The term "communications" means any oral, written, or electronic transmission of information, including without limitation any face-to-face meetings, letters, emails, text messages, social media messaging, or telephone calls, chat rooms, or group list serves.

2.      The term "document" is intended to be as comprehensive as the meaning provided in Rule 34 of the Federal Rules of Civil Procedure, and includes, without limitation, all originals of any nature whatsoever, and all non- identical copies thereof, pertaining to any medium upon which intelligence or information is recorded, including electronic storage, in your possession.

2

custody or control, regardless of where located; including, without limiting the generality of the foregoing, emails, spreadsheets, databases, papers, punch cards, printout sheets, movie film, slides, phonograph records, photographs, microfilm, notes, letters, memoranda, ledgers, work sheets, books, magazines, notebooks, diaries, calendars, appointment books, registers, charts, tables, papers, agreements, contracts, purchase orders, acknowledgments, invoices, order confirmations, authorizations, budgets, analyses, projections, transcripts, minutes of meetings of any kind, correspondence, telegrams, drafts, data processing discs or tapes, and computer produced interpretations thereof, x-rays, instructions, announcements, schedules, price lists, and mechanical or electric sound records and transcripts thereof. In all cases, where originals are not available, document also means identical copies of original documents.

3.      The term "GEMS Database" means the Diebold system Microsoft Access database used for programming, recording and reporting the referenced election. It shall have the same meaning as "GEMS database" as used in the Rules and Regulations of the State of Georgia, including Rule 183-1- 12.07(5) and (6).

3

4.    The term "person" means any individual, corporation, partnership,

proprietorship, association, organization, governmental entity, group of persons or

any other entity of whatever nature.

5.    The terms "relate to" or "relating to" means consisting of, referring to,

regarding, reflecting, supporting, prepared in connection with, used in preparation of,

or being in any way logically or factually connected with the matter discussed.

6.    The term "Secretary" means the Secretary of State of Georgia and the

Office of Secretary of State and all employees, agents, representatives, subsidiaries,

affiliates, assignees, or other persons acting or purporting to act on behalf of the

Secretary.

7.    The term "you" means the Rockdale County Board of Elections and

Voter Registrations and all employees, agents, representatives, subsidiaries,

affiliates, assignees, or other persons acting or purporting to act on its behalf.

8.    The term "close of the polls" means the cessation of voting in a

particular primary, election, or runoff and not the locking or closing of the doors of

the polling place.

9.    The term "DRE" means a direct recording electronic voting device

which is a computer driven unit for casting and counting votes on which a voter casts

his or her votes through the use of a touch screen device. The term shall include both

state supplied devices and devices purchased by counties.

10.    The term "DRE memory card" means the electronic card (PCMCIA

card) on which the ballot styles are electronically stored and which is inserted into

the direct recording electronic voting unit (DRE) to program the DRE unit for voting

and on which vote totals are recorded for the DRE unit during the voting process.

11.    The term "DRE Recap Sheet" has the same meaning as used in the 2018

Georgia Pollworkers' Training Manual found on the Secretary's website at,

https://georgiapollworkers.sos.ga.gov/Shared%20Document/Georgia%20Poll%20Worker%
20Training%20Manual.pdf

12.    The term "Logic and Accuracy Testing" has the same meaning as used

in State Election Rule 183-1-12-.02(3)(b).

13.    The term "Cast vote record" means the human readable electronic

representation of an individual voted ballot. (Also known as "ballot image.")

<u>DOCUMENTS TO BE PRODUCED</u>

Please produce any and all documents reflecting, evidencing or

constituting the following. All references are to the November 6, 2018 election

unless otherwise noted.

1.   Reviews, analysis, studies, presentations, feasibility evaluations, memos, price quotes and cost analysis related to a potential transition from DRE machines to hand marked paper ballots for any elections after January 1, 2017. Include equipment, services, or supplies price quotes.

2.   Communications with any person after January 1, 2017 regarding the feasibility of Morgan County converting to hand marked paper ballots.

3.   Minutes and audio recording of any meeting of the Morgan County Board of Registration and Elections after January 1, 2017 in which the feasibility of the transition to hand marked paper ballots was discussed.

4.   The most recent intergovernmental agreements for the Morgan County Board of Registration and Elections to conduct municipal elections for the various municipalities in Morgan County.

5.   Procedures for the electronic transmission and receipt of election-related files to or from Center for Election System's servers. The documents should reflect procedures in place between January 1, 2016 through the current date, and any changes in those procedures during that time period. Examples of such files are on Exhibit 1 attached.

6.   Records documenting the electronic file transmissions from the CES server elections.kennesaw.edu to Morgan County beginning 1/1/2016, noting the name and type of file transferred.

7.   Documentation of the method of electronic or physical transmission of the GEMS databases between CES and Morgan County for all elections conducted between January 1, 2016 and the current date. Include pre-election and final election GEMS databases. Include documentation of the transmitting and receiving file location for each electronic transmission.

8.   Documentation of the method of electronic or physical transmission of the bulk updates for the ExpressPoll units between CES and Morgan County for all elections conducted after January 1, 2016.  Include documentation of the transmitting and receiving file location for each electronic transmission.

6

7

March 3, 2017

Election-related files

elections.kennesaw.edu

The voting system and electronic pollbooks used in Georgia require files to be named in compliance with the application's requirements. As a consequence, many of the files will have identical names, but their contents vary by county.

Some of the pollbook related files will only contain voter registration values. These files are used to update the electors list, indicating voters who were issued ballots during advance/early voting. Other pollbook files will contain the state's entire electors list.

The folder names relate to the content contained within the files placed within the folders, back to the county to which they are assigned. We developed a folder for each county (159) and within each folder we placed files generated for that individual county.

Examples of files posted for a county to pull down:

./Appling County/Proof/Audio/Appling Audio.zip – This zip file contains audio files linked within the county's election database. This files are posted so a county can proof whether the candidate's name, ballot information headers, race headers are all present and recorded properly. The file is zipped due to file size.

./Appling County/Proof/Ballot/01 – Appling.zip – This zip file contains ballot proofs for a given election. These files are provided to each county to allow them to confirm that the contents of their ballots are accurate for the given election. The file is zipped due to files size.

./Appling County/Proof/Ballots/Ballot and Audio Proofs Signoff  v2.pdf – This file is provided to every county when proofing audio files and ballot proofs. We require each county to return a signed signoff form to our office after they have completed their proofing. This form allows the completed election database to be released from us to the jurisdiction for use in the given election. "V2" indicates that this is the second version of this form.

./Appling County/ExpressPoll/Numbered  List/001 (11-08-2016).pdf – This file is provided to every county after the completion of the given election. This file contains a list of those voters who participated at their assigned polling location on Election Day in sequential order.

./Appling County/ExpressPoll/ABSFile/PollData.dl3 – This is a data file for use within the assigned county on their ExpressPoll units that are used to create voter access card given to voters during the Advance Voting period. No individual voter data is contained within this file. A file of this nature is created for each county prior to a given election. "ABS" relates to voters casting ballots prior to Election Day.

./Appling County/ExpressPoll/ABSFile/Expoll.resources – This file accompanies the above mention file. The resource file instructs the ExpressPoll device what operations to allow and what buttons to display on screen to the user of the ExpressPoll device.

EXHIBIT
1

/Baldwin County/ExpressPoll/ED_Files/November 2016 General Voter Lookup.zip – This file is not built for all counties. This file is only built for those counties who request it from our office. This file contains the elector's list for the county for the given election, but it is not used to create any voter access cards. The file is zipped due to size of the files content.

/Baldwin County/ExpressPoll/ED_Files/November 2016 General Voter Lookup Password Memo.pdf – This file accompanies the above mentioned file. This file contains what the passwords are to access the data contained in the zipped file above when loaded onto an ExpressPoll. These passwords are changed for every election.

/Cherokee County/ExpressPoll/ED_Files/November2016GeneralElectionDay.zip – This is not a file posted for each county. This file is only posted to those counties who produce the storage media loaded into the jurisdictions' ExpressPolls themselves. Counties that do this operation are: Fulton, Cobb, Dekalb, Gwinnett, Forsyth, Chatham, Muscogee, Henry, Columbia, Clayton, and Cherokee. This file contains the full elector's list for the state for a given election.

/Cherokee County/ExpressPoll/ED_Files/November_2016 General Election Day Password Memo.pdf - This file accompanies the above mentioned file. This file contains what the passwords are to access the data contained in the zipped file above when loaded onto an ExpressPoll. These passwords are changed for every election.

/Clayton County/GEMS_DB/****_.gbf – This is a file posted to a county only in select circumstances. This is an election database file containing the ballot contents for a given election. These files are accessed by the GEMS application.

/Pickens County/ExpressPoll/ED_Files/ExpReport.exe – File allows a county to produce a numbered list of voters directly from the ExpressPoll media, when installed on the ExpressPoll media.

/Pickens County/ExpressPoll/ED_Files/System Data SQLite.DLL – This file allows the file mentioned above to operate on the ExpressPoll. The above file is inoperative without this file.

/Richmond County/GEMS_DB/2_GEMS Instructions.pdf – This is a manual on GEMS operations. Only posted if requested by a county.

/Richmond County/GEMS_DB/GeneralDemo.zip – Only posted if requested by a county. Contains a demonstration election database.

This concludes the types of files placed within the county folders for distribution to counties

Attached is the known county user accounts allowing access to these to county folders. When an account is created, the county recipient is automatically sent (by Drupal) an email that contains a password reset link. Counties create their own passwords for accessing the folders.

| Username | Folder | Phone Number |
|---|---|---|
| Appling County Elections | Appling County | 912-367-8113 |
| Appling County Registrar | Appling County | 912-367-8113 |
| Atkinson County Elections | Atkinson County | 912-422-3003 |
| Atkinson County Registrar | Atkinson County | 912-422-3003 |
| Bacon County Elections | Bacon County | 912-632-5551 |
| Bacon County Registrar | Bacon County | 912-632-5551 |
| Baker County Elections | Baker County | 229-734-3019 |
| Baker County Registrar | Baker County | 229-734-3019 |
| Baldwin County Elections | Baldwin County | 478-445-4807 |
| Baldwin County Registrar | Baldwin County | 478-445-4807 |
| Banks County Elections | Banks County | 706-677-6260 |
| Banks County Registrar | Banks County | 706-677-6260 |
| Barrow County Elections | Barrow County | 770-307-3510 |
| Barrow County Registrar | Barrow County | 770-307-3510 |
| Bartow County Elections | Bartow County | 770-387-5098 |
| Bartow County Registrar | Bartow County | 770-387-5098 |
| Ben Hill County Elections | Ben Hill County | 229-426-5151 |
| Ben Hill County Registrar | Ben Hill County | 229-426-5151 |
| Berrien County Elections | Berrien County | 229-686-5213 |
| Berrien County Registrar | Berrien County | 229-686-5213 |
| Bibb County Elections | Bibb County | 478-621-6622 |
| Bibb County Registrar | Bibb County | 478-621-6622 |
| Bleckley County Elections | Bleckley County | 478-934-3204 |
| Bleckley County Registrar | Bleckley County | 478-934-3204 |
| Brantley County Elections | Brantley County | 912-462-6159 |
| Brantley County Registrar | Brantley County | 912-462-6159 |
| Brooks County Elections | Brooks County | 229-263-9939 |
| Brooks County Registrar | Brooks County | 229-263-9939 |
| Bryan County Elections | Bryan County | 912-653-3859 |
| Bryan County Registrar | Bryan County | 912-653-3859 |
| Bulloch County Elections | Bulloch County | 912-764-6502 |
| Bulloch County Registrar | Bulloch County | 912-764-6502 |
| Burke County Elections | Burke County | 770-775-8299 |
| Burke County Registrar | Burke County | 770-775-8299 |
| Butts County Elections | Butts County | 770-775-8299 |
| Butts County Registrar | Butts County | 770-775-8299 |

| Entity | County | Phone |
|---|---|---|
| Calhoun County Elections | Calhoun County | 229-849-2115 |
| Calhoun County Registrar | Calhoun County | 229-849-2115 |
| Camden County Elections | Camden County | 912-576-3785 |
| Camden County Registrar | Camden County | 912-576-3785 |
| Candler County Elections | Candler County | 912-515-4424 |
| Candler County Registrar | Candler County | 912-515-4424 |
| Carroll County Elections | Carroll County | 770-830-5824 |
| Carroll County Registrar | Carroll County | 770-830-5824 |
| Catoosa County Elections | Catoosa County | 706-935-3990 |
| Catoosa County Registrar | Catoosa County | 706-935-3990 |
| Charlton County Elections | Charlton County | 912-496-2607 |
| Charlton County Registrar | Charlton County | 912-496-2607 |
| Chatham County Elections | Chatham County | 912-201-4375 |
| Chatham County Registrar | Chatham County | 912-201-4375 |
| Chattahoochee County Elections | Chattahoochee County | 706-989-3603 |
| Chattahoochee County Registrar | Chattahoochee | 706-989-3603 |
| Chattooga County Elections | Chattooga County | 706-857-0709 |
| Chattooga County Registrar | Chattooga County | 706-857-0709 |
| Cherokee County Elections | Cherokee County | 770-479-0407 |
| Cherokee County Registrar | Cherokee County | 770-479-0407 |
| Clarke County Elections | Clarke County | 706-613-3150 |
| Clarke County Registrar | Clarke County | 706-613-3150 |
| Clay County Elections | Clay County | 229-768-2445 |
| Clay County Registrar | Clay County | 229-768-2445 |
| Clayton County Elections | Clayton County | 770-477-4572 |
| Clayton County Registrar | Clayton County | 770-477-4572 |
| Clinch County Elections | Clinch County | 912-487-3656 |
| Clinch County Registrar | Clinch County | 912-487-3656 |
| Cobb County Elections | Cobb County | 770-528-2312 |
| Cobb County Registrar | Cobb County | 770-528-2312 |
| Coffee County Elections | Coffee County | 912-384-7018 |
| Coffee County Registrar | Coffee County | 912-384-7018 |
| Colquitt County Elections | Colquitt County | 229-616-7415 |
| Colquitt County Registrar | Colquitt County | 229-616-7415 |
| Columbia County Elections | Columbia County | 706-868-3355 |
| Columbia County Registrar | Columbia County | 706-868-3355 |
| Cook County Elections | Cook County | 229-896-7925 |
| Cook County Registrar | Cook County | 229-896-7925 |
| Coweta County Elections | Coweta County | 678-854-0015 |
| Coweta County Registrar | Coweta County | 678-854-0015 |
| Crawford County Elections | Crawford County | 478-836-1877 |
| Crawford County Registrar | Crawford County | 478-836-1877 |
| Crisp County Elections | Crisp County | 229-276-2611 |
| Crisp County Registrar | Crisp County | 229-276-2611 |
| Dade County Elections | Dade County | 706-657-8170 |
| Dade County Registrar | Dade County | 706-657-8170 |
| Dawson County Elections | Dawson County | 706-344-3640 |
| Dawson County Registrar | Dawson County | 706-344-3640 |
| Decatur County Elections | Decatur County | 229-248-2087 |
| Decatur County Registrar | Decatur County | 229-248-2087 |
| DeKalb County Elections | DeKalb County | 404-298-4020 |
| DeKalb County Registrar | DeKalb County | 404-298-4020 |
| Dodge County Elections | Dodge County | 478-374-3775 |
| Dodge County Registrar | Dodge County | 478-374-3775 |
| Dooly County Elections | Dooly County | 229-268-9023 |
| Dooly County Registrar | Dooly County | 229-268-9023 |
| Dougherty County Elections | Dougherty County | 229-431-3247 |
| Dougherty County Registrar | Dougherty County | 229-431-3247 |
| Douglas County Elections | Douglas County | 770-920-7412 |
| Douglas County Registrar | Douglas County | 770-920-7412 |
| Early County Elections | Early County | 229-723-4522 |
| Early County Registrar | Early County | 229-723-4522 |
| Echols County Elections | Echols County | 229-559-7526 |
| Echols County Registrar | Echols County | 229-559-7526 |
| Effingham County Elections | Effingham County | 912-754-8030 |
| Effingham County Registrar | Effingham County | 912-754-8030 |
| Elbert County Elections | Elbert County | 706-283-2016 |
| Elbert County Registrar | Elbert County | 706-283-2016 |
| Emanuel County Elections | Emanuel County | 478-237-3471 |
| Emanuel County Registrar | Emanuel County | 478-237-3471 |
| Evans County Elections | Evans County | 912-739-4080 |
| Evans County Registrar | Evans County | 912-739-4080 |
| Fannin County Elections | Fannin County | 706-632-7740 |
| Fannin County Registrar | Fannin County | 706-632-7740 |
| Fayette County Elections | Fayette County | 770-305-5138 |
| Fayette County Registrar | Fayette County | 770-305-5138 |
| Floyd County Elections | Floyd County | 706-291-5167 |
| Floyd County Registrar | Floyd County | 706-291-5167 |
| Forsyth County Elections | Forsyth County | 770-781-2118 |
| Forsyth County Registrar | Forsyth County | 770-781-2118 |

| Office | County | Phone |
|---|---|---|
| Franklin County Elections | Franklin County | 706-384-4390 |
| Franklin County Registrar | Franklin County | 706-384-4390 |
| Fulton County Elections | Fulton County | 706-384-4390 |
| Fulton County Registrar | Fulton County | 706-384-4390 |
| Gilmer County Elections | Gilmer County | 706-635-4763 |
| Gilmer County Registrar | Gilmer County | 706-635-4763 |
| Glascock County Elections | Glascock County | 706-598-3241 |
| Glascock County Registrar | Glascock County | 706-598-3241 |
| Glynn County Elections | Glynn County | 912-554-7063 |
| Glynn County Registrar | Glynn County | 912-554-7063 |
| Gordon County Elections | Gordon County | 706-629-7781 |
| Gordon County Registrar | Gordon County | 706-629-7781 |
| Grady County Elections | Grady County | 229-377-4621 |
| Grady County Registrar | Grady County | 229-377-4621 |
| Greene County Elections | Greene County | 706-531-1108 |
| Greene County Registrar | Greene County | 706-531-1108 |
| Gwinnett County Elections | Gwinnett County | 678-226-7231 |
| Gwinnett County Registrar | Gwinnett County | 678-226-7231 |
| Habersham County Elections | Habersham County | 706-839-0170 |
| Habersham County Registrar | Habersham County | 706-839-0170 |
| Hall County Elections | Hall County | 770-531-6945 |
| Hall County Registrar | Hall County | 770-531-6945 |
| Hancock County Elections | Hancock County | 706-444-5259 |
| Hancock County Registrar | Hancock County | 706-444-5259 |
| Haralson County Elections | Haralson County | 770-646-2010 |
| Haralson County Registrar | Haralson County | 770-646-2010 |
| Harris County Elections | Harris County | 706-628-5210 |
| Harris County Registrar | Harris County | 706-628-5210 |
| Hart County Elections | Hart County | 706-376-8911 |
| Hart County Registrar | Hart County | 706-376-8911 |
| Heard County Elections | Heard County | 706-675-3353 |
| Heard County Registrar | Heard County | 706-675-3353 |
| Henry County Elections | Henry County | 770-288-6448 |
| Henry County Registrar | Henry County | 770-288-6448 |
| Houston County Elections | Houston County | 478-987-1973 |
| Houston County Registrar | Houston County | 478-987-1973 |
| Irwin County Elections | Irwin County | 229-468-5894 |
| Irwin County Registrar | Irwin County | 229-468-5894 |
| Jackson County Elections | Jackson County | 706-367-6377 |
| Jackson County Registrar | Jackson County | 706-367-6377 |
| Jasper County Elections | Jasper County | 706-468-4903 |
| Jasper County Registrar | Jasper County | 706-468-4903 |
| Jeff Davis County Elections | Jeff Davis County | 912-375-6635 |
| Jeff Davis County Registrar | Jeff Davis County | 912-375-6635 |
| Jefferson County Elections | Jefferson County | 478-625-8357 |
| Jefferson County Registrar | Jefferson County | 478-625-8357 |
| Jenkins County Elections | Jenkins County | 478-982-5581 |
| Jenkins County Registrar | Jenkins County | 478-982-5581 |
| Johnson County Elections | Johnson County | 478-864-4019 |
| Johnson County Registrar | Johnson County | 478-864-4019 |
| Jones County Elections | Jones County | 478-986-8234 |
| Jones County Registrar | Jones County | 478-986-8234 |
| Lamar County Elections | Lamar County | 770-358-5235 |
| Lamar County Registrar | Lamar County | 770-358-5235 |
| Lanier County Elections | Lanier County | 229-482-3668 |
| Lanier County Registrar | Lanier County | 229-482-3668 |
| Laurens County Elections | Laurens County | 478-272-2566 |
| Laurens County Registrar | Laurens County | 478-272-2566 |
| Lee County Elections | Lee County | 229-759-6002 |
| Lee County Registrar | Lee County | 229-759-6002 |
| Liberty County Elections | Liberty County | 912-876-3310 |
| Liberty County Registrar | Liberty County | 912-876-3310 |
| Lincoln County Elections | Lincoln County | 706-359-6126 |
| Lincoln County Registrar | Lincoln County | 706-359-6126 |
| Long County Elections | Long County | 912-545-2234 |
| Long County Registrar | Long County | 912-545-2234 |
| Lowndes County Elections | Lowndes County | 229-671-2850 |
| Lowndes County Registrar | Lowndes County | 229-671-2850 |
| Lumpkin County Elections | Lumpkin County | 706-864-6279 |
| Lumpkin County Registrar | Lumpkin County | 706-864-6279 |
| Macon County Elections | Macon County | 478-472-8520 |
| Macon County Registrar | Macon County | 478-472-8520 |
| Madison County Elections | Madison County | 706-795-6335 |
| Madison County Registrar | Madison County | 706-795-6335 |
| Marion County Elections | Marion County | 229-649-9838 |
| Marion County Registrar | Marion County | 229-649-9838 |
| McDuffie County Elections | McDuffie County | 706-555-2105 |
| McDuffie County Registrar | McDuffie County | 706-555-2105 |
| McIntosh County Elections | McIntosh County | 912-437-6605 |
| McIntosh County Registrar | McIntosh County | 912-437-6605 |
| Meriwether County Elections | Meriwether County | 706-672-9433 |
| Meriwether County Registrar | Meriwether County | 706-672-9433 |

| Office | County | Phone |
| --- | --- | --- |
| Miller County Elections | Miller County | 229-758-4110 |
| Miller County Registrar | Miller County | 229-758-4110 |
| Mitchell County Elections | Mitchell County | 229-336-2018 |
| Mitchell County Registrar | Mitchell County | 229-336-2018 |
| Monroe County Elections | Monroe County | 478-994-7036 |
| Monroe County Registrar | Monroe County | 478-994-7036 |
| Montgomery County Elections | Montgomery County | 912-583-2681 |
| Montgomery County Registrar | Montgomery County | 912-583-2681 |
| Morgan County Elections | Morgan County | 706-343-6311 |
| Morgan County Registrar | Morgan County | 706-343-6311 |
| Murray County Elections | Murray County | 706-517-1400 #7 |
| Murray County Registrar | Murray County | 706-517-1400 #7 |
| Muscogee County Elections | Muscogee County | 706-653-4392 |
| Muscogee County Registrar | Muscogee County | 706-653-4392 |
| Newton County Elections | Newton County | 678-625-1692 |
| Newton County Registrar | Newton County | 678-625-1692 |
| Oconee County Elections | Oconee County | 706-769-3958 |
| Oconee County Registrar | Oconee County | 706-769-3958 |
| Oglethorpe County Elections | Oglethorpe County | 706-743-5350 |
| Oglethorpe County Registrar | Oglethorpe County | 706-743-5350 |
| Paulding County Elections | Paulding County | 770-443-7503 |
| Paulding County Registrar | Paulding County | 770-443-7503 |
| Peach County Elections | Peach County | 478-825-3514 |
| Peach County Registrar | Peach County | 478-825-3514 |
| Pickens County Elections | Pickens County | 706-253-8781 |
| Pickens County Registrar | Pickens County | 706-253-8781 |
| Pierce County Elections | Pierce County | 912-449-2028 |
| Pierce County Registrar | Pierce County | 912-449-2028 |
| Pike County Elections | Pike County | 770-567-8734 |
| Pike County Registrar | Pike County | 770-567-8734 |
| Polk County Elections | Polk County | 770-749-2103 |
| Polk County Registrar | Polk County | 770-749-2103 |
| Pulaski County Elections | Pulaski County | 478-783-2061 |
| Pulaski County Registrar | Pulaski County | 478-783-2061 |
| Putnam County Elections | Putnam County | 706-485-8683 |
| Putnam County Registrar | Putnam County | 706-485-8683 |
| Quitman County Elections | Quitman County | 229-334-2224 |
| Quitman County Registrar | Quitman County | 229-334-2224 |
| Rabun County Elections | Rabun County | 706-782-1878 |
| Rabun County Registrar | Rabun County | 706-782-1878 |
| Randolph County Elections | Randolph County | 855-782-6310 ext 5 |
| Randolph County Registrar | Randolph County | 855-782-6310 ext 5 |
| Richmond County Elections | Richmond County | 706-821-2340 |
| Richmond County Registrar | Richmond County | 706-821-2340 |
| Rockdale County Elections | Rockdale County | 770-278-7333 |
| Rockdale County Registrar | Rockdale County | 770-278-7333 |
| Schley County Elections | Schley County | 229-937-2905 |
| Schley County Registrar | Schley County | 229-937-2905 |
| Screven County Elections | Screven County | 912-564-2783 |
| Screven County Registrar | Screven County | 912-564-2783 |
| Seminole County Elections | Seminole County | 229-524-5256 |
| Seminole County Registrar | Seminole County | 229-524-5256 |
| Spalding County Elections | Spalding County | 770-467-4370 |
| Spalding County Registrar | Spalding County | 770-467-4370 |
| Stephens County Elections | Stephens County | 706-886-8954 |
| Stephens County Registrar | Stephens County | 706-886-8954 |
| Stewart County Elections | Stewart County | 229-838-4682 ext 210 |
| Stewart County Registrar | Stewart County | 229-838-4682 ext 210 |
| Sumter County Elections | Sumter County | 229-928-4580 |
| Sumter County Registrar | Sumter County | 229-928-4580 |
| Talbot County Elections | Talbot County | 706-665-8270 |
| Talbot County Registrar | Talbot County | 706-665-8270 |
| Taliaferro County Elections | Taliaferro County | 706-456-2253 |
| Taliaferro County Registrar | Taliaferro County | 706-456-2253 |
| Tattnall County Elections | Tattnall County | 912-557-6417 |
| Tattnall County Registrar | Tattnall County | 912-557-6417 |
| Taylor County Elections | Taylor County | 478-862-3997 |
| Taylor County Registrar | Taylor County | 478-862-3997 |
| Telfair County Elections | Telfair County | 229-868-6038 |
| Telfair County Registrar | Telfair County | 229-868-6038 |
| Terrell County Elections | Terrell County | 229-995-5066 |
| Terrell County Registrar | Terrell County | 229-995-5066 |
| Thomas County Elections | Thomas County | 229-225-4101 |
| Thomas County Registrar | Thomas County | 229-225-4101 |
| Tift County Elections | Tift County | 229-386-7915 |
| Tift County Registrar | Tift County | 229-386-7915 |
| Toombs County Elections | Toombs County | 912-526-8226 |
| Toombs County Registrar | Toombs County | 912-526-8226 |
| Towns County Elections | Towns County | 706-896-6920 |
| Towns County Registrar | Towns County | 706-896-6920 |

| | | |
|---|---|---|
| Treutlen County Elections | Treutlen County | 912-529-3342 |
| Treutlen County Registrar | Treutlen County | 912-529-3342 |
| Troup County Elections | Troup County | 706-883-1745 |
| Troup County Registrar | Troup County | 706-883-1745 |
| Turner County Elections | Turner County | 229-567-2909 |
| Turner County Registrar | Turner County | 229-567-2909 |
| Twiggs County Elections | Twiggs County | 478-945-3639 |
| Twiggs County Registrar | Twiggs County | 478-945-3639 |
| Union County Elections | Union County | 706-439-6041 |
| Union County Registrar | Union County | 706-439-6041 |
| Upson County Elections | Upson County | 706-647-6259 |
| Upson County Registrar | Upson County | 706-647-6259 |
| Walker County Elections | Walker County | 706-638-4349 |
| Walker County Registrar | Walker County | 706-638-4349 |
| Walton County Elections | Walton County | 770-267-1337 |
| Walton County Registrar | Walton County | 770-267-1337 |
| Ware County Elections | Ware County | 912-287-4363 |
| Ware County Registrar | Ware County | 912-287-4363 |
| Warren County Elections | Warren County | 706-465-2227 |
| Warren County Registrar | Warren County | 706-465-2227 |
| Washington County Elections | Washington County | 478-552-3304 |
| Washington County Registrar | Washington County | 478-552-3304 |
| Wayne County Elections | Wayne County | 912-427-5940 |
| Wayne County Registrar | Wayne County | 912-427-5940 |
| Webster County Elections | Webster County | 229-828-5775 |
| Webster County Registrar | Webster County | 229-828-5775 |
| Wheeler County Elections | Wheeler County | 912-568-7133 |
| Wheeler County Registrar | Wheeler County | 912-568-7133 |
| White County Elections | White County | 706-865-4141 |
| White County Registrar | White County | 706-865-4141 |
| Whitfield County Elections | Whitfield County | 706-278-7183 |
| Whitfield County Registrar | Whitfield County | 706-278-7183 |
| Wilcox County Elections | Wilcox County | 229-467-2111 |
| Wilcox County Registrar | Wilcox County | 229-467-2111 |
| Wilkes County Elections | Wilkes County | 706-678-2523 |
| Wilkes County Registrar | Wilkes County | 706-678-2523 |
| Wilkinson County Elections | Wilkinson County | 478-946-2188 |
| Wilkinson County Registrar | Wilkinson County | 478-946-2188 |
| Worth County Elections | Worth County | 229-776-8208 |
| Worth County Registrar | Worth County | 229-776-8208 |