# DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

| County / Municipality | Morgan | Election Date: | 11/6/2018 |
|---|---|---|---|
| Election | General | Time Last Voter Voted | 6:55p |
| Precinct | East Morgan | Number of Registered Voters in Precinct | 1949 |

| ExpressPoll Case Serial Number(s) | 104V004A | 104V020A |
|---|---|---|
| ExpressPoll Unit No.#1 Serial Number | 104V004A | |
| ExpressPoll Unit No.#2 Serial Number | 104V020A | |
| ExpressPoll Unit No.#3 Serial Number | 0 | |

| Encoder Serial Numbers | | Encoder Serial Numbers | |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

## SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NO.# | After Polls Close SEAL NUMBER | After Polls Close COUNT NO.# |
|---|---|---|---|---|
| 153635 | | 0 | | 64 |
| 125114 | | 0 | | 82 |
| 119933 | | 0 | | 64 |
| 126359 | | 0 | | 80 |
| 126366 | | 0 | | 77 |
| 119924 | | 0 | | 77 |
| 126392 | | 0 | | 87 |
| 125265 | | 0 | | 93 |

### SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)

### SECTION C: NUMBER OF PERSONS VOTING:

| | | |
|---|---|---|
| 1 | Total number voting as shown by Accumulator Results Tape | 611 |
| 2 | Total number voting as shown on all Numbered List of Voters (for primary: total all lists) | 611 |
| | Democratic Numbered List | |
| | Republican Numbered List | |
| | Nonpartisan Numbered List | |
| 3 | Total number voting as shown by Electors list | 612 |
| 4 | Total number voting as shown by Voter Certificates (for primary: total all lists) | 611 |
| | Democratic Voter Certificates | |
| | Republican Voter Certificates | |
| | Nonpartisan Voter Certificates | |

Note: Lines 1, 2, 3 and 4 should all be the same and should equal the total in Section B.
If not explain difference here(continue on back):
E.P syncing issues caused # to mismatch.

We, the undersigned Managers, hereby certify that the above is true and correct accounting on this the 6 day of Nov, 20 18

Manager          Assistant Manager          Assistant Manager

PLAINTIFF'S EXHIBIT 33

Morgan - 1                    Form RS-DRE-06