```
Precinct 90: RED OAK (Machine Id: 5)
Ballot Id: 8    Ballot SN: 801117    Voter SN: --

30 - GOVERNOR                          580 - CONST AMENDMENT 3
Vote For 1                             Vote For 1
   [X]   S. ABRAMS (D)                    [X]   YES

50 - LT GOVERNOR                       590 - CONST AMENDMENT 4
Vote For 1                             Vote For 1
   [X]   S. R. AMICO (D)                  [X]   YES

70 - SECRETARY OF STATE                600 - CONST AMENDMENT 5
Vote For 1                             Vote For 1
   [X]   J. BARROW (D)                    [X]   YES

90 - ATTORNEY GENERAL                  610 - REFERENDUM A
Vote For 1                             Vote For 1
   [X]   C. BAILEY (D)                    [X]   YES

110 - AGRICULTURE COMMISSIONER         620 - REFERENDUM B
Vote For 1                             Vote For 1
   [X]   F. SWANN (D)                     [X]   YES

130 - INSURANCE COMMISSIONER
Vote For 1
   [X]   J. LAWS (D)

150 - STATE SCHOOL SUPERINTENDENT
Vote For 1
   [X]   O. THORNTON, JR. (D)

170 - LABOR COMMISSIONER
Vote For 1
   [X]   R. KEATLEY (D)

190 - PSC EATON
Vote For 1
   [X]   L. MILLER (D)

210 - PSC PRIDEMORE
Vote For 1
   [X]   D. A. RANDOLPH (D)

270 - US HOUSE 13
Vote For 1
   [X]   D. SCOTT (I) D

300 - STATE SENATE 10
Vote For 1
   [X]   E. JONES (I) D

380 - STATE HOUSE 78
Vote For 1
   [X]   D. DOUGLAS (I) D

540 - CC, D5
Vote For 1
   [X]   B. B. HOLMES (I) D

550 - SOIL AND WATER
Vote For 3
   [X]   V. CONSIGLIO (I)
   [X]   A. W. ROLLINS (I)
   [X]   V. W. TEMPLE

560 - CONST AMENDMENT 1
Vote For 1
   [X]   YES

570 - CONST AMENDMENT 2
Vote For 1
   [X]   YES
```



PLAINTIFF'S EXHIBIT 34