

# OFFICIAL ELECTION BULLETIN
January 30, 2019

**TO:** County Election Officials and County Registrars

**FROM:** Chris Harvey, State Elections Director

**RE:** Open Record Requests

Multiple counties have reported receiving Open Record Requests asking for data such as DRE audit logs, copies of DRE tapes and ballot image reports and/or copies of ballot images.

Parties that have an interest in or are actually involved in active litigation with the state regarding the security of the voting system might have made some of these requests. This fact does not diminish your requirement to comply with open record requests nor does it require any extra access to information that is not normally accessible under the Open Records Act.

Ballot images are <u>not subject to open record requests</u> per the advice of the Attorney General's office.

Michael Barnes can help provide technical help locating some records or data if your county attorney determines that you have responsive records.

As we usually emphasize, your county/BOE attorney is the best source of advice on these matters.

Page 1 of 1

