# November 6, 2018 General Election Undervote Information

| | Number of voters (AIP, ABM, ED) | Number of votes cast | % voted on that race | Number of undervotes | Precinct - % of voters | Precinct - % of undervotes |
|---|---|---|---|---|---|---|
| **Governor** | | | | | | |
| NE/Rec | 1880 | 1877 | 99.8% | 3 | --- | --- |
| County Total | 9580 | 9564 | 99.8% | 16 | 19.6% | 18.8% |
| **LT Governor** | | | | | | |
| NE/Rec | 1880 | 1737 | 92.4% | 143 | | |
| NE/Rec DREs | 1753 | 1617 | 92.2% | 136 | | |
| NE/Rec paper | 126 | 119 | 94.4% | 7 | | |
| NE/Rec provisional | 1 | 1 | 100.0% | | | |
| East/Buckhead | 1462 | 1416 | 96.9% | 46 | 15.3% | 11.2% |
| Beth-Spring | 567 | 542 | 95.6% | 25 | 5.9% | 6.1% |
| Central/DFACS | 1780 | 1713 | 96.2% | 67 | 18.6% | 16.3% |
| Clacks Chapel | 485 | 474 | 97.7% | 11 | 5.1% | 2.7% |
| West/Centennial | 1737 | 1679 | 96.7% | 58 | 18.1% | 14.1% |
| North/Gibbs | 1669 | 1608 | 96.3% | 61 | 17.4% | 14.8% |
| County Total | 9580 | 9169 | 95.7% | 411 | | |
| **Secretary of State** | | | | | | |
| NE/Rec | 1880 | 1811 | 96.3% | 69 | 19.6% | 39.9% |
| County Total | 9580 | 9407 | 98.2% | 173 | | |
| **Attorney General** | | | | | | |
| NE/Rec | 1880 | 1805 | 96.0% | 75 | 19.6% | 34.2% |
| County Total | 9580 | 9361 | 97.7% | 219 | | |
| **Agriculture Comm** | | | | | | |
| NE/Rec | 1880 | 1802 | 95.9% | 78 | 19.6% | 33.8% |
| County Total | 9580 | 9349 | 97.6% | 231 | | |

PENGAD 800-631-6989

PLAINTIFF'S EXHIBIT

## November 6, 2018 General Election Undervote Information

| | Number of voters (AIP, ABM, ED) | Number of votes cast | % voted on that race | Number of undervotes | Precinct - % of voters | Precinct - % of undervotes |
|---|---|---|---|---|---|---|
| **Insurance Comm** | | | | | | |
| NE/Rec | 1880 | 1801 | 95.8% | 79 | 19.6% | 38.2% |
| County Total | 9580 | 9373 | 97.8% | 207 | | |
| **State School Sup** | | | | | | |
| NE/Rec | 1880 | 1804 | 96.0% | 76 | 19.6% | 33.9% |
| County Total | 9580 | 9356 | 97.7% | 224 | | |
| **Labor Comm** | | | | | | |
| NE/Rec | 1880 | 1795 | 95.5% | 85 | 19.6% | 32.6% |
| County Total | 9580 | 9319 | 97.3% | 261 | | |
| **PSC Eaton** | | | | | | |
| NE/Rec | 1880 | 1794 | 95.4% | 86 | 19.6% | 37.6% |
| County Total | 9580 | 9351 | 97.6% | 229 | | |
| **PSC Pridemore** | | | | | | |
| NE/Rec | 1880 | 1795 | 95.5% | 85 | 19.6% | 35.4% |
| County Total | 9580 | 9340 | 97.5% | 240 | | |
| **US House 10** | | | | | | |
| NE/Rec | 1880 | 1810 | 96.3% | 70 | 19.6% | 36.1% |
| County Total | 9580 | 9386 | 98.0% | 194 | | |