*EarlyVoting: October 15 - November 2, 2018*
*Election Day: November 6, 2018*

**ROCKDALE COUNTY BOARD OF ELECTIONS**
**VOTING EQUIPMENT ISSUES**

November 6, 2018
General Election

| | PRECINCT | DATE | UNIT # | ISSUE REPORTED | SOLUTION |
|---|---|---|---|---|---|
| **EARLY VOTING (ABSENTEE) IN-PERSON** | | 10/22/2018 | 1 | At opening, unit powered down on its own. | Unit was not pluged properly. Plugged unit and Voting Resumed. |
| | | 10/23/2019 | 4 | Voter complained that the ballot was cast before pressing "Cast Ballot" while reviewing vote at the summary page. | Elections Director tested Voter Access Card in front of voter to show ballot had been cast. Voter was satisfied. |
| | | 10/24/2019 | 6 | Voter stated that the candidate selected wasn't who she selected. Voter had not pressed Cast Ballot. | Voter was shown how to unmark an unintended selection and make the intended selection. |
| | | 10/24/2018 | 9 | Voter complained that the ballot was cast before pressing "Cast Ballot" while reviewing vote at the summary page. | Precinct Manager cancelled ballot the ballot and moved the voter to another unit without further delay.  Unit 9 was re-calibrated and re-tested before being allowed to use again. |
| | | 10/24/2018 | 6 | Voter complained that that unit changed vote on unit. Voter did had pressed "Cast Ballot." | Voting unit was calibrated and tested. |
| | | 10/26/2018 | 11 | Voter complained that the ballot was cast before pressing "Cast Ballot" while reviewing vote at the summary page. | Elections Director tested Voter Access Card in front of voter to show ballot had been cast. Voter was satisfied. |
| | | 10/27/2018 | 3 | Unit froze while a voter was voting. | Powered unit off and on and Voter Access Card was ejected. Moved voter to another voting unit.  Unit 3 was tested before allowing voting to resume on it. |
| | | 10/27/2018 | 18 | Unit froze while a voter was voting. | A new Voter Access Card was created for the voter. Powered unit off and on and Voter Access Card was ejected and canceled.  Unit 18 was tested before allowing voting to resume on it. |
| | | 10/28/2018 | 3 | Voter complained that the ballot was cast before pressing "Cast Ballot" while reviewing vote at the summary page. | Elections Director tested Voter Access Card in front of voter to show ballot had been cast. |
| | | 10/30/2018 | 1 | Unit froze while a voter was voting. | Powered unit off and on and Voter Access Card was ejected. Moved voter to another voting unit and she voted with further delay. Unit 1 was tested before allowing voting to resume on it. |
| | | 10/30/2018 | 9 | Voter complained that the ballot was cast before pressing "Cast Ballot" while reviewing vote at the summary page. | Precinct Manager tested Voter Access Card in front of voter to show ballot had been cast.  Unit 9 was retested before allowing voting to resume on it. |
| | | 11/1/2018 | 7 | Voter complained that that unit changed vote on unit. Voter did not press Cast Ballot. | Precinct Manager cancelled ballot on unit  and moved the voter to another unit.  Unit 7 was re-calibrated and re-tested before used by the next voter. |
| **ELECTION DAY** | Lorraine | 11/6/2018 | 1 & 2 | Battery was not charging on Units 1 and 2. | Checked the battery connections. Placed units on a new power strip & they began charging. Voting resumed on the units. |
| | St. Pius | 11/6/2018 | 4 | Outlet section of the unit was smashed and damaged upon delivery to the precinct. | Replaced the unit. |
| | Stanton | 11/6/2018 | 8 | Unit frozen with voter card still in it, while voter was voting. | Moved voter to another unit.  Unit was shut down the rest of the day, since it was after 5pm. |


PLAINTIFF'S EXHIBIT