UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING,      et al.,          )
      Plaintiffs,              )
                      )          CIVIL ACTION FILE
                      )
v.                                   )          NO. 1:17-cv-02989-AT
                      )
BRAD RAFFENSPERGER, et al.,           )
      Defendants.              )

DEPOSITION OF
TERESA LYNN LEDFORD

June 24, 2019



APG USA, INC.
www.APGreporting.com
(770) 827-1223

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,               )
                                     )
        Plaintiffs,                  )
                                     )        CIVIL FILE ACTION
vs.                                  )
                                     )        NO. 1:17-cv-02989-AT
                                     )
BRAD RAFFENSPERGER, et al.,          )
                                     )
        Defendants.                  )

DEPOSITION OF

TERESA LYNN LEDFORD

June 24, 2019

9:40 a.m.

Gwinnett Justice and Administration Center

75 Langley Drive

Lawrenceville, Georgia

Marsi Koehl, CCR-B-2424



APG USA, INC.
www.APGreporting.com
(770) 827-1223

Curling et al. v.         Deposition of
Raffensperger et al.   T. LYNN LEDFORD                    6/24/2019

```
 1                  C O N T E N T S

 2              E X A M I N A T I O N

 3

 4                                              Page
```

```
 5   Examination by Mr. Powers.........................6

 6   Examination by Mr. Tyson.......................190

 7   Examination by Ms. Ringer......................196
```

```
 8

 9                  E X H I B I T S
```

| Plaintiff's Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 1 | Notice of Deposition | 6 |
| Exhibit 2 | Subpoena | 8 |
| Exhibit 3 | E-mail from Ms. Black 6/21/19 Re:  Provisional Ballots | 9 |
| Exhibit 4 | Voter Comments and Concerns Forms | 9 |
| Exhibit 5 | Intergovernmental Agreement | 10 |
| Exhibit 6 | Creating and Saving Export File in GEMS | 11 |
| Exhibit 7 | Official Election Bulletins | 12 |
| Exhibit 8 | Election Related Files | 65 |
| Exhibit 9 | Election Summary Report Gwinnett County November 6, 2018 | 73 |
| Exhibit 10 | Election Summary Report Gwinnett County March 1, 2016 | 80 |

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1                          E X H I B I T S

2   Plaintiff's
    Exhibit No.           Description                    Page
3

4   Exhibit 11            E-mail from Mr. Newby          137
                          8/23/16
5                         Re:  Attached Security
                          Document
6
    Exhibit 12            Declaration Under Penalty      163
7                         of Perjury/Oatis

8   Exhibit 13            Declaration Under Penalty      165
                          of Perjury/Marion
9
    Exhibit 14            Declaration Under Penalty      165
10                        of Perjury/Lambert

11  Exhibit 15            Election Results Report        167

12  Exhibit 16            Election Results Report        169

13  Exhibit 17            Gwinnett County Election       184
                          Day Manager Manual
14
    Exhibit 18            Official Election Bulletin     188
15                        January 30, 2019

16  Exhibit 19            Ballot Image Report            189

17

18
    (Original exhibits attached to original transcript.)
19

20

21

22

23

24

25

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

```
 1  │ APPEARANCES OF COUNSEL
    │
 2  │ On behalf of the Plaintiffs:
    │
 3  │      JOHN POWERS
    │      Attorney at Law
 4  │      LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
    │      1500 K Street NW
 5  │      Suite 900
    │      Washington, D.C.   20005
 6  │      (202) 662-8600
    │      jpowers@lawyerscommittee.org
 7  │
    │ On behalf of the Defendants:
 8  │
    │      BRYAN P. TYSON
 9  │      Attorney at Law
    │      TAYLOR ENGLISH DUMA, LLP
10  │      1600 Parkwood Circle
    │      Suite 200
11  │      Atlanta, Georgia   30339
    │      (678) 336-7249
12  │      btyson@taylorenglish.com
    │
13  │      CHERYL RINGER
    │      Attorney at Law
14  │      OFFICE OF THE COUNTY ATTORNEY
    │      FULTON COUNTY
15  │      141 Prior Street, SW
    │      Suite 4038
16  │      Atlanta, Georgia   30303
    │      (404) 612-0246
17  │      cheryl.ringer@fultoncountyga.gov
    │
18  │ On behalf of the Witness:
    │
19  │      VAN STEPHENS
    │      Attorney at Law
20  │      GWINNETT COUNTY LAW DEPARTMENT
    │      75 Langley Drive
21  │      Lawrenceville, Georgia   30046
    │      (770) 822-8702
22  │      van.stephens@gwinnettcounty.com
    │
23  │
    │
24  │
    │
25  │
```

```
 1  | APPEARANCES CONTINUED
 2  | Appearing telephonically:
 3  |       MARCIE BRIMER
    |       Attorney at Law
 4  |       MORRISON FOERSTER
    |       2000 Pennsylvania Avenue, NW
 5  |       Suite 6000
    |       Washington, D.C.   20006-1888
 6  |       (202) 887-6932
    |       mbrimer@mofo.com
 7  |
 8  | Also present:
 9  |       Marilyn Marks, Coalition for Good Governance
10  |
11  |
12  |
13  |
14  |
15  |
16  |
17  |       (Pursuant to OGCA 15-14-37 (a) and (b) a
18  | written disclosure statement was submitted by the
19  | court reporter and is attached hereto.)
20  |
21  |
22  |
23  |
24  |
25  |
```

1                    P R O C E E D I N G S

2              (Plaintiff's Exhibit 1 was marked for

3         identification.)

4                    TERESA LYNN LEDFORD,

5    having been first duly sworn, was examined and

6    testified as follows:

7                         EXAMINATION

8    BY MR. POWERS:

9         Q.   Good morning, Ms. Ledford.

10        A.   Good morning.

11        Q.   I introduced myself before.  My name is John

12   Powers and I'm an attorney with the Lawyers'

13   Committee for Civil Rights Under Law and one of the

14   counsels representing the plaintiffs in this case.

15             Could you please state and spell your full

16   name for the record.

17        A.   It's Teresa Lynn Ledford.  T-E-R-E-S-A.

18   L-Y-N-N.  L-E-D-F-O-R-D.

19        Q.   Thank you.

20             Ms. Ledford, have you ever been deposed

21   before?

22        A.   No.

23        Q.   Have you ever offered sworn testimony in any

24   other capacity?

25        A.   Yes.

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1          MR. STEPHENS:  As an affidavit.

2          THE WITNESS:  Yes.  Through the

3      affidavit process, yes.

4  BY MR. POWERS:

5          Q.  In probably several cases?

6          A.  Correct.

7          Q.  Probably too many to go through right now.

8          A.  Yeah, I couldn't tell you.

9          Q.  Since this is your first deposition, I'll go

10  through a few of the ground rules.

11          First, do you understand that you're

12  testifying under oath just the same as if you're in a

13  court of law?

14          A.  Yes.

15          Q.  If you don't understand one of my questions,

16  please let me know and I'll try to rephrase it so

17  that you can understand.  Is that okay?

18          A.  Yes.

19          Q.  And for the sake of the court reporter,

20  who's working hard today, if you could please wait

21  until I finish asking my question before you begin

22  answering it.

23          A.  Yes.

24          Q.  All right.  And, lastly, you should please

25  feel free to take a break at any time just so long

1   it's not while a question is pending.  Is that okay?

2        A.   Yes.

3        Q.   All right.  Do you have an official E-mail

4   address?

5        A.   Yes.  It's lynn.ledford@gwinnettcounty.com.

6        Q.   Ms. Ledford, what did you do to prepare for

7   your deposition today?

8        A.   Gather the information requested in the

9   subpoena.

10       Q.   Great.  And have you brought any of the

11  documents requested in plaintiff's subpoena with you

12  today?

13       A.   Yes.  I have.

14            (Plaintiff's Exhibit 2 was marked for

15       identification.)

16  BY MR. POWERS:

17       Q.   Before we go further, I'll go ahead and hand

18  you what I've marked for identification as

19  Plaintiff's Exhibit 2.

20            Ms. Ledford, is Plaintiff's Exhibit 2 the

21  subpoena that you were referring to from the

22  Coalition for Good Governance?

23       A.   Yes.

24       Q.   Ms. Ledford, what documents have you brought

25  with you today in response to plaintiff's subpoena,

1  Plaintiff's Exhibit No. 2?

2       A.   This is the number of provisional ballots

3  partially counted, fully counted and rejected.

4            MR. POWERS:  And I'm going to go -- and

5       maybe we can go through them one at a time.

6            MR. STEPHENS:  In order, mm-hmm.

7            (Plaintiff's Exhibit 3 was marked for

8       identification.)

9  BY MR. POWERS:

10      Q.   So, Ms. Ledford, you handed what I've now

11 marked as Plaintiff's Exhibit 3.

12           And could you please tell me what

13 Plaintiff's Exhibit No. 3 is?

14      A.   It is the summary of provisional ballots.

15           MR. STEPHENS:  I believe that's in

16      response to No. 15.

17           MR. POWERS:  Great.

18           THE WITNESS:  This is comments from

19      voters regarding the voting equipment.

20           MR. POWERS:  Okay.  And I'm marking that

21      document as Plaintiff's Exhibit No. 4.

22           THE WITNESS:  Yes.

23           (Plaintiff's Exhibit 4 was marked for

24      identification.)

25           MR. STEPHENS:  Let's try to identify

1        which one of the items that is.
2   BY MR. POWERS:
3        Q.  Ms. Ledford, can you please identify which
4   subpoena question this --
5        A.   Number 11.
6            MR. STEPHENS:  Eleven, okay?
7   BY MR. POWERS:
8        Q.  So Plaintiff's Exhibit No. 4 was produced in
9   response to --
10       A.   -- No. 11.
11       Q.  -- request No. 11 of plaintiff's subpoena.
12  Thank you.
13       A.   This is the intergovernmental agreement
14  between Gwinnett County Board of Voter Registration
15  Elections and the cities for 2017 and 2019.  And that
16  is No. 16 on the subpoena.
17           (Plaintiff's Exhibit 5 was marked for
18       identification.)
19  BY MR. POWERS:
20       Q.  I'm going to go ahead and mark that for
21  identification Plaintiff's Exhibit No. 5.
22           Just to reiterate, Plaintiff's Exhibit No. 5
23  is in response to what request number from
24  plaintiff's subpoena?
25       A.   Sixteen.

Curling et al. v.          Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1      Q.   Thank you.

2      A.   I'm looking for the number on this one.

3           Okay.   This is No. 17.   This is

4   communications and documents regarding the procedure

5   for electronic transmission and receipt of

6   election-rated files.

7           MR. POWERS:   I'm going to go ahead and

8      mark this document as Plaintiff's Exhibit

9      No. 6.

10           (Plaintiff's Exhibit 6 was marked for

11      identification.)

12   BY MR. POWERS:

13      Q.   And just to reiterate, you said that is in

14   response to subpoena request No. 17?

15      A.   Correct.

16      Q.   What's next?

17      A.   This actually goes with that as well.   I'm

18   sorry.   There's three pages to that, three sets to

19   that one.

20      Q.   So let's add that into Plaintiff's Exhibit

21   No. 6.

22      A.   This is No. 8.   This is bulletins regarding

23   electronic updates about security on the GEMS

24   servers.

25           MR. POWERS:   I'm going to mark this

1    document as Plaintiff's Exhibit No. 7.

2         (Plaintiff's Exhibit 7 was marked for

3    identification.)

4  BY MR. POWERS:

5    Q.  And just to reiterate, you said Plaintiff's

6  Exhibit No. 7 was produced in response to plaintiff's

7  subpoena request No. 8?

8    A.  Correct.  That's all I have.

9    Q.  Okay.  And I understand there are some

10 documents -- strike that.

11        Are there any documents that you have

12 identified that you are not producing today?

13    A.  Yes.

14    Q.  What documents are those?

15        MR. STEPHENS:  Let me -- let's just go

16    through this -- in fact, if we can go

17    through the request for production of

18    documents.

19        MR. POWERS:  Sure.

20        MR. TYSON:  That might work and then we

21    can state the objections and go from there.

22        MR. POWERS:  Okay.

23        MR. STEPHENS:  All right.  As to request

24    No. 1, I think the State had an objection to

25    that.

Curling et al. v.          Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1          MR. TYSON:  Yes.  So the State
2      defendants object to request No. 1 as
3      outlined in our letter yesterday evening.
4      The GEMS database is a state-owned system
5      and it's protected from disclosure by state
6      law and has already been the subject of some
7      back and forth between parties regarding its
8      disclosure.
9          We'll been talking with Judge Totenberg
10      about that disclosure later in the week.
11      But it is our contention that this is
12      protected from disclosure by state law
13      because it could be used to inject malware
14      or other software into the system that
15      could affect -- adversely affect election
16      security.
17          So State defendants object to any
18      disclosure of the GEMS database under
19      request No. 1.
20          MR. STEPHENS:  And as to Ms. Ledford,
21      she also objects and shares in that -- joins
22      in that objection.
23          We also prior to the deposition today
24      handed you our written objection to Item
25      No. 1 as well as a few others.

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1            Item 1 requests the GEMS database.  And
2       that -- once the election -- and it's the
3       database for the November 2018 election.
4            Once that election is completed, the
5       GEMS database is delivered to the clerk of
6       the superior court and it remains in the
7       clerk's possession for a couple of years
8       under seal and can only be released through
9       a court order.  It is then given to the
10      grand jury to take a look at it and maybe
11      it's disposed of it at that point.
12           It contains privileged and protected
13      information.  And production would have the
14      effect of rendering the State's electoral
15      system insecure and vulnerable to attack.
16      It would also jeopardize the security of our
17      present election system.
18           And we've given you citations to a case
19      in which this issue was discussed and a
20      citation to 21-2-500 on that point.
21           MR. POWERS:  Are there any other
22      objections you want to state for the
23      record or can we move on?
24           MR. STEPHENS:  Let's go through these.
25           Request No. 2, there are no documents

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1       that Ms. Ledford has identified that are

2       responsive to this request.  We did oppose

3       the objection that is contained in the

4       letter, but there are no documents by the

5       same token.

6            No. 3, policies, procedures, manuals and

7       other documents relating to or describing

8       the assignment of unique identifiers to

9       electronic ballot image reports or cast vote

10      records.  There are no documents responsive

11      to that request.  As a matter of fact, I

12      understand that the Elections Division does

13      not do that.  Is that correct, Lynn?

14           THE WITNESS:  Correct.

15           MR. STEPHENS:  In paragraph four, it's

16      requesting policies, procedures, manuals

17      relating to or describing the method of

18      retrieval of electronic ballot information

19      from specific cast electronic ballots for

20      purposes of research or canceling the

21      ballots or votes.

22           There are no documents responsive to

23      that request.  And, again, my understanding

24      is that the Elections Division does not do

25      that.  Is that correct?

1            THE WITNESS:  Correct.

2            MR. STEPHENS:  Okay.  Paragraph five,

3      you've asked for ballot image reports for

4      cast vote records of the first five ballots

5      cast and the last five ballots cast in the

6      November 6, 2018, election at Martins E

7      Precinct.

8            There are no documents that are

9      responsive to this request.  And I

10     understand that it would be impossible for

11     us to retrieve that.  Is that correct?

12            THE WITNESS:  That's correct.

13            MR. STEPHENS:  And would you describe

14     why that's not possible?

15            THE WITNESS:  Yes.  In order to keep the

16     anonymity of the voter and the integrity of

17     the system, once a ballot is cast, it then

18     becomes randomized throughout the unit, so

19     you couldn't take a numbered list of voters

20     and know that the first five people, this is

21     the first five ballots, so you would be able

22     to see how those voters cast their ballots.

23     So we don't have the option of getting this

24     information.

25            MR. STEPHENS:  Would the same hold true

Curling et al. v.          Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1        of No. 6?

2              THE WITNESS:  Correct.

3              MR. STEPHENS:  It's just a different

4        precinct.

5              THE WITNESS:  Correct.

6              MR. STEPHENS:  And we have objected to

7        five and six as seen in the letter, but

8        there are no documents responsive to that

9        request.

10             Then let me make sure I'm going through

11       and checking these.

12             On 7, nondisclosure agreement signed by

13       the Gwinnett election officials related to

14       election data contained in the County's GEMS

15       database.  There are no documents responsive

16       to this one and I understand we don't have

17       any such agreements.  Is that correct?

18             THE WITNESS:  Correct.

19             MR. STEPHENS:  We've already talked

20       about eight and produced documents.

21             Let's see.  No. 9, instructions,

22       bulletins and electronic updates, receipt

23       from the Secretary of State's Office related

24       to security threats to the voting system or

25       election-related equipment since January 1st

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1    of 2016.

2          THE WITNESS:  We had those.

3          MR. STEPHENS:  Okay.  There's -- oh,

4    that's right.  That's --

5          MR. TYSON:  -- included in Exhibit 7, I

6    believe, updates regarding the DRE system

7    and regarding the voting system at large.

8          Does that sound right?

9          THE WITNESS:  Mm-hmm.

10          MR. STEPHENS:  I guess we have produced

11    those.  So we're on 10, I think, right now.

12          MR. POWERS:  Yeah.

13          MR. STEPHENS:  And that dealt with

14    documents related to preventing voters who

15    appear at the wrong polling place in some

16    elections from being located in an express

17    poll book and redirected by poll workers to

18    a second incorrect polling place.

19          There are no documents responsive to

20    this request and that's not a practice of

21    ours.  Is it?

22          THE WITNESS:  Correct.

23          MR. STEPHENS:  We've produced documents

24    responsive to 11.

25          Twelve involves investigations

1      concerning the undervote in the lieutenant

2      governor's race in the November 2018

3      elections.  There were no documents

4      responsive to that request.  Is that right?

5           THE WITNESS:  Correct.

6           MR. STEPHENS:  And then I think we just

7      have 13 and 14 that we have not responded to

8      with documents.

9           Thirteen is complaints received from

10     voters, poll workers or Gwinnett County

11     staff regarding inaccuracies in voter

12     information in the electronic poll books

13     during the November elections.

14           Were there any documents responsive to

15     that?

16           THE WITNESS:  No.

17           MR. STEPHENS:  And the last one is the

18     one that we've also objected to, which is

19     the records concerning or related to changes

20     made to the voter registration information

21     or the electronic poll book information for

22     Gwinnett county voters Dana Bowers and

23     Jasmine Clark since January 1st, 2018.

24           Both the State and we have objected to

25     that and I'll let the State make its

1    objection.

2         MR. TYSON:  And the objection there is

3    the records related to the voter

4    registration information from the ENet

5    database include nonpublic information that

6    is protected from disclosure about the

7    individual voters.

8         We have no objection to the production

9    pursuant to a protective order when one is

10   entered, but there has not yet been a

11   protective order entered in the case.

12        And so until such time as that

13   protective order is entered, the State would

14   object to disclosure of the audit records

15   and nonpublic information from the ENet

16   database regarding those voters.

17        MR. STEPHENS:  We concur in that

18   objection.

19        And I will say with regard to the

20   objection, in No. 1 dealing with the GEMS

21   database, that we will, of course, comply

22   with any court order that's entered.  That

23   information is by Georgia law stored

24   securely pending a court order.  And if a

25   court order is entered with protective

Curling et al. v.       Deposition of
Raffensperger et al.   T. LYNN LEDFORD        6/24/2019

```
 1          provisions, then, of course, we'll comply
 2       with that.
 3             MR. POWERS:  Okay.
 4             MR. STEPHENS:  And I believe that covers
 5       all the request for production.
 6             MR. POWERS:  I think -- what about 15,
 7       16 and 17?
 8             MR. STEPHENS:  Let's see.  I had that we
 9       produced documents under 15, 16 and 17.
10             MR. POWERS:  Okay.  I have that for my
11       records.
12             Great.  We may return to this later.
13             MR. STEPHENS:  All right.
14    BY MR. POWERS:
15       Q.  For right now, let's move on.
16             Ms. Ledford, you were born in Gwinnett
17    County?
18       A.  Yes.
19       Q.  Are you a lifelong resident of Gwinnett
20    County?
21       A.  Yes.
22       Q.  And where in Gwinnett County do you live?
23       A.  Grayson.
24       Q.  Do you live in the incorporated part of
25    Grayson?
```

1       A.   No.

2       Q.   Could you please tell me about your

3   professional employment history and background.

4       A.   Sure.   I started working for Gwinnett County

5   in October of 1987 as a temporary employee.   In

6   February of '88, I went to being a full-time

7   employee.

8            I started out as a clerk then graduated to

9   voter registration coordinator and then assistant

10  director and then director.

11      Q.   So you're currently the elections director

12  for Gwinnett County?

13      A.   Yes.

14      Q.   How long have you been elections director

15  for Gwinnett County?

16      A.   I believe since the end of 2001.

17      Q.   And before that, you were the assistant

18  elections director?

19      A.   Yes.

20      Q.   How long were you the assistant elections

21  director for?

22      A.   I don't remember.

23      Q.   What was your title before assistant

24  elections director?

25      A.   Voter registration coordinator.

Curling et al. v.            Deposition of
Raffensperger et al.   T. LYNN LEDFORD            6/24/2019

1          Q.   What responsibilities do you have as the
2     elections director for Gwinnett County?
3          A.   To ensure compliance with Title 21.
4          Q.   That's of the Georgia Election Code?
5          A.   Yes.   Official Code of Georgia Annotated.
6          Q.   What are your responsibilities that you take
7     on to make sure that that happens?
8          A.   Well, I make sure I understand the code and
9     state laws, rules and regulations in regard to all
10    voter registration and election processes.
11              So I have a staff and I oversee that staff
12    to ensure all of those things take place based on
13    deadlines, timelines and statutory requirements.
14         Q.   What kinds of duties do you take on on a
15    day-to-day level?
16         A.   That's hard to say.   It depends.   If we're
17    in an election cycle, the duties are obviously
18    different than in a nonelection cycle.
19              In an election cycle, we set up a calendar
20    for, again, deadlines for absentee balloting by mail,
21    advanced in-person voting, setting up our polling
22    locations, training, staffing, replacement of all the
23    training and staffing that we do.
24              We set up online and in-person training for
25    the poll officials.   In addition to that, we are the

1  official recorder for campaign filings and

2  disclosures for candidates and campaigns.  We

3  maintain all that in our office as well.

4          And then, obviously, year round we do voter

5  registration and all the processes that go along with

6  that, including list maintenance, day-to-day --

7          (Reporter requests that witness slow

8      down.)

9          THE WITNESS:  Which includes list

10      maintenance, activities, updates, new

11      registrations both online and manual.

12  BY MR. POWERS:

13      Q.  Roughly, how many registered voters are

14  there in Gwinnett County?

15      A.  We have right at 600,000.  Approximately

16  550,000 active and then approximately forty to 50,000

17  inactive.

18      Q.  It takes a lot of organization to manage an

19  operation of this size?

20      A.  Yes.  It does.

21      Q.  What training or certifications have you

22  received related to election administration?

23      A.  The Georgia Association of Voters Registrars

24  and the Georgia Election Officials Association.

25          We have two separate associations in Georgia

1  and I go to those trainings any time they are held.

2  I have also done any special trainings that were

3  provided by the Secretary of State's Office over the

4  years.

5       Q.   How frequently are those special trainings

6  held?

7       A.   They are infrequent.

8       Q.   Has the Secretary held any special trainings

9  related to the DRE voting machines?

10      A.   Not for me because I've been here -- been

11  doing it for 30 something years.

12      Q.   Have you been an instructor in any of the

13  trainings administered around the state?

14      A.   I have.

15      Q.   Could you please tell me about those?

16      A.   It varies.  It depends on what the

17  association is concentrating on for that particular

18  election.  We have done staffing and recruiting.  I

19  have done voter registration practices and

20  procedures.  We've also done some type -- so it's

21  just over -- like I said, I've been in association

22  for many, many years, so there's been a lot of

23  trainings I've worked on.

24      Q.   That's fair enough.

25           Have you served in important roles in the

1 | election administration field at the statewide level
2 | in Georgia?
3 |     A.  I have since Cathy Cox was the secretary of
4 | state, I was appointed to several committees under
5 | her.  The subsequent secretaries of states, I've been
6 | appointed to several -- I couldn't tell you exactly
7 | but to different committees.
8 |         And then the latest one I served on was
9 | Governor Brian Kemp put together a blue ribbon
10 | commission to study the Georgia Election Code.  And
11 | there were several of us on that committee and that
12 | was probably three or four years ago.
13 |     Q.  Was this the election code review committee?
14 |     A.  It was.
15 |     Q.  What did that committee look at?
16 |     A.  Everything from page 1 to the last page and
17 | just -- again, just reviewed all of that.
18 |     Q.  Was the election code review committee
19 | involved at all in the creation or review of House
20 | Bill 316 that was passed in 2019?
21 |     A.  No.
22 |     Q.  Were you personally involved in the creation
23 | or review of House Bill 316?
24 |     A.  No.
25 |     Q.  Ms. Ledford, were you -- have you served as

1  president of the Georgia Elections Officials

2  Association?

3      A.  Yes.

4      Q.  And, roughly, when did you serve in that

5  role?

6      A.  Maybe 10 years ago, roughly.  I don't

7  remember exactly but about eight to 10 years ago.

8      Q.  Have you served on the national task force

9  for poll worker and public education?

10     A.  I don't think so.

11     Q.  Have you served on committees with the Voter

12 Registrars Association of Georgia?

13     A.  Yes.

14     Q.  Could you tell me a little about that?

15     A.  No.  I don't remember.  There's a lot of

16 years so a lot of committees.

17     Q.  Fair enough.

18         Is it fair to say that through these various

19 roles, you're knowledgeable about the election

20 administration practices and procedures employed by

21 counties throughout Georgia?

22     A.  In Gwinnett County, Georgia.

23     Q.  Does that knowledge extend to the voting

24 methods and systems used in other counties in

25 Georgia?

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1        A.   I know how Gwinnett County conducts our
2    policies and procedures.  I don't want to speculate
3    how other counties would interpret and apply laws,
4    rules and regulations.
5        Q.   What has your role been with respect to
6    implementing and using the DRE voting machine system
7    that's used in Gwinnett County elections?
8        A.   Well, I was the assistant director when we
9    began using DREs in 2002.  So just being the
10   assistant, I worked on the distribution of the
11   equipment and how -- which precincts were going to
12   get how much equipment; looking at numbers of
13   registered voters.  And then I assisted in
14   implementing the L&A testing that we use.
15            Of course, all the instruction was provided
16   by the Secretary of State, so we just implemented
17   what was provided to us.
18       Q.   What was your role with respect to
19   implementing the logic and accuracy testing?
20       A.   Just making sure the paperwork was in order
21   and verifying it afterward.
22       Q.   We'll probably return to that subject later
23   on.
24            Who at the Gwinnett County Board of
25   Elections is responsible for ensuring that the DRE

1  voting system used in the county is functioning
2  properly?
3        A.   The Elections Division and staff.
4        Q.   Which staff members specifically?
5        A.   Well, we have an election coordinator who
6  heads that up and then he has two election
7  associates, two that work under him and then we hire
8  approximately five to 15 to 20 depending on the type
9  of election, temporary employees.
10       Q.   What is the name of the election
11 coordinator?
12       A.   Kelvin Williams.
13       Q.   What are the names of the other two staff
14 members that you mentioned who do a lot of work on
15 this?
16       A.   Demond Smith and Tiffany Vang.
17       Q.   Thank you.
18            Ms. Ledford, what is the annual budget of
19 the Gwinnett County Board of Elections roughly
20 speaking?
21       A.   Again, it depends.  In an election year, it
22 can be five to ten million depending on the election
23 cycle that we're in.  In an off-election year, we
24 only have what we call an admin budget and that's
25 usually anywhere from 1.5 to three million.

1        Q.   Let's talk about the Gwinnett County Board
2   of Elections' budget in an election year.

3            What are the major line items that take up
4   the bulk of the five- to ten-million-dollar budget
5   that you just referred to?

6        A.   Poll official payroll.

7        Q.   What else?

8        A.   Professional services.

9        Q.   What constitutes professional services?

10       A.   Temporary employees and translation.

11       Q.   You're talking about Spanish language
12   translation?

13       A.   Correct.

14       Q.   How much of that budget goes into DRE
15   machine testing and maintenance?

16       A.   I couldn't tell you exactly.

17       Q.   Is it hard work to do the DRE machine
18   testing and maintenance?

19       A.   It is.

20       Q.   Could you tell me about the pieces that go
21   into the DRE machine testing and maintenance?

22       A.   Sure.  It's a couple of tests.  We perform
23   what's called a diagnostic test, which means we
24   ensure that the touches on the machine match up what
25   they should.

1          The second part of the testing is what we
2    call automatic L&A.  And you run a series of tests on
3    that and it produces a pattern.  And we verify that
4    that pattern is correct based on what we know it
5    should be for that election.  And that is all
6    documented.
7          Q.  So the Gwinnett County Board of Elections
8    has documents reflecting diagnostic tests and the
9    automatic logic and accuracy testing?
10         A.  Yes.
11         Q.  Are those tests run on every single
12   DRE machine that's used in early voting and
13   election day?
14         A.  Yes.
15         Q.  How many DRE machines does Gwinnett County
16   own?
17         A.  Roughly 1800.
18         Q.  How many of those are used in an even-year
19   election cycle?
20         A.  It just depends on what election cycle we're
21   in.  Obviously, the gubernatorial year doesn't
22   require as many as a presidential year and so we base
23   it on past history and anticipation.
24         Q.  Fair enough.  So say the November 2018
25   general election, roughly, how many voting machines

1  did you use for that election?

2       A.  I don't know because I don't remember.

3       Q.  In a presidential election year, does the

4  County use all of its DRE voting machines?

5       A.  We do not.

6       Q.  Do you recall what the greatest number of

7  DRE machines the County has used in a particular

8  election?

9       A.  I do not.

10      Q.  How much does it cost to store the DRE

11 machines?

12      A.  Nothing.

13      Q.  The County doesn't pay for the storage of

14 the DRE machine?

15      A.  Huh-uh.

16      Q.  Who pays for that?

17      A.  They are stored onsite in a secure location.

18      Q.  On county property?

19      A.  Yes.

20      Q.  You might have mentioned this before.

21           When did Gwinnett County begin using the

22 current DRE voting system?

23      A.  2002.

24      Q.  What voting method was in place for in-vote

25 in-person -- sorry.

1       What voting method was in place for

2   in-person voting on election day in Gwinnett County

3   before the current DRE system?

4       A.   The optical scan system.

5       Q.   Could you please describe that optical scan

6   system for me?

7       A.   It's the same system that we use today for

8   absentee and provisional balloting.  It's a bubble-in

9   system.  And the voter is provided their particular

10  ballot style.  They would have voted by bubbling it

11  in and then they would have put it into the scanner

12  prior to leaving the poll.

13      Q.   Hand-marked paper ballots?

14      A.   Yes.

15      Q.   How long was that optical scan hand-marked

16  paper ballot voting system used for?

17      A.   Two years.

18      Q.   What brand or manufacturer was used for the

19  optical scan system?

20      A.   At the time it was called GEMS, Global

21  Elections Management System.

22      Q.   Thank you.

23           And before that optical scan system, what

24  voting method did Gwinnett County use?

25      A.   Punch card.

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1       Q.   Could you describe the punch card voting
2   system?
3       A.   Really?
4            The voter would be provided their ballot.
5   If it was a primary, they would have to specify
6   Democrat or Republican because you had different
7   voting booths.
8            The voter would then be given a card and
9   they would slip it into a little unit.  And there was
10  a tiny punch.  And you had a booklet.  And the
11  numbers in that booklet coincided with the ballot and
12  so they would punch whichever number matched the
13  person that they wanted to vote for.
14           At the end, they would take it out and then
15  it would be placed into a ballot box -- a locked
16  ballot box.
17      Q.   Is that similar to -- were there chads or --
18      A.   Yes.  That's exactly what it was.  It was
19  that system.
20      Q.   Oh.  And how long was the punch card system
21  used for as best you know?
22      A.   From my knowledge, from 1973 until we
23  purchased the new system in 1999.
24      Q.   Do you recall receiving complaints from
25  voters about the punch card system?

1        A.   I don't remember.

2        Q.   Fair enough.

3             Let's go back and talk about the optical

4    scan system a little more.

5             You mentioned that it was in place for

6    two years.   Which years was the optical scan system

7    in place for?

8        A.   2000 and 2001.

9        Q.   So the optical scan system was in place for

10   the 2000 presidential election?

11       A.   Yes.

12       Q.   Do you recall if the optical scan system was

13   used only by Gwinnett County or if it was something

14   that other counties in Georgia were also doing?

15       A.   To my knowledge, there were only two

16   counties:  Gwinnett and Chatham.

17       Q.   Your role at the time was assistant

18   elections director?

19       A.   Correct.

20       Q.   What role did you play with respect to

21   implementing the optical scan system?

22       A.   I was partly involved with the decision on

23   the vendor.  We had several demonstrations.  Once it

24   was chosen, then I worked with the elections director

25   at the time and the staff to develop the training and

1 | L&A testing for that as well, again, which at that
2 | time would have been provided by the vendor.
3 |     Q.  Can you describe the kind of logic and
4 | accuracy testing that was used on the optical scan
5 | testing?
6 |     A.  Very similar.  You do diagnostic testing
7 | first to make sure the unit itself is operational,
8 | reading the bubbles.
9 |        And then the second part was much more
10 | difficult than the DRE system because you had to
11 | develop a handwritten -- or hand-marked test deck.
12 | And you had to create that certain pattern.  So we
13 | had thousands and thousands of optical scan ballots
14 | and based upon the style would have to be read into
15 | those units.  And it took a significant amount of
16 | time to create those test decks.
17 |     Q.  Understood.
18 |        When ballots were cast in person on election
19 | day using the optical scan system, were the ballots
20 | counted at each polling place or at the County Board
21 | of Elections Office?
22 |     A.  They were tabulated onto the memory card in
23 | each of the OS units and then that information was
24 | brought back to the Elections Office for the official
25 | certification.  So it was aggregated at the Elections

Curling et al. v.         Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  Office.

2       Q.  Did you think that the county's processes

3  for counting the hand-marked paper ballots were

4  affected?

5       A.  "Counting" meaning for the poll officials or

6  for the main office?

7       Q.  Both.

8       A.  Well, it was difficult for the poll

9  officials because optical scan ballots carry a

10  different set of problems just like any set does.

11  And if you had a voter who overvoted a ballot or had

12  something wrong with it and the unit wouldn't take

13  it, that ballot would be spoiled.  The voter would be

14  given an addition ballot.  They would have to go

15  down --

16           (Reporter requests that witness slow

17       down.)

18           THE WITNESS:  The voter would be given

19       the option to take a second ballot or

20       continue to have that ballot spoiled and not

21       cast.  And we had that happen more

22       frequently than I think people realize

23       because they didn't want to go back and do

24       that.  And so it created, you know, a

25       significant issue with that.

1              The machines themselves were not

2         problems.  As far as the tabulation, the

3         aggregation of the results, it was not an

4         issue.

5    BY MR. POWERS:

6         Q.   Mm-hmm.  Do you recall how many complaints

7    you -- strike that.

8              Do you recall receiving any complaints from

9    voters about having to cast the second paper ballot

10   or not having their paper ballots scanned properly?

11        A.   Yes.

12        Q.   How many complaints do you recall receiving?

13        A.   I don't.  It's been too long.  And like I

14   said, we only used it for two years.  It was

15   significant enough that it stuck in my mind is the

16   only way I know how to describe that.

17        Q.   Sure.  Do you have any -- strike that.

18              Did you have any concerns about the

19   integrity of the elections that were conducted in

20   Gwinnett County using the hand-marked paper ballots?

21        A.   I don't remember.

22        Q.   Sitting here today, do you have any concerns

23   about the integrity of the elections that were

24   conducted in Gwinnett County using hand-marked paper

25   ballots?

1      A.   No.

2      Q.   Do you recall experiencing any problems with

3   the optical scanning system besides those that you

4   just described?

5      A.   Yes.  Occasionally -- the unit itself has

6   the memory card and memory card has a battery in it.

7   And, obviously, you don't always know the battery

8   life.  You buy them off the shelf and you think they

9   are brand-new, but, perhaps, they are older.

10          So oftentimes the battery would die in a

11  memory card.  And, of course, the poll officials had

12  back-up memory cards, but that would stop voting.

13  And there was a process that they had to go through

14  to remove the dead memory card and insert the new

15  one.

16          And then that translated also as well to the

17  aggregation of the results on election nights; we

18  would be doing -- trying to download results and we

19  wouldn't be able to because the battery would die.

20  So we would have to take that memory card, change out

21  the battery and get the elections results.

22      Q.   Could you explain to me -- I admit I don't

23  know all the technology.

24          Could you please explain the difference to

25  me between memory cards that are used for the optical

1   scan system and the memory cards that are used for
2   the current DRE voting system?

3        A.   I can't give you the technical.  I can give
4   you the user end.  They are very, very similar.  They
5   are both used to get the election -- the votes cast.

6             Both optical scan and DRE units have
7   redundant memory where votes casts are stored so that
8   if you absolutely get the information from the card,
9   you can get it from the unit.

10       Q.   Any other differences?

11       A.   Again, I'm not a techie, so I can only give
12   you the user end of it.

13       Q.   To the best of your knowledge, were there
14   any differences?

15       A.   No.

16       Q.   The battery problem that you described with
17   respect to the optical scan system, wouldn't that
18   also apply to the current DRE voting system memory
19   cards?

20       A.   It does not seem to.  And I believe that is
21   due to the fact that those units are charged every
22   three months.  And so even if the battery -- if
23   something happened in the memory card, the battery in
24   the unit will hold for four hours.

25       Q.   Could you charge the batteries for the

1   optical scan system?

2       A.  No.  Because that battery is totally

3   contained within the little memory -- it's a watch

4   battery.

5       Q.  I just learned something.

6           Going back to my earlier question.  Do you

7   recall there being any other complaints from voters

8   about the optical scan system used in 2000 and 2001?

9       A.  The only other one was the amount of time it

10  took to do a recount because you have to handfeed all

11  of that information again.  You don't upload the

12  card.

13      Q.  Did you conduct any recounts in 2000 or 2001

14  while the optical scan system was in place?

15      A.  We did and it was a statewide.  I don't

16  remember the race, but it was a statewide race and it

17  was thousands and thousands of ballots.

18      Q.  Mm-hmm.  Do you recall roughly how long the

19  recount took?

20      A.  I believe it was a day and-a-half and that

21  was a solid eight hours with several units.  I don't

22  remember the number.  Several units being utilized

23  and the staff rotating, you know, because you

24  couldn't -- you had to stand to do it and we couldn't

25  stand for that amount of time.  Like I said, it was

1  significant.

2      Q.  Got it.  And so just to make sure I

3  understand it correctly, it took a day and-a-half to

4  feed all of the hand-marked paper ballots cast in

5  Gwinnett County for that statewide election through

6  the optical scanners?

7      A.  Correct.

8      Q.  Thank you.

9          Any other complaints?

10     A.  Not to my knowledge.

11     Q.  Switching gears for a second, Ms. Ledford,

12 would you please describe for me Gwinnett's election

13 calendar for 2019?

14     A.  Our election -- well, we had a special

15 transportation referendum in March.

16     Q.  Is Gwinnett County conducting any other

17 elections in 2019?

18     A.  No.

19     Q.  What is Gwinnett County's election calendar

20 for 2020?

21     A.  Full.  We have the presidential preference

22 primary, the general primary, a potential general

23 primary runoff, a potential federal primary runoff,

24 the general election, the general election runoff and

25 then a potential federal election runoff.

1          So that's, what, six, eight potential
2    elections.  So it's from -- we already start
3    preparing this year for next year.
4          Q.  Understood.  What kinds of preparations are
5    you making this year for next year's election?
6          A.  Well, currently, we're in the process of
7    looking at our training, not necessarily the
8    equipment specific because we don't know what that is
9    but procedures around the poll officials' processes
10   for proof of U.S. citizenship, voter registration
11   reconciliation problems, what to do in emergency
12   situations.  At this point that's really all that
13   we've tagged onto for that.
14         Q.  I'd like to turn back briefly to Plaintiff's
15   Exhibit 5, which -- which we talked -- we marked
16   before.  And since there's one copy, let's -- this
17   will be a little tricky.
18          But could you describe to me the -- what
19   Plaintiff's Exhibit 5 is and, perhaps, we can go from
20   there.
21         A.  Sure.  These are the intergovernmental
22   agreements for the loan of the election equipment to
23   the cities in Gwinnett County.
24         Q.  Mm-hmm.  Which cities were these agreements
25   signed with?

1    A.  Duluth.  Lawrenceville.  Lilburn.  Norcross.
2  Peachtree Corners.  Snellville.  Sugar Hill.  And
3  that's for 2017 and 2019 respectively.

4    Q.  Would you mind describing the content of the
5  contracts in a little more detail?

6    A.  It's basically just saying that we will not
7  conduct your election, but we will allow you the loan
8  of the equipment to conduct your elections.  And then
9  we provide whatever number pieces of equipment that
10  they're requesting.

11    Q.  Is the number of machines requested part of
12  that agreement?

13    A.  It is.  I don't -- yes, it is.

14    Q.  And so --

15    A.  It's actually -- no.  There's another sheet
16  that they send in that we don't actually put with the
17  contract.  So we'll have to get that.

18        So that tells us how many voting machines
19  they want, how many optical scan units and the
20  peripherals that go with them.

21    Q.  Do you know sitting here now the number of
22  machines that --

23    A.  It's usually less than 10.

24    Q.  Is it roughly less than 10 per city?

25    A.  Correct.

1      Q.  Are each of the cities with whom there's an
2   intergovernmental agreement conducting a municipal
3   election in 2019?
4      A.  Not necessarily.  They go ahead and submit
5   the IGAs because of the process they have go through
6   with their city councils and with our Elections Board
7   so that we have them in place.  If they do let us
8   know they're having an election, then we can set
9   aside the equipment that they've requested.
10     Q.  How does the process work logistically in
11  terms of the Gwinnett County BOE transferring custody
12  to the cities?  How does that work?
13     A.  Once we know they are having an election,
14  again, we set aside the number that they want.  And
15  then if they tell us they are having an election,
16  they tell us what date they need it and then they
17  come and pick up their equipment.  And then they set
18  it up, take custody and then they bring it back to us
19  after the election.
20     Q.  What training do you provide, if any,
21  related to the use of the DRE voting machines?
22     A.  We do not.
23     Q.  You don't provide any training --
24     A.  We do not, huh-uh.
25     Q.  What -- strike that.

1       What are the security controls that

2  municipalities have to follow with respect to their

3  use of the DRE voting machines?

4       A.  I don't know.  I would assume it's the same

5  as ours.  And I'm not supposed to say "assume."  But

6  we don't train them, so we don't know.  Their

7  information comes from the Secretary of State's

8  Office, but I'm sure they are very well aware they

9  are supposed to keep everything sealed.

10      Q.  Could you describe what you mean with

11  respect to keeping the DRE machines sealed?

12      A.  Well, once they are -- you unseal them at

13  the beginning of the day and then you reseal them at

14  the end of the day with a numbered seal and there's

15  various numbered seals.

16      Q.  Does the -- strike that.

17          Do the cities provide documentation with

18  respect to the seals when they return the DRE

19  machines to you?

20      A.  I don't know.

21      Q.  Do you know if the Gwinnett County BORE has

22  any records of sealed information provided by the

23  municipalities?

24      A.  I don't know.

25      Q.  How are the DRE machines -- strike that.

1          Who does the programming for the DRE

2     machines in municipal elections?

3          A.   I don't know.

4          Q.   Is it fair to say the Gwinnett County Board

5     of Elections does not do the programming for the --

6          A.   Correct.

7          Q.   Sorry.  Let me finish my question.

8          A.   Oh.

9          Q.   Is it fair to say that the Gwinnett County

10    Board of Elections does not do the testing for DRE

11    machines for municipal elections?

12         A.   Correct.

13         Q.   Thank you.

14             Do you know if municipalities have GEMS

15    licenses?

16         A.   I do not.

17         Q.   Does the Gwinnett County Board of Elections

18    provide any kind of guidance or share any information

19    with municipalities related to the use of DRE voting

20    machines?

21         A.   We do not.

22         Q.   Let's switch gears for a second and talk

23    about last second changes that the board of elections

24    might have to make before an election.

25             Can you recall any instances in which

1  Gwinnett County officials had to make last second

2  changes or adjustments to plans for conducting

3  elections?

4      A.  Yes.

5      Q.  Could you please describe those situations?

6      A.  I don't remember.  I just remember it caused

7  mass confusion.

8      Q.  Fair enough.

9          So let's take the 2018 election, for

10 example.

11         Did the Gwinnett County Board of Elections

12 have to change procedures for processing voters whose

13 registration was placed in pending status?

14     A.  I don't remember.

15     Q.  Did the board of elections in 2018 have to

16 make adjustments to procedures for processing

17 absentee ballots?

18     A.  Yes.

19         MS. MARKS:  Let's take a break...

20         MR. POWERS:  That's fair.  You want to

21     take a five-minute break and see if we can

22     do something with the thermostat?

23         MR. STEPHENS:  All right.

24         MR. POWERS:  Go off the record.

25         (Recess from 10:45 a.m. to 10:58 a.m.)

1  BY MR. POWERS:

2      Q.  So before we move on, perhaps, do a little

3  bit of clean up on some questions that I posed to you

4  before the break.

5          Before the break you spoke about moving from

6  the punch card voting system to the optical scan

7  system in 2000.

8          I wanted to ask what general response you

9  received from voters upon the change from the punch

10 card voting system to the optical scan system?

11     A.  Initially it was confusion.  Anytime you

12 have a change, you have to do public education and

13 voter education.  So they were confused to begin

14 with.

15         But the problem we had with that we still

16 continue to have today.  When you have a general

17 election, you have a write-in candidate.  Say you

18 have voters that want to bubble in Mickey Mouse and

19 then come in and bubble in the write-in space for

20 Mickey Mouse and then write Mickey Mouse's name on

21 it.  That is just a continuing problem with that type

22 of ballot.

23         But, again, initially, it was just

24 confusion.  And then about the time, you know, we

25 used it for the last election, they were used to it

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD        6/24/2019

1  and then we changed them over.

2      Q.  When you say "they were used to it," what do

3  you mean by that?

4      A.  We just didn't get as many complaints as we

5  did the first election that we used it for because

6  they had gotten used to -- you know, they knew to

7  bubble in and put it in the scanner and what they

8  were looking for.

9      Q.  From an election administration's

10  standpoint, was the optical scan system an

11  improvement over the punch card system that had been

12  employed before?

13      A.  I don't know that it was an improvement.  It

14  was just a change.  You know, of course, with what

15  happened in 2000, we were glad we weren't on punch

16  card.  I don't necessarily think it was an

17  improvement.  I don't necessarily think it was not an

18  improvement.  It was just a change.

19      Q.  You had mentioned the write-in issue on the

20  optical scan system.  Isn't it true that there's --

21  you can still write in candidates on the current

22  voting system?

23      A.  Yes.  On the DRE and the optical scan but

24  the DRE won't let you cast an overvote.  That's the

25  difference.

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1      Q.   I wanted to talk about the spoiling issue
2  that you had mentioned earlier.  You had mentioned
3  overvotes.
4           Could you explain to difference between when
5  a voter casts an overvote and other situations in
6  which casting a vote by paper ballot can result in a
7  particular vote getting caught up for some reason?
8      A.   Sure.  Again, first, there is the overvote
9  and that's when someone votes for more than the
10  number of candidates allowed in a particular race.
11  So if you're only allowed to vote one and you vote
12  two, then it kicks that out.  That's considered an
13  overvote.
14           If a voter happens to make a stray mark in
15  the timing marks around the ballot, sometimes that
16  will kick it out.  If the ballot isn't printed
17  exactly correctly, if it's just a millisecond
18  issue -- I don't know.  I'm not a tech person.  But
19  if it's the least bit off, it will not accept the
20  ballot, which would be a broader problem with more
21  ballots, but you can see that as well.
22           If for some reason a ballot was damaged,
23  perhaps, if an absentee ballot, at someone's home
24  they spill coffee or tea on it or if they used
25  Wite-Out ®, the liquid Wite-Out ®, it considers it an

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  overvote because it reads the metal in the Wite-Out
2  ®.

3        So that's the main things that I remember
4  that we encountered and that we still encounter today
5  with the absentee ballots by mail.

6     Q.  When there's an overvote in a particular
7  race and it's -- the optical scanner kicks it out, I
8  believe you said, does the -- do the votes for the
9  rest of the races on that same ballot count?

10    A.  It would now only by absentee by mail, but
11 in the polls it would not because the machines are
12 programmed to kick those out.  And so the voter would
13 either have to -- like it'd spoil that ballot and
14 lose their vote or get a second ballot and revote and
15 insert it into the machine.

16    Q.  What about in cases of -- strike that.

17        What about provisional ballots?

18    A.  Well, there wouldn't be overvotes on
19 provisional ballots because those are duplicated by
20 staff.  Ninety-eight percent of our ballots are
21 duplicated.

22    Q.  Could you briefly explain what the
23 certification process is after an election passes
24 and -- I'll start there.

25        Could you explain the certification process

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  after an election passes?

2       A.   Yes.   Once we've received all of the memory

3  cards from the polling locations on election night,

4  all that is aggregated into the GEMS server.   We then

5  add in the absentee ballots by mail figures and then

6  the provisional ballots are scanned and they're added

7  in there as well.

8            And once everything has been aggregated into

9  that system, it produces a report and that report is

10 used to certify the election.

11      Q.   When you're certifying an election, what is

12 it that you're certifying to?

13      A.   That the vote totals from those cards is

14 what was produced on that report.

15      Q.   Did you certify the results of all elections

16 conducted while the optical scan system was in place

17 in 2000 and 2001?

18      A.   Yes.

19      Q.   Earlier you mentioned an issue on -- that

20 had occurred with some of the batteries dying?

21      A.   Mm-hmm.

22      Q.   I wanted to ask about the batteries that are

23 employed on the optical scanners that are used today

24 to process both absentee and provisional ballots.

25            Do the batteries on those optical scanners

APG USA INC.

Curling et al. v.      Deposition of
Raffensperger et al.  T. LYNN LEDFORD          6/24/2019

1 | used today for absentee and provisional ballots have
2 | the same problem of dying?
3 |     A.   Not on the scale that it did when we had it
4 | deployed countywide.
5 |     Q.   What scale does it happen on today?
6 |     A.   Maybe one of every third election.  And the
7 | reason for that is we change those batteries when
8 | we're doing L&A testing.
9 |     Q.   What is it that happens one in every three
10 | elections with respect to the batteries in the
11 | optical scanners?
12 |     A.   The optical scan unit just doesn't accept
13 | the ballot.  It just -- it just stops.  It's like
14 | "I'm done; I'm not doing anything else."
15 |     Q.   Is that on one machine?
16 |     A.   Yes.
17 |     Q.   So in one out of every three elections one
18 | battery on one optical scan machine dies; is that
19 | fair?
20 |     A.   Right.
21 |     Q.   Let's talk briefly again about municipal
22 | elections to the extent that you know, of course.
23 |         Duluth -- is it fair to say that Duluth,
24 | Lawrenceville, Lilburn, Norcross and Peachtree
25 | Corners conduct their own municipal elections using

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1    DRE voting machines?

2         A.   Correct.

3         Q.   Are there any other municipalities in

4    Lawrenceville that conduct elections that you're

5    aware of?

6         A.   You mean in Gwinnett?

7         Q.   Sorry.  Strike that.

8              Are there any other municipalities in

9    Gwinnett County that conduct their own elections that

10   you're aware of?

11        A.   Every city within Gwinnett County with the

12   exception of Braselton conducts their own elections.

13   We do not conduct any city elections.

14        Q.   Are there any municipalities in Gwinnett

15   County that conduct elections using hand-marked paper

16   ballots?

17        A.   I do not know.

18        Q.   Do you know what the City of Snellville does

19   with respect to the conduct of its municipal

20   elections and its voting method?

21        A.   I do not.

22        Q.   Do you know who the points of contact are

23   with the cities that do conduct their elections using

24   the DRE voting machines?

25        A.   It's the city clerks, whomever that is at

1    the time.

2          Q.  And that's who the Gwinnett County Board of

3    Elections negotiates the intergovernmental agreement

4    with?

5          A.  It's not really a negotiation, but that is

6    the point of contact between our office and the city

7    councils.  Yes.

8          Q.  Thank you.

9              In Duluth, Lawrenceville, Lilburn, Norcross

10   and Peachtree Corners, do you have any knowledge

11   about the number of polling places that those cities

12   employ?

13         A.  One.

14         Q.  Do each of those -- strike that.

15             Is it correct that Duluth, Lawrenceville,

16   Lilburn, Norcross and Peachtree Corners all hold

17   at-large elections?

18         A.  No.  Peachtree Corners has a mayor and three

19   at-large positions and then they have three that are

20   post-district wards.  I'm not sure what they call

21   them.

22         Q.  Thank you.

23             To make sure I got this right then, so

24   Duluth, Lawrenceville, Lilburn and Norcross hold

25   at-large elections?

1        A.   Correct.

2        Q.   Duluth, Lawrenceville, Lilburn and Norcross,

3   they each have one ballot stop?

4        A.   I do not know.

5        Q.   Do the municipalities have early voting for

6   their elections?

7        A.   Yes.

8        Q.   How long is that early voting period for?

9        A.   I don't know.

10       Q.   Have you run any elections in which

11  municipalities are also holding elections or contests

12  on the same day?

13       A.   We had county elections with city elections

14  on the same day?

15       Q.   Yes.

16       A.   Yes.

17       Q.   Tell me about how that works in terms of the

18  logistics of getting the ballot and ensuring that

19  those municipal elections are also on the county

20  ballot?

21       A.   They are not on the county ballot.  We don't

22  conduct city elections, whatsoever.  So on those

23  days, voters have two polling locations.  They have

24  their county polling location and they have their

25  city polling location.  And they have to go to each

1  one respectively.

2      Q.   In those situations where you have a

3  separate municipal and county election on the same

4  day, for Duluth, Lawrenceville, Lilburn and Norcross,

5  is the County Board of Elections still providing DRE

6  machines to the municipalities?

7      A.   It depends on the size of the election.  If

8  the election is very large and we have to deploy a

9  lot of our equipment, then we do not.  If it's a

10  smaller election, for instance, a special election,

11  then we would allow them the use of the equipment.

12  And if not, I do not know what they do.

13      Q.   You anticipated my next question.

14      A.   Yeah.

15      Q.   So is it fair to say that in situations

16  where you -- say, the Gwinnett County Board of

17  Elections has a major election and can't provide

18  voting machines to the municipalities, do you have

19  any knowledge of what the municipalities do in terms

20  of their method of election?

21      A.   I do not.  And it's very rare that we have

22  so many cities that we can't provide equipment to

23  them.  So I really don't know.

24      Q.   Do you recall any specific elections in

25  which municipalities requested voting machines and

1  the Board of Elections was not able to provide them?

2      A.  No.

3      Q.  When the municipalities conduct early

4  voting, is it the case that each municipality has its

5  own separate early voting location?

6      A.  I do not know.

7      Q.  Do you know if municipalities hire temporary

8  workers who assist with conducting municipal

9  elections?

10     A.  I do not.

11     Q.  Let's consider the situation where you're

12  about to conduct an election.

13         Can you please walk me through the steps of

14  how you get the machines ready from the very

15  beginning of getting them out of storage to the end?

16     A.  Well, actually, they are not in storage;

17  they are onsite.  But we determine the number that

18  we're going to deploy per precinct.  Again, that's

19  based on numbers and past voting history for the

20  precinct.

21         We pull out ever how many of numbers that is

22  per precinct.  We tag them with that polling

23  location, that precinct number and name.  And then

24  they are tested based on the day they are going to be

25  delivered.

1          We have 11 delivery trucks that deliver for

2    three or four days.  And so the precincts are tested

3    by what day their election equipment is going to go

4    out because that helps our rollout.

5          And they go through the process as we

6    discussed, the diagnostics testing, the automatic L&A

7    and in addition to that the -- what we call VWD,

8    which is the sight and hearing keypad.  We test to

9    make sure that's correct.

10          In Gwinnett County we have to do a second

11    check because we have our Spanish language that has

12    to be checked as well.

13          Once everything is checked, if everything

14    checks off okay, then that unit is closed and sealed

15    and it gets put on a cart with whatever its truck

16    number is.

17          Then those are delivered to polls prior to

18    election day, then they are unsealed and they use

19    them.

20        Q.   That's a lot.

21        A.   It is.

22        Q.   So, perhaps, we should back up for a second.

23          Let's take just the designing of the ballot

24    piece.  Can you take me through the process by which

25    the ballot is essentially designed and then loaded

1  onto the DRE machines?

2       A.  Well, the ballot itself is designed by the

3  State.  The information that we provide is anything

4  local, which would be our local candidates, and any

5  questions that we may have.

6           Once that is completed -- again, we're

7  unique.  So the State sends it back to us.  We have

8  to send it out for translation.  Once all that takes

9  place, then we go through and we do what we call

10  "proof the ballots."  We ensure that the correct

11  ballot styles are appearing at the correct precinct

12  with the precinct number.

13       Q.  You mentioned that the ballot was -- is

14  designed by the State?

15       A.  Correct.

16       Q.  How is the ballot actually transmitted from

17  the State to you?

18       A.  They put it onto -- I'm not going -- they

19  put it onto something electronic.  I'm not sure.  And

20  it's sealed at the State.

21           We have to go down and physically sign for

22  that file.  Again, it's in a sealed bag and we bring

23  it back to our office.

24       Q.  Has that always been the system since the

25  DRE voting system has been in place?

1          A.   No.   Prior to that, I believe, it was
2    electronic transmission.
3          Q.   Mm-hmm.   And let's talk about that.
4               First, when was the switch made from the
5    electronic transmission to the current system of
6    physically going and picking it up?
7          A.   I don't remember.
8          Q.   Five years ago?
9          A.   It's been within the last five years.
10         Q.   That's helpful.
11              Please describe to me what the -- how the
12   electronic transmission of the ballot was completed.
13         A.   Before the switch or...
14         Q.   Before the switch, yes.   Thank you.
15         A.   It was put onto a CD and we would go and
16   pick it up and bring it back to the office.   So it
17   wasn't a sealed bag like it is now.
18         Q.   Mm-hmm.   And after the election is over,
19   what would you do with that CD?
20         A.   With the ballot layout on it?
21         Q.   Yes.
22         A.   I don't remember.
23         Q.   Okay.   Now, let's shift from the ballot
24   design to the electronic poll books.
25              How long have electronic poll books been

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1   used in Gwinnett County?

2        A.   Since 2002.

3        Q.   How would -- strike that.

4             What's the process by which the information

5   would get loaded onto the electronic poll books?

6        A.   How would it get loaded into the electronic

7   poll books?   We would receive a file from the State.

8   And then we put it onto a memory card.   And then we

9   insert the memory card into the express poll unit.

10       Q.   How do you currently receive -- well, strike

11  that.

12            First, what's the file that you receive from

13  the State?

14       A.   It's called the -- it's just called the

15  "voter file," yeah.   Bulk update file.

16       Q.   Got it.

17            And how would -- now under the current

18  system, how do you currently receive the bulk update

19  from the Secretary's office?

20       A.   I don't know because it has changed as well

21  and I don't know how we get it now.

22       Q.   Do you recall how the Secretary transmitted

23  the bulk update before the current system?

24       A.   I believe it was a secured FTP site.

25       Q.   Could you please tell me more about how the

1  bulk update was transmitted through the secured FTP

2  site?

3       A.   No because I wasn't involved in that

4  process.

5       Q.   Who was involved in that process?

6       A.   Multiple staff members.

7       Q.   Do you recall any of their names?

8       A.   The same three I gave you earlier are the

9  main three.

10       Q.   Just to make sure I understand it at sort of

11  the broadest level, tell me if I have this right.

12            So essentially the Secretary -- is it fair

13  to say the Secretary of State -- wait, it wouldn't be

14  the Secretary of State's Office necessarily.  I might

15  be wrong about that.

16            When the Kennesaw CES was in place, were you

17  receiving the bulk update from the Kennesaw Center

18  for --

19       A.   -- Election Systems.

20       Q.   Thank you.  When the Kennesaw Center for

21  Election Systems was in place, were you receiving the

22  bulk update from the Kennesaw Center for Elections

23  Systems?

24       A.   I believe that's correct.

25       Q.   Is it fair to say that the Kennesaw Center

1  for Election Systems would post the bulk update on a

2  secure FTP site and then someone with the Gwinnett

3  County Board of Elections would download the bulk

4  update from the FTP site?

5        A.  Yeah.

6           MR. TYSON:  Uh... okay.  Fine.  You

7        already answered.  That's fine.

8  BY MR. POWERS:

9        Q.  Do you recall how long that process was in

10 place for?

11       A.  I do not.

12           (Plaintiff's Exhibit 8 was marked for

13       identification.)

14           MR. POWERS:  I'm going to hand you what

15       I'm marked for identification as Plaintiff's

16       Exhibit 8.

17           Copies for everyone.  There's three

18       here.

19 BY MR. POWERS:

20       Q.  Have you had a chance to look it over?

21       A.  Mm-hmm.

22       Q.  Ms. Ledford, what is Plaintiff's Exhibit 8?

23       A.  It looks like something from Kennesaw State

24 or someone saying how the voter files are put out

25 there -- or the -- yeah -- oh, I'm sorry -- ballot

1  file for ballot proofing, yeah.

2      Q.  You mentioned ballot proofing.  Again, help

3  me understand.  Does that -- so talking about

4  Plaintiff's Exhibit 8, are the contents of the files

5  described in Plaintiff's Exhibit 8 relevant to the

6  formatting of the ballot, the bulk update for the

7  electronic poll books or both?

8          MR. TYSON:  I'm going to object that we

9      lack foundation for where we are.  Has she

10     seen this document before?  Has she relied

11     on this document.  If we can lay some

12     foundation before we get into that.

13         MR. POWERS:  Sure.

14  BY MR. POWERS:

15     Q.  Yeah.  So Ms. Ledford, have you seen

16  Plaintiff's Exhibit 8 before?

17     A.  No.

18     Q.  Have you seen documents similar to

19  Plaintiff's Exhibit 8 before?

20     A.  No.

21     Q.  Who from the Gwinnett County Board of

22  Elections would have been receiving these kinds of

23  files from the Secretary?

24     A.  Kelvin Williams and Kristi Royston.

25     Q.  Got it.  So if communications were coming

Curling et al. v.          Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1  from the Secretary or from the Kennesaw Center for

2  Elections Services, they probably would have been

3  going to Kelvin or -- Kelvin Williams or Kristi

4  Royston?

5       A.  Well, they would not have been going to

6  them.  They would have been made aware that they were

7  out there and available for them to retrieve.

8       Q.  Are you familiar with the types of files

9  that are listed in Plaintiff's Exhibit 8?

10      A.  I know what they are talking about.  I've

11  never actually seen them.

12      Q.  Let's talk about -- let's turn to the second

13  page.

14          In particular, let's talk about the third

15  item listed here which I will call Cherokee County,

16  slash, express poll, slash, ED file, slash November

17  2016 general election dot zip.  Do you see that?

18      A.  Mm-hmm.

19      Q.  Do you see where it says that this is not a

20  file posted for each county?  This file is only

21  posted to those counties who produce the storage

22  media into the jurisdiction's express polls

23  themselves.  Counties that do this operation are

24  Fulton, Cobb, DeKalb, Gwinnett, Forsyth, Chatham,

25  Henry, Columbia, Clayton and Cherokee.

1          Do you see that?

2      A.   Yes.

3      Q.   Would you mind explaining to me in layman's

4   terms what this -- what this is in terms of producing

5   the storage media and loading it into the express

6   polls?

7      A.   No --

8          MR. TYSON:   Object again on foundation.

9      I don't think we've established that she

10     knows what this process is referring to

11     before you get into details of it.

12         MR. POWERS:   Yeah, no, that's fair.

13     Perhaps, we should go through some of these

14     and talk about them individually.

15  BY MR. POWERS:

16     Q.   Let's start with -- on the first page, the

17  very first one, Appling County, slash, proof, slash,

18  audio, slash, Appling audio.

19         Is that a file that Gwinnett County uses?

20     A.   Yes.

21     Q.   What is that file?

22     A.   It is the file that is used for the --

23  what's called the VWD, which is voters with

24  disability.   This is the ballot that has been

25  recorded for use with that piece of equipment.

1       Q.   That's something that Gwinnett County uses?

2       A.   Yes.

3       Q.   Let's move down one.

4            Do you see where Plaintiff's Exhibit 8 lists

5  the file Appling County, slash, proof, slash, ballot,

6  slash, 01, dash, Appling dot zip?

7       A.   Yes.

8       Q.   What is that file?

9       A.   That's the ballot proofing file.

10      Q.   Again, would you mind explaining in layman's

11 terms what the ballot proof is?

12      A.   Yes.   We actually print out every possible

13 ballot style within Gwinnett County and we ensure

14 that everything on that ballot is correct; that the

15 districts are correct, that the spelling is correct,

16 the titles are correct and the instructions for the

17 voter -- vote for one, vote for two -- we ensure all

18 that information is accurate.

19      Q.   Is that proof -- strike that.

20           Is that ballot proof just for paper ballots

21 or for the DRE machines as well?

22      A.   I don't know.   I can't remember.

23      Q.   Is that ballot proof for the DRE voting

24 machines?

25      A.   I don't know.

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD        6/24/2019

1       Q.   Turning back to the Appling County proof
2   ballot 01 Appling dot zip file, is that a file that
3   the Gwinnett County Board of Elections uses?
4       A.   Yes.
5       Q.   Let's skip down a little bit to the third
6   one from the bottom.  So we're skipping one.  The
7   file that says, Appling County, slash, express poll,
8   slash number list 001, in parenthesis 11-08-2016 dot
9   PDF?
10      A.   Mm-hmm.
11      Q.   What is that file?
12      A.   That's the number list of voters.  And what
13  that is is a list of people who voted at each
14  precinct, not in, you know, any kind of order, just
15  who voted.
16      Q.   Does Gwinnett County use that file?
17      A.   We do.
18      Q.   Let's turn back to the second page.  I guess
19  it would be right in the middle there.
20           Do you see the copy that -- strike that.
21           Do you see the file that's listed Clayton
22  County, slash, GEMS DB, slash, asterisk, asterisk,
23  asterisk dot GBF?
24      A.   Yes.
25      Q.   What is that file?

1          A.  I have no idea.

2          Q.  Moving to the second from the bottom, do you

3     see the file listed as Richmond County, slash, GEMS

4     DB, slash, 2 period GEMS instructions dot PDF?

5          A.  Yes.

6          Q.  What is that file?

7          A.  According to this, this is a manual on GEMS

8     operation.  I do not -- I have not seen that.

9          Q.  So considering Plaintiff's Exhibit 8 as a

10    whole, is it fair to say that several files are

11    listed in Plaintiff's Exhibit 8 that the Gwinnett

12    County Board of Elections uses?

13         A.  Yes.

14         Q.  Are these files that the Gwinnett County

15    Board of Elections received at some point from the

16    Kennesaw Center for Election Services?

17              MR. STEPHENS:  If you know.

18              THE WITNESS:  I just want to make sure

19         there was no objection to that one.

20              MR. TYSON:  You're fine.

21              THE WITNESS:  Yes.

22              MR. POWERS:  Perhaps, we can have the

23         court reporter read back the question.

24              (Whereupon, the record was read back as

25         follows:

1           Q.   Are these files that the Gwinnett

2      County Board of Elections received at some

3      point from the Kennesaw Center for Election

4      Services?)

5           THE WITNESS:   Yes.

6  BY MR. POWERS:

7      Q.   Were these files received from the FTP

8  server that Kennesaw Center for Election Services

9  used?

10     A.   I could not confirm that.

11     Q.   Ms. Ledford, do you currently still receive

12 many of the files that are listed in Plaintiff's

13 Exhibit 8?

14     A.   Correct, yes.

15     Q.   Whom do you currently receive the files

16 from?

17     A.   The Secretary of State's Office.

18     Q.   Do you receive those files in person through

19 the means -- strike that.

20          Remind me again how you receive the files

21 listed in Plaintiff's Exhibit 8 from the Georgia

22 Secretary of State's Office?

23     A.   I couldn't tell you how we receive all of

24 those.   I just know there are certain ones that --

25 they let us know they are ready.   We personally go

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

 1  down.  And we pick them up in a sealed container and
 2  unseal them once they are in our office.
 3       Q.  Thank you.
 4           All right.  Let's turn back to talking about
 5  absentee ballots.
 6           Running an absentee ballot program in a
 7  county the size of Gwinnett County is a complicated
 8  operation.  Would you agree?
 9       A.  Yes.
10       Q.  Many voters -- strike that.
11           Is it fair to say that there are many
12  absentee ballots cast in Gwinnett County elections?
13       A.  Yes.
14       Q.  Do you recall approximately how many
15  absentee ballots were cast in the November 2018
16  general election?
17       A.  Approximately 18,000.
18           MR. POWERS:  In fact, I'm handing you
19       what I'm marking for identification as
20       Plaintiff's Exhibit 9.
21           (Plaintiff's Exhibit 9 was marked for
22       identification.)
23  BY MR. POWERS:
24       Q.  Maybe we could just go through Plaintiff's
25  Exhibit 9 briefly.

1            First, what is Plaintiff's Exhibit 9?

2        A.   It is the certified election results from

3    the November 6, 2018 general election.

4        Q.   Could you explain briefly what the certified

5    general elections results are?

6        A.   Sure.  This is a listing of all the

7    candidates and issues that appeared on the ballot.

8    It gives you the name, the party, if it was a party

9    official.  It gives you the results of the polling

10   location from election day, absentee by mail,

11   absentee -- I'm sorry -- advanced voting in person

12   and then provisional ballots that were tabulated for

13   these races.

14       Q.   You anticipated my question.

15            So, yeah, if you wouldn't -- so in the

16   middle of the document, it looks like there are five

17   columns:  polling, ABM, AIP, AIP2, PRO -- P-R-O --

18   and total.

19            And if you wouldn't mind just taking me

20   through those columns and explaining what they mean.

21       A.   Sure.  Polling is the votes that were cast

22   at the polling location on election day exclusively.

23            Absentee by mail is all the absentee ballots

24   that were received in the office and tabulated.

25            AIP and AIP2 are advance in-person location.

1   That's broken down into two columns because the GEMS
2   server will only recognize 99 units for one vote
3   center and we have over a hundred.  So that's broken
4   down into two; nothing specific in either one of
5   those.
6          Provisional is the number of provisional
7   ballots that were cast and tabulated for those races.
8      Q.   Which of the columns listed in Plaintiff's
9   Exhibit 9 are cast on DRE voting machines?
10     A.   Polling, AIP1 and AIP2.
11     Q.   Is it fair to say that the ABM and PRO, or
12  provisional ballot columns, are cast using
13  hand-marked paper ballots?
14     A.   Correct.
15     Q.   I'd like to just briefly run through a
16  couple of the election totals starting with governor.
17         In particular in the governor's election in
18  2018, how many total votes did the three candidates
19  for governor receive?
20     A.   Individually you mean?
21     Q.   Yes.
22     A.   Okay.  Brian Kemp 132,998.  Stacey Abrams,
23  one thousand -- I'm sorry -- 178,097.  Metz 30,892.
24  And then 196 write-in votes.
25     Q.   Thank you.

1        A.   Mm-hmm.

2        Q.   Can you please do the same for the 2018

3   lieutenant governor's election in Gwinnett County?

4        A.   Yes.   Jeff Duncan 132,992.   Sarah Amico

5   170,229.   And then write-in votes 299.

6        Q.   Thank you.   And can you please do the same

7   for the 2018 Secretary of State election in Gwinnett

8   County?

9        A.   Yes.   Brad Raffensperger 130,813.   John

10   Barrow 172,213.   Duval 8,634.   And 127 write-ins.

11        Q.   Thank you.

12             Can you please do -- we're going to skip one

13   and if you could please do the same for me for the

14   commissioner of agriculture race in 2018 in Gwinnett

15   County.

16        A.   Yes.   Black 140,219.   Swan 168,343.   And 247

17   write-ins.

18        Q.   Thank you.

19             And then if we can turn to the next page, if

20   we could turn -- looking in the middle of the page,

21   if you wouldn't mind doing the same for me for the

22   commissioner of labor race in 2018 in Gwinnett

23   County.

24        A.   Butler 138,912.   Keatley 170,286.   One

25   hundred and fifty-two write-ins.

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1        Q.   Thank you.

2        A.   Mm-hmm.

3        Q.   All right.  Let's talk about absentee

4   ballots.

5             Would you mind taking me through, again,

6   from the beginning to the end, the process by which

7   paper ballots are designed, created and disseminated

8   to Gwinnett County voters?

9        A.   Yes.  They are created by the Secretary of

10   State's Office in conjunction with us providing the

11   local information.  They create it.  They send us the

12   ballot proof.  We proof it.  And then we receive a

13   file -- a file is credited.  We create and print --

14   don't create.  I apologize.  We print our own ballots

15   based on need and we mail them to the voters.

16        Q.   When you're creating the absentee ballot,

17   does -- strike that.

18             What role does the GEMS database play in

19   creating the ballot?

20        A.   I couldn't say from the Secretary of State's

21   Office.  We receive the ballot, we put it into it and

22   it aggravates the vote totals.

23        Q.   Is the Gwinnett County Board of Elections

24   proofing the GEMS database?

25        A.   Yes.

1       Q.   Describe to me that proofing process that
2   the GEMS database --
3       A.   The file that was described in Exhibit 8, we
4   receive that file.  And then we print out all of
5   those ballots and they are manually checked by two to
6   four people depending on the size of the ballot.
7       Q.   For the sake of the record, can you identify
8   the file in Plaintiff's Exhibit 8 that you're
9   referring to?
10      A.   No.  It's not me that does it, so...
11      Q.   Fair enough.  I wouldn't be able to identify
12  it either.
13           So then -- but it's your belief that it's
14  one of the files that is listed in Plaintiff's
15  Exhibit 8?
16      A.   I couldn't say that because I'm not familiar
17  with the file, so I don't want to speculate.
18      Q.   Who at the Gwinnett County Board of
19  Elections is proofing the database?
20      A.   Kristi Royston is the lead and then she
21  chooses the people that work with her on that.
22      Q.   Do you know how she goes about proofing?
23      A.   I don't.
24      Q.   You had mentioned -- strike that.
25           Does the proofing include the Spanish

1    language?

2         A.   It does.

3         Q.   Who is doing the proofing of the Spanish

4    language portion?

5         A.   Staff members, different ones.

6         Q.   Would the staff members have to know Spanish

7    to proof the Spanish language portion of the --

8         A.   Yes.

9         Q.   Remind me again, so once you've gotten the

10   proof back from the secretary, what happens next?

11        A.   Well, we go through.  We have them make any

12   corrections if there are any.  We reproof, so we may

13   proof one ballot several times depending on what the

14   errors or corrections need to be.

15             Once everything is in order, then we sign

16   off on that ballot.  And that lets them know that

17   everything is good to go for that ballot.

18        Q.   When this proofing takes place, is it a

19   separate process for absentee ballots and the ballot

20   that's displayed on DRE machines or is it the same

21   thing?

22        A.   I don't know.

23        Q.   Does Kristi Royston conduct the proofing

24   process to see that only the voters casting ballots

25   on DRE machines can -- strike that.

1           Does Kristi Royston proof the ballot that
2  appears on DRE voting machines to ensure that voters
3  can vote only for the contest that they are eligible
4  to vote for?
5       A.   I'm not really -- I'm a little confused.
6           MR. STEPHENS:  You may need to restate
7       the question.
8           MR. POWERS:  So let's take for
9       example -- I'm going mark this as
10       Plaintiff's Exhibit 10.
11           (Plaintiff's Exhibit 10 was marked for
12       identification.)
13  BY MR. POWERS:
14       Q.   Ms. Ledford, what is Plaintiff's Exhibit 10?
15       A.   This is the election summary report for the
16  presidential preference primary from March 1st of
17  2016.
18       Q.   How many contests are on the election
19  summary report for the presidential preference
20  primary?
21       A.   Two.
22       Q.   What contests are those?
23       A.   Republican presidential potential candidates
24  and Democratic presidential potential candidates.
25       Q.   Were there any other presidential elections

1  or contests on the ballot on March 1st, 2016?

2       A.   No.

3       Q.   Will Gwinnett County be conducting a

4  presidential preference primary on March 24, 2020?

5       A.   Yes.

6       Q.   And will there be -- strike that.

7            For the March 24, 2020 presidential primary,

8  will the Republican and Democratic primaries be on

9  the ballot?

10      A.   Yes.

11      Q.   For president?

12      A.   Yes.

13      Q.   Will any other races be on the ballot?

14      A.   Not to my knowledge, but that's a special

15  election date, so it's possible that other things can

16  appear on that ballot.

17      Q.   Say Kristi Royston is proofing the ballot

18  for a presidential preference primary, is she

19  proofing the ballot to ensure, for example, that

20  voters casting ballots on DRE machines in a

21  Republican primary election will only see the

22  Republican candidates on their ballot and not

23  Democratic candidates?

24      A.   Yes.

25      Q.   How would she go about doing that?

1      A.   I don't know her procedure for that.

2      Q.   Similarly, for any primary elections, she

3  would proof the ballots and make sure that voters

4  casting a ballot in a particular party's primary

5  would only see candidates for that party's primary?

6      A.   Yes.

7      Q.   Now, let's talk about some of the logistics

8  related to the printing of the paper ballots.

9           You decide how many paper absentee ballots

10 to print for a particular election?

11     A.   We don't preprint.  It's based on need.  So

12 if we get in 25 applications that day, we print out

13 those 25 ballots and mail those.

14     Q.   Let's consider provisional ballots.

15          How do you decide how many provisional

16 ballots to print for a particular election?

17     A.   Based on history and anticipation of the

18 election.  So it varies.  It could be 1.5 percent.

19 It could be one percent of the total active

20 registered voters for a polling location.

21     Q.   How do you disperse those provisional

22 ballots between, for example, different early voting

23 locations?

24     A.   Well, early voting is a little different.

25 Early voting gets a standard number.  They get, for

1   instance, five of every ballot style.  Now, sometimes
2   it may only be two.  It may be 10.  It depends on the
3   elections that we're having, but they get every
4   ballot style because any voter in the county can go
5   to one of our satellite locations.
6        Q.  Mm-hmm.  Roughly -- strike that.
7            Do you have a sense of how many provisional
8   ballots the early voting location centers might
9   receive?
10       A.  No.
11       Q.  Now, let's turn to election day.
12           How many provisional ballots will be sent to
13  particular polling places?
14       A.  Again, it depends.  It's whatever the
15  election is and what we feel the anticipation is.  It
16  could be one percent.  It could be three percent.
17  There's no -- there's no -- it's kind of a sliding
18  scale depending, again, on the election itself.
19       Q.  Has there ever been a situation in which a
20  polling place has run out of provisional ballots?
21       A.  No.
22       Q.  How much does it cost to print paper
23  ballots?
24       A.  It's 55 cents per page.
25       Q.  How long does it take for the printer to

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD        6/24/2019

1    turn around a print order once you give it to them?

2        A.   I don't know.

3        Q.   Does the price of printing paper ballots

4    depend on the type of printer that's used?

5        A.   No.   We have Ballot On Demand.   We have our

6    own printers and it's 55 cents a page regardless.

7        Q.   Got it.   So for Ballot On Demand printers,

8    the cost is 55 cents per page?

9        A.   Correct.

10       Q.   Do you know what the cost per page is on

11   other types of printers?

12       A.   You're talking from other vendors?

13       Q.   (Counsel nods head affirmatively.)

14       A.   No.   I don't remember.

15       Q.   Let's consider the whole absentee ballot

16   process sort of from the beginning.

17            How long in advance do you need to know what

18   the ballot style is to be able to get them printed in

19   time to conduct the absentee ballot process?

20       A.   I'm sorry.   Can you say that question again?

21       Q.   Sure.   I'll say it a little more simply.

22            How long before an election do you need to

23   start preparing for the absentee balloting process?

24       A.   Well, we vote -- whatever the beginning

25   deadline is for that because we have -- depending on

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  the type of ballot, the -- a voter can request a
2  ballot 180 days prior to election and by law we have
3  to start issuing 40 to 45 days depending upon when
4  you can get the ballot ready.

5         So we would need to have it a couple of
6  weeks -- have it ready to go a couple of weeks prior
7  to that so that we would have a chance to get it
8  loaded and, like you said, to start printing the
9  provisional ballots as well.

10     Q.   So let's --

11     A.   Six weeks before election.

12     Q.   Let's take, for example, the upcoming March
13  presidential primary.

14     A.   Mm-hmm.

15     Q.   If an election -- if the election day itself
16  is March 24th, you would need six weeks before that
17  to start preparing?

18     A.   Minimum.

19     Q.   I think we've touched on this a little bit
20  already, but could you help explain to me how the
21  Gwinnett County Board of Elections ensures that when
22  a voter requests an absentee ballot, that the right
23  ballot style is sent to him or her.

24     A.   Well, with Ballot On Demand, it works with
25  the election net system.  And so the staff during the

1  day will go in and enter everyone who has requested a

2  ballot.  They would enter any edits that go with that

3  ballot, meaning over 75 military -- you know,

4  disabled.

5          And at some point during the day, they take

6  that file and they load it into the ballot printing

7  file.  And because it's coming directly from ENet,

8  that knows what ballot style to print for that voter

9  and it even prints out with the voter's name on the

10 stub at the top so that when staff members start

11 putting that ballot packet together, they know that

12 they've got John Brown's absentee application, then

13 they have John Brown's ballots and John Brown's

14 labels for his ballot packet.

15     Q.  Have you found this process to be effective

16 in terms of making sure that voters are getting the

17 right ballot?

18     A.  Yes.  It's been much more efficient than the

19 way that we did it previously.

20     Q.  Do you know what the error rate is with

21 respect to voters receiving the wrong ballot style in

22 their paper absentee form?

23     A.  I would have to say it's very minimum --

24 very, very minimal because I don't get complaints

25 about that usually.

1       Q.  Could you describe in a little bit more

2   detail for me how the Ballot On Demand system

3   interacts with ENet?

4       A.  I really can't.  I'm not the tech person in

5   that.  I know -- I'm the user, so I know it goes from

6   here to there, but I don't know the process itself

7   because I've never been a part of that.  I've seen

8   it, but I've never actually done it.

9       Q.  Sure.  And who kind of takes the lead on the

10  tech side in terms of that process?

11      A.  Our voter registration team.

12      Q.  Mm-hmm.  And remind me again who leads the

13  voter registration team?

14      A.  Well, you haven't heard that name.  It's

15  Shantell Black.

16          MR. POWERS:  All right.  Well, perhaps,

17      now would be an okay time to break for

18      lunch.

19          THE WITNESS:  Oh, sure.

20          MR. POWERS:  Go off the record.

21          (Recess from 12:04 p.m. to 1:04 p.m.)

22  BY MR. POWERS:

23      Q.  Before the break, Ms. Ledford, we were

24  talking about the DRE machines and the testing that

25  was done.  And you mentioned that the Gwinnett County

1   Board of Elections tests all the voting machines; is

2   that correct?

3       A.   The ones that are going to be used.

4       Q.   On election day and during early voting?

5       A.   Yes.

6       Q.   The testing of the DRE machines is

7   documented by your office; is that correct?

8       A.   Yes.

9       Q.   Roughly speaking, how long does it take to

10   test a DRE machine?

11       A.   Depends on the length of the ballot.  It's

12   takes anywhere from half a minute to a minute to

13   maybe five or six.

14           Now that we have a Spanish language, it

15   takes a little bit longer.  It just depends on the

16   length of the ballot.  It depends on the person

17   that's doing the testing, you know, how quick they

18   are and different factors.

19       Q.   Mm-hmm.  So with the Spanish language now on

20   the ballots, is that range of a minute to five

21   minutes, roughly speaking, increased or --

22       A.   Yeah because it's double.  Because whatever

23   you do in English, you then have to turn around and

24   do in Spanish.  It takes us on average four to five

25   weeks to do all of our testing.

1       Q.   Four to five weeks?

2       A.   Mm-hmm.

3       Q.   How many employees are you involved in the

4  -- strike that.

5            How many employees are part of the testing

6  of those machines during the four- to five-week

7  period?

8       A.   Again, it depends on the number that we're

9  doing.  Usually, it's a minimum of seven to eight

10 with a maximum of up to 20 to 25.

11      Q.   How many times has -- strike that.

12           Are you aware of any instances in which the

13 logic and accuracy testing caught any errors or

14 mistakes on the DRE machines?

15      A.   No.

16      Q.   If the logic and accuracy testing had caught

17 any errors or mistakes on the DRE machines, would you

18 have been made aware of that?

19      A.   Yes.

20      Q.   Well, do you test the optical scanner in any

21 way as part of the logic and accuracy testing of the

22 DRE machines?

23      A.   Yes.  I think we discussed that earlier.

24 Yes.

25      Q.   From the beginning of the process, what is

1    the chain of custody for the voting machines as

2    they're brought out of storage and tested and put

3    into the polling places?

4         A.   They -- there is a form.  And whoever

5    receives it at the polling location signs that chain

6    of custody.  They get a copy and then we bring a copy

7    back for our records.

8         Q.   Are there county employees at the individual

9    or early voting locations and polling places who

10   receive the DRE machines or does it tend to be

11   individuals working at, say, the local library or the

12   school --

13        A.   It's whoever the contact at the facility is,

14   yeah.

15        Q.   So let's take a hypothetical where a voting

16   machine is tested and is being sent to an elementary

17   school.

18             Is it generally the policy that the Board of

19   Elections is responsible for delivering the voting

20   machines to the elementary school?

21        A.   Correct.

22        Q.   And then an employee or point of contact

23   with the elementary school would sign a form with the

24   county official who's delivering the machine to say,

25   I'm receiving the DRE machine and taking custody of

1   it?

2        A.   Correct.

3        Q.   How far in advance of the election would

4   this change chain of custody occur?

5        A.   We start delivering the Wednesday prior to

6   the election and we finish up on Monday.

7        Q.   Tell me about the time frame for delivering

8   DRE machines to early voting locations.

9        A.   Those are delivered on the Saturday before

10  they start because -- or Friday or Saturday depending

11  on whether they are starting on Saturday or Sunday.

12       Q.   Tell me about the chain of custody with

13  respect to the memory cards that are eventually

14  inserted into the DRE machines.

15       A.   Well, that -- the machine -- it's already in

16  the machines when they are delivered.  When we do the

17  L&A testing, they are put in there at that time and

18  they are sealed.  And then it gets delivered.  The

19  poll workers don't insert that; that's already done.

20       Q.   Got it.  Make sure I understand it

21  correctly.

22            Going back to our hypothetical with

23  delivering the voting machines to the elementary

24  school, is it fair to say it's the policy of the

25  Gwinnett Board of Elections when voting machines are

Case 1:17-cv-02989-AT   Document 471   Filed 07/10/19   Page 93 of 204

Page 92
Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  delivered to the elementary school, that the memory

2  cards are actually inserted in the voting machines at

3  the time of delivery?

4       A.   No.   They are inserted during L&A testing.

5  That's what you're testing is that memory card.   So

6  once the testing has been completed, then the unit is

7  sealed with a number seal.

8            The side door is closed and locked and then

9  the unit itself is sealed with a number seal.

10      Q.   And remind me again.   Is that logic and --

11  L&A testing, does that L&A testing occur before the

12  DRE machines are delivered to the elementary school

13  or after they are received by the folks at the

14  elementary school?

15      A.   No.   All the L&A is done prior to the

16  delivery of the equipment.

17      Q.   Got it.   So let me make sure I understand

18  this right.

19            When the voting machines are received at the

20  elementary school, are the memory cards in the DRE

21  machines at that time?

22      A.   Yes.

23      Q.   Would that be true both for machines that

24  are used for early voting and for DRE machines that

25  are used on election day?

1      A.   Yes.

2      Q.   When is the next stage in the process, once

3  the machines are delivered, at which point the Board

4  of Elections or any election official or poll worker

5  is involved, again, with respect to getting the DRE

6  machines ready or tested?

7      A.   Well, everything is already tested prior to

8  that.  So at six o'clock on election morning, they

9  open up the machines and it automatically runs their

10 zero tape.  And that lets them know that starting on

11 that day there have been no votes cast on that unit.

12     Q.   Is --

13          (Witness conferring with counsel.)

14          MR. POWERS:  I'm sorry.

15          THE WITNESS:  I'm sorry.

16          MR. POWERS:  You want to take a second?

17          (Discussion ensued off the record.)

18 BY MR. POWERS:

19     Q.   So to go back to the hypothetical we were

20 talking about before, the voting machines have been

21 received by the elementary school sometime between

22 the Wednesday and the Monday before election day?

23     A.   Mm-hmm.

24     Q.   And is it fair to say that there's no

25 further testing on the DRE machines or the memory

1  cards between when they arrive at the polling site

2  and when election day opens or before election day

3  opens at around 6:00 a.m.?

4      A.   Correct.

5      Q.   Now, let's talk about what happens with the

6  DRE machines after the election is over.

7           Can you please take me through what happens

8  after the polls close and -- strike that.

9           Let's -- if you wouldn't mind just telling

10  me what happens with the DRE machines once the polls

11  close on election day.

12      A.   Once they close, the poll workers insert a

13  supervisor card and they do a code.  And that causes

14  the unit to start printing out the election results.

15           And each unit prints out three results.

16  While that's going on simultaneously, numbers are

17  being taken off the express poll.

18           Everything has a recap sheet.  There's a DRE

19  recap sheet where the information is record.  There's

20  an express poll recap sheet where everything is

21  recorded.

22           When that's done, they will pack all of that

23  up.  The memory cards are taken out of each unit.

24  They are put into a sealed bag.  The sealed bag along

25  with some other items are brought back to the

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  Elections Office on election night and there they are

2  unsealed.

3       Q.   What happens after they are unsealed?

4       A.   That's done at the main office and that's

5  when we start downloading the election results and

6  aggregating it into the GEMS server.

7       Q.   Ms. Ledford, I'm handing back to you what we

8  previously marked for identification as Plaintiff's

9  Exhibit 3.

10      A.   Mm-hmm.

11      Q.   And what is Plaintiff's Exhibit 3?

12      A.   It's the number of provisional ballots that

13  were tabulated for the November 6, 2018 general

14  election.

15      Q.   And does it say -- sorry.

16           Does Plaintiff's Exhibit 3 say how many of

17  those provisional ballots were counted and partially

18  counted and not counted?

19      A.   Correct.

20      Q.   How many provisional ballots were not

21  counted in the November 2018 election in Gwinnett

22  County?

23      A.   Five hundred and sixty-four.

24      Q.   How many were partially counted?

25      A.   One thousand seven hundred eighty-five.

1      Q.  And how many were -- strike that.

2          How many provisional ballots were completely

3   counted in Gwinnett County in the November 2018

4   election?

5      A.  Four hundred thirty-one.

6      Q.  Thank you.

7          Ms. Ledford, are all of these provisional

8   ballots hand-marked paper ballots?

9      A.  Correct.

10     Q.  And they are counted using optical scanners?

11     A.  Correct.

12     Q.  Ms. Ledford, does Gwinnett County have an

13  intake process with respect to receiving election

14  complaints from voters?

15     A.  Yes.

16     Q.  Could you please describe it to me?

17     A.  It's actually one of the exhibits we

18  provided to you.  At all of our polling locations we

19  provide comments and concerns forms.  And that allows

20  the voters to get information directly to us.

21     Q.  Is that Plaintiff's Exhibit 4?

22     A.  Yes.

23     Q.  Could you please take me through the --

24  well, strike that.

25          Does Plaintiff's Exhibit 4 consist of

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  individual voter complaint intake forms filled up by
2  voters that -- sorry -- strike that.
3          Plaintiff's Exhibit 4 consists of voter
4  complaint intake forms from the November 2018
5  election?
6      A.  Yes.
7      Q.  Are these forms made available at all
8  polling places and early voting locations in Gwinnett
9  County?
10      A.  Yes.
11      Q.  What are the circumstances in which a voter
12  complaint intake form might be filled out?
13      A.  Anytime they feel like anything was not
14  handled appropriately.  If they feel like there was a
15  problem with their voting machine, if they felt there
16  was a problem with an absentee ballot.  Some people
17  don't like having to cast a provisional ballot.
18          It's just a myriad of any -- a lot of times
19  misinformation that a citizen has received.  They'll
20  go to a polling place.  It confuses them.  So then
21  they write a letter and provide this information.
22  And, of course, then we give them the information
23  they need, so they understand.  So it's all over the
24  place.
25      Q.  Is it the policy of the Gwinnett County

1  Board of Elections to respond --

2      A.   It is.

3      Q.   -- to each voter's complaint?

4      A.   Yes.

5      Q.   Why don't we go through some of the

6  individual --

7           (Witness confers with counsel.)

8           MR. STEPHENS:  We see that there needs

9      to be a further redaction of that exhibit to

10     comply with statutory requirements.  So

11     maybe at the end of this deposition we can

12     do that.

13          MR. POWERS:  That works for us and,

14     well -- what is the category of information

15     that we need to be redacting?

16          MR. STEPHENS:  Phone numbers and --

17          THE WITNESS:  Some of them have E-mail

18     addresses?

19          MR. POWERS:  Phone numbers and E-mail

20     addresses?

21          MR. STEPHENS:  Yes.

22          MR. POWERS:  Is it okay if we proceed

23     with questioning of the document that will

24     not involve any personal identifiable

25     information?

1        MR. STEPHENS:  Yes, sir.

2        MR. POWERS:  Great.  And, I think,

3     redacting the pieces of information

4     afterwards is fine.

5        MR. STEPHENS:  All right.

6  BY MR. POWERS:

7     Q.  I should have asked.  Does the Gwinnett

8  County Board of Elections also have an E-mail address

9  which voters sometimes E-mail with complaints?

10     A.  Not specifically.  We have several different

11  E-mail addresses and various things will come through

12  all of those but not one specifically for complaints.

13        The form itself is on the website and it has

14  the information about scanning it back to -- I think

15  it's the voterregistration@GwinnettCounty.com.  So

16  they'll scan those back in, but we don't usually get

17  just a straight complaint through the E-mail address.

18     Q.  Got it.

19        To make sure I understand it correctly,

20  voters will take these voter complaint forms like

21  those in Plaintiff's Exhibit 4 with them from the

22  polling place.  After they vote, they fill them out

23  and then they return them essentially per the

24  instructions on the form.

25     A.  Correct.  And it's also on the website.  So

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  sometimes they'll do that because they can actually
2  type the information in rather than handwriting it.
3      Q.  Got it.
4          So if you wouldn't mind taking me through
5  the individual voter complaints that you provided in
6  Plaintiff's Exhibit 4, again, not providing any of
7  the personally identifiable contact information but
8  providing the name of the voter and the type of
9  problem that they experienced and, perhaps, starting
10 with the first page of Plaintiff's Exhibit 4.
11     A.  You said you wanted the voter's name?
12     Q.  Yes.
13     A.  Maury -- something -- Johnson Mike.  I can't
14 read their handwriting.
15         This particular voter stated that prior to
16 her casting her ballot, when she was looking at her
17 summary screen, that the card popped out and she did
18 not get to push the "cast ballot" button.
19     Q.  Thank you.
20         Could you explain to me what that means in
21 terms of it popping out and -- yeah, let's start with
22 that.
23     A.  Well, usually, what we have found that it
24 means is that the voter did accidentally get close to
25 or touched the "cast ballot" button without realizing

1   it because some of those machines are very sensitive.

2   Just like your cell phone, you can just hover your

3   figure over it and it'll do it.  So that is what we

4   found out with most of those.

5        Q.  Let's take it back a step.

6            So what kind of -- what is the nature of the

7   complaint like this with respect to why does it pop

8   back out?  Is it because the voter --

9        A.  Because the "cast ballot" button was touched

10  and that means it record the vote.

11       Q.  Got it.  Make sure I understand this

12  correctly.

13       A.  Sure.

14       Q.  The voter has hit some selections, the

15  screen pops up and then the vote goes through without

16  the voter having an opportunity to review it?

17       A.  I'm not going to say that because I don't

18  know that's the case.

19            I know the voter has it in front of them.

20  If they lay their hand down or get anywhere near

21  that, it will cause it to cast the ballot.  So that's

22  a voter issue not a machine issue.

23       Q.  Fair enough.

24            How did you find out that hovering your

25  finger over the touch screen causes the ballot to be

1   cast?

2        A.   Because I've been doing these machines since

3   2002.  It's through experience.  It's not any

4   testing.  It's not any super-secret squirrel mission

5   that we did.  It's through use of the equipment.

6   That's one of the things that we noticed.  It's not

7   very often, but it does happen on these machines.

8        Q.   Has these issues occurred in elections prior

9   to 2018?

10        A.   I'm sure it has.  I just don't think it's

11   been significant because we don't get a lot of those

12   kinds of complaints.  They are very, very few.

13        Q.   Mm-hmm.  Got it.

14             But you -- do you recall receiving

15   complaints about this issue in elections prior to

16   2018?

17        A.   I'm sure I have because it's -- you know,

18   there's just a series of complaints that you get and

19   this is just one of the types of complaints that we

20   have gotten.  But, again, very, very few and far

21   between for that particular type.

22        Q.   Mm-hmm.  And say that situation occurs for

23   whatever reason a voter -- say, I'm a voter and I

24   typed in one of my selections wrong and I cast the

25   ballot and I'm like, oh, I made a mistake, is there

1    anything that can be done to allow that voter to --
2    allow me to recast the ballot or once it's in, it's
3    in?
4         A.   Once it's cast, it's cast.   There's no way
5    to retrieve a ballot.
6         Q.   There's no way to retrieve a ballot on the
7    DRE machine?
8         A.   Yeah because it's randomized.   We wouldn't
9    have any idea which ballot was that voters.
10        Q.   Got it.   Perhaps we could flip to the second
11   page of Plaintiff's Exhibit 4.
12        A.   Sure.   When I touch a candidate on the right
13   side of the screen, it selects another candidate.
14   The right side of the screen is faulty on the third
15   to the last machine on the right side of the front
16   section of the voting booth.   The machine made a
17   selection for me.
18        Q.   What is the name of the voter?
19        A.   Oh, Archel Bernard.
20        Q.   Is essentially what Mr. Bernard saying is
21   that he tried to vote for candidate X and instead
22   candidate Y's name lights up as having been selected?
23        A.   Mm-hmm.   I think so, yes.
24        Q.   How does that kind of problem occur?
25        A.   I have no idea because I don't know --

Curling et al. v.        Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1  without being there, I don't know if the voter
2  touched something.  If he had a big finger and put
3  his whole finger down and it registered one instead
4  of the other.  I don't know if he had something on
5  him that touched the screen.

6         You know, without having been there, we
7  don't know.  And that's, you know, another reason why
8  you have that review screen at the end, so if
9  something is incorrect, they can go back and correct
10 it before they cast their ballot.  Like I said, it
11 would be pure speculation to guess that was what
12 caused that.

13     Q.  Has this kind of issue cropped up in
14 elections before the November 2018 election?

15     A.  Usually only in general elections when
16 there's parties involved --

17     Q.  And --

18     A.  -- which lead you to believe it's a voter
19 issue not a machine issue.

20     Q.  Mm-hmm.  Are you aware of any instances in
21 which you or a poll worker has seen this issue occur
22 where you tap one candidate's name and then a
23 different candidate's name lights up?

24     A.  I have never seen it.  I assume the poll
25 officials have since they are in the field with the

Curling et al. v.          Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1  voters.  And if we get those phone calls, usually
2  that's what we determine is we will have them walk
3  the voter back through what they did.  And oftentimes
4  it was -- like I said, something touched or whatever.
5  It didn't flip the vote.
6       Q.  Just to make sure I understand, so poll
7  officials have called in to the Board of Elections
8  and said, Hey, I'm having an issue with a voter and a
9  machine where ballot flipping is occurring?
10       A.  No.  They don't use the word "ballot
11  flipping" because that's not what it is.
12       Q.  Sorry, sorry.  My words.
13       A.  Something is different with the machine and
14  we can't tell if it's the voter or the machine.  And
15  what we usually find out is it's the voter and not
16  the machine.
17       Q.  Got it.  Thank you.
18       A.  Just make sure you get that correct.
19       Q.  I appreciate that.
20           So have there been at least some instances
21  where the issue was not the voter?
22       A.  Not to my knowledge.
23       Q.  Could we please turn to the third page of
24  Plaintiff's Exhibit 4?
25       A.  Cassandra Smith.

1       Q.   What is the nature of Cassandra Smith's
2   complaint?
3       A.   Hers is similar to the first one, that she
4   was on her voting summary screen and the card popped
5   out before she intended for it to.
6       Q.   So this is the same problem where the voter
7   is saying that --
8       A.   It is.
9       Q.   The voter is saying that the vote ended up
10  getting cast without her --
11      A.   -- touching a ballot.
12      Q.   -- initiating it?
13      A.   Yes.
14      Q.   Let's turn to the next page.
15      A.   Patrice Tillman.  This is where she said
16  she's touching the Democratic candidate, but the
17  Republican's name came up instead.  And she was shown
18  how to unselect and reselect the vote.
19          And that was like very similar to what we
20  see all the time.  And because the Democratic
21  candidate is below the Republican candidate, when you
22  go to touch it, if you're a female and you have a
23  long fingernail or you don't press it in the right
24  spot, it will pick up whichever one it reads the most
25  of.  So it would have picked up the Republican

1   candidate.

2         Q.  Got it.

3             The fat finger issue?

4         A.  Yes.

5         Q.  Mm-hmm.  Could we turn to the next page of

6   Plaintiff's Exhibit 4?

7         A.  James Lamb.  Similar issue to the first --

8   the first one where he was on his summary screen and

9   he says that it cast the vote.  He saw the -- what's

10  he calling it -- the sand timer, the timer thing.  I

11  can't think of what it's called.

12            MR. STEPHENS:  The hourglass?

13            THE WITNESS:  The hourglass.  I'm sorry.

14  BY MR. POWERS:

15        Q.  If you wouldn't mind taking me through --

16  was it Mr. Lamb's --

17        A.  Yes.

18        Q.  -- complaint and how an hourglass would show

19  up?

20        A.  When you touch the screen, just like you do

21  on your computer, as it's going through thinking, it

22  has an hourglass and it just rotates.  It doesn't do

23  anything.  It's just there to show you that it's

24  thinking.

25            And so he saw the hourglass come up and

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  thought that he still had time.  But in actuality, he
2  probably had already touched "cast ballot" at that
3  point one way or the other, whether accidentally or
4  on purpose.
5       Q.  Do these machines, DRE machines ever freeze?
6       A.  Yes.
7       Q.  Under what circumstances does a DRE machine
8  freeze?
9       A.  I couldn't tell you.  It's random.  There's
10  no -- there's not anything special.  It's just from
11  time to time, it's pieces of electronic equipment and
12  it will freeze up.
13       Q.  Can a DRE machine freeze while a voter is in
14  the course of making selections?
15       A.  Yes.
16       Q.  What's the procedure that Gwinnett County
17  uses in the event a DRE machine freezes while a voter
18  is making selection?
19       A.  They will turn the machine off and turn it
20  back on because that's how the card pops out.  And
21  then they can look and see if there were any votes --
22  you know, if the voter cast their ballot, which
23  usually if it's frozen, it has not happened, in which
24  case they will be issued a second card.
25           They'll work with that machine.  You know,

1  they'll do a couple of things.  And if it does not
2  come back up -- or correctly, then they close that
3  machine down and it's not used the rest of the day.
4      Q.  Got it.
5          Could it happen that a machine freezes while
6  the voter is maybe almost finished casting the ballot
7  and then during the restarting process the vote is
8  actually cast and goes through?
9      A.  Not to my knowledge.
10     Q.  Could we please turn to the next page of
11  Exhibit 4?
12     A.  Rebecca Duncan.  Same thing, machine casted
13  my ballot while I was reviewing my ballot.
14     Q.  Got it.
15         So this is the same as some of the
16  complaints we've seen before.
17         And what about the next complaint?
18     A.  Melody Jordan.  And she voted -- voted no --
19  let's see.  Voted no -- she was having a problem with
20  one of the amendment questions.  She said she was
21  voting on the issue.  She was told to push summary
22  and it closed the voting machine down which meant
23  that it cast her ballot.
24         I have no idea if my ballot will be counted.
25  The machine was closed down so no one else would have

1  to experience the total disappointment.

2      Q.  So does that mean that the machine was taken

3  offline and no longer used afterwards?

4      A.  Correct.  And there may not have been

5  anything wrong with it.  It's just what the poll

6  official decided to do based on this.  I don't know,

7  so...

8      Q.  Great.  You can turn to the next page.

9      A.  Sue Nash.  Same thing, it's on the summary

10  screen and it cast her ballot.

11      Q.  Can we turn to the next page?

12      A.  Mm-hmm.  I can't read this one.  This one

13  sounds like a bad memory card.  It said -- this is

14  from the poll official talking about a voter and said

15  When they put the card in, it came out and said it

16  was invalid.  The count showed that the voter had not

17  cast their ballot, so they were reissued another

18  ballot and they voted on another machine.

19      Q.  Can you help explain what happened with the

20  memory card?  Was it a Ms. Lewis -- was it then --

21  what's the name of the poll worker?

22      A.  Yes.  Occasionally, you will have a memory

23  card -- a memory card?  I apologize -- a voter access

24  card that has the little chip on it just like your

25  credit card does.  And if that gets very, very

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD        6/24/2019

1   dirty -- we try to get them to wipe them off multiple
2   times throughout the day, but there could be just
3   something has gone bad with that card.

4          And, oftentimes, if you put that in a
5   machine, it will come and tell you it's invalid.  And
6   so when that happens, it won't cast a ballot.  So the
7   voter has to be issued a second card.  And sometimes
8   they'll vote on the same machine and sometimes they
9   want to go to a different machine.  It's totally up
10  to a voter.

11         Q.  How does the poll worker ascertain in a
12  situation like that, whether or not a vote was
13  actually cast?

14         A.  They have to stop voting.  And they go
15  around and take a count off of each of the machines.
16  And then they take a count of the number list of
17  voters off of the express poll and they match those
18  numbers up.  If they are one less or one over, then
19  they determine the voter either did or did not cast
20  that ballot.

21         Q.  That seems like a -- strike that.

22         So if we're at a polling place where there's
23  a lot of machines, am I getting it right, that you
24  have to take -- or stop voting at all of the other
25  machines and essentially count all of the ballots

1   that have been cast at the precinct that day?

2        A.   The number, yes.  And they have to do that

3   on -- hourly anyway.  And so it's not like they have

4   to start -- you know, if someone casts that -- if

5   that happens at five o'clock in the afternoon,

6   they're really just reconciling from their four

7   o'clock number on, not all throughout the day.

8        Q.   Got it.  Got it.

9             That process -- strike that.

10             How often does that happen on a given

11   election?

12        A.   I couldn't tell you.  Sometimes we know

13   about it and sometimes we don't.  So we don't know.

14        Q.   Mm-hmm.  What is the Gwinnett County Board

15   of Elections' retention policy with respect to

16   complaint intake forms?

17        A.   Two years, 24 months.  And there's no --

18   that is just a county thing because we keep

19   everything 24 months by law, so we just include that

20   in that.

21        Q.   So if there were complaint intake forms from

22   prior elections, say the November 2016 election, that

23   would have been disposed of 24 months after they had

24   been received?

25        A.   Correct.

Curling et al. v.         Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1        Q.   Have you received similar complaints about
2   DRE voting machines and elections prior to 2018?
3        A.   Yes.
4        Q.   What kind of investigation do you do to try
5   to figure out what the -- what the problems were and
6   what can be done about it?
7        A.   Well, if the machine does not continue to
8   have problems, there's nothing to investigate.  We
9   have no way of doing forensics on machines and that's
10  not our job.
11           If another voter -- and the poll officials
12  pay attention.  If another voter has a problem with
13  the same machine, then they'll call us and say, Hey,
14  we've got this.  And we would take that out of
15  service.  We wouldn't allow it to be used the rest of
16  the day.
17       Q.   You mentioned that the County doesn't have
18  an ability to conduct a forensic analysis of the
19  machines?
20       A.   Correct.
21       Q.   Have you had any situations where you
22  thought a forensic analysis of a particular machine
23  might be necessary?
24       A.   No.  If we take a machine out of service and
25  we get it back, it gets a ticket put on it and it

1  goes straight back to the vender.  And they look at
2  it.  If there's anything wrong with it, they fix it,
3  correct it, retest it.
4        It comes back.  It gets tested by Ken --
5  well, it used to be Kennesaw State, now the State.
6  It gets recertified and then gets sent back to the
7  County.
8     Q.  Got it.  And how frequently do you send
9  machines back to the vendor?
10     A.  We send them every year, but the number is
11  relatively low.  Maybe 10, if it's that many.
12     Q.  Did you send roughly 10 machines back to the
13  vendor after the 2018 election?
14     A.  I don't know.
15     Q.  Could would you say 10 is a relatively
16  typical number --
17     A.  Ten or less, yes.
18     Q.  Who is the vendor that you're sending the
19  machines to for maintenance?
20     A.  ES&S.
21     Q.  When you send a machine to ES&S, do they
22  send you back the same machine or do they send you a
23  new one?
24     A.  It depends.  Ninety-nine point nine percent
25  of the time, it's the same machine because it's

1   usually not a critical error.  It's -- you know,

2   sometimes the batteries just need replacing.

3   Although it still may show 98 or 50 percent or

4   whatever, sometimes the battery on those will just

5   completely die.  And we don't replace the batteries;

6   they do that.

7          We try to do that on a routine basis, but,

8   occasionally, you will have -- just like we said,

9   with the memory card battery, you'll have a battery

10  there that might have something wrong with it.

11         But usually we get back the same -- I only

12  know of maybe -- maybe two or three times that

13  they've actually replaced a machine.  It's usually

14  just something very minor that they can correct with

15  the machine itself.

16      Q.  In the two or three times that they have

17  replaced the machine, has the vender ES&S ever told

18  you why they replaced that?

19      A.  Well, usually, that's not -- the screen died

20  or it gets -- has like wavy lines on it.  So they

21  have to replace those -- those -- that's why I said.

22  It's not ever anything critical.  It's always

23  something along that magnitude.  There's not a

24  disconnect in the wiring or something like that.

25      Q.  You mentioned the batteries sometimes die on

1  the DRE voting machines?

2       A.   Mm-hmm, even though they are charged every

3  three months.  Yes.

4       Q.   This is probably a dumb question, but who

5  does the charging of the DRE machines?

6       A.   The prep center staff which is Kelvin,

7  Demond and Tiffany.

8       Q.   Is it like there's a charging station --

9       A.   No.  We have what's called pigtail.  So we

10  have -- if you were to see our warehouse, all of our

11  equipment is taking up about three-fourths of it.

12            And we have electric that comes down, pulls

13  down from the top and so they can plug in and charge

14  a whole group at one time.  And every three months

15  that group one will get shifted.  So they're

16  charging.  They'll get shifted to the back.  The next

17  group will move up and they'll get -- and so they

18  have a routine that they do the charging on those.

19       Q.   Got it.

20            Do you have a team of county employees who

21  are moving the machines back and forth or is it the

22  charging outlets that are being moved?

23       A.   It's the outlets at the top.  They are being

24  pulled down and being put into the machines.

25       Q.   Given the -- strike that.

1              When you receive complaints like these from

2    voters, have you referred any to the Secretary of

3    State's Office for their investigation?

4         A.   Because it doesn't usually have anything to

5    do with them, they don't have anything to do with the

6    equipment at that stage.   That's a problem with the

7    piece.   And so it guess to the vendor and not to the

8    State.

9         Q.   Have you spoken with elections directors

10   from other counties or undertaken other steps to try

11   to minimize voter complaints about their experience

12   with casting ballots on DRE machines?

13        A.   No.   I don't think you can minimize it.

14   It's a voter issue.   It's not a machine issue.   So

15   it's a voter education thing.

16             So we try and -- there's -- I can't think

17   what they're called.   There's little placards in the

18   booth.   If people don't read them, then there's not

19   anything we can do about that.

20             When the machines were first rolled out, we

21   had a big voter education effort through the

22   Secretary of State's Office.   And beyond that,

23   there's not anything that we've been able to

24   determine.

25             And like I said, when you look at the number

1  of votes cast -- I mean, in this one election we had
2  338,125 and we've got, you know, five complaints.
3  That doesn't minimize these five complaints by any
4  means, but that lets me know that most everybody
5  understands how to use the equipment.  It's just a
6  few.

7          And it may or may not have been their error,
8  but if the machine continues, we take it out of
9  service.  We send it in.  If it doesn't have any more
10 errors throughout the day, then you assume it's a
11 voter issue.

12     Q.  Have you done any kind of voter outreach or
13 survey to see if voter issues with the machines are
14 more widespread than the complaints that have come in
15 through these intake forms?

16     A.  No.  We -- because, you know, if the voter
17 or the poll official will usually let us know if
18 there's issues.  And we just got an outreach team two
19 years ago.  And we just now started doing a lot of
20 going out into -- you know, taking the machines and
21 doing -- again, beginning to do demos and things like
22 that.

23          And, of course, that will ramp up with
24 whatever system the Secretary Raffensperger chooses
25 for us hopefully in the next couple of weeks.

1        Q.   Let's talk a little bit about the mechanics
2   by which the votes cast on DRE machines are counted.
3            Can you tell me about the process from the
4   point after which the memory cards are taken out of
5   the DRE machines at once polls have closed?
6        A.   Mm-hmm.   Once they've ran their tapes, they
7   remove the memory card.   They are placed into a
8   sealed bag.   They come into the Elections Office with
9   some other specific supplies that they have to turn
10  in on election night.
11           They go into another room where they were
12  unsealed.   They're counted.   And then they're put in
13  mail trays in what we call "election central."   And
14  then they're taken by precinct.   And information is
15  uploaded into the GEMS server where it is aggregated
16  to produce the election results.
17       Q.   After that, are any kinds of reports
18  generated?
19       A.   Yes.   This five-page report -- five-column
20  report -- I'm sorry.   Five-column report card, it's
21  printed out before we leave at night.   We have to
22  provide that to the Secretary of State's Office.
23       Q.   You're referring now to Plaintiff's
24  Exhibit 9?
25       A.   Yes.

1        Q.   Where are these reports being generated

2   from?

3        A.   From GEMS.

4        Q.   Are the reports that are generated public

5   records?

6        A.   They are.

7        Q.   Are there any reports from the GEMS database

8   that you know of that are not public records?

9        A.   I couldn't answer that.

10       Q.   What other reports outside of the

11  statements -- statement of votes cast do you print

12  from the GEMS database?

13       A.   I don't know.

14            Oh, write-in report.  I apologize.  We do

15  produce a write-in report.

16       Q.   Thank you.

17            Earlier we talked about complaints that come

18  from voters with respect to situations where they say

19  the ballot was cast without them initiating it, as

20  well as situations where they say they voted for --

21  try to vote for one candidate but another candidate's

22  name lights up.

23            Are you aware of having received other

24  complaints from voters with respect to using DRE

25  machines?

1      A.   No.   In a general rule, they like them.

2      Q.   Are you aware of voters ever being issued

3  incorrect ballots when voting in person on a

4  DRE machine?

5      A.   Yes.

6      Q.   Could you please tell me about that?

7      A.   Most oftentimes that happens during early

8  voting when they have every ballot style to choose

9  from.   And -- but when the voter notices it, they

10  raise their hand and the poll official will eject

11  that card out of the DRE without -- you know, it does

12  not cast votes at that point and they are reissued

13  the correct ballot style.

14      Q.   Are there -- strike that.

15           Could there be circumstances in which --

16  strike that.

17           Can anyone other than the voter ascertain

18  whether or not he or she has been issued an incorrect

19  ballot?

20      A.   Just the poll official, but they are

21  issued -- you have Election Net that tells the poll

22  official what ballot style to code for that voter.

23  And then they have an express poll that has all of

24  that on it.

25           So, occasionally, they will -- you know,

1  especially in a primary where you have two different
2  sets of Democrat and Republican.  That's most of the
3  complaint.  It's not necessarily the wrong ballot
4  style; it's the wrong choice.  Either they wanted
5  Democrat and they got Republican or they wanted
6  Republican and they got Democrat.

7          And voters notice that pretty quickly when
8  they don't see Donald Duck's name; they see Mickey
9  Mouse pop up there.  So when that happens, like I
10 say, we get that the card back and then we reissue
11 them the correct card.

12     Q.  How does it happen that they're given the
13 wrong ballot?

14     A.  Just like I said, they just touch the wrong
15 thing on the express poll.

16     Q.  In terms of like which party, for example --

17     A.  Correct.  They'll be at the right precinct
18 and the right district combo, but they'll touch "R"
19 instead of "D," so it puts those Republican or
20 Democrat -- you know, whichever the case may be.

21     Q.  And is that the poll worker who's hitting
22 the wrong --

23     A.  Correct, yes.

24     Q.  If a voter gets "D" instead of "R" and votes
25 in the wrong party's primary and says -- actually,

1   strike that.

2            Let's take a hypothetical where a voter

3   votes in the wrong party's primary and actually casts

4   a ballot and comes back and says, I'm sorry, I voted

5   in the wrong party's primary, can I get a new ballot,

6   what happens next?

7        A.   They can't -- once you touch "cast ballot,"

8   you have casted your ballot.

9        Q.   We touched on this a little bit before, but

10  could you please describe the policies and procedures

11  currently in place to make sure that each voter's

12  ballot remains secret?

13       A.   DRE?  Absentee by mail?  Provisional?

14       Q.   Let's take DRE machines.

15       A.   Okay.  Well, obviously, nobody but the voter

16  sees their ballot.  So once they are given their card

17  and they put it into the machine, it pulls up their

18  ballot -- which it only pulls up their ballot.

19            They go through and they make their

20  selections.  They touch "cast ballot."  When they do,

21  the machine -- the machine -- they yellow card pops

22  out.  The card has nothing on it at that point; it's

23  reused throughout that day.

24            Absentee ballots, once they are received in

25  the office, once they are certified and good to be

1  counted, they are actually in the prep center, which
2  is a secured location.  And then within that secured
3  location they are kept in what's called ballot
4  vaults.

5          Each ballot vault has its own key lock code
6  and that code is changed between every election.  And
7  then on election night when those ballots are opened,
8  the white envelope is sealed inside the yellow.  The
9  yellow has the voter's name.  One person splits that.
10 They take the Wite-Out ® ®.  They separate it from
11 the yellow, but then the next person splits that and
12 takes it out.  So the voter's name is two people away
13 from knowing who that voter was.

14         The provisional ballot, the voter loses
15 their anonymity because they're having to vote a
16 provisional ballot.  So we know that -- you know,
17 because of research we have to do, we have to have
18 specific information.

19         And then the same thing, they are kept
20 secured from the time we start, you know, working on
21 those until we run them to be certified on
22 election -- I mean on certification day.

23    Q.  Ms. Ledford, you had mentioned before that
24 when a voter casts a ballot on a DRE machine, that it
25 essentially could not be pulled back out under any

1  circumstances; is that correct?

2       A.  To my knowledge, it can't.

3       Q.  Has the policy and procedure always been in

4  place?

5       A.  For what?

6       Q.  Fair enough.

7           Has it always been the policy or procedure

8  of the Gwinnett County Board of Elections that when a

9  voter casts a ballot on a DRE machine during early

10  voting, that that ballot cannot be pulled back out

11  under any circumstances, including in cases of double

12  voting?

13      A.  To my knowledge, no, it cannot.

14      Q.  Was that the case even prior to 2010?

15      A.  Yes.

16      Q.  Are you aware of situations in which ballots

17  have been pulled out in other counties in situations

18  where a voter had double voted?

19      A.  No.

20           MR. POWERS:  I think now would be a good

21      time to take a brief break.

22           (Recess from 2:03 p.m. to 2:19 p.m.)

23  BY MR. POWERS:

24      Q.  I wanted to ask if you're aware of there

25  being calibration issues with respect to DRE voting

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  machines?  In particular, does it ever happen that a
2  DRE voting machine is not calibrated correctly?
3      A.  No.  It's not that it's not calibrated
4  correctly.  It's calibrated correctly, but when it's
5  delivered and all the shifting in the move,
6  occasionally, we have had to recalibrate.  But that's
7  something that's determined pretty quickly when the
8  poll opens.
9          The poll official opens it up and starts it.
10 If they see something or the first voter comes up and
11 says, Hey, this is not registering correctly, that's
12 one of the things that they look at is the
13 calibration.
14     Q.  Can you explain to me what happens with
15 respect to -- I guess you said machines getting moved
16 around that causes this issue to pop up?
17     A.  Yeah.  When you do L&A testing, you take the
18 machine off of a shelf and you put it on a table.
19         You do the L&A.  You close the machine up.
20 You seal it.  It gets put onto a cart.  Then the cart
21 gets rolled out to the loading dock.  It gets taken
22 off the cart, put on the truck.  It rides around in
23 the truck.  It gets where it goes.  It's taken off
24 the truck and moved into the polling location.
25         And so that's a lot of jostling and moving

Curling et al. v.          Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1  around.  We have that, but we don't have it very
2  often.  I mean, we've had it, so I know it exists.
3      Q.  Did this issue pop up in the November 2018
4  election?
5      A.  Not to my knowledge.  I don't know.
6      Q.  Did it pop up in the November 2016 election?
7      A.  I would not know that unless it were a
8  widespread issue.  If it were one or two like the
9  things we saw here, I would not know about it.
10      Q.  So it's the moving of the machines on the
11  trucks and the transportation that causes --
12      A.  That's what we've been told by ES&S.
13      Q.  What ends up being displayed on the machine
14  that causes the poll worker or the voter to say, Oh,
15  there's something in this here?
16      A.  Usually, it's just when they touch it and it
17  doesn't -- like, for instance, some of these where
18  they don't register correctly, that could have been
19  an issue, that it lost its calibration.  That's
20  really how that's discovered because there's not
21  anything that you do necessarily at the poll.  Like I
22  said, it's any type of testing phase that would make
23  that apparent.
24      Q.  When you were pointing to here when giving
25  your answer prior, were you referring to the voter

1  complaints --

2       A.  Yes.

3       Q.  -- that were in -- what was Plaintiff's

4  Exhibit --

5       A.  Four.

6       Q.  -- 4.

7       A.  Yeah.

8       Q.  This issue will actually occur on election

9  day; is that correct?

10      A.  Yes.

11      Q.  What's the County Board of Elections policy

12  with respect to fixing the problem?

13      A.  The prep center staff will walk the poll

14  official through recalibrating.

15      Q.  Remind me again who the prep center staff

16  would be.

17      A.  Kelvin, Shantell -- I'm sorry.  Kelvin,

18  Demond and Tiffany.

19      Q.  Thank you.

20          The poll worker will then recalibrate the

21  machine themselves?

22      A.  Mm-hmm, yes.

23      Q.  If the poll worker isn't able to recalibrate

24  the machine, what happens next?

25      A.  The machine closes down and it's tagged for

1  repair.

2          Q.  Has that ever happened?

3          A.  I don't know for sure.

4          Q.  Okay.  Earlier you mentioned a retention

5  period of 24 months?

6          A.  Mm-hmm, yes.

7          Q.  Does the Gwinnett County Board of Elections

8  preserve DRE memory card data for 24 months?

9          A.  I don't know.

10         Q.  I think we've talked quite a bit about

11  proofing the ballot.  I want to talk briefly about

12  proofing the GEMS database.

13             First, does the County Board of Elections

14  proof the GEMS database?

15         A.  I don't know.  That would be my deputy

16  director.

17         Q.  Kristi Royston?

18         A.  (Witness nods head affirmatively.)

19         Q.  Is Ms. Royston the person on the Gwinnett

20  County Board of Elections staff most knowledgeable of

21  the GEMS database?

22         A.  Actually, that would be Kelvin Williams.

23         Q.  What are the responsibilities that Kelvin

24  Williams and Kristi Royston have respectively with

25  respect to the GEMS database?

1    A.  Well, Kristi is the deputy director, so she
2  just fills in where she's needed.  She has done some
3  stuff in GEMS.  Like I said, I'm not exactly sure how
4  she and Kelvin have divided up their duties with
5  that.

6          Kelvin is the elections coordinator.  So
7  anything and everything that has to do with elections
8  falls under Kelvin.  And Kelvin is the one who on
9  election nights sits in front of the machine.  And,
10  you know, he has a group of folks and they get to
11  upload from the memory card from the polls into the
12  unit.  He is one that does all the reporting at the
13  end and anything to do with the GEMS server really is
14  under Kelvin.

15    Q.  What are Kristi Royston's primary
16  responsibilities?

17    A.  In regard to GEMS?

18    Q.  Generally speaking.

19    A.  Like I said, she's the elections director.
20  So she assists me with making sure everything falls
21  into place and that we meet deadlines and statutory
22  requirements.  She just helps me oversee the process,
23  all voter registration election processes.

24          MR. POWERS:  Thank you.

25          I would like to turn to Plaintiff's

1          Exhibit 7 and kind of go through -- sorry, a
2          couple of different pages here.  If we could
3          turn first to the bulletin on July 26, 2018,
4          and if you could please take a second to
5          read it.
6              (Witness reviews document.)
7   BY MR. POWERS:
8          Q.  Again, we're talking about Plaintiff's
9   Exhibit 7.
10             Could you briefly describe the July 26, 2018
11  bulletin?
12         A.  The Secretary of State's Office was letting
13  the counties know that there was some suspected
14  Russian activity into the websites in Georgia, Iowa
15  and Florida.
16         Q.  Did you receive this bulletin?
17         A.  Yes.
18         Q.  What action did you take in response to
19  receiving the July 26, 2018 bulletin?
20         A.  We requested the onsite security assessment
21  from DHA.
22         Q.  Did that onsite DHA assessment take place?
23         A.  It did.
24         Q.  Roughly when was that?
25         A.  I don't remember.  It was several months

1  after this.

2      Q.   What was the outcome of that?

3      A.   We have not gotten our report -- oh --

4          MR. TYSON:   That's okay.

5  BY MR. POWERS:

6      Q.   Have you taken any other actions beyond

7  requesting the DHA assessment?

8      A.   A security system was added to our front --

9  to our office.   I won't say the front, the whole

10  office.

11          A camera system -- we're getting ready to do

12  a remodel and they are getting ready to include a

13  camera system as well as far as physical security.

14  And that was just in conversation with the DHA; that

15  was the first thing that he said.

16      Q.   What is the purpose of the security camera

17  in the front office?

18      A.   To be sure and watch all of the activities,

19  including anything that's going on in the prep

20  center; to make sure we don't have people coming in

21  from outside who aren't county employees or

22  authorized to be back there is some way, shape or

23  form.

24          And then what we call election central,

25  which is where the GEMS server is held currently, it

Curling et al. v.        Deposition of
Raffensperger et al.    T. LYNN LEDFORD        6/24/2019

1   is behind a double locked door.  Only full-time
2   employees have access to that and we will continue
3   that.  But the monitors will also be watching down
4   that hallway to watch that door to see who's coming
5   and going in and out of that room.
6       Q.  Got it.
7           Did the Gwinnett County Board of Elections
8   take any other actions after receiving the July 26,
9   2018 bulletin?
10      A.  No.
11      Q.  Now, I'd like to ask you to turn to an
12  October 2nd, 2018 unclassified document from the
13  Department of Homeland Security.
14      A.  Mm-hmm.
15      Q.  And, in particular, if you wouldn't mind
16  reading the -- well, first let me go back.
17          What's the title of the unclassified
18  document from the Department of Homeland Security?
19      A.  A Georgia Perspective on Threats to the 2018
20  U.S. Elections.
21      Q.  What is the -- strike that.
22          Did you receive this unclassified document
23  from the Department of Homeland Security?
24      A.  No.  This came from the Secretary of State's
25  Office.

1      Q.  Fair enough.  Let me ask a better question.

2          Did the Georgia Secretary of State send this

3  document to you?

4      A.  I believe so.

5          (Witness perusing document.)

6          MR. POWERS:  Take your time.

7          THE WITNESS:  Yeah, I think it was

8      attached to an OEB.  Yeah, it was -- yes, it

9      was an attachment to an OEB, to an official

10      election bulletin.

11  BY MR. POWERS:

12      Q.  I should probably go back.

13          How do you receive official election

14  bulletins from the Georgia Secretary of State?

15      A.  Through E-mail.

16      Q.  Which official election bulletin from the

17  Georgia Secretary of State was this unclassified

18  Department of Homeland Security document attached to?

19      A.  I don't know.  I thought I printed them in

20  the order that they were on there.  So this was --

21  that one's August.

22          I don't know.  It would have been just an --

23  it would have been, like I said, something like this

24  kind of explaining to us what it was and then it

25  would have had attachments.  And so I just printed

1    the attachments.

2          Q.   Got it.

3               If we could go back to the page that we

4    labeled, A Georgia Perspective.

5          A.   Mm-hmm.

6          Q.   What does the Department of Homeland

7    Security document say in general terms?

8          A.   That they are worried about potential

9    influence into the voter registration and/or election

10   system for the state of Georgia.

11         Q.   What's the date on the document?

12         A.   October 2nd, 2018.

13         Q.   Are there any specific threats listed in the

14   document?

15         A.   Yes.

16         Q.   Could you please read them off?

17         A.   All of them?

18         Q.   Yes, please.

19         A.   All right.  Unauthorized entry to the

20   polling places or long-term storage facilities and

21   voting facilities used to store election and voting

22   system infrastructure.

23              Incident of spear phishing or attempts to

24   hack voter registration systems, such as Department

25   of Motor Vehicles or other organizations used to

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  register voters.

2              Attempts to access information technology,

3  IT infrastructure used to manage elections, display

4  results or for counting or certifying results.

5              Hacking or spear phishing attempts against

6  the E-mails or social media accounts of election

7  officials, staff or volunteers.

8              Hacking attempts of political party

9  headquarters or candidates' IT systems or websites.

10             Attempts to hack, alter or disrupt

11 infrastructure used to process absentee ballots or

12 attempts to interfere with votes send through the

13 U.S. postal service.

14             Compromise of any networks or system by

15 cyber actors, including tactics, techniques and

16 procedures along with the impact observed on election

17 related systems.

18             Any unexplained disruptions at polling

19 places or training locations which block or limit

20 voter turnout.  This may include social media

21 messages or robocalls falsely reporting changed or

22 closed polling locations or physical incidents at

23 polling location, including distribution of false

24 information.

25             Disinformation efforts to shut down

1  government websites to foment social unrest and
2  reduce voter turnout.
3         Impacts to critical infrastructure that
4  limit access to polling stations such as power
5  outages, Internet, telephone, cellular and
6  transportation, traffic control outages.
7     Q.  Thank you.
8         Are you aware of any of these potential
9  threats occurring in Gwinnett County?
10    A.  No.
11    Q.  Elsewhere in Georgia?
12    A.  I couldn't speculate.  I don't know.
13         (Plaintiff's Exhibit 11 was marked for
14      identification.)
15  BY MR. POWERS:
16    Q.  I'm handing you what I've marked for
17  identification as Plaintiff's Exhibit 11.
18         Ms. Ledford, what is Plaintiff's Exhibit 11?
19    A.  You tell me.  Something from the -- Brian
20  Newby from the EAC about information provided to the
21  EAC by the FBI -- from the FBI, a document that
22  provides some information about IP addresses that
23  recommend election officials scan their systems to
24  ensure these IP addresses are not --
25         (Reporter requests that witness slow

Curling et al. v.         Deposition of
Raffensperger et al.   T. LYNN LEDFORD         6/24/2019

1        down.)

2              THE WITNESS:   For election officials to

3        scan their systems to ensure these IP

4        addresses are not accessing election

5        systems.

6   BY MR. POWERS:

7        Q.   Is there an attachment to -- strike that.

8              In Plaintiff's Exhibit 11, it starts with an

9   E-mail sent on August 23rd, 2016; correct?

10       A.   Yes.

11       Q.   There's an attachment to that E-mail called

12   BOE flash August 2016 final dot PDF.

13             MR. TYSON:   Object just on foundation.

14       I don't think we've established she knows

15       what this E-mail is or that this was the

16       attachment.   I understand it's all put

17       together as one, but maybe you want to

18       establish that she's seen or knows what this

19       is.

20   BY MR. POWERS:

21       Q.   Let's turn to the third page.  And this is

22   labeled FBI flash.

23             Have you seen this document before?

24       A.   I don't remember.

25       Q.   It is possible that you've received this

1   document?

2        A.   It could be.

3        Q.   Have you received documents like these in

4   the past?

5        A.   Not that say "FBI flash."  Not to my

6   knowledge.

7        Q.   What kinds of documents have you received?

8        A.   The ones like we just saw in Exhibit 7.

9        Q.   The document from the Department of Homeland

10  Security?

11       A.   Correct.

12       Q.   Are there instructions that you received

13  from the Secretary of State with respect to promoting

14  election security in and around the 2018 election?

15       A.   I don't remember.

16       Q.   Aside from the security assessment and

17  installing the camera in the Board of Elections, are

18  there any steps that the Gwinnett County Board of

19  Elections took to further promote the security of the

20  2018 elections?

21       A.   Not to my knowledge.

22       Q.   Are you aware of any attempted intrusions

23  into the Gwinnett County Board of Elections' website

24  or electoral infrastructure?

25       A.   No.

1      Q.  I'd like to switch gears and talk to you a
2   little about Plaintiff's Exhibit 6.
3           In particular, who sent Plaintiff's Exhibit
4   6 to you?
5      A.  I don't remember.  It would have been either
6   for -- oh, Center for Elections Systems so Kennesaw
7   State University.
8      Q.  Do you know when this was sent to you?
9      A.  No.  I don't remember.
10     Q.  What did you do with Plaintiff's Exhibit 6
11  after you received it?
12     A.  Gave it to Kelvin Williams or Kristi
13  Royston.
14     Q.  Do you know what follow-up actions they
15  took?
16     A.  Whatever it says to do in here.
17     Q.  What is that?
18     A.  It's how to export the election results from
19  the GEMS server to the state election night reporting
20  system.
21     Q.  Thank you.  If I could have it back for a
22  second.
23          If I could ask you to turn to the
24  introduction page on the PowerPoint slide in
25  Plaintiff's Exhibit 6.  If you could just read off

1  what that page says.

2      A.   The SOS office has created a secure system

3  to facilitate the transition of files needed for the

4  election equipment.  County election officials will

5  now receive their election files by remotely

6  accessing and SOS server and downloading their files

7  from this server to their local computer.

8          Your liaison will assist you in downloading

9  the required software and establishing the connection

10  to the SOS server.  The following slides are an

11  overview of the file transfer process once the

12  initial setup has taken place.  Please contact us if

13  you have any questions regarding the transferring of

14  files processed.

15      Q.   Is this something that Kristi and Kelvin

16  would have worked with the Secretary of State's

17  Office?

18      A.   Correct.

19      Q.   Do you know who the liaison is with the

20  Georgia Secretary of State's Office?

21      A.   It's changed several times over the last

22  couple of years.  Since I don't know when we got

23  this, I don't know who it would have been at the time

24  and they may not even still be there.

25      Q.   And I might have misspoken.  Would it have

1  been a liaison with the Center of Elections Systems
2  at that time?
3       A.   No.   It would have been with the Secretary
4  of State's Office.
5       Q.   Okay.   What files would that introduction in
6  the PowerPoint slide have been referring to?
7       A.   The election results.
8       Q.   Would it have been referring to the bulk
9  update?
10      A.   No.   This is the election results for
11  election night.
12      Q.   Okay.   Got it.
13           Where do the election results come from on
14  the county's side?
15      A.   The GEMS server.
16      Q.   Ms. Ledford, can you explain to me what an
17  undervote is?
18      A.   Yes.   It's when someone chooses not to vote
19  in a particular race.   If you have "vote for two" and
20  you don't vote for anyone, that's considered an
21  undervote.   I personally don't consider that an
22  undervote, but that's the legal definition of what an
23  undervote is.
24      Q.   Thank you.   Is it true that there is some
25  amount of undervote in down-ballot contests in

1  statewide elections?

2       A.   You see it more significantly in down-ballot

3  races, but it starts from the top.

4            I'm personally one of those people if I

5  don't like you, I'm not going to vote for you.  I'm

6  not going to vote for the other person, but I'm not

7  going to vote for you either.

8            That's why I say the legal definition is

9  yes, but you actually see that.  We see that even in

10  presidential elections years.  People will skip the

11  presidential race and vote on everything else.

12            But as a general rule, most voters start out

13  voting everything at the top.  By the time they get

14  to about middle ways to the ballot, you start getting

15  to the local candidates.  You start getting to

16  constitutional amendments and statewide referendums.

17  You tend to see a lot of drop off.

18       Q.   Is there a general pattern in terms of the

19  undervote rates?

20       A.   Not that I've ever seen.

21       Q.   Are you aware that there was an undervote in

22  the November 2018 lieutenant governor's race?

23       A.   Yes.

24       Q.   Are you aware that the undervote in the

25  November 2018 lieutenant governor's race was much

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

```
 1  larger than had been the case in similar past Georgia
 2  elections?
 3          MR. TYSON:  Lacks foundation.  Assumes
 4      facts not in evidence.
 5          You can answer if you know it.
 6          THE WITNESS:  What was the question
 7      again?
 8  BY MR. POWERS:
 9      Q.  Are you aware that the undervote in the
10  November 2018 lieutenant governor's election was much
11  larger than had been the case in similar past
12  elections?
13          MR. TYSON:  Same objection, but you can
14      answer if you know.
15          THE WITNESS:  I've never analyzed the
16      pattern, so I couldn't answer that.
17  BY MR. POWERS:
18      Q.  Are you aware of any instances in the past
19  where the undervote for the lieutenant governor's
20  election was much higher than in other statewide
21  down-ballot elections?
22          MR. TYSON:  I'll object.  I think we're
23      assuming facts that she hasn't testified to
24      yet.  So maybe if we can add some foundation
25      on that point, that might be helpful.
```

1           MR. POWERS:  Yeah.

2   BY MR. POWERS:

3       Q.  We can pull out Plaintiff's Exhibit 10.

4   Take your time.

5       A.  It's at the bottom of the stack evidently.

6   I don't have 10.

7           I have that in 9 -- oh, sorry, it was a

8   single --

9   BY MR. POWERS:

10      Q.  Oh, sorry.  I meant Plaintiff's Exhibit 9.

11      A.  It's this one?

12      Q.  Yes.  Previously I asked you to describe the

13  number of votes cast and the lieutenant governor's

14  race by each candidate; correct?

15      A.  Yes.

16      Q.  As well as the governor's race; correct?

17      A.  Yes.

18      Q.  As well as other down-ballot races; correct?

19      A.  Correct.

20      Q.  Has anyone associated with the Gwinnett

21  County Board of Elections ever discussed the

22  undervote in the November 2018 lieutenant governor's

23  race with you?

24      A.  Yes.

25      Q.  Who is that?

Curling et al. v.        Deposition of
Raffensperger et al.    T. LYNN LEDFORD        6/24/2019

1        A.  Steve Day.

2        Q.  What did you-all discuss about the undervote

3   in the lieutenant governor's election 2018?

4        A.  I don't remember the exact conversation.  I

5   just know that, you know, after the election, he --

6   about two weeks later, he phoned me and said he had

7   noticed that and was asking me questions and I

8   couldn't answer his questions.  And then I don't

9   think we talked about it anymore after that.

10        Q.  What sorts of questions did he ask you?

11        A.  I don't remember.  I really don't.  I've

12   slept since then.

13        Q.  Did you or anyone associated with the

14   Gwinnett County Board of Elections conduct any kind

15   of analysis of the undervote in the lieutenant

16   governor's race?

17        A.  Not to my knowledge.

18        Q.  Have you ever considered doing any such

19   analysis yourself?

20        A.  No.

21        Q.  Do you know if anyone ever looked at the DRE

22   voting machines or any other aspect of the election

23   apparatus to look for any potential explanation for

24   the undervote in the 2018 lieutenant governor's race?

25        A.  Not to my knowledge.

1       Q.  Are you aware of the elections.kennesaw.EDU
2   server being accessed by Logan Lamb and other
3   individuals.
4           MR. TYSON:  I'll object.  Facts
5       not in -- lack of foundation.
6           I'm sorry.  You're asking if she knows
7       about it, so that's all right.  I'll
8       withdraw the objection sorry.
9           THE WITNESS:  Yes.
10  BY MR. POWERS:
11      Q.  Did that cause you to change any of your
12  procedures in Gwinnett County with respect to
13  maintaining electoral data?
14      A.  No.
15      Q.  Didn't hearing about the Logan Lamb probing
16  cause you to change any other policies or procedures
17  you had been employing?
18      A.  No.
19      Q.  Are you aware of any security measures ever
20  having been taken in Gwinnett County to try to search
21  for malware or other signs of electronic intrusion
22  into Gwinnett County election data?
23      A.  No, but I wouldn't be the one to answer that
24  question.
25      Q.  Who would?

```
 1        A.   IT.
 2        Q.   Who's the head IT person at the Gwinnett
 3   County Elections Office?
 4             MR. STEPHENS:   If you know.
 5             THE WITNESS:   Yeah.   Abe -- Abe Kani.
 6   BY MR. POWERS:
 7        Q.   Have you done anything yourself to try to
 8   find out whether there's been any kind of intrusion
 9   into the Gwinnett County elections website or
10   electoral infrastructure.
11        A.   No.
12        Q.   Do you have any concerns about the
13   vulnerability of the existing DRE voting system to
14   intrusion?
15        A.   No.
16        Q.   Why not?
17        A.   Well, like I told you before, I'm not a
18   techie.   And for somebody to have -- to me, for
19   someone to have intrusion in that system, they would
20   have to actually go in, open up the machine and do
21   something to it because as we've said -- and I've
22   heard said many, many -- nothing that we have from
23   the GEMS database to that DRE unit is connected to
24   the Internet.   From that unit going back to our
25   office, there's nothing connected to the Internet.
```

1          So I don't know how somebody would get into
2    that system to create havoc or chaos or whatever you
3    want to call it.

4          And I also say that, you know, based on our
5    history with it, we've had many elections, we've had
6    many recounts, everything has always come out
7    correctly.  And with the fewer voter complaints that
8    we got, I think if there was something going on, we
9    would hear more about it from the voters.

10        Q.  Any other reasons?

11        A.  No.

12        Q.  Can election results on the existing DRE
13   voting system be audited?

14        A.  Say that again.  I apologize.

15             MR. POWERS:  Court reporter, can you
16        please read the question?

17             (Whereupon, the record was read by the
18        reporter as requested.)

19             THE WITNESS:  I do not know.

20   BY MR. POWERS:

21        Q.  Are you aware of there ever being any audits
22   of DRE voting systems in Gwinnett County?

23        A.  The only thing I know about that is that
24   Kennesaw State routinely comes out and does things
25   with the equipment.  And by doing that, they're

Curling et al. v.          Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1  looking at the individual machines.

2          They will run some type of -- I think it's

3  called a hash program on the GEMS server to be sure

4  that there's nothing there.

5          So beyond that, I don't know -- nobody ever

6  touches our equipment outside of our staff and the

7  state.

8      Q.  When was the last time that the hash

9  procedure was done in Gwinnett County?

10     A.  I don't remember.  It's been within the last

11  couple of years.

12     Q.  Does the current DRE voting system in

13  Gwinnett County have an auditable paper trail?

14     A.  You're talking about VVPAT, like voter

15  verified paper trail?

16     Q.  I'm talking about -- fair enough.  I'll ask

17  you a better question.

18          When a voter casts a ballot on a current DRE

19  voting machine, does the DRE machine create a paper

20  receipt?

21     A.  Not for the individual voter, no.

22     Q.  Have you received any instructions, advice

23  or guidance from the Secretary of State with respect

24  to improving the existing DRE voting system in the

25  past year?

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1        A.   Improving the DRE voting system?

2             MR. POWERS:  Would the court reporter

3        please repeat the question.

4             (Whereupon, the record was read by the

5        reporter as requested.)

6             MR. POWERS:  Thank you.  I'm sorry.  I

7        missed a word.  I'll ask the question again.

8   BY MR. POWERS:

9        Q.   Have you received any instructions,

10  guidance, advise, anything like that, from the

11  Secretary of State with respect to security

12  improvements or enhancements with respect to the DRE

13  voting machines in the past year?

14       A.   In conference, yes.  It was discussed just

15  making sure that everyone was on the same page and

16  that everyone knew there was State Election Board

17  rules and regulation and code that talked about

18  security and who should have access and how you

19  should track your access and things like that.

20            So, yes, encouragement from the Secretary of

21  State to make sure those things are happening.

22       Q.   Let's talk about that encouragement.

23            What -- you mentioned a conference?

24       A.   Mm-hmm.

25       Q.   What conference was this discussed at?

1      A.  It would have been either GEOA or VRAG, the

2  two conferences we talked about earlier.  It would

3  have been during one of those.

4      Q.  I know I mentioned them earlier or we

5  discussed them earlier, but can you unpack those

6  acronyms for --

7      A.  Yeah.  VRAG is the Voter Registrar's

8  Association of Georgia and GEOA is the Georgia

9  Election Officials Association.

10      Q.  Thank you.

11          And, roughly, when did this conference take

12  place?

13      A.  We have them twice a year, every other year.

14  Sometimes we have one a year and then the next year

15  we'll have two and the next year we won't have any.

16  So it depends on the presidential election cycle.  We

17  try not to have them when we have other things going

18  on.

19          So I really couldn't -- I know it was

20  discussed.  I don't remember which of the conferences

21  or when it took place.

22      Q.  That's fair.  You think that happened

23  sometime in 2018; is that correct?

24      A.  Well, we didn't have a conference in 2018,

25  so it probably would have been in '17.

1     Q.  Aside from the 2017 conference, have there
2  been any other DRE voting machine security
3  enhancements or improvements?
4     A.  Just what you saw -- what we have already
5  submitted.
6     Q.  That was Plaintiff's Exhibit 6, the --
7     A.  Yes.
8     Q.  Okay.  Are you aware of any plans to improve
9  the security of the DRE voting machine system in the
10 future?
11    A.  I wouldn't know.
12    Q.  Earlier when we talked about delivering the
13 voting machines to the polling place and I think you
14 had mentioned that there were 11 trucks that the
15 Gwinnett County Board of Elections has the DRE units
16 delivered on; is that correct?
17    A.  Yes.
18    Q.  Are those county trucks?
19    A.  No.  They're rental trucks.
20    Q.  Is it county employees who are taking the
21 voting machines to the various polling places?
22    A.  It is.
23    Q.  What's the security protocol for the truck
24 delivery of the voting machines?
25    A.  Meaning?

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD        6/24/2019

```
 1        Q.   What steps are taken to ensure that the
 2   voting machines aren't tampered with in some way
 3   during the transportation process from the county
 4   board to the polling place?
 5        A.   They are loaded up in the truck and locked.
 6   And the truck's unlocked when they get to a location.
 7   They unload them and they lock it back up and go to
 8   the next stop.
 9        Q.   You said that it was like 18 -- I'm about to
10   totally make up a number.
11             It was a lot of DRE voting machines; right?
12   How many was it?
13        A.   We have 1800, but we don't usually deploy
14   all 1800.  It can be anywhere from 700 to 1200.  It
15   just de -- or more.  It just depends on, you know,
16   the election.  For instance, the presidential
17   election is going to garner more voting equipment
18   than the special election we had in March.
19        Q.   Mm-hmm.  Right.
20             Does the county hire temporary workers to
21   transport all of these machines?
22        A.   No.  It's county employees.
23        Q.   How long does it take to deliver all of
24   these machines to the various polling places?
25        A.   Three to four days.
```

1          MR. POWERS:  I think now would be a good

2      time for a brief break.

3          (Recess from 3:07 p.m. to 3:26 p.m.)

4   BY MR. POWERS:

5      Q.  Ms. Ledford, has the Secretary of State

6   decided which ballot marking devices are going to be

7   used in future elections in Georgia?

8      A.  We have not been notified.

9      Q.  Do you know when you will be notified?

10     A.  No.

11     Q.  Is Gwinnett County participating in a pilot

12  program for the new balloting devices for the

13  November 2019 election?

14     A.  Not to my knowledge.

15     Q.  Has Gwinnett County put in an order for new

16  ballot marking devices in 2019?

17     A.  No because we don't know what we're getting

18  yet.

19     Q.  Is it -- has Gwinnett County put in an order

20  for any new ballot marking devices?

21     A.  No because we don't know what we're getting.

22     Q.  When Gwinnett County eventually does --

23  strike that.

24          Is Gwinnett County conducting any county

25  election in November of 2019?

Curling et al. v.       Deposition of
Raffensperger et al.    T. LYNN LEDFORD        6/24/2019

1        A.   No.

2        Q.   First, let's talk about cost.

3             When Gwinnett County does eventually order

4   new ballot marking devices, is the county going to

5   have to pay some of the cost for the new devices?

6        A.   Well, we have a potential distribution list

7   from the Secretary of State's office.  So, you know,

8   those are just estimates.  I think at this point I

9   don't think that's solid.

10            So once the system is chosen and we receive

11  the information about the numbers that we will be

12  getting, then we will sit down and analyze it,

13  determine if we feel like we need to order ballot

14  marking devices, poll -- you know, just whatever the

15  components are going to be.

16            So once we get that decision and we know

17  what those rollout numbers are, then that's something

18  that we'll sit down and look at.

19        Q.   So at this point it's too early to say, for

20  example, whether or not Gwinnett County is going to

21  have to pay for any kind of warranty licensing or

22  maintenance fees?

23        A.   Correct.

24        Q.   Is it currently in Gwinnett County's plan to

25  use the new ballot marking devices for the March 2020

1   presidential primary election?

2        A.   If we have them by then.

3             MR. TYSON:  Off.

4             MR. POWERS:  Let's go off the record.

5             (Discussion ensued off the record.)

6   BY MR. POWERS:

7        Q.   Presuming that the March 24th, presidential

8   primary election date holds, when will the Gwinnett

9   County Board of Elections need to receive the new

10  BMDs and all of the equipment to get them tested and

11  programmed and ready to use for the election?

12       A.   I can't really say because I don't know --

13  you know, without knowing the type and how much we're

14  getting and what things are going to happen before we

15  ever get them from the Secretary of State's Office, I

16  really don't know.

17            But I can go back to what I was saying

18  earlier that we have to start voting 40 to 45 days

19  prior to the election.  So we have to have something

20  in place by then.

21            Again, we're not privy to the rollout

22  information as to who is going to get in phases or

23  how that's going to work.  We don't have that

24  information, so we just don't know.

25       Q.   You'd have to also train election staff on

1  how to use the new BMDs; correct?

2       A.  Correct.

3       Q.  Poll workers would need to be trained on how

4  to use the new BMDs; correct?

5       A.  Correct.

6       Q.  Would any kind of public education efforts

7  be made to educate voters on how to use the new

8  machines?

9       A.  Yes.

10      Q.  All of that would take some time; correct?

11      A.  Yes.

12      Q.  But it sounds like you don't know how much

13  time the board of election needs for training and

14  public education?

15      A.  Huh-uh.  We know it's going to be a long

16  time, but I couldn't say exactly how much.

17      Q.  Are you spending any time now to plan for

18  implementation of the new BMDs?

19      A.  We can't do that until we know when we're

20  going to get them and we don't know that information

21  yet.

22      Q.  So, essentially, you can't do any planning

23  at this point?

24      A.  Correct.

25      Q.  I'd like to turn briefly back to the

1  November 2018 election.

2          Did you or other Gwinnett County Board of

3  Elections staff receive complaints about long lines

4  at in-person voting sites?

5      A.  Are you talking about election date or

6  advance voting?

7      Q.  In November 2018.  Let's start with election

8  day voting.

9      A.  Yes because we had a problem at two of our

10  polling locations.

11      Q.  What polling locations were those?

12      A.  I don't remember.  Annistown Elementary

13  which is precinct 2.  I don't remember what the other

14  one was.  It was in the Snellville area as well.

15      Q.  Good memory.

16          What were the issues that happened in the

17  November 2018 -- at those two sites?

18      A.  I think ultimately we determined that there

19  was some bad memory cards -- not memory cards --

20  voter access cards.  We don't know how those got in

21  the stock or if it all happened -- we don't know how

22  that happened, but we did have two precincts that had

23  bad memory cards.

24          We didn't realize it was that.  We thought

25  it was something with the express poll units, so we

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  did testing, did just a few diagnostic things on that
2  and turned out not to be what it was.
3        And then we determined that it was the voter
4  access card.  Once we got more voter access cards out
5  there to them, then they were able to start voting.
6  And it was still pretty much behind most of the day.
7        Voting never stopped.  There were people
8  casting provisional ballots at those polling
9  locations or had the option.  Some people chose not
10  to.  Some people chose to come back.  Some people
11  chose to go ahead and do it while they were there.
12        Q.  At both of these polling sites -- strike
13  that.
14        So this voter access card problem was
15  essentially the same issue at both Annistown and the
16  Snellville polling place?
17        A.  Yes.
18        Q.  What does it mean if there's a bad memory
19  card?
20        A.  It's not the memory card.  It's voter access
21  card.  It won't accept -- when you put it into the
22  express poll unit, it won't accept the ballot.  It
23  won't accept the ballot program onto that.  So when
24  you try to put it into a DRE, it just pops out and
25  tells you it's an invalid card.  It won't allow -- it

1   won't bring up a ballot to allow a voter to vote.

2        Q.  Did that voter access card problem result in

3   all of the voting machines at both the Annistown and

4   Snellville polling places being inoperable for a

5   certain period of time?

6        A.  Yes.

7        Q.  Do you know roughly how long that was?

8        A.  About an hour and-a-half to two hours, I

9   think at the longest.

10       Q.  During that hour-and-a-half to two-hour

11  period, voters had the option of casting a

12  provisional ballot or waiting in line for the DRE

13  voting machines to be fixed?

14       A.  Correct.  Well, it wasn't the DRE machines.

15  It was the voter access card.  The machines were

16  good.  It was the voter access card that would not

17  program to let the machines do their job, yes.

18       Q.  To further refine it, they weren't fixing

19  the voter access cards.  They were bringing new voter

20  access cards to replace the faulty ones?

21       A.  Correct.

22       Q.  Great.  Thank you.

23            During that period, did long lines develop

24  at both the Annistown and Snellville polling places?

25       A.  They did.

1        Q.   Did you -- strike that.

2             What was the County Board's response, if

3   any, beyond sending the new voter access cards to the

4   existing polling places?

5        A.   There wasn't.  We just changed them out;

6   made sure they had good cards.

7        Q.   Were voters -- strike that.

8             Did the County Board receive calls from

9   voters?

10       A.   We did.  Yes.

11       Q.   What did the -- strike that.

12            Were the voters -- some of them upset?

13       A.   Yes.  Some them were upset.  Some of them

14   were not, just wanted to understand why there was a

15   line.  Once we explained it to them, some of them

16   were okay.  Some of them were still angry.  Some

17   people don't trust a paper ballot, so they didn't

18   want to vote on a provisional ballot.  So they chose

19   to wait or to come back later in the day.

20            And that particular poll was also kept open

21   two hours by a judge for later in the day, so they

22   didn't actually close until nine o'clock.

23       Q.   You're talking about the Annistown polling

24   place?

25       A.   Yes.

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1        Q.   Was the Snellville polling place kept open
2   late?
3        A.   It was, but it wasn't as long.  I believe it
4   was only about 45 minutes maybe.
5        Q.   And you had mentioned that some voters said
6   that they were going to leave the polling place and
7   come back later?
8        A.   Yes.
9        Q.   Do you know if all of those voters ended
10  upcoming back to the polling place?
11       A.   No.  We do not because we didn't get their
12  names and we didn't track the information.
13       Q.   Why were the voters who were waiting in the
14  lines at the Annistown and Snellville polling places
15  given the option of casting a provisional ballot?
16       A.   Because that's what the State Election Board
17  rules say.  If your equipment is inoperable, you have
18  that paper ballot as a backup.
19            And so we offered it.  Some people took it.
20  Some people didn't.  It just -- depending on what
21  their schedule was for the day.
22            (Plaintiff's Exhibit 12 was marked for
23        identification.)
24            MR. POWERS:  I'm handing you what I've
25        marked for identification as Plaintiff's

```
 1          Exhibit 12.
 2              (Witness reviewing document.)
 3              MR. POWERS:  Tell me when you've had a
 4         chance do look at it.
 5              (Witness continues to review document.)
 6    BY MR. POWERS:
 7         Q.  Have you had a chance to take a look?
 8         A.  Yes.
 9         Q.  First, what is Plaintiff's Exhibit 12?
10         A.  It is a declaration under penalty of perjury
11    pursuant to 28 U.S.C. Code 1746 for Derrick Oatis.
12         Q.  And have you seen this document before?
13         A.  No.
14         Q.  On the third page, very top of the third
15    page, Mr. Oatis says that after being redirected, he
16    went to his polling place at the Suwanee public
17    library.
18              Are you aware of their being any issues in
19    the November 2018 election at the Suwanee public
20    library?
21         A.  No.
22         Q.  You don't recall receiving any complaints
23    from voters who were trying to cast ballots at the
24    Suwanee public library?
25         A.  No.
```

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

```
 1              (Plaintiff's Exhibit 13 was marked for
 2         identification.)
 3  BY MR. POWERS:
 4      Q.   I'm handing you what I've marked for
 5  identification as Plaintiff's Exhibit 13.
 6           What is Plaintiff's Exhibit 13?
 7      A.   It is a declaration by Jeffrey Marion.
 8  Declaration under personality of perjury pursuant to
 9  28 U.S.C. Code Section 1746.
10      Q.   Have you seen Plaintiff's Exhibit 13 before?
11      A.   No.
12      Q.   The voter's name here is Jeffrey Marion.
13           Do you see that?
14      A.   Yes.
15      Q.   It says his polling place is the Annistown
16  Elementary School?
17      A.   Mm-hmm, yes.
18      Q.   That's the -- one of the two polling places
19  that you were referring to in your prior testimony?
20      A.   Correct.
21              (Plaintiff's Exhibit 14 was marked for
22         identification.)
23  BY MR. POWERS:
24      Q.   I'm handing you what I'm marking for
25  identification as Plaintiff's Exhibit 14.
```

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

```
 1            What is Plaintiff's Exhibit 14?
 2       A.   It's a statement by Velma Lambert.
 3   Declaration under penalty of perjury pursuant to 28
 4   U.S.C. Code Section 1746 and/or a sworn statement in
 5   accordance with Georgia law.
 6       Q.   Do you see that the declarant's name is
 7   Velma Lambert?
 8       A.   Yes.
 9       Q.   She says she voted at the Evangel Community
10   Church in Snellville, Georgia?
11       A.   Mm-hmm.
12       Q.   Is the Evangel Community Church the other
13   polling place in Snellville that you were referring
14   to in your testimony a little while ago?
15       A.   I don't remember.  I remember it was the
16   Snellville area, but I don't remember which location
17   it was.
18       Q.   Is it possible that the Evangel Community
19   Church is one of the two polling places that you're
20   recalling?
21       A.   Like we have a lot of polling places in
22   Snellville, so I really don't know.  My assumption
23   would be yes since it was another long line one.
24       Q.   Do you recall receiving any complaints
25   specifically about the Evangel Community Church?
```

1        A.   I don't.

2             (Plaintiff's Exhibit 15 was marked for

3        identification.)

4   BY MR. POWERS:

5        Q.   I'm handing you what I'm marking for

6   identification as Plaintiff's Exhibit 15.

7             What is Plaintiff's Exhibit 15?

8        A.   The elections result report tape from

9   precinct 60 for the November 6, 2018 election.

10       Q.   And I know we touched on this briefly

11  before, but could you remind me what the election

12  result tape is and how it's generated?

13       A.   At the end of the day after the last voter

14  has voted, this is the report that prints out of each

15  DRE unit from each polling location.

16       Q.   What is the purpose of the election result

17  report tape?

18       A.   To report the results from that unit.

19       Q.   Is there a time stamp associated with these

20  reports?

21       A.   A time stamp?

22       Q.   On the election -- sorry.  I'll ask the

23  question again.

24            Is there a time stamp on the election result

25  report tape that's generated at the same time the

1   report is being generated?

2       A.   It looks like it.

3       Q.   Is that time stamp made on every single

4   election result report tape that's generated by the

5   DRE machines?

6       A.   Yes.

7       Q.   Could you read for me the top of the

8   election result report tape?

9       A.   Gwinnett County, State of Georgia general

10  election November 2nd, 2018.

11      Q.   So this is for the November 6, 2018

12  election?

13      A.   Yes.

14      Q.   Below that it gives date, poll center,

15  machine ID and other information; correct?

16      A.   Yes.

17      Q.   And then below the report number it has a

18  time; correct?

19      A.   Yes.

20      Q.   The time -- what does the time here say?

21      A.   1:18.

22      Q.   And then is there a date given to the right

23  of the time?

24      A.   Yes.

25      Q.   What is the date that's listed here?

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

```
 1       A.   06/02/2003.
 2       Q.   Shouldn't the date given on the election
 3   result report tape be November 6th, 2018?
 4       A.   I don't know what that date's for, so that
 5   could have been an update to the card.  It could have
 6   been an update to the machine and it's printing out
 7   on this.  I don't know what.
 8       Q.   If it was updating, why would it list a time
 9   that happened 15 years ago?
10       A.   Because that may have been when it was
11   updated.  I don't know.  Like I said, I don't look at
12   this part of the card.  When I look at these, I'm
13   usually looking at the results.  So I don't know what
14   the top part of that means.  That's something you'd
15   have to ask somebody besides me.
16            (Plaintiff's Exhibit 16 was marked for
17        identification.)
18   BY MR. POWERS:
19       Q.   I'm handing you what I'm marking for
20   identification as Plaintiff's Exhibit 16.
21            Actually, a little bit of clean-up.  Before
22   we turn to 16, with respect to Plaintiff's Exhibit
23   15, would you mind telling me the precinct number and
24   name for Plaintiff's Exhibit 15?
25       A.   It's precinct 60 Lawrenceville D.
```

Curling et al. v.        Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1        Q.   Turn back to Plaintiff's Exhibit 16.
2             What is Plaintiff's Exhibit 16?
3        A.   The election results report from Gwinnett
4    County, State of Georgia general election November 6,
5    2018.
6        Q.   What is the precinct number and name on
7    Plaintiff's Exhibit 16?
8        A.   Precinct 73, Pinckneyville P.
9        Q.   And going down again to the time and date,
10   what is the time listed on Plaintiff's Exhibit 16?
11       A.   1824.
12       Q.   So that would be 6:24 p.m.?
13       A.   Sure.
14       Q.   Is the date -- what's the date on
15   Plaintiff's Exhibit 16?
16       A.   11/06/2018.
17       Q.   Do you know if that time and date stamp is
18   of the date and time that this election result report
19   is being generated?
20       A.   I do not.
21       Q.   Ms. Ledford, I'd like to go back to the GEMS
22   database which we discussed a little while ago.
23       A.   Yes.
24       Q.   How does the -- remind me again how the
25   Gwinnett County Board of Elections receives the GEMS

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  database from the Secretary of State?

2       A.  We go down to Atlanta and we sign for and

3  receive it in a locked container.  And it's brought

4  back to the office.

5       Q.  Who is the employee with the Gwinnett County

6  Board of Elections that goes down to pick up the hard

7  copy of the GEMS database?

8       A.  It could be anyone from our -- any full-time

9  staff member.

10      Q.  It just kind of depends on who's available?

11      A.  Who has time, correct.

12      Q.  Are there any limitations in terms of which

13 Gwinnett County Board of Elections employees have

14 access to or can be made available to pick up the

15 hard copy of the GEMS database?

16      A.  No.  Again, it's just whoever has time.

17      Q.  Is any kind of nondisclosure agreement

18 required for Gwinnett County staff members who come

19 into contact with the GEMS database?

20      A.  No.

21      Q.  How many people have access to the GEMS

22 database?

23      A.  The GEMS database?

24      Q.  Mm-hmm.

25      A.  Just two.

1      Q.   Who are those people?

2      A.   Kristi and Kelvin.

3      Q.   How many people have access to the GEMS

4  server?

5      A.   Same.

6      Q.   Does Gwinnett County have a GEMS license?

7      A.   I don't know.  I don't know.

8      Q.   Who with the Gwinnett County Board of

9  Elections might know?

10      A.   No one.  It would be me, so...

11      Q.   Is it fair to say then that Gwinnett County

12  Board of Elections does not have a GEMS license?

13      A.   I would say so, yes, because it's not really

14  our program.

15      Q.   When the Board of Elections employees

16  deliver the DREs to -- strike that.

17           When, for municipal elections, DRE voting

18  machines are transferred to the municipalities, is it

19  Gwinnett County staff or the municipality staff who's

20  responsible for transporting the voting machines to

21  the city?

22      A.   The municipal staff.

23      Q.   When they take possession of the machines,

24  do they have to sign any kind of documentation?

25      A.   There is a chain of command paperwork.  Yes.

1      Q.   Are there any restrictions or limitations or
2   requirements with respect to which employees with the
3   municipalities are permitted to pick up the DRE
4   voting machines?
5      A.   Not from our side.
6      Q.   When staff for the municipalities -- strike
7   that.
8          So if a municipality sent a contractor or
9   temporary employee to the Board of Elections to pick
10  up the voting machines, you wouldn't turn them away?
11     A.   We've never had that, so it's always been
12  full-time employees of the City.  I think that's just
13  a gentleman's agreement that we've had with them
14  since they started using the equipment.
15     Q.   Got it.  And do municipal employees have to
16  sign any kind of nondisclosure agreement when they
17  take possession of the DRE voting machines?
18     A.   What would they have to disclose?  So no.   I
19  mean, there's nothing on the machine.  They are
20  blank.  They are shells when they get them.  So, no,
21  there's no nondisclosure.
22     Q.   When -- strike that.
23          Prior to DRE voting machines being
24  transferred to municipalities, is all of the memory
25  from those machines erased?

1     A.   I don't know.  They don't have the memory
2   card in them, so that part is gone.  As far as the
3   redundant, I'm not sure.

4     Q.   The memory cards for the machines go
5   directly from the Georgia Secretary of State's office
6   to the municipalities?

7     A.   No.  The state doesn't have memory cards.
8   The memory cards are all with the voting unit.  So if
9   they get a voting unit, they get the memory card with
10  it.

11          It gets programmed somewhere with the City
12  whether it be a contractor -- I don't know how that
13  part takes place.  They just get the equipment and
14  the peripherals from us and that's it.

15    Q.   Got it.  So just to make sure I understand
16  this correctly, the municipalities are essentially
17  getting a blank -- that's probably a bad way of
18  putting it.  Let me try again.

19          When the voting machines are transferred to
20  the municipalities, the -- is it accurate to say that
21  there's a blank memory card in the voting machines?

22    A.   Correct.

23    Q.   And the memory has been wiped from those
24  cards in advance?

25    A.   Yes.

1          MR. POWERS:  Perhaps, we can take very

2      brief break.

3          (Recess from 4:06 p.m. to 4:15 p.m.)

4   BY MR. POWERS:

5      Q.  Before we broke, you were talking about the

6   erasure of the internal memory of the DRE.

7          Can you explain to me in general terms how

8   the internal memory is erased from the DRE machines?

9      A.  I cannot because I don't know when that's

10  done or how often that's done.  I just know that in

11  periods that's done and that's really all I know

12  about it.

13     Q.  Is there any particular requirement in terms

14  of when the data has to be removed or deleted?

15     A.  Not to my knowledge.

16     Q.  So is it a discretionary decision made by

17  the Board of Elections staff members?

18     A.  No.  It's not anything that we do.  It's

19  done by the State.

20     Q.  Can you explain to me how that process works

21  in terms of the State removing or deleting the

22  internal memory?

23     A.  Well, if I'm -- I can't talk a whole lot

24  about it because I don't really know.  I can tell you

25  that it has periodically happened since we've had the

Curling et al. v.        Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1  equipment since 2002.

2        I couldn't tell you if it's done because my

3  memory is just shot on this.  I don't know if it's

4  every -- you know, after every presidential election.

5  I don't know if it's on any -- I don't know what the

6  cycle is on doing that.  But I can tell you in the

7  life of the equipment that we have, it's been done

8  several, several times over the years.

9        Q.  What's the chain of custody at that point?

10       A.  It takes place at our office.  They actually

11  send staff out to our prep center and that's what we

12  do.

13       We line the equipment up for them every day.

14  And I guess they have a list, an inventory list.  And

15  they go through and make sure that they've hit all of

16  the equipment.

17       They do updates.  They do all of that type

18  of internal, I guess, mechanizations or what they

19  deal with.  The staff doesn't do anything with that.

20       Q.  When these deletions happen, are they

21  removing the internal data on all 1800 voting

22  machines?

23       A.  Correct.

24       Q.  How many employees does it take to -- strike

25  that.

1        How long does it take to delete the internal
2   memory from all 1800 voting machines?
3      A.   They usually do it in about a week,
4   five days.
5      Q.   Just to make sure I'm clear on something,
6   before the County Board of Elections transfers the
7   voting machines to the municipalities, is the
8   internal memory deleted as a matter of policy?
9      A.   As a matter of policy, no.  Like I said it's
10  not something that's done by our staff.  It's done by
11  the State.  And I couldn't say if it's done before --
12  like I said, I don't know what routine it is.  So I
13  don't know that it was always done, you know, in an
14  even numbered year which is when we have elections
15  versus odd numbered years which is when most of the
16  cities have their elections.
17     Q.  ·As the -- strike that.
18        When was the last time that the internal
19  memory was removed or deleted from the DRE machine?
20     A.   I don't know.  I could tell you it was
21  before 2018 and I don't know if it's been done since
22  then.
23     Q.   Thank you.
24        Now, let's consider a situation in which
25  municipalities had to vote using optical scan.

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD              6/24/2019

1            How many optical scanners would
2    municipalities need to conduct an election entirely
3    using optical scan?
4        A.   It depends on the size of the
5    municipalities.  We have some that only have, I
6    believe, 1600 registered voters and we've got one
7    that's got almost 30,000.  So it just depends on the
8    size of the city and what they anticipate their
9    turnout is going to be.
10       Q.   Based on historical patterns in the past
11   ordering practices of the municipalities, what's the
12   range from the municipality with 1600 people to the
13   one with 30,000 people?
14       A.   For optical scan units?
15       Q.   (Counsel nods head affirmatively.)
16       A.   They usually take two to four because the
17   ones that take two have one and they use it for
18   backup.  And the ones that take multiple would be
19   bigger cities where they were doing their early
20   voting.  You know, they would have them if somebody
21   needed to cast a provisional ballot or further
22   absentee ballot process.  So two to four.
23       Q.   Got it.  So a city with 30,000 people might
24   need four optical scan units?
25       A.   Mm-hmm.

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1        Q.   How many optical scan units does the

2   Gwinnett County Board of Elections currently own?

3        A.   I think we have 36 -- 32 or 36.

4        Q.   Thirty-two or 36?

5        A.   Yes.

6        Q.   So in a situation where cities were

7   conducting elections using optical scan units, would

8   you anticipate receiving a request from --

9   for optical scan units from all Gwinnett County

10  municipalities or only those that currently request

11  DRE voting machines from you?

12       A.   Well, we have 16 cities wholly or partially

13  located in Gwinnett and there is no rhyme or reason

14  as to when or how they choose to use the equipment.

15            So I'm not qualified to answer that question

16  based on I just don't have the history -- it's just

17  all over the place and I wouldn't want to speculate

18  on that.

19       Q.   Got it.

20            So there are 16 municipalities in Gwinnett

21  County?

22       A.   Yes.

23       Q.   Are they all conducting their own elections

24  in November of 2019?

25       A.   For the ones that are having them except for

1  Braselton and Jackson County because it's the City of
2  Braselton and, actually, Walton County conducts the
3  City of Auburn.
4       Q.  What about Buford?
5       A.  They conduct their own.
6       Q.  Let's consider now the March primary
7  election.
8            If Gwinnett County were holding an election
9  using optical scanners for the March 2020 primary,
10  how many optical scanners would the County need?
11       A.  I don't know.  We would need -- it would
12  have to be a minimum of two for 156 polling
13  locations.  That would be a bare minimum.
14            You've got people standing in line.  It
15  takes a while to read those.  In Gwinnett County, our
16  ballots usually are a little bit longer, so we have
17  to account for that as well.
18            We also have eight advance voting locations.
19  We would need a minimum of five at those so whatever
20  that number would be.  And, like I said, that would
21  be just the bare minimums.  That would not suffice.
22  You would have to have three or four units at the
23  site and probably 10 at the advance voting sites
24  because those scanners are not very quick either.
25       Q.  You've reminded me of something.

1           So I'm going pivot quickly back to DRE

2    voting machines and in particular to the DRE voting

3    machines that are used for early voting.

4         A.   Mm-hmm.

5         Q.   Roughly, how many DRE voting machines are

6    used for early voting in, you know, the November

7    election in an even numbered year?

8         A.   We have 15 at seven at the sites and 35 at

9    our office.

10        Q.   Make sure I understand this correctly.

11           There are seven early voting sites and each

12   of them, every single one will have 15 --

13        A.   -- 15.

14        Q.   -- DRE machines?  Got it.

15           So all total, there's well over a hundred

16   DRE voting machines used for early voting?

17        A.   Correct.

18        Q.   Are those voting machines that are used for

19   early voting also used for voting on election day?

20        A.   No.  You can't do that.

21        Q.   Why is that?

22        A.   Because that's the way the rules are set up

23   on that.  Those machines, when they close down on

24   Friday, they are sealed up, sequestered and they are

25   brought back to our office.  And that's where they

1    stay sealed until 7:00 p.m. on election night.

2        Q.   You may have said this and I just missed it.

3            When are the DRE early voting machines

4    physically moved from the early voting location to

5    the Board of Elections Office?

6        A.   On election they're -- some of them are

7    actually on Friday night as soon as the polls closed

8    and then others are on Saturday and Monday.  We try

9    to have them out -- our satellites are community

10   centers at our parks and we don't want to leave the

11   equipment there, you know, more than what we have to

12   even though it's sealed and corded and all that.

13       Q.   Yeah.  Now I'm going to pivot back to

14   optical scan world.

15           Does the Gwinnett County board ever have to

16   purchase its own optical scanners?

17       A.   Yes.

18       Q.   Why does it have to do that?

19       A.   Because the initial rollout in 2002, I

20   believe, we had maybe 20.  And we knew that we were

21   going need more than that, so we purchased just five,

22   six, seven, whatever, here, there over the years.

23   And that's to accommodate not only the absentee

24   ballot but also the provisional ballot because that

25   has continued to get larger and larger.  And with

Curling et al. v.         Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1  that, we need the machines to count those ballots as

2  well.

3      Q.   Where -- strike that.

4           Where do you go to buy new optical scanners?

5      A.   ES&S.

6      Q.   And you purchase it directly from ES&S?

7      A.   Correct.

8      Q.   Have you ever looked to see if Gwinnett

9  County could purchase additional optical scanners

10 from other elections who used to use that kind of

11 optical scanner but no longer do?

12     A.   You mean outside the state of Georgia?

13     Q.   Anywhere.  Anywhere.

14     A.   We can't use any equipment from outside the

15 state of Georgia.  We can't buy -- I apologize.  Let

16 me take that back.

17          I think we can actually buy used equipment

18 now, but that just changed within the last few years.

19 But we haven't needed to purchase any that way, so

20 ours have come through ES&S.

21     Q.   I was going to ask if you're aware if some

22 counties in Georgia actually had received optical

23 scanners from counties from other states?

24     A.   I know that other states made it available.

25 I don't know personally of any county.  We've just

```
 1  never had that discussion.
 2           (Plaintiff's Exhibit 17 was marked for
 3       identification.)
 4  BY MR. POWERS:
 5       Q.  I'm handing you what I've marked for
 6  identification as Plaintiff's Exhibit 17.
 7           Could you please tell me what Plaintiff's
 8  Exhibit 17 is?
 9       A.  It's the Election Day Management Training
10  Workbook for the 2018 General Election.
11       Q.  Thank you.
12       A.  Mm-hmm.
13       Q.  If you wouldn't mind turning to chapter
14  five.  I think it's actually the last page of the
15  exhibit.
16       A.  Mm-hmm.
17           MS. MARKS:  She's on a different page
18       than you are.
19           MR. POWERS:  I'm looking at a page that
20       has 60 at the top left-hand corner?
21           THE WITNESS:  I don't have that.
22           (Discussion ensued off the record.)
23  BY MR. POWERS:
24       Q.  So what is corrected Plaintiff's Exhibit 17?
25       A.  It's the Election Day Manager Manual.
```

1        Q.   If you wouldn't mind turning to page 60.

2        A.   It's actually chapter five of that.

3        Q.   Chapter five?

4        A.   Yeah.

5             MR. TYSON:   Just so we're clear for the

6        record, this is a portion of the manual not

7        the complete manual; is that correct?

8             THE WITNESS:   Yes.

9             MR. TYSON:   Just so that's clear for the

10       record.

11            MR. POWERS:   Thank you.

12   BY MR. POWERS:

13       Q.   What does chapter five page 60 of the

14   Election Day Manager Manuel discuss?

15       A.   The log sheet for actions taken on DRE and

16   express poll.

17       Q.   Would you mind reading the first sentence?

18       A.   Whenever an update or canceling action is

19   taken either on the express poll or the DRE.

20       Q.   It provides a series of steps after that; is

21   that correct?

22       A.   Mm-hmm.

23       Q.   Is one of those below that, does it say that

24   one of the actions that must be recorded include

25   canceling a ballot on the DRE unit?

1       A.   Yes.

2       Q.   What are the steps that poll officials have

3   to go through if they are canceling a ballot on the

4   DRE unit?

5       A.   I'd have to look.  I don't remember.  It's

6   been a long time since I've done it myself.

7       Q.   Specifically, I'll point you to the second

8   sentence of the first paragraph on the --

9       A.   Updating a voter's status?

10      Q.   Yeah.

11      A.   If a voter is issued an absentee ballot, the

12  express poll does not reflect whether that ballot was

13  received back or not.

14           So if the voter shows up at the poll and it

15  shows in the express poll that they have been issued

16  an absentee ballot, in order for that voter to then

17  be allowed to vote at the poll, they either have to

18  have the ballot with them to cancel it or they fill

19  out a cancelation form.

20           Once they do that, the poll workers go into

21  Election Net -- I'm sorry -- express poll and they

22  unmark that voter.  And they will take out that

23  absentee notation and put the voter back in an active

24  eligible status.  And then they encode a voter access

25  card and the voter goes to the DRE unit to vote.

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1      Q.  So that's a situation where -- is that --
2   okay.

3           So is that what is being described here with
4   respect to canceling a ballot on the DRE unit itself?

5      A.  No.  That's canceling it on the DRE -- I'm
6   sorry.  That's canceling it on the express poll so
7   that they can then cast it on the DRE.

8           Canceling a ballot on the DRE is the
9   situations we discussed earlier.  If the voter gets
10  the wrong ballot and they realize it but they've put
11  the card in, it comes up and it's Republican versus
12  Democrat.  Then the only way to get the card out
13  without casting a ballot is to cancel the ballot even
14  though it hasn't been cast yet.

15          So we also have to do that from time to
16  time.  And if they do that, then they have to mark
17  that, too, because that's part of their
18  reconciliation at the end of the day.

19     Q.  So that cancellation has to be recorded here
20  even if that vote had been started never actually
21  gets completed?

22     A.  Correct.

23     Q.  It's not referring to a situation which a
24  voter actually completed casting a ballot?

25     A.  Right.  Because as we said earlier, once you

1   cast the ballot, it starts randomizing it in the

2   unit, so we would have no way to identify that

3   voter's ballot.

4          MR. POWERS:  Got it.  Thank you.

5          (Plaintiff's Exhibit 18 was marked for

6      identification.)

7   BY MR. POWERS:

8      Q.  I'm handing you what I'm marking for

9   identification as Plaintiff's Exhibit 18.

10         What is Plaintiff's Exhibit 18?

11     A.  Official election bulletin from the

12  Secretary of State's Office regarding open records

13  request.

14     Q.  Did you receive this official election

15  bulletin from Chris Harvey?

16     A.  Yes.

17     Q.  What does Plaintiff's Exhibit 18 say?

18     A.  Multiple counties have reported receiving

19  open records requests asking for data such as DRE

20  audit logs, copies of DRE tapes and ballot image

21  reports and/or copies of ballot images.

22     Q.  Could you please read for me the sentence in

23  the third paragraph of Plaintiff's Exhibit 18?

24     A.  Ballot images are not subject to open

25  records requests per the advice of the Attorney

1  General's Office.

2          (Plaintiff's Exhibit 19 was marked for

3      identification.)

4  BY MR. POWERS:

5      Q.   I'm handing you what I've marked for

6  identification Plaintiff's Exhibit 19.

7      A.   Mm-hmm.

8      Q.   What is Plaintiff's Exhibit 19?

9      A.   I have no idea.  I've never seen it.

10     Q.   Is Plaintiff's Exhibit 19 a ballot image

11 report?

12     A.   I don't know.  I've never seen this before.

13 I've never seen one of these.

14     Q.   Have you ever seen a ballot image report

15 before?

16     A.   No.  No.

17     Q.   That's fair.  Do you know why ballot image

18 reports are no longer a public record?

19     A.   I don't know they were ever public record

20 because we've never been asked for one.  If that's

21 what this is, I've never seen one, so I don't know.

22          So, no, I do not know.

23          MR. POWERS:  Fair enough.  I need

24      another minute or two.  Take a break.  But I

25      think it might be easier actually for you

1    guys to stay and us to move because I am

2    coming to the end.

3         (Recess from 4:43 p.m. to 4:45 p.m.)

4         MR. POWERS:  Plaintiffs have no further

5    questions.  We would like to meet and confer

6    regarding the discovery issues outlined in

7    your respective letters once the deposition

8    is concluded.

9         MR. TYSON:  I just have a couple of

10   questions for you, Ms. Ledford.

11                    EXAMINATION

12   BY MR. TYSON:

13       Q.  Mr. Powers asked you earlier about whether

14   you trusted the DRE system.  Do you remember that

15   question?

16       A.  Yes.

17       Q.  Why is it that you trust the DRE system that

18   we use in Georgia?

19       A.  Basically, again, it's a history thing.  The

20   way that everything is brought in and programmed and

21   sealed and secured and checks and balances -- and the

22   one thing I will say to that is all these experts

23   that have tested all this equipment have never done

24   it in a true election environment.  They set up their

25   own environment.  They really have no idea what we do

1 and nobody's ever really asked.

2          So I think that there's oftentimes a rush to

3 judgment without asking proper questions or getting

4 more detailed information.  And, you know, for those

5 of us in elections administration, we take our jobs

6 very, very seriously.  And we want every election to

7 be as good as it can.

8          There's no perfect election.  There's

9 absolutely no perfect election equipment, but we've

10 not had -- to my knowledge, we've not had problems

11 with ours or it's not questionable.

12     Q.   We definitely appreciate your work and all

13 the work of your staff.

14     A.   Thank you.

15          MR. POWERS:  And I do, too.

16 BY MR. STEPHENS:

17     Q.   Mr. Powers asked you as well about feeding

18 ballots through optical scanners for recounts?

19     A.   Mm-hmm.

20     Q.   When you have a ballot that is long or

21 additional size, does that take longer to feed

22 through the optical scanner?

23     A.   The optical scanners that we have are not

24 high speed scanners as most people who have watched

25 us count those things knows and if you have -- you

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD              6/24/2019

1   know, and different ones react different ways to
2   different ballots.

3           So sometimes you have what's called
4   shuffling.  You put it in.  It will shuffle it three
5   or four times and then it takes it.  The next one it
6   will take and the next one it will shuffle it.  Well,
7   it won't take, so then you have to turn it upside
8   down.  You have to do it backwards.  You have to do
9   it different orientations.

10          So, you know, like I said, you can try to
11  average an amount of time to do a ballot, but if
12  you've got a two-page 18-inch ballot, which is what
13  we had in November and especially when you have
14  multiple folds within the ballot as well, it creates
15  additional time to read those ballots.

16          The easiest ballots to read are the
17  provisionals because they're straight.  We print
18  them, we duplicate them and they go straight into the
19  optical scan.  But the provisional -- absentee
20  ballots are very, very difficult to scan.

21      Q.  Then there was some discussion earlier about
22  the process.  You mentioned having to duplicate
23  98 percent of the provisional ballots.

24          Can you explain a little bit what ballot
25  duplication means for paper ballots?

1        A.   Yes.   One of the reasons that people can
2   choose to vote a provisional ballot is if they show
3   up at an incorrect poll and they don't have time or
4   make a fuss and don't want to go to the correct poll.
5   Poll officials are -- at that point will offer them a
6   provisional ballot.

7            Well, if they're at the wrong polling
8   location, the ballot at that poll are only for -- or
9   the precinct are only for that precinct.   So if you
10  have a voter that lives in Dacula but they are trying
11  to vote in Snellville, that ballot is not going to be
12  the same.

13           So when that ballot comes in on election
14  night, we have to research that and we pull the
15  correct ballot for the voter.   And then we take the
16  ballot that they actually voted and anything that
17  they were eligible to vote for, we transfer onto that
18  duplicate ballot.   And they're labeled "original" and
19  "duplicate."   And then the duplicate is what is
20  actually read for tabulation.

21           And the duplication process involves three
22  people.   You have to have one person read the
23  original ballot, one person mark the duplicate ballot
24  and one person to monitor that process.

25       Q.   Would you consider the ballot duplication

1  process a time consuming exercise?

2      A.   Yes.   Because it's very manual.   It's a

3  very, very laborious process.   When people are tired,

4  you know, we came in at four, five o'clock on

5  election morning and we only have three days to get

6  these things done and you're trying to do everything

7  else.   You've got to wrap up an election.

8          It's an accurate process but, again, it

9  takes a very long time to get there.

10     Q.   Once you start counting ballots after the

11 polls close on election night, is there a requirement

12 that you continue counting until you finish?

13     A.   Yes.   We would love that law to be changed.

14 They missed that House Bill 316.   I'm just saying.

15         And I understand.   You don't want to lose

16 the integrity of the system.   And there are people

17 who would think that some Keebler elves come in and

18 manipulate ballots or do something.

19         So, yes, we stay there until we're done,

20 which is oftentimes -- depending on the election

21 could be two or three o'clock in the morning or it

22 could be like this last election where it was four

23 o'clock in the afternoon the next day.

24     Q.   So Wednesday afternoon at four o'clock is

25 when you finished the 2018?

1    A.  Yes.  And we came in at five o'clock on

2  Tuesday morning.

3    Q.  And that was an election that involved both

4  DREs for the majority of votes and then paper ballots

5  for a small subset?

6    A.  Correct.  And there was a problem with the

7  printing of the ballots.  DeKalb County had a

8  problem.  Gwinnett had a problem.

9         (Reporter requests that witness slow

10      down.)

11         THE WITNESS:  Gwinnett and DeKalb had

12      that problem.  So duplication was greatly

13      multiplied during that time.  So almost

14      every ballot had to be duplicated.  And then

15      some of the duplicated ballots had to be

16      duplicated as well.

17         And so it was a -- and it's a very

18      manual, very laborious process -- laborious,

19      I'm not sure how you pronounce that word.

20  BY MR. TYSON:

21    Q.  And so when you're describing that ballot

22  printing issues, did that keep the paper ballots from

23  being read by the optical scanners?

24    A.  Correct.

25    Q.  And that's why you had to have duplication

1  where it was a format they could actually read?

2       A.   Yes.

3            MR. TYSON:   I don't have any further

4       questions.

5            MR. STEPHENS:   Cheryl?

6                        EXAMINATION

7  BY MS. RINGER

8       Q.   You had spoken a bit about the number of

9  optical scanners that you had.  If you had to do a

10  countywide optical scan paper ballot election, how

11  many scanners do you think you would need?

12       A.   I know we talked about that earlier.  You

13  would have to have a very, very minimum of two per

14  156 --

15       Q.   That's what I missed.  I was looking at my

16  notes and I didn't get it, so --

17       A.   Yeah.  We said a very, very minimum of two

18  for 156 polling locations and then very, very minimum

19  of five for seven satellite voting locations and the

20  main office.

21       Q.   I missed that.  Okay.

22       A.   I don't know where we would store all those

23  ballots either.

24            MS. RINGER:   No further questions.

25            MR. POWERS:   No redirect.

1          THE REPORTER:   She's reading and

2     signing, I take it?  Is she reading and

3     signing?

4          MR. STEPHENS:   Yes.

5          THE WITNESS:   Yes.

6          (Transcript orders taken by audio

7     record.)

8          (Deposition concluded at 4:52 p.m.)

9          (Signature reserved.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

1                            CERTIFICATE

2

3    STATE OF GEORGIA:

4    COUNTY OF FULTON:

5

6           I hereby certify that the foregoing

7    transcript was taken down, as stated in the caption,

8    and the colloquies, questions, and answers were

9    reduced to typewriting under my direction; that the

10   transcript is a true and correct record of the

11   evidence given upon said proceeding.

12          I further certify that I am not a relative

13   or employee or attorney of any party, nor am I

14   financially interested in the outcome of this action.

15          This the 28th day of June, 2019.

16

17

18

19   _____

20            Marsi Koehl, CCR-B-2424

21

22

23

24

25

Curling et al. v.          Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1                              DISCLOSURE

2

3    STATE OF GEORGIA:

4    COUNTY OF DEKALB:

5              Deposition of TERESA LYNN LEDFORD.

6              Pursuant to Article 8.B. of the Rules and
     Regulations of the Board of Court Reporting of the
7    Judicial Counsel of Georgia, I make the following
     disclosure:
8
               I am a Georgia Certified Court Reporter
9    acting as an agent of APG USA, Inc., who was contacted
     by the offices of Lawyers' Committee for Civil Rights
10   Under Law, to provide court reporting services for
     this deposition.  I will not be taking this deposition
11   under any contract that is prohibited by O.C.G.A.
     15-14-37 (a) and (b).
12
               APG USA, Inc., has no contract to provide
13   reporting services with any party to the case, any
     counsel in the case, or any reporter or reporting
14   agency from whom a referral might have been made to
     report this deposition.  APG USA, Inc., will charge
15   its usual and customary rate to all parties in the
     case, and a financial discount will not be given to
16   any party to this litigation.

17

18

19

20

21   Marsi Koehl, CCR-B-2424              Date: 6/28/19

22

23

24

25

                              APG USA INC.
WWW.APGREPORTING.COM                          (888) 542-5598

```
 1                   UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2                        ATLANTA DIVISION

 3

 4   DONNA CURLING, et al.,        )
                                   )
 5        Plaintiffs,              )
                                   )       CIVIL FILE ACTION
 6   vs.                           )
                                   )       NO. 1:17-cv-02989-AT
 7                                 )
     BRAD RAFFENSPERGER, et al.,   )
 8                                 )
          Defendants.              )
 9

10

11        The preceding deposition taken in the matter, on

12   the date, and at the time and place set out on the

13   title page hereof.

14

15        It was requested that the deposition be taken by

16   the reporter and that same be reduced to typewritten

17   form.

18

19        It was agreed by and between counsel and the

20   parties that the Deponent will read and sign the

21   transcript of said deposition.

22

23

24

25
```

Curling et al. v.         Deposition of
Raffensperger et al.   T. LYNN LEDFORD              6/24/2019

1                        CERTIFICATE

2    STATE OF
     COUNTY/CITY OF
3

4         Before me, this day, personally appeared, TERESA
     LYNN LEDFORD, who, being duly sworn, states that the
5    foregoing transcript of her deposition, taken in the
     matter, on the date, and at the time and place set out
6    on the title page hereof, constitutes a true and
     accurate transcript of said deposition.
7

8

9         _____

10                    TERESA LYNN LEDFORD

11

12

13   SUBSCRIBED and SWORN to before me this

14   _____ day of _____, 2019 in the

15   jurisdiction aforesaid.

16

17   _____

18   My Commission Expires        Notary Public

19

20

21   []   No changes made to the Errata Sheet; therefore, I

22   am returning only this signed notarized certificate.

23

24   []   I am returning this signed, notarized certificate

25   and Errata Sheet with changes noted.

                        APG USA INC.
WWW.APGREPORTING.COM                      (888) 542-5598

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD          6/24/2019

```
 1   DEPOSITION ERRATA SHEET
 2   Deponent:  TERESA LYNN LEDFORD
 3   Deposition Date:  June 24, 2019
 4   To Reporter:
 5   I have read the entire transcript of my deposition
 6   taken in the captioned matter or the same has been
 7   read to me.  I request that the following changes be
 8   entered upon the record for the reasons indicated.  I
 9   have signed my name to the Errata Sheet and
10   appropriate Certificate and authorize you to attach
11   both to the original transcript.
12
13   Page No.          Line No.
14   Change to:
15   Reason for Change:
16
17   Page No.          Line No.
18   Change to:
19   Reason for Change:
20
21   Page No.          Line No.
22   Change to:
23   Reason for Change:
24
25
```

```
 1            Deposition of TERESA LYNN LEDFORD

 2

 3   Page No.          Line No.

 4   Change to:

 5   Reason for Change:

 6

 7   Page No.          Line No.

 8   Change to:

 9   Reason for Change:

10

11   Page No.          Line No.

12   Change to:

13   Reason for Change:

14

15   Page No.          Line No.

16   Change to:

17   Reason for Change:

18

19   Page No.          Line No.

20   Change to:

21   Reason for Change:

22

23

24   Signature:                      Date:

25            TERESA LYNN LEDFORD
```