**Ledford, Lynn**

**Subject:** FW: Provisional Ballots

**Gwinnett** *vibrantly connected* **Lynn Ledford** | Elections Director/Directora de Elecciones | Gwinnett County Board of Voter Registrations and Elections/Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett | Phone/Teléfono: 678.226.7210 | Fax: 678.226.7208 | Physical Address/Dirección Física: 455 Grayson Hwy, Suite 200, Lawrenceville, GA 30046 | Mailing Address/Dirección Postal: 75 Langley Drive, Lawrenceville, GA 30046 | www.gwinnettcounty.com

**From:** Black, Shantell
**Sent:** Friday, June 21, 2019 11:41 AM
**To:** Ledford, Lynn
**Cc:** Royston, Kristi
**Subject:** RE: Provisional Ballots

|  |  |
|---|---|
| ▇▇▇ | ▇▇▇ |
| N | 564 |
| PARTIAL | 1785 |
| Y | 431 |
| Total | 2780 |



PLAINTIFF'S EXHIBIT 3