# gwinnettcounty/Condado de Gwinnett
## Voter Registrations & Elections/Inscripciones de Electores y Elecciones
## Voter Comments and Concerns Form/Formulario de Comentarios e Inquietudes del Elector



If you are providing a comment or concern, the information you report on this form may be used to help us investigate violations of election laws, rules, and/or procedures. When completed, please mail, email, or fax your form and supporting documents to the office listed at the bottom of the page. Upon receipt, this form will be reviewed by a member of our staff. The length of this process can vary depending on the circumstances and information you provide. The Gwinnett County Board of Voter Registrations and Elections may contact you if additional information is needed.

Si va a proporcionar un comentario o inquietud, la información que usted reporta en este formulario podría ser útil para ayudarnos a investigar las violaciones de las leyes electorales, reglas y/o procedimientos. Cuando termine, favor de enviar el formulario y los documentos pertinentes por correo postal, correo electrónico o por fax a la oficina que aparece en la parte inferior de la página. Una vez recibido, este formulario será revisado por un miembro de nuestro personal. La duración de este proceso puede variar dependiendo de las circunstancias y la información que usted proporcione. La Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett podría comunicarse con usted si se necesita información adicional.

**Please print or type all information/Por favor escriba con letra imprenta o a máquina toda la información**

Name of Voter/Nombre del Elector: **Laurrean Johnson Mike**
Street address/Dirección de domicilio: **4210 Horder Ct S**
City/Ciudad: **Snellville**   State/Estado: **Ga**   Zip Code/Código Postal: **30039**
Daytime phone number/Número de teléfono diurno: _____
Email Address/Correo Electrónico: _____
Polling Location/Lugar de Votación: **Lenora Park Gym**   Date/Fecha: **10/25/18**   Time/Hora: **9:45**

Please describe your experience as detailed as possible. You may attach additional sheets if necessary./Por favor describa su experiencia lo más detalladamente posible. Puede incluir hojas adicionales si es necesario.

After completing the selection of voting section, the card popped out before I was able to look at the chosen selection. I did not get to push the cast ballot section. Severe default!

Laurrec Mike

Please contact me on 10/26/18 and leave message for me to return call. Also leave return phone # and point of contact. Thanks

Mike

Mail/Correo:   Gwinnett County Board of Registrations and Elections
Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett
75 Langley Drive
Lawrenceville, GA 30046

Fax:   678.226.7208

Email/Correo Electrónico:   voterregistration@gwinnettcounty.com

G:\LA Project_Electronic Documents\Elections\Voter Comments-ConcernsForm.docx

**PLAINTIFF'S EXHIBIT 4**

# gwinnettcounty/Condado de Gwinnett
## Voter Registrations & Elections/Inscripciones de Electores y Elecciones
## Voter Comments and Concerns Form/Formulario de Comentarios e Inquietudes del Elector



If you are providing a comment or concern, the information you report on this form may be used to help us investigate violations of election laws, rules, and/or procedures. When completed, please mail, email, or fax your form and supporting documents to the office listed at the bottom of the page. Upon receipt, this form will be reviewed by a member of our staff. The length of this process can vary depending on the circumstances and information you provide. The Gwinnett County Board of Voter Registrations and Elections may contact you if additional information is needed.

Si va a proporcionar un comentario o inquietud, la información que usted reporta en este formulario podría ser útil para ayudarnos a investigar las violaciones de las leyes electorales, reglas y/o procedimientos. Cuando termine, favor de enviar el formulario y los documentos pertinentes por correo postal, correo electrónico o por fax a la oficina que aparece en la parte inferior de la página. Una vez recibido, este formulario será revisado por un miembro de nuestro personal. La duración de este proceso puede variar dependiendo de las circunstancias y la información que usted proporcione. La Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett podría comunicarse con usted si se necesita información adicional.

**Please print or type all information/Por favor escriba con letra imprenta o a máquina toda la información**

Name of Voter/Nombre del Elector: James Russell Lamb
Street address/Dirección de domicilio: 2760 PINE LOG WAY
City/Ciudad: Buford    State/Estado: GA.    ZipCode/Código Postal: 30519
Daytime phone number /Número de teléfono diurno: ___
Email Address /Correo Electrónico: NA
Polling Location/Lugar de Votación: NORTH Metro Church    Date /Fecha: 11-6-2018    Time/Hora: 4:30 P.M
OLD PEACHTREE Rd. Lawrenceville

Please describe your experience as detailed as possible. You may attach additional sheets if necessary./Por favor describa su experiencia lo más detalladamente posible. Puede incluir hojas adicionales si es necesario.

After Making my selectoion on the ballot, when it came up for Me to Review my Selections I had 3 or 4 seconds to begin my Review of choices when All of a Sudden my card Popped out and my ballot was cast. My hand's Never got close to the Machine!!! Never got to even see my vote!!! they audited the count, said my vote was cast. But MY BIG Concern is? Did it cast what I Really VOTED! Something WRONG Here! I Expect to here back about This! Something Really Weird HAPPENED on MY VOTE! Feal I WAS Done Wrong!

Mail/Correo:    Gwinnett County Board of Registrations and Elections
Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett
75 Langley Drive
Lawrenceville, GA 30046

Fax:    678.226.7208

Email/Correo Electrónico: voterregistration@gwinnettcounty.com

G:\LA Project_Electronic Documents\Elections\Voter Comments-ConcernsForm.docx



# gwinnettcounty/Condado de Gwinnett
## Voter Registrations & Elections/Inscripciones de Electores y Elecciones
## Voter Comments and Concerns Form/Formulario de Comentarios e Inquietudes del Elector

If you are providing a comment or concern, the information you report on this form may be used to help us investigate violations of election laws, rules, and/or procedures. When completed, please mail, email, or fax your form and supporting documents to the office listed at the bottom of the page. Upon receipt, this form will be reviewed by a member of our staff. The length of this process can vary depending on the circumstances and information you provide. The Gwinnett County Board of Voter Registrations and Elections may contact you if additional information is needed.

Si va a proporcionar un comentario o inquietud, la información que usted reporta en este formulario podría ser útil para ayudarnos a investigar las violaciones de las leyes electorales, reglas y/o procedimientos. Cuando termine, favor de enviar el formulario y los documentos pertinentes por correo postal, correo electrónico o por fax a la oficina que aparece en la parte inferior de la página. Una vez recibido, este formulario será revisado por un miembro de nuestro personal. La duración de este proceso puede variar dependiendo de las circunstancias y la información que usted proporcione. La Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett podría comunicarse con usted si se necesita información adicional.

**Please print or type all information/Por favor escriba con letra imprenta o a máquina toda la información**

Name of Voter/Nombre del Elector: Rebecca D. Duncan
Street address/Dirección de domicilio: 1314 Chelsea Park Lane, Apt #C Peachtree Corners, GA
City/Ciudad: Peachtree Corners   State/Estado: GA   Zip Code/Código Postal: 30092   30092
Daytime phone number /Número de teléfono diurno: _____
Email Address /Correo Electrónico: _____
Polling Location/Lugar de Votación: Shorty Howell   Date /Fecha: 10/27/18   Time/Hora: _____

Please describe your experience as detailed as possible. You may attach additional sheets if necessary./Por favor describa su experiencia lo más detalladamente posible. Puede incluir hojas adicionales si es necesario.

The Machine casted my Ballot while I was Reviewing the Ballot
→ It submitted an authorized Ballot!

Mail/Correo:   Gwinnett County Board of Registrations and Elections
Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett
75 Langley Drive
Lawrenceville, GA  30046

Fax:   678.226.7208

Email/Correo Electrónico: voterregistration@gwinnettcounty.com

G:\LA Project_Electronic Documents\Elections\Voter Comments-ConcernsForm.docx



# gwinnett county/Condado de Gwinnett
## Voter Registrations & Elections/Inscripciones de Electores y Elecciones
## Voter Comments and Concerns Form/Formulario de Comentarios e Inquietudes del Elector

If you are providing a comment or concern, the information you report on this form may be used to help us investigate violations of election laws, rules, and/or procedures. When completed, please mail, email, or fax your form and supporting documents to the office listed at the bottom of the page. Upon receipt, this form will be reviewed by a member of our staff. The length of this process can vary depending on the circumstances and information you provide. The Gwinnett County Board of Voter Registrations and Elections may contact you if additional information is needed.

Si va a proporcionar un comentario o inquietud, la información que usted reporta en este formulario podría ser útil para ayudarnos a investigar las violaciones de las leyes electorales, reglas y/o procedimientos. Cuando termine, favor de enviar el formulario y los documentos pertinentes por correo postal, correo electrónico o por fax a la oficina que aparece en la parte inferior de la página. Una vez recibido, este formulario será revisado por un miembro de nuestro personal. La duración de este proceso puede variar dependiendo de las circunstancias y la información que usted proporcione. La Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett podría comunicarse con usted si se necesita información adicional.

**Please print or type all information/Por favor escriba con letra imprenta o a máquina toda la información**

Name of Voter/Nombre del Elector: __Sue Brady Nash__
Street address/Dirección de domicilio: __1634 Beaver Creek Lane__
City/Ciudad: __Snellville__  State/Estado: __Ga__  Zip Code/Código Postal: __30078__
Daytime phone number /Número de teléfono diurno: ____
Email Address /Correo Electrónico: ____
Polling Location/Lugar de Votación: __Lenora Park__  Date /Fecha: __10/30/18__  Time/Hora: __2:35__

Please describe your experience as detailed as posible. You may attach additional sheets if necessary./Por favor describa su experiencia lo más detalladamente posible. Puede incluir hojas adicionales si es necesario.

Was unable to view final page of votes placed or to click on Cast Vote — Went immediately to — remove card

Mail/Correo:    Gwinnett County Board of Registrations and Elections
                Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett
                75 Langley Drive
                Lawrenceville, GA  30046

Fax:            678.226.7208

Email/Correo Electrónico: voterregistration@gwinnettcounty.com

G:\LA Project_Electronic Documents\Elections\Voter Comments-ConcernsForm.docx

# gwinnettcounty/Condado de Gwinnett
## Voter Registrations & Elections/Inscripciones de Electores y Elecciones
## Voter Comments and Concerns Form/Formulario de Comentarios e Inquietudes del Elector



If you are providing a comment or concern, the information you report on this form may be used to help us investigate violations of election laws, rules, and/or procedures. When completed, please mail, email, or fax your form and supporting documents to the office listed at the bottom of the page. Upon receipt, this form will be reviewed by a member of our staff. The length of this process can vary depending on the circumstances and information you provide. The Gwinnett County Board of Voter Registrations and Elections may contact you if additional information is needed.

Si va a proporcionar un comentario o inquietud, la información que usted reporta en este formulario podría ser útil para ayudarnos a investigar las violaciones de las leyes electorales, reglas y/o procedimientos. Cuando termine, favor de enviar el formulario y los documentos pertinentes por correo postal, correo electrónico o por fax a la oficina que aparece en la parte inferior de la página. Una vez recibido, este formulario será revisado por un miembro de nuestro personal. La duración de este proceso puede variar dependiendo de las circunstancias y la información que usted proporcione. La Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett podría comunicarse con usted si se necesita información adicional.

**Please print or type all information/Por favor escriba con letra imprenta o a máquina toda la información**

Name of Voter/Nombre del Elector: **MELODY MACK JORDAN**
Street address/Dirección de domicilio: **3258 Winter Court**
City/Ciudad: **Snellville**  State/Estado: **GA**  Zip Code/Código Postal: **30039**
Daytime phone number /Número de teléfono diurno: _____
Email Address /Correo Electrónico: _____
Polling Location/Lugar de Votación: **117**  Date /Fecha: **10/29/2018**  Time/Hora: **730-830a**

Please describe your experience as detailed as possible. You may attach additional sheets if necessary./Por favor describa su experiencia lo más detalladamente posible. Puede incluir hojas adicionales si es necesario.

Amendment B - Voted "NO", when I voted "YES". I asked for help on this issue - The Voting Machine continually voted "No". I was told to push "Summary" and it closed my Voting Machine down. I have no idea if my vote will be counted. The Machine was closed down, so, no one else will have to experience this total disappointment

Sincerely

Mail/Correo:   Gwinnett County Board of Registrations and Elections
Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett
75 Langley Drive
Lawrenceville, GA 30046

Fax:   678.226.7208

Email/Correo Electrónico: voterregistration@gwinnettcounty.com

G:\LA Project_Electronic Documents\Elections\Voter Comments-ConcernsForm.docx

# gwinnettcounty/Condado de Gwinnett
## Voter Registrations & Elections/Inscripciones de Electores y Elecciones
## Voter Comments and Concerns Form/Formulario de Comentarios e Inquietudes del Elector



If you are providing a comment or concern, the information you report on this form may be used to help us investigate violations of election laws, rules, and/or procedures. When completed, please mail, email, or fax your form and supporting documents to the office listed at the bottom of the page. Upon receipt, this form will be reviewed by a member of our staff. The length of this process can vary depending on the circumstances and information you provide. The Gwinnett County Board of Voter Registrations and Elections may contact you if additional information is needed.

Si va a proporcionar un comentario o inquietud, la información que usted reporta en este formulario podría ser útil para ayudarnos a investigar las violaciones de las leyes electorales, reglas y/o procedimientos. Cuando termine, favor de enviar el formulario y los documentos pertinentes por correo postal, correo electrónico o por fax a la oficina que aparece en la parte inferior de la página. Una vez recibido, este formulario será revisado por un miembro de nuestro personal. La duración de este proceso puede variar dependiendo de las circunstancias y la información que usted proporcione. La Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett podría comunicarse con usted si se necesita información adicional.

**Please print or type all information/Por favor escriba con letra imprenta o a máquina toda la información**

Name of Voter/Nombre del Elector: ARCHEL BERNARD
Street address/Dirección de domicilio: 200 SHVREWOOD DR
City/Ciudad: LAWRENCEVILLE   State/Estado: GA   Zip Code/Código Postal: 30043
Daytime phone number /Número de teléfono diurno: _____
Email Address /Correo Electrónico: _____
Polling Location/Lugar de Votación: Gwinnett   Date /Fecha: 10-26-18   Time/Hora: 1:12p

Please describe your experience as detailed as possible. You may attach additional sheets if necessary./Por favor describa su experiencia lo más detalladamente posible. Puede incluir hojas adicionales si es necesario.

When I touch a candidate on the right side of the screen, it selects another candidate. The right side of the screen is faulty on the third to last machine on the right side of the front section of voting booths. The machine made a selection for me.

Mail/Correo:   Gwinnett County Board of Registrations and Elections
Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett
75 Langley Drive
Lawrenceville, GA  30046

Fax:   678.226.7208

Email/Correo Electrónico: voterregistration@gwinnettcounty.com

G:\LA Project_Electronic Documents\Elections\Voter Comments-ConcernsForm.docx

## gwinnettcounty/Condado de Gwinnett
### Voter Registrations & Elections/Inscripciones de Electores y Elecciones
### Voter Comments and Concerns Form/Formulario de Comentarios e Inquietudes del Elector



If you are providing a comment or concern, the information you report on this form may be used to help us investigate violations of election laws, rules, and/or procedures. When completed, please mail, email, or fax your form and supporting documents to the office listed at the bottom of the page. Upon receipt, this form will be reviewed by a member of our staff. The length of this process can vary depending on the circumstances and information you provide. The Gwinnett County Board of Voter Registrations and Elections may contact you if additional information is needed.

Si va a proporcionar un comentario o inquietud, la información que usted reporta en este formulario podría ser útil para ayudarnos a investigar las violaciones de las leyes electorales, reglas y/o procedimientos. Cuando termine, favor de enviar el formulario y los documentos pertinentes por correo postal, correo electrónico o por fax a la oficina que aparece en la parte inferior de la página. Una vez recibido, este formulario será revisado por un miembro de nuestro personal. La duración de este proceso puede variar dependiendo de las circunstancias y la información que usted proporcione. La Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett podría comunicarse con usted si se necesita información adicional.

**Please print or type all information/Por favor escriba con letra imprenta o a máquina toda la información**

Name of Voter/Nombre del Elector: **Patrice U. Tillman**
Street address/Dirección de domicilio: **2140 Waters Ferry Dr.**
City/Ciudad: **Lawrenceville** State/Estado: **GA** Zip Code/Código Postal: **30043**
Daytime phone number/Número de teléfono diurno: _____
Email Address/Correo Electrónico: _____
Polling Location/Lugar de Votación: **Gwinnett Co Reg Office** Date/Fecha: **10/15/18** Time/Hora: **1:18 pm**

Please describe your experience as detailed as possible. You may attach additional sheets if necessary./Por favor describa su experiencia lo más detalladamente posible. Puede incluir hojas adicionales si es necesario.

I clearly marked the democratic candidate and the republican candidate came up instead. I had to ask for a ~~supervision~~ supervisor to show me how to unselect & reselect the vote. This should be reported as an example of machine error.

*[signature: Patrice V. Tillman]*

Mail/Correo:  Gwinnett County Board of Registrations and Elections
Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett
75 Langley Drive
Lawrenceville, GA 30046

Fax: 678.226.7208

Email/Correo Electrónico: voterregistration@gwinnettcounty.com

G:\LA Project_Electronic Documents\Elections\Voter Comments-ConcernsForm.docx

**gwinnett**county/Condado de **Gwinnett**
**Voter Registrations & Elections/Inscripciones de Electores y Elecciones**
**Voter Comments and Concerns Form/Formulario de Comentarios e Inquietudes del Elector**



If you are providing a comment or concern, the information you report on this form may be used to help us investigate violations of election laws, rules, and/or procedures. When completed, please mail, email, or fax your form and supporting documents to the office listed at the bottom of the page. Upon receipt, this form will be reviewed by a member of our staff. The length of this process can vary depending on the circumstances and information you provide. The Gwinnett County Board of Voter Registrations and Elections may contact you if additional information is needed.

Si va a proporcionar un comentario o inquietud, la información que usted reporta en este formulario podría ser útil para ayudarnos a investigar las violaciones de las leyes electorales, reglas y/o procedimientos. Cuando termine, favor de enviar el formulario y los documentos pertinentes por correo postal, correo electrónico o por fax a la oficina que aparece en la parte inferior de la página. Una vez recibido, este formulario será revisado por un miembro de nuestro personal. La duración de este proceso puede variar dependiendo de las circunstancias y la información que usted proporcione. La Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett podría comunicarse con usted si se necesita información adicional.

Please print or type all information/Por favor escriba con letra imprenta o a máquina toda la información

Name of Voter/Nombre del Elector: CaSandra Smith
Street address/Dirección de domicilio: 1669 Wheat Grass Way
City/Ciudad: Grayson    State/Estado: GA    Zip Code/Código Postal: 30017
Daytime phone number /Número de teléfono diurno: ___
Email Address /Correo Electrónico: ___
Polling Location/Lugar de Votación: Elections Office Gwinnett Co    Date /Fecha: 10·15·18    Time/Hora: 4:00 PM

Please describe your experience as detailed as possible. You may attach additional sheets if necessary./Por favor describa su experiencia lo más detalladamente posible. Puede incluir hojas adicionales si es necesario.

I am concerned that my voting machine may be malfunctioning b/c @ at the end of my voting it showed "voting summary" and then the summary disappeared and my yellow card popped out. I did not get to see if I voted for my actual candidates or the issues that I intended to choose.

I reported this to Ms. Suzette Price and she said that I had to have pressed the button because the machine doesn't make mistakes. I promise you, my fingers were nowhere near the screen because I hadn't had the opportunity to read the page. I did not press the button several times as she said either. I am extremely upset that my computer did not allow me to take part in the voting process from beginning to end and I mentioned to Ms. Price that I felt that the machine malfunctioned and possibly needed to be removed. From

Mail/Correo:   Gwinnett County Board of Registrations and Elections
              Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett
              75 Langley Drive
              Lawrenceville, GA 30046

Fax:          678.226.7208

Email/Correo Electrónico: voterregistration@gwinnettcounty.com

G:\LA Project\Electronic Documents\Elections\Voter Comments-ConcernsForm.docx



# gwinnettcounty/Condado de Gwinnett
## Voter Registrations & Elections/Inscripciones de Electores y Elecciones
## Voter Comments and Concerns Form/Formulario de Comentarios e Inquietudes del Elector

If you are providing a comment or concern, the information you report on this form may be used to help us investigate violations of election laws, rules, and/or procedures. When completed, please mail, email, or fax your form and supporting documents to the office listed at the bottom of the page. Upon receipt, this form will be reviewed by a member of our staff. The length of this process can vary depending on the circumstances and information you provide. The Gwinnett County Board of Voter Registrations and Elections may contact you if additional information is needed.

Si va a proporcionar un comentario o inquietud, la información que usted reporta en este formulario podría ser útil para ayudarnos a investigar las violaciones de las leyes electorales, reglas y/o procedimientos. Cuando termine, favor de enviar el formulario y los documentos pertinentes por correo postal, correo electrónico o por fax a la oficina que aparece en la parte inferior de la página. Una vez recibido, este formulario será revisado por un miembro de nuestro personal. La duración de este proceso puede variar dependiendo de las circunstancias y la información que usted proporcione. La Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett podría comunicarse con usted si se necesita información adicional.

**Please print or type all information/Por favor escriba con letra imprenta o a máquina toda la información**

Name of Voter/Nombre del Elector: **STACEY LEWIS**
Street address/Dirección de domicilio: **433 SPRING HEAD CT.**
City/Ciudad: **L'VILLE**   State/Estado: **GA**   Zip Code/Código Postal: **30046**
Daytime phone number / Número de teléfono diurno: ___
Email Address /Correo Electrónico: ___
Polling Location/Lugar de Votación: **060**   Date/Fecha: **12-4-18**   Time/Hora: **1:19 pm**
Completed by Jirah Berose, Asst. Mgr.

Please describe your experience as detailed as possible. You may attach additional sheets if necessary./Por favor describa su experiencia lo más detalladamente posible. Puede incluir hojas adicionales si es necesario.

Ms. Lewis reported her voter card showed as invalid when inserted into DRE. Asst. Mgr. tried it in a different machine where it still showed as invalid. Asst. called office. Brian said reissue. At location we cancelled DRE ballot and reissued. A count showed that the voter had not cast a ballot. Ms. Lewis stated that this was unacceptable as it took too long and she would call the elections office. She was offered a Comments & Concerns form but refused to take it.

Mail/Correo:   Gwinnett County Board of Registrations and Elections
Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett
75 Langley Drive
Lawrenceville, GA 30046

Fax:   678.226.7208

Email/Correo Electrónico: voterregistration@gwinnettcounty.com

G:\LA Project_Electronic Documents\Elections\Voter Comments-ConcernsForm.docx