# Creating and Saving Export File in GEMS

1. In the top left corner of the GEMS window, click **Election**.
2. Select **Export Results**, and select **Export Results** in the pop-out menu



3. Select **Minnesota Export** and click **OK**. Click **Export Results**
4. Click the down arrow next to the "Save in:" box and select **Desktop**



5. Select the **State Export Folder** and click **Open**



6. Click **Save**. Close export windows and minimize GEMS

# Instructions for Automated Export File Extraction

7. Insert unlocked USB flash drive into the USB port on GEMS server labeled "SOE USB"



8. Double click "autoUSB.bat" on the Desktop
9. Press ENTER to initiate compressing into .zip and moving of the resulting file onto the USB flash drive



10. (Optional) Open My Computer and locate the "s:" drive labeled "EXPORT". Double click to open and check contents to ensure .zip file was copied successfully. Close Window
11. Press ENTER to safely eject the USB flash drive
12. Remove the USB flash drive from the GEMS server and set to "locked" mode



13. Take USB flash drive to your SOE client computer for upload



**Center for Election Systems**
© Kennesaw State University

For Assistance:
470-578-6900
1-866-KSUVOTE



PLAINTIFF'S EXHIBIT

**Please complete steps 1-6 on the Opposite Side to Create the Export File using GEMS before continuing the Manual process.**

## Instructions for Manual Export File Extraction

A. On the Desktop, double click the **State Export Folder**.



B. Right click the "results.txt" file.



C. Click **WinZip**. Click **Add to results.zip**.



D. Right click the "results.zip" file and select **Cut**.



E. Insert the USB flash drive.
F. On the Desktop, double click **My Computer**; double click the **Removable Disk**.



G. Right click in the Removable Disk window and click **Paste**.
H. In the lower right corner of the Desktop, click on the "Unplug/Eject" icon and click **Stop USB Mass Storage Device**.



I. Remove the USB Flash Drive and take it to the SOE Client Computer for upload.



**CENTER FOR ELECTION SYSTEMS**
© KENNESAW STATE UNIVERSITY

For Assistance:
470-578-6900
1-866-KSUVOTE

# Transferring files from FileZilla for Election Day

(This does not refer to the daily voter list file you receive from FileZilla)

# Introduction

The SOS Office has created a secure system to facilitate the transmission of files needed for the election equipment. County election officials will now receive their election files by remotely accessing an SOS server and downloading their files from this server to their local computer. Your Liaison will assist you in downloading the required software and establishing the connection to the SOS server. The following slides are an overview of the file transfer process once this initial setup has taken place. Please contact us if you have any questions regarding the transferring of files process.

# Instructions

- ## Open FileZilla
  - FileZilla should be downloaded on your desktop. If you do not have FileZilla downloaded please contact your Liaison to receive help on how to download the program onto your computer.

- ## Click on File > Site Manager > Select the site that has been set up by your Liaison> CONNECT

**If you receive a daily voter file from the our office you will see two entries under "Select Entry." Make sure you are choosing the RIGHT folder to connect to in order to receive your Election Day files.**



# Instructions

- When you click on "connect" you will see the election files on "Our Server" (the REMOTE side) that you will need to transfer over to "Your Computer." (the LOCAL side).

- Each election will have a "Parent" folder like the one shown below. The format of the parent folder will ALWAYS be the election date then type of election as you see for the 2017-11-07 GenMuni. When you log on and connect to our server you will see the signoff sheet and the files for any election you have going on.



The file folder outline of the files in the parent folder are outlined on slide 4.

# Instructions

- As we get closer to the election, more files will be added to the folder. There is a 60 day expiration on ALL folders on Filezilla so it is imperative to save these files to your computer and not leave them on FileZilla. Listed below are all the possible folders your county could have for any one election:

  - 📁 Audio Proofs
  - 📁 Ballot Proofs
  - 📁 EPoll ABS Files
  - 📁 EPoll Bulk Update
  - 📁 EPoll Election Day Files
  - 📁 EPoll L&A
  - 📁 Misc
  - 📁 Numbered List of Voters
  - 📁 Sample Ballots

# Instructions

- You should be moving election files from **our server** to **your computer** so that you are able to view and save files. Double-clicking on the folder DOES NOT automatically move the files over to your computer. When you double click on the folder you will see the contents of the folder still on the remote side.

*When I double clicked on the "2017-11-07 GenMuni folder, I only see the contents of the folder – Audio and Ballot Proofs. The folders did not open up and I am still on the REMOTE side*

| Remote site: | /2017-11-07 GenMuni | | |
|---|---|---|---|
| 📁 2017-11-07 GenMuni | | | |

| Filename | Filesize | Filetype |
|---|---|---|
| 📁 Audio Proofs | | File folder |
| 📁 Ballot Proofs | | File folder |

# Instructions

- To view files from the **our server**, you will need to drag and drop those files to **your computer** in a folder on your desktop called "SOS Election Files."

As a Best Practice, create a folder on your desktop or in your documents folder where you can house all of your election files. Having one location where you save these files will keep you organized and you will always know where to look when you need to access a file.



# Instructions

- To view files from **our server**, you will need to drag and drop those files to **your computer** in a folder on your desktop called "SOS Election Files."



On your computer use the arrows on the side to make sure you see where your Desktop is located. When you click on the Desktop icon you will see the folders on your desktop listed below. If you set up the "Election Files" folder on your Desktop you will see that folder here.

# Instructions

- To view files from **our server**, you will need to drag and drop those files to **your computer** in a folder on your desktop called "SOS Election Files."



Double click on the "Election Files" folder so that it is the ONLY folder on your computer . (if you still see multiple folders then you missed a step)

# Instructions

- To view files from **our server**, you will need to drag and drop those files to **your computer** in a folder on your desktop called "SOS Election Files."



Once you have ONLY the "Election Files" folder on your computer, move the files from our server. Click on the 2017-11-07 GenMuni folder. If it is highlighted that means you have clicked correctly. Left click the file and "drag" it to the "Election Files" folder on your computer. Do not release your finger off the mouse until the file is in its new folder.

# Instructions

- To view files from **our server**, you will need to drag and drop those files to **your computer** in a folder on your desktop called "SOS Election Files."

- If you have successfully dragged the file from the REMOTE side to the LOCAL side you will see this message at the top of the screen:



# Any Questions…?

- If you still need assistance on making sure the correct files are in the correct folder, please contact your Liaison or the Training Department. We are here to assist you.

- Axiver Harris: 404-654-6013 or aharris@sos.ga.gov
- Melanie Frechette: 404-656-2827 or mfrechette@sos.ga.gov
- Ameika Pitts: 404-654-6028 or apitts@sos.ga.gov
- Breanna Thomas: 404-463-1046 or bthomas@sos.ga.gov
- Holly Smith: 404-657-4247 or hsmith@sos.ga.gov

# New Things In Elections

## Two Factor Authentication in eNet

- The Secretary of State's Office is always looking for ways to enhance the security measures surrounding our voter registration system. One way to do that is securing access to eNet. John has already notified you guys about this feature, discussed it at conference, and explained how it is going to work in PowerPoint presentations. Additional information will be sent out in August regarding the exact date this feature will be turned on.
- When you log into eNet you will be asked to authenticate your email address and a phone number and then log in.
- You can find additional information regarding two-factor authentication for eNet on Firefly under GEOA/VRAG > 2018 GEOA-VRAG Combined Conf. > 1.F eNet Updates – John Hallman



Certification
Special Elections
Supplies
Ballot Run
New Things
The End



Office of
Secretary
of State
Brian P. Kemp

13

# New Things In Elections

- Two Factor Authentication in ENR
  - Along with enhancing the security features in eNet, we are also adding two-factor authentication to ENR. Instead of each county having a generic log on for ENR, each user will have their own log on information for ENR. More information will be provided in the Fall but we wanted to put it on your radar so that you all are aware. A reminder that ENR is ONLY for county election officials and not for municipal election officials.



Certification
Special Elections
Supplies
Ballot Run
New Things
The End



Office of
Secretary
of State
Brian P. Kemp




14

 

Elections 2018

October 5, 2018

## ELECTION COUNTDOWN: 32 DAYS TO GO

### Columbus Day

October 8, 2018 is a state holiday (Columbus Day) and, as a result, the voter registration deadline will be October 9, 2018. The Secretary of State's Office is scheduled to be closed on Monday, October 8, 2018. We will have staff available should you need to reach us.

### Election Security Information

The security of our elections should be one of your highest priorities. It is important to stay up-to-date on security concerns and best practices. We post election security information on firefly under Official Communications > Election Security General. We strongly encourage that you consider joining EI-ISAC https://www.cisecurity.org/ei-isac/. It is free to join and the Secretary of State's Office and several Georgia counties have already joined. EI-ISAC puts out weekly election security information and is a great resource for your election security toolkit.

### Pending Age Voters

If a voter is 18 years of age by November 6, 2018, they can vote in the General Election. The system keeps the voter in Pending Age Status until they turn 18 years old. When processing absentee ballot requests, the birthday of the pending age voter needs to be checked and if it is November 6, 2018 or earlier, remove the challenge status in the Ballot Returned section of the absentee ballot screen and the ballot can then be issued. Pending Age voters are unique because of their status and they are eligible to vote a ballot that is not challenged unless there is another reason to challenge them.

### VoteSafe

State law requires the voter lists be available to the public, including the names and addresses of registered voters. In 2009, the Georgia Legislature enacted House Bill 227, known as the VoteSafe program, to provide for the confidentiality of residence addresses of certain registered voters who have been, or may be, subject to acts of family violence, stalking, or currently reside in a family violence shelter. Once a VoteSafe application is approved for an elector, it is active for four years. To review the requirements for the VoteSafe program, please reference O.C.G.A. § 21-2-225.1(a).

The information provided in the Vote Safe application and accompanying documents are strictly confidential. Counties should develop a method of storing these materials that protects this confidentiality.

Upon acceptance, the voter will have VoteSafe status for four years or until the voter registration is transferred out of your county. At the end of four years, or upon moving out of the county, a voter would need to reapply to the program.

**CHRIS HARVEY | ELECTIONS DIRECTOR | SECRETARY OF STATE'S OFFICE | (404) 656-2871**

