March 3, 2017

Election-related files

elections.kennesaw.edu

The voting system and electronic pollbooks used in Georgia require files to be named in compliance with the application's requirements. As a consequence, many of the files will have identical names, but their contents vary by county.

Some of the pollbook related files will only contain voter registration values. These files are used to update the electors list, indicating voters who were issued ballots during advance/early voting. Other pollbook files will contain the state's entire electors list.

The folder names relate to the content contained within the files placed within the folders, back to the county to which they are assigned. We developed a folder for each county (159) and within each folder we placed files generated for that individual county.

Examples of files posted for a county to pull down:

./Appling County/Proof/Audio/Appling Audio.zip – This zip file contains audio files linked within the county's election database. This files are posted so a county can proof whether the candidate's name, ballot information headers, race headers are all present and recorded properly. The file is zipped due to file size.

./Appling County/Proof/Ballot/01 – Appling.zip – This zip file contains ballot proofs for a given election. These files are provided to each county to allow them to confirm that the contents of their ballots are accurate for the given election. The file is zipped due to files size.

./Appling County/Proof/Ballots/Ballot and Audio Proofs Signoff_v2.pdf – This file is provided to every county when proofing audio files and ballot proofs. We require each county to return a signed signoff form to our office after they have completed their proofing. This form allows the completed election database to be released from us to the jurisdiction for use in the given election. "V2" indicates that this is the second version of this form.

./Appling County/ExpressPoll/Numbered_List/001 (11-08-2016).pdf – This file is provided to every county after the completion of the given election. This file contains a list of those voters who participated at their assigned polling location on Election Day in sequential order.

./Appling County/ExpressPoll/ABSFile/PollData.db3 – This is a data file for use within the assigned county on their ExpressPoll units that are used to create voter access cards given to voters during the Advance Voting period. No individual voter data is contained within this file. A file of this nature is created for each county prior to a given election. "ABS" relates to voters casting ballots prior to Election Day.

./Appling County/ExpressPoll/ABSFile/Expoll.resources – This file accompanies the above mention file. The resource file instructs the ExpressPoll device what operations to allow and what buttons to display on screen to the user of the ExpressPoll device.


PLAINTIFF'S EXHIBIT 8

./Baldwin County/ExpressPoll/ED_Files/November 2016 General Voter Lookup.zip – This file is not built for all counties. This file is only built for those counties who request it from our office. This file contains the elector's list for the county for the given election, but it is not used to create any voter access cards. The file is zipped due to size of the files content.

./Baldwin County/ExpressPoll/ED_Files/November 2016 General Voter Lookup Password Memo.pdf – This file accompanies the above mentioned file. This file contains what the passwords are to access the data contained in the zipped file above when loaded onto an ExpressPoll. These passwords are changed for every election.

./Cherokee County/ExpressPoll/ED_Files/November2016GeneralElectionDay.zip – This is not a file posted for each county. This file is only posted to those counties who produce the storage media loaded into the jurisdictions' ExpressPolls themselves. Counties that do this operation are: Fulton, Cobb, Dekalb, Gwinnett, Forsyth, Chatham, Muscogee, Henry, Columbia, Clayton, and Cherokee. This file contains the full elector's list for the state for a given election.

./Cherokee County/ExpressPoll/ED_Files/November 2016 General Election Day Password Memo.pdf - This file accompanies the above mentioned file. This file contains what the passwords are to access the data contained in the zipped file above when loaded onto an ExpressPoll. These passwords are changed for every election.

./Clayton County/GEMS_DB/****.gbf – This is a file posted to a county only in select circumstances. This is an election database file containing the ballot contents for a given election. These files are accessed by the GEMS application.

./Pickens County/ExpressPoll/ED_Files/ExpReport.exe – File allows a county to produce a numbered list of voters directly from the ExpressPoll media, when installed on the ExpressPoll media.

./Pickens County/ExpressPoll/ED_Files/System.Data.SQLite.DLL – This file allows the file mentioned above to operate on the ExpressPoll. The above file is inoperative without this file.

./Richmond County/GEMS_DB/2. GEMS Instructions.pdf – This is a manual on GEMS operations. Only posted if requested by a county.

./Richmond County/GEMS_DB/GeneralDemo.zip – Only posted if requested by a county. Contains a demonstration election database.

This concludes the types of files placed within the county folders for distribution to counties