**PLAINTIFF'S EXHIBIT 9**

Election Summary Report
Gwinnett County
State of Georgia General Election
November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
Official and Complete

Informe Resumido de las Elecciones
Condado de Gwinnett
Elecciones Generales del Estado de Georgia
6 de Noviembre del 2018
Resumen de Jurisdicción Amplia, Todos los Conteos, Todas las Contiendas
Oficiales y Completos

Date: 11/15/18
Time: 20:03:47
Page: 1 of 11

Registered Voters 525568 - Cards Cast 338125   64.34%        Num. Report Precinct 157 - Num. Reporting 157   100.00%

### Governor / Gobernador

|  | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| B. KEMP (R) | 69135 | 7725 | 27654 | 27814 | 670 | 132998 | 42.21% |
| S. ABRAMS (D) | 83386 | 12404 | 34388 | 46401 | 1518 | 178097 | 56.52% |
| T. METZ (L) | 2625 | 268 | 474 | 435 | 21 | 3823 | 1.21% |
| Write-in Votes | 129 | 15 | 27 | 24 | 1 | 196 | 0.06% |

### Lieutenant Governor / Vicegobernador

|  | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| G. DUNCAN (R) | 69336 | 7879 | 27519 | 27568 | 690 | 132992 | 43.82% |
| S. R. AMICO (D) | 79115 | 12373 | 33066 | 44195 | 1480 | 170229 | 56.08% |
| Write-in Votes | 188 | 21 | 38 | 50 | 2 | 299 | 0.10% |

### Secretary of State / Secretario de Estado

|  | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| B. RAFFENSPERGER (R) | 67980 | 7607 | 27181 | 27382 | 663 | 130813 | 41.96% |
| J. BARROW (D) | 80116 | 11995 | 33415 | 45265 | 1422 | 172213 | 55.23% |
| S. DUVAL (L) | 5260 | 588 | 1399 | 1311 | 76 | 8634 | 2.77% |
| Write-in Votes | 81 | 9 | 17 | 20 | 0 | 127 | 0.04% |

### Attorney General / Fiscal General

|  | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| C. CARR (I) R | 70787 | 8007 | 28129 | 28225 | 697 | 135845 | 43.80% |
| C. BAILEY (D) | 81576 | 11981 | 33698 | 45445 | 1432 | 174132 | 56.14% |
| Write-in Votes | 118 | 14 | 25 | 28 | 2 | 187 | 0.06% |

### Commissioner of Agriculture / Comisionado de Agricultura

|  | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| G. BLACK (I) R | 73374 | 8348 | 28901 | 28890 | 706 | 140219 | 45.41% |
| F. SWANN (D) | 78133 | 11767 | 32624 | 44363 | 1456 | 168343 | 54.51% |
| Write-in Votes | 178 | 12 | 29 | 26 | 2 | 247 | 0.08% |

Election Summary Report
Gwinnett County
State of Georgia General Election
November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
Official and Complete

Informe Resumido de las Elecciones
Condado de Gwinnett
Elecciones Generales del Estado de Georgia
6 de Noviembre del 2018
Resumen de Jurisdicción Amplia, Todos los Conteos, Todas las Contiendas
Oficiales y Completos

Date:11/15/18
Time:20:03:47
Page:2 of 11

Registered Voters 525568 - Cards Cast 338125   64.34%       Num. Report Precinct 157 - Num. Reporting 157   100.00%

### Commissioner of Insurance / Comisionado de Seguros

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| J. BECK (R) | 68633 | 7639 | 27267 | 27419 | 665 | 131623 | 42.43% |
| J. LAWS (D) | 77586 | 11955 | 32829 | 44641 | 1402 | 168413 | 54.29% |
| D. FOSTER (L) | 6117 | 539 | 1679 | 1593 | 98 | 10026 | 3.23% |
| Write-in Votes | 74 | 10 | 17 | 23 | 2 | 126 | 0.04% |

### State Sch. Superint. / Superint. Esc. Edo

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| R. WOODS (I) R | 74437 | 8410 | 29034 | 29167 | 711 | 141759 | 45.66% |
| O. THORNTON, JR. (D) | 78088 | 11723 | 32725 | 44526 | 1429 | 168491 | 54.27% |
| Write-in Votes | 121 | 18 | 33 | 47 | 2 | 221 | 0.07% |

### Commissioner of Labor Comisionado de Trabajo

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| M. BUTLER (I) R | 72917 | 8114 | 28540 | 28644 | 697 | 138912 | 44.90% |
| R. KEATLEY (D) | 78901 | 11963 | 33066 | 44890 | 1466 | 170286 | 55.05% |
| Write-in Votes | 92 | 11 | 21 | 26 | 2 | 152 | 0.05% |

### PSC Eaton / Comisionado de Servicio Publico Eaton

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| C. EATON (I) R | 67137 | 7504 | 27025 | 27225 | 652 | 129543 | 41.80% |
| L. MILLER (D) | 78987 | 11981 | 33133 | 44870 | 1423 | 170394 | 54.99% |
| R. GRAHAM (L) | 6148 | 599 | 1532 | 1493 | 82 | 9854 | 3.18% |
| Write-in Votes | 51 | 11 | 11 | 15 | 3 | 91 | 0.03% |

### PSC Pridemore / Comisionado de Servicio Publico Pridemore

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| T. PRIDEMORE (I) R | 68560 | 7614 | 27302 | 27483 | 660 | 131619 | 42.49% |
| D. A. RANDOLPH (D) | 77679 | 11886 | 32958 | 44804 | 1418 | 168745 | 54.47% |
| J. TURPISH (L) | 5822 | 555 | 1492 | 1383 | 71 | 9323 | 3.01% |
| Write-in Votes | 54 | 14 | 12 | 13 | 3 | 96 | 0.03% |

Election Summary Report
Gwinnett County
State of Georgia General Election
November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
Official and Complete

Informe Resumido de las Elecciones
Condado de Gwinnett
Elecciones Generales del Estado de Georgia
6 de Noviembre del 2018
Resumen de Jurisdicción Amplia, Todos los Conteos, Todas las Contiendas
Oficiales y Completos

Date: 11/15/18
Time: 20:03:47
Page: 3 of 11

Registered Voters 525568 - Cards Cast 338125  64.34%      Num. Report Precinct 157 - Num. Reporting 157  100.00%

### US House 4 / Camara de Representantes de EE. UU. 4

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 34 | 34 | 34 | 34 | 34 | 34 | |
| Precincts Reporting | 34 | 34 | 34 | 34 | 34 | 34 | 100.0 % |
| J. PROFIT (R) | 10570 | 1298 | 5454 | 4395 | 94 | 21811 | 33.72% |
| H. JOHNSON, JR. (I) D | 18068 | 2693 | 8704 | 12997 | 356 | 42818 | 66.19% |
| Write-in Votes | 24 | 13 | 9 | 14 | 1 | 61 | 0.09% |

### US House 7 / Camara de Representantes de EE. UU. 7

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 112 | 112 | 112 | 112 | 112 | 112 | |
| Precincts Reporting | 112 | 112 | 112 | 112 | 112 | 112 | 100.0 % |
| R. WOODALL (I) R | 51723 | 5897 | 15286 | 22161 | 443 | 95510 | 44.53% |
| C. BOURDEAUX (D) | 58033 | 8809 | 21003 | 30168 | 817 | 118830 | 55.40% |
| Write-in Votes | 85 | 12 | 22 | 30 | 1 | 150 | 0.07% |

### US House 10 / Camara de Representantes de EE. UU. 10

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 11 | 11 | 11 | 11 | 11 | 11 | |
| Precincts Reporting | 11 | 11 | 11 | 11 | 11 | 11 | 100.0 % |
| J. HICE (I) R | 8999 | 728 | 7319 | 1548 | 28 | 18622 | 58.16% |
| T. JOHNSON-GREEN (D) | 5740 | 806 | 4189 | 2621 | 19 | 13375 | 41.78% |
| Write-in Votes | 11 | 3 | 4 | 1 | 0 | 19 | 0.06% |

### State Senate 5 / Senado Estatal 5

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 27 | 27 | 27 | 27 | 27 | 27 | |
| Precincts Reporting | 27 | 27 | 27 | 27 | 27 | 27 | 100.0 % |
| S. RAHMAN (D) | 18237 | 2335 | 7277 | 6391 | 189 | 34429 | 97.50% |
| Write-in Votes | 478 | 87 | 164 | 147 | 6 | 882 | 2.50% |

### State Senate 9 / Senado Estatal 9

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 43 | 43 | 43 | 43 | 43 | 43 | |
| Precincts Reporting | 43 | 43 | 43 | 43 | 43 | 43 | 100.0 % |
| P. MARTIN IV (I) R | 21486 | 2300 | 8632 | 9894 | 91 | 42403 | 51.91% |
| C. R. MOSES (D) | 17067 | 2656 | 6900 | 12516 | 108 | 39247 | 48.05% |
| Write-in Votes | 21 | 6 | 4 | 5 | 0 | 36 | 0.04% |

```
Election Summary Report                        Date:11/15/18
Gwinnett County                                Time:20:03:47
State of Georgia General Election              Page:4 of 11
November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
Official and Complete

Informe Resumido de las Elecciones
Condado de Gwinnett
Elecciones Generales del Estado de Georgia
6 de Noviembre del 2018
Resumen de Jurisdicción Amplia, Todos los Conteos, Todas las Contiendas
Oficiales y Completos
```

Registered Voters 525568 - Cards Cast 338125  64.34%    Num. Report Precinct 157 - Num. Reporting 157   100.00%

### State Senate 40 / Senado Estatal 40

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 8 | 8 | 8 | 8 | 8 | 8 |  |
| Precincts Reporting | 8 | 8 | 8 | 8 | 8 | 8 | 100.0 % |
| F. MILLAR (I) R | 3695 | 375 | 1063 | 133 | 12 | 5278 | 46.36% |
| S. HARRELL (D) | 3696 | 453 | 1782 | 160 | 13 | 6104 | 53.61% |
| Write-in Votes | 2 | 0 | 0 | 1 | 0 | 3 | 0.03% |

### State Senate 41 / Senado Estatal 41

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 10 | 10 | 10 | 10 | 10 | 10 |  |
| Precincts Reporting | 10 | 10 | 10 | 10 | 10 | 10 | 100.0 % |
| S. HENSON (I) D | 5394 | 738 | 2918 | 1292 | 31 | 10373 | 97.28% |
| Write-in Votes | 151 | 25 | 78 | 35 | 1 | 290 | 2.72% |

### State Senate 45 / Senado Estatal 45

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 34 | 34 | 34 | 34 | 34 | 34 |  |
| Precincts Reporting | 34 | 34 | 34 | 34 | 34 | 34 | 100.0 % |
| R. S. UNTERMAN (I) R | 22518 | 2147 | 10769 | 8660 | 219 | 44313 | 57.99% |
| J. RODGERS (D) | 15091 | 2328 | 6748 | 7688 | 182 | 32037 | 41.93% |
| Write-in Votes | 35 | 4 | 11 | 11 | 2 | 63 | 0.08% |

### State Senate 48 / Senado Estatal 48

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 20 | 20 | 20 | 20 | 20 | 20 |  |
| Precincts Reporting | 20 | 20 | 20 | 20 | 20 | 20 | 100.0 % |
| M. REEVES (R) | 10362 | 1395 | 3726 | 3479 | 45 | 19007 | 44.82% |
| Z. KARINSHAK (D) | 10977 | 2053 | 6060 | 4194 | 87 | 23371 | 55.11% |
| Write-in Votes | 17 | 3 | 9 | 3 | 1 | 33 | 0.08% |

### State Senate 55 / Senado Estatal 55

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 20 | 20 | 20 | 20 | 20 | 20 |  |
| Precincts Reporting | 20 | 20 | 20 | 20 | 20 | 20 | 100.0 % |
| A. D. JACKSON (R) | 6403 | 774 | 1540 | 4280 | 52 | 13049 | 29.66% |
| G. S. BUTLER (I) D | 12694 | 1909 | 2539 | 13562 | 228 | 30932 | 70.30% |
| Write-in Votes | 11 | 3 | 1 | 6 | 0 | 21 | 0.05% |

# Election Summary Report
## Gwinnett County
## State of Georgia General Election
## November 6, 2018
## Summary For Jurisdiction Wide, All Counters, All Races
## Official and Complete

Date:11/15/18
Time:20:03:47
Page:5 of 11

### Informe Resumido de las Elecciones
### Condado de Gwinnett
### Elecciones Generales del Estado de Georgia
### 6 de Noviembre del 2018
### Resumen de Jurisdicción Amplia, Todos los Conteos, Todas las Contiendas
### Oficiales y Completos

Registered Voters 525568 - Cards Cast 338125   64.34%        Num. Report Precinct 157 - Num. Reporting 157    100.00%

### State House 81 / Camara Estatal 81

|                      | Polling | ABM | AIP | AIP2 | PRO | Total |         |
|----------------------|---------|-----|-----|------|-----|-------|---------|
| Number of Precincts  | 1       | 1   | 1   | 1    | 1   | 1     |         |
| Precincts Reporting  | 1       | 1   | 1   | 1    | 1   | 1     | 100.0 % |
| E. DIEHL (R)         | 177     | 24  | 84  | 7    | 0   | 292   | 27.16%  |
| S. HOLCOMB (I) D     | 451     | 67  | 235 | 29   | 0   | 782   | 72.74%  |
| Write-in Votes       | 1       | 0   | 0   | 0    | 0   | 1     | 0.09%   |

### State House 93 / Camara Estatal 93

|                      | Polling | ABM  | AIP | AIP2 | PRO | Total |         |
|----------------------|---------|------|-----|------|-----|-------|---------|
| Number of Precincts  | 7       | 7    | 7   | 7    | 7   | 7     |         |
| Precincts Reporting  | 7       | 7    | 7   | 7    | 7   | 7     | 100.0 % |
| D. KENDRICK (I) D    | 5925    | 1005 | 648 | 7515 | 132 | 15225 | 97.98%  |
| Write-in Votes       | 139     | 25   | 17  | 124  | 9   | 314   | 2.02%   |

### State House 94 / Camara Estatal 94

|                      | Polling | ABM | AIP  | AIP2 | PRO | Total |         |
|----------------------|---------|-----|------|------|-----|-------|---------|
| Number of Precincts  | 8       | 8   | 8    | 8    | 8   | 8     |         |
| Precincts Reporting  | 8       | 8   | 8    | 8    | 8   | 8     | 100.0 % |
| K. BENNETT (I) D     | 3792    | 477 | 1910 | 2179 | 23  | 8381  | 96.83%  |
| Write-in Votes       | 130     | 22  | 74   | 46   | 2   | 274   | 3.17%   |

### State House 95 / Camara Estatal 95

|                      | Polling | ABM | AIP  | AIP2 | PRO | Total |         |
|----------------------|---------|-----|------|------|-----|-------|---------|
| Number of Precincts  | 14      | 14  | 14   | 14   | 14  | 14    |         |
| Precincts Reporting  | 14      | 14  | 14   | 14   | 14  | 14    | 100.0 % |
| S. HILTON (I) R      | 6720    | 746 | 2713 | 265  | 27  | 10471 | 47.32%  |
| B. MOORE (D)         | 6308    | 972 | 3975 | 352  | 35  | 11642 | 52.61%  |
| Write-in Votes       | 9       | 1   | 3    | 0    | 1   | 14    | 0.06%   |

### State House 96 / Camara Estatal 96

|                      | Polling | ABM | AIP  | AIP2 | PRO | Total |         |
|----------------------|---------|-----|------|------|-----|-------|---------|
| Number of Precincts  | 10      | 10  | 10   | 10   | 10  | 10    |         |
| Precincts Reporting  | 10      | 10  | 10   | 10   | 10  | 10    | 100.0 % |
| P. MARIN (I) D       | 5703    | 849 | 3561 | 647  | 50  | 10810 | 96.77%  |
| Write-in Votes       | 183     | 33  | 117  | 23   | 5   | 361   | 3.23%   |

Election Summary Report
Gwinnett County
State of Georgia General Election
November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
Official and Complete

Informe Resumido de las Elecciones
Condado de Gwinnett
Elecciones Generales del Estado de Georgia
6 de Noviembre del 2018
Resumen de Jurisdicción Amplia, Todos los Conteos, Todas las Contiendas
Oficiales y Completos

Date:11/15/18
Time:20:03:47
Page:6 of 11

Registered Voters 525568 - Cards Cast 338125   64.34%          Num. Report Precinct 157 - Num. Reporting 157   100.00%

### State House 97 / Camara Estatal 97

|                       | Polling | ABM | AIP  | AIP2 | PRO | Total |         |
|-----------------------|---------|-----|------|------|-----|-------|---------|
| Number of Precincts   | 13      | 13  | 13   | 13   | 13  | 13    |         |
| Precincts Reporting   | 13      | 13  | 13   | 13   | 13  | 13    | 100.0 % |
| B. RICH (R)           | 6880    | 880 | 1347 | 4388 | 43  | 13538 | 55.82%  |
| A. YAQOOB (D)         | 4734    | 946 | 1688 | 3298 | 30  | 10696 | 44.11%  |
| Write-in Votes        | 9       | 1   | 2    | 4    | 1   | 17    | 0.07%   |

### State House 98 / Camara Estatal 98

|                       | Polling | ABM | AIP  | AIP2 | PRO | Total |         |
|-----------------------|---------|-----|------|------|-----|-------|---------|
| Number of Precincts   | 10      | 10  | 10   | 10   | 10  | 10    |         |
| Precincts Reporting   | 10      | 10  | 10   | 10   | 10  | 10    | 100.0 % |
| D. CLARK (I) R        | 8888    | 947 | 4988 | 2620 | 86  | 17529 | 95.19%  |
| Write-in Votes        | 362     | 80  | 270  | 163  | 10  | 885   | 4.81%   |

### State House 99 / Camara Estatal 99

|                       | Polling | ABM | AIP  | AIP2 | PRO | Total |         |
|-----------------------|---------|-----|------|------|-----|-------|---------|
| Number of Precincts   | 8       | 8   | 8    | 8    | 8   | 8     |         |
| Precincts Reporting   | 8       | 8   | 8    | 8    | 8   | 8     | 100.0 % |
| B. L. ROMERO (I) D    | 3864    | 481 | 2764 | 235  | 18  | 7362  | 98.00%  |
| Write-in Votes        | 78      | 14  | 49   | 9    | 0   | 150   | 2.00%   |

### State House 100 / Camara Estatal 100

|                       | Polling | ABM | AIP  | AIP2 | PRO | Total |         |
|-----------------------|---------|-----|------|------|-----|-------|---------|
| Number of Precincts   | 9       | 9   | 9    | 9    | 9   | 9     |         |
| Precincts Reporting   | 9       | 9   | 9    | 9    | 9   | 9     | 100.0 % |
| D. L. MCCLAIN (I) D   | 6011    | 785 | 2565 | 1256 | 51  | 10668 | 98.30%  |
| Write-in Votes        | 99      | 29  | 40   | 14   | 2   | 184   | 1.70%   |

### State House 101 / Camara Estatal 101

|                       | Polling | ABM | AIP  | AIP2 | PRO | Total |         |
|-----------------------|---------|-----|------|------|-----|-------|---------|
| Number of Precincts   | 12      | 12  | 12   | 12   | 12  | 12    |         |
| Precincts Reporting   | 12      | 12  | 12   | 12   | 12  | 12    | 100.0 % |
| V. CLARK (R)          | 4463    | 582 | 280  | 2695 | 7   | 8027  | 41.15%  |
| S. PARK (I) D         | 5775    | 896 | 894  | 3861 | 33  | 11459 | 58.74%  |
| Write-in Votes        | 11      | 3   | 1    | 5    | 1   | 21    | 0.11%   |

Election Summary Report  
Gwinnett County  
State of Georgia General Election  
November 6, 2018  
Summary For Jurisdiction Wide, All Counters, All Races  
Official and Complete  

Informe Resumido de las Elecciones  
Condado de Gwinnett  
Elecciones Generales del Estado de Georgia  
6 de Noviembre del 2018  
Resumen de Jurisdicción Amplia, Todos los Conteos, Todas las Contiendas  
Oficiales y Completos  

Date:11/15/18  
Time:20:03:47  
Page:7 of 11  

Registered Voters 525568 - Cards Cast 338125   64.34%         Num. Report Precinct 157 - Num. Reporting 157   100.00%

### State House 102 / Camara Estatal 102

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 11 | 11 | 11 | 11 | 11 | 11 | |
| Precincts Reporting | 11 | 11 | 11 | 11 | 11 | 11 | 100.0 % |
| P. HASTINGS (R) | 5379 | 540 | 866 | 3234 | 14 | 10033 | 48.53% |
| G. KENNARD (D) | 5155 | 750 | 932 | 3756 | 24 | 10617 | 51.35% |
| Write-in Votes | 15 | 4 | 2 | 1 | 2 | 24 | 0.12% |

### State House 103 / Camara Estatal 103

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 7 | 7 | 7 | 7 | 7 | 7 | |
| Precincts Reporting | 7 | 7 | 7 | 7 | 7 | 7 | 100.0 % |
| T. BARR (I) R | 5771 | 603 | 4240 | 811 | 9 | 11434 | 95.53% |
| Write-in Votes | 228 | 51 | 185 | 69 | 2 | 535 | 4.47% |

### State House 104 / Camara Estatal 104

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 11 | 11 | 11 | 11 | 11 | 11 | |
| Precincts Reporting | 11 | 11 | 11 | 11 | 11 | 11 | 100.0 % |
| C. EFSTRATION (I) R | 6392 | 519 | 5710 | 853 | 19 | 13493 | 53.33% |
| A. STEPHENSON (D) | 5179 | 690 | 3716 | 2188 | 17 | 11790 | 46.60% |
| Write-in Votes | 9 | 0 | 3 | 3 | 1 | 16 | 0.06% |

### State House 105 / Camara Estatal 105

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 10 | 10 | 10 | 10 | 10 | 10 | |
| Precincts Reporting | 10 | 10 | 10 | 10 | 10 | 10 | 100.0 % |
| D. SHELDON (R) | 5230 | 527 | 766 | 3686 | 15 | 10224 | 41.60% |
| D. MCLEOD (D) | 5853 | 937 | 580 | 6945 | 20 | 14335 | 58.33% |
| Write-in Votes | 12 | 0 | 0 | 3 | 2 | 17 | 0.07% |

### State House 106 / Camara Estatal 106

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 14 | 14 | 14 | 14 | 14 | 14 | |
| Precincts Reporting | 14 | 14 | 14 | 14 | 14 | 14 | 100.0 % |
| B. HARRELL (I) R | 7937 | 980 | 875 | 5145 | 36 | 14973 | 89.43% |
| Write-in Votes | 692 | 155 | 147 | 772 | 4 | 1770 | 10.57% |

```
                    Election Summary Report                     Date: 11/15/18
                        Gwinnett County                         Time: 20:03:47
                State of Georgia General Election                Page: 8 of 11
                        November 6, 2018
         Summary For Jurisdiction Wide, All Counters, All Races
                       Official and Complete

                 Informe Resumido de las Elecciones
                       Condado de Gwinnett
               Elecciones Generales del Estado de Georgia
                      6 de Noviembre del 2018
     Resumen de Jurisdicción Amplia, Todos los Conteos, Todas las Contiendas
                          Oficiales y Completos
```

Registered Voters 525568 - Cards Cast 338125   64.34%     Num. Report Precinct 157 - Num. Reporting 157   100.00%

### State House 107 / Camara Estatal 107

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 11 | 11 | 11 | 11 | 11 | 11 | |
| Precincts Reporting | 11 | 11 | 11 | 11 | 11 | 11 | 100.0 % |
| J. MIHOCI (R) | 4965 | 561 | 485 | 2688 | 10 | 8709 | 41.17% |
| S. HUTCHINSON (D) | 6215 | 863 | 867 | 4428 | 52 | 12425 | 58.73% |
| Write-in Votes | 11 | 4 | 1 | 5 | 1 | 22 | 0.10% |

### State House 108 / Camara Estatal 108

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 15 | 15 | 15 | 15 | 15 | 15 | |
| Precincts Reporting | 15 | 15 | 15 | 15 | 15 | 15 | 100.0 % |
| C. COX (I) R | 5171 | 629 | 4180 | 589 | 16 | 10585 | 49.30% |
| J. CLARK (D) | 4762 | 716 | 4744 | 606 | 49 | 10877 | 50.66% |
| Write-in Votes | 5 | 0 | 3 | 1 | 1 | 10 | 0.05% |

### State House 114 / Camara Estatal 114

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 2 | 2 | 2 | 2 | 2 | 2 | |
| Precincts Reporting | 2 | 2 | 2 | 2 | 2 | 2 | 100.0 % |
| T. KIRBY (I) R | 1335 | 142 | 47 | 977 | 2 | 2503 | 90.95% |
| Write-in Votes | 100 | 21 | 8 | 120 | 0 | 249 | 9.05% |

### Solicitor General / Procurador General

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| R. M. SZABO (I) R | 73521 | 8318 | 28934 | 29034 | 694 | 140501 | 45.51% |
| B. W. WHITESIDE (D) | 78205 | 11319 | 32658 | 44506 | 1331 | 168019 | 54.42% |
| Write-in Votes | 103 | 34 | 23 | 35 | 13 | 208 | 0.07% |

### County Commissioner 2 / Comisionado del Condado 2

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 47 | 47 | 47 | 47 | 47 | 47 | |
| Precincts Reporting | 47 | 47 | 47 | 47 | 47 | 47 | 100.0 % |
| L. HOWARD (I) R | 17537 | 1970 | 8834 | 2394 | 85 | 30820 | 45.50% |
| B. KU (D) | 18456 | 2616 | 12801 | 2793 | 212 | 36878 | 54.44% |
| Write-in Votes | 23 | 4 | 12 | 2 | 1 | 42 | 0.06% |

Election Summary Report
Gwinnett County
State of Georgia General Election
November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
Official and Complete

Date:11/15/18
Time:20:03:47
Page:9 of 11

Informe Resumido de las Elecciones
Condado de Gwinnett
Elecciones Generales del Estado de Georgia
6 de Noviembre del 2018
Resumen de Jurisdicción Amplia, Todos los Conteos, Todas las Contiendas
Oficiales y Completos

Registered Voters 525568 - Cards Cast 338125  64.34%   Num. Report Precinct 157 - Num. Reporting 157  100.00%

### County Commissioner 4 / Comisionado del Condado 4

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 39 | 39 | 39 | 39 | 39 | 39 |  |
| Precincts Reporting | 39 | 39 | 39 | 39 | 39 | 39 | 100.0 % |
| J. HEARD (I) R | 17416 | 1902 | 7464 | 6493 | 117 | 33392 | 45.38% |
| M. FOSQUE (D) | 19435 | 2759 | 6158 | 11616 | 173 | 40141 | 54.55% |
| Write-in Votes | 30 | 3 | 9 | 9 | 0 | 51 | 0.07% |

### Board of Education 2 / Consejo de Educacion 2

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 31 | 31 | 31 | 31 | 31 | 31 |  |
| Precincts Reporting | 31 | 31 | 31 | 31 | 31 | 31 | 100.0 % |
| S. KNUDSEN (R) | 16089 | 1581 | 7594 | 6183 | 89 | 31536 | 50.06% |
| W. TAYLOR (D) | 14900 | 2269 | 5137 | 9007 | 105 | 31418 | 49.87% |
| Write-in Votes | 24 | 5 | 9 | 9 | 0 | 47 | 0.07% |

### Board of Education 4 / Consejo de Educacion 4

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 41 | 41 | 41 | 41 | 41 | 41 |  |
| Precincts Reporting | 41 | 41 | 41 | 41 | 41 | 41 | 100.0 % |
| C. STUDEBAKER (R) | 15111 | 1758 | 6323 | 6038 | 107 | 29337 | 42.77% |
| E. BLAIR, JR (D) | 17347 | 2515 | 8207 | 10932 | 237 | 39238 | 57.20% |
| Write-in Votes | 13 | 1 | 5 | 5 | 1 | 25 | 0.04% |

### Soil and Water / Suelo y Agua

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 |  |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| DAVID VANLANDINGHAM | 122247 | 15408 | 48168 | 54693 | 1544 | 242060 | 97.76% |
| Write-in Votes | 2463 | 378 | 1065 | 1583 | 56 | 5545 | 2.24% |

### CONST AMENDMENT 1 / CONST ENMIENDAS 1

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 |  |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| YES | 127898 | 17248 | 51867 | 62530 | 1708 | 261251 | 84.91% |
| NO | 23919 | 2369 | 9403 | 10503 | 241 | 46435 | 15.09% |

Election Summary Report
Gwinnett County
State of Georgia General Election
November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
Official and Complete

Informe Resumido de las Elecciones
Condado de Gwinnett
Elecciones Generales del Estado de Georgia
6 de Noviembre del 2018
Resumen de Jurisdicción Amplia, Todos los Conteos, Todas las Contiendas
Oficiales y Completos

Date: 11/15/18
Time: 20:03:47
Page: 10 of 11

Registered Voters 525568 - Cards Cast 338125  64.34%   Num. Report Precinct 157 - Num. Reporting 157  100.00%

### CONST AMENDMENT 2 / CONST ENMIENDAS 2

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| YES | 106301 | 13692 | 41690 | 51339 | 1526 | 214548 | 71.38% |
| NO | 42357 | 5383 | 18041 | 19850 | 399 | 86030 | 28.62% |

### CONST AMENDMENT 3 / CONST ENMIENDAS 3

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| YES | 95117 | 12266 | 37192 | 44273 | 1334 | 190182 | 63.99% |
| NO | 52068 | 6697 | 21803 | 25887 | 581 | 107036 | 36.01% |

### CONST AMENDMENT 4 / CONST ENMIENDAS 4

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| YES | 123886 | 16808 | 50460 | 62442 | 1744 | 255340 | 83.37% |
| NO | 27291 | 2478 | 10530 | 10373 | 261 | 50933 | 16.63% |

### CONST AMENDMENT 5 / CONST ENMIENDAS 5

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| YES | 110769 | 13987 | 43793 | 53523 | 1604 | 223676 | 74.27% |
| NO | 38111 | 4955 | 16110 | 17931 | 370 | 77477 | 25.73% |

### REFERENDUM A / REFERENDOS A

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| YES | 84955 | 10551 | 33772 | 41218 | 1187 | 171683 | 58.71% |
| NO | 59857 | 7758 | 24267 | 28183 | 695 | 120760 | 41.29% |

### REFERENDUM B / REFERENDOS B

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| YES | 118143 | 13613 | 47063 | 57519 | 1419 | 237757 | 79.71% |
| NO | 30111 | 3853 | 12614 | 13659 | 272 | 60509 | 20.29% |

```
Election Summary Report                          Date:11/15/18
       Gwinnett County                           Time:20:03:48
State of Georgia General Election                Page:11 of 11
       November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
       Official and Complete

Informe Resumido de las Elecciones
       Condado de Gwinnett
Elecciones Generales del Estado de Georgia
       6 de Noviembre del 2018
Resumen de Jurisdicción Amplia, Todos los Conteos, Todas las Contiendas
       Oficiales y Completos
```

Registered Voters 525568 - Cards Cast 338125   64.34%        Num. Report Precinct 157 - Num. Reporting 157   100.00%

**Special - Sunday Sales Ref / Especial - Domingos Ventas**

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 |  |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| YES | 98493 | 12366 | 38841 | 45263 | 1282 | 196245 | 64.45% |
| NO | 51984 | 6675 | 21911 | 27033 | 635 | 108238 | 35.55% |

**Special - School Bonds / Especial - Bonos Mejora de Todo el Sistema Escolar**

|  | Polling | ABM | AIP | AIP2 | PRO | Total |  |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 |  |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| YES | 114543 | 14718 | 45325 | 56304 | 1582 | 232472 | 78.41% |
| NO | 31968 | 3995 | 13060 | 14690 | 307 | 64020 | 21.59% |