# Election Summary Report
## Gwinnett County
### State of Georgia Presidential Preference Primary
### March 1, 2016
### Summary For Jurisdiction Wide, All Counters, All Races
### Official and Complete

Date: 03/07/16
Time: 12:01:16
Page: 1 of 1

Registered Voters 370750 - Cards Cast 156259   42.15%   Num. Report Precinct 157 - Num. Reporting 157   100.00%

**President - R**   REP

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| Total Votes | 82937 | 1868 | 7324 | 6386 | 434 | 98949 | |
| JEB BUSH | 261 | 37 | 25 | 77 | 1 | 401 | 0.41% |
| BEN CARSON | 4534 | 55 | 253 | 187 | 24 | 5053 | 5.11% |
| CHRIS CHRISTIE | 75 | 6 | 9 | 9 | 1 | 100 | 0.10% |
| TED CRUZ | 21850 | 398 | 1602 | 1464 | 106 | 25420 | 25.69% |
| CARLY FIORINA | 83 | 2 | 7 | 5 | 1 | 98 | 0.10% |
| LINDSEY GRAHAM | 14 | 0 | 0 | 2 | 0 | 16 | 0.02% |
| MIKE HUCKABEE | 123 | 5 | 5 | 13 | 0 | 146 | 0.15% |
| JOHN R. KASICH | 4598 | 127 | 382 | 350 | 14 | 5471 | 5.53% |
| GEORGE PATAKI | 11 | 1 | 1 | 2 | 0 | 15 | 0.02% |
| RAND PAUL | 206 | 6 | 7 | 13 | 1 | 233 | 0.24% |
| MARCO RUBIO | 25061 | 580 | 2321 | 1691 | 147 | 29800 | 30.12% |
| RICK SANTORUM | 34 | 1 | 2 | 5 | 0 | 42 | 0.04% |
| DONALD J. TRUMP | 26087 | 650 | 2710 | 2568 | 139 | 32154 | 32.50% |

**President - D**   DEM

| | Polling | ABM | AIP | AIP2 | PRO | Total | |
|---|---|---|---|---|---|---|---|
| Number of Precincts | 157 | 157 | 157 | 157 | 157 | 157 | |
| Precincts Reporting | 157 | 157 | 157 | 157 | 157 | 157 | 100.0 % |
| Total Votes | 47191 | 571 | 3909 | 4892 | 623 | 57186 | |
| HILLARY CLINTON | 30516 | 309 | 2943 | 3699 | 414 | 37881 | 66.24% |
| MARTIN O'MALLEY | 110 | 2 | 4 | 10 | 2 | 128 | 0.22% |
| BERNIE SANDERS | 16491 | 260 | 958 | 1178 | 207 | 19094 | 33.39% |
| MICHAEL STEINBERG | 74 | 0 | 4 | 5 | 0 | 83 | 0.15% |


PLAINTIFF'S EXHIBIT 10