# DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Derrick Oatis. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is ███████████, Suwanee, GA ████████.

3. I have reviewed the list below and I believe that my situation most closely fits into the category that I have checked:

   a. _____ I requested an absentee ballot but I never received it.

   b. _____ I received an absentee ballot and returned it but my ballot was rejected.

   c. _____ I received an absentee ballot and returned it but my ballot was not accepted.

   d. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) and was not offered a provisional ballot even though I reside in the county in which the precinct was located where I tried to vote.

   e. _____ I was not permitted to vote using a voting machine (a DRE) (circumstances below) because I was told I was not a resident of the county in which I was attempting to vote despite the fact that I had changed my address in a timely manner.


PLAINTIFF'S EXHIBIT

095

f. \_\_\_\_\_ I was not permitted to vote using a voting machine (a DRE) (circumstances below). I asked for a provisional ballot but was told that it was too early in the day for provisional ballots or that there were not enough provisional ballots or that no provisional ballots remained.

g. \_\_\_\_\_ I moved counties but did not change my registration address. When I attempted to vote in my new county, the poll workers told me to return to my old county in order to vote.

h. \_\_x\_\_ There were long lines at my polling location and I saw people leaving without voting.

i. \_\_\_\_\_ There were long lines at my polling location and I had to leave without being able to cast my vote.

j. \_\_x\_\_ There were problems with the voting machines at the precinct at which I voted or attempted to vote.

k. \_\_\_\_\_ Other – please explain - _____

_____

4. My individual circumstances are the following:

In 2016, I voted at Shadowbrook Church. I went online and discovered that my polling place had changed. I do not recall receiving any notice that my polling place had changed. I got to my polling place at 361 Main Street

(Suwanee Public Library). I got there at 5 minutes to 7am. There were maybe 30-50 people already in line. About 10 minutes later, one of the poll workers came out and apologized for the delay but said that there was an issue that they were trying to correct relative to the machines. She gave no further information but that she would let us know when we could vote.

Thirty minutes later (about 7:45am) she came out and apologized and stated that none of the machines were working. The line had grown. She offered the choice of provisional ballots or for people to stay in line until the issue was resolved. She told some of the people that their provisional ballots would not be counted until the following Tuesday, not all of the people who took provisional ballots heard this announcement. I did not witness anyone who got a provisional ballot being given any type of receipt and I was not previously aware that one was required. I witnessed less than five people who accepted one.

The poll worker offered to create a list for those who decided to stay. She said that none of the machines were reading the voter cards. They sent another poll worker to Lawrenceville to get new cards in hopes that it would rectify the situation. A few people asked how long it would take. She didn't know but guessed 1.5-2.0 hours depending upon traffic. Within a matter of five minutes, of the 70+ people who were in line, about 90% of the people just left. This was so disheartening to me because I knew that many of them would not come back.

Fortunately, I had the flexibility to remain until I could cast my vote on a machine.

I also witnessed a few people who came to this polling place after being sent from another polling place where they were told that they were at the wrong place. I believe they were offered provisional ballots but I'm not certain if they took them. Both were African-American. The male was adamant that he was at the correct polling place. I'm not sure what happened for him. Eventually, I asked if there was protocol for testing the machines. The poll workers said that they test the machines but don't test the cards that go into the machines. What sense does that make? The gentleman who went to get the cards came back at 9:40am. They DID test those cards and they worked fine. I was able to vote and be in and out in less than ten minutes. The delay of 2.5 hours left several people without the chance to vote - how many, I don't know. Voting should not be this difficult under any circumstances. Eligible voters should be able to vote under the simplest terms possible.

5. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

6. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

7. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the __20__ day of December, 2018.

_____
Signature