# DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

1. My name is Jeffrey Marion.

2. I am over eighteen years of age and competent to testify to the matters contained herein.

3. I reside at ███████████████, Snellville, GA ████ and I vote in Gwinnett County.

4. I voted on election day. I arrived at 6:30 am at the Annistown Elementary School. The polling place was supposed to open at 7 am, but the machines were down until about 11am. So no votes were cast before 11am.

5. At first we were told that the license verification machine was broken. We waited about an hour and half. Then someone brought new power cords for the machine, but it still would not work.

6. The next thing we knew, at about 10:45 or 10:50, they brought new voting cards to put in the voting machines. Voting began shortly after that.

7. The line to vote was wrapped around the school by the time I got to vote.

8. I did not vote until about 11:15 am.

9. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

10. I understand that in giving this Declaration, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

PLAINTIFF'S EXHIBIT 13

093

11. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _24_ day of December, 2018.

_____
Signature