# DECLARATION UNDER PENALTY OF PERJURY
# PURSUANT TO 28 U.S.C. § 1746
# AND/OR
# SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Velma Lambert. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County, Georgia.

3. I voted at Evangel Community Church in Snellville, Georgia. There were three voting machines in use and four voting machines that were not working and turned off. I waited in line for 2 hours 45 minutes with a boot on my foot because of a broken toe. When I left, the line was longer than when I arrived. There was no place for elderly people to sit while waiting. I observed approximately 50 people leave without voting because the line was too long.

4. The machine I used to vote was glitchy and had problems going back. The poll worker stated she could not assist because she was not allowed to look at the machine while I was voting.

5. After I voted, I passed an extremely long line at Annistown Elementary School in Snellville, Georgia. I stopped to see what was going on because I thought they might be giving something away. I spoke with someone on line who said she had been waiting on line for hours to vote. While I was there, a poll worker came out and said none of the machines were working. She

PLAINTIFF'S EXHIBIT 4

352

apologized and said they were trying to figure out what to do. I observed a lot of people leave without voting.

6. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

7. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

8. I declare under penalty of perjury that the foregoing is true and correct. Further affiant sayeth not, this the __13th__ day of November, 2018.

_____
Velma Lambert

Sworn to and subscribed before me
This the __13th__ day of November, 2018.

_____
Notary Public