*Precinct 060*
*serial: 279164*
*unit 1*
*1 of 5*

```
************************
    ELECTION RESULTS REPORT
************************
       Gwinnett County
           State
       of Georgia General
          Election
       November 6, 20
              18
DATE: Nov-06-2018
POLL CTR:        660((01
       060 Lawrenceville D
MACHINE ID:            1
VERSION:  1      COPY: 1
COUNT:    0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:       US 1,14,7


TIME: 01:18  06/02/2003
MACHINE SERIAL:   279164
PUBLIC COUNTER:       88
SYSTEM COUNTER:     2389


************************
** PRECINCT:      600 **
     060 Lawrenceville D
************************
BALLOTS CAST          88
************************
Governor / Gobernador
RACE #  10

B. KEMP (R)           20
S. ABRAMS (D)         68
T. METZ (L)            0
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
************************
Lieutenant Governor / Vicegobern
ador
RACE #  20

G. DUNCAN (R)         16
S. R. AMICO (D)       65
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
************************
Secretary of State / Secretario
de Estado
RACE #  30

B. RAFFENSPERGER (R)  15
J. BARROW (D)         72
S. DUVAL (L)           1
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
```


PLAINTIFF'S EXHIBIT 15

Precinct 0.60
Serial: 279164
Unit 1
2 of 5

```
Attorney General / Fiscal Genera
l
RACE #  40

C. CARR (I) R          18
C. BAILEY (D)          70
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***********************
Commissioner of Agriculture / Co
misionado de Agricultura
RACE #  50

G. BLACK (I) R         19
F. SWANN (D)           65
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***********************
Commissioner of Insurance / Comi
sionado de Seguros
RACE #  60

J. BECK (R)            13
J. LAWS (D)            70
D. FOSTER (L)           5
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***********************
State Sch. Superint. / Superint.
 Esc. Edo
RACE #  70

R. WOODS (I) R         18
D. THORNTON, JR. (D)   70
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***********************
Commissioner of Labor Comisiona
o de Trabajo
RACE #  80

M. BUTLER (I) R        20
R. KEATLEY (D)         68
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***********************
PSC Eaton / Comisionado de Serv
cio Publico Eaton
RACE #  90

C. EATON (I) R         14
L. MILLER (D)          70
D. GRAHAM (L)           3
```

Precinct 0&&
serial: 279164
unit 1
3 of 5

```
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***********************
PSC Pridemore / Comisionado de S
ervicio Publico Pridemore
RACE # 100

T. PRIDEMORE (I) R      16
O. A. RANDOLPH (D)      70
J. TURPISH (L)           1
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***********************
US House 7 / Camara de Represent
antes de EE. UU. 7
RACE # 115

R. WOODALL (I) R        18
C. BOURDEAUX (D)        70
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***********************
State Senate 5 / Senado Estatal
5
RACE # 122

S. RAHMAN (D)           74
Write-in                 1
# WRITE-INS              1
Write In Candidates
Ballot Candidate
865900 ANDY MERYL
***********************
State House 104 / Camara Estata
 104
RACE # 305

C. EFSTRATION (I) R      2
A. STEPHENSON (D)        9
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***********************
State House 105 / Camara Estata
l 105
RACE # 320

D. SHELDON (R)          16
D. MCLEOD (D)           58
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***********************
Solicitor General / Procurador G
eneral
RACE # 400
```

```
               B. W. WHITESIDE (D)    70
               Write-in               0
               # WRITE-INS            0
               Write In Candidates
               Ballot Candidate
               ***********************
               County Commissioner 4 / Comision
               ado del Condado 4
               RACE # 420

               J. HEARD (I) R         18
               M. FOSQUE (D)          69
               Write-in               0
               # WRITE-INS            0
               Write In Candidates
               Ballot Candidate
               ***********************
               Board of Education 2 / Consejo d
               e Educacion 2
               RACE # 430

               S. KNUDSEN (R)         17
               W. TAYLOR (D)          70
               Write-in               0
               # WRITE-INS            0
               Write In Candidates
               Ballot Candidate
               ***********************
               Soil and Water / Suelo y Agua
               RACE # 450

               DAVID VANLANDINGHAM    63
               Write-in               1
               # WRITE-INS            1
               Write In Candidates
               Ballot Candidate
               104474 WHAT ARE THEY PROPOSING,
               WHAT DOES THE LISTED CANDIDATE P
               ROPOSE??
               ***********************
               CONST AMENDMENT 1 / CONST ENMIEN
               DAS 1
               RACE # 900

               YES                    73
               NO                     12
               ***********************
               CONST AMENDMENT 2 / CONST ENMIEN
               DAS 2
               RACE # 910

               YES                    68
               NO                     16
               ***********************
               CONST AMENDMENT 3 / CONST ENMIEN
               DAS 3
               RACE # 920

               YES                    52
               NO                     31
               ***********************
               CONST AMENDMENT 4 / CONST ENMIEN
               DAS 4
```

Precinct 066  
serial: 279164  
unit 1  
5 of 5

```
                                    YES              69
                                    NO               17
                            ************************
                            CONST AMENDMENT 5 / CONST ENMIEN
                            DAS 5
                            RACE # 940

                                    YES              68
                                    NO               17
                            ************************
                            REFERENDUM A / REFERENDOS A
                            RACE # 950

                                    YES              52
                                    NO               30
                            ************************
                            REFERENDUM B / REFERENDOS B
                            RACE # 960

                                    YES              67
                                    NO               16
                            ************************
                            Special - Sunday Sales Ref / Esp
                            ecial - Domingos Ventas
                            RACE # 970

                                    YES              62
                                    NO               23
                            ************************
                            Special - School Bonds / Especia
                            l - Bonos Mejora de Todo el Sist
                            ema Escolar
                            RACE # 980

                                    YES              71
                                    NO               13
                            ************************
                            WE, THE UNDERSIGNED,
                            DO HEREBY CERTIFY THE
                            ELECTION WAS CONDUCTED
                            IN ACCORDANCE WITH THE
                            LAWS OF THE STATE.


                            ****  SIGNATURES  *  8-2
                            L. Davis
                            B. Cendre
                            K. Derose
                            ..........................
                            ..........................
                            ..........................
                            ..........................
                            ..........................
```

*Precinct 060*
*serial: 246535*
*unit 6*
*1 of 5*

```
††††††††††††††††††††
ELECTION RESULTS REPORT
††††††††††††††††††††
       Gwinnett County
           State
      of Georgia General
          Election
       November 6, 20
             18
DATE: Nov-06-2018
POLL CTR:           660|01
         060 Lawrenceville D
MACHINE ID:              6
VERSION:  1      COPY: 1
COUNT:    0      SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:          US 1,14,7


TIME: 06:30  11/07/2018
MACHINE SERIAL:   246535
PUBLIC COUNTER:       97
SYSTEM COUNTER:     9181


††††††††††††††††††††
** PRECINCT:      600 **
         060 Lawrenceville D
††††††††††††††††††††
BALLOTS CAST          97
††††††††††††††††††††
Governor / Gobernador
RACE #  10


B. KEMP (R)           21
S. ABRAMS (D)         75
T. METZ (L)            1
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
††††††††††††††††††††
Lieutenant Governor / Vicegobern
ador
RACE #  20


G. DUNCAN (R)         21
S. R. AMICO (D)       69
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
††††††††††††††††††††
Secretary of State / Secretario
de Estado
RACE #  30


B. RAFFENSPERGER (R)  22
J. BARROW (D)         71
S. DUVAL (L)           4
Write-in               0
# WRITE-INS            0
Write In Candidates
Ballot Candidate
```

Precinct 060
serial: 246535
unit 6.
2 of 5

Attorney General / Fiscal General
RACE # 40

| | |
|---|---|
| C. CARR (I) R | 22 |
| C. BAILEY (D) | 72 |
| Write-in | 1 |
| # WRITE-INS | 1 |

Write In Candidates
Ballot Candidate
767296 DONNA MCLEOD
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Commissioner of Agriculture / Comisionado de Agricultura
RACE # 50

| | |
|---|---|
| G. BLACK (I) R | 23 |
| F. SWANN (D) | 70 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Commissioner of Insurance / Comisionado de Seguros
RACE # 60

| | |
|---|---|
| J. BECK (R) | 20 |
| J. LAWS (D) | 71 |
| D. FOSTER (L) | 5 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
State Sch. Superint. / Superint. Esc. Edo
RACE # 70

| | |
|---|---|
| R. WOODS (I) R | 25 |
| O. THORNTON, JR. (D) | 71 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Commissioner of Labor Comisionado de Trabajo
RACE # 80

| | |
|---|---|
| M. BUTLER (I) R | 23 |
| R. KEATLEY (D) | 74 |
| Write-in | 0 |
| # WRITE-INS | 0 |

Write In Candidates
Ballot Candidate
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PSC Eaton / Comisionado de Servicio Publico Eaton
RACE # 90

Precinct 060
serial: 246535
unit 6.
3 of 5

```
C, EATON (I) R      19
L, MILLER (D)       71
R, GRAHAM (L)        5
Write-in             0
# WRITE-INS          0
Write In Candidates
Ballot Candidate
****************************
PSC Pridemore / Comisionado de S
ervicio Publico Pridemore
RACE # 100

T, PRIDEMORE (I) R  21
D, A, RANDOLPH (D)  70
J, TURPISH (L)       5
Write-in             0
# WRITE-INS          0
Write In Candidates
Ballot Candidate
****************************
US House 7 / Camara de Represent
antes de EE, UU, 7
RACE # 115

R, WOODALL (I) R    24
C, BOURDEAUX (D)    72
Write-in             0
# WRITE-INS          0
Write In Candidates
Ballot Candidate
****************************
State Senate 5 / Senado Estatal
5
RACE # 122

S, RAHMAN (D)       75
Write-in             7
# WRITE-INS          7
Write In Candidates
Ballot Candidate
390906 DAN MEADER
677959 DR, JAMES LEAK
439525 GILBERT MINEAR
264177 GREGORY DENMARK
 72793 JOHN SOLOMON
184944 JONATHAN SCOTT MCCORMICK
997943 MICKEY MOUSE
****************************
State House 104 / Camara Estatal
 104
RACE # 305

C, EFSTRATION (I) R  3
A, STEPHENSON (D)   14
Write-in             0
# WRITE-INS          0
Write In Candidates
Ballot Candidate
****************************
State House 105 / Camara Estata
l 105
RACE # 320
```

Precinct 060
serial: 246535
unit 6
4 of 5

```
D. SHELDON (R)           19
D. MCLEOD (D)            60
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
****************
Solicitor General / Procurador G
eneral
RACE # 400

R. M. SZABO (I) R        25
B. W. WHITESIDE (D)      70
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
****************
County Commissioner 4 / Comision
ado del Condado 4
RACE # 420

J. HEARD (I) R           24
M. FOSQUE (D)            71
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
****************
Board of Education 2 / Consejo d
e Educacion 2
RACE # 430

S. KNUDSEN (R)           25
W. TAYLOR (D)            70
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
****************
Soil and Water / Suelo y Agua
RACE # 450

DAVID VANLANDINGHAM      68
Write-in                  0
# WRITE-INS               0
Write In Candidates
Ballot Candidate
****************
CONST AMENDMENT 1 / CONST ENMIEN
DAS 1
RACE # 900

YES                      80
NO                       13
****************
CONST AMENDMENT 2 / CONST ENMIEN
DAS 2
RACE # 910

YES                      69
NO                       21
```

Precinct 0606
serial 246535
unit 6
5 of 5

```
************************
CONST AMENDMENT 3 / CONST ENMIEN
DAS 3
RACE # 920

YES                    54
NO                     35
************************
CONST AMENDMENT 4 / CONST ENMIEN
DAS 4
RACE # 930

YES                    85
NO                      8
************************
CONST AMENDMENT 5 / CONST ENMIEN
DAS 5
RACE # 940

YES                    73
NO                     16
************************
REFERENDUM A / REFERENDOS A
RACE # 950

YES                    54
NO                     35
************************
REFERENDUM B / REFERENDOS B
RACE # 960

YES                    75
NO                     16
************************
Special - Sunday Sales Ref / Esp
ecial - Domingos Ventas
RACE # 970

YES                    56
NO                     36
************************
Special - School Bonds / Especia
l - Bonos Mejora de Todo el Sist
ema Escolar
RACE # 980

YES                    75
NO                     14
************************
WE, THE UNDERSIGNED,
DO HEREBY CERTIFY THE
ELECTION WAS CONDUCTED
IN ACCORDANCE WITH THE
LAWS OF THE STATE.


****  SIGNATURES  *  1-2
```
1-2

*[Signatures]*