```
ELECTION RESULTS REPORT
*************************
     Gwinnett County
          State
     of Georgia General
        Election
     November 6, 20
             18
DATE: Nov-06-2018
POLL CTR:        79001
     073 Pinckneyville P
MACHINE ID:          1
VERSION: 1    COPY: 1
COUNT:   0   SIZE: 32M
ACCU-VOTE RELEASE: 4,5,2
REPORT:      US 1,14,7

TIME: 18:24  11/06/2018
MACHINE SERIAL:  273510
PUBLIC COUNTER:     142
SYSTEM COUNTER:    5346


*************************
** PRECINCT:     730 **
     073 Pinckneyville P
*************************
BALLOTS CAST        142
*************************
Governor / Gobernador
RACE #  10

B. KEMP (R)          73
S. ABRAMS (D)        68
T. METZ (L)           1
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
*************************
Lieutenant Governor / Vicegobern
ador
RACE #  20

G. DUNCAN (R)        68
S. R. AMICO (D)      70
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
*************************
Secretary of State / Secretario
de Estado
RACE #  30

B. RAFFENSPERGER (R) 70
J. BARROW (D)        68
S. DUVAL (L)          3
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
*************************
```

Handwritten annotations: Precinct #073, Mach. ID: 1, pg. 6 of 10



PLAINTIFF'S EXHIBIT 16

*Precinct #073*
*Mach.ID: 1*
*pg 7 of 10*

```
************************
Attorney General / Fiscal General
RACE #  40

C. CARR (I) R        74
C. BAILEY (D)        68
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
************************
Commissioner of Agriculture / Comisionado de Agricultura
RACE #  50

G. BLACK (I) R       71
F. SWANN (D)         68
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
************************
Commissioner of Insurance / Comisionado de Seguros
RACE #  60

J. BECK (R)          73
J. LAWS (D)          65
D. FOSTER (L)         3
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
************************
State Sch. Superint. / Superint. Esc. Edo
RACE #  70

R. WOODS (I) R       74
O. THORNTON, JR. (D) 66
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
************************
Commissioner of Labor Comisionado de Trabajo
RACE #  80

M. BUTLER (I) R      74
R. KEATLEY (D)       67
Write-in              0
# WRITE-INS           0
Write In Candidates
Ballot Candidate
************************
```

```
PSC Eaton / Comisionado de Servi
cio Publico Eaton
RACE # 90

C. EATON (I) R          66
L. MILLER (D)           65
R. GRAHAM (L)            6
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***********************
PSC Pridemore / Comisionado de S
ervicio Publico Pridemore
RACE # 100

T. PRIDEMORE (I) R      71
D. A. RANDOLPH (D)      65
J. TURPISH (L)           4
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***********************
US House 7 / Camara de Represent
antes de EE. UU. 7
RACE # 115

R. WOODALL (I) R        72
C. BOURDEAUX (D)        70
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***********************
State Senate 40 / Senado Estatal
 40
RACE # 141

F. MILLAR (I) R         75
S. HARRELL (D)          65
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
***********************
State House 95 / Camara Estatal
 95
RACE # 221

S. HILTON (I) R         76
B. MOORE (D)            65
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
```

*Handwritten annotations:* Precinct #075, Mach.ID: 1, Pg. 8 of 10

```
Solicitor General / Procurador G
eneral
RACE # 400

R. M. SZABO (I) R      71
B. W. WHITESIDE (D)    68
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***********************
County Commissioner 2 / Comision
ado del Condado 2
RACE # 410

L. HOWARD (I) R        74
B. KU (D)              66
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
***********************
Soil and Water / Suelo y Agua
RACE # 450

DAVID VANLANDINGHAM   111
Write-in                1
# WRITE-INS             1
Write In Candidates
Ballot Candidate
 93493 SABRINA PARKER
***********************
CONST AMENDMENT 1 / CONST ENMIEN
DAS 1
RACE # 900

YES                   119
NO                     22
***********************
CONST AMENDMENT 2 / CONST ENMIEN
DAS 2
RACE # 910

YES                    95
NO                     41
***********************
CONST AMENDMENT 3 / CONST ENMIEN
DAS 3
RACE # 920

YES                    91
NO                     40
***********************
CONST AMENDMENT 4 / CONST ENMIEN
DAS 4
RACE # 930

YES                   120
NO                     19
***********************
```

*Handwritten annotations:*
Precinct #0713
Mach. ID: 1
pg. 9 of 10

CONST AMENDMENT 5 / CONST ENMIEN
DAS 5
RACE # 940

YES                 104
NO                   36
*************************
REFERENDUM A / REFERENDOS A
RACE # 950

YES                  85
NO                   45
*************************
REFERENDUM B / REFERENDOS B
RACE # 960

YES                 115
NO                   21
*************************
Special - Sunday Sales Ref / Esp
ecial - Domingos Ventas
RACE # 970

YES                  86
NO                   51
*************************
Special - School Bonds / Especia
l - Bonos Mejora de Todo el Sist
ema Escolar
RACE # 980

YES                 110
NO                   29
*************************
WE, THE UNDERSIGNED,
DO HEREBY CERTIFY THE
ELECTION WAS CONDUCTED
IN ACCORDANCE WITH THE
LAWS OF THE STATE.

****   SIGNATURES   *

*[signatures]*

Precinct # 013
Mach. ID: 1

pg. 10 of 10

```
ELECTION RESULTS REPORT
************************
       Gwinnett County
           State
      of Georgia General
          Election
        November 6, 20
              18
DATE: Nov-06-2018
POLL CTR:         790   01
       073 Pinckneyville P
MACHINE ID:             3
VERSION:  1    COPY:  1
COUNT:    0    SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7


TIME: 18:24  11/06/2018
MACHINE SERIAL:    261215
PUBLIC COUNTER:       161
SYSTEM COUNTER:     12803


************************
** PRECINCT:      730 **
     073 Pinckneyville P
************************
BALLOTS CAST          161
************************
Governor / Gobernador
RACE #  10

B. KEMP (R)            76
S. ABRAMS (D)          81
T. METZ (L)             3
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
************************
Lieutenant Governor / Vicegobern
ador
RACE #  20

G. DUNCAN (R)          78
S. R. AMICO (D)        77
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
************************
Secretary of State / Secretario
de Estado
RACE #  30

B. RAFFENSPERGER (R)   75
J. BARROW (D)          83
S. DUVAL (L)            2
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
************************
```

Precinct #073
Mach. ID: 3

pg. 6 of 10

```
Attorney General / Fiscal Genera
l
RACE #  40

C, CARR (I) R           82
C, BAILEY (D)           77
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
Commissioner of Agriculture / Co
misionado de Agricultura
RACE #  50

G, BLACK (I) R          83
F, SWANN (D)            76
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
Commissioner of Insurance / Comi
sionado de Seguros
RACE #  60

J, BECK (R)             77
J, LAWS (D)             81
D, FOSTER (L)            0
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
State Sch, Superint, / Superint,
 Esc, Edo
RACE #  70

R, WOODS (I) R          84
O, THORNTON, JR, (D)    75
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
Commissioner of Labor Comisionad
o de Trabajo
RACE #  80

M, BUTLER (I) R         81
R, KEATLEY (D)          76
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
```

*Handwritten annotations:*
- Precinct # 073
- Mach. ID: 3
- pg. 7 of 10

*Precinct #073*
*Mach. ID: 3*

*pg 8 of 10*

```
PSC Eaton / Comisionado de Ser
cio Publico Eaton
RACE # 90

C, EATON (I) R          77
L, MILLER (D)           81
R, GRAHAM (L)            0
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
PSC Pridemore / Comisionado de S
ervicio Publico Pridemore
RACE # 100

T, PRIDEMORE (I) R      80
D, A, RANDOLPH (D)      76
J, TURPISH (L)           0
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
US House 7 / Camara de Represent
antes de EE, UU, 7
RACE # 115

R, WOODALL (I) R        79
C, BOURDEAUX (D)        81
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
State Senate 40 / Senado Estatal
 40
RACE # 141

F, MILLAR (I) R         80
S, HARRELL (D)          79
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
State House 95 / Camara Estatal
 95
RACE # 221

S, HILTON (I) R         83
B, MOORE (D)            78
Write-in                 0
# WRITE-INS              0
Write In Candidates
Ballot Candidate
************************
```

Precinct #073
Mach. ID: 3

pg. 9 of 10

eneral
RACE # 400

R. M. SZABO (I) R      81
B. W. WHITESIDE (D)    77
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
************************
County Commissioner 2 / Comision
ado del Condado 2
RACE # 410

L. HOWARD (I) R        82
B. KU (D)              76
Write-in                0
# WRITE-INS             0
Write In Candidates
Ballot Candidate
************************
Soil and Water / Suelo y Agua
RACE # 450

DAVID VANLANDINGHAM   126
Write-in                3
# WRITE-INS             3
Write In Candidates
Ballot Candidate
709136 DEMOCRATE ONLY
762809 LINDSAY SEITZ
547340 SOMEONE ELSE
************************
CONST AMENDMENT 1 / CONST ENMIEN
DAS 1
RACE # 900

YES                   132
NO                     28
************************
CONST AMENDMENT 2 / CONST ENMIEN
DAS 2
RACE # 910

YES                   108
NO                     46
************************
CONST AMENDMENT 3 / CONST ENMIEN
DAS 3
RACE # 920

YES                   107
NO                     48
************************
CONST AMENDMENT 4 / CONST ENMIEN
DAS 4
RACE # 930

YES                   130
NO                     25
************************

Precinct #073
Mach. JD: 3

Pg. 10 of 10

```
CONST AMENDMENT 5 / CONST ENMIEN
DAS 5
RACE # 940

YES                 109
NO                   46
***********************
REFERENDUM A / REFERENDOS A
RACE # 950

YES                  89
NO                   60
***********************
REFERENDUM B / REFERENDOS B
RACE # 960

YES                 129
NO                   30
***********************
Special - Sunday Sales Ref / Esp
ecial - Domingos Ventas
RACE # 970

YES                 115
NO                   45
***********************
Special - School Bonds / Especia
l - Bonos Mejora de Todo el Sist
ema Escolar
RACE # 980

YES                 122
NO                   33
***********************
WE, THE UNDERSIGNED,
DO HEREBY CERTIFY THE
ELECTION WAS CONDUCTED
IN ACCORDANCE WITH THE
LAWS OF THE STATE,


****  SIGNATURES   *
```

[signatures]