PLAINTIFF'S EXHIBIT 17



# Election Day
# Manager Manual

This manual belongs to: _____  _____



3078

**Gwinnett County Board of Voter Registrations and Elections**
**Gwinnett County, Georgia**

IMPORTANT:

Please retain this Manager Manual until you are instructed by Gwinnett County Elections Office to destroy.

Please be advised that this is the only printed copy you will be issued. If you lose this printed copy, you can download and print a copy from the Online Training Library.

Thank you.

# Table of Contents

**Chapter 1: General Information** ................................................................................. 1
   1. Welcome ........................................................................................................... 1
   2. Qualifications of Poll Officials ........................................................................... 2
   3. Language Assistance ......................................................................................... 2
   4. Cultural Diversity and Competency ................................................................. 2
   5. Good Practices for Voters with Disabilities ..................................................... 4
   6. Emergency Preparedness ................................................................................. 5
   7. Safety First ........................................................................................................ 7

**Chapter 2: Prior to Election Day** .................................................................................. 9
   1. Sunday Pickup ................................................................................................... 9
   2. Polling Location Arrangement ......................................................................... 12
   3. Election Day Stations ....................................................................................... 14
   4. Monday Setup .................................................................................................. 15
   5. Posting Signage ................................................................................................ 17

**Chapter 3: Election Morning** ....................................................................................... 21
   1. Dress Code ....................................................................................................... 21
   2. Breaks and Lunches ......................................................................................... 22
   3. Before the Polls Open ..................................................................................... 22
   4. Opening the Polls Checklist ............................................................................. 23
   5. What If? ............................................................................................................ 24

**Chapter 4: Election Day** ............................................................................................... 25
   1. Voter Flow Chart .............................................................................................. 25
   2. Station Officials ................................................................................................ 26
   3. The Voter's Certificate ..................................................................................... 30
   4. Who is Allowed Where at the Poll? ................................................................. 33
   5. No Campaigning Limits .................................................................................... 34

6. Exit Polling.................................................................................................................35

7. Poll Watchers............................................................................................................35

8. Elderly and Disabled Voters..................................................................................36

9. Cell Phone Usage inside the Polling Location..................................................36

10. Media inside the Polling Location.....................................................................36

**Chapter 5: ExpressPoll............................................................................................ 38**

1. The ExpressPoll Station........................................................................................38

2. Opening the ExpressPoll Station........................................................................39

3. Processing the Voter.............................................................................................40

4. Special Situations at the ExpressPoll Station...................................................48

5. ExpressPoll Flow Chart.........................................................................................49

6. Split Precincts and District Combos..................................................................50

7. Voter Status Guide................................................................................................51

8. Voter Registration Application and Other Documentation.........................56

9. Hourly Count..........................................................................................................62

10. ExpressPoll Troubleshooting.............................................................................64

**Chapter 6: Provisional and Challenged Ballots............................................... 67**

1. The Provisional/Challenged Ballot Station......................................................67

2. Open the Provisional/Challenged Ballot Station............................................62

3. Provisional Code Guide.......................................................................................70

4. Processing a Provisional Voter...........................................................................72

5. Processing a Challenged Voter..........................................................................81

6. Street List.................................................................................................................83

7. Provisional Flow Chart.........................................................................................84

**Chapter 7: Closing the Polls.................................................................................. 86**

1. Closing Procedures...............................................................................................86

2. Closing the DRE Units..........................................................................................87

3. Closing the ExpressPoll Station..........................................................................88

4. Closing the Provisional Station..........................................................................91

5. Packing Up .................................................................................................... 92

6. When to Leave? ............................................................................................ 92

7. Where to Go? ............................................................................................... 93

**Appendix** ........................................................................................................... 94

ExpressPoll 4000 - Opening Procedures .......................................................... 94

ExpressPoll 4000 - Closing Procedures ........................................................... 96

ExpressPoll 5000 - Opening Procedures .......................................................... 98

ExpressPoll 5000 - Closing Procedures ......................................................... 100

VWD Kit ......................................................................................................... 102

**Glossary** ......................................................................................................... 104

**Log Sheet for Actions Taken on DRE and ExpressPoll**

Whenever an update or canceling action is taken, either on the ExpressPoll or on the DRE, the Poll Manager must ensure these actions are recorded on the Log Sheet. The poll official will write the voter's name and date of birth, initial under each action taken, note the time the actions were taken, and write the reason the actions were taken. Actions that must be recorded include:

1. Canceling a Ballot on the DRE Unit
2. Updating a voter's status on the ExpressPoll to remove a ballot that was issued
3. Updating a voter's status on the ExpressPoll to remove an Absentee Ballot that was issued
    a. This is only to be done if the voter has surrendered their Absentee Ballot to be canceled, presented a Notice of Eligibility, or if directed to do so by the Elections Office
4. Updating a voter's status on the ExpressPoll to remove a Challenged notation
    a. This is only to be done if the voter has provided appropriate documentation to prove citizenship or if directed to do so by the Elections Office

| Log Sheet for Actions Taken on DRE and ExpressPoll<br>Precinct: _____<br>Election Date: _____ | | | DRE: Voter wants another ballot type; DRE or VAC malfunctioned; Voter left without casting ballot<br>ExpressPoll: Reissue due to Voter request different ballot type; Reissue due to DRE or VAC malfunction; Voter turned in AB Ballot; Voter presented Acceptable Documents for Citizenship | | | |
|---|---|---|---|---|---|---|
| **VOTER'S**<br>Name<br>Registration Number<br>DOB | \multicolumn{4}{l}{**ACTION TAKEN – Initial all that apply**} | | **TIME** | **REASON FOR ACTION** |
| | DRE – Canceled Ballot | ExpressPoll – Removed Ballot Issued | ExpressPoll – Removed Ab Voter | ExpressPoll – Removed Challenged notation | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



At closing, place the Log Sheet for Actions Taken on DRE and ExpressPoll in Completed Registration Documents Envelope # 2.