```
Precinct 90: RE[  ...  ]         Case 1:17-cv-02989-AT   Document 471-19   Filed 07/10/19   Page 1 of 1
Ballot Id: 8     Ballot SN: 801117     Voter SN: --
```

| | |
|---|---|
| 30 - GOVERNOR<br>Vote For 1<br>   [X]   S. ABRAMS (D) | 580 - CONST AMENDMENT 3<br>Vote For 1<br>   [X]   YES |
| 50 - LT GOVERNOR<br>Vote For 1<br>   [X]   S. R. AMICO (D) | 590 - CONST AMENDMENT 4<br>Vote For 1<br>   [X]   YES |
| 70 - SECRETARY OF STATE<br>Vote For 1<br>   [X]   J. BARROW (D) | 600 - CONST AMENDMENT 5<br>Vote For 1<br>   [X]   YES |
| 90 - ATTORNEY GENERAL<br>Vote For 1<br>   [X]   C. BAILEY (D) | 610 - REFERENDUM A<br>Vote For 1<br>   [X]   YES |
| 110 - AGRICULTURE COMMISSIONER<br>Vote For 1<br>   [X]   F. SWANN (D) | 620 - REFERENDUM B<br>Vote For 1<br>   [X]   YES |

```
130 - INSURANCE COMMISSIONER
Vote For 1
    [X]   J. LAWS (D)

150 - STATE SCHOOL SUPERINTENDENT
Vote For 1
    [X]   O. THORNTON, JR. (D)

170 - LABOR COMMISSIONER
Vote For 1
    [X]   R. KEATLEY (D)

190 - PSC EATON
Vote For 1
    [X]   L. MILLER (D)

210 - PSC PRIDEMORE
Vote For 1
    [X]   D. A. RANDOLPH (D)

270 - US HOUSE 13
Vote For 1
    [X]   D. SCOTT (I) D

300 - STATE SENATE 10
Vote For 1
    [X]   E. JONES (I) D

380 - STATE HOUSE 78
Vote For 1
    [X]   D. DOUGLAS (I) D

540 - CC, D5
Vote For 1
    [X]   B. B. HOLMES (I) D

550 - SOIL AND WATER
Vote For 3
    [X]   V. CONSIGLIO (I)
    [X]   A. W. ROLLINS (I)
    [X]   V. W. TEMPLE

560 - CONST AMENDMENT 1
Vote For 1
    [X]   YES

570 - CONST AMENDMENT 2
Vote For 1
    [X]   YES
```



PLAINTIFF'S EXHIBIT