# EXHIBIT G

1                IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF GEORGIA

3                      ATLANTA DIVISION

4

    DONNA CURLING, ET AL.,              )

5                                       )

         Plaintiffs,                    )

6                                       )   CIVIL ACTION FILE

    vs.                                 )   NO. 1:17-CV-2989-AT

7                                       )

    BRAD RAFFENSPERGER, ET AL.,         )

8                                       )

9        Defendants.                    )

10   _____)

11

12              VIDEOTAPED DEPOSITION OF

13                   MICHAEL BARNES

14                   June 27, 2019

15                    10:09 a.m.

16

17         Ross Alloy Belinfante Littlefield, LLC

18                 500 14th Street N.W.

19                   Atlanta, Georgia

20

21   Reported By:

22   Robin K. Ferrill,

23   CCR-B-1936, RPR

24   Job No. 3431556

25   Pages 1 - 288

                                          Page 1

1  on, user name, password, where, where would they

2  store it?

3      A.   I don't know.

4      Q.   Did any nonemployee or contractors have

5  access to the ballot builder?

6      A.   They did not.

7      Q.   You have described the ballot building

8  process at high level in response to my questions in

9  the 2016 time frame.

10     A.   Uh-huh.

11     Q.   At a high level, is that the process that's

12 used today?

13     A.   The same folder structure and how databases

14 move through, yes.

15     Q.   Are the same -- not the same physical

16 hardware, but functionally the same servers used for

17 the process?

18     A.   No.

19     Q.   What computers are used?

20     A.   Today?

21     Q.   Yes.

22     A.   Everything today is hardware put in place

23 by the Secretary of State's office.

24     Q.   Does the hardware have the same function as

25 it did in 2016?

Veritext Legal Solutions
866 299-5127

1      A.    Yes, yes.

2      Q.    And the counties still today report back in

3  writing as to mistakes --

4      A.    Yes.

5      Q.    -- or problems with the ballots, right?

6      A.    Yes, yes.

7      Q.    And then after sign-off and after you do

8  your final review, will you still send by CD the

9  completed GEMS database for each county?

10     A.    Yes.

11     Q.    And today, is it the same as except in an

12  emergency, a county would not have a GEMS database

13  downloaded directly from a server to the county,

14  correct?

15     A.    It's the Secretary of State's position that

16  everything is physically delivered.  There is no

17  electronic transfer of database.

18     Q.    Okay.

19           MR. BROWN:  Just one second.

20     Q.    (By Mr. Brown) I'm going to hand you what

21  has been marked, what's going to be marked as

22  Plaintiff's Exhibit 20.  And for the record, we are

23  continuing the numbering that was started in the

24  Ledford deposition where Exhibits 1 through 19 were

25  marked.

Page 37

1        A.    I don't know how he did it.

2        Q.    Okay.  Do you have any doubt that he did do

3   it?

4        A.    I have no reason to say someone has -- is

5   not saying accurately what they did.

6        Q.    He then says:  After running the script to

7   completion, I had acquired multiple gigabytes of

8   data.  This data was comprised of many different

9   files and formats, but among them were, and then he

10  lists a bunch of different files.

11            Are you with me?

12       A.    Yes.

13       Q.    He says he accessed voter registration

14  databases filed with personally identifiable

15  information of over six million voters.  Do you see?

16       A.    That I do.

17       Q.    And do you have any reason to doubt that

18  that statement is incorrect?

19       A.    If he is stating that that file was present

20  on that server on August 24th of 2016, then I would

21  have reason to debate that.

22       Q.    And why, what's the basis for doubting

23  that?

24       A.    Just understanding the time line of when we

25  would build this particular data file.  If it is a

Page 47

1   polldata.db3 file containing the full voter set for

2   an election, that file is not built for an election

3   until 10 days prior to that given election.  So there

4   was no election schedule that I'm aware of within 10

5   days of August 24th, 2016.

6        Q.   Could it have been the file for a prior

7   election?

8        A.   I don't know.

9        Q.   Could have been?

10       A.   I don't know.

11       Q.   Other than the file for the upcoming

12  election having not being built by the time that --

13  in August of 2016, do you have any other reason to

14  disbelieve that he acquired it by download, voter

15  registration databases filled with personally

16  identifiable information of over six million voters?

17       A.   I don't know.

18       Q.   You don't have any other reason for

19  doubting that.

20       A.   No.

21       Q.   And that if he did do that, that data would

22  include driver's license numbers, birthdays, full

23  home addresses, the last four digits of Social

24  Security numbers, correct?

25       A.   Driver's license number, yes; birth date,

                                        Page 48

1   yes; full home address, last four of Social, I do not

2   know.

3       Q.   Okay.  He also says that he acquired the

4   election management system GEMS databases in dot-GBF

5   and dot-MDB extensions.  Do you have any reason to

6   doubt that statement?

7       A.   I have reason to doubt an MDB extension.

8       Q.   Okay.  What is an MDB extension?

9       A.   Microsoft Access.

10      Q.   Okay.  But doesn't the GEMS management

11  system database run on a Microsoft Access

12  application?

13      A.   That is the -- GEMS -- you enter data

14  through GEMS, it then resides in Microsoft Access

15  tables.

16      Q.   Right.  So you don't think he got -- he had

17  access to the files with the MDB extension?

18      A.   I do not believe so.

19      Q.   Okay.  What about GBF extension?

20      A.   It's possible that there was a training

21  database on that server that a county may have asked

22  for to do their own local training exercises at that

23  time.

24      Q.   So it's possible that he received a full

25  database, full GEMS database, correct?

Page 49

1        A.    A training database.

2        Q.    But it was a full GEMS database.

3        A.    A training database.  Yes, it was a GEMS

4   training database.

5        Q.    But it was a GEMS database that had been

6   constructed for training people how to use GEMS,

7   correct?

8        A.    Correct.  Mainly constructed to train

9   people how to train poll workers.

10       Q.    But it was a fully functional GEMS

11  database, correct?

12       A.    It didn't have everything that would be in

13  a normal election GEMS database.  Like in relation to

14  number of races, how it -- you know, how its

15  precincts may or may not have been constructed would

16  not have been same to that, but it would have been a

17  usable database for training purpose.

18       Q.    But it would be -- would it look like a

19  database before information was put into it?

20       A.    Yes.

21       Q.    So the architecture of the database would

22  be there, if not the data that informed the database

23  as to the particular ballots being built?

24       A.    Yes.

25       Q.    He then says:  I was able to access and

Page 50

1    download GEMS databases for at least 15 counties.  Do

2    you see that?

3           A.   I do.

4           Q.   And do you have reason to believe that that

5    statement is not true?

6           A.   I have no recollection of there being 15

7    GEMS databases for any purpose posted to that web

8    server for distribution to a county.

9           Q.   They should -- they should not have been

10   there, correct?

11          A.   They should not have been there.

12          Q.   And you do not recall them being there.

13          A.   I do not.

14          Q.   Did -- okay.  I'll come back to that

15   question.

16               He then says:  These GEMS databases use

17   poor encryption allowing third parties to extract

18   user names and passwords from multiple databases.  Do

19   you see that?

20          A.   I do.

21          Q.   Do you have any reason to doubt that?

22          A.   I honestly do not know the level of

23   encryption within the databases, so I don't know

24   whether it would be considered poor or not poor.

25          Q.   He then does, in fact, identify a training

Page 51

1   video; do you see that?

2        A.   I do.

3        Q.   And it included a video?

4        A.   Yes.

5        Q.   Okay.  And then do you see that he also

6   found pdfs of election day supervisor passwords?  Do

7   you see that?

8        A.   I do.

9        Q.   And is that information that he would have

10  had access to?

11       A.   We did post onto -- inside the county

12  folder password memos for Express Poll use.

13       Q.   And that would have been accessible to --

14  to -- some of that -- Logan Lamb, in this instance?

15       A.   They were inside the folder at the county

16  level.

17       Q.   Inside the folder at the county level and

18  that folder was where?

19       A.   That was on the web server.

20       Q.   Okay.  And then what are the Windows

21  executable and DLLs that he describes?  Do you know

22  what those are?

23       A.   Yes.

24       Q.   What's the system data SQL Lite?

25       A.   That is a DLL file that is placed on a

Page 52

1    compact flash card for Express Poll that works in

2    combination with the EXP report.exe file that's also

3    listed.

4         Q.   So those work together.

5         A.   Those work together.

6         Q.   He then says in paragraph 15 -- and again

7    I'm still at document 258-1, page 131 of the Federal

8    Court filing in page 6 of this declaration.  In

9    paragraph 15, Mr. Lamb says that the Express Poll

10   units are specialized Windows PCs; is that correct?

11        A.   Yes.

12        Q.   Okay.  And those Express Poll units are

13   specialized PCs that reside in the counties; is that

14   right?

15        A.   Correct.

16        Q.   Actually, it would be one in each poll

17   location, correct?

18        A.   At least, yes.

19        Q.   Okay.  He then says:  An attacker can

20   modify these files and affect the behavior of the

21   Express Poll units.  If an attacker could modify

22   those files, they would affect the behavior of

23   Express Poll units, correct?

24        A.   That's what it states.

25        Q.   But do you have any reason to disagree with

Page 53

1   that?

2        A.   My question would be what files is he

3   referring.

4        Q.   Okay.  What -- what files with respect to

5   which if you did modify them would affect the

6   behavior of the Express Poll units at the polling

7   place?

8        A.   The, the file that you would want to modify

9   in order to change how an Express Poll operates?

10       Q.   Yes.

11       A.   The only file that I have ever seen is a

12   resource file.

13       Q.   What's a resource file?

14       A.   It controls the buttons that an Express

15   Poll displays.

16       Q.   Okay.  When -- getting back to Exhibit 21

17   and the e-mails from Merrill King to you and then you

18   to Mr. Gay and others on August 28, 2016, did you or

19   your office make any attempt to determine what files

20   Mr. Lamb had downloaded?

21       A.   I have a hard time recalling what all steps

22   we took at the process of this.  I believe our first

23   step was to look and see if data was there, why it

24   was there that shouldn't be there.  And then remove

25   said data to make sure it was no longer present.

Veritext Legal Solutions
866 299-5127

1            And my recollection was that Executive

2   Director King then relayed to Mr. Dean to begin, you

3   know, working with KSU IT to harden the web server to

4   remove -- to strengthen its ability to hold those

5   data files in a secure manner.

6        Q.   Did, did you determine what data was there?

7   Did you or your office determine what data was there?

8        A.   My recollection is we didn't start looking

9   to see what was there.  We just got rid of whatever

10  was there.  That we removed it.  It cleared the

11  folders.

12       Q.   Did you keep a record of what was there?

13       A.   I do not recall.

14       Q.   You are not aware of any record of what --

15       A.   I don't recall.

16       Q.   Okay.  Did you attempt to do any sort of

17  forensic work to see if you could check the files

18  that Mr. Lamb had downloaded?

19       A.   I do not know.

20       Q.   You said you just got rid of all the data.

21  Could you describe that?

22       A.   My recollection is that the folders were

23  cleared of the data.  The data still existed.  The

24  data is still maintained within the Center, but the

25  folders were cleared of data so that they were no

Veritext Legal Solutions
866 299-5127

1              (Plaintiffs' Exhibit 24, Ballot image

2         printout from GEMS computer, marked for

3         identification.)

4         Q     (By Mr. Brown) Can you identify Exhibit 24?

5         A.    It appears to be a ballot image printout

6    from the GEMS computer.

7         Q.    And can you tell looking at it what county

8    this would have come from?

9         A.    I don't see a county designation on it.  I

10   see a precinct designation.

11        Q.    So if you knew where Red Oak was, you would

12   know what county it was?

13        A.    Yes, I could -- I could -- I could

14   determine, yes.

15        Q.    Okay.  And what is a ballot image report

16   used for?

17        A.    A ballot image report can be generated from

18   GEMS to show what was captured by specific DRE

19   machine.

20        Q.    And what was captured by a specific DRE

21   machine for a particular voter?

22        A.    Not for a particular voter, but a ballot

23   cast.

24        Q.    What's the difference between a particular

25   voter and for ballot cast?

Page 93

1          A.    When we cast a ballot, there's not an

2    identifying element that's connected to the ballot at

3    the time of cast.  It is simply ballot style.  And

4    when the ballot style, when the touch screen hits

5    cast, when you hit cast vote on the touch screen, it

6    then assigns a numeric value to the collection of

7    data it just received from that interaction.

8          Q.    And the numeric value is then associated

9    with the ballot, not with the voter?

10         A.    Correct.

11         Q.    And how is the numeric value generated?

12         A.    How it generates a random number, I don't

13   know how it generates, but a random number is

14   assigned to that at the time the ballot is cast.

15         Q.    It's by random number generator rather than

16   sequence; is that your understanding?

17         A.    Right.

18         Q.    And then that random number then is stuck

19   to, for lack of a better expression, that cast

20   ballot; is that right?

21         A.    That would be correct, yes.

22         Q.    The -- this particular printout does not

23   show a voter SN; do you see that?

24         A.    I do.

25         Q.    Why is there a field for a voter SN?

Page 94

```
 1        A.   I do not know.

 2        Q.   Is there an option in GEMS to show the

 3   voter SN there?

 4        A.   I do not know.

 5        Q.   And the voter SN would be the way to

 6   identify a voter?

 7        A.   I do not know.

 8        Q.   So it could be that if you configured the

 9   report differently, the ballot image report could

10   identify the voter; is that right?

11        A.   I have never seen a way to configure the

12   report.

13             MR. BROWN:  Let's take a break for a

14        second.

15             THE VIDEOGRAPHER:  The time is 12:34 p.m.

16        We are off the record.

17             (WHEREUPON, a recess was taken.)

18             THE VIDEOGRAPHER:  Stand by.

19             The time is 12:35 p.m.  We are back on the

20        record.

21        Q.   (By Mr. Brown) You testified that the

22   voter -- do you know what the SN would stand for?

23        A.   I do not.

24        Q.   That blank is not used now, as far as you

25   know?
```

Veritext Legal Solutions
866 299-5127

1    envelope, opening the inner envelope, removing the

2    ballot and then getting the ballots stacked however

3    they may want to stack them so that they can then be

4    processed through the optical scan devices.

5           Once they have finished processing a -- you

6    know, a set of ballots or completing the process,

7    they then send a what's called an ender through the

8    optical scan device and the ender card tells the

9    optical scan device, the election's ended, you can

10   print a tape now.  So the optical scan then prints

11   out a tape and it shows the results calculated -- you

12   know, collected by that device through the scanning

13   process.

14          And, again, three tapes are printed and

15   then that memory card is removed and brought over to

16   the GEMS environment where it is also uploaded.

17       Q.    Okay.  Amazing.  So the ender card --

18       A.    Uh-huh.

19       Q.    -- is that -- is that like a paper ballot?

20       A.    Yes, yes.

21       Q.    So it's not like a memory card?

22       A.    It is -- it is a physical piece of paper.

23       Q.    And the stacking of the ballots to process

24   through the optical scan, is that because the optical

25   scanner can process multiple ballots at once?

Page  220

1        A.    It's because the optical scanner is

2    actually limited in its memory size.  When -- an

3    example would be in Fulton County.  The absentee

4    location, the absentee has to have all precincts

5    assigned to it.  Because anybody can vote absentee.

6    And we have to count votes by precincts within the

7    State of Georgia at the absentee level.

8              So Fulton County has over 300-plus

9    reporting precincts, precincts.  But an optical scan

10   memory card can only hold up to 22 reporting

11   precincts at a time.  So Fulton County has to create

12   a memory card that handles one through 22.  And then

13   a memory card that handles precincts 23 through 44

14   and so forth and so on until they get all of their

15   precincts accounted for.

16             So when the ballots are received back in

17   the elections office, they have to remove the ballot

18   from the envelope and there are identifiers on the

19   ballot at the bottom that tells you what the

20   reporting precinct is that that ballot is assigned

21   to.  So they have to stack the ballots by certain

22   combinations of precincts because that scanner can

23   only read those ballots.

24             And this scanner over here can only read

25   this other set of ballots and so on forth and so on.

Page 221

1    So that's why they have to organize the ballots

2    before they start scanning the ballots.

3         Q.   Do you have any understanding of how fast

4    the optical scanner can process certain number of

5    ballots?

6         A.   Well, it processes one ballot at a time.

7    Because the ballot is fed one ballot at a time.  So

8    how quickly that ballot is processed is a matter of

9    how long is the ballot, how complicated is the

10   ballot.  But it's a matter of feeding that ballot

11   one, one feed at a time.

12        The scanners that the counties have as part

13   of the State's system are all classified as precinct

14   count, precinct scanners.  And they are designed to

15   be -- they were actually designed to be at the

16   polling location on Election Day and be fed by the

17   voter directly.  But when the State procured this

18   system, there was no central scanner available, it

19   was only these precinct level scanners.

20        So we have been able -- we have been using

21   a precinct level scanner in a central scanning

22   capacity.

23        Q.   And people also vote absentee on DRE

24   machines, correct?

25        A.   That is correct.

Page  222

1    Q.   Does your office conduct or create any

2    trainings related to administering elections on the

3    optical scan ballots?

4    A.   Only in connection with the whole system.

5    We have never conducted a training class on using

6    optical scan ballots or election day use, setting up

7    a scanner in the polling location and managing

8    optical scan ballot handout.  We have never done

9    anything of that nature.

10    Q.   Is training on the optical scan ballot

11    process part of the existing training on the rest of

12    the system that your office conducts?

13    A.   Right.  We train them on how to use that

14    optical scanner as that central scanner, like I

15    referenced earlier.  But we have never trained them

16    on how to set the scanner up as a polling place

17    scanner.  That is -- that's a different

18    configuration.

19    Q.   Are you aware of any cost estimates of what

20    it costs to administer election using the optical

21    scan ballots?

22    A.   I do not.

23    Q.   Has your office studied what it would take

24    to administer an election solely using optical scan

25    ballots?

Page  247

1  have to be slightly adjusted, but they would have all

2  have to be adjusted.  It would not be something at

3  the county level.  It would have to be done at the

4  State level.

5        Q.   Do you have any estimate as to how much

6  time that would cost?

7        A.   I don't because, again, I would have to

8  look at the database to see how they are organizing

9  their election day polling locations.  Is it, you

10  know, one-to-one, multiple to one.  So I don't have a

11  true estimate of how long it would take.

12        Q.   How does the way that they organize their

13  election day polling locations impact the way that

14  the database is structured?

15        A.   Again, we talked about earlier especially

16  in the absentee, is when you have to count votes at

17  the precinct level.  So whether it was an absentee

18  ballot, whether it's an election day ballot, whether

19  it's a provisional ballot, whether it's a mail-in

20  ballot, they all have to be processed back to the

21  county to the precinct level.

22             So the polling -- so the scanner that would

23  be used in a polling location has to have the

24  precincts associated to it.  In most circumstances,

25  that's a one-to-one relationship.  One polling

Page  249

```
 1              C E R T I F I C A T E
 2    STATE OF GEORGIA   )
 3                       ) ss.:
 4    FULTON COUNTY      )
 5
 6        I,  Robin Ferrill, Certified Court Reporter
 7    within the State of Georgia, do hereby certify:
 8             That MICHAEL BARNES, the witness whose
 9    deposition is hereinbefore set forth, was duly sworn
10    by me and that such deposition is a true record of
11    the testimony given by such witness.
12             I further certify that I am not related to
13    any of the parties to this action by blood or
14    marriage; and that I am in no way interested in the
15    outcome of this matter.
16              IN WITNESS WHEREOF, I have hereunto set
17    my hand this 10th day of July, 2019.
18
19
20
21
22
23
24         ROBIN K. FERRILL, RPR
25
```

Page  288