# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,          )
                                )
    Plaintiffs,             )
                                )     CIVIL FILE ACTION
vs.                             )
                                )     NO. 1:17-cv-02989-AT
                                )
BRAD RAFFENSPERGER, et al.,     )
                                )
    Defendants.             )
_____

DEPOSITION OF

JENNIFER DORAN

June 28, 2019

10:04 a.m.

Hall Booth Smith, PC

440 College Avenue

Suite 120

Athens, Georgia

Marsi Koehl, CCR-B-2424



APG USA, INC.
www.APGreporting.com
(770) 827-1223

Curling et al. v.          Deposition of
Raffensperger et al.    JENNIFER DORAN                    6/28/2019

1        Q.   You don't know the cost or how much the

2   State is going to pay of it?

3        A.   Correct.

4        Q.   Do you know how many machines you will get

5   ultimately?  You said five for training, but what's

6   the total number for Morgan County, plus or minus?

7        A.   Somewhere between 50 and 70.

8        Q.   Is that about how many DREs you have?

9        A.   That is.

10        Q.   How many registered voters are there in

11   Morgan County?

12        A.   We currently have a little over 14,100

13   registered voters.

14        Q.   Let me ask you some questions about the work

15   that your office does for municipalities.

16        A.   Okay.

17        Q.   Just by way of background, there's --

18   municipalities will conduct their own elections in

19   some instances; correct?

20        A.   Correct.

21        Q.   And in Morgan County, there are a lot of

22   municipalities, but which ones do their own elections

23   from time to time in Morgan County?

24        A.   Currently, we have -- we have four

25   municipalities and all four municipalities have IGAs

Curling et al. v.          Deposition of
Raffensperger et al.    JENNIFER DORAN          6/28/2019

1   with our Board for us to conduct their elections.

2        Q.   That's Madison.   Who else?

3        A.   Madison, Bostwick, Buckhead and Rutledge.

4        Q.   By "IGAs," you mean intergovernmental

5   agreements?

6        A.   Correct.

7        Q.   So you by contract run their elections?

8        A.   Yes, sir.

9        Q.   Okay.   Your staff -- as if it were a county

10  election, you're just doing it through contract with

11  the municipalities; is that correct?

12       A.   Yes, sir.

13       Q.   And would that continue as far as you know

14  with the BMDs?

15       A.   Yes, sir.   They have not made any

16  indications -- I think most of our IGAs are 40 years

17  unless there are any changes.

18       Q.   Stepping back to the implementation of the

19  new system, have any plans been made for how the

20  county is going to audit the election results?

21       A.   Currently, there are no steps that we've

22  taken to set up an audit system.   I know that the

23  Secretary of State will be setting up the required

24  audit.

25            So we've been waiting -- obviously, we have

1          A.   They would, yes.

2          Q.   Because you have scanners now that feed into

3    your county GEMS database; correct?

4          A.   Right.   We do.

5          Q.   So you would just be adding precinct

6    scanners to handle the additional paper ballots that

7    would be coming in if you switch to paper ballots.

8    Fair to say?

9          A.   Yes, sir.

10         Q.   Did you price ballots themselves?

11         A.   I did.   Currently, our paper ballots -- of

12   course, we only print paper ballots for absentee and

13   provisionals.   It's not a very large number.   We

14   don't have a large population.

15              We pay 40 cents -- we pay 40 cents a ballot,

16   so I priced it at that.

17         Q.   Did you suggest that you might get a better

18   deal if you -- was it your suggestion you might get a

19   better deal if you had more volume or do you know if

20   you would?

21         A.   I remember when I was compiling the

22   information for the subpoena that I had asked our

23   ballot printer if we would get a per-ballot discount

24   for a larger -- and he had called me to talk to me

25   and, as I recall, he never gave me an answer.

Curling et al. v.          Deposition of
Raffensperger et al.    JENNIFER DORAN                    6/28/2019

1      Q.  -- would be the thinking that you would use?

2      A.  Yes, sir.

3      Q.  You would need those at the start -- by the

4   start of early voting, you need to have your stock

5   already printed?  Right?  You'd have your whole

6   carton of ballots by the start of early voting?

7      A.  We would.

8      Q.  Did you consider any other sort of

9   logistical issues in moving to hand-marked paper

10  ballots other than the cost of the scanners and the

11  price of the ballots?

12     A.  The actual procedure.  Right now we have a

13  set procedure that is guided by the Secretary of

14  State of how you handle a voter from the time he

15  walks in to the time he walks out.  Like every

16  procedure we do is dictated already.  Every poll

17  worker in the state knows that you do this, this and

18  this.

19          There is no real procedure that I am aware

20  of of how you do paper ballots, how you make sure

21  that you're getting the right district combo so that

22  you have the right ballot style; that you make sure

23  that somebody is not bringing in their own ballot

24  already made up or that they are putting more than

25  one in.

 1          We don't have that procedure in place, so we

 2   would have to have some type of procedure and

 3   guidance on the actual procedure and logistics of

 4   that.

 5      Q.  One option is -- just to sort of cut to the

 6   chase, is the option that we're advocating in our

 7   lawsuit is that the -- at least preliminarily for

 8   this year and for next year, that the GEMS system,

 9   ballot building, GEMS database, delivery to the

10   counties, ballot printing; and then on the other side

11   of the vote, the scanning and tabulation remain the

12   same but that the interface with the voter change

13   from the electronic machine to the tender of a paper

14   ballot.

15          So that's -- in broad strokes, that's the

16   relief that we're seeking.  And I want to focus on

17   that particular relief.

18          If done that way, there would be many steps

19   that would be the same; correct?

20      A.  Correct.

21      Q.  Today, you receive from the Secretary of

22   State the GEMS database with -- with the

23   information -- wait, wait.  Let me back up a second

24   because I had the wrong understanding of this.

25          Today the Secretary of State will actually

1      A.   I believe it was after that.

2      Q.   Okay.  We'll find it.

3      A.   It is in the document --

4      Q.   In your production?

5      A.   Yes.

6      Q.   Okay, great.

7           Focusing just on the DRE system, not new

8  proposals from any source, have -- has Morgan County

9  undertaken any effort to improve the DRE system in

10  terms of security or vulnerability?

11      A.   Can I ask for clarification?

12      Q.   Sure.

13      A.   Security like cyber security or physical

14  security?

15      Q.   Both.

16      A.   Cyber security and vulnerability we have

17  not.  Physical security, the Department of Homeland

18  Security offered all our counties a physical security

19  assessment which we took advantage of.  He came out

20  and did an assessment.

21      Q.   Did he give you some advice?  Did he or she

22  give you some advice as to how you could improve?

23      A.   As he said, they do not give advice; they

24  give options, which we have reviewed.  Yes.

25           MR. BROWN:  Off the record.

Curling et al. v.          Deposition of
Raffensperger et al.   JENNIFER DORAN                6/28/2019

```
 1          (Discussion ensued off the record.)
 2  BY MR. BROWN:
 3      Q.  Did you follow any of the options and change
 4  your procedure -- physical security procedures?
 5      A.  We have adopted some of those options.
 6      Q.  What were those?
 7      A.  Umm...
 8      Q.  If you feel free in disclosing that.
 9      A.  The document where he gave us all that
10  information has been listed as a critical
11  infrastructure that is protected information.
12      Q.  Okay.  And so you don't feel comfortable
13  disclosing it?
14      A.  I do not.
15          MR. BROWN:  I understand.  Fair enough.
16          Let me get some things on the record.
17      Did we get a number yet?  What number are we
18      on?
19          (Discussion ensued off the record.)
20          (Plaintiff's Exhibit 32 was marked for
21      identification.)
22  BY MR. BROWN:
23      Q.  Let me hand you what's been marked as
24  Plaintiff's Exhibit No. 32.
25          Is that a copy of the subpoena that you
```

Curling et al. v.          Deposition of
Raffensperger et al.    JENNIFER DORAN          6/28/2019

1   before, the number today is not of consequence?

2          A.   They are not.

3               (Plaintiff's Exhibit 34 was marked for

4          identification.)

5   BY MR. BROWN:

6          Q.   Let me hand you what has been marked as

7   Exhibit 34.   And I'll represent to you this is not

8   from your production.

9          A.   Yes.

10         Q.   But do you know what that is?

11         A.   A ballot image report.

12         Q.   And what is a "ballot image report"?

13         A.   It's a vote cast record that shows what a

14   voter chose for each race.

15         Q.   Is there a way, looking at that particular

16   document, to determine who the voter was?

17         A.   No.   There's not.

18         Q.   Does that document disclose any information,

19   which if combined with other information, would

20   disclose the identity of the voter?

21         A.   Not that I'm aware of.

22         Q.   Are you aware of the position stated by some

23   people that a ballot image report printed out does

24   disclose the identity of the voter?   Are you aware of

25   that position?

```
 1              (Plaintiff's Exhibit 37 was marked for

 2         identification.)

 3  BY MR. BROWN:

 4         Q.   Let me hand you what has been marked as

 5  Exhibit 37.   And I'll represent to you this is

 6  something from Rockdale County not Morgan County.

 7  And the purpose of this is to highlight an issue that

 8  some people have identified in the 2018 vote -- and

 9  that is, if you look at the second row of this table

10  corresponding to unit four and then you'll see also

11  the third row and the fourth row and then down in the

12  middle of the page, half a dozen or so instances in

13  which the voter complained that the ballot was cast

14  before the voter had the opportunity to review the

15  summary screen or to hit the cast-ballot button.

16              First of all, in your testing, did you

17  observe that problem in any of the L&A or other

18  testing that you did before the election?

19         A.   I did not see that problem.

20         Q.   Would you have seen it in the steps that you

21  go through in the logic and accuracy testing?

22         A.   As -- one of the tests that we do is we

23  actually go through and just make choices.   And then

24  go to -- right before you hit "cast ballot" is the

25  summary screen, which it appears that that's where
```

Curling et al. v.        Deposition of
Raffensperger et al.    JENNIFER DORAN                    6/28/2019

1   this was happening.  We would have -- we would have
2   been at that point on the machines, so that would
3   have been when it happened, but we did not have that
4   issue.
5        Q.  Did you get reports of that issue from poll
6   managers, poll workers or voters?
7        A.  We did not.  We had one woman who wanted to
8   review everything and she kept hitting and hit "cast
9   ballot," but she actually hit the "cast ballot."  But
10  we did not have any complaints that it cast before
11  they hit the "cast ballot."
12       Q.  Did you have complaints about just goofy
13  machines that were -- the display not being proper or
14  racing ahead or stalling or anything like that?
15       A.  No.
16       Q.  Did you -- not that you should have, but did
17  you prepare a report like that that summarizes the
18  problems, if any, that you encountered in the
19  election?
20       A.  We did not.  We had one issue and it was
21  a -- that we did document because it was -- and I'll
22  go ahead and explain it to you.  It happened with
23  older women in early voting.  I'm not sure how, but
24  they were using their fingertips or fingernails to
25  press and it wasn't registering.

Curling et al. v.          Deposition of
Raffensperger et al.    JENNIFER DORAN          6/28/2019

```
 1              When we told them to use the pad of it, it
 2   would register.  But it was -- it was a common issue
 3   with only -- and I don't know why but only older
 4   women that were doing it basically with their
 5   fingernails or the tip of it.  And as soon as they
 6   started pressing like this with the pad, it would
 7   read it.
 8        Q.  I guess younger women or younger men with
 9   fingernails are more used to maybe --
10        A.  -- using the pad.
11        Q.  -- using the pad.
12              Did you receive an FBI news flash -- that is
13   before she got there probably.
14              (Discussion ensued off the record.)
15   BY MR. BROWN:
16        Q.  Do you recall receiving a forwarded FBI news
17   flash about the targeting of state board election
18   systems?
19        A.  I do not.
20        Q.  In one of the earlier meetings, did you
21   discuss with the Board the threat of a cyber-attack
22   from foreign countries?
23        A.  During -- there was some report, a federal
24   report, and I don't remember where it was.  It was in
25   the summer or fall of '18, that it said that they
```

1    A.   My understanding is generally there is a

2  procurement process.  However, because the State

3  certifies only certain vendors or certain companies,

4  that we would only get it from them.

5    Q.   Is there more than one vendor, do you know,

6  for optical scanners?

7    A.   I'm sure there are, but since we only use

8  the one, that's where I got the quote from.

9    Q.   If you needed to obtain optical scanners,

10  could you go to that one vendor to receive more

11  optical scanners or would you have to go through the

12  procurement process to obtain the optical scanners if

13  you were making the switch?  Does that make sense?

14    A.   Yes.  I think right now they are the only

15  vendor that sells the ones that are certified for the

16  state of Georgia.  So you would have to use them.

17    Q.   Okay.  Do you know about how long of a

18  turnaround time it would take to obtain all of the

19  optical scanners if you moved to the hand-marked

20  paper ballots?

21    A.   I had ordered two new express polls, which I

22  know are very different equipment, because two of

23  ours had died and it was just cheaper to buy them

24  than get them fixed.

25         To go through the process of buying them and

Curling et al. v.          Deposition of
Raffensperger et al.    JENNIFER DORAN                6/28/2019

1  getting them -- they had to go to the State so that

2  they are certified and tested before they're sent to

3  us was about two months.

4        Q.  Would it be a similar process for optical

5  scanners?

6        A.  They do have to go through the State.  So

7  even if we purchased them, they don't come directly

8  to us.  Even if they were going to ship them that

9  day, they have to go to the State and the State has

10 to certify -- they have to do their testing and

11 certification.

12       Q.  As you know, there are two separate

13 plaintiffs here, the Coalition plaintiffs and then

14 you also have the Curling plaintiffs.

15          The Curling plaintiffs have requested that

16 instead of using DREs for ADA purposes for a

17 preliminary injunction -- I believe Mr. Brown

18 discussed this earlier generally.  But the Curling

19 plaintiffs suggested or seek to have BMDs to be used

20 for the upcoming municipal election for ADA purposes.

21          Do you know if that would even be possible

22 for the County to purchase BMDs before the upcoming

23 municipal elections?

24       A.  I don't think it's possible because I think

25 there is a rollout in place.  And the 10 to

Curling et al. v.        Deposition of
Raffensperger et al.   JENNIFER DORAN                6/28/2019

1  12 counties who are getting them, they are getting

2  them for the municipal elections in November.

3      Q.  And I know you've mentioned about having

4  certified vendors through the State.

5          Are there any vendors currently certified

6  for the use of BMDs?

7      A.  Because the Secretary of State has not

8  certified them, no.

9          MS. ANDERSON:  I believe that's all I

10     have.

11         MR. BROWN:  I just have one follow-up

12     question.

13                    FURTHER EXAMINATION

14  BY MR. BROWN:

15     Q.  You -- you testified that you'd have to buy

16  10 scanners.  It would cost about $1300.  But you

17  could do a central count scanner, right, at your

18  office?  You don't have to have a scanner in every

19  precinct?

20     A.  When we discussed it back at the end of

21  2018, when the board was batting around the idea, my

22  suggestion, just for security, is that they get

23  scanned at the precinct.

24         Not only security, people kind of do crazy

25  things with their ballots.  Sometimes they circle

Curling et al. v.        Deposition of
Raffensperger et al.     JENNIFER DORAN              6/28/2019

1  them; they scratch them out and do that.  If they

2  make a mark and our scanner is not going to read it,

3  it's better, in my opinion, to have the voter fix it

4  then.  Otherwise, if it doesn't get scanned at the --

5  my office, we have to do a vote review panel.  And

6  you have three people who have to make a

7  determination of what you intended.

8          So to me a precinct scanner not only where

9  you're dropping it in after it's scanning, you

10 have -- you know that your ballot has already been

11 scanned and there's not going to be a three-person

12 panel that decides how you voted.

13     Q.  Have you looked at the pricing or the

14 potential of purchasing used scanners of these

15 AccuVote scanners?

16     A.  I have not looked at those.  I just went

17 ahead and got the quote from ES&S.

18     Q.  For the new ones?

19     A.  Mm-hmm.

20     Q.  You mentioned --

21     A.  Vote review panel.

22     Q.  Before -- there was something you said in

23 one of your answers that I didn't understand before

24 and it was in connection with the different types of

25 voters or elections.  And you said -- I think you

Curling et al. v.          Deposition of
Raffensperger et al.   JENNIFER DORAN          6/28/2019

```
 1                         CERTIFICATE

 2

 3    STATE OF GEORGIA:

 4    COUNTY OF FULTON:

 5

 6          I hereby certify that the foregoing

 7    transcript was taken down, as stated in the caption,

 8    and the colloquies, questions, and answers were

 9    reduced to typewriting under my direction; that the

10    transcript is a true and correct record of the

11    evidence given upon said proceeding.

12          I further certify that I am not a relative

13    or employee or attorney of any party, nor am I

14    financially interested in the outcome of this action.

15          This the 5th day of July, 2019.

16

17

18

19          _____

20               Marsi Koehl, CCR-B-2424

21

22

23

24

25
```