## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO: 1:17cv02989-AT |
| BRIAN P. KEMP, et al.; | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## DECLARATION OF DERRICK GILSTRAP

Pursuant to 28 U.S.C. 1746, Derrick Gilstrap declares as follows:

1.

I make this Declaration in support of a response by Fulton County Board of Elections to certain motions filed in the above-styled matter of Donna Curling, et al., v. Brian Kemp, et al., (Civil Action No. 1:17-cv-2989-AT). Specifically, the purpose of this Declaration is to respond to the allegations in Plaintiffs' Motions for Preliminary Injunction by providing the practical realities surrounding implementation of a paper ballot voting system for the September 2019 special election and the related October 2019 runoff election.

2.

At all times relevant hereto, I was and currently am the Elections Equipment Manager of the Fulton County Department of Registration and Elections.

3.

I am aware that the Plaintiffs in this matter allege that with regards to the November 2018 election, that the machine tapes for the Grady High School precinct indicate discrepancies and irregularities of the voting machines. However, Plaintiffs are incorrect. The machine tapes show multiple congressional districts because the federal overseas ballots are counted under the Grady High School precinct. That is, we have to designate a precinct in which to count the federal overseas ballots and Grady High School is the designated precinct. Thus, the tapes show all of the federal races that any overseas elector was authorized to vote in.

4.

Also, as reports of long lines were reported to the Fulton County Department of Registration and Elections, former Elections Chief, Dwight Brower instructed me to dispatch five (5) additional voting machines to the Grady High School precinct. The machine tapes for the Grady High School precinct show that machine numbers 0-14 were dispatched to Grady High School. Thus, the machine tapes accurately reflect 15 machines being dispatched to this precinct.

5.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

This _10th_ day of July, 2019.

Derrick Gilstrap
Elections Equipment Manager
Fulton County Department of Registration
and Elections