IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.  : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

Contrary to the Court's Standing Order and Guidelines to Parties and Counsel, Plaintiffs filed a Motion for Protective Order and to Quash Defendants' Subpoenas to Third Parties Ebenezer Baptist Church, et al [Doc. 479]. Section III(e) of the Court's Standing Order, entered in this case on August 17, 2017, governs discovery disputes and provides:

> The parties shall not file discovery motions (including motions to compel, motions for protective order, and motions for sanctions) without prior permission from the Court. These disputes are often resolved in a conference with the Court, thus avoiding a delay of discovery. In the event a discovery dispute arises, the parties are required to meet and confer in an effort to resolve the dispute . . . If the dispute cannot be resolved, the parties shall file on the case docket via the CM/ECF system a Consolidated/Joint Discovery Statement outlining their positions on each of the discovery items in dispute . . . The Court will determine whether the dispute can be resolved on the papers or whether a conference is necessary and will notify the parties accordingly. All discovery conferences will be recorded by a court

reporter. If the differences cannot be resolved during the conference with the Court, the Court will direct further proceedings.

(Doc. 11 at 20-22.)

Accordingly, the Court **DIRECTS** the Clerk to **STRIKE** Plaintiffs' Motion for Protective Order and to Quash Defendants' Subpoenas to Third Parties Ebenezer Baptist Church, et al [Doc. 479].  The Court **DIRECTS** Plaintiffs (and Defendants) to comply with the Court's procedure for resolving discovery disputes, including the required formatting for the Consolidated/Joint Discovery Statement set forth in Section III(e).

**IT IS SO ORDERED** this 12th day of July, 2019.

_____
**Amy Totenberg**
**United States District Judge**