# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 07/11/2019.

TIME COURT COMMENCED: 1:00 P.M.
TIME COURT CONCLUDED: 2:10 P.M.          COURT REPORTER: Penny Coudriet
TIME IN COURT: 1:10                      DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Kimberly Anderson representing Brad Raffensperger
Joshua Belinfante representing Brad Raffensperger
David Brody representing Coalition for Good Governance
Bruce Brown representing Coalition for Good Governance
Kaye Burwell representing The Fulton County Board of Registration and Elections
Catherine Chapple representing Donna Curling
David Cross representing Donna Curling
Bryan Jacoutot representing Brad Raffensperger
Halsey Knapp representing Donna Curling
Brian Lake representing The State Election Board
Carey Miller representing Brad Raffensperger
Cheryl Ringer representing The Fulton County Board of Registration and Elections
Vincent Russo representing Brad Raffensperger
Adam Sparks representing Donna Curling
Bryan Tyson representing Brad Raffensperger

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: The Court discussed with the Parties remaining disputes regarding the non-confidential production of data from the GEMS databases, Plaintiffs production of Dr. Haldermans electronic files on the malware used during the September 2018 injunction hearing, the terms of a protective order, and the logistics of the State Defendants production of the GEMS databases to Plaintiffs experts and counsel on Friday, July 12, 2019. The parties are directed to confer regarding remaining discovery disputes at

9am on Monday July 12, 2019, and If they are unable to reach an agreement on alternatives for producing Dr. Haldermans electronic files and non-confidential data from the GEMS database , they shall file a discovery dispute statement with the Court by Noon on Monday, July 15, 2019. Defendants are directed to file their redlined response to Plaintiffs proposed protective order by 3:10 pm on Thursday, July 11, 2019.

HEARING STATUS:   Hearing Concluded