**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | |
| ) | NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, I hereby certify that on July 15, 2019, a copy of State Defendants' Objections and Responses to Curling Plaintiffs' First Set of Interrogatories was served upon the following counsel of record via electronic mail:

David D. Cross
DCross@mofo.com
John Carlin
JCarlin@mofo.com
Jane P. Bentrott
JBentrott@mofo.com
Catherine L. Chapple
CChapple@mofo.com
Robert W. Manoso
RManoso@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW, Suite 6000
Washington, DC 20006

Halsey G. Knapp, Jr.
HKnapp@khlawfirm.com
Adam M. Sparks
Sparks@khlawfirm.com
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309

| | |
|---|---|
| Cary Ichter<br>Attorney for William Digges III,<br>Laura Digges, Ricardo Davis and<br>Megan Missett<br>ICHTER DAVIS LLC<br>3340 Peachtree Road NE - Suite 1530<br>Atlanta, Georgia 30326 | Bruce P. Brown<br>Attorney for Coalition for<br>Good Governance<br>BRUCE P. BROWN LAW LLC<br>1123 Zonolite Rd. NE - Suite 6<br>Atlanta, Georgia 30306 |
| Robert A. McGuire, III<br>Attorney for Coalition<br>for Good Governance<br>Robert McGuire Law Firm<br>113 Cherry St. #86685<br>Seattle, Washington 98104-2205 | John Michael Powers<br>David Brody<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>1500 K Street, NW, Suite 900<br>Washington, DC 20005 |
| Kaye Burwell<br>David Lowman<br>Cheryl Ringer<br>OFFICE OF THE FULTON COUNTY<br>ATTORNEY<br>141 Pryor Street<br>Suite 4038<br>Atlanta, Georgia 30303 | |

This 16th day of July, 2019.

**Robbins Ross Alloy Belinfante Littlefield LLC**

*/s/ Vincent R. Russo*
Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com

Kimberly K. Anderson
Georgia Bar No.: 602807
kanderson@robbinsfirm.com
Carey Miller
Georgia Bar No.:  976240
cmiller@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*