# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, ET AL., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 1:17-cv-2989-AT |
| | : | |
| vs. | : | |
| | : | |
| BRAD RAFFENSPERGER, ET AL., | : | |
| | : | |
| Defendant. | : | |

## STATE DEFENDANTS' MOTION TO SEAL DOCUMENTS RELATED TO THE PARTIES' JOINT DISCOVERY STATEMENT

Defendant Brad Raffensperger ("Defendant" or "Secretary"), in his official capacity as Secretary of the State of Georgia and as Chair of the State Election Board of Georgia and Defendants David J. Worley, Rebecca N. Sullivan and Seth Harp (collectively, "State Defendants") seek to seal or redact the parties' joint discovery statement and exhibits thereto, [Doc. 487], and GEMS database screenshots filed by Curling Plaintiffs. Public disclosure of the sensitive information in these documents could threaten the security of Georgia's election system. For the reasons stated in the brief in support hereof, the Court should grant this Motion.

Respectfully submitted, this 16th day of July, 2019.

/s/ Vincent R. Russo
Vincent R. Russo
GA Bar No. 242628
Josh Belinfante
GA Bar No. 047399
Carey A. Miller
GA Bar No. 976240
Kimberly Anderson
Ga. Bar No. 602807
Alexander Denton
GA Bar No. 660632
Brian E. Lake
GA Bar No. 575966
500 14th Street NW
Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250
vrusso@robbinsfirm.com
jbelinfante@robbinsfirm.com
cmiller@robbinsfirm.com
kanderson@robbinsfirm.com
adenton@robbinsfirm.com
blake@robbinsfirm.com

***TAYLOR ENGLISH DUMA LLP***
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## **LOCAL RULE 7.1(D) CERTIFICATION**

I certify that this brief was prepared in compliance with Local Rule 5.1C in that it is in Times New Roman 14-point font.

*/s/ Vincent R. Russo*
Vincent R. Russo

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **STATE DEFENDANTS' MOTION TO SEAL DOCUMENTS RELATED TO THE PARTIES' JOINT DISCOVERY STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 16th day of July, 2019.

*/s/ Vincent R. Russo*
Vincent R. Russo