IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

### ORDER

This matter is before the Court on the Motion of Coalition Plaintiffs for Additional Pages and an Extension of Time [Doc. 486]. The request for additional pages is **GRANTED**. The request for an extension of time is **GRANTED IN PART**. The Coalition Plaintiffs and the Curling Plaintiffs **SHALL FILE** their Reply briefs in Support of their Motions for Preliminary Injunction **NO LATER THAN JULY 3:00 P.M. ON JULY 18, 2019**.

**IT IS SO ORDERED** this 16th day of July, 2019.

_____
**Amy Totenberg
United States District Judge**