IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING CURLING PLAINTIFFS'
MOTION FOR ADDITIONAL PAGES**

Good cause having been shown, it is hereby ordered that the Curling Plaintiffs' Motion for additional pages is **GRANTED**. Curling Plaintiffs' Reply Brief in Support of their Motion for Preliminary Injunction shall not exceed forty-five (45) pages.

**IT IS SO ORDERED** this _____ day of July, 2019.

_____
U.S. District Court Judge Amy Totenberg

dc-1106462