# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 07/17/2019.

TIME COURT COMMENCED: 1:35 P.M.
TIME COURT CONCLUDED: 2:35 P.M.         COURT REPORTER: Shannon Welch
TIME IN COURT: 1:00                     DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kimberly Anderson representing Brad Raffensperger |
| | Joshua Belinfante representing Brad Raffensperger |
| | Bruce Brown representing Coalition for Good Governance |
| | Catherine Chapple representing Donna Curling |
| | David Cross representing Donna Curling |
| | Bryan Jacoutot representing Brad Raffensperger |
| | Halsey Knapp representing Donna Curling |
| | Brian Lake representing The State Election Board |
| | David Lowman representing The Fulton County Board of Registration and Elections |
| | Carey Miller representing Brad Raffensperger |
| | Vincent Russo representing Brad Raffensperger |
| | Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | |
| MINUTE TEXT: | Teleconference - See transcript for directives. |
| HEARING STATUS: | Hearing Concluded |