# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

### [PROPOSED] ORDER GRANTING CURLING PLAINTIFFS' MOTION TO SEAL DOCUMENTS RELATED TO THEIR RESPONSE TO SECURITY PROTOCOLS FOR REVIEW OF VOTE-STEALING MALWARE AND THE AFFIDAVIT OF J. ALEX HALDERMAN

Good cause having been shown, it is hereby ordered that the Curling Plaintiffs' Motion to Seal Documents Related to Their Response To Security Protocols For Review of Vote-Stealing Malware is **GRANTED**.

The entirety of the filings (Docs. 496, 498) related to the above referenced Motion shall remain sealed from public view.

**IT IS SO ORDERED** this _____ day of July, 2019.

_____
U.S. District Court Judge Amy Totenberg