**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DONNA CURLING, et al;

    Plaintiffs,

    v.                          CIVIL ACTION
                                     FILE NO: 1:17cv02989-AT

BRAD RAFFENSBERGER, et al.;

    Defendants

NOTICE OF FILING FULTON COUNTY DEFENDANTS' IDENTIFICATION
OF WITNESSES

In compliance with this Court's June 5, 2019 briefing schedule order, Fulton County Defendant provide the following list of witnesses with regards to the upcoming preliminary injunction hearing:

1.    Fulton County Defendants will have Richard Barron present at trial. It is anticipated that his testimony will take 40 minutes. 20 minutes for direct and 20 minutes for cross.

2.    Fulton County Defendants will also have present at trial, Joseph Blake Evans and Derrick Gilstrap, Fulton County Elections staff who provided declarations in support of Fulton County Defendants' Consolidated response to Plaintiffs' renewed Motion for Preliminary Injunction.

Respectfully submitted this 17th day of July, 2019.

**OFFICE OF THE COUNTY ATTORNEY**

**/s/Cheryl Ringer**
Georgia Bar Number: 557420
ATTORNEYS FOR DEFENDANTS RICHARD BARRON MARY CAROLE COONEY, VERNETTA NURIDDIN, DAVID J. BURGE, STAN MATARAZZO, AARON JOHNSON, AND THE FULTON COUNTY BOARD OF REGISTATION

Office of the County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
Telephone: (404) 612-0246

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONNA CURLING, et al;                                 )
                                                      )
                                                      )
                                                      )
              Plaintiffs,                             )
                                                      )   CIVIL ACTION
v.                                                    )   FILE NO: 1:17cv02989-AT
                                                      )
BRAD RAFFENSBERGER, et al.;                           )
                                                      )
                                                      )
              Defendants

                                              FILE NO.:


## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **NOTICE OF FILING FULTON COUNTY DEFENDANTS' IDENTIFICATION OF WITNESSES** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

This 17th day of July, 2019.

                                    **/s/ Cheryl Ringer**
                                    Kaye Woodard Burwell
                                    Georgia Bar Number:  775060
                                    kaye.burwell@fultoncountyga.gov

Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov
David Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

Office of the County Attorney
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
Telephone: (404) 612-0246