# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| DONNA CURLING, *et al.* | |
|---|---|
| *Plaintiffs*, | CIVIL ACTION |
| v. | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | |
| *Defendants*. | |

## STATE DEFENDANTS' IDENTIFICATION OF WITNESSES FOR PRELIMINARY INJUNCTION HEARING

Pursuant to this Court's order dated June 5, 2019 [Doc. 398], State Defendants identify the following witnesses, and the anticipated time for each witness, they plan to call at the hearing on Plaintiffs' renewed Motions for Preliminary Injunction:

| Witness | Estimated time |
|---|---|
| Dr. Michael Shamos (available to testify by Skype or conference call on morning July 26 only) | 45 minutes direct<br>30 minutes cross |
| Theresa Payton | 45 minutes direct<br>30 minutes cross |
| Lynn Ledford | 20 minutes direct<br>20 minutes cross |
| Russell Bridges | 25 minutes direct<br>25 minutes cross |
| Jennifer Doran | 25 minutes direct<br>25 minutes cross |

| | |
|---|---|
| Michael Barnes | 20 minutes direct |
| | 20 minutes cross |
| Merritt Beaver | 20 minutes direct |
| | 20 minutes cross |

State Defendants reserve the right to redirect witnesses after cross. State Defendants further reserve the right to seek leave of the Court to add additional witnesses after reviewing the witness lists provided by Plaintiffs and to call rebuttal witnesses not previously disclosed.

This 17th day of July, 2019.

>*/s/ Vincent R. Russo*
>Vincent R. Russo
>GA Bar No. 242628
>vrusso@robbinsfirm.com
>Josh Belinfante
>GA Bar No. 047399
>jbelinfante@robbinsfirm.com
>Carey A. Miller
>GA Bar No. 976240
>cmiller@robbinsfirm.com
>Kimberly Anderson
>GA Bar No. 602807
>kanderson@robbinsfirm.com
>Alexander Denton
>GA Bar No. 660632
>adenton@robbinsfirm.com
>Brian E. Lake
>GA Bar No. 575966
>blake@robbinsfirm.com
>Robbins Ross Alloy Belinfante Littlefield LLC
>500 14th Street, N.W.
>Atlanta, Georgia 30318

Telephone: (678) 701-9381
Facsimile: (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249

*Counsel for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing STATE DEFENDANTS' IDENTIFICATION OF WITNESSES FOR PRELIMINARY INJUNCTION HEARING has been prepared in Times New Roman, 14 pt., a font and type selection approved by the Court in L.R. 5.1(B).

                                    */s/ Vincent R. Russo*
                                    Vincent R. Russo
                                    GA Bar No. 242628

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **STATE DEFENDANTS' IDENTIFICATION OF WITNESSES FOR PRELIMINARY INJUNCTION HEARING** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 17th day of July, 2019.

*/s/ Vincent R. Russo*
Vincent R. Russo
GA Bar No. 242628