



PLAINTIFF'S EXHIBIT 41

## Bartow County Board of Voter Registration and Elections
### Incident Report

**Location:** Pine Log
**Election Official:** Kristen Woodside
**Date:** 7/24/18    **Time:** 2:00

### Type of Incident (select all that apply)

| | | | |
|---|---|---|---|
| ☐ Complaint | Complaints from the general public | Name: | |
| | | Phone Number: | |
| ☐ Personnel | Injuries, employee issues, clerical errors, ect. | Name: | |
| ☒ Equipment | Any equipment issue | Equipment Type: | Voting machine |
| | | Serial Number: | #22397 |
| ☐ Campaign | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ Request | Any requests for the next election | | |
| ☒ Other | Anything else | Describe: | Voter card |

### Incident Description (Continue on back if necessary)

Voter received voter card machine kept popping it out. Tried another machine, same thing happened. Wanda Chatman witnessed that Jerry Orton had not yet voted and the card popped out when he first tried to put it in. Voter issued a new card. Shows up as 1 more vote than certificates or E-poll

Voter (Jerry Orton) card kept popping out and we reentered all information after deleting info into computer and we redid for voting. Initial voting screen did not show when inserted card first time. card popped out immediately
Wanda Chatman

**Signature and Date:** Kristen Woodside  7/24/18
Wanda Chatman  7/24/18

## Bartow County Board of Voter Registration and Elections
### Incident Report

| | |
|---|---|
| **Location:** | Adv. VR Office |
| **Election Official:** | Corey Ray, Ginger Millsap |
| **Date:** | 7-19-2018 |
| **Time:** | 3:30 pm |

### Type of Incident *(select all that apply)*

| | Type | Description | Details |
|---|---|---|---|
| ☐ | Complaint | Complaints from the general public | Name: <br> Phone Number: |
| ☒ | Personnel | Injuries, employee issues, clerical errors, ect. | Name: Corey Ray |
| ☐ | Equipment | Any equipment issue | Equipment Type: <br> Serial Number: |
| ☐ | Campaign | Anything related to a candidate or campaign. | Candidate Name: |
| ☐ | Request | Any requests for the next election | |
| ☐ | Other | Anything else | Describe: |

### Incident Description *(Continue on back if necessary)*

Voter Ann Edmondson, reg # 06753774 came in and filled out an application to vote early. Corey received the application and somehow did not notice that Mrs. Edmondson already voted on July 6, 2018. I believe she (Corey) thought she processed the application because she issued Mrs. Edmondson an access card. Then, Mrs. Edmondson voted.

**Signature and Date:** Ginger J Millsap, 7-20-2018

July 27, 2018

To whom it may concern:

    I regret to report that two individuals cast multiple ballots in Bartow County in the July 24, 2018 Republican Primary Election Runoff.   One was cast during Advance Voting and the other was cast on Election Day.

Ann J. Edmonson

    On July 6, 2018 Ann J. Edmondson (Voter Registration Number: 6753774) cast a Republican ballot in person at the Voter Registration Office located at 1300 Joe Frank Harris Pkwy in Cartersville, Georgia.  On July 19, 2018 Ms. Edmonson was allowed to cast a ballot again at that same location.  As explained hereafter, it appears that the election worker handling Ms. Edmonson during her second ballot was likely suffering from a medical impairment at the time.  As to Ms. Edmondson, according to the Poll Manager she is elderly and in all likelihood was simply confused about which election she was voting in.  I have not spoken with Ms. Edmonson to confirm this, but I doubt that she even realizes that she cast two ballots in the same election.

    We specifically train our employees to check the Voter Registration System to ensure that the individual is not only eligible to cast a ballot in the current election, but to check that they have not yet been issued a ballot for the current election.  However, earlier that day the Poll Manager informed me that the poll worker in question seemed a little confused due to a medical issue.  We put her on what I term "supervised light duty" for the remainder of the day, but unfortunately the Poll Manager was called away for a brief period of time and during that time the employee made this error.  Immediately after the employee made the mistake and before the mistake was noticed during a routine audit she went home because of the aforementioned medical issue and was not allowed to serve in any capacity during the rest of this election.  We will ensure that this does not happen again by not allowing this poll worker to serve in any capacity that requires the authority to make decisions until her medical issues are fully resolved.

Jerry Orton

    At approximately 2:20 PM on July 24, 2018 Jerry Orton (Voter Registration Number: 670940) was issued a Republican Ballot at the Pine Log Polling Place located at 189 Olive Vine Church Road in Rydal, Georgia. Soon afterword an employee noticed that he was having problems getting the voting machine to accept his voter access card.  Not having seen him vote yet, the employee followed her training and tried to assist him by putting the card into the voting machine for him.  When it did not

work she believed that he had not yet had the opportunity to vote and reissued the voter access card to him. Immediately after he left they did their routine audit and discovered that there was an extra vote on the voting machines.

I have gone over all available data from both the ExpressPolls and the voting system and have determined that the only way that the additional vote could have ended up on the voting machine was for him to cast more than one ballot. There is a one one-to-one correlation between the voting system and the ExpressPoll for every other voter who came into the polling place that day and no blank ballots were cast on Election Day in that Polling Place – so he had to touch something to at least vote for governor on both ballots issued to him.

I do train my employees to do an audit of the polling place prior to reissuing a ballot if they do not witness the voter approach the voting machine, put the card into the voting machine, and then have the card immediately rejected by the machine. In this case I do not think that the poll worker witnessed that entire sequence of events so a count should have been done and the employee has been reprimanded as a result. In addition she has been put on a probationary status for the remainder of the election cycle.

If you have any questions or concerns about the incidents, I can be reached via email at kirki@bartowga.org or directly by telephone at (678) 721-3231.

Sincerely,


Joseph Kirk
Bartow County Election Supervisor



# Bartow County Board of Voter Registration and Elections
## Incident Report

**Location:** Advance - VR Office
**Election Official:** Ginger Millsap
**Date:** 10-18-18
**Time:** 5:00 pm

### Type of Incident (select all that apply)

| | | | |
|---|---|---|---|
| ☐ Complaint | Complaints from the general public | Name: | |
| | | Phone Number: | |
| ☒ Personnel | Injuries, employee issues, clerical errors, ect. | Name: | Ginger Millsap |
| ☐ Equipment | Any equipment issue | Equipment Type: | |
| | | Serial Number: | |
| ☐ Campaign | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ Request | Any requests for the next election | | |
| ☒ Other | Anything else | Describe: | discrepancy b/w enet & # on machines |

### Incident Description (Continue on back if necessary)

We realized at 5:00, that there's one more vote on the machines than enet shows. Typically that would mean we did not save an application, but I audited each one against the report, and they are all accounted for. So, that would point to possibly someone voting twice. The only person who was re-issued a card was Eric Carter, voter reg # 01651647.

**Signature and Date:** Ginger J Millsap  10-19-18

over

- MCH (DRE) No. 119098
- 10/18/2018
  Bill Cantrell - Voter Room Monitor
- Voter inserted Voter Access Card, I heard an immediate second click card popped back out
- I put the card in the DRE and it popped out again
- I then walked card and Mr Carter back to Express Pole Operator for Reissueing
- Although we were very busy I believed the Voter had not already voted and did not ask for an audit to confirm the count

William E. Cantrell
Voter Room Monitor
10/19/2018 @ 10:15 AM

After the numbers did not match at the close of the polls, I pulled as many relevant reports as I could to issue a timeline of events. Those documents are attached. Based on a converse with Bill and Ginger, I believe Mr. Carter was in line waiting to vote on a DRE when the process was stopped at ~2:56 for the 3pm reconciliation. This explains the audit numbers matching at 3:01. I believe the card was reissued before 3:04, right after the conclusion of the pause for auditing.

(Data pulled 10/19/18)
10-21-18
Attachments