# What to Keep and Who Gets to Keep It

**Where it goes:** Election Superintendent
**What to keep:**
1. Yellow Copy of each county's Consolidated Return Sheets, attached to the Election Summary Report.
2. DRE Memory Cards with one result tape from every DRE unit used in the General Election
3. One copy of the Accumulated Results Tape, if accumulating, (short version) for each precinct.
4. Statement of Votes Cast (SOVC-GEMS report).
5. Yellow copy of the DRE, ExpressPoll and Provisional Ballot recap sheets.
6. Numbered List of Voters for each Precinct.
7. White copy of the oaths for manager, clerk and consolidated assistant (SEALED).
8. White copy of the Chain of Custodies for Election, Technician and Voter Education Purposes.
9. White copy of Oath of Custodians and Deputy Custodians of the DRE Units.
10. *White copy of Requests to Relocate GEMS Server.
11. *White copy of Items Not Returned to the Elections

**Where it goes:** Secretary of State's Office
**What to send:**
1. Original Consolidated Return Sheets for the General Election attached to the Summary Report (from GEMS).
2. Original Consolidated Return Sheet (Questions) attached to Election Summary Report (from GEMS).
3. Statement of Votes Cast (SOVC from GEMS).
4. Original DRE, ExpressPoll, Provisional and Absentee Recap sheets.
5. CD of Election Database (CD case provided) IMPORTANT: Make sure the CD is created AFTER your FINAL export. If there are any changes made to the GEMS database after the CD is created, you must create a new CD along with a new Elections Summary Report.
6. Numbered list of Supplemental and Provisional voters from each precinct.
7. Poll Worker Training certificate.
8. *Yellow copy of Request to Relocate GEMS Server.
9. *Yellow copy of Items Not Returned to Elections office.
10. +A copy/copies of sample ballots O.C.G.A. 21-2-497.

*-if applicable
+-if the races on your ballot(s) are not reflective of the sample ballots on MVP

Nov 2016

**Where it goes:** Board of Registrars
**What to send:**
1. Electors List for each precinct (SEALED)
2. Voter's certificates for each precinct (SEALED).
3. Rejected Voter's certificates for each precinct (SEALED).
4. Completed name and/or address forms.
5. Provisional voter certificates and voter registration forms.
6. Application for Absentee Ballots

**Where it goes:** Clerk of Superior Court
**What to send:**
1. Pink copy of the Consolidated Return Sheets attached to the Election Summary Report.
2. Pink copy of Numbered List of Voters for each precinct (SEALED).
3. Statement of Votes Cast (SOVC from GEMS).
4. Pink copy of the DRE recap sheet for each precinct, one copy of the results tape per unit (zero tape attached), and one copy of the Accumulated Results Tape (if accumulating) from each precinct (long version) and pink copy of ExpressPoll recap sheets.
5. Pink copy of the Provisional Recap, Provisional Ballot Stubs for each precinct.
6. Copy of Numbered List of Voters for each precinct in which absentee ballots were cast (SEALED).
7. Pink copy of Absentee Ballot recap sheet.
8. Yellow copy of the Manager, Clerk and Consolidated Assistant Oaths(SEALED).
9. Pink copy of Chain of Custody form for Election and Technician purposes.
10. Yellow copy of Oath of Custodians and Deputy Custodians of DRE units.
11. CD copy of Election database.
12. Custodian certification for Accuvote-TS (L&A Testing form).
13. Cast Absentee, Provisional and Challenged ballots.
14. All voided ballots.
15. Absentee Ballot oath envelopes.
16. L&A testing form for ExpressPoll.



PLAINTIFF'S EXHIBIT 43