
PLAINTIFF'S EXHIBIT 44

# Center for Election Systems

By: Michael Barnes

Director: Center for Election Systems



Office of Secretary of State Brian P. Kemp

# Overview

- Our New Team
- How to Deliver Information to the Ballot Building Team
- How Information is transmitted to counties for review
- Ballot Building and ExpressPoll Expected Timeframes
- Equipment Testing



Office of Secretary of State
Brian P. Kemp

# Providing Data for Ballot Building

- Centralized intake of Ballot Building Data
  - ces@sos.ga.gov
  - 404-657-5372
- Continually review the County Precinct List Report in eNet
  - Reports> Internal Only Reports> Other> County Precinct List
  - If changes arise in this report, those changes must be mirrored in your GEMS database
- If any local Primary or Election results in a necessary runoff, notify us as soon as possible of who the participants are



Office of Secretary of State Brian P. Kemp

# Transferring Data to Counties

- **Ballot Building Proofs and Reports**
  - Posted to your county folder on the secured SOS FTP
  - Notification will be forwarded to a county when proofs are posted
  - When proofing is completed, forward signoff sheet to ces@sos.ga.gov or 404-657-5372
  - Don't just proof ballots, be certain to proof the reports as well
  - Always validate that we have the right combos associated to the correct precincts



Office of Secretary of State Brian P. Kemp

# Transferring Data to Counties

- **GEMS Databases**
  - Encrypted CDs will be delivered to each county
  - Must provide the GDAC number located on the CD to obtain password to access GEMS database





Office of Secretary of State Brian P. Kemp

Overview
Meet New Team
Building Data for
Ballot Building
Transferring Data to Counties
Pilot Building
Mainframes
Equipment Testing

# Transferring Data to Counties

- ExpressPoll Data Sets
  - ExpressPoll L&A
  - ExpressPoll Absentee Use
- Both of these data sets will be posted your county folder on the secured SOS FTP when ready
- The ExpressPoll L&A file will not remain in the folder for an unlimited time, so please pull the data file down and review once notified of its availability
- Passwords to access all ExpressPoll data sets (L&A, Absentee and Election Day) must be obtained from the Center for Election Systems

Office of Secretary of State Brian P. Kemp

- Overview
- New Team
- Providing Data for Pilot Building
- Transferring Data to Counties
- Ballot Building
- Conferences
- Equipment Testing

# Transferring Data to Counties

- ExpressPoll Data Sets
  - Election Day and Runoff Data Set
- These data sets will be built and delivered in the same manner as before
- When received, review their content timely and make us aware of any issues so that they can be resolved quickly
- When reviewing reports, keep an eye on polling locations containing multiple precincts
- Make sure all combos in all locations have the proper number of voters assigned



# Returning Data to SOS

- ExpressPoll Compact Flash Cards
  - Need to be returned to the SOS in the election certification packet
  - Once returned, Numbered Lists will be generated as quickly as possible



Office of Secretary of State Brian P. Kemp

- Overview
- Our New Team
- Providing Data for Ballot Building
- Transferring Data to Counties
- Equipment Testing

# Counties wishing to transfer equipment

- Seek clearance from the SOS Election Division before attempting to transfer to another jurisdiction
- Once approval has been given from the SOS Election Division, our office will be in contact to schedule a time to visit and test the equipment, if necessary, before transfer to the other jurisdiction takes place



# Counties needing equipment tested

- We will be hitting the road in early April to address those equipment testing needs we are aware of throughout the state