


PLAINTIFF'S EXHIBIT 46

## Bartow County Board of Voter Registration and Elections
### Incident Report

| Location: | Woodland Precinct | | |
|---|---|---|---|
| Election Official: | Barbara B Cowart | | |
| Date: | 11-6-2018 | Time: | 7:23 am |

### Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ Complaint | Complaints from the general public | Name: | |
| | | Phone Number: | |
| ☐ Personnel | Injuries, employee issues, clerical errors, ect. | Name: | |
| ☐ Equipment | Any equipment issue | Equipment Type: | |
| | | Serial Number: | |
| ☐ Campaign | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ Request | Any requests for the next election | | |
| ☐ Other | Anything else | Describe: | |

### Incident Description *(Continue on back if necessary)*

DARRIN PREWETT - WRONG PRECINCT - EX POLL SAYS HE SHOULD VOTE AT ATCO BAPTIST.

HIS WIFE WAS REGISTERED AT THIS PRECINCT

HE SAID HE VOTED HERE AT THE PRESIDENTIAL ELECTION

HE WAS NOT HAPPY.

I TOLD HIM TO GO TO THE ELECTIONS OFFICE TO GET IT FIXED

| Signature and Date: | Barbara B Cowart  11-6-18 |
|---|---|



## Bartow County Board of Voter Registration and Elections
### Incident Report

| Location: | WOODLAND |
|---|---|
| Election Official: | BARBARA B. COWART |
| Date: | 11-6-2018 |
| Time: | 7:15 am |

### Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ Complaint | Complaints from the general public | Name: | |
| | | Phone Number: | |
| ☐ Personnel | Injuries, employee issues, clerical errors, ect. | Name: | |
| ☐ Equipment | Any equipment issue | Equipment Type: | |
| | | Serial Number: | |
| ☐ Campaign | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ Request | Any requests for the next election | | |
| ☐ Other | Anything else | Describe: | |

### Incident Description *(Continue on back if necessary)*

Sharon R. Bell

Wrong Precinct - she said this has happened the last 4 times.

I suggested she come by the office to get it corrected

| Signature and Date: | Barbara B Cowart |
|---|---|
| | 11-6-2018 |