

# Election Update

## February 23, 2016

*Greetings Election and Registration Officials,*

## Bulk Upload for KSU ***Reminder***

The Center for Election Systems will be obtaining the data needed to build the Bulk Update Files from the Secretary of State's office at 8:30 P.M. Friday, February 26, 2016. Please make sure you have entered all voters issued an absentee ballot for the March Presidential Preference Primary and Special Election into the VR system by this time. After receiving the data file from the state, we will begin the process of preparing the Bulk Update Files for download from Center for Election Systems website, elections.kennesaw.edu. We anticipate the files will become available on the website approximately 11:00 P.M. Friday, February 26, 2016, pending any unforeseen issues.

If this is your first time attempting to use the Bulk Update process, familiarize yourself with the steps by referring to the "ExpressPoll User's Manual" and "Downloading the Bulk Update File" manual. The most recent version of the manuals can be found on our website, elections.kennesaw.edu under the link "Documents."

The Center for Election Systems will be open on Saturday, February 27, 2016, from 8:00 a.m. - 1:00 p.m. If you have any questions or concerns, please contact the Center at 470-578-6900.

## Credit for Voting Given in Fulton County

Credit For Voting Has been given for the Fulton County HD 58 election.

## Election Night Reporting for March 1, 2016

Remember that on March 1. 2016, we will still be using the Election Night Reporting system that we have used for years.

You can brush up on your procedures using the 2016 PPP **ENR** User Guide found on Firefly, or contact your liaison.

PLAINTIFF'S EXHIBIT
47

**Secretary of State**

**Elections Division**

**Chris Harvey**

2 MLK Jr. Drive    8th Floor West Tower    Atlanta, Georgia  30334    **404.656.2871**





**March 14, 2016**

# Bulk Update File for May 24, 2016

The Center for Election Systems will be obtaining the data needed to build the Bulk Update Files from the Secretary of State's office at 9:00 P.M. Friday, May 20, 2016. Please make sure you have entered all voters issued an absentee ballot for the May General Primary and NonPartisan Election into the VR system by this time. After receiving the data file from the state, we will begin the process of preparing the Bulk Update Files for download from Center for Election Systems website, elections.kennesaw.edu. We anticipate the files will become available on the website approximately 11:30 P.M. Friday, May 20, 2016, pending any unforeseen issues.

If this is your first time attempting to use the Bulk Update process, familiarize yourself with the steps by referring to the "ExpressPoll User's Manual" and "Downloading the Bulk Update File" manual. The most recent version of the manuals can be found on our website, elections.kennesaw.edu under the link "Documents. "

The Center for Election Systems will be open on Saturday, May 21, 2016, from 8:00 a.m. - 1:00 p.m. If you have any questions or concerns, please contact the Center at 470-578-6900.

**Statewide Official ExpressPoll Memory Card Delivery**
**Friday, May 11, 2018**

**Directions:**  ExpressPoll Memory Card Delivery for May 11, 2018.  Investigators will be on-site by 10:00am Friday, May 11, 2018 and remain on-site until all card packages are picked up or until 2:00pm that same day.  If you should experience any difficulty with arriving at your assigned location within the allotted time frame, please notify your Liaison as soon as possible.  If you fail to pick up your Memory Cards at your assigned location, you will have to pick up your Memory Cards at the SOS office in Atlanta.

# Region #1:                                        Zagorin

**SOS Regional Office – Cartersville GA**
**1903 Courthouse**
**115 W. Cherokee Avenue**
**Cartersville, GA  30120**
**404-654-6076**

| | |
|---|---|
| Dade | ____ |
| Walker | ____ |
| Catoosa | ____ |
| Whitfield | ____ |
| Murray | ____ |
| Gilmer | ____ |
| Fannin | ____ |
| Chattooga | ____ |
| Gordon | ____ |
| Pickens | ____ |
| Dawson | ____ |
| Floyd | ____ |
| Bartow | ____ |
| Cherokee | ____ |
| Forsyth | ____ |
| Polk | ____ |

# Region #2:

Howard

**Banks County Elections Office**
**226 Candler Street**
**Homer, GA  30547**
**706-677-6260**

| | |
|---|---|
| Union | ___ |
| Towns | ___ |
| Rabun | ___ |
| Lumpkin | ___ |
| White | ___ |
| Habersham | ___ |
| Hall | ___ |
| Banks | ___ |
| Franklin | ___ |
| Stephens | ___ |
| Jackson | ___ |
| Madison | ___ |
| Hart | ___ |
| Elbert | ___ |
| Barrow | ___ |
| Clarke | ___ |
| Oconee | ___ |

# Region #3:

Hall

**SOS Atlanta Office**
**2 MLK Jr. Drive SE**
**#802 West Tower**
**Atlanta, GA  30334**
**404-657-1855**

| | |
|---|---|
| Haralson | ___ |
| Paulding | ___ |
| Cobb | ___ |
| Fulton | ___ |
| DeKalb | ___ |
| Gwinnett | ___ |
| Carroll | ___ |
| Douglas | ___ |
| Rockdale | ___ |
| Walton | ___ |
| Heard | ___ |
| Coweta | ___ |

Fayette     ___
Clayton     ___
Spalding    ___
Henry       ___
Newton      ___

# Region #4:                          Ferguson

**McDuffie County Elections Office**
**337 Main Street, Suite 101**
**Thomson, GA  30824-0600**
**706-595-2105**

Morgan       ___
Greene       ___
Oglethorpe   ___
Wilkes       ___
Lincoln      ___
Taliaferro   ___
Hancock      ___
Warren       ___
McDuffie     ___
Columbia     ___
Washington   ___
Glascock     ___
Jefferson    ___
Richmond     ___

# Region #5:                          B. Jones

**Muscogee County Elections Office**
**2980 Macon Road**
**Columbus, GA  31906**
**706-653-4392**

Meriwether    ___
Muscogee      ___
Talbot        ___
Troup         ___
Harris        ___
Taylor        ___
Chattahoochee ___
Marion        ___

Schley     ____
Stewart     ____
Webster     ____

## Region #6:

P. Jones

**<u>SOS Macon Office</u>**
**<u>237 Coliseum Drive</u>**
**<u>Building B</u>**
**<u>Macon, GA 31217</u>**
**<u>478-207-1378</u>**

Pike     ____
Lamar     ____
Butts     ____
Jasper     ____
Putnam     ____
Upson     ____
Monroe     ____
Jones     ____
Baldwin     ____
Crawford     ____
Bibb     ____
Twiggs     ____
Wilkinson     ____
Peach     ____
Houston     ____
Bleckley     ____
Laurens     ____
Macon     ____
Dooly     ____
Pulaski     ____
Dodge     ____

# Region #7:                                    Nunley

**<u>Bulloch County Elections Office</u>**
**<u>113 North Main Street, Suite 201</u>**
**<u>Bulloch County Annex</u>**
**<u>Statesboro, GA  30458</u>**
**<u>912-764-6502</u>**

| | |
|---|---|
| Burke | ____ |
| Johnson | ____ |
| Emanuel | ____ |
| Jenkins | ____ |
| Screven | ____ |
| Treutlen | ____ |
| Candler | ____ |
| Bullock | ____ |
| Effingham | ____ |
| Montgomery | ____ |
| Toombs | ____ |
| Tattnall | ____ |
| Evans | ____ |
| Bryan | ____ |
| Chatham | ____ |

# Region #8:                                    Monroe

**<u>Dougherty County Elections Office</u>**
**<u>222 Pine Avenue, Suite 220</u>**
**<u>Albany, GA  31702-1827</u>**
**<u>229-431-3247</u>**

| | |
|---|---|
| Quitman | ____ |
| Randolph | ____ |
| Terrell | ____ |
| Sumter | ____ |
| Lee | ____ |
| Clay | ____ |
| Calhoun | ____ |
| Dougherty | ____ |
| Worth | ____ |
| Early | ____ |
| Baker | ____ |
| Mitchell | ____ |
| Miller | ____ |
| Seminole | ____ |

Decatur     ____
Grady     ____
Thomas     ____

# Region #9:

Archie

**<u>SOS Regional Office – Tifton GA</u>**
**<u>238 2nd Street East</u>**
**<u>Tifton, GA  31794</u>**
**<u>229-391-3732</u>**

Crisp     ____
Wilcox     ____
Turner     ____
Ben Hill     ____
Tift     ____
Irwin     ____
Coffee     ____
Colquitt     ____
Cook     ____
Berrien     ____
Atkinson     ____
Brooks     ____
Lowndes     ____
Lanier     ____
Clinch     ____
Echols     ____

# Region #10:

Blanchard

**<u>Wayne County Elections Office</u>**
**<u>359 Walnut Street</u>**
**<u>Jesup, GA  31546</u>**
**<u>912-427-5941</u>**

Telfair     ____
Wheeler     ____
Jeff Davis     ____
Bacon     ____
Appling     ____
Ware     ____
Pierce     ____
Wayne     ____
Long     ____

Liberty        ____
Brantley       ____
Charlton       ____
Camden         ____
Glynn          ____
McIntosh       ____

**Statewide Official ExpressPoll Memory Card Delivery/Pickup**
**Friday, July 13, 2018**

**Directions:** ExpressPoll Memory Card Delivery for July 13, 2018. Investigators will be on-site at 10:00am Friday, July 13, 2018 and remain on-site until all card packages are picked up or until 2:00pm that same day. If you should experience any difficulty with arriving at your assigned location within the allotted time frame, please notify your Liaison as soon as possible. If you fail to pick up your Memory Cards at your assigned location, you will have to pick up your Memory Cards at the SOS office in Atlanta.

# Region #1:                                    Zagorin

**SOS Regional Office – Cartersville GA**
**1903 Courthouse**
**115 W. Cherokee Avenue**
**Cartersville, GA  30120**
**404-654-6076**

| | |
|---|---|
| Dade | ____ |
| Walker | ____ |
| Catoosa | ____ |
| Whitfield | ____ |
| Murray | ____ |
| Gilmer | ____ |
| Fannin | ____ |
| Chattooga | ____ |
| Gordon | ____ |
| Pickens | ____ |
| Dawson | ____ |
| Floyd | ____ |
| Bartow | ____ |
| Cherokee | ____ |
| Forsyth | ____ |
| Polk | ____ |

## Region #2:

Howard

**Banks County Elections Office**
**226 Candler Street**
**Homer, GA  30547**
**706-677-6260**

Union              ____
Towns              ____
Rabun              ____
Lumpkin            ____
White              ____
Habersham          ____
Hall               ____
Banks              ____
Franklin           ____
Stephens           ____
Jackson            ____
Madison            ____
Hart               ____
Elbert             ____
Barrow             ____
Clarke             ____
Oconee             ____

## Region #3:

Hall

**SOS Atlanta Office**
**2 MLK Jr. Drive SE**
**#802 West Tower**
**Atlanta, GA  30334**
**404-657-1855**

Haralson           ____
Paulding           ____
Cobb               ____
Fulton             ____
DeKalb             ____
Gwinnett           ____
Carroll            ____
Douglas            ____
Rockdale           ____
Walton             ____
Heard              ____
Coweta             ____

Fayette          ____
Clayton          ____
Spalding         ____
Henry            ____
Newton           ____


# Region #4:                          **Ferguson**

**McDuffie County Elections Office**
**337 Main Street, Suite 101**
**Thomson, GA  30824-0600**
**706-595-2105**

Morgan           ____
Greene           ____
Oglethorpe       ____
Wilkes           ____
Lincoln          ____
Taliaferro       ____
Hancock          ____
Warren           ____
McDuffie         ____
Columbia         ____
Washington       ____
Glascock         ____
Jefferson        ____
Richmond         ____


# Region #5:                          **B. Jones**

**Muscogee County Elections Office**
**3111 Citizens Way**
**Columbus, GA  31907**
**706-653-4392**

Meriwether       ____
Muscogee         ____
Talbot           ____
Troup            ____
Harris           ____
Taylor           ____
Chattahoochee    ____
Marion           ____

Schley     ____
Stewart     ____
Webster     ____

# Region #6:

P. Jones

**SOS Macon Office**
**237 Coliseum Drive**
**Building B**
**Macon, GA 31217**
**478-207-1378**

Pike     ____
Lamar     ____
Butts     ____
Jasper     ____
Putnam     ____
Upson     ____
Monroe     ____
Jones     ____
Baldwin     ____
Crawford     ____
Bibb     ____
Twiggs     ____
Wilkinson     ____
Peach     ____
Houston     ____
Bleckley     ____
Laurens     ____
Macon     ____
Dooly     ____
Pulaski     ____
Dodge     ____

# Region #7:                                    Nunley

**Bulloch County Elections Office**
**113 North Main Street, Suite 201**
**Bulloch County Annex**
**Statesboro, GA  30458**
**912-764-6502**

Burke            ____
Johnson          ____
Emanuel          ____
Jenkins          ____
Screven          ____
Treutlen         ____
Candler          ____
Bullock          ____
Effingham        ____
Montgomery       ____
Toombs           ____
Tattnall         ____
Evans            ____
Bryan            ____
Chatham          ____

# Region #8:                                    Monroe

**Dougherty County Elections Office**
**222 Pine Avenue, Suite 220**
**Albany, GA  31702-1827**
**229-431-3247**

Quitman          ____
Randolph         ____
Terrell          ____
Sumter           ____
Lee              ____
Clay             ____
Calhoun          ____
Dougherty        ____
Worth            ____
Early            ____
Baker            ____
Mitchell         ____
Miller           ____
Seminole         ____

Decatur          ____
Grady            ____
Thomas           ____

# Region #9:                    **Archie**

**SOS Regional Office – Tifton GA**
**238 2nd Street East**
**Tifton, GA  31794**
**229-391-3732**

Crisp            ____
Wilcox           ____
Turner           ____
Ben Hill         ____
Tift             ____
Irwin            ____
Coffee           ____
Colquitt         ____
Cook             ____
Berrien          ____
Atkinson         ____
Brooks           ____
Lowndes          ____
Lanier           ____
Clinch           ____
Echols           ____

# Region #10:                   **Miller**

**Wayne County Elections Office**
**359 Walnut Street**
**Jesup, GA  31546**
**912-427-5940**

Telfair          ____
Wheeler          ____
Jeff Davis       ____
Bacon            ____
Appling          ____
Ware             ____
Pierce           ____
Wayne            ____
Long             ____

Liberty         \_\_\_\_
Brantley       \_\_\_\_
Charlton       \_\_\_\_
Camden        \_\_\_\_
Glynn          \_\_\_\_
McIntosh       \_\_\_\_

**Joseph Kirk**

| | |
|---|---|
| **From:** | Firefly <DoNotReply@sos.ga.gov> |
| **Sent:** | Thursday, July 19, 2018 3:31 PM |
| **To:** | DoNotReply@sos.ga.gov |
| **Subject:** | Bulk Upload |

A new <u>discussion reply</u> has been posted in The Buzz by Ken Collins on 7/19/2018 2:59:32 PM

Denise.....Go to FileZilla on your computer..... Holly Smith sent a bunch of info down recently under CES files...... In there you'll find your detailed Bulk Update info (under Express Poll fundementals part 3)   It's self explanatory......

If you would like to opt out of receiving email notifications for this discussion, click <u>here</u>.

**Joseph Kirk**

| | |
|---|---|
| **From:** | Firefly <DoNotReply@sos.ga.gov> |
| **Sent:** | Thursday, July 19, 2018 4:07 PM |
| **To:** | DoNotReply@sos.ga.gov |
| **Subject:** | Bulk Update - SOS FTP Access |

A <u>new discussion</u> has been posted in The Buzz by Hallman, John on 7/19/2018 3:34:39 PM

Election Officials,

The Center for Election Systems plans to request the data needed from eNet to create the Bulk Update files at 8:00 pm Friday, July 20, 2018. Please make sure you have entered all voters that were issued an absentee ballot for the runoff elections into the absentee module of eNet by this time. These files will be available first thing Saturday morning, July 21, 2018.

As soon as they are available, the Bulk Update files will be placed in the county specific folders on the SOS FTP server. Instruction on how to access the SOS FTP server have been posted on Firefly under Training > Center for Election Systems > Transferring files from FileZilla for Election Day. This is the FTP server that county election officials were given access to by their Liaison using the FTP client FileZilla. **Please test this connection today on the computer that you will be using on Saturday. If you are unable to connect to the SOS server, contact your Liaison so that they can resolve this issue for you.** It is much easier to resolve these connectivity issues today and tomorrow than it is on Saturday.

The Bulk Update files will be placed in the parent folder for your election. The parent folder name will show the election date and the election type (e.g. 2018-07-24 GenPrimary Runoff). If you do not see a new folder within this parent folder labeled "Bulk Update" on Saturday, please contact me directly. If you have trouble connecting to the SOS server, please contact me directly. I will be available to assist with accessing these files on Saturday, July 21, 2018, from 8:00 A.M. - 12:00 noon and can be reached at 404-463-0579 or jhallman@sos.ga.gov. Please leave a message if I do not answer.

Once you have downloaded these files from the SOS FTP server to your local PC, you will need to upload them to your ExpressPoll units. If you have questions about the Bulk Update process after you have successfully downloaded the files from the SOS server to your computer, please contact the Center for Election Systems (CES). Chris Bellew and Leigh Combs from the CES team will be available from 8:00am – 12:00 noon on Saturday, July 21, 2018 to provide support for the Bulk Update process. I have provided their contact information below:

Chris Bellew – 404.654.6070

Leigh Combs – 404.654.6032

In summation, if you have trouble access the Bulk Update files on the SOS FTP server on Saturday morning, please contact John Hallman. If you have trouble applying the Bulk Update files to your ExpressPoll units, please contact Chris or Leigh of the Center for Election Systems.

Thanks,

John Hallman

jhallman@sos.ga.gov

If you would like to opt out of receiving email notifications for this discussion, click here.

**Joseph Kirk**

| | |
|---|---|
| **From:** | Firefly <DoNotReply@sos.ga.gov> |
| **Sent:** | Friday, July 20, 2018 12:06 PM |
| **To:** | DoNotReply@sos.ga.gov |
| **Subject:** | Bulk Upload |

A new <u>discussion reply</u> has been posted in The Buzz by Teresa Pope on 7/20/2018 11:30:36 AM

Speaking of Bulk Update, I know how to do everything except the FileZilla portion.  It's like a new day everytime I go there!  Does anyone out there have step-by-step instructions for FileZilla?

If you would like to opt out of receiving email notifications for this discussion, click <u>here</u>.

1

**Joseph Kirk**

| | |
|---|---|
| **From:** | Firefly <DoNotReply@sos.ga.gov> |
| **Sent:** | Friday, July 20, 2018 11:16 PM |
| **To:** | DoNotReply@sos.ga.gov |
| **Subject:** | Bulk Update File for July Runoff Posted |

A new discussion has been posted in The Buzz by Barnes, Michael on 7/20/2018 10:43:55 PM

Good evening everyone,

The Bulk Update file for your county and the updated summary stats report for the July Runoff have been posted to your county folder on the SOS FTP (Filezilla). Make certain when you initially save the Bulk Update file to your computer, that the date stamp on the file is from 7/20/2018.

If you have any questions, we will have staff here in the morning from 8am - 12pm to help.

You can reach us at the following numbers:

Leigh Combs - 404.654.6032 - lcombs@sos.ga.gov

Chris Bellew - 404.654.6070 - cbellew@sos.ga.gov

If you would like to opt out of receiving email notifications for this discussion, click here.

**Statewide Official ExpressPoll Memory Card Delivery/Pickup**
**Friday, October 26, 2018**

**Directions:**  ExpressPoll Memory Card Delivery for October 26, 2018.  Investigators will be on-site at 10:00am Friday, October 26, 2018 and remain on-site until all card packages are picked up or until 2:00pm that same day.  If you should experience any difficulty with arriving at your assigned location within the allotted time frame, please notify your Liaison as soon as possible.  If you fail to pick up your Memory Cards at your assigned location, you will have to pick up your Memory Cards at the SOS office in Atlanta.

# Region #1:                              **Zagorin**

**SOS Regional Office – Cartersville GA**
**1903 Courthouse**
**115 W. Cherokee Avenue**
**Cartersville, GA  30120**
**404-654-6076**

| | |
|---|---|
| Dade | ____ |
| Walker | ____ |
| Catoosa | ____ |
| Whitfield | ____ |
| Murray | ____ |
| Gilmer | ____ |
| Fannin | ____ |
| Chattooga | ____ |
| Gordon | ____ |
| Pickens | ____ |
| Dawson | ____ |
| Floyd | ____ |
| Bartow | ____ |
| Cherokee | ____ |
| Forsyth | ____ |
| Polk | ____ |

# Region #2:

Bailey

**Banks County Elections Office**
**226 Candler Street**
**Homer, GA  30547**
**706-677-6260**

| | |
|---|---|
| Union | ____ |
| Towns | ____ |
| Rabun | ____ |
| Lumpkin | ____ |
| White | ____ |
| Habersham | ____ |
| Hall | ____ |
| Banks | ____ |
| Franklin | ____ |
| Stephens | ____ |
| Jackson | ____ |
| Madison | ____ |
| Hart | ____ |
| Elbert | ____ |
| Barrow | ____ |
| Clarke | ____ |
| Oconee | ____ |

# Region #3:

Hall

**SOS Atlanta Office**
**2 MLK Jr. Drive SE**
**#802 West Tower**
**Atlanta, GA  30334**
**404-657-1855**

| | |
|---|---|
| Haralson | ____ |
| Paulding | ____ |
| Cobb | ____ |
| Fulton | ____ |
| DeKalb | ____ |
| Gwinnett | ____ |
| Carroll | ____ |
| Douglas | ____ |
| Rockdale | ____ |
| Walton | ____ |

Heard        ____
Coweta       ____
Fayette      ____
Clayton      ____
Spalding     ____
Henry        ____
Newton       ____

# Region #4:                                    Bagwell

**McDuffie County Elections Office**
**337 Main Street, Suite 101**
**Thomson, GA  30824-0600**
**706-595-2105**

Morgan       ____
Greene       ____
Oglethorpe   ____
Wilkes       ____
Lincoln      ____
Taliaferro   ____
Hancock      ____
Warren       ____
McDuffie     ____
Columbia     ____
Washington   ____
Glascock     ____
Jefferson    ____
Richmond     ____

# Region #5:                                    Blanchard

**Muscogee County Elections Office**
**3111 Citizens Way**
**Columbus, GA  31907**
**706-653-4392**

Meriwether   ____
Muscogee     ____
Talbot       ____
Troup        ____
Harris       ____
Taylor       ____

Chattahoochee     ____
Marion            ____
Schley            ____
Stewart           ____
Webster           ____


# Region #6:                        P. Jones

**SOS Macon Office**
**237 Coliseum Drive**
**Building B**
**Macon, GA 31217**
**478-207-1378**

Pike              ____
Lamar             ____
Butts             ____
Jasper            ____
Putnam            ____
Upson             ____
Monroe            ____
Jones             ____
Baldwin           ____
Crawford          ____
Bibb              ____
Twiggs            ____
Wilkinson         ____
Peach             ____
Houston           ____
Bleckley          ____
Laurens           ____
Macon             ____
Dooly             ____
Pulaski           ____
Dodge             ____

# Region #7:                              Nunley

**Bulloch County Elections Office**
**113 North Main Street, Suite 201**
**Bulloch County Annex**
**Statesboro, GA  30458**
**912-764-6502**

| | |
|---|---|
| Burke | ____ |
| Johnson | ____ |
| Emanuel | ____ |
| Jenkins | ____ |
| Screven | ____ |
| Treutlen | ____ |
| Candler | ____ |
| Bulloch | ____ |
| Effingham | ____ |
| Montgomery | ____ |
| Toombs | ____ |
| Tattnall | ____ |
| Evans | ____ |
| Bryan | ____ |
| Chatham | ____ |


# Region #8:                              Monroe

**Dougherty County Elections Office**
**222 Pine Avenue, Suite 220**
**Albany, GA  31702-1827**
**229-431-3247**

| | |
|---|---|
| Quitman | ____ |
| Randolph | ____ |
| Terrell | ____ |
| Sumter | ____ |
| Lee | ____ |
| Clay | ____ |
| Calhoun | ____ |
| Dougherty | ____ |
| Worth | ____ |
| Early | ____ |
| Baker | ____ |
| Mitchell | ____ |

Miller          ____
Seminole        ____
Decatur         ____
Grady           ____
Thomas          ____


# Region #9:                              Archie

**SOS Regional Office – Tifton GA**
**238 2ⁿᵈ Street East**
**Tifton, GA  31794**
**229-391-3732**

Crisp           ____
Wilcox          ____
Turner          ____
Ben Hill        ____
Tift            ____
Irwin           ____
Coffee          ____
Colquitt        ____
Cook            ____
Berrien         ____
Atkinson        ____
Brooks          ____
Lowndes         ____
Lanier          ____
Clinch          ____
Echols          ____


# Region #10:                             Miller

**Wayne County Elections Office**
**359 Walnut Street**
**Jesup, GA  31546**
**912-427-5940**

Telfair         ____
Wheeler         ____
Jeff Davis      ____
Bacon           ____
Appling         ____
Ware            ____
Pierce          ____

Wayne        ____
Long         ____
Liberty      ____
Brantley     ____
Charlton     ____
Camden       ____
Glynn        ____
McIntosh     ____

**Joseph Kirk**

| | |
|---|---|
| **From:** | DoNotReply@sos.ga.gov |
| **Sent:** | Tuesday, October 30, 2018 12:01 PM |
| **To:** | DoNotReply@sos.ga.gov |
| **Subject:** | Bulk Update Preparations |

A <u>new discussion</u> has
been posted in The Buzz by Barnes, Michael on 10/30/2018 11:50 AM

Good morning everyone!

This coming Friday, November 2nd, we will be preparing your ExpressPoll Bulk Update file.  In preparation for that activity I wanted to remind everyone of a few things as you prepare and estimate on when the ExpressPoll Bulk Update file will be available.

1.   <u>Review Instructions</u>

We have placed a copy of the ExpressPoll Bulk Update instructions inside the 2018-11-06 GenElection folder within the county folder on the SOS FTP.  Please download these instructions and review.  If you have any questions, call us this week before attempting to execute the ExpressPoll Bulk Update.  By asking questions early, you may be available to avoid missteps.

**Important reminder: The cards the SOS delivered to your county in the sealed red bag are the cards containing the Electors List to be used in ExpressPoll for Election Day.  Do <u>NOT</u> clear any data from these cards!**

2.   <u>Bulk Update Expectations</u>

Due to heavy Advance Voting turnout, the Bulk Update file for this election, for most counties, will be the largest Bulk Update file you have ever processed on your ExpressPolls.  Remember, it takes time for the Bulk Update to update your ExpressPolls.   The Bulk Update takes approximately one (1) minute per 1000 records.  So if your Bulk Update contains 5000 records, you can expect the Bulk Update to run for approximately 5 minutes.  When we post your Bulk Update on Friday night, we will do our best to include a note that tells you how many records are contained within your Bulk Update so you can estimate the time it will take to run the Bulk Update on your ExpressPoll.  Also remember, the Bulk Update must be ran on all the ExpressPolls you intend to use on Election Day.

3.   <u>Posting Timeframe</u>

We expect to pull data from eNet to begin preparing the Bulk Update files at <u>8:30PM</u>, Friday, November 2nd.  Once we have that data, it will take us time to prepare the Bulk Update file and its corresponding paperwork.   Then it will take us time to upload that information to the individual county folder on the SOS FTP.  At this moment, I would not expect Bulk Update files being available to each county **until after 11:00PM, Friday, November 2nd**.

4.   <u>Summary Statistics Report</u>

In addition to the Bulk Update file, we will also post to every county folder a copy of the updated Summary Stats report.  The report will contain all counties, so please scroll through the report to get to your specific county when reviewing.

Please use this report to check the number of voters marked ABS on your ExpressPoll after you run the Bulk Update file.

 If you would like to opt out of receiving email notifications for this discussion, click <u>here</u>.

**Joseph Kirk**

| | |
|---|---|
| **From:** | DoNotReply@sos.ga.gov |
| **Sent:** | Friday, November 2, 2018 11:10 AM |
| **To:** | DoNotReply@sos.ga.gov |
| **Subject:** | ExpressPoll Bulk Update |

A new discussion has
been posted in The Buzz by Barnes, Michael on 11/2/2018 11:00 AM

It is our plan to pull the data needed to prepare the ExpressPoll Bulk Update file at 8:30PM tonight from eNet.  We will post a note to Firefly when the ExpressPoll Bulk Update file is posted to  your county folder on the SOS FTP.  We hope to have the ExpressPoll Bulk Update file posted some time around 11PM tonight.

Our team will be in the office Saturday from 9AM until 1PM to assist with any issues you may run into when updating your ExpressPolls.  We can be reached at the following numbers:

Chris Bellew - 404-654-6070; Leigh Combs - 404-654-6032

John Hallman will be availabe if you encounter any Filezilla issues.  His contact number is 404-463-0579

 If you would like to opt out of receiving email notifications for this
discussion, click here.

**Joseph Kirk**

| | |
|---|---|
| **From:** | DoNotReply@sos.ga.gov |
| **Sent:** | Monday, November 5, 2018 5:01 PM |
| **To:** | DoNotReply@sos.ga.gov |
| **Subject:** | ExpressPoll Bulk Update Files Posted |

A <u>new discussion</u> has
been posted in The Buzz by Barnes, Michael on 11/5/2018 4:50 PM

The ExpressPoll Bulk Update file (PollDataUpdates.db3) for the November 6th General Election has been posted to each county's folder on the SOS FTP.  Your Bulk Update file should have a timestamp of approximately 11:10PM 11-02-2018.

In addition, we have also posted two informational reports.  The "Summary Statistics" report shows the number of voters (Active and Inactive) per voting location per combo and the number of voters marked absentee as of 9:35PM 11-02-2018.  The "Express Bulk Update - Records Contained in each county" file outlines the number of records your bulk update file will update.  This second report has been provide to help you gauge how long it will take your Bulk Update file to process on ExpressPoll.  Remember, ExpressPoll processes the Bulk Update file at an approximate rate of 1000 records per minute.

We will have staff in the office on Saturday from 9AM to 1PM to assist you if you encounter any issues while updating your ExpressPolls.

 If you would like to opt out of receiving email notifications for this
discussion, click <u>here</u>.

1

**Joseph Kirk**

| | |
|---|---|
| **From:** | Harvey, Chris <wharvey@sos.ga.gov> |
| **Sent:** | Thursday, November 15, 2018 3:17 PM |
| **To:** | 22ballance@gmail.com; acrosby@fayettecountyga.gov; adavis@co.newton.ga.us; adrienne-ray@peachcounty.net; adumas@monroecountygeorgia.com; aharper@troupco.org; AL.MCCRANIE@YAHOO.COM; ALASHIA.BROWN@YAHOO.COM; amantle@co.newton.ga.us; ann.russell@gmail.com; APHAGAN@CO.BANKS.GA.US; applingregdon@yahoo.com; Ashley.Peck@LumpkinCounty.GOV; ASMITH@BUTTSCOUNTY.ORG; Atcoelections@hotmail.com; b.peacock@crawfordcountyga.org; baldwinprobate@yahoo.com; bcochran@stephenscountyga.com; BDAWSON@UPSONCOUNTYGA.ORG; BELECTIONS@WINDSTREAM.NET; berlaseter@gmail.com; bgillis@warecounty.com; bhodges@charltoncountyga.gov; BLECKLEYVR@BLECKLEY.ORG; BLLuth@forsythco.com; bmwhite@co.camden.ga.us; BNABLE@HOUSTONCOUNTYGA.ORG; BOER.Supervisor@HancockCountyGA.gov; brooksecoelections@windstream.net; burkereg@burkecounty-ga.gov; CACHENBACH.TOOMBS.ELECTIONS@GMAIL.COM; candlerprobate@gmail.com; carolyn03@windstream.net; CC.REGISTRAR@WINDSTREAM.NET; ccstephenstcpj@yahoo.com; Charlotte.Sosebee@athensclarkecounty.com; chattoogaelections@hotmail.com; chattoogaregistrar@gmail.com; cheard@decaturcountyga.gov; cindyreynolds@bryan-county.org; ckathleen@greenecountyga.gov; clairemoseley@gmail.com; Clayprobate@hotmail.com; CLHAGANS@WASHINGTONCOUNTYGA.GOV; clinchelections@windstream.net; cookelections@windstream.net; Cora.Wright@athensclarkecounty.com; cwinkler@murraycountyga.gov; cynthia.welch@rockdalecounty.org; DARIN.MCCOY@EVANSCOUNTY.ORG; DC.REGISTRAR.GA@HOTMAIL.COM; ddallas@classicsouth.net; Deb Cox; dholden@paulding.gov; DKILLINGSWORTH@JOHNSONCO.ORG; DOOLY.COUNTY.ELECTIONS@GMAIL.COM; DOROTHYHGLISSON@YAHOO.COM; DSTEPHENS@TWIGGSCOUNTY.US; Dwight.Brower@fultoncountyga.gov; ECHOLSCO.REGISTRAR@GMAIL.COM; ecprobate@hotmail.com; egale@darientel.net; ehamilton@dekalbcountyga.gov; elections@walkerga.us; ella.golden@libertycountyga.com; EVANSCOUNTYREGISTRAR@HOTMAIL.COM; fdavis@oconee.ga.us; fjones@fayettecountyga.gov; FRANKIE@GAWEBSERVICES.COM; gbaker@whitecounty.net; gchappelear@franklincountyga.com; GFERGUSON@DAWSONCOUNTY.ORG; GILMERPROBATE@ELLIJAY.COM; GNICKERSON@DOUGHERTY.GA.US; greenw@floydcountyga.org; grigby@carrollcountyga.com; HARPERH@DLCGA.COM; HCELECTIONS@BELLSOUTH.NET; HWMS46@YAHOO.COM; Janine.Eveler@cobbcounty.org; jasperprobate@bellsouth.net; jdoran@morganga.org; jduff@carrollcountyga.com; JDYCRTR@YAHOO.COM; jeffdaviselections@gmail.com; jelogan@jacksoncountygov.com; JENKINSCOUNTYREG@BELLSOUTH.NET; JJONES@COMSOUTH.NET; jovall2@yahoo.com; jregistrar@bellsouth.net; jroberts@pickenscountyga.gov; JSCOGGINS@COWETA.GA.US; jstone@oconee.ga.us; JUDGEMCG@YAHOO.COM; judgenation@oglethorpecountyga.com; judgerodgers@planttel.net; jwatson@maconbibb.us; karnold@waynecountyga.us; KCURRY@EMANUELCO-GA.GOV; KHarris@CANDLERCO-GA.GOV; kharvey@dougherty.ga.us; kirkj@bartowga.org; klewis@benhillcounty.com; KPOWELL@BLECKLEY.ORG; Kristi.Royston@gwinnettcounty.com; kstancil@cherokeega.com; kwarren@monroecountygeorgia.com; lamarcountyregistrars@yahoo.com; laniercountyvotes@yahoo.com; LANIERPROBATE1@WINDSTREAM.NET; LBailey@augustaga.gov; lbolton@lincolncountyga.com; |

**To:**
leah.williamson@piercecountyga.gov; lellison@habershamga.com;
LFULTON@CO.DOUGLAS.GA.US; LISA@UGOCCC.COM; lmanning@whitecounty.net;
longcountyelections@gmail.com; lsampson@murraycountyga.gov;
lwalton@decaturcountyga.gov; Lwilliams@warecounty.com; Lynn Ledford;
MACOBOER@WINDSTREAM.NET; maconner@fannincountyga.org; maddox.denise2
@gmail.com; malinda.butler@gradycountyga.gov; marion_hatton@hotmail.com;
MARIONCOUNTYELECT@GMAIL.COM; MBSmith@forsythco.com;
mcouch@glynncounty-ga.gov; mfranklin@barrowga.org;
mhammontree@whitfieldcountyga.com; MHOWARD.TALBOT@GMAIL.COM;
millerprobate@gmail.com; Misty Hampton (misty.hampton@coffeecounty-ga.gov);
mjclemons1961@yahoo.com; mkidd@co.douglas.ga.us; mridley@spaldingcounty.com;
MWAY@WINDSTREAM.NET; NBOREN@COLUMBUSGA.ORG;
ngay@columbiacountyga.gov; OMORGAN@EFFINGHAMCOUNTY.ORG;
p.threadgill@meriwethercountyga.gov; paulamc@ccboc.com;
pepparhcelections@gmail.com; PERKINSB@CRISPCOUNTY.COM; phyllis.wheeler3
@thomson-mcduffie.net; pikeproburg@yahoo.com;
PLANIERJONES@BULLOCHCOUNTY.NET; pnix@hallcounty.org;
PRELEFORD@UPSONCOUNTYGA.ORG; PROBATE8@GMAIL.COM;
PROBATEELECT@PLANTERS.NET; projudgeholder@windstream.net; QUITCO8
@EUFAULA.RR.COM; quitcojudge@eufaula.rr.com; Ralph.Jones@fultoncountyga.gov;
RBRADY@SUMTERCOUNTYGA.US; rbridges@chathamcounty.org;
rcsweatt@co.camden.ga.us; registrar@ellijay.com; REGISTRARS@DLCGA.COM;
REGISTRARS@MILLERCOUNTYGA.COM; REGISTRARS_SCHLEY@YAHOO.COM;
registrars131@yahoo.com; renee.phifer@rockdalecountyga.gov;
Richard.Barron@fultoncountyga.gov; RMOXSAND@HOTMAIL.COM;
rwebb@hartcountyga.gov; sandraveal13@gmail.com; schamblin@pikecoga.com;
SDoorenbos@morganga.org; seminoleprobate@gmail.com;
SGRAY@JEFFERSONCOUNTYGA.GOV; shauna.dozier@claytoncountyga.gov;
SHICKS@GORDONCOUNTY.ORG; SJARRETT@HARRISCOUNTYGA.GOV;
ssgerman@chathamcounty.org; susancarol1952@gmail.com; TACLAY@windstream.net;
tadams@heardcountyga.com; tammy.whitmire@rabuncounty.ga.gov;
TATTNALL_ELECTIONS_24@YAHOO.COM; tcmail@rose.net;
TELFAIR.REGISTRAR@HOTMAIL.COM; TELFAIRPROBATE@WINDSTREAM.NET; Terry
Ross - Mitchell County (tross@mitchellcountyga.net); TGCOUNTY@GMAIL.COM;
thomascharping@wilkescountyga.org; TJ4TREUTLEN@YAHOO.COM;
tlunsford@co.henry.ga.us; Todd Black (tblack.randolphcounty@gmail.com);
tonya.moore@catoosa.com; townssupervisor@yahoo.com; Tracy Dean; Travis Doss;
tsargent@hallcounty.org; TSTRANGE@WILKINSONCOUNTY.NET;
Tthornton@waynecountyga.us; tuckerlaurabeth@gmail.com; tvaughan@dadecounty-
ga.gov; UCREGISTRAR@UNIONGOV.COM; uge3125@uga.edu; vjohnson@lee.ga.us;
votecw@elberton.net; voterreg@btconline.net;
VOTERREGISTRAR@BULLOCHCOUNTY.NET; voterregistration@windstream.net;
VOTETAYLOR@YAHOO.COM; VRMONTGOMERY@YAHOO.COM;
warrenvotereg@classicsouth.net; wcboe.supervisor@gmail.com;
wcprobate@classicsouth.net; WCREGISTRARS@WINDSTREAM.NET;
WEBSTERFINANCE@WINDSTREAM.NET; weslewis@ccboc.com; WILCOX2115
@WINDSTREAM.NET; wilkescovoter@hotmail.com; worthelechair@hotmail.com;
WPROBATE@HOTMAIL.COM

**Cc:**
Rayburn, Kevin; Johnson, Melody; Frechette, Melanie; Pitts, Ameika; Thomas, Breanna;
Barnes, Michael; Smith, Holly

**Subject:**
GEMS Database Deliveries Tuesday

All,

In preparation for the December 4, 2018 run-off, our office will be delivering your GEMS Database on CD in the same manner that we normally deliver the ExpressPoll cards.

This coming Tuesday, November 20, 2018, Investigators from the Secretary of State's Office will be at assigned locations with your GEMS Database in your secured bag. You will meet the investigator at the location and follow the same protocol with showing ID or a letter to claim your GEMS database.

I have placed the assigned schedule on Firefly under **2018 General Information** under the heading **GEMS Data Base-Disk Delivery.Pickup - November 20 2018**.

Please contact Chief Investigator Russell Lewis at 404-656-4793 if you have issues with this task.


Chris Harvey
Elections Director, Georgia Secretary of State

404-657-5380 DIRECT
404-985-6351 MOBILE

**Statewide Official GEMS Data Base/Disk Delivery/Pickup**
**Tuesday, November 20, 2018**

**Directions:**  GEMS Data Base/Disk Delivery for November 20, 2018.  Investigators will be on-site at 10:00am Tuesday, November 20, 2018 and remain on-site until all disk packages are picked up or until 2:00pm that same day.  If you should experience any difficulty with arriving at your assigned location within the allotted time frame, please notify your Liaison as soon as possible.  If you fail to pick up your GEMS Disks at your assigned location, you will have to pick up your disk at the SOS office in Atlanta.

# Region #1:                                    Anding

**SOS Regional Office – Cartersville GA**
**1903 Courthouse**
**115 W. Cherokee Avenue**
**Cartersville, GA  30120**
**404-654-6076**

Dade              ____
Walker            ____
Catoosa           ____
Whitfield         ____
Murray            ____
Gilmer            ____
Fannin            ____
Chattooga         ____
Gordon            ____
Pickens           ____
Dawson            ____
Floyd             ____
Bartow            ____
Cherokee          ____
Forsyth           ____
Polk              ____

# Region #2:                                    **Bailey**

**Banks County Elections Office**
**226 Candler Street**
**Homer, GA  30547**
**706-677-6260**

| County | |
|---|---|
| Union | ____ |
| Towns | ____ |
| Rabun | ____ |
| Lumpkin | ____ |
| White | ____ |
| Habersham | ____ |
| Hall | ____ |
| Banks | ____ |
| Franklin | ____ |
| Stephens | ____ |
| Jackson | ____ |
| Madison | ____ |
| Hart | ____ |
| Elbert | ____ |
| Barrow | ____ |
| Clarke | ____ |
| Oconee | ____ |

# Region #3:                                    **Hall**

**SOS Atlanta Office**
**2 MLK Jr. Drive SE**
**#802 West Tower**
**Atlanta, GA  30334**
**404-657-1855**

| County | |
|---|---|
| Haralson | ____ |
| Paulding | ____ |
| Cobb | ____ |
| Fulton | ____ |
| DeKalb | ____ |
| Gwinnett | ____ |
| Carroll | ____ |
| Douglas | ____ |
| Rockdale | ____ |
| Walton | ____ |
| Heard | ____ |
| Coweta | ____ |

Fayette                    ____
Clayton                    ____
Spalding                   ____
Henry                      ____
Newton                     ____


# Region #4:                              **Bagwell**

**McDuffie County Elections Office**
**337 Main Street, Suite 101**
**Thomson, GA  30824-0600**
**706-595-2105**

Morgan                     ____
Greene                     ____
Oglethorpe                 ____
Wilkes                     ____
Lincoln                    ____
Taliaferro                 ____
Hancock                    ____
Warren                     ____
McDuffie                   ____
Columbia                   ____
Washington                 ____
Glascock                   ____
Jefferson                  ____
Richmond                   ____


# Region #5:                              **Blanchard**

**Muscogee County Elections Office**
**3111 Citizens Way**
**Columbus, GA  31907**
**706-653-4392**

Meriwether                 ____
Muscogee                   ____
Talbot                     ____
Troup                      ____
Harris                     ____
Taylor                     ____
Chattahoochee              ____
Marion                     ____

Schley          ____
Stewart         ____
Webster         ____


# Region #6:                          **P. Jones**

**<u>SOS Macon Office</u>**
**<u>237 Coliseum Drive</u>**
**<u>Building B</u>**
**<u>Macon, GA 31217</u>**
**<u>478-207-1378</u>**

Pike            ____
Lamar           ____
Butts           ____
Jasper          ____
Putnam          ____
Upson           ____
Monroe          ____
Jones           ____
Baldwin         ____
Crawford        ____
Bibb            ____
Twiggs          ____
Wilkinson       ____
Peach           ____
Houston         ____
Bleckley        ____
Laurens         ____
Macon           ____
Dooly           ____
Pulaski         ____
Dodge           ____

# Region #7:                                    Ralston

**<u>Bulloch County Elections Office</u>**
**<u>113 North Main Street, Suite 201</u>**
**<u>Bulloch County Annex</u>**
**<u>Statesboro, GA  30458</u>**
**<u>912-764-6502</u>**

| | |
|---|---|
| Burke | ____ |
| Johnson | ____ |
| Emanuel | ____ |
| Jenkins | ____ |
| Screven | ____ |
| Treutlen | ____ |
| Candler | ____ |
| Bulloch | ____ |
| Effingham | ____ |
| Montgomery | ____ |
| Toombs | ____ |
| Tattnall | ____ |
| Evans | ____ |
| Bryan | ____ |
| Chatham | ____ |

# Region #8:                                    Monroe

**<u>Dougherty County Elections Office</u>**
**<u>222 Pine Avenue, Suite 220</u>**
**<u>Albany, GA  31702-1827</u>**
**<u>229-431-3247</u>**

| | |
|---|---|
| Quitman | ____ |
| Randolph | ____ |
| Terrell | ____ |
| Sumter | ____ |
| Lee | ____ |
| Clay | ____ |
| Calhoun | ____ |
| Dougherty | ____ |
| Worth | ____ |
| Early | ____ |
| Baker | ____ |
| Mitchell | ____ |
| Miller | ____ |
| Seminole | ____ |

Decatur       ___
Grady       ___
Thomas       ___

# Region #9:                                    Archie

**<u>SOS Regional Office – Tifton GA</u>**
**<u>238 2nd Street East</u>**
**<u>Tifton, GA  31794</u>**
**<u>229-391-3732</u>**

Crisp       ___
Wilcox       ___
Turner       ___
Ben Hill       ___
Tift       ___
Irwin       ___
Coffee       ___
Colquitt       ___
Cook       ___
Berrien       ___
Atkinson       ___
Brooks       ___
Lowndes       ___
Lanier       ___
Clinch       ___
Echols       ___

# Region #10:                                   Miller

**<u>Wayne County Elections Office</u>**
**<u>359 Walnut Street</u>**
**<u>Jesup, GA  31546</u>**
**<u>912-427-5940</u>**

Telfair       ___
Wheeler       ___
Jeff Davis       ___
Bacon       ___
Appling       ___
Ware       ___
Pierce       ___
Wayne       ___
Long       ___

Liberty          ___
Brantley         ___
Charlton         ___
Camden           ___
Glynn            ___
McIntosh         ___

**Statewide Official ExpressPoll Memory Card Delivery/Pickup**
**Wednesday, November 28, 2018**

**Directions:**  ExpressPoll Memory Card Delivery for November 28, 2018.  Investigators will be on-site at 10:00am Wednesday, November 28, 2018 and remain on-site until all card packages are picked up or until 2:00pm that same day.  If you should experience any difficulty with arriving at your assigned location within the allotted time frame, please notify your Liaison as soon as possible.  If you fail to pick up your Memory Cards at your assigned location, you will have to pick up your Memory Cards at the SOS office in Atlanta.

# Region #1:                              Anding

**SOS Regional Office – Cartersville GA**
**1903 Courthouse**
**115 W. Cherokee Avenue**
**Cartersville, GA  30120**
**404-654-6076**

Dade            ____
Walker          ____
Catoosa         ____
Whitfield       ____
Murray          ____
Gilmer          ____
Fannin          ____
Chattooga       ____
Gordon          ____
Pickens         ____
Dawson          ____
Floyd           ____
Bartow          ____
Cherokee        ____
Forsyth         ____
Polk            ____
Paulding        ____

# Region #2:                                    **Bailey**

**<u>Banks County Elections Office</u>**
**<u>226 Candler Street</u>**
**<u>Homer, GA  30547</u>**
**<u>706-677-6260</u>**

Union          ____
Towns          ____
Rabun          ____
Lumpkin        ____
White          ____
Habersham      ____
Hall           ____
Banks          ____
Franklin       ____
Stephens       ____
Jackson        ____
Madison        ____
Hart           ____
Elbert         ____
Barrow         ____
Clarke         ____
Oconee         ____

# Region #3:                                    **Hall**

**<u>SOS Atlanta Office</u>**
**<u>2 MLK Jr. Drive SE</u>**
**<u>#802 West Tower</u>**
**<u>Atlanta, GA  30334</u>**
**<u>404-657-1855</u>**

Haralson       ____
Cobb           ____
Fulton         ____
DeKalb         ____
Gwinnett       ____
Carroll        ____
Douglas        ____
Rockdale       ____
Walton         ____
Heard          ____
Coweta         ____
Fayette        ____
Clayton        ____

Spalding     ____
Henry     ____
Newton     ____

# Region #4:

                                        **Bagwell**

**<u>McDuffie County Elections Office</u>**
**<u>337 Main Street, Suite 101</u>**
**<u>Thomson, GA  30824-0600</u>**
**<u>706-595-2105</u>**

Morgan     ____
Greene     ____
Oglethorpe     ____
Wilkes     ____
Lincoln     ____
Taliaferro     ____
Hancock     ____
Warren     ____
McDuffie     ____
Columbia     ____
Washington     ____
Glascock     ____
Jefferson     ____
Richmond     ____

# Region #5:

                                        **Blanchard**

**<u>Muscogee County Elections Office</u>**
**<u>3111 Citizens Way</u>**
**<u>Columbus, GA  31907</u>**
**<u>706-653-4392</u>**

Meriwether     ____
Muscogee     ____
Talbot     ____
Troup     ____
Harris     ____
Taylor     ____
Chattahoochee     ____
Marion     ____
Schley     ____
Stewart     ____
Webster     ____

# Region #6:

**Johnson**

**SOS Macon Office**
**237 Coliseum Drive**
**Building B**
**Macon, GA 31217**
**478-207-1378**

Pike          ____
Lamar         ____
Butts         ____
Jasper        ____
Putnam        ____
Upson         ____
Monroe        ____
Jones         ____
Baldwin       ____
Crawford      ____
Bibb          ____
Twiggs        ____
Wilkinson     ____
Peach         ____
Houston       ____
Bleckley      ____
Laurens       ____
Macon         ____
Dooly         ____
Pulaski       ____
Dodge         ____

# Region #7:

**Ralston**

**Bulloch County Elections Office**
**113 North Main Street, Suite 201**
**Bulloch County Annex**
**Statesboro, GA  30458**
**912-764-6502**

Burke         ____
Johnson       ____
Emanuel       ____
Jenkins       ____
Screven       ____
Treutlen      ____
Candler       ____
Bulloch       ____

Effingham          ____
Montgomery         ____
Toombs             ____
Tattnall           ____
Evans              ____
Bryan              ____
Chatham            ____

# Region #8:                          Monroe

**Dougherty County Elections Office**
**222 Pine Avenue, Suite 220**
**Albany, GA  31702-1827**
**229-431-3247**

Quitman            ____
Randolph           ____
Terrell            ____
Sumter             ____
Lee                ____
Clay               ____
Calhoun            ____
Dougherty          ____
Worth              ____
Early              ____
Baker              ____
Mitchell           ____
Miller             ____
Seminole           ____
Decatur            ____
Grady              ____
Thomas             ____

# Region #9:                          Archie

**SOS Regional Office – Tifton GA**
**238 2nd Street East**
**Tifton, GA  31794**
**229-391-3732**

Crisp              ____
Wilcox             ____
Turner             ____
Ben Hill           ____
Tift               ____
Irwin              ____

Coffee        ____
Colquitt      ____
Cook          ____
Berrien       ____
Atkinson      ____
Brooks        ____
Lowndes       ____
Lanier        ____
Clinch        ____
Echols        ____

# Region #10:                              Miller

**Wayne County Elections Office**
**359 Walnut Street**
**Jesup, GA  31546**
**912-427-5940**

Telfair       ____
Wheeler       ____
Jeff Davis    ____
Bacon         ____
Appling       ____
Ware          ____
Pierce        ____
Wayne         ____
Long          ____
Liberty       ____
Brantley      ____
Charlton      ____
Camden        ____
Glynn         ____
McIntosh      ____

**Joseph Kirk**

| | |
|---|---|
| **From:** | DoNotReply@sos.ga.gov |
| **Sent:** | Saturday, December 1, 2018 12:01 AM |
| **To:** | DoNotReply@sos.ga.gov |
| **Subject:** | Bulk Update File Posted |

A <u>new discussion</u> has
been posted in The Buzz by Barnes, Michael on 11/30/2018 11:50 PM

The ExpressPoll Bulk Update files for the December 4th General Election Runoff have been posted to the
county folders on the SOS FTP.  The ExpressPoll Bulk Update folder on the SOS FTP contains three files, two
of which are PDF files (Summary Statistics and the Bulk Update Records report), and the third file is the Bulk
Update file.

We will be here Saturday to help if you run into any issues.

Michael

 If you would like to opt out of receiving email notifications for this
discussion, click <u>here</u>.

**Joseph Kirk**

| | |
|---|---|
| **From:** | Barnes, Michael <mbarnes@sos.ga.gov> |
| **Sent:** | Thursday, December 13, 2018 4:22 PM |
| **To:** | Joseph Kirk |
| **Cc:** | 'Billard, Cheryl' |
| **Subject:** | RE: ExpressPoll Bulk Update File |

We can make that work.  But if you get done entering information early, let me know.

**From:** Joseph Kirk <kirkj@bartowga.org>
**Sent:** Thursday, December 13, 2018 4:21 PM
**To:** Barnes, Michael <mbarnes@sos.ga.gov>
**Cc:** 'Billard, Cheryl' <billardc@bartowga.org>
**Subject:** RE: ExpressPoll Bulk Update File

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

We'll be open until 6:00 at my office so how about 6:30?

Thanks,
Joseph

**From:** Barnes, Michael <mbarnes@sos.ga.gov>
**Sent:** Wednesday, December 12, 2018 4:14 PM
**To:** bradyr@floydcountyga.org; Joseph Kirk <kirkj@bartowga.org>
**Subject:** ExpressPoll Bulk Update File

What time do you think I can pull the data file from eNet to prepare your ExpressPoll Bulk Update file for the December 18th Special?  Perhaps 5:30PM Friday?

Michael Barnes
Center for Election Systems
Office of Secretary of State
2 Martin Luther King Jr Drive, SE
8th Floor – West Tower
Atlanta, Georgia  30334
{O} 404-654-6010
www.sos.ga.gov

**Joseph Kirk**

| | |
|---|---|
| **From:** | Barnes, Michael <mbarnes@sos.ga.gov> |
| **Sent:** | Friday, December 14, 2018 6:39 PM |
| **To:** | Joseph Kirk; bradyr@floydcountyga.org |
| **Subject:** | Bulk Update Files Posted |

ExpressPoll Bulk Update files for your December 18th Special Primary have been posted to your county folder on the SOS FTP.  Email me if you have any issues.

Thanks,

Michael Barnes
Center for Election Systems
Office of Secretary of State
2 Martin Luther King Jr Drive, SE
8th Floor – West Tower
Atlanta, Georgia  30334
{O} 404-654-6010
www.sos.ga.gov

**Joseph Kirk**

| | |
|---|---|
| **From:** | DoNotReply@sos.ga.gov |
| **Sent:** | Friday, March 15, 2019 3:11 PM |
| **To:** | DoNotReply@sos.ga.gov |
| **Subject:** | ExpressPoll Bulk Update |

A <u>new discussion</u> has
been posted in The Buzz by Harris, Axiver on 3/15/2019 3:00 PM

Good Afternoon,

I hope all is well and your county is ready for the Special Election on Tuesday. The Bulk Update will be posted tonight after 8pm. Thanks

Axiver

 If you would like to opt out of receiving email notifications for this
discussion, click <u>here</u>.

**Joseph Kirk**

| | |
|---|---|
| **From:** | DoNotReply@sos.ga.gov |
| **Sent:** | Friday, March 15, 2019 9:36 PM |
| **To:** | DoNotReply@sos.ga.gov |
| **Subject:** | ExpressPoll Bulk Update File Posted |

A new discussion has
been posted in The Buzz by Barnes, Michael on 3/15/2019 9:25 PM

ExpressPoll Bulk Update files have been posted to county folders on the SOS FTP for those counties who are having a Special Election on March 19th.

Along with the bulk update file, there is also an updated Summary Statistics report showing the total number of voters issued an absentee ballot per polling location within each county.

If you have any questions, please reach out to us via email tomorrow.  If you need to email us, please do so to the following email addresses and please include a phone number where you can be reached:

Chris Bellew - cbellew@sos.ga.gov

Axiver Harris - aharris@sos.ga.gov

Michael Barnes - mbarnes@sos.ga.gov

Have a great weekend!

 If you would like to opt out of receiving email notifications for this
discussion, click here.