# Tattnall Ballot SOLUTIONS

PO Box 278 • 114-B North Main St.
Reidsville, GA 30453
Phone: 912-557-6761 Fax: 912-557-4132

TAT030

# Invoice

PLAINTIFF'S EXHIBIT 48

**Bill To:**
Bartow County Election Supervisor
ATTN: JOSEPH KIRK
1300 Joe Frank Harris Pkwy
Cartersville, GA 30120

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 10/30/18 | 1986(4) | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | General Election - November 6, 2016 (2nd Order) | | | |
| Setup Fee | Ballot Style Setup Fee | 0.5 | 250.00 | 125.00 |
| NP Absentee | NP absentee printing 18" | 1,200 | 0.45 | 540.00 |
| Test Deck Setup | Test Deck Setup | | 250.00 | 0.00 |
| Pre-Filled Ballots | Pre-filled ballots for test deck | | 1.00 | 0.00 |
| Shipping | Shipping of ballots | 1 | 104.18 | 104.18 |

051400

52.3400

J. Kirk

Thank you for your business.

| | Total | $769.18 |
|---|---|---|

# Tatnall Ballot SOLUTIONS

**Invoice**

PO Box 278 • 114-B North Main St.
Reidsville, GA 30453
Phone: 912-557-6761  Fax: 912-557-4132

TATOSO

| Bill To: |
|---|
| Bartow County Election Supervisor |
| ATTN: JOSEPH KIRK |
| 1300 Joe Frank Harris Pkwy |
| Cartersville, GA 30120 |

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 09/17/18 | 1905 | | | |

10-1-18

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | General Election - November 6, 2016 | | | |
| Setup Fee | Ballot Style Setup Fee | 1 | 250.00 | 250.00 |
| NP Absentee | NP absentee printing 18" | 2,400 | 0.45 | 1,080.00 |
| Test Deck Setup | Test Deck Setup | | 250.00 | 0.00 |
| Pre-Filled Ballots | Pre-filled ballots for test deck | 179 | 1.00 | 179.00 |
| Shipping | Shipping of test deck | 1 | 20.20 | 20.20 |
| Delivery | Delivery | 1 | 50.00 | 50.00 |

B1400    52.3400
J. Krk

Thank you for your business.

| | Total | $1,579.20 |
|---|---|---|

# Tattnall Ballot SOLUTIONS

PO Box 278 • 114-B North Main St.
Reidsville, GA 30453
Phone: 912-557-6761 Fax: 912-557-4132

# Invoice

**Bill To:**
Bartow County Election Supervisor
ATTN: JOSEPH KIRK
1300 Joe Frank Harris Pkwy
Cartersville, GA 30120

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 10/04/18 | 1970 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | General Election - November 6, 2016 (2nd Order) | | | |
| Setup Fee | Ballot Style Setup Fee | 0.5 | 250.00 | 125.00 |
| NP Absentee | NP absentee printing 18" | 600 | 0.45 | 270.00 |
| Test Deck Setup | Test Deck Setup | | 250.00 | 0.00 |
| Pre-Filled Ballots | Pre-filled ballots for test deck | | 1.00 | 0.00 |
| Shipping | Shipping of ballots | 1 | 23.76 | 23.76 |

051400 - 52.3400

J. Krk

Thank you for your business.

**Total** $418.76