**Joseph Kirk**

| | |
|---|---|
| **From:** | Samantha Whitley <cgganalyst2@gmail.com> |
| **Sent:** | Friday, March 22, 2019 1:23 PM |
| **To:** | Joseph Kirk |
| **Subject:** | Re: Bartow County Open Records Request |

Mr. Kirk,

Thank you so much for your response and the freely volunteered information. I'm sorry for my delay in response.

All the best,
Samantha Whitley

On Tue, Mar 19, 2019 at 1:08 PM Joseph Kirk <kirkj@bartowga.org> wrote:

Samantha,

I received your request on Tuesday, March 19th to amend your original request to include any communications between Bartow County and the Secretary of State's Office regarding piloting ballot marking devices. Unfortunately, I have no documents responsive to your request; however I will volunteer that I spoke with the Secretary of State's office in the last couple of weeks and expressed my willingness to participate in the pilot project you're describing.

Thanks,

**Joseph Kirk**

*Bartow County Elections Supervisor*

1300 Joe Frank Harris Pkwy.

Cartersville, GA 30120

Phone: 770-387-5098

Fax: 770-606-2245



PLAINTIFF'S
EXHIBIT
51

1

Bartow 000241

**From:** Samantha Whitley <cgganalyst2@gmail.com>
**Sent:** Monday, March 18, 2019 9:30 PM
**To:** Joseph Kirk <kirkj@bartowga.org>
**Subject:** Re: Bartow County Open Records Request

Mr. Kirk,

Yes that is what I am asking. Thank you for your prompt reply, I would like to add onto the request.

Could you also please provide copies of all correspondence between your county and the Secretary of State's office concerning a potential pilot of BMDs.

All the best,

Samantha Whitley

On Mon, Mar 18, 2019 at 4:25 PM Joseph Kirk <kirkj@bartowga.org> wrote:

Samantha,

I received your request on Monday, March 18th and have thoroughly reviewed it. If I understand it correctly, you are asking for any and all correspondence with any vendor concerning piloting ballot marking devices in 2019. I have no documents responsive to this request.

Sincerely,

**Joseph Kirk**

*Bartow County Elections Supervisor*

2

1300 Joe Frank Harris Pkwy.

Cartersville, GA 30120

Phone: 770-387-5098

Fax: 770-606-2245

**From:** Samantha Whitley <cgganalyst2@gmail.com>
**Sent:** Sunday, March 17, 2019 10:50 PM
**To:** kirkj@bartowga.org
**Subject:** Bartow County Open Records Request

Hello Mr. Kirk,

Under the Georgia Open Records Act § 50.18.70 et seq., Coalition for Good Governance is requesting the following records supplied in electronic format:

Could you please provide copies of all correspondence with any and all vendors concerning a potential pilot of BMDs in 2019.

If there are any fees for searching or copying these records, please inform me if the cost will exceed $10.  However, Coalition for Good Governance, a non-partisan 501(c) (3) organization, with members who are residents of Georgia, requests a waiver of all fees because the disclosure of the requested information is in the public interest and will contribute significantly to the public's understanding of the operations of electronic voting equipment and reporting of results.  This information is not being sought for commercial purposes.

The Georgia Open Records Act requires a response time to produce those records within three business days.  If production of the records I am requesting will take longer than three days, please contact me with information about when I might expect copies or the ability to inspect the requested records.

Bartow 000243

If you deny any or all of this request, please cite each specific exemption on which you base your denial of the election information and notify me of the appeal procedures available to me under the law.

Thank you for your consideration.

All the best,

Samantha Whitley
Coalition for Good Governance

Bartow 000244

**Joseph Kirk**

| | |
|---|---|
| **From:** | Joseph Kirk <kirkj@bartowga.org> |
| **Sent:** | Thursday, May 23, 2019 12:24 PM |
| **To:** | 'Sara Ghazal'; 'Kendall Carter' |
| **Cc:** | Cheryl Billard |
| **Subject:** | RE: county liaison program |

Sara,

That sounds great and I look forward to working with her. I need all the help I can get to educate the public about the new voting system and processes.

Kendall,

I look forward to meeting you. We actually have a Board Meeting at 3:00 today if you can make it (it was rescheduled due to a lack of a quorum last week), and just to give you a heads up we will be rescheduling the June meeting as well. I'll be happy to let you know the date and time once we set it. The meetings are almost always at my office which is located at 1300 Joe Frank Harris Pkwy in Cartersville. If you can't make it to the meeting today, please stop by to introduce yourself if you happen to be in the area before the next meeting. If you ever need to reach me my direct line is (678) 721-3231.

Thanks to both of you for all your hard work and willingness to help and I hope you have a great day.

## Joseph Kirk
*Bartow County Elections Supervisor*

1300 Joe Frank Harris Pkwy.
Cartersville, GA 30120

Phone: 770-387-5098
Fax: 770-606-2245

**From:** Sara Ghazal <saratg@georgiademocrat.org>
**Sent:** Thursday, May 23, 2019 11:51 AM
**To:** Joseph Kirk <kirkj@bartowga.org>; Kendall Carter <kcarter@accrescentmarketing.com>
**Subject:** county liaison program

### Dear Joseph and Kendall,

Joseph, I forget whether I have described to you our county liaison program. In a number of our high priority counties, we have asked local attorneys to act as informal liaisons with the county election supervisors and boards of election to attend the monthly meetings, follow the work that was going on at the county level, and work with county officials on any issues that may arise.

Last year we had liaisons for our top 30 counties. This year, we are also trying to have liaisons work with counties that will be piloting the new voting equipment, to help us anticipate issues and develop public education and training materials for voters. I am even more interested in having someone work with you because you are probably going to be the first county to conduct an audit.

1

Bartow 000245

Kendall worked with Forsyth County last year, and is happy to add on Bartow (especially since I sang your praises, Joseph, as a process wonk).

This is a very informal role, and hopefully will not add any work to your already full plate.

I will reach out to Randy Ford, the local party chair, to let him know Kendall will be attending the monthly meetings on our behalf.

Please let me know if either of you have any questions or concerns.

Best regards,
Sara


Sara Tindall Ghazal
Voter Protection Director
Democratic Party of Georgia
www.georgiademocrat.org
Direct: 678-278-2016 x 506

**<u>Georgia Voter Protection Hotline: 888-730-5816</u>**

Bartow 000246

## Joseph Kirk

**From:** Joseph Kirk <kirkj@bartowga.org>
**Sent:** Monday, March 18, 2019 12:21 PM
**To:** 'Eveler, Janine'
**Subject:** RE: County list for November pilot

I got the same call and I'm all sorts of excited about it, but I think you're right about the heat. I got the first FOIA request about it on Sunday.

-Joseph

**From:** Eveler, Janine <Janine.Eveler@cobbcounty.org>
**Sent:** Saturday, March 16, 2019 4:08 PM
**To:** Barron, Richard L. <Richard.Barron@fultoncountyga.gov>
**Cc:** Lynn Ledford <Lynn.Ledford@gwinnettcounty.com>; Joseph Kirk <kirkj@bartowga.org>; Deidre Holden <dholden@paulding.gov>
**Subject:** Re: County list for November pilot

Nice. I wish we could do it. But I'll let you folks take the heat first.

Janine Eveler
Director
Cobb County Elections

On Mar 16, 2019, at 3:14 PM, Barron, Richard L. <Richard.Barron@fultoncountyga.gov> wrote:

> Chris called to ask me if I would do it.
>
> Sent from my iPhone

On Mar 16, 2019, at 2:41 PM, Eveler, Janine <Janine.Eveler@cobbcounty.org> wrote:

> Looks like y'all have been chosen to do a pilot of the new system in November. This list is attached to the RFP.
>
> Janine Eveler
> Director
> Cobb County Elections
>
> Begin forwarded message:
>
>> **From:** Janine Eveler <baneeny@yahoo.com>
>> **Date:** March 16, 2019 at 2:33:38 PM EDT
>> **To:** Janine Eveler <janine.eveler@cobbcounty.org>
>> **Subject: County list**
>>
>> <ATTACHMENT_O_Potential_Equipment_Distribution.xlsx>

1

**Joseph Kirk**

| | |
|---|---|
| **From:** | Lynn.Ledford@gwinnettcounty.com |
| **Sent:** | Monday, March 18, 2019 8:11 AM |
| **To:** | Janine.Eveler@cobbga.org; kirkj@bartowga.org; richard.barron@fultoncountyga.gov; dholden@paulding.gov |
| **Subject:** | RE: County list for November pilot |

Yep, Chris knew there was "slight" possibility we might have a small election....

But thanks!   And that was FAST!

**Gwinnett**
*vibrantly connected* **Lynn Ledford** | Elections Director/Directora de Elecciones | Gwinnett County Board of Voter Registrations and Elections/Junta de Inscripción de Electores y Elecciones del Condado de Gwinnett | Phone/Teléfono: 678.226.7210 | Fax: 678.226.7208 | Physical Address/Dirección Física: 455 Grayson Hwy, Suite 200, Lawrenceville, GA 30046 | Mailing Address/Dirección Postal: 75 Langley Drive, Lawrenceville, GA 30046 | www.gwinnettcounty.com

**From:** Eveler, Janine [mailto:Janine.Eveler@cobbcounty.org]
**Sent:** Saturday, March 16, 2019 2:38 PM
**To:** Ledford, Lynn; Joseph Kirk; richard. barron; Deidre Holden
**Subject:** Fwd: County list for November pilot

---

**CAUTION:** This email originated from outside of Gwinnett County Government. Maintain caution when opening external links/attachments.

---

Looks like y'all have been chosen to do a pilot of the new system in November. This list is attached to the RFP.

Janine Eveler
Director
Cobb County Elections

Begin forwarded message:

> **From:** Janine Eveler <baneeny@yahoo.com>
> **Date:** March 16, 2019 at 2:33:38 PM EDT
> **To:** Janine Eveler <janine.eveler@cobbcounty.org>
> **Subject: County list**

Bartow 000248

**Joseph Kirk**

| | |
|---|---|
| **From:** | Deidre Holden <dholden@paulding.gov> |
| **Sent:** | Saturday, March 16, 2019 11:51 PM |
| **To:** | Eveler, Janine |
| **Cc:** | Barron, Richard L.; Lynn Ledford; Joseph Kirk |
| **Subject:** | Re: County list for November pilot |

I'm excited! Chris called and asked if we would participate! I want to be ready when 2020 rolls around!

Deidre B. Holden
Supervisor Elections & Registration
Paulding County

Sent from my iPhone

On Mar 16, 2019, at 4:07 PM, Eveler, Janine
<Janine.Eveler@cobbcounty.org<mailto:Janine.Eveler@cobbcounty.org>> wrote:

Nice. I wish we could do it. But I'll let you folks take the heat first.

Janine Eveler
Director
Cobb County Elections

On Mar 16, 2019, at 3:14 PM, Barron, Richard L.
<Richard.Barron@fultoncountyga.gov<mailto:Richard.Barron@fultoncountyga.gov>> wrote:

Chris called to ask me if I would do it.

Sent from my iPhone

On Mar 16, 2019, at 2:41 PM, Eveler, Janine
<Janine.Eveler@cobbcounty.org<mailto:Janine.Eveler@cobbcounty.org>> wrote:

Looks like y'all have been chosen to do a pilot of the new system in November. This list is attached to the RFP.

Janine Eveler
Director
Cobb County Elections

Begin forwarded message:

From: Janine Eveler <baneeny@yahoo.com<mailto:baneeny@yahoo.com>>
Date: March 16, 2019 at 2:33:38 PM EDT
To: Janine Eveler <janine.eveler@cobbcounty.org<mailto:janine.eveler@cobbcounty.org>>
Subject: County list

Bartow 000249

**Joseph Kirk**

| | |
|---|---|
| **From:** | Barron, Richard L. <Richard.Barron@fultoncountyga.gov> |
| **Sent:** | Saturday, March 16, 2019 3:15 PM |
| **To:** | Eveler, Janine |
| **Cc:** | Lynn Ledford; Joseph Kirk; Deidre Holden |
| **Subject:** | Re: County list for November pilot |

Chris called to ask me if I would do it.

Sent from my iPhone

On Mar 16, 2019, at 2:41 PM, Eveler, Janine <Janine.Eveler@cobbcounty.org> wrote:

> Looks like y'all have been chosen to do a pilot of the new system in November. This list is attached to the RFP.
>
> Janine Eveler
> Director
> Cobb County Elections
>
> Begin forwarded message:
>
>> **From:** Janine Eveler <baneeny@yahoo.com>
>> **Date:** March 16, 2019 at 2:33:38 PM EDT
>> **To:** Janine Eveler <janine.eveler@cobbcounty.org>
>> **Subject: County list**
>
> <ATTACHMENT_O_Potential_Equipment_Distribution.xlsx>

6

**Joseph Kirk**

| | |
|---|---|
| **From:** | Eveler, Janine <Janine.Eveler@cobbcounty.org> |
| **Sent:** | Saturday, March 16, 2019 2:38 PM |
| **To:** | Lynn Ledford; Joseph Kirk; richard. barron; Deidre Holden |
| **Subject:** | Fwd: County list for November pilot |
| **Attachments:** | ATTACHMENT_O_Potential_Equipment_Distribution.xlsx; ATT00001.htm |

Looks like y'all have been chosen to do a pilot of the new system in November. This list is attached to the RFP.

Janine Eveler
Director
Cobb County Elections

Begin forwarded message:

> **From:** Janine Eveler <baneeny@yahoo.com>
> **Date:** March 16, 2019 at 2:33:38 PM EDT
> **To:** Janine Eveler <janine.eveler@cobbcounty.org>
> **Subject: County list**

7

Bartow 000251

✓ 85°    📍 ✳ 4G 47% 🔋 2:46 PM

**Cheryl Billard**
Work

Channel 2 called and wants to come interview you about the pilot program, just a heads up

Did they leave a number?

You're coming back today at some point, yes?

Sorry didn't see that

Yes





Bartow 000252



2:45

**Mama**
Mobile

Don't forget to tell me what you decide about Ana Maria's bday

How does it sound?  http://www.daily-tribune.com/stories/bartow-to-be-one-of-first-counties-to-receive-new-voting-machines,21841

Great article. Now if those that need to will read it.

Nifty! Thank you - I haven't read it yet.

Picking you up at the office?

Yes

Bartow 000253