MINUTES
BARTOW COUNTY ELECTION BOARD
MEETING
April 15, 2019 – 3:00 p.m.

In Attendance:
    Janet Queen, Vice-Chair
    Dexter Benning, Board Member
    Mike Powell, Board Member
    Joseph Kirk, Elections Supervisor

Board Vice-Chair Janet Queen called the meeting to order.

**Approval of Minutes:**
Mr. Benning made a motion to approve the minutes of the February Board Meeting as presented. The motion was seconded by Mr. Powell and carried with a unanimous vote of the Board.

**Elections Supervisor's Report:**
Mr. Kirk briefed the Board with the following:
1. Budget Update: The Budget is on track for February
2. Legislative Update: HB 316 passed. The Bill provides for new voting machines across the State, ensures that jail inmates are provided an opportunity to vote, provides for a photo ID to be presented before a person is allowed to vote, and allows those who will turn 18 years of age on Election Day to vote.
3. 2019 GEOA/VRAG Conference: Joseph will talk with vendors about "renting" cell phones to use on Election Days.
4. Street Audit: Phase I of the street audit is complete. Cheryl will be starting on the city of Cartersville in the next couple of weeks.
5. MS-ISAC Annual Meeting: Joseph has been invited to attend as a representative for the State. The State will cover the cost of travel and hotel. The County has agreed to cover the cost of meals.
6. 2019 Voting System Pilot Project: Bartow County has been selected as one of twelve counties to be part of the pilot program for the new voting machines. The new machines should be here in August-September, just in time for the November General Election.
7. Cartersville Precinct Boundaries: redistricting will be coming soon after the 2020 census is complete so we should hold off making any proposals for precinct boundary changes until then.
8. Billboard: Commissioner Taylor approved a LED billboard to be placed on the property that adjoins the Elections Office property. Mr. Kirk and the Board were concerned of its close proximity to the Elections Office and campaign ads being placed on the signs during an Election. However, the location of the sign is over 350' from the Elections Office; the law only requires 150'. Mr. Benning noted that DOT may not approve the placement of the sign, stating that DOT requires 5000 feet from other signs.

**Open Issues:**
1. Advance Voting Opportunities: Mr. Kirk proposed extending advance voting at the Civic Center to three weeks for the 2020 Presidential Elections. Mr. Powell made a motion to approve Mr. Kirk's Supervisor's Report as presented and to accept Mr. Kirk's recommendation to extend advance voting at the Cartersville Civic Center to three weeks


PLAINTIFF'S EXHIBIT 52

Bartow 000237

for the 2020 Presidential Elections. The motion was seconded by Mr. Benning and carried with a unanimous vote of the Board.

**New Business:**
1. Poll Worker Event: The Poll Worker Appreciation Event will be held on August 10th at the Beavers Drive Senior Center from 4:00-6:00. Mr. Powell made a motion to approve budget expenditures for the event. Mr. Benning seconded the motion. The motion carried with the unanimous vote of the Board.

There was no other business to address. The meeting adjourned at 3:16 p.m.

                                              Kathy Gill
                                              County Clerk
                                              Bartow County

Minutes
Bartow County Election Board
Meeting
May 23, 2019 – 3:00 PM

In Attendance:

    Neil Hopper, Chairman
    Janet Queen, Vice-Chair
    Dexter Benning, Board Member
    Ken Cathcart, Board Member
    Joseph Kirk, Elections Supervisor

Board Chairman Neil Hopper called the meeting to order.

**Approval of Minutes:**
Mr. Cathcart made a motion to approve the minutes of the April Board Meeting as presented. The motion was seconded by Mr. Benning and carried with a unanimous vote of the Board.

**Elections Supervisor's Report:**
Mr. Kirk briefed the Board with the following:

1. Budget Update: We are a third of the way through the year and have only used a quarter of the budget.
2. Street Audit Update: The street audit is progressing nicely even though we are running a little behind. The audit will be completed in time for the municipal elections this year. The board discussed the progress on the audit and possible reasons for mistakes in the address library. Mr. Kirk described the process of adding new addresses to the address library and answered the board's questions.
3. MS-ISAC Annual Meeting: Mr. Kirk received a lot of useful information about cybersecurity and resources available to the department and the annual meeting. He has formed a committee within GAVREO to promote good cybersecurity practices within the organization and is reaching out other organizations in Bartow County to offer them membership. Mr. Kirk also presented preliminary information from the Department of Homeland Security regarding the security of the facility.
4. May Regional Meeting: The meeting went very well. Mr. Kirk invited the board to future meetings.
5. Municipal Street Lists: This is the start of the municipal challenge process required by law. Mr. Kirk reported that it was going well so far, and described how the municipal clerks are able to correct address discrepancies and challenge voters. He also described the steps that the board's office takes to ensure that no one is removed from the list that should not be. The board discussed the procedures. Mr. Kirk also reported that the NCOA process this year and would automatically change the address for individuals that moved within the county.

Mr. Benning made a motion to accept the Supervisor's Report as presented which was seconded by Mr. Cathcart. The motion passed unanimously.

**Open Issues**

1. 2020 GEOA/VRAG Conference: Mr. Kirk encouraged the board members who want to attend the December training conference to go ahead and make their hotel reservations as soon as possible because the rooms are filling up fast.
2. Poll Worker Event: Office is in a holding pattern right now, but will be pushing information out to the poll workers about the event soon.

Ms. Queen made a motion to accept the information that Mr. Kirk presented under open issues. The motion was seconded by Mr. Cathcart and it passed unanimously.

**New Business**

1. Voting Machine Committee: Mr. Kirk asked the board to establish a committee to assist in educating the county about the new voting system. He envisions inviting numerous civic and community organizations to an open discussion / brainstorming session in June or July to get the process started. The board discussed the committee, some ideas for pushing information out to the public, and the initial meeting. Mr. Benning made a motion to authorize the Election Supervisor to form a committee of community leaders, organizations, and groups to work with the board on getting the word out to the community about the new voting machines. Mr. Cathcart requested that Mr. Benning add to his motion that the board would be responsible for furnishing educational materials to the members of the committee. Mr. Benning agreed to the addition. Mr. Cathcart then seconded Mr. Benning's motion and the motion passed unanimously.

There was no other business to address. The meeting adjourned at 3:49 PM.

Joseph Kirk
Elections Supervisor
Bartow County