Received On

NOV 0 2 2018

By Bartow County
Board of Elections

November 2, 2018

Subject: Early Voting Experience

Submitted by Beatrice Lee Baker

On Wednesday, October 31, 2018 at the Voter Registration and Election Office at 1300 Joe Frank Harris Parkway, Cartersville, I entered the voting booth room and went to the middle machine on the first row. I placed my yellow card in the slot to activate my voting machine. I was able to make voting choices with no problems until I got to voting on State Representative General Assembly and County Board of Education sections. My desire was to write in some candidates of my choice in these areas. When I was ready to write in my first choice for State Representative from the 14th District, I pressed the tab for write in, the key board appeared and I typed in the name of my choice. To submit, I pressed write in and nothing happened, I pressed write in again and then the screen cleared and went directly to the Amendments and Statewide Referenda sections of my ballot.

I didn't panic because I knew I would get a chance to view my choices that I made thus far later before submitting my final ballot. Thinking at that time I would have a chance to go back and continue to write my choices for State Representatives and for County Board of Education.

After completing the Amendments and Statewide Referenda Sections my voting machine made a click sound and my summary screen appeared for about 2 seconds and then it made another clicked sound and the machine stated that my ballot was submitted and my yellow activator card ejected.

I reported my voting experience to the voting attendant in the room. The gentleman stated to me that if you hit the buttons too many times it will complete the voting process and submit your ballot. I informed the gentleman all I did was vote on each item that appeared to me at a time.

Beatrice Lee Baker
11/2/2018
770-655-0659

PLAINTIFF'S
EXHIBIT
55

Bartow 000286



### Bartow County Board of Voter Registration and Elections

## Incident Report

| | |
|---|---|
| **Location:** | Advance – VR Office |
| **Election Official:** | Ginger L Millsap |
| **Date:** 10-16-2018 | **Time:** 8:36 |

### Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | Complaints from the general public | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | Injuries, employee issues, clerical errors, ect. | Name: | |
| ☒ **Equipment** | Any equipment issue | Equipment Type: | DRE machine |
| | | Serial Number: | 156121 |
| ☐ **Campaign** | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ **Request** | Any requests for the next election | | |
| ☐ **Other** | Anything else | Describe: | |

### Incident Description *(Continue on back if necessary)*

Annie Carter – # 05366344 – voter

The voter said she was having to press the box over and over again to make the (X) show up. I told her to press firmly, then pause before pressing again. When you press a box again, it makes the (X) go away, as if you were changing your mind.

| | |
|---|---|
| **Signature and Date:** | Ginger L Millsap   10-16-2018 |

Bartow 000287



## Bartow County Board of Voter Registration and Elections

### Incident Report

| Location: | AV @ Main Office | | |
|---|---|---|---|
| Election Official: | Bill Cantrell | | |
| Date: | 10-18-2018 | Time: | ? |

### Type of Incident (select all that apply)

| ☐ | Complaint | Complaints from the general public | Name: | |
| | | | Phone Number: | |
| ☐ | Personnel | Injuries, employee issues, clerical errors, ect. | Name: | |
| ☐ | Equipment | Any equipment issue | Equipment Type: | |
| | | | Serial Number: | |
| ☐ | Campaign | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ | Request | Any requests for the next election | | |
| ☒ | Other | Anything else | Describe: | SEE BELOW |

### Incident Description (Continue on back if necessary)

COMPLAINT —
- Machine (DRE) had ejected Voter Access Card to indicate cast ballot had been touched
- Voter said she did not vote
- I put card back in mch but it popped out
- Told voter ballot had been cast
- She wanted to vote again
- Told her you have voted

| Signature and Date: | William S. Cantrell | 10/18/2018 |
|---|---|---|



## Bartow County Board of Voter Registration and Elections
### Incident Report

| | |
|---|---|
| **Location:** | Advance - VR Office |
| **Election Official:** | Ginger Millsap |
| **Date:** | 10-18-18 | **Time:** 12:30 pm |

### Type of Incident *(select all that apply)*

| ☐ **Complaint** | *Complaints from the general public* | Name: | |
|---|---|---|---|
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☒ **Equipment** | *Any equipment issue* | Equipment Type: | Express poll machine |
| | | Serial Number: | |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

The express poll machine suddenly said 0% online. I called Beth Howard & she replaced the battery. No issues after that

| **Signature and Date:** | Ginger J. Millsap   10-18-18 |
|---|---|

Bartow 000289



| Bartow County Board of Voter Registration and Elections | | |
|---|---|---|
| **Incident Report** | | |

| | | |
|---|---|---|
| **Location:** | 1300 JFH Parkway | |
| **Election Official:** | Jim Fischer | |
| **Date:** 10/18/18 | **Time:** 2:10 P.M. | |

## Type of Incident *(select all that apply)*

| ☑ **Complaint** | *Complaints from the general public* | Name: Brenda Hudson |
|---|---|---|
| | | Phone Number: (770) 383-9371 |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: |
| ☑ **Equipment** | *Any equipment issue* | Equipment Type: |
| | | Serial Number: |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: |
| ☐ **Request** | *Any requests for the next election* | |
| ☐ **Other** | *Anything else* | Describe: |

## Incident Description *(Continue on back if necessary)*

Ms Hudson called at 2:10 P.M. October 18, 2018 to inform me that she was unable to cast her ballot. She said her voter access card popped out when the first ballot review screen appeared and the screen went blank, she then notified the person that was manning the exit door what had happened.

Note: Ms Hudson is hard of hearing so you must speak loudly when talking with her.

Ms Hudson called back at 2:25 P.M. and requested that the voting machine be inspected for proper operation. I assured her all precautions would be performed taken. I then notified Beth Howard of this issue.

| **Signature and Date:** | Jim Fischer   10/18/18 | |
|---|---|---|

Bartow 000290



| Bartow County Board of Voter Registration and Elections | |
|---|---|
| **Incident Report** | |

| Location: | VR Office | | |
|---|---|---|---|
| Election Official: | Joseph Kirk | | |
| Date: | 10/18/18 | Time: | 3:55 PM |

### Type of Incident *(select all that apply)*

| ☒ **Complaint** | *Complaints from the general public* | Name: | Brenda Hudson |
|---|---|---|---|
| | | Phone Number: | 770-383-9371 |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☐ **Equipment** | *Any equipment issue* | Equipment Type: | |
| | | Serial Number: | |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

I spoke with Ms. Hudson regarding her experience voting. She described the machine briefly displaying the summary screen, and then ejecting the card and saying the ballot had been cast. I tried to explain to her a few times that in my experience that means that there was a slight lag between the last page of the ballot and the summary screen and if she mistakenly touched the next button more than once it could be recorded as a touch on the cast ballot button. I also explained that I was sorry that she didn't' get an opprotunity to review her ballot, that if she had reviewed her selections as she went that her ballot was cast as she intended it to be. I also told her that we had checked and that the number of votes on the voting system was equal to the number of ballots that we issued that I was confident that her ballot had been cast and not cancelled. I don't think she ever understood what I was trying to explain to her becuase she just kept repeating to me that she never touched the cast ballot button. I finally told her that I didn't have anything else to tell her and that I was sorry. She said she was not satisified and hung up.

| Signature and Date: | |
|---|---|



### Bartow County Board of Voter Registration and Elections

### Incident Report

| | |
|---|---|
| **Location:** | Advance VK Office |
| **Election Official:** | Ginger Millsap |
| **Date:** | 10-19-2018 |

**Time:** 8 05 am

### Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☒ **Equipment** | *Any equipment issue* | Equipment Type: | Dell Computer |
| | | Serial Number: | |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

I turned the computer off last night. Because I pressed the keys to lock it & it didn't lock. This morning it wants to do updates and it is taking a long time.

| | |
|---|---|
| **Signature and Date:** | Ginger J Millsap |

Bartow 000292



## Bartow County Board of Voter Registration and Elections
### Incident Report

| | |
|---|---|
| **Location:** | VR Office |
| **Election Official:** | Joseph Kirk |

| | | | |
|---|---|---|---|
| **Date:** | 10/24/18 | **Time:** | 7:56 AM |

### Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☒ **Equipment** | *Any equipment issue* | Equipment Type: | DRE |
| | | Serial Number: | 119138 |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

At 7:56 AM I called Dexter Benning to find out if he ever found out which machine the voter who complained to him about the machine not recording her touch correctly used. He explained that it was the middle machine on the left as you walk in.

Beth Howard and I immediatly recalibrated that machine (noted above) before voting started. Bill Cantrell who is watching the machines was informed to report any complaints or concerns about the voting machines to me.

| | |
|---|---|
| **Signature and Date:** | *[signature]* 10/24/18   Beth Howard 10-24-18 |



| Bartow County Board of Voter Registration and Elections |
|---|
| **Incident Report** |

| Location: | VR Office | | |
|---|---|---|---|
| Election Official: | Joseph Kirk | | |
| Date: | 10/25/18 | Time: | 10:30 AM |

### Type of Incident *(select all that apply)*

| ☒ | **Complaint** | *Complaints from the general public* | Name: | Ms. Maddox |
|---|---|---|---|---|
| | | | Phone Number: | |
| ☐ | **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☒ | **Equipment** | *Any equipment issue* | Equipment Type: | DRE |
| | | | Serial Number: | 119098 |
| ☐ | **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ | **Request** | *Any requests for the next election* | | |
| ☐ | **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

Ms. Maddox came in today to tell me that when she voted on Friday, the machine did not record her touch correctly for one of the candidates.  She called the poll worker over and the poll worker instructed her on how to change her selection.  She wanted some assurance that her vote had been recorded properly.  She identified the machine she used as the one closest to the exit door.

I told her about how we test to make sure that the name selected on the screen is the name that the vote is recorded for.  I also invited her to future testing.  She was still unsure so I told her about my experiences with the system and how I had never seen it record a vote improperly.  She seemed ok when she left.

Beth Howard and I immediately recalibrated the machine that Ms. Maddox identified.

| Signature and Date: | *(signature)* | 10/25/18 |
|---|---|---|



Bartow County Board of Voter Registration and Elections

## Incident Report

| | |
|---|---|
| **Location:** | Voter Registration Office / Advance Voting |
| **Election Official:** | Joseph Kirk + Beth Howard |
| **Date:** 10-25-18 | **Time:** 11:00 AM |

### Type of Incident (select all that apply)

| | | | |
|---|---|---|---|
| ☐ **Complaint** | Complaints from the general public | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | Injuries, employee issues, clerical errors, ect. | Name: | |
| ☒ **Equipment** | Any equipment issue | Equipment Type: | DRE Voting Unit |
| | | Serial Number: | 119098 |
| ☐ **Campaign** | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ **Request** | Any requests for the next election | | |
| ☐ **Other** | Anything else | Describe: | |

### Incident Description (Continue on back if necessary)

At 11:00 AM on 10-25-18, Joseph and I recalibrated voting unit #119098 after a voter came by to voice her concern that she selected one candidate and another candidate was selected instead. She was able to correct her selection, before she cast her ballot.

| | |
|---|---|
| **Signature and Date:** | Beth Howard 10-25-18 |



| Bartow County Board of Voter Registration and Elections | | |
|---|---|---|
| **Incident Report** | | |
| **Location:** | *Cartersville Civic Center* | |
| **Election Official:** | | |
| **Date:** *10/29/2018* | | **Time:** *6:48* |

### Type of Incident *(select all that apply)*

| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☑ **Equipment** | *Any equipment issue* | Equipment Type: | *Express Pole Encoder* |
| | | Serial Number: | *008S001A* |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

*Had to reboot 3 times   Error message:*
*Serious Error Can not continue*
*Type Load Exception*

| **Signature and Date:** | |
|---|---|

Bartow 000296



| Bartow County Board of Voter Registration and Elections |
|---|

## Incident Report

| Location: | Cartersville Civic Center /Advance |
|---|---|
| Election Official: | Sylvie Brodie |
| Date: | 10/30/18 | Time: | 10:58 |

## Type of Incident (select all that apply)

| ☐ | Complaint | Complaints from the general public | Name: | |
| | | | Phone Number: | |
| ☐ | Personnel | Injuries, employee issues, clerical errors, ect. | Name: | |
| ☑ | Equipment | Any equipment issue | Equipment Type: | 0085020A Express Poll |
| | | | Serial Number: | 0085020A |
| ☐ | Campaign | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ | Request | Any requests for the next election | | |
| ☐ | Other | Anything else | Describe: | |

## Incident Description (Continue on back if necessary)

0085001A Express went down @ 11:00 A.M.     306
Exchanged out for equipment listed above.

0085020A would freeze and would not
write the ballot. Beth ~~Howard~~ Benson
came to assist.

| Signature and Date: | Sylvia Brodie     10/30/2018 |
|---|---|

Bartow 000297



## Bartow County Board of Voter Registration and Elections
### Incident Report

| | | | |
|---|---|---|---|
| **Location:** | *Allatoona Early Voting* | | |
| **Election Official:** | *Margaret Market* | | |
| **Date:** | *11-1-18* | **Time:** | |

### Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☒ **Equipment** | *Any equipment issue* | Equipment Type: | *Express Polls* |
| | | Serial Number: | *J085021A* |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

*Created new card for Voter — gave card to Voter & she went to to first Voting machine. As she put card in the Express poll popped up with invalid card. I went to ask her for card and her voting page popped up. We thought everything was OK but numbers did not*

| | | |
|---|---|---|
| **Signature and Date:** | *Gayle Harris* | *11-1-18* |

*Change on, Express poll so that made ___*



Bartow County Board of Voter Registration and Elections

### Incident Report

| | |
|---|---|
| **Location:** | Cartersville Civic Center / Advance |
| **Election Official:** | Barbara Oneal |
| **Date:** | 11-1-18 |

**Time:** 830

### Type of Incident (select all that apply)

| | | | |
|---|---|---|---|
| ☐ **Complaint** | Complaints from the general public | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | Injuries, employee issues, clerical errors, ect. | Name: | |
| ☑ **Equipment** | Any equipment issue | Equipment Type: | Express Poll |
| | | Serial Number: | 008S001B |
| ☐ **Campaign** | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ **Request** | Any requests for the next election | | |
| ☐ **Other** | Anything else | Describe: | |

### Incident Description (Continue on back if necessary)

Discontinued writing Cards - Turned off and back on
Started writing Cards

| | | |
|---|---|---|
| **Signature and Date:** | Barbara Jine Oneal | 11/01/18 |

Bartow 000299



| Bartow County Board of Voter Registration and Elections |
|---|

## Incident Report

| Location: | Advance South |
|---|---|
| Election Official: | Margaret Martin |
| Date: 1-1-18 | Time: 10:30 ish |

## Type of Incident *(select all that apply)*

| ☑ Complaint | Complaints from the general public | Name: Ruby biddy & Rebecca Wilkeson |
|---|---|---|
| | | Phone Number: |
| ☐ Personnel | Injuries, employee issues, clerical errors, ect. | Name: |
| ☑ Equipment | Any equipment issue | Equipment Type: Machine # 119167 |
| | | Serial Number: # 119209 |
| ☐ Campaign | Anything related to a candidate or campaign. | Candidate Name: |
| ☐ Request | Any requests for the next election | |
| ☐ Other | Anything else | Describe: |

## Incident Description *(Continue on back if necessary)*

These 2 Lady's were together standing next to each other. the lady (biddy) ask why her machine was going backwards after she voted. I checked and she was hitting previous button. I explained before she hit Cast ballot to make sure she seen all she had voted for. She said she did and was satisfied. She was on machine # 119209

Same thing on machine 119167, she said it was flipping backwards but in the end saw all she wanted to vote for (wilkerson)

| Signature and Date: | Margaret Martin | 1-1-11 |
|---|---|---|

Bartow 000300



| Bartow County Board of Voter Registration and Elections | | |
|---|---|---|
| **Incident Report** | | |
| **Location:** | *Cartersville Civic Center / Advance* | |
| **Election Official:** | *Clyde Couch* | |
| **Date:** *11/1/18* | | **Time:** *1 PM* |

## Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☑ **Equipment** | *Any equipment issue* | Equipment Type: | *Express Poll* |
| | | Serial Number: | *008V005A* |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

## Incident Description *(Continue on back if necessary)*

*Wasn't writing card momentarily*

| **Signature and Date:** | *Clyde Couch 11/1/18* |
|---|---|



| Bartow County Board of Voter Registration and Elections | | |
|---|---|---|
| **Incident Report** | | |
| **Location:** | AV @ Main Office | |
| **Election Official:** | Bill Cantrell | |
| **Date:** | 11-1-2018 | **Time:** 3:30 PM |

## Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☒ **Equipment** | *Any equipment issue* | Equipment Type: | |
| | | Serial Number: | |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

Mch #(156121) Rejected Voter Card With Two Voters
in Succession But Took The Card of The
Third Voter —
- I had First Two Rejected Cards To
Work on Another Machine
- I Did Not See Get The Rejection
Card Message

| **Signature and Date:** | William D. Cantrell |
|---|---|

Bartow 000302



| Bartow County Board of Voter Registration and Elections |
|---|

### Incident Report

| Location: | Allatoona Early Voting |
|---|---|
| Election Official: | Margaret Martin |
| Date: | 11-1-18 | Time: | 4:30 — 4:40 |

### Type of Incident (select all that apply)

| | | | |
|---|---|---|---|
| ☐ **Complaint** | Complaints from the general public | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | Injuries, employee issues, clerical errors, ect. | Name: | |
| ☒ **Equipment** | Any equipment issue | Equipment Type: | Express Poll |
| | | Serial Number: | 0895021A |
| ☐ **Campaign** | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ **Request** | Any requests for the next election | | |
| ☐ **Other** | Anything else | Describe: | |

### Incident Description (Continue on back if necessary)

Express Poll going back + forth with the cards created. Turned battery off and unplugged and rebooted — Called office and was told not to worry about numbers on Express Poll and use other machine on next day

| Signature and Date: | Gayle Harris | 11-1-18 |
|---|---|---|



## Bartow County Board of Voter Registration and Elections
### Incident Report

| | | | | |
|---|---|---|---|---|
| **Location:** | *Allatoona Advanced* | | | |
| **Election Official:** | *Gail A. Poole* | | | |
| **Date:** *11-2-18* | | | **Time:** | *App. 11:00 am* |

### Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☐ **Equipment** | *Any equipment issue* | Equipment Type: | |
| | | Serial Number: | |
| ☑ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | *Senator Congressman* — *not on ballot she cast* |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

*Voter Registration # 10496399 stated the person(s) she wanted to vote for were not on her ballot after she had cast her ballot. I gave her a copy of her precinct's ballot. She looked it over & agreed this was the ballot she cast.*

*GAP*

| | |
|---|---|
| **Signature and Date:** | *Gail A. Poole   11-2-18* |



| Bartow County Board of Voter Registration and Elections | | | |
|---|---|---|---|
| **Incident Report** | | | |
| **Location:** | Cartersville Civic Center / Advance | | |
| **Election Official:** | Alma Brodie | | |
| **Date:** | 11-2-18 | **Time:** | 3⁵⁰ P.m |

## Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☑ **Equipment** | *Any equipment issue* | Equipment Type: | Express Poll |
| | | Serial Number: | 0085020A |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

| **Incident Description** *(Continue on back if necessary)* |
|---|
| Not writing Card Momentarily |

| **Signature and Date:** | Brodie | 11-2-18 |
|---|---|---|



*14c*

| | Bartow County Board of Voter Registration and Ele |
|---|---|

## Incident Report

| Location: | Pine Log |
|---|---|
| Election Official: | Treela Fannin |
| Date: | 11-6-18 | Time: | |

### Type of Incident *(select all that apply)*

| ☐ **Complaint** | *Complaints from the general public* | Name: | |
|---|---|---|---|
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☒ **Equipment** | *Any equipment issue* | Equipment Type: | Encoder |
| | | Serial Number: | 008 SO11B |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

Power failure had to re-boot

11.46
12:06

| Signature and Date: | | 11/6/18 |
|---|---|---|

Bartow 000306



| Bartow County Board of Voter Registration and Elections |
|---|

## Incident Report

| Location: | White precinct | | |
|---|---|---|---|
| Election Official: | COREY RAY | | |
| Date: | 11/06/18 | Time: | 8:01 |

### Type of Incident (select all that apply)

| ☑ | **Complaint** | *Complaints from the general public* | Name: | Rita L. Bagwell |
|---|---|---|---|---|
| | | | Phone Number: | 404-771-6901 |
| ☐ | **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☐ | **Equipment** | *Any equipment issue* | Equipment Type: | |
| | | | Serial Number: | |
| ☐ | **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ | **Request** | *Any requests for the next election* | | |
| ☐ | **Other** | *Anything else* | Describe: | |

### Incident Description (Continue on back if necessary)

She Rita Bagwell informed me that the machine would not choose what she wanted chosen. She said she still voted how she wanted, she just thought it was odd. I informed her of calibration issues and she said "yeah, you're probably right," "My jacket touched the screen." She was initialy annoyed at first but left happy

| Signature and Date: | Corey Ray | 11/06/18 |
|---|---|---|

Bartow 000307



| Bartow County Board of Voter Registration and Elections |
|---|
| **Incident Report** |

| Location: | _Taylorsville_ | | |
|---|---|---|---|
| **Election Official:** | _Barbara Jane O'Neal_ | | |
| **Date:** | _Nov 6, 2018_ | **Time:** | _8:30 AM_ |

### Type of Incident (select all that apply)

| ☑ **Complaint** | Complaints from the general public | Name: | _Christine Thornton_ |
|---|---|---|---|
| | | Phone Number: | _470-215-2348_ |
| ☐ **Personnel** | Injuries, employee issues, clerical errors, ect. | Name: | |
| ☐ **Equipment** | Any equipment issue | Equipment Type: | |
| | | Serial Number: | |
| ☐ **Campaign** | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ **Request** | Any requests for the next election | | |
| ☐ **Other** | Anything else | Describe: | |

### Incident Description (Continue on back if necessary)

_Voter stated the first race (Governor) was not on her ballot. She voted for the other candidates. She was very nice concerning the issue, but was disappointed she did not get to vote for Governor. I stopped voting, did a count, and our numbers were all the same._

| **Signature and Date:** | _Barbara Jane O'Neal_ | _11/6/18_ |
|---|---|---|

Bartow 000308



| | Bartow County Board of Voter Registration and Elections |
|---|---|

## Incident Report

| Location: | *WOODLAND* | | |
|---|---|---|---|
| Election Official: | *BARBARA B. COWART* | | |
| Date: | *11-06-2018* | Time: | *10:01 am* |

### Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☑ **Equipment** | *Any equipment issue* | Equipment Type: | *DRE* |
| | | Serial Number: | *108545* |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

Charlotte Sweet said the 1st person she voted for – the machine changed it to the next name –
She told me so I told her to touch the X – she did and it was removed – No further problem.

| Signature and Date: | *Barbara B. Cowart* *11-06-2018* |
|---|---|

Bartow 000309



| Bartow County Board of Voter Registration and Elections | | |
|---|---|---|
| **Incident Report** | | |
| **Location:** | *Euharlee Precinct* | |
| **Election Official:** | *Robert W. PORTER* | |
| **Date:** *Nov 6, 2018* | | **Time:** *10:08 Am* |

## Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☑ **Equipment** | *Any equipment issue* | Equipment Type: | *Voting Machine* |
| | | Serial Number: | *124568* |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

## Incident Description *(Continue on back if necessary)*

*At 10:08 Am, indicated Voting machine gave error message, "unable to read card." I attempted to use two additional voters/access cards and the same message was given. Machine was left on, but folded down per Beth via Joseph Kirk.*

| **Signature and Date:** | *R. W. Port* / *11/6/2018* |
|---|---|



| Bartow County Board of Voter Registration and Elections | | |
|---|---|---|
| **Incident Report** | | |
| **Location:** | *Taylorsville* | |
| **Election Official:** | *Barbara Jane O'Neal* | |
| **Date:** | *Nov. 6 2018* | **Time:** *10:10* |

### Type of Incident *(select all that apply)*

| ✓ **Complaint** | *Complaints from the general public* | Name: *Jack Edwards* |
|---|---|---|
| | | Phone Number: *770-773-0090* |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: |
| ☐ **Equipment** | *Any equipment issue* | Equipment Type: |
| | | Serial Number: |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: |
| ☐ **Request** | *Any requests for the next election* | |
| ☐ **Other** | *Anything else* | Describe: |

### Incident Description *(Continue on back if necessary)*

*Voter stated he didn't think he voted because he didn't think he cast ballot, but card popped out. We did count and all numbers balanced. He was nice and said he was sorry to cause any problems.*

| **Signature and Date:** | *Barbara Jane O'Neal* | *11/6/18* |
|---|---|---|

Bartow 000311



| Bartow County Board of Voter Registration and Elections |
| --- |
| **Incident Report** |

| | |
| --- | --- |
| **Location:** | Allatoona |
| **Election Official:** | Hedy B. Smith |
| **Date:** 11-6-2018 | **Time:** ~~1:09~~ 12:09 |

## Type of Incident *(select all that apply)*

| | | | |
| --- | --- | --- | --- |
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☐ **Equipment** | *Any equipment issue* | Equipment Type: | |
| | | Serial Number: | |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☒ **Other** | *Anything else* | Describe: | |

## Incident Description *(Continue on back if necessary)*

~~#1~~ 11507l
Screen went Black, check plug-

3rd machine from handicap was not plug in

| | |
| --- | --- |
| **Signature and Date:** | Hedy B. Smith    11-6-2018 |

Bartow 000312



| Bartow County Board of Voter Registration and Elections |
|---|
| **Incident Report** |

| | |
|---|---|
| **Location:** | Allatoona |
| **Election Official:** | Hedy B Smith |
| **Date:** | 11-6-2018 | **Time:** 12:09 |

### Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☐ **Equipment** | *Any equipment issue* | Equipment Type: | |
| | | Serial Number: | |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☒ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

Problems started @ 12:09        Power problems
Panel C
Checked in Elec room braker # 30
Panel A
42 outlet wall pack off.        Janet Queen fliped
                                the breaker back on

| | | |
|---|---|---|
| **Signature and Date:** | Hedy B Smith | 11-6-2018 |

Bartow 000313



## Bartow County Board of Voter Registration and Elections
### Incident Report

| Location: | Allatoona | | |
|---|---|---|---|
| **Election Official:** | Joseph Kirk | | |
| **Date:** | 11/6/18 - 11/7/18 | **Time:** | |

### Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☒ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | Hedy Smith |
| ☐ **Equipment** | *Any equipment issue* | Equipment Type: | |
| | | Serial Number: | |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

### Incident Description *(Continue on back if necessary)*

Hedy called me at 10:49 to tell me machine went black. I asked if they were charging she said yes. I told her to shut that one down and I would be out to look at it later. She called me back at 12:15 to tell me another one had gone down and that a voter's card was still in the machine. We argued about her checking to see that the machines were charging and I said I was on my way. She called back to say that a few machines were down to 10%. I told her she had to get power to the machine with the card in it to get the card out so that the voter could vote.

When I got there they had called parks and rec to check the breaker panel. He had called building maintenance. After an investigation I discovered that one of the machines was slightly unplugged.

I impressed upon Hedy the importance of making sure the machines were always charging and mentioned that this was covered in training. Her attitude was very poor and she was very vocal about not knowing what was going on. She also made a comment about how this wouldn't have happened if she had had more help. At one point she was standing directly next to the line of voters waiting to vote (may have been just one person at the time) loudly repeating "I don't know nothing about no breaker" over and over.

Janet Queen was there as well and witnessed all of this. I asked Janet to teach Hedy about reallocating resources. When I was there there was barely a line and she had assigned two people to the certifificate table and three to the expresspolls and she was the only person watching the 4 machines besides Janet. The student was on sticker duty.

| Signature and Date: | |
|---|---|

Bartow 000314



| Bartow County Board of Voter Registration and Elections |
|---|
| **Incident Report** |

| | |
|---|---|
| **Location:** | Folsom |
| **Election Official:** | |
| **Date:** 11/06/18 | **Time:** 12:24 |

## Type of Incident *(select all that apply)*

| | | | |
|---|---|---|---|
| ☐ **Complaint** | *Complaints from the general public* | Name: | |
| | | Phone Number: | |
| ☐ **Personnel** | *Injuries, employee issues, clerical errors, ect.* | Name: | |
| ☒ **Equipment** | *Any equipment issue* | Equipment Type: | Express Poll |
| | | Serial Number: | 008S013B |
| ☐ **Campaign** | *Anything related to a candidate or campaign.* | Candidate Name: | |
| ☐ **Request** | *Any requests for the next election* | | |
| ☐ **Other** | *Anything else* | Describe: | |

## Incident Description *(Continue on back if necessary)*

We were in the process of manually imputing an
elector's name on the express poll. The equipment
froze. We waited several minutes, looked through
all instruction booklets + then called the office.
We were advised to turn off power + shut down.
This has caused the #'s to be off on the
machines    — after couple minutes #'s match =

| Signature and Date: | Christo Beard | 11/06/18 |
|---|---|---|

Bartow 000315



| | | Bartow County Board of Voter Registration and Elections |
|---|---|---|

## Incident Report

| **Location:** | _Taylorsville_ |
|---|---|
| **Election Official:** | _Barbara O'Neal_ |
| **Date:** | _Nov. 6, 2018_ | **Time:** | _2:35_ |

### Type of Incident _(select all that apply)_

| ☐ | **Complaint** | _Complaints from the general public_ | Name: | |
|---|---|---|---|---|
| | | | Phone Number: | |
| ☐ | **Personnel** | _Injuries, employee issues, clerical errors, ect._ | Name: | |
| ☐ | **Equipment** | _Any equipment issue_ | Equipment Type: | |
| | | | Serial Number: | |
| ☐ | **Campaign** | _Anything related to a candidate or campaign._ | Candidate Name: | |
| ☐ | **Request** | _Any requests for the next election_ | | |
| ☑ | **Other** | _Anything else_ | Describe: | |

### Incident Description _(Continue on back if necessary)_

_Vanessa Walker brought card back stating it was invalid. We reinserted card, took count which balanced. Reissued card as voter had not voted._

| **Signature and Date:** | _Barbara J. O'Neal_ |
|---|---|

Bartow 000316



| Bartow County Board of Voter Registration and Elections |
|---|

### Incident Report

| Location: | Pine Log |
|---|---|
| Election Official: | Lori Bell |
| Date: | 11/6/18 | **Time:** | 7:15 pm |

### Type of Incident (select all that apply)

| ☐ **Complaint** | Complaints from the general public | Name: | |
|---|---|---|---|
| | | Phone Number: | |
| ☐ **Personnel** | Injuries, employee issues, clerical errors, ect. | Name: | |
| ☒ **Equipment** | Any equipment issue | Equipment Type: | Voting machine |
| | | Serial Number: | 158163 |
| ☐ **Campaign** | Anything related to a candidate or campaign. | Candidate Name: | |
| ☐ **Request** | Any requests for the next election | | |
| ☐ **Other** | Anything else | Describe: | |

### Incident Description (Continue on back if necessary)

would not allow me to count the votes @ end of the day — I performed manager duties + was able to retrieve votes cast.

| Signature and Date: | B | 11/6/18 |
|---|---|---|

Bartow 000317