# CERTIFICATION OF RETURNS FOR:

## NOVEMBER 6, 2018 GENERAL ELECTION

Bartow
(COUNTY)

Instructions: Prepare and print 4 copies of the Election Summary for the General Election (county consolidated vote totals report that is generated by GEMS).
Attach copies of this consolidated certification report as follows:

1. White sheet is attached to Election Summary and returned to Secretary of State.
2. Yellow sheet is attached to Election Summary and maintained by Superintendent.
3. Pink sheet is attached to Election Summary and sent to Clerk of Superior Court.
4. Goldenrod sheet is attached to Election Summary and immediately posted at the Courthouse.

ELECTION SUMMARY MUST BE ATTACHED TO THIS FORM

We, the undersigned Superintendent/Supervisor of Elections and his/her Assistants, do jointly and severally certify that the attached Election Summary is a true and correct count of the votes cast in this County for the candidates in the General Election.
In TESTIMONY WHEREOF, We have hereunto set our hands and seals this 15th day of November, 20 18. SIGNED IN QUADRUPLICATE.

______________ Assistant

______________ Assistant

______________ Assistant

______________ Assistant

______________ Assistant

______________
Superintendent/Supervisor of Elections

BARTOW COUNTY BOARD OF ELECTIONS & REGISTRATION Established GEORGIA 1993

PLAINTIFF'S EXHIBIT 56
PENGAD 800-631-6989

FORM CR-GE-18

Bartow 000058

# CONSOLIDATED MUNICIPAL/COUNTY CERTIFICATION OF RETURNS FOR:

( ) SPECIAL ELECTION
( ✓) GENERAL ELECTION
( ) RUNOFF ELECTION

November 6, 2018
**Date**

Bartow Co.
**Municipality/County**

## November 6, 2018 Certified Write In Candidates

**Instructions: Prepare and print (4) copies of the Election Summary (county consolidated vote totals report that is generated by GEMS). Attach copies of this consolidated certification report as follows:**

1. **White sheet is attached to Election Summary and returned to Secretary of State.**
2. **Yellow sheet is attached to Election Summary and maintained by Superintendent.**
3. **Pink sheet is attached to Election Summary and sent to Clerk of Superior Court.**
4. **Goldenrod Copy is attached to Election Summary and immediately posted at the City Hall ( city) or Courthouse (county)**

**ELECTION SUMMARY MUST BE ATTACHED TO THIS FORM**

**WRITE-IN VOTES: Record total number of votes received by all qualified write-in candidates. Votes recorded here are the write-in totals from Direct Record Electronic Machines and Optical Scan Absentee/Provisional Ballots.**

| WRITE-IN CANDIDATES (Insert Titles of Offices and Names of Candidates) | Insert Vote Totals On Blanks Below: |
|---|---|
| David C. Byrne - Governor | 0 Votes |
| Rod Mack - Governor | 4 Votes |
| Ribby Waldrop - Governor | 0 Votes |
| Ribbi Williams - Governor | 0 Votes |
| Sonia Francis - Rolle - State School Superintendent | 0 Votes |
| | Votes |
| | Votes |

**We, the undersigned Superintendent of Elections and his/her Assistants, do jointly and severally certify that the attached Election Summary is a true and correct count of the votes cast in this City/County, and that the above listed Write-In Votes constitute all votes cast for qualified Write-In Candidates on Direct Record Electronic Machines and Optical Scan Absentee/Provisional Ballots. In TESTIMONY WHEREOF, We have hereunto set our hands and seals this 15th day of Nov., 18. SIGNED IN QUADRUPLICATE.**

[signature] **Assistant**
[signature] **Assistant**
[signature] **Assistant**
[signature] **Assistant**
[signature] **Assistant**

[signature]
**Superintendent Of Elections**

BARTOW COUNTY BOARD OF ELECTIONS & REGISTRATION Established 1993 GEORGIA

Bartow 000059

FORM# CR-SCM-DRE-03-C-GE-18

Election Summary Report
Bartow CountyState of Georgia
State of Georgia General Election
November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
Official and Complete

Date:11/15/18
Time:15:48:43
Page:1 of 5

Registered Voters 64074 - Cards Cast 37447 58.44% Num. Report Precinct 16 - Num. Reporting 16 100.00%

| GOVERNOR | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19596 | 1569 | 16182 | 32 | 37379 | |
| B. KEMP (R) | 15129 | 971 | 12305 | 20 | 28425 | 76.05% |
| S. ABRAMS (D) | 4160 | 586 | 3767 | 11 | 8524 | 22.80% |
| T. METZ (L) | 295 | 11 | 103 | 1 | 410 | 1.10% |
| Write-in Votes | 12 | 1 | 7 | 0 | 20 | 0.05% |

| LT GOVERNOR | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19295 | 1567 | 16009 | 31 | 36902 | |
| G. DUNCAN (R) | 14991 | 983 | 12215 | 20 | 28209 | 76.44% |
| S. R. AMICO (D) | 4288 | 583 | 3789 | 11 | 8671 | 23.50% |
| Write-in Votes | 16 | 1 | 5 | 0 | 22 | 0.06% |

| SECRETARY OF STATE | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19232 | 1557 | 15917 | 31 | 36737 | |
| B. RAFFENSPERGER (R) | 14500 | 968 | 11903 | 19 | 27390 | 74.56% |
| J. BARROW (D) | 4198 | 564 | 3805 | 11 | 8578 | 23.35% |
| S. DUVAL (L) | 524 | 24 | 207 | 1 | 756 | 2.06% |
| Write-in Votes | 10 | 1 | 2 | 0 | 13 | 0.04% |

| ATTORNEY GENERAL | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19189 | 1551 | 15862 | 32 | 36634 | |
| C. CARR (I) R | 14782 | 981 | 12067 | 20 | 27850 | 76.02% |
| C. BAILEY (D) | 4397 | 570 | 3789 | 12 | 8768 | 23.93% |
| Write-in Votes | 10 | 0 | 6 | 0 | 16 | 0.04% |

| AGRICULTURE COMMISSIONER | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19244 | 1544 | 15934 | 32 | 36754 | |
| G. BLACK (I) R | 15279 | 997 | 12325 | 22 | 28623 | 77.88% |
| F. SWANN (D) | 3947 | 546 | 3602 | 10 | 8105 | 22.05% |
| Write-in Votes | 18 | 1 | 7 | 0 | 26 | 0.07% |

# Election Summary Report
## Bartow CountyState of Georgia
## State of Georgia General Election
## November 6, 2018
## Summary For Jurisdiction Wide, All Counters, All Races
## Official and Complete

Date:11/15/18
Time:15:48:43
Page:2 of 5

Registered Voters 64074 - Cards Cast 37447 58.44% Num. Report Precinct 16 - Num. Reporting 16 100.00%

| INSURANCE COMMISSIONER | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19262 | 1559 | 15959 | 32 | 36812 | |
| J. BECK (R) | 14627 | 974 | 11956 | 19 | 27576 | 74.91% |
| J. LAWS (D) | 3903 | 562 | 3644 | 10 | 8119 | 22.06% |
| D. FOSTER (L) | 725 | 23 | 352 | 3 | 1103 | 3.00% |
| Write-in Votes | 7 | 0 | 7 | 0 | 14 | 0.04% |

| STATE SCHOOL SUPERINTENDENT | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19149 | 1556 | 15862 | 32 | 36599 | |
| R. WOODS (I) R | 15157 | 1007 | 12263 | 22 | 28449 | 77.73% |
| O. E. THORNTON, JR. | 3973 | 548 | 3593 | 10 | 8124 | 22.20% |
| Write-in Votes | 19 | 1 | 6 | 0 | 26 | 0.07% |

| LABOR COMMISSIONER | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19164 | 1554 | 15905 | 32 | 36655 | |
| M. BUTLER (I) R | 15097 | 992 | 12233 | 21 | 28343 | 77.32% |
| R. KEATLEY (D) | 4057 | 559 | 3663 | 11 | 8290 | 22.62% |
| Write-in Votes | 10 | 3 | 9 | 0 | 22 | 0.06% |

| PSC EATON | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19233 | 1549 | 15925 | 32 | 36739 | |
| C. EATON (I) R | 14327 | 948 | 11815 | 20 | 27110 | 73.79% |
| L. MILLER (D) | 4127 | 564 | 3732 | 11 | 8434 | 22.96% |
| R. GRAHAM (L) | 773 | 35 | 377 | 1 | 1186 | 3.23% |
| Write-in Votes | 6 | 2 | 1 | 0 | 9 | 0.02% |

| PSC PRIDEMORE | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19202 | 1550 | 15917 | 32 | 36701 | |
| T. PRIDEMORE (I) R | 14536 | 944 | 11919 | 20 | 27419 | 74.71% |
| D. A. RANDOLPH (D) | 3956 | 566 | 3646 | 11 | 8179 | 22.29% |
| J. TURPISH (L) | 705 | 38 | 351 | 1 | 1095 | 2.98% |
| Write-in Votes | 5 | 2 | 1 | 0 | 8 | 0.02% |

Date:11/15/18
Time:15:48:43
Page:3 of 5

Election Summary Report
Bartow CountyState of Georgia
State of Georgia General Election
November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
Official and Complete

Registered Voters 64074 - Cards Cast 37447 58.44% Num. Report Precinct 16 - Num. Reporting 16 100.00%

| US HOUSE 11 | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19296 | 1554 | 15981 | 32 | 36863 | |
| B. LOUDERMILK (I) R | 15212 | 983 | 12306 | 23 | 28524 | 77.38% |
| F. BROADY, JR. (D) | 4062 | 571 | 3668 | 9 | 8310 | 22.54% |
| Write-in Votes | 22 | 0 | 7 | 0 | 29 | 0.08% |

| STATE SENATE 14 | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 11 | 11 | 11 | 11 | 11 | |
| Precincts Reporting | 11 | 11 | 11 | 11 | 11 | 100.0 % |
| Total Votes | 11044 | 935 | 9442 | 13 | 21434 | |
| B. THOMPSON (I) R | 8492 | 571 | 7196 | 7 | 16266 | 75.89% |
| R. A. KINSEY (D) | 2540 | 361 | 2244 | 6 | 5151 | 24.03% |
| Write-in Votes | 12 | 3 | 2 | 0 | 17 | 0.08% |

| STATE SENATE 52 | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 9 | 9 | 9 | 9 | 9 | |
| Precincts Reporting | 9 | 9 | 9 | 9 | 9 | 100.0 % |
| Total Votes | 8180 | 611 | 6516 | 15 | 15322 | |
| C. HUFSTETLER (I) R | 6540 | 394 | 5025 | 12 | 11971 | 78.13% |
| E. ROSS (D) | 1635 | 216 | 1490 | 3 | 3344 | 21.82% |
| Write-in Votes | 5 | 1 | 1 | 0 | 7 | 0.05% |

| STATE HOUSE 15 | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 9 | 9 | 9 | 9 | 9 | |
| Precincts Reporting | 9 | 9 | 9 | 9 | 9 | 100.0 % |
| Total Votes | 8120 | 716 | 7832 | 9 | 16677 | |
| M. GAMBILL (R) | 7895 | 670 | 7616 | 9 | 16190 | 97.08% |
| Write-in Votes | 225 | 46 | 216 | 0 | 487 | 2.92% |

| STATE HOUSE 16 | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 2 | 2 | 2 | 2 | 2 | |
| Precincts Reporting | 2 | 2 | 2 | 2 | 2 | 100.0 % |
| Total Votes | 2036 | 71 | 796 | 3 | 2906 | |
| TREY KELLEY (I) R | 2007 | 68 | 779 | 3 | 2857 | 98.31% |
| Write-in Votes | 29 | 3 | 17 | 0 | 49 | 1.69% |

Election Summary Report
Bartow CountyState of Georgia
State of Georgia General Election
November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
Official and Complete

Date:11/15/18
Time:15:48:43
Page:4 of 5

Registered Voters 64074 - Cards Cast 37447 58.44% Num. Report Precinct 16 - Num. Reporting 16 100.00%

**BOE, D1**

| | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 4 | 4 | 4 | 4 | 4 | |
| Precincts Reporting | 4 | 4 | 4 | 4 | 4 | 100.0 % |
| Total Votes | 3812 | 285 | 2595 | 2 | 6694 | |
| T. ROSS (R) | 3112 | 195 | 2006 | 0 | 5313 | 79.37% |
| L. SLOCUM (D) | 694 | 90 | 586 | 2 | 1372 | 20.50% |
| Write-in Votes | 6 | 0 | 3 | 0 | 9 | 0.13% |

**BOE, D2**

| | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 6 | 6 | 6 | 6 | 6 | |
| Precincts Reporting | 6 | 6 | 6 | 6 | 6 | 100.0 % |
| Total Votes | 2601 | 174 | 1790 | 0 | 4565 | |
| T. L. EGGERT (R) | 2541 | 164 | 1737 | 0 | 4442 | 97.31% |
| Write-in Votes | 60 | 10 | 53 | 0 | 123 | 2.69% |

**BOE, D3**

| | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 2 | 2 | 2 | 2 | 2 | |
| Precincts Reporting | 2 | 2 | 2 | 2 | 2 | 100.0 % |
| Total Votes | 2558 | 280 | 2678 | 1 | 5517 | |
| D. KEENEY (I) R | 1923 | 168 | 2007 | 0 | 4098 | 74.28% |
| W. COOMBS (D) | 632 | 112 | 671 | 1 | 1416 | 25.67% |
| Write-in Votes | 3 | 0 | 0 | 0 | 3 | 0.05% |

**Soil and Water**

| | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 16809 | 1248 | 13530 | 25 | 31612 | |
| J. B. NELSON (I) | 16634 | 1204 | 13393 | 24 | 31255 | 98.87% |
| Write-in Votes | 175 | 44 | 137 | 1 | 357 | 1.13% |

**CONST AMENDMENT 1**

| | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 19034 | 1487 | 15738 | 31 | 36290 | |
| YES | 15457 | 1261 | 12506 | 28 | 29252 | 80.61% |
| NO | 3577 | 226 | 3232 | 3 | 7038 | 19.39% |

**CONST AMENDMENT 2**

| | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 18444 | 1443 | 15211 | 30 | 35128 | |
| YES | 12295 | 977 | 9995 | 24 | 23291 | 66.30% |
| NO | 6149 | 466 | 5216 | 6 | 11837 | 33.70% |

Election Summary Report
Bartow CountyState of Georgia
State of Georgia General Election
November 6, 2018
Summary For Jurisdiction Wide, All Counters, All Races
Official and Complete

Date:11/15/18
Time:15:48:43
Page:5 of 5

Registered Voters 64074 - Cards Cast 37447 58.44% Num. Report Precinct 16 - Num. Reporting 16 100.00%

| CONST AMENDMENT 3 | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 18276 | 1428 | 15050 | 29 | 34783 | |
| YES | 10807 | 830 | 8631 | 19 | 20287 | 58.32% |
| NO | 7469 | 598 | 6419 | 10 | 14496 | 41.68% |

| CONST AMENDMENT 4 | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 18971 | 1494 | 15708 | 31 | 36204 | |
| YES | 14721 | 1255 | 12114 | 29 | 28119 | 77.67% |
| NO | 4250 | 239 | 3594 | 2 | 8085 | 22.33% |

| CONST AMENDMENT 5 | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 18553 | 1454 | 15325 | 31 | 35363 | |
| YES | 12608 | 994 | 10194 | 26 | 23822 | 67.36% |
| NO | 5945 | 460 | 5131 | 5 | 11541 | 32.64% |

| REFERENDUM A | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 18104 | 1424 | 14923 | 30 | 34481 | |
| YES | 9625 | 686 | 7856 | 18 | 18185 | 52.74% |
| NO | 8479 | 738 | 7067 | 12 | 16296 | 47.26% |

| REFERENDUM B | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 16 | 16 | 16 | 16 | 16 | |
| Precincts Reporting | 16 | 16 | 16 | 16 | 16 | 100.0 % |
| Total Votes | 18511 | 1463 | 15347 | 31 | 35352 | |
| YES | 13630 | 1057 | 11177 | 25 | 25889 | 73.23% |
| NO | 4881 | 406 | 4170 | 6 | 9463 | 26.77% |

| Special-Kingston | Polling | ABM | AIP | PRO | Total | |
|---|---|---|---|---|---|---|
| Number of Precincts | 1 | 1 | 1 | 1 | 1 | |
| Precincts Reporting | 1 | 1 | 1 | 1 | 1 | 100.0 % |
| Total Votes | 157 | 9 | 36 | 0 | 202 | |
| L. POSEY | 100 | 3 | 12 | 0 | 115 | 56.93% |
| R. PRITCHETT | 56 | 6 | 23 | 0 | 85 | 42.08% |
| Write-in Votes | 1 | 0 | 1 | 0 | 2 | 0.99% |

Statement of Votes Cast
Bartow CountyState of Georgia
State of Georgia General Election
November 6, 2018
SOVC For Jurisdiction Wide, All Counters, All Races
Official and Complete

Date:11/13/18
Time:09:28:23
Page:1 of 58

| | TURN OUT | | |
|---|---|---|---|
| | Reg. Voters | Cards Cast | % Turnout |
| Jurisdiction Wide | | | |
| ADAIRSVILLE | | | |
| Polling | 5687 | 1643 | 28.89% |
| Absentee by Mail | 5687 | 111 | 1.95% |
| Advance in Person | 5687 | 1577 | 27.73% |
| Provisional | 5687 | 7 | 0.12% |
| Total | 5687 | 3338 | 58.70% |
| ALLATOONA | | | |
| Polling | 4081 | 1067 | 26.15% |
| Absentee by Mail | 4081 | 74 | 1.81% |
| Advance in Person | 4081 | 808 | 19.80% |
| Provisional | 4081 | 0 | 0.00% |
| Total | 4081 | 1949 | 47.76% |
| CARTERSVILLE EAST | | | |
| Polling | 5991 | 1510 | 25.20% |
| Absentee by Mail | 5991 | 175 | 2.92% |
| Advance in Person | 5991 | 1662 | 27.74% |
| Provisional | 5991 | 3 | 0.05% |
| Total | 5991 | 3350 | 55.92% |
| CARTERSVILLE WEST | | | |
| Polling | 6928 | 1768 | 25.52% |
| Absentee by Mail | 6928 | 204 | 2.94% |
| Advance in Person | 6928 | 2387 | 34.45% |
| Provisional | 6928 | 7 | 0.10% |
| Total | 6928 | 4366 | 63.02% |
| CASSVILLE | | | |
| Polling | 9768 | 2598 | 26.60% |
| Absentee by Mail | 9768 | 287 | 2.94% |
| Advance in Person | 9768 | 2712 | 27.76% |
| Provisional | 9768 | 1 | 0.01% |
| Total | 9768 | 5598 | 57.31% |
| CENTER | | | |
| Polling | 3598 | 1239 | 34.44% |
| Absentee by Mail | 3598 | 101 | 2.81% |
| Advance in Person | 3598 | 919 | 25.54% |
| Provisional | 3598 | 0 | 0.00% |
| Total | 3598 | 2259 | 62.78% |
| EMERSON | | | |
| Polling | 2758 | 959 | 34.77% |
| Absentee by Mail | 2758 | 63 | 2.28% |
| Advance in Person | 2758 | 567 | 20.56% |
| Provisional | 2758 | 0 | 0.00% |
| Total | 2758 | 1589 | 57.61% |
| EUHARLEE | | | |
| Polling | 4539 | 1693 | 37.30% |
| Absentee by Mail | 4539 | 78 | 1.72% |
| Advance in Person | 4539 | 999 | 22.01% |
| Provisional | 4539 | 5 | 0.11% |
| Total | 4539 | 2775 | 61.14% |
| FOLSOM | | | |
| Polling | 1203 | 550 | 45.72% |
| Absentee by Mail | 1203 | 23 | 1.91% |
| Advance in Person | 1203 | 213 | 17.71% |
| Provisional | 1203 | 0 | 0.00% |
| Total | 1203 | 786 | 65.34% |

# Statement of Votes Cast
## Bartow CountyState of Georgia
## State of Georgia General Election
## November 6, 2018
## SOVC For Jurisdiction Wide, All Counters, All Races
## Official and Complete

Date:11/13/18
Time:09:28:23
Page:2 of 58

| | TURN OUT | | |
|---|---|---|---|
| | Reg. Voters | Cards Cast | % Turnout |
| KINGSTON | | | |
| Polling | 2312 | 895 | 38.71% |
| Absentee by Mail | 2312 | 51 | 2.21% |
| Advance in Person | 2312 | 465 | 20.11% |
| Provisional | 2312 | 3 | 0.13% |
| Total | 2312 | 1414 | 61.16% |
| MISSION ROAD | | | |
| Polling | 3451 | 968 | 28.05% |
| Absentee by Mail | 3451 | 80 | 2.32% |
| Advance in Person | 3451 | 1116 | 32.34% |
| Provisional | 3451 | 2 | 0.06% |
| Total | 3451 | 2166 | 62.76% |
| PINE LOG | | | |
| Polling | 1809 | 889 | 49.14% |
| Absentee by Mail | 1809 | 42 | 2.32% |
| Advance in Person | 1809 | 294 | 16.25% |
| Provisional | 1809 | 0 | 0.00% |
| Total | 1809 | 1225 | 67.72% |
| TAYLORSVILLE | | | |
| Polling | 2481 | 1139 | 45.91% |
| Absentee by Mail | 2481 | 49 | 1.98% |
| Advance in Person | 2481 | 373 | 15.03% |
| Provisional | 2481 | 0 | 0.00% |
| Total | 2481 | 1561 | 62.92% |
| WHITE | | | |
| Polling | 2360 | 964 | 40.85% |
| Absentee by Mail | 2360 | 39 | 1.65% |
| Advance in Person | 2360 | 481 | 20.38% |
| Provisional | 2360 | 0 | 0.00% |
| Total | 2360 | 1484 | 62.88% |
| ZENA DRIVE | | | |
| Polling | 5592 | 1257 | 22.48% |
| Absentee by Mail | 5592 | 146 | 2.61% |
| Advance in Person | 5592 | 1295 | 23.16% |
| Provisional | 5592 | 4 | 0.07% |
| Total | 5592 | 2702 | 48.32% |
| WOODLAND HIGH | | | |
| Polling | 1516 | 486 | 32.06% |
| Absentee by Mail | 1516 | 55 | 3.63% |
| Advance in Person | 1516 | 343 | 22.63% |
| Provisional | 1516 | 0 | 0.00% |
| Total | 1516 | 884 | 58.31% |
| Total | | | |
| Polling | 64074 | 19625 | 30.63% |
| Absentee by Mail | 64074 | 1578 | 2.46% |
| Advance in Person | 64074 | 16211 | 25.30% |
| Provisional | 64074 | 32 | 0.05% |
| Total | 64074 | 37446 | 58.44% |

# Statement of Votes Cast
## Bartow CountyState of Georgia
## State of Georgia General Election
## November 6, 2018
## SOVC For Jurisdiction Wide, All Counters, All Races
## Official and Complete

Date:11/13/18
Time:09:28:23
Page:3 of 58

GOVERNOR

| | Reg. Voters | Times Counted | Total Votes | B. KEMP (R) | | S. ABRAMS (D) | | T. METZ (L) | | Write-In Votes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jurisdiction Wide | | | | | | | | | | | |
| ADAIRSVILLE | | | | | | | | | | | |
| Polling | 5687 | 1643 | 1639 | 1350 | 82.37% | 267 | 16.29% | 22 | 1.34% | 0 | 0.00% |
| Absentee by Mail | 5687 | 111 | 111 | 72 | 64.86% | 38 | 34.23% | 1 | 0.90% | 0 | 0.00% |
| Advance in Person | 5687 | 1577 | 1573 | 1319 | 83.85% | 244 | 15.51% | 10 | 0.64% | 0 | 0.00% |
| Provisional | 5687 | 7 | 7 | 4 | 57.14% | 3 | 42.86% | 0 | 0.00% | 0 | 0.00% |
| Total | 5687 | 3338 | 3330 | 2745 | 82.43% | 552 | 16.58% | 33 | 0.99% | 0 | 0.00% |
| ALLATOONA | | | | | | | | | | | |
| Polling | 4081 | 1067 | 1066 | 775 | 72.70% | 270 | 25.33% | 20 | 1.88% | 1 | 0.09% |
| Absentee by Mail | 4081 | 74 | 74 | 41 | 55.41% | 31 | 41.89% | 1 | 1.35% | 1 | 1.35% |
| Advance in Person | 4081 | 808 | 807 | 624 | 77.32% | 173 | 21.44% | 10 | 1.24% | 0 | 0.00% |
| Provisional | 4081 | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 | - |
| Total | 4081 | 1949 | 1947 | 1440 | 73.96% | 474 | 24.35% | 31 | 1.59% | 2 | 0.10% |
| CARTERSVILLE EAST | | | | | | | | | | | |
| Polling | 5991 | 1510 | 1508 | 937 | 62.14% | 550 | 36.47% | 19 | 1.26% | 2 | 0.13% |
| Absentee by Mail | 5991 | 175 | 175 | 91 | 52.00% | 83 | 47.43% | 1 | 0.57% | 0 | 0.00% |
| Advance in Person | 5991 | 1662 | 1660 | 1141 | 68.73% | 508 | 30.60% | 10 | 0.60% | 1 | 0.06% |
| Provisional | 5991 | 3 | 3 | 2 | 66.67% | 1 | 33.33% | 0 | 0.00% | 0 | 0.00% |
| Total | 5991 | 3350 | 3346 | 2171 | 64.88% | 1142 | 34.13% | 30 | 0.90% | 3 | 0.09% |
| CARTERSVILLE WEST | | | | | | | | | | | |
| Polling | 6928 | 1768 | 1761 | 1216 | 69.05% | 513 | 29.13% | 30 | 1.70% | 2 | 0.11% |
| Absentee by Mail | 6928 | 204 | 204 | 108 | 52.94% | 95 | 46.57% | 1 | 0.49% | 0 | 0.00% |
| Advance in Person | 6928 | 2387 | 2380 | 1722 | 72.35% | 638 | 26.81% | 17 | 0.71% | 3 | 0.13% |
| Provisional | 6928 | 7 | 7 | 5 | 71.43% | 1 | 14.29% | 1 | 14.29% | 0 | 0.00% |
| Total | 6928 | 4366 | 4352 | 3051 | 70.11% | 1247 | 28.65% | 49 | 1.13% | 5 | 0.11% |
| CASSVILLE | | | | | | | | | | | |
| Polling | 9768 | 2598 | 2595 | 1943 | 74.87% | 608 | 23.43% | 43 | 1.66% | 1 | 0.04% |
| Absentee by Mail | 9768 | 287 | 286 | 169 | 59.09% | 116 | 40.56% | 1 | 0.35% | 0 | 0.00% |
| Advance in Person | 9768 | 2712 | 2704 | 2020 | 74.70% | 669 | 24.74% | 15 | 0.55% | 0 | 0.00% |
| Provisional | 9768 | 1 | 1 | 0 | 0.00% | 1 | 100.00% | 0 | 0.00% | 0 | 0.00% |
| Total | 9768 | 5598 | 5586 | 4132 | 73.97% | 1394 | 24.96% | 59 | 1.06% | 1 | 0.02% |
| CENTER | | | | | | | | | | | |
| Polling | 3598 | 1239 | 1237 | 1003 | 81.08% | 210 | 16.98% | 24 | 1.94% | 0 | 0.00% |
| Absentee by Mail | 3598 | 101 | 101 | 79 | 78.22% | 20 | 19.80% | 2 | 1.98% | 0 | 0.00% |
| Advance in Person | 3598 | 919 | 919 | 745 | 81.07% | 165 | 17.95% | 7 | 0.76% | 2 | 0.22% |
| Provisional | 3598 | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 | - |
| Total | 3598 | 2259 | 2257 | 1827 | 80.95% | 395 | 17.50% | 33 | 1.46% | 2 | 0.09% |
| EMERSON | | | | | | | | | | | |
| Polling | 2758 | 959 | 957 | 779 | 81.40% | 166 | 17.35% | 12 | 1.25% | 0 | 0.00% |
| Absentee by Mail | 2758 | 63 | 63 | 43 | 68.25% | 20 | 31.75% | 0 | 0.00% | 0 | 0.00% |
| Advance in Person | 2758 | 567 | 567 | 459 | 80.95% | 106 | 18.69% | 2 | 0.35% | 0 | 0.00% |
| Provisional | 2758 | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 | - |
| Total | 2758 | 1589 | 1587 | 1281 | 80.72% | 292 | 18.40% | 14 | 0.88% | 0 | 0.00% |
| EUHARLEE | | | | | | | | | | | |
| Polling | 4539 | 1693 | 1693 | 1330 | 78.56% | 334 | 19.73% | 28 | 1.65% | 1 | 0.06% |
| Absentee by Mail | 4539 | 78 | 78 | 47 | 60.26% | 31 | 39.74% | 0 | 0.00% | 0 | 0.00% |
| Advance in Person | 4539 | 999 | 997 | 745 | 74.72% | 243 | 24.37% | 9 | 0.90% | 0 | 0.00% |
| Provisional | 4539 | 5 | 4 | 4 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Total | 4539 | 2775 | 2772 | 2126 | 76.70% | 608 | 21.93% | 37 | 1.33% | 1 | 0.04% |
| FOLSOM | | | | | | | | | | | |
| Polling | 1203 | 550 | 549 | 496 | 90.35% | 47 | 8.56% | 6 | 1.09% | 0 | 0.00% |
| Absentee by Mail | 1203 | 23 | 23 | 16 | 69.57% | 7 | 30.43% | 0 | 0.00% | 0 | 0.00% |
| Advance in Person | 1203 | 213 | 213 | 193 | 90.61% | 19 | 8.92% | 1 | 0.47% | 0 | 0.00% |
| Provisional | 1203 | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 | - |
| Total | 1203 | 786 | 785 | 705 | 89.81% | 73 | 9.30% | 7 | 0.89% | 0 | 0.00% |

Statement of Votes Cast
Bartow CountyState of Georgia
State of Georgia General Election
November 6, 2018
SOVC For Jurisdiction Wide, All Counters, All Races
Official and Complete

Date:11/13/18
Time:09:28:23
Page:4 of 58

GOVERNOR

| | Reg. Voters | Times Counted | Total Votes | B. KEMP (R) | | S. ABRAMS (D) | | T. METZ (L) | | Write-In Votes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KINGSTON | | | | | | | | | | | |
| Polling | 2312 | 895 | 894 | 744 | 83.22% | 136 | 15.21% | 14 | 1.57% | 0 | 0.00% |
| Absentee by Mail | 2312 | 51 | 51 | 43 | 84.31% | 8 | 15.69% | 0 | 0.00% | 0 | 0.00% |
| Advance in Person | 2312 | 465 | 464 | 398 | 85.78% | 62 | 13.36% | 4 | 0.86% | 0 | 0.00% |
| Provisional | 2312 | 3 | 3 | 3 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Total | 2312 | 1414 | 1412 | 1188 | 84.14% | 206 | 14.59% | 18 | 1.27% | 0 | 0.00% |
| MISSION ROAD | | | | | | | | | | | |
| Polling | 3451 | 968 | 968 | 739 | 76.34% | 216 | 22.31% | 12 | 1.24% | 1 | 0.10% |
| Absentee by Mail | 3451 | 80 | 80 | 50 | 62.50% | 29 | 36.25% | 1 | 1.25% | 0 | 0.00% |
| Advance in Person | 3451 | 1116 | 1115 | 847 | 75.96% | 264 | 23.68% | 3 | 0.27% | 1 | 0.09% |
| Provisional | 3451 | 2 | 2 | 1 | 50.00% | 1 | 50.00% | 0 | 0.00% | 0 | 0.00% |
| Total | 3451 | 2166 | 2165 | 1637 | 75.61% | 510 | 23.56% | 16 | 0.74% | 2 | 0.09% |
| PINE LOG | | | | | | | | | | | |
| Polling | 1809 | 889 | 889 | 781 | 87.85% | 91 | 10.24% | 15 | 1.69% | 2 | 0.22% |
| Absentee by Mail | 1809 | 42 | 42 | 36 | 85.71% | 6 | 14.29% | 0 | 0.00% | 0 | 0.00% |
| Advance in Person | 1809 | 294 | 294 | 271 | 92.18% | 22 | 7.48% | 1 | 0.34% | 0 | 0.00% |
| Provisional | 1809 | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 | - |
| Total | 1809 | 1225 | 1225 | 1088 | 88.82% | 119 | 9.71% | 16 | 1.31% | 2 | 0.16% |
| TAYLORSVILLE | | | | | | | | | | | |
| Polling | 2481 | 1139 | 1136 | 1037 | 91.29% | 88 | 7.75% | 10 | 0.88% | 1 | 0.09% |
| Absentee by Mail | 2481 | 49 | 48 | 41 | 85.42% | 6 | 12.50% | 1 | 2.08% | 0 | 0.00% |
| Advance in Person | 2481 | 373 | 373 | 333 | 89.28% | 38 | 10.19% | 2 | 0.54% | 0 | 0.00% |
| Provisional | 2481 | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 | - |
| Total | 2481 | 1561 | 1557 | 1411 | 90.62% | 132 | 8.48% | 13 | 0.83% | 1 | 0.06% |
| WHITE | | | | | | | | | | | |
| Polling | 2360 | 964 | 962 | 833 | 86.59% | 114 | 11.85% | 15 | 1.56% | 0 | 0.00% |
| Absentee by Mail | 2360 | 39 | 38 | 31 | 81.58% | 7 | 18.42% | 0 | 0.00% | 0 | 0.00% |
| Advance in Person | 2360 | 481 | 481 | 406 | 84.41% | 73 | 15.18% | 2 | 0.42% | 0 | 0.00% |
| Provisional | 2360 | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 | - |
| Total | 2360 | 1484 | 1481 | 1270 | 85.75% | 194 | 13.10% | 17 | 1.15% | 0 | 0.00% |
| ZENA DRIVE | | | | | | | | | | | |
| Polling | 5592 | 1257 | 1256 | 787 | 62.66% | 449 | 35.75% | 19 | 1.51% | 1 | 0.08% |
| Absentee by Mail | 5592 | 146 | 146 | 73 | 50.00% | 72 | 49.32% | 1 | 0.68% | 0 | 0.00% |
| Advance in Person | 5592 | 1295 | 1293 | 829 | 64.11% | 455 | 35.19% | 9 | 0.70% | 0 | 0.00% |
| Provisional | 5592 | 4 | 4 | 1 | 25.00% | 3 | 75.00% | 0 | 0.00% | 0 | 0.00% |
| Total | 5592 | 2702 | 2699 | 1690 | 62.62% | 979 | 36.27% | 29 | 1.07% | 1 | 0.04% |
| WOODLAND HIGH | | | | | | | | | | | |
| Polling | 1516 | 486 | 486 | 379 | 77.98% | 101 | 20.78% | 6 | 1.23% | 0 | 0.00% |
| Absentee by Mail | 1516 | 49 | 49 | 31 | 63.27% | 17 | 34.69% | 1 | 2.04% | 0 | 0.00% |
| Advance in Person | 1516 | 343 | 342 | 253 | 73.98% | 88 | 25.73% | 1 | 0.29% | 0 | 0.00% |
| Provisional | 1516 | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 | - |
| Total | 1516 | 878 | 877 | 663 | 75.60% | 206 | 23.49% | 8 | 0.91% | 0 | 0.00% |
| Total | | | | | | | | | | | |
| Polling | 64074 | 19625 | 19596 | 15129 | 77.20% | 4160 | 21.23% | 295 | 1.51% | 12 | 0.06% |
| Absentee by Mail | 64074 | 1572 | 1569 | 971 | 61.89% | 586 | 37.35% | 11 | 0.70% | 1 | 0.06% |
| Advance in Person | 64074 | 16211 | 16182 | 12305 | 76.04% | 3767 | 23.28% | 103 | 0.64% | 7 | 0.04% |
| Provisional | 64074 | 32 | 31 | 20 | 64.52% | 10 | 32.26% | 1 | 3.23% | 0 | 0.00% |
| Total | 64074 | 37440 | 37378 | 28425 | 76.05% | 8523 | 22.80% | 410 | 1.10% | 20 | 0.05% |

# Statement of Votes Cast
## Bartow CountyState of Georgia
## State of Georgia General Election
## November 6, 2018
## SOVC For Jurisdiction Wide, All Counters, All Races
## Official and Complete

LT GOVERNOR

| | Reg. Voters | Times Counted | Total Votes | G. DUNCAN (R) | | S. R. AMICO (D) | | Write-In Votes | |
|---|---|---|---|---|---|---|---|---|---|
| **Jurisdiction Wide** | | | | | | | | | |
| ADAIRSVILLE | | | | | | | | | |
| Polling | 5687 | 1643 | 1617 | 1326 | 82.00% | 290 | 17.93% | 1 | 0.06% |
| Absentee by Mail | 5687 | 111 | 111 | 71 | 63.96% | 40 | 36.04% | 0 | 0.00% |
| Advance in Person | 5687 | 1577 | 1550 | 1294 | 83.48% | 256 | 16.52% | 0 | 0.00% |
| Provisional | 5687 | 7 | 7 | 5 | 71.43% | 2 | 28.57% | 0 | 0.00% |
| Total | 5687 | 3338 | 3285 | 2696 | 82.07% | 588 | 17.90% | 1 | 0.03% |
| ALLATOONA | | | | | | | | | |
| Polling | 4081 | 1067 | 1043 | 767 | 73.54% | 276 | 26.46% | 0 | 0.00% |
| Absentee by Mail | 4081 | 74 | 74 | 42 | 56.76% | 32 | 43.24% | 0 | 0.00% |
| Advance in Person | 4081 | 808 | 793 | 617 | 77.81% | 174 | 21.94% | 2 | 0.25% |
| Provisional | 4081 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Total | 4081 | 1949 | 1910 | 1426 | 74.66% | 482 | 25.24% | 2 | 0.10% |
| CARTERSVILLE EAST | | | | | | | | | |
| Polling | 5991 | 1510 | 1485 | 931 | 62.69% | 553 | 37.24% | 1 | 0.07% |
| Absentee by Mail | 5991 | 175 | 175 | 90 | 51.43% | 85 | 48.57% | 0 | 0.00% |
| Advance in Person | 5991 | 1662 | 1642 | 1130 | 68.82% | 512 | 31.18% | 0 | 0.00% |
| Provisional | 5991 | 3 | 3 | 2 | 66.67% | 1 | 33.33% | 0 | 0.00% |
| Total | 5991 | 3350 | 3305 | 2153 | 65.14% | 1151 | 34.83% | 1 | 0.03% |
| CARTERSVILLE WEST | | | | | | | | | |
| Polling | 6928 | 1768 | 1746 | 1228 | 70.33% | 517 | 29.61% | 1 | 0.06% |
| Absentee by Mail | 6928 | 204 | 203 | 113 | 55.67% | 90 | 44.33% | 0 | 0.00% |
| Advance in Person | 6928 | 2387 | 2356 | 1730 | 73.43% | 625 | 26.53% | 1 | 0.04% |
| Provisional | 6928 | 7 | 7 | 5 | 71.43% | 2 | 28.57% | 0 | 0.00% |
| Total | 6928 | 4366 | 4312 | 3076 | 71.34% | 1234 | 28.62% | 2 | 0.05% |
| CASSVILLE | | | | | | | | | |
| Polling | 9768 | 2598 | 2552 | 1924 | 75.39% | 626 | 24.53% | 2 | 0.08% |
| Absentee by Mail | 9768 | 287 | 285 | 171 | 60.00% | 114 | 40.00% | 0 | 0.00% |
| Advance in Person | 9768 | 2712 | 2681 | 2007 | 74.86% | 673 | 25.10% | 1 | 0.04% |
| Provisional | 9768 | 1 | 1 | 0 | 0.00% | 1 | 100.00% | 0 | 0.00% |
| Total | 9768 | 5598 | 5519 | 4102 | 74.33% | 1414 | 25.62% | 3 | 0.05% |
| CENTER | | | | | | | | | |
| Polling | 3598 | 1239 | 1223 | 1002 | 81.93% | 221 | 18.07% | 0 | 0.00% |
| Absentee by Mail | 3598 | 101 | 101 | 81 | 80.20% | 20 | 19.80% | 0 | 0.00% |
| Advance in Person | 3598 | 919 | 906 | 739 | 81.57% | 167 | 18.43% | 0 | 0.00% |
| Provisional | 3598 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Total | 3598 | 2259 | 2230 | 1822 | 81.70% | 408 | 18.30% | 0 | 0.00% |
| EMERSON | | | | | | | | | |
| Polling | 2758 | 959 | 934 | 761 | 81.48% | 173 | 18.52% | 0 | 0.00% |
| Absentee by Mail | 2758 | 63 | 63 | 43 | 68.25% | 20 | 31.75% | 0 | 0.00% |
| Advance in Person | 2758 | 567 | 563 | 453 | 80.46% | 110 | 19.54% | 0 | 0.00% |
| Provisional | 2758 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Total | 2758 | 1589 | 1560 | 1257 | 80.58% | 303 | 19.42% | 0 | 0.00% |
| EUHARLEE | | | | | | | | | |
| Polling | 4539 | 1693 | 1676 | 1328 | 79.24% | 344 | 20.53% | 4 | 0.24% |
| Absentee by Mail | 4539 | 78 | 78 | 48 | 61.54% | 30 | 38.46% | 0 | 0.00% |
| Advance in Person | 4539 | 999 | 986 | 742 | 75.25% | 243 | 24.65% | 1 | 0.10% |
| Provisional | 4539 | 5 | 4 | 4 | 100.00% | 0 | 0.00% | 0 | 0.00% |
| Total | 4539 | 2775 | 2744 | 2122 | 77.33% | 617 | 22.49% | 5 | 0.18% |
| FOLSOM | | | | | | | | | |
| Polling | 1203 | 550 | 533 | 476 | 89.31% | 56 | 10.51% | 1 | 0.19% |
| Absentee by Mail | 1203 | 23 | 23 | 16 | 69.57% | 7 | 30.43% | 0 | 0.00% |
| Advance in Person | 1203 | 213 | 212 | 193 | 91.04% | 19 | 8.96% | 0 | 0.00% |
| Provisional | 1203 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Total | 1203 | 786 | 768 | 685 | 89.19% | 82 | 10.68% | 1 | 0.13% |

# Statement of Votes Cast
## Bartow CountyState of Georgia
## State of Georgia General Election
## November 6, 2018
## SOVC For Jurisdiction Wide, All Counters, All Races
## Official and Complete

Date:11/13/18
Time:09:28:23


LT GOVERNOR

| | Reg. Voters | Times Counted | Total Votes | G. DUNCAN (R) | | S. R. AMICO (D) | | Write-In Votes | |
|---|---|---|---|---|---|---|---|---|---|
| KINGSTON | | | | | | | | | |
| Polling | 2312 | 895 | 877 | 735 | 83.81% | 142 | 16.19% | 0 | 0.00% |
| Absentee by Mail | 2312 | 51 | 51 | 42 | 82.35% | 9 | 17.65% | 0 | 0.00% |
| Advance in Person | 2312 | 465 | 461 | 399 | 86.55% | 62 | 13.45% | 0 | 0.00% |
| Provisional | 2312 | 3 | 3 | 3 | 100.00% | 0 | 0.00% | 0 | 0.00% |
| Total | 2312 | 1414 | 1392 | 1179 | 84.70% | 213 | 15.30% | 0 | 0.00% |
| MISSION ROAD | | | | | | | | | |
| Polling | 3451 | 968 | 956 | 729 | 76.26% | 225 | 23.54% | 2 | 0.21% |
| Absentee by Mail | 3451 | 80 | 80 | 50 | 62.50% | 30 | 37.50% | 0 | 0.00% |
| Advance in Person | 3451 | 1116 | 1109 | 842 | 75.92% | 267 | 24.08% | 0 | 0.00% |
| Provisional | 3451 | 2 | 1 | 0 | 0.00% | 1 | 100.00% | 0 | 0.00% |
| Total | 3451 | 2166 | 2146 | 1621 | 75.54% | 523 | 24.37% | 2 | 0.09% |
| PINE LOG | | | | | | | | | |
| Polling | 1809 | 889 | 875 | 775 | 88.57% | 97 | 11.09% | 3 | 0.34% |
| Absentee by Mail | 1809 | 42 | 42 | 36 | 85.71% | 6 | 14.29% | 0 | 0.00% |
| Advance in Person | 1809 | 294 | 293 | 270 | 92.15% | 23 | 7.85% | 0 | 0.00% |
| Provisional | 1809 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Total | 1809 | 1225 | 1210 | 1081 | 89.34% | 126 | 10.41% | 3 | 0.25% |
| TAYLORSVILLE | | | | | | | | | |
| Polling | 2481 | 1139 | 1118 | 1021 | 91.32% | 97 | 8.68% | 0 | 0.00% |
| Absentee by Mail | 2481 | 49 | 48 | 41 | 85.42% | 6 | 12.50% | 1 | 2.08% |
| Advance in Person | 2481 | 373 | 368 | 329 | 89.40% | 39 | 10.60% | 0 | 0.00% |
| Provisional | 2481 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Total | 2481 | 1561 | 1534 | 1391 | 90.68% | 142 | 9.26% | 1 | 0.07% |
| WHITE | | | | | | | | | |
| Polling | 2360 | 964 | 957 | 831 | 86.83% | 125 | 13.06% | 1 | 0.10% |
| Absentee by Mail | 2360 | 39 | 39 | 32 | 82.05% | 7 | 17.95% | 0 | 0.00% |
| Advance in Person | 2360 | 481 | 476 | 405 | 85.08% | 71 | 14.92% | 0 | 0.00% |
| Provisional | 2360 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Total | 2360 | 1484 | 1472 | 1268 | 86.14% | 203 | 13.79% | 1 | 0.07% |
| ZENA DRIVE | | | | | | | | | |
| Polling | 5592 | 1257 | 1232 | 782 | 63.47% | 450 | 36.53% | 0 | 0.00% |
| Absentee by Mail | 5592 | 146 | 145 | 74 | 51.03% | 71 | 48.97% | 0 | 0.00% |
| Advance in Person | 5592 | 1295 | 1274 | 818 | 64.21% | 456 | 35.79% | 0 | 0.00% |
| Provisional | 5592 | 4 | 4 | 1 | 25.00% | 3 | 75.00% | 0 | 0.00% |
| Total | 5592 | 2702 | 2655 | 1675 | 63.09% | 980 | 36.91% | 0 | 0.00% |
| WOODLAND HIGH | | | | | | | | | |
| Polling | 1516 | 486 | 471 | 375 | 79.62% | 96 | 20.38% | 0 | 0.00% |
| Absentee by Mail | 1516 | 49 | 49 | 33 | 67.35% | 16 | 32.65% | 0 | 0.00% |
| Advance in Person | 1516 | 343 | 339 | 247 | 72.86% | 92 | 27.14% | 0 | 0.00% |
| Provisional | 1516 | 0 | 0 | 0 | - | 0 | - | 0 | - |
| Total | 1516 | 878 | 859 | 655 | 76.25% | 204 | 23.75% | 0 | 0.00% |
| Total | | | | | | | | | |
| Polling | 64074 | 19625 | 19295 | 14991 | 77.69% | 4288 | 22.22% | 16 | 0.08% |
| Absentee by Mail | 64074 | 1572 | 1567 | 983 | 62.73% | 583 | 37.20% | 1 | 0.06% |
| Advance in Person | 64074 | 16211 | 16009 | 12215 | 76.30% | 3789 | 23.67% | 5 | 0.03% |
| Provisional | 64074 | 32 | 30 | 20 | 66.67% | 10 | 33.33% | 0 | 0.00% |
| Total | 64074 | 37440 | 36901 | 28209 | 76.45% | 8670 | 23.50% | 22 | 0.06% |