**Joseph Kirk**

**From:** Beth Howard <howardb@bartowga.org>
**Sent:** Thursday, November 1, 2018 3:12 PM
**To:** 'Joseph Kirk'
**Subject:** RE: Express Polls

That decision sounds good to me. ☺

*Beth Howard*
*Bartow County Board of Elections and Voter Registration*

Phone: 770-387-5098  Fax: 770-606-2245
Physical Address: 1300 Joe Frank Harris Pkwy, Cartersville GA 30120
Mailing Address: 135 W Cherokee Ave, Suite 106, Cartersville GA 30120

http://www.bartowga.org/departments/elections/index.php

**From:** Joseph Kirk [mailto:kirkj@bartowga.org]
**Sent:** Thursday, November 01, 2018 2:19 PM
**To:** 'Beth Howard' <howardb@bartowga.org>
**Subject:** RE: Express Polls

I understand your reluctance – I share the sentiment. The problem is that if we need them I have to send someone to get them during business hours. If we have two we can use for backups I think we should be ok.

**From:** Beth Howard <howardb@bartowga.org>
**Sent:** Thursday, November 1, 2018 10:28 AM
**To:** 'Joseph Kirk' <kirkj@bartowga.org>
**Subject:** RE: Express Polls

I will still have two backups but one of them is the one that was taking a long time to create a card at the civic center this week that we took down. If we borrow some to use as backups, how soon could we get them because I am guessing we would have to do L&A on those too. I hate to say we will be fine with what we have and then have a problem.

*Beth Howard*
*Bartow County Board of Elections and Voter Registration*

Phone: 770-387-5098  Fax: 770-606-2245
Physical Address: 1300 Joe Frank Harris Pkwy, Cartersville GA 30120
Mailing Address: 135 W Cherokee Ave, Suite 106, Cartersville GA 30120

http://www.bartowga.org/departments/elections/index.php

**From:** Joseph Kirk [mailto:kirkj@bartowga.org]
**Sent:** Thursday, November 01, 2018 9:48 AM


PLAINTIFF'S EXHIBIT 58

1

Bartow 000270

**To:** 'Beth Howard' <howardb@bartowga.org>
**Subject:** RE: Express Polls

Yes we can do that – just make the changes to the paperwork to document what we did, why we did it, and what the new seal number is. The state has also offered to let us borrow some ExpressPolls if we need them. Do you think I need to take them up on their offer?

**From:** Beth Howard <howardb@bartowga.org>
**Sent:** Thursday, November 1, 2018 8:45 AM
**To:** Joseph Kirk <kirkj@bartowga.org>
**Subject:** Express Polls

Hi Joseph, I have an Express Poll that I would like to use in place of the one that won't come on (it was not tested during L & A). Would it be possible to, unset for election, one of the Adairsville machines to test it on or do you have another suggestion?

Thanks

## *Beth Howard*
*Bartow County Board of Elections and Voter Registration*

Phone: 770-387-5098  Fax: 770-606-2245
Physical Address: 1300 Joe Frank Harris Pkwy, Cartersville GA 30120
Mailing Address: 135 W Cherokee Ave, Suite 106, Cartersville GA 30120

*http://www.bartowga.org/departments/elections/index.php*

**Joseph Kirk**

| | |
|---|---|
| From: | Beth Howard <howardb@bartowga.org> |
| Sent: | Wednesday, October 10, 2018 8:43 AM |
| To: | Joseph Kirk |
| Subject: | Repeat of the heading on the Advance Hearing Ballot |

During L & A Testing, on occasion, the Advance hearing ballot would restart reading the heading when it would get to the county name of Bartow and say Bartow twice. I changed the cards used, the ballot style, the DRE machine, the Express Poll and the headset and none of these seemed to be the specific reason, it was just a random thing that happened and I could not pinpoint the source of the problem. This was not a problem during the reading of the races and candidates.

Thanks

*Beth Howard*
*Bartow County Board of Elections and Voter Registration*

Phone: 770-387-5098   Fax: 770-606-2245
Physical Address: 1300 Joe Frank Harris Pkwy, Cartersville GA 30120
Mailing Address: 135 W Cherokee Ave, Suite 106, Cartersville GA 30120

*http://www.bartowga.org/departments/elections/index.php*

**Joseph Kirk**

**From:** Beth Howard <howardb@bartowga.org>
**Sent:** Thursday, November 1, 2018 9:19 AM
**To:** Joseph Kirk
**Subject:** FW: ENR Results Page not showing Governors Race

*Beth Howard*
*Bartow County Board of Elections and Voter Registration*

Phone: 770-387-5098  Fax: 770-606-2245
Physical Address: 1300 Joe Frank Harris Pkwy, Cartersville GA 30120
Mailing Address: 135 W Cherokee Ave, Suite 106, Cartersville GA 30120

*http://www.bartowga.org/departments/elections/index.php*


**From:** Frechette, Melanie [mailto:mfrechette@sos.ga.gov]
**Sent:** Thursday, November 01, 2018 9:18 AM
**To:** Beth Howard <howardb@bartowga.org>
**Subject:** RE: ENR Results Page not showing Governors Race

Beth,

We think you might have a database error. CES will be calling you to make a change in your database. It looks like an export code that should be five characters long is only four.

Melanie

**From:** Beth Howard <howardb@bartowga.org>
**Sent:** Thursday, November 1, 2018 8:35 AM
**To:** Frechette, Melanie <mfrechette@sos.ga.gov>
**Subject:** ENR Results Page not showing Governors Race

EXTERNAL EMAIL: Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi Melanie,

I am proofing the upload for the ENR page before publishing and it is not showing the Governor's Race.

Thanks

*Beth Howard*
*Bartow County Board of Elections and Voter Registration*

Phone: 770-387-5098  Fax: 770-606-2245
Physical Address: 1300 Joe Frank Harris Pkwy, Cartersville GA 30120
Mailing Address: 135 W Cherokee Ave, Suite 106, Cartersville GA 30120

1

Bartow 000273

*http://www.bartowga.org/departments/elections/index.php*

2

Bartow 000274

## Joseph Kirk

**From:** Beth Howard <howardb@bartowga.org>
**Sent:** Thursday, November 1, 2018 10:29 AM
**To:** Joseph Kirk
**Subject:** FYI, I corrected the database

I corrected the database (per Michael Barnes) and finished the test upload in ENR.

Thanks

### *Beth Howard*
*Bartow County Board of Elections and Voter Registration*

Phone: 770-387-5098  Fax: 770-606-2245
Physical Address: 1300 Joe Frank Harris Pkwy, Cartersville GA 30120
Mailing Address: 135 W Cherokee Ave, Suite 106, Cartersville GA 30120

*http://www.bartowga.org/departments/elections/index.php*

1

Bartow 000275

# Joseph Kirk

**From:** Joseph Kirk <kirkj@bartowga.org>
**Sent:** Saturday, October 27, 2018 2:03 PM
**To:** 'Hallman, John'
**Subject:** RE: Re[2]: Server Slowdown

I'm not anymore but at the time I was on A3 and it was running slower but very steady.

-----Original Message-----
From: Hallman, John <jhallman@sos.ga.gov>
Sent: Saturday, October 27, 2018 2:02 PM
To: Joseph Kirk <kirkj@bartowga.org>
Subject: RE: Re[2]: Server Slowdown

That one is working better?  Which one are you on now?

-----Original Message-----
From: Joseph Kirk <kirkj@bartowga.org>
Sent: Saturday, October 27, 2018 2:01 PM
To: Hallman, John <jhallman@sos.ga.gov>
Subject: RE: Re[2]: Server Slowdown

Do not click any links or open any attachments unless you trust the sender and know the content is safe.

I'm not sure - I got onto a different server.

-----Original Message-----
From: Hallman, John <jhallman@sos.ga.gov>
Sent: Saturday, October 27, 2018 1:56 PM
To: Kirk, Joseph <kirkj@bartowga.org>
Subject: RE: Re[2]: Server Slowdown

Joseph,

Still no improvement?

Thanks,

John

-----Original Message-----
From: Kirk, Joseph <kirkj@bartowga.org>
Sent: Saturday, October 27, 2018 1:05 PM
To: Hallman, John <jhallman@sos.ga.gov>
Subject: Re[2]: Server Slowdown

Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Bartow 000276

I think a1 is stopped now possibly b3 too


-----Original Message-----
Subject: Re: Server Slowdown
From: "Hallman, John" <jhallman@sos.ga.gov>
To: "Joseph Kirk" <kirkj@bartowga.org>
Date: 2018/10/27 17:25:54

Thanks Joseph. We're looking into it.

Sent from my iPhone

On Oct 27, 2018, at 11:24 AM, Joseph Kirk <kirkj@bartowga.org<mailto:kirkj@bartowga.org>> wrote:

EXTERNAL EMAIL: Do not click any links or open any attachments unless you trust the sender and know the content is safe.
It sounds like A1 and B3 are slowing down.

Joseph Kirk
Bartow County Elections Supervisor

1300 Joe Frank Harris Pkwy.
Cartersville, GA 30120

Phone: 770-387-5098
Fax: 770-606-2245

# Joseph Kirk

| | |
|---|---|
| **From:** | Joseph Kirk <kirkj@bartowga.org> |
| **Sent:** | Monday, October 29, 2018 11:19 AM |
| **To:** | 'Hallman, John' |
| **Subject:** | Server Slowdown |

They're telling me that A4 and B3 are starting to slow down some. I'm not there to see it – just passing the information along.

## Joseph Kirk
*Bartow County Elections Supervisor*

1300 Joe Frank Harris Pkwy.
Cartersville, GA 30120

Phone: 770-387-5098
Fax: 770-606-2245

1

# Joseph Kirk

**From:** Hallman, John <jhallman@sos.ga.gov>
**Sent:** Tuesday, October 30, 2018 10:20 AM
**To:** Billard, Cheryl
**Cc:** Joseph Kirk
**Subject:** RE: Server Slowdown

Cheryl,

That is great news. Yes please keep me posted. I am cautiously optimistic.

Thanks,

John

**From:** Billard, Cheryl <billardc@bartowga.org>
**Sent:** Tuesday, October 30, 2018 10:10 AM
**To:** Hallman, John <jhallman@sos.ga.gov>
**Cc:** Joseph Kirk <kirkj@bartowga.org>
**Subject:** Re: Server Slowdown

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

I'm sitting down at the computers in AV right now and it's speeding along nicely. Both are server A1. I can touch base with our satellites in a bit too if needed.

Would you like us to keep you posted about any performance dips over the day?

Cheryl Billard
Assistant Election Supervisor
Bartow County Elections

W: (770) 387-5098
C: (678) 899-9228

On Oct 30, 2018, at 10:06 AM, Hallman, John <jhallman@sos.ga.gov> wrote:

> Joseph and Cheryl,
>
> We are approaching the time period when reports of slow response time started yesterday. Have you seen any slowdown in the system yet today? We are trying to gauge whether the changes we made last night had an impact, and any feedback would be appreciated.
>
> Thanks,
>
> John

1

**From:** Joseph Kirk <kirkj@bartowga.org>
**Sent:** Monday, October 29, 2018 11:19 AM
**To:** Hallman, John <jhallman@sos.ga.gov>
**Subject:** Server Slowdown

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

They're telling me that A4 and B3 are starting to slow down some. I'm not there to see it – just passing the information along.

## Joseph Kirk
*Bartow County Elections Supervisor*

1300 Joe Frank Harris Pkwy.
Cartersville, GA 30120

Phone: 770-387-5098
Fax: 770-606-2245

2

Bartow 000280