# Ballot and Audio Proofs Sign-off Sheet

_____ Bartow _____ County

**Review the ballot proofs and audio files for your county's election.**

❖ Insure in your **audio files** that all **local** names are pronounced correctly and that all **local** questions are complete and correct.
❖ Insure on your **ballot proofs** that:
  ✓ All Federal, State and Local candidate names are in the correct race
  ✓ Verify spelling
  ✓ Verify order of races and candidates
  ✓ Verify write-ins where applicable

  ✓ For Federal and State candidates, refer to the SOS's qualified candidate list.
  ✓ Verify incumbency, party affiliation (if applicable), title completion, headers, date of election, etc.

If any corrections are to be made, identify the error, correct it, mark the appropriate check box, sign and date the bottom of the form and then fax the pages in error and this cover sheet to 404-657-5372 **IMMEDIATELY.**

If everything is correct, mark the appropriate check box, provide the name of the printer to whom print files should be provided, sign and date the bottom of this page and fax it to 404-657-5372. **A confirmation email will be sent once your form is received. If you have not received an email within 2-4 business hours, please call 404-654-6010.**

☐ **Ballot Proofs need to be corrected**

Corrections to be made:
_____
_____
_____
_____
_____

☐ **Audio Files need to be corrected**

Corrections to be made:
_____
_____
_____
_____
_____

☒ **I have thoroughly reviewed and accept the Ballot Proofs and Audio Files as correct.**

Forward to _Tatnall_ for Printing

Signature: _____     Date: _8/29/18_

Printed Name: _Joseph Kirk_

PLAINTIFF'S EXHIBIT 54
PENGAD 800-631-6989

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.* [OCGA 21-2-285(h) and 21-2-382(a)]

---

**For Governor**
(Vote for One)

◯ BRIAN KEMP
Republican

◯ STACEY ABRAMS
Democrat

◯ TED METZ
Libertarian

◯
Write-In

**For Lieutenant Governor**
(Vote for One)

◯ GEOFF DUNCAN
Republican

◯ SARAH RIGGS AMICO
Democrat

◯
Write-In

**For Secretary of State**
(Vote for One)

◯ BRAD RAFFENSPERGER
Republican

◯ JOHN BARROW
Democrat

◯ SMYTHE DUVAL
Libertarian

◯
Write-In

**For Attorney General**
(Vote for One)

◯ CHRIS CARR
(Incumbent) Republican

◯ CHARLIE BAILEY
Democrat

◯
Write-In

**For Commissioner of Agriculture**
(Vote for One)

◯ GARY BLACK
(Incumbent) Republican

◯ FRED SWANN
Democrat

◯
Write-In

---

**For Commissioner of Insurance**
(Vote for One)

◯ JIM BECK
Republican

◯ JANICE LAWS
Democrat

◯ DONNIE FOSTER
Libertarian

◯
Write-In

**For State School Superintendent**
(Vote for One)

◯ RICHARD WOODS
(Incumbent) Republican

◯ OTHA E. THORNTON, JR.
Democrat

◯
Write-In

**For Commissioner of Labor**
(Vote for One)

◯ MARK BUTLER
(Incumbent) Republican

◯ RICHARD KEATLEY
Democrat

◯
Write-In

**For Public Service Commissioner**
(To Succeed Chuck Eaton)
(Vote for One)

◯ CHUCK EATON
(Incumbent) Republican

◯ LINDY MILLER
Democrat

◯ RYAN GRAHAM
Libertarian

◯
Write-In

**For Public Service Commissioner**
(To Succeed Tricia Pridemore)
(Vote for One)

◯ TRICIA PRIDEMORE
(Incumbent) Republican

◯ DAWN A. RANDOLPH
Democrat

◯ JOHN TURPISH
Libertarian

◯
Write-In

---

**For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia**
(Vote for One)

◯ BARRY LOUDERMILK
(Incumbent) Republican

◯ FLYNN D. BROADY, JR.
Democrat

◯
Write-In

**For State Senator From 52nd District**
(Vote for One)

◯ CHUCK HUFSTETLER
(Incumbent) Republican

◯ EVAN ROSS
Democrat

◯
Write-In

**For State Representative in the General Assembly From 14th District**
(Vote for One)

◯ CHRISTIAN COOMER
(Incumbent) Republican

◯
Write-In

**For Coosa River Soil and Water Conservation District Supervisor**
(Vote for One)

◯ JAMES BRENT NELSON
(Incumbent)

◯
Write-In

---

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to preserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

◯ YES

◯ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

◯ YES

◯ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law" (OCGA 21-2-385(h) and 21-2-383(a))*

---

**For Governor**
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ _____
Write-In

**For Lieutenant Governor**
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ _____
Write-In

**For Secretary of State**
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ _____
Write-In

**For Attorney General**
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ _____
Write-In

**For Commissioner of Agriculture**
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○ _____
Write-In

---

**For Commissioner of Insurance**
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ _____
Write-In

**For State School Superintendent**
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ _____
Write-In

**For Commissioner of Labor**
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ _____
Write-In

**For Public Service Commissioner**
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ _____
Write-In

**For Public Service Commissioner**
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ _____
Write-In

---

**For U.S. Representative in 11th Congress From the 11th Congressional District of Georgia**
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ _____
Write-In

**For State Senator From 52nd District**
(Vote for One)

○ CHUCK HUFSTETLER
(Incumbent) Republican

○ EVAN ROSS
Democrat

○ _____
Write-In

**For State Representative in the General Assembly From 14th District**
(Vote for One)

○ CHRISTIAN COOMER
(Incumbent) Republican

○ _____
Write-In

**For Coosa River Soil and Water Conservation District Supervisor**
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○ _____
Write-In

---

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

**- 2 -**

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

FRONT Card 1 RptPct 100 "KINGSTON"

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (OCGA 21-2-385(h) and 21-2-383(a))*

---

**For Governor**
(Vote for One)

○ **BRIAN KEMP**
Republican

○ **STACEY ABRAMS**
Democrat

○ **TED METZ**
Libertarian

○ _____
Write-in

**For Lieutenant Governor**
(Vote for One)

○ **GEOFF DUNCAN**
Republican

○ **SARAH RIGGS AMICO**
Democrat

○ _____
Write-in

**For Secretary of State**
(Vote for One)

○ **BRAD RAFFENSPERGER**
Republican

○ **JOHN BARROW**
Democrat

○ **SMYTHE DUVAL**
Libertarian

○ _____
Write-in

**For Attorney General**
(Vote for One)

○ **CHRIS CARR**
(incumbent) Republican

○ **CHARLIE BAILEY**
Democrat

○ _____
Write-in

**For Commissioner of Agriculture**
(Vote for One)

○ **GARY BLACK**
(incumbent) Republican

○ **FRED SWANN**
Democrat

○ _____
Write-in

---

**For Commissioner of Insurance**
(Vote for One)

○ **JIM BECK**
Republican

○ **JANICE LAWS**
Democrat

○ **DONNIE FOSTER**
Libertarian

○ _____
Write-in

**For State School Superintendent**
(Vote for One)

○ **RICHARD WOODS**
(incumbent) Republican

○ **OTHA E. THORNTON, JR.**
Democrat

○ _____
Write-in

**For Commissioner of Labor**
(Vote for One)

○ **MARK BUTLER**
(incumbent) Republican

○ **RICHARD KEATLEY**
Democrat

○ _____
Write-in

**For Public Service Commissioner**
(To Succeed Chuck Eaton)
(Vote for One)

○ **CHUCK EATON**
(incumbent) Republican

○ **LINDY MILLER**
Democrat

○ **RYAN GRAHAM**
Libertarian

○ _____
Write-in

**For Public Service Commissioner**
(To Succeed Tricia Pridemore)
(Vote for One)

○ **TRICIA PRIDEMORE**
(incumbent) Republican

○ **DAWN A. RANDOLPH**
Democrat

○ **JOHN TURPISH**
Libertarian

○ _____
Write-in

---

**For U.S. Representative in 11th Congress From the 11th Congressional District of Georgia**
(Vote for One)

○ **BARRY LOUDERMILK**
(incumbent) Republican

○ **FLYNN D. BROADY, JR.**
Democrat

○ _____
Write-in

**For State Senator From 14th District**
(Vote for One)

○ **BRUCE THOMPSON**
(incumbent) Republican

○ **RACHEL A. KINSEY**
Democrat

○ _____
Write-in

**For State Representative in the General Assembly From 15th District**
(Vote for One)

○ **MATTHEW GAMBILL**
Republican

○ _____
Write-in

**For County Board of Education District 2**
(Vote for One)

○ **TERRY LEE EGGERT**
Republican

○ _____
Write-in

**For Coosa River Soil and Water Conservation District Supervisor**
(Vote for One)

○ **JAMES BRENT NELSON**
(incumbent)

○ _____
Write-in

---

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

**- 2 -**

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

---

**TURN BALLOT OVER TO CONTINUE VOTING**

FRONT Card 2 RptPct 20 "ALLATOONA"

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (OCGA 21-2-285(h) and 21-2-383(a))*

### For Governor
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ _____ Write-In

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ _____ Write-In

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ _____ Write-In

### For Attorney General
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ _____ Write-In

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○ _____ Write-In

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ _____ Write-In

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ _____ Write-In

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ _____ Write-In

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ _____ Write-In

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ _____ Write-In

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ _____ Write-In

### For State Senator From 14th District
(Vote for One)

○ BRUCE THOMPSON
(Incumbent) Republican

○ RACHEL A. KINSEY
Democrat

○ _____ Write-In

### For State Representative in the General Assembly From 15th District
(Vote for One)

○ MATTHEW GAMBILL
Republican

○ _____ Write-In

### For County Board of Education District 2
(Vote for One)

○ TERRY LEE EGGERT
Republican

○ _____ Write-In

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○ _____ Write-In

### PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

- 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

## BARTOW COUNTY

### OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

OFFICIAL GENERAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 6, 2018

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(a) and 21-2-383(a)]

### For Governor
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○
Write-In

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○
Write-In

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○
Write-In

### For Attorney General
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○
Write-In

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○
Write-In

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○
Write-In

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○
Write-In

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○
Write-In

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○
Write-In

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○
Write-In

### For U.S. Representative in 11th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○
Write-In

### For State Senator From 14th District
(Vote for One)

○ BRUCE THOMPSON
(Incumbent) Republican

○ RACHEL A. KINSEY
Democrat

○
Write-In

### For State Representative in the General Assembly From 15th District
(Vote for One)

○ MATTHEW GAMBILL
Republican

○
Write-In

### For County Board of Education District 2
(Vote for One)

○ TERRY LEE EGGERT
Republican

○
Write-In

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○
Write-In

### PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

- 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

**- 3 -**

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

**- 4 -**

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

**- 5 -**

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

---

## PROPOSED STATEWIDE REFERENDA

**- A -**

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

**- B -**

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates then the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (OCGA 21-2-285(h) and 21-2-383(a))*

---

**For Governor**
(Vote for One)

◯ BRIAN KEMP
Republican

◯ STACEY ABRAMS
Democrat

◯ TED METZ
Libertarian

◯ _____
Write-in

**For Lieutenant Governor**
(Vote for One)

◯ GEOFF DUNCAN
Republican

◯ SARAH RIGGS AMICO
Democrat

◯ _____
Write-in

**For Secretary of State**
(Vote for One)

◯ BRAD RAFFENSPERGER
Republican

◯ JOHN BARROW
Democrat

◯ SMYTHE DUVAL
Libertarian

◯ _____
Write-in

**For Attorney General**
(Vote for One)

◯ CHRIS CARR
(Incumbent) Republican

◯ CHARLIE BAILEY
Democrat

◯ _____
Write-In

**For Commissioner of Agriculture**
(Vote for One)

◯ GARY BLACK
(Incumbent) Republican

◯ FRED SWANN
Democrat

◯ _____
Write-In

---

**For Commissioner of Insurance**
(Vote for One)

◯ JIM BECK
Republican

◯ JANICE LAWS
Democrat

◯ DONNIE FOSTER
Libertarian

◯ _____
Write-In

**For State School Superintendent**
(Vote for One)

◯ RICHARD WOODS
(Incumbent) Republican

◯ OTHA E. THORNTON, JR.
Democrat

◯ _____
Write-In

**For Commissioner of Labor**
(Vote for One)

◯ MARK BUTLER
(Incumbent) Republican

◯ RICHARD KEATLEY
Democrat

◯ _____
Write-In

**For Public Service Commissioner**
(To Succeed Chuck Eaton)
(Vote for One)

◯ CHUCK EATON
(Incumbent) Republican

◯ LINDY MILLER
Democrat

◯ RYAN GRAHAM
Libertarian

◯ _____
Write-In

**For Public Service Commissioner**
(To Succeed Tricia Pridemore)
(Vote for One)

◯ TRICIA PRIDEMORE
(Incumbent) Republican

◯ DAWN A. RANDOLPH
Democrat

◯ JOHN TURPISH
Libertarian

◯ _____
Write-In

---

**For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia**
(Vote for One)

◯ BARRY LOUDERMILK
(Incumbent) Republican

◯ FLYNN D. BROADY, JR.
Democrat

◯ _____
Write-in

**For State Senator From 14th District**
(Vote for One)

◯ BRUCE THOMPSON
(Incumbent) Republican

◯ RACHEL A. KINSEY
Democrat

◯ _____
Write-In

**For State Representative in the General Assembly From 15th District**
(Vote for One)

◯ MATTHEW GAMBILL
Republican

◯ _____
Write-In

**For County Board of Education District 2**
(Vote for One)

◯ TERRY LEE EGGERT
Republican

◯ _____
Write-In

**For Coosa River Soil and Water Conservation District Supervisor**
(Vote for One)

◯ JAMES BRENT NELSON
(Incumbent)

◯ _____
Write-In

---

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

◯ YES
◯ NO

**- 2 -**

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

◯ YES
◯ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-383(a)]*

### For Governor
(Vote for One)

- ⬛ **BRIAN KEMP** Republican
- ⬛ **STACEY ABRAMS** Democrat
- ⬛ **TED METZ** Libertarian
- ⬛ _____ Write-In

### For Lieutenant Governor
(Vote for One)

- ⬛ **GEOFF DUNCAN** Republican
- ⬛ **SARAH RIGGS AMICO** Democrat
- ⬛ _____ Write-In

### For Secretary of State
(Vote for One)

- ⬛ **BRAD RAFFENSPERGER** Republican
- ⬛ **JOHN BARROW** Democrat
- ⬛ **SMYTHE DUVAL** Libertarian
- ⬛ _____ Write-In

### For Attorney General
(Vote for One)

- ⬛ **CHRIS CARR** (Incumbent) Republican
- ⬛ **CHARLIE BAILEY** Democrat
- ⬛ _____ Write-In

### For Commissioner of Agriculture
(Vote for One)

- ⬛ **GARY BLACK** (Incumbent) Republican
- ⬛ **FRED SWANN** Democrat
- ⬛ _____ Write-In

### For Commissioner of Insurance
(Vote for One)

- ⬛ **JIM BECK** Republican
- ⬛ **JANICE LAWS** Democrat
- ⬛ **DONNIE FOSTER** Libertarian
- ⬛ _____ Write-In

### For State School Superintendent
(Vote for One)

- ⬛ **RICHARD WOODS** (Incumbent) Republican
- ⬛ **OTHA E. THORNTON, JR.** Democrat
- ⬛ _____ Write-In

### For Commissioner of Labor
(Vote for One)

- ⬛ **MARK BUTLER** (Incumbent) Republican
- ⬛ **RICHARD KEATLEY** Democrat
- ⬛ _____ Write-In

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

- ⬛ **CHUCK EATON** (Incumbent) Republican
- ⬛ **LINDY MILLER** Democrat
- ⬛ **RYAN GRAHAM** Libertarian
- ⬛ _____ Write-In

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

- ⬛ **TRICIA PRIDEMORE** (Incumbent) Republican
- ⬛ **DAWN A. RANDOLPH** Democrat
- ⬛ **JOHN TURPISH** Libertarian
- ⬛ _____ Write-In

### For U.S. Representative In 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

- ⬛ **BARRY LOUDERMILK** (Incumbent) Republican
- ⬛ **FLYNN D. BROADY, JR.** Democrat
- ⬛ _____ Write-In

### For State Senator From 14th District
(Vote for One)

- ⬛ **BRUCE THOMPSON** (Incumbent) Republican
- ⬛ **RACHEL A. KINSEY** Democrat
- ⬛ _____ Write-In

### For State Representative in the General Assembly From 15th District
(Vote for One)

- ⬛ **MATTHEW GAMBILL** Republican
- ⬛ _____ Write-In

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

- ⬛ **JAMES BRENT NELSON** (Incumbent)
- ⬛ _____ Write-In

### PROPOSED CONSTITUTIONAL AMENDMENTS

#### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138

"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

- ⬛ YES
- ⬛ NO

#### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130

"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

- ⬛ YES
- ⬛ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-383(a)]*

**For Governor**
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ _____
Write-In

**For Lieutenant Governor**
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ _____
Write-In

**For Secretary of State**
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ _____
Write-In

**For Attorney General**
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ _____
Write-In

**For Commissioner of Agriculture**
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○ _____
Write-In

**For Commissioner of Insurance**
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ _____
Write-In

**For State School Superintendent**
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ _____
Write-In

**For Commissioner of Labor**
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ _____
Write-In

**For Public Service Commissioner**
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ _____
Write-In

**For Public Service Commissioner**
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ _____
Write-In

**For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia**
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ _____
Write-In

**For State Senator From 14th District**
(Vote for One)

○ BRUCE THOMPSON
(Incumbent) Republican

○ RACHEL A. KINSEY
Democrat

○ _____
Write-In

**For State Representative in the General Assembly From 15th District**
(Vote for One)

○ MATTHEW GAMBILL
Republican

○ _____
Write-In

**For Coosa River Soil and Water Conservation District Supervisor**
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○ _____
Write-In

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

---

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-330(a)]

### For Governor
(Vote for One)

⬤ BRIAN KEMP
Republican

⬤ STACEY ABRAMS
Democrat

⬤ TED METZ
Libertarian

⬤
_____
Write-in

### For Lieutenant Governor
(Vote for One)

⬤ GEOFF DUNCAN
Republican

⬤ SARAH RIGGS AMICO
Democrat

⬤
_____
Write-in

### For Secretary of State
(Vote for One)

⬤ BRAD RAFFENSPERGER
Republican

⬤ JOHN BARROW
Democrat

⬤ SMYTHE DUVAL
Libertarian

⬤
_____
Write-in

### For Attorney General
(Vote for One)

⬤ CHRIS CARR
(incumbent) Republican

⬤ CHARLIE BAILEY
Democrat

⬤
_____
Write-in

### For Commissioner of Agriculture
(Vote for One)

⬤ GARY BLACK
(incumbent) Republican

⬤ FRED SWANN
Democrat

⬤
_____
Write-in

### For Commissioner of Insurance
(Vote for One)

⬤ JIM BECK
Republican

⬤ JANICE LAWS
Democrat

⬤ DONNIE FOSTER
Libertarian

⬤
_____
Write-in

### For State School Superintendent
(Vote for One)

⬤ RICHARD WOODS
(incumbent) Republican

⬤ OTHA E. THORNTON, JR.
Democrat

⬤
_____
Write-in

### For Commissioner of Labor
(Vote for One)

⬤ MARK BUTLER
(incumbent) Republican

⬤ RICHARD KEATLEY
Democrat

⬤
_____
Write-in

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

⬤ CHUCK EATON
(incumbent) Republican

⬤ LINDY MILLER
Democrat

⬤ RYAN GRAHAM
Libertarian

⬤
_____
Write-in

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

⬤ TRICIA PRIDEMORE
(incumbent) Republican

⬤ DAWN A. RANDOLPH
Democrat

⬤ JOHN TURPISH
Libertarian

⬤
_____
Write-in

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

⬤ BARRY LOUDERMILK
(incumbent) Republican

⬤ FLYNN D. BROADY, JR.
Democrat

⬤
_____
Write-in

### For State Senator From 14th District
(Vote for One)

⬤ BRUCE THOMPSON
(incumbent) Republican

⬤ RACHEL A. KINSEY
Democrat

⬤
_____
Write-in

### For State Representative in the General Assembly From 15th District
(Vote for One)

⬤ MATTHEW GAMBILL
Republican

⬤
_____
Write-in

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

⬤ JAMES BRENT NELSON
(incumbent)

⬤
_____
Write-in

### PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

⬤ YES
⬤ NO

- 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

⬤ YES
⬤ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

FRONT Card 3 RptPct 150-20  "208-ZENA"

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

## BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (■) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (■) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (■). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.* [OCGA 21-2-285(h) and 21-2-383(a)]

### For Governor
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ _____
Write-in

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ _____
Write-in

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ _____
Write-in

### For Attorney General
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ _____
Write-in

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○ _____
Write-in

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ _____
Write-in

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ _____
Write-in

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ _____
Write-in

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ _____
Write-in

### For State Senator From 52nd District
(Vote for One)

○ CHUCK HUFSTETLER
(Incumbent) Republican

○ EVAN ROSS
Democrat

○ _____
Write-in

### For State Representative in the General Assembly From 15th District
(Vote for One)

○ MATTHEW GAMBILL
Republican

○ _____
Write-in

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○ _____
Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

FRONT Card 4 RptPct 30-40  "210-CVET"

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that lies within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-383(a)]

---

**For Governor**
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ _____
Write-in

**For Lieutenant Governor**
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ _____
Write-in

**For Secretary of State**
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ _____
Write-in

**For Attorney General**
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ _____
Write-in

**For Commissioner of Agriculture**
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○ _____
Write-in

---

**For Commissioner of Insurance**
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ _____
Write-in

**For State School Superintendent**
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ _____
Write-in

**For Commissioner of Labor**
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ _____
Write-in

**For Public Service Commissioner**
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ _____
Write-in

**For Public Service Commissioner**
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ _____
Write-in

---

**For U.S. Representative From the 11th Congressional District of Georgia**
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ _____
Write-in

**For State Senator From 52nd District**
(Vote for One)

○ CHUCK HUFSTETLER
(Incumbent) Republican

○ EVAN ROSS
Democrat

○ _____
Write-in

**For State Representative in the General Assembly From 15th District**
(Vote for One)

○ MATTHEW GAMBILL
Republican

○ _____
Write-in

**For Coosa River Soil and Water Conservation District Supervisor**
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○ _____
Write-in

---

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

**- 2 -**

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

---

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

**PROPOSED STATEWIDE REFERENDA**

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager at an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-383(a)]*

### For Governor
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ _____
Write-in

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ _____
Write-in

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ _____
Write-in

### For Attorney General
(Vote for One)

○ CHRIS CARR
(incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ _____
Write-in

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
(incumbent) Republican

○ FRED SWANN
Democrat

○ _____
Write-in

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ _____
Write-in

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
(incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ _____
Write-in

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
(incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ _____
Write-in

### For U.S. Representative in 114th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
(incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ _____
Write-in

### For State Senator From 52nd District
(Vote for One)

○ CHUCK HUFSTETLER
(incumbent) Republican

○ EVAN ROSS
Democrat

○ _____
Write-in

### For State Representative in the General Assembly From 15th District
(Vote for One)

○ MATTHEW GAMBILL
Republican

○ _____
Write-in

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
(incumbent)

○ _____
Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

### TURN BALLOT OVER TO CONTINUE VOTING

FRONT Card 4 SqtPct 80 "EUHARLEE"

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.* [OCGA 21-2-285(h) and 21-2-383(a)]

---

### For Governor
(Vote for One)

○ **BRIAN KEMP**
Republican

○ **STACEY ABRAMS**
Democrat

○ **TED METZ**
Libertarian

○ _____
Write-in

### For Lieutenant Governor
(Vote for One)

○ **GEOFF DUNCAN**
Republican

○ **SARAH RIGGS AMICO**
Democrat

○ _____
Write-in

### For Secretary of State
(Vote for One)

○ **BRAD RAFFENSPERGER**
Republican

○ **JOHN BARROW**
Democrat

○ **SMYTHE DUVAL**
Libertarian

○ _____
Write-in

### For Attorney General
(Vote for One)

○ **CHRIS CARR**
(incumbent) Republican

○ **CHARLIE BAILEY**
Democrat

○ _____
Write-in

### For Commissioner of Agriculture
(Vote for One)

○ **GARY BLACK**
(incumbent) Republican

○ **FRED SWANN**
Democrat

○ _____
Write-in

---

### For Commissioner of Insurance
(Vote for One)

○ **JIM BECK**
Republican

○ **JANICE LAWS**
Democrat

○ **DONNIE FOSTER**
Libertarian

○ _____
Write-in

### For State School Superintendent
(Vote for One)

○ **RICHARD WOODS**
(incumbent) Republican

○ **OTHA E. THORNTON, JR.**
Democrat

○ _____
Write-in

### For Commissioner of Labor
(Vote for One)

○ **MARK BUTLER**
(incumbent) Republican

○ **RICHARD KEATLEY**
Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ **CHUCK EATON**
(incumbent) Republican

○ **LINDY MILLER**
Democrat

○ **RYAN GRAHAM**
Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ **TRICIA PRIDEMORE**
(incumbent) Republican

○ **DAWN A. RANDOLPH**
Democrat

○ **JOHN TURPISH**
Libertarian

○ _____
Write-in

---

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ **BARRY LOUDERMILK**
(incumbent) Republican

○ **FLYNN D. BROADY, JR.**
Democrat

○ _____
Write-in

### For State Senator From 52nd District
(Vote for One)

○ **CHUCK HUFSTETLER**
(incumbent) Republican

○ **EVAN ROSS**
Democrat

○ _____
Write-in

### For State Representative in the General Assembly From 15th District
(Vote for One)

○ **MATTHEW GAMBILL**
Republican

○ _____
Write-in

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ **JAMES BRENT NELSON**
(incumbent)

○ _____
Write-in

---

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES

○ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES

○ NO

### TURN BALLOT OVER TO CONTINUE VOTING

---

FRONT Card 4 RptOst 110 "MISSION ROAD"

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-383(a)]

### For Governor
(Vote for One)

⬭ BRIAN KEMP
Republican

⬭ STACEY ABRAMS
Democrat

⬭ TED METZ
Libertarian

⬭ _____
Write-In

### For Lieutenant Governor
(Vote for One)

⬭ GEOFF DUNCAN
Republican

⬭ SARAH RIGGS AMICO
Democrat

⬭ _____
Write-In

### For Secretary of State
(Vote for One)

⬭ BRAD RAFFENSPERGER
Republican

⬭ JOHN BARROW
Democrat

⬭ SMYTHE DUVAL
Libertarian

⬭ _____
Write-In

### For Attorney General
(Vote for One)

⬭ CHRIS CARR
(Incumbent) Republican

⬭ CHARLIE BAILEY
Democrat

⬭ _____
Write-In

### For Commissioner of Agriculture
(Vote for One)

⬭ GARY BLACK
(Incumbent) Republican

⬭ FRED SWANN
Democrat

⬭ _____
Write-In

### For Commissioner of Insurance
(Vote for One)

⬭ JIM BECK
Republican

⬭ JANICE LAWS
Democrat

⬭ DONNIE FOSTER
Libertarian

⬭ _____
Write-In

### For State School Superintendent
(Vote for One)

⬭ RICHARD WOODS
(Incumbent) Republican

⬭ OTHA E. THORNTON, JR.
Democrat

⬭ _____
Write-In

### For Commissioner of Labor
(Vote for One)

⬭ MARK BUTLER
(Incumbent) Republican

⬭ RICHARD KEATLEY
Democrat

⬭ _____
Write-In

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

⬭ CHUCK EATON
(Incumbent) Republican

⬭ LINDY MILLER
Democrat

⬭ RYAN GRAHAM
Libertarian

⬭ _____
Write-In

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

⬭ TRICIA PRIDEMORE
(Incumbent) Republican

⬭ DAWN A. RANDOLPH
Democrat

⬭ JOHN TURPISH
Libertarian

⬭ _____
Write-In

### For U.S. Representative in 11th Congress From the 11th Congressional District of Georgia
(Vote for One)

⬭ BARRY LOUDERMILK
(Incumbent) Republican

⬭ FLYNN D. BROADY, JR.
Democrat

⬭ _____
Write-In

### For State Senator From 14th District
(Vote for One)

⬭ BRUCE THOMPSON
(Incumbent) Republican

⬭ RACHEL A. KINSEY
Democrat

⬭ _____
Write-In

### For State Representative in the General Assembly From 14th District
(Vote for One)

⬭ CHRISTIAN COOMER
(Incumbent) Republican

⬭ _____
Write-In

### For County Board of Education District 3
(Vote for One)

⬭ DEREK KEENEY
(Incumbent) Republican

⬭ WILLIE COOMBS
Democrat

⬭ _____
Write-In

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

⬭ JAMES BRENT NELSON
(Incumbent)

⬭ _____
Write-In

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

**Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.**

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

⬭ YES
⬭ NO

### - 2 -

**Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.**

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

⬭ YES
⬭ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-380(a)]

---

### For Governor
(Vote for One)

◯ BRIAN KEMP
  Republican

◯ STACEY ABRAMS
  Democrat

◯ TED METZ
  Libertarian

◯ _____ Write-in

### For Lieutenant Governor
(Vote for One)

◯ GEOFF DUNCAN
  Republican

◯ SARAH RIGGS AMICO
  Democrat

◯ _____ Write-in

### For Secretary of State
(Vote for One)

◯ BRAD RAFFENSPERGER
  Republican

◯ JOHN BARROW
  Democrat

◯ SMYTHE DUVAL
  Libertarian

◯ _____ Write-in

### For Attorney General
(Vote for One)

◯ CHRIS CARR
  (incumbent) Republican

◯ CHARLIE BAILEY
  Democrat

◯ _____ Write-in

### For Commissioner of Agriculture
(Vote for One)

◯ GARY BLACK
  (incumbent) Republican

◯ FRED SWANN
  Democrat

◯ _____ Write-in

---

### For Commissioner of Insurance
(Vote for One)

◯ JIM BECK
  Republican

◯ JANICE LAWS
  Democrat

◯ DONNIE FOSTER
  Libertarian

◯ _____ Write-in

### For State School Superintendent
(Vote for One)

◯ RICHARD WOODS
  (incumbent) Republican

◯ OTHA E. THORNTON, JR.
  Democrat

◯ _____ Write-in

### For Commissioner of Labor
(Vote for One)

◯ MARK BUTLER
  (incumbent) Republican

◯ RICHARD KEATLEY
  Democrat

◯ _____ Write-in

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

◯ CHUCK EATON
  (incumbent) Republican

◯ LINDY MILLER
  Democrat

◯ RYAN GRAHAM
  Libertarian

◯ _____ Write-in

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

◯ TRICIA PRIDEMORE
  (incumbent) Republican

◯ DAWN A. RANDOLPH
  Democrat

◯ JOHN TURPISH
  Libertarian

◯ _____ Write-in

---

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

◯ BARRY LOUDERMILK
  (incumbent) Republican

◯ FLYNN D. BROADY, JR.
  Democrat

◯ _____ Write-in

### For State Senator From 14th District
(Vote for One)

◯ BRUCE THOMPSON
  (incumbent) Republican

◯ RACHEL A. KINSEY
  Democrat

◯ _____ Write-in

### For State Representative in the General Assembly From 14th District
(Vote for One)

◯ CHRISTIAN COOMER
  (incumbent) Republican

◯ _____ Write-in

### For County Board of Education District 1
(Vote for One)

◯ TONY ROSS
  Republican

◯ LARRY SLOCUM
  Democrat

◯ _____ Write-in

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

◯ JAMES BRENT NELSON
  (incumbent)

◯ _____ Write-in

---

### PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

◯ YES

◯ NO

- 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

◯ YES

◯ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

---

FRONT Card 6 RptPct 60-5 "142-CENT"

**- 3 -**

**Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.**

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

**- 4 -**

**Provides rights for victims of crime in the judicial process.**

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

**- 5 -**

**Authorizes fair allocation of sales tax proceeds to county and city school districts.**

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

**- A -**

**Provides for a homestead exemption for residents of certain municipal corporations.**

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

**- B -**

**Provides a tax exemption for certain homes for the mentally disabled.**

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.* [OCGA 21-2-285(h) and 21-2-383(a)]

### For Governor
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ _____
Write-In

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ _____
Write-In

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ _____
Write-In

### For Attorney General
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ _____
Write-In

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○ _____
Write-In

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ _____
Write-In

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ _____
Write-In

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ _____
Write-In

### For U.S. Representative In 11th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ _____
Write-In

### For State Senator From 14th District
(Vote for One)

○ BRUCE THOMPSON
(Incumbent) Republican

○ RACHEL A. KINSEY
Democrat

○ _____
Write-In

### For State Representative in the General Assembly From 14th District
(Vote for One)

○ CHRISTIAN COOMER
(Incumbent) Republican

○ _____
Write-In

### For County Board of Education District 1
(Vote for One)

○ TONY ROSS
Republican

○ LARRY SLOCUM
Democrat

○ _____
Write-In

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○ _____
Write-In

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138

"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130

"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

FRONT Card 6 RptPct 120 "PINE LOG"

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-385(a)]

---

### For Governor
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ _____
Write-In

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ _____
Write-In

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ _____
Write-In

### For Attorney General
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ _____
Write-In

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○ _____
Write-In

---

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ _____
Write-In

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ _____
Write-In

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ _____
Write-In

---

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ _____
Write-In

### For State Senator From 14th District
(Vote for One)

○ BRUCE THOMPSON
(Incumbent) Republican

○ RACHEL A. KINSEY
Democrat

### For State Representative in the General Assembly From 14th District
(Vote for One)

○ CHRISTIAN COOMER
(Incumbent) Republican

○ _____
Write-In

### For County Board of Education District 1
(Vote for One)

○ TONY ROSS
Republican

○ LARRY SLOCUM
Democrat

○ _____
Write-In

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○ _____
Write-In

---

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

**- 2 -**

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

FRONT Card 6 RptPct 140 "WHITE"

**- 3 -**

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

**- 4 -**

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

**- 5 -**

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

**PROPOSED STATEWIDE REFERENDA**

**- A -**

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

**- B -**

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-383(a)]

### For Governor
(Vote for One)

- ○ BRIAN KEMP
  Republican
- ○ STACEY ABRAMS
  Democrat
- ○ TED METZ
  Libertarian
- ○
  Write-in

### For Lieutenant Governor
(Vote for One)

- ○ GEOFF DUNCAN
  Republican
- ○ SARAH RIGGS AMICO
  Democrat
- ○
  Write-in

### For Secretary of State
(Vote for One)

- ○ BRAD RAFFENSPERGER
  Republican
- ○ JOHN BARROW
  Democrat
- ○ SMYTHE DUVAL
  Libertarian
- ○
  Write-in

### For Attorney General
(Vote for One)

- ○ CHRIS CARR
  (incumbent) Republican
- ○ CHARLIE BAILEY
  Democrat
- ○
  Write-in

### For Commissioner of Agriculture
(Vote for One)

- ○ GARY BLACK
  (incumbent) Republican
- ○ FRED SWANN
  Democrat
- ○
  Write-in

### For Commissioner of Insurance
(Vote for One)

- ○ JIM BECK
  Republican
- ○ JANICE LAWS
  Democrat
- ○ DONNIE FOSTER
  Libertarian
- ○
  Write-in

### For State School Superintendent
(Vote for One)

- ○ RICHARD WOODS
  (incumbent) Republican
- ○ OTHA E. THORNTON, JR.
  Democrat
- ○
  Write-in

### For Commissioner of Labor
(Vote for One)

- ○ MARK BUTLER
  (incumbent) Republican
- ○ RICHARD KEATLEY
  Democrat
- ○
  Write-in

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

- ○ CHUCK EATON
  (incumbent) Republican
- ○ LINDY MILLER
  Democrat
- ○ RYAN GRAHAM
  Libertarian
- ○
  Write-in

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

- ○ TRICIA PRIDEMORE
  (incumbent) Republican
- ○ DAWN A. RANDOLPH
  Democrat
- ○ JOHN TURPISH
  Libertarian
- ○
  Write-in

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

- ○ BARRY LOUDERMILK
  (incumbent) Republican
- ○ FLYNN D. BROADY, JR.
  Democrat
- ○
  Write-in

### For State Senator From 52nd District
(Vote for One)

- ○ CHUCK HUFSTETLER
  (incumbent) Republican
- ○ EVAN ROSS
  Democrat
- ○
  Write-in

### For State Representative in the General Assembly From 15th District
(Vote for One)

- ○ MATTHEW GAMBILL
  Republican
- ○
  Write-in

### For County Board of Education District 2
(Vote for One)

- ○ TERRY LEE EGGERT
  Republican
- ○
  Write-in

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

- ○ JAMES BRENT NELSON
  (incumbent)
- ○
  Write-in

### PROPOSED CONSTITUTIONAL AMENDMENTS

#### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

- ○ YES
- ○ NO

#### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

- ○ YES
- ○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

FRONT Card 7 RptPct 70-5 "115-EMER"

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 287
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.* [OCGA 21-2-285(h) and 21-2-383(a)]

### For Governor
(Vote for One)

◯ BRIAN KEMP
Republican

◯ STACEY ABRAMS
Democrat

◯ TED METZ
Libertarian

◯ _____
Write-in

### For Lieutenant Governor
(Vote for One)

◯ GEOFF DUNCAN
Republican

◯ SARAH RIGGS AMICO
Democrat

◯ _____
Write-in

### For Secretary of State
(Vote for One)

◯ BRAD RAFFENSPERGER
Republican

◯ JOHN BARROW
Democrat

◯ SMYTHE DUVAL
Libertarian

◯ _____
Write-in

### For Attorney General
(Vote for One)

◯ CHRIS CARR
(Incumbent) Republican

◯ CHARLIE BAILEY
Democrat

◯ _____
Write-in

### For Commissioner of Agriculture
(Vote for One)

◯ GARY BLACK
(Incumbent) Republican

◯ FRED SWANN
Democrat

◯ _____
Write-in

### For Commissioner of Insurance
(Vote for One)

◯ JIM BECK
Republican

◯ JANICE LAWS
Democrat

◯ DONNIE FOSTER
Libertarian

◯ _____
Write-in

### For State School Superintendent
(Vote for One)

◯ RICHARD WOODS
(Incumbent) Republican

◯ OTHA E. THORNTON, JR.
Democrat

◯ _____
Write-in

### For Commissioner of Labor
(Vote for One)

◯ MARK BUTLER
(Incumbent) Republican

◯ RICHARD KEATLEY
Democrat

◯ _____
Write-in

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

◯ CHUCK EATON
(Incumbent) Republican

◯ LINDY MILLER
Democrat

◯ RYAN GRAHAM
Libertarian

◯ _____
Write-in

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

◯ TRICIA PRIDEMORE
(Incumbent) Republican

◯ DAWN A. RANDOLPH
Democrat

◯ JOHN TURPISH
Libertarian

◯ _____
Write-in

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

◯ BARRY LOUDERMILK
(Incumbent) Republican

◯ FLYNN D. BROADY, JR.
Democrat

◯ _____
Write-in

### For State Senator From 52nd District
(Vote for One)

◯ CHUCK HUFSTETLER
(Incumbent) Republican

◯ EVAN ROSS
Democrat

◯ _____
Write-in

### For State Representative in the General Assembly From 15th District
(Vote for One)

◯ MATTHEW GAMBILL
Republican

◯ _____
Write-in

### For County Board of Education District 2
(Vote for One)

◯ TERRY LEE EGGERT
Republican

◯ _____
Write-in

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

◯ JAMES BRENT NELSON
(Incumbent)

◯ _____
Write-in

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and local and state parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

◯ YES
◯ NO

**- 2 -**

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

◯ YES
◯ NO

TURN BALLOT OVER TO
CONTINUE VOTING

- 3 -

**Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.**

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

- 4 -

**Provides rights for victims of crime in the judicial process.**

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

- 5 -

**Authorizes fair allocation of sales tax proceeds to county and city school districts.**

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum on a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

## PROPOSED STATEWIDE REFERENDA

- A -

**Provides for a homestead exemption for residents of certain municipal corporations.**

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

- B -

**Provides a tax exemption for certain homes for the mentally disabled.**

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-383(a)]

---

### For Governor
(Vote for One)

○ BRIAN KEMP
  Republican

○ STACEY ABRAMS
  Democrat

○ TED METZ
  Libertarian

○ _____
  Write-in

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
  Republican

○ SARAH RIGGS AMICO
  Democrat

○ _____
  Write-in

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
  Republican

○ JOHN BARROW
  Democrat

○ SMYTHE DUVAL
  Libertarian

○ _____
  Write-in

### For Attorney General
(Vote for One)

○ CHRIS CARR
  (Incumbent) Republican

○ CHARLIE BAILEY
  Democrat

○ _____
  Write-in

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
  (Incumbent) Republican

○ FRED SWANN
  Democrat

○ _____
  Write-in

---

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
  Republican

○ JANICE LAWS
  Democrat

○ DONNIE FOSTER
  Libertarian

○ _____
  Write-in

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
  (Incumbent) Republican

○ OTHA E. THORNTON, JR.
  Democrat

○ _____
  Write-in

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
  (Incumbent) Republican

○ RICHARD KEATLEY
  Democrat

○ _____
  Write-in

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
  (Incumbent) Republican

○ LINDY MILLER
  Democrat

○ RYAN GRAHAM
  Libertarian

○ _____
  Write-in

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
  (Incumbent) Republican

○ DAWN A. RANDOLPH
  Democrat

○ JOHN TURPISH
  Libertarian

○ _____
  Write-in

---

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
  (Incumbent) Republican

○ FLYNN D. BROADY, JR.
  Democrat

○ _____
  Write-in

### For State Senator From 14th District
(Vote for One)

○ BRUCE THOMPSON
  (Incumbent) Republican

○ RACHEL A. KINSEY
  Democrat

○ _____
  Write-in

### For State Representative in the General Assembly From 14th District
(Vote for One)

○ CHRISTIAN COOMER
  (Incumbent) Republican

○ _____
  Write-in

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
  (Incumbent)

○ _____
  Write-in

---

### PROPOSED CONSTITUTIONAL AMENDMENTS

#### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

#### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

---

**TURN BALLOT OVER TO CONTINUE VOTING**

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-383(a)]

---

### For Governor
(Vote for One)

○ BRIAN KEMP
  Republican

○ STACEY ABRAMS
  Democrat

○ TED METZ
  Libertarian

○
Write-In

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
  Republican

○ SARAH RIGGS AMICO
  Democrat

○
Write-In

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
  Republican

○ JOHN BARROW
  Democrat

○ SMYTHE DUVAL
  Libertarian

○
Write-In

### For Attorney General
(Vote for One)

○ CHRIS CARR
  (Incumbent) Republican

○ CHARLIE BAILEY
  Democrat

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
  (Incumbent) Republican

○ FRED SWANN
  Democrat

○
Write-In

---

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
  Republican

○ JANICE LAWS
  Democrat

○ DONNIE FOSTER
  Libertarian

○
Write-In

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
  (Incumbent) Republican

○ OTHA E. THORNTON, JR.
  Democrat

○
Write-In

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
  (Incumbent) Republican

○ RICHARD KEATLEY
  Democrat

○
Write-In

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
  (Incumbent) Republican

○ LINDY MILLER
  Democrat

○ RYAN GRAHAM
  Libertarian

○
Write-In

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
  (Incumbent) Republican

○ DAWN A. RANDOLPH
  Democrat

○ JOHN TURPISH
  Libertarian

○
Write-In

---

### For U.S. Representative in 11th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
  (Incumbent) Republican

○ FLYNN D. BROADY, JR.
  Democrat

○
Write-In

### For State Senator From 14th District
(Vote for One)

○ BRUCE THOMPSON
  (Incumbent) Republican

○ RACHEL A. KINSEY
  Democrat

○
Write-In

### For State Representative in the General Assembly From 14th District
(Vote for One)

○ CHRISTIAN COOMER
  (Incumbent) Republican

○
Write-In

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
  (Incumbent)

○
Write-In

---

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

---

**TURN BALLOT OVER TO CONTINUE VOTING**

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-383(a)]

---

### For Governor
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ _____
Write-In

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ _____
Write-In

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ _____
Write-In

### For Attorney General
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ _____
Write-In

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○ _____
Write-In

---

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ _____
Write-In

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ _____
Write-In

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ _____
Write-In

---

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ _____
Write-In

### For State Senator From 14th District
(Vote for One)

○ BRUCE THOMPSON
(Incumbent) Republican

○ RACHEL A. KINSEY
Democrat

○ _____
Write-In

### For State Representative in the General Assembly From 14th District
(Vote for One)

○ CHRISTIAN COOMER
(Incumbent) Republican

○ _____
Write-In

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○ _____
Write-In

---

### PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

---

FRONT Card 8 RptPct 90 "FOLSOM"

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 26
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

BACK Card 8 RptPct 90  "FOLSOM"

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

OFFICIAL GENERAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 6, 2018

To vote, blacken the Oval (⬬) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬬) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬬). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.* [OCGA 21-2-285(h) and 21-2-383(a)]

### For Governor
(Vote for One)
- ⬬ BRIAN KEMP *Republican*
- ⬬ STACEY ABRAMS *Democrat*
- ⬬ TED METZ *Libertarian*
- ⬬ Write-in

### For Lieutenant Governor
(Vote for One)
- ⬬ GEOFF DUNCAN *Republican*
- ⬬ SARAH RIGGS AMICO *Democrat*
- ⬬ Write-in

### For Secretary of State
(Vote for One)
- ⬬ BRAD RAFFENSPERGER *Republican*
- ⬬ JOHN BARROW *Democrat*
- ⬬ SMYTHE DUVAL *Libertarian*
- ⬬ Write-in

### For Attorney General
(Vote for One)
- ⬬ CHRIS CARR *(incumbent) Republican*
- ⬬ CHARLIE BAILEY *Democrat*
- ⬬ Write-in

### For Commissioner of Agriculture
(Vote for One)
- ⬬ GARY BLACK *(incumbent) Republican*
- ⬬ FRED SWANN *Democrat*
- ⬬ Write-in

### For Commissioner of Insurance
(Vote for One)
- ⬬ JIM BECK *Republican*
- ⬬ JANICE LAWS *Democrat*
- ⬬ DONNIE FOSTER *Libertarian*
- ⬬ Write-in

### For State School Superintendent
(Vote for One)
- ⬬ RICHARD WOODS *(incumbent) Republican*
- ⬬ OTHA E. THORNTON, JR. *Democrat*
- ⬬ Write-in

### For Commissioner of Labor
(Vote for One)
- ⬬ MARK BUTLER *(incumbent) Republican*
- ⬬ RICHARD KEATLEY *Democrat*
- ⬬ Write-in

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)
- ⬬ CHUCK EATON *(incumbent) Republican*
- ⬬ LINDY MILLER *Democrat*
- ⬬ RYAN GRAHAM *Libertarian*
- ⬬ Write-in

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)
- ⬬ TRICIA PRIDEMORE *(incumbent) Republican*
- ⬬ DAWN A. RANDOLPH *Democrat*
- ⬬ JOHN TURPISH *Libertarian*
- ⬬ Write-in

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)
- ⬬ BARRY LOUDERMILK *(incumbent) Republican*
- ⬬ FLYNN D. BROADY, JR. *Democrat*
- ⬬ Write-in

### For State Senator From 52nd District
(Vote for One)
- ⬬ CHUCK HUFSTETLER *(incumbent) Republican*
- ⬬ EVAN ROSS *Democrat*
- ⬬ Write-in

### For State Representative in the General Assembly From 16th District
(Vote for One)
- ⬬ TREY KELLEY *(incumbent) Republican*
- ⬬ Write-in

### For County Board of Education District 2
(Vote for One)
- ⬬ TERRY LEE EGGERT *Republican*
- ⬬ Write-in

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)
- ⬬ JAMES BRENT NELSON *(incumbent)*
- ⬬ Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

- ⬬ YES
- ⬬ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

- ⬬ YES
- ⬬ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

FRONT Card 9 RptPct 130  "TAYLORSVILLE"

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (OCGA 21-2-285(h) and 21-2-383(a))

---

**For Governor**
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ Write-In

**For Lieutenant Governor**
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ Write-In

**For Secretary of State**
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ Write-In

**For Attorney General**
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ Write-In

**For Commissioner of Agriculture**
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○ Write-In

---

**For Commissioner of Insurance**
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ Write-In

**For State School Superintendent**
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ Write-In

**For Commissioner of Labor**
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ Write-In

**For Public Service Commissioner**
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ Write-In

**For Public Service Commissioner**
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ Write-In

---

**For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia**
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ Write-In

**For State Senator From 14th District**
(Vote for One)

○ BRUCE THOMPSON
(Incumbent) Republican

○ RACHEL A. KINSEY
Democrat

○ Write-In

**For State Representative in the General Assembly From 15th District**
(Vote for One)

○ MATTHEW GAMBILL
Republican

○ Write-In

**For County Board of Education District 1**
(Vote for One)

○ TONY ROSS
Republican

○ LARRY SLOCUM
Democrat

○ Write-In

**For Coosa River Soil and Water Conservation District Supervisor**
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○ Write-In

---

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

FRONT Card 10 RptPct 60-10  "204-CENT"

**- 3 -**

**Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.**

House Resolution No. 51
Resolution Act No. 237
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purpose of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

**- 4 -**

**Provides rights for victims of crime in the judicial process.**

Senate Resolution No. 146
Resolution Act No. 457
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

**- 5 -**

**Authorizes fair allocation of sales tax proceeds to county and city school districts.**

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

## PROPOSED STATEWIDE REFERENDA

**- A -**

**Provides for a homestead exemption for residents of certain municipal corporations.**

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purpose of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

**- B -**

**Provides a tax exemption for certain homes for the mentally disabled.**

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) in the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will than be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.* (OCGA 21-2-285(h) and 21-2-383(a))

### For Governor
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

Write-In

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

Write-In

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

Write-In

### For Attorney General
(Vote for One)

○ CHRIS CARR
(incumbent) Republican

○ CHARLIE BAILEY
Democrat

Write-In

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
(incumbent) Republican

○ FRED SWANN
Democrat

Write-In

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

Write-In

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
(incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

Write-In

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
(incumbent) Republican

○ RICHARD KEATLEY
Democrat

Write-In

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

Write-In

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

Write-In

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
(incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

Write-In

### For State Senator From 14th District
(Vote for One)

○ BRUCE THOMPSON
(incumbent) Republican

○ RACHEL A. KINSEY
Democrat

Write-In

### For State Representative in the General Assembly From 15th District
(Vote for One)

○ MATTHEW GAMBILL
Republican

Write-In

### For County Board of Education District 1
(Vote for One)

○ TONY ROSS
Republican

○ LARRY SLOCUM
Democrat

Write-In

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
(incumbent)

Write-In

### PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

**Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.**

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES

○ NO

- 2 -

**Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.**

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES

○ NO

TURN BALLOT OVER TO CONTINUE VOTING

FRONT Card 10 RptPct 150-15 "204-ZENA"

## - 3 -

**Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.**

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

## - 4 -

**Provides rights for victims of crime in the judicial process.**

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

## - 5 -

**Authorizes fair allocation of sales tax proceeds to county and city school districts.**

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

## PROPOSED STATEWIDE REFERENDA

### - A -

**Provides for a homestead exemption for residents of certain municipal corporations.**

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

### - B -

**Provides a tax exemption for certain homes for the mentally disabled.**

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.* [OCGA 21-2-285(b) and 21-2-383(a)]

### For Governor
(Vote for One)

- ⬭ BRIAN KEMP
  Republican
- ⬭ STACEY ABRAMS
  Democrat
- ⬭ TED METZ
  Libertarian
- ⬭

**Write-In**

### For Lieutenant Governor
(Vote for One)

- ⬭ GEOFF DUNCAN
  Republican
- ⬭ SARAH RIGGS AMICO
  Democrat
- ⬭

**Write-In**

### For Secretary of State
(Vote for One)

- ⬭ BRAD RAFFENSPERGER
  Republican
- ⬭ JOHN BARROW
  Democrat
- ⬭ SMYTHE DUVAL
  Libertarian
- ⬭

**Write-In**

### For Attorney General
(Vote for One)

- ⬭ CHRIS CARR
  (Incumbent) Republican
- ⬭ CHARLIE BAILEY
  Democrat
- ⬭

**Write-In**

### For Commissioner of Agriculture
(Vote for One)

- ⬭ GARY BLACK
  (Incumbent) Republican
- ⬭ FRED SWANN
  Democrat
- ⬭

**Write-In**

### For Commissioner of Insurance
(Vote for One)

- ⬭ JIM BECK
  Republican
- ⬭ JANICE LAWS
  Democrat
- ⬭ DONNIE FOSTER
  Libertarian
- ⬭

**Write-In**

### For State School Superintendent
(Vote for One)

- ⬭ RICHARD WOODS
  (Incumbent) Republican
- ⬭ OTHA E. THORNTON, JR.
  Democrat
- ⬭

**Write-In**

### For Commissioner of Labor
(Vote for One)

- ⬭ MARK BUTLER
  (Incumbent) Republican
- ⬭ RICHARD KEATLEY
  Democrat
- ⬭

**Write-In**

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

- ⬭ CHUCK EATON
  (Incumbent) Republican
- ⬭ LINDY MILLER
  Democrat
- ⬭ RYAN GRAHAM
  Libertarian
- ⬭

**Write-In**

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

- ⬭ TRICIA PRIDEMORE
  (Incumbent) Republican
- ⬭ DAWN A. RANDOLPH
  Democrat
- ⬭ JOHN TURPISH
  Libertarian
- ⬭

**Write-In**

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

- ⬭ BARRY LOUDERMILK
  (Incumbent) Republican
- ⬭ FLYNN D. BROADY, JR.
  Democrat
- ⬭

**Write-In**

### For State Senator From 52nd District
(Vote for One)

- ⬭ CHUCK HUFSTETLER
  (Incumbent) Republican
- ⬭ EVAN ROSS
  Democrat
- ⬭

**Write-In**

### For State Representative in the General Assembly From 16th District
(Vote for One)

- ⬭ TREY KELLEY
  (Incumbent) Republican
- ⬭

**Write-In**

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

- ⬭ JAMES BRENT NELSON
  (Incumbent)
- ⬭

**Write-In**

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

- ⬭ YES
- ⬭ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

- ⬭ YES
- ⬭ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

FRONT Card 11 RptPct 80-20 "205-EURIA"

- 3 -

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

- 4 -

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

- 5 -

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

## PROPOSED STATEWIDE REFERENDA

- A -

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purpose in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

- B -

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (OCGA 21-2-285(h) and 21-2-383(a))

### For Governor
(Vote for One)

◯ BRIAN KEMP
Republican

◯ STACEY ABRAMS
Democrat

◯ TED METZ
Libertarian

◯ _____
Write-in

### For Lieutenant Governor
(Vote for One)

◯ GEOFF DUNCAN
Republican

◯ SARAH RIGGS AMICO
Democrat

◯ _____
Write-in

### For Secretary of State
(Vote for One)

◯ BRAD RAFFENSPERGER
Republican

◯ JOHN BARROW
Democrat

◯ SMYTHE DUVAL
Libertarian

◯ _____
Write-in

### For Attorney General
(Vote for One)

◯ CHRIS CARR
(incumbent) Republican

◯ CHARLIE BAILEY
Democrat

◯ _____
Write-in

### For Commissioner of Agriculture
(Vote for One)

◯ GARY BLACK
(incumbent) Republican

◯ FRED SWANN
Democrat

◯ _____
Write-in

### For Commissioner of Insurance
(Vote for One)

◯ JIM BECK
Republican

◯ JANICE LAWS
Democrat

◯ DONNIE FOSTER
Libertarian

◯ _____
Write-in

### For State School Superintendent
(Vote for One)

◯ RICHARD WOODS
(incumbent) Republican

◯ OTHA E. THORNTON, JR.
Democrat

◯ _____
Write-in

### For Commissioner of Labor
(Vote for One)

◯ MARK BUTLER
(incumbent) Republican

◯ RICHARD KEATLEY
Democrat

◯ _____
Write-in

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

◯ CHUCK EATON
(incumbent) Republican

◯ LINDY MILLER
Democrat

◯ RYAN GRAHAM
Libertarian

◯ _____
Write-in

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

◯ TRICIA PRIDEMORE
(incumbent) Republican

◯ DAWN A. RANDOLPH
Democrat

◯ JOHN TURPISH
Libertarian

◯ _____
Write-in

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

◯ BARRY LOUDERMILK
(incumbent) Republican

◯ FLYNN D. BROADY, JR.
Democrat

◯ _____
Write-in

### For State Senator From 52nd District
(Vote for One)

◯ CHUCK HUFSTETLER
(incumbent) Republican

◯ EVAN ROSS
Democrat

◯ _____
Write-in

### For State Representative in the General Assembly From 16th District
(Vote for One)

◯ TREY KELLEY
(incumbent) Republican

◯ _____
Write-in

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

◯ JAMES BRENT NELSON
(incumbent)

◯ _____
Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

**Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.**

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

◯ YES
◯ NO

### - 2 -

**Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.**

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court judges, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

◯ YES
◯ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

**- 3 -**

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

◯ YES
◯ NO

**- 4 -**

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

◯ YES
◯ NO

**- 5 -**

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

◯ YES
◯ NO

# PROPOSED STATEWIDE REFERENDA

**- A -**

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

◯ YES
◯ NO

**- B -**

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

◯ YES
◯ NO

# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (OCGA 21-2-285(a) and 21-2-383(a))

---

### For Governor
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ _____
Write-In

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ _____
Write-In

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ _____
Write-In

### For Attorney General
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ _____
Write-In

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○ _____
Write-In

---

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ _____
Write-In

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ _____
Write-In

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ _____
Write-In

---

### For U.S. Representative in 11th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ _____
Write-In

### For State Senator From 52nd District
(Vote for One)

○ CHUCK HUFSTETLER
(Incumbent) Republican

○ EVAN ROSS
Democrat

○ _____
Write-In

### For State Representative in the General Assembly From 14th District
(Vote for One)

○ CHRISTIAN COOMER
(Incumbent) Republican

○ _____
Write-In

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○ _____
Write-In

---

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2016, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

### - 2 -

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

---

**- 3 -**

Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

**- 4 -**

Provides rights for victims of crime in the judicial process.

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

**- 5 -**

Authorizes fair allocation of sales tax proceeds to county and city school districts.

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

## PROPOSED STATEWIDE REFERENDA

**- A -**

Provides for a homestead exemption for residents of certain municipal corporations.

House Bill No. 820
Act No. 346
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

**- B -**

Provides a tax exemption for certain homes for the mentally disabled.

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

## SPECIAL ELECTION CITY OF KINGSTON

For City Council, Post 2
(To Fill the Unexpired Term of Harold Posey, Deceased)
(Vote for One)

○ LARRY POSEY

○ ROXIE PRITCHETT

○ _____
Write-In

## BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-385(b) and 21-2-383(a)]*

**For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia**
(Vote for One)

○ **BARRY LOUDERMILK**
(Incumbent) Republican

○ **FLYNN D. BROADY, JR.**
Democrat

○

**Write-in**

FRONT Card 13 RptPct 170-10  "FED 11"



# BARTOW COUNTY

## OFFICIAL ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### OFFICIAL GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 6, 2018

To vote, blacken the Oval (⬛) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬛) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬛). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.* [OCGA 21-2-285(h) and 21-2-383(a)]

---

### For Governor
(Vote for One)

○ BRIAN KEMP
Republican

○ STACEY ABRAMS
Democrat

○ TED METZ
Libertarian

○ _____
Write-in

### For Lieutenant Governor
(Vote for One)

○ GEOFF DUNCAN
Republican

○ SARAH RIGGS AMICO
Democrat

○ _____
Write-in

### For Secretary of State
(Vote for One)

○ BRAD RAFFENSPERGER
Republican

○ JOHN BARROW
Democrat

○ SMYTHE DUVAL
Libertarian

○ _____
Write-in

### For Attorney General
(Vote for One)

○ CHRIS CARR
(Incumbent) Republican

○ CHARLIE BAILEY
Democrat

○ _____
Write-in

### For Commissioner of Agriculture
(Vote for One)

○ GARY BLACK
(Incumbent) Republican

○ FRED SWANN
Democrat

○ _____
Write-in

---

### For Commissioner of Insurance
(Vote for One)

○ JIM BECK
Republican

○ JANICE LAWS
Democrat

○ DONNIE FOSTER
Libertarian

○ _____
Write-in

### For State School Superintendent
(Vote for One)

○ RICHARD WOODS
(Incumbent) Republican

○ OTHA E. THORNTON, JR.
Democrat

○ _____
Write-in

### For Commissioner of Labor
(Vote for One)

○ MARK BUTLER
(Incumbent) Republican

○ RICHARD KEATLEY
Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Chuck Eaton)
(Vote for One)

○ CHUCK EATON
(Incumbent) Republican

○ LINDY MILLER
Democrat

○ RYAN GRAHAM
Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Tricia Pridemore)
(Vote for One)

○ TRICIA PRIDEMORE
(Incumbent) Republican

○ DAWN A. RANDOLPH
Democrat

○ JOHN TURPISH
Libertarian

○ _____
Write-in

---

### For U.S. Representative in 116th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ BARRY LOUDERMILK
(Incumbent) Republican

○ FLYNN D. BROADY, JR.
Democrat

○ _____
Write-in

### For State Senator From 14th District
(Vote for One)

○ BRUCE THOMPSON
(Incumbent) Republican

○ RACHEL A. KINSEY
Democrat

○ _____
Write-in

### For State Representative in the General Assembly From 15th District
(Vote for One)

○ MATTHEW GAMBILL
Republican

○ _____
Write-in

### For County Board of Education District 3
(Vote for One)

○ DEREK KEENEY
(Incumbent) Republican

○ WILLIE COOMBS
Democrat

○ _____
Write-in

### For Coosa River Soil and Water Conservation District Supervisor
(Vote for One)

○ JAMES BRENT NELSON
(Incumbent)

○ _____
Write-in

---

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Creates the Georgia Outdoor Stewardship Trust Fund to protect water quality, wildlife habitat, and parks.

House Resolution No. 238
Resolution Act No. 414
Ga. L. 2018, p. 1138
"Without increasing the current state sales tax rate, shall the Constitution of Georgia be amended so as to create the Georgia Outdoor Stewardship Trust Fund to conserve lands that protect drinking water sources and the water quality of rivers, lakes, and streams; to protect and conserve forests, fish, wildlife habitats, and state and local parks; and to provide opportunities for our children and families to play and enjoy the outdoors, by dedicating, subject to full public disclosure, up to 80 percent of the existing sales tax collected by sporting goods stores to such purposes without increasing the current state sales tax rate?"

○ YES
○ NO

**- 2 -**

Creates a state-wide business court to lower costs, enhance efficiency, and promote predictable judicial outcomes.

House Resolution No. 993
Resolution Act No. 410
Ga. L. 2018, p. 1130
"Shall the Constitution of Georgia be amended so as to create a state-wide business court, authorize superior court business court divisions, and allow for the appointment process for state-wide business court judges in order to lower costs, improve the efficiency of all courts, and promote predictability of judicial outcomes in certain complex business disputes for the benefit of all citizens of this state?"

○ YES
○ NO

**TURN BALLOT OVER TO CONTINUE VOTING**

---

FRONT Card 14 RptPct 150-40 *140-ZENA*

- 3 -

**Encourages the conservation, sustainability, and longevity of Georgia's working forests through tax subclassification and grants.**

House Resolution No. 51
Resolution Act No. 297
Ga. L. 2018, p. 1127
"Shall the Constitution of Georgia be amended so as to revise provisions related to the subclassification for tax purposes of and the prescribed methodology for establishing the value of forest land conservation use property and related assistance grants, to provide that assistance grants related to forest land conservation use property may be increased by general law for a five-year period and that up to 5 percent of assistance grants may be deducted and retained by the state revenue commissioner to provide for certain state administrative costs, and to provide for the subclassification of qualified timberland property for ad valorem taxation purposes?"

○ YES
○ NO

- 4 -

**Provides rights for victims of crime in the judicial process.**

Senate Resolution No. 146
Resolution Act No. 467
Ga. L. 2018, p. 1139
"Shall the Constitution of Georgia be amended so as to provide certain rights to victims against whom a crime has allegedly been perpetrated and allow victims to assert such rights?"

○ YES
○ NO

- 5 -

**Authorizes fair allocation of sales tax proceeds to county and city school districts.**

Senate Resolution No. 95
Resolution Act No. 278
Ga. L. 2017, p. 857
"Shall the Constitution of Georgia be amended so as to authorize a referendum for a sales and use tax for education by a county school district or an independent school district or districts within the county having a majority of the students enrolled within the county and to provide that the proceeds are distributed on a per student basis among all the school systems unless an agreement is reached among such school systems for a different distribution?"

○ YES
○ NO

---

## PROPOSED STATEWIDE REFERENDA

- A -

**Provides for a homestead exemption for residents of certain municipal corporations.**

House Bill No. 820
Act No. 345
Ga. L. 2018, p. 235
"Do you approve a new homestead exemption in a municipal corporation that is located in more than one county, that levies a sales tax for the purposes of a metropolitan area system of public transportation, and that has within its boundaries an independent school system, from ad valorem taxes for municipal purposes in the amount of the difference between the current year assessed value of a home and the adjusted base year value, provided that the lowest base year value will be adjusted yearly by 2.6 percent?"

○ YES
○ NO

- B -

**Provides a tax exemption for certain homes for the mentally disabled.**

House Bill No. 196
Act No. 25
Ga. L. 2017, p. 55
"Shall the Act be approved which provides an exemption from ad valorem taxes on nonprofit homes for the mentally disabled if they include business corporations in the ownership structure for financing purposes?"

○ YES
○ NO

# Bartow County, State of Georgia

## Ballot Order Report

Aug 27 2018
10:21:01AM

| Card | Precinct ID | Export Id | Report Precinct | VGroup1 | VGroup2 |
|---|---|---|---|---|---|
| 1 | 10 | 01 | ADAIRSVILLE | NP | NP |
|   | 100 | 10 | KINGSTON | NP | NP |
| 2 | 20 | 02 | ALLATOONA | NP | NP |
|   | 60 | 06 | CENTER | NP | NP |
|   | 70 | 07 | EMERSON | NP | NP |
|   | 150 | 16 | ZENA DRIVE | NP | NP |
| 3 | 30 | 03 | CARTERSVILLE EA | NP | NP |
|   | 40 | 04 | CARTERSVILLE WE | NP | NP |
|   | 150 | 16 | ZENA DRIVE | NP | NP |
| 4 | 30 | 03 | CARTERSVILLE EA | NP | NP |
|   | 40 | 04 | CARTERSVILLE WE | NP | NP |
|   | 80 | 08 | EUHARLEE | NP | NP |
|   | 110 | 11 | MISSION ROAD | NP | NP |
| 5 | 50 | 05 | CASSVILLE | NP | NP |
| 6 | 60 | 06 | CENTER | NP | NP |
|   | 120 | 12 | PINE LOG | NP | NP |
|   | 140 | 15 | WHITE | NP | NP |
| 7 | 70 | 07 | EMERSON | NP | NP |
|   | 170 | 18 | WOODLAND HIGH | NP | NP |
| 8 | 10 | 01 | ADAIRSVILLE | NP | NP |
|   | 30 | 03 | CARTERSVILLE EA | NP | NP |
|   | 90 | 09 | FOLSOM | NP | NP |
| 9 | 130 | 14 | TAYLORSVILLE | NP | NP |
| 10 | 60 | 06 | CENTER | NP | NP |
|   | 150 | 16 | ZENA DRIVE | NP | NP |
| 11 | 80 | 08 | EUHARLEE | NP | NP |
|   | 130 | 14 | TAYLORSVILLE | NP | NP |
| 12 | 100 | 10 | KINGSTON | NP | NP |
| 13 | 170 | 18 | WOODLAND HIGH | NP | NP |

1

# Bartow CountyState of Georgia

## Ballot Order Report

Aug 27 2018
10:21:01AM

| Card | Precinct ID | Export Id | Report Precinct | VGroup1 | VGroup2 |
|------|-------------|-----------|-----------------|---------|---------|
| 14 | 150 | 16 | ZENA DRIVE | NP | NP |

2

# Bartow County State of Georgia
## State of Georgia General Election
### November 6, 2018
### Base Precincts With Cards

| Report Precinct - Base Precinct Id | Export ID | Base Precinct | Card | Card Style | Ballot | Parties | Absentee/Non-Absentee | Length |
|---|---|---|---|---|---|---|---|---|
| 10-0 | 01 01 | 100-ADV | 1 | 1 | 1 | NP | NP | 69 |
| 10-20 | 01 01 | 202-ADV | 8 | 8 | 8 | NP | NP | 69 |
| 10-30 | 01 01 | 203-ADV | 8 | 8 | 8 | NP | NP | 69 |
| 20-0 | 02 02 | 109-ALLA | 2 | 2 | 2 | NP | NP | 69 |
| 30-0 | 03 03 | 119-CVET | 3 | 3 | 3 | NP | NP | 69 |
| 30-10 | 03 03 | 121-CVET | 3 | 3 | 3 | NP | NP | 69 |
| 30-20 | 03 03 | 123-CVET | 3 | 3 | 3 | NP | NP | 69 |
| 30-30 | 03 03 | 209-CVET | 8 | 8 | 8 | NP | NP | 69 |
| 30-40 | 03 03 | 210-CVET | 8 | 8 | 8 | NP | NP | 69 |
| 40-0 | 04 04 | 125-CVWT | 4 | 4 | 4 | NP | NP | 69 |
| 40-10 | 04 04 | 127-CVWT | 4 | 4 | 4 | NP | NP | 69 |
| 40-20 | 04 04 | 129-CVWT | 4 | 4 | 4 | NP | NP | 69 |
| 40-30 | 04 04 | 211-CVWT | 3 | 3 | 3 | NP | NP | 69 |
| 40-40 | 04 04 | 212-CVWT | 3 | 3 | 3 | NP | NP | 69 |
| 50-0 | 05 05 | 107-CASS | 5 | 5 | 5 | NP | NP | 69 |
| 60-5 | 06 06 | 142-CENT | 6 | 6 | 6 | NP | NP | 69 |
| 60-10 | 06 06 | 204-CENT | 10 | 10 | 10 | NP | NP | 69 |
| 60-1 | 06 06 | 109-CENT | 2 | 2 | 2 | NP | NP | 69 |
| 70-10 | 07 07 | 207-EMER | 7 | 7 | 7 | NP | NP | 69 |
| 70-5 | 07 07 | 115-EMER | 7 | 7 | 7 | NP | NP | 69 |
| 70-1 | 07 07 | 109-EMER | 2 | 2 | 2 | NP | NP | 69 |
| 80-0 | 08 08 | 114-EUHA | 4 | 4 | 4 | NP | NP | 69 |
| 80-10 | 08 08 | 141-EUHA | 4 | 4 | 4 | NP | NP | 69 |
| 80-20 | 08 08 | 205-EUHA | 11 | 11 | 11 | NP | NP | 69 |
| 80-30 | 08 08 | 206-EUHA | 11 | 11 | 11 | NP | NP | 69 |
| 90-0 | 09 09 | 203-FOLS | 8 | 8 | 8 | NP | NP | 69 |
| 100-0 | 10 10 | 100-KING | 1 | 1 | 1 | NP | NP | 69 |
| 100-10 | 10 10 | 118-KING | 12 | 12 | 12 | NP | NP | 69 |
| 110-0 | 11 11 | 141-MISS | 4 | 4 | 4 | NP | NP | 69 |
| 120-0 | 12 12 | 142-PINE | 6 | 6 | 6 | NP | NP | 69 |
| 130-0 | 14 14 | 117-TAYL | 9 | 9 | 9 | NP | NP | 69 |
| 130-10 | 14 14 | 137-TAYL | 11 | 11 | 11 | NP | NP | 69 |
| 130-20 | 14 14 | 205-TAYL | 11 | 11 | 11 | NP | NP | 69 |
| 140-0 | 15 15 | 135-WHIT | 6 | 6 | 6 | NP | NP | 69 |
| 140-10 | 15 15 | 142-WHIT | 6 | 6 | 6 | NP | NP | 69 |

Bartow County State of Georgia
State of Georgia General Election
November 6, 2018
Base Precincts With Cards

Aug 27, 2018
10:19:52AM

Page: 2

Report Precinct - Base Precinct

| Id | Export ID | Base Precinct | Card | Card Style | Ballot | Parties | Absentee/Non-Absentee | Length |
|---|---|---|---|---|---|---|---|---|
| 150-1 | 16 16 | 109-ZENA | 2 | 2 | 2 | NP | NP | 69 |
| 150-20 | 16 16 | 208-ZENA | 3 | 3 | 3 | NP | NP | 69 |
| 150-10 | 16 16 | 140-ZENA | 14 | 14 | 14 | NP | NP | 69 |
| 150-15 | 16 16 | 204-ZENA | 10 | 10 | 10 | NP | NP | 69 |
| 170-0 | 18 18 | 207-WOOD | 7 | 7 | 7 | NP | NP | 69 |
| 170-10 | 18 18 | FED 11 | 13 | 13 | 13 | NP | NP | 69 |

# Bartow County/State of Georgia
## State of Georgia General Election
### November 6, 2018
#### Reporting Precincts With Base Precincts (Label)

Aug 27, 2018
10:20:16AM

Page: 1

| Id | Report Precinct | Id | Base Precinct | Id | Report Precinct | Id | Base Precinct |
|---|---|---|---|---|---|---|---|
| 10 | ADAIRSVILLE | 0 | 100-ADV | | | | |
| | | 20 | 202-ADV | | | | |
| | | 30 | 203-ADV | | | | |
| 20 | ALLATOONA | 0 | 109-ALLA | | | | |
| 30 | CARTERSVILLE EAST | 0 | 119-CVET | | | | |
| | | 10 | 121-CVET | | | | |
| | | 20 | 123-CVET | | | | |
| | | 30 | 209-CVET | | | | |
| | | 40 | 210-CVET | | | | |
| 40 | CARTERSVILLE WEST | 0 | 125-CVWT | | | | |
| | | 10 | 127-CVWT | | | | |
| | | 20 | 129-CVWT | | | | |
| | | 30 | 211-CVWT | | | | |
| | | 40 | 212-CVWT | | | | |
| 50 | CASSVILLE | 0 | 107-CASS | | | | |
| 60 | CENTER | 1 | 109-CENT | | | | |
| | | 5 | 142-CENT | | | | |
| | | 10 | 204-CENT | | | | |
| 70 | EMERSON | 1 | 109-EMER | | | | |
| | | 5 | 115-EMER | | | | |
| | | 10 | 207-EMER | | | | |
| 80 | EUHARLEE | 0 | 114-EUHA | | | | |
| | | 10 | 141-EUHA | | | | |
| | | 20 | 205-EUHA | | | | |
| | | 30 | 206-EUHA | | | | |
| 90 | FOLSOM | 0 | 203-FOLS | | | | |
| 100 | KINGSTON | 0 | 100-KING | | | | |
| | | 10 | 118-KING | | | | |
| 110 | MISSION ROAD | 0 | 141-MISS | | | | |
| 120 | PINE LOG | 0 | 142-PINE | | | | |
| 130 | TAYLORSVILLE | 0 | 117-TAYL | | | | |
| | | 10 | 137-TAYL | | | | |
| | | 20 | 205-TAYL | | | | |
| 140 | WHITE | 0 | 135-WHIT | | | | |
| | | 10 | 142-WHIT | | | | |
| 150 | ZENA DRIVE | 1 | 109-ZENA | | | | |
| | | 10 | 140-ZENA | | | | |
| | | 15 | 204-ZENA | | | | |
| | | 20 | 208-ZENA | | | | |
| 170 | WOODLAND HIGH | 0 | 207-WOOD | | | | |
| | | 10 | FED 11 | | | | |

**Bartow County/State of Georgia**
**State of Georgia General Election**
**November 6, 2018**
**Vote Centers With Cards By Label**

Aug. 27, 2018
10:20:27AM

Page: 1

| Id Region | Id Vote Center | Id Report Precinct | Id Base Precinct | Ballot | Card | Seq. # | VG1 | VG2 |
|---|---|---|---|---|---|---|---|---|
| 0 Host | 40 Absence by Mail | | | | | | | |
| | | 10 ADAIRSVILLE | 0 100-ADV | 1 | 1 | 1 | NP | NP |
| | | | 20 202-ADV | 8 | 8 | 1 | NP | NP |
| | | | 30 203-ADV | 8 | 8 | 1 | NP | NP |
| | | 20 ALLATOONA | 0 109-ALLA | 2 | 2 | 2 | NP | NP |
| | | 30 CARTERSVILLE EAST | 0 119-CVET | 3 | 3 | 3 | NP | NP |
| | | | 10 121-CVET | 3 | 3 | 3 | NP | NP |
| | | | 20 123-CVET | 3 | 3 | 3 | NP | NP |
| | | | 30 209-CVET | 8 | 8 | 3 | NP | NP |
| | | | 40 210-CVET | 4 | 4 | 3 | NP | NP |
| | | 40 CARTERSVILLE WEST | 0 125-CVWT | 4 | 4 | 4 | NP | NP |
| | | | 10 127-CVWT | 4 | 4 | 4 | NP | NP |
| | | | 20 129-CVWT | 4 | 4 | 4 | NP | NP |
| | | | 30 211-CVWT | 4 | 4 | 4 | NP | NP |
| | | | 40 212-CVWT | 3 | 3 | 4 | NP | NP |
| | | 50 CASSVILLE | 0 107-CASS | 5 | 5 | 5 | NP | NP |
| | | 60 CENTER | 1 109-CENT | 2 | 2 | 6 | NP | NP |
| | | | 5 142-CENT | 6 | 6 | 6 | NP | NP |
| | | | 10 204-CENT | 10 | 10 | 6 | NP | NP |
| | | 70 EMERSON | 1 109-EMER | 2 | 2 | 7 | NP | NP |
| | | | 5 115-EMER | 7 | 7 | 7 | NP | NP |
| | | | 10 207-EMER | 7 | 7 | 7 | NP | NP |
| | | 80 EUHARLEE | 0 114-EUHA | 4 | 4 | 8 | NP | NP |
| | | | 10 141-EUHA | 4 | 4 | 8 | NP | NP |
| | | | 20 205-EUHA | 11 | 11 | 8 | NP | NP |
| | | | 30 206-EUHA | 11 | 11 | 8 | NP | NP |
| | | 90 FOLSOM | 0 203-FOLS | 8 | 8 | 9 | NP | NP |
| | | 100 KINGSTON | 0 100-KING | 1 | 1 | 10 | NP | NP |
| | | | 10 118-KING | 12 | 12 | 10 | NP | NP |
| | | 110 MISSION ROAD | 0 141-MISS | 4 | 4 | 11 | NP | NP |
| | | 120 PINE LOG | 0 142-PINE | 6 | 6 | 12 | NP | NP |
| | | 130 TAYLORSVILLE | 0 117-TAYL | 9 | 9 | 13 | NP | NP |
| | | | 10 137-TAYL | 9 | 9 | 13 | NP | NP |
| | | | 20 205-TAYL | 11 | 11 | 13 | NP | NP |
| | | 140 WHITE | 0 135-WHIT | 6 | 6 | 14 | NP | NP |
| | | | 10 142-WHIT | 6 | 6 | 14 | NP | NP |
| | | 150 ZENA DRIVE | 0 142-ZENA | 6 | 6 | 15 | NP | NP |
| | | | 1 109-ZENA | 2 | 2 | 15 | NP | NP |
| | | | 10 140-ZENA | 14 | 14 | 15 | NP | NP |
| | | | 15 204-ZENA | 10 | 10 | 15 | NP | NP |
| | | | 20 208-ZENA | 3 | 3 | 15 | NP | NP |
| | | 170 WOODLAND HIGH | 0 207-WOOD | 3 | 3 | 17 | NP | NP |
| | | | 10 FED 11 | 13 | 13 | 17 | NP | NP |

# Bartow County/State of Georgia
## State of Georgia General Election
### November 6, 2018
## Vote Centers With Cards By Label

Aug 27, 2018
10:20:27AM

Page: 2

| Id Region | Id Vote Center | Id Report Precinct | Id Base Precinct | Ballot | Card | Seq. # | VG1 | VG2 |
|---|---|---|---|---|---|---|---|---|
| 0 Host | 70 ADAIRSVILLE | 10 ADAIRSVILLE | 0 100-ADV | 1 | 1 | 1 | NP | NP |
| | | | 20 202-ADV | 8 | 8 | 1 | NP | NP |
| | | | 30 203-ADV | 8 | 8 | 1 | NP | NP |
| | 50 Advance in Person | 10 ADAIRSVILLE | 0 100-ADV | 1 | 1 | 1 | NP | NP |
| | | | 20 202-ADV | 8 | 8 | 1 | NP | NP |
| | | | 30 203-ADV | 8 | 8 | 1 | NP | NP |
| | | 20 ALLATOONA | 0 109-ALLA | 2 | 2 | 2 | NP | NP |
| | | 30 CARTERSVILLE EAST | 0 119-CVET | 3 | 3 | 3 | NP | NP |
| | | | 10 121-CVET | 3 | 3 | 3 | NP | NP |
| | | | 20 123-CVET | 3 | 3 | 3 | NP | NP |
| | | | 30 209-CVET | 8 | 8 | 3 | NP | NP |
| | | | 40 210-CVET | 4 | 4 | 3 | NP | NP |
| | | 40 CARTERSVILLE WEST | 0 125-CVWT | 4 | 4 | 4 | NP | NP |
| | | | 10 127-CVWT | 4 | 4 | 4 | NP | NP |
| | | | 20 129-CVWT | 4 | 4 | 4 | NP | NP |
| | | | 30 211-CVWT | 3 | 3 | 4 | NP | NP |
| | | | 40 212-CVWT | 3 | 3 | 4 | NP | NP |
| | | 50 CASSVILLE | 0 107-CASS | 5 | 5 | 5 | NP | NP |
| | | 60 CENTER | 1 109-CENT | 5 | 5 | 6 | NP | NP |
| | | | 5 142-CENT | 2 | 2 | 6 | NP | NP |
| | | | 10 204-CENT | 10 | 10 | 6 | NP | NP |
| | | 70 EMERSON | 1 109-EMER | 2 | 2 | 7 | NP | NP |
| | | | 5 115-EMER | 7 | 7 | 7 | NP | NP |
| | | | 10 207-EMER | 7 | 7 | 7 | NP | NP |
| | | 80 EUHARLEE | 0 114-EUHA | 4 | 4 | 8 | NP | NP |
| | | | 10 141-EUHA | 4 | 4 | 8 | NP | NP |
| | | | 20 205-EUHA | 11 | 11 | 8 | NP | NP |
| | | | 30 206-EUHA | 11 | 11 | 8 | NP | NP |
| | | 90 FOLSOM | 0 203-FOLS | 8 | 8 | 9 | NP | NP |
| | | 100 KINGSTON | 0 100-KING | 1 | 1 | 10 | NP | NP |
| | | | 10 118-KING | 12 | 12 | 10 | NP | NP |
| | | 110 MISSION ROAD | 0 141-MISS | 4 | 4 | 11 | NP | NP |
| | | 120 PINE LOG | 0 142-PINE | 6 | 6 | 12 | NP | NP |
| | | 130 TAYLORSVILLE | 0 117-TAYL | 9 | 9 | 13 | NP | NP |
| | | | 10 137-TAYL | 11 | 11 | 13 | NP | NP |
| | | | 20 205-TAYL | 11 | 11 | 13 | NP | NP |
| | | 140 WHITE | 0 135-WHIT | 6 | 6 | 14 | NP | NP |
| | | | 10 142-WHIT | 6 | 6 | 14 | NP | NP |

# Bartow County/State of Georgia
## State of Georgia General Election
### November 6, 2018
### Vote Centers With Cards By Label

Aug 27, 2018
10:20:27AM

Page: 3

| Id Region | Id Vote Center | Id Report Precinct | Id Base Precinct | Ballot | Card | Seq # | VG1 | VG2 |
|---|---|---|---|---|---|---|---|---|
| 0 Host | | | | | | | | |
| | 50 Advance in Person | 150 ZENA DRIVE | 1 109-ZENA | 2 | 2 | 15 NP | 15 NP | NP |
| | | | 10 140-ZENA | 14 | 14 | 15 NP | 15 NP | NP |
| | | | 15 204-ZENA | 10 | 10 | 15 NP | 15 NP | NP |
| | | | 20 208-ZENA | 3 | 3 | 15 NP | 15 NP | NP |
| | | 170 WOODLAND HIGH | 0 207-WOOD | 7 | 7 | 17 NP | 17 NP | NP |
| | | | 10 FED 11 | 13 | 13 | 17 NP | 17 NP | NP |
| | 80 ALLATOONA | 20 ALLATOONA | 0 109-ALLA | 2 | 2 | 1 NP | 1 NP | NP |
| | 90 CARTERSVILLE EAST | 30 CARTERSVILLE EAST | 0 119-CVET | 3 | 3 | 1 NP | 1 NP | NP |
| | | | 10 121-CVET | 3 | 3 | 1 NP | 1 NP | NP |
| | | | 20 123-CVET | 3 | 3 | 1 NP | 1 NP | NP |
| | | | 30 209-CVET | 8 | 8 | 1 NP | 1 NP | NP |
| | | | 40 210-CVET | 4 | 4 | 1 NP | 1 NP | NP |
| | 100 CARTERSVILLE WEST | 40 CARTERSVILLE WEST | 0 125-CVWT | 4 | 4 | 1 NP | 1 NP | NP |
| | | | 10 127-CVWT | 4 | 4 | 1 NP | 1 NP | NP |
| | | | 20 129-CVWT | 4 | 4 | 1 NP | 1 NP | NP |
| | | | 30 211-CVWT | 3 | 3 | 1 NP | 1 NP | NP |
| | | | 40 212-CVWT | 3 | 3 | 1 NP | 1 NP | NP |
| | 110 CASSVILLE | 50 CASSVILLE | 0 107-CASS | 5 | 5 | 1 NP | 1 NP | NP |
| | 120 CENTER | 60 CENTER | 1 109-CENT | 2 | 2 | 1 NP | 1 NP | NP |
| | | | 5 142-CENT | 6 | 6 | 1 NP | 1 NP | NP |
| | | | 10 204-CENT | 10 | 10 | 1 NP | 1 NP | NP |
| | 130 EMERSON | 70 EMERSON | 1 109-EMER | 2 | 2 | 1 NP | 1 NP | NP |
| | | | 5 115-EMER | 7 | 7 | 1 NP | 1 NP | NP |
| | | | 10 207-EMER | 7 | 7 | 1 NP | 1 NP | NP |
| | 140 EUHARLEE | 80 EUHARLEE | 0 114-EUHA | 4 | 4 | 1 NP | 1 NP | NP |
| | | | 10 141-EUHA | 4 | 4 | 1 NP | 1 NP | NP |
| | | | 20 205-EUHA | 11 | 11 | 1 NP | 1 NP | NP |
| | | | 30 206-EUHA | 11 | 11 | 1 NP | 1 NP | NP |
| | 150 FOLSOM | 90 FOLSOM | 0 203-FOLS | 8 | 8 | 1 NP | 1 NP | NP |
| | 160 KINGSTON | 100 KINGSTON | 0 100-KING | 1 | 1 | 1 NP | 1 NP | NP |
| | | | 10 118-KING | 12 | 12 | 1 NP | 1 NP | NP |
| | 170 MISSION ROAD | 110 MISSION ROAD | 0 141-MISS | 4 | 4 | 1 NP | 1 NP | NP |
| | 180 PINE LOG | 120 PINE LOG | 0 142-PINE | 6 | 6 | 1 NP | 1 NP | NP |
| | 60 Provisional | | | | | | | |

# Bartow County State of Georgia
## State of Georgia General Election
### November 6, 2018
### Vote Centers With Cards By Label

Aug 27, 2018
10:20:27AM

Page: 4

| Id Region | Id Host | Id Vote Center | Id Report Precinct | Id Base Precinct | Ballot | Card | Seq # | VG1 | VG2 |
|---|---|---|---|---|---|---|---|---|---|
| 0 | Host | 60 Provisional | | | | | | | |
| | | | 10 ADAIRSVILLE | 0 100-ADV | 1 | 1 | 1 NP | NP | NP |
| | | | | 20 202-ADV | 8 | 8 | 1 NP | NP | NP |
| | | | | 30 203-ADV | 8 | 8 | 1 NP | NP | NP |
| | | | 20 ALLATOONA | 0 109-ALLA | 2 | 2 | 2 NP | NP | NP |
| | | | 30 CARTERSVILLE EAST | 0 119-CVET | 3 | 3 | 3 NP | NP | NP |
| | | | | 10 121-CVET | 3 | 3 | 3 NP | NP | NP |
| | | | | 20 123-CVET | 3 | 3 | 3 NP | NP | NP |
| | | | | 30 209-CVET | 8 | 8 | 3 NP | NP | NP |
| | | | | 40 210-CVET | 4 | 4 | 3 NP | NP | NP |
| | | | 40 CARTERSVILLE WEST | 0 125-CVWT | 4 | 4 | 4 NP | NP | NP |
| | | | | 10 127-CVWT | 4 | 4 | 4 NP | NP | NP |
| | | | | 20 129-CVWT | 4 | 4 | 4 NP | NP | NP |
| | | | | 30 211-CVWT | 3 | 3 | 4 NP | NP | NP |
| | | | | 40 212-CVWT | 3 | 3 | 4 NP | NP | NP |
| | | | 50 CASSVILLE | 0 107-CASS | 5 | 5 | 5 NP | NP | NP |
| | | | 60 CENTER | 1 109-CENT | 2 | 2 | 6 NP | NP | NP |
| | | | | 5 142-CENT | 6 | 6 | 6 NP | NP | NP |
| | | | 70 EMERSON | 10 204-CENT | 10 | 10 | 6 NP | NP | NP |
| | | | | 1 109-EMER | 2 | 2 | 7 NP | NP | NP |
| | | | | 5 115-EMER | 7 | 7 | 7 NP | NP | NP |
| | | | | 10 207-EMER | 7 | 7 | 7 NP | NP | NP |
| | | | 80 EUHARLEE | 0 114-EUHA | 4 | 4 | 8 NP | NP | NP |
| | | | | 10 141-EUHA | 4 | 4 | 8 NP | NP | NP |
| | | | | 20 205-EUHA | 8 | 8 | 8 NP | NP | NP |
| | | | | 30 206-EUHA | 11 | 11 | 8 NP | NP | NP |
| | | | 90 FOLSOM | 0 203-FOLS | 8 | 8 | 9 NP | NP | NP |
| | | | 100 KINGSTON | 0 100-KING | 1 | 1 | 10 NP | NP | NP |
| | | | | 10 118-KING | 12 | 12 | 10 NP | NP | NP |
| | | | 110 MISSION ROAD | 0 141-MISS | 4 | 4 | 11 NP | NP | NP |
| | | | 120 PINE LOG | 0 142-PINE | 6 | 6 | 12 NP | NP | NP |
| | | | 130 TAYLORSVILLE | 0 117-TAYL | 9 | 9 | 13 NP | NP | NP |
| | | | | 10 137-TAYL | 11 | 11 | 13 NP | NP | NP |
| | | | | 20 205-TAYL | 11 | 11 | 13 NP | NP | NP |
| | | | 140 WHITE | 0 135-WHIT | 6 | 6 | 14 NP | NP | NP |
| | | | | 10 142-WHIT | 6 | 6 | 14 NP | NP | NP |
| | | | 150 ZENA DRIVE | 1 109-ZENA | 2 | 2 | 15 NP | NP | NP |
| | | | | 10 140-ZENA | 14 | 14 | 15 NP | NP | NP |
| | | | | 15 204-ZENA | 10 | 10 | 15 NP | NP | NP |
| | | | | 20 208-ZENA | 15 | 15 | 15 NP | NP | NP |
| | | | 170 WOODLAND HIGH | 0 207-WOOD | 7 | 7 | 17 NP | NP | NP |
| | | | | 10 FED 11 | 13 | 13 | 17 NP | NP | NP |

# Bartow County/State of Georgia
## State of Georgia General Election
### November 6, 2018
### Vote Centers With Cards By Label

Aug 27, 2018
10:20:27AM

Page: 5

| Id Region | Id Vote Center | Id Report Precinct | Id Base Precinct | Ballot | Card | Seq. # VG1 | VG2 |
|---|---|---|---|---|---|---|---|
| 0 Host | | | | | | | |
| | 190 TAYLORSVILLE | 130 TAYLORSVILLE | 0 117-TAYL | 9 | 9 | 1 NP | NP |
| | | | 10 137-TAYL | 11 | 11 | 1 NP | NP |
| | | | 20 205-TAYL | 11 | 11 | 1 NP | NP |
| | 200 WHITE | 140 WHITE | 0 135-WHIT | 6 | 6 | 1 NP | NP |
| | | | 10 142-WHIT | 6 | 6 | 1 NP | NP |
| | 230 WOODLAND HIGH | 170 WOODLAND HIGH | 0 207-WOOD | 7 | 7 | 1 NP | NP |
| | | | 10 FED 11 | 13 | 13 | 1 NP | NP |
| | 210 ZENA DRIVE | 150 ZENA DRIVE | 1 109-ZENA | 2 | 2 | 1 NP | NP |
| | | | 10 140-ZENA | 14 | 14 | 1 NP | NP |
| | | | 15 204-ZENA | 10 | 10 | 1 NP | NP |
| | | | 20 208-ZENA | 3 | 3 | 1 NP | NP |