## CONTRACT FOR BALLOT BUILDING SUPPORT SERVICES

### AMENDMENT 1

The Agreement between Election Systems & Software ("Contractor" or "ES&S") and Georgia Secretary of State dated February 8, 2018 for Ballot Building Support Services is hereby renewed for a term of January 1, 2019 through December 31, 2019 and amended as set forth below:

### SUMMARY OF SERVICES

<u>Sale Summary:</u>

| Description | Refer to | Total for Term |
|---|---|---|
| Ballot Layout, Coding, and Voice File Services | See below | $120,000.00 |
| Creation of ExpressPoll data sets for Advance Voting purposes | See below | $25,500.00 |
| Onsite Technical Support | See below | $4,500.00 |
| **Total for the Term:** | | **$150,000.00** |

Payment Terms: 50% of total due ($75,000.00) shall be payable on January 1, 2019 upon receipt of corresponding contractor invoice. The remaining 50% of total due ($75,000.00) shall be payable on July 1, 2019 upon receive of corresponding contractor invoice

### 1. BALLOT LAYOUT, CODING, AND VOICE FILE SERVICES

Scope of Services includes the data entry and maintenance of County level databases in the State of Georgia for all county (including municipal elections that are administered by counties), state, and federal elections in Georgia in calendar year 2019, including primary, primary runoffs, general election, general election runoffs, and special elections. ES&S will receive the data required to facilitate the creation of paper and electronic ballots as well as audio file recordings to the State of Georgia for review and approval.

### 2. EXPRESSPOLL DATA SETS FOR ADVANCE VOTING PURPOSES

Scope of Services includes the data entry and maintenance of County level data sets in the State of Georgia for all county (including municipal elections that are administered by counties), state, and federal elections in Georgia in calendar year 2019, including primary, primary runoff, general election, general election runoff, and any special elections. ES&S will receive the data required to facilitate the creation of ExpressPoll data sets for Advance Voting purposes to the State of Georgia for review and approval. Creation of ExpressPoll data sets does not include any handling or conversion of voter data.

### 3. ONSITE TECHNICAL SUPPORT

Scope of Services includes the availability of a dedicated GEMS technician to be onsite on Election Day to assist as needed at the request of the Georgia Secretary of State for all county (including municipal


PLAINTIFF'S EXHIBIT 60

STATE-DEFENDANTS-00000001

elections that are administered by counties), state, and federal elections in Georgia in calendar year 2019 including primary, primary runoff, general election, general election runoff, and any special elections.

4. REQUIRED HARDWARE AND SOFTWARE CONFIGURATION

1. These services shall utilize the GEMS PC Configuration that has been specified by the Georgia Secretary of State's office.

2. No software will be loaded on to the GEMS PC Configuration except that which is specifically provided by the Georgia Secretary of State's office.

3. Any update or changes to GEMS PC Configuration must be approved by the Georgia Secretary of State's office.

IN WITNESS WHEREOF, this Contract has been executed by the parties hereto.

**Contractor**

Contractor's Name (If other than an individual, state whether a corporation, partnership, etc.)

Election Systems & Software, LLC

By (Authorized Signature): *[signature]*

Date Signed: 1/7/2019

Printed Name and Title of Person Signing: Richard J. Jablonski, VP of Finance/Secretary

Address: 11208 John Galt Blvd., Omaha, Ne 68137

**State Entity**

State Entity Name: Georgia Secretary of State

By (Authorized Signature): *[signature]*

Date Signed: 1/8/19

Printed Name and Title of Person Signing: Jessica M. Simmons, Chief of Staff

Address: 2 MLK Jr. Dr. SE, West Tower, Suite 802