ELECTION: (Check One)
- ☑ General
- ☐ Primary
- ☐ Runoff (if applicable)
- ☐ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION November 6, 2018
COUNTY / MUNICIPALITY Bartow
PRECINCT Adairsville

TIME LAST VOTER VOTED 7:45 p.m.
NUMBER OF REGISTERED VOTERS IN PRECINCT 6077

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 121310 | 30723392 | 0 | [redacted] | 75 |
| 138472 | 25933936 | 0 | [redacted] | 112 |
| 121172 | 25933937 | 0 | [redacted] | 113 |
| 117260 | 25933938 | 0 | [redacted] | 116 |
| 121438 | 25933939 | 0 | [redacted] | 119 |
| 121198 | 25933940 | 0 | [redacted] | 132 |
| 142443 | 25933941 | 0 | [redacted] | 105 |
| 119263 | 25933942 | 0 | [redacted] | 121 |
| 119134 | 25933943 | 0 | [redacted] | 113 |
| 121432 | 25933944 | 0 | [redacted] | 125 |
| 115080 | 25933945 | 0 | [redacted] | 116 |
| 124432 | 25933946 | 0 | [redacted] | 131 |
| 143458 | 25933947 | 0 | [redacted] | 134 |
| 128015 | 25933948 | 0 | [redacted] | 131 |

**SECTION B:** TOTAL OF ALL VOTES CAST, (ALL UNITS COMBINED)  1643

**SECTION C:** NUMBERED LISTS and VOTER CERTIFICATES

ExpressPoll (See ExpressPoll Recap)
- Democratic Primary  N/A
- Republican Primary  N/A
- General/Special  1642
- Total (a)  1642

Supplemental
- Democratic Primary  N/A
- Republican Primary  N/A
- General/Special  1
- Total (b)  1

Total Voter's Certificates
- Democratic Primary  N/A
- Republican Primary  N/A
- General/Special  ____
- Total (c)  1643

**SECTION D:** TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 1643
2. "Voters Marked" (See ExpressPoll Recap) 1642 + Supplemental List 1 = 1643
3. Numbered Lists on ExpressPoll (a) 1642 + Supplemental (b) 1 = 1643
4. Voter's Certificates (c) = 1642

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: I have no idea.

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 6th day of November, 2018. SIGNED IN TRIPLICATE

_[signature]_  _[signature]_  _[signature]_
Manager      Assistant Manager   Assistant Manager

Bartow 000006

PLAINTIFF'S EXHIBIT

Form PS-DRE-10

ELECTION: (Check One)
- ☒ General
- ☐ Primary
- ☐ Runoff (If applicable)
- ☐ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION 11-6-2018
COUNTY / MUNICIPALITY Bartow
PRECINCT Allatoona

TIME LAST VOTER VOTED 7:04
NUMBER OF REGISTERED VOTERS IN PRECINCT 4354

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 121478 | 25933925 | 0 | [redacted] | 130 |
| 121312 | 25933927 | 0 | [redacted] | 127 |
| 115071 | 25933926 | 0 | [redacted] | 107 |
| 127878 | 25933923 | 0 | [redacted] | 121 * |
| 121572 | 25933928 | 0 | [redacted] | 114 |
| 121261 | 25933930 | 0 | [redacted] | 114 |
| 121573 | 25933922 | 0 | [redacted] | 112 |
| 121352 | 25933924 | 0 | [redacted] | 94 |
| 123711 | 25933929 | 0 | [redacted] | 90 |
| 127961 | 25933921 | 0 | [redacted] | 58 |

### SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED) 1067

### SECTION C: NUMBERED LISTS and VOTER CERTIFICATES

ExpressPoll (See ExpressPoll Recap)
- Democratic Primary N/A
- Republican Primary N/A
- General/Special 1067
- Total (a) 1067

Supplemental
- Democratic Primary N/A
- Republican Primary N/A
- General/Special 0
- Total (b) 0

Total Voter's Certificates
- Democratic Primary N/A
- Republican Primary N/A
- General/Special ___
- Total (c) ___

### SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:

1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 1067
2. "Voters Marked" (See ExpressPoll Recap) 1067 + Supplemental List 0 = 1067
3. Numbered Lists on ExpressPoll (a) 1067 + Supplemental (b) 0 = 1067
4. Voter's Certificates (c) = 1070

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: I don't know

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 6 day of Nov, 2018. **SIGNED IN TRIPLICATE**

[Signature] Manager
[Signature] Assistant Manager
[Signature] Assistant Manager

Bartow 000007
Form RS-DRE-10

ELECTION: (Check One)
- ☒ General
- ☐ Primary
- ☐ Runoff (if applicable)
- ☒ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION: Nov 6 2018
COUNTY / MUNICIPALITY: Bartow
PRECINCT: Cartersville East

TIME LAST VOTER VOTED: 7:00
NUMBER OF REGISTERED VOTERS IN PRECINCT: 7318

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 121465 | 30723325 | 0 | (blacked out) | 70 |
| 125385 | 30723327 | 0 | (blacked out) Gm | 81 |
| 129680 | 30723326 | 0 | (blacked out) | 88 |
| 121061 | 30723324 | 0 | (blacked out) | 109 |
| 133706 | 30723333 | 0 | (blacked out) | 111 |
| 158518 | 30723328 | 0 | (blacked out) | 110 |
| 156307 | 30723331 | 0 | (blacked out) | 119 |
| 123817 | 30723334 | 0 | (blacked out) | 112 |
| 121188 | 30723322 | 0 | (blacked out) | 112 |
| 122467 | 30723335 Gm | 0 | (blacked out) | 105 |
| 127960 | 30723329 | 0 | (blacked out) | 107 |
| 121171 | 30723330 | 0 | (blacked out) | 108 |
| 119093 | 30723332 | 0 | (blacked out) | 103 |
| 119227 | 30723323 | 0 | (blacked out) | 128 |
| 127896 | 30723321 | 0 | (blacked out) | 47 |

**SECTION B:** TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED) __1510__

**SECTION C:** NUMBERED LISTS and VOTER CERTIFICATES

| ExpressPoll (See ExpressPoll Recap) | Supplemental | Total Voter's Certificates |
|---|---|---|
| Democratic Primary N/A | Democratic Primary N/A | Democratic Primary N/A |
| Republican Primary N/A | Republican Primary N/A | Republican Primary N/A |
| General/Special 1510 | General/Special 0 | General/Special 1510 |
| Total (a) 1510 | Total (b) 0 | Total (c) 1510 |

**SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:**
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 1510
2. "Voters Marked" (See ExpressPoll Recap) 1510 + Supplemental List 0 = 1510
3. Numbered Lists on ExpressPoll (a) 1510 + Supplemental (b) 0 = 1510
4. Voter's Certificates (c) = 1510

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 10th day of Nov, 2018. SIGNED IN TRIPLICATE

Manager / Assistant Manager / Assistant Manager

Bartow 000008
Form RS-DRE-10

ELECTION: (Check One)
- ☒ General
- ☐ Primary
- ☐ Runoff (if applicable)
- ☐ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION: 11-6-18
COUNTY / MUNICIPALITY: Bartow
PRECINCT: Cartersville West

TIME LAST VOTER VOTED: 7:02
NUMBER OF REGISTERED VOTERS IN PRECINCT: 7373

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 121327 | 25933891 | 0 | [redacted] | 88 |
| 124631 | 25933892 | 0 | [redacted] | 125 |
| 119353 | 25933893 | 0 | [redacted] | 154 |
| 128021 | 25933894 | 0 | [redacted] | 135 |
| 133131 | 25933895 | 0 | [redacted] | 79 |
| 122477 | 25933896 | 0 | [redacted] | 153 |
| 121568 | 25933897 | 0 | [redacted] | 78 |
| 127950 | 25933898 | 0 | [redacted] | 143 |
| 134166 | 25933899 | 0 | [redacted] | 116 |
| 121368 | 25933900 | 0 | [redacted] | 152 |
| 121377 | 25933901 | 0 | [redacted] | 125 |
| 121156 | 25933902 | 0 | [redacted] | 131 |
| 128004 | 25933903 | 0 | [redacted] | 74 |
| 121427 | 25933904 | 0 | [redacted] | 114 |
| 121502 | 25933905 | 0 | [redacted] | 99 |

**SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)** 1768

### SECTION C: NUMBERED LISTS and VOTER CERTIFICATES

| ExpressPoll (See ExpressPoll Recap) | Supplemental | Total Voter's Certificates |
|---|---|---|
| Democratic Primary: NA | Democratic Primary: NA | Democratic Primary: NA |
| Republican Primary: NA | Republican Primary: NA | Republican Primary: NA |
| General/Special: 1766 | General/Special: 2 | General/Special: 1768 |
| Total (a): 1766 | Total (b): 2 | Total (c): 1768 |

### SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:

1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 1768
2. "Voters Marked" (See ExpressPoll Recap) 1766 + Supplemental List 2 = 1768
3. Numbered Lists on ExpressPoll (a) 1766 + Supplemental (b) 2 = 1768
4. Voter's Certificates (c) = 1768

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 6th day of Nov, 2018. SIGNED IN TRIPLICATE

_Nathan [signature]_ — Manager
_[signature]_ — Assistant Manager
_[signature]_ — Assistant Manager

Bartow 000009
Form RS-DRE-10

| ELECTION: (Check One) | | USE BALL POINT PEN Bear Down – You Are Making Three Copies |
|---|---|---|
| ☒ General | | |
| ☐ Primary | | WHITE sheet to Secretary of State |
| ☐ Runoff (if applicable) | | YELLOW sheet to Superintendent |
| ☐ Special | | PINK sheet to Clerk of Superior Court or Municipal Clerk |
| ☐ Presidential Preference Primary | | |

DATE OF ELECTION November 6, 2018
COUNTY / MUNICIPALITY Bartow
PRECINCT Cassville

TIME LAST VOTER VOTED 7:41
NUMBER OF REGISTERED VOTERS IN PRECINCT ~~2651~~ 19,634

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP
### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 121479 | 2592541 | 0 | [redacted] | 167 |
| 119136 | 3072395 | 0 | [redacted] | 155 |
| 121508 | 3072307 | 0 | [redacted] | 149 |
| 121974 | 3072348 | 0 | [redacted] | 141 |
| 117225 | 3072394 | 0 | [redacted] | 134 |
| 121345 | 3072305 | 0 | [redacted] | 118 |
| 134653 | 3072392 | 0 | [redacted] | 119 |
| 115740 | 3072300 | 0 | [redacted] | 143 |
| 121176 | 3072347 | 0 | [redacted] | 141 |
| 134635 | 3072306 | 0 | [redacted] | 137 |
| 121690 | 3072308 | 0 | [redacted] | 143 |
| 121468 | 3072309 | 0 | [redacted] | 131 |
| 114124 | 3072301 | 0 | [redacted] | 134 |
| 121165 | 3072304 | 0 | [redacted] | 138 |
| 119137 | 3072302 | 0 | [redacted] | 131 |
| 121409 | 3072303 | 0 | [redacted] | 126 |

**SECTION B:** TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED) 2598

**SECTION C:** NUMBERED LISTS and VOTER CERTIFICATES

| ExpressPoll (See ExpressPoll Recap) | Supplemental | Total Voter's Certificates |
|---|---|---|
| Democratic Primary _____ | Democratic Primary _____ | Democratic Primary _____ |
| Republican Primary _____ | Republican Primary _____ | Republican Primary _____ |
| General/Special ~~2594~~ 2546 | General/Special 2 | General/Special 2600 |
| Total (a) ~~2594~~ 2594 | Total (b) 2 | Total (c) 2600 |

**SECTION D:** TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above)  = 2598
2. "Voters Marked" (See ExpressPoll Recap) 2596 + Supplemental List 2  = 2598
3. Numbered Lists on ExpressPoll (a) 2596 + Supplemental (b) 2  = 2598
4. Voter's Certificates (c)  = 2600

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: Had supplemental voters

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 6 day of November, 2018. SIGNED IN TRIPLICATE

_____ Manager    _____ Assistant Manager    _____ Assistant Manager

Bartow 000010
Form RS-DRE-10

ELECTION: (Check One)   ☑ General
                        ☐ Primary
                        ☐ Runoff (if applicable)
                        ☐ Special
                        ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION November 6, 2018
COUNTY /MUNICIPALITY Bartow
PRECINCT Cassville

TIME LAST VOTER VOTED 7:41
NUMBER OF REGISTERED VOTERS IN PRECINCT 6514

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 120916 | 30723310 | 0 | (redacted) | 129 |
| 121482 | 30723298 | 0 | (redacted) | 111 |
| 128180 | 30723299 | 0 | (redacted) | 111 |
| 120910 | 30723291 | 0 | (redacted) | 21 |

### SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)
### SECTION C: NUMBERED LISTS and VOTER CERTIFICATES

| ExpressPoll (See ExpressPoll Recap) | Supplemental | Total Voter's Certificates |
|---|---|---|
| Democratic Primary _____ | Democratic Primary _____ | Democratic Primary _____ |
| Republican Primary _____ | Republican Primary _____ | Republican Primary _____ |
| General/Special _____ | General/Special _____ | General/Special _____ |
| Total (a) _____ | Total (b) _____ | Total (c) _____ |

### SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = _____
2. "Voters Marked" (See ExpressPoll Recap) _____ + Supplemental List _____ = _____
3. Numbered Lists on ExpressPoll (a) _____ + Supplemental (b) _____ = _____
4. Voter's Certificates (c) = _____

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the ___6___ day of ___Nov___, 20_18_. SIGNED IN TRIPLICATE

_____        _____        _____
Manager                           Assistant Manager                 Assistant Manager

Bartow 000011
Form RS-DRE-10

ELECTION: (Check One)  ☒ General
☐ Primary
☐ Runoff (if applicable)
☐ Special
☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION  Nov. 6, 2018
COUNTY / MUNICIPALITY  BARTOW
PRECINCT  CENTER

TIME LAST VOTER VOTED  6:58 pm
NUMBER OF REGISTERED VOTERS IN PRECINCT  3871

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 121296 | 30723340 | 0 | ███ | 164 |
| 127922 | 30723338 | 0 | ███ | 151 |
| 119177 | 30723339 | 0 | ███ | 150 |
| 127912 | 30723341 | 0 | ███ | 158 |
| 121571 | 30723343 | 0 | ███ | 165 |
| 121430 | 30723342 | 0 | ███ | 163 |
| 115721 | 30723337 | 0 | ███ | 160 |
| 121480 | 30723336 | 0 | ███ | 128 |

**SECTION B:** TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)  1239

**SECTION C:** NUMBERED LISTS and VOTER CERTIFICATES

| ExpressPoll (See ExpressPoll Recap) | Supplemental | Total Voter's Certificates |
|---|---|---|
| Democratic Primary  N/A | Democratic Primary  N/A | Democratic Primary  N/A |
| Republican Primary  N/A | Republican Primary  N/A | Republican Primary  N/A |
| General/Special  1239 | General/Special  0 | General/Special  1239 |
| Total (a)  1239 | Total (b)  0 | Total (c)  1239 |

**SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:**
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above)   = 1239
2. "Voters Marked" (See ExpressPoll Recap) 1239 + Supplemental List  0   = 1239
3. Numbered Lists on ExpressPoll (a) 1239 + Supplemental (b) 0   = 1239
4. Voter's Certificates (c)   = 1239

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 6th day of November, 2018. SIGNED IN TRIPLICATE

_[signature]_  Manager       _[signature]_ Sam E Crowell Assistant Manager       _[signature]_ Helen E Drew Assistant Manager

Bartow 000012
Form RS-DRE-10

ELECTION: (Check One)
- ☒ General
- ☐ Primary
- ☐ Runoff (if applicable)
- ☐ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
**Bear Down – You Are Making Three Copies**

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION  Nov 6, 2018
COUNTY / MUNICIPALITY  Bartow
PRECINCT  Emerson

TIME LAST VOTER VOTED  6:58 pm
NUMBER OF REGISTERED VOTERS IN PRECINCT  2940

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 149713 | 25933990 | 0 | ███ | 60 |
| 121471 | 25933996 | 0 | ███ | 136 |
| 122397 | 25933997 | 0 | ███ | 120 |
| 119212 | 25933998 | 0 | ███ | 127 |
| 127665 | 25933840 | 0 | ███ | 127 |
| 121329 | 25934000 | 0 | ███ | 117 |
| 121362 | 25933989 | 0 | ███ | 132 |
| 121565 | 25933988 | 0 | ███ | 140 |

### SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)

### SECTION C: NUMBERED LISTS and VOTER CERTIFICATES

| ExpressPoll (See ExpressPoll Recap) | Supplemental | Total Voter's Certificates |
|---|---|---|
| Democratic Primary  N/A | Democratic Primary  N/A | Democratic Primary  N/A |
| Republican Primary  N/A | Republican Primary  N/A | Republican Primary  N/A |
| General/Special  959 | General/Special  0 | General/Special  959 |
| Total (a)  959 | Total (b)  0 | Total (c)  959 |

### SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 959
2. "Voters Marked" (See ExpressPoll Recap) 959 + Supplemental List 0 = 959
3. Numbered Lists on ExpressPoll (a) 959 + Supplemental (b) 0 = 959
4. Voter's Certificates (c) = 959

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the ____ day of Nov, 2018. SIGNED IN TRIPLICATE

Manager _____  Assistant Manager _____  Assistant Manager _____

Bartow 000013
Form RS-DRE-10

ELECTION: (Check One)  ☑ General
                       ☐ Primary
                       ☐ Runoff (if applicable)
                       ☐ Special
                       ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION  11-6-18
COUNTY /MUNICIPALITY  BARTOW
PRECINCT  EUHARLEE

TIME LAST VOTER VOTED  7:05 pm
NUMBER OF REGISTERED VOTERS IN PRECINCT  4996

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 121470 | 25733987 | 0 | ■■■ | 195 |
| 157562 | 25733971 | 0 | ■■■ | 167 |
| 124568 | 25733975 | 0 | ■■■ | 43 |
| 128024 | 25733519 | 0 | ■■■ | 172 |
| 119371 | 25733114 | 0 | ■■■ | 149 |
| 115419 | 25733978 | 0 | ■■■ | 132 |
| 127651 | 25733777 | 0 | ■■■ | 164 |
| 158749 | 25733717 | 0 | ■■■ | 152 |
| 136743 | 25733179 | 0 | ■■■ | 160 |
| 121671 | 25733970 | 0 | ■■■ | 156 |
| 115038 | 25733773 | 0 | ■■■ | 162 |
| 127787 | 25733780 | 0 | ■■■ | 66 |

**SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)**  1,693

### SECTION C: NUMBERED LISTS and VOTER CERTIFICATES

| ExpressPoll (See ExpressPoll Recap) | Supplemental | Total Voter's Certificates |
|---|---|---|
| Democratic Primary _____ | Democratic Primary _____ | Democratic Primary _____ |
| Republican Primary _____ | Republican Primary _____ | Republican Primary _____ |
| General/Special  1693 | General/Special  0 | General/Special  1,693 |
| Total (a)  1693 | Total (b)  0 | Total (c)  1,693 |

### SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:

1. Results Tapes (or Accumulator Tape Results) (Total from Section B above)  = 1,693
2. "Voters Marked" (See ExpressPoll Recap) 1693 + Supplemental List  0   = 1,693
3. Numbered Lists on ExpressPoll (a) 1,693 + Supplemental (b)  0   = 1,693
4. Voter's Certificates (c)   = 1,693

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this
the _____ day of November, 2018. SIGNED IN TRIPLICATE

_Manager_   _Assistant Manager_ Betty Anne Tilley   _Assistant Manager_ Kathy Faulk

Bartow 000014
Form RS-DRE-10

ELECTION: (Check One)
- ☑ General
- ☐ Primary
- ☐ Runoff (if applicable)
- ☐ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
**Bear Down – You Are Making Three Copies**

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION 11/06/18
COUNTY /MUNICIPALITY Bartow
PRECINCT Folsom

TIME LAST VOTER VOTED 7:00
NUMBER OF REGISTERED VOTERS IN PRECINCT 1246

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 119092 | 25933931 | 0 | [redacted] | 122 |
| 119091 | 25933932 | 0 | [redacted] | 136 |
| 137020 | 25933933 | 0 | [redacted] | 137 |
| 172888 | 25933934 | 0 | [redacted] | 155 |

**SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)** 550

**SECTION C: NUMBERED LISTS and VOTER CERTIFICATES**

ExpressPoll (See ExpressPoll Recap)
- Democratic Primary N/A
- Republican Primary N/A
- General/Special 550
- Total (a) 550

Supplemental
- Democratic Primary N/A
- Republican Primary N/A
- General/Special Ø
- Total (b) Ø

Total Voter's Certificates
- Democratic Primary N/A
- Republican Primary N/A
- General/Special ~~554~~ 550
- Total (c) ~~554~~ 550

**SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:**
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 550
2. "Voters Marked" (See ExpressPoll Recap) 550 + Supplemental List Ø = 550
3. Numbered Lists on ExpressPoll (a) 550 + Supplemental (b) Ø = 550
4. Voter's Certificates (c) = 550

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 6 day of November, 2018. SIGNED IN TRIPLICATE

_____ Manager
_____ Assistant Manager
_____ Assistant Manager

Bartow 000015
Form RS-DRE-10

ELECTION: (Check One)  ☑ General
☐ Primary
☐ Runoff (if applicable)
☑ Special
☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION  Nov 6, 2018
COUNTY /MUNICIPALITY  Bartow
PRECINCT  Kingston

TIME LAST VOTER VOTED  6:53
NUMBER OF REGISTERED VOTERS IN PRECINCT  2443

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 128130 | 30723285 | 0 | (redacted) | 125 |
| 121206 | 30723288 | 0 | (redacted) | 122 |
| 141908 | 30723287 | 0 | (redacted) | 132 |
| 123346 | 30723284 | 0 | (redacted) | 142 |
| 109940 | 30723289 | 0 | (redacted) | 141 |
| 155814 | 30723286 | 0 | (redacted) | 141 |
| 128133 | 30723283 | 0 | (redacted) | 94 |

SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)  895

SECTION C: NUMBERED LISTS and VOTER CERTIFICATES

ExpressPoll (See ExpressPoll Recap)
Democratic Primary  0
Republican Primary  0
General/Special  895
Total (a)  895

Supplemental
Democratic Primary  0
Republican Primary  0
General/Special  1
Total (b)  1

Total Voter's Certificates
Democratic Primary  0
Republican Primary  0
General/Special  895
Total (c)  896

SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 895
2. "Voters Marked" (See ExpressPoll Recap) 895 + Supplemental List 1 = 896
3. Numbered Lists on ExpressPoll (a) 895 + Supplemental (b) 1 = 896
4. Voter's Certificates (c) = 895

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: did pink sheet machines became less than express polls at 1:30.

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 6th day of Nov, 2018. SIGNED IN TRIPLICATE

_Melissa Menus_  Manager
_Lee_  Assistant Manager
_B Shepherd_  Assistant Manager

Bartow 000016
Form RS-DRE-10

| | | | | | |
|---|---|---|---|---|---|
| ELECTION: (Check One) | ☒ General<br>☐ Primary<br>☐ Runoff (if applicable)<br>☒ Special<br>☐ Presidential Preference Primary | | | **USE BALL POINT PEN**<br>Bear Down – You Are Making Three Copies<br>WHITE sheet to Secretary of State<br>YELLOW sheet to Superintendent<br>PINK sheet to Clerk of Superior Court or Municipal Clerk | |

DATE OF ELECTION: July 10th 18
COUNTY / MUNICIPALITY: Bartow
PRECINCT: Mission Rd

TIME LAST VOTER VOTED: 6:58
NUMBER OF REGISTERED VOTERS IN PRECINCT: 3724

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 142506 | 25933888 | 0 | [redacted] | 111 |
| 133781 | 25933887 | 0 | [redacted] | 112 |
| 119243 | 25933889 | 0 | [redacted] | 111 |
| 155807 | 25933885 | 0 | [redacted] | 107 |
| 121497 | 25933881 | 0 | [redacted] | 102 |
| 125382 | 25933882 | 0 | [redacted] | 98 |
| 114596 | 25933886 | 0 | [redacted] | 90 |
| 158895 | 25933884 | 0 | [redacted] | 92 |
| 121304 | 25933880 | 0 | [redacted] | 98 |
| 120890 | 25933883 | 0 | [redacted] | 41 |

### SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED) 968

### SECTION C: NUMBERED LISTS and VOTER CERTIFICATES

| ExpressPoll (See ExpressPoll Recap) | Supplemental | Total Voter's Certificates |
|---|---|---|
| Democratic Primary 0 | Democratic Primary 0 | Democratic Primary 0 |
| Republican Primary 0 | Republican Primary 0 | Republican Primary 0 |
| General/Special 968 | General/Special 968 | General/Special 968 |
| Total (a) 968 | Total (b) 968 | Total (c) 968 |

### SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:

1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 968
2. "Voters Marked" (See ExpressPoll Recap) 968 + Supplemental List 0 = 968
3. Numbered Lists on ExpressPoll (a) 968 + Supplemental (b) 0 = 968
4. Voter's Certificates (c) = 968

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 10 day of July, 2018. SIGNED IN TRIPLICATE

_____ Manager  _____ Assistant Manager  _____ Assistant Manager

Bartow 000017
Form RS-DRE-10

ELECTION: (Check One) ☑ General
☐ Primary
☐ Runoff (if applicable)
☐ Special
☐ Presidential Preference Primary

**USE BALL POINT PEN**
**Bear Down – You Are Making Three Copies**

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION November 6 2018
COUNTY /MUNICIPALITY Bartow
PRECINCT Pine Log

TIME LAST VOTER VOTED 6:58 pm

NUMBER OF REGISTERED VOTERS IN PRECINCT 1888

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 158163 | 25933814 | 0 | ■■■ | 96 |
| 121458 | 30723268 | 0 | ■■■ | 161 |
| 121516 | 30723269 | 0 | ■■■ | 156 |
| 121372 | 30723270 | 0 | ■■■ | 151 |
| 127888 | 30723271 | 0 | ■■■ | 167 |
| 121473 | 30723272 | 0 | ■■■ | 158 |

**SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)** 889

**SECTION C: NUMBERED LISTS and VOTER CERTIFICATES**

ExpressPoll (See ExpressPoll Recap)
Democratic Primary ____0____
Republican Primary ____0____
General/Special ____889____
Total (a) ____889____

Supplemental
Democratic Primary ____0____
Republican Primary ____0____
General/Special ____0____
Total (b) ____0____

Total Voter's Certificates
Democratic Primary _____
Republican Primary _____
General/Special ____889____
Total (c) ____889____

**SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:**
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 889
2. "Voters Marked" (See ExpressPoll Recap) ____ + Supplemental List ____ = 889
3. Numbered Lists on ExpressPoll (a) ____ + Supplemental (b) ____ = 889
4. Voter's Certificates (c) = 889

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the ___6___ day of __November__, 20_18_. SIGNED IN TRIPLICATE.

Manager _____
Assistant Manager _____
Assistant Manager _____

Bartow 000018
Form RS-DRE-10

ELECTION: (Check One)  ☑ General
 ☐ Primary
 ☐ Runoff (if applicable)
 ☐ Special
 ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION _November 6, 2018_
COUNTY /MUNICIPALITY _Bartow_
PRECINCT _Taylorsville_

TIME LAST VOTER VOTED _7:45_
NUMBER OF REGISTERED VOTERS IN PRECINCT _2598_

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 121064 | 2593?981 | 0 | [redacted] | 178 |
| 119-378 | 2593?953 | 0 | [redacted] | 182 |
| 121 5?? | 2593?983 | 0 | [redacted] | 189 |
| 121 199 | 2593 3954 | 0 | [redacted] | 192 |
| 119 751 | 2593 ?705 | 0 | [redacted] | 93 |
| 119 4?? | 2593?946 | 0 | [redacted] | 135 |

**SECTION B:** TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)  _1139_

**SECTION C:** NUMBERED LISTS and VOTER CERTIFICATES

ExpressPoll (See ExpressPoll Recap)
 Democratic Primary _N/A_
 Republican Primary _N/A_
 General/Special _1139_
 Total (a) _1139_

Supplemental
 Democratic Primary _N/A_
 Republican Primary _N/A_
 General/Special _1_
 Total (b) _1_

Total Voter's Certificates
 Democratic Primary _N/A_
 Republican Primary _N/A_
 General/Special _1140_
 Total (c) _1140_

**SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:**
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = ~~1140~~ 1139
2. "Voters Marked" (See ExpressPoll Recap) _1139_ + Supplemental List _1_ = 1140
3. Numbered Lists on ExpressPoll (a) _1139_ + Supplemental (b) _1_ = 1140
4. Voter's Certificates (c) = 1140

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _Voter Certificate found by Managers lane after polls closed. It was not numbered. Person did not vote. It is not numbered on back of certificate._

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the _6th_ day of _November_, 2_018_. SIGNED IN TRIPLICATE

_[signature]_ Manager
_[signature]_ Assistant Manager
_[signature]_ Assistant Manager

Bartow 000019

ELECTION: (Check One) ☒ General
☐ Primary
☐ Runoff (if applicable)
☐ Special
☐ Presidential Preference Primary

DATE OF ELECTION November 6th 2018
COUNTY /MUNICIPALITY Bartow
PRECINCT White

**USE BALL POINT PEN**
**Bear Down – You Are Making Three Copies**

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

TIME LAST VOTER VOTED 6:52
NUMBER OF REGISTERED VOTERS IN PRECINCT 2424 (R) / 2466

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 121121 | 30723273 | 0 | [redacted] | 108 |
| 127932 | 30723275 | 0 | [redacted] | 136 |
| 121205 | 30723276 | 0 | [redacted] | 144 |
| 127951 | 30723277 | 0 | [redacted] | 145 |
| 119617 | 30723278 | 0 | [redacted] | 145 |
| 155810 | 30723274 | 0 | [redacted] | 139 |
| 126392 | 30723279 | 0 | [redacted] | 147 |

**SECTION B: TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)** 964

**SECTION C: NUMBERED LISTS and VOTER CERTIFICATES**

| ExpressPoll (See ExpressPoll Recap) | Supplemental | Total Voter's Certificates |
|---|---|---|
| Democratic Primary ∅ | Democratic Primary ∅ | Democratic Primary ∅ |
| Republican Primary ∅ | Republican Primary ∅ | Republican Primary ∅ |
| General/Special 946 | General/Special ∅ | General/Special 946 CR |
| Total (a) 946 964 | Total (b) ∅ | Total (c) 946 CR / 964 |

**SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:**
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 964
2. "Voters Marked" (See ExpressPoll Recap) 964 + Supplemental List 0 = 964
3. Numbered Lists on ExpressPoll (a) 964 + Supplemental (b) 0 = 964
4. Voter's Certificates (c) = 964

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 6th day of November, 2018. SIGNED IN TRIPLICATE

_Corey Jones_    _Clyde Couch_    _Kimberly Young_
Manager    Assistant Manager    Assistant Manager

Bartow 000020
Form RS-DRE-10

ELECTION: (Check One)  ☐ General
                       ☐ Primary
                       ☐ Runoff (if applicable)
                       ☐ Special
                       ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION  11-6-2018
COUNTY /MUNICIPALITY  Bartow
PRECINCT  Woodland

TIME LAST VOTER VOTED  6:56 pm

NUMBER OF REGISTERED VOTERS IN PRECINCT  1624

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 108544 | 25933830 | 0 | [redacted] | 105 |
| 137182 | 25933992 | 0 | [redacted] | 108 |
| 127494 | 25933795 | 0 | [redacted] | 98 |
| 121390 | 25433993 | 0 | [redacted] | 113 |
| 108545 | 25933991 | 0 | [redacted] | 62 |

**SECTION B:** TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)  486

**SECTION C:** NUMBERED LISTS and VOTER CERTIFICATES

ExpressPoll (See ExpressPoll Recap)
- Democratic Primary  N/A
- Republican Primary  N/A
- General/Special  486
- Total (a)  486

Supplemental
- Democratic Primary  N/A
- Republican Primary  N/A
- General/Special  0
- Total (b)  0

Total Voter's Certificates
- Democratic Primary  N/A
- Republican Primary  N/A
- General/Special  486
- Total (c)  486

**SECTION D:** TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above)  = 486
2. "Voters Marked" (See ExpressPoll Recap) 486 + Supplemental List 0  = 486
3. Numbered Lists on ExpressPoll (a) 486 + Supplemental (b) 0  = 486
4. Voter's Certificates (c)  = 486

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the __6__ day of __Nov__, 2018.  SIGNED IN TRIPLICATE

Barbara B Cowart          Pam [signature]          [signature]
Manager                   Assistant Manager        Assistant Manager

Bartow 000021  Form RS-DRE-10

ELECTION: (Check One)   ☒ General
                        ☐ Primary
                        ☐ Runoff (if applicable)
                        ☐ Special
                        ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION  Nov 6, 2018
COUNTY /MUNICIPALITY  Bartow
PRECINCT  Zena

TIME LAST VOTER VOTED  7:15 P.M.
NUMBER OF REGISTERED VOTERS IN PRECINCT  6405

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

### SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 121466 | 25933910 | 0 | [redacted] | 119 |
| 156314 | 25933908 | 0 | [redacted] | 105 |
| 128012 | 25933912 | 0 | [redacted] | 104 |
| 128080 | 25933911 | 0 | [redacted] | 102 |
| 119125 | 25933915 | 0 | [redacted] | 49 |
| 127769 | 25933907 | 0 | [redacted] | 70 |
| 138029 | 25933919 | 0 | [redacted] | 85 |
| 121391 | 25933916 | 0 | [redacted] | 79 |
| 119216 | 25933917 | 0 | [redacted] | 78 |
| 136277 | 25933906 | 0 | [redacted] | 28 |
| 119214 | 25933914 | 0 | [redacted] | 84 |
| 121501 | 25933913 | 0 | [redacted] | 81 |
| 143701 | 25933918 | 0 | [redacted] | 76 |
| 136196 | 25933920 | 0 | [redacted] | 55 |
| 125362 | 25933909 | 0 | [redacted] | 92 |

**SECTION B:** TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)  **1257**

**SECTION C:** NUMBERED LISTS and VOTER CERTIFICATES

ExpressPoll (See ExpressPoll Recap)
Democratic Primary  N/A
Republican Primary  N/A
General/Special  1256
Total (a)  1256

Supplemental
Democratic Primary  N/A
Republican Primary  N/A
General/Special  1
Total (b)  1

Total Voter's Certificates
Democratic Primary  N/A
Republican Primary  N/A
General/Special  [illegible]
Total (c)  1257

**SECTION D:** TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:

1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 1257
2. "Voters Marked" (See ExpressPoll Recap) 1256 + Supplemental List 1 = 1257
3. Numbered Lists on ExpressPoll (a) 1256 + Supplemental (b) 1 = 1257
4. Voter's Certificates (c) = 1257

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 6 day of November, 2018. SIGNED IN TRIPLICATE

_[signature]_  Manager
_[signature]_  Assistant Manager
_[signature]_ Linda Everett  Assistant Manager

Bartow 000022
Form RS-DRE-10