**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COALITION PLAINTIFFS' NOTICE OF FILING EVIDENCE AND WITHDRAWAL OF DECLARATIONS

Coalition Plaintiffs file herewith corrected copies of the following documents filed in support of their Motion for Preliminary Injunction (Docs. 412, 413 and 419), and withdraw two declarations, as follows:

1. Chart attached to Declaration of Taran Greenwald Declaration: attached as Exhibit 1 is a print out of the same data as found in the spreadsheet that appears at Doc. 419-1, at page 358, but printed in larger font and improved formatting.

2. Declaration of Christopher Brill: attached to the hand-delivered copy of this filing as Exhibit 2 is a print out of Doc. 421.  It is not being filed again electronically.

3. The Declaration of Eduardo Gonzalez (originally filed at Doc. 412 at page 167) is withdrawn.

4.  The Declaration of Kirsten Kemp (originally filed at Doc. 412 at page 219) is withdrawn.

5.  The Declaration of Quida Leech (originally filed at Doc. 412 at page 225): a corrected copy of this declaration is filed herewith as Exhibit 3.

6.  The Declaration of Dinesh Chandra (originally filed at Doc. 413 at page 116): a corrected copy of this declaration is filed herewith as Exhibit 4.

Respectfully submitted this 17th day of July, 2019.

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Counsel for Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges, Ricardo Davis and Megan Missett*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

This 17th day of July, 2019.

*/s/ Bruce P. Brown*
Bruce P. Brown

EXHIBIT

1

```
**************************  **************************  **************************  **************************  **************************

ELECTION RESULTS REPORT     ELECTION RESULTS REPORT     ELECTION RESULTS REPORT     ELECTION RESULTS REPORT     ELECTION RESULTS REPORT
**************************  **************************  **************************  **************************  **************************
         Fulton County              Fulton County              Fulton County              Fulton County              Fulton County
          State of                   State of                   State of                   State of                   State of
     Georgia General Election   Georgia General Election   Georgia General Election   Georgia General Election   Georgia General Election

       November 6 2018            November 6 2018            November 6 2018            November 6 2018            November 6 2018
DATE: Nov-06-2018           DATE: Nov-06-2018           DATE: Nov-06-2018           DATE: Nov-06-2018           DATE: Nov-06-2018
POLL CTR:      280(00       POLL CTR:                   POLL CTR:      280)00       POLL CTR:      280N00       POLL CTR:      280D00
    02J, 02K, & 06G            02J, 02K, & 06G             02J, 02K, & 06G             02J, 02K, & 06G             02J, 02K, & 06G
MACHINE ID:          2      MACHINE ID:          3      MACHINE ID:          4      MACHINE ID:          5      MACHINE ID:          6
VERSION: 2        COPY: 0   VERSION: 2        COPY: 0   VERSION: 2        COPY: 0   VERSION: 2        COPY: 0   VERSION: 2        COPY: 0
COUNT:    0      SIZE: 32M  COUNT:    0      SIZE: 32M  COUNT:    0      SIZE: 32M  COUNT:    0      SIZE: 32M  COUNT:    0      SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2  ACCU-VOTE RELEASE: 4, 5, 2  ACCU-VOTE RELEASE: 4, 5, 2  ACCU-VOTE RELEASE: 4, 5, 2  ACCU-VOTE RELEASE: 4, 5, 2
REPORT:      US 1, 14, 7    REPORT:      US 1, 14, 7    REPORT:      US 1, 14, 7    REPORT:      US 1, 14, 7    REPORT:      US 1, 14, 7

TIME: 19:26  11/06/2018     TIME: 19:26  11/06/2018     TIME: 19:31  11/06/2018     TIME: 19:31  11/06/2018     TIME: 19:26  11/06/2018
MACHINE SERIAL:  124301     MACHINE SERIAL:  136081     MACHINE SERIAL:  143944     MACHINE SERIAL:  129841     MACHINE SERIAL:  133778
PUBLIC COUNTER:     149     PUBLIC COUNTER:     141     PUBLIC COUNTER:     140     PUBLIC COUNTER:     138     PUBLIC COUNTER:     125
SYSTEM COUNTER:    2122     SYSTEM COUNTER:    1271     SYSTEM COUNTER:    1386     SYSTEM COUNTER:    2375     SYSTEM COUNTER:    8130

**************************  **************************  **************************  **************************  **************************
** PRECINCT:       220 *    ** PRECINCT:       220 *    ***  SUMMARY TOTALS       ***  SUMMARY TOTALS       ***  SUMMARY TOTALS
         02J                        02J
**************************  **************************  **************************  **************************  **************************

                                                        BALLOTS CAST BY PRECINCT    BALLOTS CAST BY PRECINCT    BALLOTS CAST BY PRECINCT
                                                        PRECINCT       QUANTITY     PRECINCT       QUANTITY     PRECINCT       QUANTITY
                                                          220              83         220              83         220              61
                                                          225              42         225              39         225              56
                                                          700              15         700              16         700               8

BALLOTS CAST                BALLOTS CAST                TOTAL BALLOTS       140     TOTAL BALLOTS       138     TOTAL BALLOTS       125
**************************  **************************  **************************  **************************  **************************
GOVERNOR                    GOVERNOR                    GOVERNOR                    GOVERNOR                    GOVERNOR
RACE #   3     *Total:  89  RACE #   3     *Total:  78  RACE #   3     *Total: 140  RACE #   3     *Total: 138  RACE #   3     *Total: 125

B. KEMP (R)             11  B. KEMP (R)              8  B. KEMP (R)             21  B. KEMP (R)             18  B. KEMP (R)             16
S. ABRAMS (D)           75  S. ABRAMS (D)           68  S. ABRAMS (D)          113  S. ABRAMS (D)          117  S. ABRAMS (D)          107
T. METZ (L)              3  T. METZ (L)              2  T. METZ (L)              5  T. METZ (L)              1  T. METZ (L)              2
Write-in                 0  Write-in                 0  Write-in                 0  Write-in                 1  Write-in                 0
# WRITE-INS             0   Write In Candidates         # WRITE-INS             1  # WRITE-INS             1  # WRITE-INS             0
Write In Candidates                                     Write In Candidates         Write In Candidates         Write In Candidates
**************************  **************************  **************************  **************************  **************************
LT GOVERNOR                 LT GOVERNOR                 LT GOVERNOR                 LT GOVERNOR                 LT GOVERNOR
RACE #   5     *Total:  87  RACE #   5     *Total:  76  RACE #   5     *Total: 136  RACE #   5     *Total: 132  RACE #   5     *Total: 125

G. DUNCAN (R)           13  G. DUNCAN (R)            9  G. DUNCAN (R)           26  G. DUNCAN (R)           18  G. DUNCAN (R)           20
S. R. AMICO (D)         73  S. R. AMICO (D)         67  S. R. AMICO (D)        110  S. R. AMICO (D)        114  S. R. AMICO (D)        105
Write-in                 1  Write-in                 0  Write-in                 0  Write-in                 0  Write-in                 0
# WRITE-INS             1   # WRITE-INS             0   # WRITE-INS             0  # WRITE-INS             0  Write In Candidates
Write In Candidates         Write In Candidates         Write In Candidates         Write In Candidates
**************************  **************************  **************************  **************************  **************************
SECRETARY OF STATE          SECRETARY OF STATE          SECRETARY OF STATE          SECRETARY OF STATE          SECRETARY OF STATE
RACE #   7     *Total:  88  RACE #   7     *Total:  78  RACE #   7     *Total: 140  RACE #   7     *Total: 133  RACE #   7     *Total: 124

B. RAFFENSPERGER (R)    11  B. RAFFENSPERGER (R)     8  B. RAFFENSPERGER (R)    22  B. RAFFENSPERGER (R)    19  B. RAFFENSPERGER (R)    17
J. BARROW (D)           71  J. BARROW (D)           66  J. BARROW (D)          107  J. BARROW (D)          109  J. BARROW (D)          102
S. DUVAL (L)             6  S. DUVAL (L)             4  S. DUVAL (L)            11  S. DUVAL (L)             5  S. DUVAL (L)             5
Write-in                 0  Write-in                 0  Write-in                 0  Write-in                 0  Write-in                 0
# WRITE-INS             0   Write In Candidates         # WRITE-INS             0  # WRITE-INS             0  # WRITE-INS             0
Write In Candidates                                     Write In Candidates         Write In Candidates         Write In Candidates
**************************  **************************  **************************  **************************  **************************
ATTORNEY GENERAL            ATTORNEY GENERAL            ATTORNEY GENERAL            ATTORNEY GENERAL            ATTORNEY GENERAL
RACE #   9     *Total:  87  RACE #   9     *Total:  78  RACE #   9     *Total: 138  RACE #   9     *Total: 133  RACE #   9     *Total: 124

C. CARR (I) R           15  C. CARR (I) R           14  C. CARR (I) R           27  C. CARR (I) R           22  C. CARR (I) R           23
C. BAILEY (D)           72  C. BAILEY (D)           64  C. BAILEY (D)          111  C. BAILEY (D)          111  C. BAILEY (D)          101
Write-in                 0  Write-in                 0  Write-in                 0  Write-in                 0  Write-in                 0
# WRITE-INS             0   # WRITE-INS             0   # WRITE-INS             0  # WRITE-INS             0  Write In Candidates
Write In Candidates         Write In Candidates         Write In Candidates         Write In Candidates
**************************  **************************  **************************  **************************  **************************
AGRICULTURE COMMISSIONER    AGRICULTURE COMMISSIONER    AGRICULTURE COMMISSIONER    AGRICULTURE COMMISSIONER    AGRICULTURE COMMISSIONER
RACE #   1     *Total:  86  RACE #   1     *Total:  75  RACE #   1     *Total: 132  RACE #   1     *Total: 130  RACE #   1     *Total: 121

G. BLACK (I) R          20  G. BLACK (I) R          21  G. BLACK (I) R          35  G. BLACK (I) R          28  G. BLACK (I) R          26
F. SWANN (D)            66  F. SWANN (D)            54  F. SWANN (D)            97  F. SWANN (D)           102  F. SWANN (D)            95
Write-in                 0  Write-in                 0  Write-in                 0  Write-in                 0  Write-in                 0
# WRITE-INS             0   Write In Candidates         # WRITE-INS             0  # WRITE-INS             0  # WRITE-INS             0
Write In Candidates                                     Write In Candidates         Write In Candidates         Write In Candidates
**************************  **************************  **************************  **************************  **************************
INSURANCE COMMISSIONER      INSURANCE COMMISSIONER      INSURANCE COMMISSIONER      INSURANCE COMMISSIONER      INSURANCE COMMISSIONER
RACE #   13    *Total:  87  RACE #   13    *Total:  73  RACE #   13    *Total: 131  RACE #   13    *Total: 132  RACE #   13    *Total: 123
```

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| J. BECK (R) | 12 | 13 | 24 | 19 | 19 |
| J. LAWS (D) | 68 | 56 | 99 | 104 | 97 |
| D. FOSTER (L) | 7 | 4 | 8 | 9 | 7 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**STATE SCHOOL SUPERINTENDENT**

| RACE # 15   *Total: | 86 | 76 | 131 | 131 | 123 |
|---|---|---|---|---|---|
| R. WOODS (I) R | 17 | 20 | 36 | 22 | 22 |
| O. THORNTON, JR. (D) | 68 | 56 | 95 | 109 | 101 |
| Write-in | 1 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 1 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**LABOR COMMISSIONER**

| RACE # 1   *Total: | 86 | 73 | 130 | 127 | 122 |
|---|---|---|---|---|---|
| M. BUTLER (I) R | 17 | 17 | 30 | 18 | 20 |
| R. KEATLEY (D) | 69 | 56 | 100 | 109 | 101 |
| Write-in | 0 | 0 | 0 | 0 | 1 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 1 |
| Write In Candidates | | | | | |

**PSC EATON**

| RACE # 19   *Total: | 88 | 74 | 132 | 129 | 123 |
|---|---|---|---|---|---|
| C. EATON (I) R | 14 | 7 | 22 | 20 | 20 |
| L. MILLER (D) | 68 | 62 | 103 | 105 | 97 |
| R. GRAHAM (L) | 6 | 5 | 7 | 4 | 6 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**PSC PRIDEMORE**

| RACE # 21   *Total: | 87 | 87 | 130 | 127 | 122 |
|---|---|---|---|---|---|
| T. PRIDEMORE (I) R | 12 | 12 | 23 | 19 | 20 |
| D. A. RANDOLPH (D) | 68 | 58 | 98 | 104 | 98 |
| J. TURPISH (L) | 7 | 4 | 9 | 6 | 4 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 5**

| RACE # 40   *Total: | 81 | 73 | 126 | 126 | 118 |
|---|---|---|---|---|---|
| J. R. LEWIS (I) D | 80 | 72 | 121 | 123 | 115 |
| Write-in | 1 | 1 | 5 | 3 | 3 |
| # WRITE-INS | 1 | 1 | 5 | 3 | 3 |
| Write In Candidates | | | | | |

**US HOUSE 6**

| RACE # 55   *Total: | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|
| K. HANDEL (I) R | 0 | 0 | 0 | 0 | 0 |
| L. MCBATH (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 11**

| RACE # 6   *Total: | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|
| B. LOUDERMILK (I) R | 0 | 0 | 0 | 0 | 0 |
| F. D. BROADY, JR (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 13**

| RACE # 7   *Total: | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|
| D. CALLAHAN (R) | 0 | 0 | 0 | 0 | 0 |
| D. SCOTT (I) (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**STATE SENATE 36**

| RACE # *Total: | 14  82 | 145  69 | 14  121 | 14  125 | 14  116 |
|---|---|---|---|---|---|
| N. ORROCK (I) D | 81 | 69 | 119 | 123 | 115 |
| Write-in | 0 | 0 | 2 | 2 | 1 |
| # WRITE-INS | 1 | 0 | 2 | 2 | 1 |
| Write In Candidates | | | | | |

```
STATE HOUSE 58
RACE #  35    *Total:           82
P. CANNON (I) D                 81
Write-in                         1
# WRITE-INS                      1
Write In Candidates
CO COMM CHAIRPERSON
RACE #  450   *Total:           78
R. PITTS (I) D                  77
Write-in                         1
# WRITE-INS                      1
Write In Candidates
SOIL AND WATER**
RACE #  550   *Total:           99
above 99 greater that total at top
W. S. REKUC, JR (I)             58
J. R. ULSETH                    40
Write-in                         1
Write-in                         0
# WRITE-INS                      1
Write In Candidates

     * total not found on tape, but
**Vote for two
```

```
STATE HOUSE 58
RACE #  35    *Total:           69
P. CANNON (I) D                 69
Write-in                         0
# WRITE-INS                      0
Write In Candidates
CO COMM CHAIRPERSON
RACE #  450   *Total:           70
R. PITTS (I) D                  70
Write-in                         0
# WRITE-INS                      0
Write In Candidates
SOIL AND WATER**
RACE #  550   *Total:           92
W. S. REKUC, JR (I)             56
J. R. ULSETH                    36
Write-in                         0
Write-in                         0
# WRITE-INS                      0
Write In Candidates
CONST AMENDMENT 1
RACE #  56    *Total:           78
YES                             67
NO                              11
BELOW THIS POINT, THE DOOR
```

```
STATE HOUSE 58
RACE #  355                    121
P. CANNON (I) D                120
Write-in                         1
# WRITE-INS                      1
Write In Candidates
CO COMM CHAIRPERSON
RACE #  450   *Total:          120
R. PITTS (I) D                 118
Write-in                         2
# WRITE-INS                      2
Write In Candidates
SOIL AND WATER**
RACE #  550   *Total:          153
W. S. REKUC, JR (I)             83
J. R. ULSETH                    69
Write-in                         1
Write-in                         0
# WRITE-INS                      1
Write In Candidates
CONST AMENDMENT 1
RACE #  56    *Total:          138
YES                            121
NO                              17
CONST AMENDMENT 2
RACE #  570   *Total:          132
YES                             76
NO                              56
```

```
STATE HOUSE 58
RACE #  35    *Total:          125
P. CANNON (I) D                123
Write-in                         2
# WRITE-INS                      2
Write In Candidates
CO COMM CHAIRPERSON
RACE #  450   *Total:          122
R. PITTS (I) D                 119
Write-in                         3
# WRITE-INS                      3
Write In Candidates
SOIL AND WATER**
RACE #  550   *Total:          168
W. S. REKUC, JR (I)             91
J. R. ULSETH                    76
Write-in                         1
Write-in                         0
# WRITE-INS                      1
Write In Candidates
CONST AMENDMENT 1
RACE #  56    *Total:          137
YES                            131
NO                               6
CONST AMENDMENT 2
RACE #  570   *Total:          130
YES                             72
NO                              58
```

```
STATE HOUSE 58
RACE #  35    *Total:          113
P. CANNON (I) D                111
Write-in                         2
# WRITE-INS                      2
Write In Candidates
CO COMM CHAIRPERSON
RACE #  450   *Total:          115
R. PITTS (I) D                 114
Write-in                         1
# WRITE-INS                      1
Write In Candidates
SOIL AND WATER**
RACE #  550   *Total:          159
W. S. REKUC, JR (I)             88
J. R. ULSETH                    69
Write-in                         1
Write-in                         1
# WRITE-INS                      2
Write In Candidates
CONST AMENDMENT 1
RACE #  56    *Total:          123
YES                            110
NO                              13
CONST AMENDMENT 2
RACE #  57    *Total:          119
YES                             58
NO                              61
CONST AMENDMENT 3
RACE #  58    *Total:          113
YES                             80
NO                              33
CONST AMENDMENT 4
RACE #  59    *Total:          123
YES                             92
NO                              31
```

**Column 1 (Machine ID: 2)**

```
************************************

ELECTION RESULTS REPORT
************************************
          Fulton County
           State of
     Georgia General ELection

         November 6 2018
DATE: Nov-06-2018
POLL CTR:        280(00
        02J, 02K, & 06G
MACHINE ID:              2
VERSION: 2           COPY: 0
COUNT:   0          SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL:    124301
PUBLIC COUNTER:       149
SYSTEM COUNTER:      2122

************************************

** PRECINCT:         220 *
        02J
************************************
```

```
BALLOTS CAST
************************************
GOVERNOR
RACE #   3      *Total:    89

B. KEMP (R)            11
S. ABRAMS (D)         75
T. METZ (L)            3
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
LT GOVERNOR
RACE #   5      *Total:    87

G. DUNCAN (R)         13
S. R. AMICO (D)       73
Write-In               1
# WRITE-INS            1
Write In Candidates
************************************
SECRETARY OF STATE
RACE #   7      *Total:    88

B. RAFFENSPERGER (R)  11
J. BARROW (D)         71
S. DUVAL (L)           6
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
ATTORNEY GENERAL
RACE #   9      *Total:    87

C. CARR (I) R         15
C. BAILEY (D)         72
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
AGRICULTURE COMMISSIONER
RACE #   1      *Total:    86

G. BLACK (I) R        20
F. SWANN (D)          66
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
INSURANCE COMMISSIONER
RACE #   13     *Total:    87
```

**Column 2 (Machine ID: 3)**

```
************************************

ELECTION RESULTS REPORT
************************************
          Fulton County
           State of
     Georgia General ELection

         November 6 2018
DATE: Nov-06-2018
POLL CTR:        280()00
        02J, 02K, & 06G
MACHINE ID:              3
VERSION: 2           COPY: 0
COUNT:   0          SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL:    136081
PUBLIC COUNTER:       141
SYSTEM COUNTER:      1271

************************************

** PRECINCT:         220 *
        02J
************************************
```

```
BALLOTS CAST
************************************
GOVERNOR
RACE #   3      *Total:    78

B. KEMP (R)            8
S. ABRAMS (D)        68
T. METZ (L)           2
Write-in              0
# WRITE-INS           0
Write In Candidates
************************************
LT GOVERNOR
RACE #   5      *Total:    76

G. DUNCAN (R)         9
S. R. AMICO (D)      67
Write-In              0
# WRITE-INS           0
Write In Candidates
************************************
SECRETARY OF STATE
RACE #   7      *Total:    78

B. RAFFENSPERGER (R)  8
J. BARROW (D)        66
S. DUVAL (L)          4
Write-in              0
# WRITE-INS           0
Write In Candidates
************************************
ATTORNEY GENERAL
RACE #   9      *Total:    78

C. CARR (I) R        14
C. BAILEY (D)        64
Write-in              0
# WRITE-INS           0
Write In Candidates
************************************
AGRICULTURE COMMISSIONER
RACE #   1      *Total:    75

G. BLACK (I) R       21
F. SWANN (D)         54
Write-in              0
# WRITE-INS           0
Write In Candidates
************************************
INSURANCE COMMISSIONER
RACE #   13     *Total:    73
```

**Column 3 (Machine ID: 4)**

```
************************************

ELECTION RESULTS REPORT
************************************
          Fulton County
           State of
     Georgia General ELection

         November 6 2018
DATE: Nov-06-2018
POLL CTR:        280)00
        02J, 02K, & 06G
MACHINE ID:              4
VERSION: 2           COPY: 0
COUNT:   0          SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7

TIME: 19:31  11/06/2018
MACHINE SERIAL:    143944
PUBLIC COUNTER:       140
SYSTEM COUNTER:      1386

************************************

*** SUMMARY TOTALS
************************************
```

| BALLOTS CAST BY PRECINCT | |
|---|---|
| PRECINCT | QUANTITY |
| 220 | 83 |
| 225 | 42 |
| 700 | 15 |

```
TOTAL BALLOTS        140
************************************
GOVERNOR
RACE #   3      *Total:   140

B. KEMP (R)           21
S. ABRAMS (D)        113
T. METZ (L)            5
Write-in               1
# WRITE-INS            1
Write In Candidates
************************************
LT GOVERNOR
RACE #   5      *Total:   136

G. DUNCAN (R)         26
S. R. AMICO (D)      110
Write-In               0
# WRITE-INS            0
Write In Candidates
************************************
SECRETARY OF STATE
RACE #   7      *Total:   140

B. RAFFENSPERGER (R)  22
J. BARROW (D)        107
S. DUVAL (L)          11
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
ATTORNEY GENERAL
RACE #   9      *Total:   138

C. CARR (I) R         27
C. BAILEY (D)        111
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
AGRICULTURE COMMISSIONER
RACE #   1      *Total:   132

G. BLACK (I) R        35
F. SWANN (D)          97
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
INSURANCE COMMISSIONER
RACE #   13     *Total:   131
```

**Column 4 (Machine ID: 5)**

```
************************************

ELECTION RESULTS REPORT
************************************
          Fulton County
           State of
     Georgia General ELection

         November 6 2018
DATE: Nov-06-2018
POLL CTR:        280N00
        02J, 02K, & 06G
MACHINE ID:              5
VERSION: 2           COPY: 0
COUNT:   0          SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7

TIME: 19:31  11/06/2018
MACHINE SERIAL:    129841
PUBLIC COUNTER:       138
SYSTEM COUNTER:      2375

************************************

*** SUMMARY TOTALS
************************************
```

| BALLOTS CAST BY PRECINCT | |
|---|---|
| PRECINCT | QUANTITY |
| 220 | 83 |
| 225 | 39 |
| 700 | 16 |

```
TOTAL BALLOTS        138
************************************
GOVERNOR
RACE #   3      *Total:   138

B. KEMP (R)           18
S. ABRAMS (D)        117
T. METZ (L)            1
Write-in               1
# WRITE-INS            1
Write In Candidates
************************************
LT GOVERNOR
RACE #   5      *Total:   132

G. DUNCAN (R)         18
S. R. AMICO (D)      114
Write-In               0
# WRITE-INS            0
Write In Candidates
************************************
SECRETARY OF STATE
RACE #   7      *Total:   133

B. RAFFENSPERGER (R)  19
J. BARROW (D)        109
S. DUVAL (L)           4
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
ATTORNEY GENERAL
RACE #   9      *Total:   133

C. CARR (I) R         22
C. BAILEY (D)        111
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
AGRICULTURE COMMISSIONER
RACE #   1      *Total:   130

G. BLACK (I) R        28
F. SWANN (D)         102
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
INSURANCE COMMISSIONER
RACE #   13     *Total:   132
```

**Column 5 (Machine ID: 6)**

```
************************************

ELECTION RESULTS REPORT
************************************
          Fulton County
           State of
     Georgia General ELection

         November 6 2018
DATE: Nov-06-2018
POLL CTR:        280D00
        02J, 02K, & 06G
MACHINE ID:              6
VERSION: 2           COPY: 0
COUNT:   0          SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2
REPORT:        US 1, 14, 7

TIME: 19:26  11/06/2018
MACHINE SERIAL:    133778
PUBLIC COUNTER:       125
SYSTEM COUNTER:      8130

************************************

*** SUMMARY TOTALS
************************************
```

| BALLOTS CAST BY PRECINCT | |
|---|---|
| PRECINCT | QUANTITY |
| 220 | 61 |
| 225 | 56 |
| 700 | 8 |

```
TOTAL BALLOTS        125
************************************
GOVERNOR
RACE #   3      *Total:   125

B. KEMP (R)           16
S. ABRAMS (D)        107
T. METZ (L)            2
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
LT GOVERNOR
RACE #   5      *Total:   125

G. DUNCAN (R)         20
S. R. AMICO (D)      105
Write-In               0
# WRITE-INS            0
Write In Candidates
************************************
SECRETARY OF STATE
RACE #   7      *Total:   124

B. RAFFENSPERGER (R)  17
J. BARROW (D)        102
S. DUVAL (L)           5
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
ATTORNEY GENERAL
RACE #   9      *Total:   124

C. CARR (I) R         23
C. BAILEY (D)        101
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
AGRICULTURE COMMISSIONER
RACE #   1      *Total:   121

G. BLACK (I) R        26
F. SWANN (D)          95
Write-in               0
# WRITE-INS            0
Write In Candidates
************************************
INSURANCE COMMISSIONER
RACE #   13     *Total:   123
```

STATE SCHOOL SUPERINTENDENT (continued)

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| J. BECK (R) | 12 | 13 | 24 | 19 | 19 |
| J. LAWS (D) | 68 | 56 | 99 | 104 | 97 |
| D. FOSTER (L) | 7 | 4 | 8 | 9 | 7 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**STATE SCHOOL SUPERINTENDENT**
RACE # 15 *Total: 86 / 76 / 131 / 131 / 123

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| R. WOODS (I) R | 17 | 20 | 36 | 22 | 22 |
| O. THORNTON, JR. (D) | 68 | 56 | 95 | 109 | 101 |
| Write-in | 1 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 1 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**LABOR COMMISSIONER**
RACE # 1 *Total: 86 / 73 / 130 / 127 / 122

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| M. BUTLER (I) R | 17 | 17 | 30 | 18 | 20 |
| R. KEATLEY (D) | 69 | 56 | 100 | 109 | 101 |
| Write-in | 0 | 0 | 0 | 0 | 1 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 1 |
| Write In Candidates | | | | | |

**PSC EATON**
RACE # 19 *Total: 88 / 74 / 132 / 129 / 123

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| C. EATON (I) R | 14 | 7 | 22 | 20 | 20 |
| L. MILLER (D) | 68 | 62 | 103 | 105 | 97 |
| R. GRAHAM (L) | 6 | 5 | 7 | 4 | 6 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**PSC PRIDEMORE**
RACE # 21 *Total: 87 / 74 / 130 / 129 / 122

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| T. PRIDEMORE (I) R | 12 | 12 | 23 | 19 | 20 |
| D. A. RANDOLPH (D) | 68 | 58 | 98 | 104 | 98 |
| J. TURPISH (L) | 7 | 4 | 9 | 6 | 4 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 5**
RACE # 40 *Total: 81 / 73 / 126 / 126 / 118

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| J. R. LEWIS (I) D | 80 | 72 | 121 | 123 | 115 |
| Write-in | 1 | 1 | 5 | 3 | 3 |
| # WRITE-INS | 1 | 1 | 5 | 3 | 3 |
| Write In Candidates | | | | | |

**US HOUSE 6**
RACE # 55 *Total: 0 / 0 / 0 / 0 / 0

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| K. HANDEL (I) R | 0 | 0 | 0 | 0 | 0 |
| L. MCBATH (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 11**
RACE # 6 *Total: 0 / 0 / 0 / 0 / 0

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| B. LOUDERMILK (I) R | 0 | 0 | 0 | 0 | 0 |
| F. D. BROADY, JR (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 13**
RACE # 7 *Total: 0 / 0 / 0 / 0 / 0

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| D. CALLAHAN (R) | 0 | 0 | 0 | 0 | 0 |
| D. SCOTT (I) (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**STATE SENATE 36**
RACE # 14 / RACE # 145 / RACE # 14 / RACE # 14 / RACE # 14 *Total: 82 / 69 / 121 / 125 / 116

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| N. ORROCK (I) D | 81 | 69 | 119 | 123 | 115 |
| Write-in | 1 | 0 | 2 | 2 | 1 |
| # WRITE-INS | 1 | 0 | 2 | 2 | 1 |
| Write In Candidates | | | | | |

```
STATE HOUSE 58
RACE #  35   *Total:                 82
P. CANNON (I) D                      81
Write-in                              1
# WRITE-INS                           1
Write In Candidates

CO COMM CHAIRPERSON
RACE #  450  *Total:                 78
R. PITTS (I) D                       77
Write-in                              1
# WRITE-INS                           1
Write In Candidates

SOIL AND WATER**
RACE #  550  *Total:                 99
above 99 greater that total at top
W. S. REKUC, JR (I)                  58
J. R. ULSETH                         40
Write-in                              1
Write-in                              0
# WRITE-INS                           1
Write In Candidates

* total not found on tape, but
**Vote for two
```

```
STATE HOUSE 58
RACE #  35   *Total:                 69
P. CANNON (I) D                      69
Write-in                              0
# WRITE-INS                           0
Write In Candidates

CO COMM CHAIRPERSON
RACE #  450  *Total:                 70
R. PITTS (I) D                       70
Write-in                              0
# WRITE-INS                           0
Write In Candidates

SOIL AND WATER**
RACE #  550  *Total:                 92
W. S. REKUC, JR (I)                  56
J. R. ULSETH                         36
Write-in                              0
Write-in                              0
# WRITE-INS                           0
Write In Candidates

CONST AMENDMENT 1
RACE #  56   *Total:                 78
YES                                  67
NO                                   11

BELOW THIS POINT, THE DOOR
```

```
STATE HOUSE 58
RACE #  355  *Total:                121
P. CANNON (I) D                     120
Write-in                              1
# WRITE-INS                           1
Write In Candidates

CO COMM CHAIRPERSON
RACE #  450  *Total:                120
R. PITTS (I) D                      118
Write-in                              2
# WRITE-INS                           2
Write In Candidates

SOIL AND WATER**
RACE #  550  *Total:                153
W. S. REKUC, JR (I)                  83
J. R. ULSETH                         69
Write-in                              1
Write-in                              0
# WRITE-INS                           0
Write In Candidates

CONST AMENDMENT 1
RACE #  56   *Total:                138
YES                                 121
NO                                   17

CONST AMENDMENT 2
RACE #  57(  *Total:                132
YES                                  76
NO                                   56
```

```
STATE HOUSE 58
RACE #  35   *Total:                125
P. CANNON (I) D                     123
Write-in                              2
# WRITE-INS                           3
Write In Candidates

CO COMM CHAIRPERSON
RACE #  450  *Total:                122
R. PITTS (I) D                      119
Write-in                              3
# WRITE-INS                           3
Write In Candidates

SOIL AND WATER**
RACE #  550  *Total:                168
W. S. REKUC, JR (I)                  91
J. R. ULSETH                         76
Write-in                              1
Write-in                              0
# WRITE-INS                           1
Write In Candidates

CONST AMENDMENT 1
RACE #  56   *Total:                137
YES                                 131
NO                                    6

CONST AMENDMENT 2
RACE #  57(  *Total:                130
YES                                  72
NO                                   58
```

```
STATE HOUSE 58
RACE #  35   *Total:                113
P. CANNON (I) D                     111
Write-in                              2
# WRITE-INS                           2
Write In Candidates

CO COMM CHAIRPERSON
RACE #  450  *Total:                115
R. PITTS (I) D                      114
Write-in                              1
# WRITE-INS                           1
Write In Candidates

SOIL AND WATER**
RACE #  550  *Total:                159
W. S. REKUC, JR (I)                  88
J. R. ULSETH                         69
Write-in                              1
Write-in                              1
# WRITE-INS                           2
Write In Candidates

CONST AMENDMENT 1
RACE #  56   *Total:                123
YES                                 110
NO                                   13

CONST AMENDMENT 2
RACE #  57   *Total:                119
YES                                  58
NO                                   61

CONST AMENDMENT 3
RACE #  58   *Total:                113
YES                                  80
NO                                   33

CONST AMENDMENT 4
RACE #  59   *Total:                123
YES                                  92
NO                                   31
```

```
********************  ********************  ********************  ********************  ********************

ELECTION RESULTS REPORT  ELECTION RESULTS REPORT  ELECTION RESULTS REPORT  ELECTION RESULTS REPORT  ELECTION RESULTS REPORT
********************  ********************  ********************  ********************  ********************
      Fulton County          Fulton County          Fulton County          Fulton County          Fulton County
        State of               State of               State of               State of               State of
 Georgia General Election  Georgia General Election  Georgia General Election  Georgia General Election  Georgia General Election

   November 6 2018          November 6 2018          November 6 2018          November 6 2018          November 6 2018
DATE: Nov-06-2018        DATE: Nov-06-2018        DATE: Nov-06-2018        DATE: Nov-06-2018        DATE: Nov-06-2018
POLL CTR:     280(00     POLL CTR:     280()00    POLL CTR:     280)00     POLL CTR:    280N00      POLL CTR:     280D00
     02J, 02K, & 06G          02J, 02K, & 06G          02J, 02K, & 06G          02J, 02K, & 06G          02J, 02K, & 06G
MACHINE ID:        2     MACHINE ID:        3     MACHINE ID:        4     MACHINE ID:        5     MACHINE ID:        6
VERSION: 2      COPY: 0  VERSION: 2      COPY: 0  VERSION: 2      COPY: 0  VERSION: 2      COPY: 0  VERSION: 2      COPY: 0
COUNT:    0    SIZE: 32M COUNT:    0    SIZE: 32M COUNT:    0    SIZE: 32M COUNT:    0    SIZE: 32M COUNT:    0    SIZE: 32M
ACCU-VOTE RELEASE: 4, 5, 2 ACCU-VOTE RELEASE: 4, 5, 2 ACCU-VOTE RELEASE: 4, 5, 2 ACCU-VOTE RELEASE: 4, 5, 2 ACCU-VOTE RELEASE: 4, 5, 2
REPORT:    US 1, 14, 7  REPORT:    US 1, 14, 7  REPORT:    US 1, 14, 7  REPORT:    US 1, 14, 7  REPORT:    US 1, 14, 7

TIME: 19:26  11/06/2018 TIME: 19:26  11/06/2018 TIME: 19:31  11/06/2018 TIME: 19:31  11/06/2018 TIME: 19:26  11/06/2018
MACHINE SERIAL: 124301   MACHINE SERIAL: 136081   MACHINE SERIAL: 143944   MACHINE SERIAL: 129841   MACHINE SERIAL: 133778
PUBLIC COUNTER:    149   PUBLIC COUNTER:    141   PUBLIC COUNTER:    140   PUBLIC COUNTER:    138   PUBLIC COUNTER:    125
SYSTEM COUNTER:   2122   SYSTEM COUNTER:   1271   SYSTEM COUNTER:   1386   SYSTEM COUNTER:   2375   SYSTEM COUNTER:   8130

********************  ********************  ********************  ********************  ********************
** PRECINCT:       220 *  ** PRECINCT:       220 *  *** SUMMARY TOTALS        *** SUMMARY TOTALS        *** SUMMARY TOTALS
        02J                    02J
********************  ********************  ********************  ********************  ********************
```

| | | | | |
|---|---|---|---|---|
| | | BALLOTS CAST BY PRECINCT | BALLOTS CAST BY PRECINCT | BALLOTS CAST BY PRECINCT |
| | | PRECINCT   QUANTITY | PRECINCT   QUANTITY | PRECINCT   QUANTITY |
| | | 220   83 | 220   83 | 220   61 |
| | | 225   42 | 225   39 | 225   56 |
| | | 700   15 | 700   16 | 700   8 |
| BALLOTS CAST | BALLOTS CAST | TOTAL BALLOTS   140 | TOTAL BALLOTS   138 | TOTAL BALLOTS   125 |

```
********************  ********************  ********************  ********************  ********************
GOVERNOR                 GOVERNOR                 GOVERNOR                 GOVERNOR                 GOVERNOR
RACE #   3    *Total: 89 RACE #   3    *Total: 78 RACE #   3    *Total: 140 RACE #   3    *Total: 138 RACE #   3    *Total: 125

B. KEMP (R)          11  B. KEMP (R)           8  B. KEMP (R)          21  B. KEMP (R)          18  B. KEMP (R)          16
S. ABRAMS (D)        75  S. ABRAMS (D)        68  S. ABRAMS (D)       113  S. ABRAMS (D)       117  S. ABRAMS (D)       107
T. METZ (L)           3  T. METZ (L)           2  T. METZ (L)           5  T. METZ (L)           2  T. METZ (L)           2
Write-in              0  Write-in              0  Write-in              1  Write-in              1  Write-in              0
# WRITE-INS           0  # WRITE-INS           0  # WRITE-INS           1  # WRITE-INS           1  # WRITE-INS           0
Write In Candidates      Write In Candidates      Write In Candidates      Write In Candidates      Write In Candidates
********************  ********************  ********************  ********************  ********************
LT GOVERNOR              LT GOVERNOR              LT GOVERNOR              LT GOVERNOR              LT GOVERNOR
RACE #   5    *Total: 87 RACE #   5    *Total: 76 RACE #   5    *Total: 136 RACE #   5    *Total: 132 RACE #   5    *Total: 125

G. DUNCAN (R)        13  G. DUNCAN (R)         9  G. DUNCAN (R)        26  G. DUNCAN (R)        18  G. DUNCAN (R)        20
S. R. AMICO (D)      73  S. R. AMICO (D)      67  S. R. AMICO (D)     110  S. R. AMICO (D)     114  S. R. AMICO (D)     105
Write-In              1  Write-In              0  Write-In              0  Write-In              0  Write-In              0
# WRITE-INS           1  # WRITE-INS           0  # WRITE-INS           0  # WRITE-INS           0  Write In Candidates
Write In Candidates      Write In Candidates      Write In Candidates      Write In Candidates
********************  ********************  ********************  ********************  ********************
SECRETARY OF STATE       SECRETARY OF STATE       SECRETARY OF STATE       SECRETARY OF STATE       SECRETARY OF STATE
RACE #   7    *Total: 88 RACE #   7    *Total: 78 RACE #   7    *Total: 140 RACE #   7    *Total: 133 RACE #   7    *Total: 124

B. RAFFENSPERGER (R) 11  B. RAFFENSPERGER (R)  8  B. RAFFENSPERGER (R) 22  B. RAFFENSPERGER (R) 19  B. RAFFENSPERGER (R) 17
J. BARROW (D)        71  J. BARROW (D)        66  J. BARROW (D)       107  J. BARROW (D)       109  J. BARROW (D)       102
S. DUVAL (L)          6  S. DUVAL (L)          4  S. DUVAL (L)         11  S. DUVAL (L)          5  S. DUVAL (L)          5
Write-in              0  Write-in              0  Write-in              0  Write-in              0  Write-in              0
# WRITE-INS           0  # WRITE-INS           0  # WRITE-INS           0  # WRITE-INS           0  # WRITE-INS           0
Write In Candidates      Write In Candidates      Write In Candidates      Write In Candidates      Write In Candidates
********************  ********************  ********************  ********************  ********************
ATTORNEY GENERAL         ATTORNEY GENERAL         ATTORNEY GENERAL         ATTORNEY GENERAL         ATTORNEY GENERAL
RACE #   9    *Total: 87 RACE #   9    *Total: 78 RACE #   9    *Total: 138 RACE #   9    *Total: 133 RACE #   9    *Total: 124

C. CARR (I) R        15  C. CARR (I) R        14  C. CARR (I) R        27  C. CARR (I) R        22  C. CARR (I) R        23
C. BAILEY (D)        72  C. BAILEY (D)        64  C. BAILEY (D)       111  C. BAILEY (D)       111  C. BAILEY (D)       101
Write-in              0  Write-in              0  Write-in              0  Write-in              0  Write-in              0
# WRITE-INS           0  # WRITE-INS           0  # WRITE-INS           0  # WRITE-INS           0  # WRITE-INS           0
Write In Candidates      Write In Candidates      Write In Candidates      Write In Candidates      Write In Candidates
********************  ********************  ********************  ********************  ********************
AGRICULTURE COMMISSIONER AGRICULTURE COMMISSIONER AGRICULTURE COMMISSIONER AGRICULTURE COMMISSIONER AGRICULTURE COMMISSIONER
RACE #   1    *Total: 86 RACE #   1    *Total: 75 RACE #   1    *Total: 132 RACE #   1    *Total: 130 RACE #   1    *Total: 121

G. BLACK (I) R       20  G. BLACK (I) R       21  G. BLACK (I) R       35  G. BLACK (I) R       28  G. BLACK (I) R       26
F. SWANN (D)         66  F. SWANN (D)         54  F. SWANN (D)         97  F. SWANN (D)        102  F. SWANN (D)         95
Write-in              0  Write-in              0  Write-in              0  Write-in              0  Write-in              0
# WRITE-INS           0  # WRITE-INS           0  # WRITE-INS           0  # WRITE-INS           0  # WRITE-INS           0
Write In Candidates      Write In Candidates      Write In Candidates      Write In Candidates      Write In Candidates
********************  ********************  ********************  ********************  ********************
INSURANCE COMMISSIONER   INSURANCE COMMISSIONER   INSURANCE COMMISSIONER   INSURANCE COMMISSIONER   INSURANCE COMMISSIONER
RACE #   13   *Total: 87 RACE #   13   *Total: 73 RACE #   13   *Total: 131 RACE #   13   *Total: 132 RACE #   13   *Total: 123
```

**STATE SCHOOL SUPERINTENDENT** — RACE # 15

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| J. BECK (R) | 12 | 13 | 24 | 19 | 19 |
| J. LAWS (D) | 68 | 56 | 99 | 104 | 97 |
| D. FOSTER (L) | 7 | 4 | 8 | 9 | 7 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |
| *Total: | 86 | 76 | 131 | 131 | 123 |
| R. WOODS (I) R | 17 | 20 | 36 | 22 | 22 |
| O. THORNTON, JR. (D) | 68 | 56 | 95 | 109 | 101 |
| Write-in | 1 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 1 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**LABOR COMMISSIONER** — RACE # 1

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| *Total: | 86 | 73 | 130 | 127 | 122 |
| M. BUTLER (I) R | 17 | 17 | 30 | 18 | 20 |
| R. KEATLEY (D) | 69 | 56 | 100 | 109 | 101 |
| Write-in | 0 | 0 | 0 | 0 | 1 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 1 |
| Write In Candidates | | | | | |

**PSC EATON** — RACE # 19

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| *Total: | 88 | 74 | 132 | 129 | 123 |
| C. EATON (I) R | 14 | 7 | 22 | 20 | 20 |
| L. MILLER (D) | 68 | 62 | 103 | 105 | 97 |
| R. GRAHAM (L) | 6 | 5 | 7 | 4 | 6 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**PSC PRIDEMORE** — RACE # 21

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| *Total: | 87 | 74 | 130 | 129 | 122 |
| T. PRIDEMORE (I) R | 12 | 12 | 23 | 19 | 20 |
| D. A. RANDOLPH (D) | 68 | 58 | 98 | 104 | 98 |
| J. TURPISH (L) | 7 | 4 | 9 | 6 | 4 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 5** — RACE # 40

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| *Total: | 81 | 73 | 126 | 126 | 118 |
| J. R. LEWIS (I) D | 80 | 72 | 121 | 123 | 115 |
| Write-in | 1 | 1 | 5 | 3 | 3 |
| # WRITE-INS | 1 | 1 | 5 | 3 | 3 |
| Write In Candidates | | | | | |

**US HOUSE 6** — RACE # 55

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| *Total: | 0 | 0 | 0 | 0 | 0 |
| K. HANDEL (I) R | 0 | 0 | 0 | 0 | 0 |
| L. MCBATH (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 11** — RACE # 6

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| *Total: | 0 | 0 | 0 | 0 | 0 |
| B. LOUDERMILK (I) R | 0 | 0 | 0 | 0 | 0 |
| F. D. BROADY, JR (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**US HOUSE 13** — RACE # 7

| Candidate | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|---|
| *Total: | 0 | 0 | 0 | 0 | 0 |
| D. CALLAHAN (R) | 0 | 0 | 0 | 0 | 0 |
| D. SCOTT (I) (D) | 0 | 0 | 0 | 0 | 0 |
| Write-in | 0 | 0 | 0 | 0 | 0 |
| # WRITE-INS | 0 | 0 | 0 | 0 | 0 |
| Write In Candidates | | | | | |

**STATE SENATE 36**

| Candidate | Col 1 (RACE # 14) | Col 2 (RACE # 145) | Col 3 (RACE # 14) | Col 4 (RACE # 14) | Col 5 (RACE # 14) |
|---|---|---|---|---|---|
| *Total: | 82 | 69 | 121 | 125 | 116 |
| N. ORROCK (I) D | 81 | 69 | 119 | 123 | 115 |
| Write-in | 1 | 0 | 2 | 2 | 1 |
| # WRITE-INS | 1 | 0 | 2 | 2 | 1 |
| Write In Candidates | | | | | |

```
STATE HOUSE 58
RACE #  35    *Total:              82
P. CANNON (I) D                    81
Write-in                            1
# WRITE-INS                         1
Write In Candidates

CO COMM CHAIRPERSON
RACE #  450   *Total:              78
R. PITTS (I) D                     77
Write-in                            1
# WRITE-INS                         1
Write In Candidates

SOIL AND WATER**
RACE #  550   *Total:              99
above 99 greater that total at top
W. S. REKUC, JR (I)                58
J. R. ULSETH                       40
Write-in                            1
Write-in                            0
# WRITE-INS                         1
Write In Candidates

* total not found on tape, but
**Vote for two
```

```
STATE HOUSE 58
RACE #  35    *Total:              69
P. CANNON (I) D                    69
Write-in                            0
# WRITE-INS                         0
Write In Candidates

CO COMM CHAIRPERSON
RACE #  450   *Total:              70
R. PITTS (I) D                     70
Write-in                            0
# WRITE-INS                         0
Write In Candidates

SOIL AND WATER**
RACE #  550   *Total:              92
W. S. REKUC, JR (I)                56
J. R. ULSETH                       36
Write-in                            0
Write-in                            0
# WRITE-INS                         0
Write In Candidates

CONST AMENDMENT 1
RACE #  56    *Total:              78
YES                                67
NO                                 11

BELOW THIS POINT, THE DOOR
```

```
STATE HOUSE 58
RACE #  355   *Total:             121
P. CANNON (I) D                   120
Write-in                            1
# WRITE-INS                         1
Write In Candidates

CO COMM CHAIRPERSON
RACE #  450   *Total:             120
R. PITTS (I) D                    118
Write-in                            2
# WRITE-INS                         2
Write In Candidates

SOIL AND WATER**
RACE #  550   *Total:             153
W. S. REKUC, JR (I)                83
J. R. ULSETH                       69
Write-in                            1
Write-in                            0
# WRITE-INS                         0
Write In Candidates

CONST AMENDMENT 1
RACE #  56    *Total:             138
YES                               121
NO                                 17

CONST AMENDMENT 2
RACE #  57(   *Total:             132
YES                                76
NO                                 56
```

```
STATE HOUSE 58
RACE #  35    *Total:             125
P. CANNON (I) D                   123
Write-in                            2
# WRITE-INS                         2
Write In Candidates

CO COMM CHAIRPERSON
RACE #  450   *Total:             122
R. PITTS (I) D                    119
Write-in                            3
# WRITE-INS                         3
Write In Candidates

SOIL AND WATER**
RACE #  550   *Total:             168
W. S. REKUC, JR (I)                91
J. R. ULSETH                       76
Write-in                            1
Write-in                            0
# WRITE-INS                         1
Write In Candidates

CONST AMENDMENT 1
RACE #  56    *Total:             137
YES                               131
NO                                  6

CONST AMENDMENT 2
RACE #  57(   *Total:             130
YES                                72
NO                                 58
```

```
STATE HOUSE 58
RACE #  35    *Total:             113
P. CANNON (I) D                   111
Write-in                            2
# WRITE-INS                         2
Write In Candidates

CO COMM CHAIRPERSON
RACE #  450   *Total:             115
R. PITTS (I) D                    114
Write-in                            1
# WRITE-INS                         1
Write In Candidates

SOIL AND WATER**
RACE #  550   *Total:             159
W. S. REKUC, JR (I)                88
J. R. ULSETH                       69
Write-in                            1
Write-in                            1
# WRITE-INS                         2
Write In Candidates

CONST AMENDMENT 1
RACE #  56    *Total:             123
YES                               110
NO                                 13

CONST AMENDMENT 2
RACE #  57    *Total:             119
YES                                58
NO                                 61

CONST AMENDMENT 3
RACE #  58    *Total:             113
YES                                80
NO                                 33

CONST AMENDMENT 4
RACE #  59    *Total:             123
YES                                92
NO                                 31
```

EXHIBIT 2

PAGE INTENTIONALLY LEFT BLANK


BRILL DECLARATION IS FILED AT DOC. 421

EXHIBIT

3

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Ouida Leech. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Baldwin County in Georgia and my residence address is 105 Lakeshore Court, NE, Milledgeville, GA 31061.

3. I have a Master's Degree in Special Education and have worked in education for ten years teaching special education and mathematics. I have also worked throughout the south for 15 years with adults who have developmental disabilities.

4. On November 6, 2018, I was a poll watcher at West Hardwick in Baldwin County, Georgia. This was not my first time working at a voting location. For about three years, I worked as a poll worker in Mississippi.

5. On November 6, 2018, I witnessed voters who were turned away because they did not appear on the roll for the West Hardwick precinct. Voters were told to go to their proper polling place even though the voters said this had been their polling place in the past. Some of these voters were quite angry to be sent elsewhere and did not have time to go elsewhere to vote. These voters said that they had to pick up children, or return to work and did not

have time to go someplace else to vote.  These voters were not offered a provisional ballot.

6. I witnessed voters who said they had submitted address changes but that the roll was not correct and still reflected their prior address, in some cases the database reflected an address where they had not lived for many years.

7. I witnessed several voters who said they had registered to vote at the Department of Driver Services or the public library but who did not appear on the voter rolls and could not vote.

8. I saw only three voters receive provisional ballots: one voter had to request the ballot, and the last one was offered by the Poll Manager.  When I spoke with voters about provisionally voting, people were reluctant because they did not want to upset anyone at the precinct where they had just been told they could not vote.

9. When a Probate Judge/Election Official, Todd Blackwell, came to the precinct in the afternoon, I asked him about sending voters to other precincts without offering them the option of voting here and he responded, "no exceptions except during golden hours."

10. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

11. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer. Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

12. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the _____ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the _13 th_ day of November, 2018.

_____
Notary Public

EXHIBIT

4

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746
## AND/OR
## SWORN STATEMENT IN ACCORDANCE WITH GEORGIA LAW

1. My name is Dinesh Chandra. I am over eighteen years of age and competent to testify to the matters contained herein.

2. I am a resident of Gwinnett County in Georgia and my residence address is 2564 Northern Court, Lawrenceville, GA 30044.

3. I am 72 years old and voted by absentee ballot so that I would not have to stand on a long line to vote. I returned my absentee ballot on November 5, 2018 in person to the Gwinnett County Board of Registration and Elections office located at 455 Grayson Highway, Lawrenceville, Georgia. After arriving at the Board of Elections office, I handed my ballot to the person at the desk. The person at the desk asked me to sign a sticker they put on the envelope and I did so. The person then took my ballot to another room to compare my signature with the signature they have on file for me. After approximately five minutes, the employee returned and told me that the signatures matched. The employee told me that there was nothing else I needed to do to make my ballot count. No other instructions were given to me. On November 8, 2018, I learned that my absentee ballot was rejected because it was missing the year of my birth. On the same day, I went to the same Board of Elections office and explained that my ballot was not counted

because it was missing the year of my birth.  I was told that nothing could be done to correct the error and my ballot would not be counted.   I believe that since my signature matched and the rest of my information was on the ballot, my ballot should be counted.

4. I give this Declaration and/or Affidavit freely, without coercion, and without any expectation of compensation or other reward.

5. I understand that in giving this Declaration and/or Affidavit, that I am not represented by a lawyer.  Nor has any lawyer asked me to be their client or to serve in anyway as anything other than a witness in this litigation.

6. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not, this the ___12th___ day of November, 2018.

_____
Signature

Sworn to and subscribed before me
This the _12th_ day of November, 2018.

_____
Notary Public

KRYSTIN MORRIS
COM. EXP
NOTARY
PUBLIC
Jan. 28, 2022
GWINNETT COUNTY, GEORGIA