**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, et al; | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO: 1:17cv02989-AT |
| BRIAN P. KEMP, et al.; | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**AMENDED DECLARATION OF JOSEPH BLAKE EVANS**

Pursuant to 28 U.S.C. 1746, Joseph Blake Evans amends his Declaration of July 10, 2019 by substituting paragraph 11 as follows:

11.

On July 10, 2019, The Fulton County Election Department presented the September 17, 2019 election budget soundings request to the Fulton County Board of Commissioners for the Board of Commissioners District 6 contest. The Department has also executed its contract with Atlanta Public Schools to conduct its September 2019 election. The Department has also projected the amount of temporary staff needed for the September election (many temporary staff is slated to begin on July 24th.) and has projected the number of poll workers that we will

need.

Online poll worker training will begin by July 22, 2019, and in-person training will begin on August 17, 2019. Approximately 400 poll workers will be trained. If the Court enjoins the use of DRE machines, Fulton County would have to rewrite early voting and Election Day procedures manuals and retrain early voting and Election Day poll workers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

This _18_ day of July, 2019.

Joseph Blake Evans, Elections Chief
Fulton County Department of Registration
and Elections

2