IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,           :
                                   :
                                   :
      Plaintiffs,                  :
                                   :
v.                                 :        CIVIL ACTION NO.
                                   :        1:17-CV-2989-AT
BRAD RAFFENSPERGER, *et al.*,      :
                                   :
                                   :
      Defendants.                  :

## ORDER

The Court **DIRECTS** the State Defendants to provide the following information to the Court **NO LATER THAN 1:00 PM ON TUESDAY, JULY 23, 2019**:

(a)     Identify all municipalities that contract with a county to conduct municipal elections by DRE.

(b)     Identify all municipalities that currently conduct their own elections and identify the primary method of voting (DRE, paper ballot and optical scanner, or some other method).

(c)     Identify all municipalities that operate their own DRE based elections (programmed by a third-party vendor rather than the Secretary of State).[1]

---

[1] In Doc. 379 at footnote 1, Plaintiffs represented that "In response to an informal request for information, counsel for State Defendants informed counsel for Coalition Plaintiffs that there are only seven small municipalities which operate their own DRE based elections, and those are

(d)    An updated and complete chart of the scheduled county and municipal elections remaining in 2019, previously filed at Doc. 367.[2]

**IT IS SO ORDERED** this 19th day of July, 2019.

**Amy Totenberg**
**United States District Judge**

---

programmed by a third-party vendor. Counsel for the State Defendants also informed counsel for Coalition Plaintiffs that the Secretary's office programs all county elections."
[2] The original chart was missing information in some of the requested categories.