# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO: 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FILING DECLARATION OF THERESA PAYTON**

State Defendants hereby give notice of filing the Declaration of Theresa Payton dated July 19, 2019.

Submitted this 19th day of July, 2019.

                         */s/ Vincent R. Russo*
                         Vincent R. Russo
                         Georgia Bar No. 242628
                         vrusso@robbinsfirm.com
                         Josh Belinfante
                         Georgia Bar No. 047399
                         jbelinfante@robbinsfirm.com
                         Carey A. Miller
                         Georgia Bar No. 976240
                         cmiller@robbinsfirm.com
                         Kimberly Anderson
                         Georgia Bar No. 602807
                         kanderson@robbinsfirm.com
                         Alexander Denton
                         Georgia Bar No. 660632

-2-

adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249

*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **NOTICE OF FILING DECLARATION OF THERESA PAYTON** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing:

This 19th day of July, 2019

*/s/ Vincent R. Russo*
Vincent R. Russo