IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING CURLING PLAINTIFFS' MOTION TO SEAL THEIR REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MATERIALS**

Good cause having been shown, it is hereby ordered that the Curling Plaintiffs' Motion to Seal their Reply in Support of their Motion for Preliminary Injunction and Supporting Materials is **GRANTED**.

The redacted portions of the Reply (Doc. 510), the redacted portions of the Declaration of J. Alex Halderman (Doc. 510-1), the Declaration of Catherine L. Chapple (Doc. 510-4), and the entirety of the filed Exhibits A - C (Docs. 510-5, 510-6, 510-7) related to the above referenced Motion shall remain sealed from public view.

**IT IS SO ORDERED** this _____ day of July, 2019.

_____
U.S. District Court Judge Amy Totenberg