IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., **Plaintiffs,** v. BRAD RAFFENSPERGER, ET AL., **Defendants.** | Civil Action No. 1:17-CV-2989-AT |

## DECLARATION OF CATHERINE L. CHAPPLE
## IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

CATHERINE L. CHAPPLE declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am counsel to Curling Plaintiffs, admitted to practice in California, Virginia, and Washington D.C., and in good standing with the bars of each of those jurisdictions, and was admitted to the Northern District of Georgia *pro hac vice* by order dated May 30, 2018.

2. Attached as Exhibit A is a true and correct copy of a document ▮ ▮ ▮.

3. Attached as Exhibit B is a true and correct copy of a document ▮ ▮

1

██████████████████████████████████████████████████

████████████████.

4.  Attached as Exhibit C is a true and correct copy of a document ███

██████████████████████████████████████████████████

████████████████████████████████

I declare under penalty of the perjury laws of the State of Georgia and the United States that the foregoing is true and correct and that this declaration was executed this 18th day of July, 2019 in Washington, D.C.

_____
CATHERINE C. CHAPPLE