# EXHIBIT B

## PROVISIONALLY FILED UNDER SEAL