# EXHIBIT C

## PROVISIONALLY FILED UNDER SEAL