IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

This matter is before the Court on the parties' Joint Discovery Statement Regarding Interviews Underlying Secretary of State Risk Assessments [Doc. 525].

The Curling Plaintiffs seek production of documentation (including notes and/or summaries) of the interviews Fortalice Solutions and Cloudburst Security conducted as part of three cyber security risk assessments performed at the request of the Georgia Secretary of State's office in 2017 and 2018. The State Defendants have designated Theresa Payton of Fortalice to testify on their behalf at the preliminary injunction hearing scheduled for July 25, 2019. In her July 10, 2019 declaration, offered by the State Defendants in connection with their opposition to Plaintiffs' motions for preliminary injunction, Ms. Payton discusses in cursory terms the results of the cyber risk assessments. The assessments in turn discuss in detail the interviews conducted of employees of the Georgia Secretary of State's

office. Thus, all documentation of these interviews is relevant to Ms. Payton's opinion testimony, is discoverable, and must be produced prior to the hearing. Accordingly, the Court **DIRECTS** the State Defendants to produce this information to Plaintiffs **NO LATER THAN 2:00 PM ON WEDNESDAY, JULY 24, 2019**.

**IT IS SO ORDERED** this 22nd day of July, 2019.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**