# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. ) 1:17-cv-02989-AT |
| BRAD RAFFENSPERGER, et al. | ) ) ) |
| Defendants. | ) |

## COALITION PLAINTIFFS' REQUEST FOR ORDER ALLOWING ELECTRONIC EQUIPMENT

Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis ("Coalition Plaintiffs") respectfully move for entry of an Order authorizing their counsel and others use of electronic equipment, including laptop computers, tablet computers, mobile phones, computer mouse, chargers, and any necessary accessories and media, by their counsel and others in attendance at the July 25 and 26, 2019 hearing in the above-styled action. The Coalition Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel, Bruce Brown, Cary Ichter, John Powers, Ezra Rosenberg, David Brody, staff for counsel, Reynolds Graves and Jacob Conarck, as well as expert witness Matt Bernhard and Plaintiffs'

1

representative Marilyn Marks, extend from 9:00 a.m. through completion of the hearing, at the Court's discretion. Coalition Plaintiffs respectfully request each person be allowed to bring the following:

<u>Bruce Brown</u>: two computers, one phone;

<u>John Powers</u>: one computer, one phone;

<u>Jacob Conarck</u>: one computer, one phone;

<u>David Brody</u>: one computer, one phone;

<u>Ezra Rosenberg</u>: one tablet, one phone;

<u>Cary Ichter</u>: one computer, one phone;

<u>Marilyn Marks</u>: one computer, one phone;

<u>Reynolds Graves</u>: one computer, one phone; and

<u>Matt Bernhard</u>: one computer, one phone.

A proposed order is attached hereto as Exhibit A.

Respectfully submitted this 22nd day of July, 2019

<u>/s/ John Powers</u>
John Powers*
jpowers@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Tel.: (202) 662-8389
Fax: (202) 783-0857

*Counsel for Coalition Plaintiffs*

Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Counsel for Coalition for
Good Governance*

\*Admitted pro hac vice

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14 and that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

/s/ John Powers
John Powers*
jpowers@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Tel.: (202) 662-8389
Fax: (202) 783-0857