UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | 1:17-cv-02989-AT |
| ) | |
| BRAD RAFFENSPERGER, et al. ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER FOR USE OF ELECTRONIC EQUIPMENT
DURING JULY 25 AND 26, 2019 HEARING**

At the motion of Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis ("Coalition Plaintiffs") in the above-styled action, it is hereby **ORDERED** that counsel for the Coalition Plaintiffs (Bruce Brown, Cary Ichter, John Powers, Ezra Rosenberg, and David Brody), staff for counsel (Jacob Conarck and Reynolds Graves), as well as expert witness Matt Bernhard and Plaintiffs' representative Marilyn Marks, may bring and use laptop computers, tablet computers, mobile phones, computer mouse, chargers, and any necessary accessories and media in conjunction with the hearing on July 25 and 26, 2019 before Judge Amy Totenberg, at the discretion of the Court.  Coalition Plaintiffs respectfully request each person be allowed to bring the following:

1

Bruce Brown: two computers, one phone;

John Powers: one computer, one phone;

Jacob Conarck: one computer, one phone;

David Brody: one computer, one phone;

Ezra Rosenberg: one tablet, one phone;

Cary Ichter: one computer, one phone;

Marilyn Marks: one computer, one phone;

Reynolds Graves: one computer, one phone; and

Matt Bernhard: one computer, one phone.

Said equipment shall be subject to inspection.  Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this _____ day of Juuly, 2019.

_____
The Honorable Amy Totenberg
United States District Court Judge
Northern District of Georgia