# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et. al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, et. al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION FILE <br><br> NO: 1:17-cv-2989-AT |

## ORDER FOR USE OF ELECTRONIC EQUIPMENT
## BY STATE DEFENDANTS

At the motion of the State Defendants in the above-styled action, it is hereby **ORDERED** that counsel and witnesses for the State Defendants may bring and use the following electronic equipment at the upcoming hearing on Plaintiffs' Motions for Preliminary Injunction on July 25-26, 2019:

- One laptop computer with power cords;
- One or more extensions cords;
- One or more HDMI and/or Audio-Visual cords;
- One internet hot spot device;
- One projector and screen;
- One Direct Record Electronic Voting Machine ("DRE")

Said equipment shall be subject to inspection by the Court and its personnel. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

IT IS SO ORDERED this <u>24th</u> day of July, 2019.

_____
The Honorable Amy Totenberg
United States District Court Judge
Northern District of Georgia

Submitted by

Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Kimberly Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381

Facsimile: (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249

*Counsel for State Defendants*