# EXHIBIT A

| | |
|---|---|
| **From:** | Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com> |
| **Sent:** | Thursday, July 11, 2019 3:46 PM |
| **To:** | Cross, David D. |
| **Cc:** | Vincent Russo; Bryan Tyson; Conaway, Jenna B.; Bryan Jacoutot; kaye.burwell@fultoncountyga.gov; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; cichter@ichterdavis.com; bbrown@brucebrownlaw.com; jpowers@lawyerscommittee.org; william@nhphlaw.com; mmurray@altber.com; sleyton@altber.com; sberzon@altber.com; jonlschwartz@mac.com; rabney@lawyerworks.com; ram@lawram.com; dbrody@lawyerscommittee.org; Retha Meier; Kim Bunch; Josh Belinfante; Carey Miller; Alexander Denton; Brian Lake; Halsey G. Knapp; Adam M. Sparks; Manoso, Robert W.; Chapple, Catherine L.; Bentrott, Jane P.; Miriyala, Arvind S.; Brimer, Marcie; Ali, Reema Shocair; Tepfer, Cameron A. |
| **Subject:** | RE: Shamos |

- External Email -

Given that the purpose of the deposition would be to preserve his testimony, we will issue the notice.

And confirmed.

**Kimberly K. Anderson** |*404.856.3265* | ROBBINS

**From:** Cross, David D. [mailto:DCross@mofo.com]
**Sent:** Thursday, July 11, 2019 3:37 PM
**To:** Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>
**Cc:** Vincent Russo <vrusso@robbinsfirm.com>; Bryan Tyson <btyson@taylorenglish.com>; Conaway, Jenna B. <JConaway@mofo.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; kaye.burwell@fultoncountyga.gov; cheryl.ringer@fultoncountyga.gov; david.lowman@fultoncountyga.gov; cichter@ichterdavis.com; bbrown@brucebrownlaw.com; jpowers@lawyerscommittee.org; william@nhphlaw.com; mmurray@altber.com; sleyton@altber.com; sberzon@altber.com; jonlschwartz@mac.com; rabney@lawyerworks.com; ram@lawram.com; dbrody@lawyerscommittee.org; Retha Meier <Retha.Meier@robbinsfirm.com>; Kim Bunch <Kim.Bunch@robbinsfirm.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Carey Miller <carey.miller@robbinsfirm.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; Halsey G. Knapp <hknapp@khlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>; Manoso, Robert W. <RManoso@mofo.com>; Chapple, Catherine L. <CChapple@mofo.com>; Bentrott, Jane P. <JBentrott@mofo.com>; Miriyala, Arvind S. <AMiriyala@mofo.com>; Brimer, Marcie <MBrimer@mofo.com>; Ali, Reema Shocair <RAli@mofo.com>; Tepfer, Cameron A. <CTepfer@mofo.com>
**Subject:** RE: Shamos

Without waiving any rights or objections, we'll proceed with his deposition next Friday, July 19, in Atlanta. We'll send a deposition notice.

Please confirm we'll have all documents he relied on for his testimony no later than COB, Monday, July 15. And please produce them on a rolling basis between now and then if at all possible.

We continue to oppose any extension or alteration of the hearing schedule.

Thanks.

DC

---

**From:** Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>
**Date:** Thursday, Jul 11, 2019, 11:15 AM
**To:** Cross, David D. <DCross@mofo.com>
**Cc:** Vincent Russo <vrusso@robbinsfirm.com>, Bryan Tyson <btyson@taylorenglish.com>, Conaway, Jenna B. <JConaway@mofo.com>, Bryan Jacoutot <bjacoutot@taylorenglish.com>, kaye.burwell@fultoncountyga.gov <kaye.burwell@fultoncountyga.gov>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, david.lowman@fultoncountyga.gov <david.lowman@fultoncountyga.gov>, cichter@ichterdavis.com <cichter@ichterdavis.com>, bbrown@brucebrownlaw.com <bbrown@brucebrownlaw.com>, jpowers@lawyerscommittee.org <jpowers@lawyerscommittee.org>, william@nhphlaw.com <william@nhphlaw.com>, mmurray@altber.com <mmurray@altber.com>, sleyton@altber.com <sleyton@altber.com>, sberzon@altber.com <sberzon@altber.com>, jonlschwartz@mac.com <jonlschwartz@mac.com>, rabney@lawyerworks.com <rabney@lawyerworks.com>, ram@lawram.com <ram@lawram.com>, dbrody@lawyerscommittee.org <dbrody@lawyerscommittee.org>, Retha Meier <Retha.Meier@robbinsfirm.com>, Kim Bunch <Kim.Bunch@robbinsfirm.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Carey Miller <carey.miller@robbinsfirm.com>, Alexander Denton <Alexander.Denton@robbinsfirm.com>, Brian Lake <Brian.Lake@robbinsfirm.com>, Halsey G. Knapp <hknapp@khlawfirm.com>, Adam M. Sparks <sparks@khlawfirm.com>, Manoso, Robert W. <RManoso@mofo.com>, Chapple, Catherine L. <CChapple@mofo.com>, Bentrott, Jane P. <JBentrott@mofo.com>, Miriyala, Arvind S. <AMiriyala@mofo.com>, Brimer, Marcie <MBrimer@mofo.com>, Ali, Reema Shocair <RAli@mofo.com>, Tepfer, Cameron A. <CTepfer@mofo.com>
**Subject:** Re: Shamos

**- External Email -**

At this point- he's available next Friday, July 19. He has agreed to come to Atlanta.

On Jul 11, 2019, at 2:12 PM, Cross, David D. <DCross@mofo.com> wrote:

> Vincent -
>
> What are all the dates he's available for deposition between now and the hearing? And do I understand correctly he'll insist on doing this in PA?
>
> Thanks.
> DC
>
>
>
> ==========================================================================
>
> This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
>
> <image001.jpg>

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is

prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.