# EXHIBIT C





Making It Right

JOHN F. SALTER
John@BarnesLawGroup.com
Member of the State Bar of Georgia

November 20, 2017

Michael Ian Shamos, Ph.D.
605 Devonshire Street
Pittsburgh, PA 15213

> **Re:  Curling, et al. v. Brian Kemp, et al.**
> **USDC NDGA 1:17-CV-2989-AT**

Dear Dr. Shamos:

This letter reflects the Agreement by which the Barnes Law Group (the "BLG"), on behalf of its clients, the Secretary of State and State Election Board and its members ("Clients"), is retaining you to serve as a consulting expert relating to the use of Direct Recording Electronic (DRE) machines for voting.

## SUBJECT OF ENGAGEMENT

You understand that the scope of your services, and the amount of your time required in this matter, will depend on the needs of BLG and/or Clients, and will vary over time.   You are retained to assist and consult with us in responding to claims that DRE machines are unreliable and that they do not provide a means by which voters' ballots remain secret.  Currently, it is not anticipated that you would draft an expert report consistent with the requirements of Rule 26(a)(2)(B), Fed. R. Civ. Proc., nor provide testimony at deposition or trial and we will not disclose you as a testifying expert without your prior consent.

You understand that your status under this Agreement will be that of an independent contractor and not that of an employee of the BLG or the Clients.   You also understand that this means the BLG will not

STATE-DEFENDANTS-00004446

Michael Ian Shamos, Ph.D.
November 20, 2017
Page | 2

withhold or pay Social Security taxes, unemployment insurance, or income taxes on your behalf.

You assert that you have the authority to engage in this Agreement and that no conflict of interest will be created by your undertakings herein, throughout the pendency of this engagement. You have been advised that our adversaries in this matter are those individuals listed as Plaintiffs or counsel for Plaintiffs on the docket sheet attached hereto as Exhibit 1 ("Adversaries"), and that you know of no reason why you cannot advise Clients or BLG with respect to this matter, and that during the pendency of this engagement, you will not take on any matter for Adversary.

Further, you represent that you have not been convicted or prosecuted for a crime, nor have you been charged with academic misconduct.

**CONFIDENTIALITY**

You understand that, as an expert consultant and/or witness, all communications between you and Clients and/or you and BLG, whether oral or written, are entirely confidential. You understand that you are not at liberty to share the substance or content of these communications with any person unless expressly authorized by us beforehand in writing. You also understand that the very fact that you are an expert consultant and/or witness to Clients in this matter is, at this point, itself highly confidential, and is not a subject which you are authorized to share with other persons without prior consent from us. You agree to immediately notify one of the attorneys for BLG in the event a potentially adverse party in this matter contacts you. You also agree to notify BLG in the event you receive a request to examine, inspect, or copy any document or record obtained during the course of this engagement.



Michael Ian Shamos, Ph.D.
November 20, 2017
P a g e | **3**

Should an Adversary or its counsel become aware of your engagement, you may list this matter on your CV in a manner similar to the other matters listed therein.

## COMPENSATION

We agree to compensate you at your hourly rate of $600 per hour. We will pay for reasonable out-of-pocket costs incurred in connection with the services provided on this engagement (e.g., airfare, hotel, car rental, copying of documents, telephone calls, postage and shipping, etc.) in accordance with the regulations of the Georgia State Auditor. We understand that you charge $300 per hour for non-productive travel. We understand that invoices will be rendered by Expert Engagements, LLC, 4415 Fifth Avenue, Suite 302, Pittsburgh, PA 15213, federal tax ID 20-0219102, and that payments for your services should be made to that entity. You agree to keep us informed of the number of hours you expend on this project at regular intervals by submitting invoices at least after every twenty (20) hours of compensable work.

You shall not be required to give any live testimony, either at deposition, hearing or trial, unless payment has been made for any work product about which you may be questioned. In the event that any of your prior invoices remains unpaid sixty (60) or more days after being received by the AG, you may suspend work, until all outstanding invoices have been paid.

## DOCUMENT MAINTENANCE, OWNERSHIP

We understand that consultants or experts in your field may have document maintenance, retention or destruction practices or policies. Under no circumstances are you to understand that anyone associated with BLG or Clients are asking you to deviate from the practices or policies that you or others in your area of consultancy or expertise have adopted, especially with respect to any documents that you generate or receive in this matter. You also understand that, as a result or in the course of your work for BLG or the Clients, you may generate or



STATE-DEFENDANTS-00004448

Michael Ian Shamos, Ph.D.
November 20, 2017
Page | 4

prepare a report or reports, as requested by BLG.  You understand that
BLG or the Clients have all right, title and interest to any such report
or reports, and to use any such report or reports as BLG or the Clients
see fit.

**TERMINATION**

This letter of Engagement may be terminated (and with it the
obligations of BLG hereunder) at any time upon notice given by the
BLG.  Upon any such termination, you shall provide BLG, upon
request, with all data collected, including but not limited to written
forms and electronic recording of data, and shall provide all drafts in
progress.  Also upon termination, BLG will promptly pay you for any
work and expenses incurred but not yet compensated.

We very much look forward to working with you in this matter.

Very truly yours,

JOHN F. SALTER

Read and Agreed To:

Date: Dec. 23, 2017

Michael Ian Shamos, Ph.D.



STATE-DEFENDANTS-00004449

# EXHIBIT 1

STATE-DEFENDANTS-00004450

4months,CLOSED,STAY

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:17-cv-02989-AT

Curling et al v. Kemp et al
Assigned to: Judge Amy Totenberg
Case in other court:  Superior Court of Fulton County,
                      2017cv292233
Cause: 28:1443(1)Removal from State Court - Civil Rights

Date Filed: 08/08/2017
Date Terminated: 11/29/2017
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Donna Curling**
*an individual*

represented by  **Edward Bruce Schwartz**
Steptoe & Johnson-DC
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
202-429-6220
Email: eschwartz@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joe Robert Caldwell , Jr.**
Steptoe & Johnson-DC
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
202-429-6455
Fax: .
Email: jcaldwell@Steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Wright**
Holcombe and Ward, LLP
Suite 400
3399 Peachtree Road, NE
Atlanta, GA 30326
404-601-2803
Email: aaron@holcombward.com
*TERMINATED: 12/21/2017*

**Bryan Myerson Ward**
Holcombe and Ward, LLP
Suite 400
3399 Peachtree Road, NE
Atlanta, GA 30326
404-892-5695

STATE-DEFENDANTS-00004451

Fax: 404-393-1554
Email: bryan.ward@holcombward.com
*TERMINATED: 12/21/2017*

**Marvin Lim**
Holcombe and Ward, LLP
Suite 400
3399 Peachtree Road, NE
Atlanta, GA 30326
404-601-2803
Fax: .
Email: marvin@holcombward.com
*TERMINATED: 12/21/2017*

**Plaintiff**

**Coalition for Good Governance**                represented by   **Robert Alexander McGuire , III**
*a non-profit corporation organized and*                         Robert McGuire Law Firm
*existing under Colorado Law*                                     Suite C-7
                                                                 2703 Jahn Ave., N.W.
                                                                 Gig Harbor, WA 98335
                                                                 844-318-6730
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Aaron Wright**
                                                                 (See above for address)
                                                                 *TERMINATED: 12/21/2017*

                                                                 **Bryan Myerson Ward**
                                                                 (See above for address)
                                                                 *TERMINATED: 12/21/2017*

                                                                 **Edward Bruce Schwartz**
                                                                 (See above for address)
                                                                 *TERMINATED: 11/29/2017*

                                                                 **Joe Robert Caldwell , Jr.**
                                                                 (See above for address)
                                                                 *TERMINATED: 11/29/2017*

                                                                 **Marvin Lim**
                                                                 (See above for address)
                                                                 *TERMINATED: 12/21/2017*

                                                                 **William Brent Ney**
                                                                 Ney Hoffecker Peacock & Hayle LLC
                                                                 1360 Peachtree Street, NE
                                                                 One Midtown Plaza, Suite 1010

Atlanta, GA 30309
404-842-7232
Fax: 404-233-2404
Email: william@nhelaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Price**                    represented by   **Edward Bruce Schwartz**
*an Individual*                                     (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joe Robert Caldwell , Jr.**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Aaron Wright**
                                                    (See above for address)
                                                    *TERMINATED: 12/21/2017*

                                                    **Bryan Myerson Ward**
                                                    (See above for address)
                                                    *TERMINATED: 12/21/2017*

                                                    **Marvin Lim**
                                                    (See above for address)
                                                    *TERMINATED: 12/21/2017*

**Plaintiff**

**Jeffrey Schoenberg**             represented by   **Edward Bruce Schwartz**
*an individual*                                     (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joe Robert Caldwell , Jr.**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Aaron Wright**
                                                    (See above for address)
                                                    *TERMINATED: 12/21/2017*

                                                    **Bryan Myerson Ward**
                                                    (See above for address)
                                                    *TERMINATED: 12/21/2017*

                                                    **Marvin Lim**

STATE-DEFENDANTS-00004453

(See above for address)
*TERMINATED: 12/21/2017*

**Plaintiff**

**Laura Digges**                    represented by    **Edward Bruce Schwartz**
*an individual*                                      (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Joe Robert Caldwell , Jr.**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Aaron Wright**
                                                     (See above for address)
                                                     *TERMINATED: 12/21/2017*

                                                     **Bryan Myerson Ward**
                                                     (See above for address)
                                                     *TERMINATED: 12/21/2017*

                                                     **Marvin Lim**
                                                     (See above for address)
                                                     *TERMINATED: 12/21/2017*

**Plaintiff**

**William Digges, III**             represented by    **Edward Bruce Schwartz**
*an Individual*                                      (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Joe Robert Caldwell , Jr.**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Aaron Wright**
                                                     (See above for address)
                                                     *TERMINATED: 12/21/2017*

                                                     **Bryan Myerson Ward**
                                                     (See above for address)
                                                     *TERMINATED: 12/21/2017*

                                                     **Marvin Lim**
                                                     (See above for address)
                                                     *TERMINATED: 12/21/2017*

**Plaintiff**

**Ricardo Davis**
*an individual*

represented by **Edward Bruce Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joe Robert Caldwell , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Wright**
(See above for address)
*TERMINATED: 12/21/2017*

**Bryan Myerson Ward**
(See above for address)
*TERMINATED: 12/21/2017*

**Marvin Lim**
(See above for address)
*TERMINATED: 12/21/2017*

**Plaintiff**

**Edward Curtis Terry**

represented by **Edward Curtis Terry**
PRO SE

**Bryan Myerson Ward**
(See above for address)
*TERMINATED: 12/21/2017*

**Marvin Lim**
(See above for address)
*TERMINATED: 12/21/2017*

V.

**Defendant**

**Brian P. Kemp**
*in his individual capacity and his*
*official capacity as Secretary of State of*
*Georgia and Chair of the State Election*
*Board*

represented by **John Frank Salter , Jr.**
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
770-419-8505
Fax: 770-590-8958
Email: john@barneslawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

STATE-DEFENDANTS-00004455

**Roy E. Barnes**
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
770-227-6375
Fax: 770-590-8958
Email: Roy@barneslawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristina Correia**
Attorney General's Office-Atl
Department of Law
40 Capitol Square, SW
Atlanta, GA 30334
404-656-7063
Email: ccorreia@law.ga.gov
*TERMINATED: 11/03/2017*

**Elizabeth Ahern Monyak**
Attorney General's Office-Atlanta
Suite 668
40 Capitol Square, SW
Atlanta, GA 30334
404-463-0816
Fax: 404-651-6920
Email: emonyak@law.ga.gov
*TERMINATED: 11/03/2017*

**Josiah Benjamin Heidt**
Georgia Department of Law
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
404-656-3389
Email: jheidt@law.ga.gov
*TERMINATED: 11/03/2017*

**Defendant**

**David J. Worley**                  represented by  **John Frank Salter , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

STATE-DEFENDANTS-00004456

**Cristina Correia**
(See above for address)
*TERMINATED: 11/03/2017*

**Elizabeth Ahern Monyak**
(See above for address)
*TERMINATED: 11/03/2017*

**Josiah Benjamin Heidt**
(See above for address)
*TERMINATED: 11/03/2017*

**Defendant**

**Rebecca N. Sullivan**                    represented by   **John Frank Salter , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristina Correia**
(See above for address)
*TERMINATED: 11/03/2017*

**Elizabeth Ahern Monyak**
(See above for address)
*TERMINATED: 11/03/2017*

**Josiah Benjamin Heidt**
(See above for address)
*TERMINATED: 11/03/2017*

**Defendant**

**Ralph F. (Rusty) Simpson**              represented by   **John Frank Salter , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristina Correia**
(See above for address)
*TERMINATED: 11/03/2017*

**Elizabeth Ahern Monyak**
(See above for address)
*TERMINATED: 11/03/2017*

**Josiah Benjamin Heidt**
(See above for address)
*TERMINATED: 11/03/2017*

**Defendant**

**Seth Harp**                                represented by   **John Frank Salter , Jr.**
*in their individual capacities and their*                   (See above for address)
*official capacities as members of the*                      *LEAD ATTORNEY*
*State Election Board*                                       *ATTORNEY TO BE NOTICED*

**Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristina Correia**
(See above for address)
*TERMINATED: 11/03/2017*

**Elizabeth Ahern Monyak**
(See above for address)
*TERMINATED: 11/03/2017*

**Josiah Benjamin Heidt**
(See above for address)
*TERMINATED: 11/03/2017*

**Defendant**

**The State Election Board**                 represented by   **Roy E. Barnes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristina Correia**
(See above for address)
*TERMINATED: 11/03/2017*

**Elizabeth Ahern Monyak**
(See above for address)
*TERMINATED: 11/03/2017*

**Josiah Benjamin Heidt**
(See above for address)
*TERMINATED: 11/03/2017*

STATE-DEFENDANTS-00004458

## Defendant

**Richard Barron**
*in his individual capacity and his*
*official capacity as Director of the*
*Fulton County Board of Registration*
*and Elections*

represented by **Cheryl Ringer**
Office of Fulton County Attorney
Fulton County Government Center
141 Pryor Street, S.W.
Suite 4038
Atlanta, GA 30303
404-612-0263
Email:
cheryl.ringer@fultoncountyga.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Lowman**
Fulton County Attorney's Office
141 Pryor Street, SW
Suite 4038
Atlanta, GA 30303
404-612-0246
Email:
david.lowman@fultoncountyga.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaye Woodard Burwell**
Office of the Fulton County Attorney
Suite 4038
141 Pryor Street, S.W.
Atlanta, GA 30303
404-612-0262
Fax: 404-730-6324
Email:
kaye.burwell@fultoncountyga.gov
*ATTORNEY TO BE NOTICED*

## Defendant

**Mary Carole Cooney**

represented by **Cheryl Ringer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Lowman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaye Woodard Burwell**

STATE-DEFENDANTS-00004459

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vernetta Nuriddin**                    represented by   **Cheryl Ringer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Lowman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaye Woodard Burwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David J. Burge**                    represented by   **Bryan Myerson Ward**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cheryl Ringer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Lowman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaye Woodard Burwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stan Matarazzo**                    represented by   **Cheryl Ringer**
*TERMINATED: 09/15/2017*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Lowman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaye Woodard Burwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aaron Johnson**
*in their individual capacities and
official capacities as members of the
Fulton County Board of Registration
and Elections*

represented by **Cheryl Ringer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Lowman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaye Woodard Burwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Fulton County Board of
Registration and Elections**

represented by **Cheryl Ringer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Lowman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaye Woodard Burwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maxine Daniels**
*in her individual capacity and her
official capacity as Director of Voter
Registrations and Elections for Dekalb
County*

represented by **Bennett Davis Bryan**
DeKalb County District Attorney's
Office
Assistant County Attorney
5th Floor
1300 Commerce Drive
Decatur, GA 30030
404-371-3011
Fax: 404-371-3024
Email: bdbryan@dekalbcountyga.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael P. Coveny**

represented by

STATE-DEFENDANTS-00004461

                                                        **Bennett Davis Bryan**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony Lewis**                      represented by   **Bennett Davis Bryan**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Leona Perry**                        represented by   **Bennett Davis Bryan**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Samuel E. Tillman**                  represented by   **Bennett Davis Bryan**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Baoky N. Vu**                        represented by   **Bennett Davis Bryan**
*in their individual capacities and*                    (See above for address)
*official capacities as memebes of the*                 *ATTORNEY TO BE NOTICED*
*Dekalb County Board of Registrations*
*and Elections*

**Defendant**

**The Dekalb County Board of**         represented by   **Bennett Davis Bryan**
**Registrations and Elections**                         (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Janine Eveler**                      represented by   **Daniel Walter White**
*in her individual capacity and her*                    Haynie Litchfield Crane & White
*official capacity as Director of the*                  222 Washington Avenue
*Cobb County Board of Elections and*                    Marietta, GA 30060
*Registration*                                          770-422-8900
                                                        Fax: 770-424-8900
                                                        Email: dwhite@hlclaw.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Phil Daniell**                       represented by   **Daniel Walter White**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Fred Aiken**                         represented by

STATE-DEFENDANTS-00004462

Daniel Walter White
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Pettit**                          represented by    Daniel Walter White
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Jessica Brooks**                      represented by    Daniel Walter White
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Darryl O. Wilson**                    represented by    Daniel Walter White
*in their individual capacities and*                      (See above for address)
*official capacities as members of the*                   *ATTORNEY TO BE NOTICED*
*Cobb County Board of Elections and*
*Registration*

**Defendant**

**The Cobb County Board of Elections**  represented by    Daniel Walter White
**and Registration**                                      (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Merle King**                          represented by    **Grant Edward Schnell**
*in his individual capacity and his*                      Holland & Knight LLP -Atl
*official capacity as Executive Director*                 One Regions Plaza, Suite 1800
*of the Center for Election Systems at*                   1180 West Peachtree St., N.W.
*Kennasaw State University*                               Atlanta, GA 30309-3407
                                                          404-817-8560
                                                          Email: grant.schnell@hklaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert S. Highsmith**
                                                          Holland & Knight LLP -Atl
                                                          One Regions Plaza, Suite 1800
                                                          1180 West Peachtree St., N.W.
                                                          Atlanta, GA 30309-3407
                                                          404-817-8500
                                                          Fax: 404-881-0470
                                                          Email: robert.highsmith@hklaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

STATE-DEFENDANTS-00004463

**Cristina Correia**
(See above for address)
*TERMINATED: 11/03/2017*

**Josiah Benjamin Heidt**
(See above for address)
*TERMINATED: 11/03/2017*

**Defendant**

**The Center for Election Systems at Kennasaw State University**                represented by **Cristina Correia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josiah Benjamin Heidt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Wingate**                represented by **David R. Lowman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kaye Woodard Burwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Karen C. Handel**
*TERMINATED: 09/28/2017*                represented by **Anne Ware Lewis**
Strickland Brockington Lewis, LLP
1170 Peachtree Street, NE
Suite 2200, Midtown Prosceium
Atlanta, GA 30309-7200
678-347-2200
Fax: 678-347-2210
Email: awl@sbllaw.net
*ATTORNEY TO BE NOTICED*

**Barclay Hendrix**
Strickland Brockington Lewis, LLP
1170 Peachtree Street, NE
Suite 2200, Midtown Prosceium
Atlanta, GA 30309-7200
678-374-2200
Fax: 678-347-2210.
Email: barclay.hendrix@sbllaw.com
*ATTORNEY TO BE NOTICED*

**Frank B. Strickland**
Strickland Brockington Lewis, LLP
1170 Peachtree Street, NE
Suite 2200, Midtown Prosceium
Atlanta, GA 30309-7200
678-347-2200
Fax: 678-347-2210
Email: fbs@sbllaw.net
*ATTORNEY TO BE NOTICED*

**Vincent Robert Russo , Jr.**
Robbins Ross Alloy Belinfante
Littlefield, LLC -Atl
Suite 1120
999 Peachtree Street, N.E.
Atlanta, GA 30309
404-856-3260
Fax: 404-856-3250
Email: vrusso@robbinsfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Election Board**                 represented by   **John Frank Salter , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Roy E. Barnes**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Cristina Correia**
                                                            (See above for address)
                                                            *TERMINATED: 11/03/2017*

                                                            **Josiah Benjamin Heidt**
                                                            (See above for address)
                                                            *TERMINATED: 11/03/2017*

**unknown**

**Thomas Jonathan Ossoff**                  represented by   **Russell Dunn Waldon**
*TERMINATED: 09/28/2017*                                    Waldon Adelman Castilla Hiestand &
                                                            Prout
                                                            900 Circle 75 Parkway, N.W.
                                                            Suite 1040
                                                            Atlanta, GA 30339-3084
                                                            770-933-7022

STATE-DEFENDANTS-00004465