# EXHIBIT D

```
1            IN THE UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF GEORGIA
3                      ATLANTA DIVISION
4     _____
5    DONNA CURLING, ET AL.,          )
6         Plaintiffs,                )CIVIL ACTION FILE
7    vs.                             )NO. 1:17-CV-2989-AT
8    BRAD RAFFENSPERGER, ET AL.,     )
9         Defendants.                )
10   _____)
11
12              VIDEOTAPED DEPOSITION OF
13          MICHAEL IAN SHAMOS, PH.D., J.D.
14                   July 19, 2019
15                     9:16 a.m.
16
17
18        Ross Alloy Belinfante Littlefield, LLC
19                500 14th Street N.W.
20                  Atlanta, Georgia
21
22
23
24   Robin K. Ferrill, CCR-B-1936, RPR
25   PAGES 1 - 217
```

Page 1

```
 1        defendants.
 2             THE VIDEOGRAPHER:  Thank you, Counsel.
 3             Will the court reporter please swear in the
 4        witness.
 5   MICHAEL IAN SHAMOS, Ph.D., J.D.,
 6             called as a witness, having been duly sworn
 7   by a Notary Public, was examined and testified as
 8   follows:
 9             MR. CROSS:  We probably should just note
10        for the record that Ms. Marks is here, too; I
11        don't think there is an appearance here.  And
12        Dr. Halderman, as well.
13             MR. RUSSO:  And, David, before we start, we
14        want to make sure our objection to the
15        deposition notice is on the record.
16             The deposition was noticed as a de bene
17        esse deposition, but it indicates that questions
18        would be regarding all the claims and defenses
19        in the case.  So to the extent that the
20        deposition is outside the scope of Dr. Shamos'
21        declaration, which is his direct testimony for
22        purposes of this, we do object to that.
23             MR. CROSS:  So you are saying I couldn't
24        cross-examine him live at a hearing on any issue
25        relevant to the claims or defenses in the case?
```

Page 7

```
 1    State since December 23rd of 2017.  That's a fact,
 2    right?
 3         A.   Yes.
 4         Q.   And in that time, do I understand
 5    correctly, no one on behalf of the State asked you to
 6    do anything other than whatever you did for the first
 7    bill back early on, and then until June of this year;
 8    is that right?
 9         A.   That's right.  I thought the case had gone
10    away.
11         Q.   Until June of this year?
12         A.   I was surprised as anybody, in June, when I
13    get an e-mail from a different law firm saying,
14    "You're the expert in this case," and I said, "Huh?
15    I thought it was over."
16         Q.   You say June, you mean June of 2019?
17         A.   Yes.
18         Q.   Do you know when it was in June that they
19    reached out to you, roughly?
20         A.   It would have been shortly before the
21    engagement letter, which I produced.  I have it -- I
22    have it here.
23         Q.   We have the letter.
24         A.   I can answer.
25         Q.   That's okay.  We have the letter.
```

Page 202

```
 1                 C E R T I F I C A T E
 2    STATE OF GEORGIA    )
 3                        ) ss.:
 4    FULTON COUNTY       )
 5
 6        I,  Robin Ferrill, Certified Court Reporter
 7    within the State of Georgia, do hereby certify:
 8             That MICHAEL IAN SHAMOS, Ph.D., J.D., the
 9    witness whose deposition is hereinbefore set forth,
10    was duly sworn by me and that such deposition is a
11    true record of the testimony given by such witness.
12             I further certify that I am not related to
13    any of the parties to this action by blood or
14    marriage; and that I am in no way interested in the
15    outcome of this matter.
16             IN WITNESS WHEREOF, I have hereunto set
17    my hand this 20th day of July, 2019.
18
19
20             [signature: Robin Ferrill]
21             ROBIN K. FERRILL, RPR
22
23
24
25
```

Page 216