# EXHIBIT E

| | |
|---|---|
| **From:** | Bryan Tyson <btyson@taylorenglish.com> |
| **Sent:** | Tuesday, July 23, 2019 9:18 PM |
| **To:** | Holly Cole; Cross, David D.; Kimberly Anderson; Cc: Adam Sparks; Alexander Denton; Miriyala, Arvind S.; Brian Lake; Bruce Brown; Bryan Jacoutot; Carey Miller; Cary Icter; Chapple, Catherine L.; Cheryl Ringer; Conaway, Jenna B.; David Brody; Halsey Knapp, Jr.; Josh Belinfante; Kaye Burwell; Kim Bunch; Retha Meier; Manoso, Robert W.; Robert McGuire, III; Vincent Russo |
| **Subject:** | FW: Dr. Shamos testimony |
| **Attachments:** | Shamos No Waiver of Phone or Skype.pdf |

- External Email -

Ms. Cole:

I was apparently left off of this email distribution list so I apologize for just now responding. Attached is the last email exchange we have on July 18 between counsel (the day before Dr. Shamos' video deposition) where counsel for State Defendants specifically indicated there was not a waiver of the Skype or phone options for Dr. Shamos to testify.

We will be happy to provide whatever else the Court needs after Plaintiffs file the Notice that has been requested.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Vincent Russo <vrusso@robbinsfirm.com>
**Sent:** Tuesday, July 23, 2019 9:10 PM
**To:** Bryan Tyson <btyson@taylorenglish.com>
**Subject:** FW: Dr. Shamos testimony


**From:** John Powers [mailto:jpowers@lawyerscommittee.org]
**Sent:** Tuesday, July 23, 2019 7:34 PM
**To:** Holly Cole <Holly_Cole@gand.uscourts.gov>; Cross, David D. <DCross@mofo.com>; Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>
**Cc:** Adam Sparks <sparks@khlawfirm.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Miriyala, Arvind S. <AMiriyala@mofo.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; Bruce Brown <bbrown@brucebrownlaw.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Carey Miller <carey.miller@robbinsfirm.com>; Cary Icter <cichter@ichterdavis.com>; Chapple, Catherine L. <CChapple@mofo.com>; Cheryl Ringer

1

<Cheryl.ringer@fultoncountyga.gov>; Conaway, Jenna B. <JConaway@mofo.com>; David Brody <dbrody@lawyerscommittee.org>; Halsey Knapp, Jr. <hknapp@khlawfirm.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Kaye Burwell <Kaye.burwell@fultoncountyga.gov>; Kim Bunch <Kim.Bunch@robbinsfirm.com>; Retha Meier <Retha.Meier@robbinsfirm.com>; Manoso, Robert W. <RManoso@mofo.com>; Robert McGuire, III <ram@ramlaw.com>; Vincent Russo <vrusso@robbinsfirm.com>
**Subject:** RE: Dr. Shamos testimony

Ms. Cole –

Coalition Plaintiffs join in the Curling Plaintiffs' objection to presenting Dr. Shamos' testimony remotely and anticipate joining the Curling Plaintiffs' notice on the issue.

Thanks, John


John Powers
Counsel
Voting Rights Project
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:   (202) 662-8389
General Fax:  (202) 783-0857
jpowers@lawyerscommittee.org



*The information contained in this message from the Lawyers' Committee for Civil Rights Under Law and any attachments are confidential and intended only for the named recipient(s).  If you have received this message in error, you are prohibited from copying, distributing or using the information.  Please contact the sender immediately by return email and delete the original message.*

---

**From:** Holly Cole <Holly_Cole@gand.uscourts.gov>
**Sent:** Tuesday, July 23, 2019 3:03 PM
**To:** Cross, David D. <DCross@mofo.com>; Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>
**Cc:** Adam Sparks <sparks@khlawfirm.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Miriyala, Arvind S. <AMiriyala@mofo.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; Bruce Brown <bbrown@brucebrownlaw.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Carey Miller <carey.miller@robbinsfirm.com>; Cary Icter <cichter@ichterdavis.com>; Chapple, Catherine L. <CChapple@mofo.com>; Cheryl Ringer <Cheryl.ringer@fultoncountyga.gov>; Conaway, Jenna B. <JConaway@mofo.com>; David Brody <dbrody@lawyerscommittee.org>; Halsey Knapp, Jr. <hknapp@khlawfirm.com>; John Powers <jpowers@lawyerscommittee.org>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Kaye Burwell <Kaye.burwell@fultoncountyga.gov>; Kim Bunch <Kim.Bunch@robbinsfirm.com>; Retha Meier <Retha.Meier@robbinsfirm.com>; Manoso, Robert W. <RManoso@mofo.com>; Robert McGuire, III <ram@ramlaw.com>; Vincent Russo <vrusso@robbinsfirm.com>
**Subject:** RE: Dr. Shamos testimony

Counsel,

Judge Totenberg has not made a decision yet on whether to allow the testimony of Dr. Shamos via video/telephone on Friday.  The purpose of my earlier email was: (1) to make the inquiry and (2) advise on the procedures to make the necessary arrangements in the event of remote testimony.

Curling Plaintiffs should file a short Notice regarding the objection on the docket and submit documentation of written agreement between counsel for the Court's review.  If Judge Totenberg requires more on the issue, I will let you know.

Regards,

Holly Cole
Law Clerk
Chambers of the Honorable Amy Totenberg
United States District Court
Northern District of Georgia
404-215-1404
Holly_Cole@gand.uscourts.gov

---

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Tuesday, July 23, 2019 2:56 PM
**To:** Holly Cole <Holly_Cole@gand.uscourts.gov>; Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>
**Cc:** Adam Sparks <sparks@khlawfirm.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Miriyala, Arvind S. <AMiriyala@mofo.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; Bruce Brown <bbrown@brucebrownlaw.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Carey Miller <carey.miller@robbinsfirm.com>; Cary Icter <cichter@ichterdavis.com>; Chapple, Catherine L. <CChapple@mofo.com>; Cheryl Ringer <Cheryl.ringer@fultoncountyga.gov>; Conaway, Jenna B. <JConaway@mofo.com>; David Brody <dbrody@lawyerscommittee.org>; Halsey Knapp, Jr. <hknapp@khlawfirm.com>; John Powers <jpowers@lawyerscommittee.org>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Kaye Burwell <Kaye.burwell@fultoncountyga.gov>; Kim Bunch <Kim.Bunch@robbinsfirm.com>; Retha Meier <Retha.Meier@robbinsfirm.com>; Manoso, Robert W. <RManoso@mofo.com>; Robert McGuire, III <ram@ramlaw.com>; Vincent Russo <vrusso@robbinsfirm.com>
**Subject:** RE: Dr. Shamos testimony

Ms. Cole -

Curling Plaintiffs continue to object to presenting Dr. Shamos' testimony remotely. State Defendants insisted on preserving his hearing testimony by deposition. We did that last Friday, at the expense and inconvenience of an extra trip to Atlanta. The parties are free to submit any or all of that to the Court, as intended. Anything else would depart from the agreement, which Ms. Anderson herself confirmed in email, and highly prejudice Plaintiffs given the importance of his role and testimony and the difficulties of remote examination, such as using exhibits. We'd appreciate an opportunity to be heard by the Court on this important issue.

Thanks.
David

---

**From:** Holly Cole <Holly_Cole@gand.uscourts.gov>
**Date:** Tuesday, Jul 23, 2019, 12:18 PM
**To:** Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>
**Cc:** Adam Sparks <sparks@khlawfirm.com>, Alexander Denton <Alexander.Denton@robbinsfirm.com>, Miriyala, Arvind S. <AMiriyala@mofo.com>, Brian Lake <Brian.Lake@robbinsfirm.com>, Bruce Brown <bbrown@brucebrownlaw.com>, Bryan Jacoutot <bjacoutot@taylorenglish.com>, Carey Miller <carey.miller@robbinsfirm.com>, Cary Icter <cichter@ichterdavis.com>, Chapple, Catherine L. <CChapple@mofo.com>, Cheryl Ringer <Cheryl.ringer@fultoncountyga.gov>, Conaway, Jenna B. <JConaway@mofo.com>, David Brody

<dbrody@lawyerscommittee.org>, Cross, David D. <DCross@mofo.com>, Halsey Knapp, Jr. <hknapp@khlawfirm.com>, John Powers <jpowers@lawyerscommittee.org>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Kaye Burwell <Kaye.burwell@fultoncountyga.gov>, Kim Bunch <Kim.Bunch@robbinsfirm.com>, Retha Meier <Retha.Meier@robbinsfirm.com>, Manoso, Robert W. <RManoso@mofo.com>, Robert McGuire, III <ram@ramlaw.com>, Vincent Russo <vrusso@robbinsfirm.com>
**Subject:** RE: Dr. Shamos testimony

**- External Email -**

---

Please contact Harry Martin and he will coordinate with you and our IT department.

Holly Cole
Law Clerk
Chambers of the Honorable Amy Totenberg
United States District Court
Northern District of Georgia
404-215-1404
Holly_Cole@gand.uscourts.gov

---

**From:** Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>
**Sent:** Tuesday, July 23, 2019 1:32 PM
**To:** Holly Cole <Holly_Cole@gand.uscourts.gov>
**Cc:** Adam Sparks <sparks@khlawfirm.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Arvind Miriyala <AMiriyala@mofo.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; Bruce Brown <bbrown@brucebrownlaw.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Carey Miller <carey.miller@robbinsfirm.com>; Cary Icter <cichter@ichterdavis.com>; Catherine Chapple <cchapple@mofo.com>; Cheryl Ringer <Cheryl.ringer@fultoncountyga.gov>; Conaway <jconaway@mofo.com>; David Brody <dbrody@lawyerscommittee.org>; David Cross <dcross@mofo.com>; Halsey Knapp, Jr. <hknapp@khlawfirm.com>; John Powers <jpowers@lawyerscommittee.org>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Kaye Burwell <Kaye.burwell@fultoncountyga.gov>; Kim Bunch <Kim.Bunch@robbinsfirm.com>; Retha Meier <Retha.Meier@robbinsfirm.com>; Robert Manoso <rmanoso@mofo.com>; Robert McGuire, III <ram@ramlaw.com>; Vincent Russo <vrusso@robbinsfirm.com>
**Subject:** RE: Dr. Shamos testimony

Ms. Cole:

While the parties conduced the deposition of Dr. Shamos last Friday, State Defendants intend to have him available to testify on Friday by video or telephone conference. We are confirming Dr. Shamos's availability for the 11:30 am start time, and will work around the Court's schedule to make it happen.

Please let us know what we need to do (or who we need to contact) to coordinate with the Court's IT Department to make sure the video conference will work.

We appreciate the accommodation-

Kimberly

**Kimberly K. Anderson** |*404.856.3265* | ROBBINS

---

**From:** Holly Cole [mailto:Holly_Cole@gand.uscourts.gov]
**Sent:** Tuesday, July 23, 2019 1:23 PM
**To:** Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>
**Cc:** Adam Sparks <sparks@khlawfirm.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Arvind Miriyala <AMiriyala@mofo.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; Bruce Brown <bbrown@brucebrownlaw.com>;

4

Bryan Jacoutot <bjacoutot@taylorenglish.com>; Carey Miller <carey.miller@robbinsfirm.com>; Cary Icter <cichter@ichterdavis.com>; Catherine Chapple <cchapple@mofo.com>; Cheryl Ringer <Cheryl.ringer@fultoncountyga.gov>; Conaway <jconaway@mofo.com>; David Brody <dbrody@lawyerscommittee.org>; David Cross <dcross@mofo.com>; Halsey Knapp, Jr. <hknapp@khlawfirm.com>; John Powers <jpowers@lawyerscommittee.org>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Kaye Burwell <Kaye.burwell@fultoncountyga.gov>; Kim Bunch <Kim.Bunch@robbinsfirm.com>; Retha Meier <Retha.Meier@robbinsfirm.com>; Robert Manoso <rmanoso@mofo.com>; Robert McGuire, III <ram@ramlaw.com>; Vincent Russo <vrusso@robbinsfirm.com>
**Subject:** Dr. Shamos testimony

Counsel,

What is the plan for presenting the testimony of Dr. Shamos in conjunction with the preliminary injunction hearing?  Are the State Defendants seeking to present his testimony on Friday via video or telephone?  If so, you must advise me immediately as the Court staff would need to make arrangements with the IT department to ensure the courtroom is set up with video/telephone feed.  Also, the State Defendants indicated Dr. Shamos is available in the morning only.  While the Court has reserved Friday for overflow, the Court has another hearing at 10:00 AM on Friday morning that has been on the calendar since January.   Therefore, it is not likely the Court will resume the preliminary injunction hearing on Friday before 11:30 AM.


Regards,

Holly Cole
Law Clerk
Chambers of the Honorable Amy Totenberg
United States District Court
Northern District of Georgia
404-215-1404
Holly_Cole@gand.uscourts.gov


========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.