# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## STATE DEFENDANTS' NOTICE OF CONFIDENTIAL AND ATTORNEYS' EYES ONLY DOCUMENTS TO BE USED DURING PRELIMINARY INJUNCTION HEARING

COME NOW Defendants Secretary of State Brad Raffensperger, State Election Board, and State Election Board Members ("State Defendants") and provide notice of the Confidential and Attorneys' Eyes Only documents State Defendants intend to use during the preliminary injunction hearing on July 15-26, 2019.

The documents State Defendants intend to use are as follows:

| Document | Designating Party | Basis for Designation | Party Offering Exhibit |
|---|---|---|---|
| Fortalice Cyber Risk Assessment October 2017<br><br>Payton 000001 – 000070 | State Defendants | Attorneys' Eyes Only – Document contains methods, tools, and instrumentalities of security tests, audits, and investigations. | State Defendants |
| Fortalice Red Team Penetration Test and Cyber Risk Assessment November 2018<br><br>Payton 000070 – 000119 | State Defendants | Attorneys' Eyes Only – Document contains methods, tools, and instrumentalities of security tests, audits, and investigations. | State Defendants |
| FINAL Fortalice Cyber Risk Assessment February 2018<br><br>Payton 000120 – 000152 | State Defendants | Attorneys' Eyes Only – Document contains methods, tools, and instrumentalities of security tests, audits, and investigations. | State Defendants |
| Example Ballot Image Report<br><br>Deposition of Jennifer Doran – Coalition Plaintiffs' Exhibit 34 | State Defendants | Confidential – Ballot Images confidential pursuant to O.C.G.A. § 21-2-500(a) (ballots must be kept under seal absent court order) | State Defendants |

While State Defendants intend to use the above documents during the hearing, they do not anticipate showing the documents to any individuals other than the respective witnesses, opposing counsel, and the Court. State Defendants

also do not anticipate questioning any witness in such specific detail regarding the above documents that sensitive information contained therein would be disclosed during that witness's testimony.  Accordingly, State Defendants do not anticipate asking the Court to clear the courtroom or otherwise restrict the viewing public's access to proceedings during State Defendants' direct examination of any witness. State Defendants reserve the right to request the Court to clear the courtroom or otherwise restrict the viewing public's access to proceedings during Plaintiffs' presentation if necessary.

Respectfully submitted this 24th day of July 2019.

> */s/ Vincent R. Russo*
> Vincent R. Russo
> Georgia Bar No. 242628
> vrusso@robbinsfirm.com
> Josh Belinfante
> Georgia Bar No. 047399
> jbelinfante@robbinsfirm.com
> Carey A. Miller
> Georgia Bar No. 976240
> cmiller@robbinsfirm.com
> Kimberly Anderson
> Georgia Bar No. 602807
> kanderson@robbinsfirm.com
> Alexander Denton
> Georgia Bar No. 660632
> adenton@robbinsfirm.com
> Brian E. Lake
> Georgia Bar No. 575966
> blake@robbinsfirm.com
> Robbins Ross Alloy Belinfante Littlefield LLC

500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' NOTICE OF CONFIDENTIAL AND ATTORNEYS' EYES ONLY DOCUMENTS TO BE USED DURING PRELIMINARY INJUNCTION HEARING** has been prepared in Times New Roman, 14 pt., a font and type selection approved by the Court in L.R. 5.1(B).

                                        */s/ Vincent R. Russo*
                                        Vincent R. Russo
                                        Georgia Bar No. 242628

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **STATE DEFENDANTS' NOTICE OF CONFIDENTIAL AND ATTORNEYS' EYES ONLY DOCUMENTS TO BE USED DURING PRELIMINARY INJUNCTION HEARING** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing:

This 24th day of July, 2019

*/s/ Vincent R. Russo*
Vincent R. Russo