IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CURLING PLAINTIFFS' NOTICE OF DEPOSITION
## OF DR. MICHAEL SHAMOS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the refusal of Dr. Michael Shamos, State Defendants' purported expert, to appear live at the July 25-26, 2019 preliminary injunction hearing (the "Hearing") for examination, Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs"), by and through their attorneys, will conduct the oral examination of Dr. Michael Shamos, commencing on July 19, 2019, at 9:00 a.m., and continuing thereafter until completed, at the offices of Robbins Ross Alloy Belinfante Littlefield, LLC, 500 14th Street N.W., Atlanta, GA 30318, unless the parties agree on another location. This deposition will be taken in accordance with the Federal Rules of Civil Procedure, by oral examination with

written and/or sound and visual record made thereof (*e.g.* videotape, LiveNote, etc.), before a court reporter or other officer authorized by law to administer oaths. Curling Plaintiffs reserve their right to later depose Dr. Shamos for discovery purposes in this case and are proceeding with this *de bene esse* deposition only because he refuses to appear live at the Hearing and Curling Plaintiffs are entitled to examine him on subjects related to the testimony he has submitted in this case or otherwise relevant to any claim or defense in this case for the purposes of that Hearing and the Court's evaluation of his testimony, including his purported expertise and any proper scope thereof. Curling Plaintiffs reserve all rights and objections.

Dated: July 11, 2019

MORRISON & FOERSTER LLP

 /s/ David D. Cross
David D. Cross (*pro hac vice*)
John P. Carlin (*pro hac vice*)
Catherine L. Chapple (*pro hac vice)*
Jane P. Bentrott (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JCarlin@mofo.com
CChapple@mofo.com
JBentrott@mofo.com
RManoso@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, a copy of the foregoing **CURLING PLAINTIFFS' NOTICE OF DEPOSITION OF DR. MICHAEL SHAMOS** was served on all counsel of record by electronic delivery of a PDF version.

*/s/ David D. Cross*
David D. Cross