IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER, et. al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION FILE<br><br>NO: 1:17-cv-2989-AT |

## NOTICE OF FILING UPDATED
## MUNICIPAL ELECTION INFORMATION

Pursuant to this Court's Order requesting information related to upcoming 2019 municipal elections, State Defendants hereby give notice of filing updated municipal-election information, which is attached as **Exhibit A**. Based on information currently known to State Defendants, this fall, there will be 386 elections: 275 municipal elections run by counties; 99 municipal elections run by municipalities; and 12 countywide elections. All county-run elections (287) are conducted on DREs. Of the 99 municipality-conducted elections, 70 are conducted on paper ballots (optical scan or hand count); 23 are conducted on DREs; and six conducted with lever machines.

Submitted this 25th day of July, 2019.

/s/ *Alexander Denton*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Kimberly Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249

*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **NOTICE OF FILING UPDATED MUNICIPAL ELECTION INFORMATION** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing:

This 25th day of July, 2019

>   */s/ Alexander Denton*
>   Alexander Denton