# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 07/25/2019.

TIME COURT COMMENCED: 10:10 A.M.
TIME COURT CONCLUDED: 07:30 P.M.
TIME IN COURT: 8:40
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: Donald Moye
DEPUTY CLERK: Harry Martin

ATTORNEY(S) PRESENT:
Kimberly Anderson representing The State Election Board
Joshua Belinfante representing The State Election Board
Jane Bentrott representing Donna Curling
Bruce Brown representing Coalition for Good Governance
Kaye Burwell representing The Fulton County Board of Registration and Elections
Catherine Chapple representing Donna Curling
David Cross representing Donna Curling
Halsey Knapp representing Donna Curling
Brian Lake representing Brad Raffensperger
David Lowman representing The Fulton County Board of Registration and Elections
Robert Manoso representing Donna Curling
Carey Miller representing Brad Raffensperger
John Powers representing Coalition for Good Governance
Cheryl Ringer representing The Fulton County Board of Registration and Elections
Vincent Russo representing Brad Raffensperger
Adam Sparks representing Donna Curling
Bryan Tyson representing Brad Raffensperger

PROCEEDING CATEGORY: Evidentiary Hearing(PI or TRO Hearing-Evidentiary);

MINUTE TEXT: Plaintiff Case in Chief: Witness Merritt Beaver sworn and testified, Plaintiff exhibits 1, 2 and 3 admitted. (Redacted Copies for public filing) Michael Barnes sworn and testified. Plaintiff exhibit 4, 5 and 6 admitted. Terry Adams, Amber McReynolds, Jasmine Clark sworn and testified.

|  |  |
|---|---|
|  | Defendant exhibits 1 and 2 admitted. Sara LeClerc, Kathy Poattie, Theresa Payton sworn and testified. Plaintiff exhibits 7 and 8 admitted. (Redacted copies for public filing) Video Deposition Dr. Michael Shamos. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 09:30am on Friday, July 26, 2019. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |