# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 07/26/2019.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 8:20 P.M.
TIME IN COURT: 9:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: Perry Lavergne
DEPUTY CLERK: Harry Martin

ATTORNEY(S) PRESENT:
Kimberly Anderson representing The State Election Board
Joshua Belinfante representing The State Election Board
Jane Bentrott representing Donna Curling
Bruce Brown representing Coalition for Good Governance
Kaye Burwell representing The Fulton County Board of Registration and Elections
Catherine Chapple representing Donna Curling
David Cross representing Donna Curling
Halsey Knapp representing Donna Curling
Brian Lake representing The State Election Board
David Lowman representing The Fulton County Board of Registration and Elections
Robert Manoso representing Donna Curling
Carey Miller representing Brad Raffensperger
John Powers representing Coalition for Good Governance
Cheryl Ringer representing The Fulton County Board of Registration and Elections
Vincent Russo representing The State Election Board
Adam Sparks representing Donna Curling
Bryan Tyson representing The State Election Board

PROCEEDING CATEGORY: Evidentiary Hearing(PI or TRO Hearing-Evidentiary);

MINUTE TEXT: Plaintiff continues Case-In-Chief. Virginia Martin, Lowell Finely, Alex Halderman, Matthew Bernhard sworn and testified. Plaintiff exhibit 12 admitted. Plaintiff exhibit 13, ruling reserved. Plaintiff rest Case-In-Chief. Defendants Case-In-Chief: Richard Barron sworn and testified. Plaintiff

|  |  |
|---|---|
|  | exhibits 15 and 16 admitted. Russell Bridges, Lyn Ledford, Jennifer Doran sworn and testified. Defendant exhibit 5 admitted. Closing Arguments. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |