IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| BRAD RAFFENSPERGER, et. al., ) | NO:  1:17-cv-2989-AT |
| ) | |
| Defendants. ) | |

**<u>SUPPLEMENT TO STATE DEFENDANTS' RESPONSE
TO THIS COURT'S JULY 23, 2019 ORDER</u>**

Defendants Secretary of State Brad Raffensperger, State Election Board, and State Election Board Members ("State Defendants") file this supplement to the State Defendants' Response [Doc. 544] to the Court's July 23, 2019 Order, which directed State Defendants to provide information regarding the status of the State's procurement of a new voting system.

State Defendants previously anticipated that the Notice of Intent to Award ("NOIA") the contract for the State's new voting system would be posted within seven (7) days of the response to the Court's July 23, 2019 Order. [*See* Doc. 544.] This morning, July 29, 2019, the Secretary of State's office posted the NOIA for the purchase and implementation of a new statewide voting system consisting of

touchscreen ballot marking devices that print a paper ballot that is then tabulated by a separate ballot scanner at each precinct. Pursuant to the NOIA, Dominion Voting Systems, Inc. is the apparent successful offeror.[1] In accordance with HB 316 passed by the General Assembly in 2019, the new statewide voting system will produce a verifiable, auditable paper ballot, which provides for tabulation by optical scanners at the precinct level.

Additional information, including the contract, responses to the RFP from all bidders, and evaluation spreadsheets, are available online at the following address: https://sos.ga.gov/index.php/general/securevoting. The contract requires that the system be fully implemented in all Georgia counties for the March 24, 2020 Presidential Preference Primary. Implementation can begin during any protest period, and the vendor is at risk of any adverse ruling on the procurement. For this procurement, DOAS will be expediting any protest, if filed.

Finally, to clarify State Defendants prior representation to the Court regarding the pilot of the new voting system, State Defendants anticipate up to six (6) counties will be selected to pilot the new voting system in the 2019 November elections. The specific counties selected will depend on which counties have

---

[1] Attached as Exhibit A is a copy of the July 29, 2019 Notice of Intent to Award the contract for the statewide voting system, Solicitation Number 47800-SOS0000037) to Dominion Voting Systems, Inc.

contested elections and other factors, such as delivery schedule.  State Defendants will update the Court when the selection of the counties for the pilot of the new voting system is finalized.

Respectfully submitted this 29th day of July 2019.

*/s/ Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Kimberly Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272

bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **SUPPLEMENT TO STATE DEFENDANTS' RESPONSE TO THIS COURT'S JULY 23, 2019 ORDER** has been prepared in Times New Roman, 14 pt., a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **SUPPLEMENT TO STATE DEFENDANTS' RESPONSE TO THIS COURT'S JULY 23, 2019 ORDER** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing:

This 29th day of July, 2019.

>        */s/ Vincent R. Russo*
>        Vincent R. Russo