# EXHIBIT A



# Georgia
# NOTICE OF INTENT TO AWARD

**Form must be posted to the GA Procurement Registry (GPR)**

| | |
|---|---|
| Solicitation Title/Event Name: | Statewide Voting System |
| Solicitation No/Event ID: | 47800-SOS0000037 |
| Solicitation Close/ Event End Date: | April 23, 2019 |
| Notice of Intent to Award Posting Date: | July 29, 2019 |
| Issuing Officer: | Verneicher Favors |
| Issuing Officer Contact Information: | vfavors@sos.ga.gov |

The State intends to award a contract to the apparent successful offeror(s). The Notice of Intent to Award should not be considered as a binding commitment by the State. Inquiries should be addressed to the Issuing Officer. Although the State will provide the reason(s) an offeror was not successful in accordance with Georgia law, please note that the reasons listed beside the names of the unsuccessful offeror(s) should not be interpreted as an exhaustive list. NOTE: In the event any of the following is applicable, then all identified award amounts (if any) are estimates only: (1) this is an open agency contract and/or (2) the state entity has identified primary/secondary awardees. Please reference the Georgia Procurement Manual for the supplier protest process updated May 18, 2018:
http://doas.ga.gov/state-purchasing/law-administrative-rules-and-policies

| APPARENT SUCCESSFUL OFFEROR(S) | AWARD AMOUNT |
|---|---|
| Dominion Voting Systems, Inc. | Fixed Contract Amount   $106,842,590.80 |
| | Select One |
| | Select One |
| | Select One |
| **UNSUCCESSFUL OFFEROR(S)** | **REASONS** |
| Election Systems & Software | Not Highest Scoring Proposal (for RFP only) |
| Smartmatic USA Corporation | Not Highest Scoring Proposal (for RFP only) |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |

Authorized Signature: *[signature: Verneicher Favors]*