IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,  :
       Plaintiffs,  :
v.  :   CIVIL ACTION NO.
       :   1:17-CV-2989-AT
BRAD RAFFENSPERGER, *et al.*,  :
       Defendants.  :

## **ORDER**

This matter is before the Court on Electronic Privacy Information Center's Motion for Leave to File *Amicus Curiae* Brief [Doc. 437] in support of Plaintiffs. No opposition has been filed by any party. The Court hereby **GRANTS** the Motion and deems the Amicus Curiae Brief (Doc. 437-1) filed as of the date of this Order.

**IT IS SO ORDERED** this 30th day of July, 2019.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**