# EXHIBIT B

Case 1:17-cv-02989-AT   Document 558-2   Filed 07/30/19   Page 2 of 6

7/29/2019  Marilyn Marks on Twitter: "Georgia voters should be disgusted by this story. We submitted the brief but haven't spoken in court about it y…

**Tweet**  Search Twitter

**Marilyn Marks**
@MarilynRMarks1

Georgia voters should be disgusted by this story. We submitted the brief but haven't spoken in court about it yet.

> **R. Robin McDonald** @rrobinmcdonald · Jul 25
> Lawyers in GA federal paper ballot case accuse Secretary of State, governor of destroying evidence at.law.com/dg6mmY?cmp=sha... via @DailyReport @GARepublicans @GeorgiaDemocrat @MarilynRMarks1 @FairFightAction #gapol #galegal @BrianKempGA @LawyersComm @StateBarofGA @lawtwitter

6:47 AM · Jul 26, 2019 · Twitter for iPhone

**254** Retweets   **456** Likes

**Relevant people**

**Marilyn Marks**  Follow
@MarilynRMarks1
Election integrity activist. Political opinions solely my own.

**R. Robin McDonald**  Follow
@rrobinmcdonald
Dogged reporter/@ALMMedia. True crime author. GA courts/judicial system and bad judges are my beat. Inkstained wretch in a cyber world. Fedora optional.

**Daily Report**  Follow
@DailyReport
Atlanta's leading source of legal news. Choose subscription options here: law.com/dailyreportonl...

---

**Karen Myatt** @karenamyatt · Jul 26
Replying to @MarilynRMarks1 and @pakitaleone
It's a GOP thing, it seems. Mueller documented the destruction of evidence by WH witnesses. It's why he couldn't further his conclusions about conspiracy. Records were disappeared.

This is illegal and should be prosecuted in GA and DC. If not, it will continue.

♻ 4   ♡ 11

**cb** @seawiz2 · Jul 26
Replying to @MarilynRMarks1 and @jennycohn1
Not surprised. You think this is not happening in several other GOP controlled states?

♡ 4

**A Voice For All GA** @AVoiceForAllGA · Jul 26
Replying to @MarilynRMarks1
Absolutely Disgusting but not surprising about disgraceful corrupt illegitimate @GovKemp & @GaSecofState Please donate here coalitionforgoodgovernance.org/donate/ to support lawsuit filed by @CoalitionGoodGv for #HandMarkedPaperBallots for Georgia. Thank You @CoalitionGoodGv @MarilynRMarks1

> Donate to the Coalition for Good Governance
> We appreciate your generous donations.
> 🔗 coalitionforgoodgovernance.org

♻ 10   ♡ 14

**Trends for you**

Trending in Georgia
**#gilroyshooting**
22.6K Tweets

**#HobbsAndShaw**
In theaters this Friday. Get tickets now.
📽 Promoted by Hobbs & Shaw

Trending in Georgia
**Al Sharpton**
79.3K Tweets

Trending in Georgia
**#terribleMCUcasting**
8,627 Tweets

Trending in Georgia
**#GunControlNow**
41.2K Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More
© 2019 Twitter, Inc.

**Mark J Rudd** @rudd1mark · Jul 26
Replying to @MarilynRMarks1 and @MalcolmNance
Republicans are the worst people on earth in Georgia or where ever there doing unlawfully, to win in there need to win and don't really care about consequences.

**Ellen Behm** @ellenbehm · Jul 26
Replying to @MarilynRMarks1 and @MalcolmNance

Case 1:17-cv-02989-AT   Document 558-2   Filed 07/30/19   Page 3 of 6

7/29/2019                Marilyn Marks on Twitter: "Georgia voters should be disgusted by this story. We submitted the brief but haven't spoken in court about it y…

As a Georgia voter, I am disgusted by this story.

♡ 3

Search Twitter

**K.T.** @Progressivemrs · Jul 26
Replying to @MarilynRMarks1 and @MalcolmNance
Great work!

**Sundevil Doug** @moen4955 · Jul 26
Replying to @MarilynRMarks1 and @MalcolmNance
Nothing coming out of Georgia politics would surprise me, nothing. There's a reason Trumpers love the South, their leader fits right in.

**AbbieX** @AbbieX · Jul 26
Replying to @MarilynRMarks1 and @MalcolmNance
Where are the millions in Atlanta...ya know....like PR??

**RedUrs** @redurs73 · Jul 27
Replying to @MarilynRMarks1 and @regina74
Trust me, we are not only disgusted, but we are outraged. That election was stolen and voters right were suppressed. We aren't sitting idly by crossing our fingers that it won't happen again. The FIGHT continues!

Show more replies

Case 1:17-cv-02989-AT   Document 558-2   Filed 07/30/19   Page 4 of 6

7/29/2019                    Marilyn Marks on Twitter: "After @rrobinmcdonald broke this story, national media picked it up and published it widely. AP, CNN, Bloomb…

**Tweet**

Search Twitter

**Marilyn Marks**
@MarilynRMarks1

After @rrobinmcdonald broke this story, national media picked it up and published it widely. AP, CNN, Bloomberg, etc.  Good reporting, Robin!

> **R. Robin McDonald** @rrobinmcdonald · Jul 26
> THIS: Lawyers in GA paper ballot case accuse Gov, Sec of State of destroying evidence that could reveal hacking, other fails at.law.com/NUe45o?cmp=sha… via @DailyReport @TheVotingNews @LawyersComm @FairFightAction @GARepublicans @TindallSara @marilynrmarks1 @CommonCauseGA @ACLU

6:14 PM · Jul 27, 2019 · Twitter Web App

**76** Retweets   **171** Likes

**Relevant people**

**Marilyn Marks**                    Follow
@MarilynRMarks1
Election integrity activist. Political opinions solely my own.

**R. Robin McDonald**                Follow
@rrobinmcdonald
Dogged reporter/@ALMMedia. True crime author. GA courts/judicial system and bad judges are my beat. Inkstained wretch in a cyber world. Fedora optional.

**Daily Report**                     Follow
@DailyReport
Atlanta's leading source of legal news. Choose subscription options here: law.com/dailyreportonl…

**Trends for you**

Trending in Georgia
**#gilroyshooting**
22.6K Tweets

**#HobbsAndShaw**
In theaters this Friday. Get tickets now.
Promoted by Hobbs & Shaw

Trending in Georgia
**Al Sharpton**
79.3K Tweets

Trending in Georgia
**#terribleMCUcasting**
8,627 Tweets

Trending in Georgia
**#GunControlNow**
41.2K Tweets

Show more

Terms   Privacy policy   Cookies   Ads info   More
© 2019 Twitter, Inc.

Case 1:17-cv-02989-AT   Document 558-2   Filed 07/30/19   Page 5 of 6

7/29/2019   Marilyn Marks on Twitter: "The GA SOS (Raffensperger and Kemp before him) destroyed key evidence in our @CoalitionGoodGv electio…

**Thread**   Search Twitter

**Marilyn Marks**
@MarilynRMarks1

The GA SOS (Raffensperger and Kemp before him) destroyed key evidence in our @CoalitionGoodGv election security lawsuit. They started destroying evidence 4 days after we sued them in 2017 and haven't stopped. We filed this brief on Thursday. …
altionforgoodgovernance.sharefile.com/d-sfe3f30c6a72…

2:16 PM · Jul 27, 2019 · Twitter Web App

**118** Retweets  **142** Likes

---

**Marilyn Marks** @MarilynRMarks1 · Jul 27
Replying to @MarilynRMarks1
The Judge has ordered the State to respond by Tuesday to the facts we present on the State's destruction of evidence.

💬 1    ↻ 26    ♡ 46

**Marilyn Marks** @MarilynRMarks1 · Jul 27
Once Georgia voters start connecting the MANY dots, they will be very concerned about the legitimacy of any GA election conducted with electronic ballots. Voters don't know 90% of the story yet. Will they ever? It depends whether there is support for investigative reporting.

💬 2    ↻ 42    ♡ 71

**Marilyn Marks** @MarilynRMarks1 · Jul 27
Traditional media orgs in GA are not engaged in investigative reporting on what is being learned about GA's elections in this lawsuit. What will be required for that to change?

💬 7    ↻ 38    ♡ 83

**A Voice For All GA** @AVoiceForAllGA · Jul 27
Replying to @MarilynRMarks1 and @CoalitionGoodGv
Donate here to support @CoalitionGoodGv 's strong lawsuit for #HandMarkedPaperBallots for Georgia here coalitionforgoodgovernance.org/donate/ This lawsuit should lead to criminal charges for ILLEGITIMATE @GovKemp @GaSecofState & other officials. #GAPol #ProtectOurElections #SecureOurElections

Donate to the Coalition for Good Governance
We appreciate your generous donations.
🔗 coalitionforgoodgovernance.org

↻ 10    ♡ 9

**Mariann wildi** @wildi_mariann · Jul 27
Replying to @MarilynRMarks1 @jennycohn1 and @CoalitionGoodGv
Shouldn't be a surprise to anyone.

♡ 2

---

**Relevant people**

**Marilyn Marks**    [Follow]
@MarilynRMarks1
Election integrity activist. Political opinions solely my own.

**Coalition for Good Gover…**    [Follow]
@CoalitionGoodGv
Citizen engagement for self-governance through fair and transparent elections. Suing Georgia to force paper ballot elections.

**Trends for you**

Trending in Georgia
**#gilroyshooting**
22.6K Tweets

**#HobbsAndShaw**
In theaters this Friday. Get tickets now.
Promoted by Hobbs & Shaw

Trending in Georgia
**Al Sharpton**
79.3K Tweets

Trending in Georgia
**#terribleMCUcasting**
8,627 Tweets

Trending in Georgia
**#GunControlNow**
41.2K Tweets

Show more

Terms   Privacy policy   Cookies   Ads info   More ⌄

Search Twitter

**A Voice For All GA** @AVoiceForAllGA · Jul 28
Replying to @MarilynRMarks1 and @CoalitionGoodGv
#MiniTrump ILLEGITIMATE @GovKemp committed #ObstructionOfJustice and other crimes. Donate here coalitionforgoodgovernance.org/donate/ to support @CoalitionGoodGv 's strong Federal lawsuit for #HandMarkedPaperBallots for Georgia that should lead to indictments for Kemp & @GaSecofState #GAPol

Donate to the Coalition for Good Governance
We appreciate your generous donations.
coalitionforgoodgovernance.org

💬   ⟲ 5   ♡ 6   ↑

**A Voice For All GA** @AVoiceForAllGA · Jul 28
Replying to @MarilynRMarks1 and @CoalitionGoodGv
ILLEGITIMATE @GovKemp committed #ObstructionOfJustice and may wind up in prison along with @GaSecofState and other election officials. Donate to support strong Federal lawsuit for #HandMarkedPaperBallots for Georgia filed by @CoalitionGoodGv here coalitionforgoodgovernance.org/donate/ #GAPol

Donate to the Coalition for Good Governance
We appreciate your generous donations.
coalitionforgoodgovernance.org

💬   ⟲ 3   ♡ 5   ↑