# EXHIBIT C

| | |
|---|---|
| **From:** | Josh Belinfante <Josh.Belinfante@robbinsfirm.com> |
| **Sent:** | Monday, July 8, 2019 2:23 PM |
| **To:** | Cary Ichter |
| **Cc:** | bbrown@brucepbrownlaw.com; Carey Miller; DCross@mofo.com; jpowers@lawyerscommittee.org; dbrody@lawyerscommittee.org; Bryan Tyson; Vincent Russo; Kimberly Anderson; Brian Lake; Alexander Denton; Bryan Jacoutot |
| **Subject:** | FBI Request |

Cary:

We have confirmed that the FBI has maintained possession of the drive.  We'll be responding to your discovery requests seeking more information in a timely manner.

Thanks,
JB

# ROBBINS

Josh Belinfante
**ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC**
500 Fourteenth Street NW
Atlanta, GA 30318
404.856.3262 (Direct)
678.701.9381(Main)
404.856.3250 (Fax)
www.robbinsfirm.com

**Please visit our affiliated government relations practice: Robbins Government Relations**
www.robbinsgr.com

**NOTE**:  This email is intended for the use and benefit of the addressed recipient(s) only.  If you are not an addressee, your unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is prohibited.  If you have received this communication in error, please contact me by reply email and destroy all copies of the original message.  IRS Circular 230 requires me to state that any opinions expressed with respect to a significant tax issue are not intended or written by me to be used, and cannot be used by you, for the purpose of avoiding penalties that may be imposed on you or any other person who may examine this correspondence in connection with a Federal tax matter.

| | |
|---|---|
| **From:** | Josh Belinfante <Josh.Belinfante@robbinsfirm.com> |
| **Sent:** | Monday, July 8, 2019 3:12 PM |
| **To:** | Cross, David D.; Cary Ichter |
| **Cc:** | bbrown@brucebrownlaw.com; Carey Miller; jpowers@lawyerscommittee.org; dbrody@lawyerscommittee.org; Bryan Tyson; Vincent Russo; Kimberly Anderson; Brian Lake; Alexander Denton; Bryan Jacoutot; Chapple, Catherine L. |
| **Subject:** | RE: FBI Request |

David:

Hope you're not caught in the flooding I just read about.

To answer your question, we have requested a copy.

Thanks,
JB

ROBBINS

Josh Belinfante
**ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC**
500 Fourteenth Street NW
Atlanta, GA 30318
404.856.3262 (Direct)
678.701.9381(Main)
404.856.3250 (Fax)
www.robbinsfirm.com

**Please visit our affiliated government relations practice: Robbins Government Relations**
www.robbinsgr.com

**NOTE**: This email is intended for the use and benefit of the addressed recipient(s) only.  If you are not an addressee, your unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is prohibited.  If you have received this communication in error, please contact me by reply email and destroy all copies of the original message.  IRS Circular 230 requires me to state that any opinions expressed with respect to a significant tax issue are not intended or written by me to be used, and cannot be used by you, for the purpose of avoiding penalties that may be imposed on you or any other person who may examine this correspondence in connection with a Federal tax matter.

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Monday, July 8, 2019 3:03 PM
**To:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Cary Ichter <CIchter@ichterdavis.com>
**Cc:** bbrown@brucebrownlaw.com; Carey Miller <carey.miller@robbinsfirm.com>; jpowers@lawyerscommittee.org; dbrody@lawyerscommittee.org; btyson@taylorenglish.com; Vincent Russo <vrusso@robbinsfirm.com>; Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; bjacoutot@taylorenglish.com; Chapple, Catherine L. <CChapple@mofo.com>
**Subject:** RE: FBI Request

Josh -

Has the state requested a copy of it from the FBI? If not, does it plan to?

Thanks.
DC

**From:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>
**Date:** Monday, Jul 08, 2019, 11:23 AM
**To:** Cary Ichter <CIchter@ichterdavis.com>
**Cc:** bbrown@brucepbrownlaw.com <bbrown@brucepbrownlaw.com>, Carey Miller <carey.miller@robbinsfirm.com>, Cross, David D. <DCross@mofo.com>, jpowers@lawyerscommittee.org <jpowers@lawyerscommittee.org>, dbrody@lawyerscommittee.org <dbrody@lawyerscommittee.org>, btyson@taylorenglish.com <btyson@taylorenglish.com>, Vincent Russo <vrusso@robbinsfirm.com>, Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>, Brian Lake <Brian.Lake@robbinsfirm.com>, Alexander Denton <Alexander.Denton@robbinsfirm.com>, bjacoutot@taylorenglish.com <bjacoutot@taylorenglish.com>
**Subject:** FBI Request

- External Email -

Cary:

We have confirmed that the FBI has maintained possession of the drive.  We'll be responding to your discovery requests seeking more information in a timely manner.

Thanks,
JB

# ROBBINS

Josh Belinfante
**ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC**
500 Fourteenth Street NW
Atlanta, GA 30318
404.856.3262 (Direct)
678.701.9381(Main)
404.856.3250 (Fax)
www.robbinsfirm.com

**Please visit our affiliated government relations practice: Robbins Government Relations**
www.robbinsgr.com

**NOTE**:  This email is intended for the use and benefit of the addressed recipient(s) only.  If you are not an addressee, your unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is prohibited.  If you have received this communication in error, please contact me by reply email and destroy all copies of the original message.  IRS Circular 230 requires me to state that any opinions expressed with respect to a significant tax issue are not intended or written by me to be used, and cannot be used by you, for the purpose of avoiding penalties that may be imposed on you or any other person who may examine this correspondence in connection with a Federal tax matter.

======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is

prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.