# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | 1:17-cv-02989-AT |
| ) | |
| BRAD RAFFENSPERGER, et al. ) | |
| ) | |
| Defendants. ) | |

## COALITION PLAINTIFFS' NOTICE OF
## WITHDRAWAL OF SUBPOENA OF ROBERT INGRAM

The Coalition Plaintiffs have withdrawn the subpoena to Robert Ingram that is the subject of the Hancock County Board of Elections and Registration's Objection and/or Request for Modification and Clarification. *See generally* Doc. 475. The Coalition Plaintiffs informed counsel for the Hancock County Board of Elections and Registration of the withdrawal by email (copying counsel of record) and telephonically on July 29, 2019.

Respectfully submitted this 31st day of July, 2019.

*/s/ John Powers*
Ezra Rosenberg*
John Powers*
David Brody*
Jacob Conarck*
Lawyers' Committee for Civil Rights

Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

*Counsel for Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Counsel for Coalition for Good Governance*

Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges, Ricardo Davis and Megan Missett*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14, and was served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

*/s/ John Powers*
John Powers