Case 1:17-cv-02989-AT Document 562 Filed 08/01/19 Page 1 of 1




# NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:** Counsel for Plaintiffs

**FROM:** Brittany Poley , Deputy Clerk

**DATE:** 08/01/2019

**CASE NO.:** 17-cv-2989-AT

**SUBJECT:** **RECLAMATION AND DISPOSITION OF DOCUMENTARY EXHIBITS** re Plaintiff Exhibits 1,2,3,7,8 **UNDER SEAL**

---

Pursuant to Local Rule 79.1(D), you are hereby notified that the documentary exhibits in the above styled case will be disposed of if you have not recovered same within 30 days from the date of this letter.[1] Any audio and video exhibits will be retained until after the time for appeal has expired, or in appealed cases, until entry of the appellate court's mandate.

Please date and sign this Notice to acknowledge receipt, indicate how the exhibits should be handled, and electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF. The event is located under the Other Documents heading.

(If you will be picking up exhibits, please allow at least 24 hours from the filing of your notice to ensure the exhibits are ready for pickup.)

**Receipt of this Notice is hereby acknowledged.** [signature] (8/2/19)
**(Signature)**

☑ **Documentary Exhibits will be picked up no later than** August 23, 2019
**(Date)**

☐ **Documentary Exhibits may be destroyed.** ____________ **(Initials)**

*Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record* is required.

**Exhibits Received by:** ______________________________
**(Signature)**

**This** ______ **day of**______________________, **2019.**

[1] The exhibits have been uploaded to the electronic file which is the official record of the court.




# NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:** Counsel for Plaintiffs

**FROM:** Brittany Poley, Deputy Clerk

**DATE:** August 1, 2019

**CASE NO.:** 1:17-cv-2989-AT

**SUBJECT: RECLAMATION AND DISPOSITION OF DOCUMENTARY EXHIBITS**
re: Plaintiff Exhibits 1R, 2R, 3R, 4, 5, 6, 12, 15, & 16

Pursuant to Local Rule 79.1(D), you are hereby notified that the documentary exhibits in the above styled case will be disposed of if you have not recovered same within 30 days from the date of this letter.[1] Any audio and video exhibits will be retained until after the time for appeal has expired, or in appealed cases, until entry of the appellate court's mandate.

Please date and sign this Notice to acknowledge receipt, indicate how the exhibits should be handled, and electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF. The event is located under the Other Documents heading.

(If you will be picking up exhibits, please allow at least 24 hours from the filing of your notice to ensure the exhibits are ready for pickup.)

**Receipt of this Notice is hereby acknowledged.** [signature] (8/2/19)
**(Signature)**

☑ Circled **Documentary Exhibits will be picked up no later than** August 23, 2019
**(Date)**

☐ **Documentary Exhibits may be destroyed.** ____________ **(Initials)**

*Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record* is required.

**Exhibits Received by:** ______________________________
**(Signature)**

**This** _______ **day of**______________________, **2019.**

[1] The exhibits have been uploaded to the electronic file which is the official record of the court.