# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## STATE DEFENDANTS' SUPPLEMENTAL NOTICE REGARDING NEW ELECTION SYSTEM VENDOR CONTRACT

State Defendants submit this supplemental notice to provide the Court with additional information regarding Solicitation No. 47800-SOS0000037 - Statewide Voting System (the "Solicitation"), by which the State intends to purchase a new voting system that creates a voter-verifiable paper ballot using ballot-marking devices ("BMDs") as provided in 2019-2020 Georgia House Bill 316. This new system will replace the entirety of the existing DRE system, including the GEMS servers, DREs, and ExpressPoll units.

As the Court is aware, a Notice of Intent to Award ("NOIA") for the Solicitation was issued on July 29, 2019 naming Dominion Voting Systems, Inc. as the successful offeror. Under Section 6.2.2.1 of the Georgia Procurement Manual ("GPM"), a final Notice of Award ("NOA") may not be issued until 10 days have

passed from the publication of the NOIA. This period has now expired, and no protest was received by the State. Accordingly, the Secretary of State's Office and Dominion will not be burdened by a protest during implementation of the BMDs and HB316. A true and correct copy of the NOA issued today, August 9, 2019, is attached hereto as Exhibit A.

In addition, the Secretary of State has certified that the Dominion Voting System procured pursuant to the Solicitation meets all applicable provisions of the Georgia Election Code and the Rules of the Secretary of State. A true and correct copy of Certification of the Dominion Voting System for Georgia issued today, August 9, 2019, is attached hereto as Exhibit B.

Respectfully submitted this 9th day of August, 2019.

/s/ Vincent R. Russo
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Kimberly Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Alexander Denton

Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:   (678) 701-9381
Facsimile:    (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone:   (678)336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' SUPPLEMENTAL NOTICE REGARDING NEW ELECTION SYSTEM VENDOR CONTRACT** has been prepared in Times New Roman, 14 pt., a font and type selection approved by the Court in L.R. 5.1(B).

>  */s/ Vincent R. Russo*
>  Vincent R. Russo
>  Georgia Bar No. 242628

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **STATE DEFENDANTS' SUPPLEMENTAL NOTICE REGARDING NEW ELECTION SYSTEM VENDOR CONTRACT** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing:

This 9th day of August, 2019.

*/s/ Vincent R. Russo*
Vincent R. Russo