

# NOTICE OF AWARD

**Form must be posted to GA Procurement Registry (GPR)**

| | |
|---|---|
| Solicitation Title/Event Name: | **Statewide Voting System** |
| Solicitation No/Event ID: | **47800-SOS0000037** |
| Solicitation Close/Event End Date: | **April 23, 2019** |
| Notice of Award Posting Date: | **August 9, 2019** |
| Issuing Officer: | **Verneicher Favors** |
| Issuing Officer Contact Information: | **vfavors@sos.ga.gov** |

The State has awarded a contract to the successful offeror(s). Although the State will provide the reason(s) an offeror was not successful in accordance with Georgia law, please note that the reasons listed below beside the names of the unsuccessful offeror(s) should not be interpreted as an exhaustive list. NOTE: In the event any of the following is applicable, then all identified award amounts (if any) are estimates only: (1) this is an open agency contract and/or (2) the state entity has identified primary/secondary awardees. Please reference the Georgia Procurement Manual for the supplier protest process updated May 18, 2018: http://doas.ga.gov/state-purchasing/law-administrative-rules-and-policies

| SUCCESSFUL OFFEROR(S) | AWARD AMOUNT |
|---|---|
| Dominion Voting Systems, Inc | Fixed Contract Amount   $106,842,590.80 |
| | Select One |
| | Select One |
| | Select One |

| UNSUCCESSFUL OFFEROR(S) | REASONS |
|---|---|
| Election Systems & Software | Not Highest Scoring Proposal (for RFP only) |
| Smartmatic USA Corporation | Not Highest Scoring Proposal (for RFP only) |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |
| | Select One |

Authorized Signature: