IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

**ORDER GRANTING CURLING PLAINTIFFS' MOTION TO SEAL DOCUMENTS RELATED TO THEIR RESPONSE TO SECURITY PROTOCOLS FOR REVIEW OF VOTE-STEALING MALWARE AND THE AFFIDAVIT OF J. ALEX HALDERMAN**

Good cause having been shown, it is hereby ordered that the Curling Plaintiffs' Motion to Seal Documents Related to Their Response To Security Protocols For Review of Vote-Stealing Malware [Doc. 500] is **GRANTED**.

The entirety of the filings (Docs. 496, 498) related to the above referenced Motion shall remain sealed from public view.

**IT IS SO ORDERED** this 13th day of August, 2019.

_____
U.S. District Court Judge Amy Totenberg