## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRAD RAFFENSPERGER, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## ORDER GRANTING CURLING PLAINTIFFS' MOTION TO SEAL THEIR REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MATERIALS

Good cause having been shown, it is hereby ordered that the Curling Plaintiffs' Motion to Seal their Reply in Support of their Motion for Preliminary Injunction and Supporting Materials [Doc. 523] is **GRANTED**.

The redacted portions of the Reply (Doc. 510), the redacted portions of the Declaration of J. Alex Halderman (Doc. 510-1), the Declaration of Catherine L. Chapple (Doc. 510-4), and the entirety of the filed Exhibits A - C (Docs. 510-5, 510-6, 510-7) shall remain sealed from public view.

**IT IS SO ORDERED** this 13th day of August, 2019.

Hon. Amy Totenberg
United States District Judge