# CURLING, et al v. RAFFENSPERGER, et al
## 1:17-cv-2989-AT
## ADMITTED EXHIBIT CORRELATION CHART

| SEALED EXHIBITS | | | ALL ADMITTED / REDACTED EXHIBITS | | |
|---|---|---|---|---|---|
| **Party** | **Exhibit #** | **Docket #** | **Party** | **Exhibit #** | **Docket #** |
| Plaintiff Ex. 1 | Secretary of State Cyber Risk Assessment October 2017 | 561-1 | Plaintiff Ex. 1R | Secretary of State Cyber Risk Assessment October 2017 | 565-13 |
| Plaintiff Ex. 2 | Secretary of State FINAL Vendor Cyber Risk Assessment February 2018 | 561-2 | Plaintiff Ex. 2R | Secretary of State FINAL Vendor Cyber Risk Assessment February 2018 | 565-14 |
| Plaintiff Ex. 3 | Secretary of State Fortalice Red Team Penetration and Cyber Risk Assessment November 2018 | 561-3 | Plaintiff Ex. 3R | Secretary of State Fortalice Red Team Penetration and Cyber Risk Assessment November 2018 | 565-15 |
| Plaintiff Ex. 7 | Fortalice Risk Assessment Interview Questions | 561-4 | Plaintiff Ex. 4 | Russian Targeting of Election Infrastructure During the 2016 Election: Summary of Intitial (Senate) Findings and Recommendations, May 8, 2018 | 565-4 |
| Plaintiff Ex. 8 | Fortalice Risk Assessment Interview Notes | 561-5 | Plaintiff Ex. 5 | Steven Dean email to Merle King re vulnerability of the elections KSU website | 565-5 |
| | | | Plaintiff Ex. 6 | March 3, 2017 Center for Elections Systems memo re Election-Releated Files | 565-6 |
| | | | Plaintiff Ex. 12 | Dr. Michael Shamos Deposition Excerpts July 24, 2019 | 565-7 |
| | | | Plaintiff Ex. 15 | Official Election Bulletin August 1, 2018 | 565-8 |
| | | | Plaintiff Ex. 16 | Fulton County Response to Plaintiffs' Interrogatories | 565-16 |
| | | | Plaintiff Ex. 7R | Fortalice Risk Assessment Interview Questions | 565-10 |

|  |  |  |  | Plaintiff Ex. 8R | Fortalice Risk Assessment Interview Notes | 565-11 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  | Defendant Ex. 1 | Rules of Secretary of State Chapter 590-8 Office of Secretary of State Elections Division Subject 590-8-3 Security of Voter Registration System Table of Contents | 566-1 |
|  |  |  |  | Defendant Ex. 2 | Joint Litigation and Common Interest Agreement | 566-2 |
|  |  |  |  | Defendant Ex. 5 | Dr. Shamos July 19, 2019, Deposition Testimony Excerpts | 566-3 |