IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING
<u>CURLING PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD
AMENDED COMPLAINT</u>**

This matter coming before the Court on Curling Plaintiffs' Motion for Leave to File Third Amended Complaint, the Court finds that the Curling Plaintiffs' proposed amendment of the Second Amended Complaint is appropriate under Federal Rule of Civil Procedure 15(a)(2). Therefore, it is hereby ordered that the Curling Plaintiffs' Motion for Leave to File a Third Amended Complaint is **GRANTED**. The Curling Plaintiffs' Third Amended Complaint is deemed filed as of the date of this Order.

**IT IS SO ORDERED** this _____ day of August, 2019.

_____
U.S. District Court Judge Amy Totenberg