# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 08/27/2019.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 12:20 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 1:45                        DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kimberly Anderson representing Brad Raffensperger |
| | Joshua Belinfante representing Brad Raffensperger |
| | Bruce Brown representing Coalition for Good Governance |
| | David Cross representing Donna Curling |
| | Bryan Jacoutot representing Brad Raffensperger |
| | Brian Lake representing Brad Raffensperger |
| | David Lowman representing The Fulton County Board of Registration and Elections |
| | Robert McGuire representing Coalition for Good Governance |
| | Carey Miller representing Brad Raffensperger |
| | Cheryl Ringer representing The Fulton County Board of Registration and Elections |
| | Vincent Russo representing Brad Raffensperger |
| | Adam Sparks representing Donna Curling |
| | Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court addressed the status of the case, Plaintiffs request for additional discovery related to DREs, GEMS, and the voter registration database and software, and the State Defendants Motion for Clarification of the preliminary injunction Order. The Curling Plaintiffs are permitted to file by Friday, August 30, a notice/status report to: (1) update the court on the findings from the GEMS database examination conducted by Dr. Halderman to date, (2) identify specifically the additional aspects of the electronic voting system hardware/software Plaintiffs seek to have examined by Dr. Halderman, and (3) information regarding the statistical |

        sample size of DREs and precinct dispersion, etc. proposed for examination (to the extent such information exists and has been undertaken by the statistician experts). Defendants shall have through Friday, September 6. 2019 to file their Response. Having been provided with updated information regarding the States intention to continue using the Enet software in coordination with the new Dominion EPoll voting system during the phone conference, the Court may seek additional written clarification from the State Defendants and will itself provide supplemental written clarification regarding the relief ordered in section 5 on page 150 of the preliminary injunction Order in light of the information provided by Defendants.

HEARING STATUS:   Hearing Concluded