IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

## STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME AND BRIEFING SCHEDULE

State Defendants respectfully request that this Court set a combined briefing schedule for responding to all of the motions to amend the operative complaints in this matter to challenge the State's new voting system. Defendants' responses to Curling Plaintiffs' Motion for Leave to Amend [Doc. 581] are currently due on August 30, 2019.

Following this Court's teleconference on August 27, 2019, Coalition Plaintiffs advised the Court and the parties that they also planned to file a Motion for Leave to file a supplemental pleading to challenge the State's new voting system. *See* Email from R. McGuire, attached as Ex. A. That evening, State Defendants requested whether both groups of Plaintiffs would agree to a combined briefing schedule. Coalition Plaintiffs take no position on this

1

motion. Curling Plaintiffs recently notified State Defendants that they will not agree to a consolidated briefing schedule or to this motion.

As this Court recognized when it set a combined schedule for the two motions for preliminary injunction [Doc. 398], there are efficiencies that can be gained in avoiding multiple responses to similar issues. Therefore, State Defendants request that this Court set the following briefing schedule, which is based on Coalition Plaintiffs' representations to this Court about the date of their planned filing:

| EVENT | DATE |
| --- | --- |
| Coalition Plaintiffs' Motion for Leave to File Amended Complaint | September 6, 2019 |
| Defendants' Consolidated Responses to Motions for Leave to Amend | September 20, 2019 |
| Plaintiffs' Replies in Support of Motions for Leave to Amend | October 4, 2019 |

A proposed order is attached.

Respectfully submitted this 29th day of August, 2019.

> Vincent R. Russo
> Georgia Bar No. 242628
> vrusso@robbinsfirm.com
> Josh Belinfante
> Georgia Bar No. 047399
> jbelinfante@robbinsfirm.com
> Carey A. Miller
> Georgia Bar No. 976240
> cmiller@robbinsfirm.com

Kimberly Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME AND BRIEFING SCHEDULE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson