# EXHIBIT A

| | |
|---|---|
| **From:** | Robert McGuire |
| **To:** | Harry Martin; Cary Ichter; Adrienne.Hutcherson@fultoncountyga.gov; CChapple@mofo.com; JCarlin@mofo.com; Jene.Gipson@fultoncountyga.gov; RManoso@mofo.com; Tammy.walton@fultoncountyga.gov; Alyssa Alsbrooks; adenton@robbinsfirm.com; afrancisco@altshulerberzon.com; amiriyala@mofo.com; antwanna.stinson@fultoncountyga.gov; atlanta@lawyerworks.com; bbrown@brucebrownlaw.com; bjacoutot@gmail.com; Bryan Jacoutot; blake@robbinsfirm.com; bryan.tyson@tysonstrategies.com; Bryan Tyson; Carolyn Adams; cbradley@brucebrownlaw.com; cchapple@mofo.com; cheryl.ringer@fultoncountyga.gov; cmiller@robbinsfirm.com; crystal@khlawfirm.com; cwoods@mofo.com; david-cross-8491@ecf.pacerpro.com; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; dbutler@robbinsfirm.com; dcross@mofo.com; dmcdaniel@robbinsfirm.com; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; jbelinfante@robbinsfirm.com; jbentrott@mofo.com; jconaway@mofo.com; jenglish@robbinsfirm.com; Janis Lemieux; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; kanderson@robbinsfirm.com; katina.patterson@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; kmccuiston@robbinsfirm.com; lpatino@lawyerscommittee.org; mbrimer@mofo.com; mmurray@altber.com; nakeia.staley@fultoncountyga.gov; rabney@lawyerworks.com; Rashmi Ahuja; rmanoso@mofo.com; rmeier@robbinsfirm.com; sberzon_altber.com; sleyton_altber.com; smorris@robbinsfirm.com; sparks@khlawfirm.com; vrusso@robbinsfirm.com; william@nhphlaw.com |
| **Cc:** | Janis Lemieux; Marilyn Marks |
| **Subject:** | RE: 17-cv-02989-AT Curling et al v. Raffensperger et al |
| **Date:** | Tuesday, August 27, 2019 1:06:57 PM |

Mr. Martin,

At the conclusion of today's conference, Judge Totenberg summarized the pending briefs that the Court was anticipating.

Although it did not get mentioned on the call, the Coalition Plaintiffs will be filing a motion for leave to file a supplemental complaint to challenge the constitutionality of the new BMD voting system. We anticipate this motion, with a proposed supplemental complaint attached, will be filed by the end of next week, meaning by September 6th.

Since this forthcoming filing was not noted on the call, we wanted to make sure that the Court and all parties are aware it is coming.

Thank you.

Best,
Robert McGuire

ROBERT A. MCGUIRE, III                    *** NOTE NEW CONTACT DETAILS BELOW ***
SHAREHOLDER | THE ROBERT MCGUIRE LAW FIRM
1624 MARKET ST STE 226 #86685, DENVER, CO 80202-2523 | 113 CHERRY ST #86685, SEATTLE, WA 98104-2205
E: ram@lawram.com |T/F: 720.420.1395 |T/F: 253.267.8530 | www.lawram.com

This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender by reply and delete the message from your system. Any unauthorized dissemination, distribution or copying hereof is prohibited.

---

**From:** Harry Martin <Harry_Martin@gand.uscourts.gov>
**Sent:** Tuesday, August 27, 2019 7:37 AM
**To:** Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@IchterDavis.com>; Adrienne.Hutcherson@fultoncountyga.gov; CChapple@mofo.com; JCarlin@mofo.com; Jene.Gipson@fultoncountyga.gov; RManoso@mofo.com; Tammy.walton@fultoncountyga.gov;

Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>; adenton@robbinsfirm.com; afrancisco@altshulerberzon.com; amiriyala@mofo.com; antwanna.stinson@fultoncountyga.gov; atlanta@lawyerworks.com; bbrown@brucepbrownlaw.com; bjacoutot@gmail.com; bjacoutot@taylorenglish.com; blake@robbinsfirm.com; bryan.tyson@tysonstrategies.com; btyson@taylorenglish.com; cadams@taylorenglish.com; cbradley@brucepbrownlaw.com; cchapple@mofo.com; cheryl.ringer@fultoncountyga.gov; cmiller@robbinsfirm.com; crystal@khlawfirm.com; cwoods@mofo.com; david-cross-8491@ecf.pacerpro.com; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; dbutler@robbinsfirm.com; dcross@mofo.com; dmcdaniel@robbinsfirm.com; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; jbelinfante@robbinsfirm.com; jbentrott@mofo.com; jconaway@mofo.com; jenglish@robbinsfirm.com; Janis Lemieux <JLemieux@IchterDavis.com>; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; kanderson@robbinsfirm.com; katina.patterson@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; kmccuiston@robbinsfirm.com; lpatino@lawyerscommittee.org; mbrimer@mofo.com; mmurray@altber.com; nakeia.staley@fultoncountyga.gov; rabney@lawyerworks.com; rahuja@taylorenglish.com; rmanoso@mofo.com; rmeier@robbinsfirm.com; sberzon_altber.com <sberzon@altber.com>; sleyton_altber.com <sleyton@altber.com>; smorris@robbinsfirm.com; sparks@khlawfirm.com; vrusso@robbinsfirm.com; william@nhphlaw.com
**Cc:** Janis Lemieux <JLemieux@IchterDavis.com>; Marilyn Marks <marilyn@aspenoffice.com>
**Subject:** RE: 17-cv-02989-AT Curling et al v. Raffensperger et al

7001576#
3232#

Harry F. Martin
Courtroom Deputy Clerk
to the Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3309
(404) 215-1437

---

**From:** Robert McGuire <ram@lawram.com>
**Sent:** Tuesday, August 27, 2019 10:31 AM
**To:** Harry Martin <Harry_Martin@gand.uscourts.gov>; Cary Ichter <CIchter@IchterDavis.com>; Adrienne.Hutcherson@fultoncountyga.gov; CChapple@mofo.com; JCarlin@mofo.com; Jene.Gipson@fultoncountyga.gov; RManoso@mofo.com; Tammy.walton@fultoncountyga.gov; Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>; adenton@robbinsfirm.com; afrancisco@altshulerberzon.com; amiriyala@mofo.com; antwanna.stinson@fultoncountyga.gov; atlanta@lawyerworks.com; bbrown@brucepbrownlaw.com; bjacoutot@gmail.com; bjacoutot@taylorenglish.com; blake@robbinsfirm.com; bryan.tyson@tysonstrategies.com; btyson@taylorenglish.com; cadams@taylorenglish.com; cbradley@brucepbrownlaw.com; cchapple@mofo.com; cheryl.ringer@fultoncountyga.gov; cmiller@robbinsfirm.com; crystal@khlawfirm.com; cwoods@mofo.com; david-cross-8491@ecf.pacerpro.com; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; dbutler@robbinsfirm.com;

dcross@mofo.com; dmcdaniel@robbinsfirm.com; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; jbelinfante@robbinsfirm.com; jbentrott@mofo.com; jconaway@mofo.com; jenglish@robbinsfirm.com; Janis Lemieux <JLemieux@IchterDavis.com>; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; kanderson@robbinsfirm.com; katina.patterson@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; kmccuiston@robbinsfirm.com; lpatino@lawyerscommittee.org; mbrimer@mofo.com; mmurray@altber.com; nakeia.staley@fultoncountyga.gov; rabney@lawyerworks.com; rahuja@taylorenglish.com; rmanoso@mofo.com; rmeier@robbinsfirm.com; sberzon_altber.com <sberzon@altber.com>; sleyton_altber.com <sleyton@altber.com>; smorris@robbinsfirm.com; sparks@khlawfirm.com; vrusso@robbinsfirm.com; william@nhphlaw.com
**Cc:** Janis Lemieux <JLemieux@IchterDavis.com>; Marilyn Marks <marilyn@aspenoffice.com>
**Subject:** RE: 17-cv-02989-AT Curling et al v. Raffensperger et al

Mr. Martin,

Access code 7007576, security code 3232 are not working to join the call. Are these correct codes?

Thank you.

Best,
Robert McGuire

ROBERT A. MCGUIRE, III                           *** NOTE NEW CONTACT DETAILS BELOW ***
SHAREHOLDER  |  THE ROBERT MCGUIRE LAW FIRM
1624 MARKET ST STE 226 #86685, DENVER, CO 80202-2523  |  113 CHERRY ST #86685, SEATTLE, WA 98104-2205
E: ram@lawram.com  |T/F: 720.420.1395  |T/F: 253.267.8530  | www.lawram.com

This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender by reply and delete the message from your system. Any unauthorized dissemination, distribution or copying hereof is prohibited.

---

**From:** Harry Martin <Harry_Martin@gand.uscourts.gov>
**Sent:** Monday, August 26, 2019 7:53 AM
**To:** Cary Ichter <CIchter@IchterDavis.com>; Adrienne.Hutcherson@fultoncountyga.gov; CChapple@mofo.com; JCarlin@mofo.com; Jene.Gipson@fultoncountyga.gov; RManoso@mofo.com; Tammy.walton@fultoncountyga.gov; Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>; adenton@robbinsfirm.com; afrancisco@altshulerberzon.com; amiriyala@mofo.com; antwanna.stinson@fultoncountyga.gov; atlanta@lawyerworks.com; bbrown@brucebrownlaw.com; bjacoutot@gmail.com; bjacoutot@taylorenglish.com; blake@robbinsfirm.com; bryan.tyson@tysonstrategies.com; btyson@taylorenglish.com; cadams@taylorenglish.com; cbradley@brucebrownlaw.com; cchapple@mofo.com; cheryl.ringer@fultoncountyga.gov; cmiller@robbinsfirm.com; crystal@khlawfirm.com; cwoods@mofo.com; david-cross-8491@ecf.pacerpro.com; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; dbutler@robbinsfirm.com; dcross@mofo.com; dmcdaniel@robbinsfirm.com; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; jbelinfante@robbinsfirm.com; jbentrott@mofo.com; jconaway@mofo.com;

jenglish@robbinsfirm.com; Janis Lemieux <JLemieux@IchterDavis.com>; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; kanderson@robbinsfirm.com; katina.patterson@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; kmccuiston@robbinsfirm.com; lpatino@lawyerscommittee.org; mbrimer@mofo.com; mmurray@altber.com; nakeia.staley@fultoncountyga.gov; rabney@lawyerworks.com; rahuja@taylorenglish.com; Robert McGuire <ram@lawram.com>; rmanoso@mofo.com; rmeier@robbinsfirm.com; sberzon_altber.com <sberzon@altber.com>; sleyton_altber.com <sleyton@altber.com>; smorris@robbinsfirm.com; sparks@khlawfirm.com; vrusso@robbinsfirm.com; william@nhphlaw.com
**Cc:** Janis Lemieux <JLemieux@IchterDavis.com>
**Subject:** RE: 17-cv-02989-AT Curling et al v. Raffensperger et al

Thank you Mr. Ichter.

Harry F. Martin
Courtroom Deputy Clerk
to the Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3309
(404) 215-1437

---

**From:** Cary Ichter <CIchter@IchterDavis.com>
**Sent:** Monday, August 26, 2019 10:50 AM
**To:** Harry Martin <Harry_Martin@gand.uscourts.gov>; Adrienne.Hutcherson@fultoncountyga.gov; CChapple@mofo.com; JCarlin@mofo.com; Jene.Gipson@fultoncountyga.gov; RManoso@mofo.com; Tammy.walton@fultoncountyga.gov; Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>; adenton@robbinsfirm.com; afrancisco@altshulerberzon.com; amiriyala@mofo.com; antwanna.stinson@fultoncountyga.gov; atlanta@lawyerworks.com; bbrown@brucebrownlaw.com; bjacoutot@gmail.com; bjacoutot@taylorenglish.com; blake@robbinsfirm.com; bryan.tyson@tysonstrategies.com; btyson@taylorenglish.com; cadams@taylorenglish.com; cbradley@brucebrownlaw.com; cchapple@mofo.com; cheryl.ringer@fultoncountyga.gov; cmiller@robbinsfirm.com; crystal@khlawfirm.com; cwoods@mofo.com; david-cross-8491@ecf.pacerpro.com; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; dbutler@robbinsfirm.com; dcross@mofo.com; dmcdaniel@robbinsfirm.com; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; jbelinfante@robbinsfirm.com; jbentrott@mofo.com; jconaway@mofo.com; jenglish@robbinsfirm.com; Janis Lemieux <JLemieux@IchterDavis.com>; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; kanderson@robbinsfirm.com; katina.patterson@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; kmccuiston@robbinsfirm.com; lpatino@lawyerscommittee.org; mbrimer@mofo.com; mmurray@altber.com; nakeia.staley@fultoncountyga.gov; rabney@lawyerworks.com; rahuja@taylorenglish.com; ram@lawram.com; rmanoso@mofo.com; rmeier@robbinsfirm.com; sberzon_altber.com <sberzon@altber.com>; sleyton_altber.com <sleyton@altber.com>; smorris@robbinsfirm.com; sparks@khlawfirm.com; vrusso@robbinsfirm.com;

william@nhphlaw.com
**Cc:** Janis Lemieux <JLemieux@IchterDavis.com>
**Subject:** RE: 17-cv-02989-AT Curling et al v. Raffensperger et al

Mr. Martin: I am sending this message as a "heads-up" regarding tomorrow's conference call with the Court. A discovery issue has come up between Plaintiffs and the State Defendants regarding the production of the image of the KSU CES server made by the FBI in 2017. The parties are working on a Joint Statement regarding the issue that we expect to get to the Court before the end of the day. From my communications with Mr. Belinfante, it appears that all parties would like to get direction from the Court regarding the issue during the call tomorrow, if possible. We will get the Joint Statement to the Court as soon as we can. Thanks Cary Ichter

Cary Ichter, Partner
Ichter Davis, LLC
Ste 1530
3340 Peachtree Road, NE
Atlanta, GA 30326-1084
(404) 869-7600
(404) 869-5243/DID
(404) 869-7610/Fax
(404) 769-1353/Cell
cichter@ichterdavis.com
www.ichterdavis.com

---

**From:** Harry Martin <Harry_Martin@gand.uscourts.gov>
**Sent:** Monday, June 24, 2019 2:22 PM
**To:** Adrienne.Hutcherson@fultoncountyga.gov; CChapple@mofo.com; JCarlin@mofo.com; Jene.Gipson@fultoncountyga.gov; RManoso@mofo.com; Tammy.walton@fultoncountyga.gov; Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>; adenton@robbinsfirm.com; afrancisco@altshulerberzon.com; amiriyala@mofo.com; antwanna.stinson@fultoncountyga.gov; atlanta@lawyerworks.com; bbrown@brucepbrownlaw.com; bjacoutot@gmail.com; bjacoutot@taylorenglish.com; blake@robbinsfirm.com; bryan.tyson@tysonstrategies.com; btyson@taylorenglish.com; cadams@taylorenglish.com; cbradley@brucepbrownlaw.com; cchapple@mofo.com; cheryl.ringer@fultoncountyga.gov; Cary Ichter <CIchter@IchterDavis.com>; cmiller@robbinsfirm.com; crystal@khlawfirm.com; cwoods@mofo.com; david-cross-8491@ecf.pacerpro.com; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; dbutler@robbinsfirm.com; dcross@mofo.com; dmcdaniel@robbinsfirm.com; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; jbelinfante@robbinsfirm.com; jbentrott@mofo.com; jconaway@mofo.com; jenglish@robbinsfirm.com; Janis Lemieux <JLemieux@IchterDavis.com>; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; kanderson@robbinsfirm.com; katina.patterson@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; kmccuiston@robbinsfirm.com; lpatino@lawyerscommittee.org; mbrimer@mofo.com;

mmurray@altber.com; nakeia.staley@fultoncountyga.gov; rabney@lawyerworks.com; rahuja@taylorenglish.com; ram@lawram.com; rmanoso@mofo.com; rmeier@robbinsfirm.com; sberzon_altber.com <sberzon@altber.com>; sleyton_altber.com <sleyton@altber.com>; smorris@robbinsfirm.com; sparks@khlawfirm.com; vrusso@robbinsfirm.com; william@nhphlaw.com
**Subject:** 17-cv-02989-AT Curling et al v. Raffensperger et al

Good afternoon Counsel,

The Court would like to hold a teleconference on Friday, June 28, 2019, at 2:00pm.  Please advise only if a party is not able to have representation available to participate on the call.

Call: 1-888-684-8852
Access: 7001576#
Security: 3232#


Harry F. Martin
Courtroom Deputy Clerk
to the Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3309
(404) 215-1437