IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| DONNA CURLING, *et al.* | |
|---|---|
| *Plaintiffs,* | CIVIL ACTION |
| v. | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | |
| *Defendants.* | |

**[PROPOSED]**
**ORDER GRANTING STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME AND BRIEFING SCHEDULE**

The Court sets the following briefing schedule for Plaintiffs' motions for leave to amend:

| EVENT | DATE |
|---|---|
| Coalition Plaintiffs' Motion for Leave to File Amended Complaint | September 6, 2019 |
| Defendants' Consolidated Responses to Motions for Leave to Amend | September 20, 2019 |
| Plaintiffs' Replies in Support of Motions for Leave to Amend | October 4, 2019 |

**IT IS SO ORDERED** this \_\_\_\_ day of August, 2019.


_____
Amy Totenberg
United States District Judge