# Harry Martin

| | |
|---|---|
| **From:** | Cross, David D. <DCross@mofo.com> |
| **Sent:** | Thursday, August 29, 2019 12:02 PM |
| **To:** | Harry Martin; Robert McGuire; Cary Ichter; Adrienne.Hutcherson@fultoncountyga.gov; Chapple, Catherine L.; Carlin, John P.; Jene.Gipson@fultoncountyga.gov; Manoso, Robert W.; Tammy.walton@fultoncountyga.gov; Alyssa Alsbrooks; adenton@robbinsfirm.com; afrancisco@altshulerberzon.com; Miriyala, Arvind S.; antwanna.stinson@fultoncountyga.gov; atlanta@lawyerworks.com; bbrown@brucepbrownlaw.com; bjacoutot@gmail.com; bjacoutot@taylorenglish.com; blake@robbinsfirm.com; bryan.tyson@tysonstrategies.com; btyson@taylorenglish.com; cadams@taylorenglish.com; cbradley@brucepbrownlaw.com; cheryl.ringer@fultoncountyga.gov; cmiller@robbinsfirm.com; crystal@khlawfirm.com; Woods, Cathy A.; david-cross-8491@ecf.pacerpro.com; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; dbutler@robbinsfirm.com; dmcdaniel@robbinsfirm.com; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; jbelinfante@robbinsfirm.com; Bentrott, Jane P.; Conaway, Jenna B.; jenglish@robbinsfirm.com; Janis Lemieux; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; kanderson@robbinsfirm.com; katina.patterson@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; kmccuiston@robbinsfirm.com; lpatino@lawyerscommittee.org; Brimer, Marcie; mmurray@altber.com; nakeia.staley@fultoncountyga.gov; rabney@lawyerworks.com; rahuja@taylorenglish.com; rmeier@robbinsfirm.com; sberzon_altber.com; sleyton_altber.com; smorris@robbinsfirm.com; sparks@khlawfirm.com; vrusso@robbinsfirm.com; william@nhphlaw.com; Holly Cole |
| **Subject:** | RE: 17-cv-02989-AT Curling et al v. Raffensperger et al |

Dear Ms. Cole and Mr. Martin -

I've just landed in Salt Lake City to prepare for a hearing tomorrow on over a dozen pretrial motions. And I've just seen State Defendants filed a motion for a substantial extension of tomorrow's deadline for their response to our motion to amend our complaint. We oppose this incredibly untimely motion. But unfortunately my team and I are consumed today in Utah meeting with a client and preparing for tomorrow. This motion is highly prejudicial in a variety of respects, both on its merits (it would inject weeks of delay into our case to await a filing by other plaintiffs that may assert different claims — delay State Defendants will later use to oppose our relief as untimely as they've done twice already in this litigation) and on its procedure (coming the day before the deadline it seeks to extend). State Defendants represented to this Court just two days ago during the teleconference that they were prepared to respond tomorrow to our motion to amend the complaint. This is yet another transparent delay tactic. State Defendants do not even attempt to address the standard for the extension they request. Because we're not in a position to file a formal opposition brief today without considerable hardship and given we oppose any extension of tomorrow's deadline and given the motion fails on its face, I respectfully ask that the Court strike or deny the motion as improper, untimely, and/or lacking good cause. If the Court requires a formal opposition brief to do so, please let me know at your earliest convenience and we'll file what we can as soon as possible in order to preserve tomorrow's deadline and avoid substantial prejudice to our clients (and all other Georgia voters).

Best regards,
David Cross

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.