IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on State Defendants' Motion for Extension of Time and Briefing Schedule [Doc. 591].

On August 16, 2019, the Curling Plaintiffs filed their Motion for Leave to File Third Amended Complaint to add claims relating to the Georgia Secretary of State's implementation of the BMD voting system that produces a 2D barcode for vote tabulation. The State Defendants' response to the Curling Plaintiffs' Motion to Amend is currently due on August 30, 2019. The Coalition Plaintiffs informed Defendants and the Court in an email on Tuesday, August 27, 2019, that they also intend to file a Motion for Leave to File a Supplemental Complaint to challenge the constitutionality of the new BMD voting system by September 6 2019. Today, the State Defendants in turn filed the instant motion requesting that the Court set a combined briefing schedule for responding to both motions. The Curling Plaintiffs

oppose the State Defendants' proposed briefing schedule on the basis that it will unnecessarily impose additional delay in the litigation.

As the Court prefers to address the motions of both sets of Plaintiffs simultaneously for efficiency, State Defendants' Motion [Doc. 591] is **GRANTED IN PART**. However, the Court exercises its discretion to expedite the briefing on the motions to avoid further delay. Accordingly, the Court sets the following briefing schedule and will require the State Defendants to file a single consolidated response brief addressing both motions:

| EVENT | DATE |
| --- | --- |
| Coalition Plaintiffs' Motion for Leave to File Amended Complaint | September 6, 2019 |
| Defendants' Consolidated Response to Curling and Coalition Plaintiffs' Motions for Leave to Amend | September 15, 2019 |
| Plaintiffs' Replies in Support of Motions for Leave to Amend | September 22, 2019 |

**SO ORDERED** this 29th day of August, 2019.

_____
**Amy Totenberg
United States District Judge**