IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**CURLING PLAINTIFFS' SPECIAL MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**

Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg, pursuant to 42 U.S.C. § 1988, Federal Rule of Civil Procedure 54, and LR 54.2, NDGa, hereby specially move the Court for an order awarding them reasonable attorneys' fees and expenses, including experts' fees, as prevailing parties in the above-captioned action. In support of their motion, Curling Plaintiffs state as follows:

1. The Court entered an order granting preliminary injunctive relief requested by the Curling Plaintiffs on August 15, 2019. [Dkt. No. 579].

2. The Court may in its discretion award attorneys' fees and expenses, including experts' fees, under 42 U.S.C. § 1988(b)-(c).

3. Counsel for Curling Plaintiffs, Morrison & Foerster LLP, estimate in good faith that they are entitled to approximately $3,745,000 in attorneys' fees and expenses incurred in litigating this matter, inclusive of experts' fees.

4. Counsel for Curling Plaintiffs, Krevolin & Horst, LLC, estimate in good faith that they are entitled to approximately $220,000 in attorneys' fees and expenses incurred in litigating this matter.

5. Counsel for Curling Plaintiffs exclude from their respective good-faith estimates a) their costs, a bill for which will follow within 30 days of the Court's August 15, 2019 order as required by Local Rule 54.1, and b) fees and expenses incurred in drafting this motion, in any reply brief in support of this motion, and in composing the "detailed specification and itemization of the requested award, with appropriate affidavits and other supporting documentation" Curling Plaintiffs will submit to the Court within 30 days of this motion in accordance with Local Rule 54.2(A)(2).

6. Pursuant to Local Rule 7.1(A), Plaintiffs have filed herewith a brief citing legal authorities supporting the motion.

\* \* \*

WHEREFORE, Curling Plaintiffs respectfully request that this Court award Curling Plaintiffs their litigation expenses, including reasonable attorneys' fees, incurred in litigating for relief from the deprivation of civil rights of Georgia voters under the Fourteenth Amendment to the U.S. Constitution and 42 U.S.C. § 1983 arising from Defendants' conduct of elections on Georgia's GEMS/DRE voting system, and further, that this Court grant all other relief it deems proper.

[**signature block on following page**]

Dated: August 29, 2019

Respectfully submitted,

David D. Cross
(admitted *pro hac vice*)
John P. Carlin
(admitted *pro hac vice*)
Robert W. Manoso
(admitted *pro hac vice*)
Jane P. Bentrott
(admitted *pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JCarlin@mofo.com
JBentrott@mofo.com
RManoso@mofo.com

*/s/ Adam M. Sparks*
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRIAN RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                */s/ Adam M. Sparks*
                                                Adam M. Sparks

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs,<br><br>v.<br><br>**BRIAN RAFFENSPERGER, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                          */s/ Adam M. Sparks*
                                          Adam M. Sparks