IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER**

On September 6, 2019, Plaintiffs Coalition for Good Governance, Laura Digges, William Digges III, Ricardo Davis, and Megan Missett filed their *Coalition Plaintiffs' Motion For Leave To File Supplemental Complaint* (the "Motion"). Having considered the Motion, finding good cause is shown, and finding no prejudice to the Defendants, the Court GRANTS the Motion is.

The Court DIRECTS the Clerk of the Court to docket the *First Supplemental Complaint Of Plaintiffs Coalition For Good Governance, Laura Digges, William Digges III, Ricardo Davis, And Megan Missett* attached as Exhibit A to the Motion.

IT IS FURTHER ORDERED that the Defendants shall file and serve their answers to the Coalition Plaintiffs' supplemental pleading within fourteen days of

1

this Order, pursuant to Rule 15(d) and 15(a)(3) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this _____ day of _____, 2019.

_____
AMY TOTENBERG
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Bruce P. Brown*
Bruce P. Brown

4