IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

**[PROPOSED]**
**ORDER GRANTING STATE DEFENDANTS'**
**MOTION FOR EXTENSION OF TIME**

Having received and considered State Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Attorneys' Fees, the Court hereby **GRANTS** the motion. State Defendants shall have 30 days from the date Plaintiffs file their detailed fee statements to file State Defendants' Responses to both Plaintiffs' Motions for Attorneys' Fees.

**IT IS SO ORDERED** this ____ day of September, 2019.

_____
Amy Totenberg
United States District Judge