IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants. | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

[PROPOSED]
ORDER GRANTING STATE DEFENDANTS'
MOTION FOR EXTENSION OF TIME

Having received and considered State Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Attorneys' Fees, the Court hereby **GRANTS** the motion. State Defendants shall have 30 days from the date Plaintiffs file their detailed fee statements to file State Defendants' Responses to both Plaintiffs' Motions for Attorneys' Fees.

IT IS SO ORDERED this 12th day of September, 2019.

_____
Amy Totenberg
United States District Judge