**Donna Curling, et al.**
**VS.**
**Brad Raffensperger, et al.**
**United States District Court for the Northern District of Georgia**

**Civil Action File No. 1:17-CV-2989-AT**

**BILL OF COSTS**
Other Costs (itemized)

| | |
|---|---|
| Courier/FedEx Charges | |
|     August 2018 | $4.28 |
|     September 2018 | $57.00 |
|     September 2018 | $57.00 |
|     September 2018 | $172.49 |
|     September 2018 | $36.49 |
|     September 2018 | $22.55 |
| **TOTAL** | **$349.81** |
| Miscellaneous (book & pick up exhibit fee) | |
|     October 2018 | $2.00 |
|     August 2019 | $36.25 |
| **TOTAL** | **$38.25** |
| **TOTALS** | |
|     **Courier/FedEx** | **$349.81** |
|     **Miscellaneous** | **$38.25** |
| **Grand Total** | **$388.06** |

KH557597.DOCX 3