# Expense Listing

**Listing Order:** Transaction Date, Client-Matter     **Code:** All

**Client:** Morrison & Foerster LLP     **Person:** All

**Matter:** Curling, et al v. Kemp, et al     **Responsible:** All

**Date:**    **through** 9/10/2019     **Invoicing Status:** Invoiced and Not Invoiced

| Record | Date | Client-Matter | Stat | Description | Units | Our Cost | Client Cost |
|--------|------|---------------|------|-------------|-------|----------|-------------|
| | | | | | | | |

# Expense Listing

**Listing Order:** Transaction Date, Client-Matter      **Code:** All

**Client:** Morrison & Foerster LLP      **Person:** All

**Matter:** Curling, et al v. Kemp, et al      **Responsible:** All

**Date:**      **through** 9/10/2019      **Invoicing Status:** Invoiced and Not Invoiced

| Code | Description | Units | Our Cost | Client Cost |
|---|---|---|---|---|
| CACOPY | Outside Copy Service | 0 | $1,578.74 | $1,578.74 |
| CADEL | Courier\Delivery Charges | 0 | $349.81 | $349.81 |
| | ████████████████████ | | | |
| CAFFEE | Court\Filing Fees | 0 | $1,449.02 | $1,449.02 |
| | ████████████████████ | | | |
| | ████████████████████ | | | |
| | ████████████████████ | | | |
| CAMISC | Miscellaneous | 0 | $40.50 | $40.50 |
| | ███ | | | |
| CAPROS | Process Service | 0 | $400.00 | $400.00 |
| EXC20C | Copies | 3079 | $615.80 | $615.80 |
| | ████████████████████ | | | |