IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** **Plaintiffs,** v. **BRAD RAFFENSPERGER, ET AL.,** **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**ORDER GRANTING CURLING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DETAILED FEE STATEMENTS**

This matter coming before the Court on Curling Plaintiffs' Unopposed Motion for Extension of Time to File Detailed Fee Statements. The Court being advised accordingly, it is hereby ordered that the Curling Plaintiffs' Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of September, 2019.

_____
U.S. District Court Judge Amy Totenberg

1

dc-1114267