# EXHIBIT 1

| | |
|---|---|
| **From:** | Bruce Brown <bbrown@brucepbrownlaw.com> |
| **Sent:** | Thursday, September 12, 2019 1:02 PM |
| **To:** | Cross, David D. |
| **Cc:** | Kimberly Anderson; Bryan Tyson; Ringer, Cheryl; Brian Lake; Robert McGuire; Cary Ichter; Hutcherson, Adrienne; Carlin, John P.; Gipson, Jene; Manoso, Robert W.; Walton, Tammy; Alyssa Alsbrooks; Alexander Denton; afrancisco@altshulerberzon.com; Miriyala, Arvind S.; Stinson, Antwanna; atlanta@lawyerworks.com; Bryan Jacoutot; Carolyn Adams; Claudia Bradley; Carey Miller; crystal@khlawfirm.com; Woods, Cathy A.; Lowman, David; dbrody@lawyerscommittee.org; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; Josh Belinfante; Bentrott, Jane P.; Conaway, Jenna B.; Janis Lemieux; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; Patterson, Katina; Burwell, Kaye; lpatino@lawyerscommittee.org; Brimer, Marcie; mmurray@altber.com; Staley, Nakeia; rabney@lawyerworks.com; Rashmi Ahuja; sberzon_altber.com; sleyton_altber.com; sparks@khlawfirm.com; Vincent Russo; william@nhphlaw.com |
| **Subject:** | Re: Extension for Response to Motions for Attorneys' Fees |

---

- External Email -

We agree with David on this.

On Sep 12, 2019, at 2:31 PM, Cross, David D. <DCross@mofo.com> wrote:

> Kimberly –
>
> 1, 3, and 4 are generally fine, although on 3 and 4 I'd be reluctant to completely abandon prior agreements and timelines – and that process would need to move reasonably quickly. We can't agree to 2, nor do I think that's an appropriate basis on which to refuse to consent to the motions as it doesn't bear on the standard applicable to those motions and the relief sought. I also think that's really an issue for the Judge to decide, and you're free to seek that from the Court of course.
>
> Thanks,
> DC
>
> **From:** Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>
> **Sent:** Thursday, September 12, 2019 2:15 PM
> **To:** Cross, David D. <DCross@mofo.com>; Bryan Tyson <btyson@taylorenglish.com>; Bruce Brown <bbrown@brucepbrownlaw.com>; Ringer, Cheryl <Cheryl.Ringer@fultoncountyga.gov>; Brian Lake <Brian.Lake@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@IchterDavis.com>; Hutcherson, Adrienne <Adrienne.Hutcherson@fultoncountyga.gov>; Carlin, John P. <JCarlin@mofo.com>; Gipson, Jene <Jene.Gipson@fultoncountyga.gov>; Manoso, Robert W. <RManoso@mofo.com>; Walton, Tammy <Tammy.Walton@fultoncountyga.gov>; Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; afrancisco@altshulerberzon.com; Miriyala, Arvind S. <AMiriyala@mofo.com>; Stinson, Antwanna <Antwanna.Stinson@fultoncountyga.gov>; atlanta@lawyerworks.com; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Carolyn Adams <cadams@taylorenglish.com>; Claudia Bradley <cbradley@brucepbrownlaw.com>; Carey Miller <carey.miller@robbinsfirm.com>; crystal@khlawfirm.com; Woods, Cathy A. <CWoods@mofo.com>; Lowman, David <David.Lowman@fultoncountyga.gov>; dbrody@lawyerscommittee.org; dovie@khlawfirm.com;

hknapp@khlawfirm.com; jbanuelos@altber.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>;
Bentrott, Jane P. <JBentrott@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Janis Lemieux
<JLemieux@IchterDavis.com>; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; Patterson,
Katina <Katina.Patterson@fultoncountyga.gov>; Burwell, Kaye <Kaye.Burwell@fultoncountyga.gov>;
lpatino@lawyerscommittee.org; Brimer, Marcie <MBrimer@mofo.com>; mmurray@altber.com; Staley,
Nakeia <Nakeia.Staley@fultoncountyga.gov>; rabney@lawyerworks.com; Rashmi Ahuja
<rahuja@taylorenglish.com>; sberzon_altber.com <sberzon@altber.com>; sleyton_altber.com
<sleyton@altber.com>; sparks@khlawfirm.com; Vincent Russo <vrusso@robbinsfirm.com>;
william@nhphlaw.com
**Subject:** RE: Extension for Response to Motions for Attorneys' Fees

**- External Email -**

___

All:

Defendants' response to Plaintiffs' motions to amend/supplement their complaints to add claims
related to the new voting system is due Monday.  Since we were not provided a copy of the Coalition
Plaintiffs' supplemental complaint until it was filed last Friday, we could not consider consenting to
the new complaints without seeing it first.  Now that we have both proposed complaints, State
Defendants and Fulton County are agreeable to consenting to these motions in order to increase
efficiency on all sides if Plaintiffs will agree to the following:

1. No waiver of our defenses or ability to file motions to dismiss on the merits of the new
   claims.
2. Stay of all discovery until the Court issues a ruling on our motions to dismiss.
3. Hold a new 26(f) conference to create a new preliminary report and discovery plan; and
4. Meet and confer as to new deadlines for the case going forward.

Please let us know if Plaintiffs are willing to agree to these conditions or if you would like to discuss
further.

Kimberly

**Kimberly K. Anderson** |*404.856.3265* | ROBBINS

___

**From:** Cross, David D. [mailto:DCross@mofo.com]
**Sent:** Thursday, September 12, 2019 10:13 AM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Bruce Brown <bbrown@brucebrownlaw.com>; Ringer,
Cheryl <Cheryl.Ringer@fultoncountyga.gov>; Brian Lake <Brian.Lake@robbinsfirm.com>; Robert
McGuire <ram@lawram.com>; Cary Ichter <CIchter@IchterDavis.com>; Hutcherson, Adrienne
<Adrienne.Hutcherson@fultoncountyga.gov>; Carlin, John P. <JCarlin@mofo.com>; Gipson, Jene
<Jene.Gipson@fultoncountyga.gov>; Manoso, Robert W. <RManoso@mofo.com>; Walton, Tammy
<Tammy.Walton@fultoncountyga.gov>; Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>; Alexander
Denton <Alexander.Denton@robbinsfirm.com>; afrancisco@altshulerberzon.com; Miriyala, Arvind S.
<AMiriyala@mofo.com>; Stinson, Antwanna <Antwanna.Stinson@fultoncountyga.gov>;
atlanta@lawyerworks.com; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Carolyn Adams
<cadams@taylorenglish.com>; Claudia Bradley <cbradley@brucebrownlaw.com>; Carey Miller
<carey.miller@robbinsfirm.com>; crystal@khlawfirm.com; Woods, Cathy A. <CWoods@mofo.com>;
Lowman, David <David.Lowman@fultoncountyga.gov>; dbrody@lawyerscommittee.org;
dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; Josh Belinfante
<Josh.Belinfante@robbinsfirm.com>; Bentrott, Jane P. <JBentrott@mofo.com>; Conaway, Jenna B.
<JConaway@mofo.com>; Janis Lemieux <JLemieux@IchterDavis.com>; jonlschwartz@mac.com;
jpowers@lawyerscommittee.org; Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>;

Patterson, Katina <Katina.Patterson@fultoncountyga.gov>; Burwell, Kaye <Kaye.Burwell@fultoncountyga.gov>; lpatino@lawyerscommittee.org; Brimer, Marcie <MBrimer@mofo.com>; mmurray@altber.com; Staley, Nakeia <Nakeia.Staley@fultoncountyga.gov>; rabney@lawyerworks.com; Rashmi Ahuja <rahuja@taylorenglish.com>; sberzon_altber.com <sberzon@altber.com>; sleyton_altber.com <sleyton@altber.com>; sparks@khlawfirm.com; Vincent Russo <vrusso@robbinsfirm.com>; william@nhphlaw.com
**Subject:** RE: Extension for Response to Motions for Attorneys' Fees

Yes

---

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Date:** Thursday, Sep 12, 2019, 6:57 AM
**To:** Bruce Brown <bbrown@brucepbrownlaw.com>, Ringer, Cheryl <Cheryl.Ringer@fultoncountyga.gov>, Cross, David D. <DCross@mofo.com>, Brian Lake <Brian.Lake@robbinsfirm.com>, Robert McGuire <ram@lawram.com>, Cary Ichter <CIchter@IchterDavis.com>, Hutcherson, Adrienne <Adrienne.Hutcherson@fultoncountyga.gov>, Carlin, John P. <JCarlin@mofo.com>, Gipson, Jene <Jene.Gipson@fultoncountyga.gov>, Manoso, Robert W. <RManoso@mofo.com>, Walton, Tammy <Tammy.Walton@fultoncountyga.gov>, Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>, Alexander Denton <Alexander.Denton@robbinsfirm.com>, afrancisco@altshulerberzon.com <afrancisco@altshulerberzon.com>, Miriyala, Arvind S. <AMiriyala@mofo.com>, Stinson, Antwanna <Antwanna.Stinson@fultoncountyga.gov>, atlanta@lawyerworks.com <atlanta@lawyerworks.com>, Bryan Jacoutot <bjacoutot@taylorenglish.com>, Carolyn Adams <cadams@taylorenglish.com>, Claudia Bradley <cbradley@brucepbrownlaw.com>, Carey Miller <carey.miller@robbinsfirm.com>, crystal@khlawfirm.com <crystal@khlawfirm.com>, Woods, Cathy A. <CWoods@mofo.com>, Lowman, David <David.Lowman@fultoncountyga.gov>, dbrody@lawyerscommittee.org <dbrody@lawyerscommittee.org>, dovie@khlawfirm.com <dovie@khlawfirm.com>, hknapp@khlawfirm.com <hknapp@khlawfirm.com>, jbanuelos@altber.com <jbanuelos@altber.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Bentrott, Jane P. <JBentrott@mofo.com>, Conaway, Jenna B. <JConaway@mofo.com>, Janis Lemieux <JLemieux@IchterDavis.com>, jonlschwartz@mac.com <jonlschwartz@mac.com>, jpowers@lawyerscommittee.org <jpowers@lawyerscommittee.org>, Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>, Patterson, Katina <Katina.Patterson@fultoncountyga.gov>, Burwell, Kaye <Kaye.Burwell@fultoncountyga.gov>, lpatino@lawyerscommittee.org <lpatino@lawyerscommittee.org>, Brimer, Marcie <MBrimer@mofo.com>, mmurray@altber.com <mmurray@altber.com>, Staley, Nakeia <Nakeia.Staley@fultoncountyga.gov>, rabney@lawyerworks.com <rabney@lawyerworks.com>, Rashmi Ahuja <rahuja@taylorenglish.com>, sberzon_altber.com <sberzon@altber.com>, sleyton_altber.com <sleyton@altber.com>, sparks@khlawfirm.com <sparks@khlawfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, william@nhphlaw.com <william@nhphlaw.com>
**Subject:** RE: Extension for Response to Motions for Attorneys' Fees

- External Email -

In light of the Court granting Fulton County's Motion for Extension this morning, would all parties consent to a similar extension for State Defendants to respond to the motions for fees? Please let us know as soon as possible as we plan to file this morning.

**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249 | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Bruce Brown <bbrown@brucepbrownlaw.com>
**Sent:** Wednesday, September 11, 2019 4:10 PM
**To:** Ringer, Cheryl <Cheryl.Ringer@fultoncountyga.gov>; Cross, David D. <DCross@mofo.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@IchterDavis.com>; Hutcherson, Adrienne <Adrienne.Hutcherson@fultoncountyga.gov>; Carlin, John P. <JCarlin@mofo.com>; Gipson, Jene <Jene.Gipson@fultoncountyga.gov>; Manoso, Robert W. <RManoso@mofo.com>; Walton, Tammy <Tammy.Walton@fultoncountyga.gov>; Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; afrancisco@altshulerberzon.com; Miriyala, Arvind S. <AMiriyala@mofo.com>; Stinson, Antwanna <Antwanna.Stinson@fultoncountyga.gov>; atlanta@lawyerworks.com; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Bryan Tyson <btyson@taylorenglish.com>; Carolyn Adams <cadams@taylorenglish.com>; Claudia Bradley <cbradley@brucepbrownlaw.com>; Carey Miller <carey.miller@robbinsfirm.com>; crystal@khlawfirm.com; Woods, Cathy A. <CWoods@mofo.com>; Lowman, David <David.Lowman@fultoncountyga.gov>; dbrody@lawyerscommittee.org; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bentrott, Jane P. <JBentrott@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Janis Lemieux <JLemieux@IchterDavis.com>; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>; Patterson, Katina <Katina.Patterson@fultoncountyga.gov>; Burwell, Kaye <Kaye.Burwell@fultoncountyga.gov>; lpatino@lawyerscommittee.org; Brimer, Marcie <MBrimer@mofo.com>; mmurray@altber.com; Staley, Nakeia <Nakeia.Staley@fultoncountyga.gov>; rabney@lawyerworks.com; Rashmi Ahuja <rahuja@taylorenglish.com>; Manoso, Robert W. <RManoso@mofo.com>; sberzon_altber.com; sberzon@altber.com; sleyton_altber.com; sleyton@altber.com; sparks@khlawfirm.com; Vincent Russo <vrusso@robbinsfirm.com>; william@nhphlaw.com
**Subject:** Re: Extension for Response to Motions for Attorneys' Fees

Cheryl,
Coalition Plaintiffs are not inclined to agree to an extension.
Bruce

**From:** Cheryl Ringer <Cheryl.Ringer@fultoncountyga.gov>
**Date:** Wednesday, September 11, 2019 at 3:20 PM
**To:** "Cross, David D." <DCross@mofo.com>, Brian Lake <Brian.Lake@robbinsfirm.com>, Robert McGuire <ram@lawram.com>, Cary Ichter <CIchter@IchterDavis.com>, "Hutcherson, Adrienne" <Adrienne.Hutcherson@fultoncountyga.gov>, "Carlin, John P." <JCarlin@mofo.com>, "Gipson, Jene" <Jene.Gipson@fultoncountyga.gov>, "Manoso, Robert W." <RManoso@mofo.com>, "Walton, Tammy" <Tammy.Walton@fultoncountyga.gov>, Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>, Alexander Denton <Alexander.Denton@robbinsfirm.com>, "afrancisco@altshulerberzon.com" <afrancisco@altshulerberzon.com>, "Miriyala, Arvind S." <AMiriyala@mofo.com>, "Stinson, Antwanna" <Antwanna.Stinson@fultoncountyga.gov>, "atlanta@lawyerworks.com" <atlanta@lawyerworks.com>, "bbrown@brucepbrownlaw.com" <bbrown@brucepbrownlaw.com>, "bjacoutot@taylorenglish.com" <bjacoutot@taylorenglish.com>, "btyson@taylorenglish.com" <btyson@taylorenglish.com>,

"cadams@taylorenglish.com" <cadams@taylorenglish.com>, Claudia Bradley <cbradley@brucepbrownlaw.com>, Carey Miller <carey.miller@robbinsfirm.com>, "crystal@khlawfirm.com" <crystal@khlawfirm.com>, "Woods, Cathy A." <CWoods@mofo.com>, "Lowman, David" <David.Lowman@fultoncountyga.gov>, "dbrody@lawyerscommittee.org" <dbrody@lawyerscommittee.org>, "dovie@khlawfirm.com" <dovie@khlawfirm.com>, "hknapp@khlawfirm.com" <hknapp@khlawfirm.com>, "jbanuelos@altber.com" <jbanuelos@altber.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, "Bentrott, Jane P." <JBentrott@mofo.com>, "Conaway, Jenna B." <JConaway@mofo.com>, Janis Lemieux <JLemieux@IchterDavis.com>, "jonlschwartz@mac.com" <jonlschwartz@mac.com>, John Powers <jpowers@lawyerscommittee.org>, Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>, "Patterson, Katina" <Katina.Patterson@fultoncountyga.gov>, "Burwell, Kaye" <Kaye.Burwell@fultoncountyga.gov>, "lpatino@lawyerscommittee.org" <lpatino@lawyerscommittee.org>, "Brimer, Marcie" <MBrimer@mofo.com>, "mmurray@altber.com" <mmurray@altber.com>, "Staley, Nakeia" <Nakeia.Staley@fultoncountyga.gov>, "rabney@lawyerworks.com" <rabney@lawyerworks.com>, "rahuja@taylorenglish.com" <rahuja@taylorenglish.com>, "Manoso, Robert W." <RManoso@mofo.com>, "sberzon@altber.com" <sberzon@altber.com>, "sleyton_altber.com" <sleyton@altber.com>, "sparks@khlawfirm.com" <sparks@khlawfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, "william@nhphlaw.com" <william@nhphlaw.com>
**Subject:** RE: Extension for Response to Motions for Attorneys' Fees

30 days from the time you all submit the affidavits, itemizations, etc.



Cheryl Ringer
Senior Assistant County Attorney
Office of the Fulton County Attorney
141 Pryor Street, Suite 4038, Atlanta,Georgia 30303
404-612-0246 (office)
404-612-0263(direct)
Connect with Fulton County:
Website | Facebook | Twitter | Instagram | FGTV | #OneFulton E-News

Notice of Confidentiality: This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication, and any attachments thereto, contain confidential attorney-client privileged communications and attorney work product. If you are not the intended recipient, any disclosure, viewing, copying, distribution or use of any of the information contained in or attached to this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank You.

**From:** Cross, David D. [mailto:DCross@mofo.com]
**Sent:** Wednesday, September 11, 2019 3:12 PM
**To:** Ringer, Cheryl; Brian Lake; Robert McGuire; Cary Ichter; Hutcherson, Adrienne; Carlin, John P.; Gipson, Jene; Manoso, Robert W.; Walton, Tammy; Alyssa Alsbrooks; Alexander Denton; afrancisco@altshulerberzon.com; Miriyala, Arvind S.; Stinson, Antwanna; atlanta@lawyerworks.com; bbrown@brucebrownlaw.com; bjacoutot@taylorenglish.com; btyson@taylorenglish.com; cadams@taylorenglish.com; cbradley@brucebrownlaw.com; Carey Miller; crystal@khlawfirm.com; Woods, Cathy A.; Lowman, David; dbrody@lawyerscommittee.org; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; Josh Belinfante; Bentrott, Jane P.; Conaway, Jenna B.; Janis Lemieux; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; Kimberly Anderson; Patterson, Katina; Burwell, Kaye; lpatino@lawyerscommittee.org; Brimer, Marcie; mmurray@altber.com; Staley, Nakeia; rabney@lawyerworks.com; rahuja@taylorenglish.com; Manoso, Robert W.; sberzon_altber.com; sleyton_altber.com; sparks@khlawfirm.com; Vincent Russo; william@nhphlaw.com
**Subject:** RE: Extension for Response to Motions for Attorneys' Fees

How much time do you propose, Cheryl?

**From:** Ringer, Cheryl <Cheryl.Ringer@fultoncountyga.gov>
**Sent:** Wednesday, September 11, 2019 3:11 PM
**To:** Brian Lake <Brian.Lake@robbinsfirm.com>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@IchterDavis.com>; Hutcherson, Adrienne <Adrienne.Hutcherson@fultoncountyga.gov>; Carlin, John P. <JCarlin@mofo.com>; Gipson, Jene <Jene.Gipson@fultoncountyga.gov>; Manoso, Robert W. <RManoso@mofo.com>; Walton, Tammy <Tammy.Walton@fultoncountyga.gov>; Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; afrancisco@altshulerberzon.com; Miriyala, Arvind S. <AMiriyala@mofo.com>; Stinson, Antwanna <Antwanna.Stinson@fultoncountyga.gov>; atlanta@lawyerworks.com; bbrown@brucebrownlaw.com; bjacoutot@taylorenglish.com; btyson@taylorenglish.com; cadams@taylorenglish.com; cbradley@brucebrownlaw.com; Carey Miller <carey.miller@robbinsfirm.com>; crystal@khlawfirm.com; Woods, Cathy A. <CWoods@mofo.com>; Lowman, David <David.Lowman@fultoncountyga.gov>; dbrody@lawyerscommittee.org; Cross, David D. <DCross@mofo.com>; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bentrott, Jane P. <JBentrott@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Janis Lemieux <JLemieux@IchterDavis.com>; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>; Patterson, Katina <Katina.Patterson@fultoncountyga.gov>; Burwell, Kaye <Kaye.Burwell@fultoncountyga.gov>; lpatino@lawyerscommittee.org; Brimer, Marcie <MBrimer@mofo.com>; mmurray@altber.com; Staley, Nakeia <Nakeia.Staley@fultoncountyga.gov>; rabney@lawyerworks.com; rahuja@taylorenglish.com; Manoso, Robert W. <RManoso@mofo.com>; sberzon_altber.com <sberzon@altber.com>; sleyton_altber.com <sleyton@altber.com>; sparks@khlawfirm.com; Vincent Russo <vrusso@robbinsfirm.com>; william@nhphlaw.com
**Subject:** Extension for Response to Motions for Attorneys' Fees

**- External Email -**

All,
Does anyone have an objection to Fulton County filing a Motion for Extension to Respond to Plaintiffs' Motions for Fees, given that Plaintiffs have additional time to file their affidavits and itemizations pursuant to Local Rule 54.2(A)(2)?  Please advise as soon as possible.  Thank You.



Cheryl Ringer
Senior Assistant County Attorney
Office of the Fulton County Attorney
141 Pryor Street, Suite 4038, Atlanta, Georgia 30303
404-612-0246 (office)
404-612-0263 (direct)
Connect with Fulton County:
Website | Facebook | Twitter | Instagram | FGTV | #OneFulton E-News

Notice of Confidentiality: This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication, and any attachments thereto, contain confidential attorney-client privileged communications and attorney work product. If you are not the intended recipient, any disclosure, viewing, copying, distribution or use of any of the information contained in or attached to this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank You.

**From:** Harry Martin [mailto:Harry_Martin@gand.uscourts.gov]
**Sent:** Wednesday, September 11, 2019 9:29 AM
**To:** Brian Lake; Robert McGuire; Cary Ichter; Hutcherson, Adrienne; JCarlin@mofo.com; Gipson, Jene; RManoso@mofo.com; Walton, Tammy; Alyssa Alsbrooks; Alexander Denton; afrancisco@altshulerberzon.com; amiriyala@mofo.com; Stinson, Antwanna; atlanta@lawyerworks.com; bbrown@brucebrownlaw.com; bjacoutot@taylorenglish.com; btyson@taylorenglish.com; cadams@taylorenglish.com; cbradley@brucebrownlaw.com; Ringer, Cheryl; Carey Miller; crystal@khlawfirm.com; cwoods@mofo.com; Lowman, David; dbrody@lawyerscommittee.org; dcross@mofo.com; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; Josh Belinfante; jbentrott@mofo.com; jconaway@mofo.com; Janis Lemieux; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; Kimberly Anderson; Patterson, Katina; Burwell, Kaye; lpatino@lawyerscommittee.org; mbrimer@mofo.com; mmurray@altber.com; Staley, Nakeia; rabney@lawyerworks.com; rahuja@taylorenglish.com; rmanoso@mofo.com; sberzon_altber.com; sleyton_altber.com; sparks@khlawfirm.com; Vincent Russo; william@nhphlaw.com
**Subject:** RE: Deadlines for Response and Reply on Motions for Leave to Amend/Supplement - Curling et al. v. Raffensperger et al., Case No. 1-17-CV2989-AT

Good morning Mr. Lake,

FRCP Rule 6(1)(C) states that if the last day of the period is a Saturday, Sunday, or legal holiday, that the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday. Therefore, you have until 11:59:59PM of the Monday following the Sunday deadline to electronically file the response and reply. If you have any further questions, please do not hesitate to contact me.

Thank you,

Harry F. Martin
Courtroom Deputy Clerk
to the Honorable Amy Totenberg
2388 United States Courthouse

75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303-3309
(404) 215-1437

---

**From:** Brian Lake <Brian.Lake@robbinsfirm.com>
**Sent:** Tuesday, September 10, 2019 5:55 PM
**To:** Harry Martin <Harry_Martin@gand.uscourts.gov>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@IchterDavis.com>; Adrienne.Hutcherson@fultoncountyga.gov; JCarlin@mofo.com; Jene.Gipson@fultoncountyga.gov; RManoso@mofo.com; Tammy.walton@fultoncountyga.gov; Alyssa Alsbrooks <aalsbrooks@IchterDavis.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; afrancisco@altshulerberzon.com; amiriyala@mofo.com; antwanna.stinson@fultoncountyga.gov; atlanta@lawyerworks.com; bbrown@brucebrownlaw.com; bjacoutot@taylorenglish.com; btyson@taylorenglish.com; cadams@taylorenglish.com; cbradley@brucebrownlaw.com; cheryl.ringer@fultoncountyga.gov; Carey Miller <carey.miller@robbinsfirm.com>; crystal@khlawfirm.com; cwoods@mofo.com; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; dcross@mofo.com; dovie@khlawfirm.com; hknapp@khlawfirm.com; jbanuelos@altber.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; jbentrott@mofo.com; jconaway@mofo.com; Janis Lemieux <JLemieux@IchterDavis.com>; jonlschwartz@mac.com; jpowers@lawyerscommittee.org; Kimberly Anderson <Kimberly.Anderson@robbinsfirm.com>; katina.patterson@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; lpatino@lawyerscommittee.org; mbrimer@mofo.com; mmurray@altber.com; nakeia.staley@fultoncountyga.gov; rabney@lawyerworks.com; rahuja@taylorenglish.com; rmanoso@mofo.com; sberzon_altber.com <sberzon@altber.com>; sleyton_altber.com <sleyton@altber.com>; sparks@khlawfirm.com; Vincent Russo <vrusso@robbinsfirm.com>; william@nhphlaw.com
**Subject:** Deadlines for Response and Reply on Motions for Leave to Amend/Supplement - Curling et al. v. Raffensperger et al., Case No. 1-17-CV2989-AT

Mr. Martin,

The Court's August 29, 2019 Order (attached) indicates that Defendants' Consolidated Responses to Plaintiffs' Motions for Leave to Amend is due September 15, 2019 and Plaintiffs' Replies in Support of Their Motions are due September 22, 2019.  September 15th  and 22nd are both Sundays. We had been operating under the assumption that our response and Plaintiffs replies were both due on the following Mondays, the 16th and 23rd respectively, and only just realized the deadlines fell on the weekend.

Would you mind clarifying the Court's order as to when the respective filings are due? We just wanted to check to confirm whether the stated dates were correct.

Thank you very much.

# ROBBINS

Brian E. Lake
**ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC**
www.robbinsfirm.com

**ROBBINS GOVERNMENT RELATIONS LLC**
www.robbinsgr.com

500 14th Street, NW

Atlanta, GA 30318
404.856.3277 (Direct)
678.701.9381(Main)
404.856.3250 (Fax)

**NOTE**:  This email is intended for the use and benefit of the addressed recipient(s) only.  If you are not an addressee, your unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is prohibited.  If you have received this communication in error, please contact me by reply email and destroy all copies of the original message.  IRS Circular 230 requires me to state that any opinions expressed with respect to a significant tax issue are not intended or written by me to be used, and cannot be used by you, for the purpose of avoiding penalties that may be imposed on you or any other person who may examine this correspondence in connection with a Federal tax matter.

===============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

=========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

===============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.