IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**PROPOSED ORDER GRANTING
PLAINTIFFS' JOINT UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE DETAILED FEE STATEMENTS**

This matter is before the Court on the Plaintiffs' Joint Unopposed Motion for Extension of Time to File Detailed Fee Statements. The Court being advised accordingly, it is hereby ordered that the Plaintiffs' Motion is **GRANTED**. The Plaintiffs shall file their detailed fee statements on October 15, 2019. Defendants shall have thirty days after the Plaintiffs have filed Detailed Fee Statements to file their responses.

**IT IS SO ORDERED** this ___ day of _____, 2019.

_____
U.S. District Court Judge Amy Totenberg