**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**                                                   **Civil Action No. 1:17-CV-2989-AT**

**BRAD RAFFENSPERGER, ET AL.,**
**Defendants.**

**PROPOSED ORDER GRANTING
<u>PLAINTIFFS' JOINT MOTION FOR SANCTIONS</u>**

This matter is before the Court on Plaintiffs' Joint Motion for Sanctions.

Based on the Court's analysis and findings, the Court hereby **GRANTS**

Plaintiffs' Joint Motion for Sanctions in the total amount of **$297,368.49**, to be

distributed accordingly: **$162,780.74** to Curling Plaintiffs, and **$134,587.75** to

Coalition Plaintiffs.

Defendants are **DIRECTED** to remit payment within 10 days of the date of

this Order.

SO ORDERED this _____ day of _____, 2019.

_____
U.S. District Court Judge Amy Totenberg