IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : <br> : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> BRAD RAFFENSPERGER, *et al.*, : <br> : <br> : <br> Defendants. : | CIVIL ACTION NO. <br> 1:17-cv-2989-AT |

## **ORDER**

This matter is before the Court on the State Defendants' Motion for Consolidated Briefing [Doc. 624] on Plaintiffs' Motions for Preliminary Injunction regarding Ballot Marking Devices, Motion for Leave to File Excess Pages [Doc. 625] in response to Plaintiffs' Motions for Preliminary Injunction, and the Coalition Plaintiffs' Motion for Leave to File Excess Pages [Doc. 634] in support of their Motion for Preliminary Injunction. The motions are **GRANTED**.

The Court sets the following briefing schedule for Plaintiffs' Motions for Preliminary Injunction regarding Ballot Marking Devices:

| EVENT | DATE | PAGE LIMIT |
|---|---|---|
| Coalition Plaintiffs' Preliminary Injunction Motion | October 23, 2019 | 35 |
| Defendants' Consolidated Response to Curling and Coalition Plaintiffs' Preliminary Injunction Motions | November 13, 2019 | 60 |
| Plaintiffs' Replies in Support of Preliminary Injunction Motions | December 4, 2019 | 30 pages each |

**IT IS SO ORDERED** this 22nd day of October, 2019.

_____
**Amy Totenberg**
**United States District Judge**