IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.,* <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' COMBINED MOTION FOR ADDITIONAL PAGES AND BRIEF IN SUPPORT**

Pursuant to Local Rule 7.1(D), Defendant Brad Raffensperger ("Secretary Raffensperger"), in his official capacity as Secretary of the State of Georgia and as Chair of the State Election Board of Georgia; David J. Worley, Rebecca N. Sullivan, Ralph F. Simpson, and Seth Harp, in the individual capacities and as members of the State Election Board ("State Board Members"); and the State Election Board of Georgia ("State Board") (collectively, the "State Defendants") move the Court for permission to submit a response to Plaintiffs' Joint Motion for Sanctions [Doc. 623] ("Plaintiffs' Motion") that exceeds the page limit allowed by the Local Rules.

Specifically, State Defendants move this Court for permission to file a response brief to Plaintiffs' Motion that does not exceed forty-five (45) pages.

Plaintiffs' Motion contains a total of 116 pages of briefing and supporting documentation [Docs. 623, 623-1, 623-2, 623-3, 623-4]. Because any objections to motions for attorney fees must be made with specificity, *American Civil Liberties Union of Ga. v. Barnes*, 168 F. 3d 423, 428 (11th Cir. 1999), State Defendants must fully respond to all attached time records in their response brief, in addition to responding to the facts raised by Plaintiffs' Motion.

A proposed order is attached.

This 24th day of October, 2019.

                              Vincent R. Russo
                              GA Bar No. 242628
                              Josh Belinfante
                              GA Bar No. 047399
                              Carey A. Miller
                              GA Bar No. 976240
                              Kimberly Anderson
                              GA Bar No. 602807
                              Alexander Denton
                              GA Bar No. 660632
                              Brian E. Lake
                              GA Bar No. 575966
                              ROBBINS ROSS ALLOY
                              BELINFANTE LITTLEFIELD LLC
                              500 14th Street NW
                              Atlanta, GA 30318
                              Telephone: (678) 701-9381
                              Facsimile: (404) 856-3250
                              vrusso@robbinsfirm.com
                              jbelinfante@robbinsfirm.com

cmiller@robbinsfirm.com
kanderson@robbinsfirm.com
adenton@robbinsfirm.com
blake@robbinsfirm.com

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
Bryan F. Jacoutot
Georgia Bar No. 668272
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249
btyson@taylorenglish.com
bjacoutot@taylorenglish.com

*Counsel for State Defendants*

- 4 -

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing STATE DEFENDANTS' COMBINED MOTION FOR ADDITIONAL PAGES AND BRIEF IN SUPPORT has been prepared in Century Schoolbook 13-point, a font and type selection approved by the Court in L.R. 5.1(B).

<em>/s/Bryan P. Tyson</em><br>
Bryan P. Tyson<br>
GA Bar No. 515411