IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

**[PROPOSED]**
<u>**ORDER GRANTING STATE DEFENDANTS'**
**MOTION FOR ADDITIONAL PAGES**</u>

Having received and considered State Defendants' Motion for Additional Pages, the Court hereby **GRANTS** the motion. State Defendants may file a brief of up to forty-five (45) pages in response to Plaintiffs' Joint Motion for Sanctions [Doc. 623].

**IT IS SO ORDERED** this ____ day of October, 2019.

_____
Amy Totenberg
United States District Judge