IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

   *Plaintiffs,*

   v.

BRAD RAFFENSPERGER, *et al.*,

   *Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## ORDER GRANTING STATE DEFENDANTS' MOTION FOR ADDITIONAL PAGES

Having received and considered State Defendants' Motion for Additional Pages, the Court hereby **GRANTS** the motion. State Defendants may file a brief of up to forty-five (45) pages in response to Plaintiffs' Joint Motion for Sanctions [Doc. 623].

**IT IS SO ORDERED** this 24th day of October, 2019.

_____
Amy Totenberg
United States District Judge