

October 29, 2019

Mr. Harry Martin
Courtroom Deputy Clerk for
The Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      Re:    *Curling v. Kemp,* No. 1:17-cv-02989-AT: Request for Leave of Absence Less than 21 Days

Dear Mr. Martin:

    I am co-counsel for Plaintiff Coalition for Good Governance in this case. Pursuant to Local Rule 83.1(E) and Judge Totenberg's Standing Order (Part II(c)(iii)), I write to advise that I will be absent from work and unavailable during the following periods, each less than twenty-one days:

- November 25 to 29, 2019 (family vacation)
- December 24 to December 31 (family vacation)

I respectfully request that the case not be calendared during these dates.

Please contact me if you have any questions.

                                      Sincerely,

                                      Bruce P. Brown

cc: (via CM/ECF): Counsel of Record