IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

## NOTICE OF FILING RECORD OF RELATED CASE

On June 21, 2019, this Court directed State Defendants to file the case materials of *Martin v. Fulton Co. Bd. of Registration and Elections et al.*, Case No. S19A0779[1] (Ga. Sup. Ct. 2019) on the docket in this case. [Doc. 418, p. 2]. State Defendants filed the case materials on July 3, 2019, [Doc. 449], and advised the Court that they would file the Supreme Court of Georgia's opinion on the docket in this case when it was issued.

On October 31, 2019, the Supreme Court of Georgia affirmed the trial court's dismissal of *Martin*. The Supreme Court's opinion is attached as Ex. A to this filing.

---

[1] The Case Number with the Georgia Supreme Court is S19A0769 [Doc. 410, p. 6].

This 1st day of November, 2019.

        Vincent R. Russo
        GA Bar No. 242628
        Josh Belinfante
        GA Bar No. 047399
        Carey A. Miller
        GA Bar No. 976240
        Kimberly Anderson
        GA Bar No. 602807
        Alexander Denton
        GA Bar No. 660632
        Brian E. Lake
        GA Bar No. 575966
        ROBBINS ROSS ALLOY
        BELINFANTE LITTLEFIELD LLC
        500 14th Street NW
        Atlanta, GA 30318
        Telephone: (678) 701-9381
        Facsimile: (404) 856-3250
        vrusso@robbinsfirm.com
        jbelinfante@robbinsfirm.com
        cmiller@robbinsfirm.com
        kanderson@robbinsfirm.com
        adenton@robbinsfirm.com
        blake@robbinsfirm.com

        */s/Bryan P. Tyson*
        Bryan P. Tyson
        GA Bar No. 515411
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        TAYLOR ENGLISH DUMA LLP
        1600 Parkwood Circle, Suite 200
        Atlanta, GA 30339
        Telephone: (678)336-7249
        btyson@taylorenglish.com
        bjacoutot@taylorenglish.com
        *Counsel for State Defendants*

- 3 -

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing NOTICE OF FILING RECORD OF RELATED CASE has been prepared in Century Schoolbook 13-point, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
