# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRAD RAFFENSPERGER, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR EXTENSION AND LEAVE TO FILE REPLY IN EXCESS OF FIFTEEN PAGES

Good cause having been shown, it is hereby ordered that the Plaintiffs' Unopposed Joint Motion for Extension and Leave to File Reply in Excess of Fifteen Pages is **GRANTED**. Plaintiffs' Reply in Support of their Joint Motion for Sanctions shall be due November 12, 2019, and not exceed thirty (30) pages.

**IT IS SO ORDERED** this _____ day of November, 2019.

_____
U.S. District Court Judge Amy Totenberg

tk-751985