IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' COMBINED MOTION FOR ADDITIONAL PAGES AND BRIEF IN SUPPORT**

Pursuant to Local Rule 7.1(D), Defendant Brad Raffensperger ("Secretary Raffensperger"), in his official capacity as Secretary of the State of Georgia and as Chair of the State Election Board of Georgia; David J. Worley, Rebecca N. Sullivan, Ralph F. Simpson, and Seth Harp, in the individual capacities and as members of the State Election Board ("State Board Members"); and the State Election Board of Georgia ("State Board") (collectively, the "State Defendants") move the Court for permission to submit a response to Plaintiffs' motions for attorney fees [Docs. 595 and 596] and their detailed itemizations [Docs. 629, 631, 632] that exceed the page limit allowed by the Local Rules. This Court previously authorized a single response to all the filings. [Doc. 604].

Specifically, State Defendants move this Court for permission to file a response brief to Plaintiffs' Motion that does not exceed forty-five (45) pages. Plaintiffs' itemizations alone contain more than 900 pages of supporting documentation [Docs. 629, 631, 632]. Because any objections to motions for attorney fees must be made with specificity, *American Civil Liberties Union of Ga. v. Barnes*, 168 F. 3d 423, 428 (11th Cir. 1999), State Defendants must fully respond to all attached time records in their response brief, in addition to responding to the facts raised by Plaintiffs' motions.

A proposed order is attached.

This 12th day of November, 2019.

> Vincent R. Russo
> GA Bar No. 242628
> Josh Belinfante
> GA Bar No. 047399
> Carey A. Miller
> GA Bar No. 976240
> Kimberly Anderson
> GA Bar No. 602807
> Alexander Denton
> GA Bar No. 660632
> Brian E. Lake
> GA Bar No. 575966
> ROBBINS ROSS ALLOY
> BELINFANTE LITTLEFIELD LLC
> 500 14th Street NW
> Atlanta, GA 30318

                Telephone: (678) 701-9381
                Facsimile: (404) 856-3250
                vrusso@robbinsfirm.com
                jbelinfante@robbinsfirm.com
                cmiller@robbinsfirm.com
                kanderson@robbinsfirm.com
                adenton@robbinsfirm.com
                blake@robbinsfirm.com

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
Bryan F. Jacoutot
Georgia Bar No. 668272
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249
btyson@taylorenglish.com
bjacoutot@taylorenglish.com

*Counsel for State Defendants*

- 3 -

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing STATE DEFENDANTS' COMBINED MOTION FOR ADDITIONAL PAGES AND BRIEF IN SUPPORT has been prepared in Century Schoolbook 13-point, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
