IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**[PROPOSED]**
<u>ORDER GRANTING STATE DEFENDANTS'
MOTION FOR ADDITIONAL PAGES</u>

Having received and considered State Defendants' Motion for Additional Pages, the Court hereby **GRANTS** the motion. State Defendants may file a brief of up to forty-five (45) pages in response to Plaintiffs' motions for attorney fees [Docs. 595 and 596] and their detailed itemizations [Docs. 629, 631, and 632].

**IT IS SO ORDERED** this ____ day of November, 2019.

_____
Amy Totenberg
United States District Judge