# EXHIBIT A

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

## Tweet

**Patricia Arquette** @PattyArquette · Jul 18
FEDS WARNED GEORGIA ABOUT POTENTIAL THREATS BEFORE ELECTION @DanRather @maddow ( hope you guys are watching the new @MarilynRMarks1 case in GA it could be a game changer)

> **Kristen Clarke** @KristenClarkeJD · Jul 17
> ICYMI, DHS warns #Georgia about foreign interference. Threats include:
>
> - Unauthorized entry into polling sites
> - Emails w/ malicious links that could be used for hacking
> - Attempts to hack absentee ballots
> - Power failures, cell or traffic control outages
> wsbradio.com/news/state--re.

9 171 238

**Jen** @jellybean1398 · Jul 18
In Ohio we need our IDs to vote.

1 1

**Anna4 #HandmarkedPaperBallots** @AnnieOakley2015 · Jul 18
Please follow @CoalitionGoodGv also to keep updated on this Court Case to protect the INTEGRITY of GA Elections. Legal battle is expensive so please donate what you can to coalitionforgoodgovernance.org/donate/

1 1

**Friends of Coalition for Good Governance** @FriendsOfCGG · Jul 19
Make sure you make your donations at the link @fairfightaction is using for this week long fundraiser, so that Fair Fight Action will match your donations to support @coalitiongoodgv & the GA #HandMarkedPaperBallots Lawsuit.
Thank you!

> I just gave to help Stacey Abrams fight back against Brian Kemp & his...
> Donate now so Stacey Abrams and Fair Fight can hold Kemp accountable and help protect the rights of all Georgians to engage in
> secure.actblue.com

1 5 8

Search Twitter

### Relevant people

**Marilyn Marks** @MarilynRMarks1
Election integrity activist. opinions solely my own.

**Friends of Coalition f...** @FriendsOfCGG
Grassroots supporters of Good Governance, a 501( demanding secure, fair & elections. #HandMarkedP #VotersOverVendors

**Anna4 #Handmarked...** @AnnieOakley2015
wife/grandma + #HandMarkedPaperBallot #ElectionSecurityGA registertovote.sos.ga.gov elcome...

### United States trends

**#FORDvFERRARI**
In Theaters Tonight
Promoted by FORD v FERRARI

1 · Trending
**#ThursdayMotivation**
19.9K Tweets

2 · Trending
**#HipWithMamamoo**
245K Tweets

3 · Trending
**#ThingsIdLikeToGetBack**
1,666 Tweets

4 · Trending
**#thursdaymorning**
8,293 Tweets

Show more

Terms Privacy policy Cookies Ad
More © 2019 Twitter, Inc.





Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

# Tweet

**Brad Friedman** @TheBradBlog · 8h

Good lord. @GaSecofState Brad Raffensberger must be REALLY desperate at this point to save his crappy, failed, 100% unverifiable BMD touchscreen systems if he's opening a state probe into election integrity champs @MarilynRMarks1 & @rad_atl! Seriously?!

Georgia election officials investigate prominent critics
ATLANTA (AP) — Georgia election officials have opened an investigation into two prominent critics of the state's new touchscreen
apnews.com

4 19 22

**A Voice For All Georgia**
@VoiceForAllGA

Replying to @TheBradBlog @GaSecofState and 2 others

Both @TheBradBlog and @MarilynRMarks1 are Brilliant Voter Integrity Champions. Thank You! Donate to support @MarilynRMarks1 ' @CoalitionGoodGv 's lawsuit for #HandMarkedPaperBallots for Swing State Georgia here coalitionforgoodgovernance.org/donate/ #Election2020 #GAPol #VotersOverVendors

10:56 PM · Nov 13, 2019 · Twitter for iPhone

**4** Likes

Search Twitter

## Relevant people

**A Voice For All Georgia**
@VoiceForAllGA
DEMAND HAND MARKED BALLOTS IN SWING STAT SUPPORT LAWSUIT FOR MARKED PAPER BALLOT

**Brad Friedman**
@TheBradBlog
From BradBlog.com & Bra Trouble-making/muckrak '04! Hosts DAILY national syndicated #BradCast on Radio: BradBlog.com/Bra

**GA Secretary of S...**
@GaSecofState
Official Twitter for Georgi of State Brad Raffensperg

## United States trends

**#FORDvFERRARI**
In Theaters Tonight
Promoted by FORD v FERRARI

1 · Trending
**#ThursdayMotivation**
19.9K Tweets

2 · Trending
**#HipWithMamamoo**
245K Tweets

3 · Trending
**#ThingsIdLikeToGetBack**
1,666 Tweets

4 · Trending
**#thursdaymorning**
8,293 Tweets

Show more

Terms Privacy policy Cookies Ad
More © 2019 Twitter, Inc.











Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

# Tweet

**Jeanne Dufort**
@dufort_jeanne

We did this! @CoalitionGoodGv and @MarilynRMarks1 , with support from @LawyersComm and the Curling Plaintiff's. Please support the ongoing legal fight. Donate at coalitionforgoodgovernance.org/donate

> **Maddow Blog** @MaddowBlog · Aug 28
> This is the first time a federal court has actually struck down an entire state's voting system because they are violating the fundamental right to vote.
>
> 0:06 109.1K views

10:38 PM · Aug 28, 2019 · Twitter for Android

**17** Retweets **44** Likes

**Mason** @TypoToo · Aug 29
Replying to @dufort_jeanne @PattyArquette and 3 others
I'd love it if more of us called out Chief Justice John Roberts every time any kind & every kind of vote tampering is reported. He killed the VRA and needs to be called out constantly. He's actively helping to decimate our Republic & cripple democracy. He's not getting called out
2

**Milton Burlesque** @MiltonBurlesque · Aug 29
Replying to @dufort_jeanne @PattyArquette and 3 others
In Washington State you receive a paper ballot in the mail with a voter guide. Fill it out and return it in a prepaid envelope. You can register to vote when getting a driver's license or lots of public events. It's a safe, quick system. Every state should do it this way.
1

Search Twitter

## Relevant people

**Jeanne Dufort**
@dufort_jeanne
Small town girl who trave globe for decades before down in a southern small Happy Capitalist; Progres Believer in Justice.

**Coalition for Good Go...**
@CoalitionGoodGv
Citizen engagement for s governance through fair a transparent elections. Su to force hand marked pap elections.

**Marilyn Marks**
@MarilynRMarks1
Election integrity activist. opinions solely my own.

## United States trends

**#FORDvFERRARI**
In Theaters Tonight
Promoted by FORD v FERRARI

1 · Trending
**#HipWithMamamoo**
240K Tweets

2 · Trending
**#ThursdayMotivation**
19.4K Tweets

3 · Trending
**#ThingsIdLikeToGetBack**
1,630 Tweets

4 · Trending
**#thursdaymorning**
8,099 Tweets

Show more

Terms Privacy policy Cookies Ad
More © 2019 Twitter, Inc.

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

## Thread

**Marilyn Marks** @MarilynRMarks1 · Apr 30
We @CoalitionGoodGv filed this brief today with the GA Supreme Court. We explain the lower court erred in not permitting our experts to examine the way that the voting machines were configured to display and count ballots. 1/ ...altionforgoodgovernance.sharefile.com/d-sa50efd973d4...

2 60 86

**Marilyn Marks**
@MarilynRMarks1

2/ The GA SOS is attempting to block transparency and continue to be able to count ballots behind closed doors. This cannot be tolerated. Please help us secure the rights of election transparency and accountability. Please donate what you can. crowdpac.com/campaigns/3902...

6:13 PM · Apr 30, 2019 · Twitter Web Client

**27** Retweets **49** Likes

**Colleen wilhelm** @cllnwlhlm · Apr 30
Replying to @MarilynRMarks1
I don't know if they hold any sway over the states but is congress looking at Georgia?

Search Twitter

### Relevant people

**Marilyn Marks**
@MarilynRMarks1
Election integrity activist. opinions solely my own.

### United States trends

**#FORDvFERRARI**
In Theaters Tonight
Promoted by FORD v FERRARI

1 · Trending
**#HipWithMamamoo**
240K Tweets

2 · Trending
**#ThursdayMotivation**
19.4K Tweets

3 · Trending
**#ThingsIdLikeToGetBack**
1,630 Tweets

4 · Trending
**#thursdaymorning**
8,099 Tweets

Show more

Terms Privacy policy Cookies Ad
More © 2019 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

# Thread

**Marilyn Marks** @MarilynRMarks1 · Jul 3
If you want to follow the ins and outs of our @CoalitionGoodGv lawsuit to get auditable elections for GA, follow our friends who are the state's strongest advocates for secure elections @FriendsOfCGG
3 78 104

Pinned Tweet
**Marilyn Marks**
@MarilynRMarks1

We are fighting a righteous battle to vindicate YOUR voting rights. It is massively expensive to fight the State with their unlimited resources and determination not to let the public see what they have done to your vote. Please help if you can! coalitionforgoodgovernance.org/donate/

10:18 PM · Jul 3, 2019 · Twitter Web App

**220** Retweets **263** Likes

**Diana Price** @DianaPrice5 · Jul 12
Replying to @MarilynRMarks1
#HandMarkedPaperBallots
1 1 7

**IT'S TIME!!!** @ITSTIME21282401 · Jul 12
It's the only way
1 6

**Andrew: Beware, Failed State in Tailspin** @amcwiz · Oct 17
Replying to @MarilynRMarks1
How hard do you want me to go after the NCSBE and Cooper after the fiasco???

**Laura Likes Paper Ballots** @Laura_K8T · Jul 15
Replying to @MarilynRMarks1
I talked about your effort on Facebook and gave you a link. Will keep pushing for you. This is our best shot at trying to secure the integrity of GA elections. Thank you!
1 2

**Susan Longosky** @emmasamma2011 · Jul 16
Replying to @MarilynRMarks1
Just donated! I wish you well in all of your efforts.
3

## More replies

**Joimonki #deboosted** @joimonki · Jul 11
Replying to @MarilynRMarks1
Donated! Thank you for the work you're all doing!
I have never felt like my vote counts in Georgia.
2 4

Search Twitter

## Relevant people

**Marilyn Marks**
@MarilynRMarks1
Election integrity activist. opinions solely my own.

## United States trends

**#FORDvFERRARI**
In Theaters Tonight
Promoted by FORD v FERRARI

1 · Trending
**#HipWithMamamoo**
240K Tweets

2 · Trending
**#ThursdayMotivation**
19.4K Tweets

3 · Trending
**#ThingsIdLikeToGetBack**
1,630 Tweets

4 · Trending
**#thursdaymorning**
8,099 Tweets

Show more

Terms Privacy policy Cookies Ad
More © 2019 Twitter, Inc.

**Marilyn Marks**
@MarilynRMarks1

Replying to @FriendsOfCGG @AnnieOakley2015 and 6 others

I am very grateful to @fairfightaction for supporting our group of 5 plaintiffs (@CoalitionGoodGv + 4 GA voters) to help with the huge legal expenses!! They know how expensive it is to fight the State to vindicate voters' rights. Please donate and double the funding!

9:30 PM · Jul 19, 2019 · Twitter Web App

**5** Retweets **11** Likes

**Anna4 #HandmarkedPaperBallots** @AnnieOakley2015 · Jul 19
Replying to @MarilynRMarks1 @FriendsOfCGG and 6 others
secure.actblue.com/donate/handmar... Donations here through @actblue thanks to Fair Fight are matched to support Coalition for Good Gov lawsuit re: #ElectionSecurity in GA.

I just gave to help Stacey Abrams fight back against Brian Kemp & his...
Donate now so Stacey Abrams and Fair Fight can hold Kemp accountable and help protect the rights of all Georgians to engage in
secure.actblue.com

4

