# EXHIBIT B

# Be part of our effort to bring paper ballots to Georgia voters

Our work is focused on protecting voters' rights to fair elections. Your financial support makes possible the success of our mission.

Georgia has the largest population of the few remaining states that use the unauditable paperless touchscreen system statewide. One of the Coalition's current lawsuits seeks a federal court order that voting on Georgia's paperless system is unconstitutional and thus its use must be discontinued. See our Current Projects Page (https://coalitionforgoodgovernance.org/current-projects/) for details and for the other lawsuits we are pursuing. Our News Page (https://coalitionforgoodgovernance.org/news/) presents articles and tweets about our work.

The Coalition Plaintiffs' Motion for Preliminary Injunction against the use of the paperless and therefore unauditable voting machines will be heard in Judge Amy Totenberg's court in Atlanta on July 25 and 26, as part of our federal lawsuit.

Your donations exclusively cover the direct costs of the Georgia federal lawsuit. Executive Director Marilyn Marks devotes full-time effort to the Coalition's work. She does not receive compensation. Likewise, the directors devote many hours each week to the Coalition's work, also without compensation. But the Coalition does have costs associated with being in court that may not be apparent. In addition to attorneys' fees, there are filing fees and travel expenses for out-of-town expert witnesses who will testify.

Please give now. The PayPal website is user friendly and secure. Thank you.



If you prefer to donate by check, please make out the check to Coalition for Good Governance and mail it to

   CGG Secretary
   1520 Cress Court
   Boulder, CO 80304

Our EIN is 26-3670783. Our Public Disclosure copy of the 2018 Return of Organization Exempt From Income Tax (Form 990) is available here (https://coaltionforgoodgovernance.sharefile.com/share/view/s7ede51a1e4642ef9).

Thank you for your support!