# EXHIBIT D

Atlanta Firm Fees

| Entity | First | Last | Hourly Rate | Reduction | Reduced Rate | Total Billed | With Rate Reduced by 25% | Reductions for Lack of Specificity | Reduced at Reduced Rate |
|---|---|---|---|---|---|---|---|---|---|
| K&H | Halsey | Knapp | $500 | 25% | $375 | | | | |
| K&H | Adam | Sparks | $350 | 25% | $263 | | | | |
| K&H | Joyce | Lewis | $350 | 25% | $263 | | | | |
| K&H | Sada | Baby | $250 | 25% | $188 | | | | |
| K&H | K&H | Paralegals | $100 | 25% | $75 | | | | |
| K&H TOTALS | | | | | | $ 229,627.50 | $ 172,220.63 | 80% | $ 34,444.13 |
| | | | | | | | | | |
| | | | | | | | | | |
| H+W | Bryan | Ward | $375 | 25% | $281 | | | | |
| H+W | Scott | Holcomb | $375 | 25% | $281 | | | | |
| H+W | Marvin | Lim | $250 | 25% | $188 | | | | |
| H+W | Aaron | Wright | $250 | 25% | $188 | | | | |
| K&H TOTALS | | | | | | $ 92,780.37 | $ 69,585.28 | 80% | $ 13,917.06 |