# EXHIBIT E

Curling Stages

| Phase | First | Last | Title | Rate | Reduction | Reduced Rate | Hours Billed | Reduction for Hours | Hours Reduced | Reduced Hours at Reduced Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Curling Phase 1 | David | Cross | Partner | $1,065 | 75% | $266 | 376 | 95% | 18.80 | $5,005.50 |
| Curling Phase 1 | John | Carlin | Partner | $1,425 | 75% | $356 | 62 | 95% | 3.10 | $1,104.38 |
| Curling Phase 1 | Joseph | Palmore | Partner | $1,125 | 75% | $281 | 1.75 | 95% | 0.09 | $24.61 |
| Curling Phase 1 | Catherine | Chapple | Senior Associate | $800 | 75% | $200 | 305.25 | 95% | 15.26 | $3,052.50 |
| Curling Phase 1 | Rob | Manoso | Senior Associate | $800 | 75% | $200 | 220.75 | 95% | 11.04 | $2,207.50 |
| Curling Phase 1 | Jane | Bentrott | Mid-Level Associate | $695 | 75% | $174 | 299.25 | 95% | 14.96 | $2,599.73 |
| Curling Phase 1 | Michael | Qian | Mid-Level Associate | $595 | 75% | $149 | 9.75 | 95% | 0.49 | $72.52 |
| Curling Phase 1 | Arvind | Miriyala | Junior Associate | $550 | 75% | $138 | 520 | 95% | 26.00 | $3,575.00 |
| Curling Phase 1 | Jenna | Conaway | Senior Paralegal | $375 | 75% | $94 | 126 | 95% | 6.30 | $590.63 |
| Curling Phase 3 | David | Cross | Partner | $1,065 | 75% | $266 | 303.75 | 70% | 91.13 | $24,262.03 |
| Curling Phase 3 | John | Carlin | Partner | $1,425 | 75% | $356 | 28.25 | 70% | 8.48 | $3,019.22 |
| Curling Phase 3 | Joseph | Palmore | Partner | $1,125 | 75% | $281 | 1.25 | 70% | 0.38 | $105.47 |
| Curling Phase 3 | Catherine | Chapple | Senior Associate | $800 | 75% | $200 | 400.25 | 70% | 120.08 | $24,015.00 |
| Curling Phase 3 | Rob | Manoso | Senior Associate | $800 | 75% | $200 | 130.5 | 70% | 39.15 | $7,830.00 |
| Curling Phase 3 | Cameron | Tepfer | Senior Associate | $750 | 75% | $188 | 142.5 | 70% | 42.75 | $8,015.63 |
| Curling Phase 3 | Jane | Bentrott | Mid-Level Associate | $695 | 75% | $174 | 198 | 70% | 59.40 | $10,320.75 |
| Curling Phase 3 | Marcie | Brimer | Mid-Level Associate | $650 | 75% | $163 | 105.5 | 70% | 31.65 | $5,143.13 |
| Curling Phase 3 | Michael | Qian | Mid-Level Associate | $595 | 75% | $149 | 2.25 | 70% | 0.68 | $100.41 |
| Curling Phase 3 | Arvind | Miriyala | Junior Associate | $550 | 75% | $138 | 399 | 70% | 119.70 | $16,458.75 |
| Curling Phase 3 | Jenna | Conaway | Senior Paralegal | $375 | 75% | $94 | 163.5 | 70% | 49.05 | $4,598.44 |
| Curling Phase 3 | Reema | Ali | Natl Security Analyst | $525 | 75% | $131 | 93.25 | 70% | 27.98 | $3,671.72 |
| Curling Phase 4 | David | Cross | Partner | $1,065 | 75% | $266 | 6.75 | 50% | 3.38 | $898.59 |
| Curling Phase 4 | Austin | Uhler | Junior Associate | $490 | 75% | $123 | 30 | 50% | 15.00 | $1,837.50 |
| Curling Phase 4 | Jenna | Conaway | Senior Paralegal | $375 | 75% | $94 | 2 | 50% | 1.00 | $93.75 |