# EXHIBIT F

Coalition Stages

| Phase | First | Last | Rate | Reduction | Reduced Rate | Hours Billed | Reduction for Hours | Hours Reduced | Reduced Hours at Reduced Rate |
|---|---|---|---|---|---|---|---|---|---|
| Coalition Phase 1 | Cary | Ichter | $625 | Match Knapp | $375 | 10 | 100% | 0.00 | $ - |
| Coalition Phase 1 | Robert | McGuire | $615 | Match Knapp | $375 | 153 | 75% | 38.25 | $ 14,343.75 |
| Coalition Phase 1 | Bruce | Brown | $625 | Match Knapp | $375 | 0 | 75% | 0.00 | $ - |
| Coalition Phase 1 | William | Ney | $450 | 50% | $225 | 70 | 90% | 7.00 | $ 1,575.00 |
| Coalition Phase 2 | Cary | Ichter | $625 | Match Knapp | $375 | 74 | 75% | 18.50 | $ 6,937.50 |
| Coalition Phase 2 | Robert | McGuire | $615 | Match Knapp | $375 | 148 | 75% | 37.00 | $ 13,875.00 |
| Coalition Phase 2 | Bruce | Brown | $625 | Match Knapp | $375 | 69.7 | 75% | 17.43 | $ 6,534.38 |
| Coalition Phase 2 | William | Ney | $450 | 50% | $225 | 49 | 90% | 4.90 | $ 1,102.50 |
| Coalition Phase 3 | Cary | Ichter | $625 | Match Knapp | $375 | 25 | 95% | 1.25 | $ 468.75 |
| Coalition Phase 3 | Robert | McGuire | $615 | Match Knapp | $375 | 186 | 95% | 9.30 | $ 3,487.50 |
| Coalition Phase 3 | Bruce | Brown | $625 | Match Knapp | $375 | 166 | 95% | 8.30 | $ 3,112.50 |
| Coalition Phase 3 | William | Ney | $450 | 50% | $225 | 11 | 95% | 0.55 | $ 123.75 |
| Coalition Phase 4 | Cary | Ichter | $625 | Match Knapp | $375 | 15 | 75% | 3.75 | $ 1,406.25 |
| Coalition Phase 4 | Robert | McGuire | $615 | Match Knapp | $375 | 10 | 75% | 2.50 | $ 937.50 |
| Coalition Phase 4 | Bruce | Brown | $625 | Match Knapp | $375 | 44 | 75% | 11.00 | $ 4,125.00 |
| Coalition Phase 4 | William | Ney | $450 | 50% | $225 | 0 | 90% | 0.00 | $ - |
| Coalition Phase 5 | Cary | Ichter | $625 | Match Knapp | $375 | 16 | 75% | 4.00 | $ 1,500.00 |
| Coalition Phase 5 | Robert | McGuire | $615 | Match Knapp | $375 | 5 | 75% | 1.25 | $ 468.75 |
| Coalition Phase 5 | Bruce | Brown | $625 | Match Knapp | $375 | 29 | 75% | 7.25 | $ 2,718.75 |
| Coalition Phase 5 | William | Ney | $450 | 50% | $225 | 0 | 90% | 0.00 | $ - |
| Coalition Phase 6 | Cary | Ichter | $625 | Match Knapp | $375 | 148 | 75% | 37.00 | $ 13,875.00 |
| Coalition Phase 6 | Robert | McGuire | $615 | Match Knapp | $375 | 9 | 75% | 2.25 | $ 843.75 |
| Coalition Phase 6 | Bruce | Brown | $625 | Match Knapp | $375 | 503 | 75% | 125.75 | $ 47,156.25 |
| Coalition Phase 6 | William | Ney | $450 | 50% | $225 | 0 | 90% | 0.00 | $ - |
| Coalition Phase 7 | Cary | Ichter | $625 | Match Knapp | $375 | 7 | 75% | 1.75 | $ 656.25 |
| Coalition Phase 7 | Robert | McGuire | $615 | Match Knapp | $375 | 44.3 | 75% | 11.08 | $ 4,153.13 |
| Coalition Phase 7 | Bruce | Brown | $625 | Match Knapp | $375 | 145.7 | 75% | 36.43 | $ 13,659.38 |
| Coalition Phase 7 | William | Ney | $450 | 50% | $225 | 0 | 90% | 0.00 | $ - |
| LC Investigation | | | | | | 66.7 | 100% | 0.00 | $ - |
| LC Phase 1 | | | | | | 337 | 70% and $13,375 | 101.10 | $ 19,226.00 |
| LC Phase 2 | | | | | | 338 | 95% | 16.90 | $ 6,081.75 |
| LC Phase 3 | | | | | | 18.8 | 50% | 9.40 | $ 4,022.50 |