# EXHIBIT G

Expenses

| Entity | Category | Cost | | Recommended Reduction | Amount with Reduction | |
|---|---|---|---|---|---|---|
| M&F | Air Freight | $ | 951.34 | 50% | $ | 475.67 |
| M&F | Attorney Fees | $ | 19.00 | 0 | $ | 19.00 |
| M&F | Business Meals | $ | 1,359.73 | 50% | $ | 679.87 |
| M&F | Data Entry | $ | 2,412.50 | 100% | $ | - |
| M&F | Delivery/Messenger Fees | $ | 2,384.35 | 100% | $ | - |
| M&F | Document Preparation Services | $ | 8,215.00 | 100% | $ | - |
| M&F | Document Retrieval Services | $ | 66.00 | 100% | $ | - |
| M&F | eDiscovery Managed Services | $ | 3,858.25 | 0 | $ | 3,858.25 |
| M&F | Expert Fees | $ | 186,831.75 | 75% | $ | 46,707.94 |
| M&F | Long Distance Telephone | $ | 112.78 | 100% | $ | - |
| M&F | Miscellaneous (hotel and inflight Wifi) | $ | 651.22 | 100% | $ | - |
| M&F | Open Records Request | $ | 26,888.22 | 100% | $ | - |
| M&F | Online Research - Westlaw | $ | 107,835.70 | 100% | $ | - |
| M&F | Online Research - Lexis | $ | 7,968.80 | 100% | $ | - |
| M&F | Online Research - Other | $ | 301.06 | 100% | $ | - |
| M&F | Overtime meals | $ | 163.09 | 50% | $ | 81.55 |
| M&F | Overtime transportation | $ | 107.40 | 50% | $ | 53.70 |
| M&F | Photocopies (excluding Open Records) | $ | 5,438.53 | 100% | $ | - |
| M&F | Postage | $ | 2.21 | 0 | $ | 2.21 |
| M&F | Registration Fees (11th Circuit) | $ | 221.00 | 0 | $ | 221.00 |
| M&F | Reporting Fees | $ | 12,428.93 | 0 | $ | 12,428.93 |
| M&F | Travel (Attorney and Expert) | $ | 55,103.31 | 50% | $ | 27,551.66 |
| M&F | Travel Arrangements | $ | 412.50 | 50% | $ | 206.25 |
| M&F | Travel Meals | $ | 2,469.94 | 50% | $ | 1,234.97 |
| M&F | Trial Supplies & Equipment | $ | 1,273.72 | 0 | $ | 1,273.72 |
| Lawyers Committee | Research Fees | $ | 511.53 | 100% | $ | - |
| Lawyers Committee | Airfare - Rosenberg | $ | 9.95 | 50% | $ | 4.98 |
| Lawyers Committee | Airfare - Rosenberg | $ | 30.00 | 50% | $ | 15.00 |
| Lawyers Committee | Airfare - Rosenberg | $ | 794.60 | 50% | $ | 397.30 |
| Lawyers Committee | Dinner - Rosenberg | $ | 35.00 | 50% | $ | 17.50 |
| Lawyers Committee | Taxi - Rosenberg | $ | 20.22 | 50% | $ | 10.11 |
| Lawyers Committee | Taxi - Rosenberg | $ | 39.10 | 50% | $ | 19.55 |
| Lawyers Committee | Breakfast - Rosenberg | $ | 22.64 | 50% | $ | 11.32 |
| Lawyers Committee | Dinner - Rosenberg | $ | 66.26 | 50% | $ | 33.13 |
| Lawyers Committee | Taxi - Rosenberg | $ | 9.09 | 50% | $ | 4.55 |
| Lawyers Committee | Taxi - Rosenberg | $ | 9.10 | 50% | $ | 4.55 |
| Lawyers Committee | Taxi - Rosenberg | $ | 9.60 | 50% | $ | 4.80 |
| Lawyers Committee | Airfare - Rosenberg | $ | 30.00 | 50% | $ | 15.00 |
| Lawyers Committee | Breakfast - Rosenberg | $ | 22.64 | 50% | $ | 11.32 |
| Lawyers Committee | Lodging - Rosenberg | $ | 498.64 | 50% | $ | 249.32 |
| Lawyers Committee | Lunch - Rosenberg | $ | 29.84 | 50% | $ | 14.92 |
| Lawyers Committee | Taxi - Rosenberg | $ | 12.94 | 50% | $ | 6.47 |
| Lawyers Committee | Taxi - Rosenberg | $ | 21.40 | 50% | $ | 10.70 |
| Lawyers Committee | Train - Rosenberg | $ | 11.45 | 50% | $ | 5.73 |
| Lawyers Committee | Airfare & Lodging Conarck | $ | 1,216.34 | 50% | $ | 608.17 |
| Lawyers Committee | Airfare - Brody | $ | 555.61 | 50% | $ | 277.81 |
| Lawyers Committee | Airfare - Rosenberg | $ | 586.56 | 50% | $ | 293.28 |
| Lawyers Committee | Dinner - Rosenberg | $ | 20.90 | 50% | $ | 10.45 |
| Lawyers Committee | Subway - Rosenberg | $ | 2.00 | 50% | $ | 1.00 |
| Lawyers Committee | Taxi - Rosenberg | $ | 25.54 | 50% | $ | 12.77 |
| Lawyers Committee | Dinner - Rosenberg | $ | 126.63 | 50% | $ | 63.32 |
| Lawyers Committee | Lunch - Rosenberg | $ | 31.52 | 50% | $ | 15.76 |
| Lawyers Committee | Lunch - Rosenberg | $ | 9.76 | 50% | $ | 4.88 |
| Lawyers Committee | Lodging - Rosenberg | $ | 5.00 | 50% | $ | 2.50 |
| Lawyers Committee | Lodging - Rosenberg | $ | 665.24 | 50% | $ | 332.62 |
| Lawyers Committee | Lunch - Rosenberg | $ | 12.59 | 50% | $ | 6.30 |

Expenses

| Entity | Category | Cost | Recommended Reduction | Amount with Reduction |
|---|---|---|---|---|
| Lawyers Committee | Subway - Rosenberg | $ 3.50 | 50% | $ 1.75 |
| Lawyers Committee | Taxi - Rosenberg | $ 174.41 | 50% | $ 87.21 |
| Lawyers Committee | Travel and Meals - Powers | $ 7,535.70 | 50% | $ 3,767.85 |
| CGG Expenses | Marilyn Marks Time | $ 125,330.00 | 100% | $ - |
| CGG Expenses | Taran Greenwald Time | $ 29,826.00 | 100% | $ - |
| CGG Expenses | Interns | $ 3,392.00 | 100% | $ - |
| CGG Expenses | Interns | $ 4,225.00 | 100% | $ - |
| CGG Expenses | Interns | $ 790.53 | 100% | $ - |
| CGG Expenses | Philip Stark Time | $ 39,450.00 | 95% | $ 1,972.50 |
| CGG Expenses | Matthew Bernhard Time | $ 19,200.00 | $ 14,880.00 | $ 4,320.00 |
| CGG Expenses | Ritchie Wilson Time | $ 42,651.00 | 80% | $ 8,530.20 |
| CGG Expenses | Candice Hoke Time | $ 17,628.00 | 80% | $ 3,525.60 |
| CGG Expenses | Holcomb + Ward | $ 75,018.00 | 100% | $ - |
| CGG Expenses | Remaining Expenses | $ 38,269.29 | 80% | $ 7,653.86 |
| Brown | Hand deliveries | $ 78.25 | 100% | $ - |
| Brown | Messenger Services | $ 122.81 | 100% | $ - |
| Brown | Doan service | $ 428.00 | 100% | $ - |
| Brown | Messenger Services | $ 19.95 | 100% | $ - |
| Ichter | Copies | $ 45.00 | 100% | $ - |
| Ichter | Parking | $ 18.00 | 100% | $ - |
| Ichter | Copies | $ 56.25 | 100% | $ - |
| Ichter | Copies | $ 3.75 | 100% | $ - |
| Ichter | Westlaw | $ 26.14 | 100% | $ - |
| Ichter | Copies | $ 31.95 | 100% | $ - |
| Ichter | Copies | $ 76.80 | 100% | $ - |
| Ichter | Westlaw | $ 64.08 | 100% | $ - |
| Ichter | Copies | $ 237.45 | 100% | $ - |
| Ichter | Postage | $ 2.68 | 100% | $ - |
| Ichter | Copies/Delivery | $ 178.86 | 100% | $ - |
| Ichter | Copies | $ 49.95 | 100% | $ - |
| Ichter | Parking | $ 15.00 | 100% | $ - |
| Ichter | Parking | $ 18.00 | 100% | $ - |
| Ichter | Copies | $ 10.95 | 100% | $ - |
| Ichter | Copies | $ 21.90 | 100% | $ - |
| Ichter | Postage | $ 17.60 | 100% | $ - |
| Ichter | Parking | $ 20.00 | 100% | $ - |
| Ichter | Parking | $ 18.00 | 100% | $ - |
| Ichter | Copies | $ 141.90 | 100% | $ - |
| Ichter | Copies | $ 212.25 | 100% | $ - |
| Ichter | Westlaw | $ 15.46 | 100% | $ - |
| Ichter | PHV fee | $ 150.00 | 100% | $ - |
| Ichter | PHV fee | $ 150.00 | 100% | $ - |
| Ichter | Filing fee | $ 190.03 | 100% | $ - |
| McGuire | Expenses | $ 4,808.00 | 100% | $ - |