IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**COALITION PLAINTIFFS' MOTION FOR EXTENSION OF TIME
<u>TO FILE REPLY BRIEFS</u>**

Coalition Plaintiffs move the Court for extensions of time to file two upcoming reply briefs.

First, Coalition Plaintiffs' Reply Brief in Support of their Motion for Preliminary Injunction (Doc. 640) is currently due December 4, 2019. Coalition Plaintiffs seek an extension of time to file the reply until Monday, December 16, 2019. Coalition Plaintiffs seeks this extension because lead counsel have long-planned vacations around the upcoming Thanksgiving holiday and because additional time is necessary to collect and consider evidence involving the use of the Dominion system in the November 2019 elections.

Second, Coalition Plaintiffs' Reply Brief in Support of their Motion for Attorneys Fees and Costs (Doc. 595) is currently due November 29, 2019. Coalition Plaintiffs seek an extension of time to file the reply until January 10,

1

2020.  This extension also is necessary because of the upcoming holidays and will allow the Coalition Plaintiffs and their counsel to focus on the preparation of the Reply in Support of the Motion for Preliminary Injunction.

The Curling Plaintiffs have authorized the undersigned to report that they have no objection to this Motion.  If this Motion is granted, Coalition Plaintiffs would request that the deadlines for reply briefs from both Plaintiff groups be extended, and the proposed order attached hereto so provides.

Respectfully submitted this 20th day of November, 2019.

| | |
|---|---|
| /s/ Bruce P. Brown | /s/ Robert A. McGuire, III |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Counsel for Coalition for Good Governance*

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,*
*Ricardo Davis & Megan Missett*

2

*/s/ John Powers*
Ezra D. Rosenberg
John Powers
David Brody
Lawyers' Committee for Civil Rights
Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8300
*Counsel for Coalition Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Bruce P. Brown*
Bruce P. Brown

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## ORDER GRANTING COALITION PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS

Having received and considered Coalition Plaintiffs' Motion for Extension of Time to File Reply Briefs, the Court hereby GRANTS the motion.  Coalition Plaintiffs and Curling Plaintiffs shall have until December 16, 2019 to file Reply Briefs in Support of their Motions for Preliminary Injunction (Doc. 619, Doc. 640) and until January 10, 2020 to file Reply Briefs in Support of their Motion for Fees (Doc. 595 and Doc. 596).

SO ORDERED this ___ day of _____, 2019.

_____
Amy Totenberg
United States District Judge

2