IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on the Coalition Plaintiffs' Motion for Extension of Time to File Reply Briefs [Doc. 664] seeking an extension of time to file their Reply briefs in support of both their Motion for Preliminary Injunction and their Motion for Attorneys Fees and Costs. The Curling Plaintiffs do not oppose the motion. The motion is **GRANTED** and the extensions are effective as to both the Coalition Plaintiffs and the Curling Plaintiffs.

Accordingly, the Court modifies the briefing schedule for Plaintiffs' Motions for Preliminary Injunction and Motions for Attorneys Fees and Costs as follows:

| EVENT | DATE |
|---|---|
| Plaintiffs' Replies in Support of Preliminary Injunction Motions | December 16, 2019 |
| Plaintiffs' Replies in Support of Motions for Attorneys Fees and Costs | January 10, 2020 |

**IT IS SO ORDERED** this 20th day of November, 2019.

                                                             _____
**Amy Totenberg**
**United States District Judge**