IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | |
| Defendants. | |

**ORDER**

This matter is before the Court on Fulton County Defendants' Motion to Amend their Consolidated Response to Plaintiffs' Motions for Attorneys' Fees [Doc. 662] in order to substitute page 17 of the brief which contained a typographical error.  The motion is **GRANTED** and the Court **DIRECTS** the Fulton County Defendants to file a corrected Response brief on the docket in full.  Once the corrected document has been filed, the Court **DIRECTS** the Clerk to **STRIKE** the original Response brief filed at Doc. 661.

**IT IS SO ORDERED** this 20th day of November, 2019.

_____
**Amy Totenberg
United States District Judge**