# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, *et al*,                )
                                       )
                        Plaintiffs,    )
                                       )
            v.                         )        **CIVIL ACTION NO.**
                                       )        **1:17-CV-2989-AT**
BRAD RAFFENSPERGER, *et al*,           )
                        Defendants.    )
                                       )
                                       )

## ORDER TO ALLOW ELECTRONIC
## EQUIPMENT INTO THE COURTROOM

IT IS HEREBY ORDERED that counsel of record for Plaintiff, David Cross and Mary Kaiser, in the above-referenced case be permitted to bring the following personal electronic devices into the Richard B. Russell Building, Courtroom 2308, on December 6, 2019 for a hearing before Judge Amy Totenberg:

- laptop computers and computer accessories (*e.g.*, computer mouse, batter recharger, personal WiFi hotspots, power cords);

- tablet computers (*e.g.*, Apple iPad, Microsoft Surface Pro); and

- apple watch and mobile phones, including mobile phones with cameras, (which may also operate as WiFi hotspots).

Proper identification will be required upon entering the facility and said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

IT IS SO ORDERED this 5th day of December, 2019.

**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**