IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRIAN KEMP, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

## [PROPOSED] ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING DECEMBER 6, 2019 STATUS CONFERENCE

Coalition for Good Governance Plaintiffs' counsel Bruce Brown and Cary Ichter and Plaintiff representative Marilyn Marks may bring and use 3 laptop computers, 3 mobile phones, power cords, chargers, and any necessary accessories and media, for use during the conference on December 6, 2019 before Judge Amy Totenberg, at the discretion of the Court. Said equipment shall be subject to inspection. Proper identification is required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this _____ day of December, 2019.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE