# EXHIBIT A

Executive Summary

Initial Findings: Pilot Counties Municipal Elections 2019

New Georgia Statewide Voting System

Overview

The intent of conducting pilots in municipal elections is to place the new equipment into real election conditions to evaluate the equipment, the processes and importantly the people interacting with the new verifiable paper trail voting system.

As the office of Secretary of State has been working with the new system, we have seen that it isn't simply changing one type of mechanism, a Direct Recording Electronic (DRE) voting, machine for another machine, the Ballot Marking Device (BMD). The new paper ballot voting system fundamentally changes the way that the state of Georgia has conducted voting for nearly two decades.

With that in mind, the implementation team understood that piloting the new system in real world conditions, with the introduction of poll workers, polling places, and most importantly voters, would be vital to bring potential issues to the forefront.

With that in mind, we picked nine counties to do the initial pilots: Bacon, Bartow, Carroll, Catoosa, Decatur, Evans, Lowndes, Paulding, and Treutlen. All elections officials were brought in for three days of training to our Center For Elections with Dominion and SOS Staff. Bacon, Evans, and Treutlen ended up having no municipal elections, so the remaining six counties conducted their November elections on the new system. Cobb County volunteered to conduct a pilot election with the new system, except using hand-marked paper ballots instead of ballot marking devices. That pilot still included the Poll Pad, Polling Place Scanner, and new election management system. The Secretary of State's office is extremely grateful to the counties who volunteered to be the first to test this new system. Their work and lessons learned is irreplaceably valuable as the State continues this implementation.

2

## Initial Findings

There were 27,482 votes cast in the Municipal (and County) elections in the six pilot counties. That means there were 27,482 interactions by voters with the new voting machines that were completed successfully.

Here are the breakouts of ballots cast:

| County | Votes Cast | Registered | Percent Turnout |
|--------|-----------|-----------|-----------------|
| Bartow | 1,989 | 13,708 | 14.5% |
| Carroll | 3,455 | 25,527 | 13.5% |
| Catoosa | 4,614 | 47,840 | 9.6% |
| Decatur | 1,047 | 6,974 | 15.0% |
| Lowndes | 9,495 | 71,017 | 13.4% |
| Paulding | 6,882 | 107,021 | 6.4% |

Here are the breakouts of the deployment of equipment:

| County | Advanced | | Election Day | |
|--------|----------|--------------------|--------------|--------------------|
| | BMD | Polling Place Scanner | BMD | Polling Place Scanner |
| Bartow | 27 | 4 | 180 | 26 |
| Carroll | 12 | 3 | 20 | 12 |
| Catoosa | 14 | 2 | 48 | 11 |
| Decatur | 25 | 2 | 169 | 10 |
| Lowndes | 10 | 1 | 22 | 2 |
| Paulding | 21 | 5 | 28 | 5 |
| | | | | |
| Totals | 109 | 17 | 467 | 66 |
| | | | | |

So overall in service there were 576 BMDs and 83 Polling Place Scanners deployed.

As you will see in the subsequent appendices there were 45 total "incidents" reported. Some of those were not problems, they were reports of the system functioning properly, but it being new, and wanting to be thorough, the poll workers called them into the technicians from Dominion.

**By that measure, we had 45 incidents out of 27,482 votes or an incident rate of 0.164%. There were 4 touchscreens out of 576 (0.69%) and 1 scanner out of 83 (1.2%) were taken from service out of an abundance of caution. <u>Further, nearly all issues were caused by human error or interaction which can be mitigated through training or identified through testing.</u>**

3

# APPENDIX A
Multiple County

## PollPad

Each County, with the exception of Catoosa, had an issue upon opening of polls with some PollPads. Some PollPads were not able to produce Voter Cards to activate the BMDs. The process would start and the voter could be identified as being in the right place. However, the screen would ask the voter to pick a party. Obviously, as a municipal or county election, the elections are non-partisan, so the work-flow would hit a dead end. The issue was discovered upon the opening of the polls and was reported from Bartow, Carroll, Cobb, and Paulding by approximately 7:20am. SOS office requested that Dominion contact their technicians on site in the remaining counties and discovered the issue was in Decatur and Lowndes as well.

The Center For Elections identified the issue was there was an additional field within the dataset erroneously. The issue could be remedied be reloading the final dataset with the field removed. By 7:40am the SOS office directed that KnowInk and Dominion do a universal fix quickly by loading that dataset through a WiFi connection. That was executed and the PollPads then began to function properly by approximately 8:20am.

Below are the collected reports:

| Time | Location | Equipment | Issue | Resolved | Resolution Notes |
|------|----------|-----------|-------|----------|------------------|
| | | | | | |
| | Bartow | PollPads | At least one working at each location | | |
| 724 | Carroll | PollPads | Bonner-pollpads not able to create cards, also not working at other county admin. Greg contacted KnowInk person | Resolved | |
| 802 | Carroll | PollPads | pollpads to syncing-unable to process voters | Resolved | |

4

| | Decatur | PollPads | Some working, some did not | | |
|---|---|---|---|---|---|
| 733 | Lowndes | PollPads | Gabe reported the pollpads are not working, called Rokey, it is the same issue they saw in the warehouse | Resolved | |
| 800 | Lowndes | PollPads | Lowndes-Gabe reported that they are not able to process voters through the pollpad, said we can turn on Wi-Fi | Resolved | |
| 807 | Lowndes | PollPads | per Gabe, one tech going around to update pollpads does not work | Resolved | |
| 717 | Paulding | PollPads | Pollpads not working at Diane Wright-unable to scan unable to look up manually, they have a line and people are leaving. Left message for Rokey | Resolved | |

5

# APPENDIX B
Bartow County

| Time | County | Equipment | Issue | Resolved | Resolution Notes |
|---|---|---|---|---|---|
| 620 | Bartow | Touchscreen | Touchscreen staying in landscape mode | Resolved | |
| 945 | Bartow | PPS | Scanner was needing to have some ballots, not all, inserted multiple times to read ballot AAFAJJJ0050, scanner is reading ballots | Resolved | |
| 1043 | Bartow | Touchscreen | Cartersville West-Touchscreen rebooted while voter was at the touchscreen, voter was able to vote normally once machine rebooted and pollworker got machine | Resolved | picked up an incident report, pollworker was able to reactivate machine, voter was able to reuse card without issue, no further issues reported on this |

6

| | | | back to voting screen | | machine. |
|---|---|---|---|---|---|
| 1500 | Bartow | Touchscreen | Cartersville West- Machine rebooted, stuck at the boot loader screen, power cycled machine, operating normally at this time | Resolved | |
| 1735 | Bartow | Touchscreen | Catersville West- machine rebooted stuck at boot loader screen, cycled power on machine. 2nd time this happened on this machine | | |
| 1820 | Bartow | Touchscreen | Cartersville -East machine froze, rebooted battery and machine returned to normal operation SN:1907020 644 | Resolved | |
| | | PollPads | | | pollpad check in - trouble reading drivers licenses. Strong |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | florecent light above PP.  Did partial manual check in |
| | | PPS | | | After use, it is helpful to submit ballot face down (fold down) |
| 1850 | Bartow | Touchscreen | Cartersville East touchscreen down, rebooted and stuck on a black screen. | Resolved | |

## APPENDIX C
Carroll County

| Time | County | Equipment | Issue | Resolved | Resolution Notes |
|---|---|---|---|---|---|
| 845 | Carroll | PPS | precinct scanner jammed, cleared jam, ICP would not accept ballots, scanner replaced, voting normal | Resolved | |
| 1246 | Carroll | Touchscreen | Machine rebooted, stuck at the boot loader | Resolved | |

8

| | | | screen, power cycled machine, operating normally at this time | | |
|---|---|---|---|---|---|
| 1320 | Carroll | Touchscreen | Bonner-swapping out 2 touchscreen because they have rebooted multiple times | Resolved | tech swapping out machines |
| 1545 | Carroll | Touchscreen | machine battery symbol dissapeared from machine, machine still functioning normal. Tech keeping watch on machine for any changes | Resolved | county admin location |
| 1545 | Carroll | Touchscreen | voter stuck drivers license into machine, machine went to a black screen, rebooting machine, black screen has happened multiple times on this machine. | Resolved | bonner-rover onsite, same location has had an issue on 4 of 6 total machines, 2 machines rebooted and where replaced and then 1 of the replacement machines rebooted as |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | well.bonner down to 3 touchscreen , tabernacle church had machine rebooted also |
| 1545 | Carroll | Touchscreen | rebooted machine but it will not power back on. Recommended to remove power, remove battery, let machine sit for 2 minutes, replug battery, once machine is at the start screen plug in power and resume normal operation | Resolved | university of west GA-machine replaced, machine rebooted normally but they are replacing the machine |

APPENDIX D

Catoosa County

10

| Time | County | Equipment | Issue | Resolved | Resolution |
|---|---|---|---|---|---|
| 745 | Catoosa | Touchscreen | lakeview printer jam, printed ballot information on one page and barcode on second page, ballot being spoiled and voter remaking ballot | | Log files will be collected Thurs/Fri and sent to Dominion engineering |
| 1010 | Catoosa | Touchscreen | power not attached correctly-reattached power correctly and touchscreen is working normally | Resolved | |
| 1040 | Catoosa | Touchscreen | Ringgold Freedom Center-voter went to touchscreen, before printing ballot the screen went blank, Voter was able to use same voter card and cast a ballot successfully without re-creating voter access card, tech | Resolved | number mismatch on touchscreen compared to scanner and voter registration numbers. Tonya is aware of the situation. Machine escalated to Engineering and we will need to pull the log files from machine. |

11

| | | | mentioned touchscreen number increased by 2 ballot printed, scanner and voter count numbers match. | | |
|---|---|---|---|---|---|
| 1100 | Catoosa | Touchscreen | Fort Oglethorpe City: machine keeps going black, tech going onsite to check the power connections. Taking machine out of service and will use remaining machines at that location | Resolved | |
| 1327 | Catoosa | Touchscreen | West Side location: pollworker added paper to the printer and they received a message on the screen about the change | Resolved | recycled power to the touchscreen and printer and everything worked normal, suspect they hit the prompt to not use the USB device and did not reboot the touchscreen and the printer both |

| | | | | | causing the issue. |
|---|---|---|---|---|---|
| 1340 | Catoosa | Touchscreen | West side location: pollworker smart card are not reading in the tech is creating a new pollworker card. Having this issue on 2 of 4 machines, tech taking pollworker card to site | Resolved | recycled power to the touchscreen and printer and everything worked normal, suspect they hit the prompt to not use the USB device and did not reboot the touchscreen and the printer both causing the issue. |
| 1850 | Catoosa | Touchscreen | Oglethorpe touchscreen rebooted and went to a black screen | Resolved | |

APPENDIX E
Decatur County

| Time | County | Equipment | Issue | Resolved | Resolution Notes |
|------|--------|-----------|-------|----------|------------------|
| 630 | Decatur | Electrical | | | power issues at the coliseum, finding live outlets for use |
| 2020 | Decatur | CSD | | | Question about CSD procedure to verify he was doing it correctly |

APPENDIX F
Lowndes County

| Time | County | Equipment | Issue | Resolved | Resolution Notes |
|------|--------|-----------|-------|----------|------------------|
| 825 | Lowndes | Touchscreen | precinct 6 touchscreen not showing charging, asked to verify unit is plugged in, UPS is showing correctly and the power is plugged in on the touchscreen | | |
| 1355 | Lowndes | Touchscreen | USB change message on 1 machine, checking to make sure the site is checking the check box to use the USB device and | Resolved | |

15

| | | | | | |
|---|---|---|---|---|---|
| | | | hitting always on the message. | | |
| 1745 | Lowndes | Touchscreen | Precinct 4-touchscreen  frozen, tech went onsite and power cycled the machine, pulled the battery then replugged the battery and machine returned to normal operation | | |
| 1820 | Lowndes | Touchscreen | Naylor- 3 machines at one end of the building and when the voter prints it causes the other 2 touchscreens to show a usb change message. the same thing happens in the same building but at a different outlet in the building, same thing where a voter prints | | |

16

| | | | on 1 touchscreen and the other 2 show the USB change message | | |
|---|---|---|---|---|---|
| 2045 | Lowndes | Reporting | | | questions about Results Tally Reporting and getting results loaded correctly. Scanner cards were created for only 1 scanner so everything scanned on second scananer weren't recognized |
| 2110 | Lowndes | PPS | | | tech created one set of cards for multiple scanners creating an issue where the county can not load the cards this happened at multiple polling locations. The plan is to create CSD scanners and run the ballots tonight through the |

| | | | | | CSD to get results |
|---|---|---|---|---|---|
| | | | | | |

## APPENDIX G
Paulding County

| Time | County | Equipment | Issue | Resolved | Resolution Notes |
|---|---|---|---|---|---|
| 640 | Paulding | Touchscreen | PW card not working on all machines, borrowed PW card from another precinct to | | |

| | | | get all machines up and running | | |
|---|---|---|---|---|---|
| 700 | Paulding | PPS | time not changed-Church at the Ridge | Resolved | |
| 1410 | Paulding | Accessible session | Poplar Springs Batist Chruch, headset unable to hear audio, pollworker created the card for the accessible voter incorrectly | Resolved | |
| 1505 | Paulding | Touchscreen | Watson Precinct-touchscreen needed to be reboot, it wasn't reading smart cards and when it came back on had message that the reader was detached, rebooted machine again and normal operation continued | Resolved | |
| 1945 | Paulding | CSD | | | when scanning results not all results were loading into Results Tally |

19

| | | | | | Reporting module, ended up re-scanning the 81 ballots and they transferred into module normally |
|---|---|---|---|---|---|
| | | | | | |

# APPENDIX H
Next Steps

- As of Friday, November 8, Dominion has obtained log records from any equipment with reported issues.
- Log files being examined by Dominion engineering

20

- For Cobb hand-marked pilot, anecdotal accounts of voters given incorrect ballots. Need to compare reporting at precinct level to voter check-ins.
- County Debrief to GA SOS Office, Dominion, and KnowInk scheduled.
- Prepare for runoffs in Valdosta Mayor race, Smyrna Mayor race, and Smyrna Ward 2 with information obtained from first pilot.

21