# EXHIBIT D



# OFFICIAL ELECTION BULLETIN
November 27, 2019

___

**TO:**     County Election Officials and County Registrars

**FROM:**   Chris Harvey, Elections Division Director

**RE:**     Pickup of DRE Voting System Equipment

___

As has been previously communicated, the Secretary of State's Office will begin the process of taking custody of all components of the DRE voting system, including ExpressPolls, OS scanners, encoders, memory cards, and any media that contains election data, ballot data, or vote data.

A state contractor, Premier, will be taking custody of and securing all of the DRE voting system. As has also been previously communicated, this equipment must be preserved in a secure atmosphere due to ongoing litigation. Once the judge overseeing the litigation allows for it, the equipment will be securely recycled.

If a county refuses to turn over county-owned DRE Voting System Equipment, the county will have to continue to store that equipment in a secure manner and, when authorized by the judge, be prepared to dispose of the equipment (at county expense) in a way that is consistent with the secure destruction of materials containing confidential information. Because each DRE contains GEMS database information and votes cast, the DREs cannot be released out of your custody, transferred, or sold to any other third party.

Once the inventory list is returned to the Secretary of State's Office, we will get the lists to the state Department of Administrative Services (DOAS), who will get the list to the contractor, Premier, to schedule pickup of the old equipment.

Premier will contact each county and give a date for pickup and an approximate time window for pickup. Counties need not do anything to or with the equipment prior to pick up except to make sure that the path to the equipment is clear and that the equipment to be picked up is clearly identified. If a county has some special circumstances for pick up, they should communicate that to Premier upon being notified of the pickup date and time.