IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>  Defendants. | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

**NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD**

Comes now Counsel for State Defendants and pursuant to Rule 83.1(E)(2), hereby submits this Notice of Withdrawal of Kimberly K. Anderson as Attorney of Record in the above matter.

Given Governor Kemp's recent announcement of Kimberly Anderson's appointment to the DeKalb County State Court, she hereby withdraws as attorney of record for Defendants in the above matter.  Vincent Russo, Josh Belinfante, Carey Miller, Alexander Denton and Brian Lake of Robbins Ross Alloy Belinfante Littlefield; Bryan P. Tyson and Bryan F. Jacoutot of Taylor English Duma LLP will all continue in their representation as attorneys for the State Defendants.

Respectfully submitted this 6th day of December, 2019.

/s/ Kimberly K. Anderson
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Kimberly Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249

*Counsel for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD** has been prepared in Times Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Kimberly K. Anderson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 6th day of December, 2019.

*/s/ Kimberly K. Anderson*