# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 12/06/2019.

TIME COURT COMMENCED: 11:15 A.M.
TIME COURT CONCLUDED: 1:25 P.M.
TIME IN COURT: 2:10
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: Ricky Meadows
DEPUTY CLERK: Harry Martin

ATTORNEY(S) PRESENT:
Joshua Belinfante representing The State Election Board
Bruce Brown representing Coalition for Good Governance
Kaye Burwell representing The Fulton County Board of Registration and Elections
David Cross representing Donna Curling
Cary Ichter representing Coalition for Good Governance
Halsey Knapp representing Donna Curling
Robert McGuire representing Coalition for Good Governance
Carey Miller representing The State Election Board
Adam Sparks representing Donna Curling
Bryan Tyson representing The State Election Board

PROCEEDING CATEGORY: Status Conference(Other Proceeding Non-evidentiary);
MINUTE TEXT: See Transcript
HEARING STATUS: Hearing Concluded