# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## DECLARATION OF DAVID D. CROSS IN SUPPORT OF CURLING PLAINTIFFS' REPLY MOTION FOR PRELIMINARY INJUNCTION

David D. Cross, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1.     I am a member of the bars of the State of New York and the District of Columbia. I am a partner with the law firm of Morrison & Foerster LLP and lead counsel in this case representing Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs") in the above-captioned matter. I have been admitted *pro hac vice* in these proceedings. This Declaration is given based on my personal knowledge of the facts set forth herein and is given in connection with my firm's representation of the Curling Plaintiffs.

2.     The document attached as an exhibit to this Declaration is a true and correct copy of the document cited in the contemporaneously filed Curling Plaintiffs' Reply Memorandum in Support of Motion for Preliminary Injunction.

3.     Attached as Exhibit A to this Declaration is a true and correct copy of Smartmatic USA's Election Management System proposal in response to the State of Georgia's solicitation of a statewide voting system.

I declare under penalty of the perjury laws of the State of Georgia and the United States that the foregoing is true and correct and that this declaration was executed this 16th day of December, 2019, in Washington, D.C..

*/s/ David D. Cross*_____
David D. Cross

# EXHIBIT A





# 0-3 Proposed SVS_SMMT



# Table of Content

1   EPOLL DATA MANAGEMENT SYSTEMS: VIU & ADVOCATE ....................... 4

2   ELECTION MANAGEMENT SYSTEM: CLEARVOTE 1.5 ................................... 6

   2.1   1. MODERN TECHNOLOGY FOUNDATION ......................................................6

   2.2   2. AUDITABILITY ...........................................................................................6

   2.3   3. UNIFORMITY ............................................................................................6

3   ELECTION ADDITIONAL SYSTEMS ................................................................ 11

   3.1   ELECTION-360 .........................................................................................11

   3.2   BALLOT DNA............................................................................................11

   3.3   ABSENTEE BALLOT ...................................................................................13

4   ACCESSIBILITY FEATURES FOR VOTERS WITH DISABILITIES. ......... 14

5   TECHNICAL SUPPORT SYSTEM ...................................................................15

6   TRAINING PLAN - GASOS STAFF AND COUNTY STAFF ..............................16

7   TRAINING PLAN - VOTER EDUCATION AND OUTREACH...........................18

8   GLOBAL SERVICES - IN CLOSING ...................................................................20



Thank you for the opportunity to propose a solution for Georgia's next statewide voting system.  We are pleased to offer you a Proposal for this unique voting system and would like to take a moment to tell you why:

*It's different and it's better*

The proposed system entered development the latest of any system you will see.  It is not held back by legacy architectures and instead was architected by a mix of people from elections and from people from other high technology industries- people with fresh perspectives on how to make elections more secure and efficient.

Everyone using our proposed system ends the process with a scannable paper ballot.  That ballot looks and feels the same regardless of how it was marked.  No voter's ballot looks different because they used an accessible voting mode.  …and **there are no results barcodes anywhere in this system**.

The all-COTS approach shatters the paradigm around voting system lifecycle, instead allowing an inexpensive technology re-fresh every five years.  The replaced devices can be used in the schools or other public entities since it will have been utilized only a few days a year.  The COTS approach also provides for less training needs due to hardware and interfaces already familiar to the poll worker, easier disaster recovery, and simplified repair among other reasons.

*Who is the "we" behind: "it's better"*

This Proposal is authored by a partnership between **Smartmatic, Clear Ballot Group and DemTech.**  Each is a leader in innovation and have a tremendous record of success.  Smartmatic is the world's largest elections company and brings nation-level deployment expertise, a 660 person staff, and the greatest financial strength of any provider in the industry.  Clear Ballot pioneered a huge departure from other providers' architectures: all-COTS equipment, discernment of voter marks using the whole ballot for context, start from an auditing standpoint, and a seamless fabric of security. Advocate software from DemTech powers Smartmatic ePollbook hardware to provide a powerful yet lightweight voter check-in and voting machine activation center for the polling place. Also, every member on our TEAM that works on the new Georgia Voting System post award will have gone through an FBI and State Police background check.

--Kevin Shelly, President, Smartmatic USA



2



While it would be easy to consider Georgia as just another in-person, touchscreen voting State, such a characterization would be extremely short-sighted.  Georgia pioneered the use of touchscreen voting systems.  By continuing to reap the advantages a statewide voting system brings and by continuing the use of touchscreen voter interfaces (even in the face of ill considered opposition) Georgia continues its pioneering ways. Smartmatic is well known as a pioneer in voting system architecture, usability and security and as a leader in its service offering.  The system we propose offers these differentiators, and others, that benefit Georgia election officials and voters: an all Commercial-off-the-Shelf (COTS) offering that shatters the ten to twelve year paradigm of a voting system lifecycle and instead offers inexpensive upgrades as technology progresses similarly, obsolescence proofing through that all-COTS architecture. As technology changes, the State moves forward along with it security via COTS scalability as CCOS grows universal usability through a pure implementation of the Anywhere Ballot.

Smartmatic has partnered with some of the most forward thinking companies to provide a full election solution that is integrated to provide an optimal experience to all users, whether it is  the voter, the poll worker / election official or activist in terms of usability, accuracy and security. The products and partners that Smartmatic offers to cover the  needs of the State of Georgia are:



3



# 1    ePoll Data Management Systems: VIU & Advocate

The Advocate Precinct Management System gives you the power to address many challenges whilst maintaining control of what's going on at the precinct and early voting centers. Delivering a consistent and flawless administration to the process of legitimate ballot access for a voter is crucial to any election and Advocate covers it all.

We are passionate about our commitment to managing with consistency the access right for any voter to their ballot and Advocate has proven itself again and again through two presidential cycles and across thousands of elections with vary complexity that it can deliver every time.

Thanks to the simple interface for poll workers and judges, with minimal training, poll workers can process voters faster than ever — even in the case of exceptions, such as election day registrations. Poll workers simply scan an approved credential, like driver's licenses to find voters in the database, or they can use the system's greatly simplified search features. Lines move quickly, errors are reduced, reports are generated quickly and the entire experience is streamlined for poll workers, election officials and voters.

Managing hundreds or thousands of poll books in the field requires an endpoint security product and model that guarantees the latest security architecture. Advocate includes a complete set of remote management agents which secure the Advocate poll books as endpoints. These agents monitor the poll book network and report back on changes, concerns, hardware issues in real-time if they occur.

The diagram demonstrates how the network operates but the simplicity is all based on automated self discovery at the precinct so no complicated setup, configurations are required, instead a completely secure private network is established in the precinct and between precincts if required.

**DemTech Multi-Site Synchronised Pollbook Network Outline**

4



**VIU Desktop Platform**

Smartmatic supports SVS with the optimization of their voter management and poll worker processes. The purpose of voter management is to create an accurate voter database, which helps to guarantee the one voter one vote principle during elections. Poll workers rely on their election commissions for the right tools, which allow them to not only verify a voter's identity on Election Day, but also to execute all their important responsibilities efficiently, while enforcing regulations.

To achieve these purposes, Smartmatic has developed a modular, multi-functional platform. The VIU-Desktop unit represents an all-inclusive registration/verification solution to capture and verify citizen's biographic information through use of a bar code reader.





# 2    Election Management System: ClearVote 1.5

ClearVote is the best solution for Georgia because it's the only system built on modern technology, it's the most auditable system on the market today and its uniformity ensures every voter has an identical paper ballot, regardless of their use of accessible technologies.   We believe ClearBallot is the right system for Georgia because:

## 2.1    1. MODERN TECHNOLOGY FOUNDATION

ClearVote is the only voting system that was built in a browser-based architecture. This provides significant value to jurisdictions by allowing officials to leverage familiar navigation tools often seen on an internet browser. ClearVote does this all on a closed network, which ensures the security of the system while maximizing its efficiency.

Additionally, the ClearVote system is easy to use and adaptable to potential changes in legislation.

## 2.2    2. AUDITABILITY

According to the Department of Homeland Security, auditability is the most important requirement jurisdictions should consider when evaluating new voting systems. The ClearVote system has established itself as the most auditable and reliable voting system on the market because of how the system preserves the voter's original ballot and never uses a summary or barcode ballot.

ClearVote never tabulates votes from a system generated barcode, instead it preserves the digital ballot images. ClearVote also compliments additional statistical audit methods (like Risk Limiting Audits) providing digital evidence to validate the final count.

## 2.3    3. UNIFORMITY

ClearVote ensures the anonymity of the vote by providing an identical paper ballot for every voter, including ballot marking devices and absentee voters. No matter how voters mark, verify, and cast their ballots ClearVote records the voter's selections identically.

ClearVote believes in paper ballots that cannot be distinguished from voter marked paper ballots, regardless of the method of voting.  This also provides the highest level of voter verifiability.  Our system does not tabulate from barcodes.

The following discussion is in addition to the attached System Overview:





**Figure 1 ClearVote Overview Diagram-01.png**

**ClearDesign EMS**

For most of our customers, the ClearDesign EMS functions at the individual county level. Counties either import election data or build templates and add election data to them. There are several methods to allow state level ballot building, depending on the format of the election data to be imported.

a. Statewide contests are imported or built into ClearDesign, creating an election template to which county specific election data can be added for each county.

b. All election data, statewide and county specific, is imported separately for each county. With one ClearDesign server, many workstations can be accommodated so that ballot building can occur for many counties at the same time. All data is stored on the shared server, and is available on any workstation.

c. As a service, Clear Ballot can receive all election import data and parse it into county specific files and build ballots for each county. Either the state or individual counties can access their election proofing reports through a web service running an identical copy of the ClearDesign software. When the election has been proofed, election files can be downloaded from the web service, delivered via secure transmission, or a hashed backup of the election can be securely delivered to be imported into the secure ClearDesign server on site to generate election files for each county.



    d.   Is a browser-based user interface easy to use. Election department staff can quickly generate, modify, and proof all their ballot styles for a wide range of card sizes and review and modify each ballot individually using drag & drop capabilities.

Clear Ballot will coordinate with the state's other election vendors (VR, EPDMS, EPoll, ENR) to ensure trouble free data transfers and communication between systems.



**Clear Access.** Is an in-person ballot marking system designed to ensure access for all voters. Operating on unmodified off-the-shelf touchscreen computers, ClearAccess software captures voters' choices and prints machine-readable ballots.

8





**Clear Cast.** The first precinct count optical scan voting system built with modern software tools. ClearCast is built for usability and performance in a small footprint allowing for inexpensive and simple transportation and storage.



**Clear Count.** ClearCount is the nation's first browser-based central count tabulation system. Integrated with Fujitsu and ibml commercial scanners, ClearCount can tabulate ballots created by all major voting systems. Its high-speed scanning capabilities and easy to learn visual software, makes it an economical solution for all counties.







# 3    Election Additional Systems

## 3.1   ELECTION-360

Election-360 is a platform that monitors the performance of key electoral processes, supports the resolution of incidents in real time and provides live interaction with field personnel, in case of any incident.

Election-360 provides the most comprehensive integration among election field personnel, election devices, and the Election Management Team; from the preparation of the election, to the actual Election Day and results publishing.

Through the use of data packages, phone calls, SMS messages, or mobile apps, this platform allows monitoring any process, supporting incidents and live interaction, connecting all stakeholders.

As a result, Election Management Teams are now able to know instantly what happens throughout the operation, and make corrections accordingly, improving the performance of every key process, and ultimately contributing to the overall success of the election



## 3.2   BALLOT DNA

BallotDNA is a series of tools which allow a jurisdiction to integrate the electronic delivery of online e-ballots, mark those ballots and subsequently analyze the returned ballots from the voting public. To deliver successfully online ballots is necessary to integrate the processes of the live production ballots into an online delivery mechanism and subsequent printing and replication service.

BallotDNA tools deliver accurate, reliable structured replication, fast and efficient individual ballots for every precinct and jurisdiction, ready to be integrated into the online delivery mechanism.

BallotDNA helps you deliver a service that absentee voters have been waiting for. Tailored to your specific needs, BallotDNA provides a voter with a detailed voting experience.







## 3.3   ABSENTEE BALLOT

For small Counties and/or small volumes of Absentee-by-Mail ballots, the ability of ClearCount (CSD) to scan and tabulate ballots from small office-home office printers like the OKI B432 provisioned with the BMD provide a low cost solution for those Counties.  They can procure the appropriate ballot stock and print their own Absentee-by-Mail ballots or small volumes for other needs, such as ballot brought to nursing homes or similar facilities.



# 4    Accessibility features for voters with disabilities.

Within this experience, the voter interacts with the software through the ATI device to move through the ballot (contests and choices), make selections and even review the selections. There are several ways to use the ATI through the voting experience:

- **Audio.** In this scenario, the voter uses a stereo headphone connected to the ATI device to hear the audio files (instructions, choices and contest names) played by the software. As soon as the audio voting experience starts, the voting screen turns black, providing the voter total privacy.

- **Audiovisual.** The main difference in comparison to the Audio voting experience is that in this case the voting screen is available to provide feedback to the voter, such as current contest and options selected so far.

- **Sip&Puff.** Within this experience, the voter interacts with the software through a Sip&Puff switch connected to the ATI device, to move through the ballot (contests and choices), make selections and even review the selections.

- **Buddy buttons.** Within this experience, the voter interacts with the software through two buddy buttons connected to the ATI device to move through the ballot (contests and choices), make selections and even review the selections.



# 5    Technical support system

Smartmatic has a development organization that never ceases to bring improvements to the product. We would anticipate a software update immediately after the first election cycle, to optimize the system after the State and Smartmatic obtain feedback from that first use. Following that the **The State of Georgia Office of Elections would be able to take advantage of software upgrades as defined by contract**, which would likely yield an update cycle of 12 to 18 months. The offered voting machines are able to provide file listings and associated hash values quickly and easily, facilitating audits of the software in deployed units. Together the State and Counties could publish an audit plan and schedule so that, independent of Smartmatic, the Counties could audit the integrity of their equipment. Smartmatic is willing to escrow code to the State, with release triggers representing the norms for voting systems (bankruptcy of the system provider, election contest, etc).

In a similar spirit of collaboration and openness, Smartmatic will share changes associated with all code releases to the State and Counties, and will provide to them the recommended practices for securing their system. Smartmatic is a member of the DHS Elections Infrastructure Sector Coordinating Council and as such receives up to date information regarding emerging election security threats. We will continually synthesize that threat information into policy and tactical actions that our customers can take, then publish recommended actions to the Counties.



# 6    Training Plan – GASOS staff and County staff

Smartmatic has a proven approach to training County staff and election workers, . Smartmatic understands that, while lessons from training can be applied broadly, each approach to training must be individually crafted and implemented. Smartmatic also understands the unique challenges that come with training election workers. Concepts surrounding adult learning are well understood by Smartmatic. We proactively customize our training materials to take into account the training needs of the election jurisdiction, and offer training materials in a variety of media to respond to the various learning styles of trainees. We ensure that our training programs, train-the-trainer sessions, or written training materials are clear, concise, and informative so that the trainees can absorb concepts easily and thoroughly.**having trained as many as 46,000 poll workers for one national election**



Although this is a statewide deployment, Smartmatic recognizes that each County is different and represents different challenges. While the Central Regional Team will train the State and County staff, Smartmatic intends to use the experience of each regional team and will share best practices among various County teams when developing and refining training materials and methods. Variations in training models are made in response to a myriad of factors, including how the County is staffed, election worker skill sets, and how voting equipment will be used. Adaptability is at the core of Smartmatic's approach. Smartmatic expects that regional teams will work with Counties to combine some training sessions. We have found that having a varied group of trainees can provide a richer flow of ideas and, if training class sizes are appropriately limited to an appropriate trainer-trainee ratio, can yield a better experience for all trainees.

Smartmatic has in-depth experience in developing training materials for elections throughout the world and we fully expect that each training team will customize their approach, methods, and materials



based upon real-world experience in training sessions as they happen. It is this type of dynamic training model, coupled with Smartmatic's proven training methods, that makes Smartmatic's training sessions more effective than other election system vendors.

Smartmatic generally provides instructor-led classes to provide an intimate and robust delivery of the materials to trainees. This approach is augmented by making training materials available via the internet. Online training materials can be used by trainees and others to reference information at times convenient to them, to review concepts covered in training sessions, and gain added insight into themes presented by trainers.

Smartmatic also understands the need to connect with and train members of the voter advocacy community. Training voter advocates on voting systems is sometimes avoided by election management bodies. Providing specific training to these types of stakeholders, however, can demystify the process and can greatly increase the effectiveness of third-party voter education efforts. Ensuring that voter advocates possess accurate information about the operation of the voting equipment can be invaluable in helping marginalized voters, including language minority populations and voters with physical challenges, successfully navigate the system and successfully cast their ballots.



17



# 7    Training Plan - Voter Education and Outreach

As mentioned in Appendix C of the eRFP, Smartmatic includes a "...training plan and budget to educate both voters and county election officials."   We have a consultant who will be dedicated to this project who has written and executed award winning VEO plans for large US jurisdictions.   The basic areas of the VEO program will be:

- Planning – working with GASOS, integrating any existing program, County involvement and representation

- Integrated, comprehensive, and strategic communications program to support the implementation of the statewide new voting system

- Customized content for each County or groups of Counties

- A mix of earned (paid) media and unearned media - TV/radio (PSAs and advertisement), print, Internet, Social Media, Billboards, transit, special event/permanent displays in each County

- Roadshows, demonstrations, meetings with editorial boards to brief media and influencers

- A special GASOS website with customized information for the Counties such and/or referral to the County elections website

- Furthermore, the VEO program will focus on three major audiences:  voters, candidates, and the media.

The voter outreach plan will inform voters about the new voting system and the changes that will affect them when they are marking their ballot and placing it into the precinct scanner.  Smartmatic will rely on existing best practices in the area of voter education and media relations, drawing specifically from "Election Center Professional Practices" and the U.S. Election Assistance Commission's Election Management Guidelines and Quick Start Guide.  Examples include posting of FAQ's to the GASOS website; inserts included in all State and County mailings to voters and candidates; press releases announcing arrival of equipment, testing of equipment, deployment of equipment, and demonstrations.

Candidates look to election officials for information on how the new equipment is tested and secured, including details about the vote tabulation process and recount procedures. The Smartmatic team will work with GASOS to develop a white paper describing the new voting equipment internal operational procedures, from equipment security, testing and deployment - to pollworker chain of custody and security at the polling place - to transmission of results and final tabulation and results reporting. This white paper will be posted to State and County elections web sites, distributed to the media, and will also be available in hard copy in each County elections office throughout the state.

The voter outreach plan will focus on inclusion and transparency.  Through outreach to the media and local/state agencies, machine demonstrations will be available to area groups, upon request.  A cadre of outreach leaders will be trained to respond to these requests to provide in-person, hands-on



instruction and guidance on how to use the new voting system, including the ADA-compliant component. Open house and tours of internal operations, specifically targeting media and candidates are additional options that can be offered to provide information on the new equipment, allow demonstrations, and answer questions regarding use, security, and tabulation procedures.

Examples of items to be developed for posting on the GASOS and County websites are (1) Video of voting machine demonstrations, including use of the ADA-compliant component and how to mark a ballot; and (2) Information kits – A ready-made compilation of fact sheets, FAQ's, press releases, and contact information for anyone who has additional questions or would like to request an in-person demonstration of the new voting system. GASOS may also wish to feature a voting system demonstration video on a popular video sharing site such as YouTube, with a link to this site posted on State and County websites.

Smartmatic further recommends convening a group of individuals that is representative of the people who will use any of the voter outreach materials to review drafts of materials and to provide feedback about their usability and outreach efforts.

19



# 8     Global Services - In Closing

The field deployment situation at the State can be summed simply as "You're in a hurry!".   Being the largest elections provider in the world and with the financial strength and experience of a 600 person company, the Smartmatic Global Services organization is unmatched in its ability to properly plan and execute this enormous project.

Smartmatic has the capability to invest in the people needed to make this project a success.  As you will see detailed in subsequent sections, we will use a mix of Smartmatic employees and persons recruited by TEKsystems, our staffing partner throughout the United States.  TEKsystems raised the 65-person team who is developing and deploying the new Los Angeles voting system.  In less than one month TEKsystems had that team in place and on the job.  Smartmatic will immediately transfer and, where needed, recruit a team to office alongside the Secretary of State team.  This Atlanta based team will lead the project and provide the daily interaction with State staff, oversight of field operations, and training of State staff. Augmenting this team will be regional teams to execute the field deployment. Smartmatic reviewed how State agencies divide the State and chose to model this deployment after the regions used by Division of Family and Children Services.  Their 14 regions provide for a six County Atlanta area (two regions, 3 Counties each), then larger geographic regions in more rural parts of the State, while keeping in mind that urban centers are scattered throughout Georgia. These teams that will perform primarily the County warehouse renewal operations and County training will be augmented by a much large number of persons transferred and hired for ballot preparation, pre-LAT, and Early Voting/Election Day/post-Election support. We envision having over 400 people in the State for the 2020 Primary.

As another example: Equipment leadtimes will be an obstacle for those providers with customer hardware and its associated long leadtimes. The all-COTS approach Smartmatic brings reduces leadtimes. Nonetheless, we will place product on order immediately at mobilization. Not every provider who bids will be able to do that, or they will require significant up front sums from the State to make it happen – money that is at risk if the provider does not perform.

Smartmatic has successfully completed a number of first-time deployments of new technology.   Many of those persons are still on our staff and are involved in the preparation of this Proposal.   They would also be involved in the project.   Although the State was wise to continue with touchscreen interfaces, the Voter Education and Outreach and especially the poll worker re-training effort will be substantial. Smartmatic successfully introduced electronic voting to the Philippines, where the logistical challenges were matched only by the human challenges.   Although eight times the number of registered voters and with significant language and political challenges, Smartmatic overcame and managed their first national election on a modern system. No one is saying the Georgia implementation will be easy, far from it, but if anyone can make it happen successfully, it is Smartmatic.



### Procurement & Logistics



Equipment & Consumables Supply



International Freight & Customs



In-Country Logistics

### Warehouse & Logistics



Production Readiness



Warranty & Support



Ballot Printing

### Service Delivery



Staff Training



Technical Support, Field operations and Transcription Center



Public Campaigns & Voter Education

### Technology Deployment



Technology Deployment



Results Transmission



Tests & Audits

 Project Management & Consulting 

| Product | Configuration | Description | QTY |
|---|---|---|---|
| ClearVote 1.5 | EAC Certified 1.0 | | |
| | ClearDesign - EMS | ClearDesign has a browser-based user interface that's easy to use. Election department staff can quickly generate, modify, and proof all their ballot styles for a wide range of card sizes and review and modify each ballot individually using drag & drop capabilities. | 1 |
| | ClearAccess - BMD | ClearAccess is an in-person ballot marking system designed to ensure access for all voters. Operating on unmodified off-the-shelf touchscreen computers, ClearAccess software captures voters' choices and prints machine-readable ballots. | 30,050 |
| | ClearCast - PPS | The first precinct count optical scan voting system built with modern software tools. ClearCast is built for usability and performance in a small footprint allowing for inexpensive and simple transportation and storage. | 3,500 |



| | | | |
|---|---|---|---|
| | ClearCount - CSD | ClearCount **is the nation's first browser**-based central count tabulation system. Integrated with Fujitsu and ibml commercial scanners, ClearCount can tabulate ballots created by all major voting systems. Its high-speed scanning capabilities and easy to learn visual software, makes it an economical solution for all counties. | 165 |
| ePoll Management Software | Advocate PAM | Precinct Automation Manager (PAM): PAM provides the 'One Setup' management required to manage all your poll books across all your elections to:<br><br>• Seamlessly control data onto and off the various devices<br><br>• Manage software updates to poll books automatically<br><br>• Manage reports on how the election is going in real-time updates<br><br>• Have consistent access controls to the poll book secure data<br><br>• Centrally control and configure workflow of what and under what circumstances a poll worker or judge has access to functionality<br><br>• Capture signatures and automatically compare them<br><br>• Define the way your poll books look and operate | 1 |
| ePoll Book | VIU Desktop | VIU Desktop is a fully integrated poll work device to expedite the check-in process. *<br><br>• **10" capacitive touchscreen, 1280 x 800** resolution<br><br>• Omnidirectional barcode reader scanner<br><br>• Supports all common linear 1D, 2D barcodes<br><br>• Auto trigger activation<br><br>• Buzzer, light indicator<br><br>• 54W Battery for 2 hours standalone | 8,000 |



| | | | |
|---|---|---|---|
| | | *optional 84W and 188W for up to 12 hours standalone<br><br>*optional **2" Manual Cut Thermal p**rinter integrated | |
| BallotDNA | BallotDNA | BallotDNA is a series of tools which allow a jurisdiction to integrate the electronic delivery of online e-ballots, mark those ballots and subsequently analyze the returned ballots from the voting public. | Opt |
| UOCAVA | Absentee Voting | BallotDNA is a series of tools which allow a jurisdiction to integrate the electronic delivery of online e-ballots, mark those ballots and subsequently analyze the returned ballots from the voting public. | Opt |
| Election-360 | | Election-360 is a platform that monitors the performance of key electoral processes, supports the resolution of incidents in real time and provides live interaction with field personnel, in case of any incident. | 1 |



23



