IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, et al., | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF ANDREW SWINDLE

Comes now Counsel for State Defendants and pursuant to Rule 83.1(E)(2), hereby submits this Notice of Withdrawal of Andrew M. Swindle as Attorney of Record who is no longer with the firm Robbins Ross Alloy Belinfante Littlefield LLC in the above matter. This notice is effective upon filing.

Respectfully submitted this 17th day of December, 2019.

/s/ Josh Belinfante
Josh Belinfante
Georgia Bar No. 047399
Vincent R. Russo
Georgia Bar No: 242628
Brian E. Lake
Georgia Bar No. 575966
Alexander Denton
Georgia Bar No. 660632
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, NW

Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF ANDREW M. SWINDLE** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 17th day of December, 2019.

*/s/ Josh Belinfante*
Josh Belinfante
Georgia Bar No. 047399