**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER, et. al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION FILE<br><br>NO:  1:17-cv-2989-AT |

**NOTICE OF FILING PROPOSED RULES
OF THE STATE ELECTION BOARD**

State Defendants hereby give notice that the Georgia State Election Board published proposed amendments to its Rules on December 19, 2019.  The proposed State Election Board Rules are publicly available online at https://sos.ga.gov/index.php/elections/state_election_board by clicking the "Rules and Rulemaking of the State Election Board" tab.  A copy of the proposed Rules is attached hereto as **Exhibit A**.

Additionally, during the Status Conference on December 6, 2019, counsel for State Defendants notified the Court of a second runoff election to be held in the City of Morrow on December 31, 2019 using the old DRE/GEMS voting equipment due to a tie in the initial runoff election.  After counting provisional ballots in the runoff election, one of the candidates received a majority of the votes cast, so the City of

Morrow will no longer hold a second runoff election.  Accordingly, all elections in Georgia using the DRE/GEMS voting system have ended.

Submitted this 20th day of December, 2019.

/s/ Vincent R. Russo
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Kimberly Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com

-3-

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: (678)336-7249

*Counsel for State Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **NOTICE OF FILING PROPOSED RULES OF THE STATE ELECTION BOARD** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing:

This 20th day of December, 2019

*/s/ Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628