# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## COALITION PLAINTIFFS'
## AMENDED NOTICE OF INTENT TO SERVE SUBPOENA
## ON JANINE EVELER, COBB COUNTY ELECTIONS DIRECTOR

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett ("Coalition Plaintiffs") hereby notify all parties that they intend to serve a subpoena on Janine Eveler, Cobb County Elections Director, to obtain, *inter* alia, evidence concerning the conduct of the Cobb County 2019 pilot elections and the retention of election records.[1]  *See* Exhibit 1 attached hereto.

---

[1] The within *Coalition Plaintiffs' Amended Notice of Intent to Serve Subpoena on Janine Eveler, Cobb County Elections Director* is hereby amended to include **Exhibit A** to the Subpoena which was inadvertently omitted as a result of a clerical error in the previous filing of *Coalition Plaintiffs' Notice of Intent to Serve Subpoena on Janine Eveler, Cobb County Elections Director*.

This 23rd day of December, 2019.

Respectfully submitted,

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com


AND

Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucebrownlaw.com

**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
Tel.:  404.881.0700

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,   ) | |
| ) | |
| **Plaintiffs,**   ) | |
| ) | **CIVIL ACTION** |
| v.   ) | |
| ) | **FILE NO. 1:17-CV-2989-AT** |
| BRAD RAFFENSPERGER,   ) | |
| ET AL.,   ) | |
| ) | |
| **Defendants.**   ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, I filed a copy of the foregoing **COALITION PLAINTIFFS' AMENDED NOTICE OF INTENT TO SERVE SUBPOENA ON JANINE EVELER, COBB COUNTY ELECTIONS DIRECTOR**, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515

4