# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett ("Coalition Plaintiffs"), by and through undersigned counsel, hereby certify that the following discovery requests were served on all counsel of record by electronic delivery of a PDF version and by U.S. Mail on June 8, 2019:

1. **Coalition Plaintiffs' Second Interrogatories to Defendant Secretary of State**.

This 26th day of December 2019.

Respectfully submitted,

/s/ Cary Ichter
CARY ICHTER

- 2 -

Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com

AND

Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucebrownlaw.com
**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
Tel.:  404.881.0700

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                              */s/ Cary Ichter*
                                              Cary Ichter
                                              Georgia Bar No. 382515

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| v. | ) | |
| | ) | **FILE NO. 1:17-CV-2989-AT** |
| **BRAD RAFFENSPERGER, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2019, I filed a copy of the foregoing **RULE 5.4 CERTIFICATE**, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                                     */s/ Cary Ichter*
                                                                     Cary Ichter
                                                                     Georgia Bar No. 382515