# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett ("Coalition Plaintiffs"), by and through undersigned counsel, hereby certify that the following discovery requests were served on all counsel of record by electronic delivery of a PDF version and by U.S. Mail on December 27, 2019:

1. **Coalition Plaintiffs' Third Interrogatories to Defendant Secretary of State[1].**

---

[1] *Coalition Plaintiffs' Third Interrogatories to Defendant Secretary of State* served on December 27, 2019 is identical in substance and replaces *Coalition Plaintiffs' Second Interrogatories to Defendant Secretary of State* served on December 26, 2019, amending the title to properly reflect that the discovery is the third set of interrogatories propounded by Coalition Plaintiffs upon Defendant Secretary of State.

This 27th day of December 2019.

Respectfully submitted,

        */s/ Cary Ichter*
        CARY ICHTER
        Georgia Bar No. 382515
        **ICHTER DAVIS LLC**
        3340 Peachtree Road NE, Suite 1530
        Atlanta, Georgia 30326
        Tel.: 404.869.7600
        Fax: 404.869.7610
        cichter@ichterdavis.com

        AND

        Bruce P. Brown
        Georgia Bar No. 064460
        bbrown@brucebrownlaw.com
        **Bruce P. Brown Law LLC**
        1123 Zonolite Road NE, Suite 6
        Atlanta, Georgia 30306
        Tel.: 404.881.0700

        *Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| v. | ) | |
| | ) | **FILE NO. 1:17-CV-2989-AT** |
| **BRAD RAFFENSPERGER, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2019, I filed a copy of the foregoing **RULE 5.4 CERTIFICATE**, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515

4