# EXHIBIT A

**Bryan Tyson**

| | |
|---|---|
| **From:** | Bryan Tyson |
| **Sent:** | Tuesday, December 10, 2019 10:08 AM |
| **To:** | Cross, David D.; Cary Ichter; Josh Belinfante; Vincent Russo; cheryl.ringer@fultoncountyga.gov |
| **Cc:** | Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com); Robert McGuire; John Powers; Kaiser, Mary |
| **Subject:** | Re: Destruction of Equipment |

David,

We have reviewed the existing protective order and do not believe an additional protective order is needed for the server image. The image is designated as Attorneys Eyes Only until we can determine what is included.

Please arrange for the vendor to deliver our copy of the server image to the Robbins Firm offices.

Also, we are awaiting your proposal on preservation of a subset of DREs and other components. Please let us know when we can expect to receive that proposal.

Thanks,

Bryan


Bryan Tyson
Taylor English Duma LLP | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249 | btyson@taylorenglish.com
www.taylorenglish.com

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

---

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Monday, December 9, 2019 5:49 PM
**To:** Cary Ichter; Josh Belinfante; Vincent Russo; cheryl.ringer@fultoncountyga.gov; Bryan Tyson
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com); Marilyn Marks; Robert McGuire; John Powers; Kaiser, Mary
**Subject:** RE: Destruction of Equipment

1

Bryan -

When we spoke Friday, I understood you would let us know if you believe you need any protections for the KSU server beyond those in the existing PO. Could you please let us know by noon ET tomorrow?

Thanks.
DC

---

**From:** Cary Ichter <CIchter@IchterDavis.com>
**Date:** Thursday, Dec 05, 2019, 4:33 PM
**To:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, Bryan P. Tyson <btyson@taylorenglish.com>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>, Marilyn Marks <marilyn@aspenoffice.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Cross, David D. <DCross@mofo.com>
**Subject:** Destruction of Equipment

- External Email -

Counsel: Mr. Russo just responded to one of these messages as I was composing this one. Are we going to wait until tomorrow for any substantive response to any of these messages? We have not had any substantive response to our questions or the requests for information as of today. Cary Ichter

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

# Bryan Tyson

| | |
|---|---|
| **From:** | Cross, David D. <DCross@mofo.com> |
| **Sent:** | Tuesday, December 10, 2019 10:12 AM |
| **To:** | Bryan Tyson; Cary Ichter; Josh Belinfante; Vincent Russo; cheryl.ringer@fultoncountyga.gov |
| **Cc:** | Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com); Robert McGuire; John Powers; Kaiser, Mary |
| **Subject:** | RE: Destruction of Equipment |

Thanks, Bryan. I'll leave it to Cary to coordinate the delivery below. We'll move forward with our analysis of the data.

We'll be in touch re the DRE preservation. We're busy preparing our MPI reply but will get back to you soon on this issue. If you have a proposal that you'd like us to consider, please let us know.

Thanks.
DC

---

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Date:** Tuesday, Dec 10, 2019, 10:08 AM
**To:** Cross, David D. <DCross@mofo.com>, Cary Ichter <CIchter@IchterDavis.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Kaiser, Mary <MKaiser@mofo.com>
**Subject:** Re: Destruction of Equipment

David,

We have reviewed the existing protective order and do not believe an additional protective order is needed for the server image. The image is designated as Attorneys Eyes Only until we can determine what is included.

Please arrange for the vendor to deliver our copy of the server image to the Robbins Firm offices.

Also, we are awaiting your proposal on preservation of a subset of DREs and other components. Please let us know when we can expect to receive that proposal.

Thanks,

Bryan


Bryan Tyson
Taylor English Duma LLP | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249 | btyson@taylorenglish.com

1

www.taylorenglish.com

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

---

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Monday, December 9, 2019 5:49 PM
**To:** Cary Ichter; Josh Belinfante; Vincent Russo; cheryl.ringer@fultoncountyga.gov; Bryan Tyson
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com); Marilyn Marks; Robert McGuire; John Powers; Kaiser, Mary
**Subject:** RE: Destruction of Equipment

Bryan -

When we spoke Friday, I understood you would let us know if you believe you need any protections for the KSU server beyond those in the existing PO. Could you please let us know by noon ET tomorrow?

Thanks.
DC

---

**From:** Cary Ichter <CIchter@IchterDavis.com>
**Date:** Thursday, Dec 05, 2019, 4:33 PM
**To:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, Bryan P. Tyson <btyson@taylorenglish.com>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>, Marilyn Marks <marilyn@aspenoffice.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Cross, David D. <DCross@mofo.com>
**Subject:** Destruction of Equipment

- External Email -

---

Counsel: Mr. Russo just responded to one of these messages as I was composing this one.  Are we going to wait until tomorrow for any substantive response to any of these messages?  We have not had any substantive response to our questions or the requests for information as of today. Cary Ichter

======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended

2

addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

# Bryan Tyson

| | |
|---|---|
| **From:** | Bryan Tyson |
| **Sent:** | Tuesday, December 10, 2019 3:56 PM |
| **To:** | 'Cross, David D.'; Cary Ichter; Josh Belinfante; Vincent Russo; cheryl.ringer@fultoncountyga.gov |
| **Cc:** | Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com); Robert McGuire; John Powers; Kaiser, Mary |
| **Subject:** | RE: Destruction of Equipment |

David,

Judge Totenberg gave us an objective to work out something on the disposition of the machines by Friday. Based on your comments in court that "We have statistical experts that have been ready for years to try to work this out to some sample," we were under the impression that you were prepared to quickly provide a proposed sample that would serve as the starting point for a discussion about preservation. If that is not the case, please let us know as soon as possible.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website  |  vCard

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Tuesday, December 10, 2019 10:12 AM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Cary Ichter <CIchter@IchterDavis.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Vincent Russo <vrusso@robbinsfirm.com>; cheryl.ringer@fultoncountyga.gov
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>; Robert McGuire <ram@lawram.com>; John Powers <jpowers@lawyerscommittee.org>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Destruction of Equipment

Thanks, Bryan. I'll leave it to Cary to coordinate the delivery below. We'll move forward with our analysis of the data.

We'll be in touch re the DRE preservation. We're busy preparing our MPI reply but will get back to you soon on this issue. If you have a proposal that you'd like us to consider, please let us know.

Thanks.
DC

1

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Date:** Tuesday, Dec 10, 2019, 10:08 AM
**To:** Cross, David D. <DCross@mofo.com>, Cary Ichter <CIchter@IchterDavis.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Kaiser, Mary <MKaiser@mofo.com>
**Subject:** Re: Destruction of Equipment

David,

We have reviewed the existing protective order and do not believe an additional protective order is needed for the server image. The image is designated as Attorneys Eyes Only until we can determine what is included.

Please arrange for the vendor to deliver our copy of the server image to the Robbins Firm offices.

Also, we are awaiting your proposal on preservation of a subset of DREs and other components. Please let us know when we can expect to receive that proposal.

Thanks,

Bryan


Bryan Tyson
Taylor English Duma LLP | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249 | btyson@taylorenglish.com
www.taylorenglish.com

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

---

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Monday, December 9, 2019 5:49 PM
**To:** Cary Ichter; Josh Belinfante; Vincent Russo; cheryl.ringer@fultoncountyga.gov; Bryan Tyson
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com); Marilyn Marks; Robert McGuire; John Powers; Kaiser, Mary
**Subject:** RE: Destruction of Equipment

Bryan -

2

When we spoke Friday, I understood you would let us know if you believe you need any protections for the KSU server beyond those in the existing PO. Could you please let us know by noon ET tomorrow?

Thanks.
DC

---

**From:** Cary Ichter <CIchter@IchterDavis.com>
**Date:** Thursday, Dec 05, 2019, 4:33 PM
**To:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, Bryan P. Tyson <btyson@taylorenglish.com>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>, Marilyn Marks <marilyn@aspenoffice.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Cross, David D. <DCross@mofo.com>
**Subject:** Destruction of Equipment

- External Email -

---

Counsel: Mr. Russo just responded to one of these messages as I was composing this one. Are we going to wait until tomorrow for any substantive response to any of these messages? We have not had any substantive response to our questions or the requests for information as of today. Cary Ichter

======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.