# EXHIBIT B

# Bryan Tyson

| | |
|---|---|
| **From:** | Bryan Tyson |
| **Sent:** | Friday, December 13, 2019 1:34 PM |
| **To:** | 'Cross, David D.'; Cary Ichter; Josh Belinfante; Vincent Russo; cheryl.ringer@fultoncountyga.gov |
| **Cc:** | Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com); Robert McGuire; John Powers; Kaiser, Mary; Carey Miller; Bryan Jacoutot; Cate Berenato |
| **Subject:** | RE: Destruction of Equipment |

Cary and David,

Please refer to the documents we produced to you on July 15, specifically the following inventories of equipment with serial numbers and county assignments: STATE-DEFENDANTS-00013822, 00013823, 00013824, 00013825, 00013826. You've had this information for almost five months and it should be more than sufficient to design the statistical sample the Plaintiffs represented to the Court they could easily create. *See* Transcript of December 6, 2019 Status Conference at 20:19-24; 22:21-23:14. We do not understand what other information you would need at this point, but if you can provide us with a list of exactly what your experts say you need, that would be helpful.

If you will not be providing us with any proposal about a statistical sample of machines today, which is apparently the case based on your emails, we will need to address this with the Court. The Court said the Plaintiffs should talk with their experts about their proposed sample (58:10-14). And on page 86 of the transcript of Friday's hearing, she clearly states: "you are all going to meet and talk about the disposition of the machines. I would like you to do that -- it is Friday -- to have it done by -- try today to figure out your schedule and **have an objective for trying to get it done by next Friday**." As we told the Court, time is of the essence for the State because the process of collecting the existing units is ongoing and storage space is quickly becoming an issue as BMDs are deployed (59:11-20).

Regarding your other requests, we will await further direction from the Court. As we discussed on Friday, the case is moot and discovery is over.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Tuesday, December 10, 2019 7:47 PM

**To:** Bryan Tyson <btyson@taylorenglish.com>; Cary Ichter <CIchter@IchterDavis.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Vincent Russo <vrusso@robbinsfirm.com>; cheryl.ringer@fultoncountyga.gov
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>; Robert McGuire <ram@lawram.com>; John Powers <jpowers@lawyerscommittee.org>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Destruction of Equipment

Bryan -

I've not seen a hearing transcript, and so I'm not sure what you're quoting. I don't believe you've characterized what I said correctly. I recall noting that we likely would need additional information from Defendants to develop a proposal. We can't propose a sample for preservation without details on what it is the state and counties have from which to select a sample. I've made that clear multiple times since first addressing this issue early last year.

At the hearing, I understood you to say that the state and counties are preserving 35,000 components of the old GEMS and DRE system. We don't know what all those components are or anything else about them apart perhaps from the limited information we received spring/summer of last year from three counties regarding DREs. So we need to understand the universe of equipment the state and counties have and basic information about that equipment (eg, where and when was each DRE recently used?) in order to identify a statistically significant sample for preservation. Any sample must be representative of the broader universe of equipment across the state, while certain counties hold particular significance over others due to such considerations as election anomalies in those counties. Providing the information requested by the Coalition would help move this forward. We'll let you know if our statistical experts need anything beyond those requests.

I don't recall the Court setting a deadline of Friday for this issue, nor is that feasible. Again, we need certain information from you and/or the counties that thus far has not been forthcoming. Further, our team is busy preparing our MPI reply due Monday. And our team is running lean with two key members out for parental leave and three others having left the firm for in-house and AUSA positions. So we don't have the bandwidth to resolve this by Friday, especially since we don't yet have much of the information we'll need. Nor do I see the urgency to do this by Friday.

It of course is true that we and our statisticians have been ready to work this out since we joined the case. It also is true that your side has not exhibited a willingness to do that until now. We welcome the opportunity to work this out cooperatively.

Thanks.
DC

---

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Date:** Tuesday, Dec 10, 2019, 3:56 PM
**To:** Cross, David D. <DCross@mofo.com>, Cary Ichter <CIchter@IchterDavis.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Destruction of Equipment

- External Email -

David,

Judge Totenberg gave us an objective to work out something on the disposition of the machines by Friday. Based on your comments in court that "We have statistical experts that have been ready for years to try to work this out to some sample," we were under the impression that you were prepared to quickly provide a proposed sample that would serve as the starting point for a discussion about preservation. If that is not the case, please let us know as soon as possible.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Tuesday, December 10, 2019 10:12 AM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Cary Ichter <CIchter@IchterDavis.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Vincent Russo <vrusso@robbinsfirm.com>; cheryl.ringer@fultoncountyga.gov
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>; Robert McGuire <ram@lawram.com>; John Powers <jpowers@lawyerscommittee.org>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Destruction of Equipment

Thanks, Bryan. I'll leave it to Cary to coordinate the delivery below. We'll move forward with our analysis of the data.

We'll be in touch re the DRE preservation. We're busy preparing our MPI reply but will get back to you soon on this issue. If you have a proposal that you'd like us to consider, please let us know.

Thanks.
DC

---

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Date:** Tuesday, Dec 10, 2019, 10:08 AM
**To:** Cross, David D. <DCross@mofo.com>, Cary Ichter <CIchter@IchterDavis.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Kaiser, Mary <MKaiser@mofo.com>
**Subject:** Re: Destruction of Equipment

David,

We have reviewed the existing protective order and do not believe an additional protective order is needed for the server image. The image is designated as Attorneys Eyes Only until we can determine what is included.

Please arrange for the vendor to deliver our copy of the server image to the Robbins Firm offices.

Also, we are awaiting your proposal on preservation of a subset of DREs and other components. Please let us know when we can expect to receive that proposal.

Thanks,

Bryan


Bryan Tyson
Taylor English Duma LLP | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249 | btyson@taylorenglish.com
www.taylorenglish.com

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

---

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Monday, December 9, 2019 5:49 PM
**To:** Cary Ichter; Josh Belinfante; Vincent Russo; cheryl.ringer@fultoncountyga.gov; Bryan Tyson
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com); Marilyn Marks; Robert McGuire; John Powers; Kaiser, Mary
**Subject:** RE: Destruction of Equipment

Bryan -

When we spoke Friday, I understood you would let us know if you believe you need any protections for the KSU server beyond those in the existing PO. Could you please let us know by noon ET tomorrow?

Thanks.
DC

---

**From:** Cary Ichter <CIchter@IchterDavis.com>
**Date:** Thursday, Dec 05, 2019, 4:33 PM

**To:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, Bryan P. Tyson <btyson@taylorenglish.com>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucebrownlaw.com) <bbrown@brucebrownlaw.com>, Marilyn Marks <marilyn@aspenoffice.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Cross, David D. <DCross@mofo.com>
**Subject:** Destruction of Equipment

- External Email -

Counsel: Mr. Russo just responded to one of these messages as I was composing this one. Are we going to wait until tomorrow for any substantive response to any of these messages? We have not had any substantive response to our questions or the requests for information as of today. Cary Ichter

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

# Bryan Tyson

| | |
|---|---|
| **From:** | Carey Miller <carey.miller@robbinsfirm.com> |
| **Sent:** | Wednesday, December 18, 2019 11:23 AM |
| **To:** | Cross, David D.; Bryan Tyson; Cary Ichter; Josh Belinfante; Vincent Russo; cheryl.ringer@fultoncountyga.gov |
| **Cc:** | Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com); Robert McGuire; John Powers; Kaiser, Mary; Bryan Jacoutot; Cate Berenato; Alexander Denton |
| **Subject:** | RE: Destruction of Equipment |
| **Attachments:** | State Defendants' Corrected Document Production |

David,

It seems we pointed you to the wrong Bates Numbers last Friday. As you will recall, Curling Plaintiffs' First RFP, Request No. 11, generally sought documents showing the inventory of the DRE/GEMS election equipment. Accordingly, we produced inventory lists of all such equipment, e.g. Optical Scanners, GEMS Servers, and DREs, identified by serial number and indicating their location within Georgia's local jurisdictions on July 19, 2019. Documents responsive to RFP 11 can be found at **STATE-DEFENDANTS-14403 through 14407** (produced in Native format). As you can see by the attached email, this production was re-done due to an error in the first production attempt and we sent you the prior numbers.

This should be helpful in your process of proposing a statistical sample.

**Carey A. Miller**|404.856.3286| ROBBINS

---

**From:** Cross, David D. [mailto:DCross@mofo.com]
**Sent:** Tuesday, December 17, 2019 4:15 PM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Cary Ichter <CIchter@IchterDavis.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Vincent Russo <vrusso@robbinsfirm.com>; cheryl.ringer@fultoncountyga.gov
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>; Robert McGuire <ram@lawram.com>; John Powers <jpowers@lawyerscommittee.org>; Kaiser, Mary <MKaiser@mofo.com>; Carey Miller <carey.miller@robbinsfirm.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Cate Berenato <Cate.Berenato@robbinsfirm.com>
**Subject:** RE: Destruction of Equipment

Bryan -

What's the basis for your representation that the documents at the production numbers below should be sufficient for us to identify a statistical sample of the 35,000 pieces of equipment you referenced at the hearing? What statistical analysis has your side performed to support that representation? If any, it would help to have that from you to move this process forward more quickly as our experts could consider that.

I note two things. One, I still don't understand how we can do what you're asking with what you've provided so far given we don't yet know what those 35,000 pieces of equipment encompass exactly or otherwise have details about each of them needed to identify a statistical sample across Georgia's many counties. Two, I don't understand how the production numbers below are helpful for this task as they appear to be pages from the middle of a manual. Can you please explain both of these points?

Thanks.
DC

1

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Date:** Friday, Dec 13, 2019, 1:32 PM
**To:** Cross, David D. <DCross@mofo.com>, Cary Ichter <CIchter@IchterDavis.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Kaiser, Mary <MKaiser@mofo.com>, Carey Miller <carey.miller@robbinsfirm.com>, Bryan Jacoutot <bjacoutot@taylorenglish.com>, Cate Berenato <Cate.Berenato@robbinsfirm.com>
**Subject:** RE: Destruction of Equipment

- External Email -

Cary and David,

Please refer to the documents we produced to you on July 15, specifically the following inventories of equipment with serial numbers and county assignments: STATE-DEFENDANTS-00013822, 00013823, 00013824, 00013825, 00013826. You've had this information for almost five months and it should be more than sufficient to design the statistical sample the Plaintiffs represented to the Court they could easily create. *See* Transcript of December 6, 2019 Status Conference at 20:19-24; 22:21-23:14. We do not understand what other information you would need at this point, but if you can provide us with a list of exactly what your experts say you need, that would be helpful.

If you will not be providing us with any proposal about a statistical sample of machines today, which is apparently the case based on your emails, we will need to address this with the Court. The Court said the Plaintiffs should talk with their experts about their proposed sample (58:10-14). And on page 86 of the transcript of Friday's hearing, she clearly states: "you are all going to meet and talk about the disposition of the machines. I would like you to do that -- it is Friday -- to have it done by -- try today to figure out your schedule and **have an objective for trying to get it done by next Friday**." As we told the Court, time is of the essence for the State because the process of collecting the existing units is ongoing and storage space is quickly becoming an issue as BMDs are deployed (59:11-20).

Regarding your other requests, we will await further direction from the Court. As we discussed on Friday, the case is moot and discovery is over.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard

2

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Tuesday, December 10, 2019 7:47 PM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Cary Ichter <CIchter@IchterDavis.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Vincent Russo <vrusso@robbinsfirm.com>; cheryl.ringer@fultoncountyga.gov
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>; Robert McGuire <ram@lawram.com>; John Powers <jpowers@lawyerscommittee.org>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Destruction of Equipment

Bryan -

I've not seen a hearing transcript, and so I'm not sure what you're quoting. I don't believe you've characterized what I said correctly. I recall noting that we likely would need additional information from Defendants to develop a proposal. We can't propose a sample for preservation without details on what it is the state and counties have from which to select a sample. I've made that clear multiple times since first addressing this issue early last year.

At the hearing, I understood you to say that the state and counties are preserving 35,000 components of the old GEMS and DRE system. We don't know what all those components are or anything else about them apart perhaps from the limited information we received spring/summer of last year from three counties regarding DREs. So we need to understand the universe of equipment the state and counties have and basic information about that equipment (eg, where and when was each DRE recently used?) in order to identify a statistically significant sample for preservation. Any sample must be representative of the broader universe of equipment across the state, while certain counties hold particular significance over others due to such considerations as election anomalies in those counties. Providing the information requested by the Coalition would help move this forward. We'll let you know if our statistical experts need anything beyond those requests.

I don't recall the Court setting a deadline of Friday for this issue, nor is that feasible. Again, we need certain information from you and/or the counties that thus far has not been forthcoming. Further, our team is busy preparing our MPI reply due Monday. And our team is running lean with two key members out for parental leave and three others having left the firm for in-house and AUSA positions. So we don't have the bandwidth to resolve this by Friday, especially since we don't yet have much of the information we'll need. Nor do I see the urgency to do this by Friday.

It of course is true that we and our statisticians have been ready to work this out since we joined the case. It also is true that your side has not exhibited a willingness to do that until now. We welcome the opportunity to work this out cooperatively.

Thanks.
DC

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Date:** Tuesday, Dec 10, 2019, 3:56 PM

**To:** Cross, David D. <DCross@mofo.com>, Cary Ichter <CIchter@IchterDavis.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucebrownlaw.com) <bbrown@brucebrownlaw.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Destruction of Equipment

- External Email -

David,

Judge Totenberg gave us an objective to work out something on the disposition of the machines by Friday. Based on your comments in court that "We have statistical experts that have been ready for years to try to work this out to some sample," we were under the impression that you were prepared to quickly provide a proposed sample that would serve as the starting point for a discussion about preservation. If that is not the case, please let us know as soon as possible.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website  |  vCard

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Tuesday, December 10, 2019 10:12 AM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Cary Ichter <CIchter@IchterDavis.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Vincent Russo <vrusso@robbinsfirm.com>; cheryl.ringer@fultoncountyga.gov
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucebrownlaw.com) <bbrown@brucebrownlaw.com>; Robert McGuire <ram@lawram.com>; John Powers <jpowers@lawyerscommittee.org>; Kaiser, Mary <MKaiser@mofo.com>
**Subject:** RE: Destruction of Equipment

Thanks, Bryan. I'll leave it to Cary to coordinate the delivery below. We'll move forward with our analysis of the data.

We'll be in touch re the DRE preservation. We're busy preparing our MPI reply but will get back to you soon on this issue. If you have a proposal that you'd like us to consider, please let us know.

Thanks.
DC


**From:** Bryan Tyson <btyson@taylorenglish.com>
**Date:** Tuesday, Dec 10, 2019, 10:08 AM

**To:** Cross, David D. <DCross@mofo.com>, Cary Ichter <CIchter@IchterDavis.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Kaiser, Mary <MKaiser@mofo.com>
**Subject:** Re: Destruction of Equipment

David,

We have reviewed the existing protective order and do not believe an additional protective order is needed for the server image. The image is designated as Attorneys Eyes Only until we can determine what is included.

Please arrange for the vendor to deliver our copy of the server image to the Robbins Firm offices.

Also, we are awaiting your proposal on preservation of a subset of DREs and other components. Please let us know when we can expect to receive that proposal.

Thanks,

Bryan

Bryan Tyson
Taylor English Duma LLP | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249 | btyson@taylorenglish.com
www.taylorenglish.com

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Monday, December 9, 2019 5:49 PM
**To:** Cary Ichter; Josh Belinfante; Vincent Russo; cheryl.ringer@fultoncountyga.gov; Bryan Tyson
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com); Marilyn Marks; Robert McGuire; John Powers; Kaiser, Mary
**Subject:** RE: Destruction of Equipment

Bryan -

When we spoke Friday, I understood you would let us know if you believe you need any protections for the KSU server beyond those in the existing PO. Could you please let us know by noon ET tomorrow?

Thanks.
DC


**From:** Cary Ichter <CIchter@IchterDavis.com>
**Date:** Thursday, Dec 05, 2019, 4:33 PM
**To:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Vincent Russo <vrusso@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, Bryan P. Tyson <btyson@taylorenglish.com>
**Cc:** Bruce Perrin Brown Esq. (bbrown@brucepbrownlaw.com) <bbrown@brucepbrownlaw.com>, Marilyn Marks <marilyn@aspenoffice.com>, Robert McGuire <ram@lawram.com>, John Powers <jpowers@lawyerscommittee.org>, Cross, David D. <DCross@mofo.com>
**Subject:** Destruction of Equipment

- External Email -

Counsel: Mr. Russo just responded to one of these messages as I was composing this one. Are we going to wait until tomorrow for any substantive response to any of these messages? We have not had any substantive response to our questions or the requests for information as of today. Cary Ichter

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.