# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CA No. 1:17-cv-02989-AT |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD RAFFENSPERGER, | ) | |
| | ) | |
| Defendants. | ) | |

## NON-PARTY JANINE EVELER'S MOTION TO QUASH OR, IN THE ALTERNATIVE, TO MODIFY THE SUBPOENA

COMES NOW Non-Party Janine Eveler ("Director Eveler"), Election Supervisor for the Cobb County Board of Elections & Registration ("Cobb BOE"), and pursuant to Fed. R. Civ. P. 45(d)(3)(A), respectfully moves this Court to quash, or in the alternative, to modify the subpoena issued by the Coalition Plaintiffs. The basis for this Motion is fully set forth in the accompanying brief in support of the motion and the attached exhibits.

## CERTIFICATE OF TYPE STYLE

This document was prepared using Times New Roman 14-point font.

(*Signature on following page*)

1

Respectfully submitted this 6th day of January, 2020.

                COBB COUNTY ATTORNEY'S OFFICE

                By: */s/Elizabeth Ahern Monyak*
                    ELIZABETH AHERN MONYAK
                    Sr. Associate County Attorney
                    State Bar No. 005745
                    LAUREN S. BRUCE
                    Assistant County Attorney
                    State Bar No. 796642
                    H. WILLIAM ROWLING, JR.
                    County Attorney
                    State Bar No. 617225

100 Cherokee Street, Suite 350
Marietta, GA 30090
770-528-4000 (phone)

                Attorneys for Non-Party Janine Eveler

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | CA No. 1:17-cv-02989-AT |
| ) | |
| v. ) | |
| ) | |
| BRAD RAFFENSPERGER, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

It is hereby certified that I have this day electronically filed with the Clerk and served a true and correct copy of the foregoing **Non-Party Janine Eveler's Motion to Quash, or In the Alternative, To Modify the Subpoena** by using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

This 6th day of January, 2020.

                                                  */s/Elizabeth Ahern Monyak*
                                                  Elizabeth Ahern Monyak
                                                  ELIZABETH AHERN MONYAK
                                                  Sr. Associate County Attorney
                                                  State Bar No. 005745