## Monyak, Elizabeth

**From:** Monyak, Elizabeth
**Sent:** Monday, December 23, 2019 5:13 PM
**To:** 'cichter@ichterdavis.com'
**Subject:** subpoena to Janine Eveler

Hi Cary,

I hope you are doing well. I represent Janine Eveler and the Cobb Board of Elections, and I see that today in the Curling case, you filed a Notice of Intent to serve a subpoena. I don't know when you were planning to serve it, but I just wanted to let you know that Janine is on vacation and will not be back in the office until January 2, and so she will not be available to accept service before then.

Also, it appears that your Notice is missing Exhibit A, and so I was not sure what documents you were seeking? Janine is going to be out of the office for quite a few different days in early January, and so we might need to seek an extension of the January 10th deadline, but we will have a better sense of whether we need that when we see what and how many documents you are seeking. Thanks! Elizabeth

Elizabeth A. Monyak
Senior Associate County Attorney
Cobb County Attorney's Office
100 Cherokee St., Suite 350
Marietta, Georgia 30090
770-528-4023
Elizabeth.Monyak@cobbcounty.org

Confidentiality & Privilege Notice

This communication and its disclosure are strictly limited to the recipient intended by the sender of this message. Please do not forward this message or its contents without consulting with the sender. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. Other privileges may also apply.

If you are not the intended recipient, your receipt was the product of an inadvertent disclosure or an intentional violation of the confidentiality and privileges which apply. Therefore, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. Please contact us immediately by return e-mail or at 770-528-4000, and destroy the original transmission and its attachments without reading or saving in any manner. The sender has not waived and did not intend, directly or indirectly, to waive any privilege, in whole or in part.

1

