# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DONNA CURLING, *et al.*,    )
                           )
      Plaintiffs,       )     CA No. 1:17-cv-02989-AT
                           )
v.                       )
                           )
BRAD RAFFENSPERGER,   )
                           )
      Defendants.    )

## DECLARATION OF KILIKINA DICKEY

Pursuant to 28 U.S.C. § 1746, I, KILIKINA DICKEY, make the following declaration:

1.

My name is Kilikina Dickey. I am over the age of majority and am in all ways competent to give testimony. I am aware that this Declaration is being submitted in support of a motion to quash or, in the alternative, to modify a subpoena issued by the Coalition Plaintiffs in the above-captioned litigation.

2.

I work for the Cobb Board of Elections & Registration ("Cobb BOE") as a Voter Registrar. My title is Administrative Specialist II.

1



3.

In the afternoon of December 23, 2019, I was filling in as a receptionist at the front desk while our regular receptionist was on a break. Between 4:00 p.m. and 4:30 p.m., a man came into the Office carrying a big white envelope which I immediately noticed "J. EVELER" written in big letters. He asked to speak to our Director Janine Eveler. The Director was on vacation and was not due back in the Office until the following week, and I let him know that. He responded by pulling paperwork out of the envelope and writing on it. He then put the document back in the envelope and asked me if I could give it to her. I said that I would, and I put the envelope in Janine Eveler's mailbox, not knowing what it was.

4.

The man left, but then returned about three minutes later and asked me if he had left his wallet. I told him that he had not left his wallet, and then he said "Hey, I forgot to ask your name." I had no idea why he wanted to know my name, but I told him what it was.

5.

After the Christmas holiday, I learned that the envelope contained a subpoena for Janine Eveler. The man who brought it did not tell me that it was a

subpoena or any type of legal document, and I did not know it was a subpoena when I accepted it.

6.

I am not authorized to accept service of process on behalf of the Director, Janine Eveler.

7.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed this 3rd day of January.

Kilikina Dickey
Kilikina Dickey
Administrative Specialist II