IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on the State Defendant's Request for Status Conference [Doc. 689] and Plaintiffs' Responses thereto [Docs. 691 and 692]. The Court **GRANTS** the request for a telephonic status conference on a date to be set by the Courtroom Deputy Clerk.

The State Defendants shall be prepared to address the following at the telephone conference:

(1) Whether the State Defendants can obtain from the Counties the information requested by Plaintiffs' experts needed to determine a statistical sample of the DRE components for preservation by the State. If so, the State Defendants should be prepared to propose a schedule for providing the information to Plaintiffs. If not, the State Defendants should be prepared to address the reasons why they are unable to obtain this information.

(2) An updated schedule of the rollout of the BMD-based election system components to the Counties for use in the scheduled March elections.

**IT IS SO ORDERED** this 10th day of January, 2020.

_____
**Amy Totenberg**
**United States District Judge**