IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is scheduled for a telephonic status conference on Friday, January 17, 2020 at 10:30 a.m. The Court has directed the State Defendants to be prepared to address the status of the BMD rollout and hereby **ORDERS** the State Defendants to file a tentative schedule for completion of the BMD rollout prior to the March 2020 elections **NO LATER THAN 1:00 PM, JANUARY 16, 2020**. In the event no tentative schedule currently exists, the State Defendant should notify the Court in writing by filing a notice on the docket.

**IT IS SO ORDERED** this 14th day of January, 2020.

**Amy Totenberg**
**United States District Judge**