IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING CURLING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF FIFTEEN PAGES**

Good cause having been shown, it is hereby ordered that Curling Plaintiffs' Motion for Leave to File Replies in Excess of Fifteen Pages is **GRANTED**. The Replies filed by both groups of Plaintiffs in Support of their Motions for Attorneys' Fees Under 42 U.S.C. § 1988 shall not exceed forty (40) pages each.

**IT IS SO ORDERED** this _____ day of January, 2020.

_____
U.S. District Court Judge Amy Totenberg

tk-757572