# EXHIBIT B

ELECTION: (Check One)
- ☑ General
- ☐ Primary
- ☐ Runoff (if applicable)
- ☐ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION November 6, 2018
COUNTY / MUNICIPALITY Charlton
PRECINCT Folkston Fire

TIME LAST VOTER VOTED 7:02
NUMBER OF REGISTERED VOTERS IN PRECINCT 697

## DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

**SECTION A: RECORD EACH UNIT**

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 121357 | 0751705 | 0 | 1571759 | 58 |
| 131945 | 0751770 | 0 | 1571757 | 46 |
| 157611 | 0751785 | 0 | 1571756 | 69 |

**SECTION B:** TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED) 173

**SECTION C: NUMBERED LISTS and VOTER CERTIFICATES**

ExpressPoll (See ExpressPoll Recap)
- Democratic Primary _____
- Republican Primary _____
- General/Special 173
- Total (a) 173

Supplemental
- Democratic Primary _____
- Republican Primary _____
- General/Special 0
- Total (b) 0

Total Voter's Certificates
- Democratic Primary _____
- Republican Primary _____
- General/Special 173
- Total (c) 173

**SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:**
1. Results Tapes (or Accumulator Tape Results) (Total from Section B above) = 173
2. "Voters Marked" (See ExpressPoll Recap) 173 + Supplemental List 0 = 173
3. Numbered Lists on ExpressPoll (a) 173 + Supplemental (b) 0 = 173
4. Voter's Certificates (c) = 173

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: _____

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the 6th day of November, 2018. SIGNED IN TRIPLICATE

Claudia Bullard — Manager
_____ — Assistant Manager
_____ — Assistant Manager

Form RS-DRE-10