# EXHIBIT C

ELECTION: (Check One)
- ☑ General
- ☐ Primary
- ☐ Runoff (if applicable)
- ☐ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Four Copies

WHITE sheet to Secretary of State
PINK sheet to Clerk of Superior Court/City Clerk
YELLOW sheet to Superintendent
GOLDENROD sheet to Registrar

COUNTY / MUNICIPALITY: Charlton

PRECINCT: Advance In Person

## DAILY RECAP OF ABSENTEE VOTING ON TS MACHINES - One Recap Sheet for **EACH** TS Unit in use

TS SERIAL NUMBER: 247323          L&A SEAL NUMBER: 0751730

| DATE | OPENING SEAL NUMBER | OPENING PUBLIC COUNT | CLOSING PUBLIC COUNT | CLOSING SEAL NUMBER | TIME SEALED |
|---|---|---|---|---|---|
| 10/15/18 | 0751730 | 0 | 10 | 1571648 | 5:08 |
| 10/16/18 | 1571648 | 10 | 21 | 1571646 | 5:00 |
| 10/17/18 | 1571646 | 21 | 35 | 1571638 | 5:00 |
| 10/18/18 | 1571638 | 35 | 52 | 1571609 | 5:00 |
| 10/19/18 | 1571609 | 52 | 68 | 1571788 | 5:00 |
| 10/22/18 | 1571788 | 68 | 92 | 1740700 | 5:02 |
| 10/23/18 | 1740700 | 92 | 107 | 1740697 | 5:00 |
| 10/24/18 | 1740697 | 107 | 120 | 1740692 | 5:00 |
| 10/25/18 | 1740692 | 120 | 136 | 1740691 | 5:00 |
| 10/26/18 | 1740691 | 136 | 165 | 1751593 | 5:00 |
| 10/29/18 | 1751593 | 165 | 179 | 1751598 | 5:00 |
| 10/30/18 | 1751598 | 179 | 196 | 1751582 | 5:00 |
| 10/31/18 | 1751582 | 196 | 208 | 1751586 | 5:00 |
| 11/1/18 | 1751586 | 208 | 247 | 1751588 | 5:00 |
| 11/2/18 | 1751588 | 247 | 309 | 1751590 | 5:45 |

Consolidate Final Closing Public Count Number for each TS unit in use onto a single Daily Recap Sheet in the area below.

## TOTALS

| TS Serial Number | Closing Public Count (At end of Absentee Voting Period) | TS Serial Number | Closing Public Count (At end of Absentee Voting Period) | TS Serial Number | Closing Public Count (At end of Absentee Voting Period) |
|---|---|---|---|---|---|
| 291684 | 27 | | | | |
| 293088 | 31 | | | | |
| 280683 | 623 | | | | |
| 247266 | 566 | | | | |
| 247323 | 309 | | | | |

Total Ballots Recorded on TS Units - (Closing Public Counts Added together)    1556

We, the undersigned Managers, hereby attest that the above is a true and correct accounting on this the 6th day of November, 2018. SIGNED IN QUADRUPLICATE

_Menda Hodges_ — Manager
_Teresa Guinn_ — Assistant Manager
_Richard Booker_ — Assistant Manager

Form DRS-TS-ABS-09

ELECTION: (Check One)
- [x] General
- [ ] Primary
- [ ] Runoff (if applicable)
- [ ] Special
- [ ] Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Four Copies

WHITE sheet to Secretary of State
PINK sheet to Clerk of Superior Court/City Clerk
YELLOW sheet to Superintendent
GOLDENROD sheet to Registrar

COUNTY / MUNICIPALITY **Charlton**
PRECINCT **Advance In Person**

## DAILY RECAP OF ABSENTEE VOTING ON TS MACHINES — One Recap Sheet for **EACH** TS Unit in use

TS SERIAL NUMBER: **280683**   L&A SEAL NUMBER: **0751733**

| DATE | OPENING SEAL NUMBER | OPENING PUBLIC COUNT | CLOSING PUBLIC COUNT | CLOSING SEAL NUMBER | TIME SEALED |
|---|---|---|---|---|---|
| 10/15/18 | 0751733 | 0 | 30 | 1386046 | 5:08 |
| 10/16/18 | 1386046 | 30 | 59 | 1386029 | 5:00 |
| 10/17/18 | 1386029 | 59 | 97 | 1571791 | 5:00 |
| 10/18/18 | 1571791 | 97 | 133 | 1571637 | 5:00 |
| 10/19/18 | 1571637 | 133 | 172 | 1571720 | 5:00 |
| 10/22/18 | 1571720 | 172 | 213 | 1740698 | 5:02 |
| 10/23/18 | 1740698 | 213 | 257 | 1740695 | 5:00 |
| 10/24/18 | 1740695 | 257 | 288 | 1740693 | 5:00 |
| 10/25/18 | 1740693 | 288 | 318 | 1751592 | 5:00 |
| 10/26/18 | 1751592 | 318 | 368 | 1751594 | 5:00 |
| 10/29/18 | 1751594 | 368 | 407 | 1751600 | 5:00 |
| 10/30/18 | 1751600 | 407 | 458 | 1751581 | 5:00 |
| 10/31/18 | 1751581 | 458 | 487 | 1751585 | 5:00 |
| 11/1/18 | 1751585 | 487 | 541 | 1751589 | 5:00 |
| 11/2/18 | 1751589 | 541 | 623 | 1571732 | 5:45 |

*Consolidate Final Closing Public Count Number for each TS unit in use onto a single Daily Recap Sheet in the area below.*

## TOTALS

| TS Serial Number | Closing Public Count (At end of Absentee Voting Period) | TS Serial Number | Closing Public Count (At end of Absentee Voting Period) | TS Serial Number | Closing Public Count (At end of Absentee Voting Period) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Total Ballots Recorded on TS Units - (Closing Public Counts Added together)   **623**

We, the undersigned Managers, hereby attest that the above is a true and correct accounting on this the **6th** day of **November**, 20**18**. SIGNED IN QUADRUPLICATE

_Brenda Hodges_  _Teresa Gunn_  _Richard Book_
Manager          Assistant Manager    Assistant Manager

Form DRS-TS-ABS-09

ELECTION: (Check One)
- ☑ General
- ☐ Primary
- ☐ Runoff (if applicable)
- ☐ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Four Copies

WHITE sheet to Secretary of State
PINK sheet to Clerk of Superior Court/City Clerk
YELLOW sheet to Superintendent
GOLDENROD sheet to Registrar

COUNTY / MUNICIPALITY: Charlton
PRECINCT: Advance In Person

## DAILY RECAP OF ABSENTEE VOTING ON TS MACHINES - One Recap Sheet for EACH TS Unit in use

TS SERIAL NUMBER: 247266        L&A SEAL NUMBER: 0751721

| DATE | OPENING SEAL NUMBER | OPENING PUBLIC COUNT | CLOSING PUBLIC COUNT | CLOSING SEAL NUMBER | TIME SEALED |
|---|---|---|---|---|---|
| 10/15/18 | 0751721 | 0 | 25 | 1571615 | 5:00 |
| 10/16/18 | 1571615 | 25 | 60 | 1571643 | 5:00 |
| 10/17/18 | 1571643 | 60 | 94 | 1571790 | 5:00 |
| 10/18/18 | 1571790 | 94 | 122 | 1571782 | 5:00 |
| 10/19/18 | 1571782 | 122 | 161 | 1571636 | 5:00 |
| 10/22/18 | 1571636 | 161 | 202 | 1740699 | 5:02 |
| 10/23/18 | 1740699 | 202 | 241 | 1740696 | 5:00 |
| 10/24/18 | 1740696 | 241 | 270 | 1740694 | 5:00 |
| 10/25/18 | 1740694 | 270 | 297 | 1751591 | 5:00 |
| 10/26/18 | 1751591 | 297 | 333 | 1751595 | 5:00 |
| 10/29/18 | 1751595 | 333 | 366 | 1751599 | 5:00 |
| 10/30/18 | 1751599 | 366 | 399 | 1751583 | 5:00 |
| 10/31/18 | 1751583 | 399 | 435 | 1751584 | 5:00 |
| 11/1/18 | 1751584 | 435 | 484 | 1751587 | 5:00 |
| 11/2/18 | 1751587 | 484 | 566 | 1571731 | 5:45 pm |

Consolidate Final Closing Public Count Number for each TS unit in use onto a single Daily Recap Sheet in the area below.

### TOTALS

| TS Serial Number | Closing Public Count (At end of Absentee Voting Period) | TS Serial Number | Closing Public Count (At end of Absentee Voting Period) | TS Serial Number | Closing Public Count (At end of Absentee Voting Period) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Ballots Recorded on TS Units - (Closing Public Counts Added together)    566

We, the undersigned Managers, hereby attest that the above is a true and correct accounting on this the 6th day of November, 2018. SIGNED IN QUADRUPLICATE

Brenda Hodges — Manager
Teresa Guinn — Assistant Manager
Richard Booke — Assistant Manager

Form DRS-TS-ABS-09

ELECTION: (Check One)
- ☑ General
- ☐ Primary
- ☐ Runoff (if applicable)
- ☐ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Four Copies

WHITE sheet to Secretary of State
PINK sheet to Clerk of Superior Court/City Clerk
YELLOW sheet to Superintendent
GOLDENROD sheet to Registrar

COUNTY / MUNICIPALITY: Charlton
PRECINCT: Advance In Person

## DAILY RECAP OF ABSENTEE VOTING ON TS MACHINES - One Recap Sheet for EACH TS Unit in use

TS SERIAL NUMBER: 291684

L&A SEAL NUMBER: 0751734

| DATE | OPENING SEAL NUMBER | OPENING PUBLIC COUNT | CLOSING PUBLIC COUNT | CLOSING SEAL NUMBER | TIME SEALED |
|------|---------------------|----------------------|----------------------|---------------------|-------------|
| 10/5/18 | 0751734 | 0 | 27 | 115159 | 4:00 |

*Consolidate Final Closing Public Count Number for each TS unit in use onto a single Daily Recap Sheet in the area below.*

## TOTALS

| TS Serial Number | Closing Public Count (At end of Absentee Voting Period) | TS Serial Number | Closing Public Count (At end of Absentee Voting Period) | TS Serial Number | Closing Public Count (At end of Absentee Voting Period) |
|---|---|---|---|---|---|
| | | | | | |

Total Ballots Recorded on TS Units - (Closing Public Counts Added together)    27

We, the undersigned Managers, hereby attest that the above is a true and correct accounting on this the 6th day of November, 20 18. **SIGNED IN QUADRUPLICATE**

_Brandee Hodge_ — Manager
_David E. _____ — Assistant Manager
_____ — Assistant Manager

Form DRS-TS-ABS-09

ELECTION: (Check One)
- ☒ General
- ☐ Primary
- ☐ Runoff (if applicable)
- ☐ Special
- ☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Four Copies

WHITE sheet to Secretary of State
PINK sheet to Clerk of Superior Court/City Clerk
YELLOW sheet to Superintendent
GOLDENROD sheet to Registrar

COUNTY / MUNICIPALITY: Charlton
PRECINCT: Advance In Person

## DAILY RECAP OF ABSENTEE VOTING ON TS MACHINES - One Recap Sheet for EACH TS Unit in use

TS SERIAL NUMBER: 293088
L&A SEAL NUMBER: 0751768

| DATE | OPENING SEAL NUMBER | OPENING PUBLIC COUNT | CLOSING PUBLIC COUNT | CLOSING SEAL NUMBER | TIME SEALED |
|---|---|---|---|---|---|
| 10/15/18 | 0751768 | 0 | 31 | 1751596 | 4:00 |

*Consolidate Final Closing Public Count Number for each TS unit in use onto a single Daily Recap Sheet in the area below.*

**TOTALS**

| TS Serial Number | Closing Public Count (At end of Absentee Voting Period) | TS Serial Number | Closing Public Count (At end of Absentee Voting Period) | TS Serial Number | Closing Public Count (At end of Absentee Voting Period) |
|---|---|---|---|---|---|
| | | | | | |

Total Ballots Recorded on TS Units - (Closing Public Counts Added together)   31

We, the undersigned Managers, hereby attest that the above is a true and correct accounting on this the 6th day of November, 2018. SIGNED IN QUADRUPLICATE

Brenda Hodges — Manager
_____ — Assistant Manager
_____ — Assistant Manager

Form DRS-TS-ABS-09