**EXHIBIT 4**

State of Georgia — Statewide Voting System — Secretary of State
eRFP: 47800-SOS0000037

| CountyID | | Phase 1 | | | | | Phase 2 - Part 1 | | | | | Phase 2 - Part 2 | | | | | Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS |
| 001 | Appling | | | | | | 5 | 1 | 1 | 2 | 1 | 44 | 11 | - | 27 | - | 49 | 12 | 1 | 29 | 1 |
| 002 | Atkinson | | | | | | 5 | 1 | 1 | 2 | 1 | 35 | 6 | - | 14 | - | 40 | 7 | 1 | 16 | 1 |
| 003 | Bacon | 30 | 5 | 1 | 14 | 1 | | | | | | | - | - | - | - | 30 | 5 | 1 | 14 | 1 |
| 004 | Baker | | | | | | 5 | 1 | 1 | 2 | 1 | 11 | 7 | - | 8 | - | 16 | 8 | 1 | 10 | 1 |
| 005 | Baldwin | | | | | | 10 | 2 | 1 | 3 | 1 | 102 | 15 | - | 25 | - | 112 | 17 | 1 | 28 | 1 |
| 006 | Banks | | | | | | 10 | 2 | 1 | 3 | 1 | 43 | 14 | - | 30 | - | 53 | 16 | 1 | 33 | 1 |
| 007 | Barrow | | | | | | 10 | 2 | 1 | 3 | 1 | 196 | 19 | - | 53 | - | 206 | 21 | 1 | 56 | 1 |
| 008 | Bartow | 150 | 15 | 1 | 30 | 1 | | | | | | 126 | 17 | - | 13 | - | 276 | 32 | 1 | 43 | 1 |
| 009 | Ben Hill | | | | | | 5 | 1 | 1 | 2 | 1 | 69 | 5 | - | 7 | - | 74 | 6 | 1 | 9 | 1 |
| 010 | Berrien | | | | | | 5 | 1 | 1 | 2 | 1 | 44 | 8 | - | 16 | - | 49 | 9 | 1 | 18 | 1 |
| 011 | Bibb | | | | | | 10 | 2 | 1 | 3 | 1 | 414 | 41 | - | 107 | - | 424 | 43 | 1 | 110 | 1 |
| 012 | Bleckley | | | | | | 5 | 1 | 1 | 2 | 1 | 35 | 4 | - | 3 | - | 40 | 5 | 1 | 5 | 1 |
| 013 | Brantley | | | | | | 5 | 1 | 1 | 2 | 1 | 40 | 5 | - | 15 | - | 45 | 6 | 1 | 17 | 1 |
| 014 | Brooks | | | | | | 5 | 1 | 1 | 2 | 1 | 55 | 9 | - | 28 | - | 60 | 10 | 1 | 30 | 1 |
| 015 | Bryan | | | | | | 5 | 1 | 1 | 2 | 1 | 137 | 14 | - | 18 | - | 142 | 15 | 1 | 20 | 1 |
| 016 | Bulloch | | | | | | 10 | 2 | 1 | 3 | 1 | 162 | 23 | - | 47 | - | 172 | 25 | 1 | 50 | 1 |
| 017 | Burke | | | | | | 10 | 2 | 1 | 3 | 1 | 56 | 17 | - | 29 | - | 66 | 19 | 1 | 32 | 1 |
| 018 | Butts | | | | | | 5 | 1 | 1 | 2 | 1 | 59 | 4 | - | 26 | - | 64 | 5 | 1 | 28 | 1 |
| 019 | Calhoun | | | | | | 5 | 1 | 1 | 2 | 1 | 15 | 7 | - | 8 | - | 20 | 8 | 1 | 10 | 1 |
| 020 | Camden | | | | | | 10 | 2 | 1 | 3 | 1 | 159 | 20 | - | 33 | - | 169 | 22 | 1 | 36 | 1 |
| 021 | Candler | | | | | | 5 | 1 | 1 | 2 | 1 | 22 | 4 | - | 2 | - | 27 | 5 | 1 | 4 | 1 |
| 022 | Carroll | 150 | 15 | 1 | 30 | 1 | | | | | | 166 | 21 | - | 32 | - | 316 | 36 | 1 | 62 | 1 |
| 023 | Catoosa | 187 | 19 | 1 | 36 | 1 | | | | | | | - | - | - | - | 187 | 19 | 1 | 36 | 1 |
| 024 | Charlton | 29 | 11 | 1 | 19 | 1 | | | | | | | - | - | - | - | 29 | 11 | 1 | 19 | 1 |
| 025 | Chatham | | | | | | 15 | 3 | 1 | 4 | 1 | 800 | 103 | - | 436 | - | 815 | 106 | 1 | 440 | 1 |
| 026 | Chattahoochee | | | | | | 5 | 1 | 1 | 2 | 1 | 17 | 3 | - | 1 | - | 22 | 4 | 1 | 3 | 1 |
| 027 | Chattooga | | | | | | 10 | 2 | 1 | 3 | 1 | 52 | 15 | - | 24 | - | 62 | 17 | 1 | 27 | 1 |
| 028 | Cherokee | | | | | | 15 | 3 | 1 | 4 | 1 | 693 | 67 | - | 111 | - | 708 | 70 | 1 | 115 | 1 |
| 029 | Clarke | | | | | | 10 | 2 | 1 | 3 | 1 | 288 | 32 | - | 121 | - | 298 | 34 | 1 | 124 | 1 |
| 030 | Clay | | | | | | 5 | 1 | 1 | 2 | 1 | 13 | 3 | - | 3 | - | 18 | 4 | 1 | 5 | 1 |
| 031 | Clayton | | | | | | 15 | 3 | 1 | 4 | 1 | 717 | 74 | - | 141 | - | 732 | 77 | 1 | 145 | 1 |
| 032 | Clinch | | | | | | 5 | 1 | 1 | 2 | 1 | 35 | 7 | - | 13 | - | 40 | 8 | 1 | 15 | 1 |

ATTACHMENT_O_Potential_Equipment_Distribution

| CountyID | | Phase 1 | | | | | Phase 2 - Part 1 | | | | | Phase 2 - Part 2 | | | | | Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS |
| 033 | Cobb | | | | | | 20 | 4 | 1 | 6 | 1 | 2019 | 195 | - | 682 | - | 2039 | 199 | 1 | 688 | 1 |
| 034 | Coffee | | | | | | 5 | 1 | 1 | 2 | 1 | 88 | 9 | - | 16 | - | 93 | 10 | 1 | 18 | 1 |
| 035 | Colquitt | | | | | | 10 | 2 | 1 | 3 | 1 | 91 | 21 | - | 36 | - | 101 | 23 | 1 | 39 | 1 |
| 036 | Columbia | | | | | | 15 | 3 | 1 | 4 | 1 | 597 | 51 | - | 96 | - | 612 | 54 | 1 | 100 | 1 |
| 037 | Cook | | | | | | 5 | 1 | 1 | 2 | 1 | 53 | 10 | - | 17 | - | 58 | 11 | 1 | 19 | 1 |
| 038 | Coweta | | | | | | 10 | 2 | 1 | 3 | 1 | 379 | 37 | - | 79 | - | 389 | 39 | 1 | 82 | 1 |
| 039 | Crawford | | | | | | 5 | 1 | 1 | 2 | 1 | 35 | 8 | - | 10 | - | 40 | 9 | 1 | 12 | 1 |
| 040 | Crisp | | | | | | 5 | 1 | 1 | 2 | 1 | 46 | 8 | - | 11 | - | 51 | 9 | 1 | 13 | 1 |
| 041 | Dade | | | | | | 5 | 1 | 1 | 2 | 1 | 49 | 9 | - | 14 | - | 54 | 10 | 1 | 16 | 1 |
| 042 | Dawson | | | | | | 5 | 1 | 1 | 2 | 1 | 73 | 7 | - | 12 | - | 78 | 8 | 1 | 14 | 1 |
| 043 | Decatur | 80 | 13 | 1 | 25 | 1 | | | | | | 0 | - | - | - | - | 80 | 13 | 1 | 25 | 1 |
| 044 | DeKalb | | | | | | 20 | 4 | 1 | 6 | 1 | 2819 | 215 | - | 446 | - | 2839 | 219 | 1 | 452 | 1 |
| 045 | Dodge | | | | | | 10 | 2 | 1 | 3 | 1 | 47 | 18 | - | 30 | - | 57 | 20 | 1 | 33 | 1 |
| 046 | Dooly | | | | | | 5 | 1 | 1 | 2 | 1 | 50 | 7 | - | 14 | - | 55 | 8 | 1 | 16 | 1 |
| 047 | Dougherty | | | | | | 10 | 2 | 1 | 3 | 1 | 236 | 32 | - | 60 | - | 246 | 34 | 1 | 63 | 1 |
| 048 | Douglas | | | | | | 10 | 2 | 1 | 3 | 1 | 387 | 41 | - | 67 | - | 397 | 43 | 1 | 70 | 1 |
| 049 | Early | | | | | | 5 | 1 | 1 | 2 | 1 | 49 | 7 | - | 16 | - | 54 | 8 | 1 | 18 | 1 |
| 050 | Echols | | | | | | 5 | 1 | 1 | 2 | 1 | 9 | 3 | - | 1 | - | 14 | 4 | 1 | 3 | 1 |
| 051 | Effingham | | | | | | 10 | 2 | 1 | 3 | 1 | 158 | 20 | - | 39 | - | 168 | 22 | 1 | 42 | 1 |
| 052 | Elbert | | | | | | 10 | 2 | 1 | 3 | 1 | 52 | 12 | - | 21 | - | 62 | 14 | 1 | 24 | 1 |
| 053 | Emanuel | | | | | | 10 | 2 | 1 | 3 | 1 | 47 | 13 | - | 21 | - | 57 | 15 | 1 | 24 | 1 |
| 054 | Evans | 41 | 5 | 1 | 16 | 1 | | | | | | | - | - | - | - | 41 | 5 | 1 | 16 | 1 |
| 055 | Fannin | | | | | | 10 | 2 | 1 | 3 | 1 | 70 | 13 | - | 21 | - | 80 | 15 | 1 | 24 | 1 |
| 056 | Fayette | | | | | | 15 | 3 | 1 | 4 | 1 | 344 | 39 | - | 69 | - | 359 | 42 | 1 | 73 | 1 |
| 057 | Floyd | | | | | | 10 | 2 | 1 | 3 | 1 | 218 | 30 | - | 50 | - | 228 | 32 | 1 | 53 | 1 |
| 058 | Forsyth | | | | | | 10 | 2 | 1 | 3 | 1 | 591 | 36 | - | 157 | - | 601 | 38 | 1 | 160 | 1 |
| 059 | Franklin | | | | | | 5 | 1 | 1 | 2 | 1 | 78 | 9 | - | 35 | - | 83 | 10 | 1 | 37 | 1 |
| 060 | Fulton | 200 | 15 | 1 | 30 | 1 | | | | | | 2858 | 272 | - | 633 | - | 3058 | 287 | 1 | 663 | 1 |
| 061 | Gilmer | | | | | | 10 | 2 | 1 | 3 | 1 | 77 | 14 | - | 25 | - | 87 | 16 | 1 | 28 | 1 |
| 062 | Glascock | | | | | | 5 | 1 | 1 | 2 | 1 | 7 | 6 | - | 6 | - | 12 | 7 | 1 | 8 | 1 |
| 063 | Glynn | | | | | | 10 | 2 | 1 | 3 | 1 | 225 | 24 | - | 49 | - | 235 | 26 | 1 | 52 | 1 |
| 064 | Gordon | | | | | | 10 | 2 | 1 | 3 | 1 | 124 | 16 | - | 35 | - | 134 | 18 | 1 | 38 | 1 |

ATTACHMENT_O_Potential_Equipment_Distribution

| CountyID | | Phase 1 | | | | | Phase 2 - Part 1 | | | | | Phase 2 - Part 2 | | | | | Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS |
| 065 | Grady | | | | | | 10 | 2 | 1 | 3 | 1 | 56 | 14 | - | 24 | - | 66 | 16 | 1 | 27 | 1 |
| 066 | Greene | | | | | | 5 | 1 | 1 | 2 | 1 | 57 | 7 | - | 11 | - | 62 | 8 | 1 | 13 | 1 |
| 067 | Gwinnett | 200 | 15 | 1 | 30 | 1 | | | | | | 2057 | 205 | - | 513 | - | 2257 | 220 | 1 | 543 | 1 |
| 068 | Habersham | | | | | | 5 | 1 | 1 | 2 | 1 | 101 | 16 | - | 50 | - | 106 | 17 | 1 | 52 | 1 |
| 069 | Hall | | | | | | 15 | 3 | 1 | 4 | 1 | 474 | 41 | - | 140 | - | 489 | 44 | 1 | 144 | 1 |
| 070 | Hancock | | | | | | 5 | 1 | 1 | 2 | 1 | 35 | 12 | - | 18 | - | 40 | 13 | 1 | 20 | 1 |
| 071 | Haralson | | | | | | 10 | 2 | 1 | 3 | 1 | 71 | 14 | - | 22 | - | 81 | 16 | 1 | 25 | 1 |
| 072 | Harris | | | | | | 10 | 2 | 1 | 3 | 1 | 90 | 13 | - | 25 | - | 100 | 15 | 1 | 28 | 1 |
| 073 | Hart | | | | | | 5 | 1 | 1 | 2 | 1 | 59 | 10 | - | 13 | - | 64 | 11 | 1 | 15 | 1 |
| 074 | Heard | | | | | | 5 | 1 | 1 | 2 | 1 | 36 | 8 | - | 16 | - | 41 | 9 | 1 | 18 | 1 |
| 075 | Henry | | | | | | 15 | 3 | 1 | 4 | 1 | 643 | 63 | - | 96 | - | 658 | 66 | 1 | 100 | 1 |
| 076 | Houston | | | | | | 10 | 2 | 1 | 3 | 1 | 385 | 34 | - | 79 | - | 395 | 36 | 1 | 82 | 1 |
| 077 | Irwin | | | | | | 5 | 1 | 1 | 2 | 1 | 20 | 5 | - | 24 | - | 25 | 6 | 1 | 26 | 1 |
| 078 | Jackson | | | | | | 5 | 1 | 1 | 2 | 1 | 176 | 14 | - | 29 | - | 181 | 15 | 1 | 31 | 1 |
| 079 | Jasper | | | | | | 5 | 1 | 1 | 2 | 1 | 34 | 6 | - | 11 | - | 39 | 7 | 1 | 13 | 1 |
| 080 | Jeff Davis | | | | | | 5 | 1 | 1 | 2 | 1 | 38 | 7 | - | 27 | - | 43 | 8 | 1 | 29 | 1 |
| 081 | Jefferson | | | | | | 5 | 1 | 1 | 2 | 1 | 90 | 10 | - | 22 | - | 95 | 11 | 1 | 24 | 1 |
| 082 | Jenkins | | | | | | 5 | 1 | 1 | 2 | 1 | 21 | 5 | - | 12 | - | 26 | 6 | 1 | 14 | 1 |
| 083 | Johnson | | | | | | 5 | 1 | 1 | 2 | 1 | 27 | 6 | - | 12 | - | 32 | 7 | 1 | 14 | 1 |
| 084 | Jones | | | | | | 5 | 1 | 1 | 2 | 1 | 86 | 12 | - | 18 | - | 91 | 13 | 1 | 20 | 1 |
| 085 | Lamar | | | | | | 5 | 1 | 1 | 2 | 1 | 78 | 8 | - | 12 | - | 83 | 9 | 1 | 14 | 1 |
| 086 | Lanier | | | | | | 5 | 1 | 1 | 2 | 1 | 18 | 4 | - | 7 | - | 23 | 5 | 1 | 9 | 1 |
| 087 | Laurens | | | | | | 10 | 2 | 1 | 3 | 1 | 119 | 18 | - | 39 | - | 129 | 20 | 1 | 42 | 1 |
| 088 | Lee | | | | | | 5 | 1 | 1 | 2 | 1 | 87 | 13 | - | 49 | - | 92 | 14 | 1 | 51 | 1 |
| 089 | Liberty | | | | | | 10 | 2 | 1 | 3 | 1 | 126 | 16 | - | 27 | - | 136 | 18 | 1 | 30 | 1 |
| 090 | Lincoln | | | | | | 5 | 1 | 1 | 2 | 1 | 35 | 9 | - | 12 | - | 40 | 10 | 1 | 14 | 1 |
| 091 | Long | | | | | | 5 | 1 | 1 | 2 | 1 | 32 | 9 | - | 12 | - | 37 | 10 | 1 | 14 | 1 |
| 092 | Lowndes | 374 | 17 | 1 | 74 | 1 | | | | | | 0 | - | - | - | - | 374 | 17 | 1 | 74 | 1 |
| 093 | Lumpkin | | | | | | 5 | 1 | 1 | 2 | 1 | 82 | 4 | - | 26 | - | 87 | 5 | 1 | 28 | 1 |
| 094 | Macon | | | | | | 5 | 1 | 1 | 2 | 1 | 25 | 7 | - | 8 | - | 30 | 8 | 1 | 10 | 1 |
| 095 | Madison | | | | | | 10 | 2 | 1 | 3 | 1 | 72 | 13 | - | 29 | - | 82 | 15 | 1 | 32 | 1 |
| 096 | Marion | | | | | | 5 | 1 | 1 | 2 | 1 | 17 | 7 | - | 8 | - | 22 | 8 | 1 | 10 | 1 |

ATTACHMENT_O_Potential_Equipment_Distribution

| CountyID | | Phase 1 | | | | | Phase 2 - Part 1 | | | | | Phase 2 - Part 2 | | | | | Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS |
| 097 | McDuffie | | | | | | 5 | 1 | 1 | 2 | 1 | 88 | 7 | - | 8 | - | 93 | 8 | 1 | 10 | 1 |
| 098 | McIntosh | | | | | | 5 | 1 | 1 | 2 | 1 | 51 | 8 | - | 13 | - | 56 | 9 | 1 | 15 | 1 |
| 099 | Meriwether | | | | | | 10 | 2 | 1 | 3 | 1 | 62 | 15 | - | 25 | - | 72 | 17 | 1 | 28 | 1 |
| 100 | Miller | | | | | | 5 | 1 | 1 | 2 | 1 | 18 | 3 | - | 1 | - | 23 | 4 | 1 | 3 | 1 |
| 101 | Mitchell | | | | | | 10 | 2 | 1 | 3 | 1 | 49 | 12 | - | 25 | - | 59 | 14 | 1 | 28 | 1 |
| 102 | Monroe | | | | | | 10 | 2 | 1 | 3 | 1 | 71 | 16 | - | 26 | - | 81 | 18 | 1 | 29 | 1 |
| 103 | Montgomery | | | | | | 5 | 1 | 1 | 2 | 1 | 19 | 9 | - | 12 | - | 24 | 10 | 1 | 14 | 1 |
| 104 | Morgan | | | | | | 5 | 1 | 1 | 2 | 1 | 67 | 9 | - | 30 | - | 72 | 10 | 1 | 32 | 1 |
| 105 | Murray | | | | | | 5 | 1 | 1 | 2 | 1 | 86 | 10 | - | 16 | - | 91 | 11 | 1 | 18 | 1 |
| 106 | Muscogee | | | | | | 10 | 2 | 1 | 3 | 1 | 463 | 40 | - | 70 | - | 473 | 42 | 1 | 73 | 1 |
| 107 | Newton | | | | | | 10 | 2 | 1 | 3 | 1 | 288 | 33 | - | 53 | - | 298 | 35 | 1 | 56 | 1 |
| 108 | Oconee | | | | | | 10 | 2 | 1 | 3 | 1 | 109 | 15 | - | 25 | - | 119 | 17 | 1 | 28 | 1 |
| 109 | Oglethorpe | | | | | | 5 | 1 | 1 | 2 | 1 | 35 | 5 | - | 4 | - | 40 | 6 | 1 | 6 | 1 |
| 110 | Paulding | 50 | 5 | 1 | 10 | 1 | | | | | | 432 | 22 | - | 59 | - | 482 | 27 | 1 | 69 | 1 |
| 111 | Peach | | | | | | 5 | 1 | 1 | 2 | 1 | 67 | 12 | - | 14 | - | 72 | 13 | 1 | 16 | 1 |
| 112 | Pickens | | | | | | 10 | 2 | 1 | 3 | 1 | 118 | 13 | - | 21 | - | 128 | 15 | 1 | 24 | 1 |
| 113 | Pierce | | | | | | 5 | 1 | 1 | 2 | 1 | 44 | 5 | - | 18 | - | 49 | 6 | 1 | 20 | 1 |
| 114 | Pike | | | | | | 5 | 1 | 1 | 2 | 1 | 50 | 10 | - | 16 | - | 55 | 11 | 1 | 18 | 1 |
| 115 | Polk | | | | | | 5 | 1 | 1 | 2 | 1 | 86 | 13 | - | 18 | - | 91 | 14 | 1 | 20 | 1 |
| 116 | Pulaski | | | | | | 5 | 1 | 1 | 2 | 1 | 36 | 4 | - | 3 | - | 41 | 5 | 1 | 5 | 1 |
| 117 | Putnam | | | | | | 5 | 1 | 1 | 2 | 1 | 69 | 9 | - | 28 | - | 74 | 10 | 1 | 30 | 1 |
| 118 | Quitman | | | | | | 5 | 1 | 1 | 2 | 1 | 5 | 4 | - | 2 | - | 10 | 5 | 1 | 4 | 1 |
| 119 | Rabun | | | | | | 5 | 1 | 1 | 2 | 1 | 79 | 4 | - | 10 | - | 84 | 5 | 1 | 12 | 1 |
| 120 | Randolph | | | | | | 5 | 1 | 1 | 2 | 1 | 21 | 11 | - | 16 | - | 26 | 12 | 1 | 18 | 1 |
| 121 | Richmond | | | | | | 15 | 3 | 1 | 4 | 1 | 600 | 56 | - | 138 | - | 615 | 59 | 1 | 142 | 1 |
| 122 | Rockdale | | | | | | 10 | 2 | 1 | 3 | 1 | 242 | 22 | - | 61 | - | 252 | 24 | 1 | 64 | 1 |
| 123 | Schley | | | | | | 5 | 1 | 1 | 2 | 1 | 8 | 3 | - | - | - | 13 | 4 | 1 | 2 | 1 |
| 124 | Screven | | | | | | 10 | 2 | 1 | 3 | 1 | 42 | 13 | - | 21 | - | 52 | 15 | 1 | 24 | 1 |
| 125 | Seminole | | | | | | 5 | 1 | 1 | 2 | 1 | 25 | 7 | - | 8 | - | 30 | 8 | 1 | 10 | 1 |
| 126 | Spalding | | | | | | 10 | 2 | 1 | 3 | 1 | 168 | 21 | - | 35 | - | 178 | 23 | 1 | 38 | 1 |
| 127 | Stephens | | | | | | 5 | 1 | 1 | 2 | 1 | 60 | 4 | - | 10 | - | 65 | 5 | 1 | 12 | 1 |
| 128 | Stewart | | | | | | 5 | 1 | 1 | 2 | 1 | 30 | 6 | - | 6 | - | 35 | 7 | 1 | 8 | 1 |

ATTACHMENT_O_Potential_Equipment_Distribution

State of Georgia — Statewide Voting System — Secretary of State
eRFP: 47800-SOS0000037

| CountyID | | Phase 1 | | | | | Phase 2 - Part 1 | | | | | Phase 2 - Part 2 | | | | | Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS |
| 129 | Sumter | | | | | | 10 | 2 | 1 | 3 | 1 | 62 | 12 | - | 20 | - | 72 | 14 | 1 | 23 | 1 |
| 130 | Talbot | | | | | | 5 | 1 | 1 | 2 | 1 | 22 | 9 | - | 12 | - | 27 | 10 | 1 | 14 | 1 |
| 131 | Taliaferro | | | | | | 5 | 1 | 1 | 2 | 1 | 5 | 4 | - | 2 | - | 10 | 5 | 1 | 4 | 1 |
| 132 | Tattnall | | | | | | 5 | 1 | 1 | 2 | 1 | 79 | 13 | - | 21 | - | 84 | 14 | 1 | 23 | 1 |
| 133 | Taylor | | | | | | 5 | 1 | 1 | 2 | 1 | 21 | 5 | - | 6 | - | 26 | 6 | 1 | 8 | 1 |
| 134 | Telfair | | | | | | 5 | 1 | 1 | 2 | 1 | 54 | 8 | - | 10 | - | 59 | 9 | 1 | 12 | 1 |
| 135 | Terrell | | | | | | 5 | 1 | 1 | 2 | 1 | 28 | 8 | - | 10 | - | 33 | 9 | 1 | 12 | 1 |
| 136 | Thomas | | | | | | 10 | 2 | 1 | 3 | 1 | 115 | 21 | - | 47 | - | 125 | 23 | 1 | 50 | 1 |
| 137 | Tift | | | | | | 10 | 2 | 1 | 3 | 1 | 88 | 13 | - | 21 | - | 98 | 15 | 1 | 24 | 1 |
| 138 | Toombs | | | | | | 5 | 1 | 1 | 2 | 1 | 60 | 8 | - | 25 | - | 65 | 9 | 1 | 27 | 1 |
| 139 | Towns | | | | | | 5 | 1 | 1 | 2 | 1 | 37 | 6 | - | 7 | - | 42 | 7 | 1 | 9 | 1 |
| 140 | Treutlen | 23 | 5 | 1 | 6 | 1 | | | | | | 0 | - | - | - | - | 23 | 5 | 1 | 6 | 1 |
| 141 | Troup | | | | | | 10 | 2 | 1 | 3 | 1 | 156 | 16 | - | 35 | - | 166 | 18 | 1 | 38 | 1 |
| 142 | Turner | | | | | | 5 | 1 | 1 | 2 | 1 | 31 | 5 | - | 4 | - | 36 | 6 | 1 | 6 | 1 |
| 143 | Twiggs | | | | | | 5 | 1 | 1 | 2 | 1 | 21 | 7 | - | 12 | - | 26 | 8 | 1 | 14 | 1 |
| 144 | Union | | | | | | 10 | 2 | 1 | 3 | 1 | 71 | 12 | - | 42 | - | 81 | 14 | 1 | 45 | 1 |
| 145 | Upson | | | | | | 5 | 1 | 1 | 2 | 1 | 72 | 8 | - | 20 | - | 77 | 9 | 1 | 22 | 1 |
| 146 | Walker | | | | | | 10 | 2 | 1 | 3 | 1 | 156 | 25 | - | 25 | - | 166 | 27 | 1 | 28 | 1 |
| 147 | Walton | | | | | | 10 | 2 | 1 | 3 | 1 | 255 | 28 | - | 67 | - | 265 | 30 | 1 | 70 | 1 |
| 148 | Ware | | | | | | 10 | 2 | 1 | 3 | 1 | 143 | 13 | - | 45 | - | 153 | 15 | 1 | 48 | 1 |
| 149 | Warren | | | | | | 5 | 1 | 1 | 2 | 1 | 17 | 3 | - | 12 | - | 22 | 4 | 1 | 14 | 1 |
| 150 | Washington | | | | | | 5 | 1 | 1 | 2 | 1 | 49 | 11 | - | 40 | - | 54 | 12 | 1 | 42 | 1 |
| 151 | Wayne | | | | | | 5 | 1 | 1 | 2 | 1 | 66 | 9 | - | 25 | - | 71 | 10 | 1 | 27 | 1 |
| 152 | Webster | | | | | | 5 | 1 | 1 | 2 | 1 | 5 | 3 | - | 3 | - | 10 | 4 | 1 | 5 | 1 |
| 153 | Wheeler | | | | | | 5 | 1 | 1 | 2 | 1 | 22 | 4 | - | 5 | - | 27 | 5 | 1 | 7 | 1 |
| 154 | White | | | | | | 10 | 2 | 1 | 3 | 1 | 70 | 13 | - | 31 | - | 80 | 15 | 1 | 34 | 1 |
| 155 | Whitfield | | | | | | 10 | 2 | 1 | 3 | 1 | 202 | 26 | - | 66 | - | 212 | 28 | 1 | 69 | 1 |
| 156 | Wilcox | | | | | | 5 | 1 | 1 | 2 | 1 | 19 | 8 | - | 10 | - | 24 | 9 | 1 | 12 | 1 |
| 157 | Wilkes | | | | | | 5 | 1 | 1 | 2 | 1 | 33 | 9 | - | 26 | - | 38 | 10 | 1 | 28 | 1 |
| 158 | Wilkinson | | | | | | 5 | 1 | 1 | 2 | 1 | 50 | 11 | - | 19 | - | 55 | 12 | 1 | 21 | 1 |
| 159 | Worth | | | | | | 10 | 2 | 1 | 3 | 1 | 66 | 16 | - | 37 | - | 76 | 18 | 1 | 40 | 1 |

ATTACHMENT_O_Potential_Equipment_Distribution

| CountyID | | Phase 1 | | | | | Phase 2 - Part 1 | | | | | Phase 2 - Part 2 | | | | | Total | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS | BMDs | PPS | CSD | Epoll | EMS |
| State Extras | | 45 | 18 | 3 | 14 | 5 | | | | | | | | | | | 45 | 18 | 3 | 14 | 16 |
| | | | | | | | | | | | | | | | | | | | | | |
| Total | | 1,559 | 158 | 15 | 334 | 17 | 1,100 | 220 | 147 | 369 | 147 | 27,391 | 3,122 | - | 7,047 | - | 30,050 | 3,500 | 162 | 7,750 | 175 |