**EXHIBIT 5**

*Master Solution Purchase and Services Agreement*

# ATTACHMENT 3 TO SOLUTION ORDER

# RESERVED

Master Solution Purchase and Services Agreement

# ATTACHMENT 4 TO SOLUTION ORDER

## Implementation Schedule including standard Milestones

| Task Name | Duration | Start | Finish |
|---|---|---|---|
| **GA Draft Project Plan** | | | |
| **Installation Key Dates** | **123 days** | **Thu 8/1/19** | **Mon 1/20/20** |
|    Phase 1 Installations | 69 days | Thu 8/1/19 | Tue 11/5/19 |
|    Phase 2 Part 1 Installations | 40 days | Wed 11/6/19 | Tue 12/31/19 |
|    Phase 2 part 2 Installations | 14 days | Wed 1/1/20 | Mon 1/20/20 |
| **Election Key Dates** | **261 days** | **Tue 11/5/19** | **Tue 11/3/20** |
|    2019 General Election | 1 day | Tue 11/5/19 | Tue 11/5/19 |
|    PPP | 1 day | Tue 3/24/20 | Tue 3/24/20 |
|    Primary Election | 1 day | Tue 5/26/20 | Tue 5/26/20 |
|    Primary Election Runoff | 1 day | Tue 7/28/20 | Tue 7/28/20 |
|    General Election | 1 day | Tue 11/3/20 | Tue 11/3/20 |
| **Project Management** | **383 days** | **Tue 7/16/19** | **Thu 12/31/20** |
|   **Project Initiation** | **14 days** | **Tue 7/16/19** | **Fri 8/2/19** |
|     Review Project Structure, roles and responsibilities | 11 days | Tue 7/16/19 | Tue 7/30/19 |
|     Review and update project plan | 11 days | Tue 7/16/19 | Tue 7/30/19 |
|     Manufacturing and Deliveries Schedule | 11 days | Tue 7/16/19 | Tue 7/30/19 |
|     Issues Tracking and Escalation Plan | 11 days | Tue 7/16/19 | Tue 7/30/19 |
|     Risk Mitigation Plan | 11 days | Tue 7/16/19 | Tue 7/30/19 |
|     Communication Plan | 11 days | Tue 7/16/19 | Tue 7/30/19 |
|     Conflict Resolution Plan | 11 days | Tue 7/16/19 | Tue 7/30/19 |
|     Training Plan Finalization | 11 days | Tue 7/16/19 | Tue 7/30/19 |
|     Review and Adjust Training Schedules | 11 days | Tue 7/16/19 | Tue 7/30/19 |
|   **Requirements Gathering, Gap Analysis and Application Configuration** | **11 days** | **Tue 7/16/19** | **Tue 7/30/19** |
|     Requirements Review | 11 days | Tue 7/16/19 | Tue 7/30/19 |
|     Requirements Signoff | 1 day | Tue 7/30/19 | Tue 7/30/19 |
|     Create Election Data Import Bridge | 12 days | Tue 7/16/19 | Wed 7/31/19 |
|     Customer kick-off meeting | 1 day | Thu 8/1/19 | Thu 8/1/19 |
|   **Poll Pad Build, Testing and Documentation** | **54 days** | **Tue 7/16/19** | **Fri 9/27/19** |
|    **Receipt and Acceptance Testing in DVS facility** | **25 days** | **Tue 7/16/19** | **Mon 8/19/19** |
|     Development | 25 days | Tue 7/16/19 | Mon 8/19/19 |
|     Migrate App Changes | 1 day | Fri 8/9/19 | Fri 8/9/19 |
|    **Test** | **14 days** | **Mon 8/12/19** | **Thu 8/29/19** |
|     Create test cases | 5 days | Mon 8/12/19 | Fri 8/16/19 |
|     Acceptance Testing | 5 days | Thu 8/22/19 | Wed 8/28/19 |
|     Testing Signoff | 1 day | Thu 8/29/19 | Thu 8/29/19 |
|    **Documentation** | **5 days** | **Mon 9/23/19** | **Fri 9/27/19** |
|     Create administrator and user guides | 5 days | Mon 9/23/19 | Fri 9/27/19 |
|   **Project Meetings** | **371 days** | **Thu 8/1/19** | **Thu 12/31/20** |
|    **Weekly Project Status Meetings** | **371 days** | **Thu 8/1/19** | **Thu 12/31/20** |

*Master Solution Purchase and Services Agreement*

| | | | |
|---|---|---|---|
| **Receipt and Acceptance Testing in DVS facility** | **125 days** | **Mon 7/29/19** | **Fri 1/17/20** |
| **July Shipment** | **20 days** | **Mon 7/29/19** | **Fri 8/23/19** |
|     Receive Shipment | 3 days | Mon 7/29/19 | Wed 7/31/19 |
|     Initial Acceptance Test | 18 days | Tue 7/30/19 | Thu 8/22/19 |
|     Preparation and Delivery of Equipment | 17 days | Thu 8/1/19 | Fri 8/23/19 |
| **August Shipment** | **21 days** | **Mon 8/26/19** | **Mon 9/23/19** |
|     Receive Shipment | 5 days | Mon 8/26/19 | Fri 8/30/19 |
|     Initial Acceptance Test | 22 days | Thu 8/22/19 | Fri 9/20/19 |
|     Preparation and Delivery of Equipment | 10 days | Tue 9/10/19 | Mon 9/23/19 |
|     Ship 334 Poll Pads | 15 days | Tue 9/3/19 | Mon 9/23/19 |
| **September Shipment** | **23 days** | **Tue 9/24/19** | **Thu 10/24/19** |
|     Receive Shipment | 5 days | Tue 9/24/19 | Mon 9/30/19 |
|     Initial Acceptance Test | 23 days | Mon 9/23/19 | Wed 10/23/19 |
|     Preparation and Delivery of Equipment | 10 days | Thu 10/10/19 | Wed 10/23/19 |
|     Ship 369 Poll Pads | 14 days | Mon 10/7/19 | Thu 10/24/19 |
| **October Shipment** | **25 days** | **Fri 10/25/19** | **Thu 11/28/19** |
|     Receive Shipment | 5 days | Fri 10/25/19 | Thu 10/31/19 |
|     Initial Acceptance Test | 24 days | Mon 10/28/19 | Thu 11/28/19 |
|     Preparation and Delivery of Equipment | 10 days | Fri 11/15/19 | Thu 11/28/19 |
| **November Shipment** | **19 days** | **Mon 11/25/19** | **Thu 12/19/19** |
|     Receive Shipment | 5 days | Mon 11/25/19 | Fri 11/29/19 |
|     Initial Acceptance Test | 18 days | Tue 11/26/19 | Thu 12/19/19 |
|     Preparation and Delivery of Equipment | 10 days | Fri 12/6/19 | Thu 12/19/19 |
|     Ship 7047 Poll Pads | 75 days | Mon 11/18/19 | Fri 2/28/20 |
| **December Shipment - Any additional balance needed** | **25 days** | **Mon 12/16/19** | **Fri 1/17/20** |
|     Receive Shipment | 5 days | Mon 12/16/19 | Fri 12/20/19 |
|     Initial Acceptance Test | 24 days | Mon 12/16/19 | Thu 1/16/20 |
|     Preparation and Delivery of Equipment | 10 days | Mon 1/6/20 | Fri 1/17/20 |
| **Phase 1 Installations** | **69 days** | **Thu 8/1/19** | **Tue 11/5/19** |
|     November 2019 Election Day | 1 day | Tue 11/5/19 | Tue 11/5/19 |
|     **Counties receiving equipment during Phase 1** | **32 days** | **Thu 8/1/19** | **Fri 9/13/19** |
|         GASOS | | | |
|         County 1 | | | |
|         County 2 | | | |
|         County 3 | | | |
|         County 4 | | | |
|         County 5 | | | |
|         County 6 | | | |
|     **Procurement and Delivery** | **32 days** | **Thu 8/1/19** | **Fri 9/13/19** |
|         **Election Management System** | **32 days** | **Thu 8/1/19** | **Fri 9/13/19** |
|             **Documentation Delivery** | **1 day** | **Thu 8/1/19** | **Thu 8/1/19** |
|                 Installation guides | 1 day | Thu 8/1/19 | Thu 8/1/19 |
|                 User guides | 1 day | Thu 8/1/19 | Thu 8/1/19 |
|             **Equipment** | **30 days** | **Mon 8/5/19** | **Fri 9/13/19** |
|                 Procurement and Delivery | 30 days | Mon 8/5/19 | Fri 9/13/19 |
|                 Installation | 30 days | Mon 8/5/19 | Fri 9/13/19 |
|                 County Level Acceptance Testing and Training | 30 days | Mon 8/5/19 | Fri 9/13/19 |

*Master Solution Purchase and Services Agreement*

| Task | Duration | Start | Finish |
|---|---|---|---|
| **Tabulator and Accessible Voting System** | **30 days** | **Mon 8/5/19** | **Fri 9/13/19** |
| **Documentation Delivery** | **1 day** | **Thu 8/1/19** | **Thu 8/1/19** |
| User Manuals | 0.25 days | Thu 8/1/19 | Thu 8/1/19 |
| Quick reference guides | 0.25 days | Thu 8/1/19 | Thu 8/1/19 |
| Maintenance manuals | 0.25 days | Thu 8/1/19 | Thu 8/1/19 |
| Training manuals | 0.25 days | Thu 8/1/19 | Thu 8/1/19 |
| **Supplies and Consumables** | **30 days** | **Mon 8/5/19** | **Fri 9/13/19** |
| Procurement and Delivery | 30 days | Mon 8/5/19 | Fri 9/13/19 |
| County Level Acceptance Testing and Training | 30 days | Mon 8/5/19 | Fri 9/13/19 |
| **Training** | | | |
| **GASOS Training** | **22 days** | **Thu 8/1/19** | **Fri 8/30/19** |
| D-Suite Election Management System Election Event Designer Training | 10 days | | |
| D-Suite Accumulation only EMS Training | 2 days | | |
| D-Suite Results Tally & Reporting | 1 day | | |
| D-Suite ICP Training | 1 day | | |
| D-Suite ICX Training | 1 day | | |
| D-Suite ICC & Adjudication Training | 1 day | | |
| D-Suite UOCAVA Training | 1 day | | |
| D-Suite Mobile Ballot Printing Training | 1 day | | |
| Pollworker Train the Trainer | 1 day | | |
| Election Day Rover Training | 0.5 days | | |
| Poll Pad Train the Trainer | 1 day | | |
| Pollworker Training - Pilot | | | |
| **Regional Training 1** | **67 days** | **Thu 8/1/19** | **Fri 11/1/19** |
| D-Suite Accumulation only EMS Training | 2 days | | |
| D-Suite Results Tally & Reporting | 1 day | | |
| D-Suite ICP Training | 1 day | | |
| D-Suite ICX Training | 1 day | | |
| D-Suite ICC & Adjudication Training | 1 day | | |
| D-Suite UOCAVA Training | 1 day | | |
| D-Suite Mobile Ballot Printing Training | 1 day | | |
| Pollworker Train the Trainer | 1 day | | |
| Election Day Rover Training | 0.5 days | | |
| Poll Pad Train the Trainer | 5 days | | |
| Pollworker Training - Pilot | | | |
| **Regional Training 2** | **67 days** | **Thu 8/1/19** | **Fri 11/1/19** |
| D-Suite Accumulation only EMS Training | 2 days | | |
| D-Suite Results Tally & Reporting | 1 day | | |
| D-Suite ICP Training | 1 day | | |
| D-Suite ICX Training | 1 day | | |
| D-Suite ICC & Adjudication Training | 1 day | | |
| D-Suite UOCAVA Training | 1 day | | |
| D-Suite Mobile Ballot Printing Training | 1 day | | |
| Pollworker Train the Trainer | 1 day | | |
| Election Day Rover Training | 0.5 days | | |
| Poll Pad Train the Trainer | 5 days | | |
| Pollworker Training - Pilot | | | |

*Master Solution Purchase and Services Agreement*

| | | | |
|---|---|---|---|
| Refresh Training | 67 days | Thu 8/1/19 | Fri 11/1/19 |
| **Election Programming - November 2019 General Election** | | | |
| November 2019 General Election | 1 day | Tue 11/5/19 | Tue 11/5/19 |
| **Ballot Definition and Programming** | | | |
| Data entry and import | 5 days | Wed 8/7/19 | Tue 8/13/19 |
| Ballot Styling | 1 day? | Wed 8/7/19 | Wed 8/7/19 |
| Review and modifications | 1 day | Fri 9/6/19 | Fri 9/6/19 |
| Generate official ballots | 15 days | Fri 9/6/19 | Thu 9/26/19 |
| Generate audio ballots | 3 wks | Fri 9/6/19 | Thu 9/26/19 |
| Generate election files | 3 wks | Fri 9/6/19 | Thu 9/26/19 |
| Generate test decks | 2 wks | Fri 9/6/19 | Thu 9/19/19 |
| **Ballot Production and L&A Testing** | | | |
| UOCAVA Ballots Ready | 1 day? | Sat 9/21/19 | Sat 9/21/19 |
| Official ballot printing | 15 days | Sat 9/21/19 | Thu 10/10/19 |
| Logic and accuracy testing | 15 days | Sat 9/21/19 | Thu 10/10/19 |
| **Election Readiness** | | | |
| Voter Outreach | | | |
| Pollworker Training | 21 days | Mon 10/7/19 | Mon 11/4/19 |
| Equipment Delivery to Polls | 6 days | Mon 10/28/19 | Mon 11/4/19 |
| **Poll Pad Pilot Readiness** | | | |
| Confirm iOS and application updates | 5 days | Mon 9/30/19 | Fri 10/4/19 |
| Deploy application updates | 10 days | Mon 10/7/19 | Fri 10/18/19 |
| Confirm ePulse settings | 5 days | Mon 10/14/19 | Fri 10/18/19 |
| Load election data | 5 days | Mon 10/21/19 | Fri 10/25/19 |
| Verify election data | 1 day | Fri 10/25/19 | Fri 10/25/19 |
| **Poll Pad Post Pilot Support** | | | |
| Data Reconciliation | 3 days | Wed 11/6/19 | Fri 11/8/19 |
| Export Data | 1 day | Mon 11/11/19 | Mon 11/11/19 |
| Auditing the election | 1 day | Tue 11/12/19 | Tue 11/12/19 |
| Archiving the elections | 1 day | Wed 11/13/19 | Wed 11/13/19 |
| **Phase 1 complete** | **0 days** | **Tue 11/12/19** | **Tue 11/12/19** |
| Phase 1 Lessons Learned Meeting | 1 day | Tue 11/12/19 | Tue 11/12/19 |
| **Phase 2 Installations** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| **Counties Receiving Equipment Phase 2 Part 1** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| **Election Management System** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| **Documentation Delivery** | **1 day** | **Wed 11/6/19** | **Wed 11/6/19** |
| Installation guides | 0.25 days | Wed 11/6/19 | Wed 11/6/19 |
| User guides | 0.25 days | Wed 11/6/19 | Wed 11/6/19 |
| **Equipment** | **15 days** | **Wed 12/11/19** | **Tue 12/31/19** |
| Procurement and Delivery | 40 days | Wed 11/6/19 | Tue 12/31/19 |
| Installation | 40 days | Wed 11/6/19 | Tue 12/31/19 |
| County Level Acceptance Testing and Training | 40 days | Wed 11/6/19 | Tue 12/31/19 |
| **Tabulator and Accessible Voting System** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| **Documentation Delivery** | **1 day** | **Wed 11/6/19** | **Wed 11/6/19** |
| User Manuals | 0.25 days | Wed 11/6/19 | Wed 11/6/19 |
| Quick reference guides | 0.25 days | Wed 11/6/19 | Wed 11/6/19 |
| Maintenance manuals | 0.25 days | Wed 11/6/19 | Wed 11/6/19 |

*Master Solution Purchase and Services Agreement*

|  |  |  |  |
|---|---|---|---|
| Training manuals | 0.25 days | Wed 11/6/19 | Wed 11/6/19 |
| **Equipment** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| Procurement and Delivery | 40 days | Wed 11/6/19 | Tue 12/31/19 |
| County Level Acceptance Testing and Training | 40 days | Wed 11/6/19 | Tue 12/31/19 |
| **Supplies and Consumables** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| Procurement and Delivery | 40 days | Wed 11/6/19 | Tue 12/31/19 |
| **Training** |  |  |  |
| **Regional Training 1** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| D-Suite Accumulation only EMS Training | 2 days |  |  |
| D-Suite Results Tally & Reporting | 1 day |  |  |
| D-Suite ICP Training | 1 day |  |  |
| D-Suite ICX Training | 1 day |  |  |
| D-Suite ICC & Adjudication Training | 1 day |  |  |
| D-Suite UOCAVA Training | 1 day |  |  |
| D-Suite Mobile Ballot Printing Training | 1 day |  |  |
| Pollworker Train the Trainer | 1 day |  |  |
| Election Day Rover Training | 0.5 days |  |  |
| Poll Pad Pollworker Training | 1 day |  |  |
| **Regional Training 2** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| D-Suite Accumulation only EMS Training | 2 days |  |  |
| D-Suite Results Tally & Reporting | 1 day |  |  |
| D-Suite ICP Training | 1 day |  |  |
| D-Suite ICX Training | 1 day |  |  |
| D-Suite ICC & Adjudication Training | 1 day |  |  |
| D-Suite UOCAVA Training | 1 day |  |  |
| D-Suite Mobile Ballot Printing Training | 1 day |  |  |
| Pollworker Train the Trainer | 1 day |  |  |
| Election Day Rover Training | 0.5 days |  |  |
| Poll Pad Pollworker Training | 1 day |  |  |
| **Regional Training 3** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| D-Suite Accumulation only EMS Training | 2 days |  |  |
| D-Suite Results Tally & Reporting | 1 day |  |  |
| D-Suite ICP Training | 1 day |  |  |
| D-Suite ICX Training | 1 day |  |  |
| D-Suite ICC & Adjudication Training | 1 day |  |  |
| D-Suite UOCAVA Training | 1 day |  |  |
| D-Suite Mobile Ballot Printing Training | 1 day |  |  |
| Pollworker Train the Trainer | 1 day |  |  |
| Election Day Rover Training | 0.5 days |  |  |
| Poll Pad Pollworker Training | 1 day |  |  |
| **Regional Training 4** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| D-Suite Accumulation only EMS Training | 2 days |  |  |
| D-Suite Results Tally & Reporting | 1 day |  |  |
| D-Suite ICP Training | 1 day |  |  |
| D-Suite ICX Training | 1 day |  |  |
| D-Suite ICC & Adjudication Training | 1 day |  |  |
| D-Suite UOCAVA Training | 1 day |  |  |

*Master Solution Purchase and Services Agreement*

| | | | | |
|---|---|---|---|---|
| | D-Suite Mobile Ballot Printing Training | 1 day | | |
| | Pollworker Train the Trainer | 1 day | | |
| | Election Day Rover Training | 0.5 days | | |
| | Poll Pad Pollworker Training | 1 day | | |
| **Regional Training 5** | | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| | D-Suite Accumulation only EMS Training | 2 days | | |
| | D-Suite Results Tally & Reporting | 1 day | | |
| | D-Suite ICP Training | 1 day | | |
| | D-Suite ICX Training | 1 day | | |
| | D-Suite ICC & Adjudication Training | 1 day | | |
| | D-Suite UOCAVA Training | 1 day | | |
| | D-Suite Mobile Ballot Printing Training | 1 day | | |
| | Pollworker Train the Trainer | 1 day | | |
| | Election Day Rover Training | 0.5 days | | |
| | Poll Pad Pollworker Training | 1 day | | |
| **Regional Training 6** | | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| | D-Suite Accumulation only EMS Training | 2 days | | |
| | D-Suite Results Tally & Reporting | 1 day | | |
| | D-Suite ICP Training | 1 day | | |
| | D-Suite ICX Training | 1 day | | |
| | D-Suite ICC & Adjudication Training | 1 day | | |
| | D-Suite UOCAVA Training | 1 day | | |
| | D-Suite Mobile Ballot Printing Training | 1 day | | |
| | Pollworker Train the Trainer | 1 day | | |
| | Election Day Rover Training | 0.5 days | | |
| | Poll Pad Pollworker Training | 1 day | | |
| **Regional Training 7** | | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| | D-Suite Accumulation only EMS Training | 2 days | | |
| | D-Suite Results Tally & Reporting | 1 day | | |
| | D-Suite ICP Training | 1 day | | |
| | D-Suite ICX Training | 1 day | | |
| | D-Suite ICC & Adjudication Training | 1 day | | |
| | D-Suite UOCAVA Training | 1 day | | |
| | D-Suite Mobile Ballot Printing Training | 1 day | | |
| | Pollworker Train the Trainer | 1 day | | |
| | Election Day Rover Training | 0.5 days | | |
| | Poll Pad Pollworker Training | 1 day | | |
| **Regional Training 8** | | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| | D-Suite Accumulation only EMS Training | 2 days | | |
| | D-Suite Results Tally & Reporting | 1 day | | |
| | D-Suite ICP Training | 1 day | | |
| | D-Suite ICX Training | 1 day | | |
| | D-Suite ICC & Adjudication Training | 1 day | | |
| | D-Suite UOCAVA Training | 1 day | | |
| | D-Suite Mobile Ballot Printing Training | 1 day | | |
| | Pollworker Train the Trainer | 1 day | | |
| | Election Day Rover Training | 0.5 days | | |

|  |  |  |  |
|---|---|---|---|
| Poll Pad Pollworker Training | 1 day | | |
| **Regional Training 9** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
|     D-Suite Accumulation only EMS Training | 2 days | | |
|     D-Suite Results Tally & Reporting | 1 day | | |
|     D-Suite ICP Training | 1 day | | |
|     D-Suite ICX Training | 1 day | | |
|     D-Suite ICC & Adjudication Training | 1 day | | |
|     D-Suite UOCAVA Training | 1 day | | |
|     D-Suite Mobile Ballot Printing Training | 1 day | | |
|     Pollworker Train the Trainer | 1 day | | |
|     Election Day Rover Training | 0.5 days | | |
|     Poll Pad Pollworker Training | 1 day | | |
| **Regional Training 10** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
|     D-Suite Accumulation only EMS Training | 2 days | | |
|     D-Suite Results Tally & Reporting | 1 day | | |
|     D-Suite ICP Training | 1 day | | |
|     D-Suite ICX Training | 1 day | | |
|     D-Suite ICC & Adjudication Training | 1 day | | |
|     D-Suite UOCAVA Training | 1 day | | |
|     D-Suite Mobile Ballot Printing Training | 1 day | | |
|     Pollworker Train the Trainer | 1 day | | |
|     Election Day Rover Training | 0.5 days | | |
|     Poll Pad Pollworker Training | 1 day | | |
| **Regional Training 11** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
|     D-Suite Accumulation only EMS Training | 2 days | | |
|     D-Suite Results Tally & Reporting | 1 day | | |
|     D-Suite ICP Training | 1 day | | |
|     D-Suite ICX Training | 1 day | | |
|     D-Suite ICC & Adjudication Training | 1 day | | |
|     D-Suite UOCAVA Training | 1 day | | |
|     D-Suite Mobile Ballot Printing Training | 1 day | | |
|     Pollworker Train the Trainer | 1 day | | |
|     Election Day Rover Training | 0.5 days | | |
|     Poll Pad Pollworker Training | 1 day | | |
| **Regional Training 12** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
|     D-Suite Accumulation only EMS Training | 2 days | | |
|     D-Suite Results Tally & Reporting | 1 day | | |
|     D-Suite ICP Training | 1 day | | |
|     D-Suite ICX Training | 1 day | | |
|     D-Suite ICC & Adjudication Training | 1 day | | |
|     D-Suite UOCAVA Training | 1 day | | |
|     D-Suite Mobile Ballot Printing Training | 1 day | | |
|     Pollworker Train the Trainer | 1 day | | |
|     Election Day Rover Training | 0.5 days | | |
|     Poll Pad Pollworker Training | 1 day | | |
| **Regional Training 13** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
|     D-Suite Accumulation only EMS Training | 2 days | | |

| | | | |
|---|---|---|---|
| D-Suite Results Tally & Reporting | 1 day | | |
| D-Suite ICP Training | 1 day | | |
| D-Suite ICX Training | 1 day | | |
| D-Suite ICC & Adjudication Training | 1 day | | |
| D-Suite UOCAVA Training | 1 day | | |
| D-Suite Mobile Ballot Printing Training | 1 day | | |
| Pollworker Train the Trainer | 1 day | | |
| Election Day Rover Training | 0.5 days | | |
| Poll Pad Pollworker Training | 1 day | | |
| **Regional Training 14** | **40 days** | **Wed 11/6/19** | **Tue 12/31/19** |
| D-Suite Accumulation only EMS Training | 2 days | | |
| D-Suite Results Tally & Reporting | 1 day | | |
| D-Suite ICP Training | 1 day | | |
| D-Suite ICX Training | 1 day | | |
| D-Suite ICC & Adjudication Training | 1 day | | |
| D-Suite UOCAVA Training | 1 day | | |
| D-Suite Mobile Ballot Printing Training | 1 day | | |
| Pollworker Train the Trainer | 1 day | | |
| Election Day Rover Training | 0.5 days | | |
| Poll Pad Pollworker Training | 1 day | | |
| Refresh Training | 40 days | Wed 11/6/19 | Tue 12/31/19 |
| **Phase 2 Part 1 Complete** | **0 days** | **Tue 12/31/19** | **Tue 12/31/19** |
| Phase 2 Part 1 Wrap up Meeting | | | |
| **Phase 2 Part 2 Installations** | **13 days** | **Wed 1/1/20** | **Fri 1/17/20** |
| **Counties Receiving Equipment Phase 2 Part 2** | **13 days** | **Wed 1/1/20** | **Fri 1/17/20** |
| **Election Management System** | **13 days** | **Wed 1/1/20** | **Fri 1/17/20** |
| **Documentation Delivery** | **1 day** | **Wed 1/1/20** | **Wed 1/1/20** |
| Installation guides | 0.25 days | Wed 1/1/20 | Wed 1/1/20 |
| User guides | 0.25 days | Wed 1/1/20 | Wed 1/1/20 |
| **Equipment** | **13 days** | **Wed 1/1/20** | **Fri 1/17/20** |
| Procurement and Delivery | 13 days | Wed 1/1/20 | Fri 1/17/20 |
| Installation | 13 days | Wed 1/1/20 | Fri 1/17/20 |
| County Level Acceptance Testing and Training | 13 days | Wed 1/1/20 | Fri 1/17/20 |
| **Tabulator and Accessible Voting System** | **13 days** | **Wed 1/1/20** | **Fri 1/17/20** |
| **Documentation Delivery** | **1 day** | **Wed 1/1/20** | **Wed 1/1/20** |
| User Manuals | 0.25 days | Wed 1/1/20 | Wed 1/1/20 |
| Quick reference guides | 0.25 days | Wed 1/1/20 | Wed 1/1/20 |
| Maintenance manuals | 0.25 days | Wed 1/1/20 | Wed 1/1/20 |
| Training manuals | 0.25 days | Wed 1/1/20 | Wed 1/1/20 |
| **Equipment** | **13 days** | **Wed 1/1/20** | **Fri 1/17/20** |
| Procurement and Delivery | 13 days | Wed 1/1/20 | Fri 1/17/20 |
| County Level Acceptance Testing and Training | 13 days | Wed 1/1/20 | Fri 1/17/20 |
| **Supplies and Consumables** | **13 days** | **Wed 1/1/20** | **Fri 1/17/20** |
| Procurement and Delivery | 13 days | Wed 1/1/20 | Fri 1/17/20 |
| **Presidential Preference Primary Election** | | | **Tue 3/24/20** |
| Presidential Preference Primary Election | 1 day | Tue 3/24/20 | Tue 3/24/20 |
| Presidential Preference Primary Lessons Learned | 0 days | Wed 3/25/20 | Wed 3/25/20 |

*Master Solution Purchase and Services Agreement*

| | | | |
|---|---|---|---|
| **Election Programming** | | | |
| Data entry and import | 3 days | Wed 12/4/19 | Fri 12/6/19 |
| Ballot Styling | 2 days | Wed 12/4/19 | Thu 12/5/19 |
| Review and modifications | 2 days | Fri 1/3/20 | Mon 1/6/20 |
| Generate official ballots | 2 days | Fri 1/3/20 | Mon 1/6/20 |
| Generate audio ballots | 2 days | Fri 1/3/20 | Mon 1/6/20 |
| Generate election files | 2 days | Fri 1/3/20 | Mon 1/6/20 |
| Generate test decks | 2 days | Fri 1/3/20 | Mon 1/6/20 |
| **Ballot Production and L&A Testing** | | | |
| UOCAVA Ballots Ready | 1 day? | Sat 1/18/20 | Sat 1/18/20 |
| Official ballot printing | 15 days | Sat 1/18/20 | Thu 2/6/20 |
| Logic and accuracy testing | 15 days | Sat 1/18/20 | Thu 2/6/20 |
| **Election Readiness** | | | |
| Voter Outreach | | | |
| Pollworker Training | 21 days | Mon 2/3/20 | Sat 2/29/20 |
| Transport to polling | 6 days | Mon 2/24/20 | Mon 3/2/20 |
| **Poll Pad Election Readiness** | | | |
| Confirm iOS and application updates | 5 days | Mon 2/3/20 | Fri 2/7/20 |
| Deploy application updates | 14 days | Mon 2/10/20 | Thu 2/27/20 |
| Confirm ePulse settings | 5 days | Mon 2/17/20 | Fri 2/21/20 |
| Load election data | 5 days | Mon 2/24/20 | Fri 2/28/20 |
| Verify election data | 1 day | Fri 2/28/20 | Fri 2/28/20 |
| **Poll Pad Post Election Support** | **7 days** | **Wed 3/25/20** | **Thu 4/2/20** |
| Data Reconciliation | 3 days | Thu 3/26/20 | Mon 3/30/20 |
| Export Data | 1 day | Tue 3/31/20 | Tue 3/31/20 |
| Auditing the election | 1 day | Wed 4/1/20 | Wed 4/1/20 |
| Archiving the elections | 1 day | Thu 4/2/20 | Thu 4/2/20 |
| **May Primary Election** | | | **Tue 5/26/20** |
| May Primary Election | 1 day | Tue 5/26/20 | Tue 5/26/20 |
| May Primary Election Lessons Learned | 1 day | Wed 5/27/20 | Wed 5/27/20 |
| **Election Programming** | | | |
| Data entry and import | 3 days | Wed 2/26/20 | Fri 2/28/20 |
| Ballot Styling | 2 days | Wed 2/26/20 | Thu 2/27/20 |
| Review and modifications | 2 days | Fri 3/27/20 | Mon 3/30/20 |
| Generate official ballots | 1 day | Fri 3/27/20 | Fri 3/27/20 |
| Generate audio ballots | 1 day | Fri 3/27/20 | Fri 3/27/20 |
| Generate election files | 1 day | Fri 3/27/20 | Fri 3/27/20 |
| Generate test decks | 1 day | Fri 3/27/20 | Fri 3/27/20 |
| **Ballot Production and L&A Testing** | | | |
| UOCAVA Ballots Ready | 1 day? | Sat 4/11/20 | Sat 4/11/20 |
| Official ballot printing | 15 days | Sat 4/11/20 | Thu 4/30/20 |
| Logic and accuracy testing | 15 days | Sat 4/11/20 | Thu 4/30/20 |
| **Election Readiness** | | | |
| Voter Outreach | | | |
| Pollworker Training | 21 days | Mon 4/27/20 | Mon 5/25/20 |
| Transport to polling | 6 days | Mon 5/18/20 | Mon 5/25/20 |
| **July Primary Election Runoff** | | | **Tue 7/28/20** |

*Master Solution Purchase and Services Agreement*

| | | | |
|---|---|---|---|
| June Primary Election | 0 days | Tue 7/28/20 | Tue 7/28/20 |
| June Primary Runoff Lessons Learned | 1 day | Wed 7/29/20 | Wed 7/29/20 |
| **Election Programming** | | | |
|    Data entry and import | 3 days | Wed 4/29/20 | Fri 5/1/20 |
|    Ballot Styling | 2 days | Wed 4/29/20 | Thu 4/30/20 |
|    Review and modifications | 2 days | Fri 5/29/20 | Mon 6/1/20 |
|    Generate official ballots | 1 day | Fri 5/29/20 | Fri 5/29/20 |
|    Generate audio ballots | 1 day | Fri 5/29/20 | Fri 5/29/20 |
|    Generate election files | 1 day | Fri 5/29/20 | Fri 5/29/20 |
|    Generate test decks | 1 day | Sat 6/13/20 | Sat 6/13/20 |
| **Ballot Production and L&A Testing** | | | |
|    UOCAVA Ballots Ready | 1 day? | Sat 6/13/20 | Sat 6/13/20 |
|    Official ballot printing | 15 days | Sat 6/13/20 | Thu 7/2/20 |
|    Logic and accuracy testing | 15 days | Sat 6/13/20 | Thu 7/2/20 |
| **Election Readiness** | | | |
|    Voter Outreach | | | |
|    Pollworker Training | 21 days | Tue 6/30/20 | Tue 7/28/20 |
|    Transport to polling | 6 days | Mon 7/20/20 | Mon 7/27/20 |
| **November 2020 General Election** | | | Tue 11/3/20 |
|    November 2020 General Election | 0 days | Tue 11/3/20 | Tue 11/3/20 |
|    November 2020 General Election Lessons Learned | 1 day | Wed 11/4/20 | Wed 11/4/20 |
|    **Election Programming** | | | |
|       Data entry and import | 3 days | Wed 8/5/20 | Fri 8/7/20 |
|       Ballot Styling | 2 days | Wed 8/5/20 | Thu 8/6/20 |
|       Review and modifications | 2 days | Fri 9/4/20 | Mon 9/7/20 |
|       Generate official ballots | 1 day | Fri 9/4/20 | Fri 9/4/20 |
|       Generate audio ballots | 1 day | Fri 9/4/20 | Fri 9/4/20 |
|       Generate election files | 1 day | Fri 9/4/20 | Fri 9/4/20 |
|       Generate test decks | 1 day | Fri 9/4/20 | Fri 9/4/20 |
|    **Ballot Production and L&A Testing** | | | |
|       UOCAVA Ballots Ready | 1 day? | Sat 9/19/20 | Sat 9/19/20 |
|       Official ballot printing | 15 days | Sat 9/19/20 | Thu 10/8/20 |
|       Logic and accuracy testing | 15 days | Sat 9/19/20 | Thu 10/8/20 |
|    **Election Readiness** | | | |
|       Voter Outreach | | | |
|       Pollworker Training | 21 days | Mon 10/5/20 | Mon 11/2/20 |
|       Transport to polling | 6 days | Mon 10/26/20 | Mon 11/2/20 |
| Project Closeout Meeting(s) | 4 days | Tue 12/15/20 | Fri 12/18/20 |

**APPENDIX A TO ATTACHMENT 4 TO SOLUTION ORDER**

**Critical Milestones**

| Table A - Critical Milestones: | Milestone Deadline |
|---|---|
| 1.  Delivery and Acceptance of 2 ICX BMD units and 2 ICP scanners for public demonstrations and initial training | 5 days after Agreement Effective Date |
| 2.  Delivery and Acceptance of Equipment and Software required to conduct the Pilot Election via the Solution, as mutually agreed to by the Parties | 30 days after Agreement Effective Date |
| 3.  Delivery and Acceptance preliminary 10 ICX BMD units and 10 ICP scanners for public demonstrations and training | September 15, 2019 |
| 4.  Delivery and Acceptance of all Democracy Suite Election management system hardware and software | October 15, 2019 |
| 5.  Certification of the November 2019 Pilot Election conducted via the Solution. | November 22, 2019 |
| 6.  Delivery and Acceptance of all remaining ImageCast Precinct Scanner Kits | December 31, 2019 |
| 7.  Delivery and Acceptance of all remaining ImageCast Central Scanner Kits | December 31, 2019 |
| 8.  Delivery and Acceptance of all electronic pollbook Kits | December 31, 2019 |
| 9.  Delivery and Acceptance of all remaining ImageCast X BMD Kits | January 15, 2020 |
| 10. Delivery and Acceptance of all remaining ancillary items | January 31, 2020 |
| 11. Certification of the March 24, 2020 Presidential Preference Primary conducted via the Solution. | April 10, 2020 |
| 12. Certification of the November 3, 2020 General Election conducted via the Solution | November 20, 2020 |