**EXHIBIT 9**

ELECTION: (Check One)  ☒ General
☐ Primary
☐ Runoff (if applicable)
☐ Special
☐ Presidential Preference Primary

**USE BALL POINT PEN**
Bear Down – You Are Making Three Copies

WHITE sheet to Secretary of State
YELLOW sheet to Superintendent
PINK sheet to Clerk of Superior Court or Municipal Clerk

DATE OF ELECTION  November 6, 2018
COUNTY / MUNICIPALITY  Rockdale
PRECINCT  Barksdale

TIME LAST VOTER VOTED  7:10
NUMBER OF REGISTERED VOTERS IN PRECINCT  4,327

# DIRECT RECORD ELECTRONIC VOTING MACHINE RECAP

## SECTION A: RECORD EACH UNIT

| DRE UNIT NUMBER | Before Polls Open SEAL NUMBER | Before Polls Open COUNT NUMBER | After Polls Close SEAL NUMBER | After Polls Close COUNT NUMBER |
|---|---|---|---|---|
| 149544 | 1168015 | 0 | 1445223 | 100 |
| 122167 | 1168016 | 0 | 1445230 | 96 |
| 135995 | 1168017 | 0 | 1445227 | 93 |
| 120660 | 1168018 | 0 | 1445226 | 101 |
| 120628 | 1168019 | 0 | 1445222 | 105 |
| 128288 | 1168020 | 0 | 1445229 | 99 |
| 120629 | 1168021 | 0 | 1445225 | 112 |
| 120056 | 1168022 | 0 | 1445224 | 114 |
| 122140 | 1168023 | 0 | 1445228 | 114 |

## SECTION B:  TOTAL OF ALL VOTES CAST (ALL UNITS COMBINED)   934

## SECTION C: NUMBERED LISTS and VOTER CERTIFICATES

| ExpressPoll (See ExpressPoll Recap) | Supplemental | Total Voter's Certificates |
|---|---|---|
| Democratic Primary | Democratic Primary | Democratic Primary |
| Republican Primary | Republican Primary | Republican Primary |
| General/Special  933 | General/Special  1 | General/Special  934 |
| Total (a)  933 | Total (b)  1 | Total (c)  934 |

## SECTION D: TOTAL NUMBER OF PERSONS VOTING AS SHOWN BY:

1. Results Tapes (or Accumulator Tape Results) (Total from Section B above)  = 934
2. "Voters Marked" (See ExpressPoll Recap)  933  + Supplemental List  1  = 934
3. Numbered Lists on ExpressPoll (a)  933  + Supplemental (b)  1  = 934
4. Voter's Certificates (c)  = ___

NOTE: Numbers from D1, D2, D3, and D4 should match. If not, explain difference here: ___

We, the undersigned Managers, hereby certify that the above is a true and correct accounting on this the  6th  day of  November , 2018 . **SIGNED IN TRIPLICATE**

_____  _____  _____
**Manager**                **Assistant Manager**      **Assistant Manager**

Form RS-DRE-10