**taylor | english**

Taylor English Duma LLP 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Bryan P. Tyson<br>
Direct Dial: (678) 336-7249<br>
Email: btyson@taylorenglish.com

January 21, 2020

**VIA CM/ECF FILING**

Harry Martin
Courtroom Deputy for
The Honorable Amy Totenberg
2388 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

Re:   Donna Curling, et al. v. Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, et al.
U.S. District Court for the Northern District of Georgia, Atlanta Division
Civil Action File No. 1:17-cv-2989-AT

Dear Mr. Martin:

Pursuant to Local Rule 83.1 (E)(3), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- March 30, 2020 – April 1, 2020
- April 6, 2020 – April 9, 2020
- May 20, 2020 – June 1, 2020
- June 10, 2020 – June 12, 2020

I respectfully request that this case not be calendared during these dates.

Respectfully,

*/s/ Bryan P. Tyson*
Bryan P. Tyson

BPT/ra

cc:   All counsel of record (via CM/ECF only)