IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | CA No. 1:17-cv-02989-AT |
| | * | |
| v. | * | |
| | * | |
| BRAD RAFFENSPERGER, | * | |
| | * | |
| Defendants. | * | |

## NON-PARTY EVELER'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH DUE TO PLAINTIFFS' WITHDRAWAL OF SUBPOENA

COMES NOW Non-Party Janine Eveler ("Director Eveler"), Election Supervisor for the Cobb County Board of Elections & Registration ("Cobb BOE"), and hereby notifies this Court that the Coalition Plaintiffs have withdrawn the subpoena issued to Director Eveler. In view of the Coalition Plaintiff's decision to withdraw the subpoena, Director Eveler is withdrawing her motion to quash, which is now moot.

## CERTIFICATE OF TYPE STYLE

This document was prepared using Times New Roman 14-point font.

Respectfully submitted this 24th day of January, 2020.

[Signature on Following Page]

COBB COUNTY ATTORNEY'S OFFICE
Attorneys for Non-Party Janine Eveler

By: */s/Elizabeth Ahern Monyak*
   ELIZABETH AHERN MONYAK
  Sr. Associate County Attorney
  State Bar No. 005745
  LAUREN S. BRUCE
  Assistant County Attorney
  State Bar No. 796642
  H. WILLIAM ROWLING, JR.
  County Attorney
  State Bar No. 617225

100 Cherokee Street, Suite 350
Marietta, GA 30090
770-528-4000 (phone)
770-528-4010 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al*., | * | |
| | * | |
| Plaintiffs, | * | CA No. 1:17-cv-02989-AT |
| | * | |
| v. | * | |
| | * | |
| BRAD RAFFENSPERGER, | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

It is hereby certified that I have this day electronically filed with the Clerk and served a true and correct copy of the foregoing **NON-PARTY EVELER'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH DUE TO PLAINTIFFS' WITHDRAWAL OF SUBPOENA** by using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

This 24th day of January, 2020.

                                              COBB COUNTY ATTORNEY'S OFFICE
                                              Attorneys for Non-Party Janine Eveler

                                              */s/Elizabeth Ahern Monyak*
                                              Elizabeth Ahern Monyak

100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)