IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**PROPOSED ORDER GRANTING PLAINTIFFS' JOINT MOTION TO STRIKE NEARLY THE ENTIRETY OF STATE DEFENDANTS' RESPONSE TO COURT'S REQUEST FOR BRIEFING ON RIPENSS**

This matter is before the Court on the Plaintiffs' Joint Motion to Strike Nearly the Entirety of State Defendants' Response to Court's Request for Briefing on Ripeness. The Court being advised accordingly, it is hereby ordered that the Plaintiffs' Motion is **GRANTED**. State Defendants' Response is hereby stricken with the exception of the following sentence: "*Plaintiffs' BMD claims are ripe*." (Dkt. No. 708 at 2 (emphasis in original).)

**IT IS SO ORDERED** this ___ day of _____, 2020.

_____
U.S. District Court Judge Amy Totenberg