IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' STATUS REPORT**

On January 17, 2020, the Court directed State Defendants to provide the Court with an updated schedule on the rollout of the BMD system and an update on the cybersecurity review and assessment of the voter registration database by February 3, 2020. [Doc. 701]. In accordance with this Court's directive, State Defendants submit this status report on the BMD rollout and cybersecurity assessment.

**I.    The Secretary of State's Office remains on schedule to complete the BMD rollout by February 14, 2020.**

All 159 counties in Georgia have received the new Election Management System (EMS), and the BMD rollout for the March 24, 2020 Presidential Preference Primary remains scheduled for completion on

February 14, 2020. BMDs have been delivered to 105 counties.[1] As indicated in the attached rollout schedule, the remaining 54 counties are scheduled to receive their BMDs for the March 24, 2020 Presidential Preference Primary no later than February 14, 2020. *Id.*

## II. The Secretary of State's office is continuing its efforts to enhance the cybersecurity protections for the voter-registration database.

During the teleconference on January 17, this Court also requested the State provide "an update on the cybersecurity review and assessment of the voter database." [Doc. 701]. The Secretary's office continues to work closely with consulting cybersecurity firms regarding the protection of the voter-registration database and the other components of the election system. The Secretary's office has undertaken a number of recent steps to continue to enhance cybersecurity.

### A. *Updates as recommended by cybersecurity firm.*

Since the cybersecurity assessment of the State's datacenter that houses the voter registration system, the Secretary's office has conducted weekly conference calls that include its cybersecurity vendor, system vendor,

---

[1] Attached as Exhibit A is a spreadsheet listing the BMD rollout schedule requested by the Court. If Plaintiffs deem it necessary for State Defendants to provide a declaration to support Exhibit A, State Defendants will submit a declaration.

and internal security team to remediate the risks identified by Fortalice. Each of the identified risks has either been fully remediated or is in the process of being remediated.

    B.    *Buildout of new datacenter.*

As part of the always-evolving efforts to enhance cybersecurity, the Secretary's office is constructing a new datacenter, complete with additional protections against advanced threats. That process is ongoing, and Fortalice is assisting in the protections and completion of that project, which will further remediate some of the risks Fortalice identified in its assessment. When the new datacenter buildout is complete, the Secretary's office will have its cybersecurity vendors conduct further threat assessments and penetration testing as part of the continuing efforts to harden its security.

    C.    *Partnership with Augusta University and the Georgia Cyber Center.*

On January 9, 2020, the Secretary announced a partnership with Augusta University's School of Computer and Cyber Sciences and the Georgia Cyber Center focused on enhancing the cybersecurity of Georgia's election system. Augusta University provides a research-focused approach to cybersecurity, while the Georgia Cyber Center is "a unique public/private collaboration among academia, state, federal and local government, law

enforcement, the U.S. Army and the private sector." Georgia Cyber Center, *What We Offer*, https://www.gacybercenter.org/about/what-we-offer/

This partnership has already resulted in collaborative efforts and updates to the state's cybersecurity infrastructure. The Secretary's office is continuing to assess and eliminate potential threats using these strategic resources and will continue to add to its research capabilities involving cybersecurity.

Respectfully submitted this 3rd day of February, 2020.

/s/ *Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

>Bryan P. Tyson
>Georgia Bar No. 515411
>btyson@taylorenglish.com
>Bryan F. Jacoutot
>Georgia Bar No. 668272
>bjacoutot@taylorenglish.com
>TAYLOR ENGLISH DUMA LLP
>1600 Parkwood Circle, Suite 200
>Atlanta, GA 30339
>Telephone: 678-336-7249
>
>*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' STATUS REPORT** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Vincent R. Russo*
Vincent R. Russo

- 7 -

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **STATE DEFENDANTS' STATUS REPORT** by using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

This 3rd day of February, 2020.

> */s/ Vincent R. Russo*
> Vincent R. Russo