| | ***Through COB 02/03/2020*** | | |
|---|---|---|---|
| Fulfilled | | | |
| County | Region | Ship Date | |
| Carroll | 4 | Pilot | |
| Catoosa | 1 | Pilot | |
| Decatur | 12 | Pilot | |
| Lowndes | 13 | Pilot | |
| Paulding | 1 | Pilot | |
| Brooks | 13 | 12/5/2019 | |
| Dawson | 2 | 12/5/2019 | |
| Effingham | 11 | 12/6/2019 | |
| Greene | 5 | 12/6/2019 | |
| Wilcox | 9 | 12/6/2019 | |
| Turner | 13 | 12/9/2019 | |
| Gordon | 1 | 12/12/2019 | |
| Oconee | 5 | 12/12/2019 | |
| Oglethorpe | 5 | 12/12/2019 | |
| Fayette | 3 | 12/13/2019 | |
| Franklin | 5 | 12/13/2029 | |
| Whitfield | 1 | 12/13/2019 | |
| Mitchell | 12 | 12/17/2019 | |
| Colquitt | 13 | 12/18/2019 | |
| Randolph | 8 | 12/18/2019 | |
| Johnson | 9 | 12/18/2019 | |
| Troup | 8 | 12/19/2019 | |
| Heard | 4 | 12/19/2019 | |
| Lamar | 6 | 12/19/2019 | |
| Morgan | 5 | 12/20/2019 | |
| Hall | 2 | 12/20/2019 | |
| Irwin | 13 | 12/23/2019 | |
| Douglas | 3 | 12/23/2019 | |
| Murray | 1 | 12/26/2019 | |
| Cobb | 3 | 12/30/2019 | |
| Dekalb | 3 | Begin 12/30 | |
| Crisp | 8 | 12/31/2019 | |
| Dodge | 9 | 12/31/2019 | |
| Dooly | 8 | 1/3/2020 | |
| Lee | 8 | 1/3/2020 | |
| Sumter | 8 | 1/3/2020 | |
| Tift | 13 | 1/3/2020 | |
| Worth | 12 | 1/6/2020 | |
| Floyd | 1 | 1/6/2020 | |
| Chatooga | 1 | 1/7/2020 | |
| Fannin | 1 | 1/7/2020 | |
| Banks | 5 | 1/8/2020 | |
| Dade | 1 | 1/8/2020 | |

| County | Number | Date |
|---|---|---|
| Hart | 5 | 1/8/2020 |
| Walker | 1 | 1/8/2020 |
| Elbert | 5 | 1/9/2020 |
| Haralson | 4 | 1/9/2020 |
| Bacon | 14 | 1/9/2020 |
| Cherokee | 3 | 1/10/2020 |
| Coweta | 4 | 1/13/2020 |
| Terrell | 8 | 1/13/2020 |
| Bleckley | 9 | 1/13/2020 |
| Newton | 5 | 1/14/2020 |
| Jackson | 5 | 1/14/2020 |
| Barrow | 5 | 1/14/2020 |
| Appling | 10 | 1/15/2020 |
| Screven | 11 | 1/15/2020 |
| Atkinson | 13 | 1/15/2020 |
| Wheeler | 9 | 1/15/2020 |
| Telfair | 9 | 1/15/2020 |
| Columbia | 7 | 1/16/2020 |
| Richmond | 7 | 1/16/2020 |
| Spalding | 4 | 1/17/2020 |
| Meriwether | 4 | 1/17/2020 |
| Chatham | 11 | 1/17/2020 |
| Fulton | 3 | 1/21/2020 |
| Glynn | 14 | 1/22/2020 |
| Wilkes | 5 | 1/22/2020 |
| Jones | 6 | 1/22/2020 |
| Glascock | 7 | 1/22/2020 |
| Hancock | 7 | 1/22/2020 |
| Lumpkin | 2 | 1/23/2020 |
| Rabun | 2 | 1/23/2020 |
| Stephens | 2 | 1/23/2020 |
| Towns | 2 | 1/23/2020 |
| Pickens | 1 | 1/23/2020 |
| Berrien | 13 | 1/24/2020 |
| Ben Hill | 13 | 1/24/2020 |
| Brantley | 14 | 1/24/2020 |
| White | 2 | 1/24/2020 |
| Bibb | 6 | 1/27/2020 |
| Butts | 6 | 1/27/2020 |
| Putnam | 6 | 1/27/2020 |
| Warren | 7 | 1/27/2020 |
| Washington | 7 | 1/27/2020 |
| Muscogee | 8 | 1/28/2020 |
| Macon | 8 | 1/28/2020 |
| Stewart | 8 | 1/28/2020 |
| Taylor | 8 | 1/28/2020 |
| Forsyth | 2 | 1/29/2020 |
| Tattnall | 10 | 1/29/2020 |

| County | Region | Ship Date |
|---|---|---|
| Toombs | 10 | 1/29/2020 |
| Bulloch | 11 | 1/29/2020 |
| Gilmer | 1 | 1/30/2020 |
| Gwinnett | 3 | 1/30/2020 |
| Baldwin | 6 | 1/31/2020 |
| Peach | 6 | 1/31/2020 |
| Crawford | 6 | 1/31/2020 |
| Jasper | 6 | 1/31/2020 |
| Wilkinson | 6 | 1/31/2020 |
| Clarke | 5 | 2/3/2020 |
| Madison | 5 | 2/3/2020 |
| Walton | 5 | 2/3/2020 |
| Candler | 10 | 2/3/2020 |
| Bartow | 1 | 2/3/2020 |

Projected

| County | Region | Ship Date |
|---|---|---|
| Rockdale | 3 | 2/4/2020 |
| Harris | 4 | 2/4/2020 |
| Twiggs | 6 | 2/4/2020 |
| Pike | 4 | 2/4/2020 |
| Pulaski | 9 | 2/4/2020 |
| Henry | 3 | 2/5/2020 |
| Upson | 4 | 2/5/2020 |
| Monroe | 6 | 2/5/2020 |
| Lanier | 13 | 2/5/2020 |
| Laurens | 9 | 2/5/2020 |
| Chattahooche | 8 | 2/6/2020 |
| Marion | 8 | 2/6/2020 |
| Schley | 8 | 2/6/2020 |
| Talbot | 8 | 2/6/2020 |
| Webster | 8 | 2/6/2020 |
| Clay | 8 | 2/6/2020 |
| Jenkins | 11 | 2/6/2020 |
| Quitman | 8 | 2/6/2020 |
| Clayton | 3 | 2/7/2020 |
| Polk | 4 | 2/7/2020 |
| Pierce | 14 | 2/7/2020 |
| Coffee | 13 | 2/7/2020 |
| Long | 11 | 2/7/2020 |
| Evans | 10 | 2/7/2020 |
| Liberty | 11 | 2/7/2020 |
| Burke | 7 | 2/10/2020 |
| McDuffie | 7 | 2/10/2020 |
| Taliafero | 7 | 2/10/2020 |
| Montgomery | 9 | 2/10/2020 |
| Treutlen | 9 | 2/10/2020 |
| Houston | 6 | 2/10/2020 |
| Lincoln | 5 | 2/11/2020 |

| County | Number | Date |
|---|---|---|
| Habersham | 2 | 2/11/2020 |
| Union | 2 | 2/11/2020 |
| Jeff Davis | 9 | 2/11/2020 |
| Emanuel | 10 | 2/11/2020 |
| Baker | 12 | 2/12/2020 |
| Calhoun | 12 | 2/12/2020 |
| Early | 12 | 2/12/2020 |
| Miller | 12 | 2/12/2020 |
| Grady | 12 | 2/12/2020 |
| Dougherty | 12 | 2/12/2020 |
| Echols | 13 | 2/13/2020 |
| McIntosh | 11 | 2/13/2020 |
| Charlton | 14 | 2/13/2020 |
| Clinch | 14 | 2/13/2020 |
| Cook | 13 | 2/13/2020 |
| Jefferson | 7 | 2/13/2020 |
| Seminole | 12 | 2/14/2020 |
| Thomas | 13 | 2/14/2020 |
| Wayne | 10 | 2/14/2020 |
| Camden | 14 | 2/14/2020 |
| Bryan | 11 | 2/14/2020 |
| Ware | 14 | 2/14/2020 |