IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

## **ORDER**

Defendants shall be prepared to have a witness (i.e. Chris Harvey) present at the March 6, 2020 hearing who can address the following additional questions:

(1) Who at the state/contractor level is creating the ballot for each county and precinct to be generated for the elections? Who is creating the ballot for each county and who is modifying the ballot for county and precinct level use? What is the role of contractors? What contractors are engaged in this process?

(2) What systemic modifications and changes have been made on the county level to server equipment and connectivity in the last year?

**IT IS SO ORDERED** this 2nd day of March, 2020.

_____
**Amy Totenberg**
**United States District Judge**