# Exhibit 3
# Declaration of Rhonda J. Martin

<div align="center">

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

</div>

| | |
|---|---|
| DONNA CURLING, et al. | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION FILE NO.: 1:17-cv-<br>) 2989-AT |
| BRAD RAFFENSPERGER, et al. | )<br>) |
| Defendant. | )<br>) |

<div align="center">

**SUPPLEMENTAL DECLARATION OF RHONDA J. MARTIN**

</div>

**RHONDA J. MARTIN** declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I have personal knowledge of all facts stated in this declaration and, if called to testify, I could and would testify competently thereto.

2. Since my supplemental declaration of December 16, 2019, I have observed the use of the Dominion Voting System during the Special Election for House District 171 on January 28, 2020 in Colquitt County necessitated by the death of Representative Jay Powell (Bridge Creek Precinct in Moultrie, Georgia; Doerun Community Center in Doerun, Georgia; Funston City Hall in Funston, Georgia; Hamilton Volunteer Fire Department in Hartsfield, Georgia; Hartsfield Precinct in Hartsfield, Georgia; Mill Creek Precinct in Moultrie, Georgia; Monk Precinct in

Moultrie, Georgia; and Thigpen Precinct in Doerun, Georgia) and on February 4, 2020 for the Special Election in Senate District 13 necessitated by the death of Senator Greg Kirk when I visited Crisp County (Courthouse Annex in Cordele, Georgia), Dooly County (Unadilla Precinct in Unadilla, Georgia; Pinehurst Precinct in Pinehurst, Georgia; Byromville Precinct in Byromville, Georgia; Lilly Precinct in Lilly, Georgia; and Vienna Precinct in Vienna, Georgia), and Sumter County (Chambliss Precinct in Americus, Georgia; and Southerfield Airport in Americus, Georgia).

3. On Election Day, February 4, 2020, Doug Richards of TV Channel 11Alive in Atlanta, Georgia, interviewed a number of voters and poll workers about their use of the new voting machines in SD13 and their concerns about ballot secrecy. The video can be found at http://bit.ly/11aliveBallotSecrecy. I can be seen at timestamp 2:05 and attest that this is a true and correct record of that portion of my interview conducted outside the Vienna Voting Precinct in Dooly County. The typical configuration of voting stations at that time, as demonstrated at the Vienna Voting precinct, can be seen at timestamp 3:02.

4. On February 13, 2020, Georgia Election Director Chris Harvey entered a memo on the Georgia Secretary of State election officials'

communication hub - The Buzz Post - called, "Polling Place Privacy for Voters" (Exhibit A) where he referenced 3 diagrams he had uploaded to Firefly under Training>Polling Place Information (Exhibit B). These illustrated voter privacy problems with the Dominion Ballot Marking Devices and presented "effective/preferred precinct layouts."

5. One new configuration (Exhibit B page 3) recommended by the Secretary of State's office involves turning the voting stations that are typically lined up flush against a wall with touchscreens facing the center of the room so that the touchscreens face the perimeter walls.

6. After receiving that guidance from the Secretary of State's Office, some polling places that I have visited since March 3, 2020 have reconfigured their machines as shown in the Marietta Daily Journal online of March 3, 2020 ( https://tinyurl.com/wvl7sgn ).

7. With this Secretary of State recommended configuration, voters and poll workers walk behind voters who are voting to access other machines in

the row. When doing so, they have visual access to the voters' electronic ballots.

8. In all precincts that I visited, the blue privacy panels supplied by the Secretary of State are in use. With the machines reconfigured to face perimeter walls, rather than the center of the room, the privacy panels make it impossible for the poll workers to monitor the interactions of the voters with the BMDs and their associated printers, thus exposing the voting equipment to potential tampering, or damage.

9. On March 3, 2020, I visited 4 of the precincts in Sumter County where voting was underway for the SD13 Runoff Election. In most cases, poll managers had attempted to configure the machines to protect ballot secrecy. However, the number of machines I observed did not always satisfy the 1 for every 250 elector requirement of HB 316. In the Chambliss Precinct they had 3 of the 4 required machines; in the Southerfield Airport Precinct, they had 3 out of the 7 required machines; and, in the Rees Park Economic Development Center Precinct, they had 3 out of the 12 required. The Rees Park Economic Development Center room is very large and could easily accommodate additional machines. This is not the case for the Chambliss Precinct or the Southerfield Airport Precinct.

10. My observation of Sumter County Precinct arrangements is that, in smaller polling place locations, it is not feasible to simultaneously meet the requirements of the mandated number of machines, the requirements of ballot secrecy, and the requirements that voting system components be in view of poll officers and the public to discourage tampering.

11. In my opinion, ballot secrecy, election security, and voter access are all essential to the proper functioning of our democracy. None should be sacrificed for the others.

Executed on this date, March 04, 2020.

*Rhonda J. Martin*
Rhonda J. Martin

# Exhibit A

# Jennifer Doran

| | |
|---|---|
| **From:** | DoNotReply@sos.ga.gov |
| **Sent:** | Thursday, February 13, 2020 12:05 PM |
| **To:** | DoNotReply@sos.ga.gov |
| **Subject:** | The Buzz Post - Polling Place Privacy for Voters |

A new discussion has
been posted in The Buzz by Harvey, Chris on 2/13/2020 11:52 AM


I've uploaded three diagrams that illustrate potential problems and solutions to securing voter privacy. This is based on reported concerns and our own observations. Simply said, having the BMD screens facing areas where observers or people waiting to vote decreases the privacy of the voter. Simple solutions involving turning the BMDs so that face *away* from the public are illustrated in the diagrams. See also O.C.G.A. 21-2-267(a)

The diagrams can be found on Firefly under Training>Polling Place Information

Chris Harvey


If you would like to opt out of receiving email notifications for this
discussion, click here.


Georgia Open Records Act: Under Georgia law, all information, including e-mail, written letters, documents and phone messages, sent to the County Board of Commissioners and County offices and employees is subject to Public Records law. This includes the sender's e-mail address, home address or phone number if shown in the message, the content of the message and any associated attachments to the mail.

# Exhibit B

# SECURE THE VOTE

# Precinct Layout to Aid with Privacy Training

SECURE THE VOTE

## EFFECTIVE/PREFERRED PRECINCT LAYOUT - BMD SCREENS SHIELDED




