# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. ) 1:17-cv-02989-AT ) |
| BRAD RAFFENSPERGER, et al. | ) ) ) |
| Defendants. | ) |

## COALITION PLAINTIFFS' REQUEST FOR ORDER ALLOWING ELECTRONIC EQUIPMENT

Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, and Ricardo Davis ("Coalition Plaintiffs") respectfully move for entry of an Order authorizing their counsel and others use of electronic equipment, including laptop computers, tablet computers, mobile phones, computer mouse, chargers, and any necessary accessories and media, by their counsel and others in attendance at the March 6, 2020 hearing in the above-styled action. The Coalition Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel, Bruce Brown, Cary Ichter, and John Powers, as well as expert witness Richard DeMillo and Plaintiffs' representative Marilyn Marks, extend from 2:00 p.m. through completion of the hearing, at the

1

Court's discretion. Coalition Plaintiffs respectfully request each person be allowed to bring the following:

    <u>Bruce Brown</u>: one computer, one phone;

    <u>Cary Ichter</u>: one computer, one phone;

    <u>John Powers</u>: one computer, one phone;

    <u>Richard DeMillo</u>: one computer, two phones; and

    <u>Marilyn Marks</u>: one computer, one phone.

    A proposed order is attached hereto.

Respectfully submitted this 5th day of March, 2020

*/s/ John Powers*
John Powers (admitted *pro hac vice*)
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Tel.: (202) 662-8389
Fax: (202) 783-0857
jpowers@lawyerscommittee.org

*Counsel for Coalition Plaintiffs*

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Counsel for Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,
Ricardo Davis & Megan Missett*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14 and that I have this day caused the foregoing to be served upon all other parties in this action by via electronic delivery using the PACER-ECF system.

                                           */s/ John Powers*
                                           John Powers
                                           Lawyers' Committee for Civil Rights Under Law
                                           1500 K Street NW, Suite 900
                                           Washington, DC 20005
                                           Tel.: (202) 662-8389
                                           Fax: (202) 783-0857