UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, et al. ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:17-cv-02989-AT |

### ORDER FOR USE OF ELECTRONIC EQUIPMENT DURING MARCH 6, 2020 HEARING

At the motion of Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett ("Coalition Plaintiffs") in the above-styled action, it is hereby **ORDERED** that counsel for the Coalition Plaintiffs (Bruce Brown, Cary Ichter, and John Powers), staff for counsel (Jacob Conarck and Reynolds Graves), as well as expert witness Richard DeMillo and Plaintiffs' representative Marilyn Marks, may bring and use laptop computers, tablet computers, mobile phones, computer mouse, chargers, and any necessary accessories and media in conjunction with the hearing on March 6, 2020 before Judge Amy Totenberg, at the discretion of the Court. Coalition Plaintiffs respectfully request each person be allowed to bring the following:

1

Bruce Brown: one computer, one phone;

Cary Ichter: one computer, one phone;

John Powers: one computer, one phone;

Richard DeMillo: one computer, two phones; and

Marilyn Marks: one computer, one phone.

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this  5th  day of March, 2020.

_____
The Honorable Amy Totenberg
United States District Court Judge
Northern District of Georgia