# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 03/06/2020.

|  |  |
|---|---|
| TIME COURT COMMENCED: 2:05 P.M. | |
| TIME COURT CONCLUDED: 4:50 P.M. | COURT REPORTER: Shannon Welch |
| TIME IN COURT: 2:45 | DEPUTY CLERK: Harry Martin |
| OFFICE LOCATION: Atlanta | |

| ATTORNEY(S) PRESENT: | Bruce Brown representing Donna Curling |
|---|---|
| | David Cross representing Donna Curling |
| | Alexander Denton representing Brad Raffensperger |
| | Mary Kaiser representing Donna Curling |
| | Halsey Knapp representing Donna Curling |
| | David Lowman representing The Fulton County Board of Registration and Elections |
| | Robert McGuire representing Donna Curling |
| | Carey Miller representing Brad Raffensperger |
| | John Powers representing Coalition for Good Governance |
| | Cheryl Ringer representing The Fulton County Board of Registration and Elections |
| | Vincent Russo representing Brian P. Kemp |
| | Adam Sparks representing Donna Curling |
| | Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court held a hearing regarding motions for preliminary injunction. |
| HEARING STATUS: | Hearing Concluded |