# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, *et al.*

     *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,

     *Defendants*.

CIVIL ACTION FILE

NO. 1:17-cv-2989-AT

## NOTICE OF FILING ADOPTED AND
## PROPOSED RULES OF THE STATE ELECTION BOARD

On March 11, 2020, the Court asked State Defendants via email to provide a copy of the version of Georgia State Election Board ("SEB") Rule 18-1-15-.02, "Definition of Vote," the SEB adopted in January 2020.[1]  State Defendants responded the same day by email to provide the requested information.  Specifically, State Defendants explained that they previously filed a copy of the proposed amendment to SEB Rule 183-1-15-.02 posted on December 19, 2019 and attached copies of SEB Rule 183-1-15-.02 as adopted on January 22, 2020 and the proposed amendment to SEB Rule 183-1-15-.02

---

[1] The "State Defendants" are Secretary of State Brad Raffensperger, the State Election Board, and Board Members David Worley, Rebecca Sullivan, and Anh Le.

posted on March 5, 2020, which State Defendants provided during the Court's March 6, 2020 hearing. [*See* Doc. 684-1].

State Defendants hereby file the following documents:

- SEB Rule 183-1-15-.02 as adopted on January 22, 2020, attached as **Exhibit A**;

- the proposed amendment to SEB Rule 183-1-15-.02 posted on March 5, 2020, attached as **Exhibit B**; and

- electronic correspondence between counsel for State Defendants and the Court dated March 11, 2020, attached as **Exhibit C**.

This 12th day of March 2020.

/s/ *Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318

Telephone: (678) 701-9381
Facsimile:  (404) 856-3250


Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **NOTICE OF FILING ADOPTED AND PROPOSED RULES OF THE STATE ELECTION BOARD** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Vincent R. Russo*
Vincent R. Russo