# Exhibit C

| | |
|---|---|
| **From:** | Vincent Russo |
| **To:** | Holly Cole; Elizabeth.Monyak@cobbcounty.org; JCarlin@mofo.com; RManoso@mofo.com; Alexander Denton; bbrown@brucepbrownlaw.com; bjacoutot@taylorenglish.com; Brian Lake; btyson@taylorenglish.com; butler@epic.org; cheryl.ringer@fultoncountyga.gov; cichter@ichterdavis.com; Carey Miller; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; dcross@mofo.com; erosenberg@lawyerscommittee.org; hknapp@khlawfirm.com; Josh Belinfante; jbentrott@mofo.com; jconarck@lawyerscommittee.org; jonlschwartz@mac.com; jphillips@trc-lawfirm.com; jpowers@lawyerscommittee.org; kaye.burwell@fultoncountyga.gov; kurt.kastorf@gmail.com; lindenbaum@sandlerreiff.com; mkaiser@mofo.com; mmurray@altber.com; pblitch@flemingnelson.com; rabney@lawyerworks.com; ram@lawram.com; sberzon_altber.com; sleyton_altber.com; sparks@khlawfirm.com; william@neyrhein.com |
| **Subject:** | RE: 17-cv-02989-AT Curling et al v. Raffensperger et al |
| **Date:** | Wednesday, March 11, 2020 12:08:03 PM |
| **Attachments:** | image001.png<br>Proposed Amendment to SEB Rule 183-1-15-02 - December 19 2019.pdf<br>SEB Rule 183-1-15-02 as adopted - January 22 2020.pdf<br>Proposd Amendment to SEB Rule 183-1-15-02 - March 5 2020.pdf |

Ms. Cole,

I am attaching to this email the following:

- A copy of the proposed amendment to SEB Rule 183-1-15-.02, posted on December 19, 2019. For the Court's reference, this document was included in State Defendants' December 20, 2019 Notice of Filing Proposed Rules of the State Election Board, pages 126–132 of [Doc. 684-1].
- A copy of SEB Rule 183-1-15-.02, as adopted on January 22, 2020. This document includes the Secretary of State's certification of the promulgated rule pursuant to the Georgia Administrative Procedure Act.
- A copy of the proposed amendment to SEB Rule 183-1-15-.02(2), posted on March 5, 2020. This is the document provided to the Court by State Defendants at the hearing last Friday.

Please let us know if Judge Totenberg would like us to separately file these with the Court on Pacer.

Thank you,

Vincent

**Vincent R. Russo** |*404.856.3260* |

---

**From:** Holly Cole <Holly_Cole@gand.uscourts.gov>
**Sent:** Wednesday, March 11, 2020 9:17 AM
**To:** Elizabeth.Monyak@cobbcounty.org; JCarlin@mofo.com; RManoso@mofo.com; Alexander Denton <Alexander.Denton@robbinsfirm.com>; bbrown@brucepbrownlaw.com; bjacoutot@taylorenglish.com; Brian Lake <Brian.Lake@robbinsfirm.com>; btyson@taylorenglish.com; butler@epic.org; cheryl.ringer@fultoncountyga.gov; cichter@ichterdavis.com; Carey Miller <carey.miller@robbinsfirm.com>; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; dcross@mofo.com; erosenberg@lawyerscommittee.org; hknapp@khlawfirm.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; jbentrott@mofo.com; jconarck@lawyerscommittee.org; jonlschwartz@mac.com; jphillips@trc-lawfirm.com; jpowers@lawyerscommittee.org;

kaye.burwell@fultoncountyga.gov; kurt.kastorf@gmail.com; lindenbaum@sandlerreiff.com; mkaiser@mofo.com; mmurray@altber.com; pblitch@flemingnelson.com; rabney@lawyerworks.com; ram@lawram.com; sberzon_altber.com <sberzon@altber.com>; sleyton_altber.com <sleyton@altber.com>; sparks@khlawfirm.com; Vincent Russo <vrusso@robbinsfirm.com>; william@neyrhein.com
**Subject:** 17-cv-02989-AT Curling et al v. Raffensperger et al

Counsel for State Defendants,

The Minutes from the January 22, 2020 State Election Board Meeting indicate that the SEB adopted a version of Rule 183-1-15-.02 entitled "Definition of Vote."  Judge Totenberg requests that you provide via email the rule as posted and adopted in January 2020.

Regards,

Holly Cole
Law Clerk
Chambers of the Honorable Amy Totenberg
United States District Court
Northern District of Georgia
404-215-1404
Holly_Cole@gand.uscourts.gov