IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

## ORDER

This matter is before the Court on Electronic Privacy Information Center's Motion for Leave to File *Amicus Curiae* Brief [Doc. 726] in support of Plaintiffs Motions for Preliminary Injunction. No opposition has been filed by any party. The Court hereby **GRANTS** the Motion and deems the Amicus Curiae Brief (Doc. 726-1) filed as of the date of this Order.

**IT IS SO ORDERED** this 31st day of March, 2020.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**