# EXHIBIT D

# Bryan Tyson

| | |
|---|---|
| **From:** | Bryan Tyson |
| **Sent:** | Monday, February 3, 2020 9:25 AM |
| **To:** | 'Kaiser, Mary'; Robert McGuire; Cary Ichter; bbrown@brucebrownlaw.com; Cross, David D.; Carlin, John P.; Manoso, Robert W.; Alexander Denton; Bryan Jacoutot; Brian Lake; cheryl.ringer@fultoncountyga.gov; Carey Miller; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; erosenberg@lawyerscommittee.org; hknapp@khlawfirm.com; Josh Belinfante; Bentrott, Jane P.; jpowers@lawyerscommittee.org; kaye.burwell@fultoncountyga.gov; sparks@khlawfirm.com; vrusso@robbinsfirm.com; Cate Berenato |
| **Subject:** | RE: Curling v. Raffensperger - Delivery of GEMS Databases |

Mary,

If the GEMS Databases do not contain machine serial numbers, as the Plaintiffs previously represented to the Court, we do not see a reason to continue searching for the remaining databases because we do not understand how those databases could possibly be relevant. Please let us know immediately what information you still require in order to generate your statistical sample.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Kaiser, Mary <MKaiser@mofo.com>
**Sent:** Friday, January 31, 2020 12:30 PM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@IchterDavis.com>; bbrown@brucebrownlaw.com; Cross, David D. <DCross@mofo.com>; Carlin, John P. <JCarlin@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; cheryl.ringer@fultoncountyga.gov; Carey Miller <carey.miller@robbinsfirm.com>; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; erosenberg@lawyerscommittee.org; hknapp@khlawfirm.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bentrott, Jane P. <JBentrott@mofo.com>; jpowers@lawyerscommittee.org; kaye.burwell@fultoncountyga.gov; sparks@khlawfirm.com; vrusso@robbinsfirm.com; Cate Berenato <Cate.Berenato@robbinsfirm.com>
**Subject:** RE: Curling v. Raffensperger - Delivery of GEMS Databases

Bryan,

Given the delay of service, the files missing from your GEMS database production, and issues with accessing and processing the data provided—including potential corruption issues—Curling Plaintiffs need until next Friday, February 7, to provide our list of DREs for preservation. We may also need additional information from Defendants since we have learned that the GEMS databases do not contain machine serial numbers needed to isolate specific machines. However, our experts are exploring options to work with the existing data to come up with a reliable statistical sample. We hope to send the sample set sooner than next Friday but it depends on our experts' ability to use the data provided and the timing of obtaining the outstanding data the Court required you to provide for sampling.

Thanks,
Mary


**MARY KAISER**
Associate | Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW | Washington, DC 20006-1888
**P:** +1 (202) 887-6952
mofo.com | LinkedIn | Twitter

---

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Sent:** Friday, January 31, 2020 9:14 AM
**To:** Robert McGuire <ram@lawram.com>; Cary Ichter <CIchter@IchterDavis.com>; bbrown@brucepbrownlaw.com; Cross, David D. <DCross@mofo.com>; Carlin, John P. <JCarlin@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; cheryl.ringer@fultoncountyga.gov; Carey Miller <carey.miller@robbinsfirm.com>; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; erosenberg@lawyerscommittee.org; hknapp@khlawfirm.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bentrott, Jane P. <JBentrott@mofo.com>; jpowers@lawyerscommittee.org; kaye.burwell@fultoncountyga.gov; Kaiser, Mary <MKaiser@mofo.com>; sparks@khlawfirm.com; vrusso@robbinsfirm.com; Cate Berenato <Cate.Berenato@robbinsfirm.com>
**Subject:** RE: Curling v. Raffensperger - Delivery of GEMS Databases

- External Email -

---

Robert,

As I explained in my email last Friday:

> As we advised you regarding the prior production of the November 2018 GEMS Databases, some counties provided only GEMS Reports (not databases) on their CDs, provided blank or unreadable CDs, or provided only text files. We are working to locate those additional county databases, but they are relatively few out of the entire production.

To restate this again: we produced all the databases that were readily accessible from the Secretary's Office and the Archives. The Secretary's office is continuing to search in other locations for the additional databases you identified below as quickly as possible. If they cannot be obtained from the Archives, then we will have to request the databases from counties. We do not yet have a timeline for that process.

Not including the 2018 election databases that you already had, you now have 93% of the databases you requested for the statistical sample (743 of the 795 county databases). We expect that your experts are already making an effort to complete the vast majority of the work involved in creating a statistical sample for most of the counties in the State. Let us know if we are mistaken.

For your questions on preservation, I'll refer you to the transcript of the call with the Court.

Thanks,

Bryan

P.S. I have removed Mr. Wilson from this email.



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website  |  vCard

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Robert McGuire <ram@lawram.com>
**Sent:** Thursday, January 30, 2020 12:06 PM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Cary Ichter <CIchter@IchterDavis.com>; Bruce Brown <bbrown@shipinpax.com>; hmaholdingsllc@gmail.com; Cross, David D. <DCross@mofo.com>; Carlin, John P. <JCarlin@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; cheryl.ringer@fultoncountyga.gov; Carey Miller <carey.miller@robbinsfirm.com>; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; erosenberg@lawyerscommittee.org; hknapp@khlawfirm.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bentrott, Jane P. <JBentrott@mofo.com>; jpowers@lawyerscommittee.org; kaye.burwell@fultoncountyga.gov; Kaiser, Mary <MKaiser@mofo.com>; sparks@khlawfirm.com; vrusso@robbinsfirm.com; Cate Berenato <Cate.Berenato@robbinsfirm.com>
**Cc:** Ritchie Wilson <rawilson52@gmail.com>
**Subject:** RE: Curling v. Raffensperger - Delivery of GEMS Databases

Bryan, can you please respond to my message below?

We take your silence thus far to mean the State acknowledges that our ability to provide a list of DREs on 2/3 depends on the State getting us the databases that your side told the Court on 1/17 that we would have by 1/24.  We are still waiting for complete databases.

We want to be responsive as possible to the State's preservation concerns, but we obviously can't release DREs until and unless we get the info the State promised.  So please let us know—when can we expect to receive the complete GEMS databases?

Thanks in advance.

Best,
Robert McGuire

ROBERT A. MCGUIRE, III                              *** **NOTE NEW CONTACT DETAILS BELOW** ***
SHAREHOLDER | THE ROBERT MCGUIRE LAW FIRM

1624 Market St Ste 226 #86685, Denver, CO 80202-2523 | 113 Cherry St #86685, Seattle, WA 98104-2205
E: ram@lawram.com  | T/F: 720.420.1395 | T/F: 253.267.8530 | www.lawram.com

This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender by reply and delete the message from your system. Any unauthorized dissemination, distribution or copying hereof is prohibited.

**From:** Robert McGuire
**Sent:** Monday, January 27, 2020 9:42 AM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Cary Ichter <CIchter@IchterDavis.com>; Bruce Brown <bbrown@shipinpax.com>; hmaholdingsllc@gmail.com; Cross, David D. <DCross@mofo.com>; Carlin, John P. <JCarlin@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; cheryl.ringer@fultoncountyga.gov; Carey Miller <carey.miller@robbinsfirm.com>; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; erosenberg@lawyerscommittee.org; hknapp@khlawfirm.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bentrott, Jane P. <JBentrott@mofo.com>; jpowers@lawyerscommittee.org; kaye.burwell@fultoncountyga.gov; Kaiser, Mary <MKaiser@mofo.com>; sparks@khlawfirm.com; vrusso@robbinsfirm.com; Cate Berenato <Cate.Berenato@robbinsfirm.com>
**Cc:** Ritchie Wilson <rawilson52@gmail.com>
**Subject:** RE: Curling v. Raffensperger - Delivery of GEMS Databases

Bryan,

Thank you for the delivery of disks containing certain GEMS databases to Cary Ichter's office on Friday (albeit right at the closing of business.)

The purpose of this email is to advise you that Coalition Plaintiffs have inventoried the files received and found that quite a few necessary files are missing. I have listed them below based on our initial inventory. It is possible that Ritchie Wilson's sample selection work will locate other missing or unusable data, and we will promptly inform you if that occurs.

<u>Will you please let us know when your client can provide all the data for the elections that the State promised at the hearing (and that you represent as having been delivered to us in your email copied below)?</u>

Note that the time frame for Coalition's communication of a complete selected sample (and thus of the DRE machines that must continue to be preserved) will necessarily have to be extended past February 3rd—at least in part, with respect to the counties we do not yet have info for.  <u>Please confirm</u> that the State does not object to extending the February 3rd deadline for our DRE listing until such time as (1) all information that the State promised to provide has been made available to us and (2) we have had an additional ten days from then—which is the amount of time that the Court considered reasonable for us to review the databases assuming their complete production on January 24th (which has not happened).

We oppose the proposal for destruction of any DRE system equipment until our sample selection work has been completed.  From the Coalition Plaintiffs' perspective, our necessary discovery will be impaired if the DREs are not kept in working order or if the records on them are in any way damaged by the recycler.  The State has previously told the Court that all this equipment would be preserved.  Preservation is provided for in the State's contract with the recycler.  Setting aside the State's litigation duty not to destroy electronic records from the

4

identified elections until Plaintiffs agree that their sample needs have been satisfied, the State also has two-year records retention duties under federal and state laws. Given all this, the cost of preservation cannot justify rushing now to destroy DREs prematurely. Preserving the equipment for the brief amount of additional time now required to permit us to select and conduct our necessary discovery work does not create any unanticipated (much less undue) burden on the State.

The list of missing files based on our preliminary review are the following:

Election: 2016 03 01 Presidential Preference Primary
Total Counties Found: 153
Missing Counties:
015 bryan
026 chattahoochee
091 long
104 morgan
115 polk
153 wheeler
*A note about Macon County in the 2016 General Election: we received an unusable a file for this county. it is just a Windows Shortcut file, not the actual database.


Election: 2016 05 24 Primary and NP General
Total Counties Found: 150
Missing Counties:
001 appling
017 burke
026 chattahoochee
044 dekalb
052 elbert
070 hancock
104 morgan
122 rockdale
149 warren


Election: 2016 11 08 General Election
Total Counties Found: 146
Missing Counties:
023 catoosa
026 chattahoochee
032 clinch
037 cook
038 coweta
056 fayette
057 floyd
059 franklin
062 glascock

5

094 macon (See above note)
100 miller
152 webster
159 worth


Election: 2018 05 22 Primary and NP General
Total Counties Found: 145
Missing Counties:
026 chattahoochee
033 cobb
040 crisp
042 dawson
054 evans
062 glascock
065 grady
069 hall
074 heard
078 jackson
130 talbot
144 union
150 washington
152 webster


Election: 2018 07 24 Primary Runoff
Total Counties Found: 149
Missing Counties:
001 appling
042 dawson
059 franklin
062 glascock
106 muscogee
127 stephens
142 turner
144 union
152 webster
156 wilcox

In the event the State has made an incomplete production because certain database records are not in the Secretary's possession or in the archives, the State's counsel has previously told the Court that a copy of the GEMS post-election databases is required to be filed with the Superior Court of the county conducting the election and that a Court Order for the release of copies of that data can be requested from the Superior Courts. If the State cannot go back and obtain complete copies of the GEMS databases from the Secretary's own files or from the archives, then one possible solution would be for the State to request copies of the missing databases from the Clerks of the relevant Superior Courts.

Thank you for your prompt attention and response.

Best,
Robert McGuire

ROBERT A. MCGUIRE, III                           *** **NOTE NEW CONTACT DETAILS BELOW** ***
SHAREHOLDER | THE ROBERT MCGUIRE LAW FIRM
1624 MARKET ST STE 226 #86685, DENVER, CO 80202-2523 | 113 CHERRY ST #86685, SEATTLE, WA 98104-2205
E: ram@lawram.com | T/F: 720.420.1395 | T/F: 253.267.8530 | www.lawram.com

This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender by reply and delete the message from your system. Any unauthorized dissemination, distribution or copying hereof is prohibited.

---

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Sent:** Friday, January 24, 2020 1:26 PM
**To:** Cary Ichter <CIchter@IchterDavis.com>; Bruce Brown <bbrown@shipinpax.com>; hmaholdingsllc@gmail.com; Cross, David D. <DCross@mofo.com>; Carlin, John P. <JCarlin@mofo.com>; Manoso, Robert W. <RManoso@mofo.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Brian Lake <Brian.Lake@robbinsfirm.com>; Bryan Tyson <btyson@taylorenglish.com>; cheryl.ringer@fultoncountyga.gov; Carey Miller <carey.miller@robbinsfirm.com>; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; erosenberg@lawyerscommittee.org; hknapp@khlawfirm.com; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Bentrott, Jane P. <JBentrott@mofo.com>; jpowers@lawyerscommittee.org; kaye.burwell@fultoncountyga.gov; Kaiser, Mary <MKaiser@mofo.com>; Robert McGuire <ram@lawram.com>; sparks@khlawfirm.com; vrusso@robbinsfirm.com; Cate Berenato <Cate.Berenato@robbinsfirm.com>
**Subject:** Curling v. Raffensperger - Delivery of GEMS Databases

Counsel:

Consistent with the conversation with the Court last Friday, the following GEMS Databases are being delivered by courier to Mr. Icther's office and are being sent by Fedex Saturday delivery to Mr. Cross and Ms. Kaiser's office:

1. 2016 Presidential Preference Primary
2. 2016 General Primary and Nonpartisan General
3. 2016 November General Election
4. 2017 CD 6 Special Election
5. 2017 CD 6 Special Election Runoff
6. 2018 General Primary and Nonpartisan General
7. 2018 General Primary Runoff

This list is consistent with what Plaintiffs agreed was the list of elections they needed during the call with the Court last week. Transcript of January 17, 2020 Teleconference at 26:23-27:23. There were only three statewide elections in 2016, not four as we believed on the call. The 2016 General Primary Runoff did not include any statewide offices, but rather Congressional District 3 and a handful of legislative seats. See https://results.enr.clarityelections.com/GA/62848/174629/en/summary.html  Consistent with Plaintiffs' request for statewide elections only, Transcript at 14:12-14, 23:11-13, we have not included the GEMS Databases from that election.

These databases are being produced on six CDs, one for each election except that both 2017 elections are on a single disc, with the data stored in the format maintained by the Georgia Archives and/or the Elections Division of the Secretary of State's office. Each statewide election leads to 159 individual CDs from counties, which have been grouped together by election. As we advised you regarding the prior

production of the November 2018 GEMS Databases, some counties provided only GEMS Reports (not databases) on their CDs, provided blank or unreadable CDs, or provided only text files. We are working to locate those additional county databases, but they are relatively few out of the entire production.

Following the call with the Court on January 17, Ms. Kaiser and Mr. McGuire sent three different emails, asking a variety of questions about additional parameters for the review of the GEMS Databases. State Defendants provide the following answers:

1. To Ms. Kaiser's question of January 17: State Defendants have no objection to Dr. Woods and his team conducting their analysis at their offices, so long as he and his team adhere to the protective order in this matter and the limited purpose of the review. Transcript at 36:11-18.
2. To Mr. McGuire's question of January 17: State Defendants will only be providing post-election databases for each election. The Court specifically limited the analysis of the GEMS databases to identifying machines, not for mining through the databases for other information. Transcript at 36:11-18. Because the pre-election databases are created before any memory cards are associated with particular DRE units for an election, we will be providing the post-election databases for the listed elections. If you can provide us with additional information about why the pre-election databases are relevant to the identification of DRE units used in particular elections, we will reconsider your request.
3. To Mr. McGuire's question of January 21: State Defendants appreciate the identification of Mr. Wilson as the individual who will be undertaking the analysis under the supervision of Mr. Ichter.
4. To Mr. McGuire's question of January 21: State Defendants do not object to Mr. Wilson conducting his analysis in Ann Arbor, so long as he abides by the general protective order in this case and is under the supervision of "senior personnel." Transcript at 32:24-34:25. Like Dr. Woods, Mr. Wilson's analysis of the GEMS databases is limited to identifying machines, and not conducting other discovery or analysis on the databases. Transcript at 36:11-18.
5. To Mr. McGuire's question of January 21: State Defendants object to Ms. Marks having any part in the analysis or review of the GEMS Databases being produced. The Court specifically limited the analysis of the GEMS Databases to identifying machines, not a general review of the databases themselves and required someone "at least a step removed" from the PR efforts of the Coalition to conduct the analysis. Transcript at 36:11-18, 34:9-13. Ms. Marks does not meet that description and State Defendants will not agree to allow her to have any part of the analysis.
6. To Mr. McGuire's question of January 21: State Defendants are only producing post-election databases for the reasons outlined in response to item 2.

We further propose that, in lieu of a statistical sample (or if a sample cannot be provided on the timeline set by the Court), State Defendants collect the units currently held by counties that were segregated by earlier orders of the Court and preserve those units for whatever the Court may order, with authorization to destroy the remaining units. This approach imposes almost no burden on anyone to search for machines and ensures that units that have not been used since the 2017 special election will be preserved for whatever the Court may order if the Court determines the DRE claims are not moot. *See* Transcript at 27:24-29:6.

The cover letter being sent with each set of CDs is attached. As indicated in that letter, if you require any further technical information to review the databases, please let us know and we will provide it immediately.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.