# EXHIBIT C

| | |
|---|---|
| **From:** | Cross, David D. |
| **Sent:** | Saturday, May 9, 2020 5:54 PM |
| **To:** | Bryan Tyson; Kaiser, Mary; Bruce Brown |
| **Cc:** | Robert McGuire; Cary Ichter; Carlin, John P.; Alexander Denton; Bryan Jacoutot; Brian Lake; cheryl.ringer@fultoncountyga.gov; Carey Miller; david.lowman@fultoncountyga.gov; dbrody@lawyerscommittee.org; erosenberg@lawyerscommittee.org; hknapp@khlawfirm.com; Josh Belinfante; jpowers@lawyerscommittee.org; kaye.burwell@fultoncountyga.gov; sparks@khlawfirm.com; vrusso@robbinsfirm.com; Cate Berenato; Loree Anne Paradise; Melanie Johnson; Bryan Tyson |
| **Subject:** | RE: Curling v. Raffensperger - correspondence regarding preservation of DREs |

Bryan -

There's much in this lengthy letter we'll need to carefully review and address, but some clarity regarding your position is necessary to do that.

If we were to assume the cost of preserving DREs for the litigation, I assume we could take possession of some or all of them and would be free to do with them as we choose. Is that correct?

If we're to consider assuming any costs, we need a specific breakdown of those costs. Can you please provide them?

Why are the samples that plaintiffs identified a while ago unacceptable? You complain about cost but acknowledge that we offered to release at least two thirds or so of the DREs a while ago. I don't recall any response to plaintiffs' proposals (if I'm forgetting a response, please resend). So to say that we're requiring preservation of all DREs at a cost of about $500,000 per year looks to me to be inaccurate. Can you please explain?

Thanks.
DC

---

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Date:** Saturday, May 09, 2020, 5:17 PM
**To:** Kaiser, Mary <MKaiser@mofo.com>, Bruce Brown <bbrown@brucepbrownlaw.com>
**Cc:** Robert McGuire <ram@lawram.com>, Cary Ichter <CIchter@IchterDavis.com>, Cross, David D. <DCross@mofo.com>, Carlin, John P. <JCarlin@mofo.com>, Alexander Denton <Alexander.Denton@robbinsfirm.com>, Bryan Jacoutot <bjacoutot@taylorenglish.com>, Brian Lake <Brian.Lake@robbinsfirm.com>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, Carey Miller <carey.miller@robbinsfirm.com>, david.lowman@fultoncountyga.gov <david.lowman@fultoncountyga.gov>, dbrody@lawyerscommittee.org <dbrody@lawyerscommittee.org>, erosenberg@lawyerscommittee.org <erosenberg@lawyerscommittee.org>, hknapp@khlawfirm.com <hknapp@khlawfirm.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, jpowers@lawyerscommittee.org <jpowers@lawyerscommittee.org>, kaye.burwell@fultoncountyga.gov <kaye.burwell@fultoncountyga.gov>, sparks@khlawfirm.com <sparks@khlawfirm.com>, vrusso@robbinsfirm.com <vrusso@robbinsfirm.com>, Cate Berenato <Cate.Berenato@robbinsfirm.com>, Loree Anne Paradise <lparadise@taylorenglish.com>, Melanie Johnson <melanie.johnson@robbinsfirm.com>, Bryan Tyson <btyson@taylorenglish.com>

**Subject:** Curling v. Raffensperger - correspondence regarding preservation of DREs

**- External Email -**

All:

Please see the attached letter regarding continued preservation of the DREs.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard | LinkedIn | Twitter

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.