IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO STATE DEFENDANTS' CONSOLIDATED MOTION TO MODIFY ORDER

This matter comes before the Court on Plaintiffs' Joint Motion for Extension of Time to Respond to State Defendants' Consolidated Motion to Modify Order (Dkt. No. 735). Based upon the complete record, and finding good cause for the relief requested, it is hereby ordered that Plaintiffs' Unopposed Joint Motion is **GRANTED**. Plaintiffs shall have until June 29, 2020 to file their responses to State Defendants' Consolidated Motion.

**IT IS SO ORDERED** this _____ day of June, 2020.

_____
U.S. District Court Judge Amy Totenberg