# EXHIBIT A

**MORRISON | FOERSTER**

2000 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20006-1888

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

June 11, 2020

Writer's Direct Contact
+1 (202) 887-6952
MKaiser@mofo.com

**Via E-mail**

Janine Eveler
736 Whitlock Ave., Suite 400
Marietta, GA 30064
(770) 528-2581
info@cobbelections.org

Re: **Documents Related to Preservation Costs of Electronic Voting Machines**

Dear Ms. Eveler:

Pursuant the Georgia Open Records Act (O.C.G.A. § 50.18.70 et seq.), I write to request certain documents concerning the preservation of electronic voting equipment for *Curling et. al. v. Raffensperger et. al.*, 1:17-cv-02989-AT ("the *Curling* litigation").

I request documents sufficient to show the location(s) and specific breakdown of costs for the preservation of Cobb County's electronic voting equipment, including direct-recording electronic ("DRE") voting machines, associated memory cards, AccuVote scanners, and GEMS servers. Such documentation may include invoices, leases, contracts, internal emails or other correspondence, emails or other correspondence with the Georgia Secretary of State's Office, emails or other correspondence with responsible vendors or other third parties, and documented evidence of payments by Cobb County or the State of Georgia or its affiliates for preservation of electronic voting equipment for the Curling litigation.

If fees for searching or copying these records exceed $100, please inform me before undertaking the expense. Please also provide me with a time estimate for how long it will take to provide responses to the above requests.

To be clear, I am seeking only documents *sufficient to show* the location(s) and specific breakdown of costs for the preservation of electronic voting equipment for the *Curling* litigation, not all documents related to those preservation efforts.

Kind regards,

*/s/ Mary Kaiser*
Mary Kaiser
MKaiser@mofo.com
(202) 887-6952