# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 06/12/2020.

TIME COURT COMMENCED: 3:35 P.M.
TIME COURT CONCLUDED: 4:30 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 00:55                     DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing The State Election Board |
| | Kaye Burwell representing The Fulton County Board of Registration and Elections |
| | Bryan Jacoutot representing State of Election Board |
| | David Lowman representing The Fulton County Board of Registration and Elections |
| | Carey Miller representing The State Election Board |
| | Loree Anne Paradise representing The State Election Board |
| | Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| HEARING STATUS: | Hearing Concluded |