# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 06/15/2020.

TIME COURT COMMENCED: 5:10 P.M.
TIME COURT CONCLUDED: 5:55 P.M.
TIME IN COURT: 00:45
OFFICE LOCATION: Atlanta
COURT REPORTER: Shannon Welch
DEPUTY CLERK: Harry Martin

**ATTORNEY(S) PRESENT:**
Joshua Belinfante representing The State Election Board
David Cross representing Donna Curling
Bryan Jacoutot representing State of Election Board
Mary Kaiser representing Donna Curling
Halsey Knapp representing Donna Curling
David Lowman representing The Fulton County Board of Registration and Elections
Robert McGuire representing Coalition for Good Governance
Carey Miller representing The State Election Board
Loree Anne Paradise representing The State Election Board
Cheryl Ringer representing The Fulton County Board of Registration and Elections
Vincent Russo representing The State Election Board
Adam Sparks representing Donna Curling
Bryan Tyson representing The State Election Board

**PROCEEDING CATEGORY:** Telephone Conference(Other Proceeding Non-evidentiary);
**MINUTE TEXT:** The parties will provide a proposed order to the Court.
**HEARING STATUS:** Hearing Concluded