# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 06/17/2020.

TIME COURT COMMENCED: 04:00 P.M.
TIME COURT CONCLUDED: 5:15 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 1:15                       DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing The State Election Board
Bruce Brown representing Coalition for Good Governance
David Cross representing Donna Curling
Bryan Jacoutot representing State of Election Board
Mary Kaiser representing Donna Curling
Halsey Knapp representing Donna Curling
David Lowman representing The Fulton County Board of Registration and Elections
Carey Miller representing The State Election Board
Loree Anne Paradise representing The State Election Board
Vincent Russo representing The State Election Board
Adam Sparks representing Donna Curling
Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | See Transcript for details. |
| HEARING STATUS: | Hearing Concluded |