IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT EMERGENCY MOTION FOR EXPEDITED DISCOVERY AND EVIDENTIARY HEARING

This matter comes before the Court on Plaintiffs' Joint Emergency Motion for Expedited Discovery and Evidentiary Hearing. Based upon the complete record, and finding good cause for the relief requested, it is hereby ordered that the Plaintiffs' Joint Emergency Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of July, 2020.

_____
U.S. District Court Judge Amy Totenberg

1