IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,  : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

The Court will hold a telephone conference with counsel at 1:15 pm on August 5, 2020 regarding Plaintiffs' request for expedited discovery and the contents of that request. (Doc. 752). In that connection:

1. Plaintiffs should be prepared to explain their Rule 34 Inspection/Production request that is tucked into footnotes 8 and 9 of Doc. 752 and the second bullet in the main text of their brief at page 3 (Doc. 752, p. 3.) All parties should be prepared to discuss to what extent observation capacity via video transcription of processes (such as testing and set-up of equipment and scanner operations or other processes) that can properly be effectuated via videotape and thus satisfy the purpose of some of the inspection/production requests.

2. Plaintiffs should be prepared to address more specifically what they view as entailed within their document requests for adjudicated ballot images and mail ballots. (Doc. 552 at p. 5)

3. In addition, as relevant, Plaintiffs should be prepared to address questions from the Court regarding the scope of documents or information they view as falling within each of their bulleted requests in Document 752, if the Court determines that further information is needed on an expedited basis and there is time for such discussion.

4. By noon on August 5, 2020, Plaintiffs shall email opposing counsel, with a copy to Deputy Clerk Harry Martin for the Court, an itemized list of what discovery they deem essential to conduct and complete within the next 35 days. Plaintiffs shall take into account that the Court does not view the full proposed plan submitted (Doc. 752) as pragmatically manageable in the time frame outlined and under the current election circumstances. The parties should also be prepared to address alternate time frames at the hearing.

**IT IS SO ORDERED** this 5th day of August, 2020.

**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**