# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DONNA CURLING, ET AL.,   )
          )
   Plaintiffs,    )
          )  **CIVIL ACTION**
 vs.         )
          )  **FILE NO. 1:17-cv-2989-AT**
BRAD RAFFENSPERGER,   )
 ET AL.,        )
          )
   Defendants.   )

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that following discovery was served on counsel of record by electronic mail:

Fourth Request for Production of Documents (August 7, 2020);
Notices of Subpoena to Charlotte Sosebee (August 5, 2020); Kim Stancil (August 6, 2020); Janine Eveler (August 6, 2020); Erica Hamilton (August 7, 2020).

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the PACER-ECF system.

This 7th day of August, 2020.

*/s/ Bruce P. Brown*
Bruce P. Brown
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE, Suite 6
Atlanta, Georgia 30306
(404) 881-0700
*Counsel for Plaintiff Coalition for Good Governance*