# EXHIBIT A

| | |
|---|---|
| From: | Bryan Tyson <btyson@taylorenglish.com> |
| Sent: | Friday, August 7, 2020 6:58 PM |
| To: | Robert McGuire; Conaway, Jenna B.; 'Bruce Brown'; 'Cary Ichter'; 'Alexander Denton'; Bryan Jacoutot; 'Brian Lake'; Marilyn Marks; 'cheryl.ringer@fultoncountyga.gov'; 'Carey Miller'; 'david.lowman@fultoncountyga.gov'; 'dbrody@lawyerscommittee.org'; 'erosenberg@lawyerscommittee.org'; 'hknapp@khlawfirm.com'; 'Josh Belinfante'; 'jpowers@lawyerscommittee.org'; 'kaye.burwell@fultoncountyga.gov'; 'sparks@khlawfirm.com'; 'vrusso@robbinsfirm.com'; 'Cate Berenato'; Loree Anne Paradise; 'Melanie Johnson'; Hedgecock, Lyle F.; Miriyala, Arvind S.; Cross, David D. |
| Subject: | RE: Curling v. Raffensperger - Second Joint Requests for Production to State Defendants |

**External Email**

Robert:

We have answered your questions, indicated what is feasible, and explained why, in addition to these reasons, expedited discovery is neither appropriate nor necessary.

Have a great weekend,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249   | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard | LinkedIn | Twitter

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Robert McGuire <ram@lawram.com>
**Sent:** Friday, August 7, 2020 5:13 PM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Conaway, Jenna B. <JConaway@mofo.com>; 'Bruce Brown' <bbrown@brucebrownlaw.com>; 'Cary Ichter' <CIchter@ichterdavis.com>; 'Alexander Denton' <Alexander.Denton@robbinsfirm.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; 'Brian Lake' <Brian.Lake@robbinsfirm.com>; Marilyn Marks <Marilyn@USCGG.org>; 'cheryl.ringer@fultoncountyga.gov' <cheryl.ringer@fultoncountyga.gov>; 'Carey Miller' <carey.miller@robbinsfirm.com>; 'david.lowman@fultoncountyga.gov' <david.lowman@fultoncountyga.gov>; 'dbrody@lawyerscommittee.org' <dbrody@lawyerscommittee.org>; 'erosenberg@lawyerscommittee.org' <erosenberg@lawyerscommittee.org>; 'hknapp@khlawfirm.com' <hknapp@khlawfirm.com>; 'Josh Belinfante' <Josh.Belinfante@robbinsfirm.com>; 'jpowers@lawyerscommittee.org' <jpowers@lawyerscommittee.org>; 'kaye.burwell@fultoncountyga.gov' <kaye.burwell@fultoncountyga.gov>; 'sparks@khlawfirm.com' <sparks@khlawfirm.com>; 'vrusso@robbinsfirm.com' <vrusso@robbinsfirm.com>; 'Cate Berenato' <Cate.Berenato@robbinsfirm.com>; Loree Anne Paradise

<lparadise@taylorenglish.com>; 'Melanie Johnson' <melanie.johnson@robbinsfirm.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Miriyala, Arvind S. <AMiriyala@mofo.com>; Cross, David D. <DCross@mofo.com>
**Subject:** RE: Curling v. Raffensperger - Second Joint Requests for Production to State Defendants

Bryan,

We don't read today's Order (Doc. 768) as vacating the Judge's previous instruction to us all (given on Wednesday) to confer over the expedited discovery and to bring disputes to her at the start of next week. So we disagree that our expedited discovery is somehow overtaken by this Order. On the contrary, one reason she gave for entering this Order was because we will be producing new evidence through our expedited discovery.

We therefore still need your responses in advance of our discussion with the Judge early next week. You told us yesterday that you'd have at least some of those responses today. Please confirm we are still on track.

Best,
Robert McGuire

ROBERT A. MCGUIRE, III                              *** NOTE NEW CONTACT DETAILS BELOW ***
SHAREHOLDER | THE ROBERT MCGUIRE LAW FIRM
1624 MARKET ST STE 226 #86685, DENVER, CO 80202-2523 | 113 CHERRY ST #86685, SEATTLE, WA 98104-2205
E: ram@lawram.com  | T/F: 720.420.1395 | T/F: 253.267.8530 | www.lawram.com

This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender by reply and delete the message from your system. Any unauthorized dissemination, distribution or copying hereof is prohibited.

---

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Sent:** Friday, August 7, 2020 12:04 PM
**To:** Conaway, Jenna B. <JConaway@mofo.com>; 'Bruce Brown' <bbrown@brucebrownlaw.com>; 'Cary Ichter' <CIchter@ichterdavis.com>; 'Alexander Denton' <Alexander.Denton@robbinsfirm.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; 'Brian Lake' <Brian.Lake@robbinsfirm.com>; 'cheryl.ringer@fultoncountyga.gov' <cheryl.ringer@fultoncountyga.gov>; 'Carey Miller' <carey.miller@robbinsfirm.com>; 'david.lowman@fultoncountyga.gov' <david.lowman@fultoncountyga.gov>; 'dbrody@lawyerscommittee.org' <dbrody@lawyerscommittee.org>; 'erosenberg@lawyerscommittee.org' <erosenberg@lawyerscommittee.org>; 'hknapp@khlawfirm.com' <hknapp@khlawfirm.com>; 'Josh Belinfante' <Josh.Belinfante@robbinsfirm.com>; 'jpowers@lawyerscommittee.org' <jpowers@lawyerscommittee.org>; 'kaye.burwell@fultoncountyga.gov' <kaye.burwell@fultoncountyga.gov>; 'sparks@khlawfirm.com' <sparks@khlawfirm.com>; 'vrusso@robbinsfirm.com' <vrusso@robbinsfirm.com>; 'Cate Berenato' <Cate.Berenato@robbinsfirm.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; 'Melanie Johnson' <melanie.johnson@robbinsfirm.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Miriyala, Arvind S. <AMiriyala@mofo.com>; Robert McGuire <ram@lawram.com>; Cross, David D. <DCross@mofo.com>
**Subject:** RE: Curling v. Raffensperger - Second Joint Requests for Production to State Defendants

All:

We have reviewed the RFPs we discussed yesterday with our clients. We will provide the protocol for beginning the forensic examination of the memory cards no later than Monday.

Now that there are no preliminary-injunction motions pending and we are near enough to the election that any relief under new motions for preliminary injunction would be barred by the *Purcell/RNC* line of cases, we do not believe that

2

any expedited discovery is needed in this case and we can continue on a normal discovery track. Further, after reviewing the requests we discussed yesterday with our clients, the staffing and workload of the election division is absorbed in the operations of the elections, making it nearly impossible to allocate the resources necessary to provide the scope of documents you are seeking on an expedited basis.

If you still plan to seek expedited discovery of any additional materials, we will need to have the issue of the expedited discovery resolved by the Court.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard | LinkedIn | Twitter

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Conaway, Jenna B. <JConaway@mofo.com>
**Sent:** Thursday, August 6, 2020 12:08 PM
**To:** 'Bruce Brown' <bbrown@brucepbrownlaw.com>; 'Cary Ichter' <CIchter@ichterdavis.com>; 'Alexander Denton' <Alexander.Denton@robbinsfirm.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; 'Brian Lake' <Brian.Lake@robbinsfirm.com>; 'cheryl.ringer@fultoncountyga.gov' <cheryl.ringer@fultoncountyga.gov>; 'Carey Miller' <carey.miller@robbinsfirm.com>; 'david.lowman@fultoncountyga.gov' <david.lowman@fultoncountyga.gov>; 'dbrody@lawyerscommittee.org' <dbrody@lawyerscommittee.org>; 'erosenberg@lawyerscommittee.org' <erosenberg@lawyerscommittee.org>; 'hknapp@khlawfirm.com' <hknapp@khlawfirm.com>; 'Josh Belinfante' <Josh.Belinfante@robbinsfirm.com>; 'jpowers@lawyerscommittee.org' <jpowers@lawyerscommittee.org>; 'kaye.burwell@fultoncountyga.gov' <kaye.burwell@fultoncountyga.gov>; 'sparks@khlawfirm.com' <sparks@khlawfirm.com>; 'vrusso@robbinsfirm.com' <vrusso@robbinsfirm.com>; 'Cate Berenato' <Cate.Berenato@robbinsfirm.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; 'Melanie Johnson' <melanie.johnson@robbinsfirm.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Miriyala, Arvind S. <AMiriyala@mofo.com>; 'ram@lawram.com' <ram@lawram.com>; Bryan Tyson <btyson@taylorenglish.com>; Cross, David D. <DCross@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>
**Subject:** Curling v. Raffensperger - Second Joint Requests for Production to State Defendants

Counsel,

Attached please find Plaintiffs' Second Joint Request for Production of Documents and Inspection of Things on an expedited basis. We look forward to discussing these requests with you this afternoon at 3:30. We do not seek expedited treatment of joint RFPs 1-8 served on August 3.

Please use the Zoom Meeting information below:
Topic: Curling v. Raffensperger
Time: Aug 6, 2020 03:30 PM Eastern Time (US and Canada)

Join Zoom Meeting
https://mofo.zoom.us/j/95236308056?pwd=d2J0WlB5N3hTY2lrblQxWEtlcEFZdz09

<mark style="background-color: #00ff00">Meeting ID: 952 3630 8056
Passcode: 327989</mark>

One tap mobile
+16465189805,,95236308056# US (New York)
+16468769923,,95236308056# US (New York)

Dial by your location
    +1 646 518 9805 US (New York)
    +1 646 876 9923 US (New York)
    +1 786 635 1003 US (Miami)
    +1 669 900 6833 US (San Jose)
    +1 720 928 9299 US (Denver)
    +1 213 338 8477 US (Los Angeles)
    +44 208 080 6592 United Kingdom
    +44 330 088 5830 United Kingdom
    +44 131 460 1196 United Kingdom
    +44 203 481 5237 United Kingdom
    +44 203 481 5240 United Kingdom
    +44 208 080 6591 United Kingdom
Meeting ID: 952 3630 8056
Find your local number: https://mofo.zoom.us/u/acUb0gHMY5

Thanks,

**JENNA CONAWAY**
Senior Paralegal | Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW | Washington, DC 20006-1888
**P:** +1 (202) 887-8730
mofo.com | LinkedIn | Twitter

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.