IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING CURLING PLAINTIFFS'
EMERGENCY MOTION FOR EXPEDITED DISCOVERY**

This matter comes before the Court on Curling Plaintiffs' Emergency Motion for Expedited Discovery. Based upon the complete record, and finding good cause for the relief requested, it is hereby ordered that the Curling Plaintiffs' Emergency Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of August, 2020.

_____
U.S. District Court Judge Amy Totenberg

1