IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

Plaintiffs' Joint Motion for Sanctions [Doc. 623] is pending before the Court. Plaintiffs seek monetary sanctions of $297,368.49 against Defendants based on their alleged obstructive discovery tactics in connection with the GEMS database.

The Court **DENIES WITHOUT PREJUDICE** Plaintiffs' motion and will take up the issue of imposing purely monetary sanctions for alleged past discovery abuses at the conclusion of this case along with other fee issues, as appropriate.

**IT IS SO ORDERED** this 10th day of August, 2020.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**