IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Jonathan D. Crumly, of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339, and hereby enters his appearance as counsel for Defendants Secretary of State and Chair of the State Election Board, Brad Raffensperger, the State Election Board (SEB), and SEB members Rebecca Sullivan, David Worley, Anh Le, and Seth Harp in the above-captioned matter. Copies of all further pleadings, orders, and notices should be sent to him at the address below.

This 12th day of August, 2020.

>  */s/ Jonathan D. Crumly*
>  Jonathan D. Crumly
>  Georgia Bar No. 199466
>  jcrumly@taylorenglish.com
>  TAYLOR ENGLISH DUMA LLP
>  1600 Parkwood Circle, Suite 200

1

2

Atlanta, Georgia 30339
770.434.6868 (telephone)

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice of Appearance of Counsel has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Jonathan D. Crumly*
Jonathan D. Crumly