IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,       ) | |
| ) | |
| Plaintiffs,       ) | |
| ) | CIVIL ACTION |
| vs.       ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER,       ) | |
| ET AL.,       ) | |
| ) | |
| Defendants.       ) | |

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that that on August 17, 2020, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis and Megan Misset ("Coalition Plaintiffs") by and through counsel of record, served a true and correct copy of the following discovery requests –**Coalition Plaintiffs' Third Request for Production of Documents to Defendant Fulton County Board of Registrations and Elections**

- on counsel of record by electronic delivery of a PDF version to the following:

| | |
|---|---|
| Kaye Woodard Burwell | Bryan P. Tyson |
| David Lowman | Jonathan D. Crumly |
| Cheryl Ringer | Diane Festin LaRoss |
| Fulton County Attorney's Office | James A. Balli |
| 141 Pryor Street, NW | Bryan F. Jacoutot |

Suite 4038
Atlanta, Georgia 30303
Kaye.burwell@fultoncountyga.gov
David.lowman@fultoncountyga.gov
Cheryl.ringer@fultoncountyga.gov

Loree Anne Paradise
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
btyson@taylorenglish.com
jcrumly@taylorenglish.com
dlaross@taylorenglish.com
jballi@taylorenglish.com
bjacoutot@taylorenglish.com
lparadise@taylorenglish.com

Vincent Russo
Joshua B. Belinfante
Alexander F. Denton
Carey Miller
Robbins Ross Alloy Belinfante Littlefield LLC
500 Fourteenth St. NW
Atlanta, Georgia 30318
vrusso@robbinsfirm.com
jbelinfante@robbinsfirm.com
adenton@robbinsfirm.com
cmiller@robbinsfirm.com

David D. Cross
John P. Carlin
Lyle F. Hedgecock
Mary G. Kaiser
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006-1888
dcross@mofo.com
jcarlin@mofo.com
lhedgecock@mofo.com
mkaiser@mofo.com

Halsey G. Knapp, Jr.
Adam Martin Sparks
Grant Edward Schnell
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com
grant.schnell@hklaw.com

John Michael Powers
David R. Brody
Ezra David Rosenberg
Lawyers' Committee for Civil Rights Under Law
Suite 900
1500 K Street, NW
Washington, DC 20005
jpowers@lawyerscommittee.org
dbrody@lawyerscommittee.org
erosenberg@lawyerscommittee.org

        Robert Alexander McGuire
        Robert McGuire Law Firm
        113 Cherry Street #86685
        Seattle, WA 98104-2206
        ram@lawram.com

This 17th day of August 2020.

        */s/ Cary Ichter*
        CARY ICHTER
        Georgia Bar No. 382515
        **ICHTER DAVIS LLC**
        3340 Peachtree Road NE, Suite 1530
        Atlanta, Georgia 30326
        Tel.: 404.869.7600
        Fax: 404.869.7610
        cichter@ichterdavis.com

        AND

        Bruce P. Brown
        Georgia Bar No. 064460
        bbrown@brucebrownlaw.com
        **Bruce P. Brown Law LLC**
        1123 Zonolite Road NE, Suite 6
        Atlanta, Georgia 30306
        Tel.:  404.881.0700

        *Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

- 4 -

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, ET AL., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, I filed a copy of the foregoing **RULE 5.4 CERTIFICATE**, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515

5