IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

The Court sets the following expedited briefing schedule for Plaintiffs' Motions for Preliminary Injunction relating to the November 2020 general election:

| EVENT | DATE |
|---|---|
| Defendants' Response to Curling Plaintiffs' Motion for Preliminary Injunction [Doc. 785] | August 26, 2020 |
| Curling Plaintiffs' Reply in Support of Motion for Preliminary Injunction | August 28, 2020 |
| Coalition Plaintiffs' Motion for Preliminary Injunction Relating to Paper Pollbook Backups | August 21, 2020 |
| Defendants' Response to Coalition Plaintiffs' Motion for Preliminary Injunction Relating to Paper Pollbook Backups | August 25, 2020 |
| Coalition Plaintiffs' Reply in Support of Motion for Preliminary Injunction Relating to Paper Pollbook Backups | August 28, 2020 |
| Coalition Plaintiffs' Motion for Preliminary Injunction Relating to Additional Relief relating to Audits, Ballot Secrecy, Scanning/Tabulating, BMD Voting System Security, and Testing | August 24, 2020 |

| | |
|---|---|
| Defendants' Response to Coalition Plaintiffs' Motion for Preliminary Injunction Relating to Additional Relief relating to Audits, Ballot Secrecy, Scanning/Tabulating, BMD Voting System Security, and Testing | August 28, 2020 |
| Coalition Plaintiffs' Reply in Support of Motion for Preliminary Injunction Relating to Additional Relief relating to Audits, Ballot Secrecy, Scanning/Tabulating, BMD Voting System Security, and Testing | August 31, 2020 |

The Court will conduct a hearing by videoconference at 10:00AM on September 2, 2020. The instructions for joining the hearing will be noticed under separate order.

**IT IS SO ORDERED** this 20th day of August, 2020.

_____
**Amy Totenberg**
**United States District Judge**