# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | CA No. 1:17-cv-02989-AT |
| ) | |
| v. ) | |
| ) | |
| BRAD RAFFENSPERGER, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE OF OBJECTIONS OF NON-PARTY JANINE EVELER TO THE SUBPOENA ISSUED TO HER BY THE COALITION PLAINTIFFS**

I hereby certify that I served objections to the subpoena issued to Non-Party Janine Eveler, Elections Supervisor of the Cobb County Board of Elections and Registration, by the Coalition Plaintiffs by mailing an electronic copy in pdf format of her objections to the following attorneys of record:

> Bruce Brown
> bbrown@brucepbrownlaw.com
> Counsel for Coalition Plaintiffs
>
> Bryan Tyson
> btyson@taylorenglish.com
> Counsel for the State Defendants

This is to further certify that the foregoing document was prepared using 14 point Times New Roman Font.

[Date and Signature on Following Page]

This 20th day of August, 2020.

By: */s/Elizabeth Ahern Monyak*
Elizabeth Ahern Monyak
Senior Associate County Attorney

Cobb County Attorney's Office
100 Cherokee Street, Suite 350
Marietta, GA 30090
770-528-4000 (phone)
770-528-4010 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I filed a copy of the foregoing **CERTIFICATE OF SERVICE OF OBJECTIONS OF NON-PARTY JANINE EVELER, ELECTIONS SUPERVISOR OF THE COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, TO THE SUBPOENA ISSUED BY THE COALITION PLAINTIFFS,** with the Clerk's Office via the Court's CM/ECF System, which will automatically provide a service copy to all attorneys of record.

This 20th day of August, 2020.

By: */s/Elizabeth Ahern Monyak*
Elizabeth Ahern Monyak
Senior Associate County Attorney

Cobb County Attorney's Office
100 Cherokee Street, Suite 350
Marietta, GA 30090
770-528-4000 (phone)
770-528-4010 (fax)