IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | * | |
| | * | CIVIL ACTION NO. |
| Plaintiffs, | * | 1:17-CV-2989-AT |
| | * | |
| v. | * | |
| | * | |
| BRAD RAFFENSPERGER, et al., | * | |
| | * | |
| Defendants | * | |
| | * | |

**OBJECTION OF NON-PARTY DEIDRE HOLDEN, PAULDING COUNTY ELECTIONS SUPERVISOR, TO SUBPOENA TO PRODUCE DOCUMENTS FROM COALITION FOR GOOD GOVERNANCE**

COMES NOW DEIDRE HOLDEN, in her official capacity as the Paulding County, Georgia, Elections Supervisor, by and through the undersigned counsel, and makes this her objection to Plaintiff COALITION FOR GOOD GOVERNANCE's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action by showing and stating as follows:

1.

On August 10, 2020, Non-party DEIDRE HOLDEN (hereinafter "HOLDEN") was served with a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action in the above-styled case, a copy of which is attached hereto as Attachment 1. The subpoena

enumerates 17 categories of documents to be produced. The subpoena was served the day immediately before the county-wide primary runoff election which was held on Tuesday, August 11, 2020.

2.

Non-party HOLDEN intends to comply with the subpoena except as otherwise noted hereafter.

3.

Non-party HOLDEN has no documents that are responsive to items 1, 2, 3, 4, 5, 6, 9, 13, and 16 of the subpoena.

4.

Non-party HOLDEN will produce documents responsive to items 7, 8, 10, 14, 15, and 17.

5.

Non-party HOLDEN objects to items 11 and 12 of the subpoena which seek production of the following:

> 11. A digital printout of the scanned ballot images from the June 9, 2020 election appended with the Auditmark record showing the interpretation of each vote.
>
> 12. If on screen adjudication was used for hand marked ballots, a digital printout of the scanned ballot images from the June 9, 2020 election appended for the Auditmark record with color overlays of the

-3-

ballot adjudication information showing the interpretation of each vote.

Non-party HOLDEN objects to these two items as disclosure of ballot images violates the mandate of the Georgia Constitution which requires that votes be cast by secret ballot. 1983 Ga. Const. Art. II, Sec. I, Para. I.

Respectfully submitted, this 21ˢᵗ day of August 2020.

                                              Respectfully submitted,

                                              ***/s/ J. Jayson Phillips***
                                              Georgia Bar No. 576305
                                              Attorney for Non-party Deidre Holden

Talley, Richardson & Cable, P.A.    jphillips@trc-lawfirm.com
367 West Memorial Drive
Dallas, Georgia 30132
(770) 445-4438
(770) 505-4871 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | * | |
| | * | CIVIL ACTION NO. |
| Plaintiffs, | * | 1:17-CV-2989-AT |
| | * | |
| v. | * | |
| | * | |
| BRAD RAFFENSPERGER, et al., | * | |
| | * | |
| Defendants | * | |
| | * | |

## CERTIFICATE OF COMPLIANCE

The foregoing **OBJECTION OF NON-PARTY DEIDRE HOLDEN, PAULDING COUNTY ELECTIONS SUPERVISOR, TO SUBPOENA TO PRODUCE DOCUMENTS FROM COALITION FOR GOOD GOVERNANCE** is double-spaced in 14-point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

Respectfully submitted, this 21st day of August 2020.

Respectfully submitted,

*/s/ J. Jayson Phillips*
Georgia Bar No. 576305
Attorney for Non-party Deidre Holden

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | * | |
| | * | CIVIL ACTION NO. |
| Plaintiffs, | * | 1:17-CV-2989-AT |
| | * | |
| v. | * | |
| | * | |
| BRAD RAFFENSPERGER, et al., | * | |
| | * | |
| Defendants | * | |
| | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **OBJECTION OF NON-PARTY DEIDRE HOLDEN, PAULDING COUNTY ELECTIONS SUPERVISOR, TO SUBPOENA TO PRODUCE DOCUMENTS FROM COALITION FOR GOOD GOVERNANCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in the above-referenced actions and via electronic mail to:

Bruce Brown
1123 Zonolite Road
Atlanta, GA  30306
*(via electronic mail with responsive documents)*

Respectfully submitted, this 21st day of August 2020.

        Respectfully submitted,

        ***/s/ J. Jayson Phillips***
        Georgia Bar No. 576305
        Attorney for Non-party Deidre Holden