# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 08/21/2020.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 12:35 P.M.
TIME IN COURT: 2:20
OFFICE LOCATION: Atlanta
COURT REPORTER: Shannon Welch
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing The State Election Board<br>Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Lyle Hedgecock representing Donna Curling<br>Halsey Knapp representing Donna Curling<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | See Transcript for details. |
| HEARING STATUS: | Hearing Concluded |