# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CURLING, et al. : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v. : | |
| : | FILE NO. 1:17-CV-2989-AT |
| RAFFENSPERGER, et al : | |
| : | |
| **Defendants** : | |

## CERTIFICATE OF SERVICE

The undersigned certifies that **Non-Party Ameika Pitts's Objections and Responses to Plaintiff Coalition for Good Governance's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** was served on this date by delivering a copy of same in .pdf format via electronic mail to the following counsel of record:

*Counsel for Plaintiff Coalition for Good Governance*

> Bruce P. Brown
> bbrown@brucepbrownlaw.com

*Counsel for the State Defendants*

> Bryan Tyson
> btyson@taylorenglish.com

This is to further certify that the foregoing document was prepared using 14 point Times New Roman Font.

Respectfully submitted this 21st day of August, 2020.

                        **JARRARD & DAVIS, LLP**

                        ***/s/ Kenneth P. Robin***
                        Kenneth P. Robin
                        Georgia Bar No. 609798
                        Karen P. Pachuta
                        Georgia Bar No. 142272

222 Webb Street
Cumming, Georgia 30040
(678) 455-7150 – telephone
(678) 455-7149 – facsimile

                        Attorneys for Non-Party/Respondent Ameika Pitts, in her official capacity as Director of Henry County Elections and Registration Department