DECLARATION OF MICHAEL STIPPICH

MICHAEL STIPPICH, hereby declares under penalty of perjury, pursuant to 28 U.S.C. (s) 1746, that the following is true and correct:

1. My name is Michael Stippich.
2. I am over the age of 18 and competent to testify if called on to do so. I have personal knowledge of the facts reported herein.
3. I am a registered voter in Fulton County and voted on Election Day in the August 11th election at 768 Hank Aaron DR SE, Fanplex polling place
4. Earlier this year on June 9th election I voted at the same location on Election Day. The lines were so long it took me about 3 hours to vote. This polling place added new precincts that had recently closed.
5. I went to the polling place on August 11th earlier than I had previously to hopefully avoid long lines. This time there was no line. When I saw no lines, I assumed I would be in and out within five minutes. That was not the case.
6. I first arrived and handed my license to the poll workers to check in. While checking me in, the poll worker told me that the PollPads showed an error for my precinct. After a few minutes of getting the same error they asked me to wait and sit off to the side while they tried to figure this out. My precinct was 01F
7. A few more people from my precinct showed up and all had similar issues. I ended up waiting 40 minutes before the poll manager finally got a hold of someone from the county who could offer some sort of help.
8. I overheard the conversation because the poll manager had the phone on speaker. From what I heard, the county official kept telling the poll workers the same thing, that "this is not an issue" or when asked what was the password to overwrite the issue the answer was "there is no password, there is no issue."
9. The poll manager finally managed to get a password from someone from the county and called those of us back to try checking us in again on the PollPads. At that time, I had been waiting at least 45 minutes.
10. They finally could use the password to allow the PollPad to check us in at the location our precinct was supposed to be registered to. However, the worker told me that the system was now saying that we couldn't vote because we had applied for an absentee ballot.
11. I never applied for an absentee ballot and have always voted in person. I explained to them I did not ask/register for an absentee ballot.
12. I observed the situation happening to all the voters waiting from my precinct.
13. I ended up having to vote a provisional ballot, even though I was at my correct polling location and had not requested an absentee ballot.
14. Something that should have taken me 5 minutes ended up taking over an hour. I still am unsure if they fixed the problem for the rest of the day. This is incredibly problematic that an entire precinct would be forced to vote provisional because the check in machines were not working and there was no updated paper back up polling list. Luckily, this happened during the runoff election when there was no line.

15. It was frustrating to me to experience these issues. I just want to vote, to be a part of the system that's supposed to be created to give us all an equal say in these events. I just want our voices to be heard, but right now it just feels like we are being muted and not treated equally. Executed on August 16, 2020

_____
Michael Stippich.