# DECLARATION OF SAMANTHA WHITLEY

SAMANTHA WHITLEY, hereby declares under penalty of perjury, pursuant to 28 U.S.C. (s) 1746, that the following is true and correct:

1. My name is Samantha Whitley.

2. I am over the age of 18 and competent to testify if called on to do so. I have personal knowledge of the facts reported herein.

3. I am an analyst for the Coalition for Good Governance.

4. On August 11th, I was a poll watcher in Fulton County for both the Constitution and Libertarian parties.. I poll watched as a two-person team with my colleague, Harrison Thweatt. I was also a poll watcher during the June 9, 2020 election and provided a declaration. (Doc. 755 at 124).  In my work as an analyst for Coalition for Good Governance, I worked with Harrison helping organize and analyze his documentation from his extensive poll watching during both the June 9 and August 11, 2020 elections.

5. We first poll watched at the Fanplex polling location in Fulton county. We arrived at 7:45.

**Errors in PollPads for Precinct 01F**

6. After poll watching for about ten minutes, one voted (voter 1) came in and the electronic Pollbook would not check in the voter. I heard the poll worker saying that the PollPad claimed he was "out of precinct."

7. The pollworker said the problem was that the precinct he was in, 01F, was assigned to the Fanplex polling location. The poll worker was confused as to why the PollPad was showing he was out of precinct, even though precinct 01F was assigned to Fanplex. The poll manager

came to help and claimed she had to override the PollPad, but she did not have the proper password. She told the voter to go sit down while she called the county.

8. She called the county on speaker phone, so I could hear everything she was saying. She remained on hold for quite a while.

9. While she was on hold, a second voter (voter 2) was voting on a BMD. Both Harrison and I could see her touchscreen. The screen turned black with a white error box in the middle. I was unable to read the small font, but a poll worker called over the Dominion tech, who was a teenager. I could see that he was playing his Nintendo switch during the entire time we were poll watching at FanPlex. The poll worker made him go to the voter to help her, but he just went over, looked at the screen, and walked away saying he wasn't trained to do that. He went back to playing his game.

10. Then the assistant poll manager went and pressed some displayed choices on the screen and the box went away. I noticed this happening to at least 3 other voters.

11. Another problem associated with this was that anyone waiting in line or behind the BMDs could clearly observe the voters' votes on the touchscreen. I could see exactly what was happening on the screen and Harrison and I discussed how we and others could see voters' private choices on the screens from at least 24 feet away.

12. Two more voters from the 01F Precinct arrived by 8:40 am. Both were unable to check in because the PollPads apparently treated 01F as out of precinct, even though the county had assigned 01F to this location. By 8:47, four voters were waiting.

13. Every voter we observed from precinct 01F was unable to check in. At 8:52, the poll manager finally got on the phone with a county official and eventually was given a passcode

to "override"the PollPad system. I heard this conversation because the poll manager remained on speaker phone.

14. I do not know what is meant by "overriding" the PollPad system. However when the poll worker took the steps apparently instructed by the county, and "overrode" the system, she hung up with the official.

15. However, when they tried again to check in the first voter and a third voter, both PollPads showed that they had received absentee ballots. The third voter is Michael Stippich, who provided his declaration of this event. I heard both voters swear they did not receive absentee ballots. This was the case for all four voters from the 01F precinct that I observed.

16. The poll manager asked for them all to sit back down while she called the county to see what to do. Around twenty minutes later the first two voters voted provisionally and then left. One voter expressed her frustration with the process, left and did not vote during the time I was at the precinct

17. By 10:00 am, the poll manager said that she was told by county officials that any voter from 01F should fill out a voter certificate, write down their drivers' license name and number on a sheet of paper for the poll manager, and then could vote on an emergency ballot that could be scanned.

18. The poll workers were using a paper list to check registered voters' names after the PollPad brought their name up, but the list was dated June $9_{th}$, 2020 and not August $11_{th}$, 2020. I saw the printed date on the top on the paper list. I found that to be very problematic.

19. While I believe using emergency ballots is preferable to issuing provisional ballots when the voter can be proven eligible, if the polling location had an updated paper voter list to use as a backup, these voters wouldn't have had to wait over 45 minutes to vote.

20. Also, I was concerned that issuing ballots in the polling place based on a list dated in early June would not account for newly registered voters or show whether a voter had already voted in early voting or mail ballot voting.

21. After 10:00, almost every voter from 01F was able to vote via emergency ballots. I only observed one voter after 10:00 am that experienced difficulties checking in.

22. Another problem I observed was that a man tried to check in, but the PollPad would not recognize and scan his official voter ID card. The man had no license, his only form of ID was the voter ID card. He was forced to vote provisionally.

**BMD Printing Test Ballots During Voting**

23. While Harrison and I were observing people voting on the BMDs, at FanPlex, we noticed that a printer had printed more than one paper ballot. We discussed our concern, as the printers are supposed to print the ballot on one sheet.

24. We informed a poll worker of what we saw, her name was Ashley. She told me that has been happening all day, either the voter just leaves the paper by the BMD or the poll workers go around and collect it. She said not to worry, as it was simply a test ballot. She showed us the test paper, it said on the top "test ", but had a barcode underneath it. When Harrison and I went to the BMDs to observe the public count, we observed these test copy papers at approximately 7 BMD stations.

25. While observing for over four hours, I observed that very few voters made the effort to look at their printed ballot before casting it into the scanner. I did not hear or observe poll workers advising voters to review their ballot.

26. This followed what I saw on June 9th while poll watching. At JC07 in Fulton, Cross Keys in Dekalb, the Gwinnett Water Department in Gwinnett, and at Howard B Stroud Elem School in Athens Clarke, I observed less than 5% of voters reviewing their ballots before casting it into the scanner.

**Southeast Library Polling Place**

27. We left the polling location around 11:30. Around 2:00 we went to the Southeast Library polling location. There was no one voting when we arrived and we only stayed for 15 minutes.

28. The voting location room was small with 10 BMDs crammed in addition to two scanners, poll pads, and numerous poll workers. It was set up where the BMD carriers were against one wall directly across from the poll workers checking voters in. Due to the small room, any person checking in or any poll worker could easily see how people vote due to the large screens. Especially with COVID, there were no social distancing procedures able to be put in place in such a small room.

Executed this 16th day of August 2020

_____
Samantha Whitley