# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br><br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## COALITION PLAINTIFFS' MOTION FOR EXCESS PAGES

Pursuant to Local Rule 7.1(D), the Coalition Plaintiffs move for twenty (20) additional pages for their Brief in Support of their Motion for Preliminary Injunctive Relief on BMDs, Scanners and Tabulators, and Audits. Under the Local Rules, the page limit for such brief is 25 pages. Coalition Plaintiffs respectfully request least to file a brief of no longer than forty-five (45) pages.

Coalition Plaintiffs show that this case is complex and the additional pages are necessary to discuss the range of new evidence that has been obtained by Coalition Plaintiffs over the past several months supporting the requested relief. The additional evidence includes declarations from experts Philip Stark and Harri Hursti and numerous lay witnesses.

A proposed order is attached hereto.

Respectfully submitted this 24th day of August, 2020.

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br>E<br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2020, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Bruce P. Brown*
Bruce P. Brown

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br><br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## PROPOSED ORDER GRANTING MOTION FOR EXCESS PAGES

The matter coming before the Court on Coalition Plaintiffs' Motion for Excess Pages. Based on the complete record, and finding good cause for the additional pages requested, it is hereby ordered that the Coalition Plaintiffs' Motion is GRANTED. Coalition Plaintiffs may file a brief in support of their Motion for Summary Judgment of no longer than forty-five (45) pages.

So Ordered this __ day of August, 2020.

_____
U.S. District Court Judge Amy Totenberg