# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## PLAINTIFFS' JOINT NOTICE IN ADVANCE OF HEARING

Pursuant to this Court's Order (Dkt. No. 794), Plaintiffs file this joint submission on the record in advance of the hearing set for September 2, 2020, at 10:00 a.m. ET (which Plaintiffs understand may be rescheduled to the following week).

Plaintiffs advise that they currently anticipate calling the following live witnesses at the hearing. For the witnesses identified for cross examination below, Plaintiffs anticipate calling those witnesses affirmatively but will cross-examine as adverse witnesses.

| Witness | Subject of Testimony | Estimated Time |
|---|---|---|
| Harri Hursti<br>*Founding Partner, Nordic Innovation Labs* | Election security and public interest element of the preliminary injunction request. | <u>Direct</u>: 20-30 minutes |
| Philip Stark<br>*Associate Dean of Mathematical and Physical Sciences, University of California, Berkeley* | Public interest element of the preliminary injunction request. | <u>Direct</u>: 20-30 minutes |
| Rhonda Martin<br>*Fulton County Voter* | Public interest element of the preliminary injunction request. | <u>Direct</u>: 20 minutes |
| Jeanne Dufort<br>*Morgan County Voter* | Public interest element of the preliminary injunction request. | <u>Direct</u>: 15 minutes |
| Alex Halderman<br>*Professor of Computer Science and Engineering at the University of Michigan* | Election security and public interest element of the preliminary injunction request. | <u>Direct</u>: 20-30 minutes |
| Michael Barnes<br>*Employee, Secretary of State Elections Division*<br>*Former Director of Center for Election Systems at Kennesaw State University* | Election security and public interest element of the preliminary injunction request. | <u>Cross</u>: 20 minutes |

| **Witness** | **Subject of Testimony** | **Estimated Time** |
|---|---|---|
| Gabriel Sterling<br>*Voting Implementation Manager, Secretary of State for the State of Georgia* | Election security and public interest element of the preliminary injunction request. | <u>Cross</u>: 20 minutes |
| Chris Harvey<br>*Elections Director, Secretary of State for the State of Georgia* | Election security and public interest element of the preliminary injunction request. | <u>Cross</u>: 20 minutes |
| Richard Barron<br>*Director, Registration and Elections, Fulton County, Georgia* | Election security and public interest element of the preliminary injunction request. | <u>Cross</u>: 20 minutes |
| Merritt Beaver<br>*Chief Information Officer, office of the Secretary of State for the State of Georgia* | Election security and public interest element of the preliminary injunction request. | <u>Cross</u>: 20 minutes |
| Dr. Juan Gilbert<br>*Chair, Department of Computer & Information Science, Herbert Wertheim College of Engineering, Gainesville, Florida* | Election security and public interest element of the preliminary injunction request. | <u>Cross</u>: 20 minutes |
| Dominion Voting Systems Corporation<br>*Witness to be provided pursuant to Federal Rule of Evidence 30(b)(6)* | Election security and public interest element of the preliminary injunction request. | <u>Cross</u>: 30 minutes |

Plaintiffs reserve the right to call additional witnesses (and amend the time estimates above) as discovery develops and briefing is completed on the underlying motions, and to cross-examine any witness called by any party within the total time allotted per side (or per Plaintiffs' group, as applicable).

Respectfully submitted this 24th day of August, 2020.

| | |
|---|---|
| /s/ David D. Cross | /s/ Halsey G. Knapp, Jr. |
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| John P. Carlin (*pro hac vice*) | GA Bar No. 425320 |
| Lyle P. Hedgecock (*pro hac vice*) | Adam M. Sparks |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 341578 |
| Robert W. Manoso (*pro hac vice*) | KREVOLIN & HORST, LLC |
| MORRISON & FOERSTER LLP | 1201 West Peachtree Street, NW |
| 2000 Pennsylvania Avenue, NW | Suite 3250 |
| Suite 6000 | Atlanta, GA 30309 |
| Washington, DC 20006 | (404) 888-9700 |
| (202) 887-1500 | |

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

| | |
|---|---|
| /s/ Bruce P. Brown | /s/ Robert A. McGuire, III |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Counsel for Coalition for Good Governance*

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515

4

Ichter Davis LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,
Ricardo Davis & Megan Missett*

/s/ John Powers
John Powers
David Brody
Lawyers' Committee for Civil Rights
Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8300

*Counsel for Coalition Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ David D. Cross*
David D. Cross

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, a copy of the foregoing **PLAINTIFFS' JOINT NOTICE IN ADVANCE OF HEARING** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ David D. Cross*
David D. Cross