EXHIBIT

8

**DECLARATION OF JAMAL HALLEY**

JAMAL HALLEY, hereby declares under penalty of perjury, pursuant to 28 U.S.C. (s) 1746, that the following is true and correct:

1. My name is Jamal Halley.

2. I am over the age of 18 and competent to testify if called on to do so. I have personal knowledge of the facts reported herein.

3. I am a registered voter in Rockdale County

4. In February, I requested a mail absentee ballot for the 2020 Presidential Preference Primary and received it in a timely manner. I am a student at Furman University and, therefore, required an absentee ballot.

5. I intended to drop off my absentee ballot to the Rockdale Board of Elections office during my spring break, the week of March $9_{th}$. When the COVID-19 pandemic worsened in the US and the Georgia Presidential Primary was delayed, I decided that I would instead vote in the Presidential Primary during the June election.

6. I never returned my Presidential Preference Primary absentee ballot.

7. On June $4_{th}$, I went with my family to Rockdale Board of Elections early voting location to vote early in the June $9_{th}$ election.

8. I was only able to vote in the June $9_{th}$ General Primary. My voting machine did not display the Presidential Primary race. It was not until after I had voted that I realized this fact, otherwise I would have asked a poll worker why I did not receive the Presidential choices on my touchscreen ballot, and would have asked for a corrected ballot.

9. After voting, I contacted my friend from university, Samantha Whitley, who is an analyst for the Coalition for Good Governance.

10. She checked Rockdale's absentee ballot files for the March primary and found that the records did indicate that I applied for and was sent an absentee ballot, but never returned it.

11. I never voted in the Presidential Preference Primary in March and was given the incorrect ballot in the June 9th election. Due to an error, I never get the chance to vote in the Presidential Primary.

Executed this 16th day of August, 2020

*Jamal Halley* (signature)

Jamal Halley