EXHIBIT

9

## DECLARATION OF LYNNE ELANDER

LYNNE ELANDER, hereby declares under penalty of perjury, pursuant to 28 U.S.C. (s) 1746, that the following is true and correct:

1. My name is Lynne Elander.
2. I am over the age of 18 and competent to testify if called on to do so. I have personal knowledge of the facts reported herein.
3. I am a registered voter in Fulton County and voted early for the June 9th, 2020 election at Garden Hills Elementary on May 28th, 2020.
4. I also voted early in the March 2020 Presidential Preference Primary election at Chastain Park Gym.
5. When I voted on May 28th, I was extremely surprised to see that my ballot included some of the same races on the March 2020 ballot, for example President.
6. I also noticed a few issues with the equipment. As I was checking in, the poll worker could not print out my voter form and had to hand-write my information --name, address, etc.--for me to sign. This was at the first station, where I handed over my ID, and the worker gives me a piece of paper with my information along with the card that goes into the voting machine.
7. After voting, I gave the paper and the card to a poll worker, and put my paper ballot card into the scan machine.
8. While I was voting, I did not say anything about the presidential race being on my ballot, because I assumed that the fact that the Presidential Primary contest on my ballot meant officials discarded my previous ballot. It was only until after I voted that I realized there was no way to cancel my previous vote in March. It appears that I unintentionally voted in the Presidential Preference Primary twice.
9. It concerns me that the pollbook system allowed me to receive the wrong ballot.

Executed on August 16, 2020

*Lynne E. Elander*

Lynne Elander.