EXHIBIT

10

## Declaration of Laurel Dowswell

**Laurel Dowswell** declares, under penalty of perjury, pursuant to 28 U.S.C.§1746, that the following is true and correct:

1. My name is Laurel Dowswell.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. I am a registered voter in Cobb County.

4. On June 9, 2020, I served as a poll worker (clerk) at the Smyrna 7A precinct, Life Church Smyrna Assembly of God, at 4100 King Springs Rd SE, Smyrna, GA 30082.

5. When I arrived just before 6 a.m., I did not recognize any of the poll workers from previously being a poll watcher, poll observer, and voter at this location prior. I had seen the same manager and several poll workers each time in past years.

6. There were about 10 poll workers including the manager, Lynarda Howell, and assistant manager, Feleshia Towns.

7. Our polling location had 4 PollPads, 1O BMDs on Origami Carts, 5-6 uninterrupted power source (1 used for 2 BMDs), one accessible BMD with ATI, and two scanners serving the voters.

8. Ms. Howell, the poll manager, seemed to me to be well intentioned, but said

that she had never managed an election location before. The poll workers were also well intentioned, but we all could have benefited from more training since several, myself included, were first-time poll workers.

9. Everyone worked hard throughout the day, but I feel that the new poll manager was disorganized and did not delegate well. The assistant managers helped with setup and shut down, but setup was very complex and chaotic. We could have used additional copies for documentations since there was no room for error. We only had 1 copy of each document for setup (and shut down), and because of the complexity, we were late (after 7 a.m.) to open.

10. I was one of the workers instructed to open up and activate the BMDs. I believe I was the only one on the team to have taken the BMD class in person, although that had been back in February. The one hour we had (from 6-7 a.m.) was not enough time to setup the heavy equipment which included in-depth documentation required (for security purposes) of cases, tags on cases, multiple tags on BMDs themselves, the cutting and storage of multiple tags (several tags with numbers stayed in place but still needed to be documented); safely setting up the BMDs on the origami carts; setting up printers; connecting to printers; and activating the BMDs.

11. Even after the setup, documentation, and activation of the BMDs, we were unable to process voters yet. We were told all of Cobb and Fulton was "down",

and the poll manager was on the phone with Cobb County Board of Elections. I believe it was about 7:40 until we were able to process the first voter.

12. I was stationed at the PollPads for the entire day except for about 30 minutes at the scanner to give one of the other poll workers their break, and for my 30-minute lunch break. The PollPads worked effectively for the most part, but they would not sync with each other for most of the day to provide updates to the pollbook data.

13. There was no paper pollbook back up for voter look-up if the PollPads had errors or malfunctioned.

14. We had to issue a lot of provisional ballots due to voters not receiving their absentee ballot or being in the wrong polling place. We also issued provisional ballots for voters who had received absentee ballots but decided to vote in person.

15. While checking people in, I overheard one or possibly two voters who were trying to drop off their completed absentee ballots at the poll. Instead of being allowed to do so, they were instructed by poll workers that they had to deliver the absentee ballots to the Board of Elections, which was at least a 20 min. drive north from our location. I did not listen to see whether these voters surrendered their absentee ballots and voted in person, or if they were told of the locations of the 3 absentee ballot drop boxes for Cobb County, one of which

was at the Board of Elections.

16. From my vantage point at the PollPad table throughout the day, I saw several BMD's become inoperable for some reason and the manager seemed to "reset" them each time.

17. There were two scanners on the far wall near the exit. I did not see either of them malfunction, but I did see some voters need to reinsert their ballots. While I was stationed at the scanners for 30 minutes, I observed that 3 or 4 people had to reinsert their ballots in the scanners before they were successful.

18. I also observed that throughout the day, many voters did not review the printed ballot to verify that the information on it was correct.  Personally, as a poll worker, I gave a thorough instruction of the process, including verifying the information, scanning the ballot, ensuring it was cast on the scanner display screen, and depositing their cards and stylus in the container to be cleaned. Most of the voters that I personally instructed in this way, whom I was able to observe, did look at their ballot.

19. The flow of voters was constant all day without interruption. I believe the end count was about 960 for the day with the two scanners, not including provisional voters.

20. I asked voters throughout the day how long their wait had been.  For most of the morning we had a 2 hour wait.  Around 1 p.m. voters began reporting a

one hour wait. About 5 p.m., the wait increased to around an hour and a half.

21. The closing time for our location was officially extended until 8 p.m. due to our late start. It was very busy and I did not hear the official announcement when the polls closed. We continued to process voters who had been in line and our last voter voted provisionally. She finished around 8:40 p.m.

22. I do not believe that any Emergency Paper Ballots were used to reduce the lines, even though the voter wait time was never less than 30 minutes throughout the day, and one or more machines were down at one point.

23. We installed black Velcro privacy screens around each BMDs. Due to the size of the screens, however, depending on how close the voter was to the machine, it was not difficult for another voter to see the screen if they walked directly by it. If a voter was going to the back row to vote, they had to walk past other people voting and could see how they were voting. Overall, the large screens were not conducive for privacy.

24. I am not sure of the accuracy of our precinct numbers due to fact that the electronic poll pads were not in sync throughout the day. Even though there were two scanners, I only saw one poll tape posted. The tape did not get posted until about 10:30 p.m.

25. Several poll workers left before I did. I helped the managers pack up, document, and secure the BMDs and re-position the church tables and chairs. I

26. After my first time working as a poll worker, my impression is that more training is needed for the complex equipment and for utilizing Emergency Paper Ballots, and more time is needed for setting up in the morning. There were also some technical problems and communication lapses between management, but we poll workers did our best to work together and keep the lines moving while also following safety protocols. With more people expected to vote in November, I fear there will be longer lines without many changes.

Executed August 17th, 2020

*[signature]*

Laurel Dowswell