EXHIBIT

11

## Declaration of Milia Akkouris

1. **Milia Akkouris** declares, under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

2. My name is Milia Akkouris.

3. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

4. I am a registered voted in Fulton County.

5. I was a poll worker on August 11th. I was finally contacted on July 30th to be a poll worker by Fulton County HR representative Gelise David based on my interest following a call for workers prior to the June 9th election.

6. After many failed attempts to contact someone at Fulton County to register for training, another Fulton county employee, Peggy Moore, fast-tracked me for training on August 7th so I could meet the August 8th deadline, and she also assigned me Fulton county precinct 7B, St. James United Methodist Church, at 4400 Peachtree Dunwoody Road NE, Atlanta, GA.

7. Ms. Moore also sent an introductory email informing my poll manager, James Little, that I would be working on his team and explaining that he should give me a call before Tuesday to introduce himself. He never did. I followed up via email on Monday night asking what time I should arrive at the precinct and Ms. Moore gave me his phone number and encouraged me

to call Mr. Little. I did. When I asked if I should look over any materials before Election Day, he said no, and that I'll learn everything on the job.

8. My 3-hour training was wholly inadequate and the test I had to pass to attain certification was 10 true or false questions, the answers to which my instructor gave right before we took the test.

9. On Election Day, I arrived at 5:30 a.m. as instructed. I was not listed on any of the paperwork that Mr. Little had for checking in and paying poll workers. I had to write my name on the back of the form that listed the other poll workers' information.

10. Mr. Little said that he did not know how to turn on the printers. He also did not know how to "open the polls" on the touchscreen BMDs. Other poll workers and I helped set up the Polls Pads used for check in. Mr. Little mentioned he was searching for the codes to turn on the Poll Pads. I explained it was my understanding that the Secretary of State had deleted the codes because of the challenges poll workers faced starting up the equipment on June 9th. The assistant manager (who was an employee of Happy Faces,) did not assist with the set-up of the machines.

11. I mentioned that the BMDs didn't look right to me, as they had a red bar across the top indicating they were closed. I was met with a response from my manager that I must be from corporate, so I chose not to engage further

because the manager was in charge and I assumed he knew what he was doing.

12. When the poll manager said he didn't know how to turn the printers on, I helped by turning on the 2 black boxes at the base of the carriers.

13. We did not have a technician on site. We were told she had transportation issues and would not be coming.

14. When we opened our doors at 7am, the BMDs weren't reading the Smartcards that voters get after checking in at the Poll Pads. As voters began to get frustrated and the manager started to get flustered, I got out my checklist from my training binder and showed the manager the procedure for using his manager's access card to enter a code and "open the polling".

15. I ended up "opening" all of the BMDs for voting while the manager called Fulton County to explain that our devices weren't working. The procedure to open the polls on the machines had to be done twice because of a printer error message. I remembered learning in training that this error might pop up if we turned on the BMDs before we turned on the printers. I believe the first voter was able to cast a vote by 7:20 and all the machines were up and running by 7:30 a.m.

16. Although I was specifically told in training that only managers and assistant managers were supposed to work the provisional ballots, I was originally

assigned that job. I explained that I didn't feel comfortable assuming a position I was told I shouldn't work and was then sent to pass out stickers and collect the styluses and cards that needed disinfecting.

17. Later, I transitioned to the check-in area because I wanted to learn more about how to operate the Poll Pads so I had an idea of what to do for future elections. I was surprised that no one had explained to me during training what the acceptable forms of ID were for voters.

18. Poll workers had a difficult time using the Poll Pads for spoiling ballots or changing the status of an absentee ballot. Based on Poll Pad information, workers expressed confusion at times about whether or not a person had voted in the Republican primary on June 9th and whether or not they could be issued a Democratic ballot for the runoff. The manager wasn't aware of the hotline number or that it provided you with a menu from which to choose.  I had explained this to him before we opened polling.

19. Of the people working in the polling place, only the manager refused to wear his mask, and this concerned me because he was sitting close to those who were at the check-in table. The check-in table was the only area where social distancing was not being practiced. The tables and chairs were too close together. Several elderly people came in to vote on Election Day and I was concerned about their exposure.

20. While I tried to address the issue with the manager, I made no progress in helping him understand the importance of wearing his mask.

21. I also made an observation that all the BMDs were facing the entrance to the precinct and people's privacy was not being respected while they were voting.  I mentioned to the poll manager and team that I thought this was a problem since so many concerned citizens brought it up as a problem during the June 9th elections. The manager, Mr. Little, was unwilling to turn the machines 180 degrees so that the screens faced the wall instead of the entrance.

22. A technician arrived later in the day around 11 am or 12 pm.  I asked him what his training was like and he said it was very basic.  He learned how to turn on the machines and also fix a paper jam.  He was told to call the hotline if we encountered any technological issues.  We didn't use the technician at all during the day.

23. Closing the polls was as challenging as opening was. I am thankful another poll worker named Pete had some idea of how to close and seal everything, as the manager did not.

24. Pete knew how to close down most of the machines based on his experience working June 9th's election, so Mr. Little let Pete close down everything because he was unsure of the process. Mr. Little seemed flustered and

agitated that his assistant manager left early because she "was exhausted" and she said she had to return to count ballots in the morning as a Happy Face contractor. Although Pete closed everything down, there were still several forms about which we were unsure.

25. I am concerned for the election on November 3rd. The volume of voters will be significantly greater on November 3rd, and I fear that June 9th's long lines, delays and malfunctions will seem insignificant compared to the issues we will encounter in November. I believe poll workers need much better training, with hands-on practice and demonstrated proficiency assessments before then.

Executed August 17th, 2020

_Moore_
_____

Milia Akkouris