EXHIBIT

12

**Declaration of Margaret Stamey**

**Margaret Stamey** declares, under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. My name is Margaret Stamey.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. I am a registered voter in Fulton County.  My precinct is RW17, and my polling place is Esther Jackson Elementary School.

4. My household consists of my husband, Jerry Stamey, my father, Victor Theiling, and myself.

5. I voted in-person during Early Voting for the March $24_{th}$ Presidential Preference Primary, before the Primary date was changed to May $19_{th}$ (which later became June $9_{th}$) due to the pandemic.

6. This was my first time voting using the new touchscreen voting machine, and I was quite shocked at how large and upright the display was.  I felt that there was no privacy if you or the voter next to you was over 5 ft. 5 inches tall, as they could see everything on the next screen.

7. Neither my father, Victor, nor my husband, Jerry, voted early in the Presidential Primary. I saw them mail their applications for a combination Presidential/General Primary absentee ballot in February and March,

respectively.

8. I applied for an absentee mail ballot for the May 19$_{th}$ (later June 9$_{th}$) General Primary in late February.

9. All three of us in our household checked our Georgia My Voter Pages for updates on our absentee ballot applications regularly and compared our findings. All three applications finally showed as "Received" almost exactly a month after we had mailed them. This seemed very slow to us.

10. All three of our Absentee Mail Ballots arrived in the mail in early May.

11. On Friday, June 5$_{th}$ (4 days before the June 9$_{th}$ Election), we deposited our completed Absentee Ballots in the Absentee Ballot Drop Box at the Alpharetta Library (about a 10 minute drive away), since neither our polling place down the street nor our regular Early Voting location, East Roswell Library (which was closed), had a Drop Box.

12. On Monday, June 8$_{th}$, I checked all 3 My Voter Pages, but none of our Absentee Ballots had been received.

13. On June 9$_{th}$, Election Day, I had to leave the house early and was to be out all day, so I had asked my husband, Jerry, to check our My Voter Pages to confirm that our Absentee Ballots had been received and accepted. Jerry called during the morning to tell me that our ballots did not show as being received.

14. Knowing that our Absentee Ballots had to arrive by 7 p.m. that night, I asked Jerry to check the My Voter Pages again in an hour and call me back. An hour later, the ballots were still not showing as received, so I asked Jerry to call Fulton County to report our situation. I do not know if he made the call, but our ballots were not reflected on our My Voter Pages all day.

15. I returned home around 10:30 p.m. on Election Night. Before I went to bed I checked all 3 My Voter Pages one last time, and finally, my father's ballot and my ballot both showed as "Received" and "Accepted".

16. However, my husband Jerry's My Voter Page did not show his ballot as having been received.

17. On June 18th, I decided to check Jerry's My Voter Page again to see if his ballot had ever been received, expecting to see the status of his ballot as "Received Late." However, it still showed that his Absentee Ballot was never received.

18. I have attached as Exhibit 1, a copy of the screen shot of Jerry Stamey's Georgia My Voter Page which I took on June 18th, 2020.

19. Because I want my ballot to be trackable and auditable, at this time I prefer to vote by Absentee Mail Ballot rather than on the voting machines which produce unauditable barcode ballots. In addition, the pandemic conditions make voting in a crowded polling place in long lines a health risk that I want to

avoid.

20. However, after our household's experience in June, I would feel much more comfortable in the future if I could hand my Absentee Ballot to a poll worker at a polling place so I can confirm receipt or drop it into a ballot box at my polling place, and not have to hope my ballot makes it from a Drop Box to the Fulton County Elections Office.

Executed August 18th, 2020

*Margaret Stamey* (signature)

Margaret Stamey

(Exhibit 1 on next page)

**Exhibit 1:** Screen shot from Jerry Stamey's My Voter Page on June 18, 2020

