IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

## **ORDER**

This matter is before the Court on the Coalition Plaintiffs' Emergency Unopposed Motion to Seal [Doc. 801]. Plaintiffs have failed to provide any explanation for the request to file these documents under seal as required under Section (f) of the undersigned's Standing Order filed in this case at Doc. 11. (Standing Order, Doc. 11 at 23) ("Mere agreement by the parties that documents should be designated as confidential does not automatically satisfy the Rule 26(c) good cause standard.") Plaintiffs have also failed to provide a proposed order in connection with their motion.

Accordingly, the Court **DIRECTS** Coalition Plaintiffs to supplement their motion with: (1) an explanation why the declarations are deemed confidential and subject to protection from public disclosure under Rule 26(c); and (2) a proposed order granting the requested relief in conformance with Section II(J) of Appendix H to the Court's Local Civil Rules.

**IT IS SO ORDERED** this 25th day of August, 2020.

_____
**Amy Totenberg**
**United States District Judge**