IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

## **RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, David J. Worley, Rebecca N. Sullivan, Anh Le, and Matthew Mashburn (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that on August 25, 2020, the undersigned served a true and correct copy of the following:

1. State Defendants' Objections to Coalition Plaintiffs' Rule 45 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Floyd County),

upon the following counsel of record via email:

| | |
|---|---|
| Cary Ichter <br> Ichter Davis LLC | Bruce P. Brown LAW LLC 1123 <br> Zonolite Road, Suite 6 Atlanta, |

Suite 1530  
3340 Peachtree Road N.E. Atlanta, Georgia 30326  
cichter@ichterdavis.com

Georgia 30306  
bbrown@brucepbrownlaw.com

David D. Cross  
John P. Carlin  
Lyle F. Hedgecock  
Mary G. Kaiser  
Morrison & Foerster, LLP 2000 Pennsylvania Avenue, NW  
Washington, DC 20006  
dcross@mofo.com  
jcarlin@mofo.com  
lhedgecock@mofo.com  
mkaiser@mofo.com

John Michael Powers  
David R. Brody  
Ezra David Rosenberg  
Lawyers' Committee for Civil Rights Under Law  
Suite 900  
1500 K Street, N.W.  
Washington, DC 20005  
jpowers@lawyerscommittee.org  
dbrody@lawyerscommittee.org  
erosenberg@lawyerscommittee.org

Kaye Burwell  
David Lowman  
Cheryl Ringer  
Fulton County Attorney's Office  
141 Pryor Street, Suite 4038  
Atlanta, Georgia 30303  
kaye.burwell@fultoncountyga.gov  
david.lowman@fultoncountyga.gov  
cheryl.ringer@fultoncountyga.gov

Robert Alexander McGuire  
Robert McGuire Law Firm  
113 Cherry Street #86685  
Seattle, WA 98104-2206  
ram@lawram.com

Halsey G. Knapp, Jr.  
Adam Martin Sparks  
Grant Edward Schnell  
Krevolin & Horst, LLC  
One Atlantic Center, Suite 3250  
1201 West Peachtree Street, NW

Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com
grant.schnell@hklaw.com


This 25th day of August, 2020.

        **Robbins Ross Alloy Belinfante Littlefield LLC**

        Vincent R. Russo
        Georgia Bar No.: 242628
        vrusso@robbinsfirm.com
        Joshua B. Belinfante
        Georgia Bar No.: 047399
        jbelinfante@robbinsfirm.com
        Alexander F. Denton
        Georgia Bar No.: 660632
        adenton@robbinsfirm.com
        Carey Miller
        Georgia Bar No.: 976240
        cmiller@robbinsfirm.com
        500 14th Street, N.W.
        Atlanta, GA 30318
        Telephone: (678) 701-9381
        Facsimile:  (404) 856-3250

        **TAYLOR ENGLISH DUMA LLP**

        */s/Jonathan D. Crumly*
        Bryan P. Tyson
        GA Bar No. 515411
        btyson@taylorenglish.com
        Jonathan D. Crumly

Georgia Bar No. 199466
jcrumly@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Jonathan D. Crumly*
Jonathan D. Crumly