## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA CURLING, *et al.*

 *Plaintiffs*,

 v.

BRAD RAFFENSPERGER, *et al.*,

 *Defendants*.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## STATE DEFENDANTS' CONSOLIDATED MOTION FOR ADDITIONAL PAGES AND BRIEF IN SUPPORT

Pursuant to Local Rule 7.1(D), Defendants Brad Raffensperger; David J. Worley, Rebecca N. Sullivan, Ralph F. Simpson, and Seth Harp; and the State Election Board (collectively, the "State Defendants") move the Court for permission to submit a response in opposition to Curling Plaintiffs' Motion for Preliminary Injunction and Memorandum in Support [Docs. 785 and 785-1] that exceeds the page limit allowed under the Local Rules.

Curling Plaintiffs received this Court's permission to file a brief containing 30 pages. [Doc. 784]. State Defendants move this Court for the same page length for their response in opposition to Curling Plaintiffs' Motion for Preliminary Injunction, to file a brief that does not exceed thirty (30) pages in order to fully and completely respond to Plaintiffs' motion.

A proposed order is attached.

This 26th day of August, 2020.

Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante
Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

*/s/Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272

bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing STATE DEFENDANTS' CONSOLIDATED MOTION FOR ADDITIONAL PAGES AND BRIEF IN SUPPORT has been prepared in Century Schoolbook 13-point, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
