IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**[PROPOSED]**
**ORDER GRANTING STATE DEFENDANTS'**
**MOTION FOR ADDITIONAL PAGES**

Having received and considered State Defendants' Motion for Additional Pages, the Court hereby **GRANTS** the motion. State Defendants may file a brief of up to thirty (30) pages in response to Curling Plaintiffs' Motion for Preliminary Injunction and Memorandum in support [Docs. 785 and 785-1].

**IT IS SO ORDERED** this ____ day of August, 2020.

_____
Amy Totenberg
United States District Judge