# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

## ORDER GRANTING STATE DEFENDANTS' MOTION FOR ADDITIONAL PAGES

Having received and considered State Defendants' Motion for Additional Pages, the Court hereby **GRANTS** the motion. State Defendants may file a brief of up to thirty (30) pages in response to Curling Plaintiffs' Motion for Preliminary Injunction and Memorandum in support [Docs. 785 and 785-1].

**IT IS SO ORDERED** this 26th day of August, 2020.

_____
Amy Totenberg
United States District Judge