# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official Capacity as Secretary of State of Georgia; *et al.*, <br><br> Defendants. | Civil Action File <br><br> No. 1:17-cv-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for State Defendants hereby certifies that Defendants made the following productions to Plaintiffs' counsel by electronic mail:

- On August 26, 2020, State Defendants produced documents bates labeled **STATE-DEFENDANTS-00014769 through STATE-DEFENDANTS-00048116**.

- On August 27, 2020, State Defendants produced documents bates labeled **STATE-DEFENDANTS-00048117 through STATE-DEFENDANTS-00048997**.

This 27th day of August, 2020.

**Robbins Ross Alloy Belinfante Littlefield LLC**
*/s/ Carey Miller*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:   (678) 701-9381
Facsimile:   (404) 856-3250

**Taylor English Duma LLP**
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com

-3-

        Jonathan D. Crumly
        Georgia Bar No. 199466
        jcrumly@taylorenglish.com
        James A. Balli
        Georgia Bar No. 035828
        jballi@taylorenglish.com
        1600 Parkwood Circle, Suite 200
        Atlanta, GA 30339
        Telephone:  770-434-6868

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE** by using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

This 27th day of August, 2020.

                                         */s/ Carey Miller*
                                         Carey Miller