# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ET AL., | ) |
| | ) |
| Defendants. | ) |

## COALITION PLAINTIFFS' NOTICE
## OF INTENT TO SERVE SUBPOENA ON DOMINIC OLOMO

Pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett ("Coalition Plaintiffs") hereby notify all parties that they intend to serve a subpoena on Dominic Olomo to obtain, inter alia, evidence relating to the Fulton County Election Server.  *See* Exhibit 1 attached hereto.

The subpoena also requires Dominic Olomo to appear for a deposition in connection with the above-referenced matter which will take place remotely via videoconference on **Friday, September 4, 2020, beginning at 10:00 a.m**., and shall continue from day to day until completed, before an officer authorized by law to administer oaths and take testimony and will be recorded by stenographic, sound,

and/or video means.

This 27th day of August, 2020.

Respectfully submitted,

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com

AND

Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucebrownlaw.com

**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
Tel.:  404.881.0700

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, I filed a copy of the foregoing **COALITION PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA ON DOMINIC OLOMO**, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                  */s/ Cary Ichter*
                                                  Cary Ichter
                                                  Georgia Bar No. 382515