# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## ORDER GRANTING MOTION TO SEAL

Counsel for the Coalition Plaintiffs mistakenly filed two declarations which included attachments containing telephone numbers of individuals contrary to Rule 5.2 of the Federal Rules of Civil Procedure. The Coalition Plaintiffs have refiled redacted copies of those declarations (Doc. 802) and have moved, without opposition, to seal the original, unredacted declarations (Doc. 801). The redacted declarations contain the information that should have been originally filed and redact the Rule 5.2 confidential information.

Good cause having been show, the Motion is GRANTED and the Clerk is directed to seal two filings: Doc. 800-2 (Declaration of Harri Hursti) and Doc. 800-3 (Declaration of Marilyn Marks).

SO ORDERED this 28th day of August, 2020.

                                        _____
                                        Amy Totenberg
                                        United States District Judge