**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DONNA CURLING, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**COALITION PLAINTIFFS'**
**NOTICE OF INTENT TO SERVE SUBPOENA ON**
**RUSSELL BRIDGES—CHATHAM COUNTY ELECTIONS SUPERVISOR**

Pursuant to Rule 45(a) of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett ("Coalition Plaintiffs") hereby notify all parties that they intend to serve a subpoena on Russell Bridges – Chatham County Elections Supervisor, to obtain, inter alia, evidence relating to the Chatham County Election Server. *See* Exhibit 1 attached hereto.

This 28th day of August, 2020.

Respectfully submitted,

*/s/ Cary Ichter*
CARY ICHTER

Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com

AND

Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucebrownlaw.com

**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
Tel.:  404.881.0700

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*                 
Cary Ichter
Georgia Bar No. 382515

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | |
| | ) | **FILE NO. 1:17-CV-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, I filed a copy of the foregoing

**COALITION PLAINTIFFS' NOTICE OF INTENT TO SERVE
SUBPOENA ON RUSSELL BRIDGES—CHATHAM COUNTY
ELECTIONS SUPERVISOR**, with the Clerk of Court using the CM/ECF
system, which will automatically send notification of such filing to all
attorneys of record.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
