# EXHIBIT 2

| | |
|---|---|
| **From:** | Miriyala, Arvind S. |
| **To:** | Bryan Tyson; Jonathan Crumly; "Bruce Brown"; Rashmi Ahuja; "cichter@ichterdavis.com"; "jpowers@lawyerscommittee.org"; "dbrody@lawyerscommittee.org"; "erosenberg@lawyerscommittee.org"; "kaye.burwell@fultoncountyga.gov"; "david.lowman@fultoncountyga.gov"; "cheryl.ringer@fultoncountyga.gov"; "ram@lawram.com"; "grant.schnell@hklaw.com"; Diane LaRoss; James Balli; Bryan Jacoutot; Loree Anne Paradise; Drina Miller; "Vincent Russo"; "Alexander Denton"; "Carey Miller"; "Kim Bunch"; "Josh Belinfante" |
| **Cc:** | Cross, David D.; "hknapp@khlawfirm.com"; "sparks@khlawfirm.com"; Hedgecock, Lyle F.; Manoso, Robert W.; Conaway, Jenna B. |
| **Subject:** | Curling, et al. v. Raffensperger, et al. – Access to Dominion BMD and Related Material |
| **Date:** | Monday, August 24, 2020 10:54:28 AM |

Dear Counsel –

We need access to a Dominion BMD, scanner, printer, and required software for the examination and testing we understand the Court expects, akin to what we did previously with a DRE. Unfortunately it appears that the necessary equipment and software are not publicly available, unlike the DREs. We would appreciate you providing us this week the equipment and software, which we are prepared to pay for. If you cannot provide this from your current stock, please explain why and please let us know if you will have Dominion provide it to us.

Please let us know by noon ET tomorrow whether you will do this and provide it by COB on Wednesday. If you decline, please let us know your availability to participate in a call tomorrow to confer.

Thanks,
Arvind

**ARVIND MIRIYALA**

Associate | Morrison & Foerster LLP

2000 Pennsylvania Avenue, NW | Washington, DC 20006-1888

P: +1 (202) 887-8786

mofo.com | LinkedIn | Twitter

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.