# EXHIBIT 4

| | |
|---|---|
| **From:** | Cross, David D. |
| **To:** | mmaguire@pcwlawfirm.com |
| **Cc:** | "Vincent Russo"; Bryan Tyson; "Bruce Brown"; Miriyala, Arvind S.; Hedgecock, Lyle F.; Conaway, Jenna B. |
| **Subject:** | Dominion - Curling v Raffensberger |
| **Date:** | Wednesday, August 26, 2020 5:26:03 PM |

Hi Mr. Maguire -

I'm reaching out about the subpoena we served on your client, Dominion, relating to GA elections. We'd like to discuss it at your earliest convenience to try to minimize any burden on your client. We have a hearing on the underlying issues set for September 10-11.

We also would like to discuss getting access to a BMD, printer, scanner, and necessary software like those used in GA elections for testing and analyses. We discussed this today with GA SOS's counsel, copied here, and they indicated that they do not object to your client providing us these materials and leave it to us and your client to try to work out.

I look forward to hearing from you at your earliest convenience.

Thanks.
DC

=========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.