**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO WITHDRAW APPEARANCES**

This matter coming before the Court on Curling Plaintiff's Motion for

Leave to Withdraw Appearances *pro hac vice* of Jane P. Bentrott, Catherine L.

Chapple and Marcie Brimer.  The Court being advised accordingly, it is hereby

ordered that the Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of August, 2020.

_____
U.S. District Court Judge Amy Totenberg

1