# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>　*Plaintiffs,*<br><br>　v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>　*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

## **SUPPLEMENTAL DECLARATION OF DR. ERIC D. COOMER**

Pursuant to 28 U.S.C. § 1746, I, Dr. Eric D. Coomer, make the following declaration:

1. My name is Dr. Eric D. Coomer. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2. I am the Director of Product Strategy and Security for Dominion Voting Systems ("Dominion"). I was previously the Vice President of U.S. Engineering for Dominion and, prior to that, I was the Vice President of Research and Development for Sequoia Voting Systems. I have been in product development for election systems since 2005.

3. I previously gave a declaration in this case on November 13, 2019 and stand by everything in that declaration.

4. Scanner threshold settings for the Dominion Democracy Suite that Georgia purchased are not set on each individual scanners. Instead, scanner threshold settings are set when the voting database is built. Users are not able to change the threshold settings without being trained to do so, and with the appropriate application access privileges.

5. There are a limited number of ballot printers in the United States that are qualified to print absentee and mail ballots for use in the Dominion Democracy Suite. The total number of qualified printers is 34 and there is only one qualified printer in the State of Georgia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of August, 2020.

_____
DR. ERIC D. COOMER