# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## COALITION PLAINTIFFS'
## NOTICE DEPOSITION OF JOHNATHAN DENSMORE

PLEASE TAKE NOTICE that Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett ("Coalition Plaintiffs") will take the deposition by oral examination of Johnathan Densmore as permitted by Rule 30 of the Federal Rules of Civil Procedure and applicable court orders in the above-styled action. The deposition will take place remotely via videoconference on **Thursday, September 3, 2020, beginning at 1:00 p.m**., and shall continue from day to day until completed, before an officer authorized by law to administer oaths. The deposition shall be taken before an officer authorized by law to administer oats and take testimony and will be recorded by stenographic, sound, and/or video means.

PLEASE TAKE FURTHER NOTICE, that the deponent is commanded via to produce on or before the time of the deposition, the items listed on Attachment "A" to the subpoena attached hereto as Exhibit 1.

This 31st day of August, 2020.

        Respectfully submitted,

        */s/ Cary Ichter*
        CARY ICHTER
        Georgia Bar No. 382515
        **ICHTER DAVIS LLC**
        3340 Peachtree Road NE, Suite 1530
        Atlanta, Georgia 30326
        Tel.: 404.869.7600
        Fax: 404.869.7610
        cichter@ichterdavis.com

        AND

        Bruce P. Brown
        Georgia Bar No. 064460
        bbrown@brucebrownlaw.com

        **Bruce P. Brown Law LLC**
        1123 Zonolite Road NE, Suite 6
        Atlanta, Georgia 30306
        Tel.: 404.881.0700

        *Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                          */s/ Cary Ichter*
                                          Cary Ichter
                                          Georgia Bar No. 382515

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, I filed a copy of the foregoing **COALITION PLAINTIFFS' NOTICE OF DEPOSITION OF JOHNATHAN DENSMORE**, with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                 */s/ Cary Ichter*
                                               Cary Ichter
                                               Georgia Bar No. 382515