IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**COALITION PLAINTIFFS' NOTICE OF
INTENT TO SERVE SUBPOENA FOR INSPECTION, COPYING,
TESTING, OR SAMPLING OF MATERIALS**

Pursuant to Rule 45(a) of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett ("Coalition Plaintiffs") hereby notify all parties that they intend to serve a subpoena on Kim Stancil – Elections Director, Cherokee County Board of Elections and Voter Registration ("Cherokee Board"), commanding permission to permit entry onto designated land or other property possessed or controlled by the Cherokee Board and permission to permit the inspection, measuring, surveying, photographing, testing, and/or copying of the property or any designated object or operation on it as set forth in the Subpoena and Attachment "A", attached hereto as Exhibit 1.

This 31st day of August, 2020.

        Respectfully submitted,

        */s/ Cary Ichter*
        CARY ICHTER
        Georgia Bar No. 382515
        **ICHTER DAVIS LLC**
        3340 Peachtree Road NE, Suite 1530
        Atlanta, Georgia 30326
        Tel.: 404.869.7600
        Fax: 404.869.7610
        cichter@ichterdavis.com

        AND

        Bruce P. Brown
        Georgia Bar No. 064460
        bbrown@brucebrownlaw.com

        **Bruce P. Brown Law LLC**
        1123 Zonolite Road NE, Suite 6
        Atlanta, Georgia 30306
        Tel.:  404.881.0700

        *Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **FILE NO. 1:17-CV-2989-AT** |
| **BRAD RAFFENSPERGER,** ) | |
| **ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, I filed a true and correct copy of the foregoing **COALITION PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR INSPECTION, COPYING, TESTING, OR SAMPLING OF MATERIALS**, on counsel of record with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                        */s/ Cary Ichter*
                                        Cary Ichter
                                        Georgia Bar No. 382515