IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' NOTICE OF FILING RESPONSES TO COURT'S REQUESTS**

During the teleconference with the Court held earlier this afternoon, the Court requested State Defendants file the contractual provisions that cover the transfer of equipment and intellectual property and the emails regarding the scope of an examination.

The relevant contractual provisions from [Doc. 619-8] are:

1. Section 1.4;

2. Section 3.1.1;

3. The entirety of Section 11; and

4. Section 12.1.

Also attached as Ex. A is the email chain between counsel for Curling Plaintiffs and State Defendants reflecting the various requests for components of the election system and the scope of testing.

Respectfully submitted this 31st day of August, 2020.

        Vincent R. Russo
        Georgia Bar No. 242628
        vrusso@robbinsfirm.com
        Josh Belinfante
        Georgia Bar No. 047399
        jbelinfante@robbinsfirm.com
        Carey A. Miller
        Georgia Bar No. 976240
        cmiller@robbinsfirm.com
        Alexander Denton
        Georgia Bar No. 660632
        adenton@robbinsfirm.com
        Robbins Ross Alloy Belinfante Littlefield LLC
        500 14th Street, N.W.
        Atlanta, Georgia 30318
        Telephone: (678) 701-9381
        Facsimile:  (404) 856-3250

        */s/Bryan P. Tyson*
        Bryan P. Tyson
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Jonathan D. Crumly
        Georgia Bar No. 199466
        jcrumly@taylorenglish.com
        James A. Balli
        Georgia Bar No. 035828
        jballi@taylorenglish.com
        Diane F. LaRoss

                    Georgia Bar No. 430830
                    dlaross@taylorenglish.com
                    Bryan F. Jacoutot
                    Georgia Bar No. 668272
                    bjacoutot@taylorenglish.com
                    Loree Anne Paradise
                    Georgia Bar No. 382202
                    lparadise@taylorenglish.com
                    TAYLOR ENGLISH DUMA LLP
                    1600 Parkwood Circle, Suite 200
                    Atlanta, GA 30339
                    Telephone: 678-336-7249

*Counsel for State Defendants*

- 4 -

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' NOTICE OF FILING RESPONSES TO COURT'S REQUESTS** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson