# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| |
|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br> **Defendants.** |

**Civil Action No. 1:17-CV-2989-AT**

**PLAINTIFFS' THIRD JOINT REQUEST FOR PRODUCTION
OF DOCUMENTS AND INSPECTION OF THINGS
TO STATE DEFENDANTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure ("Rule[s]"), Plaintiffs request that Defendants Secretary of State Brad Raffensperger, the State Election Board, and the State Election Board Members (collectively, the "State Defendants") produce and make available for inspection the documents on an expedited basis electronically stored information and tangible things specified herein below in this Set of Requests for Production (the "Requests").

## **Definitions**

Plaintiffs hereby incorporate by reference all definitions provided in the Plaintiffs' August 3, 2020 Joint Request for Production of Documents and Inspection of Things to State Defendants.

## **Instructions**

Plaintiffs hereby incorporate by reference all instructions provided in the Plaintiffs' August 3, 2020 Joint Request for Production of Documents and Inspection of Things to State Defendants.

## **REQUESTS FOR PRODUCTION**

## **Request for Production No. 18:**

One of each of the following, including all necessary charging devices, cords, cables, ink, and other material required to use the devices listed below:

    a.  Dominion ImageCast X (ICX) Prime 21" BMD;

    b.  ImageCast Precint (ICP) Scanner;

    c.  KnowInk Poll Pad electronic pollbook; and

    d.  1 box of ballot paper with a minimum of 100 ballots.

In addition, Plaintiffs request one each of each of the following items, as identified in STATE-DEFENDANTS-00048761:

    a.  Programmed Technician Card

b. Programmed Poll Worker Card

c. USB Drive containing information from GA ICX BMD programming group

d. Print out of Ballot Activation Codes

e. Programmed Compact Flash Cards for Polling Place Scanner

f. Programmed Security Key Tab for Polling Place Scanner

g. Election Project User names and Passcodes

h. Technician Card Passcodes

i. Technician Card Passcode

j. Poll Worker Card Passcode

k. Security Key Tab Passcode

l. Polling Place Scanner Re-zero Passcode

m. Poll Pad User name and Passcode

n. Poll Pad Menu Code

Respectfully submitted this 1st day of September, 2020.


 /s/ David D. Cross                                /s/ Halsey G. Knapp, Jr.
David D. Cross (*pro hac vice*)          Halsey G. Knapp, Jr.
John P. Carlin (*pro hac vice*)           GA Bar No. 425320
Lyle P. Hedgecock (*pro hac vice*)     Adam M. Sparks
Mary G. Kaiser (*pro hac vice*)          GA Bar No. 341578
Robert W. Manoso (*pro hac vice*)      KREVOLIN & HORST, LLC
MORRISON & FOERSTER LLP              1201 West Peachtree Street, NW
2000 Pennsylvania Avenue, NW          Suite 3250
Suite 6000                                          Atlanta, GA 30309
Washington, DC 20006                       (404) 888-9700
(202) 887-1500

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

/s/ Bruce P. Brown                             /s/ Robert A. McGuire, III
Bruce P. Brown                                  Robert A. McGuire, III
Georgia Bar No. 064460                     Admitted Pro Hac Vice
BRUCE P. BROWN LAW LLC              (ECF No. 125)
1123 Zonolite Rd. NE                         ROBERT MCGUIRE LAW FIRM
Suite 6                                               113 Cherry St. #86685
Atlanta, Georgia 30306                      Seattle, Washington 98104-2205
(404) 881-0700                                   (253) 267-8530

*Counsel for Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,*
*Ricardo Davis & Megan Missett*

*/s/ John Powers*
John Powers
David Brody
Lawyers' Committee for Civil Rights
Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8300

*Counsel for Coalition Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

 /s/ David D. Cross
David D. Cross

6

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

<table>
<tr><td>

**DONNA CURLING, ET AL.,
Plaintiffs,**

**v.**

**BRAD RAFFENSPERGER, ET AL.,
Defendants.**

</td><td>

**Civil Action No. 1:17-CV-2989-AT**

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2020, a copy of the foregoing

**PLAINTIFFS' THIRD JOINT REQUEST FOR PRODUCTION OF DOCUMENTS AND INSPECTION OF THINGS TO STATE DEFENDANTS**

was served on all counsel of record by electronic delivery of a PDF version.

 /s/ David D. Cross
David D. Cross

7