# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs*,

    v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

**[Proposed]**

**ORDER ON STATE DEFENDANTS' CONSOLIDATED MOTION FOR LEAVE TO FILE THE FORTALICE CONTRACT UNDER SEAL AND BRIEF IN SUPPORT**

This Court has considered State Defendants' Consolidated Motion for Leave to File the Fortalice Contract Under Seal and Brief in Support and, good cause having been shown, the Court hereby GRANTS the Motion.

SO ORDERED this _____ day of September, 2020.

_____
The Hon. Amy Totenberg
United States District Judge