IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' JOINT CONSENT MOTION FOR EXTENSION
OF DEADLINE TO FILE WITNESS LIST**

This matter coming before the Court on Plaintiffs' Joint Consent Motion for Extension of Deadline to File Witness List, and based on the complete record, and finding good cause for the relief requested, it is hereby ordered that the Plaintiffs' Joint Consent Motion is **GRANTED**. Plaintiffs shall file their joint witness list for the September 10-11, 2020 hearing by noon on September 2, 2020.

**IT IS SO ORDERED** this _____ day of September, 2020.

_____
U.S. District Court Judge Amy Totenberg

1