# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 08/31/2020.

TIME COURT COMMENCED: 2:50 P.M.
TIME COURT CONCLUDED: 4:50 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 2:00                      DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing The State Election Board |
| | Bruce Brown representing Coalition for Good Governance |
| | David Cross representing Donna Curling |
| | Lyle Hedgecock representing Donna Curling |
| | Bryan Jacoutot representing State of Election Board |
| | David Lowman representing The Fulton County Board of Registration and Elections |
| | Carey Miller representing The State Election Board |
| | Loree Anne Paradise representing The State Election Board |
| | Cheryl Ringer representing The Fulton County Board of Registration and Elections |
| | Vincent Russo representing The State Election Board |
| | Adam Sparks representing Donna Curling |
| | Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The parties are in agreement that state law does not prevent Fulton County from providing ballot images of the test deck. State Defendants are directed to file under seal the testing protocol used with Fortalice for the BMD review. Plaintiffs are directed to file on the docket: (a) the authority relied on regarding work product; (b) a discovery request for the BMDs. |
| HEARING STATUS: | Hearing Concluded |