E
X
H
I
B
I
T

19

## DECLARATION OF MARILYN MARKS

MARILYN MARKS hereby declares under penalty of perjury, pursuant to 28 U.S.C. (s) 1746, that the following is true and correct:

1.      My name is Marilyn Marks

2.      I am the Executive Director of Coalition for Good Governance ("Coalition").

3.      I have personal knowledge of all facts stated in this declaration, and if called to testify, I would testify competently thereto.

4.      This declaration authenticates documents Coalition Plaintiffs have received as public records or through discovery in this case.

5.      A true and correct copy of a ballot from the June 9, 2020, Fayette County election is attached as Exhibit 19-A and was received in response to a subpoena of the Fayette County Elections Department.

6.      A true and correct copy of an email I received from Johnathan Densmore of Cherokee County Elections Office is attached as Exhibit 19-B.

7.      True and correct copies of nineteen pages of voter complaints received from the State Defendants' response to Coalition's Request for Production are attached as Exhibit 19-C.

8. Documents attached to expert Kevin Skoglund's declaration having Bates numbers 00027310, 00028636, 00029266, and 00046909 are true and correct copies of machine testing reports produced to us by State Defendants in discovery.

9. Exhibit 19-D ballot images and appended AuditMarks are true and correct copies of election records obtained from Fulton County in response to request for production in this case.

Executed this 1st day of September, 2020

_____

Marilyn Marks

# FAYETTE COUNTY

## OFFICIAL BALLOT

### DEMOCRATIC PARTY PRIMARY AND NONPARTISAN GENERAL ELECTION OF THE STATE OF GEORGIA
### MAY 19, 2020

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

351-Blackrock



**For President of the United States** (Vote for One) (DEM)
  Vote for Bernie Sanders

**For United States Senate** (Vote for One) (DEM)
  Vote for Jon Ossoff

**For Public Service Commissioner** (Vote for One) (DEM)
  Vote for Robert G. Bryant

**For Public Service Commissioner** (Vote for One) (DEM)
  Vote for Daniel Blackman

**For U.S. Representative in 117th Congress From the 3rd Congressional District of Georgia** (Vote for One) (DEM)
  Vote for Val Almonord

**For State Senator From 34th District** (Vote for One) (DEM)
  Vote for Valencia M. Seay (I)

**For State Representative In the General Assembly From 64th District** (Vote for One) (DEM)
  Vote for Derrick L. Jackson (I)

**For Sheriff** (Vote for One) (DEM)
  Vote for Chris Pigors

**For County Commissioner District 5** (Vote for One) (DEM)
  Vote for William Lightle

Democratic Party Question 1 (DEM)
  Vote for NO

Democratic Party Question 2 (DEM)
  Vote for NO

Democratic Party Question 3 (DEM)
  Vote for YES

Democratic Party Question 4 (DEM)
  Vote for YES

Democratic Party Question 5 (DEM)
  Vote for YES

Democratic Party Question 6 (DEM)
  Vote for YES

**For Justice, Supreme Court of Georgia** (Vote for One) (NP)
  Vote for Elizabeth "Beth" Beskin

**For Justice, Supreme Court of Georgia** (Vote for One) (NP)
  Vote for Sarah Hawkins Warren (I)

**For Judge, Court of Appeals of Georgia** (Vote for One) (NP)
  Vote for Trenton "Trent" Brown, III (I)

**For Judge, Court of Appeals of Georgia** (Vote for One) (NP)
  Vote for Christian Coomer (I)

**For Judge, Court of Appeals of Georgia** (Vote for One) (NP)
  Vote for Sara Doyle (I)

**For Judge, Court of Appeals of Georgia** (Vote for One) (NP)
  Vote for Elizabeth Dallas Gobeil (I)

**For Judge, Court of Appeals of Georgia** (Vote for One) (NP)
  Vote for David Todd Markle (I)

**For Judge, Court of Appeals of Georgia** (Vote for One) (NP)
  Vote for Carla McMillian (I)

1/2

**EXHIBIT 19-A**

For Judge, Superior Court of the Griffin
Judicial Circuit  (Vote for One) (NP)
   Vote for Scott L. Ballard (I)

For Judge, Superior Court of the Griffin
Judicial Circuit  (Vote for One) (NP)
   Vote for W. Fletcher Sams (I)

For Judge of Magistrate Court Post 1
(Vote for One) (NP)
   Vote for Pamela Patterson

For Judge of Magistrate Court Post 2
(Vote for One) (NP)
   Vote for Kathy Brown Valencia (I)

For Judge of Magistrate Court Post 3
(Vote for One) (NP)
   Vote for Robert "Bob" Ruppenthal
     (I)

For Judge of Magistrate Court Post 4
(Vote for One) (NP)
   Vote for James A. White (I)

```
Scanned on: ICP   Tabulator:  10
Poll ID:     13   Ballot ID:  40

DEM - President of the United States
    Bernie Sanders
DEM - US Senate
    Jon Ossoff
DEM - Public Service Commission Dist 1
    Robert G. Bryant
DEM - Public Service Commission Dist 4
    Daniel Blackman
DEM - US House Dist 3
    Val Almonord
DEM - State Senate Dist 34
    Valencia M. Seay (I)
DEM - State House Dist 64
    Derrick L. Jackson (I)
DEM - Sheriff
    Chris Pigors
DEM - Co Commission Dist 5 (at large)
    William Lightle
Dem Party Question 1
    NO
Dem Party Question 2
    NO
Dem Party Question 3
    YES
Dem Party Question 4
    YES
Dem Party Question 5
    YES
Dem Party Question 6
    YES
Supreme Court - Bethel
    Elizabeth "Beth"  Beskin
Supreme Court - Warren
    Sarah Hawkins Warren (I)
Court of Appeals - Brown
    Trenton "Trent" Brown, III (I)
Court of Appeals - Coomer
    Christian Coomer (I)
Court of Appeals - Doyle
    Sara Doyle (I)
Court of Appeals - Gobeil
    Elizabeth Dallas Gobeil (I)
Court of Appeals - Markle
    David Todd Markle (I)
Court of Appeals - McMillian
    Carla McMillian (I)
Superior Court - Griffin - Ballard
    Scott L. Ballard (I)
Superior Court - Griffin - Sams
    W. Fletcher Sams (I)
Magistrate Judge Post 1
    Pamela Patterson
Magistrate Judge Post 2
    Kathy Brown Valencia (I)
Magistrate Judge Post 3
    Robert "Bob" Ruppenthal (I)
Magistrate Judge Post 4
    James A. White (I)
```

**Subject:** Re: Acceptance testing
**Date:** Friday, August 28, 2020 at 3:47:07 PM Eastern Daylight Time
**From:** Johnathan Densmore
**To:** Marilyn Marks

I have no idea; we are yet to send any of the new equipment for repair. I cannot answer about the DRE's either because by the time I was hired, we had quit sending any units for repair and I had a couple pallets with machines that did not work. As far as the acceptance testing, Michael Barnes and his team @ CES do the acceptance testing and certify it with a state seal. When we get the equipment, I simply put it in rotation, and it gets L&A'ed with the rest of the equipment going out.

**From:** Marilyn Marks
**Sent:** Friday, August 28, 2020 3:41 PM
**To:** Johnathan Densmore
**Subject:** Acceptance testing

When you send out a BMD for repair (or in the old days, a DRE), how long does it take you to do acceptance testing?  (or if you get in a new unit)

Marilyn Marks
Executive Director
Coalition for Good Governance
Cell:

Follow me @MarilynRMarks1

**EXHIBIT
19-B**

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/10/2020 6:10:24 PM

Subject: Elections Complaint from Terrance Hayslett

Name: Terrance Hayslett



Complaint Type: Touchscreen Concern
Election Date:
County: Fulton
City: Alpharetta


Description of Complaint: I had a bad experience voting at Wills Park Recreational Center on June 9, 2020. I arrived early to vote before the polling station opened. It appears that they were already having problems before the polling station opened as it opened about 10-15 minutes late. Once I got in to vote my voting machine did not work properly. I asked the poll worker for help and she told me it was working as it should. My machine would not put a checkmark next to my selection and this was after I hit the selection button twice as I was instructed. The poll worker told me that as long as it was highlighted that it should be ok. When I printed my ballot nothing was selected. So I had to re-register and vote again. They sent me back to the same station and it still didn't work. I finally asked to go to a different machine and it finally worked. What should have taken no more than 10-15 minutes took me close to an hour and I was about the 10th person in line to vote at a station with at least 5 machines. This was by far my worst voting experience. I'm logging this complaint in hopes that the next time the process will be more efficient and less frustrating.

**EXHIBIT**
**19-C**

Confidential

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/11/2020 5:03:12 AM

Subject: Elections Complaint from Debra Ogbighen

Name: Debra Ogbighen

Complaint Type: Poll Worker Problem
Election Date:
County: Cobb
City: Smyrna


Description of Complaint: Due to mismanagement from the poll manager (Kathleen Williams and area supervisor Janice Blount our precinct did not open at 7:00 am. We opened around 7:10 am. Our precinct received 23 BMDs (Ballot Marking Devices) and 23 printers. The manager only set up 7 Bmds and 7 printers which included the ADA . They did not follow the floor plan that was given. Therefore the social distancing of the machines was not observed. I communicated my concerns on Monday June 8 (set-up day) that we need to set up more machines but my concerns and suggestions to follow the floor plan that was given was met by opposition from the manager who had not ever worked the poll before. The manager did not do any of the hourly reports that was required. The problems we experienced on election day could have been avoided if we just followed the game plan. I would like to discuss this further with someone in the Secretary of State office.

Confidential

From:   ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To:   electionscomplaintselectionscomplaints@sos.ga.gov

Date:   6/11/2020 9:18:06 AM

Subject:   Elections Complaint from Latrice Marie Harris

Name: Latrice Marie Harris



Complaint Type: Provisional Ballot Issue
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: I voted using a provisional ballot at a different precinct located at West
Hunter Street Baptist Church (04K, 04L), due to the voting machine malfunctions at my assigned
precinct Fanplex
(01D) . I do not have the link available to check my provisional ballot status.

STATE-DEFENDANTS-00048068

From:    ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To:    electionscomplaintselectionscomplaints@sos.ga.gov

Date:    6/11/2020 11:08:43 AM

Subject:    Elections Complaint from Robert Evers

Name: Robert Evers



Complaint Type: Express Poll Concern
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: It took almost 5 hours to cast our ballots during the 2020 June primary election. My wife and I arrived at approximately 8:28AM on 6/9/2020. We entered the recreation center around 1:05PM and were able to cast ballots using the combination of touch screen, printer, and scanner by around 1:20PM. There appeared to be a total of 8 available screens at max capacity. Our line didn't move for roughly the first 1.5 hours in line.

Confidential

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/11/2020 6:42:41 PM

Subject: Elections Complaint from Kathy Thomas

Name: Kathy Thomas



Complaint Type: Poll Worker Problem
Election Date:
County: Douglas
City: Villa Rica


Description of Complaint: My husband Tim Thomas voted at 7am. He ask for a Democrat ballot so we could vote on some local Douglas county issues. When he put in his card the screen showed no presidential candidates. We knew there should be several because we brought our sample ballot with us. He raised his hand and ask the poll worker why and was told he had no idea. My husband called and told me. At 11:40 I voted, I ask for a democrat ballot and when I put in my card, there were no Presidential candidates. I ask for help and was told because Biden had been already chosen they were taken off the ballot. I ask to speak to a supervisor and was told he was not there. Neither of us were able to vote for a presidential candidate.

Confidential

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/13/2020 8:28:33 AM

Subject: Elections Complaint from Melissa Vivlemore

Name: Melissa Vivlemore



Complaint Type: General Complaint
Election Date:
County: Cobb
City: Marietta


Description of Complaint: When i inserted my card into the machine, the names of candidates popped up but I thought it wasn't right to not see their affiliated parties next to their names.
We, voters, should have the right to see whether the candidates are Democrats, Republicans, etc.
It does not matter if I've researched candidates or not, that's no one's business. Ultimately, it's a great basic tool to have the knowledge at the last minute as one is at the poll. Voting isn't a test in high school in which I should have to remember the correct information for the questions given.

Also, the other issue I encountered was the problem with the printer.
Once I finished with my choices, the printer jammed with my ballot.
The poll worker eventually fixed the printer but before that he ended up rebooting my computer and several others.
I worried my vote wouldn't count. That's not a reassuring feeling.
Simple error but was it necessary to have a paper ballot? In this day and age, we should have a better computer system in place. My paper ballot could have been easily misplaced.
I also ended up spending much more time there than I anticipated because of a dumb paper jam.
Not a smooth process at all.
I really hope things progress a lot better come November.

Confidential

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/18/2020 3:52:08 PM

Subject: Elections Complaint from Tara Winston

Name: Tara Winston



Complaint Type: General Complaint
Election Date:
County: Fulton
City: Atlanta

Description of Complaint: I never received the absentee ballot I applied for via email, so I cast my ballot at my polling location on June 9, 2020. The confusion of the poll workers, their lack of training, the lack of enough poll workers, technical issues with the machines, and other problems were shocking, alarming, and infuriating. Here are some of the issues I encountered:

1. The only reason I knew that I had to tell the poll worker that I did not receive the absentee ballot I requested via email, is because I heard a brief mention of it on WABE the night before. Once I told her, I had to sign an affidavit with a note that I requested an absentee ballot via email but did not receive it. Nowhere at the polling location was it communicated to voters that if they requested an absentee ballot but did not receive it, theyâ?Td have to explicitly state this when checking in. If people did not take this step, did their votes even count? Everyone I know who requested an absentee ballot via email did not receive it, so this affected a vast number of voters. It is utterly unacceptable if these votes did not count, and that this extra step was not communicated to voters in any way.

2. When I told the poll worker the circumstance above and she determined what to do, she had to do real-time training with the other workers who were checking in voters to explain to them how the handle this scenario, both of whom were previously completely unaware, had questions, and one of whom asked if they also need to "call the number" to report it "like the other ones" (no idea what he was referring to), to which the original worker replied "no". She used my affidavit as an example to show the other workers what to do. How is it possible that poll workers were not previously trained on how to handle this scenario, especially with so many voters attempting to vote absentee due to the pandemic? This lack of training and preparation is an enormous failure.

3. When casting my ballot, I could not get the screen to advance and record my vote for the first category (U.S. President). When I selected my choice, it would highlight it, and then when I hit "next" the screen would simply refresh and not show any candidate selection nor advance to the next category. When I asked for help, two poll workers assisted me separately, and both had me go back a screen and try again twice, and then had me take my card out and try starting over. None of the above worked and the second worker was about to seek further assistance when a passerby voter who had just cast her ballot heard me and said, "You have to double-tap the candidate to select, and double-tap when you want to advance to the next screen." This worked and I was able to cast my ballot. I was extremely alarmed that neither of the poll workers knew that that was all that was

STATE-DEFENDANTS-00048075

necessary to make the selections. Itâ?Ts unacceptable that there were no instructions explaining this anywhere on the screen or before advancing to the first ballot category.

4. I saw a man headed toward the exit with his ballot in hand (presumably thinking it was a copy for him to keep) and was about to leave until another voter told him he needed to cast his ballot into the scanner/ballot box, at which point he turned around and went back to do so. The two poll workers (yes, only two) were busy assisting other voters and therefore did not notice that the man was going to leave with his ballot in hand.

5. I witnessed a man who's voter card would not work three times each at multiple machines, at which point he was issued a new voter card, which also did not work. I was still in line waiting to vote when I first saw him, and he was still not able to vote by the time I left. I donâ?Tt know if he was ever able to cast his ballot.

6. One machine was already not working less than 1 hour into voting hours.

Please feel free to contact me with questions via phone or email. Despite the blame youâ?Tve chosen to place everywhere but on yourself, this is YOUR RESPONSIBILITY and the responsibility of your office. These issues need to be addressed immediately and aggressively. Take some ownership of your office and resolve these problems by November.

Confidential

**From:** ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

**To:** electionscomplaintselectionscomplaints@sos.ga.gov

**Date:** 6/9/2020 9:11:08 AM

**Subject:** Elections Complaint from Allison Henderson-Brooks

Name: Allison Henderson-Brooks



Complaint Type: Express Poll Concern
Election Date:
County: Fulton
City: Fairburn


Description of Complaint: I was the 12th person in line to vote and the precinct didnâ?Tt open until an hour later because NONE of the new voting machines were working. They did not have a passcode and no technician on site. At 8:30am, we demanded paper ballots. At 9:00am the machines are still down and no technician yet on site. This is unacceptable and a way to suppress the minority vote. Immediate action is required.

Confidential

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 9:29:04 AM

Subject: Elections Complaint from Aveana Jackson

Name: Aveana Jackson



Complaint Type: General Complaint
Election Date:
County: Troup
City: West Point


Description of Complaint: There were multiple issues with my voting experience:

1) When I arrived at 7:06am to vote, the door was locked. I had to knock several times for someone to answer it. Then, the man who answered it only offered a very weak apology. He did not explain how it happened or offer any assurances that it wouldn't happen again.

2) At first, the tablet for the poll workers did not work, and it wasn't creating a voting card. Then, it created a card "successfully," which I tried on a voting machine. The voting machine popped up an error message that the RFID card was "unreadable," so I couldn't vote.

3) I went back to the poll worker, and she tried to create a new card. However, the tablet said I already voted, which I did not. So, she suggested a provisional ballot, which I did not complete because I had to leave for work. She suggested I come back after work. Moreover, I am registered voter, and my eligibility was confirmed by the tablet. I shouldn't have to complete a provisional ballot.

4) The poll workers tried contacting someone for help over the phone but the person never answered.


Overall, this was chaos and unacceptable. The workers should have been bettered trained, an IT person should have been onsite to help with technical issues. Also, I thought GA was using paper ballots. Why did I need an RFID card to vote?

STATE-DEFENDANTS-00048084

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 11:26:35 AM

Subject: Elections Complaint from Tiffany Harris-Smith

Name: Tiffany Harris-Smith



Complaint Type: General Complaint
Election Date:
County: Muscogee
City: Columbus

Description of Complaint: This was the absolute worst voting day. First, it was very unorganized. There were markings on the floor for social distancing that were not followed. No one was there to enforce it either! I arrived at 7:02 to vote but they didn't get started until 7:15 due to technical difficulties. Only 7 of the 10 machines were working. The sign in process was extremely slow due to the machines not working properly. 4 ID scanners but only 3 working. The setup was not conducive for voting. Anyone could see your screen. Lastly, my ballot was incorrect. I didn't see anything on my ballot regarding the SPLOST. Also, some candidates that I had planned on voting for were not even on the ballot. The ballot had unfamiliar names of candidates that were not in my district. This was awful!

Confidential

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 12:54:49 PM

Subject: Elections Complaint from Erika Klibaner

Name: Erika Klibaner



Complaint Type: General Complaint
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: Machines broken in morning followed by inability to print ballots. Iâ?Tve been in line for over 2 hours and canâ?Tt even see the building yet. The line is truly insane.

Central Park Rec Center. Merritt St.

Confidential

From:    ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To:    electionscomplaintselectionscomplaints@sos.ga.gov

Date:    6/9/2020 3:59:25 PM

Subject:    Elections Complaint from Laurel Myers

Name: Laurel Myers



Complaint Type: Provisional Ballot Issue
Election Date:
County: Cobb
City:

Description of Complaint: I went to vote and upon trying to receive the green voter card, it "jammed"
and they couldn't issue it to me. They tried again and it said "already voted." I had to fill out a
provisional ballot.

Confidential

From:   ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To:   electionscomplaintselectionscomplaints@sos.ga.gov

Date:   6/9/2020 4:46:02 PM

Subject:   Elections Complaint from Kevin Phillips

Name: Kevin Phillips



Complaint Type: Turned Away at the Poll
Election Date:
County: Fulton
City:


Description of Complaint: I was denied my right to vote. Emailed request for absentee ballot on 5/4 /2020. Request was "received" on 6/2/2020. I have not received absentee ballot. I went to poll at 6:30am. Got in the door at 7:25am and was told that I had requested an absentee ballot and that they did not have the "supervisor password" to override the system. I waited until 9:30am and they still did not have the "supervisor password". I requested a provisional ballot. I was told that I could not have a provisional ballot because I had requested an absentee ballot which they could not override since they did not have the "supervisor password".

Confidential

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 5:09:46 PM

Subject: Elections Complaint from Patrice Hargrove

Name: Patrice Hargrove



Complaint Type: Provisional Ballot Issue
Election Date:
County: Cobb
City: Powder Springs


Description of Complaint: Arrived at precinct 6:15 am; 4th in line

At 7:30 am, no voters had been allowed to begin the process & poll workers had made no announcement as to the reason for delay. The line in the parking lot was wrapped around the building at this point.

After proactively questioning poll workers, learned machines not working & they were 'rebooting' computers.

Placed a call to Cobb County Board of Elections & Registration @7:50 am to notify them our machines were not working at the precinct. The office was unaware of the problem.

Other voters asked for provisional ballots & were advised they were not available until the end of the day. Some voters started leaving because of the inability of poll workers to provide any time frames for voting or access to provisional ballots.

A Sheriff came to the precinct & shared the problem was state wide & due to programming, NOT poll worker error.
He very professionally shared updates with the voters waiting outside & walked all the lines to share reasons for the delay.

Finally provided a provisional ballot at 9:15 am after my passport i.d. was input manually but the computer did not 'read' the card. My Ballot was successfully scanned after turning in the provisional ballot.

In closing, I am 66 years old & cannot believe a nation that successfully sent astronauts to the moon in the 60's, continues to fail citizens in the most basic tenent of
a democracy. Georgia has dozens of excellent universities with thought leaders, engineers, cyber specialists, mathematicians, and policy gurus---we have no excuse for ignoring their talent and continuing to make a mockery of the right to vote. Georgia is way overdue to step up & perform competently.

As a senior, my health, physical access, and mobility should NEVER be adverse factors in my ability

Confidential

to vote.

It is projected that one fifth of the population will be seniors in a few years & we must not be excluded from our Constitutional right to vote through sheer callousness & narrow thinking.

Confidential

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/10/2020 11:21:57 AM

Subject: Elections Complaint from Marla Stracner

Name: Marla Stracner



Complaint Type: Provisional Ballot Issue
Election Date:
County: Gwinnett
City: Suwanee

Description of Complaint: I had filled out an absentee ballot that I decided not to mail in or drop in a drop box, so I brought it to my precinct. It was collected and cancelled by a poll worker so that I could vote in person. I was given a green card to take to the voting machine. When I inserted the card, no ballot came up, just a message that said the card was not valid. I returned to the line and explained that my card did not work in the machine. I had witnessed this happen to two other voters while I was there and they were given new cards, returned to the voting machine and cast their votes. When the poll worker attempted to give me a new card, she received a message that told her I had already voted. A phone call was then made to ask for guidance. I was told to fill out a provisional ballot, which I did. Since I was the first person in my precinct to submit a provisional ballot, I verified that no other ballots were in the container for holding such ballots and signed a statement saying so. I placed my ballot in the slot and the poll worker closed the lid over the ballot box, at which point he was supposed to lock the box. There was just one problem -- there was no lock for the box. I was asked, "Are you cool with just putting it in here like this?" I said, "I suppose so, since there appears there is no other way to submit my vote. This was the very thing I was hoping to avoid by going to my polling place. I did not want to merely leave my ballot in a box that could potentially be tampered with -- although, I must say, I felt better about leaving it at my precinct than in a box at the park. To summarize, the whole experience left me feeling a little uneasy about the whole process with the new equipment that was being used for the first time. The poll workers were as confused as I was as to why some of the cards were not working, and mine, in particular, stating that I had voted already when my absentee ballot was confirmed cancelled. Luckily, I had no where to be at the time, or it would have been doubly frustrating, as the whole process to cast my vote took about 45 minutes at a precinct with no line. Most unsettling, though, was the fact that the system showed I had voted, when I had not and the lack of security in finally submitting my ballot to an unlocked box. This IS NOT ACCEPTABLE. It is imperative that these problems be fixed prior to November.

Confidential

From:    ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To:      electionscomplaintselectionscomplaints@sos.ga.gov

Date:    6/9/2020 10:51:07 PM

Subject:  Elections Complaint from Chasidy Taylor

Name: Chasidy Taylor



Complaint Type: General Complaint
Election Date:
County: Dodge
City: Eastman


Description of Complaint: There was no privacy at the voter booth, people were able to see everything, person at the ballot box was clearly reading votes,touchscreens werená?Tt cleaned between uses, and I was unable to change a selection after clicking the wrong option so I was forced to vote for the wrong candidate.

STATE-DEFENDANTS-00048109

From:   ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To:   electionscomplaintselectionscomplaints@sos.ga.gov

Date:   6/10/2020 8:46:02 AM

Subject:   Elections Complaint from Meredith Grant

Name: Meredith Grant



Complaint Type: Touchscreen Concern
Election Date:
County: Fulton
City: Roswell


Description of Complaint: I'd like to complain about the new touchscreen machines and the set up of these machines at Precinct RW17 (Esther Jackson Elementary) in Fulton County.
Upon entering the building, I immediately noticed a woman voting - as in, I could see her entire screen, what ballot she had, who she was voting for, etc. There was absolutely no privacy. The Precinct was set up to where voting machines were facing all 4 walls of the building.
Also, I am 5'4". The screens were placed so high up that I was having to reach well over my head to make my selection. Further diminishing any privacy to vote.
Third, once I got to the voting machine, it became blatantly obvious that the instructions were not vetted. My screen popped up with some random screen (which was not mentioned anywhere on the posted directions sign), and I had to raise my hand to get help from a poll worker in order to actually see the ballot to vote.
Fourth, in order to make my selection, I had to tap on my candidate of choice twice. Once didn't do anything. Then I had to tap the "Next" button at the bottom of the screen twice in order to make my next candidate selection. Ultimately, it took 4 taps to vote for my candidate of choice, a move that only took 1 tap under the old machines.
Finally, after I had printed my ballot, I went to scan it in. But the scanner was broken. So my ballot was placed in a hole on the side of the box, and I was informed this was the "emergency back-up option." I have no idea if my vote was ever counted.
I believe Fulton County needs further education on how to set up their machines in order to allow voters to vote securely, privately, and without having to stand on their tiptoes to make a selection. I also believe the machines need to be looked at as it shouldn't take 4 taps on the screen in order to vote for 1 candidate.

                                      STATE-DEFENDANTS-00048113

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



## FULTON COUNTY
858-09K

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL DEMOCRATIC PARTY PRIMARY AND
### NONPARTISAN GENERAL ELECTION RUNOFF BALLOT
### OF THE STATE OF GEORGIA
### AUGUST 11, 2020

To vote, blacken the Oval (●) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (●) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (●). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

| For District Attorney of the Atlanta Judicial Circuit (Vote for One) | NONPARTISAN GENERAL ELECTION RUNOFF |
|---|---|
| ○ Paul Howard (Incumbent) | For Judge, Superior Court of the Atlanta Judicial Circuit (To Succeed Constance C. Russell) (Vote for One) |
| ⊘ Fani Willis | ○ Melynee Leftridge Harris |
| **For Sheriff** (Vote for One) | ○ Tamika Hrobowski-Houston |
| ⊘ Theodore "Ted" Jackson (Incumbent) | |
| ○ Patrick "Pat" Labat | |

445

**EXHIBIT**
**19-D**

05150_00001_000002.tif scanned at: 11:38:44 on 08/04/20.

Scanned on: ICC  Tabulator: 5150   Batch:  1
Poll ID:   739   Ballot ID:  445

DEM - District Attorney - Atlanta
  Fani Willis
DEM - Sheriff
  BLANK CONTEST
Superior Court - Atlanta - Russell
  BLANK CONTEST

Copyright © 2020 Dominion Voting Inc.™ All Rights Reserved



## FULTON COUNTY

**877-11N**

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL DEMOCRATIC PARTY PRIMARY AND
### NONPARTISAN GENERAL ELECTION RUNOFF BALLOT
### OF THE STATE OF GEORGIA
### AUGUST 11, 2020

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(e)]*

---

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

○ Paul Howard
(Incumbent)

⊘ Fani Willis

**For Sheriff**
(Vote for One)

○ Theodore "Ted" Jackson
(Incumbent)

⊘ Patrick "Pat" Labat

---

## NONPARTISAN GENERAL ELECTION RUNOFF

**For Judge, Superior Court of the Atlanta Judicial Circuit**
(To Succeed Constance C. Russell)
(Vote for One)

⊘ Melynee Leftridge Harris

○ Tamika Hrobowski-Houston

472

05150_00003_000029.tif scanned at: 12:58:26 on 08/04/20.

Scanned on: ICC   Tabulator: 5150    Batch:  3
Poll ID:   625   Ballot ID:  472

DEM - District Attorney - Atlanta
  BLANK CONTEST
DEM - Sheriff
  Patrick "Pat" Labat
Superior Court - Atlanta - Russell
  BLANK CONTEST

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



# FULTON COUNTY
### 813-01J

# OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

## OFFICIAL DEMOCRATIC PARTY PRIMARY AND
## NONPARTISAN GENERAL ELECTION RUNOFF BALLOT
## OF THE STATE OF GEORGIA
## AUGUST 11, 2020

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

---

### For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

- ⊘ Paul Howard
  (Incumbent)
- ◯ Fani Willis

### For Sheriff
(Vote for One)

- ⊘ Theodore "Ted" Jackson
  (Incumbent)
- ◯ Patrick "Pat" Labat

### NONPARTISAN GENERAL ELECTION RUNOFF

### For Judge, Superior Court of the Atlanta Judicial Circuit
(To Succeed Constance C. Russell)
(Vote for One)

- ✓ Melynee Leftridge Harris
- ◯ Tamika Hrobowski-Houston

05150_00004_000035.tif scanned at: 13:28:59 on 08/04/20.

Scanned on: ICC   Tabulator: 5150    Batch:   4
Poll ID:    75   Ballot ID:  339

DEM - District Attorney - Atlanta
    Paul Howard (I)
DEM - Sheriff
    BLANK CONTEST
Superior Court - Atlanta - Russell
    Melynee Leftridge Harris

Copyright 2020 Dominion Voting Inc. All Rights Reserved



## FULTON COUNTY

850-08G

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL DEMOCRATIC PARTY PRIMARY AND
### NONPARTISAN GENERAL ELECTION RUNOFF BALLOT
### OF THE STATE OF GEORGIA
### AUGUST 11, 2020

To vote, blacken the Oval (●) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (●) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (●). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

| For District Attorney of the<br>Atlanta Judicial Circuit<br>(Vote for One) | NONPARTISAN<br>GENERAL ELECTION<br>RUNOFF |
|---|---|
| 👁 Paul Howard<br>(Incumbent) | **For Judge, Superior Court of the**<br>**Atlanta Judicial Circuit**<br>(To Succeed Constance C. Russell)<br>(Vote for One) |
| 👁 Fani Willis | 👁 Melynee Leftridge Harris |
| **For Sheriff**<br>(Vote for One) | 👁 Tamika Hrobowski-Houston |
| ○ Theodore "Ted" Jackson<br>(Incumbent) | |
| ○ Patrick "Pat" Labat | |

427

05150_00069_000010.tif scanned at: 13:37:05 on 08/05/20.

Scanned on: ICC   Tabulator: 5150   Batch: 69
Poll ID:   568   Ballot ID: 427

DEM - District Attorney - Atlanta
  OVER-VOTE
  Paul Howard (I) (NOT COUNTED)
  Fani Willis (NOT COUNTED)
DEM - Sheriff
  BLANK CONTEST
Superior Court - Atlanta - Russell
  OVER-VOTE
  Melynee Leftridge Harris (NOT COUNTED)
  Tamika Hrobowski-Houston (NOT COUNTED)

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



## FULTON COUNTY
### 849-07J

# OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL DEMOCRATIC PARTY PRIMARY AND
### NONPARTISAN GENERAL ELECTION RUNOFF BALLOT
### OF THE STATE OF GEORGIA
### AUGUST 11, 2020

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

---

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

⬤ Paul Howard
(Incumbent)

⬤ Fani Willis

---

**For Sheriff**
(Vote for One)

⬤ Theodore "Ted" Jackson
(Incumbent)

⬤ Patrick "Pat" Labat

---

## NONPARTISAN GENERAL ELECTION RUNOFF

**For Judge, Superior Court of the Atlanta Judicial Circuit**
(To Succeed Constance C. Russell)
(Vote for One)

⬤ Melynee Leftridge Harris

○ Tamika Hrobowski-Houston

05150_00072_000033.tif scanned at: 13:53:01 on 08/05/20.

Scanned on: ICC   Tabulator: 5150   Batch:  72
Poll ID:    801   Ballot ID:  418

DEM - District Attorney - Atlanta
  OVER-VOTE
  Paul Howard (I) (NOT COUNTED)
  Fani Willis (NOT COUNTED)
DEM - Sheriff
  OVER-VOTE
  Theodore "Ted" Jackson (I) (NOT COUNTED)
  Patrick "Pat" Labat (NOT COUNTED)
Superior Court - Atlanta - Russell
  Melynee Leftridge Harris

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



# FULTON COUNTY
887-12K



# OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

## OFFICIAL DEMOCRATIC PARTY PRIMARY AND
## NONPARTISAN GENERAL ELECTION RUNOFF BALLOT
## OF THE STATE OF GEORGIA
## AUGUST 11, 2020

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

### For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

⊘ **Paul Howard**
(Incumbent)

◯ **Fani Willis**

### For Sheriff
(Vote for One)

⊘ **Theodore "Ted" Jackson**
(Incumbent)

◯ **Patrick "Pat" Labat**

### NONPARTISAN GENERAL ELECTION RUNOFF

#### For Judge, Superior Court of the Atlanta Judicial Circuit
(To Succeed Constance C. Russell)
(Vote for One)

⊘ **Melynee Leftridge Harris**

◯ **Tamika Hrobowski-Houston**

05150_00117_000034.tif scanned at: 11:02:02 on 08/07/20.

Scanned on: ICC   Tabulator: 5150   Batch: 117
Poll ID:   387   Ballot ID:  484

DEM - District Attorney - Atlanta
  BLANK CONTEST
DEM - Sheriff
  BLANK CONTEST
Superior Court - Atlanta - Russell
  BLANK CONTEST

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



## FULTON COUNTY
### 832-04K



# OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

## OFFICIAL DEMOCRATIC PARTY PRIMARY AND
## NONPARTISAN GENERAL ELECTION RUNOFF BALLOT
## OF THE STATE OF GEORGIA
## AUGUST 11, 2020

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

---

**For District Attorney of the
Atlanta Judicial Circuit**
(Vote for One)

○ Paul Howard
   (Incumbent)

⊘ Fani Willis

**For Sheriff**
(Vote for One)

⊘ Theodore "Ted" Jackson
   (Incumbent)

○ Patrick "Pat" Labat

---

## NONPARTISAN
## GENERAL ELECTION
## RUNOFF

**For Judge, Superior Court of the
Atlanta Judicial Circuit**
(To Succeed Constance C. Russell)
(Vote for One)

⊘ Melynee Leftridge Harris

○ Tamika Hrobowski-Houston

05150_00118_000002.tif scanned at: 11:15:54 on 08/07/20.

Scanned on: ICC   Tabulator: 5150    Batch: 118
Poll ID:   428   Ballot ID:  382

DEM - District Attorney - Atlanta
    Fani Willis
DEM - Sheriff
    BLANK CONTEST
Superior Court - Atlanta - Russell
    BLANK CONTEST

Copyright 2018 Election Systems & Software, LLC. All Rights Reserved.



## FULTON COUNTY
### 831-04D

# OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

## OFFICIAL DEMOCRATIC PARTY PRIMARY AND
## NONPARTISAN GENERAL ELECTION RUNOFF BALLOT
## OF THE STATE OF GEORGIA
## AUGUST 11, 2020

To vote, blacken the Oval (●) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (●) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (●). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars. and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

**For District Attorney of the**
**Atlanta Judicial Circuit**
(Vote for One)

◌ **Paul Howard**
(Incumbent)

✓ **Fani Willis**

**For Sheriff**
(Vote for One)

◌ **Theodore "Ted" Jackson**
(Incumbent)

✓ **Patrick "Pat" Labat**

## NONPARTISAN
## GENERAL ELECTION
## RUNOFF

**For Judge, Superior Court of the**
**Atlanta Judicial Circuit**
(To Succeed Constance C. Russell)
(Vote for One)

◌ **Melynee Leftridge Harris**

✓ **Tamika Hrobowski-Houston**

377

05150_00118_000026.tif scanned at: 11:16:07 on 08/07/20.

Scanned on: ICC   Tabulator: 5150   Batch: 118
Poll ID:   95   Ballot ID:  377

DEM - District Attorney - Atlanta
  BLANK CONTEST
DEM - Sheriff
  BLANK CONTEST
Superior Court - Atlanta - Russell
  BLANK CONTEST

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## FULTON COUNTY
### 767-FA01A



# OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL DEMOCRATIC PARTY PRIMARY AND
### NONPARTISAN GENERAL ELECTION RUNOFF BALLOT
### OF THE STATE OF GEORGIA
### AUGUST 11, 2020

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (⬤) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

---

**For State Representative
In the General Assembly From
65th District**
(Vote for One)

 ⬤ Sharon Beasley-Teague
(Incumbent)

◯ Mandisha A. Thomas

**For District Attorney of the
Atlanta Judicial Circuit**
(Vote for One)

◯ Paul Howard
(Incumbent)

⬤ Fani Willis

**For Sheriff**
(Vote for One)

⬤ Theodore "Ted" Jackson
(Incumbent)

◯ Patrick "Pat" Labat

---

**NONPARTISAN
GENERAL ELECTION
RUNOFF**

**For Judge, Superior Court of the
Atlanta Judicial Circuit**
(To Succeed Constance C. Russell)
(Vote for One)

⬤ Melynee Leftridge Harris

◯ Tamika Hrobowski-Houston

**For Member, Fulton County
School Board District 4**
(Vote for One)

⬤ Franchesca Warren

◯ Sandra C. Wright

696

05150_00197_000021.tif scanned at: 08:38:47 on 08/11/20.

Scanned on: ICC   Tabulator: 5150   Batch: 197
Poll ID:   757   Ballot ID:  696

DEM - State House Dist 65
  Sharon Beasley-Teague (I)
DEM - District Attorney - Atlanta
  Fani Willis
DEM - Sheriff
  Theodore "Ted" Jackson (I)
Superior Court - Atlanta - Russell
  OVER-VOTE
  Melynee Leftridge Harris (NOT COUNTED)
  Tamika Hrobowski-Houston (NOT COUNTED)
School Board Dist 4
  Franchesca Warren

Copyright © 2020 Dominion Voting - All Rights Reserved



## FULTON COUNTY
### 993-SC13



# OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL DEMOCRATIC PARTY PRIMARY AND
### NONPARTISAN GENERAL ELECTION RUNOFF BALLOT
### OF THE STATE OF GEORGIA
### AUGUST 11, 2020

To vote, blacken the Oval (●) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (●) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (●). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars. and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

---

**For State Representative
In the General Assembly From
65th District**
(Vote for One)

○ **Sharon Beasley-Teague**
(Incumbent)

● **Mandisha A. Thomas**

**For District Attorney of the
Atlanta Judicial Circuit**
(Vote for One)

○ **Paul Howard**
(Incumbent)

● **Fani Willis**

**For Sheriff**
(Vote for One)

● **Theodore "Ted" Jackson**
(Incumbent)

○ **Patrick "Pat" Labat**

---

**NONPARTISAN
GENERAL ELECTION
RUNOFF**

**For Judge, Superior Court of the
Atlanta Judicial Circuit**
(To Succeed Constance C. Russell)
(Vote for One)

**Melynee Leftridge Harris**

○ **Tamika Hrobowski-Houston**

**For Member, Fulton County
School Board District 4**
(Vote for One)

**Franchesca Warren**

**Sandra C. Wright**

05150_00236_000003.tif scanned at: 10:59:39 on 08/11/20.

Scanned on: ICC   Tabulator: 5150   Batch: 236
Poll ID:   1088   Ballot ID:   703

DEM - State House Dist 65
   Mandisha A. Thomas
DEM - District Attorney - Atlanta
   Fani Willis
DEM - Sheriff
   Theodore "Ted" Jackson (I)
Superior Court - Atlanta - Russell
   BLANK CONTEST
School Board Dist 4
   BLANK CONTEST