IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING CURLING PLAINTIFFS' MOTION TO SEAL PORTIONS OF THEIR REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

The Court has considered Curling Plaintiffs' Motion to seal portions of a declaration in support of their reply supporting their pending Motion for Preliminary Injunction and well as portions of the incorporating brief in support. Finding good cause for the relief requested, the Court hereby GRANTS the Motion. The portions of the Curling Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Declaration of J. Alex Halderman provisionally filed under seal as Dkt. Nos. 855 and 855-1, respectively, shall remain sealed.

**IT IS SO ORDERED** this _____ day of September, 2020.

_____
The Hon. Amy Totenberg
Judge, United States District Court

ny-1986083