IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

**[Proposed]**

**ORDER ON STATE DEFENDANTS' CONSOLIDATED MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF DAVID HAMILTON UNDER SEAL AND BRIEF IN SUPPORT**

This Court has considered State Defendants' Consolidated Motion for Leave to File the Supplemental Declaration of David Hamilton Under Seal and Brief in Support and, good cause having been shown, the Court hereby GRANTS the Motion.

SO ORDERED this ____ day of September, 2020.

_____
The Hon. Amy Totenberg
United States District Judge