# EXHIBIT A

**Marilyn Marks**
@MarilynRMarks1

Follow

Ever wonder who counted the votes in Georgia's 2018 elections? (The primaries, too.) @CoalitionGoodGv just learned in its lawsuit--Kemp had the state pay ES&S $300,000 to count your votes! …altionforgoodgovernance.sharefile.com/d-s33f6d198a8d…

7:06 PM - 4 Jul 2019

**1,487** Retweets **1,642** Likes

66 1.5K 1.6K

Tweet your reply

**Marilyn Marks** @MarilynRMarks1 · Jul 4
2/ See the contracts for yourself in the above link. 👆
First, in democratic societies, the people, NOT the government, --NOT for-profit corporations count the votes. Maybe next year Fox News will get the ballot counting contract. Or Facebook. Or your most distrusted corporation.

7 268 600

**Marilyn Marks** @MarilynRMarks1 · Jul 4
3/ Not only have they outsourced the ballot design and ballot counting formulas to a sketchy corporation with ties to Kemp, but used voting machines that cannot be audited. No accountability whatsoever. No one can check the actual tallies.

6 297 596

**Marilyn Marks** @MarilynRMarks1 · Jul 4
4/ He who controls the tabulation software controls the election results.

What could possibly go wrong??

The story gets worse. Stay tuned.

2 256 593

**Marilyn Marks** @MarilynRMarks1 · Jul 4
5/ BTW, we learned this on the 2nd anniversary of this righteous lawsuit. It is taking a huge investment to fight the State and their tactics. Please help if you can.

**Donate to the Coalition for Good Governance**
We appreciate your generous donations.
coalitionforgoodgovernance.org

