# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CURLING PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE UNNECESSARY AND IMPROPER EXAMINATION OF WITNESSES AND FOR PROTECTIVE ORDER

Pursuant to Federal Rules of Evidence 611(a)(3), 401, and 403 and Federal Rules of Civil Procedure 26(c)(1), Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs") move *in limine* to preclude the unnecessary and improper examination of Plaintiff witnesses and for a protective order prohibiting Defendants from calling them to testify live at the evidentiary hearing held on September 10-11, 2020.

Pursuant to Rule 7.1(A) of the Local Rules of the Northern District of Georgia, and Part III (a) of this Court's Standing Order, Curling Plaintiffs have filed herewith a brief citing legal authorities supporting the motion and the facts relied upon.

Dated: September 8, 2020             Respectfully submitted,

                                      */s/ David D. Cross*
                                     David D. Cross (*pro hac vice*)
                                     John P. Carlin (*pro hac vice*)
                                     Lyle P. Hedgecock (*pro hac vice*)
                                     Mary G. Kaiser (*pro hac vice*)
                                     Robert W. Manoso (*pro hac vice*)
                                     MORRISON & FOERSTER LLP
                                     2000 Pennsylvania Avenue, NW
                                     Suite 6000
                                     Washington, DC 20006
                                     Telephone: (202) 887-1500
                                     DCross@mofo.com
                                     JCarlin@mofo.com
                                     LHedgecock@mofo.com
                                     MKaiser@mofo.com
                                     RManoso@mofo.com

                                     Halsey G. Knapp, Jr.
                                     GA Bar No. 425320
                                     Adam M. Sparks
                                     GA Bar No. 341578
                                     KREVOLIN & HORST, LLC
                                     1201 West Peachtree Street, NW
                                     Suite 3250
                                     Atlanta, GA 30309
                                     HKnapp@khlawfirm.com
                                     Sparks@khlawfirm.com

                                     *Counsel for Plaintiffs Donna Curling,*
                                     *Donna Price & Jeffrey Schoenberg*

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRAD RAFFENSPERGER, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ David D. Cross*
David D. Cross

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2020, a copy of the foregoing **CURLING PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE UNNECESSARY AND IMPROPER EXAMINATION OF WITNESSES AND FOR PROTECTIVE ORDER** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

<u>*/s/ David D. Cross*</u>
David D. Cross

4