IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING CURLING PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE UNNECESSARY AND IMPROPER EXAMINATION OF WITNESSES AND FOR PROTECTIVE ORDER**

This matter coming before the Court on Curling Plaintiffs' Motion *in limine* to Preclude Unnecessary and Improper Examination of Witnesses and for Protective Order. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that the Curling Plaintiffs' Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of September, 2020.

_____
U.S. District Court Judge Amy Totenberg

1