IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## COALITION PLAINTIFFS' JOINDER IN CURLING PLAINTIFFS' MOTION IN LIMINE

Coalition Plaintiffs join in the Curling Plaintiffs' Motion in Limine (Doc. 870) and show that State Defendants have also listed as witnesses each of the four individual Coalition Plaintiffs (William Digges III, Laura Digges, Ricardo Davis & Megan Missett) and the Coalition Plaintiffs' Executive Director, Marilyn Marks. For the reasons set forth in the Curling Plaintiffs' Motion, the State Defendants should not be permitted to call these witnesses at the hearing.

This 8th day of September, 2020.

| | |
|---|---|
| /s/ Bruce P. Brown<br>Bruce P. Brown<br>Georgia Bar No. 064460<br>BRUCE P. BROWN LAW LLC<br>1123 Zonolite Rd. NE<br>Suite 6<br>Atlanta, Georgia 30306<br>(404) 881-0700 | /s/ Robert A. McGuire, III<br>Robert A. McGuire, III<br>Admitted Pro Hac Vice<br> (ECF No. 125)<br>ROBERT MCGUIRE LAW FIRM<br>113 Cherry St. #86685<br>Seattle, Washington 98104-2205<br>(253) 267-8530 |

*Counsel for Coalition for Good Governance*

<u>/s/ Cary Ichter</u>
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,
Ricardo Davis & Megan Missett*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** **Plaintiffs,** v. E **BRAD RAFFENSPERGER, ET AL.,** **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on September 8, 2020, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record. In addition, pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown