IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs,*

    v.

BRAD RAFFENSPERGER, *et al.,*

    *Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## ORDER

This Court has considered State Defendants' Consolidated Motion for Leave to File the Fortalice Contract Under Seal [Doc. 849] and, good cause having been shown, the Court hereby GRANTS the Motion. These documents, provisionally sealed at Doc. 848 shall remain under seal.

SO ORDERED this 8th day of September, 2020.

_____
The Hon. Amy Totenberg
United States District Judge