# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## ORDER

The matter coming before the Court on COALITION PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS OMITTED FROM PREVIOUSLY FILED DECLARATION OF HARRI HURSTI [Doc. 860]. Good cause having been shown, the Motion is GRANTED NUNC PRO TUNC. The Clerk is DIRECTED to docket Exhibit 1 to the Motion, at Doc. 860-1, as of September 2, 2020.

So ordered this 8th day of September, 2020.

_____
U.S. District Court Judge Amy Totenberg