# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 09/08/2020.

TIME COURT COMMENCED: 06:00 P.M.
TIME COURT CONCLUDED: 6:30 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta
COURT REPORTER: Shannon Welch
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Robert McGuire representing Donna Curling<br>Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court discussed Coalition Plaintiffs designation of client representatives as consultants authorized to review material designated as Attorneys Eyes Only under the Protective Order. The Court indicated it did not view Ms. Marks and other client representatives as consultants with authority to review AEO-designated documents. The Court directed the State Defendants to have its discovery vendor run a script to identify the 65 documents designated as AEO and provide this list of documents to Plaintiffs by Noon on 9/9/20. The Court directed Coalition Plaintiffs to file a biography of Susan Greehalgh so the Court can determine whether her designation as a consultant is appropriate for purposes of the review of AEO-designated documents. The Court will resume the conference at 8:30 AM on 9/9/20 to discuss hearing logistics. The Court directed the parties to confer about any remaining issues prior to that call at 8:00 AM. |