**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**DECLARATION OF DAVID D. CROSS IN SUPPORT OF CURLING
PLAINTIFFS' REPLY MOTION FOR PRELIMINARY INJUNCTION**

I, David D. Cross, declare as follows:

1.      I am a member of the bars of the State of New York and the District of

Columbia.  I am a partner with the law firm of Morrison & Foerster LLP,

representing Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the

"Curling Plaintiffs") in the above-captioned matter.  I have been admitted *pro hac*

*vice* in these proceedings.  I have personal knowledge of the facts in this declaration

and, if called to testify as a witness, I would testify under oath to these facts.

2.      The documents attached as exhibits to this Declaration are true and

correct copies of documents cited in the contemporaneously filed Curling Plaintiffs'

Reply in Support of Motion for Preliminary Injunction.  The exhibits to this

Declaration have been redacted to prevent the disclosure of personally identifying

information.   The documents were designated Confidential to protect voters' identities and I have confirmed with State Defendants that they do not object to the public filing of the redacted version of these documents

3.      Attached as Exhibit 1 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048065.

4.      Attached as Exhibit 2 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048066.

5.      Attached as Exhibit 3 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048068.

6.      Attached as Exhibit 4 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048069.

7.      Attached as Exhibit 5 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048070.

8.      Attached as Exhibit 6 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048071.

9.      Attached as Exhibit 7 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048072.

10.      Attached as Exhibit 8 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048075.

11.      Attached as Exhibit 9 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048078.

12.      Attached as Exhibit 10 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048079.

13.      Attached as Exhibit 11 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048081.

14.     Attached as Exhibit 12 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048082.

15.     Attached as Exhibit 13 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048083.

16.     Attached as Exhibit 14 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048084.

17.     Attached as Exhibit 15 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048085.

18.     Attached as Exhibit 16 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048086.

19.     Attached as Exhibit 17 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048087.

20.     Attached as Exhibit 18 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048089.

21.     Attached as Exhibit 19 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048090.

22.     Attached as Exhibit 20 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048091.

23.     Attached as Exhibit 21 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048092.

24.     Attached as Exhibit 22 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048093.

25.     Attached as Exhibit 23 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048094.

26.     Attached as Exhibit 24 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048095.

27.     Attached as Exhibit 25 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048096.

28.     Attached as Exhibit 26 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048098.

29.     Attached as Exhibit 27 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048099.

30.     Attached as Exhibit 28 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048100.

31.     Attached as Exhibit 29 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048101.

32.     Attached as Exhibit 30 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048105.

33.     Attached as Exhibit 31 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048106.

34.     Attached as Exhibit 32 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048107.

35.     Attached as Exhibit 33 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048108.

36.     Attached as Exhibit 34 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048109.

37.     Attached as Exhibit 35 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048110.

38.     Attached as Exhibit 36 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048111.

39.     Attached as Exhibit 37 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048112.

40.     Attached as Exhibit 38 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048113.

41.     Attached as Exhibit 39 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048114.

42.     Attached as Exhibit 40 to this Declaration is a true and correct copy of a document produced by State Defendants, bates numbered STATE-DEFENDANTS-00048116.

43.     I declare under penalty of the perjury laws of the State of Georgia and the United States that the foregoing is true and correct and that this declaration was executed this 1st day of September, 2020 in Alexandria, VA.

*/s/ David D. Cross*
David D. Cross

# EXHIBIT 1

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/10/2020 3:33:43 PM

Subject: Elections Complaint from █████████

Name: █████████
Phone: █████████
Address: █████████
City: East Point
State: GA
Zip Code: 30344
E-mail: █████████
Complaint Type: General Complaint
Election Date:
County: Fulton
City: East Point


Description of Complaint: The presidential candidates were not on my ballot. When I complained to
the polling agent, I was told I had voted some months previously and the machine "remembered" that
and give me a ballot without candidates' names. IS THAT CORRECT?
She also told me the last primary election was held in 02/20. I did not remember that, I do remember
voting at the East Point library some months previously, however.
My daughter lives in Sandy Springs, and she told me her ballot had a list of presidential candidates,
but Joe Biden name was absent on the ballot! She said she had to vote for Bernie Sanders, but was
confused because she thought he had dropped out the race. Please help to explain this irregularity.
Thanks,

# EXHIBIT 2

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/10/2020 6:10:24 PM

Subject: Elections Complaint from ▬▬▬▬▬

Name: ▬▬▬▬▬
Phone: ▬▬▬▬▬
Address: ▬▬▬▬▬
City: Alpharetta
State: GA
Zip Code: 30004
E-mail: ▬▬▬▬▬
Complaint Type: Touchscreen Concern
Election Date:
County: Fulton
City: Alpharetta

Description of Complaint: I had a bad experience voting at Wills Park Recreational Center on June 9, 2020. I arrived early to vote before the polling station opened. It appears that they were already having problems before the polling station opened as it opened about 10-15 minutes late. Once I got in to vote my voting machine did not work properly. I asked the poll worker for help and she told me it was working as it should. My machine would not put a checkmark next to my selection and this was after I hit the selection button twice as I was instructed. The poll worker told me that as long as it was highlighted that it should be ok. When I printed my ballot nothing was selected. So I had to re-register and vote again. They sent me back to the same station and it still didn't work. I finally asked to go to a different machine and it finally worked. What should have taken no more than 10-15 minutes took me close to an hour and I was about the 10th person in line to vote at a station with at least 5 machines. This was by far my worst voting experience. I'm logging this complaint in hopes that the next time the process will be more efficient and less frustrating.

Confidential

# EXHIBIT 3

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/11/2020 9:18:06 AM

Subject: Elections Complaint from █████████████

Name: ████████████
Phone: ████████████
Address: ████████████
City: Atlanta
State: GA
Zip Code: 30312
E-mail: ████████████
Complaint Type: Provisional Ballot Issue
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: I voted using a provisional ballot at a different precinct located at West
Hunter Street Baptist Church (04K, 04L), due to the voting machine malfunctions at my assigned
precinct Fanplex
(01D) . I do not have the link available to check my provisional ballot status.

STATE-DEFENDANTS-00048068

# EXHIBIT 4

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/11/2020 11:08:43 AM

Subject: Elections Complaint from █████████

Name: █████████
Phone: █████████
Address: █████████████
City: Atlanta
State: GA
Zip Code: 30306
E-mail: █████████
Complaint Type: Express Poll Concern
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: It took almost 5 hours to cast our ballots during the 2020 June primary election. My wife and I arrived at approximately 8:28AM on 6/9/2020. We entered the recreation center around 1:05PM and were able to cast ballots using the combination of touch screen, printer, and scanner by around 1:20PM. There appeared to be a total of 8 available screens at max capacity. Our line didn't move for roughly the first 1.5 hours in line.

STATE-DEFENDANTS-00048069

# EXHIBIT 5

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/11/2020 6:42:41 PM

Subject: Elections Complaint from ▮▮▮▮▮▮

Name: ▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮
Address: ▮▮▮▮▮▮
City: Villa Rica
State: Ga
Zip Code: 30180
E-mail: ▮▮▮▮▮▮
Complaint Type: Poll Worker Problem
Election Date:
County: Douglas
City: Villa Rica


Description of Complaint: My husband ▮▮▮▮▮▮ voted at 7am. He ask for a Democrat ballot so we could vote on some local Douglas county issues. When he put in his card the screen showed no presidential candidates. We knew there should be several because we brought our sample ballot with us. He raised his hand and ask the poll worker why and was told he had no idea. My husband called and told me. At 11:40 I voted, I ask for a democrat ballot and when I put in my card, there were no Presidential candidates. I ask for help and was told because Biden had been already chosen they were taken off the ballot. I ask to speak to a supervisor and was told he was not there. Neither of us were able to vote for a presidential candidate.

Confidential

# EXHIBIT 6

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/12/2020 2:36:15 PM

Subject: Elections Complaint from █████████

Name: ██████████████
Phone: ██████████
Address: ██████████████
City: Powder Springs
State: GA
Zip Code: 30127
E-mail: ██████████
Complaint Type: General Complaint
Election Date:
County: Cobb
City: Powder Springs

Description of Complaint: I voted in the primary on Tuesday, 06/09/2020 and selected a non-partisan as my party so that I could select the best candidate for the job. I was only allowed to vote for the judges in my county and that's it. I find that to be very disturbing that my vote truly did not count and I am angry that I was not given the opportunity to vote on the other election candidates for president, senate, sheriff, or register my preference on the numerous questions that were on the other ballot. Just because I am not a registered Republican or Democrat I was stifled from selecting the people I felt were most qualified to represent me and my county in the future. If I am a non-partisan voter I should be given ALL of the options because that is what makes me a non-partisan voter - I can choose Republican or Democrat or whomever I want in that position. I am sure I am not alone in my feelings on this matter and I want to know what is going to be done to fix this going forward?

No wonder everyone thinks that the voting is rigged. I never felt like it was until this week.

Thank you,

██████████████

Confidential

# EXHIBIT 7

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/13/2020 8:28:33 AM

Subject: Elections Complaint from ▮▮▮▮▮▮▮▮▮▮

Name: ▮▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮▮▮
City: Marietta
State: GA
Zip Code: 30066
E-mail: ▮▮▮▮▮▮
Complaint Type: General Complaint
Election Date:
County: Cobb
City: Marietta


Description of Complaint: When i inserted my card into the machine, the names of candidates popped up but I thought it wasn't right to not see their affiliated parties next to their names.
We, voters, should have the right to see whether the candidates are Democrats, Republicans, etc. It does not matter if I've researched candidates or not, that's no one's business. Ultimately, it's a great basic tool to have the knowledge at the last minute as one is at the poll. Voting isn't a test in high school in which I should have to remember the correct information for the questions given.

Also, the other issue I encountered was the problem with the printer.
Once I finished with my choices, the printer jammed with my ballot.
The poll worker eventually fixed the printer but before that he ended up rebooting my computer and several others.
I worried my vote wouldn't count. That's not a reassuring feeling.
Simple error but was it necessary to have a paper ballot? In this day and age, we should have a better computer system in place. My paper ballot could have been easily misplaced.
I also ended up spending much more time there than I anticipated because of a dumb paper jam. Not a smooth process at all.
I really hope things progress a lot better come November.

STATE-DEFENDANTS-00048072

# EXHIBIT 8

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/18/2020 3:52:08 PM

Subject: Elections Complaint from ▇▇▇▇▇▇

Name: ▇▇▇▇▇▇
Phone: ▇▇▇▇▇▇
Address: ▇▇▇▇▇▇▇▇▇▇
City: Atlanta
State: GA
Zip Code: 30309
E-mail: ▇▇▇▇▇▇
Complaint Type: General Complaint
Election Date:
County: Fulton
City: Atlanta

Description of Complaint: I never received the absentee ballot I applied for via email, so I cast my ballot at my polling location on June 9, 2020. The confusion of the poll workers, their lack of training, the lack of enough poll workers, technical issues with the machines, and other problems were shocking, alarming, and infuriating. Here are some of the issues I encountered:

1. The only reason I knew that I had to tell the poll worker that I did not receive the absentee ballot I requested via email, is because I heard a brief mention of it on WABE the night before. Once I told her, I had to sign an affidavit with a note that I requested an absentee ballot via email but did not receive it. Nowhere at the polling location was it communicated to voters that if they requested an absentee ballot but did not receive it, theyâ?Td have to explicitly state this when checking in. If people did not take this step, did their votes even count? Everyone I know who requested an absentee ballot via email did not receive it, so this affected a vast number of voters. It is utterly unacceptable if these votes did not count, and that this extra step was not communicated to voters in any way.

2. When I told the poll worker the circumstance above and she determined what to do, she had to do real-time training with the other workers who were checking in voters to explain to them how the handle this scenario, both of whom were previously completely unaware, had questions, and one of whom asked if they also need to "call the number" to report it "like the other ones" (no idea what he was referring to), to which the original worker replied "no". She used my affidavit as an example to show the other workers what to do. How is it possible that poll workers were not previously trained on how to handle this scenario, especially with so many voters attempting to vote absentee due to the pandemic? This lack of training and preparation is an enormous failure.

3. When casting my ballot, I could not get the screen to advance and record my vote for the first category (U.S. President). When I selected my choice, it would highlight it, and then when I hit "next" the screen would simply refresh and not show any candidate selection nor advance to the next category. When I asked for help, two poll workers assisted me separately, and both had me go back a screen and try again twice, and then had me take my card out and try starting over. None of the above worked and the second worker was about to seek further assistance when a passerby voter who had just cast her ballot heard me and said, "You have to double-tap the candidate to select, and double-tap when you want to advance to the next screen." This worked and I was able to cast my ballot. I was extremely alarmed that neither of the poll workers knew that that was all that was

STATE-DEFENDANTS-00048075

necessary to make the selections. Itâ?Ts unacceptable that there were no instructions explaining this anywhere on the screen or before advancing to the first ballot category.

4. I saw a man headed toward the exit with his ballot in hand (presumably thinking it was a copy for him to keep) and was about to leave until another voter told him he needed to cast his ballot into the scanner/ballot box, at which point he turned around and went back to do so. The two poll workers (yes, only two) were busy assisting other voters and therefore did not notice that the man was going to leave with his ballot in hand.

5. I witnessed a man who's voter card would not work three times each at multiple machines, at which point he was issued a new voter card, which also did not work. I was still in line waiting to vote when I first saw him, and he was still not able to vote by the time I left. I donâ?Tt know if he was ever able to cast his ballot.

6. One machine was already not working less than 1 hour into voting hours.

Please feel free to contact me with questions via phone or email. Despite the blame youâ?Tve chosen to place everywhere but on yourself, this is YOUR RESPONSIBILITY and the responsibility of your office. These issues need to be addressed immediately and aggressively. Take some ownership of your office and resolve these problems by November.

STATE-DEFENDANTS-00048076

# EXHIBIT 9

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 5/26/2020 5:36:50 PM

Subject: Elections Complaint from █████████████

Name: ████████████
Phone: ████████████
Address: ████████
City: Jonesboro
State: GA
Zip Code: 30236-3318
E-mail: █████████
Complaint Type: General Complaint
Election Date:
County: Clayton
City:


Description of Complaint: I DIDNOT GET TO VOTE ON ALL OF BALLOT. I DON'T BELEAVE THEY
LOADED ALL OF BALLOT. I DIDNOT GET TO VOTE ON SENATE RACE TO FILL THE SEAT OF
SENATOR ISAKSON. I TOLD THE STAFF BUT GOT NO HELP

Confidential

STATE-DEFENDANTS-00048078

# EXHIBIT 10

From:  ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To:  electionscomplaintselectionscomplaints@sos.ga.gov

Date:  6/2/2020 7:26:37 PM

Subject:  Elections Complaint from ▮▮▮▮▮▮▮▮

Name: ▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮▮▮▮
City: Lilburn
State: Georgia
Zip Code: 30047-4176
E-mail ▮▮▮▮▮▮▮▮
Complaint Type: Touchscreen Concern
Election Date:
County: Gwinnett
City: lawerenceville


Description of Complaint: Today my son went to vote and when he entered his ballet card the 2020
Presidential Primary. Had i not be there as a young voter he would have been voted incorrectly. My
concern is that if it could happen once it can happen again and if a person wasn't aware then it is a
wasted vote.

Please look in to how many cases of votes the error might impact

                                              STATE-DEFENDANTS-00048079

# EXHIBIT 11

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 8:28:45 AM

Subject: Elections Complaint from

Name:
Phone:
Address:
City: Atlanta
State: Georgia
Zip Code: 30318
E-mail:
Complaint Type: Provisional Ballot Issue
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: When voting using the new kiosks in person today, June 9, 2020, a
Presidential candidate option was not presented to me. It seems like every other candidate was an
option, but not the option to vote for that one.

Confidential

# EXHIBIT 12

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 9:11:08 AM

Subject: Elections Complaint from █████████████████

Name: ████████████████
Phone: ██████████████
Address: ████████████████
City: Fairburn
State: GA
Zip Code: 30213
E-mail: ████████████████
Complaint Type: Express Poll Concern
Election Date:
County: Fulton
City: Fairburn


Description of Complaint: I was the 12th person in line to vote and the precinct didnâ?Tt open until an hour later because NONE of the new voting machines were working. They did not have a passcode and no technician on site. At 8:30am, we demanded paper ballots. At 9:00am the machines are still down and no technician yet on site. This is unacceptable and a way to suppress the minority vote. Immediate action is required.

Confidential

# EXHIBIT 13

From:     ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To:       electionscomplaintselectionscomplaints@sos.ga.gov

Date:     6/9/2020 9:17:51 AM

Subject:  Elections Complaint from ▮▮▮▮▮▮

Name: ▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮
Address: ▮▮▮▮▮▮
City: Marietta
State: Georgia
Zip Code: 30066
E-mail: ▮▮▮▮▮▮
Complaint Type: General Complaint
Election Date:
County: Cobb
City:


Description of Complaint: Kelly Loefler and Doug Collins were not on our ballots. Why? It is my
understanding that they are running for US Senate in Georgia.

Confidential                                                      STATE-DEFENDANTS-00048083

# EXHIBIT 14

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 9:29:04 AM

Subject: Elections Complaint from

Name:
Phone:
Address:
City: West Point
State: GA
Zip Code: 31833
E-mail:
Complaint Type: General Complaint
Election Date:
County: Troup
City: West Point


Description of Complaint: There were multiple issues with my voting experience:

1) When I arrived at 7:06am to vote, the door was locked. I had to knock several times for someone to answer it. Then, the man who answered it only offered a very weak apology. He did not explain how it happened or offer any assurances that it wouldn't happen again.

2) At first, the tablet for the poll workers did not work, and it wasn't creating a voting card. Then, it created a card "successfully," which I tried on a voting machine. The voting machine popped up an error message that the RFID card was "unreadable," so I couldn't vote.

3) I went back to the poll worker, and she tried to create a new card. However, the tablet said I already voted, which I did not. So, she suggested a provisional ballot, which I did not complete because I had to leave for work. She suggested I come back after work. Moreover, I am registered voter, and my eligibility was confirmed by the tablet. I shouldn't have to complete a provisional ballot.

4) The poll workers tried contacting someone for help over the phone but the person never answered.


Overall, this was chaos and unacceptable. The workers should have been bettered trained, an IT person should have been onsite to help with technical issues. Also, I thought GA was using paper ballots. Why did I need an RFID card to vote?

STATE-DEFENDANTS-00048084

# EXHIBIT 15

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 11:15:14 AM

Subject: Elections Complaint from ▌

Name: ▌
Phone: ▌
Address: ▌
City: Atlanta
State: Georgia
Zip Code: 30318
E-mail: ▌
Complaint Type: General Complaint
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: My wife and I emailed our absentee ballot requests to Fulton County in April. No reply. We emailed again in May. No reply. Finally heard a suggestion to note this to our county commissioner via email, and then we finally got ballots and were able to drop them in a dropbox before the election day. Meanwhile, many of our friends never received absentee ballots.

Please do the best you can for November to allow absentee ballots due to COVID and to make sure each county is handling the process well.

Additionally, friends are waiting in long lines at polling stations in Fulton and DeKalb County because of machines breaking down. Please make sure polling stations are well-staffed and that the machines are functional. Ideally, they shouldn't be waiting multiple hours to vote (I have had friends who waited hours during early voting too).

Confidential

# EXHIBIT 16

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 11:25:42 AM

Subject: Elections Complaint from ▮▮▮▮▮▮▮▮

Name: ▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮
City: Covington
State: GA
Zip Code: 30016
E-mail: ▮▮▮▮▮▮
Complaint Type: Touchscreen Concern
Election Date:
County: Newton
City: Covington


Description of Complaint: I went to vote this morning at approximately 8 AM. I chose a Republican primary and was able to vote for local judges only. There were no options to vote for the local sheriff race or for any legislative seats. I brought this to the attention of the poll worker who was taking printed ballots and she just shrugged and said â?oit does that sometimes.â? I was aghast at her cavalier attitude. Other poll workers overheard the discussion and did nothing to intervene.

Confidential

# EXHIBIT 17

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 11:26:35 AM

Subject: Elections Complaint from ▓▓▓▓▓▓▓▓▓▓

Name: ▓▓▓▓▓▓▓▓▓
Phone: ▓▓▓▓▓▓▓
Address: ▓▓▓▓▓▓▓
City: Columbus
State: GA
Zip Code: 31909
E-mail: ▓▓▓▓▓▓
Complaint Type: General Complaint
Election Date:
County: Muscogee
City: Columbus


Description of Complaint: This was the absolute worst voting day. First, it was very unorganized.
There were markings on the floor for social distancing that were not followed. No one was there to
enforce it either! I arrived at 7:02 to vote but they didn't get started until 7:15 due to technical
difficulties. Only 7 of the 10 machines were working. The sign in process was extremely slow due to
the machines not working properly. 4 ID scanners but only 3 working. The setup was not conducive
for voting. Anyone could see your screen. Lastly, my ballot was incorrect. I didn't see anything on my
ballot regarding the SPLOST. Also, some candidates that I had planned on voting for were not even
on the ballot. The ballot had unfamiliar names of candidates that were not in my district. This was
awful!

Confidential

# EXHIBIT 18

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 12:54:49 PM

Subject: Elections Complaint from ▮▮▮▮▮▮

Name: ▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮
Address: ▮▮▮▮▮▮
City: Atlanta
State: Ga
Zip Code: 30306
E-mail: ▮▮▮▮▮▮
Complaint Type: General Complaint
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: Machines broken in morning followed by inability to print ballots. Iâ?Tve been in line for over 2 hours and canâ?Tt even see the building yet. The line is truly insane.

Central Park Rec Center. Merritt St.

Confidential

# EXHIBIT 19

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 12:56:51 PM

Subject: Elections Complaint from ▮▮▮▮▮▮

Name: ▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮
Address: ▮▮▮▮▮▮
City: Atlanta
State: GA
Zip Code: 30306
E-mail: ▮▮▮▮▮▮
Complaint Type: General Complaint
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: Never received my absentee ballot, only confirmation by email that my request was received.

Arrived at 7:30 am to Inman Middle School. Machines were broken. Did not finish voting until 10:30 am (3 hours later). I was lucky to be able to get emergency childcare so I could continue waiting. For others less lucky or who have jobs to go to, this would effectively have been disenfranchisement of their right to vote.

Confidential

# EXHIBIT 20

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 3:59:25 PM

Subject: Elections Complaint from ████████

---

Name: ████████
Phone: ████████
Address: ████████
City: MARIETTA
State: GA
Zip Code: 30066
E-mail: ████████
Complaint Type: Provisional Ballot Issue
Election Date:
County: Cobb
City:


Description of Complaint: I went to vote and upon trying to receive the green voter card, it "jammed" and they couldn't issue it to me. They tried again and it said "already voted." I had to fill out a provisional ballot.

STATE-DEFENDANTS-00048091

# EXHIBIT 21

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 4:21:37 PM

Subject: Elections Complaint from ▮▮▮▮▮▮▮▮

Name: ▮▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮
City: UNION CITY
State: GA
Zip Code: 30291
E-mail ▮▮▮▮▮▮▮
Complaint Type: Identification Concern
Election Date:
County: Fulton
City: Union city


Description of Complaint: I feel that there were some ballot issues. There were candidates listed on the ballot that are no longer in the race for president.: Bernie Sanders, Elizabeth Warren, Kamala Harris, Mike Bloomberg and more. There were over 10 candidates listed

STATE-DEFENDANTS-00048092

# EXHIBIT 22

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 4:44:54 PM

Subject: Elections Complaint from █████████

Name: ████████
Phone: █████████
Address: █████████████
City: Duluth
State: GA
Zip Code: 30097
E-mail: ████████
Complaint Type: Provisional Ballot Issue
Election Date:
County: Gwinnett
City: Duluth


Description of Complaint: My provisional ballot did not have the candidates for President listed or the category even listed

STATE-DEFENDANTS-00048093

# EXHIBIT 23

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 4:46:02 PM

Subject: Elections Complaint from ▮▮▮▮▮▮▮▮

Name: ▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮▮▮▮▮
City: ATLANTA
State: GA
Zip Code: 30308
E-mail: ▮▮▮▮▮▮▮▮
Complaint Type: Turned Away at the Poll
Election Date:
County: Fulton
City:

Description of Complaint: I was denied my right to vote. Emailed request for absentee ballot on 5/4 /2020. Request was "received" on 6/2/2020. I have not received absentee ballot. I went to poll at 6:30am. Got in the door at 7:25am and was told that I had requested an absentee ballot and that they did not have the "supervisor password" to override the system. I waited until 9:30am and they still did not have the "supervisor password". I requested a provisional ballot. I was told that I could not have a provisional ballot because I had requested an absentee ballot which they could not override since they did not have the "supervisor password".

Confidential

# EXHIBIT 24

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 4:55:03 PM

Subject: Elections Complaint from ██████████████

Name: ████████████
Phone: ████████████
Address: ████████████████████
City: Atlanta
State: GA
Zip Code: 30308
E-mail: ████████████
Complaint Type: General Complaint
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: Requested absentee ballot on 4/11/20 and never received it. Got in line at 6:30am and was approximately the 30th voter in line. Voting machines werenâ?Tt working when polls opened at 7am. Didnâ?Tt get to vote until 9:30am. Poll workers seemed clueless as to how to fix voting machine issues. Voters wrapped around the block waiting in the heat, humidity, and rain. Unacceptable!

Confidential

STATE-DEFENDANTS-00048095

# EXHIBIT 25

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 5:09:46 PM

Subject: Elections Complaint from ▮▮▮▮▮▮▮▮▮▮

Name: ▮▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮
City: Powder Springs
State: GA
Zip Code: 30127
E-mail: ▮▮▮▮▮▮▮
Complaint Type: Provisional Ballot Issue
Election Date:
County: Cobb
City: Powder Springs


Description of Complaint: Arrived at precinct 6:15 am; 4th in line

At 7:30 am, no voters had been allowed to begin the process & poll workers had made no announcement as to the reason for delay. The line in the parking lot was wrapped around the building at this point.

After proactively questioning poll workers, learned machines not working & they were 'rebooting' computers.

Placed a call to Cobb County Board of Elections & Registration @7:50 am to notify them our machines were not working at the precinct. The office was unaware of the problem.

Other voters asked for provisional ballots & were advised they were not available until the end of the day. Some voters started leaving because of the inability of poll workers to provide any time frames for voting or access to provisional ballots.

A Sheriff came to the precinct & shared the problem was state wide & due to programming, NOT poll worker error.
He very professionally shared updates with the voters waiting outside & walked all the lines to share reasons for the delay.

Finally provided a provisional ballot at 9:15 am after my passport i.d. was input manually but the computer did not 'read' the card. My Ballot was successfully scanned after turning in the provisional ballot.

In closing, I am 66 years old & cannot believe a nation that successfully sent astronauts to the moon in the 60's, continues to fail citizens in the most basic tenent of
a democracy. Georgia has dozens of excellent universities with thought leaders, engineers, cyber specialists, mathematicians, and policy gurus---we have no excuse for ignoring their talent and continuing to make a mockery of the right to vote. Georgia is way overdue to step up & perform competently.

As a senior, my health, physical access, and mobility should NEVER be adverse factors in my ability

STATE-DEFENDANTS-00048096

to vote.
It is projected that one fifth of the population will be seniors in a few years & we must not be excluded from our Constitutional right to vote through sheer callousness & narrow thinking.

Confidential

# EXHIBIT 26

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 5:38:10 PM

Subject: Elections Complaint from █████████

Name: █████████
Phone: █████████
Address: █████████
City: Atlanta
State: GA
Zip Code: 30306
E-mail: █████████
Complaint Type: Poll Worker Problem
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: Took 3.5 Hours to vote. That is not acceptable. There were only three volunteers working to process voters and most voters had to be processed twice since the green ballot cards were not working. Invest in a better voting structure!!!

STATE-DEFENDANTS-00048098

# EXHIBIT 27

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 5:50:09 PM

Subject: Elections Complaint from ▓▓▓▓▓▓

Name: ▓▓▓▓▓▓
Phone: ▓▓▓▓▓▓
Address: ▓▓▓▓▓▓
City: Atlanta
State: GA
Zip Code: 30314
E-mail: ▓▓▓▓▓▓
Complaint Type: General Complaint
Election Date:
County: Fulton
City: Atlanta


Description of Complaint: I arrived at the polls at 7:05AM, five minutes after opening.
The line was already wrapped around the parking lot when I jumped in. Usually my voting location is
assigned as Grady High School, but the location was moved due to COVID-19. After 3 hours of
waiting, we were informed that there was a separate line for Grady High School voters.

Once the lines were separated at 10AM is when I approached the entrance to the building.
The two lines were only for registration, not for the voting machine. I waited in line to register for
another 20 minutes before signing in and receiving a green card to vote - I was then put at the end of
the voting line.

At this point, there are four separate lines - Park Tavern sign in, Grady high sign in, Park Tavern
voting line, and Grady High Voting line. Four lines in a very cramped and crowded building with
doorways only 3 feet wide (not great conditions for social distancing).

Once I neared the front of the voting line, after another 30 minutes, I noticed the poll workers
switching out malfunctioning machines to charge so only two or three machines were available for
use per line even though there were several present.

I cast my ballot at 11:06AM

In all, it took me 4 hours from the time I stepped foot in line until the time my ballot was cast.

STATE-DEFENDANTS-00048099

# EXHIBIT 28

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 5:55:08 PM

Subject: Elections Complaint from ▇▇▇▇▇▇▇

Name: ▇▇▇▇▇▇▇
Phone: ▇▇▇▇▇
Address: ▇▇▇▇▇▇▇
City: Suwanee
State: GA
Zip Code: 30244
E-mail: ▇▇▇▇▇
Complaint Type: Provisional Ballot Issue
Election Date:
County: Gwinnett
City: Suwanee

Description of Complaint: I had filled out an absentee ballot that I decided not to mail in or drop in a drop box, so I brought it to my precinct. It was collected and cancelled by a poll worker so that I could vote in person.I was given a green card to take to the voting machine. When I inserted the card, no ballot came up, just a message that said the card was not valid. I returned to the line and explained that my card did not work in the machine. I had witnessed this happen to two other voters while I was there and they were given new cards, returned to the voting machine and cast their votes. When the poll worker attempted to give me a new card, she received a message that told her I had already voted. A phone call was then made to ask for guidance. I was told to fill out a provisional ballot, which I did. Since I was the first person in my precinct to submit a provisional ballot, I verified that no other ballots were in the container for holding such ballots and signed a statement saying so. I placed my ballot in the slot and the poll worker closed the lid over the ballot box, at which point he was supposed to lock the box. There was just one problem -- there was no lock for the box. I was asked, "Are you cool with just putting it in here like this?" I said, "I suppose so, since there appears there is no other way to submit my vote. This was the very thing I was hoping to avoid by going to my polling place. I did not want to merely leave my ballot in a box that could potentially be tampered with -- although, I must say, I felt better about leaving it at my precinct than in a box at the park. To summarize, the whole experience left me feeling a little uneasy about the whole process with the new equipment that was being used for the first time. The poll workers were as confused as I was as to why some of the cards were not working, and mine, in particular, stating that I had voted already when my absentee ballot was confirmed cancelled. Luckily, I had no where to be at the time, or it would have been doubly frustrating, as the whole process to cast my vote took about 45 minutes at a precinct with no line. Most unsettling, though, was the fact that the system showed I had voted, when I had not and the lack of security in finally submitting my ballot to an unlocked box. This IS NOT ACCEPTABLE. It is imperative that these problems be fixed prior to November.

# EXHIBIT 29

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 6:16:36 PM

Subject: Elections Complaint from ███████████

Name: ███████████
Phone: ███████████
Address: ███████████
City: Guyton
State: Georgia
Zip Code: 31312
E-mail: ███████████
Complaint Type: General Complaint
Election Date:
County: Effingham
City: Guyton


Description of Complaint: I voted bipartisan. My husband voted Republican. Why weren't all the choices listed on the bipartisan ticket. Calling something bipartisan and then leaving out information is very misleading. I am really disappointed. This needs to be clarified that bipartisan does not in fact exist on that ballot.

Confidential

# EXHIBIT 30

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 9:26:22 PM

Subject: Elections Complaint from

Name:
Phone:
Address:
City: Fairburn
State: GA
Zip Code: 30213
E-mail
Complaint Type: General Complaint
Election Date:
County: Fulton
City: Fairburn


Description of Complaint: This was the worst polling experience I've ever had.. I had to 6 hours to cast my vote 1st of all I applied for absentee ballots and we only got them for 2 of the 4 people who stay in our house and I did request. The lines was so long the machines was not working properly, how could you have 18 machines and only 8 working,this is unacceptable, this is my family 1st year in this district we brought our 1st home in a new subdivision in Fairburn,
I moved from southwest Atlanta were i was always able to walk in vote and out in under 10 minutes, we was so appalled at how this site with horrible machines was done, you all have to do better for our people down here, so many voters left because the wait was so long, but I did vote after 5 1/2 hrs and my feets became swollen from standing on them for so long, I just couldn't believe it , we stood in 1 spot for 1hr 22 minutes without moving 1 step, please do better for the presidency election it's so important.

Confidential

# EXHIBIT 31

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 9:32:17 PM

Subject: Elections Complaint from ▮▮▮▮▮▮

Name: ▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮
Address: ▮▮▮▮▮▮
City: Macon
State: GA
Zip Code: 31217
E-mail: ▮▮▮▮▮▮
Complaint Type: General Complaint
Election Date:
County: Bibb
City: Macon


Description of Complaint: I was in line to vote at 7:00 am. I did not get to vote until 8:00 am. The machines were down and we had to fill out a paper emergency ballot. There was a technician who could not get the green voter cards to work in the voting machines. They were still not working when I left. Also, I was not provided with a Georgia Presidential Primary Ballot, therefore, I didnâ?Tt not get to place my vote.

Thank you

Confidential

# EXHIBIT 32

From:  ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To:  electionscomplaintselectionscomplaints@sos.ga.gov

Date:  6/9/2020 9:33:20 PM

Subject:  Elections Complaint from █████████

Name: █████████
Phone: █████████
Address: █████████
City: Ellenwood
State: GA
Zip Code: 30294
E-mail █████████
Complaint Type: Touchscreen Concern
Election Date:
County: DeKalb
City: Lithonia


Description of Complaint: Poll workers not fully trained (familiar) or not enough time taken to train about any technical issues that could arise. I was at polling site (Solid Rock Church) at 6:50 am. We had to wait for someone to come because they were having issues with the machines and could not get them to work. The machines not up and running until 9:00am. The machines touch screen also did NOT work as it should. I had to double tap machine with firmness before check would appear as well as double tap with firmness to go to the next screen

Confidential

# EXHIBIT 33

From:  ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To:  electionscomplaintselectionscomplaints@sos.ga.gov

Date:  6/9/2020 10:18:06 PM

Subject:  Elections Complaint from █████████

Name: █████████
Phone: █████████
Address: █████████
City: Duluth
State: GA
Zip Code: 30097
E-mail: █████████
Complaint Type: Express Poll Concern
Election Date:
County: Gwinnett
City: Duluth


Description of Complaint: I chose a Democratic ballot, and the presidential primary was not included in my ballot.

Confidential

# EXHIBIT 34

From:    ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To:      electionscomplaintselectionscomplaints@sos.ga.gov

Date:    6/9/2020 10:51:07 PM

Subject: Elections Complaint from ▆▆▆▆▆▆▆▆

Name: ▆▆▆▆▆▆▆▆
Phone: ▆▆▆▆▆▆
Address: ▆▆▆▆
City: Eastman
State: GEORGIA
Zip Code: 31023
E-mail: ▆▆▆▆▆▆▆▆▆▆
Complaint Type: General Complaint
Election Date:
County: Dodge
City: Eastman


Description of Complaint: There was no privacy at the voter booth, people were able to see everything, person at the ballot box was clearly reading votes,touchscreens werenâ?Tt cleaned between uses, and I was unable to change a selection after clicking the wrong option so I was forced to vote for the wrong candidate.

Confidential

# EXHIBIT 35

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 11:23:00 PM

Subject: Elections Complaint from ▮▮▮▮▮▮

Name: ▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮
Address: ▮▮▮▮▮▮
City: Lawrenceville
State: GA
Zip Code: 30044
E-mail: ▮▮▮▮▮▮
Complaint Type: General Complaint
Election Date:
County: Gwinnett
City: Lawrenceville

Description of Complaint: Went in to vote. New Iâ?Td registration machine. Worker told me to select my party and then select non-partisan. Gave me my drivers license back and they had a machine waiting. I placed my card into machine, got my ballot. I had to read twice as I was kind of wondering where the senators and presidential candidates were. All I had was candidates running for judicial positions and other leadership roles. I was thinking that perhaps there was another page but my next step was to submit ballot.

So after I finished I asked why I didnâ?Tt have any presidential or senate candidates on my ballot and I was told I voted in March so I only was voting for what was current. For the life of me I donâ?Tt recall voting in March. We started Covid stay at home and I wasnâ?Tt going out. So m scratching my head on this one.

I pondered on this all day as when my husband got home he explained to me that his ballot carried all the candidates that were no longer even candidates.

My sister who voted at another precinct in Lawrenceville had something even different!

We live and breathe politics daily so we are aware of the issues, opportunities and challenges. What we donâ?Tt understand is how we all have different ballots and I wasnâ?Tt even allowed to vote for cabinet candidates!

STATE-DEFENDANTS-00048110

# EXHIBIT 36

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/9/2020 11:41:34 PM

Subject: Elections Complaint from

Name:
Phone:
Address:
City: Woodstock
State: GA
Zip Code: 30189
E-mail:
Complaint Type: Touchscreen Concern
Election Date:
County: Cherokee
City: Woodstock

Description of Complaint: My wife and I voted today and she selected her ballot without issue, which we both were going to submit. After I submitted my ballot, I realized that I did not have the ability to vite for President or any other State representatives.. My ballot was limited to County incumbents. I asked the Pole workers why my ballot was missing candidatss and they apologized for not confirming that I selected the correct part y or ballot and advised that this had happened several times today. It is frustrating and also suspicious that this would occur and that I could not amend my ballot or at least add to it as the ballot I submitted did bot have all the candidates listed.

I would like to speak with someone regarding this and expect a response.

Confidential                    STATE-DEFENDANTS-00048111

# EXHIBIT 37

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/10/2020 8:29:29 AM

Subject: Elections Complaint from █████████

Name: ████████
Phone: ██████████
Address: █████████████
City: Sylvan Lake
State: MI
Zip Code: 48320
E-mail█████████
Complaint Type: General Complaint
Election Date:
County: Appling
City:

Description of Complaint: It's very disheartening to see the intentional level of voter suppression in your state. The blood is on your hands and you wonder why people are protesting in the street, its because of people like yourself who protect their interests rather than that of the people. We should all have the right and freedom to cast a ballot, the problem is supremacists and institutionalized systems such as state government cheat to relinquish the voice of the people to stay in power. Shame on you for what you've allowed to take place 7-8 hour waits, broken machines, decreased polling locations. Shame on you! You've only placed yourself on the list for national scrutiny. Now, we're coming for your position, the governor and the elections commission. You all need to be FIRED for total dereliction of duty!!! You've only empowered us to come out stronger. Thank you!!!

Confidential

# EXHIBIT 38

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/10/2020 8:46:02 AM

Subject: Elections Complaint from ▮▮▮▮▮▮▮▮

Name: ▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮▮
City: Roswell
State: GA
Zip Code: 30076
E-mail: ▮▮▮▮▮▮▮▮
Complaint Type: Touchscreen Concern
Election Date:
County: Fulton
City: Roswell


Description of Complaint: I'd like to complain about the new touchscreen machines and the set up of these machines at Precinct RW17 (Esther Jackson Elementary) in Fulton County.
Upon entering the building, I immediately noticed a woman voting - as in, I could see her entire screen, what ballot she had, who she was voting for, etc. There was absolutely no privacy. The Precinct was set up to where voting machines were facing all 4 walls of the building.
Also, I am 5'4". The screens were placed so high up that I was having to reach well over my head to make my selection. Further diminishing any privacy to vote.
Third, once I got to the voting machine, it became blatantly obvious that the instructions were not vetted. My screen popped up with some random screen (which was not mentioned anywhere on the posted directions sign), and I had to raise my hand to get help from a poll worker in order to actually see the ballot to vote.
Fourth, in order to make my selection, I had to tap on my candidate of choice twice. Once didn't do anything. Then I had to tap the "Next" button at the bottom of the screen twice in order to make my next candidate selection. Ultimately, it took 4 taps to vote for my candidate of choice, a move that only took 1 tap under the old machines.
Finally, after I had printed my ballot, I went to scan it in. But the scanner was broken. So my ballot was placed in a hole on the side of the box, and I was informed this was the "emergency back-up option." I have no idea if my vote was ever counted.
I believe Fulton County needs further education on how to set up their machines in order to allow voters to vote securely, privately, and without having to stand on their tiptoes to make a selection. I also believe the machines need to be looked at as it shouldn't take 4 taps on the screen in order to vote for 1 candidate.

# EXHIBIT 39

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/10/2020 9:18:23 AM

Subject: Elections Complaint from 

Name: ▮
Phone: ▮
Address: ▮
City: Atlanta
State: Ga
Zip Code: 30312
E-mail: ▮
Complaint Type: General Complaint
Election Date:
County: Fulton
City: Atl


Description of Complaint: Long lines , voting machines not working. Absentee ballots never sent. How incompetent can your dept be? No excuses! Fix it!

Confidential

# EXHIBIT 40

From: ElectionsComplaintAlerts@sos.ga.gov <ElectionsComplaintAlerts@sos.ga.gov>

To: electionscomplaintselectionscomplaints@sos.ga.gov

Date: 6/10/2020 1:21:57 PM

Subject: Elections Complaint from ██████████

Name: ██████████
Phone: ██████████
Address: ████████████████
City: Dunwoody
State: GA
Zip Code: 30338
E-mail: ████████████
Complaint Type: General Complaint
Election Date:
County: DeKalb
City: Dunwoody

Description of Complaint: I voted in person on 6/9/2020 and just realized that the name of the presidential candidate for the Democratic ballot was not on my ballot. I did not get to vote for my preferred candidate because the name was not on my ballot. It is horrible that this happened and someone needs to be help responsible.

Confidential