IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>    *Plaintiffs,*<br><br>    v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' NOTICE OF FILING
EXHIBITS FROM SEPTEMBER 10, 2020 HEARING
ON MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to the Court's directive to counsel, the State Defendants submit this list of exhibits proffered during the September 10, 2020 Hearing on Plaintiffs' Fourth Motions for Preliminary Injunction. State Defendants are attaching copies of the exhibits themselves hereto.

1. State Defendants' Exhibit 1 – "Florida Recounts Senate Votes Yet Again," New York Times.

2. State Defendants' Exhibit 2 – Auditing Indian Elections, Stark, et al.

3. State Defendants' Exhibit 3 – Email produced in discovery with Bates label CURLING-0010015.

1

4. State Defendants' Exhibit 4 – Memorandum Regarding Scanner Threshold Settings, STATE-DEFENDANTS-00023540.

Respectfully submitted this 10th day of September 2020.

/s/ Carey A. Miller
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250


Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP

1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' NOTICE OF FILING EXHIBITS FROM SEPTEMBER 10, 2020 HEARING ON MOTION FOR PRELIMINARY INJUNCTION** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Carey A. Miller*
Carey A. Miller