# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |
|---|---|

## PLAINTIFFS' JOINT WITNESS LIST & EXHIBIT LIST
## FOR PRELIMINARY INJUNCTION HEARING

**Anticipated Witness Order for September 11, 2020[1]**

| Witness | Estimated Examination Time |
|---|---|
| Dr. Juan Gilbert<br><br>*Chair, Department of Computer & Information Science, Herbert Wertheim College of Engineering, Gainesville, Florida* | <u>Cross</u>: 15-20 minutes |
| Vincent Liu<br><br>*CEO of cyber security consulting firm, Bishop Fox* | <u>Direct</u>: 10-15 minutes |

---

[1] Witnesses Harvey, Cobb, and Adida are listed in the order Plaintiffs understand State Defendants intend to present them since Plaintiffs have deferred their examinations to State Defendants' presentation. Hamilton is listed as State Defendants' last witness so that any legitimate confidentiality issues can be addressed in conjunction with the Halderman and Skoglund examinations at the end of the day.

| Witness | Estimated Examination Time |
|---|---|
| Dr. Eric Coomer<br>*Director of Product Strategy & Security for Dominion Voting Systems* | <u>Direct/Cross</u>: 20-25 minutes |
| Richard Barron<br>*Director, Registration and Elections, Fulton County, Georgia* | <u>Cross</u>: 10-15 minutes |
| Chris Harvey<br>*Elections Director, Secretary of State for the State of Georgia* | <u>Cross</u>: 20-25 minutes |
| Jack Cobb<br>*Laboratory Director for Pro V&V* | <u>Cross</u>: 10-15 minutes |
| Dr. Benjamin Adida<br>*Co-founder and Executive Director of VotingWorks* | <u>Cross</u>: 10-15 minutes |
| David Hamilton<br>*Chief Information Security Officer (CISO) for the Office of the Georgia Secretary of State* | **==Potential Confidentiality Claims==**<br><u>Cross</u>: 10-15 minutes |
| Dr. Alex Halderman<br>*Professor of Computer Science and Engineering at the University of Michigan* | **==Potential Confidentiality Claims==**<br><u>Direct</u>: 25-35 minutes |
| Kevin Skoglund<br>*Digital Security Consultant* | **==Potential Confidentiality Claims==**<br><u>Direct</u>: 10-15 minutes |

Plaintiffs reserve the right to call any additional witnesses, as appropriate, within the time allotted.

2

ny-1985617

**Plaintiffs Exhibits Introduced September 10, 2020**

| Exhibit No. | Description | Admitted? |
|---|---|---|
| PD16 | Stark Demonstrative: Georgia Attorney General Contest, 2018 | Not Tendered for Admission |
| PX04 | Fulton games | Yes |
| PX05 | Cherokee Xbox games | Yes |
| PX06 | Application log gap | Yes |
| PX07 | Uncounted ICC ballots (Excerpt of Dkt. No. 809-5, Marks Declaration) | Yes |
| PX07.1 | Fulton County ballot examples | Yes |
| PX12 | Ballot 28 different results | Yes |
| PX13 | Adjudicated image 11.59.32 | Yes |
| PX17 | Blank Ballot Dufort | Yes |

Respectfully submitted this 10th day of September, 2020.

 /s/ David D. Cross
David D. Cross (*pro hac vice*)
John P. Carlin (*pro hac vice*)
Lyle P. Hedgecock (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
(202) 887-1500

 /s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
(404) 888-9700

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*


/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

/s/ Robert A. McGuire, III
Robert A. McGuire, III
Admitted Pro Hac Vice
  (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Counsel for Coalition for Good Governance*


/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,*

4

ny-1985617

5

*Ricardo Davis & Megan Missett*

*/s/ John Powers*
John Powers
David Brody
Lawyers' Committee for Civil Rights
Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8300

*Counsel for Coalition Plaintiffs*

ny-1985617

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** **Plaintiffs,** v. **BRAD RAFFENSPERGER, ET AL.,** **Defendants.** | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ David D. Cross*
David D. Cross

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER , ET AL.,** <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, a copy of the foregoing **PLAINTIFFS' JOINT WITNESS LIST AND EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

<div style="text-align: right;">

*/s/ David D. Cross*
David D. Cross

</div>