# Georgia Attorney General Contest, 2018

Official results:

```
CHRIS CARR (I) (REP)    51.30%   1,981,563
CHARLIE BAILEY (DEM)    48.70%   1,880,807
```

margin: 2.6%
ballots cast: 3,949,905
votes cast in Fulton County: 415,524

| voting method | detection rate[1] | hack rate[2] | do-over rate[3] | Fulton share[4] |
|---|---|---|---|---|
| all BMD | 6.6% | 0.014 | <0.001 | 374 |
|  | 20% | 0.016 | 0.003 | 1325 |
|  | 76% | 0.053 | 0.040 | 16,782 |
| 50% BMD | 6.6% | 0.027 | 0.002 | 374 |
|  | 20% | 0.032 | 0.006 | 1325 |
|  | 76% | 0.106 | 0.081 | 16,782 |
| 5% BMD | 6.6% | 0.273 | 0.018 | 374 |
|  | 20% | 0.319 | 0.064 | 1325 |
|  | 76% | 1 | 0.808 | 16,782 |

smaller margin –> smaller rates

smaller contest –> smaller rates

more undervotes –> smaller rates

```
for b in [1, 2, 20]:
    cc = 1981563
    cb = 1880807
    bb = 3949905
    fv = 415524

    M = ((cc-cb)/2)/(bb/b)
    for r in [.066, .2, .76]:
        N = M/(1-r)
        print(b, r, N, N*r, N*r*fv/b)
```

---

[1] Rate at which voters who use BMDs notice printout errors and request a new chance to mark a ballot.

[2] Error rate in BMD printouts sufficient to change the reported winner.

[3] Among voters who use BMDs, the fraction who request a fresh chance to mark a ballot.

[4] If the errors were spread evenly across counties, the number of do-over requests in Fulton County.

PLAINTIFF DEMONSTRATIVE EXHIBIT
**16**
1:17-cv-02989