

PLAINTIFF EXHIBIT

**4**

1:17-cv-02989

Plaintiff Exhibit 4    p. 1 of 2



Plaintiff Exhibit 4    p. 2 of 2