



PLAINTIFF EXHIBIT

**5**

1:17-cv-02989

Plaintiff Exhibit 5    p. 1 of 2

