

# FULTON COUNTY
858-09K

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL DEMOCRATIC PARTY PRIMARY AND NONPARTISAN GENERAL ELECTION RUNOFF BALLOT OF THE STATE OF GEORGIA
### AUGUST 11, 2020

To vote, blacken the Oval (●) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (●) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (●). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(a) and 21-2-383(a)]*

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

○ Paul Howard
(Incumbent)

☑ Fani Willis

**For Sheriff**
(Vote for One)

☑ Theodore "Ted" Jackson
(Incumbent)

○ Patrick "Pat" Labat

**NONPARTISAN GENERAL ELECTION RUNOFF**

**For Judge, Superior Court of the Atlanta Judicial Circuit**
(To Succeed Constance C. Russell)
(Vote for One)

○ Melynee Leftridge Harris

○ Tamika Hrobowski-Houston

PLAINTIFF EXHIBIT
**7**
1:17-cv-02989

# Ex. 3



05150_00001_000002.tif scanned at: 11:38:44 on 08/04/20.

Scanned on: ICC   Tabulator: 5150   Batch: 1
Poll ID:   739   Ballot ID: 445

DEM - District Attorney - Atlanta
   Fani Willis
DEM - Sheriff
   BLANK CONTEST
Superior Court - Atlanta - Russell
   BLANK CONTEST

# FULTON COUNTY
877-11N

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL DEMOCRATIC PARTY PRIMARY AND NONPARTISAN GENERAL ELECTION RUNOFF BALLOT OF THE STATE OF GEORGIA
### AUGUST 11, 2020

To vote, blacken the Oval (●) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (●) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (●). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

○ Paul Howard
(Incumbent)

⊘ Fani Willis

**For Sheriff**
(Vote for One)

○ Theodore "Ted" Jackson
(Incumbent)

⊘ Patrick "Pat" Labat

**NONPARTISAN GENERAL ELECTION RUNOFF**

**For Judge, Superior Court of the Atlanta Judicial Circuit**
(To Succeed Constance C. Russell)
(Vote for One)

⊘ Melynee Leftridge Harris

○ Tamika Hrobowski-Houston

05150_00003_000029.tif scanned at: 12:58:26 on 08/04/20.

Scanned on: ICC   Tabulator: 5150   Batch: 3
Poll ID:   625   Ballot ID: 472

DEM - District Attorney - Atlanta
   BLANK CONTEST
DEM - Sheriff
   Patrick "Pat" Labat
Superior Court - Atlanta - Russell
   BLANK CONTEST

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
531-12S

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL DEMOCRATIC PARTY PRIMARY AND NONPARTISAN GENERAL ELECTION RUNOFF BALLOT OF THE STATE OF GEORGIA
### AUGUST 11, 2020

To vote, blacken the Oval (●) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (●) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (●). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

○ Paul Howard
(Incumbent)

✓ Fani Willis

**For Sheriff**
(Vote for One)

✓ Theodore "Ted" Jackson
(Incumbent)

○ Patrick "Pat" Labat

**NONPARTISAN GENERAL ELECTION RUNOFF**

**For Judge, Superior Court of the Atlanta Judicial Circuit**
(To Succeed Constance C. Russell)
(Vote for One)

✓ Melynee Leftridge Harris

○ Tamika Hrobowski-Houston

05150_00006_000002.tif scanned at: 13:46:05 on 08/04/20.

Scanned on: ICC   Tabulator: 5150   Batch:  6
Poll ID:   302   Ballot ID: 488

DEM - District Attorney - Atlanta
  BLANK CONTEST
DEM - Sheriff
  Theodore "Ted" Jackson (I)
Superior Court - Atlanta - Russell
  BLANK CONTEST



# FULTON COUNTY
813-01J

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL DEMOCRATIC PARTY PRIMARY AND NONPARTISAN GENERAL ELECTION RUNOFF BALLOT OF THE STATE OF GEORGIA
### AUGUST 11, 2020

To vote, blacken the Oval (●) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (●) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (●). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(e)]*

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

◉ Paul Howard
(Incumbent)

○ Fani Willis

**For Sheriff**
(Vote for One)

◉ Theodore "Ted" Jackson
(Incumbent)

○ Patrick "Pat" Labat

**NONPARTISAN GENERAL ELECTION RUNOFF**

**For Judge, Superior Court of the Atlanta Judicial Circuit**
(To Succeed Constance C. Russell)
(Vote for One)

◉ Melynee Leftridge Harris

○ Tamika Hrobowski-Houston



05150_00004_000035.tif scanned at: 13:28:59 on 08/04/20.

Scanned on: ICC   Tabulator: 5150   Batch:  4
Poll ID:    75   Ballot ID: 339

DEM - District Attorney - Atlanta
   Paul Howard (I)
DEM - Sheriff
   BLANK CONTEST
Superior Court - Atlanta - Russell
   Melynee Leftridge Harris