HARD

## FULTON COUNTY
767-FA01A

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

OFFICIAL DEMOCRATIC PARTY PRIMARY AND
NONPARTISAN GENERAL ELECTION RUNOFF BALLOT
OF THE STATE OF GEORGIA
AUGUST 11, 2020

To vote, blacken the Oval (●) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (●) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (●). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope and mail, then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law."

**For State Representative**
**In the General Assembly From**
**65th District**
(Vote for One)

Sharon Beasley-Teague
(Incumbent)

Mandisha A. Thomas

**For District Attorney of the**
**Atlanta Judicial Circuit**
(Vote for One)

Paul Howard
(Incumbent)

Fani Willis

**For Sheriff**
(Vote for One)

Theodore "Ted" Jackson
(Incumbent)

Patrick "Pat" Labat

**NONPARTISAN**
**GENERAL ELECTION**
**RUNOFF**

**For Judge, Superior Court of the**
**Atlanta Judicial Circuit**
(To Succeed Constance C. Russell)
(Vote for One)

Melynee Leftridge Harris

Tamika Hrobowski-Houston

**For Member, Fulton County**
**School Board District 4**
(Vote for One)

Franchesca Warren

Sandra C. Wright

---

Scanned on: ICP    Tabulator: 718
Poll ID:    757    Ballot ID:  696

DEM - State House Dist 65
    BLANK CONTEST
DEM - District Attorney - Atlanta
    BLANK CONTEST
DEM - Sheriff
    BLANK CONTEST
Superior Court - Atlanta - Russell
    BLANK CONTEST
School Board Dist 4
    BLANK CONTEST


PLAINTIFF EXHIBIT
7
1:17-cv-02989




```
Scanned on: ICP        Tabulator: 718
Poll ID:    757        Ballot ID: 696

DEM - State House Dist 65
    BLANK CONTEST
DEM - District Attorney - Atlanta
    BLANK CONTEST
DEM - Sheriff
    BLANK CONTEST
Superior Court - Atlanta - Russell
    BLANK CONTEST
School Board Dist 4
    BLANK CONTEST
```




Scanned on: ICP   Tabulator: 718
Poll ID: 634   Ballot ID: 694

DEM - State House Dist 65
  BLANK CONTEST
DEM - District Attorney - Atlanta
  BLANK CONTEST
DEM - Sheriff
  Patrick "Pat" Labat
Superior Court - Atlanta - Russell
  BLANK CONTEST
School Board Dist 4
  Franchesca Warren

Plaintiff Exhibit 7.1   p. 3 of 5




Scanned on: ICP    Tabulator: 718
Poll ID:    618    Ballot ID:  695

DEM - State House Dist 65
   BLANK CONTEST
DEM - District Attorney - Atlanta
   BLANK CONTEST
DEM - Sheriff
   BLANK CONTEST
Superior Court - Atlanta - Russell
   BLANK CONTEST
School Board Dist 4
   BLANK CONTEST

Plaintiff Exhibit 7.1    p. 4 of 5





```
Scanned on: ICP        Tabulator: 718
Poll ID:     618       Ballot ID: 695

DEM - State House Dist 65
    Mandisha A. Thomas
DEM - District Attorney - Atlanta
    BLANK CONTEST
DEM - Sheriff
    Theodore "Ted" Jackson (I)
Superior Court - Atlanta - Russell
    Tamika Hrobowski-Houston
School Board Dist 4
    Sandra C. Wright
```

Plaintiff Exhibit 7.1    p. 5 of 5