

ACCEPTANCE ABSENTEE/PROVISIONAL/CHALLENGED BALLOT
ANYWHERE COUNTY
ACCEPTANCE GENERAL ELECTION BALLOT
OF THE STATE OF GEORGIA
JULY 1, 2020

For Judge of the Probate Court
(Vote for One)

KENYA ADAMS

ARMANDO HERNANDEZ

TOM BOOLA

CHRIS JEFFERY

For County Commissioner
At Large
(Vote for One)

KALISA TAYLOR

JIM "COACH" WALSH

CHERYL WHATLEY

TED SKINNER

Write-in    Susan Black

For County Board of Education
At Large
(Vote for Two)

RAYMOND D. COBB, JR.

BRITAN J. WILLIAMS

PETER WOOD

MARY VARLETT

NONPARTISAN
ELECTION

Write-in

Write-in



Copyright © 2019 Dominion Voting Inc. All Rights Reserved

ACCEPTANCE

ANYWHERE COUNTY

ACCEPTANCE ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

GENERAL ELECTION BALLOT

OF THE STATE OF GEORGIA

JULY 1, 2020

To vote, blacken the Oval (⬤) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the corresponding Oval (⬤). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (⬤) next to the write-in section.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may ballot or tear the ballot, your vote may not count.

then mail the spoiled ballot back to your county board of registrars, an early voting site within your county to which you are assigned. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (OCGA 21-2-285(h) and 21-2-383(a))

**For Judge of the Probate Court**
(Vote for One)

○ KENYA ADAMS
  Republican

○ ARMANDO HERNANDEZ
  (Incumbent) Democrat

○ TOM DOOLIN
  Libertarian

○ CHRIS JEFFERY
  Independent

**For County Commissioner At Large**
(Vote for One)

○ KALISA TAYLOR
  Republican

○ JIM "COAS
  Dem



ARMANDO HERNANDEZ
(Incumbent) Democrat

TOM DOOLIN
Libertarian

CHRIS JEFFERY
Independent

*Sam*
Write-in

For County Commissioner
At Large
(Vote for One)

KALISA TAYLOR
Republican

JIM "COACH" WEAM
Democrat

CHERYL WHATLEY
Libertarian

TED SKINNER
Green

Write-in
*Susan Black*

For County

RAYMOND O. C

BRITIAN J. WILLIA

PETER WOO

"...r of value to vote for any particular candidate, list o...
...er fraud and is a felony under Georgia law." [OCGA 21-2-285...

...another offic...
...the precinct to which...





# COUNTYWIDE REFERENDA

## SPLOST
### Supporting Educational Endeavors
(Vote for One)

Shall a one-cent sales tax be excessed for one fiscal year on all non-food items purchased within the geographical boundaries of this county, with the proceeds garnered being used to fund educational endeavors within the county, as approved by the county Board of Education, not allotted for within the county Board of Education annual budget?

✓ YES

○ NO

## SUNDAY LIQUOR SALES
(Vote for One)

Should the sale of distilled spirits, by the bottle, be allowed on Sundays within the geographical boundaries of this county?

✓ YES

○ NO

Copyright © 2018 Dominion Voting Inc. All Rights Reserved



...all non-food items
...within this county with the proceeds
...endeavors being used to fund educational
the county within the county, as approved by
for within the county Board of Education, not allotted
annual budget?

✓ YES

○ NO

## SUNDAY LIQUOR SALES
### (Vote for One)

Should the sale of distilled spirits, by the
bottle, be allowed on Sundays within the
geographical boundaries of this county?

✓ YES

○ NO

Case 1:17-cv-02989-AT   Document 888-7   Filed 09/11/20   Page 7 of 27











**OPEN**

1 contest(s) have ambiguous marks

Ambiguous contest(s):

SUNDAY LIQUOR SALES



## COUNTYWIDE REFERENDA

### SPLOST
### Supporting Educational Endeavors
(Vote for One)

Shall a one-cent sales tax be excessed for one fiscal year on all non-food items purchased within the geographical boundaries of this county with the proceeds garnered being used to fund educational endeavors within the county, as approved by the county Board of Education, not allotted for within the county Board of Education annual budget?

☑ YES

◯ NO

### SUNDAY LIQUOR SALES
(Vote for One)

Should the sale of distilled spirits by the bottle, be allowed on Sundays within the geographical boundaries of this county?

☑ YES

◯ NO





OPEN

2 contest(s) have ambiguous
marks

Ambiguous contest(s):

Judge of the Probate Court
SPLOST – EDUCATION

BALLOTS CAST:

28



Turn Ballot Over to Continue Voting
SUNDAY LIQUOR SALES
(Vote for One)
YES
NO

OPEN

2 contest(s) have ambiguous
marks

Ambiguous contest(s):
SPLOST – EDUCATION
SUNDAY LIQUOR SALES

BALLOTS CAST:





OPEN

2 contest(s) have ambiguous
marks

Ambiguous contest(s):
Judge of the Probate Court
SPLOST – EDUCATION

BALLOTS CA









OPEN

1 contest(s) have ambiguous
marks

Ambiguous contest(s):
Judge of the Probate Court

BALLOTS CAST:







OPEN

1 contest(s) have ambiguous marks

Ambiguous Contest(s):
SPLOST - EDUCATION

BALLOTS CAST:                    31

