

PLAINTIFF EXHIBIT

**13**

1:17-cv-02989