Copyright © 2019 Dominion Voting Inc. All Rights Reserved.

# ANYWHERE COUNTY

## ACCEPTANCE ABSENTEE/PROVISIONAL/CHALLENGED BALLOT

### ACCEPTANCE GENERAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### JULY 1, 2020

To vote, blacken the Oval (●) next to the candidate of your choice. To vote for a person whose name is not on the ballot, manually WRITE his or her name in the write-in section and blacken the Oval (●) next to the write-in section. If you desire to vote YES or NO for a PROPOSED QUESTION, blacken the corresponding Oval (●). Use only blue or black pen or pencil.

Do not vote for more candidates than the number allowed for each specific office. Do not cross out or erase. If you erase or make other marks on the ballot or tear the ballot, your vote may not count.

If you change your mind or make a mistake, you may return the ballot by writing "Spoiled" across the face of the ballot and return envelope. You may then mail the spoiled ballot back to your county board of registrars, and you will be issued another official absentee ballot. Alternatively, you may surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [OCGA 21-2-285(h) and 21-2-383(a)]*

### For Judge of the Probate Court
(Vote for One)

- ✖ **KENYA ADAMS**
  Republican
- ○ **ARMANDO HERNANDEZ**
  (Incumbent) Democrat
- ○ **TOM DOOLIN**
  Libertarian
- ○ **CHRIS JEFFERY**
  Independent
- ○ _____
  Write-in

### For County Commissioner At Large
(Vote for One)

- ✖ **KALISA TAYLOR**
  Republican
- ○ **JIM "COACH" WEAM**
  Democrat
- ○ **CHERYL WHATLEY**
  Libertarian
- ○ **TED SKINNER**
  Green
- ○ _____
  Write-in

### NONPARTISAN ELECTION

### For County Board of Education At Large
(Vote for Two)

- ✖ **RAYMOND O. COBB, JR.**
- ○ **BRITIAN J. WILLIAMS**
- ○ **PETER WOOD**
- ○ **MARY YARLETT**
- ○ _____
  Write-in
- ○ _____
  Write-in

PLAINTIFF EXHIBIT
**17**
1:17-cv-02989

**Turn Ballot Over to Continue Voting**

Copyright © 2019 Dominion Voting Inc All Rights Reserved

19

## COUNTYWIDE REFERENDA

### SPLOST
### Supporting Educational Endeavors
(Vote for One)

Shall a one-cent sales tax be excessed for one fiscal year on all non-food items purchased within the geographical boundaries of this county with the proceeds garnered being used to fund educational endeavors within the county, as approved by the county Board of Education, not allotted for within the county Board of Education annual budget?

☒ YES
○ NO

### SUNDAY LIQUOR SALES
(Vote for One)

Should the sale of distilled spirits, by the bottle, be allowed on Sundays within the geographical boundaries of this county?

☒ YES
○ NO

**Turn Ballot Over to Continue Voting**