IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' NOTICE OF FILING
EXHIBITS FOR SEPTEMBER 11, 2020 HEARING
ON MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to the Court's directive to counsel, the State Defendants submit this list of exhibits which have not been previously filed with the Court and may be proffered during the September 11, 2020 Hearing on Plaintiffs' Fourth Motions for Preliminary Injunction. State Defendants are attaching copies of the exhibits themselves hereto.

Exhibit 5.  "Meet This Year's Wired 25: People Who Are Making Things Better," WIRED Magazine.

Exhibit 6.  Dr. Ben Adida — Bio

Exhibit 7.  Dr. Ben Adida — LinkedIn PDF Download

Exhibit 8.  Dr. Ben Adida — Talks

1

Respectfully submitted this 11th day of September 2020.

        */s/ Carey A. Miller*
        Vincent R. Russo
        Georgia Bar No. 242628
        vrusso@robbinsfirm.com
        Josh Belinfante
        Georgia Bar No. 047399
        jbelinfante@robbinsfirm.com
        Carey A. Miller
        Georgia Bar No. 976240
        cmiller@robbinsfirm.com
        Alexander Denton
        Georgia Bar No. 660632
        adenton@robbinsfirm.com
        Robbins Ross Alloy Belinfante Littlefield LLC
        500 14th Street, N.W.
        Atlanta, Georgia 30318
        Telephone: (678) 701-9381
        Facsimile:  (404) 856-3250

        Bryan P. Tyson
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Diane F. LaRoss
        Georgia Bar No. 430830
        dlaross@taylorenglish.com
        Loree Anne Paradise
        Georgia Bar No. 382202
        lparadise@taylorenglish.com
        TAYLOR ENGLISH DUMA LLP
        1600 Parkwood Circle, Suite 200
        Atlanta, GA 30339
        Telephone: 678-336-7249

        *Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' NOTICE OF FILING EXHIBITS FROM SEPTEMBER 11, 2020 HEARING ON MOTION FOR PRELIMINARY INJUNCTION** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Carey A. Miller*
Carey A. Miller