# State Defendants' Hearing Exhibit 6
*Curling v. Raffensperger,*
Dkt. No. 1:17-CV-2989-AT

# ben adida

[[home](#)]   [[code](#)]   [[publications](#)]   [[talks](#)]   [[blog](#)]   [[bio](#)]



I'm a software engineer and architect. I care deeply about using technology to empower individuals and organizations, especially giving people control over their digital lives, using a combination of web technology, open data formats, and cryptography.

I am the Executive Director of [VotingWorks](#). Previously, I led Engineering at [Clever](#), Seller Engineering at [Square](#), the Identity Team and [Mozilla Persona](#) project at [Mozilla](#). I used to be an academic and ran a couple of small bootstrapped startups.

I'm on the Board of [Creative Commons](#), a non-profit organization that enables low-friction, legal sharing to expand creativity and knowledge.

I created and maintain the [Helios Voting System](#).

I co-created the [RDFa](#) structured data standard.

I received a PhD in Computer Science from the Cryptography and Information Security group at [MIT](#), where I was advised by [Ron Rivest](#).

You can contact me at [ben@adida.net](#).