# State Defendants' Hearing Exhibit 7
*Curling v. Raffensperger,*
Dkt. No. 1:17-CV-2989-AT

# Ben Adida

Executive Director at VotingWorks – non-partisan, non-profit voting technology
San Francisco Bay Area

## Contact

www.linkedin.com/in/benadida (LinkedIn)
ben.adida.net (Personal)
benlog.com (Blog)

## Top Skills

Security
Privacy
Medical Informatics

## Publications

CC REL: The Creative Commons Rights Expression Language

## Summary

I run VotingWorks, a non-profit that builds secure and affordable voting machines. https://voting.works

---

## Experience

**VotingWorks**
Executive Director
November 2018 - Present (1 year 11 months)
Redwood City, California

**Creative Commons**
18 years 3 months

Board Member
February 2014 - Present (6 years 8 months)

Technical Advisor
July 2002 - February 2014 (11 years 8 months)

Advisor on structured data and interoperability, specifically semantic web / linked open data, and more generally web technology. At W3C, co-founder and co-chair of the RDFa Task Force, co-author of the RDFa specifications, primer, and JavaScript reference library. RDFa forms the basis for embedding structured data in HTML, e.g. in Facebook's Open Graph Protocol.

**Clever**
VP Engineering
April 2015 - November 2018 (3 years 8 months)
San Francisco Bay Area

Led engineering (and, on an interim basis, product) for the largest K-12 edtech platform.

**Square**
Director of Engineering
July 2013 - April 2015 (1 year 10 months)

Page 1 of 4

San Francisco

Engineering lead for Seller products.

## Mozilla Corporation
2 years 5 months

### Director of Engineering
December 2011 - July 2013 (1 year 8 months)

Led architecture, development, and deployment of the Persona Identity System (https://persona.org), including mobile compatibility and native support on iOS, Android, and Firefox OS. Built and led the team of 25 engineers, QA, dev/ops, UX, and product experts. Provided company-wide architecture guidance, including on the Firefox Marketplace and Web payments. Frequently called upon by executives to engage partners in challenging technical negotiations related to privacy, payments, and identity.

### Staff/Principal Engineer
March 2011 - December 2011 (10 months)

Contributed to Mozilla's Open Web Apps initiative, the precursor to Firefox OS HTML5 Apps. Focused on app-to-app communication using Web Activities. Tech Lead for early BrowserID effort to revolutionize Web authentication and kill passwords.

## Harvard Medical School
Lead Architect / Instructor / Research Faculty
July 2007 - January 2011 (3 years 7 months)

Lead architect on major medical informatics software projects: Indivo (http://indivohealth.org), Gene Partnership (http://genepartnership.org), and SMArt (http://smartplatforms.org). Focus on distributed web architectures, software modularity in medical IT, and personally-controlled health data. Designed a new personally controlled health record platform strategy and software for patient-directed innovation, including TuAnalyze (http://tuanalyze.org) integration with patient social-networks.

## W3C
Advisory Committee Member
January 2003 - January 2011 (8 years 1 month)

W3C AC Representative for Creative Commons. Chaired the RDF-in-HTML Working Group, participated in HTML WG, co-authored RDFa specifications.

## Harvard University

### PostDoctoral Fellow
September 2007 - August 2009 (2 years)
Cambridge, MA

Research on privacy and security, with a focus on web security & privacy, voting systems. Designed and developed Helios (http://heliosvoting.org), the first web-based truly verifiable voting system.

### OpenForce
Founder, CEO & CTO
January 2000 - May 2003 (3 years 5 months)
New York, NY

Defined and implemented company strategy: providing enterprise web software services using open-source software. Often hired as acting Chief Technology Officer by customers (GreenOrder, Creative Commons). Signed on, architected, and led the software implementation of client projects, including the MIT Sloan School of Management, the LA Unified School District, GreenPeace, Creative Commons, GreenOrder, the Berklee School of Music.

### OpenACS Project
Co-Founder and Director
August 1999 - December 2002 (3 years 5 months)

Led design and implementation of major open-source enterprise web software endeavors: the OpenACS web application toolkit and dotLRN course management system. More than 15 companies support this software and hundreds of web sites run it, including more than 100 universities.

### Scient
Associate
1999 - 2000 (1 year)

### ArsDigita
Founding Member, Developer
April 1998 - March 1999 (1 year)

Led design, implementation, and deployment of major software projects with Levi Strauss and GreenTravel.com (now Away.com). Helped launch the world's first open-source web application toolkit in 1998: the ArsDigita Community System.

------

## Education

Massachusetts Institute of Technology

PhD, Cryptography and Information Security · (2003 - 2006)

Massachusetts Institute of Technology

M.Eng., Computer Science · (1998 - 1999)

Massachusetts Institute of Technology

B.S., Computer Science · (1994 - 1998)