# State Defendants' Hearing Exhibit 8
*Curling v. Raffensperger,*
Dkt. No. 1:17-CV-2989-AT

# ben adida / talks

[home]    [code]    [publications]    [talks]    [blog]    [bio]

The following presentations are all available under an Attribution-ShareAlike Creative Commons License. If you want to use this content under a different license (i.e. without the requirement to share your derivative work), then you need to contact me.

When reusing these slides, please link to my main web page (`http://ben.adida.net`).

## 2011

Encrypting Your Vote in JavaScript [PDF]
*August 8th, 2011* — a talk at the Rump Session for EVT/WOTE 2011.

## 2010

Truly Verifiable Elections [Slideshare | PDF]
*March 19th, 2010* — a talk at Microsoft Research Voting Technology Workshop.

## 2009

Efficient, Receipt-Free Ballot Casting Resistant to Covert Channels [Slideshare]
*August 11th, 2009* — a talk at EVT/WOTE 2009.

Cryptography and Voting [Slideshare]
*August 11th, 2009* — a talk at EVT/WOTE 2009.

Helios: Real-World Open-Audit Voting [Slideshare]
*May 18th, 2009* — a talk at the Electronic Voting Workshop in Tel Aviv, Israel.

Voting Security — an overview [Slideshare]
*May 17th, 2009* — a talk at the Electronic Voting Workshop in Herzliya, Israel.

Open-Audit Voting: How to let anyone verify an election [PDF | Slideshare]
*February 3rd, 2009* — a guest lecture at the Universite Catholique de Louvain.

## 2008

Secure Voting [PDF | Slideshare]
*October 18th, 2008* — a guest talk at the Harvard College Fund Assembly.

Helios: Web-based Open-Audit Voting [[PDF](#)]
*August 19th, 2008* — a talk at the IACR Voting System Session, part of CRYPTO 2008.

Helios: Web-based Open-Audit Voting [[PDF](#)]
*August 1st, 2008* — a talk at [Usenix Security 2008](#).

EmID: Web Authentication by Email Address [[PDF](#)]
*May 22nd, 2008* — a talk at [W2S&P 2008](#).

The Web Browser as a Platform for Secure Applications [[PDF](#)]
*May 14th, 2008* — a talk at [Harvard CRCS](#).

SessionLock: Securing HTTP Sessions from Eavesdroppers [[PDF](#)]
*April 24th, 2008* — a talk at [WWW2008](#).

RDFa: Bridging the Human and Data Webs [[HTML](#)]
*April 21st, 2008* — a tutorial at [WWW2008](#).

## 2007

Verifying Elections with Cryptography [[YouTube](#)]
*December 19th, 2007* — a talk at [Google](#).

BeamAuth: Two-Factor Web Authentication with a Bookmark [ [PDF](#) | [Slideshare](#) ]
*October 29th, 2007* — a talk at [Computer and Communications and Security (CCS) 2007](#).

Web (2.0) Security [ [PDF](#) | [Quicktime](#) ]
*April 18th, 2007* — a lunch seminar at Harvard's [Center for Research on Computation and Soceity](#).

Secrets [ [PDF](#) | [Quicktime](#) ]
*April 3rd, 2007* — an introduction to Cryptography given at the [Boston Latin School](#).

Beyond the Paper Trail [ [PDF](#) | [Quicktime](#) | [Flash](#) ]
*February 27th, 2007* — a talk at a meeting of the IEEE Society on Social Implications of Technology.

How to Shuffle in Public [ [PDF](#) | [Quicktime](#) | [Flash](#) ]
*February 24th, 2007* — a talk at [TCC 2007](#).

## 2006

Public Mixing for Open-Audit Elections [ [PDF](#) | [Quicktime](#) ]
*November 21st, 2006* — a talk at [Stanford](#).

Public Mixing for Open-Audit Elections [ [PDF](#) | [Quicktime](#) ]
*November 17th, 2006* — a talk at [UC Berkeley](#).

Open-Audit Elections [ [PDF](#) | [Quicktime](#) ]
*November 16th, 2006* — a [Google engEdu Talk](#).

Open-Audit Elections [ [PDF](#) | [Quicktime](#) ]

*November 14th, 2006* — a talk at [SRI International](#).

Transparent Elections [ [PDF](#) ]
*November 2nd, 2006* — a guest lecture at [Wellesley College](#).

Scratch & Vote: Self-Contained Paper-Based Cryptographic Voting [ [PDF](#) ]
*October 30th, 2006* — a presentation at [the 2006 Workshop on Privacy in the Electronic Society (WPES)](#).

Secure Voting Protocols [ [PDF](#) ]
*September 29th, 2006* — a seminar talk for MIT's [Distributed Systems Group](#).

A Brief History of Secure Voting [ [PDF](#) ]
*September 27th, 2006* — a [Harvard CRCS](#) luncheon talk.

Privacy in an Always-Online World [ [PDF](#) | [Quicktime (slides only)](#) | Video (coming soon) ]
*July 13th, 2006* — a talk at the MIT Media Laboratory's Simplicity 2006 Conference.

Verifying a Secret-Ballot Election with Cryptography [ [PDF](#) | [Quicktime (slides only)](#) | Video (coming soon) ]
*June 22nd, 2006* — MIT PhD Thesis Defense.

RDFa: Bridging the Hypertext and Semantic Webs [ [PDF](#) | [TAR GZIP'ed Keynote](#) ]
*May 26th, 2006* — a W3C Track talk at [WWW2006](#).

RDFa: Interoperable Web Metadata [ [PDF](#) | [TAR GZIP'ed Keynote](#) ]
*May 24th, 2006* — a Dev Track talk at [WWW2006](#).

RDFa: Interoperable Web Metadata [ [HTML](#) ]
*May 21st, 2006* — a lightning talk at the W3C Advisory Committee Meeting.

Web Security [ [PDF](#) ]
*May 9th, 2006* — a lecture in MIT's [6.171 — Software Engineering for Internet Applications](#)

Cryptography II — Some Applications [ [PDF](#) | [Quicktime](#) ]
*May 3rd, 2006* — a lecture in MIT's [6.976 — Quantitative Foundations of Engineering Systems](#).

Cryptography I — Basics [ [PDF](#) | [Quicktime](#) ]
*May 1st, 2006* — a lecture in MIT's [6.976 — Quantitative Foundations of Engineering Systems](#).

Direct Verification of Elections with Cryptography [ [PDF](#) | [Real (Video+Slides)](#) ]
*April 10th, 2006* — a lecture in UMass Amherst's [CS591d — Applied Cryptography](#).

Building Interoperable Web Metadata [ [PDF](#) | [HTML](#) ]
*April 6th, 2006* — a W3C Project Review.

Building Interoperable Metadata [ [PDF](#) ]
*March 8th, 2006* — a presentation at the [Semantic Technology Conference](#).

2005

Lightweight Signatures for Email (A Defense against Phishing) [ [PDF]() | [Quicktime]() ]
*December 7th, 2005* — a lecture in MIT's [6.857 — Network and Computer Security]() course.

Fighting Phishing Attacks — Lightweight Signatures for Email [ [PDF]() | [Quicktime]() | [Powerpoint]() ]
*November 2nd, 2005* — at Harvard's [Center for Research on Computation and Society]().

Lightweight Encryption for Email [ [PDF]() | [Quicktime]() ]
*July 7th, 2005* — [Steps to Reducing Unwanted Traffic on the Internet (SRUTI) 2005](), Cambridge, Massachusetts.

Lightweight Signatures for Email [ [PDF]() | [Quicktime]() ]
*June 30th, 2005* — [Decentralized Information Group]() Meeting, MIT

Lightweight Signatures for Email [ [PDF]() | [Quicktime]() ]
*May 5th, 2005* — Cryptography and Information Security Seminar, MIT

Cryptographic Voting Tutorial [ [PDF]() | [Quicktime]() ]
*February 12th, 2005* — Radcliffe Institute for Advanced Study, Harvard University

Introducing VSPR [ [PDF]() | [Quicktime]() ]
*February 12th, 2005* — Radcliffe Institute for Advanced Study, Harvard University

Robust Mixnets in Electronic Voting [ [PDF]() | [Quicktime]() | [Powerpoint]() ]
*January 18th, 2005* — Cambridge University, Cambridge, England

## 2004

Trusting the Vote [ [PDF]() | [Quicktime]() | [Powerpoint]() ]
*December 10th, 2004* — Harvard Law School Internet & Society Conference

Secure and Fair Elections [ [PDF]() | [Quicktime]() | [Powerpoint]() | [Gzipped Keynote]() ]
*November 2nd, 2004* — Harvard Law School, Digital Democracy