# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 09/10/2020.

TIME COURT COMMENCED: 1:05 P.M.
TIME COURT CONCLUDED: 6:55 A.M.     COURT REPORTER: Shannon Welch
TIME IN COURT: 5:50                 DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Bruce Brown representing Coalition for Good Governance
Kaye Burwell representing The Fulton County Board of Registration and Elections
David Cross representing Donna Curling
Bryan Jacoutot representing State of Election Board
Halsey Knapp representing Donna Curling
Robert McGuire representing Coalition for Good Governance
Carey Miller representing The State Election Board
Loree Anne Paradise representing Brad Raffensperger
Cheryl Ringer representing The Fulton County Board of Registration and Elections
Bryan Tyson representing The State Election Board

PROCEEDING CATEGORY:

MINUTE TEXT: Opening statements. Plaintiff witness Philip B. Stark sworn and testified. Dr. Halderman sworn and testified. Offline teleconference with attorneys and Court held. Hearing resumed. Harri Hursti sworn and testified. Plaintiff exhibits 4, 5, 6, 7, and 7.1 admitted. Jeanne Dufort sworn and testified. Plaintiff exhibits 12, 13, 17 admitted. Offline teleconference with attorneys and Court held.

HEARING STATUS: Hearing not concluded. Court adjourned and will reconvene at 8:15 AM on Friday, September 11, 2020..