# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## PLAINTIFFS' SUPPLEMENTAL JOINT EXHIBIT LIST
## FOR PRELIMINARY INJUNCTION HEARING

**Plaintiffs Exhibits Introduced September 11, 2020**

| Exhibit No. | Description | Admitted? |
|---|---|---|
| PD1 | Halderman Video of system hack (only a still image from the video used in Curling Plaintiffs' opening statement is attached hereto because State Defendants designated the video confidential) | Dr. Halderman's Testimony continued to September 14 – Plaintiffs will seek admission upon completion of his testimony |
| PD17 | Gilbert Demonstrative: Spreadsheet Example | Demonstrative Only |
| PX1 | Fayette ballot from Discovery 00010_00000_052768 | Moved for admission but not yet ruled upon |
| PX2 | Side-by-side of Ballots from system hack (these are not attached hereto because of purported | Dr. Halderman's Testimony |

| | | |
|---|---|---|
| | confidentiality concerns asserted by State Defendants) | continued to September 14 – Plaintiffs will seek admission upon completion of his testimony |
| PX3 | Scanner Results of Photocopied Ballots (these are not attached hereto because of purported confidentiality concerns asserted by State Defendants) | Dr. Halderman's Testimony continued to September 14 – Plaintiffs will seek admission upon completion of his testimony |
| PX19 | Supp. Dec. of Juan E. Gilbert, Ph.D., Aug. 26, 2020 | Dkt. No. 821-7, Ex. E |
| PX08 | Dec. of  Eric D. Coomer, Ph.D., Nov. 13, 2019 | Dkt. Nos. 658-2 and 821-1 |
| PX09 | STATE-DEFENDANTS-00047318 (only the cover page is attached hereto because State Defendants designated the document confidential) | Plaintiffs will move for admission |
| PX28 | Dec. of Jack Cobb, Aug. 26, 2020 | Dkt. No. 821-6, Ex. D |
| PX29 | Suppl. Decl. of Jack Cobb, Sept. 4, 2020 | Dkt. No. 865-1, Ex. A |
| PX37 | Dominion001889 | Yes |
| PX40 | Dominion043404 | Yes |
| PX41 | Dominion043452 | Yes |
| PX42 | Dominion043377 | Yes |
| PX44 | Dominion043450 | Yes |
| PX45 | Dominion043484 | Yes |
| PX51 | Dominion043477 | Yes |

2

| PX53 | Emergency ballot exhibit with hand-marking | Plaintiffs will move for admission |
|---|---|---|
| PX54 | Pro V&V 5.5A GA | Yes |
| PX56 | STATE-DEFENDANTS-00047579 (only the cover page is attached hereto because State Defendants designated the document confidential) | Plaintiffs will move for admission |

ny-1985617

Respectfully submitted this 13th day of September, 2020.


 /s/ David D. Cross                          /s/ Halsey G. Knapp, Jr.
David D. Cross (*pro hac vice*)         Halsey G. Knapp, Jr.
John P. Carlin (*pro hac vice*)         GA Bar No. 425320
Lyle P. Hedgecock (*pro hac vice*)      Adam M. Sparks
Mary G. Kaiser (*pro hac vice*)         GA Bar No. 341578
Robert W. Manoso (*pro hac vice*)       KREVOLIN & HORST, LLC
MORRISON & FOERSTER LLP                 1201 West Peachtree Street, NW
2000 Pennsylvania Avenue, NW            Suite 3250
Suite 6000                              Atlanta, GA 30309
Washington, DC 20006                    (404) 888-9700
(202) 887-1500

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*


/s/ Bruce P. Brown                       /s/ Robert A. McGuire, III
Bruce P. Brown                          Robert A. McGuire, III
Georgia Bar No. 064460                  Admitted Pro Hac Vice
BRUCE P. BROWN LAW LLC                    (ECF No. 125)
1123 Zonolite Rd. NE                    ROBERT MCGUIRE LAW FIRM
Suite 6                                 113 Cherry St. #86685
Atlanta, Georgia 30306                  Seattle, Washington 98104-2205
(404) 881-0700                          (253) 267-8530

*Counsel for Coalition for Good Governance*


/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,*

4

ny-1985617

*Ricardo Davis & Megan Missett*

<u>*/s/ John Powers*</u>
John Powers
David Brody
Lawyers' Committee for Civil Rights
Under Law
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8300

*Counsel for Coalition Plaintiffs*

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

<u>*/s/ David D. Cross*</u>
David D. Cross

6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

---

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRAD RAFFENSPERGER , ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

---

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2020, a copy of the foregoing

**PLAINTIFFS' SUPPLEMENTAL JOINT EXHIBIT LIST FOR**

**PRELIMINARY INJUNCTION HEARING** was electronically filed with the

Clerk of Court using the CM/ECF system, which will automatically send

notification of such filing to all attorneys of record.

*/s/ David D. Cross*
David D. Cross

ny-1985617