# REDACTED IN FULL