| | |
|---|---|
| Gilbert's Detection Rate (19 out of 108) | 17.593% |
| Number of Voters | 4000000 |
| Number of BMD Voters | 2000000 |
| Number of BMD Ballots Hacked (5%) | 100000 |
| Number of Hacks Detected and Vote Redone | 17592.5926 |
| Undetected Hacks and Net Votes Changed | 82407.4074 |
| Total impact of changing vote from A to B (doubles) | 164814.815 |

Percent of Election Day Voters Reporting Changed Votes                    0.880%

PLAINTIFF DEMONSTRATIVE
EXHIBIT
**17**
1:17-cv-02989