# FAYETTE COUNTY
## OFFICIAL BALLOT
### DEMOCRATIC PARTY PRIMARY AND NONPARTISAN GENERAL ELECTION OF THE STATE OF GEORGIA
### MAY 19, 2020

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e) and 21-2-383(a)]*

351-Blackrock



For President of the United States (Vote for One) (DEM)
  Vote for Joseph R. Biden

For United States Senate (Vote for One) (DEM)
  Vote for Tricia Carpenter McCracken

For Public Service Commissioner (Vote for One) (DEM)
  Vote for Robert G. Bryant

For Public Service Commissioner (Vote for One) (DEM)
  Vote for Daniel Blackman

For U.S. Representative in 117th Congress From the 3rd Congressional District of Georgia (Vote for One) (DEM)
  Vote for Val Almonord

For State Senator From 34th District (Vote for One) (DEM)
  Vote for Valencia M. Seay (I)

For State Representative In the General Assembly From 64th District (Vote for One) (DEM)
  Vote for Derrick L. Jackson (I)

For Sheriff (Vote for One) (DEM)
  Vote for Chris Pigors

For County Commissioner District 5 (Vote for One) (DEM)
  Vote for William Lightle

Democratic Party Question 1 (DEM)
  Vote for YES

Democratic Party Question 2 (DEM)
  Vote for YES

Democratic Party Question 3 (DEM)
  Vote for YES

Democratic Party Question 4 (DEM)
  Vote for YES

Democratic Party Question 5 (DEM)
  Vote for YES

Democratic Party Question 6 (DEM)
  Vote for YES

For Justice, Supreme Court of Georgia (Vote for One) (NP)
  Vote for Charlie Bethel (I)

For Justice, Supreme Court of Georgia (Vote for One) (NP)
  Vote for Sarah Hawkins Warren (I)

For Judge, Court of Appeals of Georgia (Vote for One) (NP)
  Vote for Trenton "Trent" Brown, III (I)

For Judge, Court of Appeals of Georgia (Vote for One) (NP)
  Vote for Christian Coomer (I)

For Judge, Court of Appeals of Georgia (Vote for One) (NP)
  Vote for Sara Doyle (I)

For Judge, Court of Appeals of Georgia (Vote for One) (NP)
  Vote for Elizabeth Dallas Gobeil (I)

For Judge, Court of Appeals of Georgia (Vote for One) (NP)
  Vote for David Todd Markle (I)

1/2

PLAINTIFF EXHIBIT
1
1:17-cv-02989

For Judge, Court of Appeals of Georgia (Vote for One) (NP)
    Vote for Carla McMillian (I)

For Judge, Superior Court of the Griffin Judicial Circuit (Vote for One) (NP)
    Vote for Scott L. Ballard (I)

For Judge, Superior Court of the Griffin Judicial Circuit (Vote for One) (NP)
    Vote for W. Fletcher Sams (I)

For Judge of Magistrate Court Post 1 (Vote for One) (NP)
    Vote for Christy Dunkelberger (I)

For Judge of Magistrate Court Post 2 (Vote for One) (NP)
    Vote for Kathy Brown Valencia (I)

For Judge of Magistrate Court Post 3 (Vote for One) (NP)
    Vote for Robert "Bob" Ruppenthal (I)

For Judge of Magistrate Court Post 4 (Vote for One) (NP)
    Vote for James A. White (I)

```
Scanned on: ICP    Tabulator:  10
Poll ID:     13    Ballot ID:  40

DEM - President of the United States
    Joseph R. Biden
DEM - US Senate
    Tricia Carpenter McCracken
DEM - Public Service Commission Dist 1
    Robert G. Bryant
DEM - Public Service Commission Dist 4
    Daniel Blackman
DEM - US House Dist 3
    Val Almonord
DEM - State Senate Dist 34
    Valencia M. Seay (I)
DEM - State House Dist 64
    Derrick L. Jackson (I)
DEM - Sheriff
    Chris Pigors
DEM - Co Commission Dist 5 (at large)
    William Lightle
Dem Party Question 1
    YES
Dem Party Question 2
    YES
Dem Party Question 3
    YES
Dem Party Question 4
    YES
Dem Party Question 5
    YES
Dem Party Question 6
    YES
Supreme Court - Bethel
    Charlie Bethel (I)
Supreme Court - Warren
    Sarah Hawkins Warren (I)
Court of Appeals - Brown
    Trenton "Trent" Brown, III (I)
Court of Appeals - Coomer
    Christian Coomer (I)
Court of Appeals - Doyle
    Sara Doyle (I)
Court of Appeals - Gobeil
    Elizabeth Dallas Gobeil (I)
Court of Appeals - Markle
    David Todd Markle (I)
Court of Appeals - McMillian
    Carla McMillian (I)
Superior Court - Griffin - Ballard
    Scott L. Ballard (I)
Superior Court - Griffin - Sams
    W. Fletcher Sams (I)
Magistrate Judge Post 1
    Christy Dunkelberger (I)
Magistrate Judge Post 2
    Kathy Brown Valencia (I)
Magistrate Judge Post 3
    Robert "Bob" Ruppenthal (I)
Magistrate Judge Post 4
    James A. White (I)
```