

# Democracy Suite® Windows Build Document

Version: 5.5-A.GA::36

11/13/2019



PLAINTIFF EXHIBIT

**9**

1:17-cv-02989



TO LEARN MORE ABOUT OUR TECHNOLOGY, PEOPLE AND SERVICES
VISIT **DOMINIONVOTING.COM** TODAY

Attorneys' Eyes Only

STATE-DEFENDANTS-00047318

Plaintiff Exhibit 9   p. 1 of 130