| | |
|---|---|
| **From:** | Harvey, Chris |
| **To:** | Scott Tucker; Tom Feehan; Gabriel Sterling |
| **Subject:** | [EXTERNAL] FW: UNABLE TO VOTE AT PRECINCT DUE TO MACHINE MALFUNCTIONS |
| **Date:** | Tuesday, June 9, 2020 8:54:16 AM |

From Cobb

Chris Harvey
*Elections Director*
Georgia Secretary of State

Main 470-312-2777
Cell   404-985-6351



**From:** Eveler, Janine <Janine.Eveler@cobbcounty.org>
**Sent:** Tuesday, June 9, 2020 8:41 AM
**To:** Harvey, Chris <wharvey@sos.ga.gov>
**Subject:** RE: UNABLE TO VOTE AT PRECINCT DUE TO MACHINE MALFUNCTIONS

> **EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Just spoke to them they are using paper ballots. She's looking at the activation code procedure. Cards are encoding but not reading at BMD. Lots of places.

*Janine Eveler*
Director,
Cobb County Elections & Registration
770-528-2312
770-528-2519 Fax
678-315-0439 Cell
www.CobbElections.org

*Register...then Vote!*

**From:** Harvey, Chris [mailto:wharvey@sos.ga.gov]
**Sent:** Tuesday, June 9, 2020 8:39 AM
**To:** Eveler, Janine <janine.Eveler@cobbcounty.org>
**Subject:** FW: UNABLE TO VOTE AT PRECINCT DUE TO MACHINE MALFUNCTIONS

County: Cobb –Ron Anderson Center

PLAINTIFF EXHIBIT
**40**
1:17-cv-02989

Dominion043404

Chris Harvey
*Elections Director*
Georgia Secretary of State

Main 470-312-2777
Cell   404-985-6351



**From:** managementescalationissues
**Sent:** Tuesday, June 9, 2020 8:26 AM
**To:** Combs, Leigh <lcombs@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Cc:** Everett, Crystal <ceverett@sos.ga.gov>; Taylor, Elizabeth <etaylor@sos.ga.gov>
**Subject:** UNABLE TO VOTE AT PRECINCT DUE TO MACHINE MALFUNCTIONS

Good morning,


Caller: Kenneth Tinsley
Tel 678-570-3864
Email : N/A
Nature of call: Caller states they are not allowing anyone to vote right now because their machines are down and the machines are not taking any voter cards correctly. Caller is upset and requesting to speak with someone ASAP.
County: Cobb –Ron Anderson Center



Tasheena Lockett
*Customer Service Team Lead*
*Georgia Secretary of State*
844-753-7825
470-355-4569



**CAUTION:** This email originated outside Cobb County Government. Please exercise caution when opening links/attachments in this email .

Dominion043405