| | |
|---|---|
| **From:** | Harvey, Chris |
| **To:** | Evans, Joseph |
| **Cc:** | Tom Feehan; Gabriel Sterling |
| **Subject:** | [EXTERNAL] FW: |
| **Date:** | Tuesday, June 9, 2020 8:02:55 AM |

South Atlanta High School

Chris Harvey
*Elections Director*
Georgia Secretary of State

Main 470-312-2777
Cell    404-985-6351



**From:** Watson, Frances
**Sent:** Tuesday, June 9, 2020 7:57 AM
**To:** Harvey, Chris <wharvey@sos.ga.gov>
**Subject:**

Name:  Cadence Spearman
Phone:  (404) 513-9109
Address:  427 Holly Dr SE
City:  Atlanta
State:  Georgia
Zip Code:  30354
County:  Fulton
E-mail:  chspearman@hotmail.com


Location of Violation:  South Atlanta High School Polling Location


Description of Violation:  Only one of the six machines are working. We were told we would have to complete an absentee ballot.


Frances Watson
*Chief Investigator*

PLAINTIFF EXHIBIT
42
1:17-cv-02989

Dominion043377

Plaintiff Exhibit 42    p. 1 of 2

*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



Dominion043378