|  |  |
|---|---|
| **From:** | Gabriel Sterling |
| **To:** | Tom Feehan; Harvey, Chris |
| **Subject:** | [EXTERNAL] Fwd: voter- 6 hour wait and not voted yet |
| **Date:** | Tuesday, June 9, 2020 4:01:38 PM |

---------- Forwarded message ---------
From: **Watson, Frances** <fwatson@sos.ga.gov>
Date: Tue, Jun 9, 2020 at 2:46 PM
Subject: RE: voter- 6 hour wait and not voted yet
To: Simmons, Rachell <rsimmons@sos.ga.gov>, Combs, Leigh <lcombs@sos.ga.gov>, Harvey, Chris <wharvey@sos.ga.gov>, Germany, Ryan <rgermany@sos.ga.gov>, Fuchs, Jordan <jfuchs@sos.ga.gov>, Gabriel Sterling (sterlinginnovative@gmail.com) <sterlinginnovative@gmail.com>, Hall, Adrick <ahall@sos.ga.gov>

Adrick

Please have Inv Check CHRISTIAN CITY WELCOME CENTER
7345 RED OAK RD
UNION CITY, GA 30291

Advised only hald of machines are being used and they have been waiting 6 hours so far.

Frances Watson

*Chief Investigator*

*Investigations Division*

*Georgia Secretary of State*

Main: 470-312-2774

Cell: 404-683-3226

PLAINTIFF EXHIBIT
45
1:17-cv-02989

Dominion043484

Plaintiff Exhibit 45   p. 1 of 2



**From:** Simmons, Rachell
**Sent:** Tuesday, June 9, 2020 2:37 PM
**To:** Watson, Frances <fwatson@sos.ga.gov>; Combs, Leigh <lcombs@sos.ga.gov>
**Subject:** voter

Erika Reynolds 404-910-9090- she has been standing in line for the past 6 hours at a polling place in Fulton County. There are not enough machines.  She is upset that there seems to be a disparity from North Fulton to South Fulton as far as voting is concerned and the time frame as which it is taking to vote.  She has asked for a call back.  She didn't give me  the polling place location.

Rachell Simmons

*Operations Supervisor*

*Georgia Secretary of State*

*470-312-2755*



Dominion043485

Plaintiff Exhibit 45    p. 2 of 2