| | |
|---|---|
| **From:** | David Greenwalt |
| **To:** | Harvey, Chris |
| **Cc:** | Gabriel Sterling; Scott Tucker; Tom Feehan; Brooke Lurvey; Germany, Ryan |
| **Subject:** | [EXTERNAL] Re: FW: Poll Pads |
| **Date:** | Tuesday, June 9, 2020 3:03:40 PM |

Chris,

Have in my notes a call from Kathleen @ 7:25 AM today regarding a cancellation code. We had calls to resolve the encoding issue through the Dominion support line and I worked with Jennifer in Dominion support and Bobby the Dominion Tech on the ground in Greene. I had calls with him @ 8:39 & 8:45 with the solution to the issue.

**David Greenwalt | Southeast Election Director**
KNOWiNK | 2111 Olive St. | St. Louis, MO 63103  |  855-POLL PAD
KNOWiNK Georgia | 7000 Highlands Parkway, SE  Suite 160 | Smyrna, GA 30082
Direct: 314.410.6785  |  Cell: 770.330.1229  |  Email: david@knowink.com
KNOWiNK Technical Support: support@knowink.com | 855.765.5723 ext.3

On Tue, Jun 9, 2020 at 2:54 PM Harvey, Chris <wharvey@sos.ga.gov> wrote:

> Poll Pad comments and observations from a pretty good county elections director.
>
> Chris Harvey
>
> *Elections Director*
>
> Georgia Secretary of State
>
> **Main 470-312-2777**
>
> **Cell   404-985-6351**
>
> 
>
> **From:** Coine-Mayers Kathleen <ckathleen@greenecountyga.gov>
> **Sent:** Tuesday, June 9, 2020 1:23 PM

Dominion043477

PLAINTIFF EXHIBIT
**51**
1:17-cv-02989

To: Harvey, Chris <wharvey@sos.ga.gov>
Subject: Poll Pads

Chris:

I imagine that Greene County was not alone today in the issues that we experienced with Knowink poll pads.

I was at our largest poll this morning when they began to process their first voters. No one that came in could vote on the BMD with the voter card.

From 7:00 am to 9:00 am I made numerous calls to both Dominion and Knowink Helplines and then to several individuals while at a poll location.

When calling the Knowink line, I never had a live individual answer the phone. Only offered voicemail. In a crisis I am looking for a live body, not a machine. Once I got a live person, I was put on hold repeatedly by the Knowink tech. Then, I was told to call Dominion.

They were answering the phone, but referred me back to Knowink. As I was attempting to rectify the situation at Old Salem ( our largest precinct) I received a call that we had the same problem at our 2nd largest precinct, Greensboro.

Dominion043478

When talking to Knowink, the questioned why they had received a call from two different individuals from Greene County.  I explained that I was not at the other poll and it was my Registrar and the Dominion Tech who were working on whatever issue was happening there.

Dominion called me back and walked me through several processes to attempt to get the voter card to work on the BMD and to activate a card on the BMD.  Nothing worked.

At some point, after several hours of calls, I received a call from our tech informing me that he was going to have to come out with the Knowink router and correct the problem.  By that time, all 4 of my polls had reported that they had to go to paper.

No one was turned away.  Everyone had a chance to vote the Emergency ballots.  However, the impression left on voters and poll watchers was less than stellar.

I know that your staff and ours and Dominion have worked very hard to manage this process.  The Dominion equipment works fine, we had no issues during Early Voting.

The Poll Pads have been a different story: long download times, wrong passwords, ridiculous wait times to get technical assistance, and no timely solutions to offer us.

Dominion043479

My sense is that they are not ready for Prime Time and there needs to be significant change before November.

Sincerely,

*Kathleen Mayers*

Greene County Board of Elections and Registration Supervisor

1180 C. Weldon Smith Drive, Suite 120

Greensboro, Ga 30642

706-453-1108  Office

706-453-9438  Fax

STATEMENT OF CONFIDENTIALITY: This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. The information contained in this electronic message and any attachments thereto are intended for the exclusive use of the addressees and may contain confidential and/or privileged information. If you are not the intended recipient, please inform the sender immediately via telephone, fax or reply e-mail and delete all copies of this message and all attachments from your system.
KNOWiNK provides election technology. This email involves communication related to election security and may be protected from disclosure during any public records request. Before releasing this email you are required to notify KNOWiNK at FOIA@knowink.com. We will respond within one (1) business day.

Dominion043480