

# 2.02 - Democracy Suite® System Overview

Version: 5.5-A.GA::182

November 26, 2019

PLAINTIFF EXHIBIT
56
1:17-cv-02989

TO LEARN MORE ABOUT OUR TECHNOLOGY, PEOPLE AND SERVICES
VISIT DOMINIONVOTING.COM TODAY

Attorneys' Eyes Only          STATE-DEFENDANTS-00047579

Plaintiff Exhibit 56    p. 1 of 92