IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs,*

    v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## DECLARATION OF DERRICK GILSTRAP

Pursuant to 28 U.S.C. § 1746, I, Derrick Gilstrap, make the following declaration:

1. My name is Derrick Gilstrap. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2. I am Elections System Manager with the Fulton County Department of Registrations and Election.

3. I was present on September 4, 2020 when the Plaintiffs picked up the Dominion voting equipment ordered to be produced by the Court.

4. We provided a certified printer as part of the production of materials so Plaintiffs would have the entire system.

2

5. The Plaintiffs declined to take the printer from Dominion that was included with the system that we offered, saying they had their own.

6. The Plaintiffs have not, to this date, picked up a printer certified to be used with the Dominion system from Fulton County.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of September, 2020.

*Derrick Gilstrap*

Derrick Gilstrap