# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 09/11/2020.

| | |
|---|---|
| TIME COURT COMMENCED: 8:15 A.M. | |
| TIME COURT CONCLUDED: 4:55 P.M. | COURT REPORTER: Shannon Welch |
| TIME IN COURT: 8:40 | DEPUTY CLERK: Harry Martin |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance |
| | Kaye Burwell representing The Fulton County Board of Registration and Elections |
| | David Cross representing Donna Curling |
| | Bryan Jacoutot representing Brad Raffensperger |
| | Halsey Knapp representing Donna Curling |
| | Robert McGuire representing Coalition for Good Governance |
| | Carey Miller representing Brad Raffensperger |
| | Loree Anne Paradise representing Brad Raffensperger |
| | Cheryl Ringer representing The Fulton County Board of Registration and Elections |
| | Adam Sparks representing Donna Curling |
| | Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Hearing Continued. 10:45 - 11:50 offline teleconference with attorneys held. Witnesses Juan Gilber, Vincent Liu, Eric Coomer, Richard Barron, Chris Harvey, Jack Cobb, and Ben Adida sworn and testified. Defendant Exhibits 4 through 9 and Plaintiff Exhibits 37, 40, 41, 42, 44, 45, 51, and 54 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30AM on Monday, September 14, 2020. |