# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* *Plaintiffs*, v. BRAD RAFFENSPERGER, *et al.*, *Defendants*. | CIVIL ACTION FILE NO. 1:17-cv-2989-AT |

## STATE DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL DECLARATION OF DR. BENJAMIN ADIDA

State Defendants provide notice of filing the attached Supplemental Declaration of Dr. Benjamin Adida (along with Exhibit A thereto) for the Court's consideration, consistent with counsel's request during the September 14, 2020 Hearing.

Respectfully submitted this 17th day of September 2020.

    */s/ Carey A. Miller*
    Vincent R. Russo
    Georgia Bar No. 242628
    vrusso@robbinsfirm.com
    Josh Belinfante
    Georgia Bar No. 047399
    jbelinfante@robbinsfirm.com
    Carey A. Miller
    Georgia Bar No. 976240
    cmiller@robbinsfirm.com
    Alexander Denton

1

Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL DECLARATION OF DR. BENJAMIN ADIDA** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Carey A. Miller*
Carey A. Miller