## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA CURLING, ET AL.,      )
                              )
        Plaintiffs,       )
                              )     CIVIL ACTION
  vs.                     )
                              )     FILE NO. 1:17-cv-2989-AT
BRAD RAFFENSPERGER,   )
ET AL.,                  )
                              )
        Defendants.     )

## COALITION PLAINTIFFS' NOTICE OF INTENT TO
## SERVE SUBPOENA TO PERMIT INSPECTION OF PREMISES

Pursuant to Rule 45(a) of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett ("Coalition Plaintiffs") hereby notify all parties that they intend to serve a subpoena on Kim Stancil – Elections Director, Cherokee County Board of Elections and Voter Registration ("Cherokee Board"), commanding permission to permit entry onto designated land or other property possessed or controlled by the Cherokee Board and permission to permit the inspection, measuring, surveying, photographing, testing, and/or copying of the property  or any designated object or operation on it as set forth in the Subpoena and Attachment "A", attached hereto as **Exhibit 1**.

This 23rd day of September, 2020.

Respectfully submitted,

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com

AND

Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucebrownlaw.com

**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
Tel.:  404.881.0700

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | |
| | ) | **FILE NO. 1:17-CV-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2020, I filed a true and correct copy of the foregoing **COALITION PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR INSPECTION OF PREMISES**, on counsel of record with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515