# EXHIBIT C

| **From:** | Cross, David D. |
| --- | --- |
| **To:** | Bryan Tyson; Robert McGuire; J. Matthew Maguire, Jr. |
| **Cc:** | Bruce Brown; Vincent Russo; Cary Ichter; Josh Belinfante; Jonathan Crumly; Hedgecock, Lyle F.; Halsey G. Knapp, Jr.; Adam M. Sparks; Alexander Denton; Loree Anne Paradise; Bryan Jacoutot; Diane LaRoss; Ascarrunz, Veronica; Brogan, Eileen M.; cheryl.ringer@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; david.lowman@fultoncountyga.gov; Conaway, Jenna B.; Carey Miller |
| **Subject:** | RE: Letter on behalf of Judge Totenberg |
| **Date:** | Sunday, September 27, 2020 2:49:27 PM |

Bryan -

Can we please get the information requested in my email of yesterday by 10am ET tomorrow so we can be prepared for the conference?

Thanks.
DC

---

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Date:** Sunday, Sep 27, 2020, 2:42 PM
**To:** Robert McGuire <ram@lawram.com>, Holly Cole <Holly_Cole@gand.uscourts.gov>, J. Matthew Maguire, Jr. <mmaguire@pcwlawfirm.com>
**Cc:** Cross, David D. <DCross@mofo.com>, Bruce Brown <bbrown@brucepbrownlaw.com>, Vincent Russo <vrusso@robbinsfirm.com>, Cary Ichter <CIchter@ichterdavis.com>, Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Jonathan Crumly <jcrumly@taylorenglish.com>, Hedgecock, Lyle F. <LHedgecock@mofo.com>, Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>, Adam M. Sparks <sparks@khlawfirm.com>, Alexander Denton <Alexander.Denton@robbinsfirm.com>, Loree Anne Paradise <lparadise@taylorenglish.com>, Bryan Jacoutot <bjacoutot@taylorenglish.com>, Diane LaRoss <dlaross@taylorenglish.com>, Ascarrunz, Veronica <VAscarrunz@mofo.com>, Brogan, Eileen M. <EBrogan@mofo.com>, cheryl ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, kaye.burwell@fultoncountyga.gov <kaye.burwell@fultoncountyga.gov>, david.lowman@fultoncountyga.gov <david.lowman@fultoncountyga.gov>, Conaway, Jenna B. <JConaway@mofo.com>, Carey Miller <carey.miller@robbinsfirm.com>, Harry Martin <Harry_Martin@gand.uscourts.gov>
**Subject:** RE: Letter on behalf of Judge Totenberg

**External Email**

---

Ms. Cole:

I have added Mr. Maguire, who represents Dominion, to this email. We have consulted with the individuals the Court required be present and it appears that 11:00am on Monday is the first time that all relevant individuals and counsel for State Defendants are available for the required teleconference. Mr. Belinfante is not available due to the Yom Kippur holiday, but other counsel for State Defendants will be present.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249 | M: 404.219.3160 | btyson@taylorenglish.com
Website | vCard | LinkedIn | Twitter

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confiden ial information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received  his communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not cons itute advice on the application of limitation periods unless o herwise so expressly stated.

**From:** Robert McGuire <ram@lawram.com>
**Sent:** Sunday, September 27, 2020 1:46 PM
**To:** Holly Cole <Holly_Cole@gand.uscourts.gov>
**Cc:** Cross, David D. <DCross@mofo.com>; Bruce Brown <bbrown@brucebrownlaw.com>; Vincent Russo <vrusso@robbinsfirm.com>; Cary Ichter <CIchter@ichterdavis.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Halsey G. Knapp, Jr. <hknapp@khlawfirm.com>; Adam M. Sparks <sparks@khlawfirm.com>; Alexander Denton <Alexander.Denton@robbinsfirm.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Diane LaRoss <dlaross@taylorenglish.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Brogan, Eileen M. <EBrogan@mofo.com>; cheryl.ringer@fultoncountyga.gov; kaye.burwell@fultoncountyga.gov; david.lowman@fultoncountyga.gov; Curling Core Team <CurlingCoreTeam@mofo.com>; Conaway, Jenna B. <JConaway@mofo.com>; Carey Miller <carey.miller@robbinsfirm.com>; Bryan Tyson <btyson@taylorenglish.com>; Harry Martin <Harry_Martin@gand.uscourts.gov>
**Subject:** Re: Letter on behalf of Judge Totenberg

Ms. Cole.

Coalition Plaintiffs are available at any of those Times that work for the Court.

Best,
Robert McGuire


Robert A. McGuire, III
*Shareholder*


the Robert McGuire Law Firm
1624 Market St Ste 226 #86685
Denver, CO 80202-2523
T/F: 720.420.1395


113 Cherry St #86685
Seattle, WA 98104-2205
T/F: 253. 267.8530


E: ram@lawram.com
www.lawram.com

*This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender by reply and delete the message from your system. Any unauthorized dissemination, distribution or copying hereof is prohibited.*

On Sep 27, 2020, at 10:13 AM, Holly Cole <Holly_Cole@gand.uscourts.gov> wrote:

Dear Counsel,

Coalition Plaintiffs filed at 11pm on Friday an *Emergency Notice of Supplemental Evidence Relating to Motions for Preliminary Injunction* which the Court has just become aware of.  In light of the urgent nature of this information and the imminence of the Court's issuance of an Order, Judge Totenberg requires the parties' participation in a telephone conference (and directs that the State make Mr. Harvey and Dr. Coomer available as well at the conference) to address the Court's questions and concerns raised by these recent events with the database for the November election.

Please respond to this email **as soon as possible** to indicate availability for this telephone conference: (a) any time this evening, (b) tomorrow morning at 8am, or (c) tomorrow morning at 11am.

Regards,

Holly Cole
Law Clerk
Chambers of the Honorable Amy Totenberg
United States District Court
Northern District of Georgia
404-215-1404
Holly_Cole@gand.uscourts.gov