# EXHIBIT E

From: **Irwin County Elections** <electionsirwincounty@aol.com>
Date: Mon, Sep 28, 2020 at 3:23 PM
Subject: Re: Public Records Request--L&A Testing for November Election
To: cgganalyst2@gmail.com <cgganalyst2@gmail.com>


we're not going to be impacted by the re-issuance of the database.... there was only a minor glitch that was discovered by us during L&A and because it was discovered during testing (database didn't show a write-in candidates name properly) the entire database had to be redone..... it is required by law to be 100% accurate..... we were notified by the state late Friday(9/25) that a new database was being done and would dispersed to all counties BEFORE the end of September.... giving all counties plenty of time to rework their respective projects before early voting begins on October 12th.....we're fine ….. no disruption of any office duties that would hamper us from being ready for early voting...…

Sam.... it wasn't a big deal....

Ken Collins
Irwin County Elections


-----Original Message-----
From: Samantha Whitley <cgganalyst2@gmail.com>
To: Lori Wurtz (Elections) <lwurtz@hallcounty.org>; Ronald V. Gable <hcelections@bellsouth.net>; Sherrail Jarrett <sjarrett@harriscountyga.gov>; registrar@hartcountyga.org; Tonnie Adams <tadams@heardcountyga.com>; Debra Presswood <DPresswood@houstoncountyga.org>; Irwin County Elections <electionsirwincounty@aol.com>; Jennifer E. Logan <jelogan@jacksoncountygov.com>; Andrea Brown <jasperprobate@bellsouth.net>; Christy Riner <jeffdaviselections@gmail.com>; Susan Gray <sgray@jeffersoncountyga.gov>; Wanda Burke <probate8@gmail.com>; Debbie Killingsworth <dkillingsworth@johnsonco.org>; Marion Hatton <marion.hatton@jonescountyga.org>; elections laniercountyboc.com <elections@laniercountyboc.com>; Helen Harper <harperh@dlcga.com>; Veronica Johnson <vjohnson@lee.ga.us>; Ella Golden <ella.golden@libertycountyga.com>
Sent: Sat, Sep 26, 2020 5:49 pm
Subject: Public Records Request--L&A Testing for November Election

Dear Election Official:

We were sorry to hear about the disruption in election preparations caused by the announcement of the postponement of the L&A testing. We know that it means more stressful hours of work by you and your staff in preparation for a difficult election.

With apologies for adding more work at a difficult time, we are attempting to collect current and timely information on the problems encountered with the November 2020 database and/or the L&A Testing in the last several days.  Please provide documents as described below:

1. All communications regarding problems encountered by your county or any county in the testing or review of the November 2020 database or L&A Testing.
2. All communications regarding the nature, rationale for, or impact of the delay in L&A Testing announced by the Secretary of State's office.
3. Documents regarding the impact and delays that your election preparations will experience as a result of the database replacement.
4. Communications relating to the replacement of the November database.

When applicable for these requests, feel free to answer informally to save time. If there are any fees for searching or copying these records, please inform me if the cost will exceed $20. However, Coalition for Good Governance, a non-partisan 501(c) (3) organization, with members who are residents of Georgia, requests a waiver of all fees because the disclosure of the requested information is in the public interest and will contribute significantly to the public's understanding of the operations of electronic voting equipment and reporting of results.

This information is not being sought for commercial purposes. If you deny any or all of this request, please describe each record withheld, and cite each specific exemption on which you base your denial of the information .

Thank you,

Samantha Whitley
Research Analyst
[Coalition for Good Governance](Coalition for Good Governance)
Cell: 704 763 8106
[cgganalyst2@gmail.com](cgganalyst2@gmail.com)
--
Samantha Whitley
Research Analyst
[Coalition for Good Governance](Coalition for Good Governance)
Cell: 704 763 8106
[cgganalyst2@gmail.com](cgganalyst2@gmail.com)