# EXHIBIT F

From: <elections@decaturcountyga.gov>
Date: Mon, Sep 28, 2020 at 1:46 PM
Subject: RE: Public Records Request--L&A Testing for November Election
To: Samantha Whitley <cgganalyst2@gmail.com>

Attached is our public notice on L&A testing, which is to begin today. We plan to proceed with the testing of the mail-in and provision ballot.
Carol Heard, Decatur County.

**From:** Samantha Whitley <cgganalyst2@gmail.com>
**Sent:** Saturday, September 26, 2020 5:41 PM
**To:** Catoosa Elections <catoosaelections@catoosa.com>; Brenda Hodges <bhodges@charltoncountyga.gov>; elections <elections@chathamcounty.org>; judgemcg@yahoo.com; Chattooga Elections and Probate Court <chattoogaelections@hotmail.com>; charlotte.sosebee@athensclarkecounty.com; Clay County Probate <clayprobate@hotmail.com>; clinchelections@windstream.net; Misty Hampton <misty.hampton@coffeecounty-ga.gov>; Wes Lewis <weslewis@ccboc.com>; Gay, Nancy <ngay@columbiacountyga.gov>; Dawn Arnold <cookelections@windstream.net>; Scoggins, Jane <jscoggins@coweta.ga.us>; Brenda Peacock <b.peacock@crawfordcountyga.org>; Elections <elections@crispcounty.com>; Tammie Vaughan <tvaughan@dadecounty-ga.gov>; Glenda Ferguson <gferguson@dawsoncounty.org>; Elections Carol Heard <elections@decaturcountyga.gov>; Dooly Elections <dooly.county.elections@gmail.com>; Nickerson, Ginger <gnickerson@dougherty.ga.us>; bdofelections <bdofelections@co.douglas.ga.us>; Early County Elections <elections@earlycounty.org>; Echols County Probate Magistrate <echolscoprobatecourt@gmail.com>
**Subject:** Public Records Request--L&A Testing for November Election

Dear Election Official:

We were sorry to hear about the disruption in election preparations caused by the announcement of the postponement of the L&A testing. We know that it means more stressful hours of work by you and your staff in preparation for a difficult election.

With apologies for adding more work at a difficult time, we are attempting to collect current and timely information on the problems encountered with the November 2020 database and/or the L&A Testing in the last several days. Please provide documents as described below:

1. All communications regarding problems encountered by your county or any county in the testing or review of the November 2020 database or L&A Testing.
2. All communications regarding the nature, rationale for, or impact of the delay in L&A Testing announced by the Secretary of State's office.
3. Documents regarding the impact and delays that your election preparations will experience as a result of the database replacement.
4. Communications relating to the replacement of the November database.

When applicable for these requests, feel free to answer informally to save time. If there are any fees for searching or copying these records, please inform me if the cost will exceed $20. However, Coalition for Good Governance, a non-partisan 501(c) (3) organization, with members who are residents of Georgia, requests a waiver of all fees because the disclosure of the requested

information is in the public interest and will contribute significantly to the public's understanding of the operations of electronic voting equipment and reporting of results.

This information is not being sought for commercial purposes. If you deny any or all of this request, please describe each record withheld, and cite each specific exemption on which you base your denial of the information .

Thank you,

Samantha Whitley
Research Analyst
[Coalition for Good Governance](#)
Cell: 704 763 8106
[cgganalyst2@gmail.com](mailto:cgganalyst2@gmail.com)

--
Samantha Whitley
Research Analyst
[Coalition for Good Governance](#)
Cell: 704 763 8106
[cgganalyst2@gmail.com](mailto:cgganalyst2@gmail.com)

STATE OF GEORGIA
COUNTY OF DECATUR

# **LOGIC AND ACCURACY TESTING PUBLIC NOTICE**

Notice is hereby given that the logic and accuracy testing and preparation of voting equipment to be used in the **November 3, 2020, General Election** will begin at **10 a.m.** on **Monday, September 28, 2020**. Testing will continue from day to day until completed, and members of the public are entitled to be present during testing. Said testing and preparation will be conducted at the Office of Decatur County Board of Elections & Registration, 122 W. Water Street, Bainbridge, GA 39817.

Carol P. Heard
Chief Election Official
Decatur County