# EXHIBIT G

From: **Angela Mantle** <amantle@co.newton.ga.us>
Date: Mon, Sep 28, 2020 at 4:01 PM
Subject: RE: Public Records Request--L&A Testing for November Election
To: Samantha Whitley <cgganalyst2@gmail.com>

Ms. Whitley,

We had anticipated beginning this Friday. However, we will probably begin sometime next week.  I will post a notice on our webpage once the date is determined.

Thanks,
Angela

**From:** Samantha Whitley [mailto:cgganalyst2@gmail.com]
**Sent:** Monday, September 28, 2020 9:49 AM
**To:** Angela Mantle <amantle@co.newton.ga.us>
**Subject:** Re: Public Records Request--L&A Testing for November Election

Hello Ms. Mantle,

Thank you for the information. When do you plan to start your L&A?

Best,
Samantha Whitley

On Mon, Sep 28, 2020 at 3:37 PM Angela Mantle <amantle@co.newton.ga.us> wrote:
> Hi Ms. Whitley,
>
> Newton County had not started the testing process of the voting equipment.  The only document we have responsive to your request is attached.
>
> Thanks,
> Angela Mantle
>
> **From:** Samantha Whitley [mailto:cgganalyst2@gmail.com]
> **Sent:** Saturday, September 26, 2020 5:52 PM
> **To:** Lilvender Bolton <lbolton@lincolncountyga.com>; Trynina Harris <longcountyelections@gmail.com>; elections@lowndescounty.com; elections@lumpkincounty.gov; tdean@mcelections.us; Marion County Elections & Registrations <marioncountyelect@gmail.com>; Phyllis Wheeler <Phyllis.Wheeler3@thomson-mcduffie.net>; Doll Gale <egale@darientel.net>; Patty Threadgill <p.threadgill@meriwethercountyga.gov>; Jerry C <registrars@millercountyga.com>; Terry Ross <tross@mitchellcountyga.net>; Kaye Warren <kwarren@monroecoga.org>; rmoxsand@hotmail.com; Jennifer Doran <jdoran@morgancountyga.gov>; vote@murraycountyga.gov; Nancy Boren <nboren@columbusga.org>; Angela Mantle <amantle@co.newton.ga.us>; fdavis@oconee.ga.us; Steve McCannon <smccannon@oglethorpecountyga.gov>; Deidre Holden <deidre.holden@paulding.gov>
> **Subject:** Public Records Request--L&A Testing for November Election

Dear Election Official:

We were sorry to hear about the disruption in election preparations caused by the announcement of the postponement of the L&A testing. We know that it means more stressful hours of work by you and your staff in preparation for a difficult election.

With apologies for adding more work at a difficult time, we are attempting to collect current and timely information on the problems encountered with the November 2020 database and/or the L&A Testing in the last several days.  Please provide documents as described below:

1. All communications regarding problems encountered by your county or any county in the testing or review of the November 2020 database or L&A Testing.
2. All communications regarding the nature, rationale for, or impact of the delay in L&A Testing announced by the Secretary of State's office.
3. Documents regarding the impact and delays that your election preparations will experience as a result of the database replacement.
4. Communications relating to the replacement of the November database.

When applicable for these requests, please feel free to answer informally to save time.  If there are any fees for searching or copying these records, please inform me if the cost will exceed $20. However, Coalition for Good Governance, a non-partisan 501(c) (3) organization, with members who are residents of Georgia, requests a waiver of all fees because the disclosure of the requested information is in the public interest and will contribute significantly to the public's understanding of the operations of electronic voting equipment and reporting of results.

This information is not being sought for commercial purposes. If you deny any or all of this request, please describe each record withheld, and cite each specific exemption on which you base your denial of the information .

Thank you,

Samantha Whitley
Research Analyst
Coalition for Good Governance
Cell: 704 763 8106
cgganalyst2@gmail.com

--
Samantha Whitley
Research Analyst
Coalition for Good Governance
Cell: 704 763 8106
cgganalyst2@gmail.com



--
Samantha Whitley
Research Analyst
Coalition for Good Governance
Cell: 704 763 8106
cgganalyst2@gmail.com