# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 09/28/2020.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 12:40 P.M.  COURT REPORTER: Shannon Welch
TIME IN COURT: 1:35  DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance
David Cross representing Donna Curling
Alexander Denton representing Brad Raffensperger
Cary Ichter representing Coalition for Good Governance
Bryan Jacoutot representing Brad Raffensperger
Robert McGuire representing Coalition for Good Governance
Carey Miller representing Brad Raffensperger
Cheryl Ringer representing The Fulton County Board of Registration and Elections
Vincent Russo representing Brad Raffensperger
Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference - See Transcript for specifics. |
| HEARING STATUS: | Hearing Concluded |