**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, et al; | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO: 1:17cv02989-AT |
| | ) |
| BRAD RAFFENSPERGER, et al.; | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) FILE NO.: |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date I have electronically filed the foregoing

**FULTON COUNTY DEFENDANTS' OBJECTION TO COALITION
PLAINTIFFS' NOTICE OF INSPECTION** with the Clerk of Court using the

CM/ECF system, with the Clerk of Court using the CM/ECF system, which will

send email notification of such filing to all attorneys of record.

Cary Ichter, Esquire
Ichter Davis LLC
3340 Peachtree Rd., N.E.
UNIT 1530, Atlanta, GA 30305

This 28th day of September, 2020.

***/s/ Cheryl Ringer***
Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov