# EXHIBIT 1

| | |
|---|---|
| **From:** | Harris, Axiver <aharris@sos.ga.gov> |
| **Sent:** | Tuesday, September 29, 2020 3:51 PM |
| **To:** | Cynthia Willingham |
| **Subject:** | FW: Data Delivery Sept 30 2020 |
| **Attachments:** | Data Delivery Sept 30 2020.doc |
| | |
| **Importance:** | High |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:** Harris, Axiver
**Sent:** Tuesday, September 29, 2020 3:43 PM
**To:** 'aharris@sos.state.ga.us' <aharris@sos.state.ga.us>
**Subject:** Data Delivery Sept 30 2020
**Importance:** High

Good Afternoon,

Here are the delivery locations for tomorrow for pickup of the Database. Remember, the representative meeting the investigator MUST have proper County ID or a letter from you designating them as your representative.

Thanks,

Axiver Harris
*Liaison*
*Georgia Secretary of State*
470.312.2746 (main)
404.985.6002 (cell)



**Statewide Official Election Data Base Delivery**
**Wednesday, September 30, 2020**

**Directions:** Delivery of new data bases for all counties will occur on Wednesday, September 30, 2020 to the assigned GSP Post listed below will begin **AT 10:00am**. **\*\*That means you must make arrangements to have someone meet the investigator at your assigned location between 10:00am and 12:00pm.**

**The representative meeting the investigator MUST have proper COUNTY ID or a letter from you designating them as your representative.**

# Route #1:                                                    Blanchard
**Douglas      GSP Post    912-389-4675 (Investigator will be at this location)**

| County | |
|---|---|
| McIntosh | ___ |
| Glynn | ___ |
| Camden | ___ |
| | |
| Brantley | ___ |
| Clinch | ___ |
| Ware | ___ |
| Charlton | ___ |
| Pierce | ___ |
| | |
| Bacon | ___ |
| Coffee | ___ |
| Atkinson | ___ |
| Irwin | ___ |

# Route #2:                                                    Nunley
**Tifton      GSP Post    229-386-3226 (Investigator will be at this location)**

| County | |
|---|---|
| Thomas | ___ |
| Grady | ___ |
| | |
| Lowndes | ___ |
| Brooks | ___ |

Lanier          ___
Echols          ___

Colquitt        ___
Cook            ___
Berrien         ___
Tift            ___
Ben Hill        ___

# Route #3:                                    **Monroe**

**Albany     GSP Post     229-430-6585(Investigator will be at this location)**

Decatur         ___
Early           __
Miller          ___
Seminole        ___

Dougherty       __
Baker           ___
Worth           ___
Mitchell        ___
Lee             ___

Turner          ___
Crisp           ___
Dooly           ___
Wilcox          ___

# Route #4:                                    **Hernandez**

**Americus    GSP Post     229-931-2397(Investigator will be at this location)**
Clay            ___
Randolph        ___
Calhoun         ___
Chattahoochee   ___
Quitman         ___
Stewart         ___
Terrell         ___

| | |
|---|---|
| Schley | ___ |
| Webster | ___ |
| Sumter | ___ |
| Marion | ___ |
| | |
| Houston | ___ |
| Macon | ___ |
| Pulaski | ___ |
| Peach | ___ |

## Route #5:                                            <u>Cain</u>     cell# 404 360-3153

| | |
|---|---|
| **<mark>Manchester  GSP Post</mark>** | **<mark>(Investigator will be at this location)</mark>** |
| Meriwether | ___ |
| Muscogee | ___ |
| Talbot | ___ |
| Taylor | ___ |
| Upson | ___ |
| Crawford | ___ |
| Pike | ___ |
| Lamar | ___ |
| Bibb | ___ |
| Monroe | ___ |

## Route #6:                                            <u>Anding</u>     cell# 470 382-3878

| | |
|---|---|
| **<mark>Newnan      GSP Post</mark>** | **<mark>(Investigator will be at this location)</mark>** |
| Harris | ___ |
| Troup | ___ |
| Heard | ___ |
| Coweta | ___ |
| Butts | ___ |
| Spalding | ___ |
| Fayette | ___ |
| Henry | ___ |

## Route #7:             **Zagorin**  cell# 404-683-3203

| Rome | GSP Post | (Investigator will be at this location) |
|---|---|---|
| Floyd | ___ | |
| Chattooga | ___ | |
| Polk | ___ | |
| Haralson | ___ | |
| Douglas | ___ | |
| Carroll | ___ | |

## Route #8:             **Marbut**  cell# 404 561-9745

| Calhoun | GSP Post | (Investigator will be at this location) |
|---|---|---|
| Dade | ___ | |
| Walker | ___ | |
| Whitfield | ___ | |
| Murray | ___ | |
| Catoosa | ___ | |
| Gordon | ___ | |

## Route #9:             **Parris**  cell# 470 572-7395

| Jasper | GSP Post | (Investigator will be at this location) |
|---|---|---|
| Fannin | ___ | |
| Union | ___ | |
| Gilmer | ___ | |
| Towns | ___ | |
| Paulding | ___ | |
| Bartow | ___ | |
| Pickens | ___ | |
| Cherokee | ___ | |

## Route #10:  Humes     cell# 404-623-8453

**Gainesville   GSP Post         (Investigator will be at this location)**

| County | |
|---|---|
| Hart | ___ |
| Habersham | ___ |
| Stephens | ___ |
| Rabun | ___ |
| Franklin | ___ |
| White | ___ |
| Hall | ___ |
| Banks | ___ |
| Forsyth | ___ |
| Lumpkin | ___ |
| Dawson | ___ |

## Route #11:  Odom     cell# 404-623-8578

**Washington GSP Post     (Investigator will be at this location)**

| County | |
|---|---|
| Columbia | ___ |
| Richmond | __ |
| McDuffie | ___ |
| Glascock | ___ |
| Warren | ___ |
| Wilkes | ___ |
| Oglethorpe | ___ |
| Lincoln | ___ |
| Elbert | ___ |
| Taliaferro | ___ |
| Clarke | ___ |
| Jackson | ___ |
| Madison | ___ |
| Barrow | ___ |
| Oconee | ___ |

## Route #12:  Ralston

**Milledgeville   GSP Post   478-445-4718**
**(new address for post- 101 Pavillion Circle)(Investigator will be at this location)**

| County | |
|---|---|
| Washington | ___ |
| Hancock | ___ |
| Baldwin | ___ |

Wilkinson    ___
Jones        ___


Morgan       ___
Jasper       ___
Greene       ___
Putnam       ___


Walton       ___
Newton       ___


# Route #13:                                **Johnson**

**Dublin       GSP Post      478-275-6630(Investigator will be at this location)**

Emanuel      ___
Jefferson    ___


Bleckley     ___
Treutlen     ___
Twiggs       ___
Laurens      ___
Johnson      ___


# Route #14:                                **Touchton**

**Statesboro   GSP Post      912-681-8593(Investigator will be at this location)**

Chatham      ___
Effingham    ___


Burke        ___
Screven      ___
Jenkins      ___


Bulloch      ___
Bryan        ___
Candler      ___

## Route #15: <u>Archie</u>

<u>**Reidsville    GSP Post     912-557-7778(Investigator will be at this location)**</u>

Long          ___
Liberty       ___
Wayne         ___

Evans         ___
Toombs        ___
Appling       ___
Tattnall      ___

Wheeler       ___
Dodge         ___
Telfair       ___
Jeff Davis    ___
Montgomery    ___