IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' NOTICE OF FILING
REGARDING THE COURT'S REQUEST FOR DOCUMENTATION**

Pursuant to the Court's September 30, 2020 docket entry, the State Defendants file this response. As raised in the September 28, 2020 Conference with the Court and previously noted in the docket at [Doc. 895], the State Defendants maintain their objection to this continued inquiry into the details of election administration. State Defendants further respectfully note that this inquiry continues to impede administration of the November 2020 election by diverting resources to the Court's questions. The State's EAC-certified Voting System Test Laboratory, Pro V&V, has completed its evaluation of the software update and confirmed that evaluation with the Secretary, but a formal report of that process has not yet been prepared.

1

State Defendants anticipate receiving that report within the next few days and will then file it.

Respectfully submitted this 30th day of September 2020,

/s/ Vincent Russo
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200

Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

# CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' NOTICE OF FILING REGARDING THE COURT'S REQUEST FOR DOCUMENTATION** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

        */s/ Vincent Russo*
        Vincent Russo