IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, et al.; <br><br> Defendants. | ) ) ) ) ) ) ) CIVIL ACTION ) FILE NO: 1:17cv02989-AT ) ) ) ) ) ) ) FILE NO.: |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on this date I have electronically filed the foregoing **FULTON COUNTY DEFENDANTS' RESPONSE TO COALITION PLAINTIFFS' THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 1st day of October, 2020.

*/s/ Cheryl Ringer*
Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov