IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, : | |
| : | |
| Defendants. : | |

## **ORDER**

This matter is before the Court on the Motion of Common Cause Georgia for Leave to File Amicus Curiae Brief [Doc. 931]. Plaintiffs and State Defendants either consent or do not object to the motion. The Court hereby **GRANTS** the Motion and deems the Amicus Curiae Brief and its attachments filed as of the date of this Order.

**IT IS SO ORDERED** this 2nd day of October, 2020.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**