# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

October 5, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

      **U.S.D.C. No.:** 1:17-cv-2989-AT
      **U.S.C.A. No.:** 00-00000-00
      **In re:**  Donna Curling et al v. Brad Raffensperger et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified Notice of Appeal, Docket Sheet, Judgment and/or Order appealed enclosed.** |
| **X** | **This is not the first notice of appeal. Other notices were filed on: 9/18/18; USCA Case No. 18-13951-DD.** |
| | There is no transcript. |
| **X** | **The court reporter is Shannon Welch.** |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fee paid electronically on 10/2/20. (Receipt# AGANDC-10221062)** |
| | Appellant has been   leave to appeal *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Amy Totenberg.** |
| | This is a **DEATH PENALTY** appeal. |

                                                          Sincerely,

                                                          James N. Hatten
                                                          District Court Executive
                                                          and Clerk of Court

                                                By:   /s/P. McClam
                                                          Deputy Clerk

Enclosures