IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |  |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

The parties have reached an agreement on unsealing certain documents recently filed in the case. Pursuant to the parties' agreement, State Defendants will file on the public record a redacted version of the Pro V&V letter filed under seal at Doc 939. State Defendants also consent to having the Declaration of Dr. Halderman (Doc 941) and the Declaration of Mr. Skoglund (Doc 943) unsealed. Accordingly, the Clerk is **DIRECTED** to unseal the Declaration of Dr. Halderman (Doc 941) and the Declaration of Mr. Skoglund (Doc 943).

**IT IS SO ORDERED** this 5th day of October, 2020.

_____
**Amy Totenberg**
**United States District Judge**