**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, *et al.* | |
| *Plaintiffs,* | CIVIL ACTION |
| v. | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | |
| *Defendants.* | |

**UNOPPOSED MOTION FOR EXPEDITED BRIEFING AND EXCESS**
**PAGES REGARDING STATE DEFENDANTS' MOTION TO STAY**
**PRELIMINARY INJUNCTION PENDING APPEAL**

Defendants Raffensperger, in his official capacity as Secretary of State

and the Chair of the Georgia State Election Board (the "Secretary"), and

State Election Board ("SEB") Members Sullivan, Worley, Le, and Mashburn

(collectively, the "State Defendants"), hereby move the Court to enter an

order for expedited briefing on State Defendants' Motion to Stay Preliminary

Injunction ("Motion to Stay"), and for permission for the parties to submit

briefing on the Motion for Stay that exceeds the page limit allowed under the

Local Rules.

As stated in State Defendants' forthcoming Motion to Stay, there exists

good cause for treating it as an emergency motion and waiving the time

requirements of Local Rule 7.1. Absentee voting for the General Election

began on September 15, 2020, and early in-person voting begins on October

12, 2020. *See* O.C.G.A. § 21-2-384(a)(2). Moreover, Eleventh Circuit Rules

state that the State Defendants may only move the Appellate Court to stay

the injunction pending appeal upon a showing of (a) impracticability or (b)

that a stay was sought, and denied, in the District Court. 11th Cir. R.

8(a)(2)(A)(i-ii). Based on current deadlines and the needs associated with

implementing the Court's injunction as ordered, State Defendants believe a

ruling on their Motion to Stay is needed as soon as possible so the Appellate

Court can timely review this Court's Order on Coalition Plaintiffs Motion for

Preliminary Injunction on Paper Pollbook Backups, if necessary.

To allow the Court sufficient time to consider and rule on State

Defendants' Motion to Stay, and timely appellate review if necessary, State

Defendants respectfully request that Coalition Plaintiffs' response, if any, be

due no later than **Friday, October 9, 2020**. In the interest of efficiency,

State Defendants will also forego filing a reply brief. Additionally, State

Defendants respectfully request that the Court allow State Defendants and

Coalition Plaintiffs to file brief on the Motion for Stay that do not exceed

thirty (30) pages.

State Defendants have consulted with counsel for the Coalition

Plaintiffs who have indicated they do not oppose this Motion.  A proposed

Order is attached hereto for the Court's convenience.

Respectfully submitted, this 5th day of October, 2020.

Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

*/s/Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com

3

Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

4

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Motion and Brief in Support has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Motion has been prepared using 13-pt Century Schoolbook font.

*/s/ Bryan P. Tyson*
Bryan P. Tyson