## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA CURLING, et al.,

    Plaintiff,

vs.

BRAD RAFFENSPERGER, et al.,

    *Defendant.*

)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE

NO. 1:17-cv-2989-AT

## ORDER GRANTING UNOPPOSED MOTION FOR EXPEDITED BRIEFING AND EXCESS PAGES REGARDING STATE DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL

Presently before the Court is Defendants Brad Raffensperger, in his official capacity as Secretary of State and the Chair of the Georgia State Election Board and State Election Board Members Rebecca N. Sullivan, David J. Worley, Anh Le, and Matthew Mashburn's Unopposed Motion For Expedited Briefing And Excess Pages Regarding State Defendants' Motion To Stay Preliminary Injunction Pending Appeal. In their motion, State Defendants request that Coalition Plaintiffs' Response to State Defendants' Motion to Stay be due no later than Friday, October 9, 2020 and agree to forego a reply brief in the interest of time. State Defendants contend that this briefing schedule is necessary to allow sufficient time for the Court to rule on State Defendants'

motion and timely seek appellate review of the preliminary injunction. Additionally, State Defendants request permission for the parties to file briefs on the Motion to Stay that do not exceed thirty (30) pages.

For good cause shown, and noting no opposition, the Court GRANTS State Defendants' motion.  The parties have permission to file briefs on State Defendants' Motion for Stay that do not exceed thirty (30)  pages, and Coalition Plaintiffs' response to State Defendants' Motion to Stay is due on or before Friday, October 9, 2020.

SO ORDERED, THIS 6th day of October, 2020.

_____
The Hon. Amy Totenberg
United States District Judge