IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' NOTICE OF FILING REGARDING
STATE CERTIFICATION AND EAC DOCUMENTATION**

Pursuant to the Court's September 28 and 30, 2020 docket entries, and subject to the objections raised in [Doc. 895], State Defendants provide notice of filing the following documents which may be responsive to the Court's Order(s):

Exhibit 1.  The Secretary's Certification of the State's Voting System following the software update; and

Exhibit 2.  An Engineering Change Order (ECO) Form regarding the update which State Defendants understand has been submitted to the EAC by Dominion Voting Systems.

Respectfully submitted this 6th day of October 2020,

/s/ Carey Miller
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STATE DEFENDANTS' NOTICE OF FILING REGARDING STATE CERTIFICATION AND EAC DOCUMENTATION** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

　　　　　　　　　　　　*/s/ Carey Miller*
　　　　　　　　　　　　Carey Miller