# EXHIBIT 2



# Engineering Change Order (ECO) Form

| ECO Number | 100714 |
|---|---|
| Reason | Updated ICX application to provide proper screen rendering of a multi-column contest when a multiple of other factors are combined with this contest display mode |
| Description | Products Affected:<br>ImageCast X<br><br>Updated ICX application to provide proper screen rendering of a multi-column contest, when scrolling is turned off, when using a large database, and when specific user actions are required. This combination of factors is rare and the manifestation only affects the display of that multi-column contest and can only occur once per cycling of the machine.<br><br>Add:<br>ICX 5.5.10.32 Application Software for use with election databases displaying a contest using multiple columns<br><br>The software will be used with the following EAC certified Democracy Suite (D-Suite) system:<br>• 5.5-A<br><br>The software will be used with the following state certified Democracy Suite (D-Suite) system:<br>• 5.5-A (GA)<br><br>Note: Baselined from ICX 5.5.10.30, the ICX 5.5.10.32 is submitted as a de minimis software change. |

| Signoff Groups | User | Date Signed | Signoff Groups | User | Date Signed |
|---|---|---|---|---|---|
| Engineering | Ivan Vukovic | 2020-09-26 | | | |
| SIT | John Giannopoulos | 2020-09-27 | | | |
| Certification | Ian Piper | 2020-09-28 | | | |
| Operations | Nicole Nollette | 2020-09-28 | | | |

© 2020 Dominion Voting Systems, Inc.  All rights reserved.
PROPRIETARY AND CONFIDENTIAL