IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

**NOTICE OF FILING EAC APPROVAL OF SOFTWARE CHANGE**

Pursuant to this Court's earlier orders requiring the filing of information regarding the approval of the software changes to the Dominion BMDs, attached as Exhibit 1 is the approval from the Election Assistance Commission received by the Secretary of State a few minutes ago.

Respectfully submitted this 9th day of October, 2020.

                                    Vincent R. Russo
                                    Georgia Bar No. 242628
                                    vrusso@robbinsfirm.com
                                    Josh Belinfante
                                    Georgia Bar No. 047399
                                    jbelinfante@robbinsfirm.com
                                    Carey A. Miller
                                    Georgia Bar No. 976240
                                    cmiller@robbinsfirm.com
                                    Alexander Denton

Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

*/s/Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

# CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **NOTICE OF FILING EAC APPROVAL OF SOFTWARE CHANGE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
