# EXHIBIT 1



**U. S. ELECTION ASSISTANCE COMMISSION**
VOTING SYSTEM TESTING AND CERTIFICATION PROGRAM
1335 East West Highway, Suite 4300
Silver Spring, MD 20910

October 9, 2020 <u>**Sent via e-mail**</u>

Ian Piper, Certification Director
Dominion Voting Systems
1201 18th Street, Suite 210
Denver, CO, 80202

**Re: DVS ECO 100714**

Dear Mr. Piper,

This correspondence is to inform you that DVS ECO 100714 is approved.

Sincerely,

Jerome Lovato
Director, Voting System Testing and Certification

Cc:  Pro V&V