# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the following discovery was served on counsel of record by electronic mail: COALITION PLAINTIFFS' NOTICE OF RULE 34 REQUEST FOR EXPEDITED INSPECTION AND COPYING TO THE FULTON COUNTY DEFENDANTS.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the PACER-ECF system.

This 14TH day of October, 2020.

>  */s/ Bruce P. Brown*
>  Bruce P. Brown
>  BRUCE P. BROWN LAW LLC
>  1123 Zonolite Rd. NE, Suite 6
>  Atlanta, Georgia 30306
>  (404) 881-0700
>  *Counsel for Plaintiff Coalition for Good Governance*