## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | |
| vs. ) | NO. 1:17-cv-2989-AT |
| ) | |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED]
## ORDER ON STATE DEFENDANTS'
## MOTION FOR EXTENSION OF TIME

Having reviewed State Defendants' Motion for Extension of Time, and

for good cause shown, the Court GRANTS State Defendants' motion. State

Defendants' response to Coalition Plaintiffs' Renewal of Motion for Attorney's

Fees and Expenses is due on or before January 5, 2021.

SO ORDERED, THIS ____ day of October, 2020.

_____
Amy Totenberg
United States District Judge