IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*  *Plaintiffs,*  v.  BRAD RAFFENSPERGER, *et al.*,  *Defendants*. | CIVIL ACTION  FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' AMENDED NOTICE OF APPEAL**

Notice is hereby given that, pursuant to 28 U.S.C. § 1292, State Defendants Brad Raffensperger, in his official capacity as Secretary of State and the Chair of the Georgia State Election Board, State Election Board Members Rebecca N. Sullivan, David J. Worley, Anh Le, and Matthew Mashburn, in the above-captioned case amend its earlier Notice of Appeal filed on October 2, 2020 [Doc. 937] and hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Opinion and Order on Coalition Plaintiffs' Motion for Preliminary Injunction on Paper Pollbook Backups entered on September 28, 2020 at [Doc. 918], as amended by the Court's October 12, 2020 Order, [Doc. 966], granting in part Coalition Plaintiffs' Rule 59(e) Motion. *See* Fed. R. App. P. 4(a)(4)(B)(ii).

Respectfully submitted this 16th day of October, 2020.

<div style="margin-left: 2em;">

*/s/Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200

</div>

Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Amended Notice of Appeal has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 13-pt Century Schoolbook font.

<div align="right">

*/s/ Vincent R. Russo*
Vincent R. Russo

</div>