IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION FILE ) NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, et al., | ) ) |
| Defendant. | ) |

## ORDER

Having reviewed State Defendants' Motion for Extension of Time [Doc. 972], and for good cause shown, the Court **GRANTS IN PART** State Defendants' motion. State Defendants' response to Coalition Plaintiffs' Renewal of Motion for Attorney's Fees and Expenses is due on or before December 2, 2020.

SO ORDERED, THIS 19th day of October, 2020.

Amy Totenberg
United States District Judge