UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER, et al. )<br>)<br>)<br>Defendants. ) | Civil Action No.<br><br>1:17-cv-02989-AT |

**MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCES**

Pursuant to Local Rule 83.1(E), Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett (the "Coalition Plaintiffs") respectfully request that the Court grant leave for Ezra David Rosenberg, John Michael Powers, and Jacob Paul Conarck to withdraw their appearances *pro hac vice* as counsel in the above-captioned case. Plaintiff Coalition for Good Governance will continue to be represented in this matter by the law firms of Bruce P. Brown, LLC and Robert McGuire Law Firm. Plaintiffs William Digges III, Laura Digges, Ricardo Davis, and Megan Missett will continue to be represented in this matter by the law firm Ichter Davis, LLC.

1

Respectfully submitted this 22nd day of October, 2020.

/s/ *Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucepbrownlaw.com
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Attorney for Plaintiff Coalition for Good Governance*

/s/ *Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
cichter@IchterDavis.com
ICHTER DAVIS, LLC
3340 Peachtree Road NE
Atlanta, GA 30326
(404) 869-7600

*Attorney for William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

/s/ *Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Attorney for Plaintiff Coalition for Good Governance*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) <br> ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) Civil Action No. <br> v. ) <br> ) 1:17-cv-02989-AT <br> BRAD RAFFENSPERGER, et al. ) <br> ) <br> ) <br> Defendants. ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) 1:17-cv-02989-AT |
| BRAD RAFFENSPERGER, et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Bruce P. Brown*
Bruce P. Brown