UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) <br> ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, et al. ) <br> ) <br> ) <br> Defendants. ) | Civil Action No. <br><br> 1:17-cv-02989-AT |

**[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO WITHDRAW APPEARANCES**

This matter coming before the Court on Coalition Plaintiffs' Motion for Leave to Withdraw Appearances *pro hac vice* of Ezra David Rosenberg, John Michael Powers, and Jacob Paul Conarck. The Court being advised accordingly, it is hereby ordered that the Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of October, 2020.

_____
U.S. District Court Judge Amy Totenberg

1