IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13730-RR
_____

DONNA CURLING, an individual,
COALITION FOR GOOD GOVERNANCE,
DONNA PRICE,
JEFFREY SCHOENBERG,
LAURA DIGGES,  et al.,

                                                          Plaintiffs - Appellees,

versus

SECRETARY OF STATE FOR THE STATE OF GEORGIA,
GEORGIA STATE ELECTION BOARD,
DAVID J. WORLEY,
REBECCA N. SULLIVAN,
STATE ELECTION BOARD,
AHN LE,
MATTHEW MASHBURN,

                                                          Defendants - Appellants.

_____

On Appeal from the United States
District Court for the Northern District of Georgia
_____

BEFORE:   JORDAN, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

      The appellants' motion for a stay pending appeal of the district court's preliminary injunction is granted.

      Judge Jordan dissents in part, and would not grant a stay as to (1) the requirement that the state provide county election officials with an updated pollbook that can be printed and which has all the information available in the electronic pollbook, (2) the requirement that the state

direct county election officials to print and provide the paper pollbook backup for each polling place, and (3) the requirement that the state direct county election officials to use the paper pollbook backup in case of equipment malfunction or emergency.