IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, David J. Worley, Rebecca N. Sullivan, Anh Le, and Matthew Mashburn (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that on October 23, 2020, the undersigned served a true and correct copy of the following:

1. State Defendants' Objections and Responses to Plaintiffs' First Joint Request for Production of Documents to the Fulton County Defendants,

upon the following counsel of record via email:

Cary Ichter
Ichter Davis LLC
Suite 1530
3340 Peachtree Road N.E. Atlanta,

Bruce P. Brown LAW LLC 1123 Zonolite Road, Suite 6 Atlanta, Georgia 30306
bbrown@brucepbrownlaw.com

Georgia 30326
cichter@ichterdavis.com

David D. Cross
John P. Carlin
Lyle F. Hedgecock
Mary G. Kaiser
Veronica Ascarrunz
Eileen M. Brogan
Morrison & Foerster, LLP 2000
Pennsylvania Avenue, NW
Washington, DC 20006
dcross@mofo.com
jcarlin@mofo.com
lhedgecock@mofo.com
mkaiser@mofo.com
vascarrunz@mofo.com
ebrogan@mofo.com

John Michael Powers
David R. Brody
Ezra David Rosenberg
Lawyers' Committee for Civil
Rights Under Law
Suite 900
1500 K Street, N.W.
Washington, DC 20005
jpowers@lawyerscommittee.org
dbrody@lawyerscommittee.org
erosenberg@lawyerscommittee.org

Kaye Burwell
David Lowman
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
kaye.burwell@fultoncountyga.gov
david.lowman@fultoncountyga.gov
cheryl.ringer@fultoncountyga.gov

Robert Alexander McGuire
Robert McGuire Law Firm
113 Cherry Street #86685
Seattle, WA 98104-2206
ram@lawram.com

Halsey G. Knapp, Jr.
Adam Martin Sparks
Grant Edward Schnell
Krevolin & Horst, LLC

One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com
grant.schnell@hklaw.com


This 26th day of October, 2020.

                **Robbins Ross Alloy Belinfante Littlefield LLC**

                Vincent R. Russo
                Georgia Bar No.: 242628
                vrusso@robbinsfirm.com
                Joshua B. Belinfante
                Georgia Bar No.: 047399
                jbelinfante@robbinsfirm.com
                Alexander F. Denton
                Georgia Bar No.: 660632
                adenton@robbinsfirm.com
                Carey Miller
                Georgia Bar No.:  976240
                cmiller@robbinsfirm.com
                500 14th Street, N.W.
                Atlanta, GA 30318
                Telephone:  (678) 701-9381
                Facsimile:   (404) 856-3250

                **TAYLOR ENGLISH DUMA LLP**

                */s/Bryan P. Tyson*
                Bryan P. Tyson
                GA Bar No. 515411

                    btyson@taylorenglish.com
                    Jonathan D. Crumly
                    Georgia Bar No. 199466
                    jcrumly@taylorenglish.com
                    Diane Festin LaRoss
                    Georgia Bar No. 430830
                    dlaross@taylorenglish.com
                    James A. Balli
                    Georgia Bar No. 035828
                    jballi@taylorenglish.com
                    Bryan F. Jacoutot
                    Georgia Bar No. 668272
                    bjacoutot@taylorenglish.com
                    Loree Anne Paradise
                    lparadise@taylorenglish.com
                    1600 Parkwood Circle, Suite 200
                    Atlanta, GA 30339
                    Telephone: 770.434.6868

*Attorneys for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

> */s/ Bryan P. Tyson*
> Bryan P. Tyson