# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CURLING, et al. : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v. : | |
| : | FILE NO. 1:17-CV-2989-AT |
| RAFFENSPERGER, et al : | |
| : | |
| **Defendants** : | |

## CERTIFICATE OF SERVICE

The undersigned certifies that **Non-Party Ameika Pitts's Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action from Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett** was served on this date by delivering a copy of same in .pdf format via electronic mail to the following counsel of record:

   *Counsel for Plaintiff Coalition for Good Governance*
      Cary Ichter
      cichter@ichterdavis.com

   *Counsel for the State Defendants*
      Bryan Tyson
      btyson@taylorenglish.com

This is to further certify that the foregoing document was prepared using 14

1

point Times New Roman Font.

Respectfully submitted this 26th day of October, 2020.

                                          **JARRARD & DAVIS, LLP**

                                        ***/s/ Kenneth P. Robin***
                                        Kenneth P. Robin
                                        Georgia Bar No. 609798
                                        Karen P. Pachuta
                                        Georgia Bar No. 142272

222 Webb Street
Cumming, Georgia 30040
(678) 455-7150 – telephone
(678) 455-7149 – facsimile
krobin@jarrard-davis.com
kpachuta@jarrard-davis.com

                                        Attorneys for Non-Party/Respondent Ameika Pitts, in her official capacity as Director of Henry County Elections and Registration Department