## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRIAN KEMP, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## <u>DECLARATION OF HARRI HURSTI</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Harri Hursti. I am over the age of 21 and competent to give this testimony. The facts stated in this declaration are based on my personal knowledge, unless stated otherwise.

2. This declaration supplements my prior declarations (Docs. 680-1, 800-2, 809-3, 860-1, 877, 923-2, and 942 at 7) and I stand by the statements in those declarations.

1

3.     This declaration is written to explain and support the Coalition Plaintiffs' request for relief to address uncounted valid hand marked votes and the Court's Order to provide specific recommendations (Doc. 964 at 141).

4.     In my opinion, it is quite feasible to make immediate changes to increase the accuracy in vote detection and tabulation of hand marked paper ballots scanned by the Dominion ICC scanner. As I had expected based upon a review of the system documentation, programming and database building are not required for the simple changes that I recommend.  This has now been verified by my testing in Cherokee County.

5.     My recommendation for substantial near-term improvement in vote detection and vote counting is for each county to change the Dominion ICC scanner Brightness setting to a value of 25, and maintain the Contrast setting value of 4, which appears to be the vendor default value. This change may be made by the voting system administrator in each county before scanning a batch of ballots. This recommendation assumes that counties are using the same type of ICC scanner (Canon DR-G2140) and same type of ballot paper stock provided by Cherokee County for my test.

6.     The Dominion County Users Guide 5.5A distributed to the counties contains the instructions for changing these values by county administrators.

(Exhibit 1). Based on observations in Cherokee County, this action would require less than 5 minutes of staff time, including a brief test.  I will explain below the basis for the recommendation.

Background Regarding My Work With Georgia's Scanner Settings

7.      As stated in my Declaration of August 24, 2020 (809-3 ¶52), I initially heard about the failure of the Georgia's Dominion system to detect and count all legitimate votes in early June 2020 from Marilyn Marks and Jeanne Dufort of Coalition for Good Governance.

8.      Ms. Marks also informed me of such vote counting problems she had observed in the Habersham County June 9 recount. Such problems reportedly occurred because of marginal marks not recognized as votes by the system.  After these repeated reports of uncounted votes on hand marked scanned ballots in multiple counties, I began to gather information on potential sources of the scanning problem.

9.      Ms. Marks arranged a  video call with Richard Barron of Fulton County, Dr. Richard DeMillo, Ms. Marks and me on June 27, 2020. The purpose of the call was for Dr. DeMillo and me to offer assistance to Fulton County to analyze the cause of the uncounted votes experienced in the June 9 primary and mitigate the uncounted vote issue with more appropriate scanner settings.  (Dr.

DeMillo has considerable expertise in scanning technology, particularly given his executive experience at Hewlett-Packard.) Dr. DeMillo and I suggested to Mr. Barron that we work as a team during Fulton's upcoming preparations and Logic and Accuracy Testing for the August 11 runoff to test various combinations of settings to optimize vote counting accuracy.  Our offers to help were declined by Fulton.

10.    On July 1, 2020 Ms. Marks forwarded a copy of Exhibit 2, which is a document describing Dominion scanner configuration produced by Henry County in response to an Open Records Act request for such documents supplied to the county by the Secretary of State.  Exhibit 2 details a number of scanner setting changes that can be made by the local election official.

11.    In July and August, Coalition Plaintiffs requested through a Rule 34 inspection that Fulton County permit me to conduct several hours of testing on the ICC scanners to improve the vote count accuracy. This culminated in a discovery dispute (Doc. 839) which has not been resolved. Therefore, I have been unable to conduct the full range of testing that is necessary to recommend ***optimal settings*** on all available parameters, such  as thresholds, dpi, grayscale, gamma, brightness, contrast, and other technical options. Such comprehensive testing is not only for the purpose of finding the best settings for capturing votes, but to verify that the

new settings will not produce unintended adverse effects like reduced speed, false positives or decrease in ballot timing mark recognition reliability.

12.     Although I have been unable to test and verify the optimal settings, the recommendations described in this declaration will measurably improve the accuracy in vote detection and tabulation of hand marked paper ballots scanned by the Dominion ICC scanner and can and should be made immediately.  These recommendations are based on the testing I conducted using November 3, 2020 Cherokee County test ballots scanned in Cherokee County Election Office on September 29 and October 20 and my independent research. I will explain the details of my Cherokee County scanning testing below.

Scanner Settings Adjustment Feasibility

13.     I demonstrated through the Cherokee testing the feasibility of immediate improvement in scanning and tabulation accuracy for ballots scanned by the ICC.  My findings are contrary to Dr. Eric Coomer's and Defendants' testimony and declarations, which implied that any settings changes to create scanning improvements required long lead times and database programming prior to an election. In fact, I demonstrated that database or programming changes are not necessary to make near-term significant improvements.

14.     Dr. Coomer stated in his testimony of September 11, 2020 that, "Whether a mark is characterized as a ballot vote, an ambiguous mark, or not a vote is wholly dependent on the threshold settings of the lower and upper threshold limits as well as the percentage fill of the target detected by the system." (Transcript p.72 lines 21-25)

15.     Dr. Coomer's statement implies that improvements to vote detection and counting accuracy can only be achieved by changing the threshold settings while building the database. Instead, my testing proved that a simple change to the Brightness setting to 25 from the apparent default value of 90 recommended by Dominion will result in significantly better vote detection accuracy in Georgia. Scanner manufacturers use 100 as the factory default, with intention that all their scanners produce similar results with factory default settings. Dominion's recommended defaults differ from factory default for the Canon G-DR2140.

16.     Dr. Coomer states in his declaration of August 28, 2020 (Doc 834-1) that, "Scanner threshold settings for the Dominion Democracy Suite that Georgia purchased are not set on each individual scanners. Instead, scanner threshold settings are set when the voting database is built. Users are not able to change the threshold settings without being trained to do so, and with the appropriate application access privileges." His assertion should not be read to mean that

threshold settings are the correct or only settings that can be changed to improve vote detection, or that counties have no convenient access to make setting adjustments to do so.

17.     It is my understanding that, after vote counting issues related to marginal marks were exposed in the June 9 primary, the State Election Board required adjustment of the threshold settings, which was explained in the Court hearing on September 11, 2020. The new threshold settings were applied to the November 3, 2020 election configuration, including in the election project for Cherokee County. Those new threshold settings would have been utilized during my testing at Cherokee.

18.     My testing demonstrated that the State's recent adjustment of threshold settings was insufficient to detect and count all reasonably detectable legitimate vote marks.

19.     As I describe below, changing certain scanner settings is always available to any county voting system administrator with administrative credentials, using simple instructions in the user manual.  Attached as Exhibit 1 is a copy of two pages of instructions from the Georgia County Users Guide 5.5A which I photographed in Cherokee County on October 20, 2020.  The software providing the ability to change the scanner settings on Exhibit 1 page 2 is not

software used in defining the database. The readily adjustable settings listed on the display screen that can have an impact upon image quality include brightness, contrast, gamma, moire reduction, deskew, and color dropout among others. Canon scanner manuals reveal a wide range of additional settings, which are not displayed for user changes in the Dominion interface to Canon scanner. The default values and their effect on ballot scanning are not disclosed in the Dominion reference material I have reviewed. These currently hidden settings affect the scanner operations.

20.     Inspecting the configuration and conducting testing in Cherokee reinforced my previous belief, after a review of publicly available materials, that such scanner setting adjustments may be made by county election staff at any point in the election. My Declaration of August 24, 2020 explains the fact that "important image processing are done in scanner software and before election software threshold values are applied to the image." (Doc. 809-3 at 25).

21.     It is my understanding that there are no state rules or requirements that prohibit the counties from making changes to these settings.

22.     I strongly recommend that, after the interim setting changes recommended in this declaration are implemented for near-term improvements, optimal settings should as soon as possible thereafter be determined and further

8

ordered to be implemented as uniform mandated settings with state permission required before any county level changes are thereafter allowed. Otherwise, counties could effectively unintentionally create differing vote detection standards, where not all voters' ballots are tabulated in the same manner, worsening the problem that now exists with different standards between manual and on screen adjudication processes by the Vote Review Panels.

23.    My recommendation is subject to my understanding that Dominion is using the same certified ICC scanner model in all counties, and all counties are using the same Dominion approved paper stock for ballots scanned on the ICC scanners, and that the Cherokee testing environment was the standard operational election setup used in all counties.

Changing the Brightness Setting

24.    To make the recommended change to the Brightness setting (that is, from 90 to 25), County voting system administrators can reference pages 125-126 of their Dominion Georgia County Users Guide 5.5A Section 4.4.7.  These pages include diagrams showing how to adjust the brightness setting to the recommended value of 25. (Exhibit 2). Such a setting change can be made and tested in less than 5 minutes in my opinion based on my observation of Cherokee County.

Cherokee County Scanning and Testing

9

25.     Along with Marilyn Marks and Aileen Nakamura of Coalition for Good Governance, I made two visits to the Cherokee County elections facility for the purpose of conducting some basic scanning testing. The first visit was on September 29, 2020 and the second visit was on October 20, 2020. The second visit was permitted for two hours by Court Order (Doc.977).

26.     I arrived at the Cherokee County elections facility on October 20 at 5:40pm and testing session began at approximately 5:55 pm. In attendance were also Ms. Ann Brumbaugh, attorney for Cherokee County; two members of the Cherokee County Board of Elections (whose names I failed to record); Mr. Brad Skelton of Dominion; Mr. Bryan Jacoutot, an attorney representing the Secretary of State;  Ms. Kim Stancil, Cherokee County Director of Elections; Ms. Jennifer Akins, Assistant Election Director of Cherokee County. Ms. Nakamura recorded video of the session.

27.     At the beginning of the session, Dominion regional manager, Brad Skelton insisted repeatedly that Brightness and Contrast settings are set "in programming" and cannot be changed at the county level. Ms. Brumbaugh and Ms. Marks questioned him repeatedly about his statement that the settings were done in programming. Ms. Marks reminded him that, to the contrary, the user's manual

information obtained from Henry County showed that counties could make such settings changes.

28.     I had downloaded the Dominion ICC user manual ( Democracy Suite® ImageCast® Central User Guide" ) from the Secretary of State of Colorado's website, which may be found at

https://www.sos.state.co.us/pubs/elections/VotingSystems/DVS-DemocracySuite511/documentation/UG-ICC-UserGuide-5-11-CO.pdf.      I had also reread Exhibit 2, which is the directions for preparing the scanner for an election and changing scanner settings supplied to Coalition for Good Governance by Henry County.   (This document is discussed in my prior declaration, Doc. 809-3 ¶ 59). Both documents indicated that the settings can be changed at any time and are not part of the programming or the database.

29.     Ms. Akins permitted us to review the Dominion Georgia County User Manual 5.5-A which was by the workstation in a binder. Within a few minutes I was able to find the correct pages from the index explaining how to make adjustments to Brightness and Contrast settings. The settings listed on page 126 of the manual (Exhibit 1 page 2) do not require an election project database change or programming change, contrary to what was indicated by Mr. Skelton and implied by Dr. Coomer.  In fact, the setting may be changed any time and even every ballot

batch may be scanned with different settings by an operator. The software used to change these settings is not used to create the database.

30.     In preparation for the on-site testing, I had prepared a computer simulation of 40,000 images of ballot-type mark variations to estimate what the optimal ICC settings would be. Based on the simulation I expected that the optimal setting would be approximately -89% brightness and +62% contrast.

31.     I found the settings on the Cherokee Dominion ICC scanner were displayed in the dialogue box as "90" for Brightness, (providing an effect of -10% brightness), and "4" for Contrast. Those values are the same as those shown in the diagram in Exhibit 1 page 2.

32.     From the ballot vote-mark detection point of view alone, -99% brightness provided the optimal reading of the vote targets, but as an unintended consequence, it enhanced printed extraneous marks on the ballots. There extraneous marks were printshop production aid landmarks and the Dominion copyright text. These markings are outside of the ballot timing marks area and when enhanced, confused the software interpretation of the timing marks on the borders of the printed ballot. (Exhibit 6) This assumption is based on the pre-scan feature of the software which offers additional information how the software is analyzing the ballot.

33.    During the scanning testing, I found that numeric Brightness setting 25 providing an effect of -75% yielded most of the benefits without any discernable negative impact on reliability of ballot detection while providing improvements in vote detection. No other settings were changed from the Georgia default settings.

34.    We scanned the test ballot deck generating about 400 front and back scans with this Brightness setting of 25 (without changing other settings) without a single error message.

<u>The Test Deck</u>

35.    The test deck consisted 43 paper ballots for the November 3, 2020 election obtained from Cherokee County Elections Office. Marilyn Marks and I marked the ballots creating the test deck prior to the test session. As a testing control, we marked each ballot with a one control mark along with standard and non-standard markings. A control mark is well-marked target area using a black pen.

36.    Ms. Marks and I made other marks on the test ballots to simulate marks that voters may make with many marks deliberately intended to test detection boundaries.  This included markings with approximately 20 different kinds of writing instruments--different ink colors, types of pen and different widths

of the tip. We made "X marks," "check marks," slashes, circles around the target areas, highlighted the candidate name, and other standard and non-standard markings, and used differing pressure on the paper ballot. We also made markings with different alignments in relationship to the center of the oval target area and purposefully created overvotes by making hesitation dots in some already marked contests.

37.     The test deck was scanned multiple times in different orientations. "Orientation" in this case means head-first vs tail-first and front-side up and down.

38.     The operator, Jennifer Akins, did not save every scanning result, because part of the intention of the test was to test reliability of the scanning operation. No images were rejected based on the content of the ballot image. It was not necessary to retain every scan iteration. The baseline images for the entire deck scanned with the default settings were preserved, as were images in the deck run with the recommended Brightness setting of 25.

39.     A total of 513 ballot images, including both sides and the election software interpretation of the ballot, (with many vote markings on each page) were saved for the analysis.

Results

14

40.     Changing the Brightness setting to 25 resulted in additional vote marks being detected and accepted as votes on 38 out of 43 test ballots. An example of detecting votes using the changed Brightness setting only is shown in Exhibit 3. Using Test Ballot #55 marked with a black pen, the recommended Brightness significantly increased vote detection from having 20 blank races on the current default settings to having only 4 blank races.

41.     On 6 ballots certain vote mark anomalies, which were previously ignored, were now detected. The test deck contained possible overvotes which previously had not been detected, and improved setting allowed the election software to detect those.

42.     No false positive marks were detected and counted as votes.

43.     Exhibit 5-1 shows how the scanner still removes highlighter marker marks, but now the scanner image processing software makes both the vote target oval and the candidate text to appear as bold. This illustrates how the scanner is not taking pictures of the ballots but processes the images with its own hidden logic, which has not been made available to me to evaluate. Similar effects were seen also with yellow highlight, but not as prominently.

44.     Even with the brightness changed to 25, some marks failed to be detected, as should be expected in an actual election. I would not expect that the

15

Dominion ICC scanner system could be set to accurately detect and analyze every possible mark as long as the images are reduced to have bi-level data only (i.e., black and white). Even with color or gray-scale scanning, some human review of marginally marked ballots will always be necessary. I recommend that in recounts or very close races, that ballots be manually examined prior scanning, in order to inspect for such marginal marks in specific races. It is my understanding that Georgia does not require this safety measure.

45.     But after such a quality improvement, review can be done more reliably from the images without need to observe the physical paper ballot in most cases, if results are not close. Auditing election results, including Risk-Limiting Audits will always require visual inspection of the physical ballots.

Findings Causing Concern

46.     On multiple test ballots, the scanning captured markings outside of the oval, but markings inside of the oval disappeared, and no vote was recorded. The root cause for why software appeared to be erasing markings from inside of the oval should be investigated. This phenomena is not limited to red color markings, while it exhibits itself more prominently with red markings. (Exhibit 4)

47.     My testing revealed similar integrity and accuracy issues with unmodified settings as was discovered with the ICP (precinct scanner). At times,

16

ballots scanned and rescanned in different orientations produce different results. Changing the brightness setting improved reliability but did not eliminate the issue of different orientation generating different results. For example, in Exhibit 3, the test ballot #55 was falsely producing from 18 to 20 blank races (no vote detection) with the vendor settings and with improved settings 4 to 9 blank races when the same ballot was rescanned in different orientations. But with both settings, the ballot was interpreted inconsistently on each scan. Given that all markings on this sample ballot were done with black or blue pens, the brightness change demonstrates the benefits even when recommended pens are being used. Exhibit 3. However, the root cause of this effect should be investigated and addressed by Dominion.

48.     Dr. Coomer testified that an increase in the target oval's line width would cause the oval vote target to register as a vote (Transcript Sept. 11 p 125-126) TranHowever, my testing demonstrates that it is not the case. Ovals with significant increase of widths, and therefore black marking, still did not register as votes. Exhibit 5-1

49.     As I expected, the enhanced Brightness settings are still failing to detect some non-standard but legitimate votes, despite the significant improvement the change created.

Other Impacts of Setting Changes

50.     I anticipate that increasing the vote detection through the Brightness setting will significantly reduce the workload of the Vote Review Panels because the number of ballot marks required to be adjudicated should be reduced.  This work reduction will be true for both counties adjudicating by manually reviewing the original ballots and those using the on-screen adjudication of ballot images.

51.     Another benefit of the increased vote detection through the recommended scanner setting changes will be that the results of vote counting processes in counties that use manual adjudication will be more consistent with the less accurate method of vote counting by counties using on-screen adjudication. The manual method should be more accurate in that if any marginal marks are detected by the scanner, the entire ballot is duplicated manually with all marks inspected and duplicated by the panel. Panels using only on-screen adjudication from low quality images can easily miss marks that are not flagged for review or those that are not detected by the scanner.

Conclusions

52.     <u>The state's narrowing of the dual threshold values did not adequately</u> <u>address the problem of the system's failure to count certain legitimate vote marks.</u>

53.     Setting the brightness to 25 significantly increases non-standard mark recognition without negative impact on reliability or speed of the scanning.

54.     The scanner setting can be changed at the county level in less than 5 minutes.

55.     I recommend that counties be instructed to immediately begin scanning hand marked ballots using a Brightness level of 25 and Contrast level of 4 on the ICC scanner, and that the other default ICC settings be maintained at present.

56.     If there are concerns that some ballots already scanned may have a less accurate vote detection process, and if for some reason these ballots cannot simply be rescanned using the updated settings, then I recommend that races with results within 1% be rescanned on the improved setting prior to certification.

57.     Alternatively, in the event that county officials cannot undertake this brightness  scanning adjustment in time for the November election, I recommend that uncounted votes in close races be mitigated using the following option. For any race within a 1% difference of the hand marked ballot count between the two top candidates, the ballots should be rescanned using the new settings for those

specific races with undervote detection turned on to detect potential uncounted votes in very close races.

58.    Future study to find optimal values using the total combination of available local settings of brightness contrast and gamma should be conducted and settings tested for future elections before databases are built. Other settings for grayscale, threshold, and dpi should be tested and optimized simultaneously. All settings are subject to the exact type of scanner being used and the type of paper used as ballot paper.

59.    Testing should be conducted to determine if extraneous markings on the ballot (such as the trademark) can be removed in the scanning process to use more effective settings to further increase the vote recognition without negative impact on reliability. (Exhibit 6)

60.    Although these scanner settings (such as Brightness and Contrast) are easy to change, they are not easy to monitor by election officials or authorized tabulation observers. I therefore further recommend that the settings be prominently displayed as a matter of election integrity and security, because they are so easily changed and can have a major impact on tabulation accuracy. An unnecessary risk to election integrity and security is present when election staff

operating the scanner is unable to easily to verify the settings during the scanning process.

Executed this 26th day of October, 2020

Harri Hursti

EXHIBIT

1

Georgia County User Guide 5.5A                                    Unit 4 – Preparing the Voting Devices

### 4.4.7 Verifying the Scanner Driver Settings

Before scanning, it is important to verify that the correct settings are applied in the ICC scanner driver. To verify or configure the scanner driver settings, you must be in the Supervisor Mode. See Appendix D for more information on ICC user modes.

1. To enter **Supervisor Mode**, click on the **Administrator Mode** icon in the lower left corner of the window.

2. You will be prompted for the Supervisor passcode. Note that this is different from the Administrator (iButton) passcode. Enter the Supervisor passcode then click the **OK** button.

3. Click the **Configuration** button option on the left side of the window. In the Configuration window, click the **Properties** button located in the lower section under **Scanner**.



Unit 4 – Preparing the Voting Devices

Georgia County User Guide 5.5A

4.  The Scanner Settings window opens. Adjust and/or verify the selected options.  Note that not all options are available on all scanner models.



a.  **Color Drop-out**: Red
b.  **Detect by Length**: Not selected
c.  **Detect by Ultrasonic**: Selected
d.  **Deskew**: Selected
e.  **Edge Cleanup**: Selected
f.  **Doc Orientation**: Portrait
g.  **Brightness**: Set to 90
h.  **Contrast**: 4
i.  **Gamma**: Not selected
j.  **Moire Reduction**: Not selected
k.  **Imprinter**: Not selected

5.  Click **Apply** to apply any changes before testing settings.

==NOTE==:  *The "Prescan" button can be used to test settings, by allowing for a ballot to be scanned so its image can be visually inspected, but without the ballot actually being counted.*

6.  When finished, click **OK**.

7.  Click the **Supervisor Mode** icon to return to **Administrator Mode**.

EXHIBIT

2

© 2019 Dominion Voting Systems, Inc. All rights reserved.

# LOADING THE ELECTION ON THE ICC

DOMINION VOTING 

## 1

On each ICC workstation, navigate to **C:\DVS\** and delete the contents of the folder, *except for* the **scanner** folder.



## 2

In the same directory, create a new folder for each ICC tabulator configured in the election project. There will be at least one tabulator for Absentee and one for Provisional.



## 3

Within each tabulator folder, create the following folder structure:

> *<tabulator name>*
> > **project**
> > > **config**



## 4

Navigate to: **\\emsserver\NAS\***ElectionName***\ElectionFiles\**. Locate and double click on an absentee or provisional ICC tabulator folder, select all files then right click on the selected files and click **Copy.**



## 5

Navigate back to the folder in the **C:\DVS** directory then go to the matching *<tabulator name>* folder, double click on it then double click to open the project folder and double click to open the config folder. Right click on the blank space and click **Paste.**

Repeat steps 4 and 5 for each absentee and provisional tabulator.

7

# LOADING THE ELECTION ON THE ICC

© 2019 Dominion Voting Systems, Inc. All rights reserved.

**7**

Double click on the ICC application icon then click the **Import** button.



**8**

Navigate to the **C:\DVS** folder, click on the first tabulator folder to select it then click the **Select Folder** button...



**9**

Attach the Security Key if it is not already attached, enter the passcode for the election then click the **OK** button.



**10**

Type in the name of the tabulator as it appears in C:\DVS directory then click the **OK** button.



**11**

Repeat steps 7 through 10 until all absentee and provisional tabulators defined in the election project have been imported.

**\*\*NOTE\*\***

If you have more than one ICC scanner, **DO NOT** load the same tabulators on multiple workstations.  Each tabulator must only be loaded on one of your workstations.

**12**

After all tabulators have been imported on the workstation, use the drop down menu to select the desired tabulator then click the **Load** button. This brings you to the Scanning window.

DOMINION VOTING

# ICC SCANNER DRIVER SETTINGS

DOMINION VOTING

© 2019 Dominion Voting Systems, Inc. All rights reserved.

## 1

1. Click on the **ADMINISTRATOR MODE** icon in the lower left corner of the window. Enter the Supervisor password.

2. Click the **CONFIGURATION** button option on the left side of the window then click the **Properties** button located in the lower **Scanner** section.



## 2

Verify/select the following settings:

a. **Color Drop-out:** Red

b. **Detect by Length:** Not selected

c. **Detect by Ultrasonic:** Selected

d. **Deskew:** Selected

e. **Edge Cleanup:** Selected

f. **Doc Orientation:** Portrait

g. **Brightness:** Set to 90

h. **Contrast:** 4

i. **Gamma:** Not selected

j. **Moire Reduction:** Not selected

k. **Imprinter:** Not selected

Click the **Apply** button then click the **OK** button.



9

# CONFIGURING THE ICC TABULATORS



DOMINION VOTING

## 1

Click on the **Configuration** button then click the **Browse** button to the right of the **Secondary Path**. Navigate to:

**\\emsserver\NAS\Election_Project_Name\**

Then click the **Open** button.

Paths

Primary Path: C:\DVS\WCC-ABS\1271-Absentee\

Secondary Path: \\emsserver\NAS\NM Santa Fe Primary Test\   [Browse]

## 2

Click on the **SCANNING** or **STATUS** button to generate the confirmation to change the Secondary path then click the **YES** button.



## 3

Click the **CONFIGURATION** button to open the Configuration window then click the **SCAN OPTIONS** button.



## 4

Use the following settings:

- In the **Stop Scan on** section check only:
  - ✓ Ambiguous Voting Mark
  - ✓ Blank Ballot
  - ✓ Stop on Overvotes
- In the **Scanner continuity** section check:
  - ✓ Continuous scan
  - ✓ Only one scan per batch
- In the **Ballot Configuration** section check:
  - ✓ Dynamic

Click the **OK** button to save the settings and close the window.

## 5

To configure additional tabulators, click the **CONFIGURATION** button then click the **PROJECT MANAGEMENT** button.



## 6

Click on the tabulator to be loaded then click the **Load** button.
Repeat steps 1 through 4.



© 2019 Dominion Voting Systems, Inc. All rights reserved.



1201 18TH Street, Suite 210

DENVER, CO, 80202

1.866.654.8683

www.dominionvoting.com

# ICC settings – Remote location

1. Remove the Secondary Path in the ICC configuration page.



Denver    Toronto    Dallas    Jamestown    San Leandro    Belgrade



1201 18TH Street, Suite 210
DENVER, CO, 80202
1.866.654.8683
www.dominionvoting.com

## ICC Results Transfer into RTR from Local Directory

1Confirm the Primary Path in ICC, this is where the results will be located.



2. Go to the DVS folder, Folder name (Absentee ICC), Project, Results



3. Copy the Results folder to a USB drive

Denver    Toronto    Dallas    Jamestown    San Leandro    Belgrade



1201 18TH Street, Suite 210
DENVER, CO, 80202
1.866.654.8683
www.dominionvoting.com

# On the computer with RTR (Results Tally and Reporting)

1. Open RTR

2. Open the Election

3. Select Actions, Load from Directory





1201 18TH Street, Suite 210
DENVER, CO, 80202
1.866.654.8683
www.dominionvoting.com

4. Select Browse, locate the USB with the Results folder



5. Select OK



Denver    Toronto    Dallas    Jamestown    San Leandro    Belgrade



1201 18TH Street, Suite 210

DENVER, CO, 80202

1.866.654.8683

www.dominionvoting.com

6. Highlight all results files and select Load, once the checkmarks appear in the loaded column select close. New batches can be added and will not have checkmarks until they have been loaded.





Denver    Toronto    Dallas    Jamestown    San Leandro    Belgrade



1201 18TH Street, Suite 210

DENVER, CO, 80202

1.866.654.8683

www.dominionvoting.com

7. Select Results Files and select search the loaded batches will show up. Proceed as directed.





- When prompted on the screen, key in the needed passcode, then press Enter
- Confirm Date and Time, modify the date and time if necessary
- Touch Utilities
- Touch Re-Zero
- Enter Re-Zero passcode
- Confirm Ballot Cast shows as Zero (0)
- Touch Utilities
- Touch Report
- Touch Election Report
- Touch Zero
- Enter Number of Reports to print = 1
- Touch Enter
- Touch No for additional copies
- Confirm tape shows zero results for all candidates in all races
- Remove the tape and place with L&A Paperwork
- Touch Power Down
- Touch Yes
- Unplug Ballot Box from AC power supply
- Open Ballot Box and remove all test ballots from the Main bin, from the Write-In bin, and from the emergency bin
- Confirm that all bins are empty and properly secured
- Close and seal the ballot box, make note of the seals applied
- Place seals on the Poll Worker and Administrator Compact Flash Card doors, make note of the seals applied
- Make Ballot Box with attached Polling Place Scanner ready for delivery to the Polling Place

## H. **Testing ICC Workstation and Central Scanner**
- Load ICC ABS tabulator Data Set to ICC workstation computer DVS folder
- Launch ICC Application
- Import Tabulator
- Attach Security Key Tab; Enter Passcode
- Enter Name of Project equal to name of ICC ABS tabulator
- Click Load
- Click Configuration
- Set secondary results path
- Verify Scanner is On and recognized by the ICC application
- Click Scan Options
- Set Ballot configuration to Dynamic
- Set scanner to Stop on Overvotes for ALL races



- When prompted on the screen, key in the needed passcode, then press Enter
- Confirm Date and Time, modify the date and time if necessary
- Touch Utilities
- Touch Re-Zero
- Enter Re-Zero passcode
- Confirm Ballot Cast shows as Zero (0)
- Touch Utilities
- Touch Report
- Touch Election Report
- Touch Zero
- Enter Number of Reports to print = 1
- Touch Enter
- Touch No for additional copies
- Confirm tape shows zero results for all candidates in all races
- Remove the tape and place with L&A Paperwork
- Touch Power Down
- Touch Yes
- Unplug Ballot Box from AC power supply
- Open Ballot Box and remove all test ballots from the Main bin, from the Write-In bin, and from the emergency bin
- Confirm that all bins are empty and properly secured
- Close and seal the ballot box, make note of the seals applied
- Place seals on the Poll Worker and Administrator Compact Flash Card doors, make note of the seals applied
- Make Ballot Box with attached Polling Place Scanner ready for delivery to the Polling Place

## H. **Testing ICC Workstation and Central Scanner**
- Load ICC ABS tabulator Data Set to ICC workstation computer DVS folder
- Launch ICC Application
- Import Tabulator
- Attach Security Key Tab; Enter Passcode
- Enter Name of Project equal to name of ICC ABS tabulator
- Click Load
- Click Configuration
- Set secondary results path
- Verify Scanner is On and recognized by the ICC application
- Click Scan Options
- Set Ballot configuration to Dynamic
- Set scanner to Stop on Overvotes for ALL races



- Set Scanner Continuity to Continuous Scan
- Click OK
- Click Scanning
- Click YES
- Insert Test Deck with known result
- Click Scan
- Verify Scanner recognizes and scans all ballots within the test deck
- Verify Scanner recognizes any error ballots that may be included within the test deck
- Verify Scanner recognizes any overvotes
- Accept the Batch
- Close the ICC application
- Remove ICC ABS tabulator Data Set from ICC workstation computer DVS folder
- Open RTR Application on EMS Workstation
- Open election project
- Load Results from ICC via Secondary path established on ICC workstation
- Click Load
- Click Election Summary Report and generate Election Summary Report prior to validating and publish result file from ICC
- Click Result Files
- Click Search
- Select ICC ABS result file
- Click Validate and Publish
- Click Election Summary Report and generate Election Summary Report
- Verify Results shown for ABS match the known result of the Test Deck scanned by the ICC

I. **Upload LA results to ENR**
- After results have been loaded to RTR from the Polling Place and ICC scanners
- Create folder on the Desktop of EMS computer labeled State Export
- Open RTR, click Export
- Click Export Type
- Click Search
- Verify that ONLY the GA Export File type is active (contains a checkmark)
- In tool bar, click Settings>Transfer Points
- Click Add
- Click Browse; Select the folder on the Desktop labeled State Export
- In Connection Name type State Export
- Click OK
- Click Save
- Below Tool Bar, Click Start Results Export

E
X
H
I
B
I
T

3

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## CHEROKEE COUNTY
### 218-Wildcat

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020**

Test

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do NOT use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do NOT circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

---

### For President of the United States
(Vote for One)

- ⊘ **Donald J. Trump** - President
  **Michael R. Pence** - Vice President
  **(Incumbent)** Republican

- ○ **Joseph R. Biden** - President
  **Kamala D. Harris** - Vice President
  Democrat

- ○ **Jo Jorgensen** - President
  **Jeremy "Spike" Cohen** - Vice President
  Libertarian

- ○

  Write-in

### For United States Senate
(Vote for One)

- ⊘ **David A. Perdue**
  **(Incumbent)** Republican

- ○ **Jon Ossoff**
  Democrat

- ○ **Shane Hazel**
  Libertarian

- ○

  Write-in

---

### SPECIAL ELECTION

#### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ⊘ **Al Bartell**
  Independent

- ○ **Allen Buckley**
  Independent

- ○ **Doug Collins**
  Republican

- ○ **John Fortuin**
  Green

- ○ **Derrick E. Grayson**
  Republican

- ○ **Michael Todd Greene**
  Independent

- ○ **Annette Davis Jackson**
  Republican

- ○ **Deborah Jackson**
  Democrat

- ○ **Jamesia James**
  Democrat

- ○ **A. Wayne Johnson**
  Republican

- ○ **Tamara Johnson-Shealey**
  Democrat

- ○ **Matt Lieberman**
  Democrat

- ○ **Kelly Loeffler**
  **(Incumbent)** Republican

- ○ **Joy Felicia Slade**
  Democrat

- ○ **Brian Slowinski**
  Libertarian

- ○ **Valencia Stovall**
  Independent

---

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

- ⊘ **Jason Shaw**
  **(Incumbent)** Republican

- ○ **Robert G. Bryant**
  Democrat

- ○ **Elizabeth Melton**
  Libertarian

- ○

  Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ○ **Lauren Bubba McDonald, Jr.**
  **(Incumbent)** Republican

- ○ **Daniel Blackman**
  Democrat

- ○ **Nathan Wilson**
  Libertarian

- ○

  Write-in

### For U.S. Representative in 117th Congress From the 11th Congressional District of Georgia
(Vote for One)

- ⊘ **Barry Loudermilk**
  **(Incumbent)** Republican

- ○ **Dana Barrett**
  Democrat

- ○

  Write-in

### For State Senator From 21st District
(Vote for One)

- ⊘ **Brandon Beach**
  **(Incumbent)** Republican

- ○



**For District Attorney of the Blue Ridge Judicial Circuit**
(Vote for One)

○ Shannon Wallace
(Incumbent) Republican

○ 
Write-in

**For Judge of the Probate Court**
(Vote for One)

○ Keith Wood
(Incumbent) Republican

○ 
Write-in

**For Clerk of Superior Court**
(Vote for One)

○ Patty Baker
(Incumbent) Republican

○ 
Write-in

**For Sheriff**
(Vote for One)

○ Frank Reynolds
(Incumbent) Republican

○ 
Write-in

**For Tax Commissioner**
(Vote for One)

○ Sonya Little
(Incumbent) Republican

○ 
Write-in

**For Surveyor**
(Vote for One)

○ Ron R. Wikle, Jr.
(Incumbent) Republican

○ 
Write-in

**For Coroner**
(Vote for One)

○ Sally Ann Sims
Republican

○ 
Write-in

**For Chief Magistrate**
(Vote for One)

○ James E. Drane
(Incumbent) Republican

○ 
Write-in

**For County Commissioner District 3**
(Vote for One)

**For County Board of Education Chairman**
(Vote for One)

○ Kyla Cromer
(Incumbent) Republican

○ 
Write-in

**For County Board of Education District 1**
(Vote for One)

○ Kelly Poole
(Incumbent) Republican

○ 
Write-in

**For Limestone Valley Soil and Water Conservation District Supervisor**
(Vote for One)

○ William Grizzle
(Incumbent)

○ 
Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

○ YES
○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES
○ NO

**STATEWIDE REFERENDUM**

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES
○ NO

Exhibit 3

The same test ballot (Exhibit 3-pages 1-2) scanned 14 times, primarily black pen

markings, produced the following results:

Unmodified settings, contests falsely recognized as blank : 19
Unmodified settings, contests falsely recognized as blank : 19
Enhanced settings, contest falsely recognized as blank : 6
Enhanced settings, contest falsely recognized as blank : 5
Enhanced settings, contest falsely recognized as blank : 8
Enhanced settings, contest falsely recognized as blank : 9
Enhanced settings, contest falsely recognized as blank : 5
Enhanced settings, contest falsely recognized as blank : 6
Enhanced settings, contest falsely recognized as blank : 4
Enhanced settings, contest falsely recognized as blank : 5
Unmodified settings, contests falsely recognized as blank : 20
Unmodified settings, contests falsely recognized as blank : 18
Unmodified settings, contests falsely recognized as blank : 19
Unmodified settings, contests falsely recognized as blank : 18

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## CHEROKEE COUNTY
218-Wildcat

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**Test** OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.* [O.C.G.A. 21-2-284(e), and 21-2-383(a)]

---

**For President of the United States**
(Vote for One)

- ⊘ Donald J. Trump - President
  Michael R. Pence - Vice President
  (Incumbent) Republican

- ○ Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat

- ○ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian

- ○
  _____
  Write-in

**For United States Senate**
(Vote for One)

- ⊘ David A. Perdue
  (Incumbent) Republican

- ○ Jon Ossoff
  Democrat

- ○ Shane Hazel
  Libertarian

- ○
  _____
  Write-in

---

**SPECIAL ELECTION**

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ⊘ Al Bartell
  Independent

- ○ Allen Buckley
  Independent

- ○ Doug Collins
  Republican

- ○ John Fortuin
  Green

- ○ Derrick E. Grayson
  Republican

- ○ Michael Todd Greene
  Independent

- ○ Annette Davis Jackson
  Republican

- ○ Deborah Jackson
  Democrat

- ○ Jamesia James
  Democrat

- ○ A. Wayne Johnson
  Republican

- ○ Tamara Johnson-Shealey
  Democrat

- ○ Matt Lieberman
  Democrat

- ○ Kelly Loeffler
  (Incumbent) Republican

- ○ Joy Felicia Slade
  Democrat

- ○ Brian Slowinski
  Libertarian

- ○ Valencia Stovall
  Independent

- ○ Ed Tarver
  Democrat

- ○ Kandiss Taylor
  Republican

- ○ Raphael Warnock
  Democrat

- ○ Richard Dien Winfield
  Democrat

- ○
  _____
  Write-in

---

**For Public Service Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

- ⊘ Jason Shaw
  (Incumbent) Republican

- ○ Robert G. Bryant
  Democrat

- ○ Elizabeth Melton
  Libertarian

- ○
  _____
  Write-in

**For Public Service Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ⊘ Lauren Bubba McDonald, Jr.
  (Incumbent) Republican

- ○ Daniel Blackman
  Democrat

- ○ Nathan Wilson
  Libertarian

- ○
  _____
  Write-in

**For U.S. Representative in 117th Congress From the 11th Congressional District of Georgia**
(Vote for One)

- ⊘ Barry Loudermilk
  (Incumbent) Republican

- ○ Dana Barrett
  Democrat

- ○
  _____
  Write-in

**For State Senator From 21st District**
(Vote for One)

- ⊘ Brandon Beach
  (Incumbent) Republican

- ○
  _____
  Write-in

**For State Representative In the General Assembly From 21st District**
(Vote for One)

- ⊘ Brad Thomas
  Republican

- ○ William D. Hughes
  Democrat

- ○
  _____
  Write-in

---

**Turn Ballot Over To Continue Voting**



**For District Attorney of the Blue Ridge Judicial Circuit**
(Vote for One)

Shannon Wallace
(Incumbent) Republican

○

Write-In

**For Judge of the Probate Court**
(Vote for One)

Keith Wood
(Incumbent) Republican

○

Write-In

**For Clerk of Superior Court**
(Vote for One)

Patty Baker
(Incumbent) Republican

○

Write-In

**For Sheriff**
(Vote for One)

Frank Reynolds
(Incumbent) Republican

○

Write-In

**For Tax Commissioner**
(Vote for One)

Sonya Little
(Incumbent) Republican

○

Write-In

**For Surveyor**
(Vote for One)

Ron R. Wilde, Jr.
(Incumbent) Republican

○

Write-In

**For Coroner**
(Vote for One)

Sally Ann Sims
Republican

○

Write-In

**For Chief Magistrate**
(Vote for One)

James E. Drane
(Incumbent) Republican

○

Write-In

**For County Commissioner District 3**
(Vote for One)

Benny Carter
(Incumbent) Republican

○

Write-In

**For County Board of Education Chairman**
(Vote for One)

Kyla Cromer
(Incumbent) Republican

○

Write-In

**For County Board of Education District 1**
(Vote for One)

Kelly Poole
(Incumbent) Republican

○

Write-In

**For Limestone Valley Soil and Water Conservation District Supervisor**
(Vote for One)

William Grizzle
(Incumbent)

○

Write-In

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

YES
○ NO

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

YES
○ NO

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

YES
○ NO

Copyright © 2020 Dominion Voting Inc. All Rights Reserved.

**Turn Ballot Over To Continue Voting**

00950_00130_000030.tif scanned at: 19:14:32 on 10/20/20.

Scanned on: ICC   Tabulator: 950   Batch: 130
Poll ID:   73   Ballot ID:  91

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Al Bartell (Ind)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  BLANK CONTEST
US House District 11
  Barry Loudermilk (I) (Rep)
State Senate District 21
  Brandon Beach (I) (Rep)
State House District 21
  BLANK CONTEST
District Attorney - Blue Ridge
  Shannon Wallace (I) (Rep)
Probate Judge
  Keith Wood (I) (Rep)
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  Frank Reynolds (I) (Rep)
Tax Commissioner
  BLANK CONTEST
Surveyor
  Ron R. Wikle, Jr. (I) (Rep)
Coroner
  Sally Ann Sims (Rep)
Chief Magistrate
  James E. Drane (I) (Rep)
County Commission District 3
  Benny Carter (I) (Rep)
Board of Education Chair
  Kyla Cromer (I) (Rep)
Board of Education District 1
  Kelly Poole (I) (Rep)
Soil and Water - Limestone Valley
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved.

# CHEROKEE COUNTY
218-Wildcat

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**Test**

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided.

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "**Spoiled**" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

"I understand that the offer or acceptance of money or any other object of value for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]

---

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

○ Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-in

### For United States Senate
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-in

---

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of
Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-in

---

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-in

### For U.S. Representative in 117th Congress From the 11th Congressional District of Georgia
(Vote for One)

○ Barry Loudermilk
(Incumbent) Republican

○ Dana Barrett
Democrat

○
_____
Write-in

### For State Senator From 21st District
(Vote for One)

○ Brandon Beach
(Incumbent) Republican

○
_____
Write-in

### For State Representative In the General Assembly From 21st District
(Vote for One)

○ Brad Thomas
Republican

○ William D. Hughes
Democrat

○
_____
Write-in

---

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



**For District Attorney of the Blue Ridge Judicial Circuit**
(Vote for One)

⊖ Shannon Wallace
(Incumbent) Republican

○

Write-in

**For Judge of the Probate Court**
(Vote for One)

⬦ Keith Wood
(Incumbent) Republican

○

Write-in

**For Clerk of Superior Court**
(Vote for One)

○ Patty Baker
(Incumbent) Republican

○

Write-in

**For Sheriff**
(Vote for One)

⊘ Frank Reynolds
(Incumbent) Republican

○

Write-in

**For Tax Commissioner**
(Vote for One)

⬦ Sonya Little
(Incumbent) Republican

○

Write-in

**For Surveyor**
(Vote for One)

◀ Ron R. Wikle, Jr.
(Incumbent) Republican

○

Write-in

**For Coroner**
(Vote for One)

⊘ Sally Ann Sims
Republican

○

Write-in

**For Chief Magistrate**
(Vote for One)

⊘ James E. Drane
(Incumbent) Republican

○

Write-in

**For County Commissioner District 3**
(Vote for One)

⊘ Benny Carter
(Incumbent) Republican

○

Write-in

**For County Board of Education Chairman**
(Vote for One)

⊘ Kyla Cromer
(Incumbent) Republican

○

Write-in

**For County Board of Education District 1**
(Vote for One)

⊘ Kelly Poole
(Incumbent) Republican

○

Write-in

**For Limestone Valley Soil and Water Conservation District Supervisor**
(Vote for One)

⊘ William Grizzle
(Incumbent)

○

Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

⊘ YES

○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

⊘ YES

○ NO

**STATEWIDE REFERENDUM**

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

⊘ YES

○ NO

**Turn Ballot Over To Continue Voting**

00950_00132_000016.tif scanned at: 19:20:57 on 10/20/20.

Scanned on: ICC   Tabulator: 950   Batch: 132
Poll ID:   73   Ballot ID:  91

President of the United States
   BLANK CONTEST
US Senate (Perdue)
   BLANK CONTEST
US Senate (Loeffler) - Special
   BLANK CONTEST
Public Service Commission District 1
   Jason Shaw (I) (Rep)
Public Service Commission District 4
   BLANK CONTEST
US House District 11
   BLANK CONTEST
State Senate District 21
   BLANK CONTEST
State House District 21
   BLANK CONTEST
District Attorney - Blue Ridge
   Shannon Wallace (I) (Rep)
Probate Judge
   BLANK CONTEST
Clerk of Superior Court
   BLANK CONTEST
Sheriff
   BLANK CONTEST
Tax Commissioner
   BLANK CONTEST
Surveyor
   Ron R. Wikle, Jr. (I) (Rep)
Coroner
   BLANK CONTEST
Chief Magistrate
   BLANK CONTEST
County Commission District 3
   BLANK CONTEST
Board of Education Chair
   BLANK CONTEST
Board of Education District 1
   BLANK CONTEST
Soil and Water - Limestone Valley
   BLANK CONTEST
Constitutional Amendment #1
   BLANK CONTEST
Constitutional Amendment #2
   BLANK CONTEST
Statewide Referendum A
   BLANK CONTEST

EXHIBIT

4

**Exhibit 4**









E
X
H
I
B
I
T

5

Exhibit 5

○ **Doug Collins**      ○ **Doug Collins**
Republican          Republican

Exhibit 5-1

○ **Allen Buckley**
Independent

○ **Doug Collins**
Republican

○ **John Fortuin**
Green

○ **Allen Buckley**
Independent

○ **Doug Collins**
Republican

○ **John Fortuin**
Green

◯ **Allen Buckley**
Independent

◯ **Doug Collins**
Republican

◯ **John Fortuin**
Green

EXHIBIT

6

**Exhibit 6**



Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## CHEROKEE COUNTY
218-Toonigh, 245-Toonigh