IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## PROPOSED ORDER ON SCANNER RELIEF

This matter is before the Court on the Coalition Plaintiffs' submission of a proposed order to address scanner/tabulator settings, which the Court on October 11, 2020, ordered Coalition Plaintiffs to submit. (Doc. 964 at 141–42.)

Upon considering the Coalition Plaintiffs' proposed remedy and the supporting expert declaration of Harri Hursti, the response from the Defendants, and the evidence and pleadings of record, the Court finds good cause to alter or amend its prior Opinion and Order (Doc. 964) and that Opinion and Order is hereby **AMENDED** as follows:

UNTIL FURTHER ORDER OF THIS COURT:

Effective immediately for each scheduled primary, general, and runoff election, the Secretary of State **IS ORDERED** to direct every county election

superintendent, before scanning ballots using the Dominion ImageCast Central (ICC) Scanning Device, and using instructions shown in the Dominion Georgia County Users Guide 5.5A: (1) to set their ICC Scanning Devices' scanner Brightness setting to a value of twenty-five (25), and (2) to maintain all other Georgia default settings for their ICC Scanning Devices.

    **IT IS SO ORDERED** this \_\_\_ day of \_\_\_\_\_, _____.

    _____
    **Amy Totenberg**
    **United States District Court Judge**

Respectfully submitted this 26th day of October, 2020.

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Counsel for Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,*
*Ricardo Davis & Megan Missett*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRIAN KEMP, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

### CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ *Bruce P. Brown*
Bruce P. Brown

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2020, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ *Bruce P. Brown*
Bruce P. Brown

5