# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al;  <br><br>Plaintiffs,  <br><br>v.  <br><br>BRAD RAFFENSPERGER, et al.;  <br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) FILE NO: 1:17cv02989-AT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on this date I have electronically filed the foregoing **FULTON COUNTY DEFENDANTS' RESPONSE TO COALITION PLAINTIFFS' NOTICE OF INSPECTION CONCERNING THE NOVEMBER 3, 2020,** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 30th day of October, 2020.

*/s/ Cheryl Ringer*
Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov