IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

**PROPOSED ORDER GRANTING CURLING PLAINTIFFS'
RENEWED MOTION FOR ATTORNEYS' FEES AND EXPENSES**

This matter is before the Court on Curling Plaintiffs' Renewed Motion for Attorneys' Fees and Expenses.

Based on the Court's analysis and findings, the Court hereby **GRANTS** Curling Plaintiffs' Renewed Motion for Attorneys' Fees and Expenses in the total amount of **$4,403,385.30**, to be distributed to Curling Plaintiffs.

Defendants are **DIRECTED** to remit payment within 10 days of the date of this Order.

SO ORDERED this _____ day of _____, 2020.

_____
U.S. District Court Judge Amy Totenberg