## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 03, 2020

James Alan Balli
Sams Larkin Huff & Balli, LLP
376 POWDER SPRINGS ST STE 100
MARIETTA, GA 30064

Josh Belinfante
Robbins Ross Alloy Belinfante & Littlefield, LLC
500 14TH ST NW
ATLANTA, GA 30318

Mr. Robert Dalrymple Burton
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Jonathan D. Crumly Sr.
Jonathan D. Crumly, Sr., P.C.
755 HWY 293
EMERSON, GA 30137

Alexander Fraser Denton
Robbins Ross Alloy Belinfante & Littlefield, LLC
500 14TH ST NW
ATLANTA, GA 30318

Bryan Francis Jacoutot
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Diane Festin LaRoss
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Brian Edward Lake

Robbins Ross Alloy Belinfante & Littlefield, LLC
500 14TH ST NW
ATLANTA, GA 30318

Carey Allen Miller
Robbins Ross Alloy Belinfante & Littlefield, LLC
500 14TH ST NW
ATLANTA, GA 30318

Loree Anne Paradise
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Vincent R. Russo
Robbins Ross Alloy Belinfante & Littlefield, LLC
500 14TH ST NW
ATLANTA, GA 30318

Bryan P. Tyson
Taylor English Duma, LLP
1600 PARKWOOD CIR STE 200
ATLANTA, GA 30339

Appeal Number: 20-14067-RR
Case Style: Donna Curling, et al v. David Worley, et al
District Court Docket No: 1:17-cv-02989-AT

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free and the mediation process is confidential. You may confidentially request mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM 10/29/2020. See 11th Cir. R. 12-1 and 31-1.


Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Regina A. Veals-Gillis, RR/ so
Phone #: (404) 335-6163

DKT-2 Appeal WITH Deficiency