# AFFIDAVIT OF CASEY ROBINSON

COMES NOW Casey Robinson, Jr., who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Casey Robinson, Jr. I am over eighteen years of age and competent to testify to the matters contained herein. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a resident of DeKalb County, Georgia.

3. On November 3, 2020, I went to vote at Miller Grove High School, my assigned polling location.

4. When I handed the poll worker my identification driver's license, the poll worker scanned the license and told me twice that I had already voted during the early voting period.

5. I did not vote during the early voting period for the November 2020 election.

6. I did not apply for an absentee ballot, nor did I receive or submit an absentee ballot, for the November 2020 election.

7. After I was told that I had already voted, I was not allowed to vote via a ballot marking device—an electronic voting machine—at the location.

8. However, after leaving and returning to the polling station, I was allowed to vote provisionally.

Sworn to and subscribed before me this 4th day of November 2020.

_Tanya C. Reed_
NOTARY PUBLIC

My Commission Expires:

FURTHER, AFFIANT SAYETH NAUGHT.

_Casey Robinson Jr._
Casey Robinson, Jr.

Date 04/Nov/2020

TANYA C REED
NOTARY
EXPIRES
GEORGIA
March 1, 2022
PUBLIC
DEKALB COUNTY