## AFFIDAVIT OF JORDAN TRUESDALE

COMES NOW JORDAN TRUESDALE, who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Jordan Truesdale. I am over eighteen years of age and competent to testify to the matters contained herein. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a resident of Dekalb County, Georgia.

3. I moved into Dekalb County in July 2020. I previously lived in Memphis, Tennessee.

4. In mid-September 2020, I registered to vote in Georgia, and my registration was complete by mid-October of 2020.

5. I requested an absentee ballot on October 15, 2020, and received the absentee ballot about a week later.

6. However, after filling out my absentee ballot, I decided to vote in person on Election Day instead. Thus, I did not mail in or drop off my absentee ballot anywhere before Election Day.

7. On the morning of Election Day, November 3, 2020, before going to vote, I went to the DMV to obtain a driver's license, and the DMV issued me a temporary (paper) driver's license.

8. I thereafter went to vote at Marbut Elementary School in Dekalb County. I arrived at the polling place around 9:45 A.M. on November 3, 2020.

9. At first, the poll worker seemed unsure that I would be able to vote using my paper license.

10. Then, the poll worker told me that the system indicated that I had already voted early in person. I explained that I did not vote early in person, and that I had requested and received an absentee ballot but never mailed it in or dropped it off.

11. I then retrieved my absentee ballot from my car and presented it to the poll worker.

12. The poll worker made a phone call, and then told me that according to the system, I was at the wrong polling location. Specifically, I was told that I was supposed to vote in Gwinnett County.

13. I responded by showing the poll worker my My Voter Page from the Georgia Secretary of State Website, which listed Marbut Elementary School in Dekalb County as my polling place.

14. The poll worker continued his phone conversation for about five more minutes. After that, the poll worker was able to somehow bypass or clear the message in the system indicating that I had already voted early in person. I was then able to vote using the ballot machine.

15. I gave my absentee ballot to one of the poll workers upon request.

FURTHER, AFFIANT SAYETH NAUGHT.

**JORDAN TRUESDALE**

Sworn to and subscribed before me this 4th day of November, 2020.

NOTARY PUBLIC

My Commission Expires:

[Notary seal: TANYA C REED, NOTARY PUBLIC, GEORGIA, DEKALB COUNTY, EXPIRES March 1, 2022]

10. Then, the poll worker told me that the system indicated that I had already voted early in person. I confirmed that I did not vote early in person, and that I had requested mail-in ballot but had since fallen ill but never mailed it in. I advised I had dropped it off.

11. I then accessed my absentee ballot on my car and presented it to the poll worker.

12. The poll worker made a phone call, and then told me that according to the system I was at the wrong polling location. Specifically, I was told that I was supposed to vote in Dekalb County.

13. I explained by showing the poll worker my MV Voter Card from the Georgia Secretary of State, which listed Martin Elementary School in DeKalb as my polling place.

14. The poll worker continued his phone conversation for about five more minutes. After that, the poll worker was able to somehow bypass or clear the issue with the system indicating that I had already voted early in person. I was then able to vote using the ballot marker.

15. I gave my absentee ballot to one of the poll workers upon request.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JORDAN BOLLAG

Sworn to and subscribed before me,
this ____ day of November, 2020.

_____
NOTARY PUBLIC

