4:03            .ıl LTE

Done    SARAH CAROLINE BLOUNT TAYL... 

## AFFIDAVIT OF SARAH CAROLINE BLOUNT TAYLOR

COMES NOW SARAH CAROLINE BLOUNT TAYLOR, who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Sarah Caroline Blount Taylor. I am over the age of eighteen (18) years, I am suffering from no legal disabilities, and I am competent to make this Affidavit. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a registered Georgia voter. My address is 1128 Moorestown Circle, Decatur, GA 30033 and my phone number is 404-790-6422.

3. On November 3, 2020 at approximately 2:30 P.M., I arrived to vote at the Clairmont Presbyterian Church at 1994 Clairmont Rd, Decatur, GA, 30033.

4. I told the poll worker that I never got my absentee ballot and asked who I could talk to about signing affidavit.

5. The poll worker called someone to void an absentee ballot. They had to read off my license number to find the information. The poll worker said the computer showed it was delivered in mailbox and returned. I think she said it was delivered on October 18th, and I think date it showed it was received back was October 22.

6. I never received or submitted the absentee ballot. I wonder if someone took my ballot out of the mail and submitted it.

7. I signed an affidavit saying I never received the absentee ballot and voted by a provisional ballot.

8. The poll workers told me that my vote should be counted by Friday, November 15 at the latest.

9. This situation is upsetting to me. It is very important to me that my vote is counted.

FURTHER AFFIANT SAYETH NAUGHT

*/s/ Sarah Caroline Taylor*

Sworn to and subscribed before me this 4 day of November, 2020.

*/s/ Tanya C. Reed*
NOTARY PUBLIC

[Notary Seal: TANYA C REED, NOTARY PUBLIC, GEORGIA, DEKALB COUNTY, EXPIRES March 1, 2022]