# AFFIDAVIT OF SPENCER KURTTI

COMES NOW SPENCER KURTTI who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Spencer Kurtti. I am over the age of eighteen (18) years, I am suffering from no legal disabilities, and I am competent to make this Affidavit. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a registered Georgia voter. My address is 471 Glenwood Ave SE, Unit #A, Atlanta, Georgia, and my phone number is 917-439-2899.

3. On November 3, 2020 at approximately 3:30 P.M., I arrived to vote at the Parkside Elementary School at 685 Mercer Street SE, Atlanta, GA 30312.

4. I walked into the polling place with my fiancée and went to the check-in table. After the poll worker looked at my ID, he told me it said that I had voted by absentee ballot and delivered it in person on October 13. However, I did not do that and had not yet voted in any way.

5. The poll worker referred me to a woman who appeared to be in charge. She told me she was calling "downtown," which I assume meant the office overseeing things.

6. She told me I had to vote by provisional ballot because they couldn't do anything to change what was in the computer. She gave me a paper ballot, which I filled out and returned.

7. I did not feel any pushback from the poll workers. They were scratching their heads over what happened and were trying to help me do my civic duty that day.

8. After I left the polling place, I spoke with a woman who said she was with the Democratic Party of Georgia. I told her what happened and she gave me the number of a voter protection hotline. I called the hotline and explained the situation.

9. This is my first time voting in Georgia. I registered to vote on about October 3rd or 4th, 2020. I never applied for an absentee ballot and never voted or attempted to vote in person before November 3, 2020.

10. I want to make sure that they count the ballot that I filled out with my own hands. That is my name and my voice.

11. I am also concerned that someone will think that I attempted to vote twice when I did not.



FURTHER AFFIANT SAYETH NAUGHT

_____

Sworn to and subscribed before me this 1st day of November, 2020.

_Tanya C. Reed_
NOTARY PUBLIC
My Commission Expires:

