## AFFIDAVIT OF LAURA SINGLEY

COMES NOW LAURA SINGLEY, who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Laura Singley. I am over eighteen years of age and competent to testify to the matters contained herein. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a resident of Dekalb County, Georgia.

3. During the November 3, 2020 election, I appeared to vote at All Saints Catholic Church in Dekalb County.

4. I arrived at the polling place around 8:30 A.M. on November 3, 2020. A poll worker scanned my ID and told me that I had already voted in person. The poll worker rescanned my ID a few more times to confirm this. Another poll worker came to help, but was also in the middle of helping another person. I was asked to step back while the poll workers figured out the situation.

5. I was then told by the second poll worker that I had requested an absentee ballot and had voted in advance.

6. I did not vote early. I never requested an absentee ballot. I never received an absentee ballot in the mail in my name.

7. I was asked to vote provisionally, which I then did. I was told the provisional ballot would make my first vote invalid and that I could track the provisional ballot.

FURTHER, AFFIANT SAYETH NAUGHT.

*Laura Singley*

**LAURA SINGLEY**

Sworn to and subscribed before me
this __4th__ day of __November,__ 2020.

*Tanya C. Reed*
NOTARY PUBLIC

My Commission Expires:

