## **AFFIDAVIT OF KRISTEN WATT**

COMES NOW KRISTEN WATT who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Kristen Watt. I am over the age of eighteen (18) years, I am suffering from no legal disabilities, and I am competent to make this Affidavit. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a registered Georgia voter. My permanent address is 1989 Tuttle Ave, Conley, GA, 30288 and my phone number is 678-519-7971.

3. On November 3, 2020 at approximately 9:30 A.M., I arrived to vote at the Cedar Grove United Methodist Church at 3430 Bouldercrest Road, Conley, GA, 30288. I had requested an absentee ballot, but it never arrived so I decided to vote in person.

4. I came in and was directed to a desk to scan my ID. The poll worker scanned my ID and it showed that I already voted. She scanned my ID a second time and it still showed up as having already early voted. Both times, the poll worker showed me the screen that said that I had voted already, even though I had not even received my ballot.

5. I was directed to the "voting center" table to speak with a woman who seemed to be in charge. This woman tried scanning my ID again and got the same result.

6. I explained to her that I had applied for an absentee ballot but never received it. The woman called her supervisor, and had me sit and wait while she called. This wasn't a problem because the polling place was not crowded.

7. The supervisor told the woman to have me fill out a provisional ballot. I filled out all of my information, then filled out the actual ballot. The ballot was put in an envelope, and then the envelope was placed in a second envelope which was then put in a special bag

8. They gave me a number to call and check the status of my ballot. I called the number about two or three hours after I left the polling place, but when I called, the phone just rang and rang, then told me my call could not be completed and disconnected. The number was 1-866-335-8683.

9. I was told I had voted early in person on a day in October. I don't remember the day. It's not possible that I voted in person in October because I was away at the University of West Georgia the whole month of October, and only came

home on October 31 to get my car serviced. I have a receipt from October 31 in DeKalb County from when I got my car serviced after driving home.

10. I filled out the absentee ballot request form on September 25. I remember the date because it was the day before my birthday and I had gone home to get my hair, eyebrows, and nails done. I filled it out next to my grandmother.

11. I am certain that I did not submit the absentee ballot. I requested the ballot to be sent to my address at school. I checked in the mail room in my building every day during the month of October, and specifically asked the mail room workers about it. Other people in my building also requested mail ballots and did not receive them. I do not know if they had the same problem when they tried to vote.

12. This was my first time voting. I requested an absentee ballot in 2018 but never received it. I also requested a ballot for the 2020 primary. It did come, but I did not get it in time to vote.

FURTHER AFFIANT SAYETH NAUGHT

*Kristen Watt*
DocuSigned by: 5B6128B57FAC422

Sworn to and subscribed before me this 5th day of November, 2020.

*Tanya C. Reed*
NOTARY PUBLIC
My Commission Expires:

[Notary Seal: TANYA C REED, NOTARY, EXPIRES GEORGIA March 1, 2022, PUBLIC, DEKALB COUNTY]