# AFFIDAVIT OF JUDITH HULL

COMES NOW JUDITH HULL who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Judith Hull. I am over the age of eighteen (18) years, I am suffering from no legal disabilities, and I am competent to make this Affidavit. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a registered Georgia voter. My address is 201 Crosstown Dr., Apt. 2007, Peachtree City, GA, 30269 and my phone number is 678-261-0748.

3. On November 3, 2020 shortly after 9:00 A.M., I arrived to vote at a The Gathering Place at 203 McIntosh Trail, Peachtree City, GA, 30269.

4. There was no line, so I went right to the check-in table and gave the poll worker my driver's license. She looked me up in a big paper book and said that it showed that I had already voted, and voted in person. I assured her I had not yet voted and asked what I should do now. She went to check with a gentleman.

5. The gentleman told me I had to vote provisionally. I asked the poll worker what that meant and she said that it means we may or may not accept your vote. She said that I should go ahead and turn it in and then they would decide whether to accept it. So that's what I did. I filled out a paper ballot, put it into two envelopes, and dropped it in the slot.

6. The woman told me that other people at the polling location had run into the same problem.

7. She gave me a phone number, 1-833-547-8683, to call to see if my vote was counted. I called them in the evening of November 3, 2020, and the gentleman I spoke to said that there was a computer glitch from the Secretary of State's office. He told me that this had happened to a lot of other people. I don't know what he considers a lot.

8. I am concerned that somebody voted for me because they knew I am disabled and assumed that I wouldn't be able to vote in person. The man I spoke to on the phone said that no one voted for me; it was just a glitch. He did not say whether or not they would accept my vote. He said they would look into it, and gave the impression that they probably would accept it, but wouldn't say for sure.

9. I plan to call them again and find out whether my vote was counted.

10. I couldn't have voted early because I was quarantined because of the virus. I live on an assisted living floor, and we are very strictly quarantined. I have to be escorted to the doctor, and cannot leave to go to the store or for other reasons. They only lifted the quarantine the day before yesterday.

11. My assisted living facility offered me an absentee ballot, but I never filled it out because I wanted to vote in person. Someone from the facility drove me to the polling place and took me back after.

12. I have voted many times and this has never happened. to This situation is totally perplexing. I don't understand how a glitch can make it look like I already voted when I haven't.

FURTHER AFFIANT SAYETH NAUGHT

_____

Sworn to and subscribed before me
this 5th day of November, 2020.

_____
NOTARY PUBLIC
My Commission Expires:

