## AFFIDAVIT OF PRISCILLA JACKSON

COMES NOW Priscilla Jackson, who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Priscilla Jackson. I am over eighteen years of age and competent to testify to the matters contained herein. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a resident of Henry County, Georgia.

3. On November 3, 2020, during the November 3 general election, I went to vote at Locust Grove United Methodist Church.

4. Officials at Locust Grove United Methodist Church told me to vote at Harvest Point United Methodist Church.

5. Once I arrived at Harvest Point United Methodist Church, after the poll worker scanned my driver's license, I was told that I had requested an absentee ballot and had already voted.

6. I did not request or receive an absentee ballot, nor did I vote in-person during the early voting period for the November 3 election.

7. At the poll workers' direction, I then went to another area to wait for assistance and was told again that I had already voted.

8. I watched while the poll workers made a phone call.

1

9. A poll worker then asked me to confirm whether I had a different last name.

10. Another poll worker then came to me and took me to another area to vote using a provisional ballot. I completed the provisional ballot and returned it to the poll workers, as directed.

Sworn to and subscribed before me
this 5th day of November, 2020.

_Amy Gober_
NOTARY PUBLIC

My Commission Expires:

FURTHER, AFFIANT SAYETH NAUGHT.

_Priscilla Jackson_       11/5/2020
Priscilla Jackson         Date

[Notary Seal: AMY GOBER, COMM. EXP. July 8, 2022, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA]

2