## AFFIDAVIT OF THOMAS SCHREY

COMES NOW THOMAS SCHREY, who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Thomas Schrey. I am over eighteen years of age and competent to testify to the matters contained herein. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a resident of Henry County, Georgia.

3. On Election Day, November 3, 2020, I went to vote at Merle Manders Conference Center in Henry County. Prior to that, I had not voted early in person, nor had I requested or received any absentee ballot.

4. I arrived at the polling place around 11:30 A.M. on November 3, 2020, and gave my ID to the poll worker to scan. After she did so, she told me that I had already voted.

5. The poll worker then made a phone call, and the person she called said I would not be able to vote because the system indicated that I had already voted early in person. I was then told to sit and wait.

6. Thereafter, another poll worker spoke with me and asked me whether I was sure I had not voted early in person. I told the poll worker that I had not voted early in person.

7. Then, someone called one of the poll workers to confirm that, according to the system, I had requested an absentee ballot on October 12, 2020 and that the absentee ballot was accepted on October 29, 2020. According to the person on the phone, there was even a "signature match" between the absentee ballot and the signature on my state ID.

8. I was then instructed to fill out a provisional ballot to submit my vote, and I did so.

9. One of the poll workers gave me a phone number to call to register a complaint.

1

FURTHER, AFFIANT SAYETH NAUGHT.

_____
**THOMAS SCHREY**

Sworn to and subscribed before me
this 5th day of November, 2020.

_____
NOTARY PUBLIC

My Commission Expires:

