IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**PROPOSED ORDER GRANTING COALITION PLAINTIFFS'
FOR EXPEDITED DISCOVERY
AND IMMEDIATE INJUNCTIVE RELIEF**

This matter is before the Court on the motion of Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett, and Ricardo Davis (the "Coalition Plaintiffs"), for Expedited Discovery and Immediate Injunctive Relief.

Upon considering the motion and supporting authorities, the response from the Defendants, and the evidence and pleadings of record, the Court finds that Plaintiffs are likely to succeed on the merits of their claims, that they will be irreparably harmed if this motion is not granted, that the balance of equities tip in Plaintiffs' favor, and that an injunction is in the public interest. *See Winter v. Nat. Res. Def. Council, Inc.,* 555 U.S. 7, 20 (2008).

The Court accordingly GRANTS the motion and issues the relief set forth below.

UNTIL FURTHER ORDER OF THIS COURT:

To ensure that this recurring and completely foreseeable voter disenfranchisement issue does not continue in the upcoming runoff elections and all future Georgia elections, State Defendants immediately and in no event later than 4:00 p.m. on November 5, 2020, shall:

1) Provide a complete explanation of the problems that caused discrepancies in voter information in E-Net, electronic pollbooks, and PollPads including when it first became aware of this discrepancy or any technology issue that could cause the same;

2) Provide the number of voters who experienced issues of missing or inaccurate voter records resulting in requiring provisional ballots or complete disenfranchisement;

3) Provide Coalition Plaintiffs with the names and contact information of voters required to cast provisional ballots in each county as a result of inaccurate voter records in the State's system;

4) Issue an immediate Official Election Bulletin and publish the information it contains on Firefly and The Buzz for all election

officials, which explain any coding errors that affected the pollbooks;

5) Direct Superintendents to process, automatically cure, and count the votes in all eligible provisional ballots affected and provide clear instructions for how to segregate and cure the same in a timely manner and, in any event, before county certification of results; and

6) Provide Coalition Plaintiffs with full database access on an ongoing basis to the logs and error codes attributable to this coding error or discrepancy, including specifically logs and error codes associated with the specific voters identified in this motion, and the current status of each provisional ballot.

In addition, State Defendants are ordered to:

7) Explain, in detail, the interactions State Defendants have had with Dominion Voting System, KnowInk, Civix or other vendors to ameliorate this issue; and

8) Provide the instructions, guidance and explanations, given to counties since October 12 regarding the problem.

SO ORDERED this ___ day of _____, _____.

_____
U.S. District Court Judge Amy Totenberg