# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 11/06/2020.

TIME COURT COMMENCED: 3:05 P.M.
TIME COURT CONCLUDED: 3:40 P.M.           COURT REPORTER: Shannon Welch
TIME IN COURT: 00:35                      DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance
Kaye Burwell representing The Fulton County Board of Registration and Elections
David Cross representing Donna Curling
Carey Miller representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | See Transcript. |
| HEARING STATUS: | Hearing Concluded |