# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO: 1:17cv02989-AT |
| BRAD RAFFENSBERGER, et al.; ) | |
| ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

THIS IS TO CERTIFY that the undersigned counsel served a copy of the foregoing **DEFENDANT FULTON COUNTY BOARD OF REGISTRATION AND ELECTION'S RESPONSES TO PLAINTIFFS' FIRST JOINT REQUEST FOR PRODUCTION OF DOCUMENTS TO FULTON COUNTY DEFENDANTS** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 9th day of November, 2020.

*/s/ David R. Lowman*
David R. Lowman
Georgia Bar No. 460298
David.lowman@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)