IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, NDGa, I hereby certify that the following discovery requests were served on all counsel of record by electronic delivery of PDF versions:

1. **Plaintiffs' Third Joint Requests for Production of Documents and Inspection of Things to State Defendants (served Sept. 1, 2020, filed at Dkt. 847-1);**

2. **Plaintiffs' Fourth Joint Requests for Production of Documents and Inspection of Things to State Defendants (served Sept. 28, 2020, filed at Dkt. 917-1);**

3. **Plaintiffs' First Joint Requests for Production of Documents to Fulton County Defendants (served Oct. 8, 2020); and**

1

4. **Curling Plaintiffs' Second Requests for Production of Documents to State Defendants (served Nov. 11, 2020).**

I further certify that a copy of the foregoing Rule 5.4 Certificate of Service of Discovery was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

[signature block on following page]

Dated:  November 11, 2020               Respectfully submitted,

  /s/ **David D. Cross**
David D. Cross (*pro hac vice*)
John P. Carlin (*pro hac vice*)
Lyle P. Hedgecock (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
JCarlin@mofo.com
LHedgecock@mofo.com
MKaiser@mofo.com
RManoso@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

3