IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>BRAD RAFFENSPERGER, et al.,<br><br>    Defendant. | )<br>)<br>)<br>)  CIVIL ACTION FILE<br>)<br>)  NO. 1:17-cv-2989-AT<br>)<br>)<br>) |

**ORDER GRANTING STATE DEFENDANTS'
MOTION FOR LEAVE TO FILE MATTERS UNDER SEAL**

Good cause having been shown in State Defendants' Motion to Seal the unredacted Letter Report of the State's Voting System Test Laboratory [Doc. 949], the Motion is GRANTED. The filing at [Doc. 939] shall remain sealed from public view, a redacted version having been filed publicly at [Doc. 948-1] shall remain unsealed.

SO ORDERED this 16th day of November, 2020.

                                                _____
                                                Amy Totenberg
                                                United States District Judge