IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

## **ORDER**

This matter is before the Court on the Coalition Plaintiffs' request for injunctive relief related to scanner settings for tabulating hand-marked absentee, provisional, and emergency ballots in connection with the January 5, 2021 runoff election [Doc. 990]. Although the Court previously indicated it would potentially consider a remedy in connection with any runoff election scheduled in January, the Court will defer consideration of Plaintiffs' request until after certification of the January 5, 2021 runoff election. It is understandable that Plaintiffs seek a remedy here as soon as possible – and in time for the runoffs. But the non-stop demands that have been placed on the Secretary of State's Office and counties in the past month in connection with concluding the November general election count, audit, and recount, as well as preparing for the runoffs are far too great for the Court to consider relief issues that would require work and discussion prior to completion of the entire runoff cycle. So, further consideration of Plaintiffs' requested relief is **DEFERRED** until after the completion of the January 5, 2021 runoff election.

**IT IS SO ORDERED** this 2nd day of December, 2020.

_____
**Amy Totenberg**
**United States District Judge**