# EXHIBIT A

# MOPROBONO

Fall 2019 Update

**MORRISON FOERSTER**

# INSIDE



1  MESSAGE FROM THE CHAIR

2  VERBATIM

4  WHO DOES IT

8  ENFORCING THE RIGHTS OF
   IMMIGRANTS

10  A NEW APPROACH TO WATER-
    QUALITY CONSERVATION

11  FEEDING THE GREATER GOOD

12  ADVOCATING FOR WOMEN'S
    REPRODUCTIVE RIGHTS AND CARE

14  IMPROVING THE COFFEE VALUE
    CHAIN

15  IMAGINE NEW BEGINNINGS

16  IMPROVING THE QUALITY OF LIFE
    FOR  HOSPITALIZED CHILDREN

18  PRO BONO HONORS, AWARDS,
    AND RECOGNITION

21  UNWAVERING COMMITMENT
    TO PRO BONO

22  KATHI PUGH AWARD

24  GET INVOLVED

# MESSAGE FROM THE CHAIR



Managing online threats is the new normal for so many of us living in this digital age. No government, company, or individual is immune to them. Here at Morrison & Foerster, we know that the best defense to these threats is to face them squarely and fight relentlessly to protect our valued institutions and uphold the law.

That is exactly what a pro bono team led by Washington, D.C. partners David Cross and Joe Palmore, together with associates Jane Bentrott and Rob Manoso, did when they won a recent groundbreaking federal court ruling prohibiting the state of Georgia from using an all-electronic voting system with no independent paper record, because it likely violates the constitutional right to vote in today's environment of sophisticated election interference. The court further ordered the state to fix its egregiously unreliable electronic voter registration database.

To say I am proud of the team for their exceptional work on this vital case is an understatement. The outcome of this case embodies what Morrison & Foerster's values are all about: protecting the integrity of the law and providing access to justice for all.

In this edition of *MoProBono*, you will read more about this significant case, as well as many other inspiring pro bono matters in which our lawyers are actively involved. You'll read about what Gemma Anderson and a team in London are doing together with the charity Z2K (Zacchaeus 2000 Trust) to help clients with mental and physical disabilities navigate a broken social security and welfare benefits system so they can gain access to life-changing benefits. You'll also read about the significant lifelong achievements of two of our veteran trial lawyers, Jim Brosnahan and Arturo González, whom the American Bar Association recently honored with prestigious awards for their immeasurable contributions to public service, the legal profession, and the community at large.

I hope that you take the time to read about these vital matters and the individuals behind them who are making a positive difference in the world, and that they inspire you, too, to take part in our firm's proud pro bono mission.

Larren

# VERBATIM: GEMMA ANDERSON

## MOFO TEAMS UP WITH Z2K TO TACKLE A BROKEN SOCIAL SECURITY AND WELFARE BENEFITS SYSTEM IN THE UK.

Morrison & Foerster pro bono attorneys in London have joined forces with the nonprofit charity Z2K (Zacchaeus 2000 Trust) to handle disability benefit appeals and help clients navigate a broken social security and welfare benefits system in the UK.

MoFo London partner Gemma Anderson was first introduced to Z2K CEO Raji Hunjan while attending a meeting of the UK Collaborative Plan for Pro Bono, a group of law firms committed to increasing access to justice through pro bono legal services in the UK. "The UK Collaborative Plan meetings are a great way to uncover some of the area's greatest needs and collaborate with other firms on the most effective use of available resources. When I heard Raji speak about their disability

benefits initiative, I knew we had to help," recalls Gemma.

### REPAIRING A BROKEN SYSTEM

The disability benefits system presents a slew of obstacles to individuals with disabilities seeking benefits to which they are entitled. Because the UK's government-funded legal aid scheme does not cover disability benefit appeals, individuals without the funds to hire a lawyer can find themselves navigating the complicated appeals process alone. Since 2016, Z2K has seen a steady increase in the number of Londoners with physical and mental disabilities seeking help with disability benefits that have been stopped or reduced by the Department for Work and Pensions.

Many individuals seeking to recover their benefits give up at

the appeal stage because they don't have access to the legal assistance that can guide them through the appeal process and take their case before the First Tier Tribunal, which decides, among other matters, appeals regarding Social Security and Child Support. That's where pro bono legal assistance can make the largest impact, as seen in the success rates achieved by MoFo's team.

### ENSURING REPRESENTATION & GETTING RESULTS

Legal support and increased benefits can make a dramatic difference in our clients' daily lives. London associate Harriet Sassoon said of one her clients, "Having been told by so many people that no one could help, the client came to us extremely despondent. I am so glad that we were able to assist him. He was remarkably resilient throughout



the process and it was a great reminder of how impactful our pro bono work can be."

Since the partnership began in early 2018, numerous members of the London office — including partners, associates, trainees, and paralegals — have taken on cases for low-income, disabled clients who were receiving disability benefits that were inadequate to cover their needs. To date, the MoFo team has taken 26 individual cases to Tribunal hearings with a success rate of 92 percent for appeals, awarding a total of more than £610,000 in additional benefits.

MoFo attorneys and staff who have jumped in to assist on cases include:  Gemma, Sonya Van de Graaff, Xun Choong, Alex Konjuhi, Harriet Sassoon, Shawna Pasquale, Mike Bell, Sam Tarrant, Isabelle Lee, Richard Jerman, Mercedes Samavi, Matthew Rodin, Chris Lloyd, Carlo Pia, Gary Brown, Laura Steen, Jonathan Wheeler, Kirsten Banks, and Alex Effendowicz — and the list of volunteers continues to grow.

Of the collaboration, Gemma says, "The partnership with Z2K has been a tremendous success and provided MoFo attorneys and staff with the opportunity to meet and advocate on behalf of a wide range of individual clients. Our volunteers have found the experience of getting to know their clients and helping them access the benefits they are entitled to extremely rewarding. The clients have been inspiring and their gratitude palpable. The Z2K team has been fantastic to work with, and provided invaluable training and guidance to our volunteers throughout."

# WHO DOES IT?

## MOFO PRO BONO CLINICS HELP CLIENTS AROUND THE U.S. AND BEYOND

All summer long, the pro bono team was busy organizing legal clinics in various MoFo offices. The clinics offered free legal services and other resources to worthy causes and people in need. Below are some examples of the important work that MoFo volunteers performed at these clinics — efforts that are emblematic of MoFo's commitment to community service and public interest work.



MoFo New York corporate partner Dario de Martino (left) and corporate associates Joan Kim (center) and Jenny Wang (far right) offer legal services to members of the community during one of the firm's many summer pro bono legal clinics.

## SAN FRANCISCO ASYLUM CLINIC WITH AUTODESK

Pro bono counsel Rachel Williams organized an asylum clinic that took place in MoFo's San Francisco office with Centro Legal de la Raza, a legal services organization based in Oakland. Five MoFo lawyers and a summer associate teamed up with firm client and software company Autodesk to help five individuals who had fled persecution and violence in their home countries prepare their applications for asylum in the United States.

"Asylum seekers have to file an application within one year of their arrival in the United States, unless they prove eligible for certain exceptions," Rachel explains. "Unfortunately, due to overwhelming demand for free or affordable immigration help, many asylum seekers cannot find counsel who can commit to representing them throughout their case, so they are in danger of missing that filing deadline. At the clinic, we work with clients to prepare applications so they can file them before that deadline."

The clients, who were from Central America and Mexico, were directed to the asylum clinic through Centro Legal de la Raza, which provided the clinic with a supervising attorney who is an expert in immigration

law and an experienced immigration paralegal.

After being trained in asylum law, volunteers assembled into small teams, each of which included a MoFo lawyer and an interpreter. At the end of the day, the pro bono lawyers and law students parted ways with their clients, and the Centro Legal de la Raza paralegal accompanied the asylum seekers to court to file the applications that the clinic's volunteers prepared. From there, the long and complicated U.S. immigration process for the asylum seekers began.

## LEGAL SERVICES NYC NATURALIZATION CLINIC IN PARTNERSHIP WITH PRUDENTIAL

In New York, senior pro bono counsel Jennifer Brown organized a clinic to help individuals further along in the immigration process — permanent residents who are applying for naturalization as U.S. citizens. For this clinic, the firm partnered with lawyers and other professionals from client Prudential, where MoFo alumna Leda Moloff is a corporate counsel. The training sessions were conducted by Legal Services NYC, where MoFo alumnus Adam Heintz now works as the director of pro bono services.

MoFo continues to represent the eight clients who got their naturalization applications underway on the day of the clinic. Jennifer explained that applying for naturalization often takes more than a single step. "For example, most of these clients are eligible to have their naturalization fees waived by the government, but the government is now rejecting many applications for fee waivers or demanding more evidence of the clients' low income. We help the clients with issues like that." MoFo lawyers will also prepare clients for their naturalization interviews and attend the interviews with them.

Associate Amanda Gayer's client, from a similar clinic held with Prudential in 2018, recently passed her interview and was naturalized. "Guiding a client through the naturalization process has been a rewarding experience. It has been a privilege to collaborate and build a relationship with the client, who put a great deal of time and hard work toward this achievement," recalled Amanda.

## IMPACT LA CLINIC AT THE JENESSE CENTER

For the fifth year in a row, summer associates and attorneys from MoFo's Los Angeles office volunteered at the Involving More Pro Bono Attorneys in Our Communities

Together (IMPACT) LA Clinic, which advises domestic violence survivors on housing, immigration, and benefits questions.

IMPACT LA is coordinated by OneJustice, a California-wide nonprofit, and takes place in conjunction with the work of the Jenesse Center, the oldest domestic violence intervention center in South Los Angeles. IMPACT projects combine the efforts of several law firms in one city, and are the result of a meeting held in 2012 among then–Vice President Joe Biden, Association of Pro Bono Counsel board members, and senior management of the board members' firms to discuss how law firm pro bono could better meet community needs.

Many domestic violence survivors face hurdles in getting back on their feet after leaving abusive relationships. They may find themselves in changed living situations or with limited financial resources. Volunteers at the IMPACT LA clinic work with survivors to access legal resources on issues such as immigration status, avoiding homelessness, or applying for government benefits. Pro bono counsel Dorothy Fernandez explains, "Sometimes an abuser uses a survivor's undocumented status as a weapon, so we work with the survivors to see if they might be eligible for immigration relief, in particular U visas, which are for survivors of serious crimes like physical abuse."

While MoFo attorneys also staff the LA IMPACT clinic at other times during the year, the summer session allows summer associates to get a real taste of the firm's pro bono program, and see firsthand some of the issues our community members face and how law firms can play a role in closing the access-to-justice gap.

## THE AFFORD BUSINESS CLUB CLINIC IN LONDON

In the firm's London office, MoFo lawyers have been organizing clinics in partnership with nonprofit African Foundation for Development (AFFORD) for AFFORD's Business Club (ABC), which supports the African-focused business community in the UK. The clinics' objective is to encourage development in African countries by providing free legal counsel to businesses that either operate in Africa and have a presence in the UK, or operate in the UK and directly contribute to developing economies in Africa by, for example, investing in areas of African development or agriculture.

MoFo associate Jason Mbakwe and senior of counsel Howard Morris are two of the clinic's main participants.

"An increasing number of African diaspora individuals are forming businesses here in the UK with the intention of expanding in Africa. The businesses we advise have a connection with Africa, so you'll get somebody who's, for example, selling a product in the UK and sourcing it from Nigeria. Navigating multiple jurisdictions can prove difficult even for more established businesses and, with the cost of legal advice often appearing prohibitive for start-ups, the clinics are a welcome support," says Howard. "We provide support on English law elements but often also point clinic users in the direction of other useful resources or local counsel where appropriate."

In September 2018, after being matched with the project by Advocates for International Development, MoFo lawyers in London kicked off the program with a seminar that addressed key areas of law that apply to the businesses run by ABC's members. Since then, the one-on-one, half-hour-long sessions have been addressing legal questions submitted by ABC members in advance.

Jason and Howard report that questions have ranged from "What is the best way to protect a business's intellectual

property in both Africa and the UK?" to "What is the best way to comply with the GDPR?"

"Lawyers from across all the disciplines in the London office deploy to provide tax support, labor law support, corporate support, and litigation support," says Howard. "They'll explain how to form a business and the advantages of being a limited liability company over being a sole trader, for example. A welcome coincidence is that a number of the MoFo lawyers who are involved in the clinics are of African heritage themselves. Often, their familiarity with the economic and cultural issues helps in their advice."

## NONPROFIT GOVERNANCE POLICIES CLINIC

Northern Virginia partner Tom Knox also helped an organization to navigate the law over the summer, but in his case, it was the Neighborhood Legal Services Program in Washington, D.C.

Tom met the client at the Nonprofit Governance Policies Clinic, organized by the D.C. Bar Pro Bono Program, which has been hosted by MoFo's Washington, D.C. office for several summers. This year, the D.C. Bar teamed MoFo lawyers with members of the legal department at the energy company Exelon to help local nonprofits with their basic conflict of interest, document retention, and whistleblower protection policies.

"A lawyer from the D.C. Bar Pro Bono Center conducted a training for the lawyers in the morning," Jennifer describes, "and then the lawyers met with the nonprofit organizations to revise or comment on those organizations' existing policies or work with them to create new policies based on a template from the Pro Bono Center."

Jennifer explained that, while Tom's client is itself a legal organization, it still needed a lawyer's help. "It's typical of nonprofits to be short on the time and resources necessary to attend to corporate governance matters. They're busy running their programs and helping people."



# ENFORCING THE RIGHTS OF IMMIGRANTS

## AS IMMIGRATION CONTINUES TO BE FRONT AND CENTER IN NATIONAL NEWS, MOFO LAWYERS ARE HELPING INDIVIDUALS PURSUE CITIZENSHIP AND OTHER PROTECTIONS UNDER OUR LAWS.

A number of our New York attorneys have taken on naturalization matters, all begun in clinics held in partnership with our client Prudential in 2018 and 2019. Participating lawyers assist clients with completing applications for naturalization as U.S. citizens and, if applicable, for a waiver of the application fee. The attorneys submit the applications, respond to any requests for additional information from the U.S. Citizenship and Immigration Services, and prepare and accompany the client to the naturalization interview, usually about one year after filing. The naturalization clinics are part of an ongoing partnership with Legal Services NYC to help those made vulnerable by discrimination, immigration status, age, and disabilities.

MoFo is also helping individual victims of human trafficking apply for a T or U visa. In Los Angeles, litigation attorney Hector Gallegos and corporate attorney David Yang are working with a low-income client from Indonesia who was brought to the U.S. to work as a housekeeper and nanny by traffickers who paid her an unlivable wage for two years of work, confiscated her passport, and forbade her from leaving the house on her own. In Northern Virginia,

litigation attorneys Damien Specht and Rachael Plymale are representing a trafficking victim who is applying for a visa. The U and T visas afford protections for immigrants who are the victims of serious crimes and are willing to assist law enforcement and government officials in the investigation of that criminal activity.

Attorneys in our Los Angeles, Northern Virginia, Washington, D.C., and New York offices are working with Kids in Need of Defense (KIND) to represent immigrant minors in Special Immigrant Juvenile Status (SIJS) matters. SIJS is a pathway to a green card for immigrant children who have been abused, abandoned, or neglected by one or both of their parents. One of the clients is a 17-year-old girl from El Salvador who was physically and sexually abused by the family she lived with. Another is an 11-year-old girl from El Salvador who had witnessed terrible violence in her community and came to the U.S. after being abandoned by her father. Our attorneys represent the minors in state court to establish their eligibility for SIJS relief. After the state court ruling is obtained, the team represents the client in Immigration Court removal proceedings and submits the official SIJS application.



# A NEW APPROACH TO WATER-QUALITY CONSERVATION



New York finance attorneys Geoffrey Peck and Steven Bleiberg and litigation attorney Max Zidel are advising The Nature Conservancy on the creation of a novel "pay-for-success" water fund designed to dramatically increase the pace, scale, and efficiency of water-quality conservation for the city of Newark, Delaware. The city, along with the Revolving Water Fund, recently announced the closing of its first pay-for-success transaction, which will fund on-farm agricultural restoration activities to reduce nutrients and sediment flowing into surrounding waterways.

The project is a partnership between The Nature Conservancy and i2 Capital, and is part of a pilot program to examine whether investment in agricultural best management practices on farms can achieve cost-effective pollution reductions that meet regulatory compliance requirements under the Clean Water Act, while also achieving watershed conservation goals.

# FEEDING THE GREATER GOOD

Hong Kong litigation attorneys Adrian Yip and Steve Cheng, corporate attorneys Marcus To and Sylvia Cheng, and trainee solicitors Jeffrey Lau and Brian Ho are providing a broad range of legal assistance to Bo Charity Foundation Ltd., a.k.a. Food Angel.

Food Angel, which was launched in 2011, is a food rescue and assistance program that conserves edible surplus food from various sectors of the food industry that would otherwise be disposed of as waste. Following strict safety protocols, the rescued food items are prepared as nutritious hot meals in Food Angel's central kitchen and are redistributed to underprivileged communities in Hong Kong. The organization currently rescues around 30 tons of edible surplus food each week, preparing 8,000 meals and 1,000 food packs a day free of charge.

To date, Food Angel has asked MoFo to advise it on sponsorship, service, and other agreements, as well as other legal issues arising from its day-to-day operations.

# ADVOCATING FOR WOMEN'S REPRODUCTIVE RIGHTS AND CARE

MoFo partner Jamie Levitt and associate Rhiannon Batchelder filed amicus briefs supporting motions for preliminary injunctions against the current administration's final rules exempting employers from the no-cost contraceptive coverage provision of the Affordable Care Act. An extension of interim rules that largely gutted the Contraceptive Coverage Benefit, the final rule would allow virtually any employer or university — including large, for-profit companies — to deny no-cost contraceptive coverage to their employees and students simply by citing "sincerely held" religious or moral convictions.

The briefs were filed in the Northern District of California, the Eastern District of Pennsylvania, and the United States Courts of Appeals for the Third and Ninth Circuits, and represent the interests of well over a million women working and studying in a variety of industries and unions, from students and teachers to social workers, lawyers, and others. On July 12, 2019, the Third Circuit upheld the nationwide preliminary injunction issued by Judge Beetlestone of the Eastern District of Pennsylvania.

Earlier this year, Washington, D.C. litigation senior counsel Roxann Henry, Los Angeles litigation associate Neil Tyler, and senior pro bono counsel Jennifer Brown represented Asylum Access and four other organizations that advocate for immigrants' rights in an amicus brief to support access to abortion services for a class of teens in government

custody. The brief, filed in the D.C. Circuit Court of Appeals in the case of *Garza v. Azar*, brought by the ACLU, was cited twice in the appellate decision upholding access rights.

The case, now a class action, began with representing a single minor who was barred by the federal Office of Refugee Resettlement from obtaining an abortion, despite having won a Texas judge's permission to obtain one under that state's judicial bypass procedure. Her ultimately successful battle to obtain the care she sought was widely publicized.

The MoFo team, in support of the lower court class action ruling enjoining ORR's interference, conducted extensive outreach to gain support and advice from organizations that work with migrant teens on both sides of the border as they travel through Latin America and once they are released from ORR shelters in the U.S. The brief documented the sexual violence that migrating teens often encounter during their trip, such as rapes that leave many pregnant. It also undermined the government's contention that pregnant minors can easily find sponsors to help them get the care they need.



THE FINAL RULE WOULD ALLOW VIRTUALLY ANY EMPLOYER OR UNIVERSITY — INCLUDING LARGE, FOR-PROFIT COMPANIES — TO DENY NO-COST CONTRACEPTIVE COVERAGE.

# IMPROVING THE COFFEE VALUE CHAIN



Washington, D.C. litigators David Meyer and Roxann Henry, along with Brussels litigation attorneys Tom McQuail, Aniek Schadd, and stagiaire Teodora Peevska, are providing antitrust advice to the Columbia Center on Sustainable Investment (CCSI), an applied research center dedicated to studying, practicing, and discussing sustainable international investment based at Columbia University.

CCSI and its advisory board chair Professor Jeffrey Sachs received funding from the World Coffee Producers Forum to assess the impacts of the evolving coffee value chain on farmers, and to offer proposals for augmenting farmers' incomes. The study addresses the economic, environmental, and social factors endangering the sustainability of the coffee trade. As child labor, deforestation, a lack of services in coffee-growing regions, and climate change continue to threaten production, coffee farmers are finding that it is not an economically viable trade and often live below the extreme poverty line.

CCSI requested advice in the form of an antitrust/ competition legal opinion from the perspective of U.S. and EU law with respect to some of its proposals for augmenting farmers' incomes. A preliminary report was presented by Professor Sachs in July 2019 and the final report launched in October.

# IMAGINE
# NEW BEGINNINGS

Earlier this year, MoFo unveiled a brand new website in concert with its pro bono spotlight video, _Imagine: New Beginnings Made Possible Through Pro Bono_. The new site invites you to explore MoFo's long history of helping pro bono clients all around the globe, our commitment to protecting the environment, recent accolades and awards, and videos that bring to life some of our most memorable matters.

View MoFo's new pro bono website here.



# IMPROVING THE QUALITY OF LIFE FOR HOSPITALIZED CHILDREN

Since 1991, MoFo has provided more than 10,000 hours of pro bono assistance to advance the mission of Starlight Children's Foundation, an organization whose innovative programs ease the distress of children who are hospitalized with serious and sometimes life-threatening conditions.

Washington, D.C. of counsel Linda Arnsbarger continues to advise Starlight on regulations applicable to charitable giving. Los Angeles finance senior counsel Henry Fields and Palo Alto corporate attorney Emiko Kurotsu are helping Starlight in its contract negotiations with partners in the Starlight Virtual Reality program, which offers virtual reality experiences to hospitalized children as a fun and exciting way to explore the world. VR can also be used to distract children during painful medical procedures.

In addition, MoFo continues to counsel Starlight with respect to its Starlight Gowns™ program which, in partnership with various companies, provides high-quality, colorful hospital gowns to hospitalized children that mitigate the dreariness of hospital stays.

Starlight Children's Foundation provides a range of support services to seriously ill children, some of whom are terminally ill. Its mission is to deliver happiness to seriously ill children and their families.

# HIGH-QUALITY, COLORFUL HOSPITAL GOWNS MITIGATE THE DREARINESS OF HOSPITAL STAYS.



MoFo senior counsel Henry Fields holds up a colorful gown, one of many given to hospitalized young patients to help brighten the dreariness of hospital stays as part of the Starlight Children's Foundation Starlight Gowns™ program.

# PRO BONO HONORS, AWARDS, AND RECOGNITION

MOFO TRIAL TITANS **JIM BROSNAHAN** AND **ARTURO GONZÁLEZ** WERE AWARDED TOP HONORS AT ABA 2019 ANNUAL MEETING.



Veteran MoFo trial lawyer Jim Brosnahan holds a pocket-sized copy of the U.S. Constitution, which he arranged to have placed at table settings during an ABA dinner honoring him with the John H. Pickering Achievement Award, as a reminder to lawyers to speak up when they see injustice.



MoFo litigation partner Alexis Amezcua (left) is pictured with veteran MoFo trial lawyer and Commercial Litigation & Trial Group chair Arturo González (right) and the 2019 Pro Bono Publico Award presented to Arturo during the ABA's annual meeting.

The American Bar Association honored Morrison & Foerster veteran trial lawyers Jim Brosnahan and Arturo González with prestigious awards during the organization's 2019 Annual Meeting, held in August in San Francisco. Jim, senior of counsel in Morrison & Foerster's trial and appellate practices, was presented with the ABA's John H. Pickering Achievement Award for his lifelong work emulating that of the award's namesake, whose outstanding legal ability and record of service to the profession improved access to justice for all. Arturo, chair of the firm's Commercial Litigation/Trial Group, was presented with a 2019 Pro Bono Publico Award.

Jim had earned the honor by demonstrating outstanding legal ability, compiling a distinguished record of dedicated service to the profession and the community at large, and making significant contributions to the furtherance of access to justice for all.

Considered a lion of the trial bar as well as one of the most respected and "greatest trial lawyers in the country," Jim is known for his uncanny legal ability and oral advocacy skills. Jim has tried 150 cases to completion with only 11 losses. He has represented countless pro bono clients in criminal and civil matters, earning him a reputation as "a fighter for the underdog."

His impact outside of the courtroom is equally impressive. Throughout his unrivaled career, Jim has made countless contributions, including:

* Serving as president of the Bar Association of San Francisco in 1977, and co-founding its Volunteer Legal Services Program (now called the Justice & Diversity Center).

* Serving as one of the earliest and most dedicated stalwarts supporting diversity in the legal profession, and founder of the Minority Committee of the Bar Association of San Francisco.

* Serving as one of the foremost teachers of trial litigation in the country; author of the *Trial Handbook for California Lawyers*.

* Serving as an outspoken supporter of the Civil Gideon movement, which seeks to establish a right to counsel in civil matters when basic human needs are at stake.

Throughout his legendary legal career of almost 60 years, Jim has fiercely committed himself to promoting equal access to the justice system and advocating on behalf of low-income and disadvantaged individuals.

Arturo González was honored for his pro bono work and innumerable public service contributions to the community at large. Considered one of the "finest trial lawyers in the United States," Arturo credits his background, growing up as the son of non-English-speaking farm workers, as giving him the unique perspective that he brings into the courtroom every day, and as one of the main factors that motivated him to become a lawyer and fight for those who may not otherwise have access to fair legal representation.

Although Arturo is widely known for his legal prowess in the courtroom securing favorable outcomes for blockbuster clients such as Uber and VMware, his pro bono advocacy has been equally impactful. Throughout his more than three-decades-long career at MoFo, he has been committed to ensuring that even the most underserved communities and individuals have equal representation and access to the law. Over the years, Arturo has worked on more than 100 pro bono cases and has secured favorable outcomes for his clients in many key areas of the law, including:

* Ensuring the right to an education for low-income children.

* Protecting the constitutional rights of communities of color.

* Curbing abusive tactics and procedures used by certain law enforcement agencies.

Arturo's nomination this year was supported by, among others, retired U.S. District Court Judge Oliver W. Wanger, who presided over two pro bono jury trials in which Arturo served as lead counsel and achieved "outstanding and exemplary results" for plaintiffs with civil rights claims against law enforcement.

The ABA Pro Bono Publico Awards are the top honors given by the ABA Standing Committee on Pro Bono and Public Service, which over the years has spotlighted the pro bono efforts of individual lawyers and small and large law firms, government attorney offices, corporate law departments, and other institutions in the legal profession.

Jim and Arturo are both past presidents of the Bar Association of San Francisco, and have been admitted to the top three invitation-only trial lawyer organizations — the American College of Trial Lawyers, the International Academy of Trial Lawyers, and the American Board of Trial Advocates.

# UNWAVERING COMMITMENT TO PRO BONO

Morrison & Foerster is a pro bono leader. The firm galvanized the 1991 gathering of law firm leaders that led to the Law Firm Pro Bono Challenge®, the bedrock of pro bono today. One of the first law firms to create a full-time pro bono counsel position, MoFo dedicates extraordinary resources to helping attorneys contribute their best through pro bono work.

Lawyers in Morrison & Foerster offices worldwide live out this proud pro bono tradition every day. Our work runs the gamut—from class action representation that benefits thousands to individual advocacy for people who otherwise would be shut out from access to justice. We staff legal service clinics and counsel hundreds of nonprofit organizations and social enterprises on legal needs ranging from corporate formation to patent claims.



# MERCEDES SAMAVI WINS 2019 KATHI PUGH PRO BONO SERVICE AWARD

London-based associate Mercedes Samavi is the 2019 recipient of the Kathi Pugh Award for Pro Bono Service.

Since her arrival at Morrison & Foerster in 2013, Mercedes Samavi has been a consistently dedicated and enthusiastic contributor to the firm's pro bono program, using her knowledge as a member of the Technology Transactions Group and the Global Privacy Group to advise an impressive number of nonprofit and social enterprise pro bono clients on intellectual property and data protection matters and to help organizations draft and negotiate various types of agreements.

"Running a startup is difficult, and legal help is often prohibitively expensive," explained Simon Riley, the CEO of one of Mercedes' clients, MakerClub, a social enterprise designed to encourage electronic engineering projects among children. "Mercedes' help has meant that we can be confident in the partnerships that we enter into and that the company is protected with all the proper documentation," said Simon, who noted that MakerClub recently won a grant to use its technology to work with 300 disadvantaged children to design inventions to improve the local community.

The clients that Mercedes has helped in this way include Smile Train UK, a charity that supports cleft palate repair; Peer Power, a social justice charity that offers bereavement and other mental health programs to people who experienced trauma as children; ISEAL Alliance, a nonprofit whose mission is to strengthen global sustainability standards systems; and Margaret Pyke Trust, a charity that promotes reproductive rights, knowledge, and services.

Like Simon, Anne-Marie Imafidon, the cofounder and CEO of Stemettes, attributes some of the success achieved by her organization, a social enterprise created to spark girls' interest in STEM, to Mercedes' pro bono contributions.

"We would not be where we are now as a nonprofit if not for [Mercedes'] attention to details and all round awesomeness," said Anne-Marie. "What a lawyer. What a woman. We're running out of ways to thank her for all she keeps doing for us."

In addition to advising nonprofits and social enterprises, Mercedes has taken



Morrison & Foerster's 2019 Kathi Pugh Award recipient, Mercedes Samavi, poses for a photo during a celebration in her honor in the firm's London office.

on a variety of other pro bono matters, including representing individuals with disability benefit appeals in collaboration with London-based charity Z2K (Zacchaeus 2000).

As the winner of the Kathi Pugh Award, Mercedes was given the opportunity to direct a $10,000 donation to a nonprofit organization that enhances access to justice. She has directed the contribution, which will be funded jointly by the firm and The Morrison

& Foerster Foundation, to the Coram Children's Legal Centre. The donation will support the Migrant Children's Project, whose services include free legal advice to immigrant children and youth.

This is the sixth annual Kathi Pugh Award. New York associate Adam Hunt, San Diego associate Christian Andreu-von Euw, San Francisco senior counsel Ruth Borenstein, Washington, D.C. partner Natalie Fleming Nolen, and San Francisco

partner Alfredo Silva were the firm's prior honorees.

The Kathi Pugh Award was established by Morrison & Foerster in 2013, when Kathi Pugh retired after two decades of running the firm's pro bono program. It recognizes the values, enthusiasm, and compassion that Kathi brought to the pro bono program and celebrates the remarkable ways that lawyers like Mercedes proudly carry out Kathi's pro bono legacy.

# GETTING INVOLVED

Want to join your colleagues or suggest a pro bono project? Contact:







**Jennifer K. Brown**
Senior Pro Bono Counsel
(for East Coast, China, Singapore)
(212) 336-4094
jbrown@mofo.com

**Rachel P. Williams**
Pro Bono Counsel
(for Northern California, Europe)
(415) 268-6340
rachelwilliams@mofo.com

**Dorothy L. Fernandez**
Pro Bono Counsel
(for Southern California,
Denver, Tokyo)
(415) 268-6009
dfernandez@mofo.com

**Want to know more about MoFo's pro bono program?**
Visit mofo.com/culture/pro-bono/



**MORRISON FOERSTER**

© 2019 Morrison & Foerster LLP