# EXHIBIT A

Entries of Appearance of Opposing Counsel
1:17-cv-02989-AT Curling et al v. Kemp et al

| Date Received | Entry | Representing |
|---|---|---|
| 8/17/17 | NOTICE of Appearance by Daniel Walter White | Cobb County Board of Elections and Registration, Janine Eveler, Phil Daniel, Fred Aiken, Joe Pettit, Jessica Brooks, and Darryl O. Wilson |
| 8/17/17 | NOTICE of Appearance by Bennett Davis Bryan | Maxine Daniels, Michael P. Coveny, Anthony Lewis, Leona Perry, Samuel E. Tillman, Baoky N. Vu and The DeKalb County Board of Registration and Elections |
| 8/21/17 | NOTICE of Appearance by Aaron Wright | Donna Curling, Coalition for Good Governance, Donna Price, Jeffrey Schoenberg, Laura Digges, William Digges III |
| 8/22/17 | Notice of Appearance of Marvin Lim | Donna Curling, Coalition for Good Governance, Donna Price, Jeffrey Schoenberg, Laura Digges, William Digges III, Ricardo Davis |
| 8/23/17 | NOTICE of Appearance by Russell Dunn Waldon | Thomas Jonathan Ossoff |
| 9/11/17 | NOTICE of Appearance by Vincent Robert Russo, Jr. | Karen C. Handel |
| 9/11/17 | NOTICE of Appearance by Anne Ware Lewis (Lewis, Anne) | Karen C. Handel |
| 9/11/17 | NOTICE of Appearance by Frank B. Strickland (Strickland, Frank) | Karen C. Handel |
| 9/11/17 | NOTICE of Appearance by Barclay Hendrix | Karen C. Handel |

Entries of Appearance of Opposing Counsel
1:17-cv-02989-AT Curling et al v. Kemp et al

| | | |
|---|---|---|
| 11/07/17 | NOTICE of Appearance by Grant Edward Schnell | Merle King |
| 11/27/17 | NOTICE Appearance by William Brent Ney | Coalition for Good Governance |
| 1/08/18 | NOTICE of Appearance by Robert Alexander McGuire, III | Coalition for Good Governance |
| 3/30/18 | NOTICE of Appearance by David D. cross | Donna Curling, Donna Price, Jeffrey Schoenberg |
| 3/30/18 | NOTICE OF ENTRY OF APPEARANCE (William Brent Ney) | William Digges III, Laura Digges, and Ricardo Davis, Coalition for Good Governance |
| 3/30/18 | NOTICE of Appearance by Halsey G. Knapp, Jr | Donna Curling, Donna Price, Jeffrey Schoenberg |
| 3/30/18 | NOTICE of Appearance by Adam Martin Sparks | Donna Curling, Donna Price, Jeffrey Schoenberg |
| 3/30/18 | NOTICE of Appearance by Adam Martin Sparks | Donna Curling, Donna Price, Jeffrey Schoenberg |
| 3/30/18 | NOTICE of Appearance by Cary Ichter | Coalition for Good Governance, Ricardo Davis, Laura Digges, William Digges, III (Ichter, Cary) |
| 4/3/18 | NOTICE of Appearance by Bruce P. Brown | Coalition for Good Governance (Brown, Bruce) |
| 5/03/18 | NOTICE of Appearance by John P. Carlin | Donna Curling, Donna Price, Jeffrey Schoenberg (Knapp, Halsey) |
| 5/8/18 | NOTICE of Appearance by Catherine L. Chapple Pro Hac Vice | Donna Curling, Donna Price, Jeffrey Schoenberg (Knapp, Halsey) |
| 5/14/18 | NOTICE of Appearance by Halsey G. Knapp, Jr. | Donna Curling, Donna Price, Jeffrey Schoenberg (Knapp, Halsey) |
| 5/14/18 | NOTICE of Appearance by Robert W. Manoso Pro Hac Vice | Donna Curling, Donna Price, Jeffrey Schoenberg (Knapp, Halsey) |

**Entries of Appearance of Opposing Counsel**
**1:17-cv-02989-AT Curling et al v. Kemp et al**

| Date | Entry | Parties |
|---|---|---|
| 5/17/18 | NOTICE of Appearance by for John P. Carlin Pro Hac Vice | Donna Price |
| 5/31/18 | NOTICE of Appearance by Catherine L. Chapple | Donna Curling, Donna Price, Jeffrey Schoenberg (Knapp, Halsey) |
| 7/17/18 | NOTICE of Appearance by Jonathan Lee Schwartz | Common Cause, National Elections Defense Coalition, Protect Democracy |
| 7/19/18 | NOTICE of Appearance by Stacey M. Leyton | Common Cause, National Elections Defense Coalition, Protect Democracy |
| 7/23/18 | NOTICE of Appearance by Matthew J. Murray | Common Cause, National Elections Defense Coalition, Protect Democracy |
| 7/24/18 | NOTICE of Appearance by Stephen P. Berzon | Common Cause, National Elections Defense Coalition, Protect Democracy |
| 2/15/19 | NOTICE of Appearance by Bryan P. Tyson | Seth Harp, Brian P. Kemp, Ralph F (Rusty) Simpson, Rebecca N. Sullivan, The State Election Board, David J. Worley |
| 3/15/19 | NOTICE of Appearance by Vincent Robert Russo, Jr. | Seth Harp, Brian P. Kemp, Rebecca N. Sullivan, The State Election Board, David J. Worley |
| 3/15/19 | NOTICE of Appearance by Joshua Barrett Belinfante | Seth Harp, Brian P. Kemp, Rebecca N. Sullivan, The State Election Board, David J. Worley |
| 3/15/19 | NOTICE of Appearance by Carey Allen Miller | Seth Harp, Brian P. Kemp, Rebecca N. Sullivan, The State Election Board, David J. Worley |
| 3/15/19 | NOTICE of Appearance by Brian Edward Lake | Seth Harp, Brian P. Kemp, Rebecca N. Sullivan, The State Election Board, David J. Worley |
| 3/15/19 | NOTICE of Appearance by Alexander Fraser | Seth Harp, Brian P. Kemp, Rebecca N. Sullivan, The State Election Board, David J. Worley |

Entries of Appearance of Opposing Counsel
1:17-cv-02989-AT Curling et al v. Kemp et al

| | | |
|---|---|---|
| 5/7/19 | NOTICE of Appearance by Bryan Francis | Seth Harp, Brian P. Kemp, Rebecca N. Sullivan, The State Election Board, David J. Worley |
| 5/15/19 | NOTICE of Appearance by John Michael Powers Pro Hac Vice | Coalition for Good Governance |
| 6/4/19 | NOTICE of Appearance by David Brody Pro Hac Vice | Coalition for Good Governance |
| 6/22/19 | NOTICE of Appearance by Alan Jay Butler Pro Hac Vice | |
| 7/19/19 | NOTICE of Appearance by Dara Lindenbaum Pro Hac Vice | Care In Action, Inc. Ebenezer Baptist Church of Atlanta, Georgia, Inc., Fair Fight Action Inc., Sixth Episcopal District, Inc., Virginia-Highland Church, Inc. Abrams for Governor, Baconton Missionary Baptist church, Inc. |
| 7/22/19 | NOTICE of Appearance by Jacob Conarck Pro Hac Vice | Coalition for Good Governance |
| 7/22/19 | NOTICE of Appearance by Marcie Brimer Pro Hac Vice | Donna Curling, Donna Price, Jeffrey Schoenberg |
| 7/22/19 | NOTICE of Appearance by Cameron A. Tepfer Pro Hac Vice | Donna Curling, Donna Price, Jeffrey Schoenberg |
| 7/22/19 | NOTICE of Appearance by Marcie Brimer Pro Hac Vice | Donna Curling, Donna Price, Jeffrey Schoenberg |
| 7/22/19 | NOTICE of Appearance by Mary G. Kaiser | Donna Curling, Donna Price, Jeffrey Schoenberg |
| 3/30/20 | NOTICE of Appearance by Loree Anne Paradise | Seth Harp, Brad Raffensberger, Ralph F (Rusty) Simpson, Rebecca N. Sullivan, The State Election Board, David J. Worley |
| 8/12/20 | NOTICE of Appearance by Jonathan Dean Crumly, Sr | Seth Harp, Brad Raffensberger, Ralph F (Rusty) Simpson, Rebecca N. Sullivan, The State Election Board, David J. Worley |

**Entries of Appearance of Opposing Counsel**
**1:17-cv-02989-AT Curling et al v. Kemp et al**

| | | |
|---|---|---|
| 8/12/20 | NOTICE of Appearance by James A.Balli | Seth Harp, Brad Raffensberger, Ralph F (Rusty) Simpson, Rebecca N. Sullivan, The State Election Board, David J. Worley |
| 8/12/20 | NOTICE of Appearance by Diane Festin LaRoss | Seth Harp, Brad Raffenberger, Ralph F (Rusty) Simpson, Rebecca N. Sullivan, The State Election Board, David J. Worley |