# EXHIBIT 1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Donna Curling, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:17-cv-02989-AT |
| Brad Raffensperger, et al. | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Jordan Fuchs

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
See Attachment A.

| Place: Krevolin & Horst LLC<br>1201 W. Peachtree St., NW, Ste. 3250<br>Atlanta, GA 30309 | Date and Time:<br>11/13/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/04/2020

CLERK OF COURT

OR

_____              _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Donna Curling, Donna Price & Jeffrey Schoenberg, who issues or requests this subpoena, are:
Adam M. Sparks, 1201 W. Peachtree St., NW, Ste. 3250, Atlanta, GA 30309, (404) 835-8067, sparks@khlawfirm.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-cv-02989-AT

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any) Jordan Fuchs

on (date) 11/3/2020.

☑ I served the subpoena by delivering a copy to the named person as follows: Ryan Germany General Counsel Georgia Secretary of State at 214 State Capitol Atlanta GA 30334

on (date) 11/9/23 ; or @ 1:15 PM

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/9/2020

Margaret Ruddoch
Server's signature

Margaret Ruddoch
Printed name and title

730 Peachtree St #570
Atlanta GA 30308
Server's address

Additional information regarding attempted service, etc.:

# AFFIDAVIT OF SERVICE

| Case:<br>1:17-cv-02989-AT | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA | County: | Job:<br>5041470 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>DONNA CURLING et. al. | | **Defendant / Respondent:**<br>BRAD RAFFENSPERGER, ET. AL. | |
| **Received by:**<br>Margaret Ruddock | | **For:**<br>KREVOLIN & HORST LLC | |
| **To be served upon:**<br>JORDAN FUCHS | | | |

I, Margaret Ruddock, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JORDAN FUCHS, HOME: 214 STATE CAPITOL SW, ATLANTA, GA 30334
**Manner of Service:** Substitute Service - Business, Nov 9, 2020, 1:15 pm EST
**Documents:** SUBPOENA TO PRODUCE DOCUMENTS INFORMTION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, ATTACHMENT A: DOCUMENTS DESIGNATED FOR PRODUCTION, (Received Nov 3, 2020 at 12:00am EST)

**Additional Comments:**
1) Successful Attempt: Nov 9, 2020, 1:15 pm EST at HOME: 214 STATE CAPITOL SW, ATLANTA, GA 30334 received by JORDAN FUCHS. Other: Personally served documents to Ryan Germany General Counsel at Georgia Secretary of State. Mr Germany is authorized to accept documents for Jordan Fuchs. Ryan Germany white male, black hair, 5-7, age 35-45, weight 140-150lbs.; Served

Margaret Ruddock    Date 11/9/2020

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 11/9/2020    Commission Expires 2/15/2022



ALITA PALMER
Notary Public, Georgia
Gwinnett County
My Commission Expires
February 15, 2022