**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**DECLARATION OF DAVID D. CROSS IN SUPPORT OF
CURLING PLAINTIFFS' REPLY IN SUPPORT OF
<u>RENEWED MOTION FOR ATTORNEYS FEES AND EXPENSES</u>**

I, David D. Cross declare as follows:

1. I am a member of the bars of the State of New York and the District of Columbia. I am a partner with the law firm of Morrison & Foerster LLP and lead counsel in this case representing Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs") in the above-captioned matter. I have been admitted *pro hac vice* in these proceedings. I have personal knowledge of the facts in this declaration and, if called to testify as a witness, I would testify under oath to these facts.

2. In 2018, this case accounted for 3,096 litigation pro bono hours. This case was the largest pro bono case at Morrison & Foerster by hours in 2018.

3. In 2019, this case accounted for 4,204 litigation pro bono hours. This case was the second-largest pro bono case at Morrison & Foerster by hours in 2019.

4. As of November 30, 2020, this case accounted for 2,562 litigation pro bono hours. This case was the year's second-largest pro bono case at Morrison & Foerster by hours as of November 30, 2020.

5. Between 2018 and to-date in 2020, Morrison & Foerster had an average of 180 open litigation pro bono matters each year.

6. In the last three years, this case accounted for 7.6% of Morrison & Foerster's total U.S. litigation pro bono hours.

I declare under penalty of the perjury laws of the State of Georgia and the United States that the foregoing is true and correct and that this declaration was executed this 15th day of December, 2020, in Alexandria, Virginia.

*/s/ David D. Cross*
David D. Cross
