IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

## **RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, David J. Worley, Rebecca N. Sullivan, Anh Le, and Matthew Mashburn (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that on December 29, 2020, the undersigned served a true and correct copy of the following:

1. Defendant Rebecca N. Sullivan's First Interrogatories to Plaintiff Coalition for Good Governance;

2. Defendant Rebecca N. Sullivan's First Interrogatories to Plaintiff Donna Curling;

3. Defendant Rebecca N. Sullivan's First Interrogatories to Plaintiff

Donna Price;

4. Defendant Rebecca N. Sullivan's First Interrogatories to Plaintiff Laura Digges;

5. Defendant Rebecca N. Sullivan's First Interrogatories to Plaintiff William Digges, III;

6. Defendant Rebecca N. Sullivan's First Interrogatories to Plaintiff Jeffrey Schoenberg;

7. Defendant Rebecca N. Sullivan's First Interrogatories to Plaintiff Ricardo Davis; and

8. Defendant Rebecca N. Sullivan's First Interrogatories to Plaintiff Megan Misset,

upon the following counsel of record via email:

Cary Ichter
Ichter Davis LLC
Suite 1530
3340 Peachtree Road N.E. Atlanta, Georgia 30326
cichter@ichterdavis.com

Bruce P. Brown LAW LLC 1123 Zonolite Road, Suite 6 Atlanta, Georgia 30306
bbrown@brucepbrownlaw.com

David D. Cross
John P. Carlin
Lyle F. Hedgecock
Mary G. Kaiser
Veronica Ascarrunz

John Michael Powers
David R. Brody
Ezra David Rosenberg
Lawyers' Committee for Civil Rights Under Law

2

Eileen M. Brogan
Morrison & Foerster, LLP 2000
Pennsylvania Avenue, NW
Washington, DC 20006
dcross@mofo.com
jcarlin@mofo.com
lhedgecock@mofo.com
mkaiser@mofo.com
vascarrunz@mofo.com
ebrogan@mofo.com

Suite 900
1500 K Street, N.W.
Washington, DC 20005
jpowers@lawyerscommittee.org
dbrody@lawyerscommittee.org
erosenberg@lawyerscommittee.org

Kaye Burwell
David Lowman
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
kaye.burwell@fultoncountyga.gov
david.lowman@fultoncountyga.gov
cheryl.ringer@fultoncountyga.gov

Robert Alexander McGuire
Robert McGuire Law Firm
113 Cherry Street #86685
Seattle, WA 98104-2206
ram@lawram.com

Halsey G. Knapp, Jr.
Adam Martin Sparks
Grant Edward Schnell
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com
grant.schnell@hklaw.com

This 29th day of December, 2020.

>**Robbins Ross Alloy Belinfante Littlefield LLC**
>
>Vincent R. Russo
>Georgia Bar No.: 242628
>vrusso@robbinsfirm.com
>Joshua B. Belinfante
>Georgia Bar No.: 047399
>jbelinfante@robbinsfirm.com
>Alexander F. Denton
>Georgia Bar No.: 660632
>adenton@robbinsfirm.com
>Carey Miller
>Georgia Bar No.:  976240
>cmiller@robbinsfirm.com
>500 14th Street, N.W.
>Atlanta, GA 30318
>Telephone: (678) 701-9381
>Facsimile:  (404) 856-3250
>
>**TAYLOR ENGLISH DUMA LLP**
>
>*/s/R. Dal Burton*
>Bryan P. Tyson
>GA Bar No. 515411
>btyson@taylorenglish.com
>Jonathan D. Crumly
>Georgia Bar No. 199466
>jcrumly@taylorenglish.com
>R. Dal Burton
>Georgia Bar No. 097890
>dburton@taylorenglish.com

Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ R. Dal Burton*
R. Dal Burton