IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13730-RR

_____

DONNA CURLING, an individual,
COALITION FOR GOOD GOVERNANCE,
DONNA PRICE,
JEFFREY SCHOENBERG,
LAURA DIGGES, et al.,

                    Plaintiffs - Appellees,

versus

SECRETARY OF STATE FOR THE STATE OF GEORGIA,
GEORGIA STATE ELECTION BOARD,
DAVID J. WORLEY,
REBECCA N. SULLIVAN,
STATE ELECTION BOARD,
AHN LE,
MATTHEW MASHBURN,

                    Defendants - Appellants.

_____

No. 20-14067-RR

_____

DONNA CURLING,
an individual,
COALITION FOR GOOD GOVERNANCE,
a non-profit corporation organized and existing
under Colorado Law,
DONNA PRICE,
an Individual,
JEFFREY SCHOENBERG,
an Individual,
LAURA DIGGES,
an Individual, et al.,

                    Plaintiffs - Appellees,

versus

DAVID J. WORLEY,
REBECCA N. SULLIVAN,
BRAD RAFFENSPERGER,
in his individual capacity and his official capacity
as Secretary of State of Georgia and Chair of the
State Election Board,
ANH LE,
MATTHEW MASHBURN,

                                          Defendants - Appellants.

_____

On Appeal from the United States
District Court for the Northern District of Georgia

_____

ORDER:

Appellants' "Motion to Consolidate Appeals" is GRANTED.

The consolidated initial brief is due within 21 days after a disposition on the pending Jurisdictional Question in appeal no. 20-14067.


                                          /s/ Kevin C. Newsom
                                          UNITED STATES CIRCUIT JUDGE