UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 1:17-cv-02989-AT |
| BRAD RAFFENSPERGER, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter coming before the Court on Coalition Plaintiffs' Motions for Leave to Withdraw Appearances [Docs. 984, 1017] *pro hac vice* of Ezra David Rosenberg, John Michael Powers, Jacob Paul Conarck, and John Brody. The Court being advised accordingly, it is hereby ordered that the Motions are **GRANTED nunc pro tunc**.

**IT IS SO ORDERED** this 8th day of January, 2021.

_____
U.S. District Court Judge Amy Totenberg