IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCE OF JOHN P. CARLIN**

This matter coming before the Court on Curling Plaintiffs' Motion for Leave to Withdraw Appearance *pro hac vice* of John P. Carlin. The Court being advised accordingly, it is hereby ordered that the Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of January, 2021.

_____
U.S. District Court Judge Amy Totenberg

1