# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CURLING, et al. | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : FILE NO. 1:17-CV-2989-AT |
| RAFFENSPERGER, et al | : |
| | : |
| Defendants | : |

## CERTIFICATE OF SERVICE

The undersigned certifies that **Non-Party Angela White-Davis' Objections and Responses to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action from Plaintiffs Coalition for Good Governance** was served on this date by delivering a copy of same in .pdf format via electronic mail to the following counsel of record:

*Counsel for Plaintiff Coalition for Good Governance*
    Cary Ichter
    cichter@ichterdavis.com

*Counsel for the State Defendants*
    Bryan Tyson
    btyson@taylorenglish.com

This is to further certify that the foregoing document was prepared using 14 point Times New Roman Font.

1

Respectfully submitted this 12th day of January, 2021.

                                              **JARRARD & DAVIS, LLP**

                                              */s/ Megan Martin*
                                              Megan Martin
                                              Georgia Bar No. 140851
                                              Kenneth P. Robin
                                              Georgia Bar No. 609798
                                              Karen P. Pachuta
                                              Georgia Bar No. 142272

222 Webb Street
Cumming, Georgia 30040
(678) 455-7150 – telephone
(678) 455-7149 – facsimile
mmartin@jarrard-davis.com
krobin@jarrard-davis.com
kpachuta@jarrard-davis.com

                                            Attorneys for Non-Party/Respondent Angela White-Davis, in her official capacity as Director of Newton County Elections and Registration Department