**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**DONNA CURLING, ET AL.,
Plaintiffs,**

**v.**

**BRAD RAFFENSPERGER, ET AL.,
Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, I hereby certify that the following discovery responses were served on all counsel of record by electronic delivery of PDF versions on January 14, 2021:

1.  **Curling Plaintiffs' Responses to Defendant Brad Raffensperger's First Requests for Admission; and**

2.  **Curling Plaintiffs' Responses to Defendant David J. Worley's First Interrogatories.**

I further certify that a copy of the foregoing Rule 5.4 Certificate of Service of Discovery was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

Dated:  January 14, 2021

Respectfully submitted,

 */s/ David D. Cross*
David D. Cross (*pro hac vice*)
Veronica Ascarrunz (*pro hac vice*)
Eileen Brogan (*pro hac vice*)
Lyle P. Hedgecock (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
DCross@mofo.com
VAscarrunz@mofo.com
EBrogan@mofo.com
LHedgecock@mofo.com
MKaiser@mofo.com
RManoso@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling,*
*Donna Price & Jeffrey Schoenberg*