# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 01/19/2021.

TIME COURT COMMENCED: 3:30 P.M.
TIME COURT CONCLUDED: 4:00 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger<br>Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Lyle Hedgecock representing Donna Curling<br>Bryan Jacoutot representing State of Election Board<br>Mary Kaiser representing Donna Curling<br>Halsey Knapp representing Donna Curling<br>Robert McGuire representing Coalition for Good Governance<br>Carey Miller representing The State Election Board<br>Cheryl Ringer representing The Fulton County Board of Registration and Elections<br>Vincent Russo representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| PLEADINGS FILED IN COURT: | As a preliminary matter to entering an amended scheduling order for completion of discovery and setting a date for a trial on the merits of Plaintiffs claims, the Court discussed the posture of the case in light of recent election cases on standing. Each party is permitted to file a statement with the Court addressing their position on whether the Court should certify its July 30, 2020 Order on the Motion to Dismiss (Doc. 751) for interlocutory appeal to the Eleventh Circuit to allow the issue of standing to be addressed in the pending consolidated appeals of the Courts preliminary injunction orders. The statements shall be filed on the docket by Thursday, January 21, 2020 and shall not exceed 10 pages. |
| HEARING STATUS: | Hearing Concluded |