# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that following discovery was served on counsel by email on January 27, 2021:

1. Responses of Coalition for Good Governance, Megan Missett, Ricardo Davis, Laura Digges, and William Digges III to Brad Raffensperger's First Requests for Admission;

2. Responses of Coalition for Good Governance, Megan Missett, Ricardo Davis, Laura Digges, and William Digges III to Rebecca N. Sullivan's First Interrogatories;

3. Responses of Coalition for Good Governance to David J. Worley's First Interrogatories; and,

4. Responses of Megan Missett, Ricardo Davis, Laura Digges, and William Digges III to David J. Worley's First Interrogatories.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the PACER-ECF system.

This 27th day of January, 2021.

> */s/ Bruce P. Brown*
> Bruce P. Brown
> BRUCE P. BROWN LAW LLC
> 1123 Zonolite Rd. NE, Suite 6
> Atlanta, Georgia 30306
> (404) 881-0700
> *Counsel for Plaintiff Coalition for Good Governance*