# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 02/02/2021.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 12:15 P.M.        COURT REPORTER: Shannon Welch
TIME IN COURT: 1:15                     DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | |
| MINUTE TEXT: | VTC Hearing. Each party shall submit a brief no later than February 12, 2021 not to exceed 15 pages that addresses the standing issue raised by the Court. Each party may submit a response no later than February 17, 2021 not to exceed 5 pages. |
| HEARING STATUS: | Hearing Concluded |