

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700 | Fax: 404-888-9577
www.krevolinhorst.com

**HALSEY G. KNAPP JR.**
Tel: 404-888-9611
Email: hknapp@khlawfirm.com

February 11, 2021

**Via CM/ECF Filing**

James N. Hatten, Clerk of Court
United States District Court
Northern District Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

      RE:    *Curling v. Raffensperger, et al..; Case No. 1:17-cv-02989-AT*

Dear Mr. Hatten:

Pursuant to Northern District Local Rule 83.1(E)(3) regarding leaves of absence of not greater than (20) consecutive days, please accept this letter requesting that no hearing or trials be calendared during the time period of:

**May 10-17, 2021 (Tending to my spouse after hip replacement surgery)**
**June 17-26, 2021 (Family vacation)**
**August 30-September 14, 2021 (Family vacation out of state)**

Applicant will be away from the practice of law for the reasons noted above. Applicant currently has no hearings or trials scheduled for the above case matter during the requested leave periods.

                        Sincerely,

                        **KREVOLIN & HORST, LLC**

                        /s/ Halsey G. Knapp, Jr.
                        Halsey G. Knapp, Jr.
                        GA Bar No.: 425360

HGK:cng
cc: All Counsel of Record (via CMF/ECF)

KH634240.DOCX