IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**DECLARATION OF DONNA A. CURLING IN SUPPORT OF BRIEF REGARDING STANDING**

I, DONNA A. CURLING, declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. My name is Donna A. Curling. I am an elector of the State of Georgia and a resident of Fulton County. I have personal knowledge of the facts in this declaration and, if called to testify as a witness, I would testify under oath to these facts.

2. I hereby incorporate my previous declarations as filed in this case as if fully restated verbatim herein.

3. I am currently registered to vote in Roswell, Georgia in Fulton County. I have voted in almost all Georgia elections for the last 33 years, and intend to vote in all future elections for which I am eligible.

4. As the legislative liaison for Georgians for Verified Voting ("GAVV"), I am active in voter protection activities and have become familiar with Georgia's current and past election systems, including the election system currently being implemented by Dominion Voting Systems, Inc. ("Dominion") and selected by the Georgia Secretary of State's office (the "Election System").

5. For the 2020 elections I voted in and for all future elections that use the Election System, I was forced to—and will continue to be forced to—choose between two options: I can either vote on a system that I do not believe will count my vote equally and fully with a ballot that I cannot review and verify and which leaves no software-independent paper trail of my vote, or I am forced to jump through additional bureaucratic hoops to vote using an absentee paper ballot, including requesting an absentee ballot by mail and risking disenfranchisement. I have described the onerous burdens and risks of voting using a paper absentee ballot by mail in my previous declarations. I have also described a situation where my attempt to vote absentee actually resulted in my vote not being counted at all, a fact I did not learn until filings in this case were made by the Defendants.

6. In addition, for the Presidential Primary Election in June 2020, I was very nearly forced to forgo my vote altogether or risk my personal health to vote on a BMD-marked ballot that I could not verify. I printed an application for an absentee ballot in early April. As a sophisticated voter, it was unnecessarily difficult to find the mailing address to submit my application. As soon as I learned of the mailing address, I sent my application the next day, on April 28, 2020. I checked my voter page nearly every day and my application was not reflected as received. After five weeks, my application was finally reflected as received and process on June 1, 2020. I did not receive my ballot until Monday, June 8, 2020, just one day before Election Day. I submitted by ballot the same day to a drop box. If I had not received my ballot on time, I would have been forced to forgo my vote or submit to voting in person using a BMD-marked ballot that I could not verify and that no one else could verify, such as by an audit of the election outcome. Widespread news reports of this election in Fulton County reflected that poll workers were unable to handle the new equipment and voting machines, voters were left to wait for hours in the sun and rain, and large numbers of voters reportedly were left disenfranchised. See for example, the article, Ben Brasch, *New Machines, Same Pain for Fulton County Voters*, The Atlanta Journal-Constitution (June 9, 2020), available at https://www.ajc.com/news/local-govt--

politics/new-machines-same-pain-for-fulton-county-voters/qAalOXpyIypVztR8RBEOwI/, which quotes Secretary of State Brad Raffensperger as calling the problems in Fulton and DeKalb counties "unacceptable."

7. Given my personal voting experiences and what I have learned in my work with GAVV and this lawsuit, I intend to attempt (again) to vote absentee using a paper ballot in future elections. Until Georgia replaces the unverifiable voting machines used in the Election System, I will not cast my vote on those machines, as I have no confidence that they will accurately record, transmit, and count my vote. Unfortunately, this means that the current BMD system forces me to vote by absentee ballot, which again presents many burdens and challenges, including the possibility of disenfranchisement and the inability to verify that my vote counted (as I learned through this litigation for a prior election in which I cast a vote by absentee ballot).

8. Were the Court to order that Georgia cannot implement and use the Election System, but must instead use hand-marked paper ballots, which I as a voter can review to verify that my votes are cast as I intend, I would perceive substantially less risk in casting my ballot in-person. I then would be able to exercise my right to vote in person at my polling site on Election Day, which is an important privilege

and experience to me as a voter. The current Election System deprives me of that right.

I declare under penalty of the perjury laws of the State of Georgia and the United States that the foregoing is true and correct and that this declaration was executed this 12th day of February, 2021 in Roswell, Georgia.

_____
DONNA A. CURLING