# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** **Plaintiffs,** v. **BRAD RAFFENSPERGER, ET AL.,** **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## [PROPOSED] ORDER GRANTING CURLING PLAINTIFFS' MOTION TO SEAL

This matter coming before the Court on Curling Plaintiffs' Motion to Seal. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that the Curling Plaintiffs' Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of February, 2021.

_____
U.S. District Court Judge Amy Totenberg

1