IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>　　Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>　　Defendants. | Civil Action No. 1:17-CV-2989-AT |

**PLAINTIFFS' CONSENT MOTION TO AMEND ORDER DIRECTING TRANSFER OF ELECTRONIC EQUIPMENT**

Curling Plaintiffs and Coalition Plaintiffs, with express consent of the State Defendants and without noted objection of the Fulton County Defendants, respectfully request that the Court amend its Order of September 2, 2020 (Dkt. No. 858) (the "Order") to permit Plaintiffs to record video (without sound) of their inspection continuously, but without an independent court videographer, and in support thereof, state as follows:

1. Pursuant to this Court's Order, on September 4, 2020, the Fulton County Defendants provided Plaintiffs with those certain items needed for testing as described in the Georgia Secretary of State's Logic and Accuracy Procedures and as named in the Order.

1

2. Plaintiffs complied with the Order's direction to arrange for all testing to be video (without sound) recorded continuously by an independent court videographer, at Plaintiffs' expense, and to make the entire video available to Defendants no later than 9:00 a.m. on September 10, 2020, before the commencement of the scheduled preliminary injunction hearing.

3. To date, Curling Plaintiffs have incurred over $30,000 in independent court videographer expenses connected to their inspection.

Wherefore, Plaintiffs, with State Defendants' express consent,[1] respectfully request that the Court revise the Order by adding the following paragraph between subsections 3 and 4 of the Order:

> 3.1. As of March 17, 2021, Plaintiffs shall arrange for all testing to be video (without sound) recorded continuously with a continuous display to include the date, hour, minute, and second of recording by Plaintiffs' counsel or those directly under Plaintiffs' counsel's supervision at the office of Krevolin & Horst, LLC.

---

[1] Curling Plaintiffs asked for consent from Defendants to the relief requested in this Consent Motion on March 8, 2021 and circulated a draft Consent Motion on March 11, which State Defendants approved after minor revisions. To date, Fulton County Defendants have not objected or otherwise responded to the request.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Consent Motion and issue an order as requested herein. A proposed order is attached for the Court's convenience.

Respectfully submitted, this 17th day of March 2021.

| **David D. Cross** | **Adam M. Sparks** |
|---|---|
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Veronica Ascarrunz (*pro hac vice*) | GA Bar No. 425320 |
| Eileen Brogan (*pro hac vice*) | Adam M. Sparks |
| Lyle P. Hedgecock (*pro hac vice*) | GA Bar No. 341578 |
| Mary G. Kaiser (*pro hac vice*) | KREVOLIN & HORST, LLC |
| Robert W. Manoso (*pro hac vice*) | 1201 West Peachtree Street, NW |
| MORRISON & FOERSTER LLP | Suite 3250 |
| 2100 L Street, NW, Suite 900 | Atlanta, GA 30309 |
| Washington, DC 20037 | Tel: (404) 888-9700 |
| (202) 887-1500 | Fax: (404) 888-9577 |
| Telephone: (202) 887-1500 | HKnapp@khlawfirm.com |
| Facsimile: (202) 887-0763 | Sparks@khlawfirm.com |
| DCross@mofo.com | |
| VAscarrunz@mofo.com | |
| EBrogan@mofo.com | |
| LHedgecock@mofo.com | |
| MKaiser@mofo.com | |
| RManoso@mofo.com | |

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

**Bruce P. Brown**

Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Counsel for Coalition for Good Governance*

**Cary Ichter**

Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,
Ricardo Davis & Megan Missett*

Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante
Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

**Bryan P. Tyson**
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

**Adam M. Sparks**
Adam M. Sparks

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, a copy of the foregoing **PLAINTIFFS' CONSENT MOTION TO AMEND ORDER DIRECTING TRANSFER OF ELECTRONIC EQUIPMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

**Adam M. Sparks**
Adam M. Sparks