IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br>     Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br>     Defendants. | Civil Action No. 1:17-CV-2989-AT |

## ORDER AMENDING ORDER DIRECTING TRANSFER OF ELECTRONIC EQUIPMENT

This matter is before the Court on Plaintiffs' Consent Motion to Amend Order Directing Transfer of Electronic Equipment. Having considered the Consent Motion, and finding good cause, the Court hereby GRANTS the Consent Motion and AMENDS its prior Order of September 2, 2020 (Dkt. No. 858) by adding the following paragraph between subsections 3 and 4 of the Order:

> 3.1. As of March 15, 2021, Plaintiffs shall arrange for all testing to be video (without sound) recorded continuously with a continuous display to include the date, hour, minute, and second of recording by Plaintiffs' counsel or those directly under counsel's supervision at the office of Krevolin & Horst, LLC.

All other terms of the Order shall remain in effect.

**SO ORDERED** this \_\_\_\_\_ day of March, 2021.

_____
The Honorable Amy Totenberg
Judge, United States District Court