IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>　　Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>　　Defendants. | Civil Action No. 1:17-CV-2989-AT |

## ORDER AMENDING ORDER DIRECTING TRANSFER OF ELECTRONIC EQUIPMENT

This matter is before the Court on Plaintiffs' Consent Motion to Amend Order Directing Transfer of Electronic Equipment [Doc. 1079]. Having considered the Consent Motion, and finding good cause, the Court hereby **GRANTS** the Consent Motion and **AMENDS** its prior Order of September 2, 2020 (Doc. 858) by adding the following paragraph between subsections 3 and 4 of the Order:

> 3.1. As of March 15, 2021, Plaintiffs shall arrange for all testing to be video (without sound) recorded continuously with a continuous display to include the date, hour, minute, and second of recording by Plaintiffs' counsel or those directly under counsel's supervision at the office of Krevolin & Horst, LLC.

All other terms of the Order shall remain in effect.

**SO ORDERED** this 26th day of March, 2021.

_____
The Honorable Amy Totenberg
Judge, United States District Court