IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* *Plaintiffs,* v. BRAD RAFFENSPERGER, *et al.*, *Defendants.* | CIVIL ACTION FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' NOTICE OF ORDER DENYING COALITION PLAINTIFFS' APPELLATE MOTION TO LIFT STAY AND ORDER ON THE JURISDICTIONAL QUESTION**

Coalition Plaintiffs' filed a Notice of Appellate Motion to Lift Stay, [Doc. 1078], on March 15, 2021, informing the Court that Coalition Plaintiffs had moved the Eleventh Circuit Court of Appeals to lift its stay of this Court's Order relating to paper pollbook backups, [Docs. 918, 965, 966]. The purpose of this filing is to give the Court notice that the Eleventh Circuit Court of Appeals has denied Coalition Plaintiffs' Motion to Lift Stay, a copy of which is attached hereto as Exhibit A.

Additionally, on March 29, 2021, the Eleventh Circuit Court of Appeals notified the parties that the issue raised by the jurisdictional question in appeal no. 20-14067, about which this Court previously inquired, is carried

with the case. A copy of the decision is attached hereto as Exhibit B. The due date for appellants' brief is April 19, 2021.

Respectfully submitted this 1st day of April, 2021.

/s/ Vincent Russo
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
R. Dal Burton

Georgia Bar No. 097890
dburton@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## L.R. 7.1(D) CERTIFICATION

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 13-pt Century Schoolbook font.

<u>/s/ Vincent Russo</u>
Vincent R. Russo