# EXHIBIT B

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13730-RR

_____

DONNA CURLING, an individual,
COALITION FOR GOOD GOVERNANCE,
DONNA PRICE,
JEFFREY SCHOENBERG,
LAURA DIGGS, et al.,

                                                        Plaintiffs - Appellees,

versus

SECRETARY OF STATE FOR THE STATE OF GEORGIA,
GEORGIA STATE ELECTION BOARD,
DAVID J. WORLEY,
REBECCA N. SULLIVAN,
STATE ELECTION BOARD
ANH LE,
MATTHEW MASHBURN,

                                                        Defendants - Appellants

_____

No. 20-14067-RR

_____

DONNA CURLING,
an individual,
COALITION FOR GOOD GOVERNANCE,
a non-profit corporation organized and existing
under Colorado Law,
DONNA PRICE,
an Individual,
JEFFREY SCHOENBERG,
an Individual,
LAURA DIGGES,
an Individual, et al.,

                                                        Plaintiffs - Appellees,

versus

DAVID J. WORLEY,
REBECCA N. SULLIVAN,
BRAD RAFFENSPERGER,
in his individual capacity and his official capacity
as Secretary of State of Georgia and Chair of the
State Election Board,
ANH LE,
MATTHEW MASHBURN,

Defendants - Appellants.

---

Appeal from the United States District Court for the
Northern District of Georgia

---

Before: MARTIN, BRANCH and GRANT Circuit Judges.

BY THE COURT:

The issue raised by the jurisdictional question in appeal no. 20-14067 is CARRIED WITH THE CASE. A final determination regarding jurisdiction will be made by the panel to whom this appeal is submitted after briefing on the merits. The parties may further address the jurisdictional issue in their briefs as they deem necessary or appropriate.