# ICHTER DAVIS LLC

Cary Ichter, Partner
cichter@ichterdavis.com
404.869.5243 direct
404.769.1353 cell

April 27, 2021

<u>VIA CM/ECF FILING</u>
The Honorable Amy Totenberg
Attn:  Harry Martin
Courtroom Deputy Clerk
United States District Court for the Northern District of Georgia
2388 United States Courthouse
Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

  Re: *Donna Curling, et al. v. Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, et al.*
    United States District Court
    Northern District of Georgia, Atlanta Division
    Civil Action File No. 1:17-cv-2989-AT

Dear Mr. Martin:

  I am presently appearing in the above mater as counsel for Plaintiffs William Digges, III, Laura Digges, Ricardo Davis, and Megan Missett, and I am co-counsel for Coalition for Good Governance.

  Pursuant to Local Rule 83.1 (E)(4) NDGa and the Court's Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II(c)(iii), I write to advise that I will be absent from work and unavailable during the following period, which is less than twenty-one days:

**July 16, 2021 and July 19 – 23, 2021**

Mr. Harry Martin
April 27, 2021
Page 2

      I respectfully request that this case not be calendared during these dates.

      Please contact me with any questions you may have.

                    Very truly yours,

                    /s/ Cary Ichter
                    CARY ICTER
                    GA Bar No. 382515

ICHTER DAVIS, LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, GA 30326
Telephone: 404.869.7600
Fax: 404.869-7610
cicther@ichterdavis.com

cc (by service): Counsel of record (via CM/ECF only)