IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

### CURLING PLAINTIFFS' REQUEST TO SUBMIT RELATED EXHIBIT

Curling Plaintiffs respectfully request permission to submit the attached correspondence for the Court to consider in resolving the parties' May 27, 2021 Joint Discovery Statement. (Dkt. 1094.)

Dated: May 27, 2021              Respectfully submitted,

                                  /s/ David D. Cross
                                 David D. Cross (*pro hac vice*)
                                 Veronica Ascarrunz (*pro hac vice*)
                                 Eileen Brogan (*pro hac vice*)
                                 Lyle P. Hedgecock (*pro hac vice*)
                                 Mary G. Kaiser (*pro hac vice*)
                                 Robert W. Manoso (*pro hac vice*)
                                 MORRISON & FOERSTER LLP
                                 2100 L Street, NW
                                 Washington, DC 20036
                                 Telephone: (202) 887-1500
                                 DCross@mofo.com
                                 VAscarrunz@mofo.com
                                 EBrogan@mofo.com

1

LHedgecock@mofo.com
MKaiser@mofo.com
RManoso@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                           */s/ David D. Cross*
                                                          David D. Cross

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, a copy of the foregoing **CURLING PLAINTIFFS' REQUEST TO SUBMIT RELATED EXHIBIT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ David D. Cross
David D. Cross

4