# EXHIBIT 1

**From:** Bryan Tyson <btyson@taylorenglish.com>
**Sent:** Tuesday, October 13, 2020 7:01 PM
**To:** Cross, David D. <DCross@mofo.com>; Rashmi Ahuja <rahuja@taylorenglish.com>; cichter@ichterdavis.com; bbrown@brucepbrownlaw.com; Carlin, John P. <JCarlin@mofo.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Kaiser, Mary <MKaiser@mofo.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Brogan, Eileen M. <EBrogan@mofo.com>; jpowers@lawyerscommittee.org; dbrody@lawyerscommittee.org; erosenberg@lawyerscommittee.org; kaye.burwell@fultoncountyga.gov; david.lowman@fultoncountyga.gov; cheryl.ringer@fultoncountyga.gov; ram@lawram.com; hknapp@khlawfirm.com; sparks@khlawfirm.com; grant.schnell@hklaw.com
**Cc:** Jonathan Crumly <jcrumly@taylorenglish.com>; Diane LaRoss <dlaross@taylorenglish.com>; James Balli <jballi@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Drina Miller <dmiller@taylorenglish.com>; Vincent Russo <vrusso@robbinsfirm.com>; jbelinfante@robbinsfirm.com; adenton@robbinsfirm.com; cmiller@robbinsfirm.com; Kim Bunch <Kim.Bunch@robbinsfirm.com>
**Subject:** RE: Curling, et al. v. Raffensperger, et al. - State Defendants' Objections and Responses to Plaintiffs' Fourth Joint RPDs and Inspection of Things to State Defendants

**External Email**

David,

We are not producing the databases requested in 19(a) and 23(a) due to the temporal objections that we are currently running the November election. After that election is over, we expect to be able to produce those databases pursuant to the protective order.

For the remaining requests, we will stand on our temporal objections during the election and our other objections after the election and will withhold all documents.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website  |  vCard  |  LinkedIn  |  Twitter

Georgia Legal Awards Litigation Department of the Year

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Cross, David D. <DCross@mofo.com>
**Sent:** Tuesday, October 13, 2020 3:41 PM
**To:** Rashmi Ahuja <rahuja@taylorenglish.com>; cichter@ichterdavis.com; bbrown@brucepbrownlaw.com; Carlin, John

1

P. <JCarlin@mofo.com>; Hedgecock, Lyle F. <LHedgecock@mofo.com>; Kaiser, Mary <MKaiser@mofo.com>; Ascarrunz, Veronica <VAscarrunz@mofo.com>; Brogan, Eileen M. <EBrogan@mofo.com>; jpowers@lawyerscommittee.org; dbrody@lawyerscommittee.org; erosenberg@lawyerscommittee.org; kaye.burwell@fultoncountyga.gov; david.lowman@fultoncountyga.gov; cheryl.ringer@fultoncountyga.gov; ram@lawram.com; hknapp@khlawfirm.com; sparks@khlawfirm.com; grant.schnell@hklaw.com
**Cc:** Bryan Tyson <btyson@taylorenglish.com>; Jonathan Crumly <jcrumly@taylorenglish.com>; Diane LaRoss <dlaross@taylorenglish.com>; James Balli <jballi@taylorenglish.com>; Bryan Jacoutot <bjacoutot@taylorenglish.com>; Loree Anne Paradise <lparadise@taylorenglish.com>; Drina Miller <dmiller@taylorenglish.com>; Vincent Russo <vrusso@robbinsfirm.com>; jbelinfante@robbinsfirm.com; adenton@robbinsfirm.com; cmiller@robbinsfirm.com; Kim Bunch <Kim.Bunch@robbinsfirm.com>
**Subject:** RE: Curling, et al. v. Raffensperger, et al. - State Defendants' Objections and Responses to Plaintiffs' Fourth Joint RPDs and Inspection of Things to State Defendants

Vincent -

Do I read your responses correctly as indicating you're refusing to provide anything at all in response to every one of these requests? The repeated statement that you're with holding responsive materials based on your objections is unclear as to whether that means some materials or all materials requested. Please immediately clarify.

Thanks.
DC


**From:** Rashmi Ahuja <rahuja@taylorenglish.com>
**Date:** Tuesday, Oct 13, 2020, 3:36 PM
**To:** cichter@ichterdavis.com <cichter@ichterdavis.com>, bbrown@brucepbrownlaw.com <bbrown@brucepbrownlaw.com>, Cross, David D. <DCross@mofo.com>, Carlin, John P. <JCarlin@mofo.com>, Hedgecock, Lyle F. <LHedgecock@mofo.com>, Kaiser, Mary <MKaiser@mofo.com>, Ascarrunz, Veronica <VAscarrunz@mofo.com>, Brogan, Eileen M. <EBrogan@mofo.com>, jpowers@lawyerscommittee.org <jpowers@lawyerscommittee.org>, dbrody@lawyerscommittee.org <dbrody@lawyerscommittee.org>, erosenberg@lawyerscommittee.org <erosenberg@lawyerscommittee.org>, kaye.burwell@fultoncountyga.gov <kaye.burwell@fultoncountyga.gov>, david.lowman@fultoncountyga.gov <david.lowman@fultoncountyga.gov>, cheryl.ringer@fultoncountyga.gov <cheryl.ringer@fultoncountyga.gov>, ram@lawram.com <ram@lawram.com>, hknapp@khlawfirm.com <hknapp@khlawfirm.com>, sparks@khlawfirm.com <sparks@khlawfirm.com>, grant.schnell@hklaw.com <grant.schnell@hklaw.com>
**Cc:** Bryan Tyson <btyson@taylorenglish.com>, Jonathan Crumly <jcrumly@taylorenglish.com>, Diane LaRoss <dlaross@taylorenglish.com>, James Balli <jballi@taylorenglish.com>, Bryan Jacoutot <bjacoutot@taylorenglish.com>, Loree Anne Paradise <lparadise@taylorenglish.com>, Drina Miller <dmiller@taylorenglish.com>, Vincent Russo <vrusso@robbinsfirm.com>, jbelinfante@robbinsfirm.com <jbelinfante@robbinsfirm.com>, adenton@robbinsfirm.com <adenton@robbinsfirm.com>, cmiller@robbinsfirm.com <cmiller@robbinsfirm.com>, Kim Bunch <Kim.Bunch@robbinsfirm.com>
**Subject:** Curling, et al. v. Raffensperger, et al. - State Defendants' Objections and Responses to Plaintiffs' Fourth Joint RPDs and Inspection of Things to State Defendants


**External Email**


Dear Counsel:

Attached please find the following:

- State Defendants' Objections and Responses to Plaintiffs' Fourth Joint Request for Production of Documents and Inspection of Things to State Defendants

Sincerely,
Rashmi



**Rashmi Ahuja** | Paralegal
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 404.640.5944 | rahuja@taylorenglish.com
Website

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.