# Exhibit E



May 6, 2021

# Customer Notification: Maintaining Secure Chain of Custody for Your Dominion Voting System

Dominion has been alerted that customers are being approached with offers or requests to conduct a "forensic audit" of their voting equipment. It is critically important that only authorized, legal users be granted access to voting equipment in order to maintain secure chain of custody for your system. Please use this guidance to help you maintain the security and integrity of your voting system.

- Your Dominion voting system is installed in full compliance with federal and/or state certification requirements, with associated test reports from a federally accredited Voting System Test Lab ("VSTL"). In addition to undergoing U.S. Election Assistance Commission (EAC) certification, VSTL testing, state certification (as applicable by law), installation of the "trusted build" of approved software with hash calculations for security checks, the system is placed into a jurisdiction's custody where it must be protected/physically secured. If chain of custody is breached and the certification status of your equipment cannot be guaranteed, it may be rendered unqualified for official use.

- Your Dominion software-licensing agreement also provides important written guidance on permissions for who can legally access the system with the company's consent. Any unauthorized transfer of voting equipment to unaccredited, non-certified vendors can void this agreement and create financial impacts for your jurisdiction. While Dominion does not object to audits by federally accredited Voting System Test Labs ("VSTLs"), the agreement does not allow for the release of voting systems to unaccredited, non-certified third parties without prior written consent.[1]

- Should you feel the need to conduct further examination of your voting equipment for any reason, please feel free to consult with your legal advisors and Dominion about the appropriate options that are available. Your Secretary of State or State Elections Board can advise you on legal guidelines for the proper testing, use, and auditing of voting systems and elections processes. You can also find online guidance on post-election audits from the U.S. Election Assistance Commission (EAC).

- Remember, your voting system is deemed critical infrastructure by the U.S. government and should be utilized, maintained, and protected as such. Chain of custody breaches may require a separate forensic audit and software reinstallation by an accredited lab with experts trained to work with voting system technology according to industry best practices for auditing and security.

---

**CONTACT US:** If you have recently been approached by individuals offering their services for a "forensic audit" of your voting system, or if you have accepted a "forensic audit" of your voting system by a third party and have chain of custody concerns, please report this activity to: security@dominionvoting.com.

**GET THE FACTS:** Thousands of fair and impartial recounts and audits conducted since the November 2020 election have confirmed the accuracy and reliability of Dominion voting systems. Paper ballot records also provide a failsafe for checking accuracy of machine vote totals.

**MORE:** www.dominionvoting.com. **THANK YOU** for your support!

---

[1] Some state election auditing programs also have similar restrictions for maintaining chain of custody protections.