# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 6/2/2021.

TIME COURT COMMENCED: 02:30 P.M.
TIME COURT CONCLUDED: 04:10 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 1:40                        DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger<br>Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Bryan Jacoutot representing Brad Raffensperger<br>Carey Miller representing Brad Raffensperger<br>Vincent Russo representing Brad Raffensperger<br>Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | VTC Hearing on discovery issues. See Transcript. |
| HEARING STATUS: | Hearing Concluded |