IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**PROPOSED ORDER GRANTING**
**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter is before the Court on the Plaintiffs' Unopposed Motion for Extension of Time. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that the Plaintiffs' Motion is **GRANTED**. The Plaintiffs shall file their supplemental brief on Wednesday, June 9, 2021 at 3:00 p.m. E.T.

**IT IS SO ORDERED** this ___ day of _____, 2021.

_____
U.S. District Court Judge Amy Totenberg