IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' MOTION FOR EXTENSION OF TIME**

This Court requested the parties file today any necessary supplemental briefing regarding the parties' discovery conference with the Court. *See* [Doc. 1099, Tr. at 59:10–21]. Today, the Plaintiffs jointly requested and received an extension of time to 3:00 PM on Wednesday, June 9, 2021, to file their supplemental briefing. [Docs. 1100 and 1101].

In the interests of fairness and efficiency, State Defendants request a concomitant extension of time for the same period. As the Plaintiffs' explained, this "Court noted significant issues" with the requests, [Doc. 1100], and State Defendants wish to avoid a scenario in which the Plaintiffs are essentially afforded an opportunity for responsive briefing to which the State Defendants will be unable to reply.

A proposed order granting this extension is attached.

Respectfully submitted this 7th day of June 2021.

<u>*/s/Carey A. Miller*</u>
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander F. Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
R. Dal Burton
Georgia Bar No. 097890
dburton@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com

Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Motion for Extension of Time has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Response has been prepared using 13-pt Century Schoolbook font.

                    */s/ Carey A. Miller*
                    Carey A. Miller