IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>BRAD RAFFENSPERGER, )<br>et al., )<br><br>Defendants. ) | CIVIL ACTION FILE<br><br>NO. 1:17-cv-2989-AT |

**[PROPOSED]**
**ORDER ON STATE DEFENDANTS'**
**MOTION FOR EXTENSION OF TIME**

On June 7, 2021, this Court granted Plaintiffs' joint motion for an extension of time to file supplemental briefing regarding the recent discovery conference with the parties and the Court. [Doc. 1101]. This matter comes before the Court on State Defendants' motion for an equal extension of time. [Doc. 1102]. In the interests of fairness and efficiency, and finding good cause shown, the Court GRANTS State Defendants' motion. State Defendants shall file their supplemental brief on Wednesday June 9, 2021 at 3:00 p.m. ET.

SO ORDERED, THIS 7th day of June, 2021.

_____
U.S. District Judge Amy Totenberg