**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>   **v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that the following discovery request was served on counsel of record by electronic delivery of a PDF version;

- **Notice of Intent to Serve Subpoena of Fortalice Solutions, LLC.**

I further certify that a copy of this Rule 5.4 Certificate of Service of Discovery was electronically filed with the clerk of court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

KH655481.DOCX 2

Respectfully submitted this 8th day of June, 2021.


**David D. Cross**
David D. Cross (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Veronica S. Ascarrunz (*pro hac vice*)
Eileen M. Brogan (*pro hac vice*)
Lyle F. Hedgecock (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 20037
(202) 887-1500

**Halsey G. Knapp, Jr.**
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
(404) 888-9700

*Counsel for Plaintiffs Donna Curling, Donna Price, & Jeffrey Schoenberg*

2

KH655481.DOCX 2