## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs*,

    v.

BRAD RAFFENSPERGER, *et al,*

    *Defendants*.

CIVIL ACTION

FILE NO. 1:17-CV-2989-AT

## STATE DEFENDANTS' MOTION FOR LEAVE
## TO FILE EXHIBIT D TO SUPPLEMENTAL BRIEF UNDER SEAL

State Defendants seek leave to file Exhibit D to their Supplemental Brief under seal. State Defendants are not in a position of knowledge to explain why that Exhibit—emails between counsel and the Court dated December 23–24, 2020—should be sealed. Because Curling Plaintiffs requested it "be sealed and restricted to only essential outside litigation counsel," State Defendants are honoring that request.

State Defendants attach a proposed order sealing that exhibit herewith.

Respectfully submitted this 9th day of June 2021.

> */s/ Carey Miller*
> Vincent R. Russo
> Georgia Bar No. 242628
> vrusso@robbinsfirm.com
> Josh Belinfante
> Georgia Bar No. 047399
> jbelinfante@robbinsfirm.com
> Carey A. Miller
> Georgia Bar No. 976240
> cmiller@robbinsfirm.com
> Alexander Denton
> Georgia Bar No. 660632
> adenton@robbinsfirm.com
> Robbins Ross Alloy Belinfante Littlefield LLC
> 500 14th Street, N.W.
> Atlanta, Georgia 30318
> Telephone: (678) 701-9381
> Facsimile:  (404) 856-3255
>
> Bryan P. Tyson
> Georgia Bar No. 515411
> btyson@taylorenglish.com
> Jonathan D. Crumly
> Georgia Bar No. 199466
> jcrumly@taylorenglish.com
> James A. Balli
> Georgia Bar No. 035828
> jballi@taylorenglish.com
> Diane F. LaRoss
> Georgia Bar No. 430830
> dlaross@taylorenglish.com
> Bryan F. Jacoutot
> Georgia Bar No. 668272
> bjacoutot@taylorenglish.com
> Loree Anne Paradise
> Georgia Bar No. 382202

lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **STATE DEFENDANTS'**

**CONSOLIDATED MOTION FOR LEAVE TO FILE EXHIBIT D TO**

**SUPPLEMENTAL BRIEF** was prepared double-spaced in 13-point Century

Schoolbook pursuant to Local Rule 5.1(C).

> */s/ Carey A. Miller*
> Carey A. Miller
> Georgia Bar No. 976240