# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | |
| vs. ) | NO. 1:17-cv-2989-AT |
| ) | |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED]

## ORDER GRANTING STATE DEFENDANTS' MOTION FOR LEAVE TO FILE MATTERS UNDER SEAL

Finding good cause shown, Exhibit D to State Defendants' Supplemental Brief shall remain sealed from public view.

SO ORDERED this ____ day of June 2021.

_____
Hon. Amy Totenberg
United States District Judge