IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING CURLING PLAINTIFFS' MOTION TO SEAL THE DECLARATION OF J. ALEX HALDERMAN AND PORTIONS OF PLAINTIFFS' JOINT SUPPLEMENTAL BRIEF IN SUPPORT OF NARROW DISCOVERY REQUEST**

The Court has considered Curling Plaintiffs' Motion to seal the Declaration of J. Alex Halderman and portions of Plaintiff's Joint Supplemental Brief in Support of Narrow Discovery Request. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that the Curling Plaintiffs' Motion is **GRANTED**. The portions of the Plaintiffs' Supplemental Brief in Support of Narrow Discovery Request and Declaration of J. Alex Halderman provisionally filed under seal as Dkt. Nos. 1108 and 1108-1, respectively, shall remain sealed.

ny-2123878 v1

**IT IS SO ORDERED** this _____ day of June, 2021.

_____
The Hon. Amy Totenberg
Judge, United States District Court

ny-2123878 v1