# EXHIBIT C

# Report of the Resolutions Committee
## to the 2021 Georgia Republican Party Convention

Respectfully Submitted by the Resolutions Committee for consideration by the convention.

*For Liberty,*

*-Mike Crane, Chairman*

## RECOMMENDED TO THE STATE CONVENTION

1 - A RESOLUTION CALLING FOR STRONGER ENFORCEMENT OF IMMIGRATION LAWS

2 - A RESOLUTION URGING THE GEORGIA GENERAL ASSEMBLY TO RESCIND DELTA'S JET FUEL TAX CREDIT

3 - A RESOLUTION TO SAFEGUARD STUDENTS AND THEIR PRIVACY AND BIOLOGICAL RIGHTS IN GEORGIA PUBLIC SCHOOLS AND UNIVERSITIES

4 - A RESOLUTION OPPOSING SOCIAL EMOTIONAL LEARNING (SEL) PLATFORMS AND CRITICAL RACE THEORY AND THE 1619 PROJECT IN GEORGIA PUBLIC SCHOOLS AND UNIVERSITIES

5 - A RESOLUTION SUPPORTING "THE DEFEND THE GUARD ACT"

6 - A RESOLUTION TO STUDY REMOVING THE GAG RULE FROM GEORGIA REPUBLICAN PRIMARIES AND CALLING FOR GREATER GRASSROOTS INVOLVEMENT IN THE PRIMARY PROCESS

7 - A RESOLUTION CALLING FOR INCREASED ELECTION INTEGRITY IN GEORGIA

8 - A RESOLUTION TO CENSURE GEORGIA SECRETARY OF STATE BRAD RAFFENSPERGER

# 1 -A RESOLUTION CALLING FOR STRONGER ENFORCEMENT OF IMMIGRATION LAWS

**WHEREAS**, a fundamental characteristic of a nation is a defined and secure border. Our Southern border is currently in a state of chaos and our current Federal leaders are failing to fulfill their oaths by allowing lawlessness to exist on our Southern border, and an unstable border puts both citizens and immigrants in danger for their life and limb.

**NOW, THEREFORE, BE IT RESOLVED** that the Georgia Republican Party urges the General Assembly and Governor to take action to secure our economy and communities by;

1. Requiring that NO tax dollars should be provided for social or educational programs for illegal aliens. All existing laws providing for in-state tuition and nonemergency medical care shall be rescinded.
2. Protecting American workers by enforcing the existing requirement on employers, subject to the E-Verify system, to use it to screen new hires to prevent the hiring of illegal aliens and of anyone not legally authorized to work in the U.S.
3. Denying state funds to any public or private entity, including but not limited to sanctuary cities, that are not in compliance with immigration laws. Prosecute the responsible elected officials of Sanctuary Cities/Counties/States for obstruction of Immigration Laws.
4. Requiring state law enforcement officers to enforce our immigration laws and to expedite hearings and other actions necessary to support the deportation of convicted criminal illegal aliens and visa overstays.

## 2 - A RESOLUTION URGING THE GEORGIA GENERAL ASSEMBLY TO RESCIND DELTA'S JET FUEL TAX CREDIT

**WHEREA**S, it has been brought to the collective attention of the Georgia Republican Party that Delta airlines gave no objections to SB 202 before it was passed and in fact issued a statement of support on March 26, 2021:

- Then Delta CEO Ed Bastian, as too many Corporations and their executives are so quick to do, succumbed to political pressure from Stacey Abrams and the "woke mob" on March 31, 2021, and issued a scathing statement condemning SB 202 and regurgitated the false talking points of Democrats about SB 202 and,
- On the last day of the Georgia Legislative session, the Georgia House passed legislation that rescinded Delta's 35 million dollar per year jet fuel tax credit, but Lt. Governor Geoff Duncan refused to allow the Georgia Senate to vote on it; and

**NOW, THEREFORE, BE IT RESOLVED BY THE** Georgia Republican Party does hereby urge the Georgia General Assembly pass legislation rescinding Delta's fuel tax credit in their next legislative session.

"The legislation signed this week improved considerably during the legislative process, and expands weekend voting, codifies Sunday voting and protects a voter's ability to cast an absentee ballot without providing a reason. For the first time, drop boxes have also been authorized for all counties statewide and poll workers will be allowed to work across county lines." Delta News Hub 3/26/2021 10:30 am

**"The entire rationale for this bill was based on a lie: that there was widespread voter fraud in Georgia in the 2020 elections," wrote Bastian. "This is simply not true. Unfortunately, that excuse is being used in states across the nation that are attempting to pass similar legislation to restrict voting rights." Quoted in Forbes online 3/31/2021 11:32 am**

### 3 - A RESOLUTION TO SAFEGUARD STUDENTS AND THEIR PRIVACY AND BIOLOGICAL RIGHTS IN GEORGIA PUBLIC SCHOOLS AND UNIVERSITIES

**WHEREAS**, "privacy facilities" are spaces in which students and/or staff may be in a state of full or partial undress in the presence of others. Examples include restrooms, locker rooms, and showers; and

- Every school privacy facility accessible by multiple people at the same time should be designated for use by biological males only or biological females only; and
- Invasions of privacy are occurring as students who "identify" as the opposite sex are gaining access to privacy facilities without parental notification; and
- Individuals who, for any reason, want greater privacy than what is provided by privacy facilities accessible to multiple people at one time should be permitted to use alternate facilities which are accessible to only one person at a time; and
- In individual and team competitive sports, all participants must be allowed to compete with only their biological counterparts.

**NOW, THEREFORE, BE IT RESOLVED BY THE** Georgia Republican Party that we urge all elected officials to do all in their power to support and protect:

1) The privacy and biological rights of students in their privacy facilities in public schools and the notification rights of parents,
2) Biologically female athletes from being forced to compete against biological males on competitive public school individual and team sports.

**BE IT FURTHER RESOLVED**, failure to safeguard students' privacy and biological rights should result in the loss of state funding.

**4 - A RESOLUTION OPPOSING SOCIAL EMOTIONAL LEARNING (SEL) PLATFORMS AND CRITICAL RACE THEORY AND THE 1619 PROJECT IN GEORGIA PUBLIC SCHOOLS AND UNIVERSITIES**

**WHEREAS** Social Emotional Learning (SEL) is a propaganda platform that promotes racially divisive concepts like Critical Race Theory and serves to be a disruptive force in our education systems.

- Schools across the nation are adopting curricula based on Critical Race Theory, which teaches falsehoods on race and seeks to indoctrinate our children against other people based on race, and
- Schools are also adopting curricula based on the debunked 1619 Project, which seeks to create a false history of America; and
- The Georgia Department of Education has allowed for disruptive propaganda and teaching elements to be taught in Georgia public schools. Corrective action is required to maintain our educational standards.

**NOW THEREFORE BE IT RESOLVED,** the Georgia Republican Party:

1. Supports the right of taxpayers to view objectionable SEL curricula and programs and supports parent's rights to opt their children out of such materials, including all collection of personal data on their children.
2. Opposes the racist ideology of Critical Race Theory and calls upon the Georgia General Assembly to enact legislation that prohibits public schools from accepting any funding that requires the adoption of these concepts by our state, schools, or classrooms and instructing students, teachers and/or board members in critical theories, including, but not limited to, the 1619 Project, DEI (Diversity, Equity and Inclusion), critical gender, race essentialism, collective guilt, action civics and state-sanctioned racism.

# 5 - A RESOLUTION SUPPORTING "THE DEFEND THE GUARD ACT"

**WHEREAS,** Article I, Section 8 of the US Constitution vests in Congress the exclusive power of war; but in spite of clear language, the Executive Branch has unconstitutionally assumed and abused that power while Congress has abdicated its responsibility; and

- Although there has not been a declared war in decades, the United States has gone to war repeatedly on the whim of bureaucrats and the military industrial complex, while our men and women in uniform have been sent off into harm's way.
- When such unconstitutional actions are taken by the federal government, it is the proper role of the States themselves to take action to remedy erosions of constitutional law.
- George Washington, wrote, "The Constitution vests the power of declaring war in Congress; therefore, no offensive expedition of importance can be undertaken until after they shall have deliberated upon the subject and authorized such a measure."

**NOW THEREFORE BE IT RESOLVED** the Georgia Republican Party acknowledges the destructive nature of war, the value of peace, and the unequivocal requirement to uphold the Constitution; and supports the concept of interposition illustrated in the "Defend the Guard Act" which would prohibit unconstitutional foreign deployments of a State's National Guard troops, effectively restoring the Founder's framework; and we call on the General Assembly to pass mirroring legislation.

# 6 - A RESOLUTION TO STUDY REMOVING THE GAG RULE FROM GEORGIA REPUBLICAN PRIMARIES AND CALLING FOR GREATER GRASSROOTS INVOLVEMENT IN THE PRIMARY PROCESS

**WHEREAS,** well-informed grassroots Republican leaders, volunteers, and activists should hold elected Republicans accountable to our platform and their own campaign promises; and

- During primary campaigns, under current state party rules, grassroots Republican leaders are not permitted to take a stand in defense of the Georgia Republican Party and our platform.
- The First Amendment to the United States Constitution guarantees the ability of delegates of political parties to choose their own nominees for office without government interference and;[1]
- Other state Republican parties empower their delegates to select their statewide nominees through a convention.

**BE IT RESOLVED** that this convention supports greater involvement by the party and the delegates in primaries.

**BE IT FURTHER RESOLVED** that this convention calls upon the Chairman of the Georgia Republican Party to appoint a task force to study the many options available to the Georgia Republican Party to impact primaries including but not limited to;

1. Lifting the ban on candidate endorsements by party officials in Republican primaries.
2. Interviewing candidates and educating Republican primary voters.
3. Endorsements of candidates by their respective conventions.
4. Conventions narrowing the field down to two candidates who then go on to the primary.

---

[1] California Democratic Party v. Jones, 530 U.S. 567 (2000)

# 7 - A RESOLUTION CALLING FOR INCREASED ELECTION INTEGRITY IN GEORGIA

**WHEREAS** the passage of SB 202 was a meaningful step toward election integrity in Georgia, and that it is imperative that voters in Georgia have faith and confidence in the integrity of their elections; including that their elected officials and their appointees, assigns, relatives, corporate interests and agencies conduct elections in a legal, fair,secure and constitutional manner.

**NOW THEREFORE BE IT RESOLVED**, the Georgia Republican Party calls for the following measures:

1. Formal action shall be taken by the Georgia General Assembly to appoint an independent investigatory committee not controlled by the Executive Branch to conduct an investigation into the procurement, implementation, management and oversight of Dominion Voting machines and their software.
2. The passage in its entirety of the FULL [Georgia Republican Party's Election Confidence Task Force legislative package](), including, but not limited to.
   a. Eliminate no-excuse absentee by-mail voting, allowing absentee ballots only for voters who have a specific reason.
   b. Replacing all Dominion voting systems with secure hand marked paper ballots which should be scanned and tabulated using a device that is not connected to the internet, and to do so with the passage of legislation for the governor to sign prior to the start of the candidate qualifying beginning March 7, 2022.

**BE IT FURTHER RESOLVED**, that the Georgia Republican Party expresses deep gratitude to all of the Election ConfidenceTask Force members.

# 8 - A RESOLUTION TO CENSURE GEORGIA SECRETARY OF STATE BRAD RAFFENSPERGER

**WHEREAS,** Secretary of State Brad Raffensperger failed to perform his duties in accordance with the laws and Constitution of the State of Georgia, and Republican Party values, including but not limited to:

- Entering into the *Compromise Settlement Agreement and Release* which changed Georgia's absentee voting procedures outside the Constitutionally prescribed format set forth in Georgia law.
- Undermining the security of our elections by allowing mass mailings of absentee applications by his office and third parties which created opportunities for fraud and overwhelmed election offices; rendering accurate signature matching nearly impossible; allowing ballot drop boxes without proper chain of custody; and ignoring sworn affidavits and disregarding evidence of voter fraud; and

**WHEREAS,** the fecklessness and failures of Secretary Raffensperger were enabled by the actions and inactions by others such as Lt. Governor Duncan, who denied that there was election fraud and punished Georgia Republican State Senators who asked for election audits; Attorney General Carr, who allowed his office to file an amicus brief opposing the lawsuit asking for inspection of the Fulton County absentee ballots; and legislative leaders who failed to fully address known election issues prior to the runoff; all have, either by their direct action or inaction, significantly eroded confidence in our state's election system.

**NOW THEREFORE BE IT RESOLVED** that the Georgia Republican Party Convention censures Secretary Raffensperger for dereliction of his Constitutional duty, and calls on Governor Kemp and all elected officials to repair the damage that has been done and commit themselves to securing Georgia's elections.

**CLICK HERE TO GIVE YOUR FEEDBACK ON THE RESOLUTIONS**