# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that on June 12, 2021, the following discovery request was served on counsel of record by electronic delivery of a PDF version;

- **Notice of Intent to Serve Subpoena on Pro V&V, Inc.**

I further certify that a copy of this Rule 5.4 Certificate of Service of Discovery was electronically filed with the clerk of court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

KH656285.DOCX

Respectfully submitted this 14th day of June, 2021.

| **David D. Cross** | **Halsey G. Knapp, Jr.** |
|---|---|
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 425320 |
| Veronica S. Ascarrunz (*pro hac vice*) | Adam M. Sparks |
| Eileen M. Brogan (*pro hac vice*) | GA Bar No. 341578 |
| Lyle F. Hedgecock (*pro hac vice*) | KREVOLIN & HORST, LLC |
| Robert W. Manoso (*pro hac vice*) | 1201 West Peachtree Street, NW |
| MORRISON & FOERSTER LLP | Suite 3250 |
| 2100 L Street, NW | Atlanta, GA 30309 |
| Suite 900 | (404) 888-9700 |
| Washington, DC 20037 | |
| (202) 887-1500 | |

*Counsel for Plaintiffs Donna Curling, Donna Price, & Jeffrey Schoenberg*