# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that on June 15, 2021, the following discovery was served on all counsel of record by electronic delivery of PDF versions - **Coalition Plaintiffs' Expert Disclosures**.

I further certify that a copy of the foregoing Rule 5.4 Certificate of Service of Discovery was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

Respectfully submitted this this 16th day of June, 2021.

                                                   /s/ Cary Ichter
                                                   Cary Ichter
                                                   Georgia Bar No. 382515
                                                   ICHTER DAVIS LLC
                                                   3340 Peachtree Road NE

Atlanta, Georgia 30326
(404) 869-7600
cichter@ichterdavis.com

*Counsel for William Digges III, Laura Digges, Ricardo Davis & Megan Missett*

Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Counsel for Coalition for Good Governance*