IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**PROPOSED ORDER GRANTING**
**PLAINTIFFS' JOINT MOTION TO EXTEND THE SCHEDULE DUE TO DEFENDANTS' CONTINUED NONFEASANCE IN DISCOVERY**

This matter is before the Court on the Plaintiffs' Joint Motion to Extend the Schedule Due to Defendants' Continued Nonfeasance in Discovery. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that the Plaintiffs' Motion is **GRANTED**. The deadlines established in the Court's Amended Scheduling Order (Dkt. 1093) are extended 60 days as following:

| Case Event | Dkt. 1093 Deadline | Revised Deadline |
|---|---|---|
| Initial Disclosure of Plaintiffs' experts and topics of their opinions | June 15, 2021 | Complete |
| Completion of Defendants' Production of Documents and Data | | July 15, 2021 |

| Case Event | Dkt. 1093 Deadline | Revised Deadline |
|---|---|---|
| Initial Disclosure of Defendants' experts and topics of their opinions | June 30, 2021 | August 30, 2021 |
| Plaintiffs' Expert Disclosures (reports) | July 1, 2021 | August 30, 2021 |
| Defendants' Expert Disclosures (reports) | July 16, 2021 | September 14, 2021 |
| Plaintiffs' Rebuttal Expert Disclosures (reports) | August 2, 2021 | October 1, 2021 |
| Close of Fact Discovery | August 16, 2021 | October 15, 2021 |
| Close of Expert Discovery | September 3, 2021 | November 2, 2021 |
| Summary Judgment Motions (Filed) | October 1, 2021 | November 30, 2021 |
| Summary Judgment (Response) | October 22, 2021 | December 21, 2021 |
| Summary Judgment (Reply) | November 1, 2021 | December 31, 2021 |
| Daubert Motions | No later than deadline for Pretrial Order | No later than deadline for Pretrial Order |
| Pretrial Order | 20 days after ruling on motions for summary judgment | 20 days after ruling on motions for summary judgment |
| Trial Readiness | Early 2022 | Early 2022 |

**IT IS SO ORDERED** this ___ day of _____, 2021.

_____
U.S. District Court Judge Amy Totenberg