# EXHIBIT C

taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Bryan P. Tyson<br>
Phone: (678) 336-7249<br>
Email: btyson@taylorenglish.com

May 20, 2021

**VIA EMAIL ONLY**
David Cross, Esq.
Lyle F. Hedgecock, Esq.
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1888

    Re:    *Donna Curling, et al. v. Brad Raffensperger, et al.,* No. 1:17-cv-2989-AT
              Search Terms and Other Discovery Issues

Dear David:

    This letter is our response on search terms that were promised in our May 14, 2021 letter and several additional discovery issues. Now that Judge Totenberg has put us on a schedule, we look forward to working cooperatively together on the discovery process.

**SEARCH TERMS**

    We propose using the following terms to capture documents that may be responsive to your requests for production:

- (election AND (review* OR analy* OR examin* OR evaluat* OR study)) AND (error! OR malfunction! OR broke* OR break* OR discrepanc* OR glitch! OR "switch* votes" OR provisional OR "express poll" OR "poll pad" OR (incorrect OR wrong))
- ("Center for Elections Systems" OR Kennesaw OR server*) AND (wipe* OR destroy* OR repurpos*)
- (pollbook OR "poll book" OR e-poll*)
- (express OR "check-in" OR "check in" OR "checkin" OR "certificate*" OR "ID card*" OR "smart card*")
- (secur! /10 (breach* OR assess*))
- (secur! /5 vulner*)
- (audit AND (process* OR data* OR result*))
- ("voting machine*" OR DRE OR DREs OR "direct recording" OR BMD OR BMDs)

David Cross, Esq.<br>
Morrison & Foerster<br>
May 20, 2021<br>
Page 2

- ("voting machine*" AND Dominion AND (fail* OR error! OR malfunction! OR broke* OR break* OR glitch!))
- ("Poll Pad*" AND KnowInk AND (fail* OR error! OR malfunction! OR broke* OR break* OR glitch!))
- ("machine*" OR DRE OR DREs OR "direct recording" OR BMD OR Dominion OR touchscreen) /5 (error! OR malfunction! OR broke* OR break* OR discrepanc* OR glitch! OR "switch* votes" OR president*)
- ((complain* OR violat* OR report*) w/10 (candidate OR elect* OR primar* OR ballot OR vot* OR precinct OR poll OR count or machine OR superintendent OR registrar OR missing))
- (transfer AND (media OR air-gap OR airgap OR server OR data OR USB OR thumb*))

Per our prior letters, these terms will be run against the following custodians' Exchange mailboxes:

1. Brad Raffensperger
2. Ryan Germany
3. Chris Harvey
4. Merritt Beaver
5. Michael Barnes
6. Blake Evans
7. Kevin Rayburn
8. Jordan Fuchs
9. David Hamilton

We developed these terms by modifying other terms used in prior litigation filed against the State of Georgia involving allegations that voting machines were hacked and not functioning properly. Our opposing counsel in that case accepted the terms as comprehensive. We believe they will adequately capture documents that may be responsive to Plaintiffs' requests for production.

Please let us know as soon as possible whether you agree to the use of these terms and we will commence the search process with a goal of producing nonprivileged responsive documents as quickly as possible.

## **COMMUNICATIONS MOVING FORWARD**

In the interest of ensuring all counsel of record and relevant staff are included on communications involving this case, please use this list for State Defendants of individuals who should be copied on all electronic communications:

Vincent Russo, vrusso@robbinsfirm.com

David Cross, Esq.<br>
Morrison & Foerster<br>
May 20, 2021<br>
Page 3

Josh Belinfante, jbelinfante@robbinsfirm.com
Carey Miller, cmiller@robbinsfirm.com
Alexander Denton, adenton@robbinsfirm.com
Melanie Johnson, mjohnson@robbinsfirm.com
Javier Pico-Prats, javier.picoprats@robbinsfirm.com
Bryan Tyson, btyson@taylorenglish.com
Jonathan Crumly, jcrumly@taylorenglish.com
Dal Burton, dburton@taylorenglish.com
Diane LaRoss, dlaross@taylorenglish.com
Bryan Jacoutot, bjacoutot@taylorenglish.com
Loree Anne Paradise, lparadise@taylorenglish.com
Rashmi Ahuja, rahuja@taylorenglish.com
Drina Miller, dmiller@taylorenglish.com

If you will provide us with a similar list, we will ensure that all of the relevant individuals are included on electronic communications.

## DATES FOR PLAINTIFF DEPOSITIONS

We plan to take the depositions of your clients as soon as they can be scheduled. Please provide dates for the depositions of the following individuals:

1. Donna Curling
2. Donna Price
3. Jeffrey Schoenberg

## MEET AND CONFER

Finally, in our most recent letter, we asked for your position on several interrogatories and requests for production. Please let us know by Monday, May 24 whether you will stand on your objections or whether we need to meet and confer. If we need to meet, please provide some dates and times that work for your team.

Sincerely,

*/s/ Bryan P. Tyson*

Bryan P. Tyson
For TAYLOR ENGLISH DUMA LLP

cc:     All counsel of record (by email)