# EXHIBIT F

# Bryan Tyson

| | |
|---|---|
| **From:** | Bryan Tyson |
| **Sent:** | Friday, June 11, 2021 6:58 PM |
| **To:** | Cross, David D.; Brogan, Eileen M.; Ascarrunz, Veronica; Hedgecock, Lyle F.; Conaway, Jenna B.; cheryl.ringer@fultoncountyga.gov; vrusso@robbinsfirm.com; cmiller@robbinsfirm.com; adenton@robbinsfirm.com; Jonathan Crumly; Dal Burton; Diane LaRoss; Bryan Jacoutot; Loree Anne Paradise; Bruce Brown; Rob McGuire; Cary Ichter; Halsey G. Knapp, Jr.; Adam M. Sparks; Kaiser, Mary; Manoso, Robert W.; Josh Belinfante; Melanie Johnson; Javier Pico-Prats; Rashmi Ahuja; Drina Miller |
| **Subject:** | RE: Curling v. Raffensperger, No. 1:17-cv-2989-AT (N.D. Ga.) |
| **Attachments:** | Fedex label - Dr. Halderman (02057406xBE13C).PDF |

David,

The hard drive is on the way to Dr. Halderman for Saturday delivery, using this Fedex Tracking Number: ▇▇▇▇▇▇▇. Fedex indicates that the ZIP Code is for ▇▇▇▇▇▇ which matches what Fedex had when we entered that address and the label is attached.

A couple of notes about what's on the drive:

1. The drive contains 564GB of files in total.
2. It is organized with a folder for November 2020 and another for January 2021, then each of those folders is organized by what was received from each county.
3. As we've said before, we only have what the counties sent us. For most counties, that's the Project Package. For others, it's some combination of Excel sheets, ballot images, or other files. We have included whatever the counties sent after the election.
4. Counties whose databases were not located in the box for the respective elections (SOS is still looking to see if they are anywhere else):
    a. Atkinson County (November and January)
    b. Coffee County (November and January)
    c. Fulton County (November and January)
    d. Irwin County (November)
    e. DeKalb County (January)
    f. Dooly County (January)
    g. Taylor County (November)
5. It's possible that some counties added additional passwords to various files. If that is the case and/or if Dr. Halderman has any trouble accessing any of the files, we will get you whatever passwords are needed to access those files.

Thanks, and have a good weekend,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  |  M: 404.219.3160  |  btyson@taylorenglish.com
Website  |  vCard  |  LinkedIn  |  Twitter
Georgia Legal Awards Litigation Department of the Year

California | Florida | Georgia | Illinois | Michigan | New York | North Carolina | Pennsylvania | Tennessee | Texas | Washington