IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## MOTION FOR LEAVE OF COURT TO WITHDRAW
## <u>APPEARANCE OF EILEEN M. BROGAN</u>

Pursuant to Local Rule 83.1(E), Plaintiffs Donna Curling, Donna Price and Jeffrey Schoenberg (the "Curling Plaintiffs") respectfully request that the Court grant leave for Eileen M. Brogan to withdraw her appearance *pro hac vice* as counsel in the above-captioned case. The Curling Plaintiffs will continue to be represented in this matter by the law firms of Krevolin & Horst, LLC and Morrison & Foerster LLP.

Dated: July 9, 2021

Respectfully submitted,

 /s/ Mary G. Kaiser
Mary G. Kaiser (*pro hac vice*)
Veronica Ascarrunz (*pro hac vice*)
David D. Cross (*pro hac vice*)
Lyle P. Hedgecock (*pro hac vice*)

Robert W. Manoso (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
MKaiser@mofo.com
VAscarrunz@mofo.com
DCross@mofo.com
LHedgecock@mofo.com
RManoso@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Mary G. Kaiser*
Mary G. Kaiser

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER , ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, a copy of the foregoing **Motion for Leave of Court to Withdraw Appearance of Eileen M. Brogan** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Mary G. Kaiser*
Mary G. Kaiser

4