# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF EILEEN M. BROGAN

This matter coming before the Court on Curling Plaintiff's Motion for Leave to Withdraw Appearance *pro hac vice* of Eileen M. Brogan. The Court being advised accordingly, it is hereby ordered that the Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of July, 2021.

_____
U.S. District Court Judge Amy Totenberg

1