IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs*,

    v.

BRAD RAFFENSPERGER, *et al*,

    *Defendants*.

CIVIL ACTION

FILE NO. 1:17-CV-2989-AT

**STATE DEFENDANTS' MOTION FOR LEAVE TO
FILE EXHIBIT A TO JOINT DISCOVERY STATEMENT UNDER SEAL**

    State Defendants seek leave to file Curling Plaintiffs' Exhibit A to the parties' Joint Discovery Dispute Statement [Doc. 1130] under seal. The confidential nature of Exhibit A is the very issue encapsulated in the parties' discovery dispute statement. State Defendants avoid additional argument herein so as to not be accused of asserting arguments related to the dispute in violation of this Court's standing order. State Defendants, however, point the Court to Plaintiffs' motion to seal a prior declaration of Dr. Halderman. [Doc. 1110].

    State Defendants attach a proposed order sealing that exhibit with this motion.

Respectfully submitted this 12th day of July 2021.

        Vincent R. Russo
        Georgia Bar No. 242628
        vrusso@robbinsfirm.com
        Josh Belinfante
        Georgia Bar No. 047399
        jbelinfante@robbinsfirm.com
        Carey A. Miller
        Georgia Bar No. 976240
        cmiller@robbinsfirm.com
        Alexander Denton
        Georgia Bar No. 660632
        adenton@robbinsfirm.com
        Robbins Ross Alloy Belinfante Littlefield LLC
        500 14th Street, N.W.
        Atlanta, Georgia 30318
        Telephone: (678) 701-9381
        Facsimile:  (404) 856-3255

        */s/ Bryan P. Tyson*
        Bryan P. Tyson
        Georgia Bar No. 515411
        btyson@taylorenglish.com
        Jonathan D. Crumly
        Georgia Bar No. 199466
        jcrumly@taylorenglish.com
        James A. Balli
        Georgia Bar No. 035828
        jballi@taylorenglish.com
        Diane F. LaRoss
        Georgia Bar No. 430830
        dlaross@taylorenglish.com
        Bryan F. Jacoutot
        Georgia Bar No. 668272
        bjacoutot@taylorenglish.com
        Loree Anne Paradise
        Georgia Bar No. 382202
        lparadise@taylorenglish.com

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

- 4 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **STATE DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBIT A TO JOINT DISCOVERY STATEMENT** was prepared double-spaced in 13-point Century Schoolbook pursuant to Local Rule 5.1(C).

>*/s/ Bryan P. Tyson*
>Carey A. Miller
>Georgia Bar No. 515411