# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION FILE |
| BRAD RAFFENSPERGER, et al., | ) NO. 1:17-cv-2989-AT |
| Defendant. | ) |

**[PROPOSED]**

**ORDER GRANTING STATE DEFENDANTS'**
**MOTION FOR LEAVE TO FILE MATTERS UNDER SEAL**

Finding good cause shown, Exhibit A to the parties' Joint Discovery Dispute Statement [Doc. 1131] shall remain sealed from public view.

SO ORDERED this ____ day of July 2021.

_____
Hon. Amy Totenberg
United States District Judge

02079749-1