# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that on July 16, 2021, the following discovery was served on all counsel of record by electronic delivery of a PDF version of same:

- *Coalition Plaintiffs' Supplemental Requests for Production of Documents to State Defendants (July 16, 2021)*; and

- *Coalition Plaintiffs' Requests for Production of Documents to Fulton County Defendants*.

I further certify that a copy of the foregoing Rule 5.4 Certificate of Service of Discovery was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

This 19th day of July, 2021.

                                        */s/ Cary Ichter*
                                        CARY ICHTER
                                        Georgia Bar No. 382515
                                        **ICHTER DAVIS LLC**
                                        3340 Peachtree Road NE, Suite 1530
                                        Atlanta, Georgia 30326
                                        Tel.: 404.869.7600
                                        Fax: 404.869.7610
                                        cichter@ichterdavis.com

                                        AND

                                        Bruce P. Brown
                                        Georgia Bar No. 064460
                                        bbrown@brucebrownlaw.com
                                        **Bruce P. Brown Law LLC**
                                        1123 Zonolite Road NE, Suite 6
                                        Atlanta, Georgia 30306
                                        Tel.:  404.881.0700

                                        *Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

- 3 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515