**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DONNA CURLING, ET AL.,     )
     )
     Plaintiffs,     )
     )     CIVIL ACTION
 vs.     )
     )     FILE NO. 1:17-cv-2989-AT
BRAD RAFFENSPERGER,     )
ET AL.,     )
     )
     Defendants.     )
_____ )

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, I hereby certify that on July 30, 2021, the following discovery was served on all counsel of record by electronic delivery of a PDF version of same:  (1) *Coalition Plaintiffs' Second Request for Admission to Fulton County Defendants;* and (2) *Coalition Plaintiffs' Second Set of Interrogatories to Fulton County Defendants*.

I further certify that a copy of the foregoing Rule 5.4 Certificate of Service of Discovery was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

This 2nd day of August, 2021.

*/s/ Cary Ichter*

CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com

AND

Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucebrownlaw.com
**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
Tel.:  404.881.0700

AND

Robert A. McGuire, III
Admitted Pro Hac Vice (ECF No. 125)
113 Cherry Street, #86685
Seattle, Washington  98104
Tel: 253.267.8530

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## **<u>CERTIFICATE OF COMPLIANCE</u>**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
