IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

   *Plaintiffs,*

v.

BRAD RAFFENSPERGER, *et al.*,

   *Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, Rebecca N. Sullivan, Sara Tindall Ghazal, Anh Le, and Matthew Mashburn (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that on August 2, 2021, the undersigned served a true and correct copy of the following:

1. State Defendants' Objections and Responses to Coalition Plaintiffs' Supplemental Requests for Production of Documents to State Defendants (July 16, 2021); and

2. State Defendants' Responses and Objections to Curling Plaintiffs' Second Set of Interrogatories,

upon the following counsel of record via email:

| | |
|---|---|
| Cary Ichter<br>Ichter Davis LLC<br>Suite 1530<br>3340 Peachtree Road N.E. Atlanta, | Bruce P. Brown Law LLC<br>1123 Zonolite Road, Suite 6 Atlanta, Georgia 30306<br>bbrown@brucepbrownlaw.com |

Georgia 30326
cichter@ichterdavis.com


| | |
|---|---|
| David D. Cross | Halsey G. Knapp, Jr. |
| Lyle F. Hedgecock | Adam Martin Sparks |
| Mary G. Kaiser | Krevolin & Horst, LLC |
| Veronica Ascarrunz | One Atlantic Center, Suite 3250 |
| Jenna B. Conway | 1201 West Peachtree Street, NW |
| Robert W. Manoso | Atlanta, GA 30309 |
| Morrison & Foerster, LLP 2000 | hknapp@khlawfirm.com |
| Pennsylvania Avenue, NW | sparks@khlawfirm.com |
| Washington, DC 20006 | |
| dcross@mofo.com | |
| lhedgecock@mofo.com | |
| mkaiser@mofo.com | |
| vascarrunz@mofo.com | |
| jconaway@mofo.com | |
| rmanoso@mofo.com | |
| | |
| Kaye Burwell | Robert Alexander McGuire |
| David Lowman | Robert McGuire Law Firm |
| Cheryl Ringer | 113 Cherry Street #86685 |
| Fulton County Attorney's Office | Seattle, WA 98104-2206 |
| 141 Pryor Street, Suite 4038 | ram@lawram.com |
| Atlanta, Georgia 30303 | |
| kaye.burwell@fultoncountyga.gov | |
| david.lowman@fultoncountyga.gov | |
| cheryl.ringer@fultoncountyga.gov | |

This 6th day of August, 2021.


**Robbins Ross Alloy Belinfante Littlefield LLC**

Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com

2

Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com
Carey Miller
Georgia Bar No.: 976240
cmiller@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
R. Dal Burton
Georgia Bar No. 097890
dburton@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339

Telephone: 770.434.6868

*Attorneys for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

                                        */s/ Bryan P. Tyson*
                                        Bryan P. Tyson