IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>  Defendants. | Civil Action File<br><br>No. 1:17-cv-2989-AT |

### RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for State Defendants hereby certifies that on August 6, 2021, State Defendants produced documents bates labeled **STATE-DEFENDANTS-00089362 through STATE-DEFENDANTS-00102405**, upon the following counsel of record via electronic mail:

David D. Cross
Veronica Ascarrunz
Lyle P. Hedgecock
Mary G. Kaiser
Robert W. Manoso
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
VAscarrunz@mofo.com
LHedgecock@mofo.com
MKaiser@mofo.com
RManoso@mofo.com

Kaye Burwell
David Lowman
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street, Ste. 4038
Atlanta, Georgia 30303
kaye.burwell@fultoncounty.gov
david.lowman@fultoncountyga.gov
cheryl.ringer@fultoncountyga.gov

*Counsel for the Fulton County Defendants*

Halsey G. Knapp, Jr.
Adam M. Sparks
Krevolin & Horst, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

Bruce P. Brown
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
bbrown@brucepbrownlaw.com

Robert A. McGuire, III
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
ram@lawram.com

*Counsel for Coalition for Good Governance*

Cary Ichter
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
cichter@ichterdavis.com

*Counsel for William Digges III,*
*Laura Digges, Ricardo Davis &*
*Megan Missett*

    This 10th day of August, 2021.

                                <u>/s/ Carey Miller</u>
                                Vincent R. Russo
                                Georgia Bar No. 242628
                                vrusso@robbinsfirm.com
                                Josh Belinfante
                                Georgia Bar No. 047399
                                jbelinfante@robbinsfirm.com
                                Carey A. Miller
                                Georgia Bar No. 976240
                                cmiller@robbinsfirm.com
                                Alexander Denton
                                Georgia Bar No. 660632
                                adenton@robbinsfirm.com
                                Brian E. Lake
                                Georgia Bar No. 575966
                                blake@robbinsfirm.com
                                Robbins Ross Alloy Belinfante Littlefield LLC
                                500 14th Street, N.W.
                                Atlanta, Georgia 30318
                                Telephone: (678) 701-9381
                                Facsimile:  (404) 856-3255

                                Bryan P. Tyson
                                Georgia Bar No. 515411
                                btyson@taylorenglish.com
                                Bryan F. Jacoutot
                                Georgia Bar No. 668272
                                bjacoutot@taylorenglish.com
                                Diane F. LaRoss
                                Georgia Bar No. 430830
                                dlaross@taylorenglish.com
                                Loree Anne Paradise
                                Georgia Bar No. 382202

lparadise@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone:  770-434-6868

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE** by using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

This 10th day of August, 2021.

                                          */s/ Carey Miller*
                                          Carey Miller