# EXHIBIT A

| | |
|---|---|
| **From:** | Sterling, Gabriel |
| **To:** | Scott Tucker |
| **Subject:** | Automatic reply: [EXTERNAL] Balance of Transport bags |
| **Date:** | Thursday, May 14, 2020 2:38:15 PM |

I am no longer available at this email. If you are emailing on anything concerning the implementation of the Statewide Voting System for Georgia, please email me at SterlingInnovative@gmail.com. If you are contacting me for other Secretary of State inquiries, please instead email Robert Orange at ROrange@sos.ga.gov. Thank you.