# EXHIBIT B

## DECLARATION OF HARRI HURSTI

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Harri Hursti. I am over the age of 21 and competent to give this testimony. The facts stated in this declaration are based on my personal knowledge, unless stated otherwise.
2. This declaration supplements my prior declarations and I stand by the statements in those declarations.
3. I have been in Sioux Falls, South Dakota since the 9th of August 2021 to participate in "Mike Lindell's Cyber Symposium", which took place from August 10th to 12th.
4. During the event, the organizers of the event made copies of forensic images of 3 separate Dominion Election Management System Server installations available to me and others in attendance.
5. The organizers did not give consistent explanations for how the images were made, where they were made, or any other details.
6. Two of the images appear to have originated from Mesa County, Colorado and one from Antrim County, Michigan.
7. The forensic image headers from the Antrim County image are shown in Exhibit 1.
8. The forensic image headers from the Mesa County images are shown in Exhibit 2 and Exhibit 3.
9. All three images were additionally made available globally for download by the public over a peer-to-peer file sharing system called BitTorrent. At least one of the speakers of the symposium, Ron Watkins a.k.a. "CodeMonkeyZ", posted links to download the files (https://t.me/s/CodeMonkeyZ) on a social media platform where he has almost 400,000 followers. Attendees at the event mentioned that "thousands" of people were downloading the files.
10. In my professional opinion, global public release of the server images lowers the barrier to planning an attack against any election management system running this Dominion software, and therefore makes future attacks against such systems more likely.

I declare under penalty of the perjury laws of the State of Colorado and the United States that the foregoing is true and correct and that this declaration was executed this 13th day of August, 2021 in Sioux Falls, South Dakota.

**Exhibit 1**

```
┌─[scofield@parrot]─[/media/scofield/easystore/Antrim/C1-Election-Management-Server/SDA]
└──╼ $ewfinfo SSA1722_C1-Election_Server-SDA.E01
```
ewfinfo 20140807

Acquiry information
    Case number:             SSA1722
    Description:             Dell Precision Tower 3420
    Examiner name:           Greg Freemyer
    Evidence number:         C1-Election_Server-SDA
    Notes:                   Drive 1 of 2
    Acquisition date:        Sun Dec  6 04:50:18 2020
    System date:             Sun Dec  6 04:50:18 2020
    Operating system used:   Linux
    Software version used:   20140608
    Password:                N/A
    Model:                   ST500LM021-1KJ152
    Serial number:           W62HL9M8

EWF information
    File format:             EnCase 6
    Sectors per chunk:       64
    Error granularity:       1
    Compression method:      deflate
    Compression level:       no compression
    Set identifier:          1c03776e-207c-034b-8a0b-8239890c80d2
    Is corrupted:            yes

Media information
    Media type:              fixed disk
    Is physical:             yes
    Bytes per sector:        512
    Number of sectors:       976773168
    Media size:              465 GiB (500107862016 bytes)

**Exhibit 2**



**Exhibit 3**

