IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al,*<br><br>    *Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:17-CV-2989-AT |

### STATE DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS PRODUCED IN DISCOVERY UNDER SEAL

State Defendants seek leave to file documents produced by Curling Plaintiffs during discovery under seal, [Doc. 1156]. Curling Plaintiffs have designated these documents under the terms of the protective order and State Defendants are honoring that designation.

State Defendants attach a proposed order sealing that filing herewith.

Respectfully submitted this 19th day of August, 2021.

                          */s/ Carey A. Miller*
                          Vincent R. Russo
                          Georgia Bar No. 242628
                          vrusso@robbinsfirm.com
                          Josh Belinfante
                          Georgia Bar No. 047399
                          jbelinfante@robbinsfirm.com
                          Carey A. Miller
                          Georgia Bar No. 976240

cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

- 3 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **STATE DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS PRODUCED IN DISCOVERY UNDER SEAL** was prepared double-spaced in 13-point Century Schoolbook pursuant to Local Rule 5.1(C).

*/s/ Carey A. Miller*
Carey A. Miller