IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRAD RAFFENSPERGER, et al., )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br><br>NO. 1:17-cv-2989-AT |

**[PROPOSED]**

**ORDER GRANTING STATE DEFENDANTS'
MOTION FOR LEAVE TO FILE MATTERS UNDER SEAL**

Finding good cause shown, the documents produced by Curling Plaintiffs in discovery, [Doc. 1157] shall remain sealed from public view.

SO ORDERED this ____ day of August, 2021.

_____
Hon. Amy Totenberg
United States District Judge