# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 08/19/2021.

TIME COURT COMMENCED: 1:40 P.M.
TIME COURT CONCLUDED: 4:15 P.M.   COURT REPORTER: Shannon Welch
TIME IN COURT: 2:35   DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance |
| | David Cross representing Donna Curling |
| | Robert McGuire representing Coalition for Good Governance |
| | Carey Miller representing The State Election Board |
| | Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | VTC Hearing. See Transcript. |
| HEARING STATUS: | Hearing Concluded |