# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, copies of the following Notices of Subpoena were served on counsel by email on August 23, 2021: Carlos Nelson (Ware County), Nancy Boren (Mucogee County), Deb Cox (Lowndes County, Zach Manifold (Gwinnett County), and Jeanetta Watson (Macon-Bibb).

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the CM/ECF system.

This 23th day of August, 2021.

/s/ Bruce P. Brown
Bruce P. Brown
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE, Suite 6
Atlanta, Georgia 30306
(404) 881-0700
bbrown@brucebrownlaw.com
*Counsel for Plaintiff Coalition for Good Governance*