# ROBERT MCGUIRE
# LAW FIRM

| WASHINGTON: | COLORADO: |
|---|---|
| 113 Cherry St. #86685 | 1624 Market St. Ste. 226 #86685 |
| Seattle, Washington  98104-2205 | Denver, Colorado  80202-2523 |

www.lawram.com

August 23, 2021

*Via CM/ECF*

Mr. Harry Martin
Courtroom Deputy Clerk for
The Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

> Re:   *Curling, et al. v. Raffensperger, et al.*, No. 1:17-cv-02989-AT
>        Request for Leave of Absence Less Than 21 Days

Dear Mr. Martin:

I am co-lead counsel for Plaintiff Coalition for Good Governance in the above matter.

Pursuant to Local Rule 83.1(E)(4) NDGa (June 18, 2020) and Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II.(c)(iii), I write to advise that I will be absent from work and unavailable during the following period, less than twenty-one days, and I respectfully request that this case not be calendared during this period of my absence:

- Friday, September 3–Monday, September 13, 2021— Reason: Absence from office for personal commitments.

Please contact me with any questions you may have.

Very truly yours,

*/s/ Robert Alexander McGuire, III*
ROBERT ALEXANDER MCGUIRE, III
Admitted Pro Hac Vice (ECF No. 125)

T/F (Seattle): (253) 267-8530 • T/F (Denver): (720) 420-1395 • Email: ram@lawram.com

Mr. Harry Martin
Re: Request for Leave of Absence Less Than 21 Days
August 23, 2021
Page 2


                                        Washington Bar No. 50649

                                        ROBERT MCGUIRE LAW FIRM
                                        113 Cherry St. #86685
                                        Seattle, WA  98104-2205
                                        ram@lawram.com
                                        (253) 267-8530


*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Counsel for Coalition for Good Governance*

Mr. Harry Martin
Re: Request for Leave of Absence Less Than 21 Days
August 23, 2021
Page 3

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, I electronically filed the foregoing REQUEST FOR LEAVE OF ABSENCE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record, according to the Court's Electronic Mail Notice List.

/s/ Robert A. McGuire, III
**Robert A. McGuire, III**
Admitted Pro Hac Vice (ECF No. 125)

*Attorney for Plaintiff Coalition for Good Governance*

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA  98104-2205
ram@lawram.com
(253) 267-8530

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*Counsel for Coalition for Good Governance*

3