IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## COALITION PLAINTIFFS' RESPONSE TO STATE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

State Defendants recently submitted to this Court a copy of *Wood v. Raffensperger*, Case No. 20-14813 (11th Cir. Aug. 6, 2021), as supplemental authority on standing. (Doc. 1147.)

State Defendants also submitted this same new decision to the Eleventh Circuit as supplemental authority on standing in the consolidated interlocutory appeals of this Court's preliminary injunction orders on pollbooks and scanners, which are now pending.

For their response to State Defendants' filing in this Court, Coalition Plaintiffs' respectfully provide the attached copy of the Coalition Plaintiffs' Fed. R. App. P. 28(j) letter, which has been submitted to the Eleventh Circuit.

1

Respectfully submitted this 25th day of August, 2021.

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 386-6856 | (253) 267-8530 |

*Counsel for Coalition for Good Governance*


*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,
Ricardo Davis & Megan Missett*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2021, I served a copy of the foregoing upon counsel for the Defendants via CM/ECF.

/s/Robert A. McGuire, III
Robert A. McGuire, III
