IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**STIPULATED ORDER EXTENDING SCHEDULE**

Pursuant to this Court's directive of August 19, 2021 (Dkt. 1160), this Stipulation is made and entered into by all Parties with reference to the following facts:

1. A status conference was held in the above captioned action (the "Action") on August 19, 2021.

2. Both Plaintiffs and State Defendants have moved for an extension of the schedule in this matter (Dkt. Nos. 1118 and 1152, respectively).

3. At the August 19, 2021 status conference, the Court ordered the parties to meet and confer further regarding the parties' outstanding discovery disputes.

4. At the August 19, 2021 status conference, the Court directed the parties to file a stipulation for a 60-day extension.

5. The parties agree that additional time is needed to complete fact and expert discovery.

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the scheduling order set out in the May 20, 2021 Amended Scheduling Order (Dkt. 1093) should be amended as follows:

1. The deadline to complete fact discovery shall be continued to 60 days from entry of this Stipulated Order by the Court.

2. All subsequent deadlines shall be continued the number of days set out in the chart below.

3. Dates so calculated that fall on a weekend, holiday, or other non-business day shall roll to the first business day when the Court is open after the calculated date.

4. The schedule of remaining case events should accordingly be as follows:

| Case Event | Deadline |
|---|---|
| Close of Fact Discovery | [Entry of Order + 60 days] |
| Close of Expert Discovery | Close of Fact Discovery + 20 days |
| Summary Judgment Motions (Filed) | Close of Expert Discovery + 30 days |
| Summary Judgment (Response) | Motions Filed + 20 days |
| Summary Judgment (Reply) | Responses + 10 days |
| Daubert Motions | No later than the deadline for submission of the Pretrial Order |
| Pretrial Order | Date of last Summary Judgment ruling + 20 days |
| Trial Readiness | TBD thereafter |

**IT IS SO ORDERED** this ___ day of _____, 2021.

_____
U.S. District Court Judge Amy Totenberg

Respectfully submitted this 8th day of September, 2021.

| | |
|---|---|
| /s/ David D. Cross | /s/ Halsey G. Knapp, Jr. |
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Veronica Ascarrunz (*pro hac vice*) | GA Bar No. 425320 |
| Lyle P. Hedgecock (*pro hac vice*) | Adam M. Sparks |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 341578 |
| MORRISON & FOERSTER LLP | KREVOLIN & HORST, LLC |
| 2100 L Street, NW | 1201 West Peachtree Street, NW |
| Suite 900 | Suite 3250 |
| Washington, DC 20037 | Atlanta, GA 30309 |
| (202) 887-1500 | (404) 888-9700 |

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

| | |
|---|---|
| /s/ Bruce P. Brown | /s/ Robert A. McGuire, III |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*Counsel for Plaintiff Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges, Ricardo Davis & Megan Missett*

*/s/Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante
Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
R. Dal Burton
Georgia Bar No. 097890
dburton@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

4

*/s/ David R. Lowman*
Kaye Burwell
Georgia Bar No. 775060
kaye.burwell@fultoncountyga.gov
Cheryl Ringer
Georgia Bar No. 557420
cheryl.ringer@fultoncountyga.gov
David Lowman
Georgia Bar No. 460298
david.lowman@fultoncountyga.gov
OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303

*Counsel for Fulton County Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ David D. Cross*
David D. Cross

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER , ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, a copy of the foregoing **STIPULATED ORDER EXTENDING SCHEDULE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ David D. Cross*
David D. Cross