# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that following was served on all counsel by email on September 14, 2021: **Megan Missett, Ricardo Davis, Laura Digges and William Digges' Objections and Responses to State Defendants' Second Request for Production of Documents**.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the CM/ECF system.

This 14th day of September, 2021.

                               */s/ Cary Ichter*
                               CARY ICHTER
                               Georgia Bar No. 382515
                               **ICHTER DAVIS LLC**
                               3340 Peachtree Road NE, Ste. 1530
                               Atlanta, Georgia 30326
                               Tel.: 404.869.7600

Fax: 404.869.7610
cichter@ichterdavis.com

*Counsel for Plaintiffs Megan Missett, Ricardo Davis, Laura Digges and William Digges*