# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION** |
| vs. ) | |
| ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** ) | |
| **ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that the following discovery document was served on counsel by email on September 15, 2021: **Plaintiff Coalition for Good Governance's Objections and Responses to State Defendant's Second Request for Production of Documents**.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the CM/ECF system.

This 15th day of September, 2021.

                                    */s/ Cary Ichter*
                                    CARY ICHTER
                                    Georgia Bar No. 382515
                                    **ICHTER DAVIS LLC**
                                    3340 Peachtree Road NE, Suite 1530
                                    Atlanta, Georgia 30326

Tel.: 404.869.7600
cichter@ichterdavis.com

*Attorney for Megan Missett, Ricardo Davis, Laura Digges and William Digges*

and

/s/Bruce P. Brown
Bruce P. Brown
**BRUCE P. BROWN LAW LLC**
Georgia Bar 064460
1123 Zonolite Road, Suite 6
Atlanta, GA 30306
(404) 881-0700
bbrown@brucepbrownlaw.com

*Attorney for Coalition for Good Governance*