# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| vs. | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that the following discovery document was served on counsel by email on September 15, 2021: **Megan Missett, Ricardo Davis, Laura Digges, and William Digges' Objections and Responses to Defendant Anh Le's First Interrogatories**.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the CM/ECF system.

This 15th day of September, 2021.

>  /s/ Cary Ichter
> CARY ICHTER
> Georgia Bar No. 382515
> **ICHTER DAVIS LLC**
> 3340 Peachtree Road NE, Suite 1530
> Atlanta, Georgia 30326

Tel.: 404.869.7600
cichter@ichterdavis.com

*Attorney for Megan Missett, Ricardo Davis, Laura Digges and William Digges*