IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*  *Plaintiffs*,  v.  BRAD RAFFENSPERGER, *et al.*,  *Defendants*. | CIVIL ACTION  FILE NO. 1:17-cv-2989-AT |

**STATE DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME**

Coalition Plaintiffs filed a Motion to Sever, Grant Motion for Attorney's Fees, Grant Motion for Sanctions, and Enter Final Judgment on Severed Claims on October 6, 2021. State Defendants' have until Wednesday, October 20, 2021 to file a response. This response date is in the middle of State Defendants' depositions of other plaintiffs in this case: Jeffrey Schoenberg, Donna Curling, and Donna Price. Further, October 20 is shortly before State Defendants' deadline for completing discovery productions and privilege log.

For the foregoing reasons, State Defendants request an extension of time of 12 days, until November 1, 2021. State Defendants request this extension to help alleviate these significant time constraints. The delay responding to Coalition Plaintiffs' Motion should not prejudice Plaintiffs or

burden the Court in relation to this case. Counsel for State Defendants has conferred with Coalition Plaintiffs' counsel regarding this request, and they do not object to an extension of time for State Defendants to file their response to the Motion no later than November 1, 2021.

A proposed order granting this extension is attached.

Respectfully submitted this 15th day of October 2021.

                              */s/Carey A. Miller*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander F. Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com

>James A. Balli
>Georgia Bar No. 035828
>jballi@taylorenglish.com
>R. Dal Burton
>Georgia Bar No. 097890
>dburton@taylorenglish.com
>Diane F. LaRoss
>Georgia Bar No. 430830
>dlaross@taylorenglish.com
>Bryan F. Jacoutot
>Georgia Bar No. 668272
>bjacoutot@taylorenglish.com
>Loree Anne Paradise
>Georgia Bar No. 382202
>lparadise@taylorenglish.com
>TAYLOR ENGLISH DUMA LLP
>1600 Parkwood Circle, Suite 200
>Atlanta, GA 30339
>Telephone: 678-336-7249
>
>*Counsel for State Defendants*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Motion for Extension of Time has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Motion has been prepared using 13-pt Century Schoolbook font.

*/s/ Carey A. Miller*
Carey A. Miller