IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

## [PROPOSED]

## ORDER ON STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Having reviewed State Defendants' Unopposed Motion for Extension of Time, and for good cause shown, the Court GRANTS State Defendants' motion. State Defendants' response to Coalition Plaintiffs' Motion to Sever, Grant Motion for Attorney's Fees, Grant Motion for Sanctions, and Enter Final Judgment on Severed Claims, Doc. 1182-1, is due on or before November 1, 2021.State Defendants shall file their response brief on Monday, November 1, 2021.

SO ORDERED, THIS _____ day of October, 2021.

_____
U.S. District Judge Amy Totenberg

Order Prepared by:

*/s/Carey A. Miller*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander F. Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255