**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY</u>

Pursuant to Local Rule 5.4 the undersigned certifies that the following discovery documents were served on counsel by email on October 15, 2021:

**(1)    Coalition Plaintiffs' Third Requests for Production of Documents to Fulton County Defendants; and**

**(2)    Coalition Plaintiffs' Supplemental Requests for Production of Documents to State Defendants (October 15, 2021).**

This Certificate has been prepared in accordance with the  requirements of LR 5.1 and served on all counsel via the CM/ECF system.

This 18th day of October, 2021.

*/s/ Cary Ichter*  _____
CARY ICHTER
Georgia Bar No. 382515

ICHTER DAVIS LLC
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
cichter@ichterdavis.com

*Attorney for Coalition Plaintiffs - Megan Missett, Ricardo Davis, Laura Digges and William Digges*