# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **DONNA CURLING, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE NO. 1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that the following discovery documents were served on counsel by email on October 19, 2021: **Coalition Plaintiffs' Fourth Requests for Production of Documents to Fulton County Defendants.**

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the CM/ECF system.

This 19th day of October, 2021.

                                              */s/ Cary Ichter*
                                              CARY ICHTER
                                              Georgia Bar No. 382515

2

**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
cichter@ichterdavis.com

*Attorney for Coalition Plaintiffs - Megan Missett, Ricardo Davis, Laura Digges and William Digges*