# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that the following discovery documents were served on counsel by email on October 21, 2021:

(1)     Plaintiff William Digges, III's First Continuing Interrogatories to Secretary of State; and

(2)     Plaintiff William Digges, III's First Continuing Interrogatories to Fulton County Defendants.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the CM/ECF system.

This 21st day of October, 2021.

                                */s/ Cary Ichter*
                                CARY ICHTER
                                Georgia Bar No. 382515
                                **ICHTER DAVIS LLC**
                                3340 Peachtree Road NE, Suite 1530
                                Atlanta, Georgia 30326
                                Tel.: 404.869.7600
                                cichter@ichterdavis.com

                                *Attorney for Megan Missett, Ricardo Davis, Laura Digges and William Digges, III*