# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 10/20/2021.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 5:00 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 1:00                      DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger<br>David Cross representing Donna Curling<br>Carey Miller representing The State Election Board<br>Vincent Russo representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | On October 20, 2021, the Court held a telephone conference with the parties counsel concerning a deposition dispute. The Court directed the Curling Plaintiffs to submit affidavits by October 21, 2021 at 1pm to support their contention that answering deposition questions regarding their individual election advocacy would quell their advocacy and infringe on their First Amendment rights. The Court further directed the Curling Plaintiffs to respond to or address the alternative methods of mitigating the Plaintiffs First Amendment concerns that were proposed by the Defendants during the conference in a cover submission. The Court then directed the Defendants to submit objections and responses to the Curling Plaintiffs submissions by October 22, 2021 at noon and to clarify their compelling reason for requesting information regarding individual election advocacy from the Curling Plaintiffs. |
| HEARING STATUS: | Hearing Concluded |