# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE OF MELANIE L. JOHNSON

COMES NOW Melanie L. Johnson of the law firm of Robbins Alloy Belinfante Littlefield LLC, 500 14th Street., N.W., Atlanta, Georgia 30318, and hereby enters her appearance as additional counsel for the Secretary of State (Brad Raffensperger), the State Election Board, and individual State Election Board members (Rebecca Sullivan, Sarah Tindall Ghazal, Matthew Mashburn, and Anh Lee), and request that she be added to the docket as counsel for said defendants. Please direct all further pleadings, notices, orders, and other matters to her at the address below.

This 1st day of November, 2021.

>/s/ *Melanie L. Johnson*
>Melanie L. Johnson
>Georgia Bar No. 466756
>mjohnson@robbinsfirm.com
>Robbins Alloy Belinfante Littlefield LLC
>500 14th Street, NW
>Atlanta, GA 30318
>Telephone: (678) 701-9381
>Facsimile: (404) 856-3255

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Melanie L. Johnson*
Melanie L. Johnson

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF APPEARANCE OF MELANIE L. JOHNSON** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 1st day of November, 2021.

*/s/ Melanie L. Johnson*
Melanie L. Johnson