womblebonddickinson.com



Womble Bond Dickinson (US) LLP

**November 2, 2021**

271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

Mr. Harry Martin, Courtroom Deputy Clerk
   to the Honorable Amy Totenberg
United States District Court
75 Spring Street, S.W., Chambers 2388
Atlanta, GA  30303

t:  404.872.7000
f:  404.888.7490

Re: *Donna Curling, et al. v. Brad Raffensperger, et al.*; United States District Court for the Northern District of Georgia, Atlanta Division; Civil Action No. 1:17-cv-02989-AT

James E. Connelly
Direct Dial:  (404) 888-7496
Direct Fax:  (404) 879-2928
E-mail: james.connelly@wbd-us.com

Dear Mr. Martin:

   This Firm and the undersigned represent non-party Fortalice Solutions, LLC ("Fortalice") with regard to subpoenas served upon Fortalice by Plaintiffs in the above-captioned action.

   Pursuant to Local Rule 83.1(E)(3), please be advised that I plan to be out of the state and away from my law practice for the time period of

- **Monday, November 22 through and including Friday, November 26, 2021**

   By copy of this letter, I hereby give notice of this leave of absence to all counsel of record.

   I hereby verify that no hearing or other conference is currently scheduled with regard to Fortalice in this case during the time period for which I am seeking leave, and I request that no hearing or other conference with regard to Fortalice be scheduled for this time period.

   Thank you for your consideration of this matter.

Sincerely,

**Womble Bond Dickinson (US) LLP**

*James E. Connelly*

James E. Connelly

JEC:lmp

cc: Halsey G. Knapp, Jr.
    Adam M. Sparks

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/legal notices for further details.

WBD (US) 54649590v1