# ROBERT MCGUIRE
# LAW FIRM

| **WASHINGTON:** | **COLORADO:** |
|---|---|
| 113 Cherry St. #86685 | 1624 Market St. Ste. 226 #86685 |
| Seattle, Washington  98104-2205 | Denver, Colorado  80202-2523 |

www.lawram.com

November 8, 2021

**Via CM/ECF FILING**

Mr. Harry Martin
Courtroom Deputy Clerk for
The Honorable Amy Totenberg
2388 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:    *Curling v. Kemp*, No. 1:17-cv-02989-AT
             <u>Request for Leave of Absence Less Than 21 Days</u>

Dear Mr. Martin:

I am presently appearing in the above matter as co-counsel for Plaintiff Coalition for Good Governance.

Pursuant to Local Rule 83.1(E)(3) NDGa and Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II.(c)(iii), I write to advise that I will be absent from work and unavailable during the following periods, each less than twenty-one days:

- **December 2–11, 2021—out of office (travel)**

I respectfully request that this case not be calendared during these dates.

Please contact me with any questions you may have.

T/F (Seattle): (253) 267-8530 • T/F (Denver): (720) 420-1395 • Email: ram@lawram.com

Mr. Harry Martin
Re: Request for Additional Leave of Absence Less Than 21 Days
November 8, 2021
Page 2

        Very truly yours,

        */s/ Robert Alexander McGuire, III*
        ROBERT ALEXANDER MCGUIRE, III
        Admitted Pro Hac Vice (ECF No. 125)
        Washington Bar No. 50649

ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, WA 98104-2205
T: (253) 267-8530
Email: ram@lawram.com

        */s/ Bruce P. Brown*
        Bruce P. Brown
        Georgia Bar No. 064460

BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 386-6856

        *Attorneys for Plaintiff Coalition for Good Governance*

Cc (by service): Counsel of record (via CM/ECF only).