IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**COALITION PLAINTIFFS'**
**NOTICE OF INTENT TO SERVE SUBPOENA - BOARD OF ELECTIONS AND VOTER REGISTRATION OF COBB COUNTY**

Pursuant to Rule 45(a) of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett ("Coalition Plaintiffs") hereby notify all parties that they intend to serve a subpoena on Jane Eveler – Elections Director, Cobb County Board of Elections and Voter Registration, commanding production of the documents, electronically stored information, and/or objects as set forth in the Subpoena and Attachment "A", appended hereto as **Exhibit 1**.

This 8th day of November, 2021.

Respectfully submitted,

*/s/ Cary Ichter*
CARY ICHTER

1

Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com

*Attorneys for Plaintiffs William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## CERTIFICATES OF SERVICE AND COMPLIANCE

I hereby certify that on November 8, 2021, I filed a true and correct copy of the foregoing **COALITION PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA**, on counsel of record with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

I hereby further certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515