IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING**
<u>**CURLING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL CURLING PLAINTIFFS' STATEMENT REGARDING ASSOCIATIONAL PRIVILEGE IN RESPONSE TO OCTOBER 20, 2021 TELECONFERENCE AND DECLARATIONS IN SUPPORT THEREOF**</u>

This matter comes before the Court on Curling Plaintiffs' Motion for Leave to File Under Seal Curling Plaintiffs' Statement Regarding Associational Privilege in Response to October 20, 2021 Teleconference and Declarations in Support Thereof. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that the Curling Plaintiffs' Motion is **GRANTED**.

1

**IT IS SO ORDERED** this _____ day of November, 2021.


_____
U.S. District Court Judge Amy Totenberg