# EXHIBIT 2

Inquiries > **Absentee Ballots**

## Inquiry - Voter Absentee Ballots

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| PRICE | ■ | ■ | ■ | SD | | ■ |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 11/02/2021--NOVEMBER 2, 2021 GENERAL/SPECIAL ELECTION | 08/27/2021 | MAILED BALLOT | ■ | | SD | ■ | |
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 01/27/2020 | MAILED BALLOT | ■ | 12/14/2020 | SD | ■ | ACCEPTED |
| 12/01/2020--DECEMBER 1, 2020 STATE GENERAL/SPECIAL RUNOFF | 01/27/2020 | MAILED BALLOT | ■ | | SD | ■ | |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 01/27/2020 | MAILED BALLOT | ■ | 10/17/2020 | SD | ■ | ACCEPTED |
| 08/11/2020--AUGUST 11, 2020 GEN. PRI. RO/GEN. NP R0/SPEC. RO EL | 01/27/2020 | MAILED BALLOT | ■ | | SD | ■ | |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 01/27/2020 | MAILED BALLOT | ■ | | SD | ■ | |
| 03/24/2020--MARCH 24, 2020 PPP/SPECIAL ELECTION | 01/27/2020 | MAILED BALLOT | ■ | 02/21/2020 | SD | ■ | ACCEPTED |
| 11/05/2019--NOVEMBER 5, 2019 GENERAL/SPECIAL ELECTION | 10/09/2019 | MAILED BALLOT | ■ | 10/21/2019 | SD | ■ | ACCEPTED |
| 12/04/2018--DECEMBER 4, 2018 STATE AND LOCAL ELECTION RUNOFF | 11/28/2018 | MAILED BALLOT | ■ | 12/04/2018 | SD | ■ | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 09/20/2018 | MAILED BALLOT | ■ | 10/11/2018 | SD | ■ | ACCEPTED |

Previous