# EXHIBIT 4

ROUGH DRAFT              1

1                ROUGH DRAFT - UNCERTIFIED

2

3    This transcript is an UNCERTIFIED ROUGH DRAFT

4    TRANSCRIPT.  It contains raw output from the court

5    reporter's stenotype machine translated into

6    English by the court reporter's computer, without

7    the benefit of proofreading. It will contain

8    untranslated steno outlines, mistranslations (wrong

9    words), and misspellings.  These and any other

10   errors will be corrected in the final transcript.

11   Since this rough draft transcript has not been

12   proofread, the court reporter cannot assume

13   responsibility for any errors therein.  This rough

14   draft transcript is intended to assist attorneys in

15   their case preparation and is not to be construed

16   as the final transcript.  It is not to be read by

17   the witness or quoted in any pleading or for any

18   other purpose and may not be filed with any court.

19

20

21

22

1    Q.  As a member of the State Election Board do
2    you find it important to know that Georgia's
3    election system is not vulnerable to being hacked
4    by unauthorized third parties?
5        MS. LaROSS:  I have the same objection as
6    the last question.
7    A.  I'm not an IT expert.  I cannot speak to
8    the technical components of the system, but I can
9    say that, yes, it's very important that it is
10   secure and, again, I believe that our current
11   system is holding up very well.
12   Q.  As a member of the State Election Board
13   would you support the use of an election system
14   that could be hacked in a few minutes by a voter in
15   the voting booth?
16       MS. LaROSS:  Object to the form of the
17   question with the same objections on the last two
18   questions.
19   A.  Again, the answer -- the question seems to
20   suggest that I'm an IT person who would know the
21   technology side of the components of these
22   machines.  Again, back to the previous question,

ROUGH DRAFT            20

1  I'll reiterate that secure and fair elections are

2  very important as a State Election Board member,

3  and those are issues, security would be absolute

4  paramount.  So yes, it's an important thought that

5  I always hold in the forefront as I proceed in

6  anything I do when it comes to elections.

7       Q.  Thank you.

8          I just want to focus on this question in

9  particular.  I completely understand that you're

10 not an IT expert, but as a member of the State

11 Election Board which has a role in rules

12 promulgation for running Georgia elections, would

13 you support the use of an election system that

14 could be hacked in a few minutes by a voter in the

15 voting booth?

16         MS. LaROSS:  Object to the form of the

17 question.  It's the same objections I had to the

18 previous questions.

19      A.  So the hypothetical is based on the fact

20 that there are provable evidence in front of me

21 that a certain system is not secure.  If that's the

22 case, no.  If there's provable evidence in front of

1  me that points to -- that establishes that clearly,

2  then as a hypothetical I would not support

3  something like that.

4      Q. Thank you.

5         Are you familiar with BMD's?

6      A. I'm familiar from the standpoint of seeing

7  it and have used it as a voter.

8      Q. Do you know how they work?

9      A. As a voter, yes.

10     Q. Do you know what company manufactures the

11 BMD's?

12     A. I believe it's Dominion.

13     Q. Have you interacted at all with Dominion?

14     A. No.

15     Q. So as a member of the State Election Board

16 you have not communicated with Dominion in any way?

17     A. No.

18     Q. Have you inspected one of the BMD machines

19 before?

20     A. When I joined the board there was a

21 training session or a display, and I stepped into

22 one of them after one of the meetings -- hearings

ROUGH DRAFT            31

1    MS. WIESEBRON: Yeah. That would be
2  great. Thank you.
3    MS. LaROSS: Okay.
4    A. I'm sorry. Can you repeat the question?
5    Q. Sure.
6       Would you support the use of election
7  equipment that could be hacked in such a way that
8  both the QR codes and human readable text could be
9  altered?
10   MS. LaROSS: Objection as to form.
11   A. If you were to have evidence in front of
12 me or if I see evidence that it is, you know, not
13 secure, then no, I would not -- that's a
14 hypothetical and under the hypothetical question if
15 I had those facts in front of me, no.
16   Q. Okay.
17      Do you believe it is important to voters
18 to be able to verify that their ballots accurately
19 reflect their votes.
20   MS. LaROSS: Objection as to form.
21   A. Do I believe that it's important that
22 voters can verify; is that the question? I'm

1          MS. WIESEBRON:  Sure.  No problem.

2          THE VIDEOGRAPHER:  We're going off the

3   record.  The time is 3:07 p.m.

4              (A short break was had.)

5          THE VIDEOGRAPHER:  We're back on the

6   record.  The time is 3:19 p.m.

7   BY MS. WIESEBRON:

8       Q.  Are you aware that both parties in this

9   litigation have hired experts?

10      A.  No, I'm not aware.

11      Q.  Are you aware that Curling Plaintiffs

12  hired Dr. Alex Halderman as an expert?

13      A.  No, I'm not.

14      Q.  Are you aware that Dr. Halderman has

15  examined Georgia's voting equipment?

16      A.  No, I'm not.

17      Q.  Are you aware that he found Georgia's

18  voting equipment can be hacked in numerous ways?

19         MS. LaROSS:  Objection as to form.

20      A.  No, I'm not aware.

21      Q.  Are you aware that he found that at least

22  one of those hacks can be implemented by a voter in

ROUGH DRAFT            50

1   the voting booth in a couple of minutes?

2        MS. LaROSS:  Objection as to form.

3    A.  No, I'm not aware.

4    Q.  Are you aware that the election security

5   expert the State retained to respond to

6   Dr. Halderman's report testified under oath that he

7   does not dispute Dr. Halderman's findings that the

8   equipment can be hacked?

9        MS. LaROSS:  Objection as to form.

10   A.  I'm not aware.

11   Q.  Are you aware that the election security

12   expert the State retained to respond to

13   Dr. Halderman's report testified to the following

14   under oath:  "In fact, if I was asked a question we

15   need to have someone evaluate the security of it to

16   find vulnerabilities, at the top of my list would

17   be Andrea Powell and Dr. Halderman.  That's where I

18   would start."

19        MS. LaROSS:  Objection as to form.

20   A.  I'm not aware.

21   Q.  Are you aware that the State has admitted

22   that it has taken no measures to address the many

1  findings Dr. Halderman found with Georgia's voting

2  equipment?

3       MS. LaROSS: Objection as to form.

4   A. I'm not aware.

5   Q. Does that affect your confidence in

6  Georgia's voting equipment?

7       MS. LaROSS: Objection as to form.

8   A. I think I need to know more about it. In

9  these questions format it's hard to say without

10  knowing the substantive and reviewing it and

11  understanding it as a deeper level.

12   Q. So just to summarize, does the fact that a

13  top security expert has been admitted to be a top

14  security expert by the State's own security expert

15  has found many vulnerabilities in Georgia's voting

16  system, including the fact that it can be hacked by

17  a voter in a voting booth in less than a few

18  minutes, does that affect your confidence in

19  Georgia's voting system?

20       MS. LaROSS: I be to the form of the

21  question.

22   A. I think in fairness if I could, you

1  know -- if there were an opportunity to look at it,

2  study it, and understand it for myself how it was

3  all written and presented and tested, then I think

4  I would look at from those lens, but in a Q and A

5  format, you know, I don't know anything about it

6  like I mentioned.  So it's hard to formulate an

7  opinion without knowing more.

8      Q.  Understood.

9          Have you asked to see the expert's report

10  in this case?

11         MS. LaROSS:  Objection as to form.

12      A.  I didn't know about it to ask, no.

13      Q.  Okay.

14          Are you aware that we, Curling Plaintiffs,

15  have asked the Secretary of State's office

16  attorneys to provide a proposal to allow the

17  Secretary of State and the State Election Board to

18  access some or all of Mr. Halderman's sealed

19  report?

20         MS. LaROSS:  Objection as to form.

21      A.  I'm not aware.

22      Q.  Okay.  But if the report was made

1  accessible, you'd like to read it, right?

2         MS. LaROSS: Objection as to form.

3     A. If it were made available, I would read

4  it.

5     Q. After this deposition concludes, perhaps

6  not immediately after, but in the near future are

7  you going to ask to read Mr. Halderman's report?

8         MS. LaROSS: Objection as to form.

9     A. You mentioned a question or two ago that

10  it was sealed. And so I would allow the Secretary

11  of State's office the time it needs to do what it

12  needs to do, but if it's unsealed and made

13  available, I would read it.

14     Q. Okay. And would you express to the

15  Secretary of State your interest in reading it?

16         MS. LaROSS: Objection as to form.

17     A. I mentioned that if it's made available I

18  would read it.

19     Q. Are you concern at all sitting here today

20  that there's been a report made by a top security

21  expert about the vulnerabilities to Georgia's

22  voting equipment and you have not been made aware

1   of the existence of this report?

2        MS. LaROSS:  Objection as to form.

3        A.  Let me rephrase my answer.  I would like

4   to read it if it's made available.  I'm only

5   knowing about it now and the fact that it's sealed

6   as you mentioned, if it were made available, I

7   would like to read it, yes.

8        Q.  Okay.

9           I guess my question is a little bit

10  different.  So I'm just try to rephrase it.

11       A.  Okay.

12       Q.  Sitting here today as a member of the

13  State Election Board, you know, who's been given

14  the responsibility to promulgate rules, regulations

15  about elections in Georgia, are you concerned about

16  the fact that there has been a report made that

17  discusses vulnerabilities to election -- to

18  Georgia's election system that if we had not been

19  sitting here today perhaps you would not even know

20  the existence of?

21           MS. LaROSS:  Objection to the form of the

22  question.

1    A. So I will mention again I would like to
2  read it.
3    Q. Okay.
4       So are you aware of audits being conducted
5  concerning Georgia's elections?
6    A. To the extent they're in the newspapers.
7    Q. In your role as a member of the State
8  Election Board do you have any role in deciding
9  whether election audits should take place?
10   A. No. We have not -- no.
11   Q. And are you -- as a member of the State
12 Election Board are audit results shared with you?
13   A. I've not had an audit result shared with
14 me as a State Election Board member. You know, the
15 audits are, as I mentioned, what I hear in the
16 papers.
17   Q. So do you not discuss election audits with
18 the Secretary of State?
19      MS. LaROSS: Objection as to form.
20   A. My discussions with elections have been on
21 record at these meetings.
22   Q. Okay. And do audits come up as a topic of

1	A.  The elections, the votes.

2	Q.  I guess the difficulty here is that, you

3	know, as we discussed earlier, the paper receipts

4	have both a QR code and the human readable text,

5	correct?

6	A.  Uh-huh.  Yes.

7	Q.  And the QR code reflects what the voter

8	voted as recorded by the machine, correct?

9	A.  Yes.

10	Q.  Okay.  So my question is when you're

11	saying that, you know, they're counting and they're

12	comparing the numbers, what exactly are they --

13	which numbers are they comparing to?  Are they

14	comparing the QR codes or are they comparing the

15	human readable text?

16	    MS. LaROSS:  Objection as to form.

17	A.  Again, I've not been trained to handle an

18	audit through these machines.  So I don't know the

19	technicalities, but it's my understanding that the

20	tallies of the votes are -- they run it through and

21	compare the counts against the process and they

22	count it again.  And if the numbers match up, then

1  that's a verification.

2      Q. Okay. I guess I'm just trying to

3  understand which numbers exactly we're talking

4  about.

5      A. Okay.

6      Q. You know, there's a lot of different

7  things that could be counted, right?

8      A. Uh-huh.

9      Q. So do you know whether the individual

10  paper ballots with human readable text are compared

11  to individual votes casted by using a machine?

12         MS. LaROSS: Objection as to form.

13      A. I've not gone through an audit. I don't

14  know the exact procedures of how that's all carried

15  out through these new machines.

16      Q. Okay. So has the State Election Board

17  discussed at all procedures or rules applying to

18  how audits should be conducted?

19      A. I don't recall a specific -- I believe we

20  discussed it and if we have it's on record, but in

21  terms of, you know, the actual pieces of paper to

22  the BMD's, I don't recall that specific. But it

1   able to pick up on that? I believe that's more of

2   a technology question. I don't know I can answer

3   that question. I don't think -- I can't answer

4   that question because it would require some

5   technical knowledge of how the technology works to

6   pick up a tampering.

7        Q. Yeah. I guess do you know whether the

8   audits tabulate -- or recount one by one the votes

9   as casted in the machine compared to the human

10  readable text?

11          MS. LaROSS: Objection as to form.

12       A. I don't know the technology behind how the

13  machine does that.

14       Q. Okay. But you're not aware that for an

15  audit we verify one -- we compare the vote as

16  casted on the machine to the individual paper

17  receipt?

18          MS. LaROSS: Objection as to form.

19       A. Again, I don't know how the machine does

20  that technology wise.

21       Q. Okay. The purpose of an audit is to

22  verify that the votes have been accurately counted;

1   those options are available.  So, you know, if in

2   person is the preferred choice, then I think that's

3   important.  If by mail is the choice, then that's

4   important.

5       Q.  You mentioned -- you mentioned shopping.

6   Do you think that -- is there something special

7   about voting in person that might be different than

8   shopping in person?

9       A.  I don't mean to trivialize it in any way

10  at all.  I guess what I was trying to exercise is

11  especially in these times what makes a person

12  comfortable in exercising a person's right, in my

13  case I like to have the option, and for that reason

14  it's important.

15      Q.  If you found out after an election that

16  your vote had not been counted, would that concern

17  you?

18      A.  Yes.

19      Q.  Why is that?

20      A.  Because I voted.

21      Q.  And so why would that concern you if your

22  vote had not been counted?

ROUGH DRAFT				77

1		MS. LaROSS:  Objection as to form.
2	A.  I don't know how to answer that question.
3	Because I voted and it didn't count.
4	Q.  Right.  I guess I'm just trying to --
5	trying to understand -- unpack why you find that
6	important.  I apologize if it, you know, seems like
7	a self-evident question.
8	A.  No, you don't have to apologize.  I'm
9	trying to answer.  I apologize if it doesn't sound
10	like I'm trying to answer, but I just don't know
11	how to answer any other way.  I voted and I expect
12	it to count.  So I'm not quite sure that we're
13	probably -- you asked me would it concern you, and
14	that's the reason why I'm concerned.  I voted and
15	it's not there.
16	Q.  Is it perhaps because it's important to
17	you that your vote is properly counted as part of
18	being in a democracy?
19		MS. LaROSS:  Objection as to form.
20	A.  Yes.
21	Q.  Okay.
22		And what if your vote had been counted for

1  how would you want to be assured of that?

2      A.  I guess from my perspective I want to

3  understand the technology end of it, how that

4  works, right.  So if I can understand how memory

5  cards work as it relates to the old machine and how

6  it works as relates to the new machine and what

7  does it really contain and how does it get picked

8  up and read, I think just understanding the

9  technology of it would help me understand how this

10  works and if it were to be cleaned or sanitized for

11  new elections and how that would work, right.  So

12  I'd just want to understand the mechanics of it and

13  the technology end of it.

14      Q.  Has anyone with technical expertise

15  provided a presentation to you and other State

16  Election Board members about how some of these

17  technological components of Georgia's current

18  election system works?

19      A.  No.  We're not IT people.  So --

20      Q.  But you make rules that involve IT, right?

21      A.  I guess the BMD's are IT.  So yes, but --

22      Q.  Sorry.  Go ahead.

1    A. Oh, no. Yeah, we make rules affecting the

2    processes that involve technology, but I don't have

3    the in depth understanding the way an IT person

4    would of any person or technology. I'm not an IT

5    person.

6    Q. So if we look at actually the next page,

7    page 3.

8    A. Uh-huh.

9    Q. There's a proposed rule in the middle of

10   page, 183-1-12.08, called "Logic and accuracy

11   testing."

12   A. Uh-huh.

13   Q. Do you see that?

14   A. Oh, yeah. Uh-huh. I see it listed there.

15   Q. Do you recall what that rule was about?

16   A. May I know what logic and accuracy testing

17   is I would have to ask you to pull the minutes up

18   for me to look at it, but yes, I know what logic

19   and accuracy testing is generally.

20   Q. Unfortunately, these are all the details

21   we have available, you know, publicly.

22   A. Okay.