# EXHIBIT 6

UNCERTIFIED ROUGH DRAFT REBECCA SULLIVAN 110521  4

1  Deposition of witness name
   date
2
3      (Reporter disclosure made pursuant to
4   Article 8.B of the Rules and Regulations of the
5   Board of Court Reporting of the Judicial
6   Council of Georgia.)
7      VIDEOGRAPHER:  We are on the record.  The
8   time is 2:03 p.m. on -- on November 5, 2021,
9   and this is the beginning of the video
10  deposition for Rebecca Sullivan.
11     MS. ELSON:  This is Hannah Elson.  I'm
12  here representing Curling plaintiffs from
13  Morrison & Foerster.  I'm joined by my
14  colleague Veronica Ascarrunz also from
15  Morrison & Foerster.
16     MR. MILLER:  This is Carey Miller here on
17  behalf of the state defendants.  We'll be here
18  defending this deposition on behalf of my
19  client state election board member Rebecca
20  Sullivan.  I don't believe we have any others
21  in the room at the moment from our side this
22  is.
23     MS. ROWAN:  Nancy Rowan from the office of
24  the county attorney here on behalf of Fulton
25  County bored board of registration and election

UNCERTIFIED ROUGH DRAFT REBECCA SULLIVAN 110521    30

1  Q. Have audits ever come up at state election

2  board meetings?

3  A. We have passed a rule regarding audits.

4  Q. Do you discuss audits with the secretary

5  of state's office?

6  A. I don't recall any specific discussions

7  with the secretary of state's office regarding that

8  topic.

9  Q. You mentioned an RLA audit.

10     Can you explain step by step how that

11  works?

12     MR. MILLER: Objection. Lack of

13     foundation. Ms. Sullivan is not testifying as

14     an expert.

15     THE WITNESS: No, I cannot.

16  BY MS. ELSON:

17  Q. What do you understand the difference to

18  be between an audit and a recount under Georgia law?

19     MR. MILLER: Objection. Calls for a legal

20     conclusion.

21     THE WITNESS: My understanding is that a

22     recount is something that a candidate is

23     entitled to request if there is a certain

24     percentage difference between the votes and

25     that recount is conducted under rule by

UNCERTIFIED ROUGH DRAFT REBECCA SULLIVAN 110521  31

1   scanning versus a risk limiting audit which is

2   a manual hand recount and is something that's

3   set forth in the law to be required on a

4   periodic basis.

5   BY MS. ELSON:

6       Q.  So a risk limiting audit is conducted by

7   hand?

8       A.  That is my understanding.

9       Q.  And what exactly is tabulated by hand

10  during a risk limiting audit?

11      A.  The votes.

12      Q.  Given that in this case there are two

13  pieces of the printed paper, can you be more

14  specific when you say "the vote"?

15      A.  I'm sorry.  I didn't understand your

16  question about two pieces of paper.

17      Q.  Yeah.  That was -- I misspoke.

18          Given in this case that there are two

19  pieces of information on each ballot, a portion of

20  text and a QR code, can you detail what you mean by

21  "the vote"?

22      A.  In a risk limiting audit, they're counting

23  the printed text is my understanding.

24      Q.  Okay.  Does the risk limiting audit ever

25  compare the printed text on a ballot to the QR code

UNCERTIFIED ROUGH DRAFT REBECCA SULLIVAN 110521   32

1   on that same ballot?

2       A.  I am not an expert on risk limiting

3   audits.

4       Q.  So as a state election board member, you

5   don't know whether during a risk limiting audit, the

6   printed text on the ballot is compared to the QR

7   code on that ballot?

8           MR. MILLER:  Object to form.

9           THE WITNESS:  I mean, I believe that there

10      is -- I don't know specifically what you're

11      asking me.

12   BY MS. ELSON:

13      Q.  During a risk limiting audit -- strike

14   that.

15          If a QR code was changed from what the

16   voter selected, would a risk limiting audit be able

17   to pick up on that change?

18          MR. MILLER:  Objection.  Calls for

19      speculation.

20          THE WITNESS:  I'm sorry.  Could you

21      rephrase your question?

22   BY MS. ELSON:

23      Q.  If somehow a QR code reflected something

24   differently than the human readable portion of a

25   voter's ballot, would a risk limiting audit be able

UNCERTIFIED ROUGH DRAFT REBECCA SULLIVAN 110521  33

1   to detect that discrepancy?

2           MR. MILLER:  Same objection.

3           THE WITNESS:  I think you're -- you're

4   getting into technical issues which I don't

5   have any real knowledge of.  I am not an expert

6   regarding QR codes.

7   BY MS. ELSON:

8       Q.  Do you think it's important that each

9   voter's vote is counted when they cast a ballot in

10  the Georgia election?

11          MR. MILLER:  Object to form.

12          THE WITNESS:  Yeah.

13  BY MS. ELSON:

14      Q.  And is there any mechanism available in

15  Georgia for a voter to be sure that their vote is

16  counted as they cast it?

17      A.  They can review the printed text on their

18  ballot and be -- I think that can be safe that their

19  vote is counted.

20      Q.  And can you say more about what you mean

21  when you say "they can be sure -- or they can be

22  safe -- it's safe that their vote was counted"?

23      A.  We don't have any reason to believe in

24  Georgia that the vote that is the printed ballot is

25  not what is couldn't -- the -- the vote as reflected

UNCERTIFIED ROUGH DRAFT REBECCA SULLIVAN 110521  37

1   entitled to vote should be able to cast their vote.

2       Q.  Would you be concerned if you were forced

3   to vote by a mail-in ballot in Georgia?

4          MR. MILLER:  Object to form.

5          THE WITNESS:  If I were -- I have a hard

6    time spec -- I mean, you're asking me a very

7    speculative thing.  I cannot imagine a

8    situation where I was forced to vote by an

9    absentee ballot.

10  BY MS. ELSON:

11      Q.  If you found out after an election that

12  your particular vote had not been counted, would you

13  find that concerning?

14          MR. MILLER:  Objection.  Calls for legal

15    conclusion.  Excuse me.  Calls for speculation.

16          THE WITNESS:  Would I find it concerning

17    if my vote was not counted?

18  BY MS. ELSON:

19      Q.  Yes.

20      A.  Yes, I would be concerned if my vote was

21  not counted if it was legally and appropriately

22  voted.

23      Q.  And a couple of questions about

24  hand-marked paper ballots.

25          Would you use ballot marking devices that

UNCERTIFIED ROUGH DRAFT REBECCA SULLIVAN 110521  47

1    A.  How about five.

2    Q.  That's five?

3        VIDEOGRAPHER:  Sorry.  Off record 25:35.

4        (Off the record.)

5        VIDEOGRAPHER:  We're back on the record.

6    The time is 3:02.

7    BY MS. ELSON:

8    Q.  All right.  Are you aware that an expert

9    in this case named Alex Halderman has examined

10   Georgia's voting equipment and issued a report about

11   it?

12   A.  I have heard that.

13   Q.  What do you know about that report or what

14   have you heard about it?

15   A.  I just know that it has been done.

16   Q.  Have you read about Dr. Halderman's public

17   reply or his declarations?

18   A.  I have not.

19   Q.  Have you heard news reports covering

20   Dr. Halderman's work?

21   A.  I don't have any knowledge of his work,

22   no.

23   Q.  If you were to hear that Dr. Halderman

24   found that Georgia's current election system can be

25   hacked in numerous ways, would that concern you?

UNCERTIFIED ROUGH DRAFT REBECCA SULLIVAN 110521  48

1    MR. MILLER:  Object to form.

2    THE WITNESS:  I don't have any specific

3    knowledge of his report and do not feel like

4    it's appropriate to comment on that.

5  BY MS. ELSON:

6    Q.  Would it concern you if a cyber security

7  expert were to tell you that they examined Georgia's

8  election system and found that it could be hacked?

9    MR. MILLER:  Objection.  Calls for

10    speculation.

11    THE WITNESS:  I would certainly want to

12    know the circumstances of that and I don't have

13    the circumstances of that.

14  BY MS. ELSON:

15    Q.  Has the state election board taken any

16  action to learn more information about

17  Dr. Halderman's report?

18    MR. MILLER:  Objection.  Relevance.

19    THE WITNESS:  I have not, no.

20  BY MS. ELSON:

21    Q.  Have other state election board members,

22  to your understanding?

23    A.  I don't know.

24    Q.  Would you like to know more information

25  about the vulnerabilities that Dr. Halderman found?

UNCERTIFIED ROUGH DRAFT REBECCA SULLIVAN 110521  49

1      MR. MILLER:  Object to form.

2      THE WITNESS:  I'm sorry.  Would I like to

3    know more about it?

4    BY MS. ELSON:

5      Q.  Yes.

6      A.  It is -- it is good generally for the

7    board to be aware of things regarding the election

8    system that we can effect by changes through rules.

9    If there are rules that we can pass make better

10   security, I think that is always a good thing.

11     Q.  Do you think that having information about

12   security vulnerabilities in the election system

13   would assist the state election board in

14   promulgating rules related to security?

15     MR. MILLER:  Object to form.

16     THE WITNESS:  We're speaking

17   speculatively.  I think that would depend on

18   what kind of concerns they're talking about.

19   BY MS. ELSON:

20     Q.  Are you aware that plaintiffs in this case

21   have asked secretary of state's office to provide a

22   proposal to allow both the secretary of state's

23   office and the state election board to access some

24   of Dr. Halderman's report?

25     MR. MILLER:  Objection.  Form and