# EXHIBIT 7

UNCERTIFIED ROUGH DRAFT SARA TINDALL GHAZAL 1105214

1	Deposition of witness name
	date
2

3	(Reporter disclosure made pursuant to

4	Article 8.B of the Rules and Regulations of the

5	Board of Court Reporting of the Judicial

6	Council of Georgia.)

7	VIDEOGRAPHER:  We are on the record.  The

8	time is 10:13 a.m. on November 5, 2021, and

9	this is the beginning of the video deposition

10	for Sara Ghazal.

11	Would counsel please identify themselves

12	and who they represent for the record.

13	MS. ELSON:  Good morning.  This is Hannah

14	Elson.  I'm here representing Curling

15	plaintiffs from Morrison & Foerster.  I also

16	have Veronica Ascarrunz and Reema Shocair from

17	Morrison & Foerster as well.

18	MR. RUSSO:  Good morning.  This is Vincent

19	Russo with the law firm Robbins Ross Alloy

20	Belinfante Littlefield.  I have with me Carey

21	Miller from our firm.  We represent Ms. Ghazal

22	and the state departments in this case.

23	MS. ROWAN:  Nancy Rowan from the Fulton

24	County office of the attorneys office.  I

25	represent Fulton County Voter registration and

UNCERTIFIED ROUGH DRAFT SARA TINDALL GHAZAL 11052133

1   BY MS. ELSON:

2   Q. To your understanding of audits, the --

3   within a single vote -- let me rephrase.

4      So you stated that audits select a

5   statistically significant sample of ballots to

6   review.

7      Do those audits ever compare within a

8   single ballot that the human readable text matches

9   what is reflected in the QR code?

10     MR. RUSSO: Objection to form.

11     THE WITNESS: Not to the best of my

12     knowledge.

13  BY MS. ELSON:

14  Q. So do audits in Georgia verify whether any

15  one individual's vote was counted accurately?

16     MR. RUSSO: Objection to form.

17     THE WITNESS: Audits verify whether the

18     right person won.

19  BY MS. ELSON:

20  Q. So the answer to the question of whether

21  they verify that any specific vote was counted

22  correctly would be no? Am I misunderstanding?

23  A. No. That -- that is my understanding as

24  well.

25  Q. If a QR code was changed from what the

30

UNCERTIFIED ROUGH DRAFT SARA TINDALL GHAZAL 11052149

1   11:20.

2        (Off the record.)

3        VIDEOGRAPHER: We're back on the record at

4   11:33.

5   BY MS. ELSON:

6        Q. Okay. Ms. Ghazal, in the process of

7   preparing -- or in the process of this litigation,

8   did you collect any documents?

9        A. Personally?

10       Q. To produce in the -- in this case?

11       A. Sure. I -- I reviewed my email inbox

12  because I have only been on the board for a few

13  months, so I can review my by line.

14       Q. Okay. Did you look anywhere else besides

15  your email?

16       A. I did not.

17       Q. All right. Are you aware that an expert

18  in case named Alex Halderman has examined Georgia's

19  voting equipment and issued a report about it?

20       A. Yes.

21       Q. And what do you know about that report?

22       A. I know the report has been sealed and

23  shared only with the attorneys.

24       Q. Have you read about Dr. Halderman's public

25  reply or his declarations?

UNCERTIFIED ROUGH DRAFT SARA TINDALL GHAZAL 11052150

1   A.  I have seen news reports related to it.

2   Q.  And what do those news reports discuss?

3   A.  That one in particular suggested that he

4   was -- that Dr. Halderman was seeking to share the

5   results of his -- his studies with other parties.

6   Q.  Are you aware that he found that Georgia's

7   election system can be hacked in numerous ways?

8       MR. RUSSO:  Objection to form.

9       THE WITNESS:  That is my understanding

10      based on the reporting, yes.

11  BY MS. ELSON:

12  Q.  And are you aware that at least -- he

13  found that at least one of those hacks can be

14  implemented by a voter in the voting booth in just a

15  couple of minutes?

16      MR. RUSSO:  Objection to form.

17      THE WITNESS:  I haven't read the report,

18      so I am not aware of that level of detail.

19  BY MS. ELSON:

20  Q.  Does hearing that concern you?

21  A.  I would have to have much more context.

22  Q.  Has the state election board taken any

23  action to retrieve that context?

24      MR. RUSSO:  Objection to form.

25      THE WITNESS:  To the best of my knowledge,

UNCERTIFIED ROUGH DRAFT SARA TINDALL GHAZAL 11052151

1   no.

2   BY MS. ELSON:

3       Q.  And why have -- why haven't they?

4           MR. RUSSO:  Objection to form.

5           It's unclear what we're talking about

6   here.  Why haven't they done -- done what and

7   what is the context?

8   BY MS. ELSON:

9       Q.  Do you understand the question, Ms. Ghazal

10  or could you want me to repeat or rephrase?

11      A.  Could you rephrase, please.

12      Q.  Sure.  Why hasn't the state election board

13  taken any action to determine the vulnerabilities

14  that Dr. Halderman found in his report?

15          MR. RUSSO:  Object to form.

16          THE WITNESS:  I can't speculate what other

17  members are thinking or doing.  We -- we are

18  four individuals with one unfilled position.

19  So I don't -- I don't know what they're

20  thinking.

21  BY MS. ELSON:

22      Q.  Do you want to know more information about

23  what Dr. Halderman found?

24      A.  I am not a technical expert.  I don't know

25  how much I would understand, frankly, of what

UNCERTIFIED ROUGH DRAFT SARA TINDALL GHAZAL 11052152

1   Dr. Halderman found. I believe a high-level

2   understanding would be helpful.

3       Q. And are you aware that we've asked the

4   secretary of state's offices attorneys to provide a

5   proposal to allow the secretary of state and the

6   state election board access to some or all of the

7   sealed report?

8           MR. RUSSO: Objection to form.

9           THE WITNESS: I was aware that there was

10      some discussion. I didn't -- I'm not aware of

11      the -- the extent of what is -- what has been

12      discussed.

13  BY MS. ELSON:

14      Q. To follow-up on something you mentioned,

15  would you like to receive high-level information

16  about what Dr. Halderman found in terms of

17  vulnerabilities of the Georgia election system?

18      A. Yes.

19      Q. Are you aware that the office of the

20  secretary of state have hired their own experts in

21  this litigation?

22      A. That would be my assumption for any

23  litigation.

24      Q. And are you aware that the secretary of

25  state's election security expert testified under

UNCERTIFIED ROUGH DRAFT SARA TINDALL GHAZAL 11052153

1   oath that he doesn't dispute Dr. Halderman's

2   findings about the Georgia election equipment?

3         MR. RUSSO: Objection to form. It lacks

4    foundation.

5         THE WITNESS: I have no direct knowledge

6    of what the secretary of state's expert has

7    testified to.

8   BY MS. ELSON:

9      Q. What has the secretary of state's

10   office -- let me start over.

11        What has the state election board done to

12   remedy the vulnerabilities discovered by

13   Dr. Halderman in Georgia's election system?

14        MR. RUSSO: Object to the form. She just

15   testified that she hasn't seen his report.

16        THE WITNESS: I don't know what the

17   vulnerabilities may be, so yeah.

18  BY MS. ELSON:

19     Q. Are you aware that the state has admitted

20   that it hasn't taken any measures to address the

21   failings that Dr. Halderman identified?

22        MR. RUSSO: Objection to form.

23        THE WITNESS: I don't know what the

24   failings are that Dr. Halderman has identified.

25

UNCERTIFIED ROUGH DRAFT SARA TINDALL GHAZAL 11052154

1   BY MS. ELSON:

2       Q.  Does the knowledge that a computer expert

3   has identified failings in Georgia's voting

4   equipment affect your confidence in Georgia's

5   current system?

6       A.  Again, going back to how we started, I'm

7   not aware of any computer-based system that does not

8   have vulnerabilities.

9       Q.  So your answer would be that the findings

10  of Dr. Halderman, that the currently used equipment

11  can be hacked in a variety of ways doesn't affect

12  your confidence in that equipment?

13          MR. RUSSO:  Objection to form.  She

14      doesn't know what the findings are or the

15      opinion, I should say.

16          THE WITNESS:  Without understanding the --

17      the -- the -- the findings, I -- it -- it can't

18      affect my confidence in the system.

19  BY MS. ELSON:

20      Q.  Has the state election board ever had a

21  cyber security expert examine the BMD election

22  system?

23          MR. RUSSO:  Objection to form.

24          Are you asking about since she's been on

25      the state election board?

51