# EXHIBIT A

## Lowman, David

| | |
|---|---|
| **From:** | Barron, Richard L. |
| **Sent:** | Wednesday, October 6, 2021 12:05 PM |
| **To:** | Lowman, David; Olomo, Dominic; Ringer, Cheryl |
| **Cc:** | Williams, Nadine |
| **Subject:** | RE: Follow up on RFP attached |
| | |
| **Importance:** | High |

From the SOS counsel:



Sarah Beck

The Georgia Secretary of State's Office has been notified by some counties that they have received an open records request for the JSON file of the Cast Vote Records file. Pursuant to O.C.G.A. § 21-2-379.24, releasing JSON files may compromise the security of Georgia's elections system and thus should not be subject to public disclosure. In consultation with your attorney, CSV files of the Cast Vote Record may be released.

Thank you,

Sarah Beck

Deputy General Counsel

sbeck@sos.ga.gov

Yesterday at 1:15 PM

### Richard Barron
*Director of Registration and Elections*
*Fulton County*
*130 Peachtree St SW, Ste 2138*
*Atlanta GA 30303*
*(404)612-7030*

**From:** Lowman, David
**Sent:** Wednesday, October 6, 2021 10:13 AM

1