IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION<br>) FILE NO: 1:17cv02989-AT |
| BRAD RAFFENSPERGER, et al.; | ) |
| Defendants. | ) FILE NO.: |

**CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that on this date I have electronically filed the foregoing **FULTON COUNTY DEFENDANTS' RESPONSE TO PLAINTIFF WILLIAM DIGGES, III's FIRST CONTINUING INTERROGATORIES** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 16th day of November, 2021.

*/s/ David R. Lowman*
David R. Lowman

                                        Georgia Bar Number: 460298
                                        david.lowman@fultoncountyga.gov