## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, Rebecca N. Sullivan, Sara Tindall Ghazal, Anh Le, and Matthew Mashburn (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that the undersigned served a true and correct copy of **State Defendants' Objections to Coalition Plaintiffs' Subpoena to DeKalb County Board of Registration and Elections** upon the following counsel of record via electronic mail:

David D. Cross
DCross@mofo.com
Veronica Ascarrunz
Lyle P. Hedgecock
Mary G. Kaiser
Robert W. Manoso
**Morrison & Foerster LLP**
Suite 6000

Halsey G. Knapp, Jr.
HKnapp@khlawfirm.com
Adam M. Sparks
Sparks@khlawfirm.com
**Krevolin & Horst, LLC**
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309

2000 Pennsylvania Avenue, NW
Washington, DC 20006

Cary Ichter
Attorney for William Digges III,
Laura Digges, Ricardo Davis and
Megan Missett
**Ichter Davis LLC**
Suite 1530
3340 Peachtree Road, N.E.
Atlanta, Georgia 30326

Bruce P. Brown
Attorney for Coalition for
Good Governance
**Bruce P. Brown Law LLC**
Suite 6
1123 Zonolite Road, N.E.
Atlanta, Georgia 30306

Robert A. McGuire, III
ram@lawram.com
Attorney for Coalition for Good
Governance
**Robert McGuire Law Firm**
113 Cherry Street #86685
Seattle, Washington 98104-2205

This 16th day of November, 2021.

/s/ Vincent Russo
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Carey Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966

blake@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
jpicoprats@robbinsfirm.com
Melanie L. Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Jonathan D. Crumbly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
R. Dal Burton
Georgia Bar No. 097890
dburton@taylorenglish.com
TAYLOR ENGLISH DUMA  LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

-3-