IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING NOVEMBER 19, 2021 HEARING

Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Megan Missett and Ricardo Davis (the "Coalition Plaintiffs) respectfully move for entry of an Order authorizing the use of electronic equipment, including 3 laptop computers, 3 mobile phones, chargers, and any necessary accessories and media, by its counsel in attendance at the November 19, 2021, hearing in the above-styled action. The Coalition Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel, Bruce Brown, Cary Ichter and Plaintiffs' representative Marilyn Marks for the period 10 a.m. through completion of the hearing, at the Court's discretion.

WHEREFORE the Coalition Plaintiffs respectfully request that this Court enter an Order GRANTING this motion to bring the aforementioned electronic equipment into the courtroom for use during the hearing on November 19, 2021. A proposed Order is attached hereto as Exhibit A.

This 17th day of November, 2021.

*/s/ Cary Ichter*
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
cichter@ichterdavis.com

*Attorney for Megan Missett, Ricardo Davis, Laura Digges and William Digges, III*

## **CERTIFICATES**

I hereby certify that on November 17, 2021, I served a true and correct copy of the foregoing **Motion for Use of Electronic Equipment During November 19, 2021 Hearing** on all counsel of record by e-filing same with the Court's CM/ECF system which will automatically deliver a copy to all counsel of record.

I hereby further certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                          */s/ Cary Ichter*
                                          CARY ICHTER
                                          Georgia Bar No. 382515
                                          cichter@ichterdavis.com