# EXHIBIT 4

**taylor | english**

Taylor English Duma LLP 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868  Fax: 770.434.7376  taylorenglish.com

Bryan P. Tyson
Phone: (678) 336-7249
Email: btyson@taylorenglish.com

November 11, 2021

**VIA EMAIL ONLY**

| | |
|---|---|
| Adam M. Sparks, Esq. | David Cross, Esq. |
| Halsey G. Knapp, Jr., Esq. | Lyle F. Hedgecock, Esq. |
| Krevolin & Horst, LLC | Morrison & Foerster LLP |
| One Atlantic Center, Suite 3250 | 2000 Pennsylvania Avenue, NW |
| 1201 W. Peachtree Street, NW | Washington, DC 20006-1888 |
| Atlanta, GA 30309 | dcross@mofo.com |
| sparks@khlawfirm.com | lhedgecock@mofo.com |
| hknapp@khlawfirm.com | |

Re:   *Donna Curling, et al. v. Brad Raffensperger, et al.,* No. 1:17-cv-2989-AT
       Production of privileged Fortalice documents

Dear Adam and David:

      As we have previously indicated to you, the State Defendants object to the release of the documents identified in the Fortalice privilege log designated as state secrets. The documents are highly confidential and reveal the very architecture of the State of Georgia's election system. Recognizing the fundamental importance of elections security, the United States Department of Homeland Security designated elections infrastructure as "Critical Infrastructure," a designation given to "systems and assets . . . so vital to the United States that [their] incapacity or destruction . . . would have a debilitating impact on security, national economic security, national public health or safety, or any combination of those matters." 42 U.S.C. § 5195c(e); *see also*, *Zoltek Corp. v. United State*s, 61 Fed. Cl. 12, 15-16 (2004) (classified information about B-2 Bomber even though relevant to the plaintiff's claims were protected from disclosure). Similarly, Georgia courts have held that releasing even portions of the GEMS database including "passwords, encryption codes and other security information" would "compromise election security". *Smith v. DeKalb County*, 288 Ga. App. 574, 577 (2007) (enjoining the release of such information in response to a request under the Georgia Open Records Act). Detailed information pertaining to the entirety of the Georgia election system as documented in the privileged Fortalice documents and materials is clearly protected state secrets and prohibited from disclosure under federal and state law. The State Defendants also object to the production of the privileged Fortalice materials on the ground that the materials include the entirety of the Secretary's information

Adam M. Sparks, Esq.<br>
David Cross, Esq.<br>
November 11, 2021<br>
Page 2

technology infrastructure and data centers pertaining to operations and functions of the Secretary's office unrelated to elections.

    In light of the highly sensitive nature of the materials and the relative and significant security concerns at stake, disclosure of the materials is not proportional to the needs of the case and is beyond the scope of discovery under the Rule 26.

Sincerely,

*Bryan P. Tyson*

Bryan P. Tyson
For TAYLOR ENGLISH DUMA LLP

cc:    All counsel of record (by email)