IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> **Plaintiffs,** <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

### ORDER ALLOWING ELECTRONIC EQUIPMENT

Coalition for Good Governance Plaintiffs' counsel Bruce Brown and Cary Ichter and Plaintiff representative Marilyn Marks may bring and use 3 laptops with power cords, 3 smart phones with power cords for use during the hearing on November 19, 2021, before Judge Amy Totenberg, at the discretion of the Court. Said equipment shall be subject to inspection. Proper identification is required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this 19thday of November, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

3