# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/19/2021.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 2:45 P.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 3:15                       DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger
Bruce Brown representing Coalition for Good Governance
David Cross representing Donna Curling
Cary Ichter representing Donna Curling
Bryan Jacoutot representing Brad Raffensperger
Halsey Knapp representing Donna Curling
Diane LaRoss representing Brad Raffensperger
David Lowman representing The Fulton County Board of Registration and Elections
Robert McGuire representing Donna Curling
Carey Miller representing Brad Raffensperger
Vincent Russo representing Brad Raffensperger
Adam Sparks representing Donna Curling
Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | Oral Argument. See Transcript. |
| HEARING STATUS: | Hearing Concluded |