# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CURLING PLAINTIFFS' CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, true and correct copies of the same enlarged copies of all entries in the Fortalice Solutions, LLC privilege log [Dkt. 1229-3] I caused to be hand-delivered to the Court's chambers today were served on counsel of record for all parties via first-class United States mail with adequate postage affixed thereon to ensure delivery to:

Bryan P. Tyson, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
btyson@taylorenglish.com

David R. Lowman, Esq.
Office of the Fulton County Attorney
141 Pryor Street, SW, Suite 4038
Atlanta, GA 30303
David.Lowman@fultoncountyga.gov

Bruce P. Brown, Esq.
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. Suite 6
Atlanta, GA 30306
bbrown@brucepbrownlaw.com

KH684605.DOCX

I further certify that a copy of the foregoing Curling Plaintiffs' Certificate of Service was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

Respectfully submitted this 22nd day of November, 2021.

|  |  |
|---|---|
| David D. Cross (*pro hac vice*) | **Adam M. Sparks** |
| Veronica Ascarrunz (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Lyle P. Hedgecock (*pro hac vice*) | GA Bar No. 425320 |
| Mary G. Kaiser (*pro hac vice*) | Adam M. Sparks |
| Robert W. Manoso (*pro hac vice*) | GA Bar No. 341578 |
| MORRISON & FOERSTER LLP | KREVOLIN & HORST, LLC |
| 2100 L Street, NW, Suite 900 | 1201 West Peachtree Street, NW |
| Washington, DC 20037 | Suite 3250 |
| (202) 887-1500 | Atlanta, GA 30309 |
|  | (404) 888-9700 |

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*