# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## [JOINT STIPULATED PROPOSED][1]
## ORDER EXTENDING THE SCHEDULE

Having reviewed Coalition Plaintiffs' Motion to Extend the Schedule and all joinders, responses, and replies related thereto; having heard argument on November 19, 2021; and being fully advised in the premises, the Court hereby ORDERS that the Amended Stipulated Order Extending Schedule (Doc. 1176) is hereby amended as follows:

| Case Event | Previous Deadline (per Doc. 1176) | New Deadline |
|---|---|---|
| Supplementation of Plaintiffs' Expert Reports[2] | Not specified | Friday, January 10, 2022 |

---

[1] Fulton County's counsel did not participate in preparing this filing, nor express objection to it.

[2] Defendants reserve the right to challenge Plaintiffs' supplemental and reply reports by serving a notice of objection in the event an objection is appropriate.

1

| Case Event | Previous Deadline (per Doc. 1176) | New Deadline |
|---|---|---|
| Defendants' Expert Rebuttals (if any) to Plaintiffs' Supplemented Expert Reports[3] | Not specified | Friday, January 24, 2022 |
| Close of Fact Discovery | November 22, 2021[4] | Monday, January 31, 2022 (*) |
| Plaintiffs' Replies to Defendants' Expert Rebuttals | Not specified | Monday, January 31, 2022 |
| Close of Expert Discovery (**) | December 6, 2021 | Tuesday, February 15, 2022 |
| Summary Judgment Motions (Filed) | January 5, 2022 | Thursday, March 17, 2022 |
| Summary Judgment (Response) | January 25, 2022 | Thursday, April 7, 2022 |
| Summary Judgment (Reply) | February 4, 2022 | Thursday, April 14, 2022 |
| Daubert Motions | No later than the deadline for submission of the Pretrial Order | No later than the deadline for submission of the Pretrial Order |

---

[3] Plaintiffs reserve the right to challenge Defendants' rebuttal reports by serving a notice of objection in the event an objection is appropriate.

[4] Extended from November 15, 2021, by minute order entered on 11/10/2021 at 4:35 PM EST.

| Case Event | Previous Deadline (per Doc. 1176) | New Deadline |
|---|---|---|
| Pretrial Order | Date of last Summary Judgment ruling + 20 days | Date of last Summary Judgment ruling + 20 days |
| Trial Readiness | TBD thereafter | TBD thereafter |

The asterisk (*) in the above table denotes the following limitation: The fact-discovery deadline is only extended for the following purposes—(1) the completion of delayed document and data productions and the provision of responses and supplemental responses to already-served written discovery requests, (2) the noticing and completion of numerous fact-witness depositions, some of which are dependent on the prior completion of the foregoing productions and provision of written discovery responses, and (3) the resolution of discovery disputes that are either currently outstanding or that may arise upon the completion and provision of the currently pending productions and responses.

The double asterisk (**) in the above table denotes that "Expert discovery" means discovery of matters contemplated by Rule 26(a)(2) and (a)(4)—in other words, discovery of facts and data that experts considered or relied on for their opinions disclosed in their reports/declarations.

**IT IS SO ORDERED** this _____ day of _____, 2021.

_____
U.S. District Court Judge Amy Totenberg

Approved as to form and respectfully submitted jointly on November 22, 2021, by:

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*/s/ Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Counsel for Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges, Ricardo Davis & Megan Missett*

*/s/ David D. Cross*
David D. Cross (*pro hac vice*)
Veronica Ascarrunz (*pro hac vice*)
Lyle P. Hedgecock (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Tel: (202) 887-1500
DCross@mofo.com
VAscarrunz@mofo.com
LHedgecock@mofo.com
MKaiser@mofo.com

*/s/ Halsey G. Knapp, Jr.*
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
Tel: (404) 888-9700
hknapp@khlawfirm.com
sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

**ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC**
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander F. Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Melanie L. Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Javier Pico-Prats
Georgia Bar No. 664717
jprats@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:    (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339

Telephone: 770.434.6868

*Counsel for State Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on November 22, 2021, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record. In addition, pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ *Robert A. McGuire, III*
Robert A. McGuire, III