# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, et al., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, Rebecca N. Sullivan, Sara Tindall Ghazal, Anh Le, and Matthew Mashburn (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that the undersigned served a true and correct copy of **State Defendants' Responses to Curling Plaintiffs' First Requests for Admission** upon the following counsel of record via electronic mail:

David D. Cross
DCross@mofo.com
Veronica Ascarrunz
Lyle P. Hedgecock
Mary G. Kaiser
Robert W. Manoso
**Morrison & Foerster LLP**
2100 L Street NW
Suite 900
Washington, DC 20037

Halsey G. Knapp, Jr.
HKnapp@khlawfirm.com
Adam M. Sparks
Sparks@khlawfirm.com
**Krevolin & Horst, LLC**
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309

Cary Ichter

Bruce P. Brown

| | |
|---|---|
| Attorney for William Digges III, Laura Digges, Ricardo Davis and Megan Missett<br>**Ichter Davis LLC**<br>Suite 1530<br>3340 Peachtree Road, N.E.<br>Atlanta, Georgia 30326 | Attorney for Coalition for Good Governance<br>**Bruce P. Brown Law LLC**<br>Suite 6<br>1123 Zonolite Road, N.E.<br>Atlanta, Georgia 30306 |
| Robert A. McGuire, III<br>ram@lawram.com<br>Attorney for Coalition for Good Governance<br>**Robert McGuire Law Firm**<br>113 Cherry Street #86685<br>Seattle, Washington 98104-2205 | Kaye Woodard Burwell<br>Attorney for The Fulton County Board of Registration and Elections<br>**Office of the Fulton County Attorney**<br>Suite 4038<br>141 Pryor Street, S.W.<br>Atlanta, GA 30303 |

This 24th day of November, 2021.

                              */s/ Vincent Russo*
                              Vincent R. Russo
                              Georgia Bar No. 242628
                              vrusso@robbinsfirm.com
                              Josh Belinfante
                              Georgia Bar No. 047399
                              jbelinfante@robbinsfirm.com
                              Alexander F. Denton
                              Georgia Bar No. 660632
                              adenton@robbinsfirm.com
                              Carey Miller
                              Georgia Bar No. 976240
                              cmiller@robbinsfirm.com
                              Brian E. Lake
                              Georgia Bar No. 575966
                              blake@robbinsfirm.com
                              Javier Pico Prats
                              Georgia Bar No. 664717
                              jpicoprats@robbinsfirm.com

Melanie L. Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Jonathan D. Crumbly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
R. Dal Burton
Georgia Bar No. 097890
dburton@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*