IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**CONSENT ORDER**

The matter is before the Court on a discovery dispute between the Fulton County Defendants and the Coalition Plaintiffs (Doc. 1215) regarding the Coalition Plaintiffs' August 20, 2021 Second Requests for Production of Documents. During the November 19, 2021 hearing, counsel for the Coalition Plaintiff and counsel for Fulton County announced that the dispute had been resolved and that a proposed order would be submitted.

Therefore, with the express consent of the Coalition Plaintiffs and the Fulton Defendants, Fulton Defendants are ORDERED to produce, by the close of business on Wednesday, December 8, 2021, the following:

> (1) a full set of Election Project ballot images for the presidential contest recount;

1

(2) complete Election Project files for both the original count and recount results, and

(3) cast vote records exported in json format for both the original count and recount.

**IT IS SO ORDERED** this 3rd day of December, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**

Approved as to form and respectfully submitted jointly on December 3, 2021, by:

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC |   (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 386-6856 | (253) 267-8530 |

*Counsel for Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,
Ricardo Davis & Megan Missett*


/s/ David R. Lowman
David R. Lowmam
OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia 30303
(404) 612-0246

*Counsel for the Fulton County Defendants*

3