IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO.<br>1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ET AL., | : |
| Defendants. | : |

## ORDER

At the last status conference held in this matter, the Court took under advisement the parties' dispute regarding the Curling Plaintiffs' request for production of Fortalice-related documents. (*See* Doc. 1229.) The Court has reviewed the spreadsheet provided by the State Defendants and directs the Defendants to file on a sealed basis, for the Court's in camera review, any final reports issued by Fortalice. If any of the draft reports were never finalized, Defendants are directed to file for in camera review, the latest draft version of the report(s) issued for review by the Secretary of State's staff.

**IT IS SO ORDERED** this 10th day of December, 2021.

_____
**Honorable Amy Totenberg
United States District Judge**