# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action File No. |
| v. ) | 1:17-CV-02989-AT |
| ) | |
| BRAD RAFFENSPERGER, ET AL., ) | |
| ) | |
| Defendants. ) | |

## **[PROPOSED] ORDER**

This matter is before the Court on the motion by Fox News Network, LLC ("FNN") to intervene for limited purposes. Having considered the motion and briefing of all parties, this Court GRANTS FNN's motion. FNN is permitted to intervene in this matter for purposes of obtaining an expert report written by Dr. J. Alex Halderman which is under seal pursuant to the Court's protective order (Doc. 477). FNN shall treat the expert report according to the terms of the protective order (Doc. 477).

SO ORDERED, this _____ day of _____, 2022.

_____
Hon. Amy Totenberg
Senior Judge, United States District Court
Northern District of Georgia