# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:17-CV-02989-AT |
| ) | |
| BRAD RAFFENSPERGER, ET AL., ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF COMPLIANCE WITH STANDING ORDER**

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Dated: January 12, 2022    */s/ Charles E. Peeler*
                            Charles E. Peeler
                            Ga. Bar No. 570399
                            TROUTMAN PEPPER HAMILTON SANDERS LLP
                            Bank of America Plaza, Suite 3000
                            600 Peachtree Street N.E.
                            Atlanta, Georgia 30308-2216
                            Telephone: 404.885.3409
                            Email: charles.peeler@troutman.com

                            *Attorney for Fox News Network, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I electronically filed the forgoing Certificate of Compliance with Standing Order which will automatically send email notification of such filing to the attorneys of record.

/s/ Charles E. Peeler
Charles E. Peeler
Georgia Bar No. 570399
Troutman Pepper Hamilton Sanders LLP
Bank of America Plaza, Suite 3000
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Telephone: 404.885.3409
Email: Charles.peeler@troutman.com
*Attorney for Fox News Network, LLC*