**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DONNA CURLING, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action File No. |
| v. | ) | 1:17-CV-02989-AT |
| | ) | |
| BRAD RAFFENSPERGER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(**1**)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Fox News Network, LLC

- Fox Corporation, which is the ultimate corporate parent of Fox News Network LLC

- Donna Curling

- Coalition for Good Governance

- Donna Price

- Jeffrey Schoenberg

- Laura Digges

- William Digges, III

- Ricardo Davis

- Megan Missett

- Rockdale County Board of Elections and Registration

- David J. Worley

- Rebecca N. Sullivan

- Ralph F. (Rusty) Simpson

- Seth Harp

- The State Election Board

- Richard Barron

- Mary Carole Cooney

- Vernetta Nuriddin

- David J. Burge

- Aaron Johnson

- The Fulton County Board of Registration and Elections

- Brad Raffensperger in his individual capacity and his official capacity as Secretary of State of Georgia and Chair of the State Election Board

- Mark Wingate

- Kathleen D. Ruth

- Fortalice Solutions, LLC

- Common Cause

- National Election Defense Coalition

- Protect Democracy

- Electronic Privacy Information Center

- Hancock County Board of Elections and Registration

- Joseph Kirk

- Care In Action, Inc.

- Ebenezer Baptist Church of Atlanta, Georgia, Inc.

- Fair Fight Action. Inc.

- Sixth Episcopal District, Inc.

- Virginia-Highland Church, Inc.

- Abrams for Governor

- Baconton Missionary Baptist Church, Inc.

- Janine Eveler

- Kristi L. Royston in her capacity as the Gwinnett County Elections Supervisor

- Deidre Holden

- Ameika Pitts in her official capacity as Director of Henry County Elections and Registration Department

- Robert Brady

- Angela White-Davis

- Agnes Bridges

- Milton Kidd in his official capacity as Director of Elections for the Douglas County Board of Elections and Registration

**(2)**    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- US Dominion, Inc.

- Dominion Voting Systems Corporation

- Dominion Enterprises

- Dominion Voting Systems, Inc.

- Dr. J. Alex Halderman

**(3)**     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- Charles E. Peeler

- Charles L. Babcock

- Joel Glover

- Scott A. Keller

- David D. Cross

- Halsey G. Knapp, Jr.

- Hannah Rose Elson

- Lyle F. Hedgecock

- Mary G. Kaiser

- Robert W. Manoso

- Robert Alexander McGuire, III

- Tamara Raquel Wiesebron

- Veronica Ascarrunz

- Zachary D. Fuchs

- Adam Martin Sparks

- Bruce P. Brown

- Cary Ichter

- William Brent Ney

- Alexander Fraser Denton

- Brian Edward Lake

- Bryan P. Tyson

- Carey Allen Miller

- Joshua Barrett Belinfante

- Vincent Robert Russo, Jr.

- Bryan Francis Jacoutot

- Diane Festin LaRoss

- James A. Balli

- Javier Pico-Prats

- Jonathan Dean Crumly, Sr.

- Loree Anne Paradise

- Robert Dalrymple Burton

- Melanie Leigh Johnson

- Cheryl Ringer

- David R. Lowman

- Nancy Ladson Rowan

- Kaye Woodard Burwell

- Daniel Walter White

- Grant Edward Schnell

- Robert S. Highsmith

- Anne Ware Lewis

- Barclay Vallotton

- Frank B. Strickland

- F. Skip Sugarman

- Stephen P. Berzon

- Alan Jay Butler

- Russell Todd Abney

- Pierce Groover Blitch, IV

- Chad V. Theriot

- James Jayson Phillips

- Dara Lindenbaum

- Kurt G. Kastorf

- Melanie Felicia Wilson

- Kenneth Paul Robin

- Russell Dunn Waldon

Submitted this <u>13th</u> day of January, 2022.

<u>*/s/ Charles E. Peeler*</u>
Charles E. Peeler
Georgia Bar No. 570399
Troutman Pepper Hamilton Sanders LLP
Bank of America Plaza, Suite 3000
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Telephone: 404.885.3000
Email: Charles.peeler@troutman.com
*Counsel for Fox News Network, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2022, I electronically filed the forgoing *Certificate of Interested Persons and Corporate Disclosure Statement* which will automatically send email notification of such filing to the attorneys of record.

*/s/ Charles E. Peeler*
Charles E. Peeler
Georgia Bar No. 570399
Troutman Pepper Hamilton Sanders LLP
Bank of America Plaza, Suite 3000
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Telephone: 404.885.3000
Email: Charles.peeler@troutman.com
*Counsel for Fox News Network, LLC*