# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action File No. |
| v. ) | 1:17-CV-02989-AT |
| ) | |
| BRAD RAFFENSPERGER, ET AL., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF COMPLIANCE WITH STANDING ORDER

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Dated: January 14, 2022        */s/ Wheaton P. Webb*
　　　　　　　　　　　　　　　Wheaton P. Webb
　　　　　　　　　　　　　　　Ga. Bar No. 902682
　　　　　　　　　　　　　　　TROUTMAN PEPPER HAMILTON SANDERS LLP
　　　　　　　　　　　　　　　Bank of America Plaza, Suite 3000
　　　　　　　　　　　　　　　600 Peachtree Street N.E.
　　　　　　　　　　　　　　　Atlanta, Georgia 30308-2216
　　　　　　　　　　　　　　　Telephone: 404.885.3000
　　　　　　　　　　　　　　　Email: Wheaton.webb@troutman.com

　　　　　　　　　　　　　　　*Attorney for Fox News Network, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I electronically filed the forgoing *Certificate of Compliance with Standing Order* with the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

>/s/ Wheaton P. Webb
Wheaton P. Webb
Ga. Bar No. 902682
Troutman Pepper Hamilton Sanders LLP
Bank of America Plaza, Suite 3000
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Telephone: 404.885.3000
Email: Wheaton.webb@troutman.com