UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DONNA CURLING, ET AL.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br><br>   *Defendants*. | No. 1:17-CV-2989-AT<br><br>STATEMENT OF INTEREST |

In response to this Court's October 7 and November 9, 2021 colloquies with the parties in *Curling v. Raffensperger*, the United States respectfully submits the attached letter explaining the vulnerability disclosure program operated by the Cybersecurity & Infrastructure Security Agency, a component of the U.S. Department of Homeland Security.

                Respectfully submitted,

                BRIAN M. BOYNTON
                *Acting Assistant Attorney General*

                BRIGHAM BOWEN
                *Assistant Branch Director*

                */s/ Kate Talmor*
                KATE TALMOR
                *Trial Attorney*
                *Civil Division*
                *Federal Programs Branch*
                *US Department of Justice*
                *1100 L St., NW*
                *Washington, DC 2005*
                *202-305-5267*
                *kate.talmor@usdoj.gov*