IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

## **STATE DEFENDANTS' NOTICE OF FILING RE [DOC. 1272]**

The State Defendants submit this Notice of Filing pursuant to the Court's Order directing any letter requests for the Court's resolution of a currently pending discovery dispute and any objections or comments that have been made regarding the Coalition's 30(b)(6) notice be filed on the docket. [Doc. 1272 at ¶¶ 1, 3]. In response to Paragraph 1 of the Order, State Defendants' email communication to the Court regarding the Coalition Plaintiffs' 30(b)(6) Deposition Notice is attached as Exhibit 1. In response to Paragraph 3, State Defendants inform the Court that the Coalition Plaintiffs' recently served 30(b)(6) notice is filed in the docket at [Doc. 1271-2]. State Defendants' substantive response to the 30(b)(6) Notice, and the Raffensperger Notice, is contained in State Defendants' Notice of Objection, filed at [Doc. 1271].

Respectfully submitted this 25th day of January 2022.

>*/s/Carey A. Miller*
>Vincent R. Russo
>Georgia Bar No. 242628
>vrusso@robbinsfirm.com
>Josh Belinfante
>Georgia Bar No. 047399
>jbelinfante@robbinsfirm.com
>Carey A. Miller
>Georgia Bar No. 976240
>cmiller@robbinsfirm.com
>Alexander Denton
>Georgia Bar No. 660632
>adenton@robbinsfirm.com
>Robbins Ross Alloy Belinfante Littlefield LLC
>500 14th Street, N.W.
>Atlanta, Georgia 30318
>Telephone: (678) 701-9381
>Facsimile: (404) 856-3255
>
>Bryan P. Tyson
>Georgia Bar No. 515411
>btyson@taylorenglish.com
>Jonathan D. Crumly
>Georgia Bar No. 199466
>jcrumly@taylorenglish.com
>James A. Balli
>Georgia Bar No. 035828
>jballi@taylorenglish.com
>R. Dal Burton
>Georgia Bar No. 097890
>dburton@taylorenglish.com
>Diane F. LaRoss
>Georgia Bar No. 430830
>dlaross@taylorenglish.com

Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice of Filing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Response has been prepared using 13-pt Century Schoolbook font.

                              */s/ Carey A. Miller*
                              Carey A. Miller