IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,

   *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,

   *Defendants*.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## STATE DEFENDANTS' NOTICE OF OPPOSITION TO DISCOVERY EXTENSION

The State Defendants submit this response to the Court's Order, [Doc. 1272 at ¶ 4], stating their opposition to a fourth extension to this round of discovery. The current round of discovery has continued on for more than eight months, far beyond what State Defendants understood this Court to be envisioning when it ordered an "abbreviated schedule for the parties' completion of discovery and summary judgment briefing." [Doc. 1088].

State Defendants continue to maintain that Plaintiffs' lack of a particularized injury is a pleading problem that they have refused to address even when the Court has advised them to tailor their claims. *Id.* And State Defendants' appeals raising those jurisdictional problems, among other issues, remain pending in the Eleventh Circuit, fully briefed as of July 2021, with

argument now scheduled for the week of May 16, 2022. With the current schedule providing for the conclusion of summary judgment briefing on April 14, 2022, this Court and the Eleventh Circuit will already be threading the needle to avoid simultaneously exercising jurisdiction over matters bound up in the appeals.[1] *See Blinco v. Green Tree Servicing, LLC*, 366 F.3d 1249, 1250 (11th Cir. 2004) (citation omitted). Moreover, even with the current discovery schedule, the State is already preparing for high-profile primary and general elections.[2] *See Republican Nat'l Comm. v. Democratic Nat'l Comm.*, 140 S. Ct. 1205, 1207 (2020) (cautioning against last-minute changes to election rules).

This Court should bring discovery (and this case) to a close. If the Court chooses to permit anything additional at all prior to the Eleventh Circuit's ruling on the appeals, it should permit only the out-of-time depositions for Ms. Price, the 30(b)(6) depositions of CGG and of the Secretary's Office (as previously noticed and scheduled), and depositions of CGG's experts (if their supplemental reports are not excluded). This Court allowed Plaintiffs an *abbreviated* opportunity to build an evidentiary record (after multiple rounds of expedited discovery), but no record can support their generalized grievances.

---

[1] The SEB Members, the Secretary's Office, and counsel will also be consumed with trial in *Fair Fight Action v. Raffensperger*, No. 1:18-cv-05391-SCJ (N.D. Ga.), beginning April 11, 2022 and likely lasting for several weeks.

[2] Early voting for the Primary begins May 2. O.C.G.A. § 21-2-385(d)(1)(A).

Respectfully submitted this 26th day of January 2022.

*/s/ Carey A. Miller*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com

Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice of Filing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Response has been prepared using 13-pt Century Schoolbook font.

>*/s/ Carey A. Miller*
>Carey A. Miller