IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-02989-AT |

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for an intervening party to this action certifies that the following is a full and complete list of all parties or intervening parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Herring Networks, Inc.

- Fox News Network, LLC

- Fox Corporation, which is the ultimate corporate parent of Fox News Network LLC

- Donna Curling

- Coalition for Good Governance

- Donna Price

- Jeffrey Schoenberg
- Laura Digges
- William Digges, III
- Ricardo Davis
- Megan Missett
- Rockdale County Board of Elections and Registration
- David J. Worley
- Rebecca N. Sullivan
- Ralph F. (Rusty) Simpson
- Seth Harp
- The State Election Board
- Richard Barron
- Mary Carole Cooney
- Vernetta Nuriddin
- David J. Burge
- Aaron Johnson
- The Fulton County Board of Registration and Elections

-3-

- Brad Raffensperger in his individual capacity and his official capacity as Secretary of State of Georgia and Chair of the State Election Board
- Mark Wingate
- Kathleen D. Ruth
- Fortalice Solutions, LLC
- Common Cause
- National Election Defense Coalition
- Protect Democracy
- Electronic Privacy Information Center
- Hancock County Board of Elections and Registration
- Joseph Kirk
- Care In Action, Inc.
- Ebenezer Baptist Church of Atlanta, Georgia, Inc.
- Fair Fight Action. Inc.
- Sixth Episcopal District, Inc.
- Virginia-Highland Church, Inc.
- Abrams for Governor
- Baconton Missionary Baptist Church, Inc.

- Janine Eveler
- Kristi L. Royston in her capacity as the Gwinnett County Elections Supervisor
- Deidre Holden
- Ameika Pitts in her official capacity as Director of Henry County Elections and Registration Department
- Robert Brady
- Angela White-Davis
- Agnes Bridges
- Milton Kidd in his official capacity as Director of Elections for the Douglas County Board of Elections and Registration

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- US Dominion, Inc.
- Dominion Voting Systems Corporation
- Dominion Enterprises
- Dominion Voting Systems, Inc.

-5-

- Dr. J. Alex Halderman

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- T. Brandon Welch
- Blaine C. Kimrey
- Jeanah Park
- Bryan Clark
- Julia L. Koechley
- Charles E. Peeler
- Charles L. Babcock
- Joel Glover
- Scott A. Keller
- David D. Cross
- Halsey G. Knapp, Jr.
- Hannah Rose Elson
- Lyle F. Hedgecock
- Mary G. Kaiser
- Robert W. Manoso
- Robert Alexander McGuire, III

- Tamara Raquel Wiesebron
- Veronica Ascarrunz
- Zachary D. Fuchs
- Adam Martin Sparks
- Bruce P. Brown
- Cary Ichter
- William Brent Ney
- Alexander Fraser Denton
- Brian Edward Lake
- Bryan P. Tyson
- Carey Allen Miller
- Joshua Barrett Belinfante
- Vincent Robert Russo, Jr.
- Bryan Francis Jacoutot
- Diane Festin LaRoss
- James A. Balli
- Javier Pico-Prats
- Jonathan Dean Crumly, Sr.
- Loree Anne Paradise

- Robert Dalrymple Burton
- Melanie Leigh Johnson
- Cheryl Ringer
- David R. Lowman
- Nancy Ladson Rowan
- Kaye Woodard Burwell
- Daniel Walter White
- Grant Edward Schnell
- Robert S. Highsmith
- Anne Ware Lewis
- Barclay Vallotton
- Frank B. Strickland
- F. Skip Sugarman
- Stephen P. Berzon
- Alan Jay Butler
- Russell Todd Abney
- Pierce Groover Blitch, IV
- Chad V. Theriot
- James Jayson Phillips

- Dara Lindenbaum

- Kurt G. Kastorf

- Melanie Felicia Wilson

- Kenneth Paul Robin

- Russell Dunn Waldon

Respectfully submitted,

By: /s/ T. Brandon Welch
T. Brandon Welch
Georgia Bar No. 152409
Stillman Welch, LLC
3453 Pierce Drive, Suite 150
Chamblee, Georgia 30341
(404) 895-9040
brandon@stillmanwelch.com

Blaine C. Kimrey
(*Pro Hac Vice* application pending)
Jeanah Park
(*Pro Hac Vice* application pending)
Bryan Clark
(*Pro Hac Vice* application pending)
Julia L. Koechley
(*Pro Hac Vice* application pending)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
(312) 609-7500
bkimrey@vedderprice.com
jpark@vedderprice.com
bclark@vedderprice.com
jkoechley@vedderprice.com

*Counsel for Herring Networks, Inc.*

Dated:       January 27, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ T. Brandon Welch
T. Brandon Welch
