# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 01/27/2022.

TIME COURT COMMENCED: 12:30 P.M.
TIME COURT CONCLUDED: 03:10 P.M.      COURT REPORTER: Shannon Welch
TIME IN COURT: 2:40                    DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance |
| | David Cross representing Donna Curling |
| | Cary Ichter representing Coalition for Good Governance |
| | Mary Kaiser representing Donna Curling |
| | David Lowman representing The Fulton County Board of Registration and Elections |
| | Robert McGuire representing Coalition for Good Governance |
| | Carey Miller representing The State Election Board |
| | Cheryl Ringer representing The Fulton County Board of Registration and Elections |
| | Vincent Russo representing Brad Raffensperger |
| | Adam Sparks representing Donna Curling |
| | Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | See Transcript |
| HEARING STATUS: | Hearing Concluded |