# EXHIBIT B

Open Records Response

Tuesday, February 1, 2022 at 11:26:21 Eastern Standard Time

**Subject:** [Records Center] Open Records Request :: R003623-052421
**Date:** Tuesday, May 25, 2021 at 2:23:01 PM Eastern Daylight Time
**From:** Fulton County Georgia
**To:** Marilyn@USCGG.org

**STEVEN ROSENBERG**
OPEN RECORDS CUSTODIAN

TELEPHONE (404) 612-0259
FACSIMILE (404) 730-6324



May 25, 2021

<u>**SENT VIA EMAIL:**</u>

Dear Marilyn Marks:

This correspondence is in response to your Open Records Act Request Reference#: R003623-052421 dated May 24, 2021. Your request sought the following:

*This is an open records request for a copy of the ballot images that Fulton County sent to the plaintiffs in response to the attached Court order.*

After reviewing the aforementioned request, we believe we may have responsive records. As permitted by O.C.G.A. § 50-18-71(c), a fee will be charged to cover the administrative costs associated with the time spent searching for, retrieving, redacting, and supervising access to the requested documents. The fee represents the hourly rate of the lowest paid full-time employee(s) with the necessary skill and training to respond to your request. However, no charge will be made for the first fifteen minutes of staff time expended in complying with your request. Unless otherwise provided by law, the charge for copies is generally $0.10 per page, as permitted by O.C.G.A. § 50-18-71(c).

Because this amount is in excess of $25, we will delay producing said records until such time as you commit to payment of the estimated costs. You may do so by responding to this email indicating your agreement to pay. The estimated cost for search, retrieval, and copying of the responsive records is $240.00. This amount includes the following fees listed below:

At least a 128GB USB drive:    $40.00
Qualified personnel for the task:    $200.00

It is anticipated that responsive records can be made available by June 2, 2021.

Finally, please be advised that certain requested documents, or portions thereof, have been redacted pursuant to the Georgia Open Records Act. Specifically, the following records may be exempted or redacted:

Please feel free to contact me at if you have any questions.

Sincerely,

Mariska Bodison

Registration & Elections

xc: Steven E. Rosenberg, Open Records Custodian
Shana Eatmon, Legal Assistant
Unique McCray, Administrative Coordinator II

To monitor the progress, update this request, and retrieve responsive records, please log into the Fulton County Open Records Center.