# EXHIBIT D

Declaration of Duncan A. Buell

January 11, 2022

<u>IN THE UNITED STATES DISTRICT COURT FOR</u>
<u>THE NORTHERN DISTRICT OF GEORGIA</u>
<u>ATLANTA DIVISION</u>

|  |  |
|---|---|
| **DONNA CURLING, et al.** ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.:** |
| **vs.** ) | **1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER, et al.** ) | |
| **Defendant.** ) | |

## DECLARATION OF DUNCAN A. BUELL

DUNCAN A. BUELL ("Declarant") hereby declares as follows:

1.    I am a retired professor of Computer Science and Engineering at the University of South Carolina. I submit this declaration in support of the above captioned litigation to prohibit further use of Georgia's current Dominion BMD voting system..

2.    Based on my research on the data provided by the state and by counties in Georgia from the November 2020 General Election and the January 2021 runoff election, it is my opinion that additional basic, and more complete, data must be provided in order to provide Coalition Plaintiffs' voting system experts with adequate information to reach conclusions on the root causes of the systemic discrepancies I have observed to date. The number of anomalies and discrepancies between the various sets of data provided are too great to assume they are simply the occasional errors made in an enterprise as large as a quadrennial election in Georgia. Further, for an appropriate and definitive examination,

access to target samples of paper ballots and their scanning records must be granted; given the anomalies and discrepancies detected in the November 3, 2020 election, it is impossible to determine which electronic version of the data should be considered to be operative. Based on what is known today from the incomplete election records provided by Defendants and Georgia counties, is very likely that examination of the paper records will lead experts to the conclusion that access to the key components of hardware and software used in the November 2020 election will be necessary to determine whether the significant discrepancies identified are caused by exploitation of the system's security vulnerabilities or human error or insider malfeasance. My background and opinions are set forth below.

### Qualifications and Relevant Employment History

3.  In 1971, I earned a B.S. in Mathematics from the University of Arizona. The following year, I earned an M.A. in Mathematics from the University of Michigan. In 1976, I earned a doctorate in Mathematics, with an emphasis in number theory, from the University of Illinois at Chicago. A copy of my resume is available on my university website at http://www.cse.sc.edu/~buell.

4.  Prior to moving into my position at the University of South Carolina, I was employed for approximately 15 years (with various job titles and duties) at the Supercomputing Research Center (later named the Center for Computing Sciences) of the Institute for Defense Analyses, a Federally Funded Research and Development Center (FFRDC) supporting the National Security Agency. Our mission at SRC/CCS was primarily to conduct research on high performance computing systems and computational

mathematics to ensure that those computing systems would be suitable for use by NSA, since the NSA workload has technical characteristics different from most high-end computations like weather modeling. While at IDA, I played a leading role in a group that received a Meritorious Unit Citation from Director of Central Intelligence George Tenet for what was then "the largest single computation ever made" in the U.S. intelligence community.

5.   From 2000 until my retirement on 1 January 2021, I was a Professor in the Department of Computer Science and Engineering at the University of South Carolina. From 2000 to 2009, I served as Chair of that department. During 2005-2006, I served as Interim Dean of the College of Engineering and Information Technology at the University of South Carolina.  In my management capacity as department chair, my duties also included the management of the college's information technology staff and its network and computer center, which included 9 instructional labs with approximately 250 desktop computers.  I was also responsible for the management and operation of cluster computers, file and mail servers, and the college's network infrastructure.

6.   In 2013, I was elected a Fellow of the American Association for the Advancement of Science. In 2016, I was appointed to an endowed professorship, the NCR Chair in Computer Science and Engineering at the University of South Carolina.

7.   My current research interests include electronic voting systems, digital humanities, high performance computing applications, parallel algorithms and architecture, computer security, computational number theory, and information retrieval.

3

Over the past 40 years, I have published articles in peer-reviewed journals and/or lectured on each of these topics.

8. Beginning about 2004 I worked with the League of Women Voters of South Carolina (LWVSC) as an unpaid consultant on the issue of electronic voting machines. South Carolina uses statewide the ES&S iVotronic Direct Recording Electronic (DRE) terminals and the corresponding Unity software. Beginning in summer 2010, I worked with citizen volunteer activists Frank Heindel, Chip Moore, Eleanor Hare, and Barbara Zia on acquisition by FOIA of the election data from the November 2010 general elections in South Carolina and on the analysis of that data. That work, based on data we acquired by FOIA, culminated in an academic paper that was presented at the annual USENIX EVT/WOTE (Electronic Voting Technology Workshop/Workshop on Trustworthy Elections) conference in August 2011. My work with the LWVSC continued. When the state of South Carolina acquired the 2010 election data from the counties and posted it on the SCSEC website, I analyzed that data as well. I have obtained and analyzed the data from the 2012, 2014, 2016, and 2018 elections in South Carolina, and I have also analyzed ES&S DRE-voting system data in more limited quantities from Colorado, Kansas, North Carolina, Pennsylvania, and Texas.

9. I have also analyzed, in limited quantity, data from the June 2020 statewide primary from the ES&S ExpressVote-based voting system purchased in 2019 by South Carolina to replace the iVotronic-based system. The ExpressVote is a Ballot Marking Device, usually referred to as a BMD. The ExpressVote can be viewed as the ES&S competition to the voting system marketed by Dominion and purchased by Georgia.

4

10. In March 2019 I was nominated by the county legislative delegation and the appointed by Governor Henry McMaster to the Board of Voter Registration and Elections of Richland County, South Carolina.  I held this position until March 2021, when I resigned because I was moving in April 2021 from South Carolina to Ohio.   I have also been asked to serve, and agreed to serve, as the technical lead on a third-party source code review of the ES&S voting system software, including the ExpressVote Ballot Marking Device components, as used in North Carolina.  In that state, the law requires an escrow of code and a review of that code which do not seem to have taken place, and one of the recognized political parties has, as permitted by North Carolina law, sought such a third-party review.

**Basis for My Opinions**

11. I base the opinions in this declaration on my knowledge, skill, training, education, research, and experience: I have been programming computers for more than 50 years and was employed as a computer scientist for more than 40 years, working with computers and computer applications and operations and management of large computer networks, including file and mail servers that utilize the Internet.

12. I have conducted research on polling place operations in South Carolina, which has included assessing wait times and voting times at the DREs and BMDs, and I have been a poll observer and thus watched voter behavior as they voted on DREs and BMDs and the behavior of poll workers.

13. I also base my opinions primarily on an extensive analysis of the JSON (Javascript Object Notation) cast vote record files produced in Georgia in November

2020 and January 2021 and provided to me by the plaintiffs in this case, which I understand they obtained from State Defendants. Although it is somewhat tedious due to the quantity of data, I have focused primarily on Fulton County. All my work in this assignment has been based on examination of electronic files, not of the physical paper.

### The Data As Provided Is Inadequate and Cannot Be Viewed As Authoritative

14. Although I have done an extensive analysis of the data from November 2020, and I can (and will below) draw conclusions from my analysis, I cannot with confidence say that the data provided should be treated as authoritative and I cannot say that the entire story of those Fulton County elections is presented in that data. Since there is a single voting system used statewide in Georgia, and since management and configuration of the election is the responsibility of the Secretary of State, it is very disconcerting that the data comes piecemeal, with different structures and file names, and that valuable data provided by some counties is missing from others. This is, for example, in very sharp contrast with the ballot level electronic data, including cast vote records, I used from South Carolina, that was provided by the state as public record. The South Carolina data was consistent, nearly complete and consistently presented, with only a few anomalies (in each biennial, if memory serves, there might be a different county whose data was corrupted and unusable and a handful of devices that had failed). This allowed for a reliable analysis and a comparison across counties, voting methods, and such. In contrast, the significantly incomplete Georgia data as presented to me can only be described as a "mess".

15. Not only is the Fulton County data significantly incomplete, but the electronic data files of the Election Project Packages obtained by order of this Court on December 3, 2021, were not provided in their original unmodified form in a zipped file as officials were required to produce at the close of the election. I obtained the electronic files from Coalition Plaintiffs, who represented to me that they forwarded the files to me in the same condition as they were received from Fulton County and State Defendants. I have reviewed correspondence from Coalition Plaintiffs' attorneys to attorneys for the State Defendants and Fulton Defendants detailing the missing records and unzipped modified condition of the records, which informs my concern about the ability to reasonably rely on the electronic records provided to me.

16. Coalition Plaintiff's attorneys' correspondence indicates the estimated number of electronic records missing. In Fulton County ballot images and their attached "AuditMark" tabulation interpretations are missing for approximately 360,000 BMD ballots and 6.4 million BMD votes they contain for in-person voting for the official certified count of all down ballot races. Approximately 17,800 images and the same number of .sha files are missing from the presidential recount. Approximately 11,000 .dvd files are missing from the presidential recount for Fulton's November 2020 election. Such electronic files are essential when testing the election records for consistency and accuracy. Significant numbers of missing files inhibits a complete authoritative analysis of causes or effects of potential impacts of malware, software bugs, equipment malfunction, human error or malfeasance by insiders.

7

17. The inability of the state and counties to provide complete, authoritative, and consistent data from the Dominion BMD system, coupled with the highly vulnerable nature of the BMD touchscreen machines, does, in my opinion, call into serious question whether voters in Georgia can feel confident that their votes have been cast as intended and counted as cast. I try to make it a practice not to attribute to malice that which is equally explained by incompetence or inattention, and I would not suggest (since I have no reason to suggest) that the data has been deliberately provided to the Coalition Plaintiffs only in part and in an inconsistent way. But the next mostly likely reason for the data being such a mess would be that it is unreasonable to believe that the Dominion BMD voting system can be used reliably. The kinds of mistakes in the data could come from mistakes by election workers, and the usual excuse for such mistakes is to attribute them to "human error".

18. But we also know, from Dr. Alex Halderman's report on the use of Dominion equipment in Antrim County, Michigan [1] that election workers can make mistakes because the human error occurred in the design and implementation of the system by the vendor. All the types of mistakes made in Antrim County with Dominion equipment have been made in South Carolina using its iVotronic system, and it is possible to make those mistakes only because the voting system software has not been sufficiently bulletproofed to ensure the mistakes are impossible to make. Indeed, I used these

---

[1] Analysis of the Antrim County, Michigan November 2020 Election Incident

https://www.michigan.gov/documents/sos/Antrim_720623_7.pdf

mistakes in my third-semester undergraduate class as examples of things students would lose points for were they to submit work that permitted those kinds of mistakes.  One need not suggest malfeasance; if the system cannot be used as intended by the intended users, then it is the system that is at fault, not the users.

### Data Analysis Raises Serious Questions

19.  Although the data provided to me seems unlikely to be entirely reliable, I have nonetheless done some analysis on it.  I have been provided with three sets of JSON cast-vote-records (CVRs) for the November 3, 2020 Fulton County election, and a set of numerous counties' election project packages forward to Coalition Plaintiffs by State Defendants for the November 2020 and January 2021 elections.  Two of the three CVR files are of the original count, which is the final certified count for all races other than for President of the United States; the third is the CVR from the Presidential recount.  I have also visually reviewed targeted samples of ballot images, generally those representing problematic ballots such as those which appear to have been counted multiple times in the official counts.

20.  The significance of the missing and unverified files cannot be overstated in the limitations they place on expert analysis. For example, while I worked extensively with Fulton's cast vote records, roughly 34% of the ballot images and often the .dvd and .sha related files were simply missing, preventing me from consulting those files for confirmation of the fidelity of the data with the image and its related files.  It is my understanding that while Coalition Plaintiffs desire that I analyze Cobb County's cast

vote records and other electronic records, a full 50% of the required records have not
been preserved by Cobb County.

21.  There is no question about the relevance of ballot images and related .sha and
.dvd files and complete Election Project Packages to any examination of the November
2020 electronic election records. The Dominion records in a digital-only record the
interpretation of each ballot and appends that record to the image. The digital ballot
image and the AuditMark interpretation are the records reviewed by the bi-partisan
review boards in deteremining how to adjudicate voters' marks on ballots when human
review is required. From a voting system security perspective, destruction of these
records is unjustifiable, given Georgia's election record preservation legal requirements,
the federal statute requiring 22 months retention,  and what I presume to be the
preservation obligations related to this lawsuit. The US Department of Justice released a
bulletin in July 2021 reinforcing the importance of electronic election records retention.[2]

22.  Access to the paper ballots and scanning records and extensive testing of them
is needed to provide assurance of accurate tabulations, but such access and was not
permitted at this stage of the litigation.

23.  I have written programs to read the data files and output a large file with one
line for each ballot; the format is similar to a CSV from an Excel spreadsheet, but easier
for subsequent programs of mine to read and compare.  For each ballot, I have recorded
the precinct portion, the ballot style, the "counting group" of how the ballot was cast

---

[2] page 2  https://www.justice.gov/opa/press-release/file/1417796/download

(Election Day, absentee by mail, early, or provisional), the tabulator number, batch number, sequence number within each batch, and then the list of candidate numbers. I have deliberately ignored the generic write-in numbers and the numbers for registered write-in candidates. I have, however, recorded the CvrExport_xxx.json filename in which that ballot is found.

24.  The JSON filename, tabulator, batch, and sequence numbers will (unless there is an extraordinary coincidence) be different for a ballot recorded in the original CVR when compared to a ballot in the recount CVR. However, one can view the rest of each line for a ballot as a "signature": in that precinct portion, with that ballot style, cast in that fashion, what the actual choices are recorded on the ballot image. I use the term "signature" of the ballot image to mean a index created in our analysis of the ballot images where we combine key attributes of the ballot (like precinct and style) with letter codes indicating the ballot choice in each contest. The combined codes create a pattern that gives us considerable information in one alpha-numeric string about each ballot. If there were say  35 ballots in a given precinct with exactly the same candidate choices made we can verify that there should be 35 votes for each of the candidates chosen, coming from that particular pattern of choices made, and for the purpose of counting votes for candidates, and of matching ballots in the original with ballots in the recount. This would be 35 instances of the "signature" for each such ballot. It is only necessary to match the count for each pattern (signature); if there are 35 instances of that pattern in that precinct, style, and counting group, in the original, but only 34 in the recount, then one of those ballot records  is missing from the JSON files I am analyzing, and each

candidate chosen in the original ballots has had their vote total diminished by one. The individual ballot content indices, the "signatures," are a fundamental analytical tool in detecting duplicate and  ballots that cannot be matched from the original to the recount data.

25.   Given the nature of the BMDs, however, the actual choices of the voters cannot be known when they vote on  the touchscreen BMDs, as has been thoroughly explained in the declarations of Professor J. Alex Halderman, Professor Andrew Appel, Professor Philip Stark, Professor Richard DeMillo, and Harri Hursti. Therefore my electronic data analysis can only begin with the marks as recorded on the electronic record, ignoring the important truth that such marks may not represent the actual choices of the BMD voters.

26.   The two "original" CVRs provided to me appear to be identical, at least as far as the CVR itself is concerned.

27.   When comparing the electronic cast vote records of the initial count to the cast vote records of the Presidential recount (which also recorded, but did not officially count, the down ballot races), a suprising and significant number of discrepant cast vote records were detected. The two primary types of such discrepant records were 1) the double- and triple counting of some ballots, and 2) the interpretations of some ballots that appeared only once between the original count and the recount. The two counts should have obviously produced a one to one relationship of exactly the same ballots interpreted exactly the same way, but the analysis does not show such an expected relationship.

12

28. By creating "signatures" for each ballot image available, Coalition Plaintiffs' analysts identified examples of ballot images that appeared to be duplicate and triplicate images of exactly the same ballot and presented them to me for review. While it is infeasible to visually review all ballot images, I reviewed a significant number of images which appear to me to be of duplicates or triplicates of the same ballot. I can confirm from the cast vote records that these identical ballot images were actually counted in the tabulation multiple times.

29. This is not a normal expected typical election administration error. It is completely unacceptable for a system to operate in a manner where widespread double- and triple-counting of ballots can occur undetected. Certainly this represents a failure of both the post election audit and the certification and canvassing process, although we do not know the root cause of the multiple counts of the same ballots.

30. Coalition Plaintiffs analysts currently estimate the vote count effect of the double counted ballots to be approximately 400 additional ballots in the original count and about 3,000 in the presidential recount. These estimates seem reasonable in my view based on the analysis I have conducted, however it is infeasible to attempt to personally confirm every ballot image suspected of being counted multiple times. Additionally, some 700 estimated duplicates of BMD ballot images that are part of the the nearly 18,000 missing Fulton recount images cannot be visibly visually confirmed but reasonable conclusions can be drawn by noting identical characteristics in sequences of BMD cast vote records that indicate that such sequences of ballots were double and triple counted.

13

31.  I have, however, tried to match up the ballot signatures from the original data and from the recount data, and I come up with thousands of "mismatched" ballots county-wide.  In Fulton County, for example, there are 528,776 ballots in the original JSON data and 527,925 in the recount data, a difference of 851 fewer in the recount.  Of these, more than 500,000 signatures in the JSON data in the original match up with signatures in the recount, but there are thousands of ballots in the original that do not match a ballot in the recount, and vice versa.

32.  It cannot be determined from a review of the electronic records available whether the "mismatches" represent physically different ballots scanned in the two official counts, or whether the scanner/tabulators interpreted the votes marked on the *same* set of ballots differently for the first count than from the second count. As has been clearly demonstrated by years of scientific research on electronic voting system processes, malware, programming errors, or configuration errors can cause voter marks to be changed in electronic election records. The "mismatches" may well represent the *same* physical ballots interpreted differently by the system in the two counts and therefore have different signatures. That differing interpretation could be caused by a wide variety of conditions or malicious attack, but the reason for the difference cannot be determined from the electronic records made available to me.

33.  The possibility of such malware or programming or configuration errors cannot be ruled out until the paper ballots and related electronic records are reviewed.  In my opinion, it is imperative for Plaintiffs and State officials promptly to determine factual reasons for these mismatches and mitigate the unacceptable flaw in the voting

14

system and processes. Whether the cause of the mismatches is physically different ballots being scanned in the two counts or conflicting electronic interpretation of voters, neither is an acceptable condition for a public election.

34. A small caveat must be made. I am matching electronic ballot records by signature. If there were to be three ballots with the same signature in the original data but only two in the recount data, without a review of the images or the paper record, I would not be able to determine which of the three original ballots was not included in the recount, but I can conclude that one of the three was not counted, and thus that the candidates chosen by that voter did not get an accurate count of votes cast.

### Review of Donna Curling's RW01 Precinct Tabulation

35. The variety and location of errors and discrepancies in the Fulton County files is significant and difficult to analyze using incomplete records and without access to the paper documents, so focus on a sample precinct is useful for analysis. Therefore, I have particularly focused on detected discrepancies in Plaintiff Donna Curling's home precinct of RW01 (Fulton County). Instances of double-counting of BMD ballots and both double- and triple-counting of hand-marked paper ballots occurred in RW01. Seven of triple-counted and three of double-counted ballots have been detected in Ms. Curling's precinct. Analysts have found it possible to identify the images that were counted multiple times which represent hand marked paper ballots, because each ballot has slightly unique markings in each oval and images counted multiple times generally can be confirmed as representing the same ballot.

36. An example of a triple counted hand marked paper ballot is attached at Exhibit A.

37. An example of a double counted BMD ballot is attached at Exhibit B.

38. It is likely that the number of BMD ballots counted multiple times is greater than the number so far detected because machine markings of ballots generally make them indistinguishable, except for write-ins or unintentional artifacts from the scanning process.

39. The Secretary of State's certified results show a total of about 4250 ballots in Ms. Curlings' RW01 precinct in the original and the recounted data. Specifically in RW01, I find that 118 ballot records in the original data do not match with a ballot record in the recount data, and 114 ballots in the recount data do not match with a ballot in the original data. There appears to be no localized isolating explanation; the mismatches occur across precincts, tabulators, batches, and counting groups. Vote counting errors of this magnitude (more than 2-1/2%) are unacceptable for any voting system or election tabulation process. I have not examined or heard of an election in the United States with errors of this type or this magnitude. It should be noted that it is impossible to determine the exact impact of these discrepancies on the November election results, but all of my analysis and the analysis that I have seen of Coalition Plaintiffs' analysts indicate that there is a pattern of offsetting errors in the presidential election, but no major net change has been noted to date.

40. The root cause of the differing interpretations of what should be the same paper ballots cannot be determined without access to hardware and software that may

16

have interpreted the same ballots in different ways, and access to the original paper

ballots to determine the accurate interpretation of the voters' marks.

41.   Alternatively, an inspection of the paper ballots could conclude that groups of

different paper ballots were used in the original count versus the recount. With the

incomplete and unreliable electronic records available no reasonable conclusions can be

drawn as to what types of vulnerabilities may have been exploited intentionally or

unintentionally.

42.   The significant changes in certain subsets of the three counts are generally

consistent with types of tabulation anonmalies explained above. For example, the official

Election Day ballot vote count (as reported on the Secretary of State's webpage)  for

Donald Trump varied from 202 for the first machine count to the audited tally of 243 to

the final official count of 167. President Biden Election Day ballot vote tallies varied

from 92 initially to an audited tally of 88 and a final machine recounted total of 76.   The

fact that such differences between the hand counted audited ballot tallies and the official

machine count tallies differs by this much signals that tabulation and auditing processes

are flawed and strongly argue for intense objective expert examination and considerable

mitigation efforts. It should be the case that counts are consistent and exact.  (I remember

calling into question the count in Richland County that was off by one ballot, and being

told that that particular ballot was a Provisional ballot that was rejected.  Any differences

in counts should be entirely explainable and effort should be made to explain them)

43.   The fact that such audit discrepancies at a precinct level did not cause pre-

certification investigations of the count variances is unacceptable; it essentially defeats

17

the purpose of an audit if signficant discrepancies are ignored and chalked up to "human error" as they seem to have been at least in the case of the Fulton County audit.

44.   I have no doubt that a deeper analysis of mismatched ballots across precinct lines would have similar results to the results of the RW01 precinct.  The vast majority of Fulton County precincts appear to have mismatched ballots.

45.   The nature of the anomalies in Fulton County must be seen to be deeply disturbing.  If anomalies were concentrated in a few precincts, or related to specific tabulators, or such, then one might assume a specific malfunction.  I saw this in the South Carolina data, where all the data from one particular malfunctioning device would be missing.

46.   In Fulton precinct 826-03I, for example, there are 528 ballots that match in the original and the recount data, but 142 ballots in the original that do not occur in the recount.  A closer examination shows that 127 of the 142 are from tabulator 456 and batch 0.  This would appear to be a localized error.  The fact that the overwhelming majority of the Fulton precincts have mismatched ballots would appear much more likely to be a systemic error in the voting system. Expert examination of the paper ballot records and the tabulation server and related software is essential for an understanding of the source of the tabulation discrepancies.

47.   Given the level of tabulation discrepancies in Fulton's November 2020 election, the hand count audit must be considered a failure, and a failure that should have immediately triggered a serious analysis and mitigation of voting system deficiencies to ensure that future elections permit voters to cast an accountable vote.

**Other System Deficiencies Detected**

48.  The anomalies are not confined to Fulton County.  In Bartow County, although the number of ballots in the CVR is only three smaller in the recount, there are 250 mismatches in the original data and 247 mismatches in the recount, out of a total of just over 50 thousand ballots.  Detailed examination of these mismatches shows that the differences often but not always lie in one contest for ballots scanned with tabulator 530. Curiously, in precinct 207-WOOD, tabulator 530, batch 88, sequence numbers 76 through 82 all are mismatches in the recount, with the only vote choices being for the Democrat for president in the first two and for the Republican for president in the next five.

49.  A modern voting system should only permit ballots printed for the correct specific election and jurisdiction to be scanned and tabulated. However, the Dominion system was configured in Fulton County in a manner that permitted out of county ballots or ballots cast in a different election to be scanned and tabulated. For example several DeKalb County November 2020 ballots were accepted and counted in Fulton. Although the votes were marked for *DeKalb* candidates after the statewide candidate section of the ballot, the votes were tabulated for *Fulton* candidates whose names were on the ballot in the same position of the DeKalb candidate chosen.

50.  The error can be seen on Exhibit C which is a group of original count and recount DeKalb County ballot images, cast and counted for Fulton candidates. The voters

19

marks can be seen on pages one and two of the ballots voting for DeKalb candidates and ballot questions. Reviewing page 3 shows the interpretation of the votes, where Fulton County candidates were given the vote cast for another candidate.

51. The fact that this error can occur is evidence of poor design and non-compliant use. The errors that resulted in the wrong ballots being cast and counted are a classic example of a combination of system design problems coupled with election worker error and inadequate audit procedures.

52. Another issue demonstrating a lack of proper electronic security controls is the off-hours adjudication of ballots, which literally changes votes in the system based on decisions during human inspection of the images. Exhibit D is an example of a ballot scanned at 2:35AM on November 5, and adjudicated at 5:10AM that day. Note that the third page of the DeKalb ballot in Exhibit C shows a ballot adjudication time of 2:15AM.

53. It is my understanding that Fulton Defendants represented to Coalition Plaintiffs that ballots were not adjudicated without the involvement of bi-partisan Vote Review Panels, and that such review panels did not meet prior to 7am. The vote adjudication times of 2:15 AM and 5:10AM and therefore suggests that unauthorized electronic vote adjudication was taking place, and at a time of day when there would have been little citizen or management oversight. These facts point out the security risk of using electronic adjudication of ballots, allowing changes in the vote count by people with access to the system. An alternative explanation is that the timer inside the computers recording adjudication was incorrect.  This would be a different but also serious indication of inadequate care taken in processing ballots from the election.

54.  If the timer is correct, and the times shown are correct (meaning that the software correctly read the timer value and converted it to human-readable date and time) the timer's records off-hours recording would be evidence of apparent unauthorized access to the system by people possessing credentials to sign into the server and make vote changes in off hours. This reinforces the need to conduct a thorough examination of the system logs, server, paper ballot records and the related complete electronic records to determine the cause of the discrepancies and to install mitigating system controls for future elections.

**Summary and Conclusions**

55.  The errors and discrepancies noted to date in the partial electronic records provided cannot be viewed in isolation and without consideration of Dr. Halderman's July 1 report on the extreme and wide-ranging security vulnerabilities of the BMD system. The report explains the many (and mostly obvious) attack surfaces that invite undetectable electronic manipulation of an election, including an attacker's ability to deliver malware that infects components and software throughout the system, not limited to BMD ballots.

56.  In my opinion, the concerning discrepancies of the type detected in the November 3, 2020 election may have been caused by system malfunctions, malware, by election workers at the state or county level, a systemic desire of election workers to "just get the job done" instead of to "get the job done right", or perhaps even malfeasance. However, it is my understanding that Fulton County Defendents have stated in their

21

discovery responses that ballots were not double scanned and then double-counted.  The double *counting* certainly took place. Physical double-scanning is a serious enough problem.  But if Fulton Defendants are correct in their statement that double *scanning* did not take place, we must assume that the devices used (scanners and tabulators) produced the duplicated ballots either due to bad software from the vendor or intentional duplication by software inserted after the vendor's installation of the software. Urgent and expert analysis should be underway by Georgia officials to investigate the root cause of the tabulation problems and install immediate mitigations where possible.

57.  However, so long as the Dominion BMD touchscreen units are in use, Dr. Halderman's findings would indicate that vote discrepancies similar to those described above, if caused by malware, could not be reasonably prevented.  The solution to Georgia's election verification shortfall undeniably lies in 1) the implementation of hand marked paper ballots as the standard voting method to obtain a trustworthy source document, 2) chain of custody controls, 3) comprehensive ballot accounting and canvassing procedures, and 4) robust post-election audits of the type recommended by Dr. Stark. These basic elements are essential to ensure that Georgia voters an cast an accountable vote.

58.  It is my understanding that neither State Defendants nor Fulton Defendants have sought access to Dr. Halderman's report on the dangerous vulnerabilities of the Dominion BMD system, nor have they undertaken any efforts to address the security risks associated with the use of the equipment, despite the concerning tabulation errors in November 2020 election, and unresolved discrepancies in the post-election audit.

59. Meaningful assessments by voting system experts of the cause and recommended mitigation of the discrepancies detected in the November 2020 election will require access to paper ballots, scanning documents, tabulation equipment and related software and in-depth analysis of all.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this date, January 11, 2022.

DUNCAN ALAN BUELL

Exhibit A

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase.  Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:**  Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned.  You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-385(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-In

### For United States Senate
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-In

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

● Lucy McBath
(Incumbent) Democrat

○
_____
Write-In

### For State Senator From 56th District
(Vote for One)

○ John Albers
(Incumbent) Republican

● Sarah Beeson
Democrat

○
_____
Write-In

**Turn Ballot Over To Continue Voting**

Turn Ballot Over To Continue Voting

## PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

○ YES
● NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

## STATEWIDE REFERENDUM

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES
● NO

---

**For State Representative**
In the General Assembly From 48th District
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(Incumbent) Democrat

○ Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○ Write-in

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○ Write-in

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○ Write-in

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○ Write-in

**For Surveyor**
(Vote for One)

○ Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○ Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(Incumbent) Republican

● Justin Holsomback
Democrat

○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(Incumbent)

○ Write-in

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

00794_00018_000011.tif scanned at: 12:43:15 on 12/02/20.

Scanned on: ICC  Tabulator: 794   Batch: 18
Poll ID:   317   Ballot ID:  676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



### FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a))*

---

**For President
of the United States**
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
Write-In

**For United States Senate**
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
Write-In

---

**SPECIAL ELECTION**

**For United States Senate**
(To Fill the Unexpired Term of
Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
Write-In

---

**For Public Service
Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
Write-In

**For Public Service
Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
Write-In

**For U.S. Representative In 117th
Congress From the 6th
Congressional District of Georgia**
(Vote for One)

○ Karen Handel
Republican

● Lucy McBath
(Incumbent) Democrat

○
Write-In

**For State Senator From
56th District**
(Vote for One)

○ John Albers
(Incumbent) Republican

● Sarah Beeson
Democrat

○
Write-In

---

**Turn Ballot Over To Continue Voting**

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

○ Alan Toney
(Incumbent)

Write-In
○

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(Incumbent) Republican

● Justin Holsomback
Democrat

Write-In
○

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

Write-In
○

**For Surveyor**
(Vote for One)

Write-In
○

**For Tax Commissioner**
(Vote for One)

○ Arthur E. Ferdinand
(Incumbent) Democrat

Write-In
○

**For Sheriff**
(Vote for One)

Write-In
○

○ Catherine "Tina" Robinson
(Incumbent) Democrat

**For Clerk of Superior Court**
(Vote for One)

Write-In
○

● Patrick "Pat" Labat
Democrat

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Paul L. Howard
Democrat

Write-In
○

**For State Representative In the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(Incumbent) Democrat

---

**PROPOSED CONSTITUTIONAL AMENDMENTS**

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

**STATEWIDE REFERENDUM**

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES
● NO

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

00791_00019_000082.tif scanned at: 15:29:05 on 11/30/20.

Scanned on: ICC  Tabulator: 791   Batch: 19
Poll ID:   317   Ballot ID:  676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## FULTON COUNTY
779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(a), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○ _____
Write-In

### For United States Senate
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○ _____
Write-In

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○ _____
Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

● Lucy McBath
(Incumbent) Democrat

○ _____
Write-In

### For State Senator From 56th District
(Vote for One)

○ John Albers
(Incumbent) Republican

● Sarah Beeson
Democrat

○ _____
Write-In

**Turn Ballot Over To Continue Voting**

Turn Ballot Over To Continue Voting

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

○ Alan Toney
(Incumbent)

Write-In

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(Incumbent) Republican

● Judith Holobrinback
Democrat

Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

Write-In

**For Surveyor**
(Vote for One)

Write-In

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

Write-In

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

Write-In

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

Write-In

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

Write-In

**For State Representative in the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(Incumbent) Democrat

Write-In

---

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

House Resolution 164
Act No. 597

Authorizes dedication of fees and taxes to their intended purposes by general state law.

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were imposed?"

● YES
○ NO

**- 2 -**

House Resolution 1023
Act No. 596

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

---

## STATEWIDE REFERENDUM

**- A -**

House Bill 344
Act No. 149

Establishes a tax exemption for certain real property owned by charities.

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES
● NO

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

00791_00026_000019.tif scanned at: 09:34:00 on 12/01/20.

Scanned on: ICC  Tabulator: 791  Batch: 26
Poll ID:  317  Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO

Exhibit B

00801_00043_000083.tif

**FULTON COUNTY**

**OFFICIAL BALLOT**

**GENERAL AND SPECIAL ELECTION
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020**

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01 ←

For President of the United States (Vote for One) (NP)
Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue) (Vote for One) (NP)
Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
Vote for Doug Collins (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
Vote for John Albers (I) (Rep)

For State Representative in the General Assembly From 48th District (Vote for One) (NP)
Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit (Vote for One) (NP)
Vote for Fani Willis (Dem)

For Clerk of Superior Court (Vote for One) (NP)
Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff (Vote for One) (NP)
Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner (Vote for One) (NP)
Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor (Vote for One) (NP)
BLANK CONTEST

For Solicitor-General of State Court of Fulton County (Vote for One) (NP)
Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2 (Vote for One) (NP)
Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor (Vote fo One) (NP)
Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
Vote for YES

Constitutional Amendment #2 (NP)
Vote for NO

Statewide Referendum A (NP)
Vote for YES

1/1

00801_00044_000083.tif

**FULTON COUNTY**

**OFFICIAL BALLOT**

**GENERAL AND SPECIAL ELECTION
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020**

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01 ←

For President of the United States (Vote for One) (NP)
Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue) (Vote for One) (NP)
Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
Vote for Doug Collins (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
Vote for John Albers (I) (Rep)

For State Representative in the General Assembly From 48th District (Vote for One) (NP)
Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit (Vote for One) (NP)
Vote for Fani Willis (Dem)

For Clerk of Superior Court (Vote for One) (NP)
Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff (Vote for One) (NP)
Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner (Vote for One) (NP)
Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor (Vote for One) (NP)
BLANK CONTEST

For Solicitor-General of State Court of Fulton County (Vote for One) (NP)
Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2 (Vote for One) (NP)
Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor (Vote fo One) (NP)
Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
Vote for YES

Constitutional Amendment #2 (NP)
Vote for NO

Statewide Referendum A (NP)
Vote for YES

1/1

00801_00043_000083.tif scanned at: 18:54:32 on 12/01/20.

Scanned on: ICC  Tabulator: 801   Batch:  43
Poll ID:   317   Ballot ID:  676

00801_00043_000083.tif

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

00801_00044_000083.tif scanned at: 18:59:28 on 12/01/20.

Scanned on: ICC  Tabulator: 801   Batch:  44
Poll ID:   317   Ballot ID:  676

00801_00044_000083.tif

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

Exhibit C

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



## DEKALB COUNTY
### 738-BM

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○ _____
Write-In

### For United States Senate
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○ _____
Write-In

### SPECIAL ELECTION

#### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

● Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○ _____
Write-In

### For U.S. Representative in 117th Congress From the 4th Congressional District of Georgia
(Vote for One)

○ Johsie Cruz Exammudeen
Republican

● Henry C. "Hank" Johnson, Jr.
(Incumbent) Democrat

○ _____
Write-In

### For State Senator From 10th District
(Vote for One)

● Emanuel Jones
(Incumbent) Democrat

○ _____
Write-In

### For State Representative in the General Assembly From 90th District
(Vote for One)

● Pam Stephenson
(Incumbent) Democrat

○ _____
Write-In

**Turn Ballot Over To Continue Voting**

Turn Ballot Over To Continue Voting

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

○ YES
○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES
● NO

## STATEWIDE REFERENDUM

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

## SPECIAL ELECTION
## DEKALB COUNTY

Ethics Question
(Vote for One)

"Shall the Act be approved which revises the Board of Ethics for DeKalb County?"

○ YES
● NO

---

For District Attorney of the Stone Mountain Judicial Circuit
(Vote for One)

● Sherry Boston
(Incumbent) Democrat

○ Write-In

For Clerk of Superior Court of DeKalb County
(Vote for One)

● Debra Deberry
(Incumbent) Democrat

○ Write-In

For Sheriff
(Vote for One)

○ Harold Dennis
Republican

● Melody M. Maddox
(Incumbent) Democrat

○ Write-In

For Tax Commissioner
(Vote for One)

● Irvin J. Johnson
(Incumbent) Democrat

○ Write-In

For Chief Magistrate
(Vote for One)

● Berryl A. Anderson
(Incumbent) Democrat

○ Write-In

For Solicitor General of DeKalb County
(Vote for One)

● Donna Coleman-Stribling
(Incumbent) Democrat

○ Write-In

For Chief Executive Officer
(Vote for One)

● Michael "Mike" Thurmond
(Incumbent) Democrat

○ Write-In

For County Commissioner District 5
(Vote for One)

● Mereda Davis Johnson
(Incumbent) Democrat

○ Write-In

For DeKalb County Soil and Water Conservation District Supervisor
(Vote for One)

○ Dell F. McGregor

○ Write-In

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

00729_00116_000047.tif scanned at: 20:28:58 on 11/06/20.

Scanned on: ICC  Tabulator: 729   Batch: 116
Poll ID:   261  Ballot ID: 284

President of the United States
   Joseph R. Biden (Dem)
US Senate (Perdue)
   Jon Ossoff (Dem)
US Senate (Loeffler) - Special
   Tamara Johnson-Shealey (Dem)
Public Service Commission District 1
   Robert G. Bryant (Dem)
Public Service Commission District 4
   Daniel Blackman (Dem)
US House District 5
   Nikema Williams (Dem)
State Senate District 36
   Nan Orrock (I) (Dem)
State House District 60
   Kim Schofield (I) (Dem)
District Attorney - Atlanta
   Fani Willis (Dem)
Clerk of Superior Court
   BLANK CONTEST
Sheriff
   BLANK CONTEST
Tax Commissioner
   BLANK CONTEST
Surveyor
   BLANK CONTEST
Solicitor General
   BLANK CONTEST
Soil and Water - Fulton County
   BLANK CONTEST
Constitutional Amendment #1
   BLANK CONTEST
Constitutional Amendment #2
   YES
Statewide Referendum A
   BLANK CONTEST
Atlanta Homestead Exemption - Special
   OVER-VOTE
   YES (NOT COUNTED)
   NO (NOT COUNTED)


Adjudicated at 2:15 AM on 11/7/2020 by emsadmin04

President of the United States
    Joseph R. Biden (Dem) (100%)
US Senate (Perdue)
    Jon Ossoff (Dem) (100%)
US Senate (Loeffler) - Special
    Tamara Johnson-Shealey (Dem) (100%)
Public Service Commission District 1
    Robert G. Bryant (Dem) (100%)
Public Service Commission District 4
    Daniel Blackman (Dem) (100%)
US House District 5
    Nikema Williams (Dem) (100%)
State Senate District 36
    Nan Orrock (I) (Dem) (94%)
State House District 60
    Kim Schofield (I) (Dem) (99%)
District Attorney - Atlanta
    Fani Willis (Dem) (100%)
Clerk of Superior Court
    BLANK CONTEST
Sheriff
    BLANK CONTEST
Tax Commissioner
    BLANK CONTEST
Surveyor
    BLANK CONTEST
Solicitor General
    BLANK CONTEST
Soil and Water - Fulton County
    BLANK CONTEST
Constitutional Amendment #1
    BLANK CONTEST
Constitutional Amendment #2
    YES (31%)
Statewide Referendum A
    BLANK CONTEST
Atlanta Homestead Exemption - Special
    *Adjudicated* Mark removed for YES
    NO (98%)

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



# DEKALB COUNTY
## 611-EG

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** use check marks or X to mark ballot<br>Do **NOT** mark more choices per race than allowed<br>Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope

B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a))*

---

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○ _____
Write-In

### For United States Senate
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○ _____
Write-In

---

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○ _____
Write-In

---

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○ _____
Write-In

### For U.S. Representative in 117th Congress From the 5th Congressional District of Georgia
(Vote for One)

○ Angela Stanton-King
Republican

● Nikema Williams
Democrat

○ _____
Write-In

### For State Senator From 42nd District
(Vote for One)

● Elena Parent
(Incumbent) Democrat

○ _____
Write-In

### For State Representative in the General Assembly From 83rd District
(Vote for One)

● Becky Evans
(Incumbent) Democrat

○ _____
Write-In

---

**Turn Ballot Over To Continue Voting**

Turn Ballot Over To Continue Voting



**For Dekalb County Soil and Water Conservation District Supervisor**
(Vote for One)

● Dell F. McGregor

○ Write-in

**For County Commissioner District 6**
(Vote for One)

● Edward "Ted" Terry
Democrat

○ Write-in

**DEKALB COUNTY SPECIAL ELECTION**

Ethics Question
(Vote for One)

"Shall the Act so approved which revises the Board of Ethics for Dekalb County?"

● YES
○ NO

**For Chief Executive Officer**
(Vote for One)

● Michael "Mike" Thurmond
(Incumbent) Democrat

○ Write-in

**STATEWIDE REFERENDUM**

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such property is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**For Solicitor General of Dekalb County**
(Vote for One)

● Donna Coleman-Stribling
(Incumbent) Democrat

○ Write-in

**For Chief Magistrate**
(Vote for One)

● Berryl A. Anderson
(Incumbent) Democrat

○ Write-in

**For Tax Commissioner**
(Vote for One)

● Irvin J. Johnson
(Incumbent) Democrat

○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from taxes or fees to the public purpose for which such taxes or fees were imposed?"

● YES
○ NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

**For Sheriff**
(Vote for One)

○ Harold Dennis
Republican

● Melody M. Maddox
(Incumbent) Democrat

○ Write-in

**For Clerk of Superior Court of Dekalb County**
(Vote for One)

● Debra Deberry
(Incumbent) Democrat

○ Write-in

**For District Attorney of the Stone Mountain Judicial Circuit**
(Vote for One)

● Sherry Boston
(Incumbent) Democrat

○ Write-in

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

00729_00118_000055.tif scanned at: 20:46:53 on 11/06/20.

Scanned on: ICC   Tabulator: 729   Batch: 118
Poll ID:   168   Ballot ID:  247

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 36
  Nan Orrock (I) (Dem)
State House District 58
  Park Cannon (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 4
  Write-in
Soil and Water - Fulton County
  Write-in
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO
Atlanta Homestead Exemption - Special
  BLANK CONTEST

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



## DEKALB COUNTY
### 600-AA

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** use more choices per race than allowed |
| | Do **NOT** mark more choices per race than allowed |
| | Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope

B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(a), 21-2-285(h) and 21-2-383(a))*

### For President of the United States
(Vote for One)

- ○ Donald J. Trump - President
  Michael R. Pence - Vice President
  (Incumbent) Republican
- ● Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat
- ○ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian
- ○ _____
  Write-In

### For United States Senate
(Vote for One)

- ○ David A. Perdue
  (Incumbent) Republican
- ● Jon Ossoff
  Democrat
- ○ Shane Hazel
  Libertarian
- ○ _____
  Write-In

### SPECIAL ELECTION

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ○ Al Bartell
  Independent
- ○ Allen Buckley
  Independent
- ○ Doug Collins
  Republican
- ○ John Fortuin
  Green
- ○ Derrick E. Grayson
  Republican
- ○ Michael Todd Greene
  Independent
- ○ Annette Davis Jackson
  Republican
- ● Deborah Jackson
  Democrat
- ○ Jamesia James
  Democrat
- ○ A. Wayne Johnson
  Republican
- ○ Tamara Johnson-Shealey
  Democrat
- ○ Matt Lieberman
  Democrat
- ○ Kelly Loeffler
  (Incumbent) Republican
- ○ Joy Felicia Slade
  Democrat
- ○ Brian Slowinski
  Libertarian
- ○ Valencia Stovall
  Independent
- ○ Ed Tarver
  Democrat
- ○ Kandiss Taylor
  Republican
- ○ Raphael Warnock
  Democrat
- ○ Richard Dien Winfield
  Democrat
- ○ _____
  Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

- ○ Jason Shaw
  (Incumbent) Republican
- ● Robert G. Bryant
  Democrat
- ○ Elizabeth Melton
  Libertarian
- ○ _____
  Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ○ Lauren Bubba McDonald, Jr.
  (Incumbent) Republican
- ● Daniel Blackman
  Democrat
- ○ Nathan Wilson
  Libertarian
- ○ _____
  Write-In

### For U.S. Representative in 117th Congress From the 4th Congressional District of Georgia
(Vote for One)

- ○ Johsie Cruz Ezammudeen
  Republican
- ● Henry C. "Hank" Johnson, Jr.
  (Incumbent) Democrat
- ○ _____
  Write-In

### For State Senator From 41st District
(Vote for One)

- ○ William Park Freeman
  Republican
- ● Kim Jackson
  Democrat
- ○ _____
  Write-In

### For State Representative in the General Assembly From 86th District
(Vote for One)

- ● Zulma Lopez
  Democrat
- ○ _____
  Write-In

**Turn Ballot Over To Continue Voting**

Turn Ballot Over To Continue Voting

## For Dekalb County Soil and Water Conservation District Supervisor
(Vote for One)

● Dell F. McGregor

○ Write-in

---

## For County Commissioner
District 4
(Vote for One)

● Steve Bradshaw
(Incumbent) Democrat

○ Write-in

---

## For Chief Executive Officer
(Vote for One)

● Michael "Mike" Thurmond
(Incumbent) Democrat

○ Write-in

---

## For Solicitor General
of DeKalb County
(Vote for One)

● Donna Coleman-Stribling
(Incumbent) Democrat

○ Write-in

---

## For Chief Magistrate
(Vote for One)

● Berry A. Anderson
(Incumbent) Democrat

○ Write-in

---

## For Tax Commissioner
(Vote for One)

● Irvin J. Johnson
(Incumbent) Democrat

○ Write-in

---

## For Sheriff
(Vote for One)

○ Harold Dennis
Republican

● Melody M. Maddox
(Incumbent) Democrat

○ Write-in

---

## For Clerk of Superior Court
of DeKalb County
(Vote for One)

● Debra Deberry
(Incumbent) Democrat

○ Write-in

---

## For District Attorney of the
Stone Mountain Judicial Circuit
(Vote for One)

● Sherry Boston
(Incumbent) Democrat

○ Write-in

---

# PROPOSED
# CONSTITUTIONAL
# AMENDMENTS

## - 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

---

## - 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES
● NO

---

# STATEWIDE
# REFERENDUM

## - A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

---

# DEKALB COUNTY
# SPECIAL ELECTION

## Ethics Question
(Vote for One)

"Shall the Act be approved which revises the Board of Ethics for DeKalb County?"

○ YES
● NO

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05150_00134_000055.tif scanned at: 14:18:02 on 10/30/20.

Scanned on: ICC   Tabulator: 5150   Batch: 134
Poll ID:   314   Ballot ID: 1

**President of the United States**
  Joseph R. Biden (Dem)
**US Senate (Perdue)**
  Jon Ossoff (Dem)
**US Senate (Loeffler) - Special**
  Deborah Jackson (Dem)
**Public Service Commission District 1**
  Robert G. Bryant (Dem)
**Public Service Commission District 4**
  Daniel Blackman (Dem)
**US House District 5**
  Nikema Williams (Dem)
**State Senate District 36**
  Write-in
**State House District 59**
  Write-in
**District Attorney - Atlanta**
  Fani Willis (Dem)
**Clerk of Superior Court**
  BLANK CONTEST
**Sheriff**
  BLANK CONTEST
**Tax Commissioner**
  BLANK CONTEST
**Surveyor**
  BLANK CONTEST
**Solicitor General**
  BLANK CONTEST
**Soil and Water - Fulton County**
  BLANK CONTEST
**Constitutional Amendment #1**
  BLANK CONTEST
**Constitutional Amendment #2**
  OVER-VOTE
  YES (NOT COUNTED)
  NO (NOT COUNTED)
**Statewide Referendum A**
  BLANK CONTEST
**Atlanta Homestead Exemption - Special**
  OVER-VOTE
  YES (NOT COUNTED)
  NO (NOT COUNTED)

Adjudicated at 3:19 PM on 11/3/2020 by emsadmin06

President of the United States
   Joseph R. Biden (Dem) (100%)
US Senate (Perdue)
   Jon Ossoff (Dem) (100%)
US Senate (Loeffler) - Special
   Deborah Jackson (Dem) (100%)
Public Service Commission District 1
   Robert G. Bryant (Dem) (100%)
Public Service Commission District 4
   Daniel Blackman (Dem) (100%)
US House District 5
   Nikema Williams (Dem) (100%)
State Senate District 36
   Write-in (100%)
State House District 59
   Write-in (100%)
District Attorney - Atlanta
   Fani Willis (Dem) (100%)
Clerk of Superior Court
   BLANK CONTEST
Sheriff
   BLANK CONTEST
Tax Commissioner
   BLANK CONTEST
Surveyor
   BLANK CONTEST
Solicitor General
   BLANK CONTEST
Soil and Water - Fulton County
   BLANK CONTEST
Constitutional Amendment #1
   BLANK CONTEST
Constitutional Amendment #2
   *Adjudicated* Mark removed for YES
   NO (99%)
Statewide Referendum A
   BLANK CONTEST
Atlanta Homestead Exemption - Special
   *Adjudicated* Mark removed for YES
   NO (100%)

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# DEKALB COUNTY

649-FC

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
| --- | --- |
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

If you decide to vote in-person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

**For President of the United States**
(Vote for One)

- ○ Donald J. Trump - President; Michael R. Pence - Vice President — (Incumbent) Republican
- ● Joseph R. Biden - President; Kamala D. Harris - Vice President — Democrat
- ○ Jo Jorgensen - President; Jeremy "Spike" Cohen - Vice President — Libertarian
- ○ Joseph R. Biden — Write-in

**For United States Senate**
(Vote for One)

- ○ David A. Perdue — (Incumbent) Republican
- ● Jon Ossoff — Democrat
- ○ Shane Hazel — Libertarian
- ○ Jon Ossoff — Write-in

**SPECIAL ELECTION**

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ○ Al Bartell — Independent
- ○ Allen Buckley — Independent
- ○ Doug Collins — Republican
- ○ John Fortuin — Green
- ○ Derrick E. Grayson — Republican
- ○ Michael Todd Greene — Independent
- ○ Annette Davis Jackson — Republican
- ○ Deborah Jackson — Democrat
- ○ Jamesia James — Democrat
- ○ A. Wayne Johnson — Republican
- ○ Tamara Johnson-Shealey — Democrat
- ○ Matt Lieberman — Democrat
- ○ Kelly Loeffler — (Incumbent) Republican
- ○ Joy Felicia Slade — Democrat
- ○ Brian Slowinski — Libertarian
- ○ Valencia Stovall — Independent
- ○ Ed Tarver — Democrat
- ○ Kandiss Taylor — Republican
- ● Raphael Warnock — Democrat
- ○ Richard Dien Winfield — Democrat
- ○ Raphael Warnock — Write-in

**For Public Service Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

- ○ Jason Shaw — (Incumbent) Republican
- ● Robert G. Bryant — Democrat
- ○ Elizabeth Melton — Libertarian
- ○ Robert G Bryant — Write-in

**For Public Service Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ○ Lauren Bubba McDonald, Jr. — (Incumbent) Republican
- ● Daniel Blackman — Democrat
- ○ Nathan Wilson — Libertarian
- ○ Daniel Blackman — Write-in

**For U.S. Representative in 117th Congress From the 5th Congressional District of Georgia**
(Vote for One)

- ○ Angela Stanton-King — Republican
- ● Nikema Williams — Democrat
- ○ Nikema Williams — Write-in

**For State Senator From 44th District**
(Vote for One)

- ○ Benjamin Brooks — Republican
- ● Gail Davenport — (Incumbent) Democrat
- ○ Gail Davenport — Write-in

**For State Representative In the General Assembly From 83rd District**
(Vote for One)

- ● Becky Evans — (Incumbent) Democrat
- ○ Becky Evans — Write-in

Turn Ballot Over To Continue Voting

Turn Ballot Over To Continue Voting



**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -
Authorizes dedication of fees and taxes to their intended purposes by general state law.
House Resolution 164
Act No. 597
"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"
- ○ YES
- ○ NO

- 2 -
Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.
House Resolution 1023
Act No. 596
"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"
- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -
Establishes a tax exemption for certain real property owned by charities.
House Bill 344
Act No. 149
"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"
- ● YES
- ○ NO

**SPECIAL ELECTION DEKALB COUNTY**

Ethics Question (Vote for One)
"Shall the Act so approved which raises the Board of Ethics for DeKalb County?"
- ● YES
- ○ NO

For District Attorney of the Stone Mountain Judicial Circuit (Vote for One)
- ● Sherry Boston (Incumbent) Democrat
- ○ *Sherry Boston* (write-in)

For Clerk of Superior Court of DeKalb County (Vote for One)
- ● Debra DeBerry (Incumbent) Democrat
- ○ *Debra Deberry* (write-in)

For Sheriff (Vote for One)
- ○ Harold Dennis Republican
- ● Melody M. Maddox (Incumbent) Democrat
- ○ *Melody M. Maddox* (write-in)

For Tax Commissioner (Vote for One)
- ● Irvin J. Johnson (Incumbent) Democrat
- ○ *Irvin J. Johnson* (write-in)

For Chief Magistrate (Vote for One)
- ● Berry A. Anderson (Incumbent) Democrat
- ○ *Berryl A. Anderson* (write-in)

For Solicitor General of DeKalb County (Vote for One)
- ● Donna Coleman-Stribling (Incumbent) Democrat
- ○ *Dana Coleman-Stribling* (write-in)

For Chief Executive Officer (Vote for One)
- ● Michael "Mike" Thurmond (Incumbent) Democrat
- ○ *Michael Thurmond* (write-in)

For County Commissioner District 6 (Vote for One)
- ● Edward "Ted" Terry Democrat
- ○ *Edward Terry* (write-in)

For DeKalb County Soil and Water Conservation District Supervisor (Vote for One)
- ● Dell F. McGregor
- ○ *Jeff F. McGregor* (write-in)

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05160_00441_000001.tif scanned at: 18:30:31 on 11/04/20.

Scanned on: ICC   Tabulator: 5160   Batch: 441
Poll ID:   90   Ballot ID: 335

**President of the United States**
  Joseph R. Biden (Dem)
**US Senate (Perdue)**
  Jon Ossoff (Dem)
**US Senate (Loeffler) - Special**
  Raphael Warnock (Dem)
**Public Service Commission District 1**
  Robert G. Bryant (Dem)
**Public Service Commission District 4**
  Daniel Blackman (Dem)
**US House District 5**
  Nikema Williams (Dem)
**State House District 56**
  Write-In
**District Attorney - Atlanta**
  Write-In
**Clerk of Superior Court**
  BLANK CONTEST
**Sheriff**
  Write-In
**Tax Commissioner**
  BLANK CONTEST
**Surveyor**
  BLANK CONTEST
**Solicitor General**
  BLANK CONTEST
**County Commission District 4**
  BLANK CONTEST
**Soil and Water - Fulton County**
  Write-In
**Constitutional Amendment #1**
  YES
**Constitutional Amendment #2**
  OVER-VOTE
  YES (NOT COUNTED)
  NO (NOT COUNTED)
**Statewide Referendum A**
  BLANK CONTEST
**Atlanta Homestead Exemption - Special**
  OVER-VOTE
  YES (NOT COUNTED)
  NO (NOT COUNTED)


Adjudicated at 8:55 PM on 11/4/2020 by emsadmin02

President of the United States
    Joseph R. Biden (Dem) (100%)
US Senate (Perdue)
    Jon Ossoff (Dem) (99%)
US Senate (Loeffler) - Special
    Raphael Warnock (Dem) (100%)
Public Service Commission District 1
    Robert G. Bryant (Dem) (100%)
Public Service Commission District 4
    Daniel Blackman (Dem) (99%)
US House District 5
    Nikema Williams (Dem) (95%)
State House District 56
    Write-in (98%)
District Attorney - Atlanta
    Write-in (100%)
Clerk of Superior Court
    BLANK CONTEST
Sheriff
    Write-in (99%)
Tax Commissioner
    BLANK CONTEST
Surveyor
    BLANK CONTEST
Solicitor General
    BLANK CONTEST
County Commission District 4
    BLANK CONTEST
Soil and Water - Fulton County
    Write-in (100%)
Constitutional Amendment #1
    YES (100%)
Constitutional Amendment #2
    OVER-VOTE
    YES (NOT COUNTED) (33%)
    NO (NOT COUNTED) (100%)
Statewide Referendum A
    BLANK CONTEST
Atlanta Homestead Exemption - Special
    OVER-VOTE
    YES (NOT COUNTED) (48%)
    NO (NOT COUNTED) (100%)

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## DEKALB COUNTY
641-DC, 658-DC

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** use check marks or X to mark ballot |
| | Do **NOT** mark more choices per race than allowed |
| | Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(a) and 21-2-383(a)]*

### For President
### of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-In

### For United States Senate
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-In

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

● Lucy McBath
(Incumbent) Democrat

○
_____
Write-In

### For State Senator From 42nd District
(Vote for One)

● Elena Parent
(Incumbent) Democrat

○
_____
Write-In

### For State Representative in the General Assembly From 82nd District
(Vote for One)

● Mary Margaret Oliver
(Incumbent) Democrat

○
_____
Write-In

**Turn Ballot Over To Continue Voting**

Turn Ballot Over To Continue Voting

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**
Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

○ YES
○ NO

**- 2 -**
Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES
○ NO

## STATEWIDE REFERENDUM

**- A -**
Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by and directly to individuals using loans that shall not bear interest?"

○ YES
○ NO

## DEKALB COUNTY SPECIAL ELECTION

Ethics Question
(Vote for One)

"Shall the Act be approved which retains the DeKalb County Board of Ethics in DeKalb County?"

○ YES
○ NO

---

For District Attorney of the Stone Mountain Judicial Circuit
(Vote for One)
● Sherry Boston (Incumbent) Democrat
○ Write-in

For Clerk of Superior Court of DeKalb County
(Vote for One)
● Debra Deberry (Incumbent) Democrat
○ Write-in

For Sheriff
(Vote for One)
○ Harold Dennis Republican
● Melody M. Maddox (Incumbent) Democrat
○ Write-in

For Tax Commissioner
(Vote for One)
● Irvin J. Johnson (Incumbent) Democrat
○ Write-in

For Chief Magistrate
(Vote for One)
○ Berry A. Anderson (Incumbent) Democrat
○ Write-in

For Solicitor General of DeKalb County
(Vote for One)
○ Donna Coleman-Stribling (Incumbent) Democrat
○ Write-in

For Chief Executive Officer
(Vote for One)
○ Michael "Mike" Thurmond (Incumbent) Democrat
○ Write-in

For County Commissioner District 6
(Vote for One)
○ Edward "Ted" Terry Democrat
○ Write-in

For DeKalb County Soil and Water Conservation District Supervisor
(Vote for One)
○ Dell F. McGregor
○ Write-in

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05160_00441_000013.tif scanned at: 18:30:49 on 11/04/20.

Scanned on: ICC  Tabulator: 5160  Batch: 441
Poll ID:  559  Ballot ID:  358

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 39 - Special Democratic Primary
  BLANK CONTEST
State House District 56
  Mesha Mainor (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Write-in
Sheriff
  Write-in
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  BLANK CONTEST
Statewide Referendum A
  BLANK CONTEST
Atlanta Homestead Exemption - Special
  BLANK CONTEST

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



# DEKALB COUNTY
611-EG

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

---

**For President**
**of the United States**
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-In

**For United States Senate**
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-In

---

## SPECIAL ELECTION

**For United States Senate**
(To Fill the Unexpired Term of
Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-In

---

**For Public Service**
**Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-In

**For Public Service**
**Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-In

**For U.S. Representative in 117th**
**Congress From the 5th**
**Congressional District of Georgia**
(Vote for One)

○ Angela Stanton-King
Republican

○ Nikema Williams
Democrat

○
_____
Write-In

**For State Senator From**
**42nd District**
(Vote for One)

● Elena Parent
(Incumbent) Democrat

○
_____
Write-In

**For State Representative**
**in the General Assembly From**
**83rd District**
(Vote for One)

● Becky Evans
(Incumbent) Democrat

○
_____
Write-In

---

**Turn Ballot Over To Continue Voting**

Turn Ballot Over To Continue Voting

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

○ YES
○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES
○ NO

## STATEWIDE REFERENDUM

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES
● NO

## DEKALB COUNTY SPECIAL ELECTION

Ethics Question
(Vote for One)

"Shall the Act be approved which retains the Board of Ethics for DeKalb County?"

● YES
○ NO

---

**For District Attorney of the Stone Mountain Judicial Circuit**
(Vote for One)

● Sherry Boston
(Incumbent) Democrat

○ Write-in

**For Clerk of Superior Court of DeKalb County**
(Vote for One)

● Debra DeBerry
(Incumbent) Democrat

○ Write-in

**For Sheriff**
(Vote for One)

○ Harold Dennis
Republican

● Melody M. Maddox
(Incumbent) Democrat

○ Write-in

**For Tax Commissioner**
(Vote for One)

● Irvin J. Johnson
(Incumbent) Democrat

○ Write-in

**For Chief Magistrate**
(Vote for One)

● Berryl A. Anderson
(Incumbent) Democrat

○ Write-in

**For Solicitor General of DeKalb County**
(Vote for One)

● Donna Coleman-Stribling
(Incumbent) Democrat

○ Write-in

**For Chief Executive Officer**
(Vote for One)

● Michael "Mike" Thurmond
(Incumbent) Democrat

○ Write-in

**For County Commissioner District 6**
(Vote for One)

● Edward "Ted" Terry
Democrat

○ Write-in

**For DeKalb County Soil and Water Conservation District Supervisor**
(Vote for One)

● Dell F. McGregor

○ Write-in

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

00742_00054_000034.tif scanned at: 09:53:50 on 12/01/20.

Scanned on: ICC  Tabulator: 742   Batch: 54
Poll ID:   168   Ballot ID: 247

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 36
  Nan Orrock (I) (Dem)
State House District 58
  Park Cannon (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 4
  Write-in
Soil and Water - Fulton County
  Write-in
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO
Atlanta Homestead Exemption - Special
  BLANK CONTEST

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



# DEKALB COUNTY
## 738-BM

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** use check marks or X to mark ballot |
| | Do **NOT** mark more choices per race than allowed |
| | Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(a), 21-2-285(b) and 21-2-383(a)]*

**For President of the United States**
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-In

**For United States Senate**
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-In

## SPECIAL ELECTION

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

● Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-In

**For Public Service Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-In

**For Public Service Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-In

**For U.S. Representative in 117th Congress From the 4th Congressional District of Georgia**
(Vote for One)

○ Johsie Cruz Esammudeen
Republican

● Henry C. "Hank" Johnson, Jr.
(Incumbent) Democrat

○
_____
Write-In

**For State Senator From 10th District**
(Vote for One)

● Emanuel Jones
(Incumbent) Democrat

○
_____
Write-In

**For State Representative in the General Assembly From 90th District**
(Vote for One)

● Pam Stephenson
(Incumbent) Democrat

○
_____
Write-In

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



**For District Attorney of the Stone Mountain Judicial Circuit**
(Vote for One)

● Sherry Boston
(Incumbent) Democrat

○ 
Write-In

**For Clerk of Superior Court of DeKalb County**
(Vote for One)

● Debra DeBerry
(Incumbent) Democrat

○ 
Write-In

**For Sheriff**
(Vote for One)

○ Harold Dennis
Republican

● Melody M. Maddox
(Incumbent) Democrat

○ 
Write-In

**For Tax Commissioner**
(Vote for One)

● Irvin J. Johnson
(Incumbent) Democrat

○ 
Write-In

**For Chief Magistrate**
(Vote for One)

● Berryl A. Anderson
(Incumbent) Democrat

○ 
Write-In

**For Solicitor General of DeKalb County**
(Vote for One)

● Donna Coleman-Stribling
(Incumbent) Democrat

○ 
Write-In

**For Chief Executive Officer**
(Vote for One)

● Michael "Mike" Thurmond
(Incumbent) Democrat

○ 
Write-In

**For County Commissioner District 5**
(Vote for One)

● Mereda Davis Johnson
(Incumbent) Democrat

○ 
Write-In

**For DeKalb County Soil and Water Conservation District Supervisor**
(Vote for One)

○ Dell F. McGregor

○ 
Write-In

---

**PROPOSED CONSTITUTIONAL AMENDMENTS**

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

○ YES
● NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

**STATEWIDE REFERENDUM**

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**SPECIAL ELECTION DEKALB COUNTY**

Ethics Question
(Vote for One)

"Shall the Act be approved which revises the Board of Ethics for DeKalb County?"

○ YES
● NO

---

**Turn Ballot Over To Continue Voting**

00742_00060_000040.tif scanned at: 11:01:38 on 12/01/20.

Scanned on: ICC  Tabulator: 742   Batch: 60
Poll ID:   261   Ballot ID:  284

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Tamara Johnson-Shealey (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 36
  Nan Orrock (I) (Dem)
State House District 60
  Kim Schofield (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  BLANK CONTEST
Constitutional Amendment #2
  YES
Statewide Referendum A
  BLANK CONTEST
Atlanta Homestead Exemption - Special
  OVER-VOTE
  YES (NOT COUNTED)
  NO (NOT COUNTED)

Turn Ballot Over To Continue Voting

# DEKALB COUNTY

649-FC

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**Warning**
1. Use black or blue ink to mark the ballot.
   Do NOT use red ink or felt tip pen to mark ballot.
2. To vote for a candidate, completely fill in the oval to the left of the candidate's name or choice in the space provided.
   Do NOT circle, underline or mark through choices.
   Do NOT make check marks or X to mark ballot.
   Do NOT mark more choices per race than allowed for all races you wish to vote.
3. To vote for a write-in candidate, completely fill in the empty oval to the left of the write-in and write in the name of the write-in candidate in the space provided.
   Do NOT sign, cut, tear or damage the ballot.

If you make a mistake or spoil your ballot, do not hesitate to ask for a new one. Write "Spoiled" across the ballot and envelope and return the return envelope to you.
A. Do not attempt to mark through the mistake or attempt to erase. Write "Spoiled" across the ballot, ballot envelope and envelope in which the ballot was mailed to you.
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you.

If you decide to vote in person: Surrender the ballot to the poll manager at an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value in vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law. (O.C.G.A. 21-2-284(e), 21-2-385(a), 21-2-562(a))"

| SPECIAL ELECTION | |
|---|---|

**For President**
**of the United States**
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
Republican (Incumbent)

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

Write-In
Joseph E. Biden

**For United States Senate**
(Vote for One)

○ David A. Perdue
Republican (Incumbent)

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

Write-In
Jon Ossoff

**For United States Senate**
(To Fill the Unexpired Term of
Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
Republican (Incumbent)

**For U.S. Representative in 11TH**
**Congress From the 5th**
**Congressional District of Georgia**
(Vote for One)

○ Angela Stanton-King
Republican

● Nikema Williams
Democrat

Write-In
Nikema Williams

**For State Senator From**
**44th District**
(Vote for One)

● Gail Davenport
Republican

○ Benjamin Brooks
Republican

Write-In
Gail Davenport

**For State Representative**
**In the General Assembly From**
**83rd District**
(Vote for One)

● Becky Evans
Democrat (Incumbent)

Write-In
Becky Evans

**For Public Service**
**Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
Republican (Incumbent)

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

Write-In
Robert G. Bryant

**For Public Service**
**Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
Republican (Incumbent)

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

Write-In
Daniel Blackman

For Public Service Candidates:
○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

Write-In
Raphael Warnock

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

Turn Ballot Over To Continue Voting

# PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees and taxes to the public purpose for which such fees and taxes were imposed?"

○ YES
○ NO

### - 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES
○ NO

# STATEWIDE REFERENDUM

### - A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES
○ NO

# DEKALB COUNTY SPECIAL ELECTION

**Ethics Question**
(Vote for One)

"Shall the Act be approved which revises the Board of Ethics for DeKalb County?"

○ YES
○ NO

---

For District Attorney of the
Stone Mountain Judicial Circuit
(Vote for One)

● Sherry Boston
(incumbent) Democrat

○ Write-in: _Sherry Boston_

---

For Clerk of Superior Court
of DeKalb County
(Vote for One)

● Debra DeBerry
(incumbent) Democrat

○ Write-in: _Debra Deberry_

---

For Sheriff
(Vote for One)

● Harold Dennis
Republican

○ Melody M. Maddox
(incumbent) Democrat

○ Write-in: _Melody M. Maddox_

---

For Tax Commissioner
(Vote for One)

● Irvin J. Johnson
(incumbent) Democrat

○ Write-in: _Irvin J. Johnson_

---

For Chief Magistrate
(Vote for One)

● Berryl A. Anderson
(incumbent) Democrat

○ Write-in: _Berryl A. Anderson_

---

For Solicitor General
of DeKalb County
(Vote for One)

● Donna Coleman-Stribling
(incumbent) Democrat

○ Write-in: _Donna Coleman-Stribling_

---

For Chief Executive Officer
(Vote for One)

● Michael "Mike" Thurmond
(incumbent) Democrat

○ Write-in: _Michael Thurmond_

---

For County Commissioner
District 6
(Vote for One)

● Edward "Ted" Terry
Democrat

○ Write-in: _Edward Terry_

---

For DeKalb County Soil and Water
Conservation District Supervisor
(Vote for One)

● Dell F. McGregor

○ Write-in: _Dell F. McGregor_

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05150_00080_000082.tif scanned at: 16:37:38 on 11/30/20.

Scanned on: ICC  Tabulator: 5150   Batch: 80
Poll ID:   90   Ballot ID:  335

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State House District 56
  Write-in
District Attorney - Atlanta
  Write-in
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  Write-in
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 4
  BLANK CONTEST
Soil and Water - Fulton County
  Write-in
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  OVER-VOTE
  YES (NOT COUNTED)
  NO (NOT COUNTED)
Statewide Referendum A
  BLANK CONTEST
Atlanta Homestead Exemption - Special
  OVER-VOTE
  YES (NOT COUNTED)
  NO (NOT COUNTED)

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## DEKALB COUNTY
641-DC, 658-DC

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do NOT use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do NOT circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do NOT use check marks or X to mark ballot |
| | Do NOT mark more choices per race than allowed |
| | Do NOT sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote In-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.*(O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a))

---

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○ _____
Write-In

### For United States Senate
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○ _____
Write-In

---

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○ _____
Write-In

---

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○ _____
Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

● Lucy McBath
(Incumbent) Democrat

○ _____
Write-In

### For State Senator From 42nd District
(Vote for One)

● Elena Parent
(Incumbent) Democrat

○ _____
Write-In

### For State Representative in the General Assembly From 82nd District
(Vote for One)

● Mary Margaret Oliver
(Incumbent) Democrat

○ _____
Write-In

---

**Turn Ballot Over To Continue Voting**

Turn Ballot Over To Continue Voting

**PROPOSED CONSTITUTIONAL AMENDMENTS**

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were imposed?"

○ YES
● NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES
○ NO

**STATEWIDE REFERENDUM**

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES
○ NO

**DEKALB COUNTY SPECIAL ELECTION**

Ethics Question
(Vote for One)

"Shall the Act be approved which revises the Board of Ethics for DeKalb County?"

● YES
○ NO

---

For District Attorney of the Stone Mountain Judicial Circuit
(Vote for One)
● Sherry Boston
(Incumbent) Democrat

○ Write-In

For Clerk of Superior Court of DeKalb County
(Vote for One)
● Debra Deberry
(Incumbent) Democrat

○ Write-In

For Sheriff
(Vote for One)
○ Harold Dennis
Republican
● Melody M. Maddox
(Incumbent) Democrat

○ Write-In

For Tax Commissioner
(Vote for One)
○ Irvin J. Johnson
(Incumbent) Democrat

○ Write-In

For Chief Magistrate
(Vote for One)
○ Berryl A. Anderson
(Incumbent) Democrat

○ Write-In

For Solicitor General of DeKalb County
(Vote for One)
○ Donna Coleman-Stribling
(Incumbent) Democrat

○ Write-In

For Chief Executive Officer
(Vote for One)
○ Michael "Mike" Thurmond
(Incumbent) Democrat

○ Write-In

For County Commissioner
District 6
(Vote for One)
○ Edward "Ted" Terry
Democrat

○ Write-In

For DeKalb County Soil and Water Conservation District Supervisor
(Vote for One)
○ Dell F. McGregor

○ Write-In

Copyright © 2020 Dominion Voting Inc. All Rights Reserved.

05150_00080_000089.tif scanned at: 16:37:43 on 11/30/20.

Scanned on: ICC   Tabulator: 5150    Batch: 80
Poll ID:   559   Ballot ID:  358

President of the United States
   Joseph R. Biden (Dem)
US Senate (Perdue)
   Jon Ossoff (Dem)
US Senate (Loeffler) - Special
   Raphael Warnock (Dem)
Public Service Commission District 1
   Robert G. Bryant (Dem)
Public Service Commission District 4
   Daniel Blackman (Dem)
US House District 5
   Nikema Williams (Dem)
State Senate District 39 - Special Democratic Primary
   BLANK CONTEST
State House District 56
   Mesha Mainor (Dem)
District Attorney – Atlanta
   Fani Willis (Dem)
Clerk of Superior Court
   Write–in
Sheriff
   Write–in
Tax Commissioner
   BLANK CONTEST
Surveyor
   BLANK CONTEST
Solicitor General
   BLANK CONTEST
Soil and Water - Fulton County
   BLANK CONTEST
Constitutional Amendment #1
   YES
Constitutional Amendment #2
   BLANK CONTEST
Statewide Referendum A
   BLANK CONTEST
Atlanta Homestead Exemption - Special
   BLANK CONTEST

Exhibit D

Copyright © 2020 Dominion Voting Inc. All Rights Reserved.

## FULTON COUNTY
779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020**

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** use check marks or X to mark ballot / Do **NOT** mark more choices per race than allowed / Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), and 21-2-383(a)]*

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○ _____
Write-In

### For United States Senate
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○ _____
Write-In

### SPECIAL ELECTION

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

● Deborah Jackson
Democrat

● Jamesia James
Democrat

○ A. Wayne Johnson
Republican

● Tamara Johnson-Shealey
Democrat

● Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

● Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

● Richard Dien Winfield
Democrat

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○ _____
Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○ _____
Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

● Lucy McBath
(Incumbent) Democrat

○ _____
Write-In

### For State Senator From 56th District
(Vote for One)

○ John Albers
(Incumbent) Republican

● Sarah Beeson
Democrat

○ _____
Write-In

**Turn Ballot Over To Continue Voting**

## PROPOSED CONSTITUTIONAL AMENDMENTS

### -1-

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

◯ YES
◯ NO

### -2-

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

◯ YES
◯ NO

## STATEWIDE REFERENDUM

### -A-

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

◯ YES
◯ NO

---

**For State Representative In the General Assembly From 48th District**
(Vote for One)

◯ Betty Price
Republican

◯ Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Paul Willis
Democrat

◯ Write-in

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

◯ Write-in

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

◯ Write-in

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

◯ Write-in

**For Surveyor**
(Vote for One)

◯ Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

◯ Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

◯ Bob Ellis
(Incumbent) Republican

● Justin Holsomback
Democrat

◯ Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

◯ Alan Toney
(Incumbent)

◯ Write-in

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

00729_0086_000095.tif scanned at: 02:35:53 on 11/05/20.

Scanned on: ICC  Tabulator: 729  Batch: 86
Poll ID:  317  Ballot ID:  676

**President of the United States**
  Joseph R. Biden (Dem)
**US Senate (Perdue)**
  Jon Ossoff (Dem)
**US Senate (Loeffler) - Special**
  OVER-VOTE
  Deborah Jackson (Dem) (NOT COUNTED)
  Jamesia James (Dem) (NOT COUNTED)
  Tamara Johnson-Shealey (Dem) (NOT COUNTED)
  Matt Lieberman (Dem) (NOT COUNTED)
  Joy Felicia Slade (Dem) (NOT COUNTED)
  Ed Tarver (Dem) (NOT COUNTED)
  Raphael Warnock (Dem) (NOT COUNTED)
  Richard Dien Winfield (Dem) (NOT COUNTED)
**Public Service Commission District 1**
  Robert G. Bryant (Dem)
**Public Service Commission District 4**
  Daniel Blackman (Dem)
**US House District 6**
  Lucy McBath (I) (Dem)
**State Senate District 56**
  Sarah Beeson (Dem)
**State House District 48**
  Mary Robichaux (I) (Dem)
**District Attorney - Atlanta**
  Fani Willis (Dem)
**Clerk of Superior Court**
  Cathelene "Tina" Robinson (I) (Dem)
**Sheriff**
  Patrick "Pat" Labat (Dem)
**Tax Commissioner**
  Arthur E. Ferdinand (I) (Dem)
**Surveyor**
  BLANK CONTEST
**Solicitor General**
  Keith E. Gammage (I) (Dem)
**County Commission District 2**
  Justin Holsomback (Dem)
**Soil and Water - Fulton County**
  BLANK CONTEST
**Constitutional Amendment #1**
  BLANK CONTEST
**Constitutional Amendment #2**
  BLANK CONTEST
**Statewide Referendum A**
  BLANK CONTEST

Adjudicated at 5:10 AM on 11/5/2020 by cmsadmin03

President of the United States
    Joseph R. Biden (Dem) (100%)
US Senate (Perdue)
    Jon Ossoff (Dem) (100%)
US Senate (Loeffler) - Special
    OVER-VOTE
    Deborah Jackson (Dem) (NOT COUNTED) (96%)
    Jamesia James (Dem) (NOT COUNTED) (100%)
    Tamara Johnson-Shealey (Dem) (NOT COUNTED) (100%)
    Matt Lieberman (Dem) (NOT COUNTED) (100%)
    Joy Felicia Slade (Dem) (NOT COUNTED) (99%)
    Ed Tarver (Dem) (NOT COUNTED) (100%)
    Raphael Warnock (Dem) (NOT COUNTED) (100%)
    Richard Dien Winfield (Dem) (NOT COUNTED) (100%)
Public Service Commission District 1
    Robert G. Bryant (Dem) (100%)
Public Service Commission District 4
    Daniel Blackman (Dem) (100%)
US House District 6
    Lucy McBath (I) (Dem) (100%)
State Senate District 56
    Sarah Beeson (Dem) (99%)
State House District 48
    Mary Robichaux (I) (Dem) (99%)
District Attorney - Atlanta
    Fani Willis (Dem) (98%)
Clerk of Superior Court
    Cathelene "Tina" Robinson (I) (Dem) (99%)
Sheriff
    Patrick "Pat" Labat (Dem) (96%)
Tax Commissioner
    Arthur E. Ferdinand (I) (Dem) (99%)
Surveyor
    BLANK CONTEST
Solicitor General
    Keith E. Gammage (I) (Dem) (100%)
County Commission District 2
    Justin Holsomback (Dem) (99%)
Soil and Water - Fulton County
    BLANK CONTEST
Constitutional Amendment #1
    BLANK CONTEST
Constitutional Amendment #2
    BLANK CONTEST
Statewide Referendum A
    BLANK CONTEST