# EXHIBIT E

Declaration of Philip B. Stark

January 11, 2022

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.

Plaintiff,

vs.

BRAD RAFFENSPERGER, et al.

Defendant.

)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.:
1:17-cv-2989-AT

## DECLARATION OF PHILIP B. STARK

**PHILIP B. STARK** hereby declares as follows:

1.  This statement supplements my declarations of September 9, 2018; September 30, 2018; October 22, 2019; December 16, 2019; August 23, 2020; August 31, 2020; September 13, 2020; and August 2, 2021. I stand by everything in the previous declarations and incorporate them by reference.

## Qualifications and Background

2.  I am Professor of Statistics at the University of California, Berkeley, where I am also a faculty member in the Graduate Program in Computational Data Science and Engineering; a co-investigator at the Berkeley Institute for Data Science; principal investigator of the Consortium for Data Analytics in Risk; director of Berkeley Open Source Food; and affiliated faculty of the Simons Institute for the Theory of Computing, the Theoretical Astrophysics Center, and the Berkeley Food Institute.

Previously, I was Associate Dean of Mathematical and Physical Sciences, Interim Regional Associate for the College of Chemistry and the Division of Mathematical and Physical Sciences, Chair of the Department of Statistics, and Director of the Statistical Computing Facility.

3. I have published more than two hundred articles and books. I have served on the editorial boards of archival journals in physical science, Applied Mathematics, Computer Science, and Statistics. I currently serve on three editorial boards. I have lectured at universities, professional societies, and government agencies in thirty countries. I was a Presidential Young Investigator and a Miller Research Professor. I received the U.C. Berkeley Chancellor's Award for Research in the Public Interest, the Leamer-Rosenthal Prize for Open Social Science, and a Velux/Villum Foundation Professorship. I am a member of the Institute for Mathematical Statistics and the Bernoulli Society. I am a Fellow of the American Statistical Association, the Institute of Physics, and the Royal Astronomical Society.  I am professionally accredited as a statistician by the American Statistical Association and as a physicist by the Institute of Physics.

4. I have consulted for many government agencies, including the U.S. Department of Justice, the U.S. Department of Agriculture, the U.S. Department of Commerce, the U.S. Department of Housing and Urban Development, the U.S. Department of Veterans Affairs, the Federal Trade Commission, the California Secretary of State, the California Attorney General, the California Highway Patrol, the Colorado Secretary of State, the Georgia Department of Law, the Illinois State Attorney, the New Hampshire Attorney General, and the New Hampshire Secretary of State. I currently serve on the

Board of Advisors of the U.S. Election Assistance Commission and its Cybersecurity Subcommittee. (The opinions expressed herein are, however, my own: I am not writing as a representative of any entity.)

5. I have testified before the U.S. House of Representatives Subcommittee on the Census; the State of California Senate Committee on Elections, Reapportionment and Constitutional Amendments; the State of California Assembly Committee on Elections and Redistricting; the State of California Senate Committee on Natural Resources; and the State of California Little Hoover Commission.

6. I have been an expert witness or non-testifying expert in a variety of state and federal cases, for plaintiffs and for defendants, in criminal matters and a range of civil matters, including, *inter alia*: truth in advertising, antitrust, construction defects, consumer class actions, credit risk, disaster relief, elections, employment discrimination, environmental protection, equal protection, fairness in lending, federal legislation, First Amendment, import restrictions, insurance, intellectual property, jury selection, mortgage-backed securities, natural resources, product liability class actions, *qui tam*, risk assessment, toxic tort class actions, trade secrets, utilities, and wage and hour class actions.

7. I have been qualified as an expert on statistics in federal courts, including the Central District of California, the Northern District of Georgia, the District of Maryland, the Southern District of New York, and the Eastern District of Pennsylvania.

8. I have also been qualified as an expert on statistics in state courts.

9. I have used statistics to address a wide range of questions in many fields.[1]

10. I served on former California Secretary of State Debra Bowen's Post-Election Audit Standards Working Group in 2007.

11. In 2007, I invented a statistical approach to auditing elections ("risk-limiting audits," referred to below as "RLAs") that has been incorporated into statutes in California (AB 2023, SB 360, AB 44), Colorado (C.R.S. 1-7-515), Rhode Island (RI Gen L §17-19-37.4 (2017)), Virginia (Code of Virginia 24.2-671.1), and Washington (RCW 29A.60.185), and which are in pending federal legislation (the PAVE Act of 2018 and S.1 of 2021). My election auditing methods have been used in roughly 20 U.S. States and in Denmark. (The State of Georgia has piloted some RLA procedures, but has not conducted an actual RLA, as I explain below.)

12. RLAs are widely viewed as the best way to check whether the reported winner(s) of an election really won. They have been endorsed by the Presidential Commission on Election Administration; the U.S. National Academies of Sciences, Engineering, and Medicine; the American Statistical Association; the League of Women Voters; Verified Voting Foundation; Citizens for Election Integrity Minnesota; and other groups concerned with election integrity.

13. I have worked closely with state and local election officials in California and Colorado to pilot and deploy RLAs. The software Colorado uses to conduct RLAs is based on

---

[1] For example, I have used statistics to analyze the Big Bang, the interior structure of the Earth and Sun, earthquake risk, the reliability of clinical trials, the accuracy of election results, the accuracy of the U.S. Census, the risk of consumer credit default, food safety, the causes of geriatric hearing loss, the effectiveness of water treatment, sequestration of carbon in agricultural soils, the fragility of ecological food webs, risks to protected species, the effectiveness of Internet content filters, high-energy particle physics data, and the reliability of models of climate, among other things.

4

software I wrote. All of the genuinely risk-limiting methods in VotingWorks "Arlo" software used by the State of Georgia were invented by me.[2]

14. I worked with Travis County, Texas, on the design of STAR-Vote, an end-to-end cryptographically verifiable voting system.

15. I testified as an expert witness in the general area of election integrity, including the reliability of voting equipment, in 2016 presidential candidate Jill Stein's recount suit in Wisconsin, and filed a report in her suit in Michigan.

16. I have testified as an expert in election auditing and the accuracy of election results in two election-related lawsuits in California.

17. I have testified to both houses of the California legislature regarding election integrity and election audits. I have testified to the California Little Hoover Commission about election integrity, voting equipment, and election audits.

18. I have advised the election commissions of Denmark, Mongolia, and Nigeria on issues related to election integrity, security, and audits.

19. I was a member of the three-person team that conducted a statutory forensic audit of the State Representative contest in Windham, NH, in 2021.[3]

20. Since 1988, I have taught statistics at the University of California, Berkeley, one of the top two statistics departments in the world (see, e.g., QS World University Rankings, 2014) and the nation (US News and World Reports, 2018). I teach statistics regularly at the undergraduate and graduate levels. I have created five new statistics courses at Berkeley. I developed and taught U.C. Berkeley's first online course in any subject,

---

[2] Arlo also implements a method that is not risk-limiting in practice.
[3] See https://www.doj.nh.gov/sb43/index.htm, last accessed 8 January 2022.

and among the first approved for credit throughout the ten campuses of the University

of California system. I also developed and co-taught online statistics courses to over

52,000 students, using an online textbook and other pedagogical materials I wrote and

programmed.

21. Appendix 1 is my current *curriculum vitae*, which includes my publications for the last

ten years and all cases in the last four years in which I gave deposition or trial

testimony.

## Opinions

22. I have been asked to assess whether the State of Georgia's current Dominion Ballot

Marking Device ("BMD") voting system and the protocols for its use—including

audits—provides reasonable assurance that voters' selections will be counted, and

counted as cast. The answer is a clear "no."

**The 2020 "Audit"**

23. Georgia Secretary of State Brad Raffensperger has claimed, referring to the post-

election audit of the November 3, 2020 presidential contest, "Georgia's historic first

statewide audit reaffirmed that the state's new secure paper ballot voting system

accurately counted and reported results."[4] And "[] we did a 100 percent risk-limiting

audit with a hand recount which proved the accuracy of the count and also proved that

the machines were accurately counting it, and that no votes were flipped."[5]

VotingWorks Executive Director Ben Adida claimed "Georgia's first statewide audit

---

[4] https://sos.ga.gov/index.php/elections/historic_first_statewide_audit_of_paper_ballots_upholds_result_of_presidential_race, last accessed 9 January 2022

[5] https://www.effinghamherald.net/local/raffensperger-spread-election-misinformation-bipartisan-endeavor/ last accessed 9 January 2022.

successfully confirmed the winner of the chosen contest and should give voters
increased confidence in the results."[6] Per the official report of the audit, "The audit
confirmed the original result of the election, namely that Joe Biden won the
Presidential Contest in the State of Georgia. The audit [] provides sufficient evidence
that the correct winner was reported."[7] I shall explain why these claims about the audit
are false.

24. There are many things the audit did not check (including the outcome), and the thing it
was positioned to check—the tabulation of validly cast ballots—was not checked
properly, as data from the audit itself show.

25. I shall start by listing some things the audit did not check. My statements are true and
correct to the best of my knowledge, and they are consistent with the audit
documentation available at the Secretary of State's website at the URL
https://sos.ga.gov/index.php/elections/2020_general_election_risk-limiting_audit (last
accessed 9 January 2022).

26. The audit did not check whether BMDs correctly printed voters' selections. No audit
can check that, as I have previously declared. (As a consequence, Secretary
Raffensperger has no basis to assert that no votes were flipped.) The declarations and
testimony of Prof. J. Alex Halderman establish that BMDs can be hacked,
misprogrammed, or misconfigured to print votes that differ from voters' selections as
confirmed onscreen or through audio. As Prof. Andrew Appel has testified and as
elaborated in my declarations, only the voter is in a position to check—but few do, and

---

[6] Ibid.
[7] https://sos.ga.gov/admin/uploads/11.19_.20_Risk_Limiting_Audit_Report_Memo_1.pdf. last
accessed 9 January 2022

those who do check generally check poorly. To the best of my knowledge, the State of Georgia has no procedures in place to log, investigate, or report complaints from voters that BMDs altered votes, so it is not clear whether any voters did notice problems. My previous declarations also explain why logic and accuracy testing can never be adequate to establish that BMDs behave correctly in practice.[8]

27. The audit did not check whether every validly cast ballot was scanned exactly once. The audit could not check whether every validly cast ballot was scanned, because Georgia's rules for ballot accounting, pollbook and voter participation reconciliation, physical chain of custody, etc., are not adequate to ensure that every cast ballot is accounted for.

28. The audit did not check whether every memory card used in the election was accounted for, nor whether every memory card containing votes was uploaded to a tabulator. The audit found that some had not been,[9] but to my knowledge, there has been no check to confirm there are no other cards with votes outstanding.

29. The audit did not check whether any scans were duplicated, deleted, replaced or altered.

30. The audit did not check whether QR code encoding the votes on BMD printout matches the human-readable selections on any ballot.

---

[8] See, e.g., Stark, P.B. and R. Xie, 2019. Testing Cannot Tell Whether Ballot-Marking Devices Alter Election Outcomes, ArXiV, https://arxiv.org/abs/1908.08144, last accessed 9 January 2022.

[9] See notes 13 and 14, *infra.*

31. The audit did not check whether the voting system correctly interpreted any ballot or BMD printout. (Again, as a consequence, Secretary Raffensperger has no basis to assert that no votes were flipped.)

32. The audit did not do a very good job of checking the tabulation, as I shall explain. I focus on Fulton County. I have not investigated other counties, but I have no reason to believe the problems and errors are confined to Fulton County. I have been told by Coalition Plaintiffs that similar problems occurred in other counties, but I have not independently verified their findings.

33. I downloaded the detailed "audit spreadsheet" from the URL https://sos.ga.gov/admin/uploads/audit-report-November-3-2020-General-Election-2020-11-19.csv on 9 January 2022.

34. I downloaded images of the Fulton County RLA manual tabulation batch sheets ("Audit Board Batch Sheets", ABBSs henceforth) from https://sos.ga.gov/admin/uploads/Fulton%20RLA%20Batches.zip on 9 January 2022. That file contains five .pdf files, "Fulton Audit Documents 1_redacted.pdf," through "Fulton Audit Documents 4_redacted.pdf," which contain images of ABBSs, and "Fulton Audit Documents 5.pdf" which contains images of "Vote Review Panel Tally Sheets."

35. My understanding is that ABBSs are filled in by hand by the counting teams who counted the votes from the paper ballots (including BMD printouts). Each ABBS reflects the manual tally of votes from one physically identifiable batch of ballots. I understand that after the ABBSs were filled out, other workers transcribed data from the ABBSs into VotingWorks audit software "Arlo." My understanding is that every

ballot validly cast in Fulton County in the 2020 Presidential Election should be reflected in exactly one ABBS, and data from every ABBS should have been entered exactly once into the database from which the audit spreadsheet was exported.

36. The four ABBS image files contain 349 pages, 636 pages, 578 pages, and 364 pages, respectively, a total of 1,927 ABBSs. But the audit spreadsheet contains only 1,916 rows of data for Fulton County. It appears that at least eleven ABBSs are entirely missing, not counting possible duplicate entries in the spreadsheet.[10] This sort of "sanity check" is simple to perform, but apparently was not performed by the auditors, the County, or the Secretary of State.

37. Many ABBSs were not completely filled in. The "Batch Type," signifying the mode of mode of voting (absentee, election day, advance) was often blank, and many numbers were blank, presumably intended to denote zeros.

38. Coalition Plaintiffs have identified a sample of at least eleven ABBSs for Fulton County that do not appear in the audit spreadsheet, and I have verified their work. The software I wrote for that purpose is in Appendix 2.

39. The following table lists these examples; the final column indicates which page of which SBBS image file contains the image (for instance, "4 at 162" means page 162 of "Fulton Audit Documents 4_redacted"). The fact that the vote data in the last two rows are identical is suspicious, but the corresponding ABBS images are clearly different; see Appendix 3. Regardless, neither appears in the audit spreadsheet.

---

[10] However, I did see at least one ABBS marked "Dup" (presumably meaning "duplicate") for instance, page 11 of "Fulton Audit Documents 2_redacted.pdf." However, as the table after paragraph 38, *supra*, shows, there are at least 11 ABBSs that are not accounted for in the audit spreadsheet. Thus, there are presumably duplicated entries in the audit spreadsheet.

10

|    | Scanner  | Batch   | Mode of voting | Trump | Biden | Jorgensen | Write-In | Undervote or blank | Overvote | Image source |
|----|----------|---------|----------------|-------|-------|-----------|----------|--------------------|----------|--------------|
| 1  | 3        | 48      | absentee       | 4     | 93    | 2         | 0        | 0                  | 0        | 4 at 162     |
| 2  | 2        | 52      | absentee       | 6     | 92    | 0         | 0        | 0                  | 0        | 1 at 1       |
| 3  | 3        | 12–14   | ?              | 12    | 83    | 1         | 0        | 0                  | 0        | 4 at 128     |
| 4  | 3        | 239     | ?              | 13    | 87    | 0         | 0        | 0                  | 0        | 3 at 177     |
| 5  | 1        | 80–84   | ?              | 118   | 329   | 3         | 2        | 2                  | 1        | 3 at 519     |
| 6  | 3        | 260     | absentee       | 30    | 66    | 0         | 0        | 0                  | 0        | 4 at 355     |
| 7  |          | AP01A-1 | election day   | 84    | 62    | 6         | 2        | 1                  | 0        | 1 at 170     |
| 8  | 3        | 179–181 | absentee       | 85    | 224   | 5         | 1        | 2                  | 0        | 4 at 293     |
| 9  | 2        | 239     | absentee       | 4     | 42    | 0         | 0        | 0                  | 0        | 2 at 153     |
| 10 | Chastain | 12      | advance        | 613   | 605   | 24        | 7        | 4                  | 0        | 3 at 351     |
| 11 | Chastain | 114     | advance        | 613   | 605   | 24        | ?        | 4                  | 0        | 3 at 270     |

40. I searched the audit spreadsheet for tallies that matched the numbers in these missing ABBSs. There are no data in the audit spreadsheet matching rows 4–11 of the table. There are data that match rows 1, 2, and 3, but with distinctively different batch identifiers.[11] It is plausible that these are genuinely different batches, and I have no reason to believe otherwise: some identical counts in different batches are to be expected. Indeed, in the entire audit spreadsheet, there are 16,807 rows that duplicate other ABBS vote counts within the same county, out of a total of 41,881 rows.

41. I checked the vote totals for Donald J. Trump, Joseph R. Biden, and Jo Jorgensen from summing SBBS entries in the audit spreadsheet against the vote totals in the summary audit result spreadsheet posted by the Secretary of State at the URL https://sos.ga.gov/admin/uploads/Georgia%202020%20RLA%20Report.xlsx, which I downloaded on 9 January 2022. (The spreadsheet does not list write-ins, undervotes, or overvotes.) Both show Trump receiving 137,620 votes, Biden receiving 381,179,

---

[11] The data that match row 1 are identified as "Scanner 3 Ballot [sic] 162" rather than batch 48. The data that match row 2 are identified as "Absentee Scanner 2 Batch 400" rather than batch 52. The data that match row 3 are identified as Absentee Scanner 3 Batch 253 rather than batches 12–14.

and Jorgensen receiving 6,494. Thus, the ABBSs that are missing from the audit spreadsheet are also missing from the audit's reported vote totals.

42. On the assumption that the ABBSs—the original source of the manual tally data entered into the audit spreadsheet—are correct, the omission of that sample of 11 ABBSs deprived Trump of 1,582 votes, Biden of 2,288, and Jorgensen of 65, not to mention write-ins. This sample alone has a total of over 3,900 votes that the audit tabulated but were not included in the audit's reported vote totals.

43. The original tabulation in Fulton County showed 524,659 votes; the reported audit results showed 525,293, a difference of 634 votes, about 0.12 percent.[12] Accounting for those 11 omitted ABBSs increases the apparent error of the first count from 634 votes to over 4,569 votes or 0.87 percent, far larger than the statewide margin of victory. It is also larger than 0.73 percent, which Secretary of State Raffensperger claimed was the maximum miscount in any Georgia county.[13]

44. However, there is no way to know whether including that sample of 11 ABBSs would make the audit tabulation a complete count of the votes in Fulton County. That is because Georgia's canvass is inadequate: many ballots might still remain untabulated. The proof that at least some of Georgia's jurisdictions do not keep adequate track of ballots, memory cards, and other election materials is reflected in the fact that

---

[12] Data from https://sos.ga.gov/admin/uploads/Georgia%202020%20RLA%20Report.xlsx, last accessed 9 January 2022.

[13] Per Secretary Raffensperger, "[i]n Georgia's recount, the highest error rate in any county recount was 0.73%." https://sos.ga.gov/index.php/elections/2020_general_election_risk-limiting_audit, last accessed 9 January 2022.

thousands of ballots and scans were "discovered" during the audit.[14] There is no

trustworthy inventory of ballots to check the results against, because of Georgia's lax

canvass.

45. Governor Kemp has pointed out similar flaws in the audit, saying the audit report was

"sloppy, inconsistent, and presents questions about what processes were used by

Fulton County to arrive at the result."[15] Governor Kemp's letter points out that the

audit data include duplicated entries, which I understand Coalition Plaintiffs have

verified. I have not tried to verify those findings.

**First Count, Audit, and Recount Differ Substantially**

46. I understand that Plaintiff Donna Curling votes in Fulton County precinct RW01. On

10 January 2022, I downloaded the official precinct-level results for the original

tabulation from

https://results.enr.clarityelections.com//GA/Fulton/105430/271723/reports/detailxls.zi

p and for the recount from

---

[14] https://www.cbs46.com/news/floyd-county-election-director-fired-after-audit-reveals-2-600-votes-went-uncounted/article_bbd08d90-2aa2-11eb-9e4d-bf96ac56ad54.html, last accessed 10 January 2022. https://www.news4jax.com/news/georgia/2020/11/18/4th-georgia-county-finds-uncounted-votes-as-hand-count-deadline-approaches/, last accessed 10 January 2022. https://www.mdjonline.com/elections/cobb-elections-finds-350-uncounted-ballots-during-audit/article_0d93e26e-22bd-11eb-8bce-17067aceee33.html, last accessed 10 January 2022. https://www.11alive.com/article/news/politics/elections/fayette-county-election-results-ballots-uncovered-during-audit/85-f79dd838-a15c-4407-80b2-9dfbc2466188, last accessed 10 January 2022.
[15] Letter from Brian P. Kemp, Governor, to the Georgia State Election Board, dated 17 November 2021, addressing the work of Mr. Joseph Rossi; Review of Inconsistencies in the Data Supporting the Risk Limiting Audit Report, Office of Governor Brian P. Kemp, 17 November 2021. These documents are attached hereto as Appendix 4.

https://results.enr.clarityelections.com//GA/Fulton/107292/275183/reports/detailxls.zip to examine the results in that precinct.

47. The following table shows the counts of election-day votes in Fulton County precinct RW01 for the three presidential candidates, according to the original machine count, the machine recount, and the "audit," and vote-by-mail and advance votes for the original election and the recount. (The audit did not report precinct-level results for vote-by-mail or advance voting.)

| Count | Election Day | | | Advance | | | Absentee by Mail | | | Provisional | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Trump | Biden | Jorgensen | Trump | Biden | Jorgensen | Trump | Biden | Jorgensen | Trump | Biden | Jorgensen |
| Original | 193 | 88 | 11 | 1455 | 1003 | 23 | 619 | 833 | 15 | 9 | 4 | 1 |
| Recount | 162 | 73 | 9 | 1487 | 1015 | 25 | 619 | 809 | 15 | 5 | 3 | 1 |
| Audit | 243 | 88 | 11 | | | | | | | | | |

48. There are large, unexplained differences among these results.[16] I do not see how Plaintiff Donna Curling can have reasonable confidence that her vote was counted at all, much less counted as cast.

49. The Secretary of State attributed all differences between the audit and the original count to human counting error, citing a 2012 study that found hand-count error rates as high as 2 percent.[17] This is simplistic, unfounded, and disingenuous.

---

[16] There appears to be some cancellation of error, but I understand that the hand count kept ballots cast in different ways (advance in-person, absentee by mail, and election day) separate. It is not clear how misclassification of the mode of voting would affect one candidate's totals much more than the other candidates. Regardless, these discrepancies are large and should be investigated, including inspecting the physical ballots.

[17] https://sos.ga.gov/index.php/elections/historic_first_statewide_audit_of_paper_ballots_upholds_result_of_presidential_race, last accessed 10 January 2022.

50. While human error almost certainly accounts for *some* of the difference, there is no evidence that it accounts for most of the difference, much less the entire difference, as Secretary of State Raffensperger claimed.

51. The original count and audit agree with each other (but not with the recount) regarding the number of votes for Biden and Jorgensen. The audit found 50 more votes for Trump than the original tally, and 81 more than the machine recount found: a difference of almost 50 percent. These differences have not been investigated and are unexplained. A hypothesized error rate of 2 percent in hand counts does not suffice.

52. A fact central to this case is that the differences might result from discrepancies between the QR-encoded votes and the human-readable votes on BMD printout and/or from misconfiguration, bugs, or malware on the scanners or tabulators. As discussed above, the audit checked none of these things. There is no basis whatsoever to conclude that the differences result entirely from human error without investigating the other possibilities.

53. The hand count could easily be more accurate than the machine count. Indeed, it is well known that hand counts of hand-marked paper ballots are often more accurate than machine counts, in part because human readers can interpret light, improper, and ambiguous marks better than machines can, even when the machines are working properly. Similarly, experience in Georgia in 2020[18] shows that Dominion's scanner settings (low resolution, black-and-white) can cause voters' selections not to appear at

_____

[18] See, e.g., Judge Amy Totenberg's Opinion and Order of 11 October 2020 in the present matter, at 4, 30, 95, 101, 103, 114–135.

all in images of ballots, selections that human readers looking at the actual ballots can easily discern.

54. Evidence that hand counts are more accurate than machine counts comes from recounts and studies of the "residual vote,"[19] that is, the number of undervotes and overvotes. Hand counts generally find more valid votes than machine counts.[20]

55. Hand-count error rates are known to depend on many factors, including ballot design, the method for hand counting ("sort-and-stack" versus "read-and-mark"), and the size of each counting team. They presumably also depend on whether there are additional quality control measures in place, such as checking sorted piles of ballots to ensure that each pile really has votes for only one same candidate.

56. The study[21] cited by the Georgia Secretary of State is a laboratory study with 108 subjects and 120 ballots, each containing 27 contests with two candidates. It used three kinds of "ballots": printout from two kinds of DRE (direct-recording electronic) voting system and an optical scan ballot. The highest error rates were for thermal printout

---

[19] Ansolabehere, S., and Reeves, A., 2004. Using Recounts to Measure the Accuracy of Vote Tabulations: Evidence from New Hampshire Elections 1946–2002, in *Confirming Elections: Creating Confidence and Integrity Through Election Auditing*, Alvarez, R.M., L.R. Atkeson, and T.E. Hall, eds., Palgrave MacMillan, NY. Alvarez, R.M., D. Beckett, D., and C. Stewart, 2013. Voting Technology, Vote-by-Mail, and Residual Votes in California, 1990–2010. *Political Research Quarterly*, 66(3), 658–670. https://doi.org/10.1177/1065912912467085. Alvarez, R.M., L.R. Atkeson, and T.E. Hall, 2013. *Evaluating Elections: A Handbook of Methods and Standards*, Cambridge University Press, NY.
[20] See, e.g., Ansolabehere, S., and C. Stewart, 2005. Residual Votes Attributable to Technology. *The Journal of Politics, 67(2)*, 365–389. https://doi.org/10.1111/j.1468-2508.2005.00321.x; Carrier, M.A., 2005. Vote Counting, Technology, and Unintended Consequences, *St. John's Law Review, 79(3)*, 645–687; Ansolabehere, S., B.C. Burden, K.R. Mayer, and C. Stewart III, 2018. Learninbg from Recounts, *Election Law Journal, 17(2)*, 100–116, DOI: 10.1089/elj.2017.0440
[21] Goggin, S.N., M.D. Byrne, and J.E. Gilbert, 2012. Post-Election Auditing: Effects of Procedure and Ballot Type on Manual Counting Accuracy, Efficiency, and Auditor Satisfaction and Confidence, *Election Law Journal: Rules, Politics, and Policy*, 36–51, DOI: 10.1089/elj.2010.0098

from DREs, which does not resemble Georgia's BMD printout nor Georgia's hand-marked paper ballots. The method with the highest error was the "sort-and-stack" tally method that Georgia chose to use. This study did not observe hand vote tabulation in a real election, nor did it involve BMD summary printout. To my knowledge, there is no study of the accuracy of counting votes from BMD summary printouts.

57. Differences between the original count and the machine recount are also large and unexplained. The difference between the two machine counts of Biden's Absentee votes is almost 3 percent. Absent access to the physical ballots, software, and equipment, it is impossible to know what went wrong, nor whether the differences are primarily attributable to malware, bugs, misconfiguration, or human error.

**Summary**

58. A rigorous audit can provide confidence that a well-run election found the true winner(s). But it cannot compensate for using untrustworthy technology to record votes or for a poorly run election; in such circumstances, it distracts attention from the real problems rather than improving election integrity and justifying confidence in electoral outcomes. Absent a trustworthy record of the votes, no procedure can provide affirmative evidence that the reported winner(s) really won. Georgia lacks such a record, for many reasons, including the heavy reliance on BMDs and the lack of physical accounting of ballots, memory cards, and other election materials; lack of pollbook and voter participation reconciliation; etc.

59. By claiming to perform risk-limiting audits when its paper trail is not trustworthy, the State of Georgia is in effect adding stories to a building that needs its foundation replaced. First things first.

17

60. To provide reasonable assurance that every voter's selections are counted and counted accurately requires systematic improvements to how Georgia conducts elections:

a)  For every voter to be assured the right to cast an accountable vote, every voter should have the opportunity to mark a ballot by hand, whether voting in person in advance, in person on election day, or absentee by mail.

b)  The use of ballot-marking devices should be reduced to a minimum, for reasons I have explained in previous declarations. In particular:

i.  BMDs do not necessarily print voters' selection accurately. They can be hacked or misconfigured, as explained in Prof. J. Alex Halderman's testimony.

ii. A growing body of empirical work shows that few voters check the BMD printout, and those who do rarely catch errors.

iii. There is no way for a voter to prove to an election official or anyone else that a BMD malfunctioned. Hence, there is no way to "close the loop" to ensure that a malfunctioning device is removed from service, even if some voters notice a BMD misbehaving. And if a device is observed misbehaving, there is no way to reconstruct the correct election outcome.

iv. There is no way to test BMDs adequately prior to, during, or after an election to establish whether they altered votes, even if they altered enough votes to change electoral outcomes. [22]

c)  Georgia must implement better procedures and checks on chain of custody of election materials, especially voted ballots. Currently, Georgia is not in a position to determine whether every validly cast ballot was included in the reported results, nor

---

[22] See note 8, *supra.*

18

whether there was electronic or physical "ballot-box stuffing" or votes were altered.[23]
Georgia needs better protocols for using and checking physical security seals on
ballots and voting equipment, and demonstrating that it has. It needs to perform
routine scrutiny of custody logs and surveillance video, and to institute other related
security measures.

d) Internal consistency checks and physical inventories must be performed as part of
Georgia's canvass, including, among other things:

i.  Verifying that the number of ballots sent to each polling location (and
blank paper stock for ballot-marking devices and ballot-on-demand
printers) equals the number returned voted, spoiled, or unvoted. This must
be a physical check based on manual inventories, not on reports from the
voting system.

ii.  Checking pollbooks and other voter participation records against the
number of voted ballots received, including checking whether the
appropriate number of ballots of each "style" were received.

iii.  Checking whether the number of electronic vote records ("scans" or cast-
vote records) agrees with the physical inventory of ballots of each style.

---

[23] This is evidenced by the fact that the 2020 audit found thousands of untabulated ballots. See
note 14, *supra*. Per the Secretary of State's office, "[t]he audit process also led to counties
catching making mistakes they made in their original count by not uploading all memory cards."
https://sos.ga.gov/index.php/elections/historic_first_statewide_audit_of_paper_ballots_upholds_r
esult_of_presidential_race, last accessed 9 January 2022. Because of Georgia's inadequate
physical accounting for voting materials, there is no way to know how many more votes validly
cast in that election have not been included in any of the reported results. Moreover, the lax
recordkeeping evidently resulted in scanning the same batches of ballots more than once.
Similarly, some ABBSs were presumably entered more than once, and as shown above, some
were not entered at all.

e) Georgia should conduct routine "compliance" audits, a necessary precursor to conducting risk-limiting audits. For a list of what compliance audits should include, see, for example, Appel, A., and P.B. Stark, 2020. Evidence-Based Elections: Create a Meaningful Paper Trail, Then Audit, *Georgetown Law Technology Review, 4*, 523–541.

f) Georgia should conduct routine, genuine,[24] risk-limiting audits of *every* contested race in every election. The audits must have the ability to correct the reported outcome if the outcome is wrong, before the outcome is certified. I understand that under current Georgia law, audits take place only every other year, for only one contest, and cannot change electoral outcome or trigger a recount—even if the audit finds that the outcome is wrong. No matter how rigorous an audit is, an audit of one or more contests provides no evidence that the outcome of any unaudited contest is correct. Errors and malware may affect some contests but not others.

g) A genuine RLA requires far more than Georgia has yet attempted. First and foremost, it requires a trustworthy record of voter intent. Georgia's records are untrustworthy for a range of reasons, starting with the fact that all in-person voters are expected or required to use ballot-marking devices (BMDs). As discussed at length in previous declarations and in testimony by Prof. Andrew Appel and Prof. J. Alex Halderman, BMD printout is not a trustworthy record of the vote. There are also issues with Georgia's verification of voter eligibility and voter participation. But even if every voter used a hand-marked paper ballot and there were no issues with voter eligibility,

---

[24] As explained below, the pilots of RLA procedures in Georgia were not genuine RLAs, nor was the "full hand-count audit."

Georgia simply does not keep track of their election materials well enough. As discussed in my previous declarations, the foundation for a risk-limiting audit is a *ballot manifest*, a physical inventory of the paper ballots describing in detail how they are stored. This must be derived without reliance on the voting system; otherwise, the audit is trusting the voting system to check itself. For example, if there are ballots that were never scanned (as discovered during the 2020 "audit"), they will be missing from a manifest derived from voting system reports. The ballot manifest must be based on physical inventories of the ballots, keeping track of where the ballots are and how they are organized. Absent that, it is impossible to account for votes reliably, and impossible to limit the risk that an incorrect electoral outcome will be certified: applying risk-limiting audit procedures to an untrustworthy collection of ballots is "security theater."

61. There are additional checks that could be performed to determine the root cause of the discrepancies among the first machine tabulation, hand count, and machine recount. Those checks require access to the physical ballots (for instance, to determine whether every scan batch from the tabulators reflects a distinct collection of actual physical ballots) and access to the tabulators, software, and servers (by other experts in this matter).

62. I would like to supplement my report once the Plaintiffs have had the opportunity to review materials that Defendants have not yet produced or provided access to, including ballots, and to review Plaintiffs' experts' reports once they have inspected the hardware and software used in the November 2020 election.

21

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this date, 11 January 2020,

_____

Philip B. Stark

# APPENDIX 1

## Curriculum Vitae of Philip Bradford Stark

The following link contains the full curriculum vitae of Philip Bradford Stark as set forth in the original Declaration of Philip B. Stark served upon the Defendants:

https://www.stat.berkeley.edu/~stark/bio.pdf

# APPENDIX 2

1/10/22, 2:13 PM                                                                          missing_batch_sheets

# Curling et al. v Raffensperger

In [1]:
```python
import numpy as np
import scipy as sp
import pandas as pd
```

## Audit data

In [2]:
```python
fn = './audit-report-November-3-2020-General-Election-2020-11-19.csv'
```

In [3]:
```python
aud = pd.read_csv(fn, skiprows=17)
aud.describe()
```

Out[3]:

|       | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote |
|-------|-----------------|-----------------|--------------|------------------|-----------------|-----------------|
| count | 41881.00000     | 41881.000000    | 41881.000000 | 41881.000000     | 41881.000000    | 41881.000000    |
| mean  | 58.80607        | 59.099377       | 1.494401     | 0.216948         | 0.071226        | 3.165015        |
| std   | 193.27427       | 185.183528      | 4.403863     | 1.346462         | 0.484540        | 7.358273        |
| min   | 0.00000         | 0.000000        | 0.000000     | 0.000000         | 0.000000        | 0.000000        |
| 25%   | 5.00000         | 10.000000       | 0.000000     | 0.000000         | 0.000000        | 0.000000        |
| 50%   | 13.00000        | 20.000000       | 0.000000     | 0.000000         | 0.000000        | 0.000000        |
| 75%   | 34.00000        | 40.000000       | 1.000000     | 0.000000         | 0.000000        | 1.000000        |
| max   | 7550.00000      | 7078.000000     | 109.000000   | 134.000000       | 28.000000       | 50.000000       |

In [4]:
```python
aud.head()
```

Out[4]:

|   | Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | C |
|---|-------------------|------------|------------------|-----------------|-----------------|--------------|------------------|-----------------|-----------------|---|
| 0 | APPLING | 01 | Absentee By Mail | 23 | 1 | 0 | 0 | 0 | 1 |   |
| 1 | APPLING | 02 | Absentee By Mail | 22 | 3 | 0 | 0 | 0 | 0 |   |
| 2 | APPLING | 03 | Absentee By Mail | 19 | 5 | 0 | 0 | 0 | 1 |   |
| 3 | APPLING | 04 | Absentee By Mail | 21 | 4 | 0 | 0 | 0 | 0 |   |
| 4 | APPLING | 05 | Absentee By Mail | 24 | 1 | 0 | 0 | 0 | 0 |   |

In [5]:

missing_batch_sheets

```
subset = ['Jurisdiction Name','Donald J. Trump', 'Joseph R. Biden', 'Jo Jorgense
          'Invalid Write-In', 'Valid Write-iin', 'Blank/Undervote', 'Overvote']
print(f'''duplicated data within counties {np.sum(aud.duplicated(subset=subset,
```

duplicated data within counties 16807

In [6]:
```
# first FULTON in spreadsheet is line 18582. Last is 20,497
print(sum(aud['Jurisdiction Name'] == 'FULTON'), 20497-18582+1)
```

1916 1916

In [7]:
```
fulton = aud[aud['Jurisdiction Name'] == 'FULTON']
cands = ['Donald J. Trump', 'Joseph R. Biden', 'Jo Jorgensen', \
         'Invalid Write-In', 'Valid Write-iin', 'Blank/Undervote', 'Overvote']


def filter_by_values(domain : pd.DataFrame, votes : list) -> pd.Series:
    filt = domain[cands[0]] == votes[0]
    for j in range(1,len(votes)):
        if votes[j] is not None:
            filt = filt & (domain[cands[j]] == votes[j])
    return filt
```

In [8]:
```
# possibly missing
miss_vals = {}
miss_vals['f_ab_s_3_b_48']          = [4, 93, 2, 0, 0, 0, 0]      # marked "
miss_vals['f_ab_s_2_b_52']          = [6, 92, 0, 0, 0, 0, 0]      # #128 p1
miss_vals['f_s_3_b_12_13_14']       = [12, 83, 1, 0, 0, 0, 0]     # not mark
                                                                  # shows mu
miss_vals['f_s_3_b_239']            = [13, 87, 0, 0, 0, 0, 0]     # not mark
miss_vals['f_s_1_b_80_81_82_83_84'] = [118, 329, 3, None, None, 2, 1] # two writ
miss_vals['f_ab_s_3_b_260']         = [30, 66, 0, 0, 0, 0, 0]     # mode not
miss_vals['f_ed_ap01A_1']           = [84, 62, 6, None, None, 1, 0]  # two writ
miss_vals['f_ab_s_3_b_179_180_181'] = [85, 224, 5, None, None, 2, 0] # one writ
miss_vals['f_ab_s_2_b_239']         = [4, 42, 0, 0, 0, 0, 0]
miss_vals['f_adv_chastain_b_12']    = [613, 605, 24, None, None, 4, 0]# 7 writei
miss_vals['f_adv_chastain_b_114']   = [613, 605, 24, None, None, 4, 0]# also has
                                                                  # 605 is o
```

In [9]:
```
for label, vote in miss_vals.items():
    print(f'\nsheet: {label} {vote=}')
    display(fulton[filter_by_values(fulton, vote)])
```

sheet: f_ab_s_3_b_48 vote=[4, 93, 2, 0, 0, 0, 0]

| | Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Under |
|---|---|---|---|---|---|---|---|---|---|
| **19457** | FULTON | Absentee Scanner 3 Ballot 162 | Absentee By Mail | 4 | 93 | 2 | 0 | 0 | |

sheet: f_ab_s_2_b_52 vote=[6, 92, 0, 0, 0, 0, 0]

missing_batch_sheets

| | Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | W |
|---|---|---|---|---|---|---|---|---|
| **19304** | FULTON | AbsenteeScanner2Batch400 | Absentee By Mail | 6 | 92 | 0 | 0 | |

```
sheet: f_s_3_b_12_13_14 vote=[12, 83, 1, 0, 0, 0, 0]
```

| | Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | W |
|---|---|---|---|---|---|---|---|---|
| **19577** | FULTON | AbsenteeScanner3Batch253 | Absentee By Mail | 12 | 83 | 1 | 0 | |

```
sheet: f_s_3_b_239 vote=[13, 87, 0, 0, 0, 0, 0]
```

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

```
sheet: f_s_1_b_80_81_82_83_84 vote=[118, 329, 3, None, None, 2, 1]
```

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

```
sheet: f_ab_s_3_b_260 vote=[30, 66, 0, 0, 0, 0, 0]
```

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

```
sheet: f_ed_ap01A_1 vote=[84, 62, 6, None, None, 1, 0]
```

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

```
sheet: f_ab_s_3_b_179_180_181 vote=[85, 224, 5, None, None, 2, 0]
```

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

```
sheet: f_ab_s_2_b_239 vote=[4, 42, 0, 0, 0, 0, 0]
```

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

```
sheet: f_adv_chastain_b_12 vote=[613, 605, 24, None, None, 4, 0]
```

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

```
sheet: f_adv_chastain_b_114 vote=[613, 605, 24, None, None, 4, 0]
```

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

```
In [10]:    for c in cands:
```

```
      print(f'{c}: {np.sum(fulton[c])}')
```

```
Donald J. Trump: 137620
Joseph R. Biden: 381179
Jo Jorgensen: 6494
Invalid Write-In: 836
Valid Write-iin: 375
Blank/Undervote: 1439
Overvote: 92
```

In [11]:
```python
tots = np.zeros(len(cands))
for s, v in miss_vals.items():
    for i in range(len(cands)):
        tots[i] += (v[i] if v[i] is not None else 0)

print(f'{[int(t) for t in tots]} {np.sum(tots[0:3]) :0.0f} {np.sum(tots) :0.0f}'
```

```
[1582, 2288, 65, 0, 0, 13, 1] 3935 3949
```

## Compare with original result

In [12]:
```python
orig_N = 524659   # per audit report
aud_N = 525293    # per audit report
miss_N = int(np.sum(tots[0:3])) # batch sheets not present in the spreadsheet
overall_miss = aud_N+miss_N - orig_N
print(f'{aud_N-orig_N=} {overall_miss=} ' +\
      f'original error: {100*(aud_N-orig_N)/orig_N :0.2f}% overall error:  {100*
```

```
aud_N-orig_N=634 overall_miss=4569 original error: 0.12% overall error:  0.87%
```

## Original scan versus machine recount

In [13]:
```python
orig_fn = './orig.csv'
recount_fn = './recount.csv'
```

In [14]:
```python
orig = pd.read_csv(orig_fn, header=1)
recount = pd.read_csv(recount_fn, header=1)
```

In [15]:
```python
orig.head()
```

Out[15]:

| | County | Registered Voters | Election Day Votes | Advanced Voting Votes | Absentee by Mail Votes | Provisional Votes | Total Votes | Election Day Votes.1 | Advanced Voting Votes.1 | Al |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 01A | 3694 | 41 | 145 | 56 | 5 | 247 | 160 | 1662 | |
| 1 | 01B | 4327 | 79 | 159 | 62 | 1 | 301 | 242 | 1842 | |
| 2 | 01C | 1908 | 21 | 20 | 8 | 0 | 49 | 180 | 372 | |
| 3 | 01D | 754 | 7 | 13 | 13 | 1 | 34 | 24 | 284 | |
| 4 | 01E | 3720 | 40 | 167 | 79 | 1 | 287 | 101 | 1559 | |

missing_batch_sheets

In [16]:
```
recount.head()
```

Out[16]:

| | County | Registered Voters | Election Day Votes | Advanced Voting Votes | Absentee by Mail Votes | Provisional Votes | Total Votes | Election Day Votes.1 | Advanced Voting Votes.1 | A |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 01A | 3694 | 41 | 147 | 55 | 4 | 247 | 160 | 1669 | |
| 1 | 01B | 4327 | 79 | 161 | 61 | 1 | 302 | 242 | 1847 | |
| 2 | 01C | 1908 | 21 | 20 | 8 | 0 | 49 | 180 | 374 | |
| 3 | 01D | 754 | 7 | 13 | 13 | 0 | 33 | 24 | 284 | |
| 4 | 01E | 3720 | 35 | 168 | 80 | 1 | 284 | 93 | 1556 | |

In [17]:
```
orig[orig['County'] == 'RW01']
```

Out[17]:

| | County | Registered Voters | Election Day Votes | Advanced Voting Votes | Absentee by Mail Votes | Provisional Votes | Total Votes | Election Day Votes.1 | Advanced Voting Votes.1 |
|---|---|---|---|---|---|---|---|---|---|
| 268 | RW01 | 5010 | 193 | 1455 | 619 | 9 | 2276 | 88 | 1003 |

In [18]:
```
recount[recount['County'] == 'RW01']
```

Out[18]:

| | County | Registered Voters | Election Day Votes | Advanced Voting Votes | Absentee by Mail Votes | Provisional Votes | Total Votes | Election Day Votes.1 | Advanced Voting Votes.1 |
|---|---|---|---|---|---|---|---|---|---|
| 268 | RW01 | 5010 | 162 | 1487 | 619 | 5 | 2273 | 73 | 1015 |

In [19]:
```
fulton[fulton['Batch Name'].str.contains('RW01', case=False)]
```

Out[19]:

| | Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervot |
|---|---|---|---|---|---|---|---|---|---|---|
| 20164 | FULTON | rw01 | Election Day | 31 | 15 | 2 | 0 | 0 | ( |
| 20165 | FULTON | RW01 | Election Day | 22 | 18 | 4 | 0 | 0 | ( |
| 20166 | FULTON | RW01-3 | Election Day | 190 | 55 | 5 | 0 | 0 | ( |

In [20]:
```
fulton[fulton['Batch Name'].str.contains('RW01', case=False)].agg(sum)
```

Out[20]:
```
Jurisdiction Name                    FULTONFULTONFULTON
Batch Name                              rw01RW01  RW01-3
Batch Type            Election DayElection DayElection Day
Donald J. Trump                                      243
Joseph R. Biden                                       88
```

missing_batch_sheets

```
Jo Jorgensen                              11
Invalid Write-In                           0
Valid Write-iin                            0
Blank/Undervote                            0
Overvote                                   0
dtype: object
```

## Version information

In [21]:
```python
packs = ['np','sp','pd']
for p in packs:
    print(f'{p} {eval(p+".__version__")}')
```

```
np 1.21.2
sp 1.7.3
pd 1.3.5
```

# APPENDIX 3

## Audit Board Batch Sheet

Absentee  Scanner 3
Both 48

TABLE
118

County ___Fulton___

Batch Name ___Scanner 3(48)___

Batch Type: ☐ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 4 |
| Joseph R. Biden | 93 |
| Jo Jorgensen | 2 |
| Overvote | |
| Blank/Undervote | |

**Number of Ballots sent to the Vote Review Panel (if any)**

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Yes

D            i      n       t
nt        i
_____              i /o

## Audit Board Batch Sheet

*Absentee Scanner2 #128*
*Batch 52*

County _Fulton_

Batch Name _Sc#2 (52)_

Batch Type: ☑ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 6 |
| Joseph R. Biden | 92 |
| Jo Jorgensen | 0 |
| Overvote | ✓ |
| Blank/Undervote | 0 |

*10+10+10 + 10+10+10 + 10 7N*
*+ 10 + 2*

### Number of Ballots sent to the Vote Review Panel (if any)

| Write-In | 0 |
|---|---|
| Duplicated | 0 |
| Undetermined | 0 |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Yes

Check In/Out Station
- ☐ Recorded batch return on Ballot Container Inventory Sheet
- ☐ Delivered Vote Review Panel ballots (if any)
- ☐ Entered tallies into Arlo
- _____ Initials of check in/out station member

# Audit Board Batch Sheet

County _Fulton_

Batch Name _Scanner3_ (12) (13) + (14)

Batch Type: ▢ Absentee   ▢ Advance   ▢ Election Day   ▢ Provisional   ▢ Other

Was the container sealed when received by the audit board? ▢ Yes ✓

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 12 |
| Joseph R. Biden | 83 |
| Jo Jorgensen | 1 |
| Overvote | |
| Blank/Undervote | |

## Number of Ballots sent to the Vote Review Panel (if any)

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ▢ Yes

## Audit Board Batch Sheet

County _Fulton Co._

Batch Name _239  SCAN 3_

Batch Type: ▢ Absentee  ▢ Advance  ▢ Election Day  ▢ Provisional  ▢ Other

Was the container sealed when received by the audit board? ▢ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 13 |
| Joseph R. Biden | 87 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

**Number of Ballots sent to the Vote Review Panel (if any)**

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

▢ Recorded batch return on Ballot Container Inventory Sheet
▢ Delivered Vote Review Panel ballots (if any)
▢ Entered tallies into Arlo
_____ Initials of check in/out station member

Scanner1 Batch80-84
5

## Audit Board Batch Sheet

County _Fulton_

Batch Name _SC#1 (80) 81-82-83-84_

Batch Type: ▢ Absentee  ▢ Advance  ▢ Election Day  ▢ Provisional  ▢ Other

Was the container sealed when received by the audit board? ▢ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 118 |
| Joseph R. Biden | 329 |
| Jo Jorgensen | 3 |
| Overvote | 1 |
| Blank/Undervote | 2 |

**Number of Ballots sent to the Vote Review Panel (if any)**

| Write-In | 2 |
|---|---|
| Duplicated | 0 |
| Undetermined | 0 |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ▢ Yes

_____ Initials of check in/out station member

# Audit Board Batch Sheet

County _Fulton County_

Batch Name _Scanner 3 (260)_

Batch Type: ☑ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 30 |
| Joseph R. Biden | 66 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

**Number of Ballots sent to the Vote Review Panel (if any)**

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

**Check In/Out Station**
- ☐ Recorded batch return on Ballot Container Inventory Sheet
- ☐ Delivered Vote Review Panel ballots (if any)
- ☐ Entered tallies into Arlo
- _____ Initials of check in/out station member

## Audit Board Batch Sheet

70

County __FULTON__

Batch Name __APOIA - 1__

Batch Type:  ▫ Absentee   ▫ Advance   ✗ Election Day   ▫ Provisional   ▫ Other

Was the container sealed when received by the audit board? ▫ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 84 |
| Joseph R. Biden | 62 |
| Jo Jorgensen | 6 |
| Overvote | 8 |
| Blank/Undervote | 1 |

**Number of Ballots sent to the Vote Review Panel (if any)**

| | |
|---|---|
| Write-In | 2 |
| Duplicated | 0 |
| Undetermined | 0 |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

**Check In/Out Station**
- ▫ Recorded batch return on Ballot Container Inventory Sheet
- ▫ Delivered Vote Review Panel ballots (if any)
- ▫ Entered tallies into Arlo
- _____ Initials of check in/out station member

## Audit Board Batch Sheet

County __Fulton__

Batch Name __SC #3__      # 179 to 181

Batch Type: ☑ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | + 73 10 85   85 |
| Joseph R. Biden | 100 100 24 224   224 |
| Jo Jorgensen | 5 |
| Overvote | 0 |
| Blank/Undervote | 2 |

### Number of Ballots sent to the Vote Review Panel (if any)

| Write-In | 1 |
|---|---|
| Duplicated | 0 |
| Undetermined | 0 |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Check In/Out Station
☐ Recorded batch return on Ballot Container Inventory Sheet
☐ Delivered Vote Review Panel ballots (if any)
☐ Entered tallies into Arlo
_____ Initials of check in/out station member

## Audit Board Batch Sheet

County _FULTON_

Batch Name _SCANNER 2_          _239_

Batch Type: Absentee ⊙ Advance ⊙ Election Day ⊙ Provisional ⊙ Other

Was the container sealed when received by the audit board? ⊙ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 4 |
| Joseph R. Biden | 42 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

**Number of Ballots sent to the Vote Review Panel (if any)**

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ⊙ Yes

⊙ Recorded batch return on Ballot Container Inventory Sheet
⊙ Delivered Vote Review Panel ballots (if any)
  Entered tallies into Arlo
  _____ Initials of check in/out station member

# Audit Board Batch Sheet

**#127**

County ___**FULTON**___

Batch Name ___███████___ *Chastain*

Batch Type: ▫ Absentee ☑ Advance ☒ Election Day ▫ Provisional ▫ Other

Was the container sealed when received by the audit board? ▫ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 613 |
| Joseph R. Biden | 605 |
| Jo Jorgensen | 24 |
| Overvotes | 0 |
| Blank/Undervote | 4 |

**Number of Ballots sent to the Vote Review Panel (if any)**

| Write-In | 7 |
|---|---|
| Duplicated | 0 |
| Undetermined | 0 |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ▫ Yes

███████████████████████████

▫ Delivered Vote Review Panel ballots (if any)
▫ Entered tallies into Arlo
_____ Initials of check in/out station member

# Audit Board Batch Sheet

County **Fulton**

Batch Name **Chastain**

Batch Type: ☐ Absentee  ☒ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

*Jorgensen*
11
+11
22
2
24 ✓

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | |
| Joseph R. Biden | |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

**Number of Ballots sent to the Vote Review Panel (if any)**

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

*Trump*
5
100
105
100
205
50
255
1
256
100
356
100
456
40
496
7
503
100
603
613 ✓

*Biden*
7
100
107
100
207
20
227
4
231
100
331
100
431
40
471
4
475
100
575
30

*Blank*
2
+2
4 ✓

*Write In*
+3
✓

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit

[black redaction box]

☐ Delivered Vote Review Panel ballots (if any)
☐ Entered tallies into Arlo
_____ Initials of check in/out station member

# APPENDIX 4



**STATE OF GEORGIA**
OFFICE OF THE GOVERNOR
ATLANTA 30334-0090

Brian P. Kemp
GOVERNOR

November 17, 2021

*VIA ELECTRONIC MAIL*

Ms. Rebecca N. Sullivan, Acting Chair
200 Piedmont Avenue SE
Suite 1804, West Tower
Atlanta, Georgia 30334

Ms. Sara Tindall Ghazal
4880 Lower Roswell Rd
Suite 165-328
Marietta, Georgia 30068

Mr. Matthew Mashburn
P.O. Box 451
Cartersville, Georgia 30120

Ms. Anh Le
P.O. Box 4008
Decatur, Georgia 3003

Dear Members of the State Election Board,

I write to refer the following matter to the Board for its review and consideration. As you know, I called on Georgians with information about inconsistencies or complaints regarding the 2020 election to notify the proper state authorities. To date, the complaint outlined below is the only instance where a complainant has referred an issue to my office *and* provided all requested information for me and my staff to fully evaluate its veracity.

On September 3, 2021, Mr. Joseph Rossi, a retired executive from Houston County, Georgia, contacted my office. Mr. Rossi presented an analysis of the 2020 Risk-Limiting Audit Report ("RLA Report") data, noting 36 inconsistencies reported by Fulton County.[1] The analysis was created by him and attorney Jack James who volunteered their own time, without compensation, to review thousands of ballot images, audit tally sheets, and other data to double-check the work of the county. Their dedication to this immense task is commendable.

The 36 inconsistencies noted by Mr. Rossi are factual in nature, pose no underlying theories outside of the reported data, and could not be explained by my office after a thorough review detailed below. The purpose of this letter is to convey these inconsistencies to the Board and request them to be explained or corrected.

To be clear, this letter does not purport to dispute or contest the outcome of the 2020 election, but rather to highlight apparent inconsistencies discovered in the RLA Report data.

---

[1] Specifically, Mr. Rossi analyzed the document titled "Detailed Audit Report with Results from all Batch Sheets (Excel)" which is published on the Secretary of State website.

State Election Board
November 17, 2021
Page 2 of 2

Mr. Rossi requested my office review his findings and take whatever action may be appropriate to address his concerns. Mr. Rossi never alleged the outcome of the election was in question or asked me to act beyond my constitutional or statutory powers as Governor – the authority to oversee elections in Georgia lies with the State Election Board and the Secretary of State.

To determine whether it was appropriate to refer Mr. Rossi's claims to you, my office tested the veracity of his work by independently repeating the research Mr. Rossi conducted on each of his 36 claims. My office analyzed each of Mr. Rossi's 36 claims against the RLA Report data. This process was extensive, required a manual review of thousands of ballot images and audit data, and took weeks to complete.

Based on that analysis, as evidenced in the attached report, I believe a referral to the Board is warranted.

The data that exists in public view on the Secretary of State's website of the RLA Report does not inspire confidence. It is sloppy, inconsistent, and presents questions about what processes were used by Fulton County to arrive at the result. Though reasons for, or explanations of, Mr. Rossi's concerns may exist, they are not apparent in the RLA Report data. In reviewing this matter, I believe the Board should consider the following actions:

1. Direct investigators to review Mr. Rossi's findings, just as my office has, and order corrective action as needed to address any verified errors.
2. Determine whether any changes should be made to the RLA Report. If so, the Board should determine whether such changes adversely impact the integrity of the RLA Report as originally reported.
3. Review the audit methodology used in counties across Georgia and create a prescriptive and uniform set of rules that ensure one process is followed by all counties that result in a clear presentation of data.

As you know, I chaired this Board for nine years. During that time, we tackled many tough issues to ensure the integrity of Georgia's elections and make it easy to vote and hard to cheat. It is the responsibility of this Board to safeguard the confidence I and all my fellow Georgians must have in our elections. This is one issue where I believe this Board must act swiftly, and I urge you to do so in this case.

Sincerely,

Brian P. Kemp

CC:

Brad Raffensperger,
*Georgia Secretary of State*



## STATE OF GEORGIA

OFFICE OF THE GOVERNOR

ATLANTA 30334-0900

### REVIEW OF INCONSISTENCIES IN THE
### DATA SUPPORTING THE RISK LIMITING AUDIT REPORT

November 17, 2021

---

### OVERVIEW

The following inconsistencies were initially discovered by Joe Rossi through comparisons of the Fulton County vote counts included in the document titled "Detailed Audit Report with Results from all Batch Sheets (Excel)" ("Detailed Audit Report") and the ballot images obtained by the Atlanta Journal-Constitution Open Records Request ("Ballot Images"). Mr. Rossi's analysis ("Rossi Count") and the review conducted by the Office of the Governor ("Internal Count") were performed by manually counting the Ballot Images for Fulton County. The Ballot Images only include absentee ballots.

Ballot Images obtained by the Atlanta Journal-Constitution Open Records Request are available at the link below:

> https://theatlantajournalconstitution.sharefile.com/share/view/s3c2d5cd
> a4b5a42a88b6a76990379d181/fo8028b0-c150-45f5-911d-f9959144930e

The Detailed Audit Report (audit-report-November-3-2020-General-Election-2020-11-19) is available at the link below:

> https://sos.ga.gov/index.php/elections/2020_general_election_risk-limiting_audit

Within the Detailed Audit Report and Mr. Rossi's analysis, ballot scanners were referred to as Scanners 1 through 5. The Atlanta Journal-Constitution referred to the same scanners as Tabulator 5150 (Scanner 1), Tabulator 5160 (Scanner 2), Tabulator 5162 (Scanner 3), Tabulator 5164 (Scanner 4), and Tabulator 0729 (Scanner 5).

References to "Row XXXXX" refer to the row number listed on the Detailed Audit Report.

As used in the batch entries in the Detailed Audit Report, "I W/I" means "Invalid Write-In Vote", "V W/U" means "Valid Write-In Vote", and "B/U" means "Blank Vote or Undervote".

<u>**INCONSISTENCY 1: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**</u>

The batch entries on Row 19492 and Row 19493 are each identified as "AbsenteeScanner3Batch111" yet report different vote counts. **One of these entries appears to be misidentified.**

Additionally, Row 18786, identified as "AbsenteeScanner1Batch111," reports an identical vote count as Row 19493. One of these entries appears to be duplicated.

Detailed Audit Report:

Row 19492: AbsenteeScanner3Batch111

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 8 | 90 | 0 | 0 | 0 | 0 | 0 |

Row 19493: AbsenteeScanner3Batch111

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 4 | 95 | 1 | 0 | 0 | 0 | 0 |

Row 18786: AbsenteeScanner1Batch111

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 8 | 90 | 0 | 0 | 0 | 0 | 0 |

---

Rossi Count:

Absentee Scanner 3 (Tabulator 05162), Batch 111

- Count not provided by Mr. Rossi.

Absentee Scanner 1 (Tabulator 05150), Batch 111

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 9 | 90 | 0 | 2 |

---

Internal Count:

Absentee Scanner 3 (Tabulator 05162), Batch 111

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 94 | 1 | 0 |

Absentee Scanner 1 (Tabulator 05150), Batch 111

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 9 | 90 | 0 | 2 |

<u>**INCONSISTENCY 2: DUPLICATED BATCH ENTRY**</u>

The batch entry on Row 18840, identified as "AbsenteeScanner1Batch18," reports an identical vote count as the batch entry on Row 20288, identified as "Scanner 1/18." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 18840: AbsenteeScanner1Batch18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 26 | 72 | 1 | 0 | 0 | 0 | 0 |

Row 20288: Scanner 1/18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 26 | 72 | 1 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 1 (Tabulator 05150), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 26 | 72 | 0 | 0 |

Internal Count: Absentee Scanner 1 (Tabulator 05150), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 26 | 72 | 1 | 0 |

<u>**INCONSISTENCY 3: DUPLICATED BATCH ENTRY**</u>

The batch entry on Row 18911, identified as "AbsenteeScanner1Batch 25," nearly matches the same vote count reported by the batch entry on Row 20296, identified as "Scanner 1 /25." The lone exception being that Row 20296 reports an additional valid write-in vote. **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 18911: AbsenteeScanner1Batch 25

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 21 | 77 | 0 | 0 | 0 | 1 | 0 |

Row 20296: Scanner 1 /25

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 21 | 77 | 0 | 0 | 1 | 1 | 0 |

_____

Rossi Count: Absentee Scanner 1 (Tabulator 05150), Batch 25

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 21 | 77 | 0 | 2 |

_____

Internal Count: Absentee Scanner 1 (Tabulator 05150), Batch 25

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 21 | 77 | 0 | 2 |

<u>INCONSISTENCY 4: BATCH ENTRIES REFLECTING 100% VOTE COUNTS FOR ONE CANDIDATE</u>

The batch entry on Row 19120, identified as "AbsenteeScanner2Batch19," reports all 100 votes for Biden.
The batch entry on Row 19131, identified as "AbsenteeScanner2Batch20," reports all 100 votes for Biden.
The batch entry on Row 19142, identified as "AbsenteeScanner2Batch21," reports all 150 votes for Biden.

**The Ballot Images corresponding to Batches 19, 20, and 21, of Absentee Scanner 2 (Tabulator 05160) do not reflect unanimous vote counts for one candidate**.

Detailed Audit Report:

Row 19120: AbsenteeScanner2Batch19

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

Row 19131: AbsenteeScanner2Batch20

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

Row 19142: AbsenteeScanner2Batch21

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 150 | 0 | 0 | 0 | 0 | 0 |

Rossi Count:

Absentee Scanner 2 (Tabulator 05160), Batch 19

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 10 | 87 | 1 | 1 |

Absentee Scanner 2 (Tabulator 05160), Batch 20

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 74 | 1 | 0 |

Absentee Scanner 2 (Tabulator 05160), Batch 21

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8 | 97 | 1 | 0 |

*Internal Count provided on next page.*

Internal Count:

Absentee Scanner 2 (Tabulator 05160), Batch 19

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 10    | 87    | 2         | 0     |

Absentee Scanner 2 (Tabulator 05160), Batch 20

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25    | 74    | 1         | 0     |

Absentee Scanner 2 (Tabulator 05160), Batch 21

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8     | 97    | 1         | 0     |

**INCONSISTENCY 5: BATCH ENTRY REFLECTING 100% VOTE COUNT FOR ONE CANDIDATE**

The batch entry on Row 19153, identified as "AbsenteeScanner2Batch22," reports all 200 votes for Biden.

**The Ballot Images corresponding to Batch 22 of Absentee Scanner 2 (Tabulator 05160) do not reflect a unanimous vote count for one candidate.**

Detailed Audit Report: Row 19153: AbsenteeScanner2Batch22

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 200 | 0 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 22

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 12 | 85 | 3 | 0 |

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 22

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 12 | 85 | 2 | 1 |

INCONSISTENCY 6: MISIDENTIFIED BATCH ENTRY

The batch entry on Row 19165 is identified as "AbsenteeScanner2Batch237." The batch entry on Row 20308 is identified as "scanner2/237." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19165: AbsenteeScanner2Batch237

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 25    | 74    | 0         | 0     | 0     | 0   | 0 |

Row 20308: scanner2/237

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 3     | 95    | 0         | 0     | 1     | 1   | 2 |

_____

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 237

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4     | 93    | 2         | 0     |

_____

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 237

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4     | 93    | 2         | 0     |

**INCONSISTENCY 7: DUPLICATED BATCH ENTRY**

The batch entry on Row 19166, identified as "AbsenteeScanner2Batch238," reports an identical vote count as the batch entry on Row 19587, identified as "AbsenteeScanner3Batch238." One of these entries appears to be duplicated.

Detailed Audit Report:

Row 19166: AbsenteeScanner2Batch238

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 22 | 59 | 0 | 0 | 0 | 0 | 0 |

Row 19587: AbsenteeScanner3Batch238

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 22 | 59 | 0 | 0 | 0 | 0 | 0 |

Rossi Count:

Absentee Scanner 2 (Tabulator 05160), Batch 238

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 74 | 0 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 238
- No count was provided by Mr. Rossi.

Internal Count:

Absentee Scanner 2 (Tabulator 05160), Batch 238

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 74 | 0 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 238

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 57 | 1 | 0 |

<u>INCONSISTENCY 8: MISIDENTIFIED BATCH ENTRY</u>

The batch entry on Row 19167 is identified as "AbsenteeScanner2Batch240." The batch entry on Row 19168 is identified as "AbsenteeScanner2Batch 240." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19167: AbsenteeScanner2Batch240

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 10    | 90    | 0         | 0     | 0     | 0   | 0 |

Row 19168: AbsenteeScanner2Batch 240

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 31    | 62    | 1         | 0     | 0     | 0   | 0 |

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 240

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 31    | 62    | 1         | 2     |

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 240

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 31    | 62    | 1         | 2     |

INCONSISTENCY 9: MISIDENTIFIED BATCH ENTRY

The batch entry on Row 19169 is identified as "AbsenteeScanner2Batch241." The batch entry on Row 19170 is identified as "AbsenteeScanner2Batch 241." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19169: AbsenteeScanner2Batch241

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 34 | 63 | 0 | 0 | 0 | 1 | 0 |

Row 19170: AbsenteeScanner2Batch 241

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 11 | 88 | 1 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 241

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 88 | 1 | 2 |

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 241

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 88 | 1 | 2 |

**INCONSISTENCY 10: DUPLICATED BATCH ENTRIES**

The vote count reported by the batch entry on Row 19172, identified as "AbsenteeScanner2Batch243," does not match the vote count of the corresponding Ballot Images. The vote count reported by the batch entry on Row 19174, identified as "AbsenteeScanner2Batch244-249" (which appears to report the vote counts of six separate batches), also does not match the vote count of the corresponding Ballot Images.

However, when the corresponding Ballot Images of Row 19172 are considered in addition to the corresponding Ballot Images of Row 19174, the aggregate vote count of the Ballot Images matches the vote count reported by Row 19174 in the Detailed Audit Report. **Accordingly, Row 19172 appears to be misidentified.**

Additionally, Row 19173, identified as "AbsenteeScanner2batch244-249," nearly matches the same vote count reported by the batch entry on Row 19174. **The entry appears to be duplicated.** Of note, Row 19173 reports "Election Day" ballots, as opposed to "Absentee By Mail" ballots.

Detailed Audit Report:

Row 19172: AbsenteeScanner2Batch243

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 7 | 90 | 1 | 0 | 0 | 1 | 0 |

Row 19173: AbsenteeScanner2batch244-249

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 110 | 556 | 7 | 0 | 0 | 2 | 1 |

Row 19174: AbsenteeScanner2Batch244-249

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 110 | 556 | 7 | 0 | 3 | 2 | 1 |

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batches 244-249

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 110 | 564 | 7 | 8 |

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batches 243 and 244-249

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| **243** | **21** | **73** | **2** | **2** |
| 244 | 9 | 88 | 1 | 1 |
| 245 | 21 | 79 | 0 | 0 |
| 246 | 4 | 93 | 1 | 0 |
| 247 | 9 | 93 | 0 | 1 |
| 248 | 34 | 60 | 1 | 2 |
| 249 | 12 | 80 | 2 | 0 |
| Totals | 110 | 566 | 7 | 6 |

**INCONSISTENCY 11: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**

The batch entry on Row 19219 is identified as "AbsenteeScanner2Batch297." The batch entry on Row 19220 is identified as "AbsenteeScanner2Batch 297." Each of these entries report different vote counts. **One of these entries appears to be misidentified.**

Additionally, Row 18951, identified as "AbsenteeScanner1Batch297," reflects an identical vote count as Row 19219. **One of these entries appears to be duplicated.**

Detailed Audit Report:

Row 19219: AbsenteeScanner2Batch297

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 42 | 56 | 1 | 0 | 0 | 0 | 0 |

Row 19220: AbsenteeScanner2Batch 297

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 27 | 71 | 0 | 0 | 0 | 0 | 0 |

Row 18951: AbsenteeScanner1Batch297

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 42 | 56 | 1 | 0 | 0 | 0 | 0 |

---

Rossi Count:

Absentee Scanner 2 (Tabulator 05160), Batch 297

- Count not provided by Mr. Rossi.

Absentee Scanner 1 (Tabulator 05150), Batch 297

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 42 | 56 | 1 | 0 |

---

Internal Count:

Absentee Scanner 2 (Tabulator 05160), Batch 297

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 27 | 71 | 1 | 0 |

Absentee Scanner 1 (Tabulator 05150), Batch 297

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 42 | 56 | 1 | 1 |

**INCONSISTENCY 12: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19323 is identified as "AbsenteeScanner2Batch400." The batch entry on 20252 is identified as "sc 2- 400." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19323: AbsenteeScanner2Batch400

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 6 | 92 | 0 | 0 | 0 | 0 | 0 |

Row 20252: sc 2- 400

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 36 | 60 | 1 | 0 | 0 | 3 | 0 |

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 400

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 36 | 60 | 0 | 0 |

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 400

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 36 | 60 | 1 | 3 |

<u>**INCONSISTENCY 13: DUPLICATED BATCH ENTRY**</u>

The batch entry on Row 19482, identified as "AbsenteeScanner3Batch1," reports an identical vote count as the batch entry on Row 20317, identified as "Scanner 3/1." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19482: AbsenteeScanner3Batch1

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 42 | 55 | 2 | 0 | 0 | 0 | 1 |

Row 20317: Scanner 3/1

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 42 | 55 | 2 | 0 | 0 | 0 | 1 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 44 | 55 | 2 | 0 |

*Internal Count provided on the next page.*

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 44 | 55 | 2 | 0 |

**INCONSISTENCY 14: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19524 is identified as "Absentee Scanner 3 Batch 158." The batch entry on Row 20332 is identified as "scanner 3 /158." Each of these entries report different vote counts. **One of these entries appears to be misidentified.**

Detailed Audit Report:

Row 19524: Absentee Scanner 3 Batch 158

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 30 | 68 | 1 | 0 | 0 | 1 | 0 |

Row 20332: scanner 3 /158

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 3 | 99 | 0 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 158

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 30 | 68 | 2 | 0 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 158

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 30 | 68 | 1 | 1 |

<u>INCONSISTENCY 15: DUPLICATED BATCH ENTRIES</u>

The batch entry on Row 19535, identified as "AbsenteeScanner3Batch174- 178," reports an identical vote count as the batch entry on Row 19537, identified as "AbsenteeScanner3BatchBatch 177." The batch entry on Row 19356, identified as "AbsenteeScanner3Batch175-176," nearly matches the vote counts reported in Row 19535 and Row 19537 with the lone exception being that Row 19536 reports two additional blank/undervotes. **One or more of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19535: AbsenteeScanner3Batch174- 178

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 96 | 392 | 0 | 0 | 0 | 0 | 0 |

Row 19536: AbsenteeScanner3Batch175-176

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 96 | 392 | 0 | 0 | 0 | 2 | 0 |

Row 19537: AbsenteeScanner3Batch177

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 96 | 392 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 3 (Tabulator 05162) Batches 174-178

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 96 | 392 | 6 | 1 |

Absentee Scanner 3 (Tabulator 05162), Batches 175-176

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 57 | 137 | 1 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 177

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 9 | 89 | 1 | 0 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batches 174-178

| Batch | Trump | Biden | Jorgensen | Other |
|---|---|---|---|---|
| 174 | 22 | 75 | 1 | 1 |
| 175 | 26 | 67 | 0 | 1 |
| 176 | 31 | 70 | 0 | 0 |
| 177 | 9 | 89 | 0 | 1 |
| 178 | 8 | 91 | 2 | 1 |
| Totals | 96 | 392 | 3 | 4 |

INCONSISTENCY 16: DUPLICATED BATCH ENTRY

The batch entry on Row 19538, identified as "AbsenteeScanner3Batch18," reports an identical vote count as the batch entry on Row 20336, identified as "scanner 3/18." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19538: AbsenteeScanner3Batch18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 1 | 79 | 0 | 0 | 0 | 0 | 0 |

Row 20336: scanner 3/18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 1 | 79 | 0 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 2 | 78 | 0 | 0 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 2 | 77 | 0 | 1 |

<u>INCONSISTENCY 17: DUPLICATED BATCH ENTRY</u>

The batch entry on Row 19560, identified as "AbsenteeScanner3Batch21," reports an identical vote count as the batch entry on Row 20344, identified as "scanner 3/21." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19560: AbsenteeScanner3Batch21

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 24 | 74 | 0 | 0 | 0 | 0 | 0 |

Row 20344: scanner 3/21

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 24 | 74 | 0 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 21

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 25 | 75 | 0 | 2 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 21

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 25 | 73 | 0 | 2 |

**INCONSISTENCY 18: DUPLICATED BATCH ENTRY**

The batch entry on Row 19563, identified as "AbsenteeScanner3Batch212," reports an identical vote count as the batch entry on Row 20345, identified as "SCANNER- 3/212." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19563: AbsenteeScanner3Batch212

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 11 | 86 | 1 | 0 | 0 | 0 | 0 |

Row 20345: SCANNER- 3/212

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 11 | 86 | 1 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 212

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 86 | 1 | 1 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 212

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 86 | 1 | 1 |

INCONSISTENCY 19: DUPLICATED BATCH ENTRY

The batch entry on Row 19589, identified as "AbsenteeScanner3Batch24," reports an identical vote count as the batch entry on Row 20349, identified as "scanner 3/24." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19589: AbsenteeScanner3Batch24

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 5 | 92 | 0 | 0 | 0 | 0 | 0 |

Row 20349: scanner 3/24

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 5 | 92 | 0 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 24

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 92 | 0 | 0 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 24

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 92 | 0 | 0 |

**INCONSISTENCY 20: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19625 is identified as "AbsenteeScanner3Batch3." The batch entry on Row 19626 is identified as "AbsenteeScanner3 Batch3." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19625: AbsenteeScanner3Batch3

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 2 | 85 | 2 | 0 | 0 | 0 | 0 |

Row 19626: AbsenteeScanner3 Batch3

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 24 | 56 | 1 | 0 | 0 | 1 | 0 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 3

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 4 | 84 | 2 | 0 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 3

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 3 | 84 | 2 | 1 |

**INCONSISTENCY 21: MISIDENTIFIED OR DUPLICATED BATCH ENTRY**

The batch entry on Row 19647 is identified as "AbsenteeScanner3Batch 320." The batch entry on Row 20353 is identified as "scanner 3/320." Though the entries report different vote counts, the difference is slight with Row 19647 reporting five additional votes for Trump and five less votes for Biden. **One of these entries appears to be misidentified or duplicated**.

Detailed Audit Report:

Row 19647: AbsenteeScanner3Batch 320

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 35 | 64 | 0 | 0 | 0 | 0 | 0 |

Row 20353: scanner 3/320

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 30 | 69 | 0 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 320

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 30 | 70 | 0 | 0 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 320

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 30 | 70 | 0 | 0 |

**INCONSISTENCY 22: MISIDENTIFIED BATCH ENTRIES**

The batch entry on Row 19659, identified as "AbsenteeScanner3Batch339-346," appears to report the vote counts of eight separate batches. The batch entry on Row 20264 is identified as "sc 3 (339)," a batch that would appear to be included in the vote count of Row 19659. The batch entry on Row 20265 is identified as "sc 3 (340)," a batch that would appear to be included in the vote count of Row 19659.

**When considering the corresponding Ballot Images, Row 20264 and Row 20265 appear to be misidentified.**

Detailed Audit Report:

Row 19659: AbsenteeScanner3Batch339-346

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 143   | 625   | 10        | 0     | 0     | 3   | 0 |

Row 20264: sc 3 (339)

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 76    | 214   | 6         | 0     | 0     | 1   | 0 |

Row 20265: sc 3 (340)

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 6     | 72    | 1         | 0     | 0     | 2   | 0 |

_____

Rossi Count:

Absentee Scanner 3 (Tabulator 05162), Batches 339-346

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 146   | 619   | 10        | 0     |

Absentee Scanner 3 (Tabulator 05162), Batch 339

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 34    | 64    | 1         | 0     |

Absentee Scanner 3 (Tabulator 05162), Batch 340

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4     | 95    | 0         | 0     |

_____

*Internal Count provided on next page.*

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batches 339-346

| Batch | Trump | Biden | Jorgensen | Other |
|---|---|---|---|---|
| **339** | **34** | **64** | **1** | **1** |
| **340** | **4** | **96** | **0** | **0** |
| 341 | 5 | 94 | 1 | 0 |
| 342 | 19 | 82 | 0 | 0 |
| 343 | 6 | 69 | 2 | 2 |
| 344 | 45 | 54 | 1 | 2 |
| 345 | 16 | 79 | 4 | 1 |
| 346 | 16 | 83 | 1 | 0 |
| Totals | 145 | 621 | 10 | 6 |

INCONSISTENCY 23: DUPLICATED BATCH ENTRY

The batch entry on Row 19676, identified as "AbsenteeScanner3Batch 368," nearly matches the same vote count reported by the batch entry on Row 19677, identified as "Absentee Scanner 3 Batch 368." The lone exception being that Row 19677 reports an additional vote for Jorgensen. **One of these entries appears to be duplicated.**

Detailed Audit Report:

Row 19676: AbsenteeScanner3Batch 368

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 4     | 93    | 0         | 0     | 1     | 0   | 0 |

Row 19677: Absentee Scanner 3 Batch 368

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 4     | 93    | 1         | 0     | 1     | 0   | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 368

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4     | 93    | 0         | 1     |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 368

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 3     | 92    | 0         | 3     |

<u>**INCONSISTENCY 24: MISIDENTIFIED BATCH ENTRY OR DUPLICATED BATCH ENTRY**</u>

The batch entry on Row 19678 is identified as "AbsenteeScanner3Batch369." The batch entry on Row 19679 is identified as "Absentee Scanner 3 Batch 369." Though the entries report different vote counts, the difference is slight with Row 19678 reporting four additional votes for Trump and Row 19679 reporting one additional vote for Jorgensen. **One of these entries appears to be misidentified or duplicated**.

Detailed Audit Report:

Row 19678: AbsenteeScanner3Batch369

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 12    | 88    | 0         | 0     | 0     | 0   | 0 |

Row 19679: Absentee Scanner 3 Batch 369

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 8     | 88    | 1         | 0     | 0     | 0   | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 369

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8     | 88    | 1         | 0     |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 369

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8     | 88    | 0         | 2     |

**INCONSISTENCY 25: MISIDENTIFIED BATCH ENTRY AND MISALLOCATION OF VOTES**

The batch entry on Row 19744 is identified as "AbsenteeScanner3Batch89." The batch entry on Row 19745 is identified as "Absentee Scanner 3 Batch 89." Each of these entries report different vote counts. **One of these entries appears to be misidentified.**

Additionally, the batch entry on Row 19745 reports 76 votes for Trump, 22 votes for Biden, 1 vote for Jorgensen, and 2 overvotes. The Ballot Images corresponding to Batch 89 of Absentee Scanner 3 (Tabulator 05162) show 22 votes for Trump, 76 votes for Biden, 1 vote for Jorgensen, and 2 other votes. **It appears that the votes for Trump and Biden were misallocated.**

Detailed Audit Report:

Row 19744: AbsenteeScanner3Batch89

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 27 | 71 | 2 | 0 | 0 | 0 | 0 |

Row 19745: Absentee Scanner 3 Batch 89

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 76 | 22 | 1 | 0 | 0 | 0 | 2 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 89

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 22 | 76 | 1 | 2 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 89

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 22 | 76 | 1 | 2 |

<u>**INCONSISTENCY 26: MISIDENTIFIED BATCH ENTRY**</u>

The batch entry on Row 19748, identified as "Absentee Scanner 3 Batch 91-97," appears to report the vote counts of seven separate batches. The batch entry on Row 19747 is identified as "AbsenteeScanner3Batch91," a batch that would appear to be included in the vote count of Row 19748.

**When considering the corresponding Ballot Images, Row 19747 appears to be misidentified.**

Detailed Audit Report:

Row 19748: Absentee Scanner 3 Batch 91-97

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 128 | 558 | 6 | 0 | 0 | 1 | 0 |

Row 19747: AbsenteeScanner3Batch91

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 98 | 1 | 0 | 0 | 1 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 01562), Batches 91-97

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 128 | 561 | 6 | 1 |

Internal Count: Absentee Scanner 3 (Tabulator 01562), Batches 91-97

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| **91** | **28** | **70** | **2** | **0** |
| 92 | 2 | 97 | 2 | 0 |
| 93 | 5 | 90 | 2 | 0 |
| 94 | 36 | 64 | 0 | 0 |
| 95 | 3 | 96 | 0 | 0 |
| 96 | 24 | 77 | 0 | 1 |
| 97 | 30 | 66 | 2 | 3 |
| Totals | 128 | 560 | 6 | 4 |

**INCONSISTENCY 27: BATCH ENTRY REFLECTING 100% VOTE COUNT FOR ONE CANDIDATE**

The batch entry on Row 19810, identified as "AbsenteeScanner4Batch36," reports all 100 votes for Biden.
The batch entry on Row 19811, identified as "AbsenteeScanner4Batch37," reports all 100 votes for Biden.

**The Ballot Images corresponding to Batches 36 and 37 of Absentee Scanner 4 (Tabulator 05164) do not reflect unanimous vote counts for one candidate.**

Detailed Audit Report:

Row 19810: AbsenteeScanner4Batch36

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

Row 19811: AbsenteeScanner4Batch37

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

Rossi Count:

Absentee Scanner 4 (Tabulator 05164), Batch 36

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 78 | 4 | 0 |

Absentee Scanner 4 (Tabulator 05164), Batch 37

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 40 | 60 | 0 | 0 |

Internal Count:

Absentee Scanner 4 (Tabulator 05164), Batch 36

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 78 | 2 | 2 |

Absentee Scanner 4 (Tabulator 05164), Batch 37

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 40 | 60 | 0 | 0 |

<u>**INCONSISTENCY 28: DUPLICATED BATCH ENTRY**</u>

The batch entry on Row 19814, identified as "AbsenteeScanner4Batch40," reports an identical vote count as the batch entry on Row 19815, identified as "AbsenteeScanner 4Batch40." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19814: AbsenteeScanner4Batch40

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 95 | 0 | 0 | 0 | 0 | 0 |

Row 19815: AbsenteeScanner 4Batch40

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 95 | 0 | 0 | 0 | 0 | 0 |

Rossi Count:

- No count was provided by Mr. Rossi.

Internal Count: Absentee Scanner (Tabulator 05164), Batch 40

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 2 | 97 | 0 | 0 |

<u>**INCONSISTENCY 29: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**</u>

The batch entry on Row 19862, identified as "AbsenteeScanner4Batch99-108," appears to report the vote counts of ten separate batches. The batch entry on Row 19753 is identified as "AbsenteeScanner4Batch 107," a batch that would appear to be included in the vote count of Row 19862.

**When considering the corresponding Ballot Images, Row 19747 appears to be misidentified.**

Additionally, the batch entry on Row 19862 reports an identical vote count as the batch entry on Row 20006, identified as "Etris Community Ctr." **Despite the distinct identifications, one of the entries appears to be duplicated.**

Of note, the batch type of Row 20006 is also identified as "Advance" ballots as opposed to "Absentee By Mail" ballots. **These ballots could not be reviewed as only Absentee By Mail ballot images were provided in the related open records request.**

Detailed Audit Report:

Row 19862: AbsenteeScanner4Batch99-108

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 166   | 745   | 12        | 0     | 0     | 15  | 0 |

Row 19753: AbsenteeScanner4Batch107

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 8     | 90    | 1         | 0     | 0     | 0   | 0 |

Row 20006: Etris Community Ctr.

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 166   | 745   | 12        | 0     | 0     | 15  | 0 |

Rossi Count: Absentee Scanner 4 (Tabulator 05164), Batches 99-108

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 166   | 747   | 22        | 7     |

*Internal Count provided on next page.*

Internal Count: Absentee Scanner 4 (Tabulator 05164), Batches 99-108

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| 99 | 16 | 74 | 3 | 4 |
| 100 | 9 | 84 | 2 | 2 |
| 101 | 43 | 51 | 3 | 0 |
| 102 | 17 | 75 | 3 | 2 |
| 103 | 43 | 52 | 1 | 0 |
| 104 | 12 | 83 | 2 | 2 |
| 105 | 8 | 87 | 2 | 1 |
| 106 | 7 | 67 | 2 | 0 |
| **107** | **3** | **93** | **3** | **0** |
| 108 | 8 | 81 | 1 | 2 |
| Totals | 166 | 747 | 22 | 13 |

**INCONSISTENCY 30: MISIDENTIFIED OR DUPLICATED BATCH ENTRY**

The batch entry on Row 19873, identified as "AbsenteeScanner5Batch15-20,21,24.25," appears to report the vote counts of nine separate batches. The batch entry on Row 19874 is identified as "AbsenteeScanner5Batch17 -Military." **Row 19874 appears to be misidentified or a duplicated report of the vote count reported in Row 19873**.

Detailed Audit Report:

Row 19873: AbsenteeScanner5Batch15-20,21,24.25

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 149 | 752 | 14 | 0 | 4 | 2 | 1 |

Row 19874: AbsenteeScanner5Batch17-Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 7 | 17 | 0 | 0 | 0 | 0 | 0 |

Rossi Count:

- No count was provided by Mr. Rossi.

Internal Count: Absentee Scanner 5 (Tabulator 00729), Batches 15-20, 21, 24, 25

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| 15 | 27 | 72 | 2 | 0 |
| 16 | 5 | 93 | 0 | 1 |
| **17** | **11** | **85** | **3** | **0** |
| 18 | 23 | 73 | 2 | 1 |
| 19 | 28 | 64 | 4 | 3 |
| 20 | 28 | 71 | 0 | 1 |
| 21 | 5 | 105 | 0 | 0 |
| 24 | 21 | 76 | 0 | 1 |
| 25 | 23 | 92 | 4 | 0 |
| Totals | 171 | 731 | 15 | 7 |

**INCONSISTENCY 31: BATCH ENTRIES REFLECTING 100% VOTE COUNTS FOR ONE CANDIDATE**

The batch entry on Row 19875, identified as "AbsenteeScanner5Batch1 – Military," reports all 950 votes for Biden. The batch entry on Row 19879, identified as "AbsenteeScanner5Batch2-Military," reports all 130 votes for Trump.

**The Ballot Images corresponding to Batches 1 and 2 of Absentee Scanner 5 (Tabulator 00729) do not reflect unanimous vote counts for one candidate.**

Row 19875: AbsenteeScanner5Batch1 – Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 950 | 0 | 0 | 0 | 0 | 0 |

Row 19876: AbsenteeScanner5Batch2-Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 130 | 0 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 5 (Tabulator 00729), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 6 | 92 | 2 | 0 |

Absentee Scanner 5 (Tabulator 00729), Batch 2

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 94 | 0 | 1 |

_____

Internal Count:

Absentee Scanner 5 (Tabulator 00729), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 6 | 92 | 1 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 2

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 94 | 0 | 1 |

<u>INCONSISTENCY **32**: MISIDENTIFIED BATCH ENTRIES AND DUPLICATED BATCH ENTRIES</u>

The batch entry on Row 20385, identified as "scanner 5/55-67-71-75," appears to report the vote counts of 4 separate batches. The batch entry on Row 19895 is identified as "AbsenteeScanner5Batch55," a batch that would appear to be included in the vote count of Row 20385. The batch entry on Row 19902 is identified as "AbsenteeScanner5Batch67," a batch that would appear to be included in the vote count of Row 20385.

**When considering the corresponding Ballot Images, Row 19895 appears to be duplicated (as its vote count was included in the vote count of Row 20385) and Row 19902 appears to be misidentified.**

Detailed Audit Report:

Row 20385: scanner 5/55-67-71-75

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 74 | 217 | 2 | 3 | 0 | 2 | 0 |

Row 19895: AbsenteeScanner5Batch55

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 10 | 72 | 2 | 0 | 0 | 0 | 0 |

Row 19902: AbsenteeScanner5Batch67

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 94 | 1 | 0 | 0 | 0 | 0 |

---

Rossi Count:

Absentee Scanner 5 (Tabulator 00729), Batches 55, 67, 71, 55

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 97 | 277 | 5 | 6 |

Absentee Scanner 5 (Tabulator 00729), Batch 55

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 10 | 73 | 2 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 67

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 18 | 77 | 1 | 3 |

---

Internal Count: Absentee Scanner 5 (Tabulator 00729), Batches 55, 67, 71, 75

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| **55** | **10** | **73** | **2** | **1** |
| **67** | **18** | **77** | **1** | **3** |
| 71 | 28 | 70 | 1 | 1 |
| 75 | 41 | 57 | 1 | 1 |
| Totals | 71 | 277 | 5 | 6 |

Page **36** of **40**

INCONSISTENCY 33: MISIDENTIFIED BATCH ENTRY

The batch entry on Row 19909 is identified as "AbsenteeScanner5Batch92." The batch entry on Row 19910 is identified as "AbsenteeScanner5Batch92Military." Each of these entries reports different vote counts. **One of these entries appears to be misidentified**.

**Additionally, the Ballot Images corresponding to Batch 92 of Absentee Scanner 5 (Tabulator 00729) do not correlate to the vote counts reported by Row 19909 or Row 19910.**

Detailed Audit Report:

Row 19909: AbsenteeScanner5Batch92

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 45 | 46 | 1 | 0 | 0 | 0 | 0 |

Row 19910: AbsenteeScanner5Batch92Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 37 | 178 | 2 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 5 (Tabulator 00729), Batch 92

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 92 | 2 | 0 |

Internal Count: Absentee Scanner 5 (Tabulator 00729), Batch 92

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 92 | 2 | 0 |

**INCONSISTENCY 34: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**

The batch entry on Row 19911, identified as "AbsenteeScanner5Batch95," reports an identical vote count as the batch entry on Row 20397, identified as "scanner 5/94." **Despite the distinct identifications, one of the entries appears to be duplicated**.

Additionally, the Ballot Images corresponding to Batches 94 and 95 of Absentee Scanner 5 (Tabulator 00729) do not correlate to the vote counts reported by Row 19911 and 20397. **These entries also appear to be misidentified**.

Detailed Audit Report:

Row 19911: AbsenteeScanner5Batch95

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 19 | 102 | 1 | 0 | 0 | 1 | 0 |

Row 20397: scanner 5/94

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 19 | 102 | 1 | 0 | 0 | 1 | 0 |

_____

Rossi Count:

Absentee Scanner 5 (Tabulator 00729), Batch 95

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 27 | 42 | 3 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 94

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 16 | 60 | 0 | 0 |

_____

Internal Count:

Absentee Scanner 5 (Tabulator 00729), Batch 95

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 27 | 42 | 3 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 94

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 16 | 60 | 1 | 1 |

**INCONSISTENCY 35: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 20277 is identified as "SCAN 1-97." The batch entry on Row 20303 is identified as "scanner 1/97." Each of these entries report different vote counts. Additionally, the Ballot Images corresponding to Batch 97 of Absentee Scanner 1 do not correlate to either Row 20277 or Row 20303. **These entries appear to be misidentified**.

Detailed Audit Report:

Row 20277: SCAN 1-97

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 31 | 74 | 3 | 0 | 0 | 0 | 0 |

Row 20303: scanner 1/97

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 43 | 45 | 1 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 1 (Tabulator 05150), Batch 97

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 41 | 55 | 1 | 0 |

Internal Count: Absentee Scanner 1 (Tabulator 05150), Batch 97

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 41 | 55 | 1 | 0 |

**INCONSISTENCY 36: APPARENT MISALLOCATION OF VOTES**

The batch entry on Row 20361, identified as "scanner 3/66," reports zero votes for Trump, 77 votes for Biden, 23 votes for Jorgensen, and zero other votes. The Ballot Images corresponding to Batch 66 of Absentee Scanner 3 (Tabulator 05162) show 23 votes for Trump, 77 votes for Biden, and zero other votes. **It appears that 23 votes in Row 20361 were misallocated from Trump to Jorgensen.**

Detailed Audit Report:

Row 20361: scanner 3/66

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 77 | 23 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 66

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 77 | 0 | 0 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 66

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 77 | 0 | 0 |