# EXHIBIT F

Fulton County Defendants' Response to Coalition Plaintiffs' Second
Requests for Admissions

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DONNA CURLING, et al; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO: 1:17cv02989-AT |
| BRAD RAFFENSPERGER, et al.; | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**FULTON COUNTY DEFENDANTS' RESPONSE TO COALITION
PLAINTIFFS' SECOND REQUESTS FOR ADMISSION**

COME NOW, the Members of the Fulton County Board of Registration and
Elections, and hereby respond to this Response to Plaintiffs' Second Request for
Admission.

**REQUESTS FOR ADMISSION**

1.     Admit that You did not preserve until the present time the majority of ballot
images from in-person voting for the November 3, 2020 election original machine
count.

**Response:   Admitted.**

2.      Admit that You did not preserve until the present time the majority of ballot images from in-person voting for the June 19, 2020 election.

**Response:   Admitted.**

3.      Admit that You did not preserve until the present time the majority of ballot images from in-person voting for the August, 2020 election.

**Response:   Admitted.**

4.      Admit that one of Your Dominion tabulating servers crashed during the machine recount of the November 3, 2020 election.

**Response:   Admitted.**

5.      Admit that the Dominion tabulating server crash was reported to the Fulton County Board of Registration and Elections during the recount of the November 3, 2020 election.

**Response:   Admitted.**

6.      Admit that the Dominion tabulating server crash during the machine recount of the November 3, 2020 election interrupted ballot tabulation.

**Response:   Admitted.**

7.      Admit that as mail ballots are scanned, the ballot scanner is ordinarily connected to the Dominion tabulating server.

**Response:   Denied.**

8.      Admit that, immediately after a mail ballot is scanned, the ballot image, including AuditMark, ordinarily may be accessed on the Dominion server.

**Response:   Denied.**

9.      Admit that in some Fulton County polling places, voters and other persons in the polling place during the November 3, 2020 election could have a line of sight permitting them to see selections being made on the touchscreen machines when other voters are voting on those machine.

**Response:   Denied.**

10.     Admit that the privacy screens provided by the Georgia Secretary of State during the November 3, 2020 election did not always protect voters' ballot touchscreen selections from being seen by other people in the polling place.

**Response:   Denied.   No privacy screens were provided by the Secretary of State.**

11.     Admit that the Georgia Secretary of State has not consistently enforced requirements for physically protecting voters' ballot secrecy when using the touchscreens on the Dominion BMDs in Fulton County.

**Response:   Defendants are without knowledge sufficient to either or admit this request.**

12.     Admit that You have received complaints from voters regarding the lack of voter privacy using the Dominion touchscreen machines.

**Response:   Admitted.**

13.     Admit that, in some polling places, the limited available space and the number of voting machines required at those polling places, makes it infeasible to provide absolute ballot secrecy for the voters using the touchscreens.

**Response:   Denied.**

14.    Admit that You do not require poll managers to arrange polling place equipment in a manner to provide absolute ballot secrecy.

**Response:   Denied.**

15.    Admit that in some polling places poll managers and poll workers can routinely see the display screens with voters' vote selections visible.

**Response:   Denied.**

16.    Admit that the Fulton County Board of Registration and Elections members have discussed during board meetings how the use of Dominion touchscreen BMD machines adversely impacts ballot secrecy.

**Response:   Admitted.**

17.    Admit that You have not deployed equipment in a manner that provides absolute ballot secrecy for voters using the touchscreen voting machines.

 **Response:  Denied.**

5

18.    Admit that You were initially informed by the Georgia Secretary of State that the November 3, 2020 election hand-counted audit would also be an official recount.

**Response:   Denied.**

19.    Admit that You were initially informed by the Georgia Secretary of State that the official vote tallies for the November 3, 2020, election would be corrected as needed based on the results of the hand-counted audit.

**Response:   Denied.**

20.    Admit that the hand-counted audit tallies were not used as official results.

**Response:   Admitted.**

21.    Admit that, during the hand-counted audit of the November 3, 2020 election, duplicated ballots were counted without referencing or reviewing the original ballot.

**Response:   Denied.**

22.     Admit that You have not undertaken a reconciliation of the discrepancies between the original count, the hand-counted audit, and the official recount tallies in the November 3, 2020 election.

**Response:   Denied.**

23.     Admit that You received, from the Georgia Secretary of State, some instructions, guidelines, or recommended procedures for reconciling the discrepancies between the original count and the hand-counted audit in the November 3, 2020 election.

**Response:   Denied.**

24.     Admit that You have not been required by the Georgia Secretary of State to provide an explanation for discrepancies of audit tallies and machine tallies in the November 3, 2020 election.

**Response:   Admitted.**

25.    Admit that the ballot images delivered to Coalition for Good Governance on June 3, 2021 on two USB drives are true and correct copies of the original ballot images created during from the November 3, 2020 election.

**Response:   Upon information and belief, admitted.**

26.    Admit that in the Audit Report generated by the Arlo audit software for the November 3, 2020, election, the batches labeled "AbsenteeScanner3Batch174-178," "AbsenteeScanner3Batch175-176," and "AbsenteeScanner3Batch177" all count the same physical batch of ballots.

**Response:   Denied.**

27.    Admit that the one physical batch of ballots referenced in the immediately preceding Request was counted three times in the hand-counted audit.

**Response:   Denied.**

28.    Admit that in the Audit Report generated by the Arlo audit software for the November 3, 2020, election, the batches labeled "AbsenteeScanner2batch244-249" and "AbsenteeScanner2Batch244-249" each count the same physical batch of ballots.

8

**Response:   Denied.**

29.    Admit that the one physical batch of ballots referenced in the immediately preceding Request was counted twice in the hand-counted audit.

**Response:   Denied.**

30.    Admit that Fulton County's Dominion system user manuals are available to and accessible by Your technical staff.

 **Response:   Admitted.**

31.    Admit that more than five of Your staff members have physical access to and authority to consult the Dominion user manuals.

**Response:   Admitted.**

32.    Admit that the Dominion server in the Election Preparation Center is configured to be connected to the internet if operators choose to do so.

**Response:   Denied.**

33.     Admit that Dominion has the ability to remotely access the Dominion server in the Election Preparation Center.

**Response:   Denied.**

34.     Admit that the operator of the Dominion server in the Election Preparation Center has administrative access to delete and edit Windows activities logs.

**Response:   Denied.**

35.     Admit that the Dominion server in the Election Preparation Center has been connected to the Internet on more than one occasion since the server's installation.

**Response:   Denied.**

36.     Admit that during November 2020 BMD Logic and Accuracy Testing, testing technicians did not test every candidate position and every contest in every configuration on each machine before the machines were installed in the polling places.

**Response:   Denied.**

37.    Admit that You did not perform your own county-directed acceptance testing of the Dominion BMDs purchased by Fulton County before using them in an election.

**Response:   Denied.**

38.    Admit that ballot scanning equipment was put into service in Fulton County without county-directed acceptance testing.

**Response:   Denied.**

39.    Admit that more than one public building used as a polling place in the January 2021 runoff in Fulton County had operational video surveillance cameras installed at the time of that election for use during the overnight storage of voting machines and during the voting process.

**Response:   Denied.**

40.    Admit that provisional voters were permitted to vote on the BMD machines at C. T. Martin Recreation Center polling place in January 2021 runoffs.

**Response: Denied**

41.   Admit that during the November 3, 2020 election more than 100 voted provisional ballots were rejected because the voter was not identified on the outer envelope.

**Response: Denied**

42.   Admit that some or all of the voters who did not place their name on the outer envelope of provisional ballots were not told by poll managers to do so.

**Response:   Denied.**

43.   Admit that You received no instructions from the Georgia Secretary of State regarding scanner settings for overvotes for the November 3, 2020 election.

**Response:   Admitted.**

44.   Admit that the default settings for the ICC scanners used during the November 3, 2020 election allowed overvotes to be counted as valid votes in some races.

**Response:   Denied.**

45. Admit that, in the November 3, 2020, election, some overvotes were counted as valid votes.

**Response:  Denied.**

46.   Admit that more than 50 people voted more than once in the November 3 election, and their extra votes were counted.

**Response:  Denied.**

47.   Admit that during the November 3, 2020 election, volunteers acting as absentee ballot clerks were permitted to have access to E-Net on their personal computers in the polling places.

**Response:   Admitted.**

48.   Admit that during certain days of early voting in October 2020, voter records were not promptly updated in E-Net and My Voter Page to show that voters had actually voted.

**Response:   Admitted.**

13

49.    Admit that the votes of at least two precincts were not counted in the original certification of the January, 2021 election.

**Response:   Admitted.**

50.    Admit that current board canvassing procedures do not always detect errors such as votes missing for whole precincts.

**Response:   Denied.**

51.    Admit that You did not make images or complete copies of the ballot scanner memory cards after each election in 2020.

**Response:   Admitted.**

52.    Admit that the memory cards used in the ballot scanners in elections in 2020 were reused and overwritten in subsequent elections.

**Response:  Admitted.**

53.    Admit that You did not received any instructions from the Secretary of State prior to November 1, 2020 for preserving Windows activities logs of the Dominion server in the Election Preparation Center.

**Response:   Admitted.**

54.    Admit that You did not preserve to the current time the Windows activities logs of the Dominion server in the Election Preparation Center for the period August 1, 2020 through February 1, 2021.

**Response:   Denied.**

55.    Admit that the mail ballot process used in Fulton County during the November 3, 2020 election included instructing workers to retain ballots and envelopes in matching sequential order.

**Response:   Admitted.**

56.    Admit that workers in Fulton County polling places have encountered malfunctions in the operation of the PollPads since their initial deployment.

**Response:   Admitted.**

15

57.   Admit that in the November 3, 2020 presidential contest recount, with respect to duplicated ballots, You did not review the original ballots to check the accuracy of the duplicated ballot for voter intent.

**Response:   Denied.**

58.   Admit that the Vote Review Panel did not maintain an independent paper audit trail reviewed by the vote review panels for votes adjudicated during 2020 elections.

**Response:   Admitted.**

59.   Admit that the Vote Review Panel did not review or approve an adjudication log of votes adjudicated after each adjudication decision in the 2020 elections.

**Response: Defendants are without knowledge sufficient to either or admit this request.**

60.   Admit that bi-partisan vote review panels did not adjudicate ballots earlier than 7 am during the days of election processing, in November 2020.

**Response:   Admitted.**

61.   Admit that no bi-partisan vote review panel adjudicated ballots later than 11pm during the days of election processing in November 2020.

**Response:   Admitted.**

62.   Admit that more than 50 ballots were adjudicated using the Dominion adjudication application without a bi-partisan vote review panel present.

**Response:   Denied.**

63.   Admit that You do not permit party-appointed monitors or watchers to have visual access to read the ICC scanner monitor screens or ICC public counters.

 **Response:  Denied.**

64.   Admit that during Logic and Accuracy testing for some 2020 elections You prevented appointed poll watchers and members of the public from having visual access to the voting equipment display screens during the testing of the majority of the BMD and scanner units.

**Response:   Denied.**

65.    Admit that during Logic and Accuracy testing for some 2020 elections You prevented appointed poll watchers and members of the public from being in the same room as where the testing of the majority of the BMD and scanner units took place.

**Response:   Denied.**

66.    Admit that Richard Barron was told by the Secretary of State's office that it was not necessary to review hand-marked paper ballots for lightly marked votes or marginal marks for the June 9, 2020 election to determine if such votes had not been tabulated.

**Response:   Upon information and belief, admitted.**

67.    Admit that the Fulton County Board of Registration and Elections received a request from candidate Beth Beskin on or around June 18, 2020 for a review of the ballots with light marks and marginal marks.

**Response:   Upon information and belief, admitted.**

18

68.   Admit that the Fulton County Board of Registration and Elections did not discuss or vote on Beth Beskin's request prior to certification of the election.

**Response:   Defendants are without knowledge sufficient to either or admit this request.**

69.   Admit that You received complaints of hand marked votes not being counted by the scanners in the June 9, 2020 election.

**Response:   Denied.**

70.   Admit that You have not reviewed hand marked votes that were the subject of complaints You received about such votes not being counted by the scanners in the June 9, 2020 election.

**Response:   Denied.**

71.   Admit that You have not counted hand marked votes that were the subject of complaints You received about such votes not being counted by the scanners in the June 9, 2020 election.

**Response:   Denied.**

72.    Admit that during 2020 the Fulton Board of Elections conducted meetings (including electronic meetings by email) with a quorum of members without advance public notice.

**Response:   Denied.**

Respectfully submitted this 30th day of August, 2021.

<div style="margin-left:40%">

**OFFICE OF THE COUNTY ATTORNEY**

Cheryl Ringer
Georgia Bar Number: 557420
cheryl.ringer@fultoncountyga.gov
Kaye Burwell
Georgia Bar Number:   775060
kaye.burwell@fultoncountyga.gov
*/s/  David R. Lowman*
David R. Lowman
Georgia Bar Number: 460298
david.lowman@fultoncountyga.gov

ATTORNEYS FOR DEFENDANTS
ALEX WAN, VERNETTA KEITH
NURIDDIN, KATHLEEN RUTH,
AARON JOHNSON, AND MARK
WINGATE, AND THE FULTON
COUNTY BOARD OF
REGISTRATION & ELECTIONS

</div>

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al;                      )
                                           )
          Plaintiffs,                      )
                                           )
v.                                         )    CIVIL ACTION
                                           )    FILE NO: 1:17cv02989-AT
BRAD RAFFENSPERGER, et al.;                )
                                           )
                                           )
          Defendants.                      )
                                           )
                                           )

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on this date I have electronically filed the foregoing **FULTON COUNTY DEFENDANTS' RESPONSE TO COALITION PLAINTIFFS' SECOND REQUESTS FOR ADMISSION** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record.

This 30th day of August, 2021.

                              */s/ David R. Lowman*
                              David R. Lowman
                              Georgia Bar Number: 460298
                              david.lowman@fultoncountyga.gov

21