# EXHIBIT I

Official Election Bulletin dated December 1, 2020



# OFFICIAL ELECTION BULLETIN
December 1, 2020

**TO:**        **County Election Officials and County Registrars**

**FROM:**    **Chris Harvey, Elections Division Director**

**RE:**        **Preserving Ballot Images and Delivering to Sec. of State**

When preparing your materials for the "Ballot Run" for the November 3, 2020 Election and Recount, you must complete the following steps to include all ballot images with your election returns.

Please include in your election certification packet the following:

- A backup copy of your Official and Complete November 3rd General Election Project
- A backup copy of your November 3rd Recount Election Project containing all the ballot images collected during the recount process (see "Loading images instructions" below on how to ensure ballot images have been loaded)

**<u>Creating and saving a backup copy of Election Project</u>**

To make a backup copy of an Election Project the following steps need to be followed:

1. Open the project in EED
2. Click on File in the toolbar and select Create Backup
3. Select the second option listed; this is the full backup option
4. Click OK when complete
5. Close the election project in EED
6. Click on the File Explorer icon at the bottom of the screen
7. Click on Local Disk (C:)
8. Double click on the NAS folder
9. Double click on the "countyname" Nov 2020 General folder
10. Double click on Project Package
11. Two files should be present
    a. Zipped file
    b. EMS.sha file
12. Highlight and copy the two files listed
13. Paste and save the two files to a USB drive, or a compact flash card

**Loading Ballot Images collected by the ICC during the recount**

    A. Open the Recount Election Project in RTR
    B. Click on Actions, select "Load Results from Directory"
    C. Next to File Type select Results; verify the files listed have a "checkmark" in the Loaded column
    D. Next to File Type select Images
    E. Highlight the rows listed and then hit "Load"
- If the images have already been loaded, a message asking if you would like to Overwrite the previously loaded images will appear, Select NO
- If the images have NOT been loaded, the images will then be uploaded

    F. Click Close
    G. Close the Election Project in RTR
    H. Open EED
    I. Open the Recount Election Project
    J. Create backup copy of your Recount Election Project following the instructions listed above for Creating and saving backup copy

If you have questions about this process, check with Michael Barnes' team at CES or your election liaison.