# EXHIBIT Q

Fulton County Precinct O6J Ballots





00791_00028_000004   Copyright © 2020 Dominion Voting Inc. All Rights Reserved   06J Duplicate A

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
   Democrat

○

Write-In

**For Clerk of Superior Court**
(Vote for One)

● Catherlene "Tina" Robinson
   (Incumbent) Democrat

○

Write-In

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
   Democrat

○

Write-In

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
   (Incumbent) Democrat

○

Write-In

**For Surveyor**
(Vote for One)

○

Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
   (Incumbent) Democrat

○

Write-In

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
   (Incumbent)

○

Write-In

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES
● NO

**STATEWIDE REFERENDUM**

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**SPECIAL ELECTION CITY OF ATLANTA**

City of Atlanta Homestead Exemption
(Vote for One)

"Shall the Act be approved which provides a new homestead exemption from City of Atlanta ad valorem taxes for municipal purposes in the amount of $30,000.00 for each resident of the City of Atlanta who holds real property subject to a written lease having an initial term of not less than 99 years with a landlord that is an entity exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and who owns all improvements located on the real property?"

○ YES
● NO

Turn Ballot Over To Continue Voting

---

00794_00020_000012   Copyright © 2020 Dominion Voting Inc. All Rights Reserved   06J Duplicate A

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
   Democrat

○

Write-In

**For Clerk of Superior Court**
(Vote for One)

● Catherlene "Tina" Robinson
   (Incumbent) Democrat

○

Write-In

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
   Democrat

○

Write-In

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
   (Incumbent) Democrat

○

Write-In

**For Surveyor**
(Vote for One)

○

Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
   (Incumbent) Democrat

○

Write-In

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
   (Incumbent)

○

Write-In

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES
● NO

**STATEWIDE REFERENDUM**

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**SPECIAL ELECTION CITY OF ATLANTA**

City of Atlanta Homestead Exemption
(Vote for One)

"Shall the Act be approved which provides a new homestead exemption from City of Atlanta ad valorem taxes for municipal purposes in the amount of $30,000.00 for each resident of the City of Atlanta who holds real property subject to a written lease having an initial term of not less than 99 years with a landlord that is an entity exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and who owns all improvements located on the real property?"

○ YES
● NO

Turn Ballot Over To Continue Voting

00791_00028_000004  06J Duplicate A
00791_00028_000004.tif scanned at: 09:47:36 on 12/01/20.

Scanned on: ICC  Tabulator: 791  Batch: 28
Poll ID:  51  Ballot ID: 391

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 36
  Nan Orrock (I) (Dem)
State House District 57
  Stacey Evans (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES
Atlanta Homestead Exemption - Special
  NO

00794_00020_000012  06J Duplicate A
00794_00020_000012.tif scanned at: 12:46:43 on 12/02/20.

Scanned on: ICC  Tabulator: 794  Batch: 20
Poll ID:  51  Ballot ID: 391

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 36
  Nan Orrock (I) (Dem)
State House District 57
  Stacey Evans (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES
Atlanta Homestead Exemption - Special
  NO





00791_00028_000009    Copyright © 2020 Dominion Voting Inc. All Rights Reserved    06J Duplicate B

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○

Write-In

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○

Write-In

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○

Write-In

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○

Write-In

**For Surveyor**
(Vote for One)

○

Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○

Write-In

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(Incumbent)

○

Write-In

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

---

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

**STATEWIDE REFERENDUM**

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from all valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**SPECIAL ELECTION CITY OF ATLANTA**

City of Atlanta Homestead Exemption
(Vote for One)

"Shall the Act be approved which provides a new homestead exemption from City of Atlanta ad valorem taxes for municipal purposes in the amount of $30,000.00 for each resident of the City of Atlanta who holds real property subject to a written lease having an initial term of not less than 99 years with a landlord that is an entity exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and who owns all improvements located on the real property?"

● YES
○ NO

Turn Ballot Over To Continue Voting

---

00794_00020_000017    Copyright © 2020 Dominion Voting Inc. All Rights Reserved    06J Duplicate B

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○

Write-In

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○

Write-In

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○

Write-In

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○

Write-In

**For Surveyor**
(Vote for One)

○

Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○

Write-In

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(Incumbent)

○

Write-In

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

---

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

**STATEWIDE REFERENDUM**

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from all valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**SPECIAL ELECTION CITY OF ATLANTA**

City of Atlanta Homestead Exemption
(Vote for One)

"Shall the Act be approved which provides a new homestead exemption from City of Atlanta ad valorem taxes for municipal purposes in the amount of $30,000.00 for each resident of the City of Atlanta who holds real property subject to a written lease having an initial term of not less than 99 years with a landlord that is an entity exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and who owns all improvements located on the real property?"

● YES
○ NO

Turn Ballot Over To Continue Voting

00791_00028_000009   06J Duplicate B
00791_00028_000009.tif scanned at: 09:47:43 on 12/04/20

Scanned on: ICC   Tabulator: 791   Batch: 28
Poll ID:   51   Ballot ID: 391

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 36
  Nan Orrock (I) (Dem)
State House District 57
  Stacey Evans (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES
Atlanta Homestead Exemption - Special
  YES

00794_00020_000017   06J Duplicate B
00794_00020_000017.tif scanned at: 12:46:46 on 12/02/20

Scanned on: ICC   Tabulator: 794   Batch: 20
Poll ID:   51   Ballot ID: 391

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 36
  Nan Orrock (I) (Dem)
State House District 57
  Stacey Evans (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES
Atlanta Homestead Exemption - Special
  YES





00791_00028_000015   06J Duplicate C

00791_00028_000015.tif scanned at: 09:47:49 on 12/01/20.

Scanned on: ICC  Tabulator: 791   Batch: 28
Poll ID:   51  Ballot ID: 391

President of the United States
   Joseph R. Biden (Dem)
US Senate (Perdue)
   Jon Ossoff (Dem)
US Senate (Loeffler) - Special
   Deborah Jackson (Dem)
Public Service Commission District 1
   Robert G. Bryant (Dem)
Public Service Commission District 4
   Daniel Blackman (Dem)
US House District 5
   Nikema Williams (Dem)
State Senate District 36
   Nan Orrock (I) (Dem)
State House District 57
   Stacey Evans (Dem)
District Attorney - Atlanta
   Fani Willis (Dem)
Clerk of Superior Court
   Cathelene "Tina" Robinson (I) (Dem)
Sheriff
   Patrick "Pat" Labat (Dem)
Tax Commissioner
   Arthur E. Ferdinand (I) (Dem)
Surveyor
   BLANK CONTEST
Solicitor General
   Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
   Alan Toney (I)
Constitutional Amendment #1
   NO
Constitutional Amendment #2
   YES
Statewide Referendum A
   YES
Atlanta Homestead Exemption - Special
   YES

00794_00020_000023   06J Duplicate C

00794_00020_000023.tif scanned at: 12:46:51 on 12/02/20.

Scanned on: ICC  Tabulator: 794   Batch: 20
Poll ID:   51  Ballot ID: 391

President of the United States
   Joseph R. Biden (Dem)
US Senate (Perdue)
   Jon Ossoff (Dem)
US Senate (Loeffler) - Special
   Deborah Jackson (Dem)
Public Service Commission District 1
   Robert G. Bryant (Dem)
Public Service Commission District 4
   Daniel Blackman (Dem)
US House District 5
   Nikema Williams (Dem)
State Senate District 36
   Nan Orrock (I) (Dem)
State House District 57
   Stacey Evans (Dem)
District Attorney - Atlanta
   Fani Willis (Dem)
Clerk of Superior Court
   Cathelene "Tina" Robinson (I) (Dem)
Sheriff
   Patrick "Pat" Labat (Dem)
Tax Commissioner
   Arthur E. Ferdinand (I) (Dem)
Surveyor
   BLANK CONTEST
Solicitor General
   Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
   Alan Toney (I)
Constitutional Amendment #1
   NO
Constitutional Amendment #2
   YES
Statewide Referendum A
   YES
Atlanta Homestead Exemption - Special
   YES





00791_00030_000008  06J Duplicate D
00791_00030_000008.tif scanned at 09:58:52 on 12/08/20.

Scanned on: ICC  Tabulator: 791  Batch: 30
Poll ID:  51  Ballot ID: 391

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 36
  Nan Orrock (I) (Dem)
State House District 57
  Stacey Evans (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO
Atlanta Homestead Exemption - Special
  YES

00794_00022_000004  06J Duplicate D
00794_00022_000004.tif scanned at 12:48:19 on 12/4/20.

Scanned on: ICC  Tabulator: 794  Batch: 22
Poll ID:  51  Ballot ID: 391

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 36
  Nan Orrock (I) (Dem)
State House District 57
  Stacey Evans (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO
Atlanta Homestead Exemption - Special
  YES





00794_00022_000015   Copyright © 2020 Dominion Voting Inc. All Rights Reserved   06J Duplicate E

00791_00029_000037   Copyright © 2020 Dominion Voting Inc. All Rights Reserved   06J Duplicate E

00794_00022_000015_06J Duplicate E
00794_00022_000015 of scanned at 12:49:00 on 12/02/20.

Scanned on: ICC  Tabulator: 794   Batch: 22
Poll ID:  51  Ballot ID: 391

President of the United States
   Joseph R. Biden (Dem)
US Senate (Perdue)
   Jon Ossoff (Dem)
US Senate (Loeffler) - Special
   Raphael Warnock (Dem)
Public Service Commission District 1
   Robert G. Bryant (Dem)
Public Service Commission District 4
   Daniel Blackman (Dem)
US House District 5
   Nikema Williams (Dem)
State Senate District 36
   Nan Orrock (I) (Dem)
State House District 57
   Stacey Evans (Dem)
District Attorney - Atlanta
   Fani Willis (Dem)
Clerk of Superior Court
   Cathelene "Tina" Robinson (I) (Dem)
Sheriff
   Patrick "Pat" Labat (Dem)
Tax Commissioner
   Arthur E. Ferdinand (I) (Dem)
Surveyor
   BLANK CONTEST
Solicitor General
   Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
   Alan Toney (I)
Constitutional Amendment #1
   YES
Constitutional Amendment #2
   YES
Statewide Referendum A
   YES
Atlanta Homestead Exemption - Special
   YES

00791_00029_000037_06J Duplicate E
00791_00029_000037 of scanned at 09:57:16 on 12/03/20.

Scanned on: ICC  Tabulator: 791   Batch: 29
Poll ID:  51  Ballot ID: 391

President of the United States
   Joseph R. Biden (Dem)
US Senate (Perdue)
   Jon Ossoff (Dem)
US Senate (Loeffler) - Special
   Raphael Warnock (Dem)
Public Service Commission District 1
   Robert G. Bryant (Dem)
Public Service Commission District 4
   Daniel Blackman (Dem)
US House District 5
   Nikema Williams (Dem)
State Senate District 36
   Nan Orrock (I) (Dem)
State House District 57
   Stacey Evans (Dem)
District Attorney - Atlanta
   Fani Willis (Dem)
Clerk of Superior Court
   Cathelene "Tina" Robinson (I) (Dem)
Sheriff
   Patrick "Pat" Labat (Dem)
Tax Commissioner
   Arthur E. Ferdinand (I) (Dem)
Surveyor
   BLANK CONTEST
Solicitor General
   Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
   Alan Toney (I)
Constitutional Amendment #1
   YES
Constitutional Amendment #2
   YES
Statewide Referendum A
   YES
Atlanta Homestead Exemption - Special
   YES





**00791_00031_000024   06J Duplicate F**
00791_00031_000024.tif scanned at: 10:01:50 on 12/01/20.

Scanned on: ICC   Tabulator: 791   Batch: 31
Poll ID:   51   Ballot ID:  391

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 36
  Nan Orrock (I) (Dem)
State House District 57
  Stacey Evans (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Write-in
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
  Write-in
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES
Atlanta Homestead Exemption - Special
  NO

**00794_00024_000014   06J Duplicate F**
00794_00024_000014.tif scanned at: 12:52:05 on 12/01/20.

Scanned on: ICC   Tabulator: 794   Batch: 24
Poll ID:   51   Ballot ID:  391

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 5
  Nikema Williams (Dem)
State Senate District 36
  Nan Orrock (I) (Dem)
State House District 57
  Stacey Evans (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Write-in
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
  Write-in
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES
Atlanta Homestead Exemption - Special
  NO





00791_00031_000025   Copyright © 2020 Dominion Voting Inc. All Rights Reserved   06J Duplicate G

00794_00025_000001   Copyright © 2020 Dominion Voting Inc. All Rights Reserved   06J Duplicate G

00791_00031_000025_06J Duplicate G
00791_00031_000025.tif scanned at: 10:01:50 on 12/04/20.

Scanned on: ICC  Tabulator: 791   Batch: 31
Poll ID:   51  Ballot ID: 391

President of the United States
    Joseph R. Biden (Dem)
US Senate (Perdue)
    Jon Ossoff (Dem)
US Senate (Loeffler) - Special
    Raphael Warnock (Dem)
Public Service Commission District 1
    Robert G. Bryant (Dem)
Public Service Commission District 4
    Daniel Blackman (Dem)
US House District 5
    Nikema Williams (Dem)
State Senate District 36
    Nan Orrock (I) (Dem)
State House District 57
    Stacey Evans (Dem)
District Attorney - Atlanta
    Fani Willis (Dem)
Clerk of Superior Court
    Cathelene "Tina" Robinson (I) (Dem)
Sheriff
    Patrick "Pat" Labat (Dem)
Tax Commissioner
    Write-in
Surveyor
    BLANK CONTEST
Solicitor General
    Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
    Alan Toney (I)
Constitutional Amendment #1
    YES
Constitutional Amendment #2
    YES
Statewide Referendum A
    YES
Atlanta Homestead Exemption - Special
    YES

00794_00025_000001_06J Duplicate G
00794_00025_000001.tif scanned at: 12:52:55 on 12/02/20.

Scanned on: ICC  Tabulator: 794   Batch: 25
Poll ID:   51  Ballot ID: 391

President of the United States
    Joseph R. Biden (Dem)
US Senate (Perdue)
    Jon Ossoff (Dem)
US Senate (Loeffler) - Special
    Raphael Warnock (Dem)
Public Service Commission District 1
    Robert G. Bryant (Dem)
Public Service Commission District 4
    Daniel Blackman (Dem)
US House District 5
    Nikema Williams (Dem)
State Senate District 36
    Nan Orrock (I) (Dem)
State House District 57
    Stacey Evans (Dem)
District Attorney - Atlanta
    Fani Willis (Dem)
Clerk of Superior Court
    Cathelene "Tina" Robinson (I) (Dem)
Sheriff
    Patrick "Pat" Labat (Dem)
Tax Commissioner
    Write-in
Surveyor
    BLANK CONTEST
Solicitor General
    Keith E. Gammage (I) (Dem)
Soil and Water - Fulton County
    Alan Toney (I)
Constitutional Amendment #1
    YES
Constitutional Amendment #2
    YES
Statewide Referendum A
    YES
Atlanta Homestead Exemption - Special
    YES