# EXHIBIT P

Fulton County Precinct RW01 Ballots

00794_00017_000024 RW01 Triplicate A

## FULTON COUNTY

779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

INSTRUCTIONS:

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope.
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you.

If you decide to vote in person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*[illegible]*

**For President of the United States** (Vote for One)

● Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
○ Write-in

**For United States Senate** (Vote for One)

● David A. Perdue (Incumbent) Republican
○ Jon Ossoff, Democrat
○ Shane Hazel, Libertarian
○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

○ Al Bartell, Independent
○ Allen Buckley, Independent
○ Doug Collins, Republican
○ John Fortuin, Green
○ Derrick E. Grayson, Republican
○ Michael Todd Greene, Independent
○ Annette Davis Jackson, Republican
○ Deborah Jackson, Democrat
○ Jamesia James, Democrat
○ A. Wayne Johnson, Republican
○ Tamara Johnson-Shealey, Democrat
○ Matt Lieberman, Democrat
● Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade, Democrat
○ Brian Slowinski, Libertarian
○ Valencia Stovall, Independent
○ Ed Tarver, Democrat
○ Kandiss Taylor, Republican
○ Raphael Warnock, Democrat
○ Richard Dien Winfield, Democrat
○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)

● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant, Democrat
○ Elizabeth Melton, Libertarian
○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)

● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman, Democrat
○ Nathan Wilson, Libertarian
○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

● Karen Handel, Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

**For State Senator From 56th District** (Vote for One)

● John Albers (Incumbent) Republican
○ Sarah Beeson, Democrat
○ Write-in

Turn Ballot Over To Continue Voting

---

00791_00019_000010 RW01 Triplicate A

## FULTON COUNTY

779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

INSTRUCTIONS:

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope.
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you.

If you decide to vote in person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*[illegible]*

**For President of the United States** (Vote for One)

● Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
○ Write-in

**For United States Senate** (Vote for One)

● David A. Perdue (Incumbent) Republican
○ Jon Ossoff, Democrat
○ Shane Hazel, Libertarian
○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

○ Al Bartell, Independent
○ Allen Buckley, Independent
○ Doug Collins, Republican
○ John Fortuin, Green
○ Derrick E. Grayson, Republican
○ Michael Todd Greene, Independent
○ Annette Davis Jackson, Republican
○ Deborah Jackson, Democrat
○ Jamesia James, Democrat
○ A. Wayne Johnson, Republican
○ Tamara Johnson-Shealey, Democrat
○ Matt Lieberman, Democrat
● Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade, Democrat
○ Brian Slowinski, Libertarian
○ Valencia Stovall, Independent
○ Ed Tarver, Democrat
○ Kandiss Taylor, Republican
○ Raphael Warnock, Democrat
○ Richard Dien Winfield, Democrat
○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)

● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant, Democrat
○ Elizabeth Melton, Libertarian
○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)

● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman, Democrat
○ Nathan Wilson, Libertarian
○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

● Karen Handel, Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

**For State Senator From 56th District** (Vote for One)

● John Albers (Incumbent) Republican
○ Sarah Beeson, Democrat
○ Write-in

Turn Ballot Over To Continue Voting

---

00791_00026_000091 RW01 Triplicate A

## FULTON COUNTY

779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

INSTRUCTIONS:

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope.
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you.

If you decide to vote in person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*[illegible]*

**For President of the United States** (Vote for One)

● Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
○ Write-in

**For United States Senate** (Vote for One)

● David A. Perdue (Incumbent) Republican
○ Jon Ossoff, Democrat
○ Shane Hazel, Libertarian
○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

○ Al Bartell, Independent
○ Allen Buckley, Independent
○ Doug Collins, Republican
○ John Fortuin, Green
○ Derrick E. Grayson, Republican
○ Michael Todd Greene, Independent
○ Annette Davis Jackson, Republican
○ Deborah Jackson, Democrat
○ Jamesia James, Democrat
○ A. Wayne Johnson, Republican
○ Tamara Johnson-Shealey, Democrat
○ Matt Lieberman, Democrat
● Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade, Democrat
○ Brian Slowinski, Libertarian
○ Valencia Stovall, Independent
○ Ed Tarver, Democrat
○ Kandiss Taylor, Republican
○ Raphael Warnock, Democrat
○ Richard Dien Winfield, Democrat
○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)

● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant, Democrat
○ Elizabeth Melton, Libertarian
○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)

● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman, Democrat
○ Nathan Wilson, Libertarian
○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

● Karen Handel, Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

**For State Senator From 56th District** (Vote for One)

● John Albers (Incumbent) Republican
○ Sarah Beeson, Democrat
○ Write-in

Turn Ballot Over To Continue Voting

00794_00017_000024 RW01 Triplicate A

**For State Representative in the General Assembly From 48th District** (Vote for One)

- ● Betty Price, Republican
- ○ Mary Robichaux, (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ○ Fani Willis, Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ○ Cathelene "Tina" Robinson, (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ○ Patrick "Pat" Labat, Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ○ Arthur E. Ferdinand, (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ○ Keith E. Gammage, (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ● Bob Ellis, (Incumbent) Republican
- ○ Justin Holsomback, Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ○ Alan Toney, (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 598

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ● NO

Turn Ballot Over To Continue Voting

00791_00019_000010 RW01 Triplicate A

**For State Representative in the General Assembly From 48th District** (Vote for One)

- ● Betty Price, Republican
- ○ Mary Robichaux, (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ○ Fani Willis, Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ○ Cathelene "Tina" Robinson, (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ○ Patrick "Pat" Labat, Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ○ Arthur E. Ferdinand, (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ○ Keith E. Gammage, (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ● Bob Ellis, (Incumbent) Republican
- ○ Justin Holsomback, Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ○ Alan Toney, (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 598

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ● NO

Turn Ballot Over To Continue Voting

00791_00026_000091 RW01 Triplicate A

**For State Representative in the General Assembly From 48th District** (Vote for One)

- ● Betty Price, Republican
- ○ Mary Robichaux, (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ○ Fani Willis, Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ○ Cathelene "Tina" Robinson, (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ○ Patrick "Pat" Labat, Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ○ Arthur E. Ferdinand, (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ○ Keith E. Gammage, (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ● Bob Ellis, (Incumbent) Republican
- ○ Justin Holsomback, Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ○ Alan Toney, (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 598

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ● NO

Turn Ballot Over To Continue Voting

00794_00017_000024 RW01 Triplicate A

Scanned on: ICC Tabulator: 794   Batch: 17
Poll ID:  317  Ballot ID:  676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO

00791_00019_000010 RW01 Triplicate A

Scanned on: ICC Tabulator: 791   Batch: 19
Poll ID:  317  Ballot ID:  676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO

00791_00026_000021 RW01 Triplicate A

Scanned on: ICC  Tabulator: 791   Batch: 26
Poll ID:  317  Ballot ID:  676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO



00794_00017_000029 — RW01 Triplicate B

**For State Representative In the General Assembly From 48th District** (Vote for One)

- ○ Betty Price — Republican
- ● Mary Robichaux — (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ● Fani Willis — Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ● Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ● Patrick "Pat" Labat — Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ● Arthur E. Ferdinand — (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ● Keith E. Gammage — (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ○ Bob Ellis — (Incumbent) Republican
- ● Justin Holsomback — Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ● Alan Toney — (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

---

00791_00019_000015 — RW01 Triplicate B

**For State Representative In the General Assembly From 48th District** (Vote for One)

- ○ Betty Price — Republican
- ● Mary Robichaux — (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ● Fani Willis — Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ● Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ● Patrick "Pat" Labat — Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ● Arthur E. Ferdinand — (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ● Keith E. Gammage — (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ○ Bob Ellis — (Incumbent) Republican
- ● Justin Holsomback — Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ● Alan Toney — (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

---

00794_00026_000086 — RW01 Triplicate B

**For State Representative In the General Assembly From 48th District** (Vote for One)

- ○ Betty Price — Republican
- ● Mary Robichaux — (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ● Fani Willis — Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ● Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ● Patrick "Pat" Labat — Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ● Arthur E. Ferdinand — (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ● Keith E. Gammage — (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ○ Bob Ellis — (Incumbent) Republican
- ● Justin Holsomback — Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ● Alan Toney — (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

**00794_00017_000029 RW01 Triplicate B**
00794_00017_000029.tif scanned at: 12:40:03 on 12/02/20.

Scanned on: ICC Tabulator: 794   Batch: 17
Poll ID:   317   Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

**00791_00019_000015_RW01 Triplicate B**
00791_00019_000015.tif scanned at: 15:21:03 on 11/30/20.

Scanned on: ICC Tabulator: 791   Batch: 19
Poll ID:   317   Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

**00794_00026_000086_RW01 Triplicate B**
00794_00026_000086.tif scanned at: 09:35:02 on 12/01/20

Scanned on: ICC Tabulator: 791   Batch: 26
Poll ID:   317   Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00794_00018_000001 RW01 Triplicate C

**FULTON COUNTY**
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

INSTRUCTIONS

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

If you decide to vote in person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*[illegible]*

**For President of the United States** (Vote for One)
- ○ Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
- ● Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
- ○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
- ○ Write-in

**For United States Senate** (Vote for One)
- ○ David A. Perdue (Incumbent) Republican
- ● Jon Ossoff, Democrat
- ○ Shane Hazel, Libertarian
- ○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
- ○ Al Bartell, Independent
- ○ Allen Buckley, Independent
- ○ Doug Collins, Republican
- ○ John Fortuin, Green
- ○ Derrick E. Grayson, Republican
- ○ Michael Todd Greene, Independent
- ○ Annette Davis Jackson, Republican
- ○ Deborah Jackson, Democrat
- ○ Jamesia James, Democrat
- ○ A. Wayne Johnson, Republican
- ○ Tamara Johnson-Shealey, Democrat
- ○ Matt Lieberman, Democrat
- ○ Kelly Loeffler (Incumbent) Republican
- ○ Joy Felicia Slade, Democrat
- ○ Brian Slowinski, Libertarian
- ○ Valencia Stovall, Independent
- ○ Ed Tarver, Democrat
- ○ Kandiss Taylor, Republican
- ● Raphael Warnock, Democrat
- ○ Richard Dien Winfield, Democrat
- ○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)
- ○ Jason Shaw (Incumbent) Republican
- ● Robert G. Bryant, Democrat
- ○ Elizabeth Melton, Libertarian
- ○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
- ● Lauren Bubba McDonald, Jr. (Incumbent) Republican
- ○ Daniel Blackman, Democrat
- ○ Nathan Wilson, Libertarian
- ○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)
- ○ Karen Handel, Republican
- ● Lucy McBath (Incumbent) Democrat
- ○ Write-in

**For State Senator From 56th District** (Vote for One)
- ○ John Albers (Incumbent) Republican
- ● Sarah Beeson, Democrat
- ○ Write-in

Turn Ballot Over To Continue Voting

---

00791_00019_000092 RW01 Triplicate C

**FULTON COUNTY**
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

INSTRUCTIONS

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

If you decide to vote in person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*[illegible]*

**For President of the United States** (Vote for One)
- ○ Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
- ● Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
- ○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
- ○ Write-in

**For United States Senate** (Vote for One)
- ○ David A. Perdue (Incumbent) Republican
- ● Jon Ossoff, Democrat
- ○ Shane Hazel, Libertarian
- ○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
- ○ Al Bartell, Independent
- ○ Allen Buckley, Independent
- ○ Doug Collins, Republican
- ○ John Fortuin, Green
- ○ Derrick E. Grayson, Republican
- ○ Michael Todd Greene, Independent
- ○ Annette Davis Jackson, Republican
- ○ Deborah Jackson, Democrat
- ○ Jamesia James, Democrat
- ○ A. Wayne Johnson, Republican
- ○ Tamara Johnson-Shealey, Democrat
- ○ Matt Lieberman, Democrat
- ○ Kelly Loeffler (Incumbent) Republican
- ○ Joy Felicia Slade, Democrat
- ○ Brian Slowinski, Libertarian
- ○ Valencia Stovall, Independent
- ○ Ed Tarver, Democrat
- ○ Kandiss Taylor, Republican
- ● Raphael Warnock, Democrat
- ○ Richard Dien Winfield, Democrat
- ○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)
- ○ Jason Shaw (Incumbent) Republican
- ● Robert G. Bryant, Democrat
- ○ Elizabeth Melton, Libertarian
- ○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
- ● Lauren Bubba McDonald, Jr. (Incumbent) Republican
- ○ Daniel Blackman, Democrat
- ○ Nathan Wilson, Libertarian
- ○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)
- ○ Karen Handel, Republican
- ● Lucy McBath (Incumbent) Democrat
- ○ Write-in

**For State Senator From 56th District** (Vote for One)
- ○ John Albers (Incumbent) Republican
- ● Sarah Beeson, Democrat
- ○ Write-in

Turn Ballot Over To Continue Voting

---

00791_00026_000009 RW01 Triplicate C

**FULTON COUNTY**
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

INSTRUCTIONS

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

If you decide to vote in person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*[illegible]*

**For President of the United States** (Vote for One)
- ○ Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
- ● Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
- ○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
- ○ Write-in

**For United States Senate** (Vote for One)
- ○ David A. Perdue (Incumbent) Republican
- ● Jon Ossoff, Democrat
- ○ Shane Hazel, Libertarian
- ○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
- ○ Al Bartell, Independent
- ○ Allen Buckley, Independent
- ○ Doug Collins, Republican
- ○ John Fortuin, Green
- ○ Derrick E. Grayson, Republican
- ○ Michael Todd Greene, Independent
- ○ Annette Davis Jackson, Republican
- ○ Deborah Jackson, Democrat
- ○ Jamesia James, Democrat
- ○ A. Wayne Johnson, Republican
- ○ Tamara Johnson-Shealey, Democrat
- ○ Matt Lieberman, Democrat
- ○ Kelly Loeffler (Incumbent) Republican
- ○ Joy Felicia Slade, Democrat
- ○ Brian Slowinski, Libertarian
- ○ Valencia Stovall, Independent
- ○ Ed Tarver, Democrat
- ○ Kandiss Taylor, Republican
- ● Raphael Warnock, Democrat
- ○ Richard Dien Winfield, Democrat
- ○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)
- ○ Jason Shaw (Incumbent) Republican
- ● Robert G. Bryant, Democrat
- ○ Elizabeth Melton, Libertarian
- ○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
- ● Lauren Bubba McDonald, Jr. (Incumbent) Republican
- ○ Daniel Blackman, Democrat
- ○ Nathan Wilson, Libertarian
- ○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)
- ○ Karen Handel, Republican
- ● Lucy McBath (Incumbent) Democrat
- ○ Write-in

**For State Senator From 56th District** (Vote for One)
- ○ John Albers (Incumbent) Republican
- ● Sarah Beeson, Democrat
- ○ Write-in

Turn Ballot Over To Continue Voting

00794_00018_000001 RW01 Triplicate C

For State Representative In the General Assembly From 48th District (Vote for One)

○ Betty Price, Republican
● Mary Robichaux, (Incumbent) Democrat
○ Write-in

For District Attorney of the Atlanta Judicial Circuit (Vote for One)

● Fani Willis, Democrat
○ Write-in

For Clerk of Superior Court (Vote for One)

● Cathelene "Tina" Robinson, (Incumbent) Democrat
○ Write-in

For Sheriff (Vote for One)

● Patrick "Pat" Labat, Democrat
○ Write-in

For Tax Commissioner (Vote for One)

● Arthur E. Ferdinand, (Incumbent) Democrat
○ Write-in

For Surveyor (Vote for One)

○ Write-in

For Solicitor-General of State Court of Fulton County (Vote for One)

● Keith E. Gammage, (Incumbent) Democrat
○ Write-in

For Fulton County Commissioner From District No. 2 (Vote for One)

● Bob Ellis, (Incumbent) Republican
○ Justin Holsomback, Democrat
○ Write-in

For Fulton County Soil and Water Conservation District Supervisor (Vote for One)

● Alan Toney, (Incumbent)
○ Write-in

PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

STATEWIDE REFERENDUM

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

Turn Ballot Over To Continue Voting

00791_00019_000092 RW01 Triplicate C

00791_00026_000009 RW01 Triplicate C

## 00794_00018_000001  RW01 Triplicate C
00794_00018_000001.tif scanned at: 12:41:08 on 12/02/20.

Scanned on: ICC  Tabulator: 794   Batch: 18
Poll ID:  317  Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

## 00791_00019_000092  RW01 Triplicate C
00791_00019_000092.tif scanned at: 15:33:09 on 11/30/20.

Scanned on: ICC  Tabulator: 791   Batch: 19
Poll ID:  317  Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

## 00791_00026_000009  RW01 Triplicate C
00791_00026_000009.tif scanned at: 09:33:52 on 12/01/20.

Scanned on: ICC  Tabulator: 791   Batch: 26
Poll ID:  317  Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES





**00794_00018_000011_RW01 Triplicate D**
00794_00018_000011.tif scanned at: 12:43:15 on 12/02/20.

Scanned on: ICC  Tabulator: 794   Batch: 18
Poll ID:  317  Ballot ID: 676

President of the United States
 Joseph R. Biden (Dem)
US Senate (Perdue)
 Jon Ossoff (Dem)
US Senate (Loeffler) - Special
 Raphael Warnock (Dem)
Public Service Commission District 1
 Robert G. Bryant (Dem)
Public Service Commission District 4
 Daniel Blackman (Dem)
US House District 6
 Lucy McBath (I) (Dem)
State Senate District 56
 Sarah Beeson (Dem)
State House District 48
 Mary Robichaux (I) (Dem)
District Attorney - Atlanta
 Fani Willis (Dem)
Clerk of Superior Court
 Cathelene "Tina" Robinson (I) (Dem)
Sheriff
 Patrick "Pat" Labat (Dem)
Tax Commissioner
 Arthur E. Ferdinand (I) (Dem)
Surveyor
 BLANK CONTEST
Solicitor General
 Keith E. Gammage (I) (Dem)
County Commission District 2
 Justin Holsomback (Dem)
Soil and Water - Fulton County
 Alan Toney (I)
Constitutional Amendment #1
 YES
Constitutional Amendment #2
 YES
Statewide Referendum A
 NO

**00791_00019_000082_RW01 Triplicate D**
00791_00019_000082.tif scanned at: 15:29:05 on 11/30/20.

Scanned on: ICC  Tabulator: 791   Batch: 19
Poll ID:  317  Ballot ID: 676

President of the United States
 Joseph R. Biden (Dem)
US Senate (Perdue)
 Jon Ossoff (Dem)
US Senate (Loeffler) - Special
 Raphael Warnock (Dem)
Public Service Commission District 1
 Robert G. Bryant (Dem)
Public Service Commission District 4
 Daniel Blackman (Dem)
US House District 6
 Lucy McBath (I) (Dem)
State Senate District 56
 Sarah Beeson (Dem)
State House District 48
 Mary Robichaux (I) (Dem)
District Attorney - Atlanta
 Fani Willis (Dem)
Clerk of Superior Court
 Cathelene "Tina" Robinson (I) (Dem)
Sheriff
 Patrick "Pat" Labat (Dem)
Tax Commissioner
 Arthur E. Ferdinand (I) (Dem)
Surveyor
 BLANK CONTEST
Solicitor General
 Keith E. Gammage (I) (Dem)
County Commission District 2
 Justin Holsomback (Dem)
Soil and Water - Fulton County
 Alan Toney (I)
Constitutional Amendment #1
 YES
Constitutional Amendment #2
 YES
Statewide Referendum A
 NO

**00791_00026_000019_RW01 Triplicate D**
00791_00026_000019.tif scanned at: 09:14:00 on 12/01/20.

Scanned on: ICC  Tabulator: 791   Batch: 26
Poll ID:  317  Ballot ID: 676

President of the United States
 Joseph R. Biden (Dem)
US Senate (Perdue)
 Jon Ossoff (Dem)
US Senate (Loeffler) - Special
 Raphael Warnock (Dem)
Public Service Commission District 1
 Robert G. Bryant (Dem)
Public Service Commission District 4
 Daniel Blackman (Dem)
US House District 6
 Lucy McBath (I) (Dem)
State Senate District 56
 Sarah Beeson (Dem)
State House District 48
 Mary Robichaux (I) (Dem)
District Attorney - Atlanta
 Fani Willis (Dem)
Clerk of Superior Court
 Cathelene "Tina" Robinson (I) (Dem)
Sheriff
 Patrick "Pat" Labat (Dem)
Tax Commissioner
 Arthur E. Ferdinand (I) (Dem)
Surveyor
 BLANK CONTEST
Solicitor General
 Keith E. Gammage (I) (Dem)
County Commission District 2
 Justin Holsomback (Dem)
Soil and Water - Fulton County
 Alan Toney (I)
Constitutional Amendment #1
 YES
Constitutional Amendment #2
 YES
Statewide Referendum A
 NO

00794_00019_000002 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Triplicate E

## FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

INSTRUCTIONS:

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot.<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote.<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection. Then write the name of the write-in candidate in the space provided. | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope.
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you.

If you decide to vote in person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a))*

**For President of the United States** (Vote for One)
● Donald J. Trump - President / Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President / Kamala D. Harris - Vice President, Democrat
○ Jo Jorgensen - President / Jeremy "Spike" Cohen - Vice President, Libertarian
○ Write-in

**For United States Senate** (Vote for One)
● David A. Perdue (Incumbent) Republican
○ Jon Ossoff, Democrat
○ Shane Hazel, Libertarian
○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
○ Al Bartell, Independent
○ Allen Buckley, Independent
● Doug Collins, Republican
○ John Fortuin, Green
○ Derrick E. Grayson, Republican
○ Michael Todd Greene, Independent
○ Annette Davis Jackson, Republican
○ Deborah Jackson, Democrat
○ Jamesia James, Democrat
○ A. Wayne Johnson, Republican
○ Tamara Johnson-Shealey, Democrat
○ Matt Lieberman, Democrat
○ Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade, Democrat
○ Brian Slowinski, Libertarian
○ Valencia Stovall, Independent
○ Ed Tarver, Democrat
○ Kandiss Taylor, Republican
○ Raphael Warnock, Democrat
○ Richard Dien Winfield, Democrat
○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)
● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant, Democrat
○ Elizabeth Melton, Libertarian
○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman, Democrat
○ Nathan Wilson, Libertarian
○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)
● Karen Handel, Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

**For State Senator From 56th District** (Vote for One)
● John Albers (Incumbent) Republican
○ Sarah Beeson, Democrat
○ Write-in

Turn Ballot Over To Continue Voting

---

00791_00019_000022 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Triplicate E

## FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

INSTRUCTIONS:

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot.<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote.<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection. Then write the name of the write-in candidate in the space provided. | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope.
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you.

If you decide to vote in person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a))*

**For President of the United States** (Vote for One)
● Donald J. Trump - President / Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President / Kamala D. Harris - Vice President, Democrat
○ Jo Jorgensen - President / Jeremy "Spike" Cohen - Vice President, Libertarian
○ Write-in

**For United States Senate** (Vote for One)
● David A. Perdue (Incumbent) Republican
○ Jon Ossoff, Democrat
○ Shane Hazel, Libertarian
○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
○ Al Bartell, Independent
○ Allen Buckley, Independent
● Doug Collins, Republican
○ John Fortuin, Green
○ Derrick E. Grayson, Republican
○ Michael Todd Greene, Independent
○ Annette Davis Jackson, Republican
○ Deborah Jackson, Democrat
○ Jamesia James, Democrat
○ A. Wayne Johnson, Republican
○ Tamara Johnson-Shealey, Democrat
○ Matt Lieberman, Democrat
○ Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade, Democrat
○ Brian Slowinski, Libertarian
○ Valencia Stovall, Independent
○ Ed Tarver, Democrat
○ Kandiss Taylor, Republican
○ Raphael Warnock, Democrat
○ Richard Dien Winfield, Democrat
○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)
● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant, Democrat
○ Elizabeth Melton, Libertarian
○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman, Democrat
○ Nathan Wilson, Libertarian
○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)
● Karen Handel, Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

**For State Senator From 56th District** (Vote for One)
● John Albers (Incumbent) Republican
○ Sarah Beeson, Democrat
○ Write-in

Turn Ballot Over To Continue Voting

---

00791_00026_000079 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Triplicate E

## FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

INSTRUCTIONS:

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot.<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote.<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection. Then write the name of the write-in candidate in the space provided. | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope.
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you.

If you decide to vote in person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a))*

**For President of the United States** (Vote for One)
● Donald J. Trump - President / Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President / Kamala D. Harris - Vice President, Democrat
○ Jo Jorgensen - President / Jeremy "Spike" Cohen - Vice President, Libertarian
○ Write-in

**For United States Senate** (Vote for One)
● David A. Perdue (Incumbent) Republican
○ Jon Ossoff, Democrat
○ Shane Hazel, Libertarian
○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
○ Al Bartell, Independent
○ Allen Buckley, Independent
● Doug Collins, Republican
○ John Fortuin, Green
○ Derrick E. Grayson, Republican
○ Michael Todd Greene, Independent
○ Annette Davis Jackson, Republican
○ Deborah Jackson, Democrat
○ Jamesia James, Democrat
○ A. Wayne Johnson, Republican
○ Tamara Johnson-Shealey, Democrat
○ Matt Lieberman, Democrat
○ Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade, Democrat
○ Brian Slowinski, Libertarian
○ Valencia Stovall, Independent
○ Ed Tarver, Democrat
○ Kandiss Taylor, Republican
○ Raphael Warnock, Democrat
○ Richard Dien Winfield, Democrat
○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)
● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant, Democrat
○ Elizabeth Melton, Libertarian
○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman, Democrat
○ Nathan Wilson, Libertarian
○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)
● Karen Handel, Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

**For State Senator From 56th District** (Vote for One)
● John Albers (Incumbent) Republican
○ Sarah Beeson, Democrat
○ Write-in

Turn Ballot Over To Continue Voting

00794_00019_000002 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Triplicate E

**For State Representative in the General Assembly From 48th District** (Vote for One)

- ● Betty Price, Republican
- ○ Mary Robichaux, (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ● Fani Willis, Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ● Cathelene "Tina" Robinson, (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ○ Patrick "Pat" Labat, Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ○ Arthur E. Ferdinand, (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ○ Keith E. Gammage, (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ● Bob Ellis, (Incumbent) Republican
- ○ Justin Holsomback, Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ● Alan Toney, (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended so as to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

---

00791_00019_000022 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Triplicate E

**For State Representative in the General Assembly From 48th District** (Vote for One)

- ● Betty Price, Republican
- ○ Mary Robichaux, (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ● Fani Willis, Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ● Cathelene "Tina" Robinson, (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ○ Patrick "Pat" Labat, Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ○ Arthur E. Ferdinand, (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ○ Keith E. Gammage, (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ● Bob Ellis, (Incumbent) Republican
- ○ Justin Holsomback, Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ● Alan Toney, (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended so as to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

---

00791_00026_000079 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Triplicate E

**For State Representative in the General Assembly From 48th District** (Vote for One)

- ● Betty Price, Republican
- ○ Mary Robichaux, (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ● Fani Willis, Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ● Cathelene "Tina" Robinson, (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ○ Patrick "Pat" Labat, Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ○ Arthur E. Ferdinand, (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ○ Keith E. Gammage, (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ● Bob Ellis, (Incumbent) Republican
- ○ Justin Holsomback, Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ● Alan Toney, (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended so as to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

## 00794_00019_000002 RW01 Triplicate E
00794_00019_000002.tif scanned at 12:44:48 on 12/02/20

Scanned on: ICC Tabulator: 794 Batch: 19
Poll ID: 317 Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

## 00791_00019_000022 RW01 Triplicate E
00791_00019_000022.tif scanned at 15:31:10 on 11/30/20

Scanned on: ICC Tabulator: 791 Batch: 19
Poll ID: 317 Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

## 00791_00026_000079 RW01 Triplicate E
00791_00026_000079.tif scanned at 09:34:56 on 12/01/20

Scanned on: ICC Tabulator: 791 Batch: 26
Poll ID: 317 Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES



00794_00019_000005 RWO1 Triplicate F

FULTON COUNTY
779-RW01
OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT
OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

For President of the United States (Vote for One)
● Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
○ Write-in

For United States Senate (Vote for One)
● David A. Perdue (Incumbent) Republican
○ Jon Ossoff, Democrat
○ Shane Hazel, Libertarian
○ Write-in

SPECIAL ELECTION
For United States Senate (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
○ Al Bartell, Independent
○ Allen Buckley, Independent
○ Doug Collins, Republican
○ John Fortuin, Green
○ Derrick E. Grayson, Republican
○ Michael Todd Greene, Independent
○ Annette Davis Jackson, Republican
○ Deborah Jackson, Democrat
○ Jamesia James, Democrat
○ A. Wayne Johnson, Republican
○ Tamara Johnson-Shealey, Democrat
○ Matt Lieberman, Democrat
● Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade, Democrat
○ Brian Slowinski, Libertarian
○ Valencia Stovall, Independent
○ Ed Tarver, Democrat
○ Kandiss Taylor, Republican
○ Raphael Warnock, Democrat
○ Richard Dien Winfield, Democrat
○ Write-in

For Public Service Commissioner (To Succeed Jason Shaw) (Vote for One)
● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant, Democrat
○ Elizabeth Melton, Libertarian
○ Write-in

For Public Service Commissioner (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman, Democrat
○ Nathan Wilson, Libertarian
○ Write-in

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One)
● Karen Handel, Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

For State Senator From 56th District (Vote for One)
● John Albers (Incumbent) Republican
○ Sarah Beeson, Democrat
○ Write-in

Turn Ballot Over To Continue Voting

00791_00019_000025 RWO1 Triplicate F

FULTON COUNTY
779-RW01
OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT
OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

For President of the United States (Vote for One)
● Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
○ Write-in

For United States Senate (Vote for One)
● David A. Perdue (Incumbent) Republican
○ Jon Ossoff, Democrat
○ Shane Hazel, Libertarian
○ Write-in

SPECIAL ELECTION
For United States Senate (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
○ Al Bartell, Independent
○ Allen Buckley, Independent
○ Doug Collins, Republican
○ John Fortuin, Green
○ Derrick E. Grayson, Republican
○ Michael Todd Greene, Independent
○ Annette Davis Jackson, Republican
○ Deborah Jackson, Democrat
○ Jamesia James, Democrat
○ A. Wayne Johnson, Republican
○ Tamara Johnson-Shealey, Democrat
○ Matt Lieberman, Democrat
● Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade, Democrat
○ Brian Slowinski, Libertarian
○ Valencia Stovall, Independent
○ Ed Tarver, Democrat
○ Kandiss Taylor, Republican
○ Raphael Warnock, Democrat
○ Richard Dien Winfield, Democrat
○ Write-in

For Public Service Commissioner (To Succeed Jason Shaw) (Vote for One)
● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant, Democrat
○ Elizabeth Melton, Libertarian
○ Write-in

For Public Service Commissioner (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman, Democrat
○ Nathan Wilson, Libertarian
○ Write-in

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One)
● Karen Handel, Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

For State Senator From 56th District (Vote for One)
● John Albers (Incumbent) Republican
○ Sarah Beeson, Democrat
○ Write-in

Turn Ballot Over To Continue Voting

00791_00026_000076 RWO1 Triplicate F

FULTON COUNTY
779-RW01
OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT
OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

For President of the United States (Vote for One)
● Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
○ Write-in

For United States Senate (Vote for One)
● David A. Perdue (Incumbent) Republican
○ Jon Ossoff, Democrat
○ Shane Hazel, Libertarian
○ Write-in

SPECIAL ELECTION
For United States Senate (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
○ Al Bartell, Independent
○ Allen Buckley, Independent
○ Doug Collins, Republican
○ John Fortuin, Green
○ Derrick E. Grayson, Republican
○ Michael Todd Greene, Independent
○ Annette Davis Jackson, Republican
○ Deborah Jackson, Democrat
○ Jamesia James, Democrat
○ A. Wayne Johnson, Republican
○ Tamara Johnson-Shealey, Democrat
○ Matt Lieberman, Democrat
● Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade, Democrat
○ Brian Slowinski, Libertarian
○ Valencia Stovall, Independent
○ Ed Tarver, Democrat
○ Kandiss Taylor, Republican
○ Raphael Warnock, Democrat
○ Richard Dien Winfield, Democrat
○ Write-in

For Public Service Commissioner (To Succeed Jason Shaw) (Vote for One)
● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant, Democrat
○ Elizabeth Melton, Libertarian
○ Write-in

For Public Service Commissioner (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman, Democrat
○ Nathan Wilson, Libertarian
○ Write-in

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One)
● Karen Handel, Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

For State Senator From 56th District (Vote for One)
● John Albers (Incumbent) Republican
○ Sarah Beeson, Democrat
○ Write-in

Turn Ballot Over To Continue Voting

00794_00019_000005 RW01 Triplicate F    00791_00019_000025 RW01 Triplicate F    00791_00026_000076 RW01 Triplicate F
00794_00019_000005.tif scanned at: 11:44:51 on 12/03/20.    00791_00019_000025.tif scanned at: 15:21:12 on 11/30/20.    00791_00026_000076.tif scanned at: 09:34:54 on 12/03/20.

Scanned on: ICC Tabulator: 794 Batch: 19
Poll ID: 317 Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Scanned on: ICC Tabulator: 791 Batch: 19
Poll ID: 317 Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Scanned on: ICC Tabulator: 791 Batch: 26
Poll ID: 317 Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00794_00019_000006 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate G

## FULTON COUNTY

779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

INSTRUCTIONS:

To Vote
1. Use black or blue ink to mark the ballot.
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote.
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided.

Warning
Do NOT use red ink or felt tip pen to mark ballot.
Do NOT circle, underline or mark through choices.
Do NOT use check marks or X to mark ballot.
Do NOT mark more choices per race than allowed.
Do NOT sign, cut, tear or damage the ballot.

If you make a mistake or change your mind on a selection:
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope.
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you.

If you decide to vote in-person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]

**For President of the United States** (Vote for One)
- ● Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
- ○ Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
- ○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
- ○ Write-in

**For United States Senate** (Vote for One)
- ● David A. Perdue (Incumbent) Republican
- ○ Jon Ossoff, Democrat
- ○ Shane Hazel, Libertarian
- ○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
- ○ Al Bartell, Independent
- ○ Allen Buckley, Independent
- ○ Doug Collins, Republican
- ○ John Fortuin, Green
- ○ Derrick E. Grayson, Republican
- ○ Michael Todd Greene, Independent
- ○ Annette Davis Jackson, Republican
- ○ Deborah Jackson, Democrat
- ○ Jamesia James, Democrat
- ○ A. Wayne Johnson, Republican
- ○ Tamara Johnson-Shealey, Democrat
- ○ Matt Lieberman, Democrat
- ● Kelly Loeffler (Incumbent) Republican
- ○ Joy Felicia Slade, Democrat
- ○ Brian Slowinski, Libertarian
- ○ Valencia Stovall, Independent
- ○ Ed Tarver, Democrat
- ○ Kandiss Taylor, Republican
- ○ Raphael Warnock, Democrat
- ○ Richard Dien Winfield, Democrat
- ○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)
- ● Jason Shaw (Incumbent) Republican
- ○ Robert G. Bryant, Democrat
- ○ Elizabeth Melton, Libertarian
- ○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
- ● Lauren Bubba McDonald, Jr. (Incumbent) Republican
- ○ Daniel Blackman, Democrat
- ○ Nathan Wilson, Libertarian
- ○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)
- ● Karen Handel, Republican
- ○ Lucy McBath (Incumbent) Democrat
- ○ Write-in

**For State Senator From 56th District** (Vote for One)
- ● John Albers (Incumbent) Republican
- ○ Sarah Beeson, Democrat
- ○ Write-in

Turn Ballot Over To Continue Voting

---

00791_00019_000026 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate G

## FULTON COUNTY

779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

INSTRUCTIONS:

To Vote
1. Use black or blue ink to mark the ballot.
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote.
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided.

Warning
Do NOT use red ink or felt tip pen to mark ballot.
Do NOT circle, underline or mark through choices.
Do NOT use check marks or X to mark ballot.
Do NOT mark more choices per race than allowed.
Do NOT sign, cut, tear or damage the ballot.

If you make a mistake or change your mind on a selection:
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope.
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you.

If you decide to vote in-person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]

**For President of the United States** (Vote for One)
- ● Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
- ○ Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
- ○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
- ○ Write-in

**For United States Senate** (Vote for One)
- ● David A. Perdue (Incumbent) Republican
- ○ Jon Ossoff, Democrat
- ○ Shane Hazel, Libertarian
- ○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
- ○ Al Bartell, Independent
- ○ Allen Buckley, Independent
- ○ Doug Collins, Republican
- ○ John Fortuin, Green
- ○ Derrick E. Grayson, Republican
- ○ Michael Todd Greene, Independent
- ○ Annette Davis Jackson, Republican
- ○ Deborah Jackson, Democrat
- ○ Jamesia James, Democrat
- ○ A. Wayne Johnson, Republican
- ○ Tamara Johnson-Shealey, Democrat
- ○ Matt Lieberman, Democrat
- ● Kelly Loeffler (Incumbent) Republican
- ○ Joy Felicia Slade, Democrat
- ○ Brian Slowinski, Libertarian
- ○ Valencia Stovall, Independent
- ○ Ed Tarver, Democrat
- ○ Kandiss Taylor, Republican
- ○ Raphael Warnock, Democrat
- ○ Richard Dien Winfield, Democrat
- ○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)
- ● Jason Shaw (Incumbent) Republican
- ○ Robert G. Bryant, Democrat
- ○ Elizabeth Melton, Libertarian
- ○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
- ● Lauren Bubba McDonald, Jr. (Incumbent) Republican
- ○ Daniel Blackman, Democrat
- ○ Nathan Wilson, Libertarian
- ○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)
- ● Karen Handel, Republican
- ○ Lucy McBath (Incumbent) Democrat
- ○ Write-in

**For State Senator From 56th District** (Vote for One)
- ● John Albers (Incumbent) Republican
- ○ Sarah Beeson, Democrat
- ○ Write-in

Turn Ballot Over To Continue Voting

---

00791_00026_000075 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate G

## FULTON COUNTY

779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

INSTRUCTIONS:

To Vote
1. Use black or blue ink to mark the ballot.
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote.
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided.

Warning
Do NOT use red ink or felt tip pen to mark ballot.
Do NOT circle, underline or mark through choices.
Do NOT use check marks or X to mark ballot.
Do NOT mark more choices per race than allowed.
Do NOT sign, cut, tear or damage the ballot.

If you make a mistake or change your mind on a selection:
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope.
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you.

If you decide to vote in-person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot.

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]

**For President of the United States** (Vote for One)
- ● Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
- ○ Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
- ○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
- ○ Write-in

**For United States Senate** (Vote for One)
- ● David A. Perdue (Incumbent) Republican
- ○ Jon Ossoff, Democrat
- ○ Shane Hazel, Libertarian
- ○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)
- ○ Al Bartell, Independent
- ○ Allen Buckley, Independent
- ○ Doug Collins, Republican
- ○ John Fortuin, Green
- ○ Derrick E. Grayson, Republican
- ○ Michael Todd Greene, Independent
- ○ Annette Davis Jackson, Republican
- ○ Deborah Jackson, Democrat
- ○ Jamesia James, Democrat
- ○ A. Wayne Johnson, Republican
- ○ Tamara Johnson-Shealey, Democrat
- ○ Matt Lieberman, Democrat
- ● Kelly Loeffler (Incumbent) Republican
- ○ Joy Felicia Slade, Democrat
- ○ Brian Slowinski, Libertarian
- ○ Valencia Stovall, Independent
- ○ Ed Tarver, Democrat
- ○ Kandiss Taylor, Republican
- ○ Raphael Warnock, Democrat
- ○ Richard Dien Winfield, Democrat
- ○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)
- ● Jason Shaw (Incumbent) Republican
- ○ Robert G. Bryant, Democrat
- ○ Elizabeth Melton, Libertarian
- ○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)
- ● Lauren Bubba McDonald, Jr. (Incumbent) Republican
- ○ Daniel Blackman, Democrat
- ○ Nathan Wilson, Libertarian
- ○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)
- ● Karen Handel, Republican
- ○ Lucy McBath (Incumbent) Democrat
- ○ Write-in

**For State Senator From 56th District** (Vote for One)
- ● John Albers (Incumbent) Republican
- ○ Sarah Beeson, Democrat
- ○ Write-in

Turn Ballot Over To Continue Voting

00794_00019_000006 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate G

**For State Representative In the General Assembly From 48th District** (Vote for One)

- ● Betty Price — Republican
- ○ Mary Robichaux — (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ○ Fani Willis — Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ○ Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ○ Patrick "Pat" Labat — Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ○ Arthur E. Ferdinand — (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ○ Keith E. Gammage — (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ● Bob Ellis — (Incumbent) Republican
- ○ Justin Holsomback — Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ○ Alan Toney — (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

---

00791_00019_000026 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate G

**For State Representative In the General Assembly From 48th District** (Vote for One)

- ● Betty Price — Republican
- ○ Mary Robichaux — (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ○ Fani Willis — Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ○ Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ○ Patrick "Pat" Labat — Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ○ Arthur E. Ferdinand — (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ○ Keith E. Gammage — (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ● Bob Ellis — (Incumbent) Republican
- ○ Justin Holsomback — Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ○ Alan Toney — (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

---

00791_00026_000075 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate G

**For State Representative In the General Assembly From 48th District** (Vote for One)

- ● Betty Price — Republican
- ○ Mary Robichaux — (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)

- ○ Fani Willis — Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)

- ○ Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)

- ○ Patrick "Pat" Labat — Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)

- ○ Arthur E. Ferdinand — (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)

- ○ Keith E. Gammage — (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)

- ● Bob Ellis — (Incumbent) Republican
- ○ Justin Holsomback — Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)

- ○ Alan Toney — (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

00794_00019_000006 RW01 Duplicate G
00794_00019_000006.tif scanned at: 12:44.52 on 11/02/20.

Scanned on: ICC  Tabulator: 794   Batch: 19
Poll ID:  317  Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00791_00019_000026 RW01 Duplicate G
00791_00019_000026.tif scanned at: 15:21.14 on 11/30/20.

Scanned on: ICC  Tabulator: 791   Batch: 19
Poll ID:  317  Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00791_00026_000075 RW01 Duplicate G
00791_00026_000075.tif scanned at: 09:34.53 on 12/01/20.

Scanned on: ICC  Tabulator: 791   Batch: 26
Poll ID:  317  Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00801_00043_000042

RW01 Duplicate A

**FULTON COUNTY**

**OFFICIAL BALLOT**

**GENERAL AND SPECIAL ELECTION**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01

For President of the United States (Vote for One) (NP)
Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue) (Vote for One) (NP)
Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
Vote for Kelly Loeffler (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
Vote for John Albers (I) (Rep)

For State Representative in the General Assembly From 48th District (Vote for One) (NP)
Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit (Vote for One) (NP)
Vote for Fani Willis (Dem)

For Clerk of Superior Court (Vote for One) (NP)
Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff (Vote for One) (NP)
Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner (Vote for One) (NP)
Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor (Vote for One) (NP)
BLANK CONTEST

For Solicitor-General of State Court of Fulton County (Vote for One) (NP)
Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2 (Vote for One) (NP)
Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor (Vote for One) (NP)
Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
Vote for YES

Constitutional Amendment #2 (NP)
Vote for NO

Statewide Referendum A (NP)
Vote for YES

1/1

00801_00044_000042

RW01 Duplicate A

**FULTON COUNTY**

**OFFICIAL BALLOT**

**GENERAL AND SPECIAL ELECTION**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01

For President of the United States (Vote for One) (NP)
Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue) (Vote for One) (NP)
Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
Vote for Kelly Loeffler (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
Vote for John Albers (I) (Rep)

For State Representative in the General Assembly From 48th District (Vote for One) (NP)
Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit (Vote for One) (NP)
Vote for Fani Willis (Dem)

For Clerk of Superior Court (Vote for One) (NP)
Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff (Vote for One) (NP)
Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner (Vote for One) (NP)
Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor (Vote for One) (NP)
BLANK CONTEST

For Solicitor-General of State Court of Fulton County (Vote for One) (NP)
Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2 (Vote for One) (NP)
Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor (Vote fo One) (NP)
Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
Vote for YES

Constitutional Amendment #2 (NP)
Vote for NO

Statewide Referendum A (NP)
Vote for YES

1/1

00801_00043_000042.tif scanned at 18:54:35 on 12/01/20.

Scanned on: ICC  Tabulator: 801   Batch: 43
Poll ID:  317  Ballot ID: 676

**00801_00043_000042**
**RW01 Duplicate A**

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

00801_00044_000042.tif scanned at 18:59:13 on 12/01/20.

Scanned on: ICC  Tabulator: 801   Batch: 44
Poll ID:  317  Ballot ID: 676

**00801_00044_000042**
**RW01 Duplicate A**

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

00801_00043_000083 RW01 Duplicate B

**FULTON COUNTY**

**OFFICIAL BALLOT**

**GENERAL AND SPECIAL ELECTION OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01

For President of the United States (Vote for One) (NP)
Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue) (Vote for One) (NP)
Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
Vote for Doug Collins (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
Vote for John Albers (I) (Rep)

For State Representative in the General Assembly From 48th District (Vote for One) (NP)
Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit (Vote for One) (NP)
Vote for Fani Willis (Dem)

For Clerk of Superior Court (Vote for One) (NP)
Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff (Vote for One) (NP)
Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner (Vote for One) (NP)
Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor (Vote for One) (NP)
BLANK CONTEST

For Solicitor-General of State Court of Fulton County (Vote for One) (NP)
Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2 (Vote for One) (NP)
Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor (Vote fo One) (NP)
Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
Vote for YES

Constitutional Amendment #2 (NP)
Vote for NO

Statewide Referendum A (NP)
Vote for YES

1/1

00801_00044_000083 RW01 Duplicate B

**FULTON COUNTY**

**OFFICIAL BALLOT**

**GENERAL AND SPECIAL ELECTION OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01

For President of the United States (Vote for One) (NP)
Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue) (Vote for One) (NP)
Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
Vote for Doug Collins (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
Vote for John Albers (I) (Rep)

For State Representative in the General Assembly From 48th District (Vote for One) (NP)
Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit (Vote for One) (NP)
Vote for Fani Willis (Dem)

For Clerk of Superior Court (Vote for One) (NP)
Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff (Vote for One) (NP)
Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner (Vote for One) (NP)
Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor (Vote for One) (NP)
BLANK CONTEST

For Solicitor-General of State Court of Fulton County (Vote for One) (NP)
Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2 (Vote for One) (NP)
Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor (Vote fo One) (NP)
Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
Vote for YES

Constitutional Amendment #2 (NP)
Vote for NO

Statewide Referendum A (NP)
Vote for YES

1/1

00801_00043_000083.tif scanned at: 18:54:32 on 12/01/20.

Scanned on: ICC  Tabulator: 801   Batch: 43
Poll ID:   317   Ballot ID: 676

00801_00043_000083
RW01 Duplicate B

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

00801_00044_000083.tif scanned at: 18:59:28 on 12/01/20.

Scanned on: ICC  Tabulator: 801   Batch: 44
Poll ID:   317   Ballot ID: 676

00801_00044_000083
RW01 Duplicate B

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

00801_00043_000168 RW01 Duplicate C

**FULTON COUNTY**

**OFFICIAL BALLOT**

**GENERAL AND SPECIAL ELECTION**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01

For President of the United States (Vote for One) (NP)
Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue) (Vote for One) (NP)
Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
Vote for Kelly Loeffler (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
Vote for John Albers (I) (Rep)

For State Representative in the General Assembly From 48th District (Vote for One) (NP)
Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit (Vote for One) (NP)
Vote for Fani Willis (Dem)

For Clerk of Superior Court (Vote for One) (NP)
Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff (Vote for One) (NP)
Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner (Vote for One) (NP)
Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor (Vote for One) (NP)
BLANK CONTEST

For Solicitor-General of State Court of Fulton County (Vote for One) (NP)
Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2 (Vote for One) (NP)
Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor (Vote fo One) (NP)
Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
Vote for YES

Constitutional Amendment #2 (NP)
Vote for YES

Statewide Referendum A (NP)
Vote for YES

1/1

00801_00044_000168 RW01 Duplicate C

**FULTON COUNTY**

**OFFICIAL BALLOT**

**GENERAL AND SPECIAL ELECTION**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01

For President of the United States (Vote for One) (NP)
Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue) (Vote for One) (NP)
Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
Vote for Kelly Loeffler (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
Vote for John Albers (I) (Rep)

For State Representative in the General Assembly From 48th District (Vote for One) (NP)
Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit (Vote for One) (NP)
Vote for Fani Willis (Dem)

For Clerk of Superior Court (Vote for One) (NP)
Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff (Vote for One) (NP)
Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner (Vote for One) (NP)
Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor (Vote for One) (NP)
BLANK CONTEST

For Solicitor-General of State Court of Fulton County (Vote for One) (NP)
Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2 (Vote for One) (NP)
Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor (Vote fo One) (NP)
Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
Vote for YES

Constitutional Amendment #2 (NP)
Vote for YES

Statewide Referendum A (NP)
Vote for YES

1/1

00801_00043_000168.tif scanned at: 18:55:07 on 12/01/20.

Scanned on: ICC  Tabulator: 801   Batch:  43
Poll ID:  317   Ballot ID:  676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00801_00043_000168
RW01 Duplicate C

00801_00044_000168.tif scanned at: 19:00:03 on 12/01/20.

Scanned on: ICC  Tabulator: 801   Batch:  44
Poll ID:  317   Ballot ID:  676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00801_00044_000168
RW01 Duplicate C



05160_00067_000008 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate D

## FULTON COUNTY

779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**

1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

**Warning**

Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

If you decide to vote in-person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

**For President of the United States** (Vote for One)

● Donald J. Trump - President / Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President / Kamala D. Harris - Vice President Democrat
○ Jo Jorgensen - President / Jeremy "Spike" Cohen - Vice President Libertarian
○ Write-in

**For United States Senate** (Vote for One)

● David A. Perdue (Incumbent) Republican
○ Jon Ossoff Democrat
○ Shane Hazel Libertarian
○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

○ Al Bartell Independent
○ Allen Buckley Independent
● Doug Collins Republican
○ John Fortuin Green
○ Derrick E. Grayson Republican
○ Michael Todd Greene Independent
○ Annette Davis Jackson Republican
○ Deborah Jackson Democrat
○ Jamesia James Democrat
○ A. Wayne Johnson Republican
○ Tamara Johnson-Shealey Democrat
○ Matt Lieberman Democrat
○ Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade Democrat
○ Brian Slowinski Libertarian
○ Valencia Stovall Independent
○ Ed Tarver Democrat
○ Kandiss Taylor Republican
○ Raphael Warnock Democrat
○ Richard Dien Winfield Democrat
○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)

● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant Democrat
○ Elizabeth Melton Libertarian
○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)

● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman Democrat
○ Nathan Wilson Libertarian
○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

● Karen Handel Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

**For State Senator From 56th District** (Vote for One)

● John Albers (Incumbent) Republican
○ Sarah Beeson Democrat
○ Write-in

Turn Ballot Over To Continue Voting

---

05160_00074_000023 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate D

## FULTON COUNTY

779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**

1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

**Warning**

Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

If you decide to vote in-person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

**For President of the United States** (Vote for One)

● Donald J. Trump - President / Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President / Kamala D. Harris - Vice President Democrat
○ Jo Jorgensen - President / Jeremy "Spike" Cohen - Vice President Libertarian
○ Write-in

**For United States Senate** (Vote for One)

● David A. Perdue (Incumbent) Republican
○ Jon Ossoff Democrat
○ Shane Hazel Libertarian
○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

○ Al Bartell Independent
○ Allen Buckley Independent
● Doug Collins Republican
○ John Fortuin Green
○ Derrick E. Grayson Republican
○ Michael Todd Greene Independent
○ Annette Davis Jackson Republican
○ Deborah Jackson Democrat
○ Jamesia James Democrat
○ A. Wayne Johnson Republican
○ Tamara Johnson-Shealey Democrat
○ Matt Lieberman Democrat
○ Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade Democrat
○ Brian Slowinski Libertarian
○ Valencia Stovall Independent
○ Ed Tarver Democrat
○ Kandiss Taylor Republican
○ Raphael Warnock Democrat
○ Richard Dien Winfield Democrat
○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)

● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant Democrat
○ Elizabeth Melton Libertarian
○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)

● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman Democrat
○ Nathan Wilson Libertarian
○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

● Karen Handel Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

**For State Senator From 56th District** (Vote for One)

● John Albers (Incumbent) Republican
○ Sarah Beeson Democrat
○ Write-in

Turn Ballot Over To Continue Voting

05160_00067_000008.tif scanned at 12.53.06 on 11/30/20.

Scanned on: ICC  Tabulator: 5160   Batch: 67
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  BLANK CONTEST

05160_00067_000008
RW01 Duplicate D

05160_00074_000023.tif scanned at: 13.01.06 on 11/30/20.

Scanned on: ICC  Tabulator: 5160   Batch: 74
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  BLANK CONTEST

05160_00074_000023
RW01 Duplicate D



05160_00097_000006 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate E

**For State Representative In the General Assembly From 48th District** (Vote for One)
- ● Betty Price — Republican
- ○ Mary Robichaux — (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)
- ● Fani Willis — Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)
- ● Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)
- ● Patrick "Pat" Labat — Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)
- ● Arthur E. Ferdinand — (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)
- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)
- ● Keith E. Gammage — (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)
- ● Bob Ellis — (Incumbent) Republican
- ○ Justin Holsomback — Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)
- ● Alan Toney — (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ○ YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ○ YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ○ NO

Turn Ballot Over To Continue Voting

05160_00101_000002 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate E

**For State Representative In the General Assembly From 48th District** (Vote for One)
- ● Betty Price — Republican
- ○ Mary Robichaux — (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)
- ● Fani Willis — Democrat
- ○ Write-in

**For Clerk of Superior Court** (Vote for One)
- ● Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)
- ● Patrick "Pat" Labat — Democrat
- ○ Write-in

**For Tax Commissioner** (Vote for One)
- ● Arthur E. Ferdinand — (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)
- ○ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)
- ● Keith E. Gammage — (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2** (Vote for One)
- ● Bob Ellis — (Incumbent) Republican
- ○ Justin Holsomback — Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)
- ● Alan Toney — (Incumbent)
- ○ Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ○ YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ○ YES
- ○ NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ○ NO

Turn Ballot Over To Continue Voting

05160_00097_000006.tif scanned at: 11:41:33 on 11/30/20.

Scanned on: ICC  Tabulator: 5160   Batch: 97
Poll ID:  317  Ballot ID: 676

**05160_00097_000006**
**RW01 Duplicate E**

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  BLANK CONTEST
Constitutional Amendment #2
  BLANK CONTEST
Statewide Referendum A
  BLANK CONTEST

---

05160_00101_000002.tif scanned at: 11:44:11 on 11/30/20.

Scanned on: ICC  Tabulator: 5160   Batch: 101
Poll ID:  317  Ballot ID: 676

**05160_00101_000002**
**RW01 Duplicate E**

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  BLANK CONTEST
Constitutional Amendment #2
  BLANK CONTEST
Statewide Referendum A
  BLANK CONTEST



05160_00098_000002 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate F

**FULTON COUNTY**
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

INSTRUCTIONS:

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

If you decide to vote in-person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

**For President of the United States** (Vote for One)

● Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
○ Write-in

**For United States Senate** (Vote for One)

● David A. Perdue (Incumbent) Republican
○ Jon Ossoff, Democrat
○ Shane Hazel, Libertarian
○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

○ Al Bartell, Independent
○ Allen Buckley, Independent
● Doug Collins, Republican
○ John Fortuin, Green
○ Derrick E. Grayson, Republican
○ Michael Todd Greene, Independent
○ Annette Davis Jackson, Republican
○ Deborah Jackson, Democrat
○ Jamesia James, Democrat
○ A. Wayne Johnson, Republican
○ Tamara Johnson-Shealey, Democrat
○ Matt Lieberman, Democrat
○ Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade, Democrat
○ Brian Slowinski, Libertarian
○ Valencia Stovall, Independent
○ Ed Tarver, Democrat
○ Kandiss Taylor, Republican
○ Raphael Warnock, Democrat
○ Richard Dien Winfield, Democrat
○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)

● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant, Democrat
○ Elizabeth Melton, Libertarian
○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)

● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman, Democrat
○ Nathan Wilson, Libertarian
○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

● Karen Handel, Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

**For State Senator From 56th District** (Vote for One)

● John Albers (Incumbent) Republican
○ Sarah Beeson, Democrat
○ Write-in

Turn Ballot Over To Continue Voting

05160_00101_000017 Copyright © 2020 Dominion Voting Inc. All Rights Reserved RW01 Duplicate F

**FULTON COUNTY**
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020**

INSTRUCTIONS:

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

If you decide to vote in-person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

**For President of the United States** (Vote for One)

● Donald J. Trump - President, Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
○ Write-in

**For United States Senate** (Vote for One)

● David A. Perdue (Incumbent) Republican
○ Jon Ossoff, Democrat
○ Shane Hazel, Libertarian
○ Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

○ Al Bartell, Independent
○ Allen Buckley, Independent
● Doug Collins, Republican
○ John Fortuin, Green
○ Derrick E. Grayson, Republican
○ Michael Todd Greene, Independent
○ Annette Davis Jackson, Republican
○ Deborah Jackson, Democrat
○ Jamesia James, Democrat
○ A. Wayne Johnson, Republican
○ Tamara Johnson-Shealey, Democrat
○ Matt Lieberman, Democrat
○ Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade, Democrat
○ Brian Slowinski, Libertarian
○ Valencia Stovall, Independent
○ Ed Tarver, Democrat
○ Kandiss Taylor, Republican
○ Raphael Warnock, Democrat
○ Richard Dien Winfield, Democrat
○ Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)

● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant, Democrat
○ Elizabeth Melton, Libertarian
○ Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)

● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman, Democrat
○ Nathan Wilson, Libertarian
○ Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

● Karen Handel, Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

**For State Senator From 56th District** (Vote for One)

● John Albers (Incumbent) Republican
○ Sarah Beeson, Democrat
○ Write-in

Turn Ballot Over To Continue Voting

05160_00098_000002.tif scanned at: 13:42:14 on 11/30/20.

**05160_00098_000002**
**RW01 Duplicate F**

Scanned on: ICC  Tabulator: 5160   Batch: 98
Poll ID:  317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

---

05160_00101_000017.tif scanned at: 13:44:22 on 11/30/20.

**05160_00101_000017**
**RW01 Duplicate F**

Scanned on: ICC  Tabulator: 5160   Batch: 101
Poll ID:  317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES