# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs*,

    v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

CIVIL ACTION

FILE NO. 1:17-CV-2989-AT

## STATE DEFENDANTS' NOTICE OF FILING EMAIL REGARDING "CRITICAL DECISIONS ON UPCOMING MUNICIPAL ELECTIONS"

During the February 2, 2022 teleconference, the Court requested counsel provide a copy of the email communication distributed to county election officials disseminating Dr. Halderman's rebuttal declaration. That communication is attached hereto as **Exhibit A**. As of at least January 28, 2022, all the links referenced in that email remained live. That appears to no longer be the case. However, the "highly summarized report" remains available elsewhere following its dissemination. *See, e.g.*, Jose Pagliery, *Judge Seals Report on Voting Machine Vulnerability*, The Daily Beast (Aug. 13, 2021 4:28 AM ET), https://www.thedailybeast.com/judge-seals-report-on-voting-machine-vulnerability?ref=scroll (quoting and linking Dr. Halderman's Aug. 2, 2021 rebuttal declaration).

Respectfully submitted this 2nd day of February 2022.

/s/ Carey Miller
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Javier Pico-Prats
Georgia Bar No. 664717
jpicoprats@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com

Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## **<u>L.R. 7.1(D) CERTIFICATION</u>**

I certify that this Notice of Filing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Response has been prepared using 13-pt Century Schoolbook font.


*<u>/s/ Carey Miller</u>*
Carey A. Miller