IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action File No. |
| v. ) | 1:17-CV-02989-AT |
| ) | |
| BRAD RAFFENSPERGER, ET AL., ) | |
| ) | |
| Defendants. ) | |

**FOX NEWS NETWORK'S MOTION FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(E) and this Court's Standing Order III(k), intervenor Fox News Network, LLC ("FNN") requests oral argument on its pending Motion to Intervene for Limited Purposes [Doc. 1251]. FNN intends to file a timely reply in support of its Motion to Intervene but also believes oral argument will further assist the Court in resolving FNN's motion for three reasons.

*First,* within a day of filing their opposition to FNN's motion, the State Defendants fully abandoned their position that they could not "consent" to the release of Dr. Halderman's report, arguing now that some version of Dr. Halderman's report should be released. *Compare* State Defs.' Resp. to Fox News Network LLC's Mot. to Intervene [Doc. 1286] at 1 ("State Defendants cannot consent to disclosure of confidential information beyond that which is 'legally

required.'") *with* Tr. of Telephone Conf. Proceedings Before the Honorable Amy Totenberg January 27, 2022 [Doc. 1295] at 80–81 (discussing Secretary of State's position that Dr. Halderman's report should be released). In light of this change of position, a hearing would benefit all parties to clarify where the State defendants stand on the issue of disclosure. *Second*, oral argument would allow FNN to provide a more fulsome explanation as to why U.S. Dominion, Inc.'s claim that FNN can obtain Dr. Halderman's report through other methods of discovery without first obtaining this Court's permission under the protective order is incorrect. *See* Non-Party U.S. Dominion, Inc.'s Obj. to Fox News Networks, LLC's Mot. to Intervene [Doc. 1285] at 2. *Finally*, granting a hearing on FNN's motion would allow FNN to answer any questions the Court may have regarding steps FNN will take to ensure it will protect Dr. Halderman's report consistent with the provisions of the protective order entered in this matter.

Accordingly, FNN respectfully requests that the Court grant FNN's request for Oral Argument. A proposed order is attached hereto as Exhibit A.

This 2nd of February, 2022.

Respectfully submitted,

*/s/ Charles E. Peeler*
Charles E. Peeler
Ga. Bar No. 570399
Wheaton P. Webb
Ga. Bar No. 902682
TROUTMAN PEPPER HAMILTON SANDERS LLP
Bank of America Plaza, Suite 3000
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Telephone: 404.885.3409
Email: charles.peeler@troutman.com

Charles L. Babcock (Admitted Pro Hac Vice)
Joel Glover (Admitted Pro Hac Vice)
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4210
Email: cbabcock@jw.com

Scott A. Keller (Admitted Pro Hac Vice)
LEHOTSKY KELLER LLP
200 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (512) 693-8350

*Attorneys for Fox News Network, LLC*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point-size of 14.

>
> */s/ Charles E. Peeler*
> Charles E. Peeler
> Georgia Bar No. 570399
> Troutman Pepper Hamilton Sanders, LLP
> Bank of America Plaza, Suite 3000
> 600 Peachtree Street N.E.
> Atlanta, Georgia 30308-2216
> Telephone: 404.885.3409
> Email: Charles.peeler@troutman.com
> *Attorney for Fox News Network, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2022 I electronically filed the forgoing *Motion for Oral Argument* with the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

>/s/ Charles E. Peeler
Charles E. Peeler
Georgia Bar No. 570399
Troutman Pepper Hamilton Sanders, LLP
Bank of America Plaza, Suite 3000
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Telephone: 404.885.3409
Email: Charles.peeler@troutman.com
*Attorney for Fox News Network, LLC*