# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER, ET AL., )<br>)<br>Defendants. ) | Civil Action File No.<br>1:17-CV-02989-AT |

## [PROPOSED] ORDER GRANTING FOX NEWS NETWORK'S MOTION FOR ORAL ARGUMENT

Having considered Fox News Network's Motion for Oral Argument on its Motion to Intervene for Limited Purposes, the Court hereby **GRANTS** the Motion for Oral Argument. Oral argument on Fox's Motion to Intervene shall be held on _____ at _____.

ORDERED this _____ day of _____, 2022.

_____
THE HONORABLE AMY TOTENBERG