UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DONNA CURLING, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br><br> *Defendants*. | No. 1:17-CV-2989-AT <br><br> NOTICE OF APPEARANCE |

Notice is hereby given that Kate Talmor, a Trial Attorney with the U.S. Department of Justice, Civil Division, hereby enters a notice of appearance on behalf of the United States Cybersecurity and Infrastructure Security Agency (CISA).

Respectfully submitted,

 */s/ Kate Talmor*
KATE TALMOR
*Trial Attorney*
Civil Division
Federal Programs Branch
US Department of Justice
1100 L St., NW
Washington, DC 2005
202-305-5267
kate.talmor@usdoj.gov