IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,

    Plaintiffs,

v.

BRAD RAFFENSPERGER, *et al.*,

    Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
1:17-cv-2989-AT

## **ORDER**

In a Teleconference held on February 2, 2022, the Court authorized the parties to share an unredacted copy of a provisionally sealed expert report prepared by cybersecurity expert Dr. J. Alex Halderman with the United States Cybersecurity and Infrastructure Agency ("CISA"). The purpose of sharing Dr. Halderman's report with CISA was so that CISA could review the report and undergo its formal Coordinated Vulnerability Disclosure ("CVD") process. After conferring with the parties, CISA filed a notice with the Court on February 10, 2022 to provide the Court with additional information about potential timelines for completing its CVD process and its views regarding future public disclosure of Dr. Halderman's report. (Doc. 1314.)

In its notice, CISA stated that in its view, "premature disclosure of Dr. Halderman's report, even in redacted form, could, in the event any vulnerabilities ultimately are identified, assist malicious actors and thereby undermine election security." (*Id.* at 1.)  CISA explained that for that reason, "public disclosure, even in redacted form, should await completion of the normal CVD process."  (*Id.*)  However, CISA added that it "understands and shares the parties' urgency with completing this work, and will prioritize its completion as expeditiously as possible." (*Id.* at 2.)  CISA therefore proposed that it file a notice within the next 30 days to provide the Court with "any status updates regarding the process or the anticipated timeline for completion, as well as any updates regarding CISA's views as to scope and information to be included in a future public disclosure." (*Id.* at 5.)

The Court is appreciative of CISA's expressed willingness to expedite its review of the complex and sensitive issues raised by Dr. Halderman's report, and the Court agrees that it would be appropriate for CISA to provide an update on the status of its review within the next 30 days.

Accordingly, as CISA requested in its notice, the Court **DIRECTS** CISA to provide an update on the status of its review of Dr. Halderman's report within 30 days of the date of this Order.  In the event that there are highly confidential matters referenced in CISA's status report, the Court **DIRECTS** CISA to (1) file a properly redacted version of its status report on the public record; and (2)

provide the Court with a sealed hard copy of the non-redacted version of the status report.

**IT IS SO ORDERED** this 11th day of February, 2022.

**Honorable Amy Totenberg**
**United States District Judge**