IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
|  | : 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

## **ORDER**

Currently pending before the Court are two motions to intervene in this case for the limited purpose of accessing a provisionally sealed expert report prepared by cybersecurity expert Dr. J. Alex Halderman [Docs. 1251 and 1287]. A motion for oral argument on one of those two motions, which was filed by Fox News Network, LLC ("FNN"),[1] is also pending [Doc. 1303].

As the Court noted in a separate Order, issued concurrently with this Order, Dr. Halderman's report is currently being reviewed by the United States Cybersecurity and Infrastructure Agency ("CISA") consistent with CISA's formal Coordinated Vulnerability Disclosure process. In light of CISA's ongoing review of Dr. Halderman's report, and the sensitive security issues identified by CISA in its

---

[1] FNN filed its motion to intervene on January 12, 2022, (Doc. 1251), and a separate motion was filed by Herring Networks, Inc. on January 27, 2022, (Doc. 1287).

February 10, 2022 notice, (Doc. 1314), the Court hereby **STAYS** both motions to intervene [Docs. 1251 and 1287] and FNN's motion for oral argument [Doc. 1314], as well as the deadlines for any responses, pending the conclusion of CISA's review.

    **IT IS SO ORDERED** this 11th day of February, 2022.

                                                _____
                                                **Honorable Amy Totenberg**
                                                **United States District Judge**