IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,

    Plaintiffs,

v.

BRAD RAFFENSPERGER, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:17-cv-2989-AT

## **ORDER**

As the Court noted in a separate Order, issued concurrently with this Order, during a Teleconference held on February 2, 2022, the Court authorized the parties to share an unredacted copy of a provisionally sealed expert report prepared by cybersecurity expert Dr. J. Alex Halderman with the United States Cybersecurity and Infrastructure Agency ("CISA"). During that same Teleconference, counsel for Plaintiffs noted that Dr. Halderman's report is currently designated as attorneys' eyes only, and requested that they be able to share the report with their respective clients. The Court stated that it would take Plaintiffs' request under advisement. *See* (Tr. of Feb. 2, 2022 Teleconference, Doc. 1307 at 30:17.)

In light of CISA's ongoing review of Dr. Halderman's report, and the sensitive security issues identified by CISA in its February 10, 2022 notice, (Doc.

1314), the Court hereby **STAYS** counsel's request to share Dr. Halderman's report with their clients.

**IT IS SO ORDERED** this 11th day of February, 2022.

_____
**Honorable Amy Totenberg
United States District Judge**