IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al; <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, et al.; <br><br> Defendants. | CIVIL ACTION <br> FILE NO: 1:17cv02989-AT |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on this date I have electronically filed the foregoing **FULTON COUNTY DEFENDANTS' RESPONSE TO COALITION PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS** with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all attorneys of record. Also, I served a copy of the foregoing upon counsel for the Coalition Plaintiffs via U.P.S. overnight mail.

This 22nd day of February 2022.

        ***/s/ David R. Lowman***
        David R. Lowman
        Georgia Bar Number: 460298
        david.lowman@fultoncountyga.gov