February 28, 2022

To: District Judge Courtroom Clerks

Re: **Curling, Donna v. Kemp, Brian (Curling II)**
**1.17-CV-2989-AT**

**Notice of Leave of Absence**

I write this letter pursuant to 83.1(E)(3) of the Local Rules of the Northern District of Georgia to notify the Court and affected parties that I am counsel in the case listed on the attachment herein and will be on vacation and away from the practice of law from **April 27, 2022 through May 10,2022**.

I respectfully request that the cases appearing in "Attachment A" not be calendared during this time. I am serving a copy of this request to all counsel of record, who shall have ten (10) days from the date of this Notice to object.

Respectfully submitted,

*/s/ Cheryl M. Ringer*
Cheryl M. Ringer
Georgia Bar No. 557420
Cheryl.ringer@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street S.W., Suite 4038
Atlanta, Georgia 30303
(404) 612-0246

**ATTACHMENT "A"**

| | | |
|---|---|---|
| **Curling, Donna v. Kemp, Brian (Curling II) 1.17-CV-2989-AT** | Judge Amy Totenberg United States District Court Northern District of Georgia Atlanta Division Richard B. Russell Federal Building 2211 United States Courthouse 75 Ted Turner Drive, S.W. Atlanta, GA 30303-3309 | Josh Belinfante Vincent Russo Brian Lake Co-Counsel: (Counsel for Secretary of State) Robbins Ross Alloy Belinfante Littlefield, LLC 500 14th Street, NW Atlanta, GA 30318<br><br>Bryan Tyson Taylor English Duma LLP 1600 Parkwood Circle Suite 200 Atlanta, GA 30339<br><br>Opposing Counsel: Bruce P. Brown(Coalition Counsel) Bruce P. Brown Law LLC 1123 Zonolite Road Suite 6 Atlanta, GA 30306<br><br>Robert McGuire The Robert McGuire Law Firm (Coalition Counsel) 1624 Market St., Ste. 226 Denver Colorado, 80202<br><br>Halsey Knapp Adam Sparks Krevolin Horst (Curling Counsel) 1201 W. Peachtree St., NW, Ste. 3250 Atlanta, GA 30309<br><br>Cary Ichter Counsel for W. 7 L. Digges, R. Davis, M. |

| | | |
|---|---|---|
| | | Missett)<br>Ichter Davis LLC<br>3340 Peachtree Road, NE<br>Suite 1530<br>Atlanta, GA 30326<br><br>Ezra D. Rosenberg<br>John Powers<br>David Brody<br>Lawyer's Committee for Civil Rights Under Law<br>(Coalition Counsel)<br>1500 K St. NW, Suite 900<br>Washington, DC 20005 |
| | | |