IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>    *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    *Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-CV-2989-AT |

## MOTION FOR LEAVE OF ABSENCE

Bryan P. Tyson, counsel for State Defendants in the above-styled case, pursuant to Local Rule 83.1(E)(4), moves this Court to grant him leave of absence from this case from April 11, 2022 through May 17, 2022 due to the trial in the *Fair Fight Action v. Raffensperger* case before Judge Steve Jones, Case No. 1:18-cv-05391-SCJ.

Respectfully submitted this 3rd day of March, 2022.

/s/*Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: 678.336.7249

*Attorney for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **MOTION FOR LEAVE OF ABSENCE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson