IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>  *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>  *Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:17-CV-2989-AT |

## MOTION FOR LEAVE OF ABSENCE

Vincent Russo, counsel for State Defendants in the above-styled case, pursuant to Local Rule 83.1(E)(4), moves this Court to grant him leave of absence from this case from April 11, 2022 through May 17, 2022 due to the trial in the *Fair Fight Action v. Raffensperger* case before Judge Steve Jones, Case No. 1:18-cv-05391-SCJ.

Respectfully submitted this 3rd day of March, 2022.

　　　　　　　　　　　　　　　　*/s/ Vincent R. Russo*
　　　　　　　　　　　　　　　　Vincent R. Russo
　　　　　　　　　　　　　　　　Georgia Bar No. 242628
　　　　　　　　　　　　　　　　vrusso@robbinsfirm.com
　　　　　　　　　　　　　　　　Robbins Alloy Belinfante Littlefield LLC
　　　　　　　　　　　　　　　　500 14th Street, N.W.
　　　　　　　　　　　　　　　　Atlanta, Georgia 30318
　　　　　　　　　　　　　　　　Telephone: (678) 701-9381

　　　　　　　　　　　　　　　　*Attorney for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **MOTION FOR LEAVE OF ABSENCE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

                                                     */s/ Vincent Russo*
                                                   Vincent R. Russo