# Exhibit A

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 03, 2022

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 20-13730-V ; 20-14067 -V
Case Style: Donna Curling, et al v. Secretary of State, et al
District Court Docket No: 1:17-cv-02989-AT

**Counsel must acknowledge receipt of the attached calendar by docketing the *"Calendar Receipt Acknowledged"* event in ECF.**

The court has determined that the cases listed on the attached calendar are to be orally argued during the week of 05/16/2022 in Atlanta, Georgia. Counsel for each party must present oral argument unless excused by the court for good cause shown. *Please note that after the date of this letter, any changes in or addition to counsel in the appeals listed on the attached calendar requires leave of the court. See 11th Cir.R.34-4(e).*

The names of the judges of the oral argument panel may be obtained by calling the Courtroom Deputy shown below, no earlier than 05/03/2022.

If you have questions or concerns, please do not hesitate to contact the Calendaring/Court Sessions Section in Atlanta, Georgia at (404) 335-6141.

Personal electronic devices, such as cellular telephones, "smart phones," laptop computers, and tablet computers are not allowed beyond the courthouse's security checkpoint unless prior approval has been obtained from a judge of the Court.

Please be advised that there are new security procedures in place at the Elbert P. Tuttle Courthouse in Atlanta. All visitors will now come through the Forsyth Street entrance and into a self-contained security vestibule. Once inside, Court Security Officers will instruct you on securing your cell phones and processing through the newly installed detection equipment. Processing through the new security vestibule may take a few more minutes than what you were used to in the past. Thank you for your patience and cooperation as we seek to improve the safety of our judges, staff and visitors alike.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bryon A. Robinson
Phone #: (404) 335-6142

CAL-1 Oral Argument Calendar Issued

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing | **HEARING LOCATION**<br><br>Courtroom 339<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |
| Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia  30303<br>(404) 335-6131 | | |

---

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked * will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, MAY 17, 2022

| | |
|---|---|
| 21-11253 | United States v. Daniel Posey, III, Appellant |
| 20-14100 | Deandre King, Appellant v. United States |
| 20-14156 | Henry's Louisiana Grill, Inc., et al., Appellants v. Allied Insurance Company of America |
| 21-10671 | First Watch Restaurants, Inc., Appellant v. Zurich American Insurance Company |

### WEDNESDAY, MAY 18, 2022

| | |
|---|---|
| 20-12997 | United States v. Alfonzo Lewis, Appellant |
| 20-14004 | United States v. Lakesia Harden, Appellant |
| 21-10958 | Matthew Charles Cardinale, Appellant v. City of Atlanta |
| 20-14340 | Everton Daye, Petitioner v. U.S. Attorney General |

### THURSDAY, MAY 19, 2022

| | |
|---|---|
| 21-11226 | United States v. Mark Colville, Appellant |
| 20-13166 | United States v. Daniel Cobble, Appellant |
| 20-13730 & 20-14067 | Donna Curling, et al. v. Secretary of State for the State of Georgia, et al., Appellants |
| 21-11849 | Norman Israel, Appellant v. Viad Corp., et al. |

### FRIDAY, MAY 20, 2022

| | |
|---|---|
| 19-15106 | United States, Appellee/Cross Appellant v. Mack Doak, Appellant; Jaycee Doak, Appellant/Cross Appellee |
| 20-10373 | United States v. Andrew Thompson, et al., Appellants |
| 21-11048 | S.S. v. Cobb County School District, Appellant |
| 21-10607 | Lester Smith, Jr., Appellant v. D/W/S Dewberry, et al. |

ATLANTA, GEORGIA
023/03/22 - #18

**COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 A.M. ON MORNING OF ORAL ARGUMENT.**