IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-02989-AT |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**(1)** The undersigned counsel of record for an intervening party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- My Pillow, Inc.

- Michael J. Lindell

- Herring Networks, Inc.

- Fox News Network, LLC

- Fox Corporation, which is the ultimate corporate parent of Fox News Network LLC

- Donna Curling

1

- Coalition for Good Governance
- Donna Price
- Jeffrey Schoenberg
- Laura Digges
- William Digges, III
- Ricardo Davis
- Megan Missett
- Rockdale County Board of Elections and Registration
- David J. Worley
- Rebecca N. Sullivan
- Ralph F. (Rusty) Simpson
- Seth Harp
- The State Election Board
- Richard Barron
- Mary Carole Cooney
- Vernetta Nuriddin
- David J. Burge
- Aaron Johnson

- The Fulton County Board of Registration and Elections Brad Raffensperger in his individual capacity and his official capacity as Secretary of State of Georgia and Chair of the State Election Board
- Mark Wingate
- Kathleen D. Ruth
- Fortalice Solutions, LLC
- Common Cause
- National Election Defense Coalition
- Protect Democracy
- Electronic Privacy Information Center
- Hancock County Board of Elections and Registration
- Joseph Kirk
- Care In Action, Inc.
- Ebenezer Baptist Church of Atlanta, Georgia, Inc.
- Fair Fight Action. Inc.
- Sixth Episcopal District, Inc.
- Virginia-Highland Church, Inc.
- Abrams for Governor
- Baconton Missionary Baptist Church, Inc.
- Janine Eveler

- Kristi L. Royston in her capacity as the Gwinnett County Elections Supervisor
- Deidre Holden
- Ameika Pitts in her official capacity as Director of Henry County Elections and Registration Department
- Robert Brady
- Angela White-Davis
- Agnes Bridges
- Milton Kidd in his official capacity as Director of Elections for the Douglas County Board of Elections and Registration

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- US Dominion, Inc.
- Dominion Voting Systems Corporation
- Dominion Enterprises
- Dominion Voting Systems, Inc.
- Dr. J. Alex Halderman

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

4

- Kurt R. Hilbert
- Andrew D. Parker
- Joseph A. Pull
- Douglas A. Daniels
- Heath A. Novosad
- T. Brandon Welch
- Blaine C. Kimrey
- Jeanah Park
- Bryan Clark
- Julia L. Koechley
- Charles E. Peeler
- Charles L. Babcock
- Joel Glover
- Scott A. Keller
- David D. Cross
- Halsey G. Knapp, Jr.
- Hannah Rose Elson
- Lyle F. Hedgecock
- Mary G. Kaiser
- Robert W. Manoso

- Robert Alexander McGuire, III
- Tamara Raquel Wiesebron
- Veronica Ascarrunz
- Zachary D. Fuchs
- Adam Martin Sparks
- Bruce P. Brown
- Cary Ichter
- William Brent Ney
- Alexander Fraser Denton
- Brian Edward Lake
- Bryan P. Tyson
- Carey Allen Miller
- Joshua Barrett Belinfante
- Vincent Robert Russo, Jr.
- Bryan Francis Jacoutot
- Diane Festin LaRoss
- James A. Balli
- Javier Pico-Prats
- Jonathan Dean Crumly, Sr.
- Loree Anne Paradise

- Robert Dalrymple Burton
- Melanie Leigh Johnson
- Cheryl Ringer
- David R. Lowman
- Nancy Ladson Rowan
- Kaye Woodard Burwell
- Daniel Walter White
- Grant Edward Schnell
- Robert S. Highsmith
- Anne Ware Lewis
- Barclay Vallotton
- Frank B. Strickland
- F. Skip Sugarman
- Stephen P. Berzon
- Alan Jay Butler
- Russell Todd Abney
- Pierce Groover Blitch, IV
- Chad V. Theriot
- James Jayson Phillips
- Dara Lindenbaum

- Kurt G. Kastorf

- Melanie Felicia Wilson

- Kenneth Paul Robin

- Russell Dunn Waldon

Pursuant to LR 7.1(D), the undersigned certifies that this motion has been prepared in Times New Roman 14 point font in accordance with LR 5.1.

Submitted this 5th day of March, 2022.

        **THE HILBERT LAW FIRM, LLC**

        By: */s/ Kurt R. Hilbert*
            Kurt R. Hilbert
            Georgia Bar No. 352877
            *Counsel for My Pillow, Inc. and Michael J. Lindell*
            205 Norcross Street
            Roswell, Georgia 30075
            T: (770) 551-9310
            F: (770) 551-9311
            E: khilbert@hilbertlaw.com

        **PARKER DANIELS KIBORT LLC**

        By */s/*
            Andrew D. Parker* (MN Bar No. 195042)
            Joseph A. Pull* (MN Bar No. 0386968)
            888 Colwell Building
            123 N. Third Street
            Minneapolis, MN 55401
            Telephone: (612) 355-4100
            Facsimile: (612) 355-4101
            parker@parkerdk.com
            pull@parkerdk.com
            *Counsel for My Pillow, Inc.*
            *To Be Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2022, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record for the various parties.

*/s/ Kurt R. Hilbert*

_____
Kurt R. Hilbert
Ga Bar No. 352877