IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02989-AT |

## MY PILLOW, INC'S AND MICHAEL LINDELL'S MOTION TO INTERVENE FOR LIMITED PURPOSE

My Pillow, Inc. and Michael Lindell respectfully move the Court for an order

(1) permitting them to intervene in this action for the limited purpose of obtaining access to sealed docket filings;

(2) granting them access to all documents related to Dr. J. Alex Halderman filed under seal in this action (including at minimum ECF nos. 487-1, 487-3, 498, 508-1, 510, 597-1, 855-1, 908-1, 909-1, 910-1, 911-1, 1068, 1108-1, 1130-1, 1156-1, -2, -3, -4, -5), under the condition that they comply with the Court's confidentiality order, ECF no. 477, except that, rather than limiting their use of the information to this action, they be authorized to use the confidential information solely to litigate their claims and defenses

1

concerning U.S. Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation, Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited; and

(3) granting them unrestricted access to a version of ECF no. 1130-1 redacted to remove any "specific details" that Dr. Halderman deems "dangerous."

**WHEREFORE**, My Pillow, Inc. and Michael Lindell respectfully request that their Motion be Granted, and that in support of their Motion to Intervene, refer this Honorable Court to the Memorandum of law in support thereof which is incorporated herein by reference, and to consider any and all other supporting evidence of record, and for such other relief as is just and proper.

DATED:  March 5, 2022          **THE HILBERT LAW FIRM, LLC**

                    By: */s/ Kurt R. Hilbert*
                        Kurt R. Hilbert
                        Georgia Bar No. 352877
                        *Counsel for My Pillow, Inc. and*
                        *Michael J. Lindell*
                        205 Norcross Street
                        Roswell, Georgia 30075
                        T: (770) 551-9310
                        F: (770) 551-9311
                        E: khilbert@hilbertlaw.com

                    **PARKER DANIELS KIBORT LLC**

                  By */s/*
                        Andrew D. Parker* (MN Bar No. 195042)
                        Joseph A. Pull* (MN Bar No. 0386968)
                        888 Colwell Building

123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com

*Counsel for My Pillow, Inc.*

/s/_____
Douglas A. Daniels* (TX Bar No. 00793579)
doug.daniels@dtlawyers.com
Heath A. Novosad* (TX Bar No. 2407199)
heath.novosad@dtlawyers.com
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 (Telephone)
(713) 917-0026 (Facsimile)

*Counsel for Michael J. Lindell*

*To Be Admitted *Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02989-AT |

**CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), the undersigned certifies that this motion has been prepared in Times New Roman 14 point font in accordance with LR 5.1.

*/s/ Kurt R. Hilbert*
_____
Kurt R. Hilbert
Georgia Bar No. 352877

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2022, a copy of the foregoing **MY PILLLOW, INC'S AND MICHAEL LINDELL'S MOTION TO INTERVENE FOR LIMITED PURPOSE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record for the parties.

*/s/ Kurt R. Hilbert*

_____
Kurt R. Hilbert
Georgia Bar No. 352877

5