IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-02989-AT |

## [PROPOSED] ORDER GRANTING MY PILLOW, INC'S AND MICHAEL LINDELL'S MOTION TO INTERVENE FOR LIMITED PURPOSE

This matter is before the Court on the motion by My Pillow, Inc. and Michael Lindell to intervene for a limited purpose. Having considered the motion and briefing of all parties and interested non-parties, this Court GRANTS the motion. It is ordered that My Pillow, Inc. and Michael Lindell are permitted to intervene in this matter for the limited purpose of obtaining access to sealed docket filings.

It is further ordered that My Pillow, Inc. and Michael Lindell shall be permitted to obtain copies of all documents related to Dr. J. Alex Halderman filed under seal in this matter, including at minimum ECF nos. 487-1, 487-3, 498, 508-1, 510, 597-1, 855-1, 908-1, 909-1, 910-1, 911-1, 1068, 1108-1, 1130-1, 1156-1, -2, -3, -4, -5; however, My Pillow, Inc. and Michael Lindell shall not be permitted to

1

obtain copies of these sealed documents until they file with the Court a signed commitment to comply with the Court's confidentiality order, ECF no. 477, regarding all sealed documents. Notwithstanding the confidentiality order, ECF no. 477, My Pillow, Inc. and Michael Lindell are authorized to use sealed documents from this action solely to litigate in other actions their claims and defenses concerning U.S. Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation, Smartmatic USA Corp., Smartmatic International Holding B.V., and/or SGO Corporation Limited, if they otherwise preserve the confidentiality of the sealed documents consistent with the Court's confidentiality order, ECF no. 477.

It is further ordered that Dr. Halderman may redact his report filed as ECF no. 1130-1 to remove any specific details that he deems dangerous to be publicly disclosed, and file the redacted version of the report in this action not under seal.

**SO ORDERED** this _____ day of _____, 2022.

_____
U.S. District Court Judge Amy Totenberg