IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-CV-2989-AT |

## STATE DEFENDANTS' RESPONSE TO 30(b)(6) ISSUE

Curling Plaintiffs represented to this Court in e-mail correspondence that State Defendants have failed "to produce any appropriate Rule 30(b)(6) witnesses or to accept our compromise proposal for resolving that dispute." The Court requested by email that State Defendants briefly respond. For completeness, the email thread is attached as Ex. A.

Curling Plaintiffs have yet to identify which of their extremely broad topics they were unable to obtain testimony on from a prepared witness. State Defendants identified four individuals who testified on behalf of the Secretary's office as to each topic and Plaintiffs have taken more than forty hours of depositions thus far and obtained testimony on all topics. State Defendants propose that Curling Plaintiffs identify the specific topic on which they claim

1

witnesses were not sufficiently prepared. Following that identification, if State Defendants disagree, Curling Plaintiffs can move for relief and State Defendants will respond accordingly.

State Defendants do not believe Curling Plaintiffs' proposal adds anything to the situation because a remedy is already available (if necessary) under Rule 37 of the Federal Rules of Civil Procedure, except that their proposal would apply only to State Defendants—unlike the Rules of Civil Procedure. Further, State Defendants have already informed the Court and Plaintiffs that they do not intend to offer some undisclosed affidavit or testimony at summary judgment. [Doc. 1340 at 17].

This 28th day of March, 2022.

> Vincent R. Russo
> Georgia Bar No. 242628
> vrusso@robbinsfirm.com
> Josh Belinfante
> Georgia Bar No. 047399
> jbelinfante@robbinsfirm.com
> Carey A. Miller
> Georgia Bar No. 976240
> cmiller@robbinsfirm.com
> Alexander Denton
> Georgia Bar No. 660632
> adenton@robbinsfirm.com
> Robbins Ross Alloy Belinfante
> Littlefield LLC
> 500 14th Street, N.W.
> Atlanta, Georgia 30318
> Telephone: (678) 701-9381

Facsimile:  (404) 856-3250

*/s/Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Response has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Response has been prepared using 13-pt Century Schoolbook font.

*/s/ Bryan P. Tyson*
Bryan P. Tyson