IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br><br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## NOTICE OF APPEARANCE

Russell T. Abney, who has appeared previously in this action as local counsel for Amicus Curiae Electronic Privacy Information Center, now enters his appearance as co-counsel for Plaintiff Coalition for Good Goveranance.

Respectfully submitted this 29th day of March, 2022.

*/s/ Russell T. Abney*
Russell T. Abney
Watts Guerra, LLP
610 River Valley Rd.
Atlanta, GA 30328
(404) 670-0355

*Counsel for Coalition for Good Governance*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on March 29, 2022, I electronically filed with the Clerk of Court a copy of the foregoing using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record. In addition, pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ Rusell T. Abney
Russell T. Abney