# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, *et al.*,

    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

Case No. 1:17-cv-02989-AT

## NOTICE OF APPEARANCE

To: THE CLERK OF COURT AND ALL PARTIES OF RECORD

COMES NOW, Parker Daniels Kibort LLC and Andrew D. Parker, and files this Notice of Appearance as counsel of record on behalf of Proposed Intervenor Michael J. Lindell in the above-captioned action.

DATED: March 30, 2022

**PARKER DANIELS KIBORT LLC**

*/s/ Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
612.355.4100 (Telephone)
612.355.4101 (Facsimile)
parker@parkerdk.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on March 30, 2022.

                                        */s/ Andrew D. Parker*
                                        Andrew D. Parker