IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**COALITION PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO STATE DEFENDANTS' NOTICE OF OBJECTION TO THE AMENDED REPORT OF DR. STARK [DOC. 1346]**

COME NOW COALITION PLAINTIFFS and hereby respectfully request that the Court grant an extension of time until Friday, April 1, 2022, at 5:00 PM EST for which to respond to the State Defendants' Notice of Objection to the Amended Report of Dr. Stark [Doc. 1346] ("Objection").

State Defendants filed their Objection to the Amended Report of Dr. Stark on March 16, 2022. Coalition Plaintiffs have until March 30, 2022 to respond to State Defendants' Objection. Counsel for Coalition Plaintiffs have been unable to prepare a response ready for submission by the March 30, 2022 deadline. Counsel for Coalition Plaintiffs has been otherwise occupied defending depositions in this matter (and others matter). In addition, Cary Ichter, Coalition Plaintiffs' counsel who has been working with the expert reports in this case and who is responsible for

1

preparing Coalition Plaintiffs' Response to State Defendants' Objection, has been in trial every day this week and has not had sufficient time to adequately prepare Coalition Plaintiffs' Response by the March 30, 2022 due date.

For the aforementioned reasons, Coalition Plaintiffs respectfully request that the Court grant them until 5:00 PM EST on Friday, April 1, 2022 to file a response to State Defendants' Objection.

Respectfully submitted this 30th day of March, 2022.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges, Ricardo Davis & Megan Missett*

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*/s/ Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Counsel for Coalition for Good Governance*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRAD RAFFENSPERGER, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATES OF SERVICE AND COMPLIANCE

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

I further certify that on March 30, 2022, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

>*/s/ Cary Ichter*
>Cary Ichter