## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## PROPOSED ORDER GRANTING
## CURLING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO RESPOND TO STATE DEFENDANTS' MOTION AND
## <u>INCORPORATED BRIEF</u>

This matter is before the Court on the Curling Plaintiffs' Unopposed Motion

for Extension of Time to Respond to State Defendants' Motion and Incorporated

Brief.  Based on the complete record, and finding good cause for the relief

requested, it is hereby ordered that Curling Plaintiffs' Motion is **GRANTED**.  The

Curling Plaintiffs shall file their response on Monday, April 11.

**IT IS SO ORDERED** this ___ day of _____, 2022.


_____
U.S. District Court Judge Amy Totenberg