IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>    *Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    *Defendants.* | CIVIL ACTION FILE<br><br>NO. 1:17-CV-2989-AT |

**NOTICE OF FILING TO CLARIFY STATE DEFENDANTS'
RESPONSE TO 30(b)(6) ISSUE, [DOC. 1351]**

State Defendants submit this notice filing at Curling Plaintiffs' request. State Defendants filed a one-page response this week to the Court's request for their position on the 30(b)(6) issue raised in opposing counsel's March 17, 2022 email to the Court. [Doc. 1351]. In no time after State Defendants filed their response, however, Curling Plaintiffs' counsel sent an email arguing that the filing was incorrect regarding Curling Plaintiffs' identification of the 30(b)(6) topics. Instead, counsel pointed to an email from two weeks earlier as purporting to identify every 30(b)(6) topic:

> I wrote you and your colleagues on March 15: 'In short, we did not receive the information we are entitled to on any of the topics agreed to for the rule 30b6 deposition.'

1

A copy of the email from Curling Plaintiffs' counsel is attached as Ex. A. For the Court's reference, a copy of the March 15 email is provided as Ex. B.

Due to the broad scope of topics in Plaintiffs' 30(b)(6) deposition notice to the Secretary of State's office, which included 18 topics and 27 subtopics,[1] counsel believed Curling Plaintiffs would be identifying discrete topics that they were supposedly unable to obtain testimony on from a prepared witness. It is now understood that the above sentence from Curling Plaintiffs' March 15 email was intended to be their identification of *all* 30(b)(6) topics and subtopics.

Respectfully submitted this 31st day of March 2022.

*/s/ Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com

---

[1] A copy of Plaintiffs' Notice of 30(b)(6) Deposition to State Defendants is attached as Ex. C.

Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice of Filing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Response has been prepared using 13-pt Century Schoolbook font.

*/s/ Vincent R. Russo*
Vincent R. Russo