IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

The parties are scheduled to attend a telephone conference with the Court on April 7, 2022 at 3:00 PM to discuss a number of outstanding discovery disputes. The parties are **DIRECTED** to review the list of discovery disputes below and to inform the Court (1) whether a discovery dispute has been resolved and (2) whether the discovery dispute requires a resolution before the Court rules on any summary judgment motion(s) ("MSJ"). Each party is **DIRECTED** to file a document with the checkboxes filled in by Thursday, April 7, 2022 at 10:00 AM.

| Discovery Dispute | Whether the dispute has been resolved: | Whether the dispute requires resolution before MSJ filings: |
|---|---|---|
| The State Defendants' and the Plaintiffs' dispute regarding the adequacy of the State's 30(b)(6) witnesses' deposition testimony | Yes ☐<br>No ☐ | Yes ☐<br>No ☐ |
| The State Defendants' and the Plaintiffs' dispute regarding the State's production of certain investigative files | Yes ☐<br>No ☐ | Yes ☐<br>No ☐ |
| The State Defendants' and the Plaintiffs' dispute regarding a 30(b)(6) deposition of Fortalice | Yes ☐<br>No ☐ | Yes ☐<br>No ☐ |
| The State Defendants' and the Plaintiffs' dispute regarding depositions of Secretary of State Raffensperger and Deputy Secretary Fuchs | Yes ☐<br>No ☐ | Yes ☐<br>No ☐ |
| The State Defendants' and the Coalition Plaintiffs' dispute regarding Dekalb and Fulton Counties' election records | Yes ☐<br>No ☐ | Yes ☐<br>No ☐ |
| The Fulton County Defendants' and the Coalition Plaintiffs' dispute regarding the inspection of certain original paper ballots | Yes ☐<br>No ☐ | Yes ☐<br>No ☐ |
| The State Defendants' and the Coalition Plaintiffs' dispute regarding the 30(b)(6) deposition of the Coalition | Yes ☐<br>No ☐ | Yes ☐<br>No ☐ |
| The State Defendants' and the Coalition Plaintiffs' deposition dispute regarding the Coalition's associational standing witnesses | Yes ☐<br>No ☐ | Yes ☐<br>No ☐ |
| The State Defendants' request for discovery related to Dr. Halderman's methods | Yes ☐<br>No ☐ | Yes ☐<br>No ☐ |

| | | | | |
|---|---|---|---|---|
| Dr. Stark's Amended Expert Report | Yes | ☐ | Yes | ☐ |
| | No | ☐ | No | ☐ |

**IT IS SO ORDERED** this 5th day of April, 2022.

_____
**Honorable Amy Totenberg**
**United States District Judge**