IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**PLAINTIFFS' IDENTIFICATION OF OUTSTANDING
DISCOVERY DISPUTES PER APRIL 5, 2022 ORDER**

Per the Court's April 5, 2022 Order (Dkt. 1359), Plaintiffs jointly submit the completed checklist attached as Appendix A.  Plaintiffs also respectfully request the Court's immediate assistance resolving two additional discovery disputes in advance of Plaintiffs' response to any summary judgment motion filed by Defendants:

1. The first additional dispute is reflected in the Joint Discovery Statement regarding Coffee County Election Records filed on April 6, 2022 (Dkt. 1360). The anticipated dispute was raised in the Joint Filing Regarding Discovery. (Dkt. 1340 at 7.)

2. The second additional dispute arises from the refusal of Defendants Ed Lindsey and Jan Johnston to produce any documents, answer any discovery requests, or appear for deposition.  Defendants Lindsey and Johnston are new members of

1

Georgia's State Election Board (SEB), replacing prior SEB members Anh Le and Matthew Mashburn.  Although Mr. Lindsey and Ms. Johnston acknowledge that "a public officer's successor is automatically substituted as a party" in this case and thus they are now parties to this lawsuit, they refuse to comply with any discovery obligations and have provided no authority for their position that parties to litigation can entirely evade discovery.  When Plaintiffs requested such authority, their counsel responded: "[I]f you want to raise this with the Court, please go ahead."

Respectfully submitted this 7th day of April, 2022.

 /s/ David D. Cross
David D. Cross (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Veronica Ascarrunz (*pro hac vice*)
Hannah R. Elson (*pro hac vice*)
Zachary Fuchs (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
DCross@mofo.com
MKaiser@mofo.com
VAscarrunz@mofo.com
HElson@mofo.com
ZFuchs@mofo.com

 /s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460

/s/ Robert A. McGuire, III
Robert A. McGuire, III
Admitted Pro Hac Vice

BRUCE P. BROWN LAW LLC  
1123 Zonolite Rd. NE  
Suite 6  
Atlanta, Georgia 30306  
(404) 881-0700  

(ECF No. 125)  
ROBERT MCGUIRE LAW FIRM  
113 Cherry St. #86685  
Seattle, Washington 98104-2205  
(253) 267-8530  

*Counsel for Plaintiff Coalition for Good Governance*

*/s/ Cary Ichter*  
Cary Ichter  
Georgia Bar No. 382515  
ICHTER DAVIS LLC  
3340 Peachtree Road NE  
Suite 1530  
Atlanta, Georgia 30326  
(404) 869-7600  

*Counsel for Plaintiffs William Digges III, Laura Digges,*  
*Ricardo Davis & Megan Missett*

# APPENDIX A

| Discovery Dispute | Whether the dispute has been resolved: | Whether the dispute requires resolution before MSJ filings: |
|---|---|---|
| The State Defendants' and the Plaintiffs' dispute regarding the adequacy of the State's 30(b)(6) witnesses' deposition testimony | Yes ☐ <br> No ☒ | Yes ☒ <br> No ☐ |
| The State Defendants' and the Plaintiffs' dispute regarding the State's production of certain investigative files | Yes ☐ <br> No ☒ | Yes ☒ <br> No ☐ |
| The State Defendants' and the Plaintiffs' dispute regarding a 30(b)(6) deposition of Fortalice | Yes ☐ <br> No ☒ | Yes ☒ <br> No ☐ |
| The State Defendants' and the Plaintiffs' dispute regarding depositions of Secretary of State Raffensperger and Deputy Secretary Fuchs | Yes ☐ <br> No ☒ | Yes ☒ <br> No ☐ |
| The State Defendants' and the Coalition Plaintiffs' dispute regarding Dekalb and Fulton Counties' election records | Yes ☒ <br> No ☐ | Yes ☐ <br> No ☐ |
| The Fulton County Defendants' and the Coalition Plaintiffs' dispute regarding the inspection of certain original paper ballots | Yes ☐ <br> No ☒ | Yes ☐ <br> No ☒ |
| The State Defendants' and the Coalition Plaintiffs' dispute regarding the 30(b)(6) deposition of the Coalition | Yes ☒ <br> No ☐ | Yes ☐ <br> No ☐ |
| The State Defendants' and the Coalition Plaintiffs' deposition dispute regarding the Coalition's associational standing witnesses | Yes ☐ <br> No ☐ | Yes ☐ <br> No ☐ |
| The State Defendants' request for discovery related to Dr. Halderman's methods | Yes ☐ <br> No ☒ | Yes ☐ <br> No ☒ |

| | | |
|---|---|---|
| Dr. Stark's Amended Expert Report | Yes ☐ <br> No ☒ | Yes ☒ <br> No ☐ |

y

| | | |
|---|---|---|
| Dr. Stark's Amended Expert Report | Yes ☐<br>No ☒ | Yes ☒<br>No ☐ |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                          */s/ David D. Cross*
                                                          David D. Cross

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, a copy of the foregoing **PLAINTIFFS' IDENTIFICATION OF OUTSTANDING DISCOVERY DISPUTES PER APRIL 5, 2022 ORDER** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                  */s/ David D. Cross*
                                                  David D. Cross