IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING
CURLING PLAINTIFFS' MOTION FOR EXCESS PAGES**

This matter coming before the Court on Curling Plaintiffs' Motion for Excess Pages. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that the Curling Plaintiffs' Motion is **GRANTED**. Curling Plaintiffs may file an Opposition to State Defendants' Motion for Clarification or Modification of this Court's Order, [Doc. 1348] of no longer than forty (40) pages.

**IT IS SO ORDERED** this _____ day of April, 2022.

_____
U.S. District Court Judge Amy Totenberg