UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

```
------------------------------  )
                                )
DONNA CURLING, et al.,          )
                                )
              Plaintiffs,       )Case No.
                                )
       vs.                      )1:17-cv-2989-AT
                                )
BRAD RAFFENSPERGER, et al.,     )
                                )
              Defendants.       )
                                )
------------------------------  )
```

REMOTE DEPOSITION OF AHN LE

NOVEMBER 4, 2021

REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

Page 2

1

2

3

4                              NOVEMBER 4, 2021

5                                2:09 P.M.

6

7

8              Videotaped deposition of AHN LE taken

9    remotely by video conference pursuant to notice

10   before Tina M. Alfaro, a Certified Realtime

11   Reporter and a Notary Public within and for the

12   District of Columbia.

13

14

15

16

17

18

19

20

21

22

1    APPEARANCES:

2        ON BEHALF OF THE PLAINTIFFS:

3        MORRISON & FOERSTER, LLP

4        BY: TAMARA WIESEBRON, ESQ.

5            HANNAH ELSON, ESQ.

6            ZACHARY FUCHS, ESQ.

7            REEMA SHOCAIR ALI, ESQ.

8            2100 L Street, NW, Suite 900

9            Washington, D.C. 20037

10

11       ON BEHALF OF THE DEFENDANTS:

12       TAYLOR ENGLISH DUMA, LLP

13       BY: DIANE LaROSS, ESQ.

14           1600 Parkwood Circle, Suite 200

15           Atlanta, Georgia 30339

16   and

17       ROBBINS FIRM

18       BY: CAREY MILLER, ESQ.

19           500 14th Street, NW

20           Atlanta, Georgia 30318

21

22

```
 1   APPEARANCES:  (cont'd)

 2        ON BEHALF OF FULTON COUNTY BOARD Of

 3        REGISTRATION ELECTION AND RICHARD BARRON:

 4        FULTON COUNTY ATTORNEY'S OFFICE

 5        BY: NANCY ROWAN, ESQ.

 6             141 Pryor Street, SW, Suite 4083

 7             Atlanta, Georgia 30303

 8

 9   ALSO PRESENT:  Scott Forman (Videographer)

10                  Marilyn Marks (Coalition for Good
                      Governance)
11

12

13

14

15

16

17

18

19

20

21

22
```

Page 5

1                              I N D E X

2                            EXAMINATION

3    WITNESS                                      PAGE

4    AHN LE

5      By Ms. Wiesebron                           7

6                              EXHIBITS

7    LE EXHIBITS                                  PAGE

8    Exhibit 1                                    67
       Minutes
9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 6

```
 1              THE VIDEOGRAPHER:  Good afternoon.  We're    14:09:07
 2    going on the record at 2:09 p.m. on November 4,       14:09:08
 3    2021.  This is media unit 1 of the video recorded     14:09:12
 4    deposition of Ahn Le in the matter of Donna           14:09:18
 5    Curling, et al., versus Brad Raffensperger,           14:09:21
 6    et al., filed in the United States District           14:09:26
 7    Court for the Northern District of Georgia, Case      14:09:28
 8    No. 1:17-CV-2989.  This deposition is being held on   14:09:32
 9    Sycamore Drive in Atlanta, Georgia.                   14:09:38
10              My name is Scott Forman from the firm        14:09:42
11    Veritext.  I am the videographer.  The court          14:09:46
12    reporter is Tina Alfaro from the firm Veritext.       14:09:47
13              Counsel will now state their appearances     14:09:51
14    and affiliations for the record.                      14:09:53
15              MS. WIESEBRON:  Hi.  You have Tamara         14:09:55
16    Wiesebron from Morrison & Foerster appearing on       14:09:56
17    behalf of Curling Plaintiffs, and I'm here            14:10:01
18    virtually today accompanied by my colleagues          14:10:04
19    Zachary Fuchs, Hannah Elson, and Reema Shocair.       14:10:09
20              MS. LaROSS:  Diane LaRoss.  I represent      14:10:20
21    the Defendants in this case.  I'm from Taylor         14:10:22
22    English and represent the deponent as well.  We       14:10:25
```

```
                                                     Page 7
 1   have Carey Miller from our co-counsel firm of the   14:10:28

 2   Robbins firm.                                        14:10:31

 3         MS. MARKS:  This is Marilyn Marks, and I'm     14:10:39

 4   from the Coalition for Good Governance and a         14:10:41

 5   Plaintiffs representative.                           14:10:45

 6         MS. ROWAN:  Nancy Rowan on behalf of           14:10:47

 7   Defendant Fulton County Board of Registration        14:10:50

 8   Election and Richard Barron.                         14:10:53

 9         THE VIDEOGRAPHER:  Thank you.  I'll pause      14:10:56

10   just for a moment to make sure we have everyone.     14:10:58

11         Thank you very much.  Will the court           14:11:02

12   reporter please swear in the witness.                14:11:04

13                    (Witness sworn.)                    14:11:06

14   WHEREUPON:                                           14:11:06

15                    AHN LE,                             14:11:06

16   called as a witness herein, having been first duly   14:11:06

17   sworn, was examined and testified as follows:        14:11:06

18                    EXAMINATION                         14:11:06

19   BY MS. WIESEBRON:                                    14:11:24

20      Q.  Good afternoon, Ms. Le.  Thank you for        14:11:24

21   being here today.                                    14:11:27

22         Could you please state your name and           14:11:29
```

Page 8

1  address for the record.                              14:11:30

2       A.  Yes.  Ahn Le, address 513 Sycamore Drive,   14:11:33

3  Decatur, 30030.                                      14:11:38

4       Q.  I'll be asking you a series of questions    14:11:42

5  regarding this litigation.  Before we do that, do    14:11:44

6  you understand that you are under oath?              14:11:47

7       A.  Yes.                                        14:11:49

8       Q.  If you answer a question I will assume      14:11:52

9  that you understood the question.  Is that okay?     14:11:55

10      A.  Yes.                                         14:11:57

11      Q.  If you realize an answer you gave earlier   14:12:00

12 is incomplete or incorrect, will you let me know?    14:12:02

13      A.  Yes.                                         14:12:09

14      Q.  Is there any reason why you would be        14:12:09

15 unable to give your full and complete testimony      14:12:11

16 today?                                               14:12:13

17      A.  No.                                          14:12:14

18      Q.  Because we're in a remote environment, I    14:12:17

19 just want to make sure that you have no chat         14:12:20

20 function open on your computer or your cell phone?   14:12:22

21      A.  No.                                          14:12:25

22      Q.  And if you need to take a break at any      14:12:28

1   point, just let me know.  I'm only going to ask        14:12:30

2   that you answer any questions that are pending.        14:12:34

3   Does that sound okay?                                  14:12:36

4        A.  Yes.                                          14:12:40

5        Q.  Ms. Le, did you go to college?               14:12:40

6        A.  Yes.                                          14:12:44

7            MS. LaROSS:  Excuse me, Tamara.  I just       14:12:45

8   wanted to start from the outset the same               14:12:47

9   stipulations as the previous deposition and the        14:12:49

10  other depositions concerning reserving all             14:12:52

11  objections except as to the form of the question       14:12:56

12  and responsiveness of the answer until first use or    14:12:59

13  at trial.                                              14:13:02

14           MS. WIESEBRON:  That's fine.                  14:13:03

15           MS. LaROSS:  Okay.  Sorry to interrupt.       14:13:04

16  Excuse me.                                             14:13:05

17           MS. WIESEBRON:  No worries at all.            14:13:06

18  BY MS. WIESEBRON:                                      14:13:09

19       Q.  I'll just repeat the question.  Where did     14:13:09

20  you go to college?                                     14:13:12

21       A.  University of California, San Diego.          14:13:14

22       Q.  Great.  And did you receive a degree?         14:13:18

Page 10

```
 1      A.  Yes.                                    14:13:22

 2      Q.  What degree was -- did you receive?     14:13:23

 3      A.  Bachelor's degree in B.A., Bachelor of  14:13:27

 4  Arts.                                           14:13:34

 5      Q.  In what subject matter?                 14:13:34

 6      A.  Political science.                      14:13:36

 7      Q.  And did you pursue any graduate work?   14:13:37

 8      A.  I pursued law school.                   14:13:40

 9      Q.  Okay.  And where did you go to law school?  14:13:41

10      A.  Loyola Marymount University.            14:13:46

11          THE REPORTER:  I'm sorry.  One more time.  14:13:49

12          THE WITNESS:  Loyola Law School,        14:13:53

13  Los Angeles.                                    14:13:54

14      Q.  And what is your current employment?    14:13:56

15      A.  I am an attorney, general counsel at GTA,  14:14:01

16  Georgia Technology Authority.                   14:14:05

17      Q.  And how long have you worked at Georgia  14:14:08

18  Technology Authority?                           14:14:10

19      A.  Three months.                           14:14:10

20      Q.  Where were you employed --              14:14:14

21      A.  August, September, October.  Yeah, three  14:14:16

22  months.  Excuse me?                             14:14:18
```

Page 11

```
 1       Q.  Where were you employed before the Georgia    14:14:19
 2  Technology Authority?                                   14:14:22
 3            THE REPORTER:  You have to let her finish     14:14:23
 4  her questions, please.                                  14:14:24
 5       A.  Okay.  I'm sorry.  I was at                    14:14:26
 6  (indecipherable) law firm.                              14:14:31
 7            THE REPORTER:  I'm sorry.  I'm having a        14:14:32
 8  really hard time understanding you.                     14:14:33
 9            THE WITNESS:  Can I move this microphone       14:14:46
10  closer or -- no?                                        14:14:46
11            THE REPORTER:  I think maybe if you just      14:14:46
12  slow down a little bit.  The clarity is just a          14:14:46
13  little bit bad, but otherwise we're fine.               14:14:46
14            THE WITNESS:  Okay.  Hartley Rowe & Fowler     14:14:46
15  is the law firm.                                        14:14:47
16  BY MS. WIESEBRON:                                       14:14:49
17       Q.  And how long did you work there?               14:14:49
18       A.  One year and eight months.                     14:14:54
19       Q.  And where were you before Hartley Rowe &       14:15:01
20  Fowler?                                                 14:15:05
21       A.  I had my own small practice for about nine     14:15:06
22  months, and then I decided to absorb that work into     14:15:12
```

Page 12

1  Hartley Rowe & Fowler.                              14:15:16

2      Q.  What practice did you specialize in?        14:15:21

3      A.  Real estate.                                14:15:25

4      Q.  When did you join the State Election        14:15:31

5  Board?                                              14:15:37

6      A.  I joined the State Election Board in early  14:15:38

7  2019.  I believe it's April, I believe.            14:15:42

8      Q.  You were appointed, correct?                14:15:46

9      A.  Yes.                                        14:15:50

10     Q.  Who were you appointed by?                   14:15:50

11     A.  The Republican party.                        14:15:53

12     Q.  And do you know what credentials you had     14:15:57

13  that made the Republican party appoint you?         14:16:02

14         MS. LaROSS:  Object to the form.  You can    14:16:05

15  go ahead and answer to your knowledge.              14:16:07

16     A.  I do not know.  It was not communicated to   14:16:09

17  me.                                                 14:16:11

18     Q.  Okay.                                        14:16:13

19         Were you involved in any election            14:16:15

20  organization prior to being appointed to the board? 14:16:18

21     A.  Election organization like a nonprofit       14:16:25

22  or -- I'm sorry.  Could you clarify?                14:16:30

Page 13

```
 1        Q.  Of course.  Any -- were you involved in    14:16:32

 2   any organization that related to or concerned       14:16:35

 3   running elections in Georgia?                        14:16:40

 4        A.  I was employed with the Secretary of       14:16:45

 5   State's office.                                      14:16:48

 6        Q.  When were you employed with the Secretary  14:16:48

 7   of State's office?                                   14:16:50

 8        A.  I was employed from 2011 to 2016.          14:16:53

 9        Q.  What was your role with the Secretary of   14:17:01

10   State's office?                                      14:17:04

11        A.  I was deputy general counsel.              14:17:05

12        Q.  And did you deal with election issues in   14:17:09

13   your capacity as deputy general counsel?            14:17:13

14        A.  Yes, I did.                                14:17:15

15        Q.  And before joining the Secretary of State  14:17:20

16   in Georgia -- of Georgia in 2011 did you have any   14:17:23

17   experience dealing with elections in Georgia?       14:17:28

18        A.  No.                                         14:17:36

19        Q.  Did you join the Secretary of State of     14:17:44

20   Georgia as deputy general counsel or were you       14:17:46

21   eventually promoted to deputy general counsel while 14:17:49

22   working at the Secretary of State?                  14:17:53
```

```
                                                     Page 14
  1        A.  I joined as deputy general counsel.      14:17:56

  2        Q.  Why did you accept the appointment as    14:18:07

  3   member of the State Election Board?               14:18:11

  4        A.  Because I think it's an honor to serve on 14:18:15

  5   behalf of Georgians.  The State Election Board is  14:18:17

  6   an honorable position and I take it with great     14:18:23

  7   seriousness and I think it's an honor to serve.    14:18:27

  8        Q.  What was your familiarity with Georgia    14:18:39

  9   elections prior to serving on the State Election   14:18:42

 10   Board?                                             14:18:46

 11        A.  I'm sorry.  What was my primary --        14:18:49

 12        Q.  What was your familiarity?                14:18:51

 13        A.  Familiarity.  I -- well, being in the     14:18:54

 14   Secretary of State's office, of course, elections  14:18:57

 15   is one component of the office.  I did help out at 14:19:00

 16   work.  I also oversaw some of the operation side,  14:19:06

 17   like the mail room, the warehouse, the front desk, 14:19:08

 18   those types of areas that kind of support the      14:19:17

 19   elections.  Not directly necessarily in the        14:19:21

 20   directions, but -- elections, but very much a key  14:19:24

 21   component of elections, yeah.                      14:19:27

 22        Q.  What did you do to prepare for the        14:19:31
```

Page 15

1    deposition today?                                    14:19:32

2        A.  I spoke -- I had communications with my      14:19:34

3    attorney.                                            14:19:36

4        Q.  Did you meet with your attorney?             14:19:38

5        A.  Yes.                                         14:19:40

6        Q.  For how long?                                14:19:42

7        A.  I believe an hour maybe, hour and a half,    14:19:45

8    somewhere around there.                              14:19:49

9        Q.  Did you review any documents filed in this   14:19:51

10   case?                                                14:19:56

11       A.  I reviewed communications with my            14:19:56

12   attorney -- from my attorney.                        14:19:59

13       Q.  Have you seen the most recent complaint      14:20:04

14   filed in this case?                                  14:20:08

15       A.  I do not believe I have.  I do not know.     14:20:09

16   If I did, I do not recall seeing it.  So no.         14:20:12

17       Q.  What is your understanding of the claims     14:20:16

18   made in this litigation?                             14:20:19

19           MS. LaROSS:  Object to the form of the       14:20:22

20   question.  You can go ahead and answer.              14:20:24

21       A.  I understand that it involves the voting     14:20:28

22   machines and possibly the security of the voting     14:20:31

Page 16

```
 1   machines.                                        14:20:34

 2        Q.  Have you discussed this litigation with 14:20:42

 3   any members of the State Election Board?         14:20:45

 4        A.  No.                                     14:20:47

 5        Q.  Have you discussed this litigation with 14:20:52

 6   any Secretary of State employees?                14:20:54

 7        A.  No.                                     14:20:58

 8        Q.  Have you discussed this litigation with 14:21:04

 9   anyone else?                                     14:21:05

10        A.  This -- no, I have not.                 14:21:08

11           Let me go back to the last question.  You 14:21:10

12   said with state -- you're not talking about state 14:21:12

13   election attorney briefings, correct?           14:21:16

14        Q.  Unless they were made to you in your    14:21:24

15   capacity as a State Election Board member.       14:21:25

16        A.  Yes.  Any communication I've had is in  14:21:31

17   connection with my State Election Board member   14:21:34

18   position.                                        14:21:36

19        Q.  Okay.  And so without divulging any     14:21:37

20   privileged communications, you're saying that    14:21:41

21   you're briefed regularly by the state election   14:21:47

22   attorney?                                        14:21:50
```

Page 17

```
 1              MS. LaROSS:  I object to the form of the     14:21:51
 2    question, lacks foundation.                            14:21:52
 3              THE WITNESS:  Should I answer?                14:21:58
 4              MS. LaROSS:  Yes, you can go ahead and        14:21:59
 5    answer.                                                14:22:01
 6         A.  I have been briefed as appropriate.           14:22:02
 7         Q.  Okay.  And how often are you briefed by        14:22:04
 8    the state election attorney?                           14:22:07
 9         A.  On this case I only can recall one time       14:22:12
10    when I came on to let me know what it was generally    14:22:18
11    and that I would be added as a Defendant.              14:22:22
12         Q.  Okay.  Have you been deposed as a member      14:22:26
13    of the State Election Board in any other               14:22:30
14    litigations?                                           14:22:32
15         A.  No.                                           14:22:33
16         Q.  To the best of your understanding, what       14:22:38
17    are the responsibilities of the State Election         14:22:41
18    Board?                                                 14:22:43
19              MS. LaROSS:  I object to the form of the     14:22:45
20    question.  You can testify as to your                  14:22:46
21    understanding.                                         14:22:49
22         A.  My responsibilities are to apply the law      14:22:50
```

Page 18

```
1    as they're written, to do the best I can and to      14:22:54

2    uphold the law, and to honor the Constitution as      14:22:59

3    well as the State of Georgia laws and to apply the    14:23:03

4    knowledge that we have to do the best we can with     14:23:06

5    the duties we've been given.  So...                   14:23:09

6         Q.  And what do you understand the Georgia       14:23:13

7    Constitution to require when it comes to running      14:23:19

8    elections?                                            14:23:21

9         MS. LaROSS:  Object to the form of the           14:23:23

10   question to the extent it asks for a legal            14:23:25

11   conclusion.  You can answer the question.             14:23:26

12        A.  I think the Georgia Constitution requires    14:23:29

13   that I do it honorably, do it faithfully, uphold      14:23:31

14   the letter of the law as they're written, and the    14:23:36

15   letter of the law as written is to ensure the         14:23:39

16   elections are available and are conducted in a        14:23:43

17   manner that are prescribed by law.                    14:23:46

18        Q.  And is the State Election Board              14:23:50

19   responsible for promulgating rules and regulations    14:23:53

20   concerning Georgia elections?                         14:23:58

21        A.  Yes.                                         14:23:59

22        Q.  Has the State Election Board promulgated     14:24:01
```

Page 19

```
 1   any rules or regulations since you have joined the    14:24:07

 2   State Election Board?                                 14:24:10

 3       A.  Yes.                                          14:24:11

 4       Q.  From what -- can you recall any examples      14:24:11

 5   of rules relating to the running of elections that    14:24:14

 6   were promulgated since you joined?                    14:24:20

 7       A.  I would probably have to -- I need some       14:24:28

 8   help there.  If you can show me some I'm sure I can    14:24:30

 9   see it, but yes, we have passed rules.                14:24:31

10       Q.  Okay.                                         14:24:36

11       A.  Yeah.  I think we have minutes that record    14:24:37

12   all that from our meetings.                           14:24:38

13       Q.  Understood.                                   14:24:42

14           What is your title as a member of the         14:24:49

15   State Election Board?                                 14:24:51

16       A.  I think it's just board member.               14:24:53

17       Q.  And do you have any responsibilities in       14:24:56

18   particular in that position?                          14:25:00

19       A.  Outside of the usual being a board member,    14:25:03

20   no.                                                   14:25:06

21       Q.  Are you a member of any working groups on     14:25:08

22   the State Election Board?                             14:25:11
```

Page 20

```
 1      A.  Uh-uh.  I have covered only one meeting    14:25:13
 2   this year for rule -- I don't recall which rule,  14:25:17
 3   but it was a meeting that someone else couldn't    14:25:22
 4   make.  But other than that, no.                    14:25:25
 5      Q.  Understood.                                 14:25:28
 6          Are you familiar with Georgia's current    14:25:31
 7   election system?                                   14:25:34
 8      A.  I'm familiar, uh-huh.                       14:25:35
 9      Q.  Georgia uses ballot marking devices; is    14:25:39
10   that right?                                        14:25:46
11      A.  Yes.                                        14:25:46
12      Q.  Is it okay if I refer to these as BMD's     14:25:46
13   during this deposition?                            14:25:51
14      A.  Yes.                                        14:25:52
15      Q.  Do you know when Georgia switched over to  14:25:53
16   this system?                                       14:25:55
17      A.  I believe it's 2019.                        14:25:59
18      Q.  Are you familiar with Georgia's previous   14:26:05
19   election system?                                   14:26:08
20      A.  I'm familiar.  Not in the system as much,  14:26:10
21   but it was around when I was at Secretary of State, 14:26:14
22   yeah.                                              14:26:16
```

Page 21

```
 1        Q.  And Georgia previously used direct        14:26:19
 2   recording electronic system, also referred to as   14:26:21
 3   DRE's; is that right?                               14:26:25
 4        A.  Yes.                                       14:26:30
 5        Q.  And do you have an understanding of why    14:26:30
 6   Georgia switched from DRE's to BMD's?               14:26:34
 7             MS. LaROSS:  I object to the form of the  14:26:37
 8   question.  You can testify as to your               14:26:38
 9   understanding.                                      14:26:40
10        A.  I do not officially -- know the official   14:26:42
11   reasons.  When I joined the State Election Board it 14:26:44
12   was already in motion and I took my position and    14:26:48
13   tried to assume my role the best I can, but I was   14:26:55
14   not advised on the hows and whys of those           14:27:01
15   decisions.                                          14:27:04
16        Q.  Do you have an opinion on why Georgia      14:27:08
17   switched from DRE's to BMD's?                       14:27:10
18             MS. LaROSS:  I object to the form of the  14:27:13
19   question to the extent that she's not an expert.    14:27:15
20   You can testify as to your understanding.           14:27:17
21        A.  I don't really have an opinion as to why  14:27:22
22   they were switched.  I would imagine it's maybe     14:27:24
```

Page 22

1  possibly viewed as time for an update or just         14:27:28

2  viewed as something that's preferred obviously if      14:27:34

3  we're making a switch as a state, but I think it       14:27:38

4  works fine, it seems to be doing well.  We've gone     14:27:41

5  through a couple of elections, at least a big          14:27:44

6  election with it.  So yeah, but I don't really have    14:27:48

7  any, you know, side advice or updates or               14:27:50

8  consultation as to why the switch was made.            14:27:57

9       Q.  Did you have a role in choosing Georgia's     14:28:01

10  current election system?                              14:28:04

11       A.  No.                                          14:28:05

12       Q.  Do you know whether the State Election        14:28:09

13  Board had a role in choosing the current election     14:28:11

14  system?                                               14:28:13

15       A.  I do not know.  Again, when I joined I        14:28:14

16  think that was already -- the decision had been       14:28:20

17  made.  So I -- and I was in my own outside world at   14:28:23

18  that time.  So I really do not have any deeper        14:28:27

19  insight as to the hows and whys of those decisions.   14:28:31

20       Q.  As a member of the State Election Board do    14:28:36

21  you care about the security of elections in           14:28:39

22  Georgia?                                              14:28:42

Page 23

```
 1          MS. LaROSS:  Object to the form of the        14:28:43
 2   question, calls for speculation, lack of            14:28:45
 3   foundation.  You can answer to your understanding.  14:28:47
 4       A.  I do care.                                  14:28:51
 5       Q.  As a member of the State Election Board do  14:28:56
 6   you find it important to know that Georgia's        14:28:58
 7   election system is not vulnerable to being hacked   14:29:03
 8   by unauthorized third parties?                      14:29:05
 9          MS. LaROSS:  I have the same objection as     14:29:08
10   the last question.                                  14:29:09
11       A.  I'm not an IT expert.  I cannot speak to    14:29:10
12   the technical components of the system, but I can   14:29:15
13   say that, yes, it's very important that it is       14:29:22
14   secure and, again, I believe that our current       14:29:27
15   system is holding up very well.                     14:29:30
16       Q.  As a member of the State Election Board     14:29:36
17   would you support the use of an election system     14:29:38
18   that could be hacked in a few minutes by a voter in 14:29:42
19   the voting booth?                                   14:29:47
20          MS. LaROSS:  Object to the form of the       14:29:48
21   question and with the same objections on the last   14:29:49
22   two questions.                                      14:29:51
```

Page 24

| | | |
|---|---|---|
| 1 | A.   Again, the answer -- the question seems to | 14:29:54 |
| 2 | suggest that I'm an IT person who would know the | 14:29:58 |
| 3 | technology side of the components of these | 14:30:04 |
| 4 | machines.  Again, back to the previous question, | 14:30:06 |
| 5 | I'll reiterate that secure and fair elections are | 14:30:12 |
| 6 | very important as a State Election Board member, | 14:30:14 |
| 7 | and those are issues, security would be absolute | 14:30:18 |
| 8 | paramount.  So yes, it's an important thought that | 14:30:23 |
| 9 | I always hold in the forefront as I proceed in | 14:30:26 |
| 10 | anything I do when it comes to elections. | 14:30:32 |
| 11 | Q.   Thank you. | 14:30:34 |
| 12 | I just want to focus on this question in | 14:30:36 |
| 13 | particular.  I completely understand that you're | 14:30:40 |
| 14 | not an IT expert, but as a member of the State | 14:30:43 |
| 15 | Election Board which has a role in rules | 14:30:50 |
| 16 | promulgation for running Georgia elections, would | 14:30:56 |
| 17 | you support the use of an election system that | 14:31:02 |
| 18 | could be hacked in a few minutes by a voter in the | 14:31:05 |
| 19 | voting booth? | 14:31:09 |
| 20 | MS. LaROSS:  Object to the form of the | 14:31:10 |
| 21 | question.  It's the same objections I had to the | 14:31:12 |
| 22 | previous questions. | 14:31:14 |

Page 25

1      A.  So the hypothetical is based on the fact      14:31:18

2   that there are provable evidence in front of me      14:31:24

3   that a certain system is not secure.  If that's the  14:31:28

4   case, no.  If there's provable evidence in front of  14:31:34

5   me that points to -- that establishes that clearly,  14:31:38

6   then as a hypothetical I would not support           14:31:42

7   something like that.                                 14:31:44

8      Q.  Thank you.                                    14:31:46

9          Are you familiar with BMD's?                  14:31:50

10     A.  I'm familiar from the standpoint of seeing    14:31:53

11  it and have used it as a voter.                      14:31:56

12     Q.  Do you know how they work?                    14:32:02

13     A.  As a voter, yes.                              14:32:03

14     Q.  Do you know what company manufactures the     14:32:07

15  BMD's?                                               14:32:09

16     A.  I believe it's Dominion.                      14:32:12

17     Q.  Have you interacted at all with Dominion?     14:32:15

18     A.  No.                                           14:32:20

19     Q.  So as a member of the State Election Board    14:32:24

20  you have not communicated with Dominion in any way?  14:32:28

21     A.  No.                                           14:32:31

22     Q.  Have you inspected one of the BMD machines    14:32:42

Page 26

| | | |
|---|---|---|
| 1 | before? | 14:32:46 |
| 2 | A.  When I joined the board there was a | 14:32:50 |
| 3 | training session or a display and I stepped into | 14:32:56 |
| 4 | one of them after one of the meetings -- hearings | 14:33:02 |
| 5 | and I stood in the back and listened to it for a | 14:33:05 |
| 6 | little bit, but then I had to leave to go back to | 14:33:11 |
| 7 | the office.  So that was probably the closest I | 14:33:14 |
| 8 | came to seeing it outside of voting on it myself. | 14:33:17 |
| 9 | Q.  What meeting are you referencing? | 14:33:24 |
| 10 | A.  One of the hearings.  I forget which one. | 14:33:27 |
| 11 | Q.  What type of hearing was this? | 14:33:29 |
| 12 | A.  Oh, the regular State Election Board | 14:33:30 |
| 13 | hearing. | 14:33:33 |
| 14 | Q.  Okay.  So is it your understanding that at | 14:33:37 |
| 15 | one of the State Election Board hearings there was | 14:33:40 |
| 16 | a BMD on display? | 14:33:43 |
| 17 | A.  No, no, no.  I just heard that maybe there | 14:33:44 |
| 18 | was training.  Please don't quote me on the | 14:33:47 |
| 19 | specific hearing.  I don't remember that.  But I | 14:33:50 |
| 20 | was on the Hill and I remembered hearing that the | 14:33:55 |
| 21 | Secretary of State might be, you know, training | 14:33:58 |
| 22 | some of the counties with it.  So I just stepped | 14:34:00 |

Page 27

1   into it to just see what it was and how it worked         14:34:02

2   in display as opposed to in theory.  So...               14:34:09

3        Q.  Got it.                                          14:34:12

4        A.  It might have been a training with the           14:34:13

5   county.  I'm not sure.                                    14:34:15

6        Q.  Understood.                                      14:34:17

7            Do you know how the BMD machines are             14:34:19

8   programmed?                                               14:34:21

9        A.  No, I do not.                                    14:34:22

10       Q.  Have you ever discussed with members of          14:34:28

11  the State Election Board how the machines are             14:34:29

12  programmed?                                               14:34:30

13       A.  No, I have not.                                  14:34:32

14       Q.  Do you know how the BMD machines are             14:34:36

15  updated?                                                  14:34:38

16       A.  No, I do not.                                    14:34:39

17       Q.  Have you discussed with any members of           14:34:42

18  State Election Board how the machines are updated?        14:34:46

19       A.  No, I have not.                                  14:34:48

20       Q.  Do you know whether the State Election           14:34:50

21  Board has promulgated any rules or regulations            14:34:52

22  around how the machine should be updated?                 14:34:55

Page 28

1          MS. LaROSS:  Object to the form of the        14:35:01

2    question.                                            14:35:02

3        A.  I don't believe we have.  It would be on     14:35:06

4    the minutes if we have, but I do not recall a        14:35:09

5    specific rule on how the technology side gets        14:35:13

6    updated.  I don't recall any of that, no.            14:35:17

7        Q.  Are you aware what party is responsible      14:35:24

8    for updating the BMD machines?                       14:35:29

9          MS. LaROSS:  Object to the form of the         14:35:33

10   question.                                            14:35:34

11       A.  No, I do not know specifically.  I have      14:35:36

12   not looked into that.                                14:35:43

13       Q.  Do you know whether it is the Secretary of   14:35:44

14   State or Dominion who is responsible for updating    14:35:48

15   the machines?                                        14:35:52

16          MS. LaROSS:  Object to the form of the        14:35:54

17   question.                                            14:35:54

18          THE WITNESS:  No -- sorry.                     14:35:55

19          MS. LaROSS:  That's okay.  Go ahead.           14:35:57

20       A.  No, I -- I have not.  I would imagine a      14:35:59

21   lot of that would have been discussed before I got   14:36:01

22   there as a board member.  I've not.                  14:36:03

Page 29

```
 1      Q.  Okay.                                    14:36:10

 2      A.  If it were discussed at all.             14:36:10

 3      Q.  Understood.                              14:36:12

 4          Just to clarify -- and I'm sorry if you  14:36:13

 5  said this before.  I remember that you testified 14:36:16

 6  that you joined the State Election Board in 2019, 14:36:17

 7  but what month exactly did you join in?          14:36:20

 8      A.  I believe it was April.  I believe it's  14:36:26

 9  April.  Maybe March, but I believe it's April.   14:36:28

10      Q.  And can you recall -- and you mentioned   14:36:34

11  that Georgia switched to BMD's in 2019 as well.  14:36:39

12  Can you recall if that was after you joined the  14:36:43

13  board?                                           14:36:45

14      A.  I will be honest with you, it's a little 14:36:48

15  blurry because it was sort of at the same time.  14:36:51

16  You know, I was trying to drink water out of a   14:36:54

17  water hose, if you will, to try and get caught up. 14:36:57

18  So I feel like it's -- it's a motion, they were  14:37:00

19  rolling it out, that's why there was a training  14:37:02

20  session, but I don't know if it's right before I 14:37:04

21  joined or right after I joined.  It was all around 14:37:09

22  the same time.  In other words, it was early in its 14:37:12
```

Page 30

```
 1   motion in rolling out, yeah.                    14:37:17

 2       Q.  Are you aware that removable media such as  14:37:22

 3   USB sticks can be inserted into BMD machines?    14:37:25

 4           MS. LaROSS:  I object to the form of the  14:37:30

 5   question.  She's not an expert and it calls for  14:37:31

 6   speculation.                                     14:37:35

 7       A.  I don't know.                            14:37:35

 8       Q.  Is that something that you discussed with  14:37:38

 9   State Election Board members?                    14:37:41

10       A.  No.  It's not something --              14:37:44

11           MS. LaROSS:  I have the same objection.  14:37:46

12   Excuse me.  Go ahead.                            14:37:47

13           THE WITNESS:  I'm sorry, Diane.          14:37:49

14           MS. LaROSS:  It's fine.  Go ahead.       14:37:51

15           THE WITNESS:  No, it's not something we've  14:37:53

16   discussed.                                       14:37:54

17   BY MS. WIESEBRON:                                14:38:03

18       Q.  When voters use the BMD's to vote, do you  14:38:03

19   know whether they are provided with a paper      14:38:09

20   receipt?                                         14:38:11

21       A.  Yes.  They can print out a receipt.      14:38:16

22       Q.  And do you know what appears on the paper  14:38:22
```

Page 31

1    receipt that is printed out after voters cast their    14:38:27

2    ballot?    14:38:30

3         A.   Yes.   I've seen my own.    14:38:32

4         Q.   Okay.   And what appears on the paper    14:38:34

5    receipt?    14:38:36

6         A.   The votes I've cast.    14:38:38

7         Q.   And is that -- is there a QR code and    14:38:40

8    human readable text?    14:38:46

9              MS. LaROSS:   Object to the form of the    14:38:50

10   question.    14:38:50

11        A.   I'm sorry.   I think you said -- let me    14:38:53

12   know if I heard it wrong.   You said is there a    14:38:56

13   QR code in readable text or and readable text?    14:38:59

14        Q.   I'll clarify.   My question was is there a    14:39:03

15   QR code and human readable text?    14:39:06

16        A.   I believe there are both, if I recall,    14:39:09

17   yes.    14:39:12

18        Q.   Are you aware that when the votes are    14:39:19

19   counted by the machine that scans them they only    14:39:24

20   scan the QR code?    14:39:29

21             MS. LaROSS:   Object to the form of the    14:39:33

22   question.    14:39:34

Page 32

```
 1        A.  I don't know the mechanics behind how    14:39:37
 2   QR codes work.  I just know that I scan them in and 14:39:40
 3   it gets read.                                       14:39:42
 4        Q.  So as a member of the State Election Board 14:39:45
 5   have you discussed how the votes are tabulated?     14:39:49
 6        A.  Let me try and frame that because I find   14:39:59
 7   that broad.  We know how votes get tabulated if     14:40:01
 8   that's what you're asking.                          14:40:09
 9        Q.  Okay.  And so are the -- is the QR portion 14:40:10
10   of the receipt the part that's tabulated or is it   14:40:16
11   the human readable text?                            14:40:20
12           MS. LaROSS:  Object to the form of the      14:40:23
13   question.                                           14:40:23
14        A.  If you're asking for my understanding, I   14:40:29
15   believe it's both.                                  14:40:32
16        Q.  And what is the basis for your             14:40:37
17   understanding?                                      14:40:38
18        A.  From the meeting.                          14:40:40
19        Q.  Which meeting?                             14:40:43
20        A.  Just from the State Election Board         14:40:45
21   meetings -- I'm sorry -- the hearings that we've    14:40:48
22   had where those were discussed.                     14:40:54
```

Page 33

```
 1        Q.  Okay.  So you are not aware that it's only    14:41:04

 2   the QR code that is scanned and tabulated; is that      14:41:08

 3   your testimony?                                         14:41:11

 4        MS. LaROSS:  Object to the form of the             14:41:13

 5   question, lacks foundation.                             14:41:14

 6        A.  I understand that the QR code is read as       14:41:16

 7   part of the way that the machine tabulates.  I          14:41:20

 8   don't know the technology behind how it's read, but     14:41:24

 9   I know that that's what's read.                         14:41:26

10        Q.  Okay.  And are you saying that you believe     14:41:31

11   that the human readable text is also tabulated          14:41:33

12   along with the QR code?                                 14:41:38

13        A.  I think it's the QR code that gets             14:41:39

14   tabulated.                                              14:41:42

15        Q.  Okay.                                          14:41:43

16        A.  But I don't know what "read" means.  Yes,      14:41:44

17   it's the QR code that gets tabulated.  I don't          14:41:48

18   know -- yes.  If that's the word, yes, tabulated.       14:41:51

19   I guess I assume when it gets read, I thought you       14:41:54

20   meant when it gets scanned in, yeah, that it's the      14:41:59

21   QR code.                                                14:42:01

22        Q.  Okay.  Apologies if I was --                   14:42:03
```

Page 34

```
 1       A.  No, no.                                    14:42:04

 2       Q.  So I'll just -- I'll try to clarify again  14:42:05

 3  just so that -- to make sure we're all on the same  14:42:11

 4  page.                                               14:42:14

 5           Is it your understanding that only the     14:42:16

 6  QR code is tabulated, or do you also believe that   14:42:19

 7  the human readable text is also tabulated?          14:42:24

 8       A.  I believe that -- you know, again, these   14:42:36

 9  machines were rolled out as I was coming on board,  14:42:38

10  and I believe that it's the QR code that gets read. 14:42:42

11       Q.  Okay.                                      14:42:47

12           Would you support the use of election      14:43:00

13  equipment that could be hacked in such a way that   14:43:02

14  both the QR codes and human readable text could be  14:43:08

15  altered?                                            14:43:12

16           MS. LaROSS:  I object to the form of the   14:43:14

17  question, it lacks foundation, calls for            14:43:15

18  speculation, and she's not an expert.               14:43:17

19           MS. WIESEBRON:  Counsel, also, didn't we   14:43:19

20  agree that we were going to stipulate to the        14:43:21

21  objections and only do objections to form?          14:43:24

22           MS. LaROSS:  Yeah.  If that's your         14:43:27
```

Page 35

1   understanding, if you don't want to have a chance          14:43:31

2   to cure the question, that's fine.  I'll just stick        14:43:33

3   to the objection as to form if that's how you want         14:43:36

4   to conduct your deposition.                                14:43:39

5           MS. WIESEBRON:  Yeah.  That would be               14:43:40

6   great.  Thank you.                                         14:43:42

7           MS. LaROSS:  Okay.                                 14:43:43

8       A.  I'm sorry.  Can you repeat the question?           14:43:45

9       Q.  Sure.                                              14:43:46

10          Would you support the use of election              14:43:52

11  equipment that could be hacked in such a way that          14:43:54

12  both the QR codes and human readable text could be         14:43:56

13  altered?                                                   14:44:01

14          MS. LaROSS:  Objection as to form.                 14:44:03

15      A.  If you were to have evidence in front of           14:44:08

16  me or if I see evidence that it is, you know, not          14:44:10

17  secure, then no, I would not -- that's a                   14:44:14

18  hypothetical, and under the hypothetical question         14:44:16

19  if I had those facts in front of me, no.                   14:44:19

20      Q.  Okay.                                              14:44:24

21          Do you believe it is important to voters          14:44:32

22  to be able to verify that their ballots accurately        14:44:34

```
 1   reflect their votes?                              14:44:39

 2          MS. LaROSS:  Objection as to form.         14:44:42

 3      A.  Do I believe that it's important that       14:44:44

 4   voters can verify; is that the question?  I'm      14:44:46

 5   sorry.                                             14:44:54

 6      Q.  No problem.  I'll just repeat it.           14:44:54

 7          Do you believe it is important to voters    14:44:57

 8   to be able -- for them to be able to verify that   14:44:58

 9   their ballots accurately reflect their votes?      14:45:02

10          MS. LaROSS:  I have the same objection.     14:45:05

11      A.  Okay.  I think that's the BMD right now     14:45:07

12   that they can verify with the receipt.  So I think 14:45:10

13   the voters have a way to verify their ballot, their 14:45:14

14   votes.                                             14:45:19

15      Q.  Okay.  We'll get to that in a minute, but   14:45:21

16   that doesn't exactly answer my question because -- 14:45:24

17      A.  Okay.  I'm sorry.                           14:45:28

18      Q.  No worries at all.  I was just asking if    14:45:29

19   you believe it is important to voters for them --  14:45:32

20      A.  Yes, I think they should have --            14:45:37

21          MS. LaROSS:  I object to the form.  Excuse  14:45:41

22   me.  Go ahead.                                     14:45:43
```

Page 37

```
 1            THE REPORTER:  Let's let her finish her      14:45:44
 2    questions, please.                                   14:45:45
 3            THE WITNESS:  Okay.  I'm sorry.              14:45:46
 4    BY MS. WIESEBRON:                                    14:45:47
 5        Q.  No worries.  I'll just repeat it again and  14:45:47
 6    then let you answer again.                           14:45:51
 7        A.  Uh-huh.                                      14:45:53
 8        Q.  Thanks for your -- your patience.           14:45:53
 9        A.  Sure.                                        14:45:54
10        Q.  So do you believe it is important to         14:45:55
11    voters for them to be able to verify that their     14:45:57
12    ballots accurately reflect their votes?             14:46:00
13            MS. LaROSS:  Objection to the form.         14:46:05
14        A.  Yes.  I think it's important to voters and  14:46:08
15    it's important -- if that's important to voters,    14:46:12
16    then it's important to me and they've got that now  14:46:15
17    with the BMD.                                        14:46:19
18        Q.  Okay.                                        14:46:20
19            To your knowledge, does the secretary --    14:46:21
20    did the Secretary of State's office commission      14:46:26
21    studies regarding the election systems?             14:46:28
22            MS. LaROSS:  Objection as to form.          14:46:33
```

Page 38

1       A.   No, I don't know that.  I don't have any      14:46:34

2   personal knowledge of that.                            14:46:36

3       Q.   Okay.  Does the Secretary of State share      14:46:38

4   with the State Election Board whether it has           14:46:43

5   commissioned studies concerning Georgia's current      14:46:49

6   election system?                                       14:46:53

7            MS. LaROSS:  Objection as to form.            14:46:54

8       A.   I have not -- I'm not aware.                  14:46:57

9       Q.   Have you read or heard of the study           14:47:00

10  commissioned by the Secretary of State's office        14:47:07

11  regarding the 2020 Georgia elections titled 2021       14:47:10

12  Georgia Voter Verification Study?                      14:47:17

13      A.   Uh-uh.  No, I've not seen it or read it.      14:47:24

14      Q.   Okay.                                         14:47:30

15           As a member of the State Election Board       14:47:31

16  are you interested in knowing the content of           14:47:35

17  studies commissioned by the Secretary of State         14:47:40

18  concerning Georgia elections?                          14:47:43

19           MS. LaROSS:  Objection as to form.            14:47:46

20      A.   I'd be curious to see what it says.           14:47:50

21      Q.   So -- but you're not aware that in 2021       14:47:56

22  the Georgia Secretary of State commissioned a study    14:48:05

Page 39

```
 1   about Georgia voter verification, correct?          14:48:08
 2          MS. LaROSS:  Objection as to form.           14:48:11
 3      A.  I don't -- I'm not -- I'm not aware,          14:48:14
 4   complete blank.  I don't remember anything like      14:48:18
 5   that.                                                14:48:20
 6      Q.  No problem.                                   14:48:21
 7          So are you aware that the study found that   14:48:24
 8   over half of voters reviewed their ballot for less   14:48:28
 9   than a second or not at all?                         14:48:33
10          MS. LaROSS:  Objection as to form.           14:48:36
11      A.  No, I'm not aware.  Again, I've not seen      14:48:38
12   this report.  So I would not be aware of it.         14:48:41
13      Q.  Are you surprised to hear that the study     14:48:45
14   found that over half of voters reviewed their        14:48:50
15   ballot for less than a second or not at all?         14:48:53
16      A.  I don't know if I'm surprised or not          14:48:58
17   surprised.  I think everyone operates differently,   14:48:59
18   and I never really thought about how long I take to  14:49:03
19   look.  So no, I don't -- I'm not surprised either    14:49:05
20   way really.                                          14:49:14
21      Q.  Would it surprise you to know that a          14:49:16
22   significant amount of voters did not review their    14:49:21
```

Page 40

```
 1    ballot at all?                                      14:49:23

 2          MS. LaROSS:  Object to the form.              14:49:28

 3       A.  No.  I don't know if I would be very         14:49:30

 4    surprised or not surprised.  I guess I just kind of 14:49:33

 5    take everyone's way of voting as their way and      14:49:36

 6    never thought about what they should or shouldn't   14:49:38

 7    do with the way they vote.  So no, I'm not          14:49:41

 8    surprised because of that.                          14:49:46

 9       Q.  Are voters -- sorry.                          14:49:50

10       A.  I guess I can speak for myself.  I just      14:49:53

11    have a lot of faith in the way I vote.  So I don't  14:49:56

12    know if I always look over everything that I vote   14:49:59

13    because I just have a lot of faith that, you know,  14:50:01

14    we have a good system and I cast my ballot.  So --  14:50:04

15    but I think everyone has a different way of going   14:50:09

16    about things.  So I never really thought much about 14:50:12

17    how other people may do it, rather how much time    14:50:14

18    they should or shouldn't dedicate to something      14:50:19

19    because I know the way I go about it is sometimes    14:50:22

20    I'll cast my ballot and sometimes I'll take a       14:50:26

21    glance and look at it.                              14:50:28

22       Q.  When you say you have a lot of faith about   14:50:29
```

Page 41

1   how it's done, are you referring to having faith        14:50:32

2   that what you select in the machine corresponds to      14:50:35

3   your voting intentions?                                 14:50:42

4       A.  Yes.                                            14:50:48

5       Q.  Okay.                                           14:50:48

6           With the current election system are            14:50:49

7   voters able to verify that their paper receipt          14:50:52

8   reflects their voter intention as selected on the       14:51:00

9   BMD machine?                                            14:51:05

10          MS. LaROSS:  Objection as to form.              14:51:08

11      A.  By the receipt that they get and scanning       14:51:11

12  it in and the audits that have been conducted, I        14:51:13

13  think there is verification.                            14:51:19

14      Q.  Okay.  But you testified a little bit           14:51:22

15  earlier that only the QR codes are tabulated,           14:51:28

16  right?                                                  14:51:35

17      A.  Yes.                                            14:51:38

18      Q.  And are human voters able to read the           14:51:38

19  QR codes?                                               14:51:46

20          MS. LaROSS:  Object to the form of the          14:51:49

21  question.                                               14:51:50

22      A.  I can't read the QR code, but I also view       14:51:51

Page 42

1   the QR codes as another component of the electronic    14:51:56

2   system that is making my vote possible no more than    14:52:01

3   I trust that the electricity that's coming into my     14:52:06

4   computer is running it the way it's supposed to and    14:52:10

5   it spits out the image and the results that I need.    14:52:12

6   So I view it as part of the tool and the machinery     14:52:16

7   that I've entrusted the entire voting system           14:52:20

8   because, you know, we rely a lot on technology to      14:52:24

9   make it happen.  So -- and it does happen and we       14:52:28

10  know that -- I know for myself I have a lot of         14:52:32

11  faith in that because at the end of the day the        14:52:36

12  audits have proven it and my votes are counted.        14:52:39

13  That's how I view it.                                  14:52:46

14      Q.  Well, so I understand that you have a lot      14:53:00

15  of, you know, faith in the system working, but my      14:53:02

16  question is whether voters are able to verify with     14:53:07

17  certainty that the QR code that is tabulated           14:53:13

18  matches their voting intent?                           14:53:20

19      MS. LaROSS:  Objection as to form.                 14:53:25

20      A.  I believe that it correlates.  I'm not         14:53:29

21  quite sure how to answer the question.  Maybe you      14:53:31

22  can help me by clarifying it.  Are you -- yeah.        14:53:35

Page 43

```
 1   Can you clarify for me?                         14:53:41

 2        Q.  Sure.                                  14:53:44

 3            So if there's a paper ballot and you fill   14:53:53

 4   it in --                                        14:53:56

 5        A.  Uh-huh.                                14:53:59

 6        Q.  -- then you can look at the paper      14:53:59

 7   ballot --                                       14:54:01

 8        A.  Uh-huh.                                14:54:02

 9        Q.  -- and you can see whether you, you know,   14:54:02

10   filled in the bubble for the proper candidate,  14:54:07

11   right?                                          14:54:11

12        A.  Uh-huh.                                14:54:11

13        Q.  And then that actual paper ballot would be   14:54:12

14   tabulated.  There's no other, you know, paper   14:54:16

15   that's going to be tabulated instead of that paper   14:54:20

16   ballot.                                         14:54:24

17        A.  Uh-huh.                                14:54:26

18        Q.  Right?                                 14:54:26

19        A.  Uh-huh.                                14:54:27

20        Q.  So there's some certainty in knowing that   14:54:27

21   what you fill in to that paper matches what's going   14:54:33

22   to be tabulated?                                14:54:37
```

```
                                                    Page 44
  1            MS. LaROSS:  Objection as to form.     14:54:40
  2            MS. WIESEBRON:  Do you follow that?     14:54:41
  3       A.  I follow that.                           14:54:42
  4       Q.  Okay.                                    14:54:45
  5            So now if we go back to the machines, you  14:54:47
  6   testified earlier that when a voter casts their  14:54:50
  7   ballot on the machine, they obtain a receipt with a  14:54:55
  8   QR code, right?                                  14:55:00
  9       A.  Uh-huh.                                  14:55:01
 10            MS. LaROSS:  I object to the form of the  14:55:03
 11   question.                                        14:55:04
 12       Q.  And that QR code is going to get         14:55:04
 13   tabulated, right?                                14:55:08
 14       A.  Uh-huh.                                  14:55:11
 15       Q.  But you also testified that the QR code  14:55:16
 16   cannot be read --                                14:55:20
 17       A.  Uh-huh.                                  14:55:25
 18       Q.  -- by voters, right?                     14:55:25
 19            MS. LaROSS:  Object to the form.        14:55:27
 20            MS. WIESEBRON:  So my question is from  14:55:29
 21   what you understand of BMD machines, is there a way  14:55:36
 22   that voters can be certain that their ballots, you  14:55:38
```

Page 45

1    know, as intended to vote on the machines          14:55:48

2    corresponds to the QR code that's tabulated?       14:55:51

3        MS. LaROSS:  Objection as to form.             14:55:56

4    A.  I believe it's as certain as one can get       14:56:00

5    with the QR code, and you're comparing two         14:56:08

6    different processes in the hypothetical where if   14:56:12

7    you fill a sheet of paper out and, you know, you   14:56:15

8    didn't fill one out and then there's, you know, a  14:56:21

9    mark on this side to tabulate, that's a very       14:56:23

10   different process.  When you use electronic you    14:56:26

11   have to take into account -- I have to take into   14:56:29

12   account the electronic process.                    14:56:31

13        If I write a letter by hand versus an         14:56:33

14   e-mail, they're two different processes.  So I have 14:56:35

15   to consider the two different processes.  Are they 14:56:38

16   both equally -- do I have faith in both, yes, but  14:56:40

17   that doesn't mean that one because I'm doing it     14:56:44

18   electronically I have less faith in it than the    14:56:51

19   other.                                             14:56:54

20   Q.  Understood.                                    14:56:56

21        I guess I'm trying to get at something        14:56:59

22   that's more than faith, but actual like factual    14:57:01

```
                                                     Page 46
 1   certainty.                                      14:57:08

 2       A.  Okay.                                   14:57:08

 3       Q.  So my question is whether there can be  14:57:12

 4   certainty.  So not just faith, but --           14:57:16

 5       A.  Yes, and I believe -- I'm sorry.        14:57:19

 6           MS. LaROSS:  I have an objection as to  14:57:22

 7   form, but -- sorry.  I'm so sorry.  Finish your 14:57:23

 8   question.                                       14:57:27

 9           THE WITNESS:  Yes, please.  I'm sorry too. 14:57:30

10           THE REPORTER:  We've got to go one at a 14:57:33

11   time, ladies.                                   14:57:34

12       Q.  Everyone's excited to get their answer and 14:57:36

13   objection in.  Understood.  I'll repeat it.     14:57:39

14           So putting faith aside, can -- are voters 14:57:44

15   able to verify with certainty looking at the    14:57:50

16   QR code that their ballot as cast on the machine 14:57:55

17   accurately reflects the voter selection?        14:58:04

18           MS. LaROSS:  Objection as to form.      14:58:07

19       A.  I think what I'm understanding your     14:58:11

20   question is is the QR code readable as in text; is 14:58:13

21   that correct?                                   14:58:18

22       Q.  I think that is definitely a big        14:58:22
```

Page 47

1    component.                                          14:58:26

2         A.   Okay.  So I believe that the votes are    14:58:28

3    accurately captured, but if you're asking me if     14:58:31

4    that box of QR code is readable text to the human    14:58:34

5    language, then it's not a readable text.            14:58:40

6         Q.   Okay.                                      14:58:45

7              Would it give you more comfort or          14:58:47

8    certainty if the part of the receipt that was        14:58:51

9    tabulated was not the QR code but was actually       14:58:54

10   human readable text?                                 14:59:00

11             MS. LaROSS:  Objection as to form.         14:59:03

12        A.   The first half of your sentence, please,   14:59:06

13   was does it make me feel more comfortable, was that  14:59:08

14   the question?  I'm sorry.                            14:59:13

15        Q.   Yeah.  More comfortable if the part of the 14:59:13

16   receipt that was tabulated was human readable text   14:59:16

17   instead of a QR code.                                14:59:24

18        A.   I feel comfortable as it is.               14:59:27

19        Q.   Okay.  So you would --                     14:59:31

20        A.   I would feel comfortable either way,       14:59:34

21   QR code or text.                                     14:59:37

22        Q.   You would not feel more comfortable if you 14:59:39

Page 48

```
 1   could actually read your voting selection and have    14:59:42

 2   that printed human text readable voting selection     14:59:49

 3   be counted?                                           14:59:57

 4        MS. LaROSS:  Objection as to form and this      14:59:59

 5   has been asked and answered.                          15:00:01

 6        A.  I feel comfortable either way.              15:00:03

 7        Q.  Okay.  And what is your basis for not       15:00:09

 8   having a preference between either the QR code or     15:00:12

 9   the human readable text?                              15:00:17

10        A.  Because, again, I believe technology works 15:00:22

11   as it should.  I believe that when I send my          15:00:27

12   e-mail, for example, across the wires it gets         15:00:31

13   converted.  It doesn't -- if I write a word that      15:00:34

14   word is not carried through the live wires to your    15:00:38

15   in box.  It gets transposed in its way -- and I       15:00:44

16   don't know the technology behind it, but it gets      15:00:48

17   transposed and it gets carried in its own way and     15:00:51

18   it comes back out the way it should to accurately     15:00:54

19   reflect in this case my vote, and because of that     15:00:57

20   it is a part of technology, it's a part of our        15:01:03

21   existence, and because it works I don't have a        15:01:07

22   preference.  I believe it works as it should.         15:01:09
```

Q. Understood. 15:01:16

So with your example of e-mail, are you -- if you write down a note for a friend and pass it to them in person, do you have the same confidence that that note arrived at that person than if you e-mailed them? 15:01:20 15:01:25 15:01:30 15:01:33 15:01:38

MS. LaROSS: Object as to form. 15:01:40

A. Yes. The same way I have faith that if I cast my ballot it gets converted to a QR code, it will spit back out and get tabulated as it should. 15:01:45 15:01:54 15:01:57

Q. And you don't want something more than faith to be the basis of knowing that your vote is counted? 15:02:01 15:02:03 15:02:10

MS. LaROSS: I object to the form of the question. 15:02:11 15:02:12

A. I have -- I use the word faith, but it's confidence. 15:02:17 15:02:21

Q. Got it. 15:02:22

What is the basis of your confidence? 15:02:27

MS. LaROSS: I object to the form of the question. 15:02:30 15:02:32

A. I feel like -- without sounding like I 15:02:33

Page 50

1    don't want to answer the question, which I do, but      15:02:38

2    I just feel like this is the same thing I've tried      15:02:40

3    to say in a number of different answers, which is,      15:02:43

4    you know, the technology works as it should.            15:02:48

5         Q.  All right.  You testified that you did not    15:02:56

6    know how the machines were programmed, correct?         15:03:00

7              MS. LaROSS:  I object to the form of the      15:03:05

8    question.                                               15:03:08

9         A.  I'm not an IT person, I'm not a               15:03:08

10   programmer, that's correct.                             15:03:11

11        Q.  Okay.  And you testified that you did not     15:03:15

12   know how the BMD's were updated, correct?               15:03:17

13        A.  That's correct.                                15:03:22

14        Q.  And I believe you testified you do not --      15:03:26

15   you do not know whether removable media could be        15:03:28

16   inserted into BMD machines, correct?                    15:03:33

17             MS. LaROSS:  I object to the form of the      15:03:37

18   question.                                               15:03:39

19        A.  Correct.                                       15:03:39

20        Q.  And you testified that you did not inspect    15:03:44

21   a BMD machine, correct?                                 15:03:49

22        A.  Not upfront and close, no.                     15:03:54

```
                                                        Page 51
 1         Q.  Do you know whether the State Election    15:03:58

 2    Board has commissioned a security expert to examine 15:04:03

 3    a BMD machine?                                      15:04:08

 4         A.  I do not know.                             15:04:11

 5         Q.  Is that something you ever discussed with  15:04:16

 6    other State Election Board members?                 15:04:18

 7         A.  I've not discussed that with other State   15:04:23

 8    Election Board members, no.                         15:04:25

 9         Q.  Do you know whether the BMD machines can   15:04:28

10    be infiltrated by malware?                          15:04:35

11         MS. LaROSS:  Objection as to form.             15:04:37

12         A.  I think that that is a question for the IT 15:04:39

13    team, the security team, the people who run these   15:04:42

14    machines from an IT specialist standpoint.          15:04:47

15         Q.  Understood.                                15:04:52

16         A.  I myself do not know how those things are  15:04:53

17    done.                                               15:04:57

18         Q.  Okay.  I guess I'm trying to ask as a      15:04:58

19    member of the State Election Board whether you know 15:05:00

20    if these machines can be infiltrated by malware?    15:05:07

21         MS. LaROSS:  Objection as to form.             15:05:12

22         A.  I'm not aware that they're infiltrated by  15:05:17
```

Page 52

```
1   malware.                                             15:05:23

2        Q.  Right.  I'm just -- I'm asking if you're    15:05:24

3   aware if they can be infiltrated by malware?         15:05:27

4        A.  I guess in the world -- the universe of     15:05:32

5   technology is anything possible, I'm sure that's     15:05:35

6   amongst the possibilities, but I'm not aware that    15:05:39

7   our machines have been infiltrated.                  15:05:41

8        Q.  Right.                                       15:05:51

9            Do you know whether the BMD machines can    15:05:52

10  be connected to the Internet?                        15:05:56

11       A.  Can they be?  They're not.  As far as I     15:06:00

12  know when you're voting, those machines are not      15:06:04

13  connected to the Internet.  Can they be in the       15:06:11

14  universe of possibilities?  I don't -- I don't       15:06:13

15  think they are, but I don't know how they're -- if   15:06:17

16  someone can make them connected, but when you're     15:06:20

17  voting, no, they're not.                             15:06:23

18       Q.  Do you know whether they're connected to    15:06:29

19  the Internet when they are updated?                  15:06:33

20       A.  I'm not aware how they actually go through  15:06:37

21  the mechanics of behind the scenes.  I know we have  15:06:39

22  elections officials who handle that and there are    15:06:46
```

Page 53

```
 1  security protocols that they go through.  I have    15:06:49

 2  not gone through one myself.                         15:06:52

 3          THE REPORTER:  Tamara, are we at a good      15:06:57

 4  spot for a break?                                    15:06:58

 5          MS. WIESEBRON:  Sure.  No problem.           15:07:00

 6          THE VIDEOGRAPHER:  We're going off the       15:07:02

 7  record.  The time is 3:07 p.m.                       15:07:03

 8                  (A short break was had.)             15:17:51

 9          THE VIDEOGRAPHER:  We're back on the         15:19:11

10  record.  The time is 3:19 p.m.                       15:19:12

11  BY MS. WIESEBRON:                                    15:19:22

12      Q.  Are you aware that both parties in this      15:19:22

13  litigation have hired experts?                       15:19:25

14      A.  No, I'm not aware.                           15:19:30

15      Q.  Are you aware that Curling Plaintiffs        15:19:35

16  hired Dr. Alex Halderman as an expert?               15:19:39

17      A.  No, I'm not.                                 15:19:43

18      Q.  Are you aware that Dr. Halderman has         15:19:46

19  examined Georgia's voting equipment?                 15:19:51

20      A.  No, I'm not.                                 15:19:53

21      Q.  Are you aware that he found Georgia's        15:19:56

22  voting equipment can be hacked in numerous ways?     15:19:59
```

```
                                                     Page 54
 1            MS. LaROSS:  Objection as to form.        15:20:03
 2       A.  No, I'm not aware.                          15:20:04
 3       Q.  Are you aware that he found that at least   15:20:08
 4   one of those hacks can be implemented by a voter in 15:20:11
 5   the voting booth in a couple of minutes?            15:20:14
 6            MS. LaROSS:  Objection as to form.        15:20:17
 7       A.  No, I'm not aware.                          15:20:19
 8       Q.  Are you aware that the election security    15:20:23
 9   expert the State retained to respond to             15:20:26
10   Dr. Halderman's report testified under oath that he 15:20:30
11   does not dispute Dr. Halderman's findings that the  15:20:35
12   equipment can be hacked?                            15:20:39
13            MS. LaROSS:  Objection as to form.        15:20:42
14       A.  I'm not aware.                              15:20:44
15       Q.  Are you aware that the election security    15:20:48
16   expert the State retained to respond to             15:20:50
17   Dr. Halderman's report testified to the following   15:20:56
18   under oath:  "In fact, if I was asked a question we  15:21:00
19   need to have someone evaluate the security of it to 15:21:06
20   find vulnerabilities, at the top of my list would   15:21:10
21   be Andrea Powell and Dr. Halderman.  That's where I 15:21:15
22   would start."                                       15:21:19
```

                                                        Page 55

1              MS. LaROSS:  Objection as to form.      15:21:21

2         A.  I'm not aware.                           15:21:25

3         Q.  Are you aware that the State has admitted 15:21:28

4    that it has taken no measures to address the many 15:21:30

5    findings Dr. Halderman found with Georgia's voting 15:21:33

6    equipment?                                        15:21:36

7              MS. LaROSS:  Objection as to form.      15:21:37

8         A.  I'm not aware.                           15:21:42

9         Q.  Does that affect your confidence in      15:21:44

10   Georgia's voting equipment?                       15:21:46

11             MS. LaROSS:  Objection as to form.      15:21:48

12        A.  I think I need to know more about it.  In 15:21:51

13   these questions format it's hard to say without   15:21:57

14   knowing the substantive and reviewing it and      15:21:59

15   understanding it as a deeper level.               15:22:02

16        Q.  So just to summarize, does the fact that a 15:22:07

17   top security expert, which has been admitted to be 15:22:13

18   a top security expert by the State's own security 15:22:18

19   expert, has found many vulnerabilities in Georgia's 15:22:23

20   voting system, including the fact that it can be  15:22:30

21   hacked by a voter in a voting booth in less than a 15:22:35

22   few minutes, does that affect your confidence in  15:22:42

Page 56

```
 1   Georgia's voting system?                          15:22:46

 2         MS. LaROSS:  I object to the form of the     15:22:48

 3   question.                                          15:22:51

 4      A.  I think in fairness if I could, you         15:22:51

 5   know -- if there were an opportunity to look at it, 15:22:55

 6   study and understand it for myself how it was all  15:22:57

 7   written and presented and tested, then I think I   15:23:01

 8   would look at it from this lens, but in a Q and A  15:23:05

 9   form of this format, you know, I don't know        15:23:11

10   anything about it like I mentioned.  And so it's   15:23:13

11   hard to formulate an opinion without knowing more. 15:23:16

12      Q.  Understood.                                 15:23:20

13         Have you asked to see the expert's report    15:23:26

14   in this case?                                      15:23:31

15         MS. LaROSS:  Objection as to form.           15:23:32

16      A.  I didn't know about it to ask, no.          15:23:33

17      Q.  Okay.                                       15:23:36

18         Are you aware that we, Curling Plaintiffs,   15:23:39

19   have asked the Secretary of State's office's       15:23:43

20   attorneys to provide a proposal to allow the       15:23:48

21   Secretary of State and the State Election Board to 15:23:51

22   access some or all of Mr. Halderman's sealed       15:23:55
```

Page 57

1   report?                                              15:23:58

2          MS. LaROSS:  Objection as to form.           15:23:59

3      A.  I'm not aware.                                15:24:01

4      Q.  Okay.  But if the report was made            15:24:04

5   accessible, you'd like to read it, right?           15:24:08

6          MS. LaROSS:  Objection as to form.           15:24:11

7      A.  If it were made available, I would read      15:24:13

8   it.                                                  15:24:16

9      Q.  And after this deposition concludes,         15:24:20

10  perhaps not immediately after, but in the near      15:24:25

11  future are you going to ask to read Mr. Halderman's 15:24:27

12  report?                                              15:24:31

13         MS. LaROSS:  Objection as to form.           15:24:32

14     A.  You mentioned in a question or two ago       15:24:35

15  that it was sealed.  And so I would allow the       15:24:38

16  Secretary of State's office the time it needs to do 15:24:42

17  what it needs to do, but if it's unsealed and made  15:24:44

18  available, I would read it.                          15:24:48

19     Q.  Okay.  And would you express to the          15:24:53

20  Secretary of State your interest in reading it?     15:24:56

21         MS. LaROSS:  Objection as to form.           15:24:59

22     A.  I mentioned that if it's made available I    15:25:01

Page 58

1    would read it.                                    15:25:03

2        Q.  Are you concerned at all sitting here     15:25:10

3    today that there's been a report made by a top    15:25:13

4    security expert about the vulnerabilities to      15:25:17

5    Georgia's voting equipment and you have not been  15:25:21

6    made aware of the existence of this report?       15:25:25

7            MS. LaROSS:  Objection as to form.        15:25:28

8        A.  Let me rephrase my answer.  I would like  15:25:32

9    to read it if it's made available.  I'm only      15:25:34

10   knowing about it now and the fact that it's sealed 15:25:38

11   as you mentioned, if it were made available, I     15:25:42

12   would like to read it, yes.                        15:25:45

13       Q.  Okay.                                      15:25:49

14           I guess my question is like a little bit   15:25:57

15   different.  So I'll just try to rephrase it.       15:25:59

16       A.  Okay.                                      15:26:03

17       Q.  Sitting here today as a member of the      15:26:06

18   State Election Board, you know, who's been given   15:26:09

19   the responsibility to promulgate rules, regulations 15:26:11

20   about elections in Georgia, are you concerned about 15:26:17

21   the fact that there has been a report made that    15:26:23

22   discusses vulnerabilities to election -- to        15:26:27

Page 59

```
 1   Georgia's election system that if we had not been    15:26:31

 2   sitting here today perhaps you would not even know    15:26:35

 3   the existence of?                                     15:26:38

 4           MS. LaROSS:   Objection to the form of the    15:26:41

 5   question.                                             15:26:42

 6       A.  So I will mention again I would like to       15:26:43

 7   read it.                                              15:26:45

 8       Q.  Okay.                                         15:26:48

 9           So are you aware of audits being conducted    15:27:11

10   concerning Georgia's elections?                       15:27:17

11       A.  To the extent they're in the newspapers.      15:27:22

12       Q.  Okay.  In your role as a member of the        15:27:27

13   State Election Board do you have any role in           15:27:30

14   deciding whether election audits should take place?   15:27:42

15       A.  No.  We have not -- no.                        15:27:48

16       Q.  And are you -- as a member of the State       15:27:54

17   Election Board are audit results shared with you?     15:27:58

18       A.  I've not had an audit result shared with      15:28:03

19   me as a State Election Board member.  I -- you        15:28:05

20   know, the audits are, as I mentioned, what I hear     15:28:10

21   in the papers.                                        15:28:15

22       Q.  So do you not discuss election audits with   15:28:18
```

Page 60

```
 1    the Secretary of State?                              15:28:22

 2           MS. LaROSS:  Objection as to form.            15:28:24

 3       A.  My discussions with elections have been on    15:28:26

 4    record at these meetings.                            15:28:29

 5       Q.  Okay.  And do audits come up as a topic of    15:28:34

 6    meetings?                                            15:28:43

 7       A.  The elections audits as they're conducted     15:28:47

 8    and as reported in the newspapers, is that what      15:28:51

 9    you're asking?                                       15:28:53

10       Q.  Sure.  Or if there are any other type of      15:28:54

11    audits that are performed concern- -- concerning     15:28:57

12    Georgia elections.                                   15:29:00

13       A.  If you're -- I mean, that's a very broad      15:29:02

14    question because there are verification audits that  15:29:06

15    the code has for the County election officials to    15:29:09

16    conduct.  So to that extent they're handled as a     15:29:11

17    routine matter, but if you're talking about          15:29:16

18    election audits, I only know about them in the       15:29:18

19    newspapers.                                          15:29:23

20       Q.  Okay.  So can you explain what you mean        15:29:24

21    when you're referring to verification audits?        15:29:25

22       A.  Oh, like system audits before an election.    15:29:27
```

Page 61

```
 1    It's in the code.                                  15:29:31

 2        Q.  Okay.                                      15:29:33

 3        A.  Yeah.                                      15:29:34

 4        Q.  And then when you're saying -- when I'm    15:29:34

 5    referring to audits perhaps you're understanding  15:29:37

 6    recount audits?                                    15:29:41

 7        A.  Yes, I'm assuming --                       15:29:44

 8            MS. LaROSS:  Objection as to form.         15:29:45

 9            THE WITNESS:  I'm sorry.  I -- the word    15:29:45

10    audit is broad.  So I thought that's what you      15:29:48

11    meant.  I probably shouldn't assume that.          15:29:51

12        Q.  No, that is correct, and you're --         15:29:54

13        A.  Okay.                                      15:29:56

14        Q.  -- also correct that the word is very      15:29:56

15    broad.  So apologies for not clarifying earlier.   15:29:57

16        A.  No worries.                                15:30:01

17        Q.  Okay.  So do you find -- so now when I'm   15:30:07

18    going to talk about audits, I'm going to talk about 15:30:10

19    it -- recount audits.                              15:30:13

20        A.  Okay.                                      15:30:15

21        Q.  Do you find audits to be important?        15:30:15

22            MS. LaROSS:  Sorry.  I didn't hear your    15:30:20
```

Page 62

```
 1   whole question, Tamara.  What was your last          15:30:21
 2   question?                                            15:30:24
 3          MS. WIESEBRON:  Sure.  I'm actually going     15:30:25
 4   to add another couple words after that.  So I'll     15:30:26
 5   just rephrase the entire question.                   15:30:30
 6          Do you find that audits are important to      15:30:37
 7   verify election results?                             15:30:39
 8          MS. LaROSS:  Objection as to form.            15:30:44
 9      A.  I find audits a tool that can be used when    15:30:47
10   necessary or when desired or when appropriate.  I    15:30:52
11   don't know if I -- I don't believe that every        15:31:00
12   election every time requires an audit.  It's when    15:31:01
13   it's appropriate.                                    15:31:08
14      Q.  Okay.  Do you know how audits work for        15:31:12
15   votes that were casting using a BMD?                  15:31:15
16      A.  I have only a general knowledge, but I        15:31:21
17   don't conduct audits.                                15:31:23
18      Q.  What is your general knowledge?               15:31:26
19      A.  My understanding is the machines would --     15:31:30
20   they would run through the tabulations again and     15:31:34
21   compare the numbers, but I don't conduct them and    15:31:37
22   I'm not in these systems -- I'm not trained to use   15:31:44
```

Page 63

```
 1   these systems in this way.  So I can only answer      15:31:47

 2   from a very high-level knowledge.                      15:31:50

 3        Q.  Okay.  So from your understanding the         15:31:59

 4   machine would run through the tabulations again,       15:32:06

 5   you say compare the numbers.  What numbers are they    15:32:09

 6   comparing?                                             15:32:12

 7        A.  I guess the -- the final counts.              15:32:16

 8        Q.  The final counts of what?                     15:32:21

 9        A.  The elections, the votes.                     15:32:23

10        Q.  What -- I guess the difficulty here is        15:32:31

11   that, you know, as we discussed earlier, the paper     15:32:35

12   receipts have both a QR code and the human readable    15:32:39

13   text, correct?                                         15:32:44

14        A.  Uh-huh.  Yes.                                 15:32:45

15        Q.  And the QR code reflects what the voter       15:32:47

16   voted as recorded by the machine, correct?             15:32:54

17        A.  Yes.                                          15:33:01

18        Q.  Okay.  So my question is when you're          15:33:01

19   saying that, you know, they're counting and they're    15:33:04

20   comparing the numbers, what exactly are they --        15:33:09

21   which numbers are they comparing to?  Are they         15:33:13

22   comparing the QR codes or are they comparing the       15:33:16
```

Page 64

```
 1   human readable text?                              15:33:20

 2         MS. LaROSS:  Objection as to form.          15:33:24

 3      A.   Again, I've not been trained to handle an 15:33:25

 4   audit through these machines.  So I don't know the 15:33:27

 5   technicalities, but it's my understanding that the 15:33:31

 6   tallies of the votes are re- -- they run it through 15:33:35

 7   and compare the counts against the process and they 15:33:39

 8   count it again, and if the numbers match up, then  15:33:46

 9   that's a verification.                             15:33:50

10      Q.   Okay.  I guess I'm just trying to         15:33:51

11   understand which numbers exactly we're talking     15:33:53

12   about.                                             15:33:56

13      A.   Okay.                                      15:33:56

14      Q.   There's a lot of -- you know, a lot of     15:34:00

15   different things that could be counted, right?     15:34:02

16      A.   Uh-huh.                                    15:34:05

17      Q.   So do you know whether the individual      15:34:05

18   paper ballots with human readable text are compared 15:34:16

19   to individual votes casted by using a machine?     15:34:20

20         MS. LaROSS:  Objection as to form.          15:34:27

21      A.   I've not gone through an audit.  I don't   15:34:29

22   know the exact procedures of how that's all carried 15:34:32
```

Page 65

```
 1   out through these new machines.                    15:34:37
 2       Q.  Okay.  So has the State Election Board     15:34:41
 3   discussed at all procedures or rules applying to   15:34:45
 4   how audits should be conducted?                    15:34:52
 5       A.  I don't recall a specific -- I believe we  15:35:00
 6   discussed it and if we have it's on record, but in 15:35:06
 7   terms of, you know, the actual pieces of paper to  15:35:09
 8   the BMD's, I don't recall that specific.  But it   15:35:15
 9   would all be on record.  If you can show me a rule,15:35:19
10   I could -- it could jog my memory.                 15:35:24
11       Q.  Okay.  Well, why don't we -- I can share   15:35:29
12   an exhibit and maybe that will jog your memory.    15:35:33
13       A.  Yeah.  Thank you.                          15:35:36
14       Q.  No problem.  So if you give me a moment,   15:35:39
15   I'm going to -- and this is going to appear in the 15:35:43
16   marked exhibit folder.                             15:35:47
17       A.  Okay.                                      15:35:49
18       Q.  So let me just introduce an exhibit.      15:35:52
19           MS. LaROSS:  And Ahn, you'll have to       15:36:00
20   refresh your screen once Tamara --                 15:36:02
21           THE WITNESS:  Yeah, he did say that,       15:36:04
22   didn't he.                                         15:36:05
```

Page 66

```
 1          MS. LaROSS:  Have you posted it, Tamara?   15:36:06
 2          MS. WIESEBRON:  No.  Two seconds and      15:36:08
 3   then --                                          15:36:09
 4          MS. LaROSS:  Sorry.                        15:36:10
 5          MS. WIESEBRON:  No worries at all.  I     15:36:10
 6   will -- okay.  I'm clicking right now.  It says   15:36:13
 7   distributing file complete.  So now it should    15:36:20
 8   appear.                                           15:36:21
 9   BY MS. WIESEBRON:                                 15:36:30
10      Q.  And let me know when you see it.          15:36:30
11      A.  Should I refresh to see it?               15:36:32
12          MS. LaROSS:  Yes.  Hit your refresh       15:36:33
13   button.                                           15:36:35
14          THE WITNESS:  I just don't want to hit    15:36:40
15   something that I may lose you.                    15:36:41
16          THE REPORTER:  If you hit F5 it will      15:36:48
17   refresh --                                        15:36:50
18          THE WITNESS:  Okay.                        15:36:50
19          THE REPORTER:  -- the platform.           15:36:50
20          THE WITNESS:  All right.  That's good     15:36:52
21   advice.  Thank you.  Let me try that.            15:36:52
22          THE REPORTER:  Make sure that you like    15:37:08
```

```
                                                        Page 67
 1    click on the empty screen, that you're not on the    15:37:09

 2    Zoom screen.                                         15:37:12

 3             THE WITNESS:  Okay.  Yeah.  Let me bring    15:37:13

 4    you back up because I just -- let me minimize this   15:37:14

 5    screen.  I think I see you here.  One second,        15:37:16

 6    please, while I play with my screens.                15:37:19

 7             MS. WIESEBRON:  No worries.                 15:37:22

 8             THE WITNESS:  Okay.  All right.  Can I      15:37:24

 9    click it now?                                        15:37:25

10             MS. WIESEBRON:  Uh-huh.                     15:37:27

11             MS. LaROSS:  Yes.  I'm showing it on my     15:37:28

12    screen as well if that helps.                        15:37:31

13             THE WITNESS:  Okay.  Yeah.                  15:37:34

14                    (Le Exhibit 1 was marked for         15:37:34

15                      identification.)                   15:37:34

16    BY MS. WIESEBRON:                                    15:37:39

17        Q.  So this was -- these were minutes of a       15:37:39

18    State Election Board meeting that we downloaded      15:37:42

19    from the State Election Board Website.               15:37:45

20        A.  Uh-huh.                                      15:37:48

21        Q.  Do you recognize this document?             15:37:50

22        A.  This is from which meeting?  Sorry.          15:37:53
```

Page 68

```
 1      Q.  It says Friday, February 28th, 2020.    15:37:56

 2      A.  Yes.                                     15:38:00

 3      Q.  Do you see that under "Board members     15:38:05

 4  present" there's your name?                      15:38:08

 5      A.  Yes.                                     15:38:18

 6      Q.  Okay.                                    15:38:19

 7      A.  Yes.                                     15:38:20

 8      Q.  Does this refresh your recollection of   15:38:20

 9  whether you attended a State Election Board meeting  15:38:24

10  on February 28, 2020?                            15:38:27

11      A.  Yes.  That I attended, yes.              15:38:31

12      Q.  Okay.                                    15:38:34

13          So if we scroll -- so first if we scroll  15:38:37

14  to the second page, there's a "Presentation of   15:38:42

15  rules petition" under Roman numeral 4.           15:38:47

16      A.  Uh-huh.                                  15:38:50

17      Q.  We'll come back to that in a little bit,  15:38:50

18  but first --                                     15:38:53

19      A.  Okay.                                    15:38:54

20      Q.  Well, actually, we can look at it now.  Do  15:38:55

21  you see under "Proposed rule 6" all the way at the  15:38:58

22  bottom of the page there's --                    15:39:03
```

Page 69

```
 1       A.   "Method of recounts"?                      15:39:11

 2       Q.   Yep.  Exactly.  Do you see that?           15:39:16

 3       A.   Yes.                                       15:39:17

 4       Q.   Okay.  Does that refresh your recollection 15:39:17

 5  at all whether you discussed a proposed rule about   15:39:19

 6  methods of recounts?                                 15:39:21

 7       A.   I was at this meeting, but the details of  15:39:25

 8  it I need a little help on if you don't mind.        15:39:27

 9       Q.   Okay.                                      15:39:33

10       A.   Are there -- honestly, it's a year and a   15:39:34

11  half ago with a lot of details in between that have  15:39:42

12  come up.  If you could help me refresh my memory,    15:39:46

13  that would be good.                                  15:39:50

14       Q.   Sure.  Well, the only other information we 15:39:50

15  have from these meeting minutes is if you go to      15:39:54

16  page 4 --                                            15:39:58

17       A.   4.  I lost count.  Page 1.  Okay.  I'm on  15:40:02

18  4 I think.                                           15:40:06

19       Q.   Okay.  And then in the middle of the page  15:40:07

20  there's Rule 183-1-15-.03 --                         15:40:11

21       A.   Uh-huh.                                    15:40:17

22       Q.   -- "Optical scan recount procedure"; do    15:40:17
```

Page 70

```
 1   you see that?                                        15:40:22

 2        A.   Uh-huh.                                    15:40:24

 3        Q.   Does that refresh your recollect- --       15:40:28

 4   recollection as to whether you discussed recount     15:40:29

 5   procedures?                                           15:40:33

 6        A.   I recall some debate back then, but        15:40:37

 7   it's -- yeah.  Honestly, I don't remember the        15:40:40

 8   specifics of what went back and forth.               15:40:43

 9        Q.   Okay.                                       15:40:51

10        A.   I'm sorry.                                  15:40:54

11        Q.   No worries.                                 15:40:56

12        A.   It's been a while.                          15:40:57

13        Q.   Understood.                                 15:40:58

14             Okay.  We'll come back to this in a little  15:41:16

15   bit, but -- so it's your testimony that you are not   15:41:21

16   exactly sure how audits are performed to verify       15:41:28

17   elections; is that right?                             15:41:36

18             MS. LaROSS:  Objection as to form.          15:41:38

19        A.   I think I need a little refresh on this.    15:41:41

20   If I look at the rule I can, but rote memorization,   15:41:45

21   I don't have it off the top of my head.  I'm sorry.   15:41:54

22        Q.   Okay.  No problem.                          15:41:57
```

Page 71

1          And have you participated in any audits in    15:42:00

2    any way?                                              15:42:02

3        A.  No, I've not.  It -- you know, not having    15:42:03

4    carried it out it's hard to just memorize it off     15:42:08

5    the top of your head to say these are the, you       15:42:12

6    know, things that are done.  And so no, I don't --   15:42:14

7    I've not participated in one, and I can't recall     15:42:17

8    the exact verbiage off the top from rote             15:42:18

9    memorization.  I'm sorry.                            15:42:27

10       Q.  No problem.                                  15:42:28

11          So from your understanding and what you       15:42:29

12   can recall from audits, if a machine -- a BMD        15:42:32

13   machine was tampered with such that the QR code      15:42:40

14   does not accurately reflect the voter's intention,   15:42:44

15   would an audit be able to pick up on that?           15:42:51

16          MS. LaROSS:  Objection as to form.            15:42:54

17       A.  If it were tampered would the audit be       15:42:58

18   able to pick up on that?  I believe that's more of   15:43:01

19   a technology question.  I don't know I can answer    15:43:05

20   that question.  I don't think -- I can't answer      15:43:09

21   that question because it would require some          15:43:12

22   technical knowledge of how the technology works to   15:43:14

Page 72

1    pick up a tampering.                                  15:43:16

2        Q.  Yeah.  I guess do you know whether the       15:43:23

3    audits tabulate or recount one by one the votes as   15:43:31

4    casted in the machine compared to the human          15:43:46

5    readable text?                                       15:43:51

6            MS. LaROSS:  Objection as to form.           15:43:54

7        A.  I don't know the technology behind how the   15:43:56

8    machine does that.                                   15:44:00

9        Q.  Okay.  But you're not aware that for an      15:44:02

10   audit we verify one -- we compare the vote as        15:44:08

11   casted on the machine to the individual paper        15:44:17

12   receipt?                                             15:44:21

13           MS. LaROSS:  Objection as to form.           15:44:23

14       A.  Again, I don't know how the machine does     15:44:24

15   that technology-wise.                                15:44:27

16       Q.  Okay.  The purpose of an audit is to         15:44:32

17   verify that the votes have been accurately counted;  15:44:45

18   would you agree?                                     15:44:50

19       A.  Yes.                                         15:44:56

20       Q.  Okay.  And so you would want an audit to     15:44:56

21   be able to ensure that the votes actually represent  15:45:01

22   each and every voters' intention, right?             15:45:07

Page 73

```
 1            MS. LaROSS:  Objection as to form.       15:45:11
 2       A.  I would want it to; is that what the      15:45:15
 3   question is?  You say I would want it to reflect? 15:45:17
 4       Q.  You would want the audit to ensure that   15:45:21
 5   each vote as tabulated reflects the voter's       15:45:25
 6   intention, right?                                 15:45:33
 7       A.  I would -- I would expect the audit to    15:45:33
 8   tabulate as reported, yes, which is what the voters 15:45:38
 9   intend, yes.                                      15:45:43
10       Q.  Do you know what would happen if the audit 15:45:44
11   found an important discrepancy between the initial 15:45:51
12   tabulation and then the audited results?          15:45:58
13            MS. LaROSS:  Objection to form.          15:46:03
14       A.  Can you specify more specifically?        15:46:07
15       Q.  Well, after an audit is conducted --      15:46:09
16       A.  Uh-huh.                                   15:46:17
17       Q.  -- if the results of the audit indicate a 15:46:17
18   different outcome than the results that had       15:46:20
19   previously been issued by the tabulated votes     15:46:26
20   through the machine, would you know what the remedy 15:46:32
21   is under Georgia law?                             15:46:38
22            MS. LaROSS:  Objection as to form.       15:46:40
```

Page 74

```
 1        A.  I think the remedy -- one of the remedies    15:46:45
 2   could be to ensure -- you know, the parties may       15:46:48
 3   want to bring a lawsuit to contest possibly, but in   15:46:56
 4   terms of the technical side or what aspect are you    15:47:02
 5   asking what the remedy is?  Is it what do we do as    15:47:05
 6   state election folks or -- I'm sorry.  Can you        15:47:11
 7   clarify?                                              15:47:14
 8        Q.  Yeah.  What -- what would either the State   15:47:15
 9   Election Board and/or in conjunction with the         15:47:23
10   Secretary of State, what would they be able to do     15:47:24
11   under Georgia election law in order to remedy the     15:47:30
12   discrepancy in results?                               15:47:36
13        A.  I will have to admit it's been a while       15:47:38
14   since I've looked at the law and I don't have the     15:47:40
15   audit process memorized to look at it.  I think       15:47:43
16   that if that issue were in front of me I would        15:47:48
17   definitely look at it, refresh, and research what     15:47:51
18   those options are, but if you're asking me from       15:47:55
19   rote memorization, I have to apologize, I don't       15:47:58
20   recall off the top of my head what those specific     15:48:03
21   steps are.                                            15:48:04
22        Q.  Understood.                                  15:48:05
```

Page 75

```
 1          Do you know if there's any way for an         15:48:08
 2    election outcome to be declared invalid or to rerun 15:48:12
 3    the election if the results of an audit indicate a  15:48:16
 4    problem?                                            15:48:22
 5        A.   So speaking from memory and, again,        15:48:23
 6    because this issue's not come up recently for me to 15:48:26
 7    research to kind of refresh and get cemented in     15:48:29
 8    these rules again, I would have to say are there    15:48:34
 9    ways?  Yes, there are always ways to have things    15:48:37
10    looked at if it meets a certain threshold and       15:48:39
11    deemed appropriate.  If you're asking me for the    15:48:42
12    specific steps, I would have to apologize.  I have  15:48:46
13    not looked at this in a long time.  I would have to 15:48:49
14    research it and refresh my memory.                  15:48:53
15        Q.   Yeah.  My last question in particular was  15:49:00
16    about two specific remedies.  So if you know        15:49:02
17    whether a remedy could be for the election outcome  15:49:05
18    to be -- to be declared invalid under Georgia law   15:49:12
19    or to rerun elections?                              15:49:15
20          MS. LaROSS:  I object to the form.            15:49:20
21        A.   If you're asking me about possibilities,   15:49:21
22    those are possibilities, but I'm sorry, I would     15:49:23
```

Page 76

```
 1    have to research to say, well, these are what you      15:49:25

 2    would do step one, two, and three and refresh.         15:49:29

 3    These are very specific particular with specific       15:49:32

 4    steps and rules.  And so it's just not having          15:49:37

 5    looked at it in a long time to have rote               15:49:40

 6    memorization, I cannot recall that.  I'm sorry.        15:49:43

 7    But is it a possibility?  Yes.                         15:49:46

 8         Q.  Would you be concerned if you weren't         15:49:52

 9    allowed to vote in an election for some reason?        15:49:54

10         MS. LaROSS:  I object to the form.                15:50:00

11         A.  What reason would that be, may I ask,         15:50:01

12    because it would be -- under some circumstances,       15:50:04

13    like felons?  You know, if it's just me everyday       15:50:11

14    walking in and all of a sudden I'm eligible to vote    15:50:16

15    and all of a sudden I'm not allowed to vote; is        15:50:19

16    that what the question is?                             15:50:22

17         Q.  Yeah, that's what the question is.            15:50:24

18         A.  If I'm just outright denied the right to      15:50:26

19    vote as an citizen eligible otherwise?                 15:50:29

20         Q.  Yes.                                          15:50:33

21         A.  I would not be happy.                         15:50:34

22         Q.  Why not?                                      15:50:35
```

Page 77

```
 1        A.   Because I would like to vote.              15:50:36

 2        Q.   Why would you like to vote?                15:50:42

 3             MS. LaROSS:  Objection as to form.         15:50:44

 4        A.   Because it's my right.                     15:50:47

 5        Q.   Would you be concerned if you were forced  15:50:53

 6   to vote by mail-in ballot?                           15:50:55

 7             MS. LaROSS:  Objection as to form.         15:50:59

 8        A.   I have never been forced to vote in any    15:51:02

 9   manner, though I've not had to ask myself that       15:51:07

10   question.  I think voting has always been my         15:51:11

11   privilege and my right and I've always exercised it  15:51:17

12   in a free manner and have been allowed to vote.  So  15:51:21

13   I've never been forced to vote one way or the        15:51:27

14   other.                                               15:51:31

15             So a hypothetical, I would imagine I       15:51:32

16   wouldn't be happy if I were forced one way or the    15:51:36

17   other.  I just would like my choice and I exercise   15:51:38

18   it.                                                  15:51:43

19        Q.   Sorry.  I should have -- my question was   15:51:44

20   unclear.  So I apologize.                            15:51:46

21        A.   That's okay.                               15:51:48

22        Q.   What I meant to ask is would you be        15:51:49
```

Page 78

1    concerned if the only method of voting was vote by      15:51:52

2    mail?                                                   15:51:58

3        A.   Under normal circumstances I -- again,         15:52:02

4    it's a hypothetical because that's not the              15:52:05

5    situation we have now.  So I would have to put          15:52:07

6    myself in a hypothetical environment, but if            15:52:09

7    circumstances dictate and that really is the only       15:52:16

8    way that I could cast my vote, whatever those           15:52:19

9    circumstances are -- and it's a hypothetical, so        15:52:22

10   it's hard to say, but let's just say either I have      15:52:23

11   a choice under the circumstances to either vote by      15:52:27

12   mail or not vote at all, no, I would rather take        15:52:29

13   what options that are available than not at all, of     15:52:32

14   course.  But as we have it right now, we have           15:52:36

15   choices and I'm happy with my choices.  I can vote      15:52:39

16   in a number of different ways and a number of           15:52:43

17   different times.  So I feel very blessed and lucky      15:52:45

18   to have these opportunities.                            15:52:48

19       Q.   I guess my -- just to clarify more --          15:52:51

20       A.   Okay.                                          15:52:55

21       Q.   -- would you be concerned if you felt like     15:52:58

22   you couldn't vote in person and you believed that       15:53:02

Page 79

1    the only option you had to vote would be to vote by        15:53:08

2    mail?                                                      15:53:12

3          MS. LaROSS:  Objection as to form.                  15:53:15

4          A.   It's hard for me to put in this                15:53:18

5    hypothetical because in this past year I think            15:53:20

6    there have been times when many people probably           15:53:26

7    feel that way, because of the COVID pandemic they         15:53:29

8    don't want to be exposed.  So it's hard for me to         15:53:34

9    put in that -- myself in that situation because we        15:53:38

10   all went through it and we all go through it              15:53:40

11   differently.  I can only speak to myself.  I was          15:53:42

12   not boxed into one choice or another.  I didn't           15:53:45

13   feel like that was my -- my one choice.  I had            15:53:48

14   multiple choices.  And so from that standpoint I          15:53:50

15   did not feel like I had something to -- I was not         15:53:56

16   upset because I had choices in the way I voted.  So       15:54:00

17   I don't know the answer to your question.  I'm            15:54:04

18   sorry.                                                    15:54:06

19         Q.   Okay.  Maybe I'll put it a little              15:54:09

20   differently.  Are you satisfied with your option to       15:54:11

21   vote in person?                                           15:54:20

22         MS. LaROSS:  Objection as to form.                  15:54:23

Page 80

```
 1        A.  Yes.  My voting in person and my other        15:54:26
 2   options are all wonderful.  I'm very blessed to        15:54:29
 3   have these options.                                    15:54:31
 4        Q.  Do you find that voting in person -- the      15:54:36
 5   ability to vote in person is important?                15:54:41
 6        A.  I find the ability to vote is important,      15:54:44
 7   in person absolutely is one option, yes.               15:54:51
 8        Q.  Okay.  And why do you find the ability to     15:54:53
 9   vote in person is important?                           15:54:55
10        A.  In person is important or any other method    15:55:01
11   is important as long as you get your ballot in and     15:55:03
12   exercise your right or in my case exercise my          15:55:08
13   right.  Why do I find in person important?  It's       15:55:11
14   important because it's another avenue.  I think        15:55:15
15   that, you know, some of us by way of purchasing        15:55:17
16   something these days, either we buy them on-line or    15:55:20
17   we buy them in person.  It's not for everybody, but    15:55:23
18   it's -- you know, as long as we make it available,     15:55:27
19   and it's what -- the most important thing here is      15:55:32
20   that the individual exercises his or her right to      15:55:33
21   vote and those options are available.  So, you         15:55:37
22   know, if in person is the preferred choice, then I     15:55:42
```

Page 81

1    think that's important.  If by mail is by choice,        15:55:45

2    then that's important.                                    15:55:48

3         Q.  Okay.  And you mentioned -- and you              15:55:50

4    mentioned shopping, but you think that -- like is         15:55:52

5    there something special about voting in person that       15:55:56

6    might be different than shopping in person?               15:56:01

7         A.  I don't mean to trivialize it in any way         15:56:04

8    at all.  I guess what I was trying to exercise is         15:56:09

9    especially in these times what makes a person             15:56:12

10   comfortable in exercising a person's right.  In my        15:56:15

11   case I like to have the option, and for that reason       15:56:18

12   it's important.                                           15:56:23

13        Q.  If you found out after an election that          15:56:34

14   your vote had not been counted, would that concern        15:56:36

15   you?                                                      15:56:40

16        A.  Yes.                                             15:56:43

17        Q.  Why is that?                                     15:56:44

18        A.  Because I voted.                                 15:56:46

19        Q.  And so why would that concern you if your        15:56:51

20   vote had not been counted?                                15:56:53

21             MS. LaROSS:  Objection as to form.              15:56:56

22        A.  I don't know how to answer that question.        15:57:00

Page 82

```
 1   Because I voted and it didn't count.                    15:57:03

 2        Q.   Right.  I guess I'm just trying to --         15:57:10

 3   trying to understand -- unpack why you find that        15:57:15

 4   important.  I apologize if that -- if it, you know,     15:57:18

 5   seems like a self-evident question.                     15:57:23

 6        A.   No, you don't have to apologize.  I'm         15:57:29

 7   trying to answer and I apologize if it doesn't          15:57:31

 8   sound like I'm trying to answer, but I just don't       15:57:33

 9   know how to answer it any other way.  I voted and I     15:57:36

10   expect it to count.  So I'm not quite sure that         15:57:38

11   we're probably -- you asked me would it concern         15:57:46

12   you, and that's the reason why I'm concerned.  I        15:57:48

13   voted and it's not there.                               15:57:50

14        Q.   Is it perhaps because it's important to       15:57:52

15   you that your -- your vote is properly counted as       15:58:00

16   part of being in a democracy?                           15:58:04

17             MS. LaROSS:  Objection as to form.            15:58:09

18        A.   Yes.                                          15:58:11

19        Q.   Okay.                                         15:58:17

20             And what if your vote had been counted for    15:58:18

21   a different candidate than you intended to vote         15:58:23

22   for, would that concern you?                            15:58:27
```

Page 83

```
 1          MS. LaROSS:  Objection as to form.        15:58:31
 2      A.  Yes.  It's a hypothetical, but yes.       15:58:34
 3  Hypothetically, yes.                              15:58:42
 4      Q.  And why is that?                          15:58:43
 5      A.  Again, when I exercise my right, I'm      15:58:44
 6  exercising my -- I'm displaying my intent.  And so 15:58:48
 7  that intent, hypothetically, if it didn't reflect 15:58:52
 8  that in the final tabulation, then it's a vote and 15:58:56
 9  yeah, that would concern me, but that's a         15:59:02
10  hypothetical.  So I'm answering it hypothetically. 15:59:05
11      Q.  Understood.                               15:59:09
12          So just to summarize, in this situation  15:59:12
13  it's important for you that your vote as tabulated 15:59:18
14  reflects your intention; is that right?           15:59:22
15          MS. LaROSS:  Objection as to form.        15:59:25
16      A.  Yes.                                      15:59:29
17      Q.  Okay.  Do you publicly announce who you   15:59:29
18  vote for in an election?                          15:59:35
19      A.  Can you define "publicly announce"?  I -- 15:59:39
20      Q.  Would you announce on social media who you 15:59:45
21  voted for in an election?                         15:59:50
22          MS. LaROSS:  Objection as to form.        15:59:52
```

Page 84

```
 1        A.  I don't do that.                      15:59:54

 2        Q.  Why not?                              15:59:56

 3        A.  Because I'm not on social media.      15:59:58

 4        Q.  That makes sense then.                16:00:02

 5            Would you announce in a newspaper who you   16:00:08

 6   voted for and --                              16:00:11

 7        A.  It's a hypothetical -- excuse me.  I'm   16:00:14

 8   sorry, Diane.                                 16:00:16

 9        Q.  No.  I was -- I was -- I was done.  Go   16:00:17

10   ahead.                                        16:00:18

11            MS. LaROSS:  Objection as to form.   16:00:19

12        A.  It's a hypothetical, but I've not done   16:00:22

13   that.                                         16:00:24

14        Q.  Okay.  Why not?                       16:00:25

15        A.  I just never have the need to -- it's not   16:00:27

16   a -- it's not a value or a religious question.   16:00:31

17   It's just something I just haven't done and don't   16:00:36

18   do.                                           16:00:38

19        Q.  Okay.                                 16:00:40

20            Do you consider your vote to be an   16:00:41

21   expression of your own political personal views on   16:00:45

22   candidates and issues?                        16:00:50
```

                                                      Page 85

1            MS. LaROSS:  Objection as to form.        16:00:52

2       A.  I view it as my expression of my           16:00:55

3   preference for that candidate.                     16:00:59

4       Q.  Are you concerned about the personal       16:01:04

5   information now required to be posted on the       16:01:06

6   envelope when voting absentee by mail?             16:01:12

7       A.  Could you clarify in particular what       16:01:18

8   personal information?                              16:01:20

9       Q.  Name, address, there might be some other   16:01:24

10  personal information that's escaping me.           16:01:31

11      A.  I'm not concerned that name and address.   16:01:36

12  On the what envelope?  I'm sorry.  Why don't you   16:01:40

13  ask again.                                         16:01:43

14      Q.  On the absentee-by-mail envelope.          16:01:44

15      A.  No, not name and address.                  16:01:48

16      Q.  Okay.  So we discussed earlier that when   16:01:56

17  the receipts are tabulated -- and I think, you     16:02:02

18  know, we might have discussed this particular      16:02:08

19  issue, but I just want to come back to it.         16:02:09

20      A.  Uh-huh.                                     16:02:13

21      Q.  (continued) -- that the QR code is, in     16:02:13

22  fact, the part of the receipt that's tabulated,    16:02:18

Page 86

1   right?                                          16:02:20

2        MS. LaROSS:  Objection as to form.         16:02:21

3        A.  I'm not an IT person, but I believe that   16:02:27

4   the QR code is read.                            16:02:31

5        Q.  And human readable text is not tabulated,   16:02:34

6   correct?                                        16:02:40

7        MS. LaROSS:  Objection as to form.         16:02:42

8        A.  Yes.  It's the QR code that gets -- they   16:02:45

9   both get -- yeah, they get -- the QR code gets   16:02:49

10  read.                                           16:02:52

11       Q.  Would you be comfortable using BMD     16:02:53

12  machines that don't tabulate the QR codes but only   16:02:58

13  tabulate the human readable portion?            16:03:03

14       A.  So this is a hypothetical, so I'll answer   16:03:08

15  a hypothetical.  I would have the same confidence   16:03:10

16  that the machine is reading it, my human readable   16:03:16

17  text, as I do that it's reading the QR code.     16:03:25

18       Q.  You wouldn't feel more confident in your   16:03:37

19  ability to know that the actual text that's being   16:03:42

20  tabulated is the same text that's read by the    16:03:49

21  scanning machine?                               16:03:55

22       A.  before I answer that question I preface it   16:04:01

Page 87

```
1    with this.  I'm coming at it as the machine reading    16:04:07
2    my vote, and because I'm coming at it that and I        16:04:10
3    have confidence in the machine to do its job            16:04:18
4    correctly, that if it's a human readable text or if     16:04:20
5    it's a QR code, then that confidence carries            16:04:25
6    through the function of the machine whether it's        16:04:29
7    text readable because the computer's still doing        16:04:32
8    that job for me whether it's text reading or            16:04:35
9    whether it's QR code.  And because I'm coming at it     16:04:40
10   from that standpoint, I believe my vote -- you          16:04:43
11   know, I guess the question is would I be concerned      16:04:47
12   or prefer the human readable, and because I'm           16:04:51
13   coming at it from this perspective I have faith in      16:04:53
14   both, I have confidence in both.                        16:04:56
15       Q.  Okay.  Let's go with a hypothetical that        16:04:58
16   if the -- if a BMD is hacked such that it does not      16:05:14
17   change the human readable text but it does change       16:05:17
18   the QR code, if you're looking at the receipt,          16:05:21
19   would you be able to recognize that the machine was     16:05:27
20   hacked?                                                 16:05:31
21       A.  Again, I think this is a hypothetical and       16:05:36
22   I'm not an IT person.  There are ways for IT folks      16:05:39
```

Page 88

```
 1   to recognize and audit I guess systems that run      16:05:42

 2   these checks to know when a system's been hacked.     16:05:47

 3   If you're asking me visually can I see a QR code      16:05:50

 4   and know that it's been hacked from a QR code, no,    16:05:53

 5   I cannot.                                             16:05:57

 6        Q.  Right.  And so then you look at the          16:05:59

 7   receipt, you cannot tell that it's been hacked, but   16:06:02

 8   then when it gets tabulated you also can't tell       16:06:06

 9   that it's hacked, right?                              16:06:09

10        A.  If you're asking me if I can read the QR     16:06:12

11   code and tie it to, you know, whether or not it's     16:06:15

12   been hacked and trace it all the way to the Nth       16:06:20

13   degree, no, I cannot.                                 16:06:23

14        Q.  So wouldn't you agree that if it was a       16:06:24

15   human readable text that was actually tabulated and   16:06:28

16   not the QR code you could at least see that the       16:06:35

17   version of your vote that is tabulated reflects       16:06:41

18   your intention?                                       16:06:47

19        A.  If you're asking that the text -- the        16:06:50

20   human readable text can be compared to one-to-one     16:06:53

21   vote directly over a QR code, if that's the tie-in    16:06:58

22   that you're making, then yes, you can read that, I    16:07:04
```

Page 89

```
 1   can read that.  I can't read a QR code, but there's    16:07:06
 2   a missing piece in between that explains the           16:07:10
 3   connection for me and that is it's still going         16:07:14
 4   through a machine, it's still voting, and I have       16:07:17
 5   confidence that that carries to the result.  So        16:07:20
 6   while I can't read all the QR code technology in       16:07:24
 7   between, I can read that five votes here and five      16:07:28
 8   votes at the end.                                      16:07:33
 9        Q.  Understood.                                   16:07:42
10            And so what you're saying is that you are     16:07:43
11   worried about the machine tabulating the vote; is      16:07:45
12   that right?                                            16:07:53
13            MS. LaROSS:  Objection as to form.            16:07:53
14        A.  I'm sorry.  That I'm worried about it?        16:07:55
15   Can you rephrase?                                      16:07:57
16        Q.  Whether -- that the risk exists on the        16:07:59
17   same manner for the machine tabulating the vote; is    16:08:02
18   that right?                                            16:08:06
19        A.  I'm not sure we're saying the same thing.     16:08:08
20   Risk -- I mean, I think what I was expressing is       16:08:11
21   that the confidence I have through the QR code if I    16:08:18
22   do five votes here, it will spit out five votes        16:08:22
```

Page 90

1    here is the same as if I did a human readable five      16:08:27

2    votes here and connect it to the five votes at the      16:08:29

3    end.  I don't read the technology -- QR code            16:08:32

4    technology in between, but I look at the end            16:08:36

5    results as a verification of the starting point.        16:08:40

6    Does that make sense or if I'm answering the            16:08:42

7    question?                                               16:08:46

8        Q.  Isn't it important not only the number of       16:08:52

9    votes, but also that the votes accurately reflect       16:08:55

10   the voter's intent such that the candidate that the     16:08:58

11   voter intends to vote for is accurately tabulated       16:09:06

12   as such?                                                16:09:12

13       A.  I don't know if I understand the question,      16:09:23

14   but if the question is is it important to               16:09:25

15   accurately reflect the vote that's cast, then the       16:09:28

16   answer is yes.                                          16:09:32

17       Q.  Okay.                                           16:09:40

18           And do you think that if the BMD's              16:09:41

19   tabulated the human readable portion of the text        16:09:49

20   and not the QR codes, would that affect whether         16:09:53

21   they could be audited in a more precise way?            16:10:00

22       A.  You're asking for my opinion if a human         16:10:11

Page 91

1    readable text could be audited in a more precise        16:10:16

2    way.  I have confidence in the QR code, and so I        16:10:18

3    don't -- I think it -- I don't -- I guess what          16:10:29

4    you're asking is human text readable better than QR     16:10:32

5    code, and, again, from the previous answers that I      16:10:36

6    think I have confidence in both.                        16:10:40

7         Q.  Okay.                                          16:10:45

8             Do you -- we might have touched on this        16:10:50

9    earlier, but do you know how the ballots are            16:10:51

10   audited when the QR codes are tabulated?                16:10:58

11        A.  And I think we did touch on this earlier,      16:11:06

12   and I would have to apologize again.  I've not gone     16:11:09

13   through an actual audit myself.                         16:11:13

14        Q.  Are you aware that no other state uses         16:11:24

15   BMD's as the primary form of voting statewide?          16:11:28

16        A.  No, I've not researched BMD's.  Those          16:11:35

17   machines were selected before I got there, and so       16:11:38

18   I've not researched them.                               16:11:41

19        Q.  Okay.  Are you concerned about the fact        16:11:45

20   that no other states primarily use BMD's as a state     16:11:48

21   of voting statewide?                                    16:11:54

22        MS. LaROSS:  Objection as to form.                 16:11:56

Page 92

```
 1        A.  Without knowing more as to the reasons        16:11:59
 2   why, just on purely the question alone, no.  I         16:12:02
 3   would need to know why.                                16:12:08
 4        Q.  And if you found out that no other states     16:12:12
 5   primarily use BMD's, would you want to know why        16:12:19
 6   that was?                                              16:12:24
 7        A.  I think I'm curious from the standpoint of    16:12:28
 8   general curiosity because I don't know if it's         16:12:32
 9   because it's incompatible with their other systems,    16:12:36
10   if it's inappropriate for the functions that they      16:12:39
11   have.  I don't know other states' election laws.       16:12:41
12   So without knowing more as to why it's a very          16:12:44
13   nebulous question that's hard to answer.  So if I      16:12:49
14   say no, then it sounds like, oh, well, you know,       16:12:53
15   the assumption is -- or the suggestion is there's      16:12:57
16   something wrong with it and I don't care.  That's      16:13:00
17   not the case.  I want to know more as to why and       16:13:05
18   from that I'll make an informed decision.              16:13:08
19        Q.  And have you discussed with State Election    16:13:11
20   Board members best practices for election systems      16:13:13
21   across the United States?                              16:13:18
22        A.  All the discussions we've had are on          16:13:20
```

Page 93

```
 1   record.  So it's -- those are the discussions I've     16:13:22

 2   had with my board members on these issues.             16:13:26

 3        Q.  But can you recall any discussions you've     16:13:31

 4   had with board members about best practices for        16:13:35

 5   election systems across the United States?             16:13:40

 6        A.  Not across the United States I can recall.    16:13:42

 7        Q.  And how about any -- can you recall any       16:13:45

 8   discussions you've had with board members              16:13:48

 9   discussing other states' election systems?            16:13:52

10        A.  Not that I can recall.  If it were, it       16:14:00

11   would be on record.                                    16:14:02

12        Q.  Okay.                                         16:14:04

13        A.  Sometimes these hours -- these meetings go    16:14:05

14   for all day and it's hard to remember the nuances      16:14:07

15   of every conversation, but off the top of my head I    16:14:10

16   don't recall.                                          16:14:13

17        Q.  I think you testified earlier that you are    16:14:23

18   at least somewhat familiar with DRE's; is that         16:14:26

19   right?                                                 16:14:28

20        A.  Yes.  Those memories are long ago too.        16:14:28

21        Q.  From what you can recall, do you think        16:14:33

22   DRE's were as reliable as the BMD's?                   16:14:38
```

Page 94

1        A.  I don't recall the technical -- I wasn't      16:14:47

2    in the deep weeds of the technology of DRE's as an    16:14:52

3    attorney.  So -- but, you know, technologies have     16:14:56

4    changed and our infrastructure that supports those    16:15:03

5    technologies have changed.  So -- not just here,      16:15:07

6    but the county levels I'm sure.  So we evolve with    16:15:10

7    technology.  So it's hard to say without knowing      16:15:14

8    the technology side of it because you're asking       16:15:18

9    about security.  I don't have an opinion on that      16:15:20

10   right now without knowing more.                       16:15:25

11       Q.  Okay.                                          16:15:34

12           Were you aware of any security                16:15:35

13   vulnerabilities associated with the previous DRE's?   16:15:37

14       A.  I was not informed of them if there were      16:15:43

15   any.  So I'm not aware.                                16:15:46

16       Q.  Okay.  Would you use hand-marked paper        16:15:49

17   ballots to vote?                                       16:15:56

18           MS. LaROSS:  Objection as to form.            16:15:58

19       A.  If they were offered to me, just if -- if     16:15:59

20   I have a choice to vote by hand, yes.                  16:16:03

21       Q.  Okay.  Why is that?                            16:16:05

22       A.  Because, again, back to my earlier answer,    16:16:07

Page 95

1    I value my right to vote and the choices I'm given.        16:16:11

2    I have multiple ways of voting and a hand paper            16:16:15

3    ballot is one of them, and I value that as well.           16:16:19

4        Q.  Would you prefer hand-marked paper ballots         16:16:23

5    over voting through BMD's?                                 16:16:28

6        A.  I think that's a vague question, but I'll          16:16:32

7    answer it in this way.  If I -- I like the                 16:16:37

8    different options.  I vote by hand, I vote -- I've         16:16:43

9    done both and it depends on the situation.  I              16:16:47

10   prefer it if the situation calls for it if I prefer        16:16:50

11   under this election to vote absentee, I would vote         16:16:53

12   absentee.  If I prefer another election to show up         16:17:00

13   in person, I would do that in person.                      16:17:02

14       Q.  So I guess my question was trying to get           16:17:04

15   at whether you would prefer a system where if you          16:17:06

16   voted in person you would vote by hand-marked paper        16:17:11

17   ballots compared to the current system where you           16:17:16

18   use BMD's?                                                 16:17:19

19       A.  I guess what you're asking me and at the           16:17:25

20   risk of trying -- not asking the question for you          16:17:28

21   because I'm trying to answer it is if I had only           16:17:32

22   one choice?                                                16:17:35

Page 96

```
 1      Q.  Right.                                    16:17:36
 2      A.  Okay.  Yeah, that's a hard one because I   16:17:36
 3  have used both and I like to have the option of    16:17:44
 4  having both.  I've not, again, been in a universe  16:17:47
 5  where I'm forced to vote one way or the other back 16:17:50
 6  to our first question a while ago.  So it's hard to 16:17:53
 7  put myself in a hypothetical where I'm locked and  16:17:59
 8  forced into voting this one way and only one way   16:18:02
 9  because I do like both and I've voted with both.   16:18:05
10      Q.  Understood, but I am -- I would like to    16:18:11
11  know whether -- which system right now sitting here 16:18:19
12  if you had to choose between BMD's and hand-marked 16:18:26
13  paper ballots, which one would you prefer?         16:18:32
14          MS. LaROSS:  I object to the form of the   16:18:36
15  question.                                          16:18:37
16      A.  I guess if you're forcing me to pick one   16:18:38
17  or the other when they're so equally close to me,  16:18:40
18  I'm just going to arbitrarily pick the machine     16:18:47
19  because, I don't know, it -- to me you're forcing  16:18:53
20  me to pick.  So I'll pick one.                     16:18:57
21      Q.  Okay, but -- so why would you pick the     16:19:01
22  machine?                                           16:19:05
```

Page 97

1        A.   Because I'm being forced to pick one.   I        16:19:05
2   mean, I can name you a list of reasons I guess why        16:19:08
3   I like both and, you know, I just like my options        16:19:12
4   and that's something I've mentioned before.   The        16:19:14
5   machine, it's -- we're in an age of technology.        16:19:18
6   Machines are around us everywhere, they make our        16:19:26
7   lives, you know, easier.   We don't have to carry        16:19:29
8   boxes of paper back and forth.   There's risk in        16:19:32
9   that too.   And so in some degree I value the        16:19:35
10  machines for those reasons.        16:19:38
11       So I -- but you're being -- I'm being        16:19:43
12  forced to pick one or another in this hypothetical.        16:19:45
13  I could name you a list of why, you know, paper        16:19:48
14  ballots are good too.   I can see it, I can smell        16:19:51
15  it.   So there's pros and cons to both, and I'm        16:19:56
16  choosing machine because I'm being asked to pick        16:19:58
17  one.        16:20:00
18       Q.   Okay.   But we discussed that machines        16:20:04
19  create receipts which are used to -- for audits,        16:20:06
20  right?        16:20:13
21       A.   For --        16:20:15
22       MS. LaROSS:   Objection as to form.        16:20:15

Page 98

```
 1              THE WITNESS:  I'm sorry.              16:20:18

 2              MS. LaROSS:  Go ahead.  You're fine.  16:20:18

 3              THE WITNESS:  For audits it's also created  16:20:20

 4      for me to look at before I put it through the  16:20:23

 5      machine, through the scanner.                16:20:26

 6         Q.  And so the boxes of paper exist for both  16:20:27

 7      the hand-marked paper ballots and BMD's, right?  16:20:33

 8         A.  Uh-huh.                                16:20:38

 9         Q.  Do you know whether hand-marked paper  16:20:47

10      ballot systems cost less to administer than BMD  16:20:50

11      systems?                                      16:20:55

12         A.  I've not been advised on the financial  16:20:58

13      side of systems and whether or not there's been a  16:21:02

14      report or a study or comparison.              16:21:09

15         Q.  Is it a factor that you would consider in  16:21:14

16      choosing an election system?                  16:21:18

17              MS. LaROSS:  Objection as to form.    16:21:20

18         A.  I think that affordability is important,  16:21:21

19      but security and access to votes are paramount.  So  16:21:27

20      it's a -- is it an important factor?  Yes.  Is it  16:21:33

21      the most important factor?  I would put security  16:21:38

22      and access to votes on top.                   16:21:41
```

Page 99

```
 1        Q.  Agreed.                                    16:21:44

 2            In terms of security, do you know whether  16:21:46

 3    malware can infiltrate -- or whether malware can be 16:21:52

 4    used to infiltrate an election system that uses     16:22:00

 5    hand-marked paper ballots?                          16:22:05

 6        A.  I'm not aware of those -- sounds like an    16:22:09

 7    IT question, but I'm not aware.                      16:22:14

 8        Q.  Okay.                                        16:22:19

 9            Are you aware of any unauthorized access    16:22:25

10    to any component of Georgia's election system?       16:22:29

11        A.  I'm sure we've had cases where -- and I      16:22:42

12    don't remember the specific counties or cases or     16:22:48

13    violations where unauthorized -- not unauthorized,   16:22:52

14    but maybe they did not follow procedures where       16:22:55

15    someone went in and didn't lock the door or          16:22:59

16    something correctly after.  But, you know, that --   16:23:01

17    in terms of someone coming in and -- in the dark of  16:23:07

18    night and, you know, vandalized and recalculated     16:23:11

19    the machines kind of unauthorized, I'm not aware of  16:23:21

20    that.                                                16:23:23

21        Q.  Are you aware of Logan Lamb?                 16:23:31

22        A.  No.                                          16:23:36
```

Page 100

```
 1        Q.  Are you aware of any unauthorized copying    16:23:43

 2   of any Georgia election data?                         16:23:47

 3        A.  Not that's been brought to my attention.     16:23:52

 4        Q.  You've never discussed with State Election   16:23:57

 5   Board members whether there's been any unauthorized   16:24:01

 6   copying of Georgia election data?                     16:24:04

 7        A.  No.  As I mentioned, my conversations are    16:24:08

 8   on record.  So no.                                    16:24:11

 9        Q.  Do you know whether any voting equipment     16:24:33

10   that was used for the DRE election system has been    16:24:41

11   re-used for the BMD election system?                  16:24:45

12        MS. LaROSS:  Objection as to form.               16:24:50

13        A.  Not that I'm aware of.                        16:24:52

14        Q.  Have you -- have you discussed with State    16:24:59

15   Election Board members whether any voting equipment   16:25:04

16   that was used for the DRE election system has been    16:25:07

17   re-used for the BMD election system?                  16:25:10

18        A.  I've not had discussions on -- no, not on    16:25:15

19   that specificity, no.  As mentioned, our              16:25:20

20   conversations around these are on record.  So I       16:25:26

21   don't recall a meeting where we talked about which    16:25:30

22   pieces are being re-used and appropriate and          16:25:32
```

Page 101

1    compatible with the new system and which ones are      16:25:36

2    not.                                                    16:25:38

3        Q.   I'd like to go back to that first exhibit     16:25:40

4    that we looked at.  Do you still have that tab open     16:25:42

5    somewhere on your computer?                             16:25:47

6        A.   Uh-huh.  I do.                                 16:25:48

7        Q.   Awesome.  So we can just go directly to        16:25:50

8    page 2.                                                 16:26:00

9        A.   Okay.                                          16:26:04

10       Q.   And I'd like to take a look at proposed        16:26:04

11   rule 5 which says "Preservation of memory cards";       16:26:07

12   do you see that?                                        16:26:13

13       A.   Uh-huh.                                        16:26:14

14       Q.   Do you recall what rule was discussed with     16:26:16

15   regards to memory cards?                                16:26:19

16       A.   I remember there was some discussion           16:26:36

17   around it.  I would like to see the minutes to help     16:26:38

18   refresh my memory on exactly how we discussed it,       16:26:43

19   but it would have been on record how we discussed       16:26:48

20   it and obviously it shows there that we voted.  But     16:26:50

21   I don't want to state this with confidence, but I       16:26:58

22   remember it being discussed to some degree of           16:27:00

Page 102

```
1    preservation of it for historical purposes and      16:27:03

2    also, I don't remember, possibly if -- you know,     16:27:06

3    how they -- how they could be re-used or something   16:27:14

4    to that degree.                                      16:27:22

5         But there was -- it's very vague.  I'd          16:27:23

6    like to see the minutes to refresh, but I don't      16:27:25

7    recall this -- no, not with confidence, the          16:27:30

8    specific discussions that went back and forth.       16:27:33

9    Again, this was a while ago and, I'm sorry, I don't   16:27:36

10   have that kind of detailed memory.                   16:27:40

11      Q.  No worries.                                    16:27:42

12          Would you see an issue in reusing memory       16:27:55

13   cards or other election components from the           16:27:59

14   paragraph DRE system in the current BMD system?       16:28:04

15          MS. LaROSS:  Objection as to form.             16:28:08

16      A.  In what way?  Like from a security             16:28:18

17   standpoint?  Or what way are we talking about?        16:28:20

18      Q.  Sure, from a security standpoint.              16:28:24

19      A.  I think that if we could be assured that       16:28:31

20   the cards could be used in a way that doesn't         16:28:34

21   compromise the new system, you know, then I would     16:28:38

22   look at that.                                         16:28:44
```

Page 103

```
 1       Q.   Okay.                                     16:28:48

 2       A.   But if I couldn't be assured of that, then  16:28:49

 3  we'd be -- we need to be concerned about that.  So   16:28:53

 4  I think it comes down to the technology side of it    16:28:57

 5  and being -- understanding how that would work.       16:29:01

 6       Q.   Uh-huh.  And as a member of the State       16:29:07

 7  Election Board how would you want to be assured of    16:29:10

 8  that?                                                 16:29:14

 9       A.   I guess from my perspective I want to       16:29:18

10  understand the technology end of it, how that         16:29:24

11  works, right.  So if I can understand how memory      16:29:26

12  cards work as it relates to the old machine and how   16:29:32

13  it works as it relates to the new machine and what    16:29:35

14  does it really contain and how does it get picked     16:29:38

15  up and read, I think just understanding the           16:29:40

16  technology of it would help me understand how this    16:29:46

17  works and if it were to be cleaned or sanitized for   16:29:48

18  new elections and how would that work, right.  So     16:29:54

19  I'd just want to understand the mechanics of it and   16:29:58

20  then the technology end of it.                        16:30:01

21       Q.   And has anyone with technical expertise     16:30:04

22  provided a presentation to you and other State        16:30:08
```

Page 104

```
 1   Election Board members about how some of these      16:30:15
 2   technological components of Georgia's current       16:30:19
 3   election system works?                              16:30:23
 4        A.  No.  We're not IT people.  So --           16:30:24
 5        Q.  But you make rules that involve IT, right? 16:30:32
 6        A.  I guess we're -- the BMD's are IT.  So     16:30:40
 7   yes, but --                                         16:30:46
 8        Q.  Sorry.  Go ahead.                          16:30:51
 9        A.  Oh, no.  Yeah, we make rules affecting the 16:30:52
10   processes that involve technology, but I don't have 16:30:55
11   the in-depth understanding or -- the way an IT      16:31:00
12   person would of any machine or technology.  I'm not 16:31:05
13   an IT person.                                       16:31:07
14        Q.  So if we look at actually the next page,   16:31:09
15   page 3.                                             16:31:14
16        A.  Uh-huh.                                    16:31:15
17        Q.  There's a proposed rule in the middle of   16:31:19
18   page, 183-1-12.08, called "Logic and accuracy       16:31:22
19   testing."                                           16:31:35
20        A.  Uh-huh.                                    16:31:37
21        Q.  Do you see that?                           16:31:38
22        A.  Oh, yeah.  Uh-huh.  I see it listed there. 16:31:42
```

Page 105

```
 1        Q.  Do you recall what that rule was about?      16:31:47

 2        A.  I mean, I know what logic and accuracy        16:31:52

 3   testing is.  I would have to ask you to pull the       16:31:57

 4   minutes up, a copy of it for meto look at, but yes,    16:32:00

 5   I know what logic and accuracy testing is              16:32:03

 6   generally.                                             16:32:06

 7        Q.  Yeah.  I mean, unfortunately this is like     16:32:09

 8   all the details we have available, you know,           16:32:11

 9   publicly.                                              16:32:14

10        A.  Okay.                                         16:32:14

11        Q.  And so there haven't been made -- more        16:32:15

12   detailed notes made available about this particular    16:32:19

13   meeting to us.                                         16:32:21

14        A.  Uh-huh.                                       16:32:22

15        Q.  So, of course, if I had more details I'd      16:32:23

16   show them to you, but --                               16:32:27

17        A.  Yeah.  I'll try the best I can to remember    16:32:28

18   the conversations, but -- I'm sorry.  Go ahead.        16:32:31

19        Q.  No.  I was just going to say this is the      16:32:34

20   extent of what we have right now on this.  So can      16:32:37

21   you recall at all what that rule was about?            16:32:44

22        A.  I know what it's about, but is there a        16:32:50
```

Page 106

1    specific question because these are very --           16:32:55

2    election law and election rules and code are very,    16:33:00

3    very nuanced and unless I'm in it every day or        16:33:03

4    looking at it recently, it's very hard for me to      16:33:08

5    just have it rote memorization, right.  So if it's    16:33:11

6    something that I'm called to look at, I would         16:33:15

7    research in detail and refresh my memory in detail.   16:33:17

8    So I don't recall specifically what that is, but I    16:33:21

9    do know what logic and accuracy testing is if         16:33:26

10   that's what you're asking me.                         16:33:30

11       Q.  Sure.  What is logic and accuracy testing?    16:33:31

12       A.  It's the L&A testing that counties go         16:33:33

13   through before putting technology out.                16:33:36

14       Q.  Okay.  And so does this rule purport to       16:33:43

15   provide requirements relating to logic and accuracy   16:33:48

16   testing?                                              16:33:54

17       A.  These rules -- the rule for L&A testing       16:33:55

18   should have requirement steps or expectations.        16:33:57

19       Q.  And the State Election Board votes on         16:34:08

20   these rules, right?                                   16:34:09

21       A.  Uh-huh.  Yes.                                 16:34:10

22       Q.  Okay.  And so before these rules are          16:34:12

Page 107

1    passed I guess what type of information is provided    16:34:15

2    to you for you to be able to make an informed          16:34:23

3    decision on whether or not this is a good rule?        16:34:29

4        A.  We're given copies of it and I review it.      16:34:37

5    You know, it depends on how much time we have to        16:34:45

6    look it over, but -- and it's procedural.  And so I     16:34:46

7    think there's a working group that vetted it out in     16:34:54

8    the back.  I'm not quite sure what was all -- I'm       16:34:59

9    not -- I wasn't a part of those, but there's a          16:35:01

10   working group that reviews them and thinks through     16:35:05

11   the issues.                                             16:35:10

12           And then as I see them and knowing at the       16:35:11

13   higher level of how things are done over there, you    16:35:13

14   know, just from historical knowledge and just           16:35:16

15   reading through it, these are updates too, if I'm       16:35:19

16   not mistaken, correct?  So, you know, if it doesn't     16:35:26

17   look -- if it looks like it makes sense to do those    16:35:31

18   things, then that's what I base my decision on.         16:35:35

19       Q.  Okay.  But for some of these more               16:35:38

20   technological -- technologically-inclined rules or     16:35:45

21   IT-inclined rules you're not provided with any          16:35:49

22   particular IT or technology presentation, right?        16:35:53

Page 108

1        A.   No.  My understanding is that the          16:36:00

2   Secretary of State's office has an IT team and the   16:36:02

3   counties have an IT team that are in place to        16:36:05

4   handle the technology.  And so our side of it is to  16:36:09

5   not get into the IT or to become IT experts, but to  16:36:15

6   look at the procedures as we pass these rules to     16:36:20

7   make sure that the rules make sense and they're      16:36:27

8   ensuring the election outcome that should be, which  16:36:34

9   is, you know, secure elections and all the things    16:36:37

10  that we're charged as a State Election Board.        16:36:41

11       Q.   Yeah, but if you were able to get more     16:36:44

12  information on some of the important security         16:36:49

13  aspects of the Georgia voting system, you would      16:36:53

14  want to have that information, right?                 16:37:01

15       A.   Yes.  And I would want to know it probably 16:37:06

16  in the context we -- our select -- our elections     16:37:09

17  have to stay secure.  So it's not something I would  16:37:13

18  ask an IT person to lay out for me on record          16:37:16

19  publicly, you know, what our IT securities are.      16:37:19

20       Q.   Right.  You want it in a private record?  16:37:23

21       A.   I mean, if it's offered to me.  I --        16:37:27

22  again, I believe the IT team at the Secretary of     16:37:29

Page 109

1    State's office and the county levels working in          16:37:32

2    conjunction with one another to ensure elections         16:37:37

3    are safe.  So I leave it to the IT people to be IT        16:37:41

4    experts.                                                  16:37:45

5         MS. LaROSS:  Tamara, forgive me, but I               16:37:57

6    need to grab a cup of water if I may.  So if we           16:37:59

7    could take a moment, but please keep going if             16:38:02

8    there's a more logical place to stop.  I don't mean       16:38:06

9    to tell you when to do that.                              16:38:08

10        MS. WIESEBRON:  No.  That is quite all               16:38:10

11   right and we have been going for a little while.          16:38:11

12   So I think it's perfectly fine to take a break.           16:38:14

13   That sounds good.                                         16:38:18

14        MS. LaROSS:  Okay.  Thanks.                          16:38:19

15        THE VIDEOGRAPHER:  We're going off the               16:38:20

16   record.  The time is 4:38 p.m.                            16:38:21

17                 (A short break was had.)                    16:48:47

18        THE VIDEOGRAPHER:  We're back on the                 16:50:05

19   record.  The time is 4:50 p.m.                            16:50:09

20   BY MS. WIESEBRON:                                         16:50:16

21        Q.  You can take down that exhibit, Ms. Le.          16:50:16

22        A.  Okay.  I don't know how to take it down.         16:50:19

Page 110

```
 1   I'm afraid I might --                              16:50:28

 2        Q.  You can close out of it if you want.       16:50:30

 3        A.  Okay.                                       16:50:33

 4            MS. LaROSS:  Just arrow out.  You can do    16:50:34

 5   the arrow next to where it says Exhibit 0001 I       16:50:36

 6   think, perhaps.                                      16:50:41

 7        Q.  Have you heard any complaints about         16:50:49

 8   Georgia's election system being hackable?            16:50:51

 9        A.  I may have gotten complaints from the       16:50:56

10   public, but I don't recall specifically.  Just very 16:51:02

11   general kind of.  I don't recall specifics.  Just,  16:51:10

12   you know, the general, you know, don't -- pros and   16:51:17

13   cons, you know, people who like the system, people   16:51:21

14   who don't like the system kind of thing.             16:51:24

15        Q.  Uh-huh.  And were there any complaints      16:51:26

16   about Georgia's current election system's security   16:51:28

17   that stood out to you?                               16:51:33

18        A.  Not that I recall.                          16:51:39

19        Q.  Okay.  I want to for just a second go back  16:51:41

20   to the expert report of Mr. Halderman we discussed   16:51:46

21   earlier today.  Do you recall discussing that        16:51:51

22   report?                                              16:51:54
```

Page 111

```
1        A.  I recall you mentioning it, yeah.        16:51:55

2        Q.  Are you surprised that your lawyers did   16:51:59

3   not tell you that a leading election security      16:52:02

4   expert prepared a detailed report finding numerous 16:52:06

5   vulnerabilities with Georgia's election equipment? 16:52:11

6        MS. LaROSS:  I object to the form of the       16:52:16

7   question.                                          16:52:17

8        A.  No.  It's news to me, but I'm not upset if 16:52:21

9   that's what you're asking.  It's not been -- I      16:52:26

10  don't -- we haven't had conversations around this.  16:52:32

11  So I don't know if there was an opportunity to       16:52:35

12  bring it up.                                        16:52:37

13       Q.  Are you surprised that your lawyers did    16:52:39

14  not tell you that the State's own election security 16:52:43

15  expert did not dispute Dr. Halderman's findings?    16:52:46

16       MS. LaROSS:  I object to the form of the       16:52:50

17  question.                                           16:52:51

18       A.  I was not aware of it until now.  So --    16:52:55

19  until this hearing, meeting.                        16:52:58

20       Q.  But does it surprise you that you were not 16:53:03

21  told that this State's own election security expert 16:53:06

22  did not dispute Dr. Halderman's findings?           16:53:11
```

Page 112

```
 1            MS. LaROSS:  I object to the form of the      16:53:13
 2  question.                                               16:53:15
 3      A.  Again, my attorneys and I have not had          16:53:15
 4  conversation --                                         16:53:18
 5            MS. LaROSS:  I just object.  Yeah, you        16:53:19
 6  don't --                                                16:53:21
 7            THE WITNESS:  I don't have to answer?         16:53:22
 8  Okay.                                                   16:53:23
 9            MS. LaROSS:  Yeah.  I would have her --       16:53:25
10  she should not get into conversations with us.          16:53:25
11  That's a problem with this line of questioning.         16:53:30
12            THE WITNESS:  Yes.  I'm sorry.                16:53:34
13            MS. WIESEBRON: To be clear, I'm not asking    16:53:36
14  you to divulge any privileged communications.  I'm      16:53:38
15  just asking you whether you're surprised or not.        16:53:45
16            MS. LaROSS:  I still have the same            16:53:50
17  objection because it goes into work product and         16:53:51
18  decisions that we made as attorneys or with respect     16:53:54
19  to a confidential report.  There's just a myriad of     16:53:58
20  objections there.                                       16:54:03
21            MS. WIESEBRON:  Just to be clear about        16:54:13
22  your objection, are you saying that her answering       16:54:15
```

Page 113

1   whether she's surprised or not that -- because        16:54:20

2   she's already discussed that --                       16:54:27

3        MS. LaROSS:  She's already answered the           16:54:30

4   question too.  So --                                  16:54:31

5        THE WITNESS:  I'll refrain from answering         16:54:42

6   that on the advice of counsel -- objection of         16:54:43

7   counsel rather.  I'm sorry.                           16:54:45

8        MS. WIESEBRON:  That's fine.  I just want         16:54:51

9   to get on the record -- I just want to be clear on    16:54:53

10  the record what exactly the objection is.             16:54:56

11       MS. LaROSS:  Well, as I stated before, to        16:55:03

12  the extent that it invades into the attorney-client   16:55:05

13  privilege about discussions she has with counsel      16:55:08

14  and counsel's decision in this -- in this case in     16:55:12

15  litigation, and you're getting really close to the    16:55:18

16  line asking these questions.  So that's my            16:55:23

17  objection.  I believe she's answered your question    16:55:26

18  in addition.  So aside from the privilege answer --   16:55:30

19  sorry -- the privilege objection, I believe she's     16:55:33

20  already answered it.                                  16:55:37

21       MS. WIESEBRON:  Okay.  Just to put it on         16:55:44

22  the record, I'm just asking about her state of        16:55:46

Page 114

```
 1   mind, not any client advice, request for client      16:55:48

 2   advice.  So --                                        16:55:54

 3        MS. LaROSS:  Yeah, but you are asking            16:55:57

 4   about her state of mind as to client advice or as     16:55:58

 5   to matters that would be within the discussion that   16:56:03

 6   she might have with her lawyers along litigation,     16:56:05

 7   about the litigation, about things that are going     16:56:09

 8   on, about privileged material.  So yeah, I don't      16:56:12

 9   think that you can separate it that clearly.          16:56:18

10        MS. WIESEBRON:  Okay.  That's fine.              16:56:27

11   BY MS. WIESEBRON:                                     16:56:30

12        Q.  When you testified earlier that you have     16:56:30

13   confidence in Georgia's current election system, is   16:56:34

14   it fair to say that you have not considered           16:56:38

15   Dr. Halderman's findings since you did not know       16:56:42

16   about them?                                           16:56:49

17        MS. LaROSS:  Objection as to form.               16:56:50

18        A.  I didn't know about them, about the          16:56:55

19   report.  So -- and without knowing what the report    16:56:56

20   says, I still stand by my faith and confidence in     16:57:03

21   the system.                                           16:57:08

22        Q.  Right.  So just to be clear, you'd agree     16:57:11
```

Page 115

1    that you have confidence in Georgia's current          16:57:16

2    election system, but you have not read or              16:57:24

3    considered Dr. Halderman's findings?                   16:57:27

4         MS. LaROSS:  I object to the form of the          16:57:32

5    question.                                              16:57:33

6       A.  I believe that's the question you just          16:57:34

7    asked, right?                                          16:57:35

8       Q.  Uh-huh.                                         16:57:36

9       A.  So my answer is the same.                       16:57:37

10      Q.  Okay.  I'm just reading your answer to          16:57:45

11   make sure it's clear, but I think it will be fine.     16:58:05

12          Is privacy important to you as a State          16:58:14

13   Election Board member?                                 16:58:19

14      A.  Yes.                                            16:58:21

15      Q.  Have you heard voters complain that the         16:58:24

16   BMD screens are large?                                 16:58:27

17      A.  Yes.                                            16:58:33

18      Q.  Do you think the BMD screens are large?         16:58:33

19      A.  Not for me, but that's a personal answer.       16:58:40

20      Q.  Do you think voters' concern about the BMD      16:58:48

21   screens being too large is a valid concern?            16:58:53

22      A.  I think that voters' concerns, you know,        16:58:58

Page 116

```
1   if they express that, it's worth looking at.  I      16:59:04

2   don't want to say it's not valid.  It just needs to   16:59:10

3   be looked at because to say it's not valid is to      16:59:13

4   negate their concern and that's not -- that's not     16:59:15

5   my job, you know, to negate concerns.                 16:59:19

6        Q.  Did you ever discuss privacy concerns        16:59:26

7   regarding BMD screens with other members of the       16:59:28

8   State Election Board?                                 16:59:33

9        A.  That has been one of the points of           16:59:35

10  discussion I believe in one of the election           16:59:37

11  meetings when there were some concerns of public      16:59:39

12  comments that were brought up, but that is also on    16:59:44

13  record and I don't recall the specifics and what      16:59:46

14  was said.                                             16:59:48

15       Q.  Do you know how poll workers are trained     16:59:52

16  in Georgia?                                           16:59:55

17       A.  I know generally.  I've not gone through     16:59:57

18  the training myself.  So I don't know specifics.      16:59:59

19       Q.  Is the State Election Board involved at      17:00:04

20  all in deciding how poll workers are trained?         17:00:06

21       A.  Not that I recall in the how part, not       17:00:12

22  since I've been a part of it, no.                     17:00:14
```

```
 1        Q.  Okay.  Do you know whether poll workers      17:00:16

 2   are specifically trained to deal with operating BMD   17:00:21

 3   machines?                                             17:00:26

 4        A.  Again, I've not gone through the actual      17:00:27

 5   training.  So I'm sorry to say I don't know what      17:00:31

 6   exactly goes into the training piece.  I know that    17:00:33

 7   someone at the county's being trained on it, and      17:00:38

 8   how they pass that knowledge on between the State     17:00:41

 9   and within the counties I don't -- I've not gone      17:00:44

10   through one.  So I don't know.                        17:00:48

11        Q.  Have you heard of voter complaints about     17:00:59

12   poll workers unable to help them because of           17:01:02

13   difficulties operating the BMD's?                     17:01:07

14        A.  I don't recall exact complaints, but I       17:01:14

15   get -- I remember vaguely that there are complaints   17:01:17

16   in general about confusion, but that happens with     17:01:19

17   each election.  So I'm not -- I don't remember        17:01:23

18   exactly what component of which (indecipherable) of   17:01:28

19   the thousands and thousands of the poll workers we    17:01:33

20   have around the state.  Sometimes there are           17:01:36

21   complaints about, you know, just confusion or         17:01:38

22   someone being -- a particular poll worker             17:01:41
```

Page 118

```
 1   forgetting something.  Of course, that's when they    17:01:47
 2   get brought before the State Election Board if it's    17:01:52
 3   a material failure obviously.                          17:01:54
 4        Q.  If you receive several -- like the same       17:02:02
 5   type of complaints in front of the State Election      17:02:10
 6   Board, does -- can the State Election Board take       17:02:12
 7   any action to remedy these complaints?                 17:02:15
 8        A.  I can only speak for myself and not the       17:02:19
 9   whole board.  As a board member, you know, I try to    17:02:21
10   look at the facts specifically because, again,         17:02:27
11   election law and election procedures are very, very    17:02:31
12   nuanced, as you may know, and two categories of the    17:02:35
13   same category, two failures of the same category,      17:02:38
14   two breaches of the same category, rather, is not      17:02:42
15   identical in cause, and as a board member I want to    17:02:46
16   look at what happened there in that particular case    17:02:49
17   even though, let's say, you have two of the same       17:02:51
18   function failures but the cause of it may be           17:02:55
19   different.  And that's where you -- I want to look     17:02:57
20   at the causation, whether it's a training issue        17:03:00
21   that's particular to that person who forgot or is      17:03:04
22   it particular to that particular instance, whatever    17:03:08
```

Page 119

1   that may be.                                        17:03:10

2         So it's very nuanced and in that way, you     17:03:11

3   know, I don't want to give the impression that, oh, 17:03:14

4   yeah, you know, three of the same categories.  You  17:03:18

5   have to really look at the facts on how that        17:03:21

6   violation came about to really understand what the  17:03:25

7   appropriate action should be.                       17:03:28

8         Q.  And what type of actions could you take as 17:03:38

9   a member of the State Election Board if you realize 17:03:41

10  that there could be a better process in place?      17:03:45

11        A.  Well, it's a hypothetical, but generally  17:03:54

12  speaking, if I found that there's a better process  17:03:57

13  in place, you definitely suggest it, right.  I can  17:04:00

14  definitely suggest it.  The process is sometimes    17:04:05

15  not necessarily in the authority of the State       17:04:10

16  Election Board to just -- you know, sometimes it    17:04:14

17  depends on -- it's a very general question.  So,    17:04:17

18  you know, some of this purview falls under the      17:04:21

19  legislators.  We don't just get to say I don't know 17:04:24

20  like this and let's do away with that, right.       17:04:27

21        So it's a very general question, but if       17:04:30

22  you're asking me a hypothetical and just generally  17:04:32

Page 120

1    speaking, yes, as a State Election Board member I    17:04:34

2    can definitely suggest it.    17:04:36

3        Q.   Understood.   Thank you.    17:04:40

4             Is it important to you as a State Election    17:04:46

5    Board member that every county in Georgia has    17:04:48

6    sufficient election equipment for all voters that    17:04:51

7    want to cast a ballot?    17:04:54

8        A.   Yes.   You would want counties to have    17:04:57

9    access to equipment.    17:05:03

10       Q.   Have you heard voters complain about    17:05:04

11   counties not having enough equipment?    17:05:06

12       A.   Yes, I have, and I forget where it came    17:05:13

13   from.   Again, sometimes these complaints and    17:05:15

14   comments come a lot and sometimes it's because I'm    17:05:18

15   reading the newspaper.   So I have heard it, but I    17:05:20

16   can't recall exactly the date, times, or locations.    17:05:24

17       Q.   Do you recall approximately when this    17:05:34

18   might -- this issue might have surfaced?    17:05:38

19       A.   It may have surfaced maybe with Fulton    17:05:42

20   County, you know, with the long lines.   I don't    17:05:49

21   remember exactly the context, but I think that's    17:05:51

22   one that was of concern in the newspapers and, you    17:05:55

Page 121

```
 1   know, as part of the chatter.                    17:06:01

 2        Q.  Did you hear any complaints about voters  17:06:09

 3   deciding not to cast a ballot because the equipment  17:06:13

 4   was inoperable or the waiting for the equipment    17:06:17

 5   issues to be solved was too long?                 17:06:22

 6        A.  Again, some of our complaints come in the  17:06:28

 7   form of cases before us as State members, election  17:06:31

 8   members.  So with the volume that we look at in   17:06:35

 9   addition to comments that we receive, especially in  17:06:40

10   opening comments to these meetings, it gets --     17:06:43

11   there's a significant number.                      17:06:47

12        So all that's to say violations and           17:06:50

13   comments, you know, complaints are kind of meshed   17:06:52

14   together in my mind right now, but as I recall it,  17:06:55

15   there were cases that we heard where voters, the    17:06:59

16   result of it -- and the voters may not have shown   17:07:07

17   up to make a comment during these hearings, but we  17:07:09

18   did hear through the facts of the case that the end  17:07:13

19   result was maybe one or two people had to leave and  17:07:14

20   didn't vote for whatever reason because of          17:07:16

21   technical, you know, issues.  So I do remember      17:07:18

22   situations like that, yes.                          17:07:22
```

```
                                                          Page 122
 1        Q.  How often do -- how often is it that when    17:07:35
 2   you meet with State Election Board members that you   17:07:37
 3   discuss security issues?                              17:07:43
 4        A.  I think you asked this question before,      17:07:46
 5   and I've mentioned that all my conversations are on   17:07:49
 6   record about this.  So if we had conversations        17:07:53
 7   about security it would have been on record, but I    17:07:59
 8   don't recall an IT kind of conversation.  Probably    17:08:05
 9   I'm thinking some of this is because the machines     17:08:11
10   have already been -- you know, I came in late into    17:08:16
11   the game, if you will.  So...                         17:08:19
12        Q.  Fair enough.  I guess I'm asking more of a   17:08:21
13   qualitative question from like what you can recall    17:08:24
14   when you meet with your fellow State Election Board   17:08:27
15   members, is it like every time you meet there's a     17:08:32
16   security issue or question that comes up, half the    17:08:34
17   time, maybe once or twice a year?                     17:08:38
18        A.  Yeah.  I don't recall, and it would have     17:08:41
19   been on record, you know, those cases that we hear.   17:08:45
20   I don't think it's that often, if any at all, I       17:08:51
21   don't recall, but I don't -- it's not significant.    17:08:55
22   I think that would stay in my mind, but no.  I        17:08:59
```

Page 123

```
 1  think there -- there are comments that come up        17:09:02
 2  about security concerns, but in terms of cases, I      17:09:07
 3  don't recall.  If you're talking about -- security     17:09:14
 4  is a broad word too when it comes to cases, you        17:09:15
 5  know.  You know, security in the sense of technical    17:09:20
 6  failure, I don't recall.                               17:09:22
 7          MS. WIESEBRON:  Okay.  Those are all of        17:09:31
 8  the questions I had for you today.  So unless your     17:09:32
 9  counsel has anything further --                        17:09:36
10          MS. LaROSS:  I have no questions.              17:09:38
11          MS. WIESEBRON:  Okay.  Great.  Well, thank     17:09:39
12  you very much, Ms. Le, for being here today and        17:09:40
13  giving us your time.                                   17:09:44
14          THE WITNESS:  My pleasure.                     17:09:46
15          MS. WIESEBRON:  We really appreciate it.       17:09:48
16          THE VIDEOGRAPHER:  This marks the end of       17:09:50
17  the deposition.  We're going off the record at         17:09:52
18  5:09 p.m.                                              17:09:53
19                  (Whereupon, at 5:09 p.m. the           17:09:54
20                   taking of the instant                 17:09:54
21                   deposition ceased.)                   17:09:54
22                                                         17:09:54
```

Page 124

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2         I, TINA M. ALFARO, Registered Professional

3    Reporter, Certified Realtime Reporter, and Notary

4    Public, the officer before whom the foregoing

5    deposition was taken, do hereby certify that the

6    foregoing transcript is a true and correct record

7    of the testimony given; that said testimony was

8    taken by me stenographically and thereafter reduced

9    to typewriting under my direction; that reading and

10   signing was requested; and that I am neither

11   counsel for, related to, nor employed by any of the

12   parties to this case and have no interest,

13   financial or otherwise, in its outcome.

14        IN WITNESS WHEREOF, I have hereunto set my

15   hand and affixed my notarial seal this 17th day of

16   Novrember, 2021.

17

18   My Commission expires October 31, 2025.

19

20   _____

21   NOTARY PUBLIC IN AND FOR THE

22   DISTRICT OF COLUMBIA

```
 1    Diana LaRoss, Esquire

 2    dlaross@taylorenglish.com

 3                      November 17, 2021

 4    RE: Curling, Donna  v. Raffensperger, Brad

 5        11/4/2021, Anh Le (#4880309)

 6        The above-referenced transcript is available for

 7    review.

 8        Within the applicable timeframe, the witness should

 9    read the testimony to verify its accuracy. If there are

10    any changes, the witness should note those with the

11    reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13    Deponent and Errata and return to the deposing attorney.

14    Copies should be sent to all counsel, and to Veritext at

15    cs-midatlantic@veritext.com

16

17     Return completed errata within 30 days from

18    receipt of testimony.

19     If the witness fails to do so within the time

20    allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25
```

Page 126

1    Curling, Donna   v. Raffensperger, Brad

2    Anh Le (#4880309)

3                   E R R A T A   S H E E T

4    PAGE____10____ LINE____3____ CHANGE____delete "in"_____

5    _____

6    REASON_____transcription error_____

7    PAGE___12___ LINE___11___ CHANGE____Change to: "Nominated by the Republican Party and

8    appointed by the Governor."_____

9    REASON___as per O.C.G.A §21-2-30(a)_____

10   PAGE___29___ LINE___18___ CHANGE____change from "a motion" to

11           "in motion"_____

12   REASON_____transcription error_____

13   PAGE___119___ LINE___19___ CHANGE____delete "know"_____

14   _____

15   REASON_____transcription error_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____          ___12/15/21___

24   Anh Le                                     Date

25

Page 127

1    Curling, Donna   v. Raffensperger, Brad

2    Anh Le (#4880309)

3              ACKNOWLEDGEMENT OF DEPONENT

4        I, Anh Le, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____        _____12/15/21_____

12   Anh Le                          Date

13   *If notary is required

14              SUBSCRIBED AND SWORN TO BEFORE ME THIS

15        15th DAY OF December__, 2021.

16

17

18

19              NOTARY PUBLIC

20

21

22

23

24

25