UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

------------------------------  )

DONNA CURLING, et al.,          )

               Plaintiffs,      )Case No.

       vs.                      )1:17-cv-2989-AT

BRAD RAFFENSPERGER, et al.,      )

             Defendants.      )

------------------------------  )




REMOTE DEPOSITION OF MATTHEW MASHBURN

NOVEMBER 4, 2021










REPORTED BY:  Tina Alfaro, RPR, CRR, RMR

Page 2

1

2

3

4                          NOVEMBER 4, 2021

5                          10:11 A.M.

6

7

8          Videotaped deposition of MATTHEW MASHBURN

9    taken remotely by video conference pursuant to

10   notice before Tina M. Alfaro, a Certified Realtime

11   Reporter and a Notary Public within and for the

12   District of Columbia.

13

14

15

16

17

18

19

20

21

22

1    APPEARANCES:

2        ON BEHALF OF THE PLAINTIFFS:

3        MORRISON & FOERSTER, LLP

4        BY: TAMARA WIESEBRON, ESQ.

5            HANNAH ELSON, ESQ.

6            VERONICA ASCARRUNZ, ESQ.

7            2100 L Street, NW, Suite 900

8            Washington, D.C. 20037

9

10       ON BEHALF OF THE DEFENDANTS:

11       ROBBINS FIRM

12       BY: MELANIE JOHNSON, ESQ.

13           DANIELLE HERNANDEZ, ESQ.

14           CAREY MILLER, ESQ.

15           500 14th Street, NW

16           Atlanta, Georgia 30318

17

18

19

20

21

22

1   APPEARANCES:   (cont'd)

2        ON BEHALF OF FULTON COUNTY BOARD Of

3        REGISTRATION ELECTION And RICHARD BARRON:

4        FULTON COUNTY ATTORNEY'S OFFICE

5        BY: NANCY ROWAN, ESQ.

6            141 Pryor Street, SW, Suite 4083

7            Atlanta, Georgia 30303

8

9   ALSO PRESENT:   Scott Forman (Videographer)

10                   Marilyn Marks (Coalition for Good
                         Governance)

11

12

13

14

15

16

17

18

19

20

21

22

```
 1                      I N D E X

 2                      EXAMINATION

 3    WITNESS                                  PAGE

 4    MATTHEW MASHBURN

 5        By Ms. Wiesebron                     7

 6                      EXHIBITS

 7    MASHBURN EXHIBITS                        PAGE

 8    Exhibit 1                                88
          Meeting minutes
 9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

Page 6

```
 1              THE VIDEOGRAPHER:  Good morning.  We're    10:11:53
 2    going on the record at 10:11 a.m. on November 4,   10:11:54
 3    2021.  This is media unit 1 of the video recorded 10:11:58
 4    deposition of Matthew Mashburn in the matter of    10:12:04
 5    Donna Curling, et al., versus Brad Raffensperger,  10:12:08
 6    et al., filed in the United States District Court  10:12:12
 7    for the Northern District of Georgia, Case No.     10:12:15
 8    1:17-CV-2989.  This deposition is being held at    10:12:17
 9    Robbins Ross, Atlanta.                             10:12:26
10              My name is Scott Forman from the firm     10:12:29
11    Veritext, and I am the videographer.  The court    10:12:31
12    reporter is Tina Alfaro from the firm Veritext.    10:12:32
13              Counsel will now state their appearances 10:12:36
14    and affiliations for the record.                   10:12:38
15              MS. WIESEBRON:  Tamara Wiesebron from     10:12:41
16    Morrison & Foerster for Plaintiffs.                10:12:43
17              MS. JOHNSON:  Melanie Johnson with the    10:12:48
18    Robbins firm for Defendants.                       10:12:51
19              MS. ROWAN:  Nancy Rowan, Fulton County    10:12:57
20    Attorney's office for the Defendant.               10:13:00
21              MS. JOHNSON:  This is Melanie again.  I   10:13:09
22    also have two attorneys with me in the room.       10:13:10
```

1  Danielle Hernandez and Carey Miller are in the room   10:13:16

2  as well, and they're attorneys with the Robbins   10:13:19

3  firm on behalf of Defendants.   10:13:22

4        THE VIDEOGRAPHER:  I'll pause just for a   10:13:26

5  moment to make sure we have everyone.   10:13:27

6        MS. WIESEBRON:  We also have -- I have two   10:13:28

7  attorneys from my team, Hannah Elson and Veronica   10:13:30

8  Ascarrunz, also on behalf of Plaintiffs.   10:13:36

9        MS. MARKS:  This is Marilyn Marks, and I'm   10:13:41

10  a Plaintiffs' representative, Coalition for Good   10:13:44

11  Governance.   10:13:49

12        THE VIDEOGRAPHER:  Thank you very much.   10:13:50

13        Will the court reporter please swear in   10:13:53

14  the witness.   10:13:54

15                  (Witness sworn.)   10:13:56

16  WHEREUPON:   10:13:56

17                  MATTHEW MASHBURN,   10:13:56

18  called as a witness herein, having been first duly   10:13:56

19  sworn, was examined and testified as follows:   10:13:56

20                  EXAMINATION   10:13:56

21  BY MS. WIESEBRON:   10:14:11

22     Q.  Thank you for being here this morning,   10:14:11

Page 8

```
 1   Mr. Mashburn.  Am I pronouncing your name         10:14:14

 2   correctly?                                         10:14:17

 3       A.  Mashburn.                                  10:14:19

 4       Q.  Mashburn.  All right.  Great.              10:14:22

 5           Well, if you could state your full name    10:14:24

 6   and address for the record to start off.           10:14:26

 7       A.  Thomas Matthew Mashburn, M-A-S-H-B-U-R-N,  10:14:29

 8   3 Wellington, W-E-L-L-I-N-G-T-O-N, Drive,          10:14:36

 9   Cartersville, Georgia 30120.                       10:14:43

10       Q.  Thank you.                                 10:14:48

11           So I will be asking you a series of        10:14:51

12   questions regarding this litigation.  Before we do 10:14:53

13   that, do you understand you are under oath?        10:14:57

14       A.  Yes, I understand that, I'm under oath.    10:15:01

15       Q.  Perfect.                                   10:15:05

16           If at any time you don't understand a      10:15:07

17   question I ask you, will you let me know?          10:15:08

18       A.  I will do my best.                         10:15:12

19       Q.  Great.  And if you do answer a question, I 10:15:14

20   will assume you understood it.  Is that okay?      10:15:19

21       A.  Fair assumption.                           10:15:23

22       Q.  Is there any reason today why you would be 10:15:26
```

Page 9

```
 1   unable to give full and complete testimony?          10:15:29

 2        A.  None to my knowledge.                        10:15:33

 3        Q.  Before we start, because we are in a         10:15:35

 4   remote environment, I just want to make sure that     10:15:39

 5   you do not have any chat functions open on either     10:15:42

 6   your cell phone or computer?                          10:15:45

 7        A.  I don't know what that means.                10:15:46

 8        Q.  Great.  I'll take that as a no.              10:15:49

 9            Do you have any papers in front of you?      10:15:55

10        A.  No.                                          10:15:58

11        Q.  And if you need to take a break at any       10:16:02

12   point, just let me know.  I only ask that you         10:16:04

13   answer any questions that are pending.  Is that       10:16:06

14   okay?                                                 10:16:10

15        A.  That sounds fair.                            10:16:11

16        Q.  Okay.                                        10:16:13

17            So Mr. Mashburn, did you go to college?      10:16:16

18        A.  Yes.                                         10:16:21

19        Q.  Where did you go?                            10:16:21

20        A.  It was joint enrollment in high school at    10:16:28

21   Dekalb Community College.  Then I enrolled at the     10:16:33

22   University of Georgia.  Then I went two semesters     10:16:36
```

Page 10

```
 1   at Georgia State University.  Then I returned to      10:16:39

 2   the University of Georgia where I graduated.          10:16:44

 3        Q.  All right.  And what degree did you earn?    10:16:46

 4        A.  Political Science AB.                         10:16:50

 5        Q.  Did you do any graduate work?                10:16:56

 6        A.  I went to law school, but no -- no college   10:16:58

 7   after graduation from undergrad other than law        10:17:03

 8   school.                                               10:17:07

 9        Q.  And where did you go to law school?          10:17:09

10        A.  University of Georgia.                        10:17:11

11        Q.  What is your current employment?             10:17:16

12        A.  I am a partner in commercial finance at      10:17:18

13   Aldridge Pite, A-L-D-R-I-D-G-E, P-I-T-E.              10:17:22

14        Q.  And are you also currently employed by the   10:17:32

15   Georgia Department of Administrative Services?        10:17:36

16        A.  No.                                          10:17:41

17        Q.  All right.                                   10:17:42

18            So do you currently serve on the State       10:17:50

19   Election Board of Georgia?                            10:17:53

20        A.  Yes.                                         10:17:58

21        Q.  And you are not paid for that appointment?   10:17:58

22        A.  (Inaudible.)                                 10:18:03
```

Page 11

```
 1              THE REPORTER:  I'm sorry.  I cannot hear    10:18:05
 2    the witness.                                          10:18:06
 3              THE WITNESS:   That is correct.             10:18:09
 4       Q.  Great.                                         10:18:10
 5           Have you had any other employment besides     10:18:12
 6    being a lawyer?                                       10:18:16
 7       A.  After law school I've only been employed       10:18:25
 8    as a lawyer.                                          10:18:27
 9       Q.  Have you been involved in any election         10:18:31
10    organizations?                                        10:18:35
11       A.  I have been counsel to the Georgia             10:18:40
12    Republican party.                                     10:18:44
13       Q.  When did you begin --                          10:18:48
14       A.  No other organizations come to mind.           10:18:50
15       Q.  When did you become counsel to the Georgia    10:18:55
16    Republican party?                                     10:18:58
17       A.  I was deputy counsel.  I don't recall the     10:18:59
18    year.                                                 10:19:02
19       Q.  How long approximately were you counsel       10:19:06
20    for the Georgia Republican party?                     10:19:09
21       A.  I was deputy counsel for tabulation for       10:19:11
22    probably between 10 and 12 -- between 12 and 15       10:19:16
```

Page 12

1   years.                                                          10:19:20

2       Q.  Okay.  And what type of cases at a high                 10:19:21

3   level did you see in your role as deputy counsel                10:19:26

4   for the Georgia Republican party for tabulation?                10:19:32

5       A.  I don't recall any lawsuits.  I don't                   10:19:38

6   recall any lawsuits.                                            10:19:44

7       Q.  Okay.                                                   10:19:47

8           What was your familiarity with Georgia                 10:19:53

9   elections prior to serving on the State Election                10:19:57

10  Board?                                                          10:20:02

11      A.  I served as a poll watcher and monitor for             10:20:03

12  many, many years.  I served as a tabulation monitor            10:20:10

13  for many, many years.  (Inaudible.)                            10:20:14

14          THE REPORTER:  I'm sorry.  I couldn't hear             10:20:27

15  you.                                                            10:20:31

16          THE WITNESS:  I served as a poll watcher              10:20:32

17  for many, many years; I served as a tabulation                  10:20:34

18  monitor for many, many years; and that's all that              10:20:37

19  comes to my mind right now.                                     10:20:40

20      Q.  What did you do to prepare for this                    10:20:44

21  deposition?                                                     10:20:45

22      A.  Verified the time and date and location of             10:20:51

```
 1   where I would be and had a brief conversation with   10:20:55

 2   my attorney.                                          10:20:58

 3       Q.  Did you review any court documents in        10:21:03

 4   advance of this deposition?                           10:21:07

 5       A.  Other than my notice of deposition, no.      10:21:09

 6       Q.  Have you seen the most recent complaint in   10:21:17

 7   this case?                                            10:21:21

 8       A.  Not that I recall.                            10:21:23

 9       Q.  Do you know what this case is about?         10:21:25

10       A.  Not particularly.                            10:21:32

11          THE REPORTER:  Tamara, I'm sorry.  Let's      10:21:35

12   go off the record real quick.                         10:21:37

13          THE VIDEOGRAPHER:  We're going off the        10:21:39

14   record.  The time is 10:21 a.m.                        10:21:40

15                   (A short break was had.)              10:21:43

16          THE VIDEOGRAPHER:  We are back on the         10:22:43

17   record.  The time is 10:22 a.m.                        10:22:55

18   BY MS. WIESEBRON:                                     10:23:02

19       Q.  You are currently a member of the State      10:23:02

20   Election Board, right?                                10:23:06

21       A.  Correct.                                      10:23:06

22       Q.  When did you join the State Election         10:23:08
```

Page 14

```
 1  Board?                                              10:23:12

 2       A.  I don't recall exactly.  I filled a       10:23:13

 3  partial term and then I was appointed to my own     10:23:17

 4  term in the most recent session, but I don't        10:23:21

 5  remember the dates.                                 10:23:24

 6       Q.  Approximately when did you fill a partial  10:23:28

 7  term?                                               10:23:30

 8       A.  I don't recall -- I don't recall the       10:23:35

 9  dates.  I believe it was February or March of 2020, 10:23:36

10  I believe.                                          10:23:41

11       Q.  And do you know approximately -- sorry.  I 10:23:45

12  didn't mean to cut you off.                         10:23:47

13       A.  No.  I interrupted you.  Go right ahead,   10:23:49

14  please.                                             10:23:51

15       Q.  All right.  Do you know approximately when 10:23:52

16  you started your own term that you were appointed   10:23:54

17  for?                                                10:23:59

18       A.  It was -- it took place during the last    10:24:00

19  session of the Georgia General Assembly.  I don't   10:24:03

20  recall the date.                                    10:24:07

21       Q.  Sometime in 2020?                          10:24:09

22       A.  I think 2021.                              10:24:15
```

Page 15

```
1        Q.  Beginning of 2021?                    10:24:18

2        A.  Right.  I think it was during this session  10:24:20

3   2021 is my recollection.                       10:24:23

4        Q.  All right.  And have you been deposed  10:24:27

5   before in your capacity as a State Election Board  10:24:31

6   member?                                         10:24:35

7        A.  No.                                    10:24:35

8        Q.  What are the responsibilities of the State  10:24:39

9   Election Board?                                 10:24:41

10        MS. JOHNSON:  Objection, calls for a legal  10:24:45

11   conclusion.  You can answer.                   10:24:48

12        A.  The State Election Board operates within  10:24:53

13   the authority granted to it by the people's    10:24:55

14   representatives at the Georgia General Assembly.  10:24:58

15   Sometimes in the event of an emergency we will  10:25:01

16   operate under the authority granted to us by the  10:25:04

17   governor under an emergency declaration.  We    10:25:08

18   operate under powers vested in us by the Georgia  10:25:12

19   code.  So we will -- we have rulemaking authority  10:25:18

20   and we also have cases presented before us of   10:25:23

21   alleged violations.                            10:25:29

22        Q.  And to the best of your understanding, is  10:25:32
```

Page 16

1    the State Election Board also responsible for        10:25:37

2    promulgating rules and regulations concerning        10:25:41

3    Georgia's elections?        10:25:43

4        A.  We have rulemaking authority to the extent        10:25:45

5    that it's granted to us by the General Assembly or        10:25:49

6    in the case of an emergency by the governor.        10:25:54

7        Q.  Has the State Election Board promulgated        10:25:57

8    any rules or regulations since you have joined the        10:26:00

9    State Election Board?        10:26:03

10        A.  Yes.        10:26:07

11        Q.  For what purpose does the State Election        10:26:07

12    Board promulgate rules and regulations?        10:26:16

13        A.  Depends on the circumstances and the        10:26:20

14    authority that we're given.  Just to give an        10:26:22

15    example, under the governor's declaration we passed        10:26:28

16    a series of emergency rules with regard to how the        10:26:31

17    state would respond to the COVID pandemic.        10:26:36

18        Q.  How often does the State Election Board        10:26:42

19    meet?        10:26:43

20        A.  It's not a -- it's not a set time or        10:26:47

21    place.  Sometimes we meet as often as three times a        10:26:52

22    month, sometimes we'll meet once a month.  So        10:26:58

Page 17

1    there's no really set schedule.  We meet as the        10:27:00

2    circumstances require.                                 10:27:03

3        Q.   And who decides when to call a meeting?       10:27:06

4        A.   We will usually get an e-mail from a staff    10:27:12

5    member of the Secretary of State's office.             10:27:17

6        Q.   Who does the State Election Board report      10:27:25

7    to?                                                    10:27:26

8        A.   I didn't hear your question.  I'm sorry.      10:27:30

9        Q.   Not a problem.                                10:27:32

10            Who does the State Election Board report      10:27:33

11   to?                                                    10:27:37

12            MS. JOHNSON:  Object to form.  You can        10:27:39

13   answer.                                                10:27:42

14       A.   We're accountable to the people of           10:27:42

15   Georgia.  We're accountable to the people of           10:27:44

16   Georgia.                                               10:27:49

17       Q.   What is your title as a member of the        10:27:53

18   State Election Board?                                  10:27:56

19       A.   Member.                                       10:27:58

20       Q.   Do you have any particular                   10:28:01

21   responsibilities in that position?                    10:28:04

22       A.   None that -- none that my fellow board       10:28:10

Page 18

```
 1   members don't -- don't have.                     10:28:12

 2        Q.  Are you a member of any working groups on  10:28:16

 3   the State Election Board?                         10:28:18

 4        A.  Yes.  There's a rules working group that I  10:28:22

 5   participate in.                                   10:28:25

 6        Q.  Are you familiar with Georgia's current  10:28:30

 7   election system?                                  10:28:33

 8        A.  Yes.                                      10:28:38

 9        Q.  Georgia uses ballot marking devices,      10:28:38

10   right?                                            10:28:43

11        A.  Correct.                                  10:28:43

12        Q.  Is it okay if during this deposition I    10:28:45

13   refer to these as BMD's?                          10:28:47

14        A.  As long as you will forgive them if I call  10:28:51

15   them BDM's by mistake.                            10:28:54

16        Q.  Understood.                               10:28:56

17            Do you know when Georgia switched over to  10:29:00

18   this election system?                             10:29:03

19        A.  Not the exact date, but I believe the     10:29:07

20   first election on the BMD's was the primary.      10:29:10

21        Q.  In 2020?                                  10:29:20

22        A.  Correct.  That's my recollection.         10:29:22
```

Page 19

```
  1        Q.  Are you familiar with Georgia's previous    10:29:27

  2   election system?                                     10:29:30

  3        A.  Yes.                                         10:29:31

  4        Q.  Georgia used direct recording electronic    10:29:34

  5   system also known as DRE's, right?                   10:29:41

  6        A.  Correct.                                     10:29:47

  7        Q.  Do you understand why Georgia switched      10:29:47

  8   from DRE's to BMD's?                                 10:29:49

  9        A.  I have my own understanding as to -- as to  10:29:55

 10   what that was, but the General Assembly passed a     10:29:59

 11   set of laws that said we were going to have -- go    10:30:07

 12   to BMD's, which is something that the people had     10:30:12

 13   been asking for since the DR -- since even before    10:30:15

 14   the DRE's were instituted.                           10:30:18

 15        Q.  So what is your own understanding of why    10:30:23

 16   Georgia switched from DRE's to BMD's?               10:30:28

 17        A.  The DRE equipment was old, technology       10:30:32

 18   advances a lot in 20 years.  And so the systems      10:30:40

 19   were just worn out and ready to be -- ready to be    10:30:45

 20   replaced and the technology had sufficiently         10:30:48

 21   advanced that -- that it was time to make a change.  10:30:52

 22        Q.  Did you have a role in choosing Georgia's   10:31:00
```

Page 20

```
 1   current election system?                          10:31:06

 2       A.  No.                                        10:31:07

 3       Q.  Do you know whether the State Election     10:31:10

 4   Board had a role in choosing the current election 10:31:12

 5   system?                                            10:31:16

 6       A.  I do not.                                  10:31:17

 7       Q.  Are you familiar with other states'       10:31:24

 8   election systems?                                  10:31:31

 9       A.  Generally.                                 10:31:32

10       Q.  Do you know whether other states use       10:31:34

11   BMD's?                                             10:31:37

12       A.  I do not.                                  10:31:38

13           MS. JOHNSON:  Object to relevance.         10:31:39

14           THE WITNESS:  I'm sorry.                   10:31:40

15           MS. JOHNSON:  That's okay.                 10:31:41

16           THE WITNESS:  I do not.                    10:31:42

17       Q.  As a member of the State Election Board do 10:31:52

18   you care about the security of elections in        10:31:53

19   Georgia?                                           10:31:56

20           MS. JOHNSON:  Object to form.  You can     10:31:58

21   answer.                                            10:31:59

22       A.  Absolutely.                                10:32:00
```

Page 21

```
 1        Q.  As a member of the State Election Board do   10:32:07
 2   you find it important to know that Georgia's          10:32:09
 3   election system is not vulnerable to being hacked     10:32:13
 4   by unauthorized third parties?                        10:32:16
 5        A.  Can you restate that question, please.       10:32:20
 6        Q.  Sure.  Do you want me to rephrase it or      10:32:24
 7   just repeat it?                                        10:32:27
 8        A.  Just repeat it, please.                      10:32:30
 9        Q.  As a member of the State Election Board do   10:32:32
10   you find it important to know that Georgia's          10:32:34
11   election system is not vulnerable to being hacked     10:32:38
12   by unauthorized third parties?                        10:32:42
13        MS. JOHNSON:  Objection.  You can answer.        10:32:45
14        A.  Yeah.  Within -- within the framework of     10:32:49
15   the balancing interests that are present, sure.       10:32:52
16        Q.  What do you mean by "balancing interests"?   10:32:59
17        A.  There are trade-offs that exist in           10:33:04
18   every -- in every system between what the counties    10:33:08
19   can do, what the people will tolerate, what the       10:33:12
20   voters deem as being worthwhile or not worthwhile.    10:33:16
21   So I don't think you can look at one aspect and say   10:33:22
22   this is the one and only aspect.  It's a trade-off    10:33:27
```

Page 22

```
 1   of multiple different considerations.  Security      10:33:29

 2   is -- security is one of them.                        10:33:36

 3        Q.  Understood.                                   10:33:40

 4            Would you support the use of an election      10:33:43

 5   system that could be hacked in a few minutes by a     10:33:45

 6   voter in the voting booth?                            10:33:48

 7        A.  I would not -- I would -- I would want to     10:34:01

 8   see the data on -- on how that could be done, but     10:34:05

 9   generally hacking is not a good idea.  It's           10:34:10

10   something that you'd like to -- like to oppose, but   10:34:18

11   I'd like -- I'd have to see the particular            10:34:21

12   circumstances.  If it could be hacked in a -- in a    10:34:23

13   courtroom under artificial circumstances, that's      10:34:30

14   very different than being hacked in the wild.         10:34:33

15        Q.  But from your answer is it -- am I           10:34:42

16   understanding correctly that you would not support    10:34:45

17   an election system that could be hacked in a few      10:34:48

18   minutes by a voter in the voting booth?               10:34:51

19            MS. JOHNSON:  (Inaudible) taking             10:34:56

20   Mr. Mashburn's opinion in his personal capacity.      10:34:56

21   He's here in his capacity as a member of the State    10:35:01

22   Board of Elections, but you can answer.               10:35:07
```

Page 23

```
 1        A.   You would want to avoid a system that      10:35:08

 2   could be hacked by a random person in the wild.     10:35:12

 3        Q.   Are you familiar with BMD's?              10:35:16

 4        A.   Sure.                                      10:35:21

 5        Q.   Do you know how they work?                10:35:22

 6        A.   Yes.  I just used one the other day.       10:35:23

 7        Q.   What company manufacturers the BMD's?     10:35:28

 8        A.   I don't know.                              10:35:31

 9        Q.   What company does the State of Georgia     10:35:35

10   have a contract with that provides the BMD's to the 10:35:42

11   State of Georgia?                                    10:35:45

12        A.   I don't know.                              10:35:46

13        Q.   Are you familiar with Dominion?            10:35:52

14        A.   I've heard -- I've heard of them, yes.     10:35:55

15        Q.   Are you aware that the State of Georgia    10:36:00

16   has contracted with Dominion for Dominion to        10:36:03

17   provide BMD's to the State of Georgia?              10:36:07

18        MS. JOHNSON:  He stated he wasn't aware         10:36:11

19   who the State of Georgia had a contract with.  You  10:36:17

20   can answer.                                          10:36:19

21        A.   Yeah, I don't know who the contract's      10:36:20

22   with.                                                10:36:22
```

Page 24

```
 1          Q.  Have you interacted at all with Dominion?      10:36:23

 2          A.  No.  Wait.  Scratch that.  We had a            10:36:25

 3     representative of Dominion at a State Election          10:36:32

 4     Board meeting to testify and he answered some of my     10:36:36

 5     questions.  So I guess that's an interaction, but       10:36:40

 6     other than that, no.                                    10:36:45

 7          Q.  Have you inspected one of the BMD machines     10:36:48

 8     before?                                                 10:36:53

 9          A.  I've seen them and I've used them.             10:36:58

10          Q.  Do you know how the BMD machines are           10:37:05

11     programmed?                                             10:37:08

12          A.  No.                                            10:37:09

13          Q.  That's not something that you discussed        10:37:11

14     with other State Election Board members?                10:37:14

15          A.  We did have a question about adjusting         10:37:21

16     the -- how it reads a mark, but I didn't discuss        10:37:28

17     programming other than just the general idea of         10:37:32

18     that you want to have it read this much.  But how       10:37:37

19     you accomplish that through programming I have no       10:37:43

20     idea.                                                   10:37:46

21          Q.  When you say "reading a mark," what            10:37:46

22     exactly are you referring to?                           10:37:51
```

Page 25

```
 1        A.  Well, it wasn't a BMD.  I stand corrected   10:37:55
 2   there.  The question there was on hand-marked paper   10:38:01
 3   ballots.  So yeah, I don't know anything about        10:38:06
 4   programming BMD's.  I stand corrected.  I'm sorry.     10:38:08
 5   I apologize.                                           10:38:10
 6        Q.  No problem.                                   10:38:11
 7        A.  Yeah.  I don't know anything about            10:38:14
 8   programming BMD's.                                     10:38:16
 9        Q.  Okay.  So that's not -- just to clarify,      10:38:21
10   that's not something that you discussed with the       10:38:24
11   State Election Board?                                  10:38:25
12        A.  Not -- not to my knowledge.                   10:38:26
13        Q.  Do you know how the BMD machines are          10:38:33
14   updated?                                               10:38:35
15        MS. JOHNSON:  Objection, lack of                  10:38:35
16   foundation.  He stated he doesn't know how the         10:38:36
17   programming of the BMD's works and he's not a BMD      10:38:39
18   expert or a computer expert, but you can answer if     10:38:43
19   you know.                                              10:38:47
20        A.  Only -- only generally that contractors       10:38:48
21   will update them, but nothing more than that.          10:38:50
22        Q.  Are you aware that removal media,             10:39:00
```

Page 26

1    including USB sticks, can be inserted into BMD          10:39:04

2    machines?                                               10:39:10

3        A.   I have no knowledge of that.  The only        10:39:12

4    knowledge I have of that comes out of the case in       10:39:19

5    Athens where a representative I believe of Dominion     10:39:25

6    said that if someone stuck a stick into a live          10:39:30

7    machine in the wild it would immediately shut down,     10:39:33

8    but other than that I don't know -- have any            10:39:37

9    knowledge.                                              10:39:40

10       Q.   And when voters use BMD's to vote they're      10:39:53

11   provided with a paper receipt, right?                   10:40:00

12       A.   Correct.                                       10:40:03

13       Q.   And that paper receipt shows text as well      10:40:05

14   as a QR code, right?                                    10:40:11

15       A.   Correct.                                       10:40:13

16       Q.   And so when the votes are tabulated, are       10:40:15

17   they tabulated using the QR codes or the text?          10:40:24

18       A.   They are run through a scanner that reads      10:40:32

19   the QR code for their first tally.  As we did the       10:40:35

20   presidential recounts, we looked at the text.           10:40:44

21       Q.   Would you support the use of an election       10:40:58

22   equipment that could be hacked in such a way that       10:41:03

Page 27

1  both the QR codes and the human readable text could    10:41:06

2  be altered?    10:41:12

3          MS. JOHNSON:  (Inaudible.)    10:41:16

4          THE REPORTER:  I'm sorry.  I couldn't hear    10:41:17

5  you, Melanie.    10:41:19

6          MS. JOHNSON:  Object to form and lack of    10:41:20

7  foundation.    10:41:22

8      A.  Well, spec- -- all right.  Ask me the    10:41:23

9  question again, please.  Just repeat the question.    10:41:29

10     Q.  Would you support the use of an election    10:41:36

11  equipment that could be hacked in such a way that    10:41:40

12  both the QR codes and the human readable text could    10:41:43

13  be altered?    10:41:47

14         MS. JOHNSON:  Objection.  You can answer.    10:41:49

15     A.  If it was a theor- -- if it was a    10:41:53

16  theoretical possibility, it would just depend on a    10:41:57

17  lot of other factors, but you have the voter who    10:41:59

18  checks it.  So it would be really strange to have a    10:42:04

19  system that alters it before the voter looks at it    10:42:09

20  and the voter doesn't know -- none of the voters    10:42:16

21  that look at it notice.  That just would -- I just    10:42:19

22  can't -- I just can't anticipate that that could be    10:42:22

Page 28

```
 1   possible.                                               10:42:26
 2       Q.  How about a system -- sorry.  Strike that.      10:42:28
 3            So just going back on your previous            10:42:50
 4   answer, you noted that you couldn't anticipate that     10:42:51
 5   it would be possible, but regardless of whether you     10:42:56
 6   can anticipate that it's possible, let's assume it      10:43:02
 7   is possible.  Would you support the use of an           10:43:09
 8   election equipment that could be hacked in such a       10:43:12
 9   way that both QR codes and human readable text          10:43:17
10   could be altered?                                       10:43:20
11            MS. JOHNSON:  Object to form, misstates        10:43:21
12   his prior testimony, lack of foundation, and           10:43:23
13   relevance.                                              10:43:27
14       A.  Yeah.  I just -- I don't think it's             10:43:27
15   possible to have a system where you hack and none       10:43:30
16   of the voters who review their ballots don't catch      10:43:32
17   that it's -- that it's switched.  The voters are        10:43:35
18   too concerned about their votes.  We had so many        10:43:38
19   questions about calibrations on the DRE's, the          10:43:42
20   voters were all over it.  So I can't support or --      10:43:49
21   or oppose a system that's just not possible.            10:43:55
22       Q.  Understood.                                     10:43:58
```

Page 29

| | | |
|---|---|---|
| 1 | You testified a few minutes earlier that | 10:44:00 |
| 2 | you understood that only -- initially only the QR | 10:44:02 |
| 3 | codes are tabulated and not the human readable | 10:44:08 |
| 4 | text, correct? | 10:44:11 |
| 5 | A.   The scanner reads the QR codes, correct. | 10:44:14 |
| 6 | Q.   Okay.  So would you support the use of | 10:44:19 |
| 7 | election equipment that could be hacked in such a | 10:44:22 |
| 8 | way that only the QR codes are altered but the | 10:44:26 |
| 9 | human readable text shows the voter's intent? | 10:44:32 |
| 10 | MS. JOHNSON:  Same objection. | 10:44:39 |
| 11 | A.   If I knew -- if I knew that it was | 10:44:45 |
| 12 | possible -- if I knew it was happening -- scratch | 10:44:48 |
| 13 | that. | 10:44:52 |
| 14 | If I knew it was possible to do that, that | 10:44:53 |
| 15 | would not be a system that I support.  I would want | 10:44:55 |
| 16 | to know -- I would want to know more information as | 10:45:04 |
| 17 | to how somebody's marketing a system that that | 10:45:07 |
| 18 | could happen.  How did that -- how did that meet | 10:45:10 |
| 19 | the request -- how did that meet the proposal, | 10:45:14 |
| 20 | request for proposals. | 10:45:17 |
| 21 | Q.   Understood. | 10:45:20 |
| 22 | As a member of the State Election Board do | 10:45:24 |

Page 30

1    you believe it is important to voters for them to      10:45:27

2    be able to verify that their ballots accurately        10:45:32

3    reflect their voting intent?                           10:45:37

4           MS. JOHNSON:  Objection, calls for              10:45:41

5    speculation and object to form.  You can answer.       10:45:42

6        A.  We -- it has been my experience that           10:45:51

7    voters take great comfort in being able to look at     10:45:53

8    their receipt and know that it accurately reflected    10:46:00

9    their choices, correct.                                10:46:04

10       Q.  Have you heard any complaints from voters      10:46:12

11   that they are unable to verify their votes in the      10:46:16

12   way -- in this way using Georgia's current election    10:46:19

13   system?                                                10:46:22

14       A.  I've never heard it from a voter who was       10:46:24

15   not representing an interest group.                    10:46:26

16       Q.  So you have heard it from voters that are      10:46:34

17   part of an interest group; is that right?              10:46:38

18       A.  Correct, but I haven't heard it from just      10:46:42

19   a random -- I've never heard it from a random voter    10:46:45

20   and no one has -- I've taken hundreds and hundreds     10:46:50

21   of calls during and after elections and no one's       10:46:54

22   ever -- no one's ever said it.  I've only heard        10:46:57

Page 31

1    universal praise for the receipts.                    10:47:01

2        Q.  To your knowledge, does the Secretary of     10:47:04

3    State's office commission studies regarding          10:47:07

4    election systems?                                     10:47:10

5        A.  None to my knowledge.                         10:47:12

6        Q.  Are you aware that the Secretary of           10:47:18

7    State's office commissioned a study regarding voter   10:47:20

8    verification in 2021?                                 10:47:25

9        A.  I'm not familiar with one.                    10:47:27

10       Q.  So is it fair to assume that you did not      10:47:31

11   read the Secretary of State's study commissioned      10:47:38

12   titled 2021 Georgia Voter Verification Study?         10:47:42

13       A.  I'm not familiar with that.                   10:47:45

14       Q.  Okay.  So you're not aware that the study     10:47:50

15   found that over half of voters reviewed their        10:47:54

16   ballot less than a second or not at all?              10:47:59

17       A.  Yeah, I'm not familiar with that.  That      10:48:04

18   was not -- that was not the experience that I had     10:48:06

19   with talking with voters.                             10:48:09

20       Q.  So does that finding surprise you?            10:48:12

21       A.  I'd have to see -- I would have to see the    10:48:19

22   context.  It's not -- it's not consistent with my     10:48:21

Page 32

```
 1  experience talking with voters.  Voters that have     10:48:24

 2  interacted with me have been universally very happy   10:48:30

 3  with the receipts.                                    10:48:33

 4      Q.  But you've only -- how many voters have       10:48:37

 5  you interacted with?                                  10:48:40

 6      A.  Several hundred.                              10:48:41

 7      Q.  In what context do you interact with          10:48:44

 8  voters?                                               10:48:46

 9      A.  They will call me on the phone, they will     10:48:49

10  stop me at restaurants, they will stop me walking     10:48:52

11  down the street.  I will see them in polling          10:48:56

12  places, I will see a few at tabulation centers.       10:49:01

13  Some will e-mail, some will send mail.  So just --    10:49:07

14  yes, in the several hundreds.                         10:49:18

15      Q.  Would it worry you that half of Georgia       10:49:27

16  voters undertake an insufficient check of their       10:49:32

17  ballot?                                               10:49:37

18          MS. JOHNSON:  Objection, lack of              10:49:40

19  foundation.  You can answer.                          10:49:41

20      A.  I have -- I don't have any knowledge of       10:49:47

21  what you just asked.                                  10:49:49

22      Q.  Well, as a member of the State Election       10:49:53
```

Page 33

```
 1    Board would you be concerned if half of the Georgia    10:50:00
 2    voters took less than a second to review their         10:50:06
 3    ballot or did not review it at all?                    10:50:12
 4            MS. JOHNSON:  Same objections.  You can        10:50:17
 5    answer.                                                10:50:18
 6        A.  I would depend on the context.  For            10:50:18
 7    example, in a primary where Donald Trump ran           10:50:20
 8    unopposed, it really would take less than a second     10:50:23
 9    because there was only one race.  So just to say a     10:50:28
10    blanket number without the context of the ballot       10:50:34
11    doesn't mean anything.                                 10:50:37
12        Q.  That's fair enough.                            10:50:39
13            Let's assume that this was in the context      10:50:44
14    where the contestants did not run unopposed.  So in    10:50:46
15    that context would you be concerned if half of the     10:50:51
16    Georgia voters took less than a second to review       10:50:56
17    their ballot or did not review it at all?              10:51:00
18            MS. JOHNSON:  Same objections.  You can        10:51:04
19    answer.                                                10:51:05
20        A.  I was -- in my case when I voted on            10:51:08
21    Tuesday it took me less than a second to review the    10:51:10
22    ballot, and I said, yep, yep, yep, boom, done.         10:51:12
```

Page 34

```
 1       Q.  Would it concern you if a portion of      10:51:18

 2  Georgia voters did not review their ballot at all?  10:51:23

 3       MS. JOHNSON:  Objection, asked and            10:51:27

 4  answered.  You can answer.                          10:51:28

 5       A.  Yeah.  We -- I think, if I'm not mistaken, 10:51:31

 6  there's even a script that was advocated.  I don't  10:51:38

 7  know if we adopted it or not, but that some groups  10:51:43

 8  proposed that a script be read to the voters.  So I 10:51:50

 9  know there's an education effort.  I don't recall   10:51:53

10  exactly what it is right now, but I know there was  10:51:55

11  a lot of education effort saying it's important     10:51:58

12  that you review your ballot and there were some     10:52:01

13  groups that were very concerned about it.           10:52:03

14       Q.  And this may be an obvious question, but  10:52:09

15  I'm going to ask it anyway.  So please indulge me.  10:52:12

16  Can humans read QR codes?                           10:52:17

17       A.  I have no idea.                            10:52:20

18       Q.  Okay.  Have you ever been able to read a  10:52:24

19  QR code?                                            10:52:27

20       A.  Not -- not that I'm aware of.             10:52:30

21       Q.  All right.                                10:52:34

22       A.  I don't know if there's any -- somebody   10:52:35
```

Page 35

```
 1   with specialized training that could or could not.    10:52:38

 2   I don't know.                                          10:52:41

 3        Q.  Fair enough.                                  10:52:41

 4            To your knowledge, are voters able to         10:52:43

 5   verify that the QR code on their ballot accurately     10:52:44

 6   reflects the voter's selection?                        10:52:50

 7            MS. JOHNSON:  Objection.  Mr. Mashburn is      10:52:53

 8   not a computer expert, but you can answer.             10:52:55

 9        A.  I would -- I would doubt that an average      10:52:59

10   person can read a QR code.  I would -- I would         10:53:02

11   doubt that.  I don't -- I don't know, but I would      10:53:05

12   doubt it and that's why we don't -- we don't ask       10:53:08

13   them to read the QR code.  We ask them to look at      10:53:18

14   the choices that are printed out for them.             10:53:21

15        Q.  Understood.                                   10:53:24

16            Are you familiar with election audits?        10:53:26

17        A.  Election audits?                              10:53:30

18        Q.  Yes.                                          10:53:31

19        A.  Yes.                                          10:53:36

20        Q.  Does the State Election Board have any        10:53:36

21   role in any election audits in the State of            10:53:38

22   Georgia?                                               10:53:42
```

Page 36

```
 1       A.  None -- none come to mind, but I would      10:53:43

 2   imagine that we do.                                  10:53:46

 3       Q.  Okay.  To the best of your knowledge, what   10:53:50

 4   would that role be?                                  10:53:53

 5       A.  I don't -- I don't -- I don't recall them    10:53:56

 6   off the top of my head.  I always carry the rules    10:54:00

 7   and regulations with me.  So if there's a question,  10:54:05

 8   I look it up.                                        10:54:08

 9       Q.  That's a good strategy.                      10:54:09

10           Do you know in what circumstances election  10:54:15

11   audits could be requested?                           10:54:17

12       A.  Not off the top of my head.                  10:54:20

13       Q.  Are audits important to verify election     10:54:24

14   results?                                             10:54:28

15       A.  Yes.  I attended one down in Fulton          10:54:30

16   County, and I thought it was very -- very            10:54:36

17   reassuring.                                          10:54:40

18       Q.  Could you explain a bit more why you find    10:54:47

19   them important?                                      10:54:49

20       A.  The more -- the more you check and recheck   10:54:54

21   and double-check and come up with the same result,   10:55:01

22   the more confidence people have in the system.       10:55:04
```

Page 37

```
 1    Except for a certain group of conspiracy theorists   10:55:10
 2    who stopped me one day and said that since you       10:55:13
 3    counted three times and you came up with the same    10:55:20
 4    result, that was evidence of the fraud and stop the  10:55:23
 5    steal.  Otherwise, if you count and recount and      10:55:26
 6    recount and audit and come up with the same          10:55:31
 7    numbers, the more you check the better people feel.  10:55:33
 8         Q.  Do you know how audits work for votes that  10:55:39
 9    were casted using a BMD machine?                     10:55:43
10         A.  Only generally from what I've observed.     10:55:51
11         Q.  Can you explain from what you have          10:55:58
12    observed how audits work for votes that were casted  10:56:01
13    using a BMD machine?                                 10:56:05
14         A.  Yeah.  We were down at Fulton County and    10:56:10
15    they threw dice to determine how thick of the stack  10:56:14
16    they would cut.  Then they would cut the stack and   10:56:18
17    then they would count a certain number of votes and  10:56:23
18    see if that's the same result that they got within   10:56:25
19    a certain tolerance.  I thought that was             10:56:29
20    fascinating.                                         10:56:33
21         Q.  If a machine was tampered such that the     10:56:46
22    QR code does not accurately reflect the voter's      10:56:51
```

Page 38

```
 1   intention, would an audit be able to pick up on     10:56:57

 2   that?                                                10:57:00

 3         MS. JOHNSON:  Objection, lack of               10:57:01

 4   foundation.  You can answer.                         10:57:02

 5      A.  I don't know.  I don't know the answer.       10:57:06

 6      Q.  So would you be concerned if you weren't      10:57:27

 7   allowed to vote in an election for some reason?      10:57:30

 8         MS. JOHNSON:  Objection.  Mr. Mashburn is      10:57:34

 9   here in his capacity as a State Election Board       10:57:37

10   member.  You can answer.                             10:57:39

11      A.  I would -- I would not accept -- it would    10:57:40

12   depend on -- it would depend on the context, but if 10:57:48

13   I knew I was registered and I knew I was in the      10:57:53

14   right precinct and I knew I was on election day and  10:57:56

15   I knew I was within the proper times and I knew I    10:58:00

16   had my ID with me, I would take very badly if they   10:58:02

17   said I couldn't vote.                                10:58:06

18      Q.  Why is that?                                  10:58:08

19      A.  Because properly registered Georgia          10:58:10

20   citizens should be allowed to vote, and we work      10:58:14

21   very -- at the State Election Board we work very     10:58:19

22   hard to try and make voting accessible.             10:58:21
```

Page 39

```
 1        Q.  Would you be concerned if you were forced    10:58:25

 2   to vote by a mail-in ballot?                          10:58:28

 3        MS. JOHNSON:  Same objection and lack of         10:58:32

 4   relevance, but you can answer.                        10:58:34

 5        A.  I would not -- I would not -- I have used    10:58:36

 6   mail-in ballots, but I would not support it as the    10:58:44

 7   sole method in Georgia.                               10:58:46

 8        Q.  Why is that?                                 10:58:48

 9        A.  Because mail-in ballots are hand-marked      10:58:51

10   paper ballots and you have all kinds of ballot        10:58:55

11   harvesting problems, you have all kinds of failure    10:58:58

12   to follow the instruction problems, you have mail     10:59:02

13   delays, you have -- talking about hacking.  A         10:59:05

14   hand-marked paper ballot can be hacked by anybody     10:59:13

15   with a pen anywhere during the process.  You have     10:59:16

16   chain of custody problems.  Just a disaster.          10:59:19

17        Now, as part -- as part of a system and          10:59:30

18   people like that, it's perfectly fine for the         10:59:33

19   people's representatives in the General Assembly to   10:59:36

20   choose that as a method.  I don't object to it as a   10:59:41

21   method, but I would object strenuously to it being    10:59:43

22   as the sole method.                                   10:59:47
```

Page 40

1      Q.  If you found out after an election that      10:59:53

2   your vote had not counted, would that concern you?   10:59:57

3      A.  Yeah.  I would want to know why.           11:00:01

4      Q.  What if you found out that your vote had    11:00:08

5   been counted for a different candidate, would that   11:00:13

6   concern you?                                        11:00:16

7          MS. JOHNSON:  Objection.  These questions    11:00:18

8   are outside of Mr. Mashburn's role as a State       11:00:20

9   Election Board member, but you can answer.          11:00:23

10      A.  Well, it's a secret ballot.  So I don't     11:00:26

11   know how -- I don't know how that -- I don't even   11:00:28

12   know how that would be discovered.  Would I         11:00:30

13   discover it or would they discover it?  Who would   11:00:36

14   discover it?                                       11:00:38

15          I'm not supposed to ask you questions, I    11:00:41

16   realize.  I'm sorry.  I breached deposition        11:00:44

17   protocol.  I'm sorry.                              11:00:47

18      Q.  It's okay.                                  11:00:49

19      A.  But I ask rhetor- -- I ask rhetorically.    11:00:49

20   I ask rhetorically, not of you, but rhetorically   11:00:51

21   how would it be discovered if it's a secret ballot?  11:00:56

22      Q.  Right.  Under- -- understood the           11:01:00

Page 41

```
 1   confusion.                                    11:01:02
 2        Do you publicly announce who you vote for 11:01:09
 3   in every election?                             11:01:11
 4        MS. JOHNSON:  Same objection, but you can 11:01:14
 5   answer.                                        11:01:15
 6        A.  Usually not.                          11:01:15
 7        Q.  Why not?                              11:01:17
 8        A.  Because I have -- secret ballot is a very 11:01:20
 9   good and valuable tool in American voting system. 11:01:24
10   I think secret ballot is one of the greatest   11:01:33
11   inventions that Americans and whoever else support 11:01:36
12   it has come up with.                           11:01:40
13        Q.  Are you concerned about the personal  11:01:50
14   information now required to be posted on the    11:01:53
15   envelope when voting absentee by mail?          11:01:56
16        MS. JOHNSON:  Objection, relevance.  You  11:02:00
17   can answer.                                     11:02:01
18        A.  No.  I was actually quite amazed at seeing 11:02:02
19   the mockups of the envelopes.  I was concerned when 11:02:06
20   it first came out, but after having seen the    11:02:11
21   mockups of the envelopes, I was just fascinated and 11:02:13
22   just so impressed with how they came up with a  11:02:18
```

Page 42

1  system to fold and cover it and seal it.  I just            11:02:23

2  thought it was just fascinating what a great job            11:02:28

3  they did.                                                   11:02:31

4       Q.  Would you use BMD's that don't tabulate QR         11:02:37

5  codes but instead tabulated the human readable             11:02:44

6  portion?                                                    11:02:48

7          MS. JOHNSON:  Objection as to relevance             11:02:49

8  and the capacity in which Mr. Mashburn is here, but         11:02:56

9  you can answer.                                             11:03:01

10      A.  Yeah.  I would like to see that                    11:03:02

11  demonstrated.                                              11:03:04

12      Q.  Would you --                                       11:03:05

13      A.  It would probably make the anti-QR code            11:03:06

14  people very happy.                                         11:03:08

15      Q.  If it was possible, would you prefer that          11:03:10

16  to the current BMD's?                                      11:03:14

17         MS. JOHNSON:  Objection, speculation and            11:03:17

18  same objection as before, but you can answer.              11:03:20

19      A.  Yeah.  I'd have -- I'd have to see the             11:03:22

20  accuracy -- I'd have to see it demonstrated and see        11:03:26

21  the accuracy of it and see how it operated, but I          11:03:30

22  have no objections -- I have no objections to it in        11:03:36

Page 43

```
 1   theory.                                        11:03:39

 2        Q.  Are you aware --                      11:03:44

 3        A.  If it's just -- if it's just as fast. 11:03:45

 4        Q.  Are you aware that no other states use 11:03:50

 5   BMD's as a primary form of voting statewide?   11:03:53

 6        MS. JOHNSON:  Objection, relevance.  You  11:03:57

 7   can answer.                                    11:03:59

 8        A.  I'm not aware of that.                 11:04:00

 9        Q.  If that were the case, would you be   11:04:05

10   concerned by it?                               11:04:07

11        MS. JOHNSON:  Same objections.            11:04:09

12        A.  Not necessarily in that we might be the 11:04:10

13   leading edge of societal evolution.            11:04:12

14        Q.  Do you think that DRE's were as reliable 11:04:20

15   as BMD's?                                      11:04:25

16        MS. JOHNSON:  Objection.  He's not an     11:04:26

17   election security expert, but you can answer.  11:04:32

18        A.  I like BMD's.  I'm pleased that the   11:04:34

19   Georgia General Assembly chose to use the BMD's 11:04:40

20   when they -- when they considered the new system. 11:04:42

21   I'm pleased with the change, especially having seen 11:04:45

22   it work and the receipts be counted and the way we 11:04:55
```

Page 44

1    were able to respond to statements that the machine      11:05:00

2    flipped votes and we said, well, we counted the          11:05:03

3    paper.  So I thought that was a good improvement.         11:05:07

4    I thought the General Assembly did a good job of          11:05:09

5    that.                                                     11:05:12

6        Q.  Are you aware of any previous concerns            11:05:14

7    with the reliability of DRE's?                            11:05:20

8        A.  I had more comfort with DRE's than most           11:05:27

9    people simply because I knew all of the ways that         11:05:32

10   the previous systems could be hacked.  So I thought       11:05:36

11   the -- at the time the institution of the DRE's was       11:05:40

12   a substantial improvement over every other system         11:05:43

13   that had previously been in place.                        11:05:46

14          I was always hearing about the lack of the         11:05:51

15   paper trail that the people didn't like and we            11:05:54

16   would frequently hear objections that I cast -- it        11:05:57

17   actually happened to me once that I pressed a             11:06:04

18   button and a different candidate came up and it was       11:06:06

19   most likely that my finger had just slipped or I          11:06:10

20   wasn't as careful as I should have been, but I            11:06:14

21   caught it and I changed it.  But we would                 11:06:17

22   frequently have people with -- strangely enough,          11:06:20

Page 45

```
 1   when I was asking questions about it, you would      11:06:27
 2   find out that people with long finger nails would    11:06:29
 3   have particular problems with calibration errors.    11:06:33
 4          So one of the nice improvements is I          11:06:35
 5   didn't hear a single one of those complaints after   11:06:38
 6   either the primary or the general or the runoff,     11:06:41
 7   whereas previously we would field several dozen of   11:06:46
 8   those complaints.                                    11:06:49
 9       Q.  Got it.                                      11:06:54
10          You mentioned at the beginning of your        11:06:55
11   answer that you knew all of the ways that the        11:06:58
12   previous systems could be hacked.  Can you explain   11:07:00
13   what you're referring to here?                       11:07:05
14       A.  Yeah.  As part of my interest in elections  11:07:10
15   I've been reading about the materials on elections   11:07:14
16   for as long as I can remember.  So there was a       11:07:20
17   series of books that I -- that I read, I don't       11:07:26
18   recall all of the titles, when I got out of law      11:07:28
19   school and have just been -- you know, spent 20      11:07:31
20   years reading books about how you hack various       11:07:35
21   systems, and -- and people who -- who have passed    11:07:37
22   away told me how they did it in the old days.        11:07:43
```

Page 46

```
 1        Q.  Got it.                                11:07:49

 2            And so had you read anything about DRE's   11:07:58

 3    being easily hacked?                          11:08:02

 4            MS. JOHNSON:  Objection.  You can answer.  11:08:06

 5        A.  I've never -- I've never read a credible  11:08:09

 6    report that they could be easily hacked in the    11:08:14

 7    wild.  I've read statements in various sources and  11:08:17

 8    books that people could hack them in very       11:08:23

 9    artificial circumstances, but I've -- I'm not aware  11:08:27

10    of any circumstance that anybody that's ever     11:08:30

11    reported that one has been hacked in the wild.    11:08:34

12        Q.  Would you use hand-marked paper ballots?   11:08:41

13        A.  I have.  I would not use them as the     11:08:50

14    primary source, but I have used it in my mail-in.   11:08:52

15    But I think that's probably the worst -- if you    11:08:59

16    were choosing systems, that's probably the worst    11:09:02

17    system you can choose.                          11:09:04

18        Q.  Why is that?                           11:09:07

19        A.  I've been watching tabulation for well    11:09:10

20    over 20 years and every single election that I have  11:09:13

21    watched either as a poll monitor or poll watcher or  11:09:19

22    a tabulation monitor, I've never seen an election   11:09:26
```

Page 47

```
 1    where I didn't see a gross violation of the law or    11:09:30
 2    error or susceptibility in a hand-marked paper        11:09:33
 3    ballot.  It's always been the hand-marked paper       11:09:38
 4    ballots every election.                               11:09:40
 5        Q.  What violations of the law are you            11:09:42
 6    referring to?                                         11:09:46
 7        A.  People sitting at tables by themselves        11:09:48
 8    marking -- marking ballots.  Ballots sitting in       11:09:52
 9    boxes and Tupperware containers with nobody           11:09:57
10    watching them, with no security on them whatsoever.   11:10:01
11    Ballots being transported from one location to        11:10:07
12    another without any sort of chain of custody.         11:10:10
13    Marked ballots and unmarked ballots being             11:10:16
14    intermingled and left unsecured.  Just any number     11:10:21
15    of -- any number of issues, but it's always --        11:10:25
16    always -- I've never come across a problem -- well,   11:10:30
17    I came across one problem with one DRE one election   11:10:34
18    and it was a programming error, and that was in       11:10:37
19    Sharon Cooper's race out in East Cobb, and we         11:10:41
20    caught it very quickly and they reprogrammed it to    11:10:46
21    read it and the election was fine.                    11:10:49
22            But the errors that I see in tabulation       11:10:51
```

Page 48

```
 1    security risks have always been the paper ballots,    11:10:53

 2    and I've never seen an election that didn't have a     11:10:57

 3    problem or a big security risk with paper ballots.     11:11:00

 4         Q.  Are paper ballots susceptible to being       11:11:13

 5    infiltrated by malware?                                11:11:18

 6         MS. JOHNSON:  Object to form and lack of          11:11:20

 7    foundation, but you can answer.                        11:11:21

 8         A.  In their marking probably not.  In their      11:11:22

 9    creation probably so.                                  11:11:24

10         Q.  How so in their creation?                     11:11:28

11         A.  If you use a computer to print them out       11:11:30

12    somebody could get in -- theoretically could get in    11:11:32

13    and alter how the ballot is prepared.                  11:11:38

14         Q.  But once the ballot has been printed and      11:11:40

15    properly verified by all the different state           11:11:46

16    institutions, are paper ballots subject to malware     11:11:54

17    infiltration?                                          11:11:58

18         A.  That depends on --                            11:12:01

19         MS. JOHNSON:  Same objection.  You can            11:12:03

20    answer.                                                11:12:05

21         THE WITNESS:  Sorry.  Sorry.                      11:12:05

22         It depends on how you count them.  If you         11:12:07
```

Page 49

```
 1   count them on a computer, they're theoretically      11:12:09
 2   susceptible to hacking there.  If you count them by   11:12:14
 3   humans, you're susceptible to human error and         11:12:15
 4   cheating, intentional cheating, but your malware      11:12:19
 5   could show up in your scanners theoretically.         11:12:22
 6        Q.  Are you aware of any unauthorized access     11:12:31
 7   to any component of Georgia's election system?        11:12:35
 8           MS. JOHNSON:  Object to form.  You can        11:12:41
 9   answer.                                               11:12:44
10        A.  I read -- I read about some hacker who       11:12:44
11   hacked into Kennesaw, but other than that I'm not     11:12:48
12   aware of any.                                         11:12:51
13        Q.  Okay.  Do you know who Logan Lamb is?        11:12:55
14        A.  No.                                          11:13:00
15           THE REPORTER:  Tamara, are we at a good       11:13:05
16   spot for a break?                                     11:13:07
17           MS. WIESEBRON:  Yep.  Sounds good to me.      11:13:09
18           THE VIDEOGRAPHER:  We're going off the        11:13:11
19   record.  The time is 11:13 a.m.                       11:13:12
20                   (A short break was had.)              11:29:06
21           THE VIDEOGRAPHER:  We are back on the         11:29:43
22   record.  The time is 11:29 a.m.                       11:29:44
```

Page 50

1          MS. JOHNSON:  I just wanted to                11:29:54

2    stipulate -- stipulate on the record here that      11:29:56

3    opposing counsel and I are stipulating from this    11:29:59

4    point forward that all objections except for those  11:30:01

5    to form and responsiveness of the answer be         11:30:04

6    reserved until first use or at trial.               11:30:07

7          Do you agree, Tamara?                         11:30:10

8          MS. WIESEBRON:  Yep, that's fine.             11:30:12

9          MS. JOHNSON:  All right.  Great.  I think     11:30:15

10   we're all set.                                      11:30:21

11   BY MS. WIESEBRON:                                   11:30:25

12        Q.  Mr. Mashburn, are you aware of any         11:30:25

13   unauthorized copying of any Georgia election data   11:30:29

14   current or past?                                    11:30:33

15        A.  Copying, no.                               11:30:36

16        Q.  Have you discussed any unauthorized        11:30:43

17   copying of any Georgia election data with other     11:30:47

18   secretary -- sorry -- State Election Board members? 11:30:51

19        A.  Not to my knowledge.                       11:30:57

20        Q.  Have you seen -- sorry.  Strike that.      11:31:02

21          Are you aware that experts have been         11:31:07

22   retained by both parties in this litigation?        11:31:10

Page 51

```
1      A.  Yes.                                    11:31:23

2      Q.  Do you know who those experts are?      11:31:23

3      A.  No.                                     11:31:26

4      Q.  Have you discussed the retention of     11:31:32

5  experts in this litigation with members of the  11:31:35

6  State Election Board?                            11:31:40

7      A.  Not to my knowledge.                     11:31:44

8      Q.  So how did you become aware that experts 11:31:45

9  have been retained by both parties in this       11:31:48

10  litigation?                                     11:31:52

11     A.  I think I read it in an Atlanta Journal  11:31:52

12  article.                                        11:31:57

13     Q.  And so do you know who the experts are   11:32:03

14  that have been retained?                        11:32:07

15     A.  No.                                      11:32:11

16     Q.  Are you familiar with Alex Halderman?    11:32:12

17     A.  No.                                      11:32:14

18        THE REPORTER:  What was the last name,    11:32:17

19  Tamara?                                         11:32:18

20        MS. WIESEBRON:  Halderman,                11:32:19

21  H-A-L-D-E-R-M-A-N.                              11:32:20

22        THE REPORTER:  Thank you.                 11:32:23
```

Page 52

1      Q.  And so you're not aware that he provided        11:32:28

2   an expert report in this litigation?                   11:32:32

3      A.  No.  No.  Sorry to have interrupted you.        11:32:34

4   I apologize, but no.                                   11:32:39

5      Q.  All right.                                      11:32:46

6          And do you -- so you're not aware that he       11:32:54

7   is a cybersecurity expert?                             11:32:57

8      A.  I don't know him.                               11:33:00

9      Q.  Okay.  And would you be interesting --          11:33:04

10   interested to find out what is in his expert           11:33:10

11   report?                                                11:33:14

12          MS. JOHNSON:  Object to form.  You can          11:33:17

13   answer.                                                11:33:18

14      A.  If I -- yeah.  If I knew who he was and I       11:33:20

15   knew if he had anything relevant, sure.  I'm always    11:33:24

16   up to reading anything I can -- anything I can read    11:33:27

17   to educate myself.                                     11:33:31

18      Q.  And so you mentioned earlier that you're       11:33:40

19   not familiar what this case is about?                  11:33:45

20      A.  Not offhand, no.                                11:33:50

21      Q.  And have you discussed this case with          11:33:53

22   other State Election Board members?                    11:33:57

Page 53

```
 1        A.  Not that I particularly recall this case.   11:34:03
 2   We do have executive sessions where counsel comes    11:34:06
 3   in and briefs the board on pending litigation, but   11:34:10
 4   we've been sued a lot.  So this case doesn't stand   11:34:15
 5   out in my mind.                                       11:34:23
 6        Q.  Got it.                                      11:34:25
 7            And have you personally discussed this      11:34:26
 8   case with anyone?                                     11:34:28
 9        A.  No particular conversations come -- come    11:34:31
10   to mind.  I suspect that if somebody came and said,  11:34:34
11   hey, I talked to you about this, I wouldn't have     11:34:43
12   any information to dispute them, but I don't recall  11:34:45
13   any particular conversations about this particular   11:34:48
14   case other than I talked to the lawyer yesterday or  11:34:51
15   the day before that I was having a deposition.       11:34:56
16        Q.  Do you know anything about the serious      11:35:02
17   vulnerabilities that Mr. Halderman found?            11:35:07
18            MS. JOHNSON:  Object to form.  You can      11:35:11
19   answer.                                              11:35:12
20        A.  I don't know anything about Halderman.      11:35:13
21        Q.  Would you be interested to know what those  11:35:21
22   serious vulnerabilities are?                         11:35:25
```

```
                                                        Page 54
 1              MS. JOHNSON:  Same objection.          11:35:28
 2         A.   Sure.  If he's -- if he's -- if it's a  11:35:28
 3    credible person who has relevant information, I   11:35:32
 4    would be interest- -- always interested to hear it.  11:35:35
 5    We get a lot of crackpots, but if he's -- if      11:35:38
 6    he's -- if he's wise and has good data, I'm always  11:35:41
 7    interested to hear it.                            11:35:45
 8         Q.   Do you know whether the State Election  11:35:53
 9    Board or anyone from the Secretary of State's     11:35:56
10    office has done anything to remedy the            11:36:01
11    vulnerabilities pointed out by Mr. Halderman?     11:36:05
12              MS. JOHNSON:  Same objection.          11:36:10
13         A.   I wouldn't know.                        11:36:10
14         Q.   Are you aware --                        11:36:12
15         A.   I mean, if -- if I don't know about him, I  11:36:13
16    don't know about his recommendations, I wouldn't  11:36:17
17    know that I was instituting his recommendations,  11:36:20
18    but we might have instituted something of his     11:36:23
19    recommendations without me knowing it was         11:36:26
20    attributable to him.  So it's hard to -- hard to  11:36:28
21    know.  Or he might have had the same idea as       11:36:30
22    someone else.  You never know.                    11:36:39
```

Page 55

```
 1       Q.  Are you aware that Plaintiffs have asked      11:36:40
 2  the Secretary of State's office to provide a          11:36:42
 3  proposal to allow the Secretary of State and State    11:36:46
 4  Election Board members to have access to some or      11:36:52
 5  all of Mr. Halderman's sealed report?                 11:36:54
 6       MS. JOHNSON:  Same objection.                     11:37:00
 7       A.  I don't know -- I don't know anything         11:37:00
 8  about Mr. Halderman.                                   11:37:02
 9       Q.  Would you want to have been advised as a      11:37:12
10  member of the State Election Board that a professor    11:37:14
11  in cybersecurity has written a report about the        11:37:22
12  vulnerabilities of --                                  11:37:26
13       MS. JOHNSON:  Same objection.                     11:37:29
14       Q.  -- Georgia's system?                          11:37:29
15       MS. JOHNSON:  I apologize.  Same                   11:37:30
16  objections.                                            11:37:33
17       A.  Yeah.  If I -- if I knew the person's         11:37:36
18  background and knew whether they were credible and     11:37:39
19  what their theories were.  There's a lot of            11:37:44
20  professors writing a lot of stuff.  So, you know,      11:37:46
21  it would depend.                                       11:37:50
22       Q.  But admittedly, someone that has a Ph.D.      11:37:55
```

Page 56

1    has some expertise in the area of cybersecurity,      11:38:00

2    right?                                                11:38:07

3        A.   I mean, there's a lot of crackpots that      11:38:09

4    have Ph.D.'s writing a lot of stuff about election    11:38:14

5    law out there.                                        11:38:17

6        Q.   Like who?                                    11:38:20

7        A.   A guy named Bonifaz out in Ohio somewhere    11:38:23

8    comes -- springs to mind immediately.                 11:38:28

9        Q.   All right.                                   11:38:37

10       A.   Wrote a book about how the election was      11:38:37

11   stolen from John Kerry in Ohio.                        11:38:40

12       Q.   Got it.                                       11:38:47

13            Are you aware that the Secretary of State    11:38:50

14   has hired their own experts in this litigation?        11:38:52

15       A.   I think I read that from the same Atlanta    11:38:58

16   Journal article, but I would assume so.                11:39:03

17       Q.   All right.  Are you familiar with Dr. Juan   11:39:04

18   Gilbert?                                               11:39:08

19       A.   No.                                          11:39:08

20       Q.   And so are you familiar with the work he     11:39:13

21   has done in this case?                                 11:39:16

22       A.   No.                                          11:39:17

Page 57

```
 1        Q.  So you would not know whether the           11:39:19
 2   Secretary of State's expert actually disputes the    11:39:25
 3   presence of vulnerabilities found in Alex            11:39:29
 4   Halderman's report, right?                           11:39:35
 5            MS. JOHNSON:  Objection, form.  You can      11:39:37
 6   answer.                                              11:39:38
 7        A.  Yeah.  I don't know what their              11:39:39
 8   contentions -- I don't know what either person's     11:39:41
 9   contentions are.                                     11:39:44
10        Q.  Would you want to find out whether          11:39:45
11   Dr. Gilbert disputed the presence of the             11:39:47
12   vulnerabilities that Mr. Halderman found?            11:39:51
13        A.  The same limitations as on the previous     11:39:56
14   person.  If they're -- if they're a wise person      11:39:59
15   with good experience and useful knowledge, sure,     11:40:02
16   I'm always up for more information rather than       11:40:06
17   less.                                                11:40:10
18        Q.  Has the State Election Board ever had a     11:40:14
19   cybersecurity expert examine the BMD election        11:40:17
20   system?                                              11:40:23
21        A.  Not that -- not that comes to my mind.  It  11:40:25
22   could have been, but doesn't come to my mind.        11:40:28
```

Page 58

```
 1        Q.  So without any examination from a          11:40:33

 2   cybersecurity expert how do you know if the BMD     11:40:39

 3   system is secure?                                   11:40:45

 4        A.  Well, I know they have to be approved -- I 11:40:47

 5   think I know that they have to be approved by the   11:40:49

 6   U.S. Election Commission, Election Assistance       11:40:51

 7   Commission or election commission.  They have to be 11:40:56

 8   approved or an authorized vendor.  They have to go  11:40:59

 9   through checks.  The Secretary of State checks      11:41:03

10   them, the vendor checks them.  So there's all kind  11:41:05

11   of checks and -- and verifications before these     11:41:08

12   things are put out in the system.                   11:41:11

13        They also run checks that are open to the      11:41:13

14   public, if I'm not mistaken.  In various -- some    11:41:15

15   counties are more allowable about getting close,    11:41:25

16   some are keep you behind glass windows, but I think 11:41:28

17   those are open to the public, if I'm not mistaken.  11:41:32

18   But I would imagine before they're put into use     11:41:42

19   there's all kinds of checks on them.                11:41:45

20        Q.  And do you know what kind of checks?       11:41:59

21        A.  No.                                        11:42:02

22        Q.  Do you discuss with the State Election     11:42:06
```

Page 59

```
 1    Board what kind of checks are put on these        11:42:07
 2    machines?                                         11:42:10
 3         A.  No such conversations spring to mind.    11:42:13
 4         Q.  Okay.  So --                             11:42:31
 5         A.  I mean, in a particularized form.  For   11:42:31
 6    example, when there were allegations made recently 11:42:34
 7    that the machines flipped votes, we would -- we   11:42:38
 8    would have -- well, we have the paper and we      11:42:40
 9    counted the paper.  So we know that they didn't   11:42:42
10    flip votes because we counted the paper.  So we'd 11:42:45
11    have conversations about that, but with regard to 11:42:47
12    the intricacies of certifications and does it have 11:42:50
13    this certification, that's not -- that's not      11:42:53
14    something that I recall us doing.                 11:42:56
15         Q.  When you say "counting the paper," you're 11:42:59
16    referring to audits, right?                       11:43:06
17         A.  Yeah.  The presidential election.        11:43:07
18         Q.  Okay.                                     11:43:10
19         A.  Specifically.                             11:43:11
20         Q.  And does an audit compare the paper      11:43:12
21    ballots to the cast ballot records on the machine? 11:43:16
22         A.  The one that I observed in Fulton County, 11:43:21
```

Page 60

```
 1    that's what I recall, correct.                      11:43:23

 2        Q.  So they did -- so from what you recall in   11:43:28

 3    Fulton County the audit did compare the ballots --  11:43:33

 4    the paper ballots to the cast ballots recorded on   11:43:37

 5    the machines?                                        11:43:39

 6        A.  Yeah.  They selected a very -- they          11:43:40

 7    selected a random sample by throwing dice, and that 11:43:43

 8    told them how they were going to cut the stack.      11:43:48

 9    And then they counted the ballots and then they ran 11:43:50

10    them through the machine and they compared did they  11:43:53

11    come up with the same total.  And I recall it was    11:43:56

12    within -- well within tolerances, but I don't        11:43:58

13    recall what the tolerances were.  It was some -- it  11:44:01

14    was some fraction of the allowed -- I mean, it's     11:44:07

15    some very small fraction of the allowable           11:44:10

16    tolerances.                                          11:44:12

17        Q.  Okay.  Can you explain in any more detail   11:44:19

18    step by step how these audits take place?           11:44:21

19        A.  No.  I've pretty much told you all I can     11:44:25

20    recall.                                              11:44:28

21        Q.  Okay.  What would happen if the results of 11:44:30

22    an audit indicate a different outcome than the       11:44:34
```

Page 61

1    results the machines tabulated?                    11:44:39

2         A.  I don't know.  I'd have to look that up.  11:44:47

3    I don't know.                                      11:44:49

4         Q.  Do you know if there's a remedy under     11:44:52

5    Georgia law for that?                              11:44:54

6         A.  I'd have to look that up.                 11:44:57

7         Q.  Do you know whether there is any way for  11:45:00

8    that election outcome to be declared invalid or to 11:45:04

9    rerun the election if the results of an audit      11:45:10

10   indicate a problem?                                11:45:14

11        A.  There are election contest mechanisms and 11:45:19

12   there are -- the remedy -- the general remedy in   11:45:22

13   Georgia for a nonpresidential race is a new        11:45:27

14   election, but with regard -- I don't think -- I    11:45:35

15   don't know what -- I'd have to look up what the -- 11:45:38

16   what this system's processes are.                  11:45:41

17        Q.  You just mentioned a remedy for a         11:45:46

18   nonpresidential race would be a new election.  How 11:45:50

19   about for --                                       11:45:54

20        A.  Right.                                    11:45:56

21        Q.  And where does that authority come from?  11:45:57

22        A.  Which authority?                          11:45:59

Page 62

1      Q.   To -- for the remedy to be a new election.    11:46:02

2      A.   That's in the Georgia code.                   11:46:04

3      Q.   Okay.                                          11:46:06

4      A.   I believe.                                     11:46:07

5      Q.   And how about for a presidential race, do     11:46:09

6  you know if there's any remedy?                        11:46:15

7      A.   Yeah.  The presidential race is different,    11:46:16

8  a different bird because the whole country has to       11:46:19

9  vote on the same day and they have to have their        11:46:22

10 totals in on the same -- they have to be finished       11:46:25

11 on the same day.  And so you can't have -- you          11:46:28

12 can't rerun a presidential election.  So the only       11:46:31

13 remedy that I'm aware of is that you object to the      11:46:34

14 seating of the electors, and I believe that's an --    11:46:37

15 I believe that's an act that sets that up.              11:46:46

16     Q.   You mentioned that the only audit that you    11:46:51

17 are familiar with was the Fulton County in the          11:46:54

18 presidential election.  Was that the November 2020      11:47:01

19 election?                                               11:47:04

20     A.   I believe -- I can't remember.  I don't       11:47:07

21 recall.  I don't recall whether it was a primary or    11:47:09

22 the general.  Come to think -- as I'm thinking, as      11:47:13

Page 63

1    I'm processing it, I don't believe it was the          11:47:18

2    general.  I believe it was probably the primary.       11:47:20

3         Q.  Okay.  And so are you aware of whether any    11:47:31

4    audits were done for the presidential November 2020    11:47:35

5    election?                                              11:47:39

6         A.  If I'm not mistaken, the full hand recount    11:47:43

7    was part of an audit process, if I'm not mistaken.     11:47:47

8         Q.  And are you aware -- sorry.  Go ahead.        11:47:54

9         A.  The Secretary of State was allowed to         11:47:57

10   select a race, and he selected the presidential        11:47:59

11   race.                                                  11:48:03

12        Q.  And are you aware of how that audit was       11:48:06

13   performed?                                             11:48:09

14        A.  Only in -- only in very general terms.        11:48:12

15   They -- only in very general terms.  They counted      11:48:15

16   the paper.                                             11:48:20

17        Q.  And do you know for that audit if they        11:48:21

18   compared the paper ballot count to the cast ballot     11:48:23

19   records on the machines?                               11:48:28

20        A.  Only in general terms that the reports        11:48:31

21   were that the tallies were very similar.               11:48:36

22        Q.  So when you say "only in general terms,"      11:48:42

Page 64

1    do you know whether the paper ballots were compared        11:48:48

2    to the machine-counted ballots or not?                     11:48:53

3        A.  Only in hearing reports that people said           11:48:58

4    that they compared the paper to the machine count          11:49:00

5    and they were similar.                                     11:49:04

6        Q.  Okay.  When you say "in hearing reports,"          11:49:07

7    where did the reports come from?                           11:49:11

8        A.  The Secretary of State's office and                11:49:14

9    reading it in the paper.                                   11:49:17

10       Q.  So the Secretary of State provided the             11:49:22

11   State Election Board with reports about the audit?         11:49:26

12       A.  I don't -- I don't believe there was an            11:49:32

13   official written report, but it would be verbal            11:49:33

14   communication.  I'm sure -- I'm sure I talked about        11:49:36

15   it with Ryan Germany.  I'm probably sure -- I'm            11:49:42

16   probably pretty confident I talked to the secretary        11:49:45

17   about it.  I'm probably pretty -- I'm probably very        11:49:47

18   confident that I spoke to the press office about it        11:49:52

19   because I was getting a lot of requests for                11:49:54

20   interviews.                                                11:49:57

21       Q.  And so you were -- and so could you                11:50:18

22   provide a step-by-step process of how those                11:50:20

Page 65

```
 1   November 2020 audits took place?                  11:50:23
 2        A.  (Inaudible).                             11:50:35
 3        Q.  Was the full hand count for the November 11:50:36
 4   2020 election the norm?                           11:50:39
 5            MS. JOHNSON:  Object to form.            11:50:41
 6        A.  It's a new system.  So I don't think     11:50:42
 7   there's a norm yet.                               11:50:46
 8        Q.  Okay.  Would you expect the same scrutiny 11:50:52
 9   in all future elections for all future contestants? 11:50:53
10        A.  Yeah.  We're in a -- we're in a -- we're 11:50:58
11   in a world -- we're in a world that's only going to 11:51:03
12   get worse.                                        11:51:05
13        Q.  In what respect?                         11:51:06
14        A.  Just both parties are out there calling  11:51:09
15   into question the results of the election.  We just 11:51:13
16   had Terry McAuliffe the other day say that        11:51:18
17   1.4 million people were disenfranchised in Georgia. 11:51:20
18   I mean, he just said this the other day.  So, you  11:51:24
19   know, that's not going to help anybody's confidence 11:51:28
20   in the system.  So every -- you know, sadly,      11:51:31
21   everybody who loses didn't just get beat, they got 11:51:35
22   cheated.  I mean, it doesn't get better.          11:51:38
```

Page 66

```
 1        Q.  So just to be clear --              11:51:45
 2        A.  Terry McAuliffe just proved that it  11:51:47
 3   doesn't get better by saying that outlandish  11:51:50
 4   statement.  That would have been a tenth of the 11:51:53
 5   people -- a tenth of the registered voters in  11:51:58
 6   Georgia wanted to vote and were prohibited from 11:52:01
 7   voting and thus disenfranchised.  So I mean, just 11:52:04
 8   an outrageous -- outrageous statement, but he got a 11:52:08
 9   lot of press out of it and a lot of people believed 11:52:12
10   him even though it's just an outrageous comment.  11:52:15
11        Q.  Understood.                          11:52:18
12            So just to clarify, you expect the same 11:52:19
13   full recount -- recount for all future elections; 11:52:22
14   is that right?                                11:52:25
15        A.  I expect --                          11:52:29
16            MS. JOHNSON:  Object to form.        11:52:30
17            THE WITNESS:  I expect the same level of 11:52:30
18   scrutiny by the candidates and the public.  I don't 11:52:32
19   know what that -- that scrutiny will take, but I  11:52:35
20   expect the same level of heightened scrutiny.  11:52:37
21        Q.  Okay.  But as a State Election Board  11:52:41
22   member do you expect there to be the same full  11:52:44
```

Page 67

```
 1   recount that took place in the November 2020      11:52:49

 2   election to take place in all future contests?    11:52:52

 3        A.  It really -- it depends -- it depends.  We  11:52:59

 4   don't have but two elections -- two major         11:53:03

 5   elections, the primary and the general -- well,   11:53:07

 6   three now, the runoff, and so it's going to really 11:53:10

 7   depend.  You might have a presidential race that's 11:53:14

 8   10 points, 12 points, and you might have a        11:53:18

 9   governor's race that's 300 votes.  So you would   11:53:21

10   recount the governor -- you might recount the     11:53:25

11   governor's race instead of the presidential race. 11:53:30

12   So it's going to really depend -- excuse me -- but 11:53:33

13   the level of scrutiny is not going to -- is not   11:53:35

14   going to diminish.                                11:53:38

15        Q.  Okay.                                    11:53:39

16            And you mentioned earlier that the       11:53:42

17   Secretary of State explained to you that they     11:53:47

18   did -- how they did the audit; is that right?     11:53:50

19        A.  No.  He reported to me that the audit -- 11:53:55

20   the hand count and the machine tally were similar. 11:53:58

21        Q.  Okay.  And can you explain in more detail 11:54:02

22   how they figure that out?                         11:54:06
```

Page 68

```
 1       A.   No.  He just came to me and said we've --    11:54:09
 2  we've done the full recount and the results are        11:54:12
 3  similar.                                                11:54:16
 4       Q.   Okay.  But you know -- you've testified       11:54:17
 5  earlier that the machine -- the votes that are          11:54:21
 6  tabulated by the machine are reflected in the QR        11:54:27
 7  code, right?                                            11:54:36
 8       A.   That's the way I understand it, yes.          11:54:36
 9       Q.   And now you're testifying that the audit      11:54:38
10  counted the human readable version of the receipt,      11:54:40
11  right?                                                  11:54:44
12       A.   Yeah.  What I watched down in Fulton, they    11:54:45
13  compared what the humans counted to what the            11:54:50
14  machine counted.                                        11:54:52
15       Q.   Right.  And how do they do that?              11:54:56
16       A.   They threw dice, they cut the stack of        11:54:59
17  ballots, they counted those ballots, and they ran       11:55:03
18  it through the machine and they compared whether         11:55:10
19  they were the same or not.  And they said there was     11:55:12
20  some kind of tolerance that it was allowed to be        11:55:17
21  within 1 percent or something and it was some           11:55:20
22  fraction of that, like 1/10th of 1 percent was the      11:55:23
```

Page 69

```
 1   difference.  So it was well within the tolerances.   11:55:26

 2   That's all I remember.                               11:55:30

 3        Q.  But do you know --                          11:55:38

 4        A.  And -- go ahead.                            11:55:40

 5        Q.  Okay.  Do you know whether they compared    11:55:41

 6   each single paper ballot to the machine-recorded     11:55:45

 7   ballot?                                              11:55:53

 8            MS. JOHNSON:  Object to form.               11:55:55

 9        A.  Yeah.  My recollection was they did them    11:55:56

10   in batches.                                          11:55:58

11        Q.  Okay.  So just to clarify, you did not      11:56:04

12   hear from the Secretary of State that they compared  11:56:08

13   every single paper ballot to that same single        11:56:13

14   machine-recorded ballot, right?                      11:56:19

15        A.  Yeah.  I would have -- I would have         11:56:23

16   thought that would have been a very time-consuming   11:56:25

17   waste of time to run each ballot individually        11:56:28

18   through the machine.  I would think that would take  11:56:32

19   forever.                                             11:56:36

20        Q.  Understood.                                 11:56:39

21            Let's see.  Okay.  Are you aware that       11:56:45

22   malware could be introduced to BMD machines through  11:57:01
```

Page 70

```
 1   USB sticks?                                    11:57:08

 2          MS. JOHNSON:  Object to form.  You can   11:57:09

 3   answer.                                         11:57:10

 4      A.   In different contexts, in artificial   11:57:17

 5   circumstances in the lab I would imagine it would  11:57:19

 6   be pretty easy to set up an artificial way to do   11:57:27

 7   that.  Out in the wild in a real election my     11:57:30

 8   primary knowledge is the testimony that was given  11:57:35

 9   in the Athens-Clarke County case where a         11:57:38

10   representative I believe from Dominion said that  11:57:42

11   the machines -- if someone were to stick a USB   11:57:45

12   stick in it, it would shut down.                 11:57:48

13          Now, how they do updates, whether they --  11:57:51

14   I don't know how they do that, but that's all I   11:57:53

15   recall is that testimony.                        11:57:56

16      Q.   I believe you -- did you testify earlier  11:58:02

17   that you weren't aware that the Secretary of State  11:58:08

18   had a contract with Dominion for Dominion to     11:58:10

19   provide the machines for --                      11:58:16

20      A.   I don't know what -- I'm sorry.  Go ahead.  11:58:18

21   I'm sorry to interrupt.  I apologize.            11:58:20

22      Q.   No.  That's okay.                         11:58:22
```

Page 71

```
 1        A.  Yeah.  I don't know who's on the contract.   11:58:24
 2        Q.  Okay.  But you know that Dominion provides     11:58:26
 3   the machines to Georgia?                                11:58:28
 4        MS. JOHNSON:  Object to form.                       11:58:33
 5        A.  That's what I -- that's what I generally        11:58:35
 6   accept to be true.                                       11:58:37
 7        Q.  Okay.                                           11:58:41
 8        A.  I don't know -- I don't know who's on the       11:58:41
 9   contract.  I haven't seen the contract.                  11:58:43
10        Q.  And so you're saying that your only            11:58:44
11   knowledge of whether malware can or cannot be            11:58:46
12   introduced is through testimony of a Dominion            11:58:52
13   representative?                                          11:58:56
14        MS. JOHNSON:  Object to form.                       11:58:59
15        A.  That's -- that's one way.  The other way        11:59:00
16   is just the general security mechanisms.  If you --      11:59:02
17   if you have a stranger in a secured area sticking        11:59:10
18   things in your machines, you would expect people to      11:59:12
19   say, hey, why is that person sticking things in the      11:59:15
20   machine, what are they doing there.                      11:59:19
21        So there's -- there's more methods, but I          11:59:20
22   think you asked if the public could stick a USB          11:59:24
```

Page 72

1    into the machine, and that -- my only knowledge of        11:59:28

2    that comes from I think the Dominion representative        11:59:33

3    in Athens.  I do -- whoever it was that was                11:59:35

4    testifying said that if somebody tried to stick a         11:59:39

5    malware into the machine, it would shut down.             11:59:43

6           And now that I think about it, I also             11:59:46

7    recall that there's a person who -- at the county          11:59:48

8    level, at the precinct whose job it is to kind of          11:59:52

9    make sure that people aren't sticking things into          11:59:56

10   the machine because I remembered, again, at the            11:59:59

11   Athens-Clarke County case there was a big issue            12:00:04

12   about where does this person stand and can they see        12:00:07

13   the machine, et cetera, and how do we -- how do we         12:00:09

14   locate the people.  So I remember that.                    12:00:11

15       Q.  So --                                             12:00:24

16       A.  I mean, and then you run your tapes.  And          12:00:26

17   so there's all -- there's many levels of security          12:00:28

18   that go into it.                                           12:00:30

19       Q.  What are the levels of security that go            12:00:33

20   into it?                                                   12:00:34

21       A.  You've got -- you've got seals on the --           12:00:37

22   you've got seals on the containers that have to be         12:00:39

Page 73

1    checked.  You have sealed containers to begin with.    12:00:42

2    Only certain permitted people are allowed to move       12:00:46

3    the machines, unload the machines.  They're kept        12:00:50

4    in -- they're supposed to be kept in secured areas.     12:00:55

5    They print out a tape at the end of the day that        12:01:00

6    they publish on the -- on the door of the precinct      12:01:03

7    that we always go look at and compare that to what      12:01:09

8    the report is when it gets counted by the county        12:01:12

9    and see if they're even -- even one vote off.  We       12:01:15

10   compare precinct returns to what we expected the        12:01:18

11   precinct to return.  Just lots and lots of              12:01:23

12   different layers of people looking at it.               12:01:29

13       Q.  All right.  But have you discussed with         12:01:35

14   other members of the State Election Board whether       12:01:38

15   malware could be introduced using USB sticks?           12:01:44

16       A.  Yeah, I don't --                                12:01:49

17       MS. JOHNSON:  Objection.  You can                    12:01:50

18   answer.                                                 12:01:52

19       THE WITNESS:  I don't recall having any             12:01:52

20   conversations with the board.                           12:01:53

21       Q.  Is that --                                      12:01:56

22       A.  Other board members.                            12:01:57

Page 74

```
 1        Q.  Is that an issue that concerns you as a       12:01:59
 2   State Election Board member?                            12:02:02
 3        A.  In theory it concerns me.  In practice it      12:02:10
 4   doesn't -- I have very little concern, virtually        12:02:14
 5   zero concern that it could actually happen.             12:02:18
 6        Q.  Why is that?                                   12:02:21
 7        A.  Just because there's so many layers of         12:02:23
 8   protection, it's so hard to do, there's so few          12:02:24
 9   people that have the capability of doing it, and        12:02:29
10   when you compare it to like a paper ballot where        12:02:32
11   anybody with a pen can do it, just the                  12:02:35
12   opportunities of being able to do it is just so         12:02:38
13   remote.  I have -- it's a number indistinguishable      12:02:43
14   from zero concern that it could actually been done.     12:02:52
15        In addition we had the DRE's in effect for         12:02:55
16   20 years, and I don't know of any election anywhere     12:02:58
17   from dog catcher to president where somebody proved     12:03:01
18   that a machine was hacked credibly, even credibly       12:03:04
19   alleged it.  There was one down in -- a                 12:03:11
20   congressional race in Florida that they re-entered      12:03:15
21   into the machines and the problem was the human         12:03:18
22   error in the entry, but I'm not aware of any            12:03:20
```

Page 75

```
 1   election anywhere that's reported to have been        12:03:23

 2   hacked on a DRE or a BMD.  Yeah.  My level of          12:03:25

 3   confidence in the BMD's is hundred percent.            12:03:32

 4       Q.  Do you know if BMD's are connected to the      12:03:48

 5   Internet to receive updates?                           12:03:51

 6       A.  I do not know.                                 12:03:55

 7       Q.  Would that concern you if BMD's were           12:04:02

 8   connected to the Internet to receive updates?          12:04:08

 9       A.  I would want to know why and I would want      12:04:10

10   to know what protections are built in and is it        12:04:12

11   encrypted, is it not encrypted.  I would want to       12:04:18

12   know -- I would want to know why.  So there's so       12:04:23

13   much effort -- there's so much effort put into         12:04:30

14   these things not being connected.  So I would want     12:04:33

15   to know why, what's the reason for this.               12:04:37

16       Q.  And do you understand why there's effort       12:04:42

17   put into having equipment not be connected to the      12:04:44

18   Internet?                                              12:04:51

19       A.  Yeah.  When we -- when we first -- when we     12:04:52

20   first entered -- introduced DRE's into the -- into     12:04:55

21   the system we had a race out in Cobb County where a    12:05:00

22   candidate changed parties 15 minutes before the        12:05:05
```

Page 76

```
 1    deadline and had a write-in independent candidate,     12:05:10
 2    and that's when the machines were connected to the     12:05:15
 3    Internet.  And so we had all the election results      12:05:19
 4    at 7:05 p.m.  The polls closed at 7:00 and within      12:05:21
 5    minutes the election was over and -- but then          12:05:27
 6    everybody objected that the DRE's were connected to    12:05:31
 7    the Internet.  So you couldn't do that anymore.        12:05:34
 8         So ever -- ever since that time, which was        12:05:39
 9    maybe 20 years ago, it's been a big -- it's been a     12:05:41
10    big thing that people don't want them connected to     12:05:44
11    the Internet.  I loved it -- I loved it when we had    12:05:47
12    the results within five minutes.                       12:05:50
13        Q.  So --                                          12:05:52
14        A.  But I understood -- I understood the           12:05:53
15    security concerns too.                                 12:05:55
16        Q.  Okay.  So you understand that there's          12:05:56
17    security concerns with the machines being connected    12:05:59
18    to the Internet?                                       12:06:01
19        A.  Sure.  Any -- any time you connect             12:06:02
20    something to the Internet.                             12:06:04
21        Q.  Okay.                                          12:06:07
22         Do you know whether any of the computer           12:06:09
```

Page 77

1    equipment -- sorry -- whether any of the voting       12:06:10

2    equipment used in Georgia's election system is able   12:06:14

3    to connect to the Internet?                           12:06:17

4           MS. JOHNSON:  Object to form.  You can         12:06:21

5    answer.                                               12:06:21

6       A.  Define voting equipment.                       12:06:22

7       Q.  Well, there are different components of        12:06:28

8    Georgia's election system, right?                     12:06:33

9       A.  Right.  There's like poll pads and those       12:06:35

10   might have a good reason to be connected so that      12:06:40

11   you can have up-to-date information to prohibit       12:06:43

12   people from voting in one precinct and moving to      12:06:45

13   another.  So those might have to be updated and       12:06:49

14   connected to prevent double voting.  But as far as    12:06:52

15   the casting of the ballots and tallying the           12:06:56

16   ballots, other than the math, I don't know that --    12:07:00

17   I don't know that anything's connected to the         12:07:10

18   Internet in that part.                                12:07:14

19      Q.  Do you know whether there's some computer      12:07:17

20   equipment used to update the BMD machines?            12:07:20

21          MS. JOHNSON:  Object to form.                  12:07:26

22      A.  Yeah.  I've seen them updated by               12:07:28

Page 78

```
 1   technicians in person.  I've never seen them done      12:07:31
 2   over the Internet.                                     12:07:34
 3        Q.  Okay.  Would you want the computer            12:07:35
 4   equipment used to update and program BMD machines      12:07:37
 5   to be connected to the Internet?                       12:07:43
 6           MS. JOHNSON:  Same objections.                 12:07:49
 7        A.  Me -- yeah.  Me personally I'd want to        12:07:51
 8   know the reason, but that would be something for       12:07:54
 9   the General Assembly.  The people's representatives    12:07:56
10   are to decide that in my opinion.                      12:08:00
11        Q.  Okay.  And you'd want to know the reason.     12:08:06
12   Why is that?                                           12:08:11
13        A.  Just so you can do the weighing of the        12:08:12
14   cost and the risks and the benefits.  The reason we    12:08:15
15   need to do this is because we have to do something     12:08:19
16   throughout the entire state at exactly the same        12:08:23
17   second.  Okay.  Well, what's the reason for that?      12:08:25
18   You know, so you would hear reasons why -- why it      12:08:32
19   has to be done that way and what's the trade-off,      12:08:34
20   but generally that should be -- that should be an      12:08:39
21   issue for the people's representatives, not the        12:08:41
22   board.                                                 12:08:43
```

Page 79

```
 1      Q.  Got it.                                     12:08:46

 2          Do you know if any part of the previous    12:08:50

 3   DRE system was transferred to the current BMD     12:08:54

 4   system?                                           12:08:59

 5      A.  No, I do not know.                          12:09:00

 6      Q.  Is that something that you discussed among 12:09:05

 7   secretary -- sorry -- State Election Board members? 12:09:09

 8      A.  Yeah, not that I recall.                    12:09:13

 9      Q.  So you were not interested to know whether 12:09:20

10   any part of the previous DRE system was transferred 12:09:24

11   to the current BMD system?                        12:09:28

12          MS. JOHNSON:  Object to form.               12:09:32

13      A.  It actually didn't occur to me until you    12:09:33

14   just asked the question.                           12:09:36

15      Q.  Okay.  Are you familiar with a company      12:09:40

16   Fortalice?                                        12:10:02

17      A.  No.                                         12:10:03

18          THE REPORTER:  Can you spell that?          12:10:03

19          MS. WIESEBRON:  F-O-R-T-A-L-I-C-E.          12:10:06

20          THE REPORTER:  Thank you.                   12:10:10

21          THE WITNESS:  No.                           12:10:14

22      Q.  Okay.  So you're not aware that the         12:10:18
```

Page 80

1   Secretary of State hired Fortalice to conduct        12:10:21

2   assessments of its IT systems?                       12:10:25

3        A.  I don't know anything about that company.   12:10:29

4        Q.  Okay.                                        12:10:35

5            I guess as the -- does the State Election   12:10:38

6   Board inquire with the Secretary of State what type  12:10:42

7   of security measures it has in place for the         12:10:45

8   Georgia voting?                                      12:10:52

9        A.  Not a 30,000-foot view, but from a          12:11:00

10  thousand, 1,500-foot view and then if there's        12:11:04

11  anything of particular concern we can drill down on   12:11:08

12  it.  Secretary of State's always been very gracious   12:11:10

13  and helpful and the staff has been very gracious     12:11:13

14  and helpful to provide us any information that       12:11:16

15  we -- that we want to find out.  They're             12:11:18

16  extraordinarily helpful.                             12:11:24

17       Q.  Okay.  So you never asked what type of      12:11:28

18  security measures the Secretary of State put in      12:11:35

19  place for Georgia elections?                         12:11:38

20       A.  From a thousand to 1,500-foot view and      12:11:46

21  then drill down on anything that I wanted to know     12:11:50

22  in particular, but nothing really specific comes to  12:11:52

Page 81

```
1    mind.  But, you know, it's always -- it's always    12:11:55
2    something that you discuss because it's always one   12:11:58
3    of the variables that you take into consideration,   12:12:01
4    well, you know, what are we doing to protect         12:12:04
5    against bad actors.                                  12:12:06
6           So that's -- you know, that's a constant,     12:12:09
7    but, you know, asking can I see this -- can I see    12:12:12
8    how this particular program code is written, no.    12:12:17
9       Q.  Okay.  And so what methods have you           12:12:22
10   discussed with the Secretary of State that they     12:12:35
11   have implemented to protect Georgia elections from  12:12:40
12   security vulnerabilities?                            12:12:43
13      A.  One that comes to mind is the Georgia         12:12:49
14   State Senate there was some sort of inventor fellow  12:12:51
15   who said he had hacked into the system in an         12:12:55
16   ongoing election.  And so you ask did this guy       12:13:00
17   really hack into the system in an ongoing election,  12:13:05
18   and they're like no because, A, he couldn't have    12:13:08
19   gotten into this because it's not possible.  So,     12:13:11
20   you know, that's one instance that pops to mind.     12:13:15
21          So instances that get reported on that        12:13:21
22   raise concerns like this you'll say, okay, give me   12:13:22
```

Page 82

```
 1  the scoop on this and tell me what the answer is,     12:13:27

 2  but that's the one that just pops right into my        12:13:30

 3  mind.                                                   12:13:32

 4       Q.  Have you discussed any preventative           12:13:33

 5  methods with the Secretary of State that they have     12:13:36

 6  implemented to protect Georgia elections from          12:13:41

 7  security vulnerabilities?                              12:13:45

 8           MS. JOHNSON:  Object to form.  You can        12:13:47

 9  answer.                                                12:13:48

10       A.  It comes up -- it's a constant theme.  So     12:13:48

11  it al- -- you know, it always comes up, but any --     12:13:54

12  the specific instance didn't -- doesn't really come    12:13:57

13  to mind.  But security is something that we're         12:13:59

14  very, very, very, very cognizant of and take very,     12:14:02

15  very seriously.                                        12:14:06

16       Q.  But you're not aware that the Secretary of    12:14:10

17  State hired a company called Fortalice to conduct      12:14:13

18  assessments of its security vulnerabilities?           12:14:17

19       A.  No.  But I'm confident that if I were to      12:14:20

20  ask them to fill me in on it they would -- they        12:14:31

21  would be more than -- more than gracious to do so.     12:14:34

22  They've always been extraordinarily helpful in         12:14:37
```

Page 83

```
 1   answering any questions that I have had on the      12:14:39
 2   board.                                              12:14:41
 3        Q.  Understood.                                12:14:46
 4            Have you heard complaints from voters      12:14:47
 5   about Georgia's election system being hackable?     12:14:49
 6        A.  Not -- not from people other than interest 12:15:00
 7   groups, but not -- not the general -- not the       12:15:03
 8   general public because, you know, the reporting is  12:15:07
 9   that it's not -- I haven't heard a lot of concern   12:15:16
10   from anybody that's not connected to an interest    12:15:19
11   group.  The general public it just doesn't come up  12:15:23
12   a lot.                                              12:15:26
13        Q.  Okay.                                      12:15:27
14        A.  It did come up a lot with mail.  They      12:15:28
15   did -- yeah, there were a lot -- come to think of   12:15:31
16   it, there were a lot of conversations about mail.   12:15:32
17   A lot of people didn't like -- didn't like the mail 12:15:35
18   and were concerned about ballot harvesting and I'm  12:15:37
19   not sure my ballot's going to get there and I'm not 12:15:42
20   sure my ballot's going to get counted and I'm not   12:15:44
21   sure if somebody's going to mark it when it gets    12:15:48
22   there to the County, if I didn't vote a race        12:15:50
```

Page 84

```
 1  somebody's going to fill it in for me.  So there     12:15:51
 2  was a lot of concern about the mail, but the BMD's    12:15:54
 3  I've heard universally praised from people that       12:15:58
 4  aren't aligned with interest groups.  People love     12:16:03
 5  them.                                                 12:16:08
 6       Q.  Have you attended State Election Board       12:16:10
 7  meetings where comments about rules are made from     12:16:13
 8  the general public?                                   12:16:19
 9       A.  Oh, sure.  They have public comment at       12:16:20
10  almost every -- every meeting.                        12:16:25
11       Q.  And during these meetings you don't          12:16:27
12  remember any public comments about security           12:16:28
13  vulnerabilities being a concern?                      12:16:34
14       A.  From people aligned with interest groups,    12:16:38
15  that's a recurring theme.  With particular agendas    12:16:40
16  they will come and repeat their same concerns         12:16:48
17  every -- every meeting, but among the general         12:16:51
18  public it's just not been something that there's      12:16:53
19  been a ground swell of.  I mean, they -- usually a    12:16:56
20  lot of people will identify themselves, I'm           12:17:01
21  so-and-so and I'm from this organization and I'm      12:17:04
22  here because of this, but, you know, the general      12:17:06
```

Page 85

```
1    public at large, they're more worried about the      12:17:12

2    county didn't send their absentee ballot to them on   12:17:15

3    time.  I don't hear -- I don't hear QR code           12:17:19

4    questions from anybody that's not aligned with an     12:17:24

5    interest group.                                       12:17:26

6        Q.  And does being aligned with an interest       12:17:29

7    group make their concerns any less valid?             12:17:32

8        A.  Well, in some ways it does, in some ways      12:17:39

9    it doesn't.  So let's break that down.                12:17:42

10           In the way that it does, if they -- what      12:17:45

11   they say evidences that they're merely parroting      12:17:48

12   what they read off the Internet, they lose            12:17:52

13   credibility.  If they come in and give evidence of    12:17:56

14   this is what I did when I was out watching the        12:18:00

15   tabulation and this is what I saw, they have great    12:18:03

16   credibility.                                          12:18:06

17       Q.  You mentioned earlier that some of these      12:18:14

18   interest groups have particular agendas.  What        12:18:16

19   agendas were you thinking about?                      12:18:25

20       A.  There are some that come in and say we        12:18:29

21   don't want any system other than hand-marked paper    12:18:31

22   ballots counted by humans and we won't accept         12:18:34
```

Page 86

1   anything else, and so that's their -- that's their     12:18:39

2   view.  So that's okay.  Take it -- you know, take      12:18:40

3   it to the General Assembly and see if you can get      12:18:41

4   people to agree with you.                             12:18:43

5        Q.  Got it.                                      12:18:51

6            Okay.  I would like to share an exhibit,     12:19:03

7   but I need to figure this out.  Maybe this is a       12:19:13

8   good time for a few-minute break if that sounds       12:19:19

9   good to you.                                          12:19:25

10           MS. JOHNSON:  Tamara, how much longer do     12:19:27

11  you think you're going?  Do you think we'll need a    12:19:28

12  lunch break at some point soon or --                  12:19:30

13           MS. WIESEBRON:  That's a good point.         12:19:33

14           MS. JOHNSON:  -- wrapping up soon?           12:19:35

15           THE VIDEOGRAPHER:  Should we go off the      12:19:36

16  record?                                               12:19:38

17           MS. JOHNSON:  Yeah.  Thank you.              12:19:39

18           THE VIDEOGRAPHER:  We're going off the       12:19:40

19  record.  The time is 12:19 p.m.                       12:19:41

20               (A short break was had.)                 12:28:13

21           THE VIDEOGRAPHER:  We're back on the         12:28:40

22  record.  The time is 12:28 p.m.                       12:28:41

Page 87

```
 1   BY MS. WIESEBRON:                               12:28:45

 2       Q.  All right.  So the Veritext software is  12:28:45

 3   working for me again.  So I'm going to introduce an  12:28:50

 4   exhibit, and it's telling me that it's distributing  12:28:53

 5   the file right now.  So hopefully you receive it on  12:28:58

 6   your end as well.                               12:29:08

 7           MS. JOHNSON:  So we're not logged in to  12:29:10

 8   the exhibit share right now.  Is that what you're  12:29:11

 9   using?                                          12:29:14

10           MS. WIESEBRON:  Yeah.  That would be great  12:29:16

11   if you could log in because it started working  12:29:17

12   again, but if not --                           12:29:25

13           MS. JOHNSON:  Okay.                     12:29:26

14           MS. WIESEBRON:  -- find a different way.  12:29:26

15           MS. JOHNSON:  All right.  Let's go off the  12:29:26

16   record for a minute just while we get the exhibit  12:29:27

17   share up.                                       12:29:31

18           THE VIDEOGRAPHER:  We're going off the   12:29:33

19   record.  The time is 12:29 p.m.                 12:29:34

20                     (A short break was had.)      12:31:43

21           THE VIDEOGRAPHER:  We're back on the     12:31:51

22   record.  The time is 12:31 p.m.                 12:31:52
```

Page 88

```
 1                      (Mashburn Exhibit 1 was marked    12:31:56

 2                       for identification.)             12:31:56

 3   BY MS. WIESEBRON:                                    12:31:58

 4       Q.  All right.  So I've just introduced          12:31:58

 5   Exhibit 1.  Have you been able to pull it up on     12:32:01

 6   your screen?                                         12:32:05

 7       A.  They told me how and then I've immediately  12:32:09

 8   forgotten.  They are very knowledgeable here, but   12:32:12

 9   I'm -- okay.  Yep, I've got it.  Exhibit 1,         12:32:23

10   Mashburn.  I've got it.                             12:32:28

11       Q.  Okay.  Great.                                12:32:32

12           So these are State Election Board minutes   12:32:39

13   pulled from the State Election Board Website.  Do   12:32:44

14   you recognize this document?                        12:32:47

15       A.  I recognize the format, yes.                12:32:50

16       Q.  Okay.  And do you see that under "Board     12:32:53

17   members present" there is your name?                12:32:57

18       A.  Yes.                                        12:33:04

19       Q.  Okay.                                       12:33:05

20       A.  My name is listed under "Board members     12:33:05

21   present," correct.                                  12:33:07

22       Q.  And do you see the date of this meeting     12:33:08
```

Page 89

```
 1   was Friday, February 28th, 2020?                  12:33:11

 2        A.  I see that.  Friday, February 28th, 2020,  12:33:15

 3   correct.                                           12:33:18

 4        Q.  Do you recall attending this meeting?     12:33:20

 5        A.  I don't have an independent recollection  12:33:25

 6   of it, no.                                         12:33:27

 7        Q.  Okay.                                      12:33:28

 8            I'd like to scroll to page 2.  There under 12:33:29

 9   Roman numeral 4 there's a "Presentation of rules   12:33:40

10   petition"; do you see that?                        12:33:44

11        A.  Yes.  Roman numeral 4, "Presentation of   12:33:45

12   rules petition."                                   12:33:49

13        Q.  Is it fair to assume that this list are   12:33:51

14   proposed rules that you discussed during the       12:33:55

15   meeting?                                           12:33:57

16        A.  Our minutes are usually very accurate.  So 12:34:00

17   the minutes that we are presented with and approve  12:34:03

18   I trust, yes.                                       12:34:06

19        Q.  Proposed rule 5 says "Preservation of     12:34:10

20   memory cards"; do you see that?                    12:34:13

21        A.  Yes, "Proposed rule 5, preservation of    12:34:17

22   memory cards."                                      12:34:22
```

Page 90

```
 1       Q.  Do you know what function memory cards      12:34:23

 2   serve in the current election system?              12:34:26

 3           MS. JOHNSON:  (Inaudible).                  12:34:37

 4           THE REPORTER:  I'm sorry.  Melanie, if you  12:34:38

 5   said something I didn't hear.                       12:34:40

 6           MS. JOHNSON:  I'm sorry.  I said object to  12:34:41

 7   form and that he can answer.                        12:34:44

 8       A.  Yeah.  I actually don't recall in this --  12:34:46

 9   in the context.  I don't recall what kind of memory 12:34:49

10   cards we're talking about.                          12:34:52

11       Q.  Okay.  Do you know whether Georgia has any  12:34:54

12   policies or regulation in place to ensure a secure  12:34:59

13   chain of custody for memory cards?                  12:35:05

14       A.  I'd have to look it up.                     12:35:08

15           MS. JOHNSON:  Same objection.               12:35:10

16           THE WITNESS:  I'm sorry.                    12:35:11

17           MS. JOHNSON:  That's okay.                  12:35:11

18           THE WITNESS:  I'd have to look it up.       12:35:13

19       Q.  Okay.                                       12:35:14

20           Do you recall at any other time besides     12:35:20

21   this meeting discussing memory cards?               12:35:22

22       A.  This refreshes my recollection slightly in  12:35:34
```

Page 91

 1   that I think I recall this is the meeting where        12:35:38

 2   someone came and voiced strong displeasure with me     12:35:39

 3   after the meeting about memory cards, but I don't       12:35:43

 4   remember much more about that.                          12:35:46

 5        Q.  You don't recall what the concern or          12:35:50

 6   displeasure was about?                                  12:35:53

 7        A.  No.  It was -- other than it was              12:35:54

 8   strenu- -- strenuously made.  That's all I recall.     12:35:58

 9   One person.                                             12:36:02

10        Q.  Understood.                                    12:36:05

11        Okay.  Let's go to the next page where            12:36:07

12   under Roman numeral 5 it says "Presentation and        12:36:13

13   consideration of State Election Board previously       12:36:18

14   proposed amended rules"; do you see that?              12:36:21

15        A.  Yep.  You read it correctly.                   12:36:24

16        Q.  Awesome.                                       12:36:27

17        All right.  Under -- 183-1-12-.04 is              12:36:29

18   titled "Storage, maintenance, and transport of         12:36:38

19   statewide voting system components"; do you see        12:36:43

20   that?                                                    12:36:48

21        A.  Yes.                                           12:36:51

22        Q.  Do you recall what that rule was about?       12:36:51

Page 92

```
 1      A.  No.                                              12:36:55

 2      Q.  Do you recall discussing at any other time      12:36:58

 3  rules or regulations related to the storage,            12:37:00

 4  maintenance, and transport of statewide voting          12:37:04

 5  system components?                                       12:37:07

 6      A.  It comes up as a general topic, it's            12:37:10

 7  something we're always cognizant of, but I don't        12:37:13

 8  recall any particular -- I don't have any               12:37:17

 9  independent recollection of this particular rule or     12:37:20

10  discussion about this particular rule.  But it's        12:37:23

11  something we're always concerned about.                 12:37:27

12      Q.  But you cannot sitting here today recall        12:37:30

13  what measures are put in place to ensure the            12:37:34

14  security of voting system components?                   12:37:37

15      A.  No.  I'd have to look it up.                    12:37:39

16      Q.  Okay.                                           12:37:42

17          If you look two I guess sentences down at       12:37:45

18  "Logic and accuracy testing"; do you see that?          12:37:54

19      A.  Yes.  You read it correctly.                    12:37:58

20      Q.  Do you see -- do you understand what            12:38:03

21  "Logic and accuracy testing" refers to?                 12:38:05

22      A.  No.  Regretfully I do remember that I used      12:38:14
```

Page 93

| | | |
|---|---|---|
| 1 | logic and accuracy testing and audit incorrectly | 12:38:18 |
| 2 | one time and George Balboni (phonetic) yelled at | 12:38:23 |
| 3 | me, but other than that I don't -- I don't recall | 12:38:25 |
| 4 | its definition. | 12:38:28 |
| 5 | Q.  Okay.  And is that something you discussed | 12:38:32 |
| 6 | with State Election Board members other than at | 12:38:35 |
| 7 | this meeting? | 12:38:39 |
| 8 | A.  No.  And generally the State Election | 12:38:41 |
| 9 | Board members do not discuss things outside of the | 12:38:44 |
| 10 | meeting.  I was very surprised when I came on the | 12:38:47 |
| 11 | board that all of our discussions are -- are very | 12:38:50 |
| 12 | public.  There's not a -- there's not a back | 12:38:54 |
| 13 | channel. | 12:38:57 |
| 14 | Q.  Got it.  So when there's a rule proposed | 12:38:58 |
| 15 | for, you know, a concept like logic and accuracy | 12:39:02 |
| 16 | testing which may not, you know, be part of our | 12:39:08 |
| 17 | day-to-day lives, what type of information is given | 12:39:10 |
| 18 | to you to be able to decide whether or not to vote | 12:39:15 |
| 19 | on a particular rule? | 12:39:22 |
| 20 | MS. JOHNSON:  Object to form.  You can | 12:39:25 |
| 21 | answer. | 12:39:27 |
| 22 | A.  We get a copy of the rule, we read it very | 12:39:27 |

Page 94

```
 1   carefully, we determine whether or not this is        12:39:31

 2   something that we're authorized to do or whether      12:39:34

 3   this should be done by the people's representatives   12:39:37

 4   in the Georgia General Assembly, do we have the       12:39:39

 5   authority to do it in the first place, what is it     12:39:42

 6   asking us to do, make sure we understand what --      12:39:45

 7   what's being requested, make sure how it works in     12:39:48

 8   the real world, apply my knowledge as having been a   12:39:52

 9   poll watcher and a tabulation monitor for many,       12:39:56

10   many years to say, well, how is this going to work,   12:39:59

11   what -- what protections do you have against bad      12:40:02

12   actors, and then if it -- and if it asks -- have      12:40:05

13   any further questions we ask the Secretary of State   12:40:11

14   and their staff.  And it is also given a summary to   12:40:13

15   us by usually Ryan Germany at the meeting as to       12:40:19

16   what it's going to say, and then we'll discuss it     12:40:23

17   and then we'll vote on it.                            12:40:25

18       Q.  Got it.                                       12:40:33

19           You're not given any like detailed           12:40:34

20   information about how these rules would affect the    12:40:38

21   operation of voting equipment?                        12:40:43

22           MS. JOHNSON:  Object to form.  You can        12:40:49
```

Page 95

```
 1   answer.                                               12:40:50

 2        A.   Sometimes -- sometimes, but not often.     12:40:52

 3   That's one of the things that when you had David     12:40:55

 4   Worley on the board, you had somebody there for a    12:41:00

 5   really long time who knew a lot about it.            12:41:03

 6   Rebecca's been on the board a long time, Ahn's been  12:41:06

 7   on the board a long time, I've been doing it a long  12:41:10

 8   time.  So, you know, you have good people who know   12:41:13

 9   a lot about it, who've seen it being done in         12:41:15

10   practice.  So -- but to the extent we ever ask for   12:41:18

11   information, the Secretary of State's office is      12:41:23

12   very free and very accommodating and gives us what   12:41:24

13   we need.                                             12:41:28

14        Q.   Got it.                                    12:41:33

15             Now, the last proposed rule on this list   12:41:37

16   pertains to the "Use of emergency paper ballots      12:41:40

17   when voting machines are inaccessible"; do you see   12:41:43

18   that?                                                12:41:46

19        A.   I see that.                                12:41:50

20        Q.   Do you recall what that rule was about?    12:41:50

21        A.   I'd have to look it up.                    12:41:56

22        Q.   Under what circumstances would machine     12:41:58
```

Page 96

```
 1   voting be inaccessible?                            12:42:03

 2        A.  If the machines aren't there, if there's  12:42:07

 3   problem with electricity, if there's problem with  12:42:12

 4   what's been loaded on to them, those are three     12:42:18

 5   circumstances that I would think would probably fit 12:42:22

 6   into the word "inaccessible," but otherwise I'd     12:42:25

 7   have to look up the statute.                        12:42:28

 8        Q.  And have you heard of any situations in   12:42:36

 9   the 2020 or 2021 elections where machines were     12:42:40

10   inaccessible?                                       12:42:45

11        A.  None -- none that I recall with           12:42:50

12   particularity.  General -- general foggy memory of 12:42:52

13   there was -- there's your standard issue when --   12:42:59

14   when a tech needs to show up and do something, but 12:43:01

15   nothing with particularity.                         12:43:06

16        Q.  Do you recall -- what do you recall       12:43:09

17   that -- issues where technicians need to show up?  12:43:15

18        A.  Just you remember when polls stayed open  12:43:21

19   late and you say, well, why did it stay open late, 12:43:23

20   and they say, well, because we had a problem       12:43:26

21   starting the machine and we had to wait for the    12:43:29

22   tech to show up.                                    12:43:32
```

Page 97

```
 1      Q.  Okay.  And do you recall for which        12:43:35
 2  elections those machines --                       12:43:37
 3      A.  No.  I just -- I'm sorry.  I interrupted  12:43:39
 4  you again.  I'm sorry about that.                 12:43:42
 5      Q.  No problem.                               12:43:44
 6      A.  Go ahead and ask your question.  I'm      12:43:45
 7  sorry.                                            12:43:46
 8      Q.  Okay.  I'll just repeat it.  That's fine. 12:43:47
 9          Let's see.  Do you recall for which       12:43:55
10  elections those machines required technicians to  12:43:57
11  solve issues?                                     12:44:03
12      A.  It's pretty much every election there will 12:44:04
13  be some kind of glitch.                           12:44:07
14      Q.  Got it.  And when there's a glitch on a   12:44:09
15  machine does that prevent voters from casting their 12:44:13
16  ballots?                                          12:44:19
17          MS. JOHNSON:  Object to form.  You can    12:44:21
18  answer.                                           12:44:22
19      A.  Yeah.  For example, if there's no         12:44:24
20  electricity to the machines, they wouldn't be able 12:44:26
21  to cast a ballot on the machine.                  12:44:28
22      Q.  And if the machine isn't working properly, 12:44:34
```

Page 98

1   they wouldn't be able to cast the ballot on the        12:44:38

2   machine either, right?                                 12:44:41

3        A.   Whatever made the machine inaccessible,      12:44:43

4   agreed.                                                12:44:45

5        Q.   There's another rule on the next page here   12:44:57

6   about "Optical scan recount procedure"; do you see     12:45:01

7   that?                                                  12:45:07

8        A.   Yes, I do.                                   12:45:09

9        Q.   Do you know what that rule was about?        12:45:11

10        A.   No.  I'd have to look it up.                 12:45:13

11        Q.   Okay.  Do you recall whether at any point    12:45:16

12   the State Election Board discussed a different         12:45:31

13   recount procedure than the one we already discussed    12:45:36

14   earlier today?                                         12:45:42

15        A.   Not that I recall.                           12:45:44

16        Q.   Did the State Election Board have any        12:45:51

17   decision-making power on deciding how to run           12:45:58

18   election recounts?                                     12:46:05

19             MS. JOHNSON:  Object to form.                12:46:07

20        A.   I don't recall.                              12:46:10

21        Q.   Okay.                                        12:46:14

22        A.   I'd have to -- I'd have to look up any       12:46:15

Page 99

```
 1   rule that purports to say that, but I don't -- I        12:46:17
 2   don't have an independent recollection of it.           12:46:21
 3        Q.  Okay.                                          12:46:23
 4             And I think we might have covered this         12:46:26
 5   earlier, but I just want to make sure I understand      12:46:28
 6   correctly.  Does the State Election Board have any      12:46:31
 7   role on deciding whether to move forward with          12:46:36
 8   audits or not?                                          12:46:38
 9        A.  I'd have to look -- I'd have to look that       12:46:44
10   up.  I -- none that -- none come to my mind.            12:46:46
11        Q.  Okay.                                          12:46:50
12        A.  But I'd have to look it up to be sure.          12:46:53
13        Q.  Understood.                                    12:46:56
14             Do you recall at any point being asked as     12:46:57
15   a member of the State Election Board whether you        12:47:00
16   recommend going forward with an audit?                  12:47:05
17        A.  I've never been asked whether I recommend       12:47:15
18   going forward with an audit.  I've had complete and     12:47:18
19   utter strangers stop me in restaurants and demand a    12:47:23
20   full forensic audit of the presidential election       12:47:28
21   more times than is comfortable.                         12:47:34
22        Q.  Right.                                         12:47:40
```

Page 100

```
 1       A.  But they never have explained what that    12:47:40
 2  meant.  I always ask them what do you -- what do     12:47:42
 3  you mean by that, and no one's been able to tell     12:47:44
 4  me.                                                  12:47:46
 5       Q.  And you mentioned earlier that you          12:47:47
 6  assist -- that you witnessed at least part of the    12:47:49
 7  Fulton County recount for a primary race.  Was       12:47:53
 8  any --                                               12:47:58
 9       A.  I think --                                  12:47:59
10       Q.  I'm sorry?                                  12:48:00
11       A.  I think it was the primary.                 12:48:01
12       Q.  Okay.  What you think was a primary race,   12:48:03
13  do you recall if any other State Election Board      12:48:07
14  member was there with you?                           12:48:11
15       A.  I was the only one.                         12:48:14
16       Q.  Okay.                                       12:48:22
17           And so when discussing the -- the rules     12:48:24
18  about recount procedure do you recall whether you    12:48:33
19  discussed whether individual ballots should be       12:48:39
20  compared to the machine-casted ballot?              12:48:44
21       A.  That sounds like something I would have     12:48:55
22  recalled if it came up just because it's so          12:48:57
```

Page 101

1   preposterous, but I don't recall it coming up.  I          12:49:00

2   would have recalled it if it came up because I             12:49:04

3   would have had a very adverse reaction.                    12:49:06

4       Q.  Okay.  So fair to say that in any audits          12:49:10

5   that took place while you were on the State                12:49:20

6   Election Board the audits did not check the QR code        12:49:26

7   against a human readable selection for each ballot         12:49:30

8   during the audit?                                          12:49:36

9           MS. JOHNSON:  Object to form.  You can             12:49:38

10  answer.                                                    12:49:39

11      A.  Correct.  I've only seen it done in               12:49:40

12  batches, and it only makes sense to me to do it in         12:49:42

13  batches.                                                   12:49:46

14      Q.  Understood.  We can take the exhibit down         12:49:47

15  or at least you can stop looking at it if you want.        12:49:57

16          Is privacy important to you as a State             12:50:06

17  Election Board member?                                     12:50:10

18      A.  Super critical.                                   12:50:13

19          MS. JOHNSON:  Object to form.  You can             12:50:14

20  answer.                                                    12:50:16

21          THE WITNESS:  I'm sorry.  Super critical.          12:50:16

22      Q.  Have you heard --                                 12:50:19

Page 102

```
 1        A.  superduper critical.                    12:50:19

 2        Q.  Good.                                    12:50:25

 3            Have you heard voters complain that the  12:50:26

 4   BMD screens are large?                            12:50:28

 5        A.  I have only heard it from interest groups 12:50:33

 6   and they had two witnesses in the Athens case I   12:50:39

 7   think that didn't like that the screens were large, 12:50:43

 8   but in general I've not heard that from the general 12:50:45

 9   public.                                           12:50:49

10        Q.  Okay.                                    12:50:56

11        A.  And I think -- I think the Athens-Clarke 12:50:57

12   County chair of the Board of Elections complained 12:51:00

13   about the screens being large too in that same    12:51:02

14   case, but that's not something I've heard from the 12:51:05

15   general public.                                   12:51:07

16        Q.  Do these complaints about the voter      12:51:09

17   screens being too large concern you?              12:51:11

18        A.  No.                                      12:51:14

19        Q.  Would it concern you if someone could see 12:51:17

20   what you're choosing to vote at the time that     12:51:23

21   you're voting?                                    12:51:25

22        A.  I would -- I would immediately know      12:51:31
```

Page 103

```
 1    because I stand close to the machine and block the    12:51:35
 2    machine with my body.  And so if someone was          12:51:38
 3    leaning in to my personal space to inspect my         12:51:41
 4    ballot I would -- I would have an inquiry as to        12:51:43
 5    that, but my experience in using the machine is        12:51:48
 6    that I feel very confident and comfortable that        12:51:52
 7    I've blocked the screen with my body and not           12:51:55
 8    concerned at all that someone's looking without me     12:52:00
 9    knowing.                                               12:52:02
10        Q.  Have you discussed the size of the screens    12:52:04
11    among State Election Board members?                    12:52:09
12        A.  I don't recall that as a big topic, no.       12:52:14
13        Q.  Do you recall it ever coming up as a topic    12:52:19
14    of conversation?                                       12:52:22
15        A.  It came up in the Athens-Clarke County        12:52:24
16    case, but I don't remember the board talking about     12:52:26
17    it.  Interest groups will talk about it, but I         12:52:30
18    don't remember the board having any -- expressing      12:52:34
19    concerns about it.                                     12:52:37
20        Q.  Do you know how poll workers are trained      12:52:43
21    in Georgia?                                            12:52:48
22            MS. JOHNSON:  Object to form.  You can         12:52:50
```

Page 104

```
 1   answer.                                      12:52:51

 2        A.  Generally, but not specifically.    12:52:53

 3        Q.  Is the State Election Board involved at   12:52:57

 4   all in deciding how poll workers are trained?   12:52:59

 5        A.  Tangentially we will make suggestions and   12:53:07

 6   we will hear people with suggestions about how this   12:53:09

 7   poll worker -- and we'll even have cases -- this   12:53:14

 8   poll worker did this right or wrong, and we will --   12:53:17

 9   some of the remedies that we impose is that the   12:53:21

10   poll worker will be trained in a -- in a particular   12:53:26

11   way to be better.  So we'll get it in those -- in   12:53:29

12   those ways, but the Secretary of State's office has   12:53:33

13   a very good -- or had a very good trainer who did a   12:53:36

14   really good job and was very accessible to the   12:53:43

15   county.  So what I -- you know, what I was hearing   12:53:46

16   was very positive, that he was very accessible and   12:53:51

17   good, and I think he's left for another job.  So   12:53:54

18   we're generally involved, but not specifically   12:53:59

19   involved unless we're required in very specific   12:54:01

20   circumstances.                                 12:54:05

21        Q.  And do you know whether poll workers are   12:54:16

22   trained specifically on how to deal with issues   12:54:21
```

Page 105

1   with BMD machines?                                    12:54:26

2       A.  I've heard -- I mean, I've heard -- I've      12:54:32

3   heard lots of conversations about their training      12:54:36

4   and they're getting used to the machines and thing    12:54:40

5   like that, sure.                                       12:54:45

6       Q.  Have you heard voters complain about poll     12:54:47

7   workers not being able to help them when BMD's        12:54:50

8   malfunction?                                           12:54:57

9       A.  Yeah, we get -- we have gotten some           12:54:59

10  complaints where they were frustrated that they had   12:55:04

11  to wait on the tech.  There were also some issues     12:55:06

12  in that some poll workers who had never hooked a      12:55:13

13  printer up at their own home were trying to hook up   12:55:18

14  printers.  So, you know, we work very hard with the   12:55:23

15  counties to try and remedy that and get that done.    12:55:26

16  And there were some remedy about having technicians   12:55:31

17  be more available, but I don't recall the specifics   12:55:36

18  of it.                                                 12:55:38

19      Q.  Do you know whether poll worker training      12:55:43

20  has been changed since switching over from DRE's to   12:55:47

21  BMD's?                                                 12:55:55

22          MS. JOHNSON:  Object to form.  You can        12:55:56

Page 106

```
 1   answer.                                              12:55:57

 2       A.  It's a whole new system.  So yeah.  Yeah.   12:55:59

 3       Q.  Is it important to you as a State Election  12:56:20

 4   Board member that every county in Georgia has        12:56:26

 5   sufficient election equipment for all voters that    12:56:29

 6   want to cast a ballot?                               12:56:31

 7           MS. JOHNSON:  Object to form.               12:56:33

 8       A.  Yes.  We -- we work very hard with the       12:56:37

 9   counties to make sure they have everything that      12:56:40

10   they need, and, in fact, on election day I'll        12:56:42

11   frequently go to precincts and ask how things are    12:56:47

12   going and people will say tell the superintendent    12:56:51

13   that we need more gloves.  And so I'll call the      12:56:56

14   superintendent and say I just came from X precinct   12:57:01

15   and they said they need more gloves, please.  So     12:57:05

16   yeah, we work very hard with the counties and the    12:57:08

17   Secretary of State's office works very hard with     12:57:12

18   the counties.                                        12:57:14

19       Q.  That's more difficult to do with BMD         12:57:15

20   machines, right?                                     12:57:18

21       A.  Than what?                                   12:57:20

22       Q.  Than just -- if you realize that you don't   12:57:21
```

Page 107

1   have enough BMD machines just calling someone up        12:57:24

2   and asking them to send over a new machine.             12:57:27

3        A.   Yeah.  I just only have vague memories        12:57:33

4   about it, but nothing specific.  But I do have          12:57:37

5   vague memories about machines going out of service      12:57:40

6   and whatnot, but I don't have specific memories         12:57:43

7   about it.                                               12:57:45

8        Q.   Do you know whether it takes time to get a    12:57:53

9   machine ready in time for elections?                    12:58:00

10        MS. JOHNSON:  Object to form.                      12:58:05

11        A.   Sure, there's a lot of preparation.  Every   12:58:08

12   system has preparation.                                12:58:12

13        Q.   I'm just reading over my notes to make       12:58:34

14   sure I'm not leaving anything out.                     12:58:36

15        A.   Understandable.                              12:58:40

16        MS. WIESEBRON:  Okay.  I think that's all         12:59:22

17   the questions I had.  So unless your counsel has        12:59:24

18   more questions for you, I'd like to thank you very      12:59:27

19   much for your time.  I really appreciate you making     12:59:30

20   the time to be here today.                              12:59:34

21        THE WITNESS:  My pleasure.                        12:59:37

22        MS. JOHNSON:  I don't have any questions          12:59:39

Page 108

1    for Mr. Mashburn.                                    12:59:40

2          THE VIDEOGRAPHER:  This marks the end of       12:59:44

3    the deposition.  We're going off the record.  The   12:59:45

4    time is 12:59 p.m.                                   12:59:47

5                    (Whereupon, at 12:59 p.m. the        11:13:15

6                     taking of the instant              11:13:15

7                     deposition ceased.)                11:13:15

8                                                         11:13:15

9                                                         11:13:15

10                                                        11:13:15

11                                                        11:13:15

12                                                        11:13:15

13                                                        11:13:15

14                                                        11:13:15

15                                                        11:13:15

16                                                        11:13:15

17                                                        11:13:15

18                                                        11:13:15

19                                                        11:13:15

20                                                        11:13:15

21                                                        11:13:15

22                                                        11:13:15

Page 109

1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2              I, TINA M. ALFARO, Registered Professional

3      Reporter, Certified Realtime Reporter, and Notary

4      Public, the officer before whom the foregoing

5      deposition was taken, do hereby certify that the

6      foregoing transcript is a true and correct record

7      of the testimony given; that said testimony was

8      taken by me stenographically and thereafter reduced

9      to typewriting under my direction; that reading and

10     signing was requested; and that I am neither

11     counsel for, related to, nor employed by any of the

12     parties to this case and have no interest,

13     financial or otherwise, in its outcome.

14              IN WITNESS WHEREOF, I have hereunto set my

15     hand and affixed my notarial seal this 17th day of

16     November, 2021.

17

18     My Commission expires October 31, 2025.

19     _Tina M. Alfaro_

20     _____

21     NOTARY PUBLIC IN AND FOR THE

22     DISTRICT OF COLUMBIA

1   Melanie Johnson, Esquire

2   melanie.johnson@robbinsfirm.com

3                        November 17, 2021

4   RE: Curling, Donna  v. Raffensperger, Brad

5       11/4/2021, Matthew Mashburn (#4880309)

6       The above-referenced transcript is available for

7   review.

8       Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12      The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  cs-midatlantic@veritext.com

16

17   Return completed errata within 30 days from

18  receipt of testimony.

19    If the witness fails to do so within the time

20  allotted, the transcript may be used as if signed.

21

22                  Yours,

23              Veritext Legal Solutions

24

25

1    Curling, Donna  v. Raffensperger, Brad

2    Matthew Mashburn (#4880309)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____  _____

24   Matthew Mashburn Date

25

1    Curling, Donna  v. Raffensperger, Brad

2    Matthew Mashburn (#4880309)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Matthew Mashburn, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____  _____

12   Matthew Mashburn Date

13   *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20___.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25