**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONNA CURLING, *et al.*

    *Plaintiffs,*

v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants.*

CIVIL ACTION

FILE NO. 1:17-CV-2989-AT

## <u>MOTION FOR LEAVE OF ABSENCE</u>

Bryan P. Tyson, counsel for State Defendants in the above-styled case, pursuant to Local Rule 83.1(E)(4), moves this Court to grant him leave of absence from this case on June 9, 2022 due to the preliminary-injunction hearing in the *VoteAmerica v. Raffensperger* case before Judge J.P. Boulee, Case No. 1:21-CV-01390-JPB; from June 13, 2022 through June 24, 2022 due to the continuing trial in the *Fair Fight Action v. Raffensperger* case before Judge Steve Jones, Case No. 1:18-cv-05391-SCJ; from June 27, 2022 through July 1, 2022 due to the trial in the *Rose v. Raffensperger* case before Judge Steven Grimberg, Case No. 1:20-cv-02921-SDG; and from July 5, 2022 through July 15, 2022 due to a personal trip out of the country.

Respectfully submitted this 2nd day of May, 2022.

/s/ *Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: 678.336.7249

*Attorney for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **MOTION FOR LEAVE OF ABSENCE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

                                    */s/ Bryan P. Tyson*
                                    Bryan P. Tyson