# Exhibit A

**(Being Filed Under Seal)**