# Exhibit C

(Being Filed Under Seal)