IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

   *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al,*

   *Defendants*.

CIVIL ACTION

FILE NO. 1:17-CV-2989-AT

**STATE DEFENDANTS' MOTION FOR
LEAVE TO FILE MATTERS UNDER SEAL**

   State Defendants move this Court to seal the investigative documents filed at [Doc. 1378]. The Court's Deputy Clerk, via electronic mail, directed any documents provided in response to the Court's request be filed under seal to the extent they were also filed under seal in the *Fair Fight Action* litigation. The documents, however, have not been filed in that matter and remain designated under the terms of the protective order in that case. Consequently, good cause exists to seal the discovery documents filed at [Doc. 1378], consistent with the Court's direction for filing these documents from another case and in keeping with the terms of the protective order in *Fair Fight Action v. Raffensperger*, No. 1:18-cv-05391-SCJ.

   State Defendants attach a proposed order sealing that filing herewith.

Respectfully submitted this 10th day of May 2022.

/s/ *Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255


Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200

Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

- 4 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **STATE DEFENDANTS' MOTION FOR LEAVE TO FILE MATTERS UNDER SEAL** was prepared double-spaced in 13-point Century Schoolbook pursuant to Local Rule 5.1(C).

*/s/ Vincent R. Russo*
Vincent R. Russo