IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| Plaintiffs, | ) CIVIL ACTION FILE |
| vs. | ) NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, et al., | ) |
| Defendants. | ) |

**[PROPOSED]**

**ORDER GRANTING STATE DEFENDANTS'
MOTION FOR LEAVE TO FILE MATTERS UNDER SEAL**

Finding good cause shown, the investigative materials filed, pursuant to the Court's direction, at [Doc. 1378] shall remain sealed from public view.

SO ORDERED this ____ day of _____, 2022.

_____
Hon. Amy Totenberg
United States District Judge