# EXHIBIT A

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FOX NEWS NETWORK, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. N21C-03-257 EMD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF EXPERT REPORT BY DR. J. ALEX HALDERMAN

WHEREAS, an expert report by Dr. J. Alex Halderman (the "Halderman Report" or "Report") was submitted on July 1, 2021, by the plaintiffs in *Curling, et al. v. Raffensperger, et al.*, No. 1:17-cv-02989-AT ("*Curling*"), a lawsuit pending in the United States District Court for the Northern District of Georgia (the "Georgia Court");

WHEREAS, the Georgia Court has entered a protective order in *Curling* that designates the Halderman Report as "Attorneys' Eyes Only" and requires that it be kept under seal;

WHEREAS, Fox News Network, LLC ("FNN") has moved to intervene in *Curling* for the limited purpose of obtaining a copy of the Halderman Report;

WHEREAS, Dominion has filed an opposition to FNN's motion to intervene in

1

that case;

WHEREAS, Dominion has obtained redacted and unredacted copies of the Halderman Report with the Georgia Court's permission; and

WHEREAS, Dominion does not oppose FNN obtaining redacted and unredacted copies of the Halderman Report for use in this litigation subject to FNN's adherence to all confidentiality obligations of the Georgia Court and this Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, subject to the approval of the Court, that:

1. Dominion agrees to produce redacted and unredacted copies of the Halderman Report to FNN, upon approval of the Georgia Court, and consistent with whatever conditions (if any) are imposed by the Georgia Court, while fully reserving its right to argue that the Halderman Report is irrelevant to the claims and defenses at issue in this matter and inadmissible at trial;

2. Dominion shall produce redacted and unredacted copies of the Halderman Report to FNN within 7 days of any order or other action by the Georgia Court authorizing Dominion's production of the Halderman Report to FNN;

3. Dominion agrees to withdraw its opposition to FNN's motion to intervene in the *Curling* litigation, solely for the purpose of seeking the Georgia Court's authorization to obtain a copy of the Halderman Report;

4. The parties agree to designate the Halderman Report "Highly Confidential–

Attorneys' Eyes Only" under the Protective Order in this matter.

OF COUNSEL:

Justin A. Nelson
Jonathan J. Ross
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366

Stephen Shackelford, Jr.
Elisha Barron
SUSMAN GODFREY LLP
1301 6th Avenue
New York, NY 10019
(212) 336-8330

Davida Brook
Jordan Rux
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
(310) 789-3100

Stephen E. Morrissey
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
(206) 516-3880

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300

Rodney Smolla (#6327)
4601 Concord Pike
Wilmington, DE 19803
Tel: (864) 373-3882

OF COUNSEL:

Thomas A. Clare, P.C.
Megan L. Meier
Dustin A. Pusch
Daniel P. Watkins
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7400

*Attorneys for Plaintiffs*

OF COUNSEL:

Charles L. Babcock
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
(713) 752-4210

Scott A. Keller
LEHOTSKY KELLER LLP
200 Massachusetts Avenue NW
Washington, D.C. 20001
(512) 693-8350

Dated: May 6, 2022

/s/ Blake Rohrbacher
Blake Rohrbacher (#4750)
Katharine L. Mowery (#5629)
Angela Lam (#6431)
Valerie A. Caras (#6608)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant Fox News Network, LLC*

IT IS SO ORDERED on this 6 day of May, 2022.

_____
Special Master John A. Elzufon

4