IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BRAD RAFFENSPERGER, et al., )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br><br>NO. 1:17-cv-2989-AT |

**ORDER GRANTING STATE DEFENDANTS'
MOTION FOR LEAVE TO FILE MATTERS UNDER SEAL**

Finding good cause shown, the investigative materials filed, pursuant to the Court's direction, at [Doc. 1378] shall remain sealed from public view.

SO ORDERED this 1st day of June, 2022.

_____
Hon. Amy Totenberg
United States District Judge