UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DONNA CURLING, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br><br> *Defendants*. | No. 1:17-CV-2989-AT <br><br> STATUS REPORT |

      The U.S. Cybersecurity and Infrastructure Security Agency (CISA) respectfully submits this status report to update the Court and the parties on the conclusion of CISA's Coordinated Vulnerability Disclosure process.

      As explained in CISA's May 19, 2022 status report, CISA has conducted outreach to relevant stakeholders over the past two weeks. In addition, through the CVD process CISA coordinated with the U.S. Election Assistance Commission, which certifies voting systems, including by sharing CISA's advisory and the researcher's report.

      On June 3, 2022, CISA publicly disclosed an advisory, which is available at https://www.cisa.gov/uscert/ics/advisories/icsa-22-154-01.  As per the agency's normal process, however, CISA will continue to coordinate with the relevant parties and may update its advisory if additional information becomes available.

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

BRIGHAM BOWEN
*Assistant Branch Director*

 */s/ Kate Talmor*
KATE TALMOR
*Trial Attorney*
*Civil Division, Federal Programs Branch*
*US Department of Justice*
*1100 L St., NW*
*Washington, DC 2005*
*202-305-5267*