IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:17-CV-02989-AT |
| BRAD RAFFENSPERGER, *et al.*, | ) |
| Defendants. | ) |

### NON-PARTY U.S. DOMINION, INC.'S NOTICE OF WITHDRAWAL OF OPPOSITION TO FOX NEWS NETWORK, LLC'S MOTION TO INTERVENE FOR LIMITED PURPOSE

Non-Party U.S. Dominion, Inc. ("Dominion") notifies the Court and all parties that it hereby withdraws its opposition to the Motion to Intervene for Limited Purpose filed by Fox News Network, LLC [Doc. 1251] subject to the conditions proposed in Fox News Network, LLC's Consent Motion to Lift Stay of Its Motion to Intervene for Limited Purpose [Doc. 1382].

Respectfully submitted this 6th day of June, 2022.

> */s/ J. Matthew Maguire, Jr.*
> J. Matthew Maguire, Jr.
> Georgia Bar No. 372670
> mmaguire@pcwlawfirm.com
> Robert J. Kozloski, III
> Georgia Bar No. 548519
> rkozloski@pcwlawfirm.com

**PARKS, CHESIN & WALBERT, P.C.**

1

75 14th Street, N.E., 26th Floor
Atlanta, Georgia 30309
T: (404) 873-8000
F: (404) 873-8050

*Counsel for Non-Party U.S. Dominion, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the font and point selections approved by the Court in L.R. 5.1(B).

Respectfully submitted: June 6, 2022.

*/s/ J. Matthew Maguire, Jr.*
J. Matthew Maguire, Jr.
Georgia Bar No. 372670
mmaguire@pcwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, I filed the foregoing **NON-PARTY U.S. DOMINION, INC.'S NOTICE OF WITHDRAWAL OF OPPOSITION TO FOX NEWS NETWORK, LLC'S MOTION TO INTERVENE FOR LIMITED PURPOSE** using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

Respectfully submitted: June 6, 2022.

*/s/ J. Matthew Maguire, Jr.*
J. Matthew Maguire, Jr.
Georgia Bar No. 372670
mmaguire@pcwlawfirm.com
