# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 06/07/2022.

TIME COURT COMMENCED: 05:15 P.M.
TIME COURT CONCLUDED: 07:00 P.M.
TIME IN COURT: 1:45
OFFICE LOCATION: Atlanta
COURT REPORTER: Shannon Welch
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing The State Election Board<br>Bruce Brown representing Coalition for Good Governance<br>Kaye Burwell representing The Fulton County Board of Registration and Elections<br>David Cross representing Donna Curling<br>Carey Miller representing Brad Raffensperger<br>Adam Sparks representing Donna Curling<br>Bryan Tyson representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | See Transcript. |
| HEARING STATUS: | Hearing Concluded |