# EXHIBIT A

THE OFFICE OF SECRETARY OF STATE

STATE OF GEORGIA

IN THE MATTER OF:
STATE ELECTION BOARD HEARING

Zoom Audio-conference

DECEMBER 14 2021
9:00 A.M.

MARY K MCMAHAN, CCR, 2757
STEVEN RAY GREEN COURT REPORTING LLC
ATLANTA, GEORGIA 30324
(404)733-6070

**APPEARANCE OF THE PANEL**


Rebecca Sullivan, Acting Chair

Sara Tindall Ghazal

Ahn Le

Matthew Mashburn


**ALSO PRESENT:**

Ryan Germany, General Counsel

Nicholas Northen, Election System Manager

Pamela Jones, Investigator Supervisor

James Callaway, Deputy Chief Investigator

Transcript Legend

(sic) - Exactly as said.

(ph.) - Exact spelling unknown.

-- Break in speech continuity.

. . . Indicates halting speech, unfinished sentence

or omission of word(s) when reading.

Quoted material is typed as spoken.


**TABLE OF CONTENTS**

                                                    PAGE:

Parties in consent cases.............................6

Parties in letter cases ............................19

Parties in violation cases .........................35

Attorney General report ...........................301

1        attorney general's office.

2            **MR. MASHBURN:**   Second.

3            **MS. SULLIVAN:**   Is there any -- motion and a

4        second.   Do we have any further discussion?

5            All in favor, please say aye.

6            **THE BOARD MEMBERS:**   Aye.

7            **MS. SULLIVAN:**   Being there are none opposed,

8        that motion passes.

9            Thank you, Ms. Hooks.

10           Going back up in the agenda to where we left

11       off, the next case is 2020-250, Coffee County.

12           **MR. CALLAWAY:**   We have three separate

13       complaints within this case.

14           Complaint 1, on December 4, 2020, the Coffee

15       County Board of Elections and Registration sent a

16       letter advising they could not certify the

17       electronic recount numbers for the November 3,

18       2020 general election.

19           In the letter, they claimed that the

20       Dominion voting system was unable to repeatedly

21       duplicate credible election results.   Instead

22       Coffee County Board of Elections and Registration

23       voted to certify the votes cast in the election

24       night report.

25           Complaint 2, a video surfaced on YouTube

1    where it showed Coffee County election supervisor

2    Misty Martin discussing the ways in which the

3    election software could be manipulated.

4         Complaint Number 3, Ms. Britney (ph) Jackson

5    said she submitted a request for her absentee

6    ballot on December 1, 2020, however, did not

7    receive the ballot until December 26, 2020.

8    Ms. Jackson said she was unable -- she was able

9    to mail the ballot back the same day it was

10   received but felt her vote would not be counted

11   due to how late it was received.  Ms. Jackson

12   felt this was an effort by Coffee County to

13   suppress her vote.

14        The investigation revealed under Complaint

15   1, Ms. Martin failed to keep the ballots in

16   batches after they were scanned which is the

17   reason the count discrepancy could not be

18   identified and resolved.  After the interview,

19   investigators assisted Coffee County with

20   organizing the ballots into batches of 100.

21        The final count was 13,347 advanced and

22   election day ballots and 1,930 absentee and

23   provisional ballots.  The total combined ballots

24   total 15,277 ballots which match the original

25   Coffee County election results listed on the

1        secretary of state election night reporting page.

2             Ms. Martin also claimed the ballot scanner

3        was not working properly and would stop on every

4        few ballots.  Ms. Martin claimed she did not know

5        the scanner needed to be cleaned periodically.

6        Both Dominion senior project manager Tom Sheahan

7        (ph) and Dominion senior manager Scott Tucker

8        said the scanner's cleaning protocol was included

9        in the training provided to the counties.

10            Investigations accessed the Firefly website

11       and located the ICC scanner use printout which

12       covers the cleaning procedures.

13            Under Complaint 2, Ms. Martin, along with

14       the Coffee County Board -- along with Coffee

15       County Board of Election member Eric Ching (ph)

16       made two videos, claiming the Dominion systems

17       election software could be manipulated.

18            Ms. Martin said the video was made after she

19       made her board aware that a blank ballot could be

20       altered and voted during the adjudication

21       process.  Ms. Martin never once during the video

22       explained the intended use of the adjudication

23       process.  The video is very misleading.  It seems

24       that she proposed -- it seems its purpose was

25       simply to create doubt and public mistrust in the

1    Dominion -- in Dominion voting systems.

2          Investigations received -- reviewed the two

3    videos and noticed what looked like a password

4    taped to the bottom of the computer screen

5    Ms. Martin was using.  Investigations paused the

6    video and took some pictures of the password

7    which could be clearly read.  It was later

8    discovered that the password was used to access

9    Dominion voting systems.

10         Ms. Martin said everyone at the office used

11   a single password to access the Dominion voting

12   system and the door to the office where the

13   computer was located remained open throughout the

14   workday.

15         Ms. Martin said there was another door that

16   remained locked so the public -- so public

17   individuals could not just walk in.  Ms. Martin

18   claimed she was unaware a separate password was

19   needed for every user.

20         Complaint 3, an ENet inquiry on Britney

21   Jackson showed her ballot was received by the

22   Coffee County elections office on January 4th and

23   her vote was counted.  At the time of the

24   elections, Jackson was living at a temporary

25   address in Tennessee.

1        Recommendations:  Coffee County Board of

2    Elections and Registration and Misty Martin,

3    former elections supervisor, be bound over to the

4    attorney -- attorney general's office for SEB

5    Rule 183-1-12-.05(3), security of voting system

6    components at county elections office in

7    designated county storage areas when they failed

8    to keep the room where the election management

9    system was located locked at all times when it

10   was not directly under the supervision of the

11   election supervisor.

12       **MS. SULLIVAN:**  It's my understanding that

13   neither Misty Martin nor anyone from Coffee

14   County is here today.

15       Are there any questions for Mr. Callaway?

16       **MS. GHAZAL:**  I've got one question with

17   regard to Count 3.  Is there -- do we know

18   exactly how much time elapsed between the time in

19   which the county received the abs -- the absentee

20   application and when it was sent out?  If the

21   voter suggested there were three and half weeks

22   between when the -- when it was submitted, I

23   don't know whether or not the -- whether the

24   county timely processed that application.

25       **MS. SULLIVAN:**  I was mistaken.  Ms. Ditto is

1        here, representing Coffee County.  So she might

2        be able to address that question.

3              **MS. GHAZAL:**  Very good, thank you.

4              **MR. NORTHEN:**  Ms. Ditto, you should be able

5        to unmute yourself.

6              **MS. DITTO:**  Thank you.  Good afternoon.

7        I'm here for the --

8              **MS. SULLIVAN:**  Good afternoon.

9              **MS. DITTO:**  -- Coffee County Board of

10       Elections and Registration.

11             Ms. Martin is no longer employed by Coffee

12       County.  It's our understanding from the three

13       complaints that the only violation that is now

14       being alleged is a violation of regulation

15       183-1-12-.05(3).

16             We do not agree that we violated that

17       regulation.  Even given the facts that it stated

18       in the findings in the report and in the

19       potential violation the -- the election

20       management system was located -- there are three

21       separate locked doors that anybody from the

22       public that would not have been the election

23       supervisor or his or her designee, three separate

24       doors that someone from the general public, not a

25       designee, would have to go through in order to

1    reach the election management system.  It was

2    under -- anytime that that door, which is right

3    off of the election supervisor's office, was open

4    or unlocked, it would've been under the

5    supervision -- the elections management software

6    would be under the supervision of Ms. Martin or

7    her designee at that point in time.  There is no

8    violation of this regulation.

9         And I'm happy to answer any questions.

10        **MR. MASHBURN:**  This is Matt Mashburn.  I

11   have a question.  Do you agree or disagree that

12   Ms. Martin posted a video where the working

13   password was visible?

14        Counselor, did you hear me?  Did you hear

15   me?

16        **MS. SULLIVAN:**  Do you hear us, Ms. Ditto?

17   We cannot hear you if you are speaking.

18   Ms. Ditto?

19        **MR. NORTHEN:**  Ms. Ditto, you should be able

20   to unmute -- unmute yourself.

21        **MS. SULLIVAN:**  Ms. Ditto, are you there?

22        **MS. DITTO:**  Hello.

23        **MS. SULLIVAN:**  Yes.  Can you hear us?

24   Ms. Ditto?

25        **MS. DITTO:**  I'm not able to hear you.

1          **MS. SULLIVAN:**  You cannot hear us?

2          **MS. DITTO:**  Did we use this system last

3     time?

4          **MS. SULLIVAN:**  Ms. Ditto, can you hear me?

5          All right, we're going to try to redial in.

6          (Pause)

7          **MS. SULLIVAN:**  Okay.  We are back.

8     Hopefully you can hear us now.  Ms. Ditto, are

9     you still on the line?  Can you hear us?

10         **MR. NORTHEN:**  Ms. Ditto, you should be able

11    to unmute yourself.

12         **MS. SULLIVAN:**  Ms. Ditto, can you hear us?

13    Ms. Ditto, can you hear us now?

14         **MS. DITTO:**  Hello.

15         **MS. SULLIVAN:**  Ms. Ditto, can you hear us?

16    Can you hear us?  Hello?  Can you hear us?

17         Is the court reporter here?  Can the court

18    reporter hear us?

19         **THE COURT REPORTER:**  Yes, I can hear you.

20         **MS. DITTO:**  I can hear y'all now.  This is

21    Ms. Ditto.  I apologize.

22         **MS. SULLIVAN:**  Okay.  Ms. Ditto, I believe

23    that Mr. Mashburn had a question for you when we

24    lost you.

25         **MS. DITTO:**  Sorry about that.

1          **MR. MASHBURN:**  Yes.  Matt Mashburn.  Matt

2     Mashburn.  Do you agree or disagree that

3     Ms. Martin posted a video where a password -- a

4     working password was visible?

5          **MS. DITTO:**  I believe she did post the

6     video.  I'm not sure if at the time it was

7     working because the password is specific to the

8     election.  But I do not feel that's a violation

9     of the regulation that was cited in the

10    investigative report.

11         **MR. MASHBURN:**  Okay.  Now, I would also -- I

12    have a second question and that is our report

13    that we were provided shows that all employees

14    utilized the same password.  Is that -- do you

15    agree or disagree with that?

16         **MS. DITTO:**  It's my understanding that each

17    of the employees had their own password to log

18    onto the computer and then they would've used the

19    same password.  Coffee County was only given one

20    password to get onto the Dominion server.

21         **MS. SULLIVAN:**  Any further questions?  Would

22    a member like to make a motion?

23         **MS. LE:**  I move to refer this case to the

24    attorney general's office for further review and

25    inspection.  I think passwords are part of -- an

1        integral part of a security system and I think --

2        I think this case should be looked at more

3        closely and see how Coffee County is handling the

4        security of our elections system over there.

5             **MS. SULLIVAN:**  Is there --

6             **MR. MASHBURN:**  Second.

7             **MS. SULLIVAN:**  Motion and a second.  Is

8        there any further discussion?

9             All in favor, please say aye?

10            **THE BOARD MEMBERS:**  Aye.

11            **MS. SULLIVAN:**  And there are none opposed.

12       That motion passes.

13            The next case is 2020-258 Fulton County.

14            **MR. CALLAWAY:**  The complainant alleges they

15       received information from Fulton County at their

16       address that indicated that the previous owner is

17       using their address as their voter address and

18       has requested an absentee ballot that has been

19       mailed to an address in Maryland.

20            The investigation revealed that the

21       complainant advised that he purchased and moved

22       into a residence located in Sandy Springs,

23       Georgia in 2018.  He noted that the respondent,

24       Ms. Fissha, was the previous owner who he

25       believes moved out of the state.  However, she