IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, : | |
| Plaintiffs, : | |
| v. : | CIVIL ACTION NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, : | |
| Defendants. : | |

# **ORDER**

This matter is before the Court on Plaintiffs' Request to Depose New State Election Board Members Ed Lindsey and Jan Johnston [Doc. 1362]. Lindsey and Johnston recently replaced Ahn Le and Matthew Mashburn as members of Georgia's State Election Board ("SEB"), which is a named Defendant in this case. Therefore, as successors to members of the SEB, Lindsey and Johnston have become parties to this lawsuit. *See* Fed. R. Civ. P. 25. While Plaintiffs have already deposed Le and Mashburn (Docs. 1368-6, 1368-7), Plaintiffs also seek to depose Lindsey and Johnston.

Because Lindsey and Johnston are parties to this lawsuit, the Court **GRANTS** Plaintiffs' request to depose them. However, because Lindsey and

Johnston have only recently joined the SEB and have therefore a limited scope of relevant knowledge, the Court limits their depositions to ninety (90) minutes each.

**IT IS SO ORDERED** this 13th day of June, 2022.

_____
**Honorable Amy Totenberg
United States District Judge**