# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that the following notices of intent to serve subpoenas were served on all counsel of record by electronic delivery of a PDF version:

1. **Plaintiffs' Omnibus Notice of Intent to Serve Subpoenas to Produce Documents and exhibits thereto attaching subpoenas to Benjamin R. Cotton, Paul V. Maggio, Scott G. Hall, James A. Barnes Jr., Coffee County Board of Elections, Cathleen A. Latham, Emily Misty Hampton, & Eric B. Chaney (June 15, 2022); and**

2. **Plaintiffs' Omnibus Notice of Intent to Serve Subpoenas to Testify at a Deposition and exhibits thereto attaching subpoenas to Benjamin R. Cotton, Paul V. Maggio, Scott G. Hall, James A. Barnes Jr., Coffee**

**County Board of Elections, Cathleen A. Latham, Emily Misty Hampton, & Eric B. Chaney (June 15, 2022).**

I further certify that a copy of the foregoing Rule 5.4 Certificate of Service of Discovery was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

[signature on following page]

Dated:  June 15, 2022

Respectfully submitted,

 /s/ *Mary G. Kaiser*
Mary G. Kaiser (*pro hac vice*)
David D. Cross (*pro hac vice*)
Veronica Ascarrunz (*pro hac vice*)
Hannah R. Elson (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
DCross@mofo.com
MKaiser@mofo.com
VAscarrunz@mofo.com
HElson@mofo.com

Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*