# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CURLING PLAINTIFFS' NOTICE OF FILING LIST OF DISCOVERY TO COMPLETE BEFORE SUMMARY JUDGMENT OR TRIAL

Pursuant to this Court's request (June 7, 2022 Tr. at 63:1-5), Curling Plaintiffs hereby list the remaining discovery to be completed before summary judgment briefing or trial:

1. Complete discovery regarding potential unauthorized access to Georgia county election equipment and data;

2. Complete discovery regarding State investigations concerning election security issues, including third-party subpoenas and Rule 30(b)(6) deposition of the Secretary of State's Office; and

3. Complete depositions of Defendants Ed Lindsey & Jan Johnston.

Curling Plaintiffs understand that State Defendants will not offer testimony in this case beyond that already in the record and are content with the scope of the

1

record as it stands.  (Dkt. 1340 at 7; Dkt. 1351; June 7 Tr. at 41:9-14.)  Given State

Defendants acknowledge they are bound by the scope and substance of the

testimony provided by their Rule 30(b)(6) deponents and by their responses to

written discovery requests, Curling Plaintiffs will forgo supplemental Rule

30(b)(6) deposition testimony from the Secretary of State's Office except as

indicated above in No. 2.  Curling Plaintiffs reserve the right to hold State

Defendants to this limitation on evidence and arguments in this case or to seek

discovery later should the Court allow State Defendants to exceed this limitation to

some extent.

Dated:  June 15, 2022                       Respectfully submitted,

                                             /s/ Mary G. Kaiser
                                            Mary G. Kaiser (*pro hac vice*)
                                            David D. Cross (*pro hac vice*)
                                            Veronica Ascarrunz (*pro hac vice*)
                                            Hannah R. Elson (*pro hac vice*)
                                            MORRISON & FOERSTER LLP
                                            2100 L Street, NW
                                            Suite 900
                                            Washington, DC 20037
                                            Telephone: (202) 887-1500
                                            DCross@mofo.com
                                            MKaiser@mofo.com
                                            VAscarrunz@mofo.com
                                            HElson@mofo.com

                                            Halsey G. Knapp, Jr.
                                            GA Bar No. 425320

Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling,*
*Donna Price & Jeffrey Schoenberg*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Mary G. Kaiser*
Mary G. Kaiser

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRAD RAFFENSPERGER , ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2022, a copy of the foregoing **CURLING**

**PLAINTIFFS' NOTICE OF FILING LIST OF DISCOVERY TO**

**COMPLETE BEFORE SUMMARY JUDGMENT OR TRIAL** was

electronically filed with the Clerk of Court using the CM/ECF system, which will

automatically send notification of such filing to all attorneys of record.

*/s/ Mary G. Kaiser*
Mary G. Kaiser