IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ZACHARY FUCHS**

This matter coming before the Court on Curling Plaintiff's Motion for Leave to Withdraw Appearance *pro hac vice* of Zachary Fuchs. The Court being advised accordingly, it is hereby ordered that the Motion is **GRANTED**.

**IT IS SO ORDERED** this _____ day of June, 2022.

_____
U.S. District Court Judge Amy Totenberg

1