IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*,

    Plaintiffs,

v.

BRAD RAFFENSPERGER, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:17-cv-2989-AT

## ORDER

During a June 7, 2022 teleconference, the Court invited the parties to provide their positions on whether the Court should allow this case to proceed directly to trial instead of considering any motions for summary judgment. Plaintiffs provided their position on June 17, 2022 through a joint filing. (*See* Doc. 1403.) Defendants did not notify the Court of their position. The Court therefore will treat Plaintiffs' June 17, 2022 filing as if it had been filed as a motion.

In the event that Defendants wish to respond to any of the arguments raised by Plaintiffs in their June 17, 2022 filing, Defendants are directed to do so by **July 1, 2022**. Plaintiffs may file a reply to any responses by **July 8, 2022**. The Clerk is **DIRECTED** to submit this matter to the Court upon completion of the briefing.

**IT IS SO ORDERED** this 23rd day of June, 2022.

_____
**Honorable Amy Totenberg
United States District Judge**