IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, v. BRAD RAFFENSPERGER, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

## COALITION PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON JOINT DISCOVERY DISPUTE (DOC. 1360)

Coalition Plaintiffs respectfully request an expedited oral argument, to the extent the Court feels it would be beneficial, on the remaining issues in the pending Joint Discovery Dispute (Doc. 1360) covering a number of documents that logistically should be produced in advance of pending depositions (Doc. 1399), currently set to begin as early as July 6, 2022. The dispute concerns documents related to the; reported breached Coffee County server containing the state's EMS software applications, election data, and alleged compromise of numerous voting system components; State Election Board's past and current investigations of the reported breach; and reported malfunctions of the Coffee County voting system. At

1

the June 7, 2022 conference, the Court determined that the Coffee County-related depositions could go forward:

> "But, you know, you are, of course, welcome to take the deposition of anyone you want who has knowledge as to Coffee County." ( Tr.27:1-3)

The Court did not rule on remaining issues in the Joint Discovery Dispute. To the extent the Court would find it helpful to hold oral arguments to resolve remaining issues, Coalition Plaintiffs seek expedited oral arguments.

| | |
|---|---|
| s/ *Russell T. Abney* | /s/ *Robert A. McGuire, III* |
| Russell T. Abney | Robert A. McGuire, III |
| Georgia Bar No. 000875 | Admitted Pro Hac Vice |
| WATTS GUERRA, LLP |  (ECF No. 125) |
| Suite 100 | ROBERT MCGUIRE LAW FIRM |
| 4 Dominion Drive, Building 3 | 113 Cherry St. #86685 |
| San Antonio, TX 78257 | Seattle, Washington 98104-2205 |
| (404) 670-0355 | (253) 267-8530 |

*Counsel for Coalition for Good Governance*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on June 27, 2022, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record. In addition, pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                    */s/ Robert A. McGuire, III*
                                                   Robert A. McGuire, III