IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
|  | : 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : |
| Defendants. | : |

## **ORDER**

The Coalition Plaintiffs are **DIRECTED** to file a notice to the Court by **Wednesday, June 29, at 10:00 A.M.** identifying the individuals whom they seek to depose related to the Coffee County discovery dispute and, for any Rule 30(b)(6) deponents, the specific topics they seek to cover in those depositions. In their submission, the Coalition Plaintiffs should also identify which components of the Joint Discovery Dispute (Doc. 1360) they believe have not been resolved.

The State Defendants are **DIRECTED** to respond to the Coalition Plaintiffs' Motion for Hearing (Doc. 1407) and submission by **Thursday, June 30, at 5:00 P.M**. Any other parties who wish to respond should also do so by **Thursday, June 30, at 5:00 P.M.**

**IT IS SO ORDERED** this 28th day of June, 2022.

_____
**Honorable Amy Totenberg
United States District Judge**