IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| COFFEE COUNTY BOARD ELECTIONS & REGISTRATION,<br><br>   Movant<br><br>v.<br><br>DONNA CURLING, DONNA PRICE, AND JEFFREY SCHOENBERG,<br><br>   Respondents | Civil Action No. _____ |

**AFFIDAVIT OF RACHEL ROBERTS**

I, Rachel Roberts, being first duly sworn, do hereby state as follows:

1.

I am a citizen and resident of the State of Georgia, over the age of twenty-one (21) years old, suffer no legal disabilities, and give the following testimony from my own personal knowledge and experience.

2.

I understand that this affidavit may be used for all proper purposes in the above-styled matter.

3.

I am currently the Elections Supervisor for the Coffee County Board of Elections and Registration.

Page | 1

4.

I began serving as the Elections Supervisor on December 13, 2021.

5.

As defined in the Subpoenas to the Board of Elections and Registration in the above-styled matter, I do not have any knowledge of any "Unauthorized Access" prior to or during my tenure as the Elections Supervisor.

6.

Coffee County records show that James Barnes served as the Elections Supervisor prior to my tenure. He began on April 1, 2021, and his resignation was effective on December 3, 2021.

7.

Coffee County records show that Misty Hampton served as the Elections supervisor prior to James Barnes' tenure. She began on January 9, 2012, and her resignation was effective on February 25, 2021.

**FURTHER AFFIANT SAYETH NOT.**

*/s/ Rachel Roberts*
Rachel Roberts

Sworn to and subscribed before me this 28 day of June 2022.

*/s/ Kelly C Price*

[Notary seal: Kelly C Price, Notary Public, Coffee County, GA, Feb. 22, 2025]

Notary Public
My Commission Expires: 2/22/25