# EEIN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action File No. |
| v. ) | 1:17-CV-02989-AT |
| ) | |
| BRAD RAFFENSPERGER, ET AL., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCES OF CHARLES L. BABCOCK AND JOEL ROBERT GLOVER

Pursuant to Local Rule 83.1(e), Intervenor Fox News Network, LLC ("FNN") respectfully requests that the Court grant leave for Charles L. Babcock and Joel Robert Glover to withdraw their appearances *pro hac vice* as counsel for FNN in the above-captioned case. Intervenor FNN will continue to be represented in this matter by the law firms Troutman Pepper Hamilton Sanders LLP and Lehotsky Keller LLP.

Dated: July 1, 2022　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/ Charles L. Babcock*
　　　　　　　　　　　　　　　　　　Charles E. Peeler
　　　　　　　　　　　　　　　　　　Georgia Bar No. 570399
　　　　　　　　　　　　　　　　　　charles.peeler@troutman.com
　　　　　　　　　　　　　　　　　　Wheaton P. Webb
　　　　　　　　　　　　　　　　　　Georgia Bar No. 902682
　　　　　　　　　　　　　　　　　　wheaton.webb@troutman.com
　　　　　　　　　　　　　　　　　　TROUTMAN PEPPER HAMILTON
　　　　　　　　　　　　　　　　　　　　SANDERS LLP
　　　　　　　　　　　　　　　　　　Bank of America Plaza, Suite 3000
　　　　　　　　　　　　　　　　　　600 Peachtree Street N.E.
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30308-2216
　　　　　　　　　　　　　　　　　　Tel:   (404) 885-3409
　　　　　　　　　　　　　　　　　　Fax:   (404) 885-3900

　　　　　　　　　　　　　　　　　　Charles L. Babcock
　　　　　　　　　　　　　　　　　　(*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　cbabcock@jw.com
　　　　　　　　　　　　　　　　　　Joel R. Glover
　　　　　　　　　　　　　　　　　　(*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　jglover@jw.com
　　　　　　　　　　　　　　　　　　JACKSON WALKER LLP
　　　　　　　　　　　　　　　　　　1401 McKinney Street, Suite 1900
　　　　　　　　　　　　　　　　　　Houston, TX 77010
　　　　　　　　　　　　　　　　　　Tel:  (713) 752-4210

　　　　　　　　　　　　　　　　　　Scott A. Keller (p*ro hac vice*)
　　　　　　　　　　　　　　　　　　scott@lehotskykeller.com
　　　　　　　　　　　　　　　　　　LEHOTSKY KELLER LLP
　　　　　　　　　　　　　　　　　　200 Massachusetts Avenue NW
　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　Tel:   (512) 693-8350

　　　　　　　　　　　　　　　　　　*Attorneys for Fox News Network, LLC*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing Motion for Leave of Court to Withdraw Appearances of Charles L. Babcock and Joel Robert Glover has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

*/s/ Charles L. Babcock*
Charles L. Babcock
(Admitted Pro Hac Vice)
cbabcock@jw.com
Joel R. Glover
(Admitted Pro Hac Vice)
jglover@jw.com
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel:  (713) 752-4210

*Attorneys for Fox News Network, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022 I electronically filed the forgoing Motion for Leave of Court to Withdraw Appearances of Charles L. Babcock and Joel Robert Glover with the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Charles L. Babcock*
Charles L. Babcock
(Admitted Pro Hac Vice)
cbabcock@jw.com
Joel R. Glover
(Admitted Pro Hac Vice)
jglover@jw.com
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel:   (713) 752-4210

*Attorneys for Fox News Network, LLC*