# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action File No. |
| v. ) | 1:17-CV-02989-AT |
| ) | |
| BRAD RAFFENSPERGER, ET AL., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCES OF CHARLES L. BABCOCK AND JOEL ROBERT GLOVER

This matter coming before the Court on the Motion for Leave to Withdraw Appearances for Charles L. Babcock and Joel Robert Glover to withdraw their appearances *pro hac vice*. The Court being advised accordingly, it is hereby ordered that the Motion is **GRANTED.**

**IT IS SO ORDERED** this _____ day of July, 2022.

_____
U.S. District Court Judge Amy Totenberg