**CORRECTED**

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13730-AA

_____

DONNA CURLING, an individual,
COALITION FOR GOOD GOVERNANCE,
 DONNA PRICE,
JEFFREY SCHOENBERG,
LAURA DIGGES, et al.,

                                                                                                                                               Plaintiffs - Appellees,

versus

SECRETARY OF STATE FOR THE STATE OF GEORGIA,
GEORGIA STATE ELECTION BOARD,
DAVID J. WORLEY,
REBECCA N. SULLIVAN,
STATE ELECTION BOARD,
AHN LE,
MATTHEW MASHBURN,

                                                                                                                                              Defendants - Appellants.

_____

No. 20-14067-AA

_____

DONNA CURLING,
an individual,
COALITION FOR GOOD GOVERNANCE,
a non-profit corporation organized and existing
under Colorado Law,
DONNA PRICE,
an Individual,
JEFFREY SCHOENBERG,
an Individual,
LAURA DIGGES,
an Individual, et al.,

                                Plaintiffs - Appellees,

versus

BRIAN P. KEMP,
in his individual capacity and his official capacity as
Secretary of State of Georgia and Chair of the
State Election Board, et al.,

                                Defendants,

DAVID J. WORLEY,
REBECCA N. SULLIVAN,
BRAD RAFFENSPERGER,
in his individual capacity and his official capacity
as Secretary of State of Georgia and Chair of the
State Election Board,
ANH LE,
MATTHEW MASHBURN,

                                Defendants - Appellants.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

ORDER:

    Attorney Michael F. Qian's motion to withdraw as counsel is GRANTED.

                                                  DAVID J. SMITH
                              Clerk of the United States Court of
                                      Appeals for the Eleventh Circuit

                            ENTERED FOR THE COURT - BY DIRECTION