IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | :  CIVIL ACTION NO.<br>:  1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | :<br>: |
| Defendants. | :<br>: |

## **ORDER**

Currently pending before the Court are Plaintiffs' Renewed Motions for Attorney's Fees (Docs. 967, 998), through which Plaintiffs collectively seek to recover over $6 million in attorney's fees and expenses. As a component of the briefing on these pending Motions, the parties have incorporated by reference their prior briefing from Plaintiffs' original Motions for Attorney's Fees (Docs. 595 and 596) and Plaintiffs' Joint Motion for Sanctions (Doc. 623). In the process of litigating these Motions, the parties have filed hundreds of pages of briefs and supporting documents, which, in turn, has resulted in an enormous paper trail.

Given the voluminous nature of the briefing on this matter, the Court **DIRECTS** the parties to submit courtesy copies of their filings to the Court on or before **July 25, 2022** in a manner consistent with the Court's Standing Order. (*See* Standing Order, Doc. 11 at 5–6.) The Court has included a list of the filings

that it believes should be submitted by each party and the number of binders that they should each submit[1]:

**Coalition Plaintiffs**

One binder containing the following filings:

- **(Doc. 595)** Coalition Plaintiffs' Original Motion for Attorney's Fees
- **(Doc. 623)** Plaintiffs' Joint Motion for Sanctions
- **(Doc. 656)** Plaintiffs' Reply in Support of Joint Motion for Sanctions
- **(Doc. 705 pp. 1–45)** Coalition Plaintiffs' Reply in Support of Original Motion for Attorney's Fees
- **(Doc. 967)** Coalition Plaintiffs' Renewed Motion for Attorney's Fees
- **(Doc. 1029)** Coalition Plaintiffs' Reply in Support of Renewed Motion for Attorney's Fees

A second binder containing the Coalition's Corrected Detailed Specification and Itemization of Requested Attorney's Fees:

- **(Doc. 632)** Coalition Plaintiffs' Corrected Detailed Specification and Itemization of Requested Attorney's Fees

A third binder containing the attachments to the Coalition's Reply in Support of Original Motion for Attorney's Fees:

- **(Doc. 705 pp. 46–154)** Attachments to the Coalition Plaintiffs' Reply in Support of Original Motion for Attorney's Fees

**Curling Plaintiffs**

One binder containing the following filings:

- **(Doc. 596)** Curling Plaintiffs' Original Motion for Attorney's Fees
- **(Doc. 623)** Plaintiffs' Joint Motion for Sanctions
- **(Doc. 656)** Plaintiffs' Reply in Support of Joint Motion for Sanctions
- **(Doc. 706 pp. 1–46)** Curling Plaintiffs' Reply in Support of Original Motion for Attorney's Fees
- **(Doc. 998)** Curling Plaintiffs' Renewed Motion for Attorney's Fees

---

[1] If the parties believe that courtesy copies of any additional filings should be submitted, they are **DIRECTED** to include those additional filings in their submissions to the Court.

- **(Doc. 1030)** Curling Plaintiffs' Reply in Support of Renewed Motion for Attorney's Fees

A second binder containing the Curling Plaintiffs' Detailed Specification and Itemization of Requested Attorney's Fees and Exhibits:

- **(Doc. 629)** Curling Plaintiffs' Detailed Specification and Itemization of Requested Attorney's Fees
- **(Doc. 631)** Exhibits to Curling Plaintiffs' Detailed Specification and Itemization of Requested Attorney's Fees

A third binder containing the attachments to the Supplemental Declaration of David Cross and accompanying exhibits attached to the Curling Plaintiffs' Reply in Support of Original Motion for Attorney's Fees:

- **(Doc. 706-1 pp. 1–91)** Supplemental Declaration of David Cross

**State Defendants**

One binder containing the following filings:

- **(Doc. 647)** State Defendants' Opposition to Plaintiffs' Joint Motion for Sanctions
- **(Doc. 660)** State Defendants' Consolidated Opposition to Plaintiffs' Original Motions for Attorney's Fees
- **(Doc. 1022)** State Defendants' Consolidated Opposition to Plaintiffs' Renewed Motions for Attorney's Fees

**Fulton County Defendants**

One binder containing the following filings:

- **(Doc. 667)** Fulton County Defendants' Consolidated Opposition to Plaintiffs' Original Motions for Attorney's Fees
- **(Doc. 1023)** Fulton County Defendants' Opposition to the Coalition Plaintiffs' Renewed Motion for Attorney's Fees
- **(Doc. 1024)** Fulton County Defendants' Opposition to Curling Plaintiffs' Renewed Motion for Attorney's Fees

The exhibits and attachments associated with each filing should all be separately tabbed and labeled with the name and index number of the relevant document on

each tab. The page ranges for each exhibit and attachment should also be noted in an index for each binder. The indices should include descriptions of each exhibit and attachment with sufficient detail for the Court to determine the nature of all accompanying documents.[2]

**IT IS SO ORDERED** this 7th day of July, 2022.

_____
**Honorable Amy Totenberg**
**United States District Judge**

---

[2] In other words, the indices should include appropriate titles for each exhibit and attachment beyond just "Exhibit 1" or "Attachment A."