# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DONNA CURLING, et al. ) | |
| ) | |
| Plaintiffs ) | Civil Action No. |
| ) | 1:17-cv-02989-AT |
| ) | |
| BRIAN P. KEMP, et al., ) | |
| ) | |
| Defendants ) | |

## COFFEE COUNTY BOARD OF ELECTIONS & REGISTRATIONS' MOTION TO WITHDRAW MOTION TO QUASH AND/OR MOTION FOR PROTECTIVE ORDER

COMES NOW, non-party Coffee County Board of Elections & Registration ("Coffee County") and respectfully moves this Court to withdraw its Motion to Quash and/or Motion for Protective Order previously filed on June 29, 2022.

Respectfully submitted this 11th day of July, 2022.

**HALL BOOTH SMITH, P.C.**

/s/ Anthony A. Rowell
ANTHONY A. ROWELL
Georgia Bar No.: 616930
JENNIFER D. HERZOG
Georgia Bar No.: 109606
NICHOLAS A. KINSLEY
Georgia Bar No.: 273862

*Counsel for Coffee County*
*Board of Elections & Registration*

1564 King Road
Tifton Georgia 31793
(229) 382-0515 – Telephone
(229) 382-1676 – Facsimile

Email: arowell@hallboothsmith.com
Email: jherzog@hallboothsmith.com
Email: nkinsley@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| COFFEE COUNTY BOARD ELECTIONS & REGISTRATION, )<br>)<br>)<br>)<br>      Movant                    )<br>)<br>v.                                             )<br>)<br>DONNA CURLING, DONNA PRICE, AND JEFFREY SCHOENBERG,     )<br>)<br>)<br>)<br>)<br>      Respondents            ) | Civil Action No. 1:17-cv-02989-AT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 11th day of July, 2022, served a copy of the within and foregoing **COFFEE COUNTY BOARD OF ELECTIONS & REGISTRATIONS' MOTION TO WITHDRAW MOTION TO QUASH AND/OR MOTION FOR PROTECTIVE ORDER** upon all Counsel of Record via CM/ECF and by placing a copy of same in the United States Mail, in an envelope with adequate postage affixed thereon to ensure delivery, as follows:

Halsey G. Knapp, Jr.
Krevolin & Horst, LLC
One Atlantic Center
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA  30309
hknapp@khlawfirm.com

**HALL BOOTH SMITH, P.C.**

*/s/ Jennifer D. Herzog*
ANTHONY A. ROWELL
Georgia Bar No.: 616930
JENNIFER D. HERZOG
Georgia Bar No. 109696
NICHOLAS A. KINSLEY
Georgia Bar No.: 273862

*Counsel for Coffee County*
*Board of Elections & Registration*

1564 King Road
Tifton Georgia 31793
(229) 382-0515 – Telephone
(229) 382-1676 – Facsimile
Email: arowell@hallboothsmith.com
Email: jherzog@hallboothsmith.com
Email: nkinsley@hallboothsmith.com