IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | |
| Defendants. | |

## **ORDER**

On June 29, 2022, Movant Coffee County Board of Elections & Registration filed a Motion to Quash (Doc. 1410) the subpoenas duces tecum served on it by the Curling Plaintiffs in this matter. (Docs. 1410-2, 1410-3.) Alternatively, the Movant requested that this Court issue a protective order.

The Movant now moves to withdraw its previously filed Motion to Quash and its alternative Motion for Protective Order. (Doc. 1417.) The Court **GRANTS** Movant Coffee County's Board of Elections & Registration's Motion to Withdraw its Motion to Quash and/or Motion for Protective Order [Doc. 1417].

**IT IS SO ORDERED** this 13th day of July, 2022.

_____
**Honorable Amy Totenberg
United States District Judge**