# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cv-02989-AT
### Curling et al v. Raffensperger et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held on 07/15/2022.

|  |  |
|---|---|
| TIME COURT COMMENCED: 09:00 A.M. | |
| TIME COURT CONCLUDED: 10:30 A.M. | COURT REPORTER: Melissa Brock |
| TIME IN COURT: 1:30 | DEPUTY CLERK: Harry Martin |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing The State Election Board<br>Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Alexander Denton representing The State Election Board<br>Cary Ichter representing Coalition for Good Governance<br>Nicholas Kinsley representing Coffee County Board of Elections<br>Halsey Knapp representing Donna Curling<br>David Lowman representing The Fulton County Board of Registration and Elections<br>Carey Miller representing The State Election Board<br>Charles Peeler representing Fox News Network, LLC<br>Vincent Russo representing The State Election Board<br>Adam Sparks representing Donna Curling |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MOTIONS RULED ON: | [1407]Motion for Hearing DENIED AS MOOT |
| MINUTE TEXT: | On July 15, 2022, the Court held a telephone conference with the parties counsel concerning several pending discovery disputes. The Court ordered that all outstanding discovery in this matter must be completed by September 2, 2022. The Court further directed the parties to file any motions for summary judgment within 45 days of the discovery deadline. Additionally, the Court held that the Objections that the State Defendants raised in their Notice of Objections to the Amended Report of Dr. Stark (Doc. 1346) are DENIED subject to the right to file any Daubert motions |

as appropriate. With respect to the State Defendants assertion of investigative privilege over documents related to the alleged voting system breach in Coffee County, the Court directed the State Defendants to produce a privilege log by July 22, 2022. The State Defendants are further DIRECTED to file a short brief explaining the basis of their investigative privilege assertion. Plaintiffs are DIRECTED to file any responses to the State Defendants assertions of privilege by July 28, 2022, and the State Defendants are DIRECTED to file any reply to Plaintiffs responses by August 2, 2022. The Coalition Plaintiffs Request for Oral Argument on Joint Discovery Dispute Doc. 1360 (Doc. 1407) is DENIED as moot.

HEARING STATUS:    Hearing Concluded