**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DONNA CURLING, *et al.* | |
| *Plaintiffs,* | CIVIL ACTION |
| v. | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, *et al.,* | |
| *Defendants.* | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, *et al.*, (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that on July 15, 2022, the undersigned served a true and correct copy of the following:

1. Cross-Notice of Deposition of Coffee County Current and Former Employees,

upon the following counsel of record via email:

| | |
|---|---|
| Cary Ichter | Bruce P. Brown Law LLC |
| Ichter Davis LLC | 1123 Zonolite Road, Suite 6 |
| 3340 Peachtree Road N.E. | Atlanta, Georgia 30306 |
| Suite 1530 | bbrown@brucepbrownlaw.com |
| Atlanta, Georgia 30326 | |
| cichter@ichterdavis.com | |

David D. Cross
Lyle F. Hedgecock
Mary G. Kaiser
Veronica Ascarrunz
Jenna B. Conway
Robert W. Manoso
Morrison & Foerster, LLP 2000
Pennsylvania Avenue, NW
Washington, DC 20006
dcross@mofo.com
lhedgecock@mofo.com
mkaiser@mofo.com
vascarrunz@mofo.com
jconaway@mofo.com
rmanoso@mofo.com

Halsey G. Knapp, Jr.
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com

Kaye Burwell
David Lowman
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
kaye.burwell@fultoncountyga.gov
david.lowman@fultoncountyga.gov
cheryl.ringer@fultoncountyga.gov

Robert Alexander McGuire
Robert McGuire Law Firm
113 Cherry Street #86685
Seattle, WA 98104-2206
ram@lawram.com

Anthony A. Rowell
Jennifer D. Herzog
Nicholas A. Kinsley
Hall Booth Smith, P.C.
1564 King Road
Tifton, Georgia 31793
arowell@hallboothsmith.com
jherzog@hallboothsmith.com
nkinsley@hallboothsmith.com

Russ Abney
Watts Guerra
4 Dominion Drive, Bldg. 3
Suite 100
San Antonio, Texas 78257
rabney@wattsguerra.com

This 15th day of July, 2022.

2

**Robbins Ross Alloy Belinfante Littlefield LLC**

Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

*/s/ Diane Festin LaRoss*
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

3

*Attorneys for State Defendants*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

<u>/s/ Diane Festin LaRoss</u>
Diane Festin LaRoss
Georgia Bar No. 430830