IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, the undersigned hereby certifies that that on July 20, 2022, Plaintiff Coalition for Good Governance, by and through counsel of record, served a true and correct copy Coalition Plaintiffs' Notices of Intent to Serve Subpoenas, including the following:

1. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action – Scott G. Hall*;

2. *Subpoena to Testify at a Deposition in a Civil Action – Scott G. Hall*;

3. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action – Cathleen A. Latham;* and

4. *Subpoena to Testify at a Deposition in a Civil Action – Cathleen A. Latham.*

I further certify that a copy of the foregoing Rule 5.4 Certificate of Service of Discovery Materials was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

This 20th day of July 2022.

>/s/ Cary Ichter
>CARY ICHTER
>Georgia Bar No. 382515
>**ICHTER DAVIS LLC**
>3340 Peachtree Road NE, Suite 1530
>Atlanta, Georgia 30326
>404.869.7600
>cichter@ichterdavis.com
>
>AND
>
>Bruce P. Brown
>Georgia Bar No. 064460
>bbrown@brucebrownlaw.com
>**Bruce P. Brown Law LLC**
>1123 Zonolite Road NE, Suite 6
>Atlanta, Georgia 30306
>404.881.0700
>bbrown@brucepbrownlaw.com
>*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
