IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION ) ) FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, ET AL., Defendants. | ) ) ) |

**COALITION PLAINTIFFS'**
**NOTICE OF INTENT TO SERVE SUBPOENAS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett ("Coalition Plaintiffs") hereby notify all parties that they intend to serve the attached Subpoenas in the above-captioned matter:

1. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action – Eric Chaney*;

2. *Subpoena to Testify at a Deposition in a Civil Action – Eric Chaney;*

3. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action – Emily Misty Hampton* and

4. *Subpoena to Testify at a Deposition in a Civil Action – Emily Misty Hampton.*

This 24th day of July, 2022.

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
Fax: 404.869.7610
cichter@ichterdavis.com

AND

Bruce P. Brown
Georgia Bar No. 064460
bbrown@brucebrownlaw.com

**Bruce P. Brown Law LLC**
1123 Zonolite Road NE, Suite 6
Atlanta, Georgia 30306
Tel.:  404.881.0700

*Attorneys for Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2022, I filed a true and correct copy of the foregoing **COALITION PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                         */s/ Cary Ichter*
                                         Cary Ichter
                                         Georgia Bar No. 382515