# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:17-CV-02989-AT |
| BRAD RAFFENSPERGER, *et al.*, ) | |
| Defendants. ) | |

## NON-PARTY U.S. DOMINION, INC.'S NOTICE OF REQUEST TO REVIEW AND COMMENT ON PLAINTIFFS' PROPOSED REDACTIONS TO DR. HALDERMAN REPORT

Non-Party U.S. Dominion, Inc. ("Dominion") notifies the Court and all parties that it requests the opportunity to review and comment on Plaintiffs' proposed redactions to Dr. Halderman's report.  Dominion has not had the opportunity to review and were not provided with copies of Plaintiffs' proposed redactions prior to their submission to CISA and the Court. Accordingly, Dominion requests until August 2, 2022 to review and comment on Plaintiffs' proposed redactions to Dr. Halderman's report.

Respectfully submitted this 26th day of July, 2022.

*/s/ Robert J. Kozloski*
J. Matthew Maguire, Jr.
Georgia Bar No. 372670
mmaguire@pcwlawfirm.com

1

Robert J. Kozloski, III
Georgia Bar No. 548519
rkozloski@pcwlawfirm.com

**PARKS, CHESIN & WALBERT, P.C.**
75 14th Street, N.E., 26th Floor
Atlanta, Georgia 30309
T: (404) 873-8000
F: (404) 873-8050

*Counsel for Non-Party U.S. Dominion, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the font and point selections approved by the Court in L.R. 5.1(B).

Respectfully submitted: July 26, 2022.

*/s/ Robert J. Kozloski*
Robert J. Kozloski, III
Georgia Bar No. 548519
rkozloski@pcwlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2022, I filed the foregoing **NON-PARTY U.S. DOMINION, INC.'S NOTICE OF REQUEST TO REVIEW AND COMMENT ON PLAINTIFFS' PROPOSED REDACTIONS TO DR. HALDERMAN'S REPORT** using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

Respectfully submitted: July 26, 2022.

>*/s/ Robert J. Kozloski*
>Robert J. Kozloski, III
>Georgia Bar No. 548519
>rkozloski@pcwlawfirm.com