AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Donna Curling, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:17-CV-02989-AT |
| Brad Raffensperger, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Paul V. Maggio                                                                                          .

Date:  07/27/2022

*Attorney's signature*

Richard J. Capriola, Bar #108880
*Printed name and bar number*

Winter Capriola Zenner, LLC
3490 Piedmont Rd., NE., Ste. 800
Atlanta, GA  30305
*Address*

rcapriola@wczlaw.com
*E-mail address*

(404) 844-5700
*Telephone number*

(404) 844-5701
*FAX number*

## CERTIFICATE OF SERVICE

This also certifies that I have served counsel with the foregoing by filing it using the CM/ECF system, which will send notification of the filing to all attorneys of record in this case.

This 27th day of July 2022.

                              WINTER CAPRIOLA ZENNER, LLC

                              By: */s/ Richard J. Capriola*
                                  Richard J. Capriola
                                  Georgia Bar No. 108880
                                  Eric B. Coleman
                                  Georgia Bar No. 107648

***Attorneys for Non-Party Paul V. Maggio***
3490 Piedmont Road, N.E, Suite 800
Atlanta, GA 30305
(404) 844-5700
(404) 844-5701 (fax)
rcapriola@wczlaw.com
ecoleman@wczlaw.com