## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRAD RAFFENSPERGER, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MOTION TO QUASH SUBPOENAS AND MOTION FOR A PROTECTIVE ORDER BY PAUL V. MAGGIO

Curling Plaintiffs respectfully request that the Court grant them leave to file their surreply in Opposition to the Motion to Quash Subpoenas and Motion for a Protective Order by Paul V. Maggio [Dkt. 1411] (the "Motion"). A surreply is necessary to correct the record stated by Mr. Maggio, a third-party subpoena respondent, in his recent Reply brief and supporting declaration [Dkt. 1432, 1432-1] (the "Reply"). The Reply contains material factual misstatements contradicted by Mr. Maggio's objections letter to Curling Plaintiffs' local counsel (not included in the Motion) and by the course of communications among counsel for Curling Plaintiffs and for Mr. Maggio. Curling Plaintiffs' response to these newly-submitted contentions in support of a new claim that the deposition subpoena to Mr. Maggio is moot should be considered by the Court in resolving the Motion.

Attached as **Exhibit A** is the proposed surreply with supporting declaration for the Court's consideration. **Exhibit B** is a proposed order granting Curling Plaintiffs' leave to file the proposed surreply and supporting declaration.

Respectfully submitted, this 28th day of July, 2022.

/s/ David D. Cross
David D. Cross (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Veronica Ascarrunz (*pro hac vice*)
Hannah R. Elson (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
DCross@mofo.com
MKaiser@mofo.com
VAscarrunz@mofo.com
HElson@mofo.com

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
HKnapp@khlawfirm.com
Sparks@khlawfirm.com

*Counsel for Plaintiffs Donna Curling,*
*Donna Price & Jeffrey Schoenberg*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

<u>*/s/ Halsey G. Knapp, Jr.*</u>
Halsey G. Knapp, Jr.

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2022, a copy of the foregoing

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN**

**OPPOSITION TO MOTION TO QUASH SUBPOENAS AND MOTION**

**FOR A PROTECTIVE ORDER BY PAUL V. MAGGIO** was electronically

filed with the Clerk of Court using the CM/ECF system, which will automatically

send notification of such filing to all attorneys of record.

*/s/ Halsey G. Knapp, Jr.*
Halsey G. Knapp, Jr.