# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

**PROPOSED ORDER**

This matter is before the Court on *Plaintiffs' Motion for Leave to File Surreply In Opposition To Motion To Quash Subpoenas And Motion For A Protective Order By Paul V. Maggio* (the "Motion"). Having considered the Motion and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The Court DIRECTS the Clerk of the Court to docket Exhibit A to the Motion, consisting of *Plaintiffs' Surreply In Opposition To Motion To Quash Subpoenas And Motion For A Protective Order By Paul V. Maggio* and its supporting declaration and exhibits.

**SO ORDERED**, this ___ day of July 2022.

_____
The Honorable Amy Totenberg
United States District Judge
Northern District of Georgia