# EXHIBIT A

Page 1

1                 UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF GEORGIA

2                       ATLANTA DIVISION

3

4             Civil Action No. 1:17-cv-02989-AT

5    _____

6    DONNA CURLING, et al.,

7              Plaintiffs,

8         vs.

9    BRAD RAFFENSPERGER, et al.,

10             Defendants.

     _____

11

12

13

14

15           REMOTE VIDEOTAPED DEPOSITION OF

                    JAMES A. BARNES, JR.

16

17                    Lakeland, Georgia

18              Wednesday, July 20, 2022

19

20

21

22

23

24

25    Court Reporter:  Michelle M. Boudreaux-Phillips, RPR

1          A     I don't know because I don't know her.

2          Q     Okay.  When you first got access to

3      Ms. Hampton's phone, did you ask anyone why there was

4      no email on it?

5          A     No.  I didn't really think to ask.

6          Q     Well, when you left Coffee County, you wanted

7      to make sure your emails were accessible for

8      Ms. Roberts, right?

9          A     Yes, that's correct.

10         Q     And you thought that would be important for

11     her because there's a lot of historical information in

12     the emails, right?

13         A     Yes, that's correct.

14         Q     And you never had access to Ms. Hampton's

15     emails at all is what you're saying?

16         A     That's correct.

17         Q     Did you ask anyone at Coffee County what

18     happened to her emails when you came in?

19         A     Well, I did ask about getting access to them.

20         Q     Okay.  Who did you ask?

21         A     The county manager.

22         Q     Who was that?

23         A     Wesley Vickers.

24         Q     So you came in, wanted access to

25     Ms. Hampton's emails, you asked the county manager.

Page 42

1    What was the response?

2         A    He got back in touch with the guy that runs

3    IT for Coffee County.

4         Q    Who is that?

5         A    I know his name was Charles.  I can't

6    remember his last name.

7         Q    What happened there?

8         A    He did try to go back and access them, but

9    when he had deactivated her account, he didn't archive

10   everything and apparently it was lost.

11        Q    When was her account deactivated?

12        A    I'm not sure.  Basically, since they have a

13   Coffee County network, anybody can log in with those

14   credentials on any Coffee County computer, so they

15   deactivated it.

16        Q    So when you came in, you asked for access to

17   Ms. Hampton's emails and you were told they no longer

18   existed; is that right?

19        A    Essentially, yes.

20        Q    And that they had been lost when her account

21   had been deactivated; do I understand that right?

22        A    That's correct.

23        Q    When you were in Lanier County as an

24   assistant supervisor, I think you said they replaced

25   the elections supervisor at some point.  Is that right?

1      something else?

2           A     I used Outlook.

3           Q     Were you assigned a computer as the elections

4      supervisor in Coffee County?

5           A     Yes, that's correct.

6           Q     Was that a laptop or a desktop?

7           A     It was a desktop.

8           Q     And would you regularly access your work

9      email on that?

10          A     Yes, that's correct.

11          Q     The desktop that you got, was that the same

12     computer Ms. Hampton had?

13          A     Yes, it was.

14          Q     Did you ever ask anyone whether any of her

15     prior emails had been stored on that desktop?

16          A     Well, they essentially got the IT guy to try

17     to go in, but like I said, once those credentials --

18     since that's attached to the computer and the server,

19     once you don't have that email credential anymore, you

20     can't access any of that.

21          Q     So who told you that?

22          A     That would be the IT guy.

23          Q     Charles somebody?

24          A     Yeah.  But there were some of her files that

25     were backed up onto the server.

Page 46

1          Q     Yeah, we'll come to that.  Thank you.

2                So just sticking with the computer for a

3     moment, you don't have -- you're not aware that when

4     Outlook is used on a -- on a desktop, the emails can

5     get stored locally on that computer?

6          A     Well, I'm not an IT guy, so, no, I didn't

7     know that.

8          Q     So what was told to you when you were trying

9     to get the historical information in Ms. Hampton's

10    emails was that they were gone from the server, from

11    the network, from her phone, and from her desktop?

12         A     I was never aware that she had the emails on

13    her phone.

14         Q     Got it.  Sorry.  That's fair.  But they were

15    gone from every device on which she had it that you

16    might get access to; is that fair?

17         A     Yes.

18         Q     Okay.  All right, and then you said she had

19    some files on the server.  What are you talking about

20    there?

21         A     Stored locally, there's a shared server for

22    the computers in there, and there were some files in

23    there.

24         Q     And that's a computer that's connected to the

25    EMS server?

1          A     No.   The EMS server is a completely closed

2     thing.   There's no network to it.

3          Q     Okay.  So when you say "server," what server

4     are you talking about?

5          A     I'm talking about an actual, like, server

6     backup.  Just in case a computer got fried or

7     something, you would have all your information stored

8     there.

9          Q     So this is a server for the computer system,

10    not for the Election Management System?

11         A     That's correct.

12         Q     Okay.  And then there was a shared computer

13    that was connected to that server, right?

14         A     Yes.

15         Q     Okay.  And the files that were on there, did

16    any of them include any emails?

17         A     Not that I'm aware of.

18         Q     Do you know whether anyone looked when you

19    were there?

20         A     Well, honestly, most of those files in there

21    were older, from, you know, several years ago.

22         Q     When you say "several years ago," you mean

23    several years before you took over as --

24         A     Yes, that's correct.

25         Q     What specific files do you recall on that

Page 48

1     computer from Ms. Hampton?

2          A     It was mostly things about billing, previous

3     elections, various election forms, and things of that

4     nature.

5          Q     Any videos or photos?

6          A     I believe there were some personal photos on

7     there.

8          Q     When you say "personal photos," what do you

9     mean?

10         A     Photographs of her family.

11         Q     Anything else?

12         A     Not that I recall, no.  Well, actually, I

13    think there were some board minutes on there that had

14    been typed up.

15         Q     Okay.  Did you have any understanding of why

16    her account, her email account, had been deactivated

17    when she left?

18         A     Not really.  But, I mean, the county official

19    acted pretty surprised that that happened.  I think it

20    was just something that the kind of contracted-out IT

21    department did.

22         Q     And by "county official," were you referring

23    to Mr. Vickers?

24         A     Yes, sir.

25         Q     Okay.  And you said he was surprised that it

Page 49

1    was deactivated?

2        A    That's correct.  He was under the

3    understanding that it was still accessible.  So I don't

4    believe it was intentional that the IT department just,

5    you know, deactivated it completely.  That's why we

6    made a real strong point of making sure that my emails

7    were archived, so that the new supervisor wouldn't be

8    flying blind without all that information.

9        Q    And the IT department that you refer to, you

10   said that was contracted out, that was a third party?

11       A    Yeah, it's contracted out through some

12   company, I believe, in Homerville, Georgia.

13       Q    Do you recall the name of the company?

14       A    I can't remember the name of the company,

15   honestly.

16       Q    If you wanted to recall the last name of

17   Charles, the IT guy, or recall his full name, who would

18   you ask?

19       A    Wesley Vickers usually contacts him whenever

20   somebody needs it, so I'm sure he knows.

21       Q    Charles Dial, does that ring a bell?

22       A    I believe that might be it.

23       Q    Okay.  You mentioned a desktop.  Was there a

24   laptop issued to you in Coffee County?

25       A    There was a laptop there, but I didn't use

Page 52

```
 1        Q    Who else had the log-in credentials?
 2        A    Just the people in our office.
 3        Q    So that's you, Ms. Grantham.  Did poll
 4   workers?  Were they allowed on the WiFi?
 5        A    No.  There wasn't any reason for them to be
 6   on it.
 7        Q    So did anyone other than you and Ms. Grantham
 8   and the IT department have access to the Coffee County
 9   election office WiFi?
10        A    No.
11        Q    And just to be clear, you don't actually know
12   whether Ms. Hampton primarily used the desktop or the
13   laptop, you were assuming that; is that right?
14        A    That's correct, because it was an older
15   laptop.
16        Q    Did you ever speak with Ms. Hampton?
17        A    No.  I've never met her before.
18        Q    So you came into the office in April of 2021
19   immediately after her.  You didn't reach out to her to
20   get some thoughts or insight or guidance on her
21   experience?
22        A    No.
23        Q    Did anyone tell you not to do that?
24        A    No, nobody told me not to.
25        Q    Were you discouraged from that?
```

Page 53

```
 1        A    No.
 2        Q    So you came into a -- the Coffee County
 3   elections supervisor role, you had no access to her
 4   email, her prior files, apart from a handful of things
 5   on the shared computer.  You didn't -- you didn't think
 6   it would be useful to at least have a conversation with
 7   her about this new role?
 8        A    Well, to be fair, all of us in elections had
 9   already seen the YouTube video by that point, so I
10   didn't figure it was really worth my time.
11        Q    Okay.  And just so we're clear we're talking
12   about the same thing, describe the YouTube you're
13   talking about.
14        A    That was the YouTube video of her showing --
15   loading ballots into the scanner and it having
16   problems.
17        Q    And that video was from December 2020; does
18   that sound right?
19        A    I'm not sure when the video was from.  I just
20   know that pretty much most of the elections offices had
21   watched it by then, so it wasn't a secret or anything.
22        Q    But this is a video that you saw between the
23   November 2020 election and then taking over as the
24   elections supervisor; is that the time frame?
25        A    Yes.
```

1    Q    At any point when you were the elections

2    supervisor for Coffee County, did you change any of the

3    passwords on any of the election equipment, like the

4    EMS server, ICC, anything?

5    A    No.

6    Q    Did you have administrative rights to do

7    that?  Was that something you were capable of?

8    A    Honestly, I don't know.  I don't think you

9    can, but I never was told that you could.

10   Q    And why do you think you would not be able

11   to?

12   A    Because it's a very secure system.  That's

13   the way we were all told.

14   Q    So based on your understanding, who had

15   administrative privileges in the system to change the

16   password on, say, the EMS server?

17   A    Well, as I was told through CES, nobody

18   should be able to do that.  I would assume it would

19   only be the State that could to do that.

20   Q    And who told you that through CES?

21   A    I believe it was Mr. Prateek Patel.

22   Q    I'm sorry, could you spell that one?

23   A    Let's see.  I believe it's

24   P-R-I-T-E-C-K [sic].  I believe that's correct.

25   Q    What's his role in CES, your understanding of

1   it?

2        A    Well, everybody at CES is essentially, like,

3   IT for the Secretary of State's office, so they're all

4   the computer-savvy guys.  He was the one that built the

5   election databases for me, ballot databases.

6        Q    So do I understand correctly that the -- the

7   password for an EMS server for the County, did that get

8   set by the State when that server comes in?

9        A    Yes, the State initially sets that up.

10       Q    And your understanding is the County wouldn't

11  then be able to change that password, that's something

12  they'd have to work with the Secretary's office on?

13       A    That was my understanding.

14       Q    And is that the same for the ICC?

15       A    Yes, that's my understanding of that as well.

16       Q    Okay.  So you said you would -- well, sorry,

17  before we get to that, you mentioned earlier the

18  video of Misty Hampton running ballots through a

19  Coffee County scanner.

20            What was it about that video that led you to

21  decide not to reach out to her once you became the

22  elections supervisor?

23       A    Well, all the equipment was completely

24  functional and, you know, if you -- you're supposed to

25  take those scanners and actually clean them every now

1          Q     And when you left -- I know we talked about

2     your emails, you archived your emails.  Ms. Roberts had

3     access to that.  You didn't -- you said you didn't

4     delete any of your work-related materials.

5                Was there anything, other than the emails,

6     you specifically made sure was archived?  Or did you

7     just make sure you didn't delete anything?

8          A     Well, like I said, I made sure that she had

9     access to everything that was on the computer just in

10    case whenever it was switched over, it was going to

11    lose any of -- it would drop some of it into the server

12    files, and I also made a hard copy on a high-capacity

13    thumb drive and turned that over to her.

14         Q     Did anyone ever offer any explanation to you

15    for why Ms. Misty Hampton left the elections supervisor

16    position?

17         A     I was under the understanding there were some

18    issues with timesheets and that they had opted to

19    resign for that reason.

20         Q     That Misty Hampton had resigned over that?

21         A     Yes.

22         Q     And what -- who gave you that understanding?

23         A     That's what I was told by the Board, and I

24    actually did see both her and Jil Riddlehoover's

25    original resignation letters, and that's what they said

1    as well.

2         Q    You saw resignation letters specifically from

3    Ms. Hampton and -- I'm sorry, what's the other one,

4    Riddle -- I'll get the name wrong.

5         A    Jil Riddlehoover.

6         Q    Riddlehoover.

7              So you actually saw resignation letters

8    signed by Ms. Riddlehoover and Ms. Hampton where they

9    indicated they were resigning because of concerns about

10   timesheets?

11        A    That's correct.

12        Q    And who provided you those?

13        A    Actually, that was just in the folders that

14   were maintained by the Board of Elections members.  I

15   went back through some of the old minutes and all just

16   to kind of get up to speed on things, and that was

17   there.

18        Q    Who on the Board specifically did you speak

19   with about Ms. Hampton leaving her position?

20        A    It came up in a standard board meeting, so I

21   would assume it would basically be everybody.

22        Q    Was it the first meeting you had, that's

23   where it came up?

24        A    Yes, sir.

25        Q    What all was discussed about Ms. Hampton in

Page 81

1   that meeting?

2       A    Essentially, just like I had told you, that,

3   you know, there had been some falsification of

4   timesheet data and that they had been caught with it

5   and opted to resign and be able to go and apply

6   somewhere else rather than getting disciplinary action.

7       Q    How soon after you started did that meeting

8   take place, just approximately?

9       A    Oh, geez, let's see.  Maybe a week or two

10  after I started.

11      Q    Were there any other concerns expressed about

12  Ms. Hampton in that meeting?

13      A    No.

14      Q    Did the YouTube video that you mentioned

15  before, did that come up in that meeting?

16      A    Not in that meeting, but they did mention it

17  to me that, you know, Coffee County was a little bit

18  famous during the hiring process.

19      Q    Okay.  And what was mentioned to you during

20  the hiring process?

21      A    Just essentially that it was a fixer-upper

22  office and it was going to take a lot.

23      Q    That YouTube video was part of why it was a

24  fixer-upper?

25      A    Well, that's partly why, yeah.

Page 82

1      Q    Was there anything else said to you during

2   the hiring process about Ms. Hampton?

3      A    No.

4      Q    Once you took over as elections supervisor,

5   was there ever any discussion between you and anyone

6   else in the County about Ms. Hampton and the YouTube

7   video that you mentioned?

8      A    No, not really.

9      Q    So no one on the Board, no one in the County

10   ever came to you and said, "We have concerns about what

11   Ms. Hampton did in that video and let's talk about it"?

12      A    Essentially, the main thing was everybody was

13   focused on trying to move forward and just get the

14   office up to speed.  Quite frankly, there was a lot to

15   do.

16      Q    Did you learn that in that video Ms. Hampton

17   had a password that was readable posted on her desk or

18   on her screen?

19      A    Yeah, I actually did see the Post-it note.

20      Q    Was there ever any discussion, once you came

21   in as the elections supervisor, about that's not a good

22   practice, you shouldn't be doing that, any concerns

23   about that?

24      A    Oh, well, absolutely that's not best practice

25   to be putting your password around like that.  That's

Page 83

1    not something I do.

2        Q   Right, but more specifically, was there any

3    discussion that you were in about the fact that

4    Ms. Hampton had done that and whether that posed any

5    security risk for Coffee County's election system?

6        A   No, I didn't have a conversation about that

7    with anybody.  I just didn't do that.

8        Q   Sorry, you may have said this earlier.  You

9    never had any communications, written or oral, in

10   person, with Ms. Hampton ever; is that right?

11       A   That's correct.

12       Q   You've never met her?

13       A   No.

14       Q   Did she have an assistant elections

15   supervisor?

16       A   That's correct.

17       Q   Was that --

18       A   Jil Riddlehoover.

19       Q   Right, that was Ms. Riddlehoover?

20       A   Yes.

21       Q   So when you came in, it was new staff in the

22   Coffee County office, right?

23       A   Yes, that's correct.

24       Q   But you said some of the poll -- or actually

25   a lot of the poll workers had been folks who had worked

1    the counties, instead had to wait for CISA to do it

2    almost a year later?

3              MR. DENTON:  Object to form.

4              THE WITNESS:  Well, it doesn't surprise

5         me because I assume that they had their

6         reasons for it.  I don't know what that is,

7         but since I don't have all the knowledge, I

8         would only be speculating at this point.

9         Q    (By Mr. Cross)  So as a county elections

10   supervisor, you trust the State to determine election

11   security across the state, fair?

12        A    That's correct.

13        Q    All right.  So when you came in to

14   Coffee County, at some point you tried to access the

15   EMS server and you couldn't access it, right?

16        A    That's correct.

17        Q    When did that happen?

18        A    That would have been towards the end of

19   April, I believe, and I contacted CES about that and

20   described the problem to them, and they said that they

21   would be down next week to check it out.  Initially,

22   there was the assumption that maybe I had fat-fingered

23   in the 16-digit-long password.

24        Q    And the 16-digit password was one that was

25   provided by the State; is that right?

Page 107

1        A     That's correct.

2        Q     And why was it that you didn't try to access

3    the EMS server or the ICC until a few weeks after you

4    arrived?

5        A     Because there wasn't an election for a while

6    out, so there wasn't really any need to.  And there was

7    quite a bit of other work to do, also, catching up on

8    voter registrations and things like that.

9        Q     So you didn't try to access the EMS server or

10   the ICC with the password you had until a need arose

11   with an upcoming election?

12       A     That's correct.

13       Q     Where did you get the 16-digit password that

14   you were trying to use?

15       A     Initially, that was the same one that had

16   gotten left there by Ms. Hampton.  And I called CES up

17   to make sure that that was, in fact, the correct

18   password, they verified that that should be the correct

19   password, and when I tried it several times and it

20   didn't work, they said that they would come down and

21   take a look.

22       Q     You said it was left by Ms. Hampton.  Where

23   did you find it?

24       A     It was still up there attached to the

25   computer screen.

Page 108

1          Q     On the Post-it note?

2          A     Yeah.

3          Q     Okay.  And how did you confirm with CES that

4     that was the password that they had provided initially?

5          A     By calling up there to the CES office.

6          Q     So you called someone at CES, you read the

7     16-digit password, they said, "Yeah, that's the one

8     that we have for this equipment," and you pointed out

9     it didn't work?

10         A     That's correct.

11         Q     Was the 16-digit password in Coffee County

12    the same one that you used for the EMS or ICC in

13    Lanier?

14         A     No.

15         Q     So Lanier had a different password?

16         A     That's correct.

17         Q     Also 16-digit?

18         A     Yeah, they're all the 16-digit,

19    Google-generated type passwords.

20         Q     Okay.  And they're all provided by the State?

21         A     That's correct.

22         Q     What did CES say when you contacted them and

23    said the password doesn't work?

24         A     Like I said, they tried to go back through it

25    several times with me and just make sure that I

1      wasn't -- it wasn't a user error on my part.  And then

2      when it continued not to work, they said that they

3      would come down and take a look at it the following

4      week.

5           Q    Do you recall who specifically you spoke with

6      at CES?

7           A    I believe it was Prateek Patel that I spoke

8      to because, like I said, I know him better than most

9      since he builds my ballot databases.

10          Q    Sorry, give me the name one more time.

11          A    Prateek Patel.

12          Q    Patel is P-A-T-E-L?

13          A    Yes, that's correct.

14          Q    And this was sometime in late April of 2021?

15          A    Yes, I believe that's correct.

16          Q    Did you ask or was there any discussion with

17     him or anyone else at the Secretary's office about why

18     the password wasn't working?

19          A    Well, when he came down, he brought another

20     gentleman with him named Chris.  I'm not sure about his

21     last name.  I just know he works at CES.  And initially

22     they -- you know, first thing he did was try that

23     password just to see if it worked, because in the past

24     people have just messed it up and not done it right.

25     And they didn't know why the password had been changed,

1    said that it shouldn't have been able to be changed,

2    and that's basically where that stood.  So I have no

3    idea why or how.

4         Q    But they -- Mr. Patel came in and someone

5    else named Chris, both from CES, right?

6         A    Yes, that's correct.

7         Q    And they looked at the ICC and the EMS server

8    and their assumption was that somebody had changed the

9    password?

10        A    I'm not sure, actually.  They just seemed

11   surprised to me because, like he said, they're not

12   supposed to be able to change it.  So I'm not sure that

13   they knew exactly what had happened --

14        Q    Got it.

15        A    -- at that juncture.

16        Q    All they could tell was the password didn't

17   work?

18        A    Yes, that's correct.

19        Q    And they explained that people at the county

20   level aren't supposed to have administrative rights to

21   change a password?

22        A    Yes, that's correct.

23        Q    So what happened next?

24        A    After that, I was told that they were going

25   to have to replace the server and take it back to CES,

Page 111

1    try to gain access to it.  They tried to move over as

2    much as they could kind of back-door style, but it was

3    impossible to retrieve all the data at that time.

4         Q    When you say -- sorry, the last thing you

5    said, retrieve data, what were you talking about?

6         A    All the election files that are stored there

7    on the server, they were unable to retrieve all of that

8    simply based on the nature of it being in lock-down.

9         Q    They were -- was CES able to retrieve any

10   files or data from the EMS server?

11        A    I don't know if they ever were or not, but at

12   that point in time, they were unable to retrieve it.

13        Q    What about the ICC, did they ever get access

14   to that?

15        A    I'm not sure, to tell you the truth.

16        Q    How soon after Mr. Patel came in and

17   confirmed the password didn't work did the State take

18   the ICC and the server?

19        A    That was the same day.  They just had an

20   extra one with them, just depending on whatever the

21   problem might be, just in case.

22        Q    So you contacted Mr. Patel in late April of

23   2021, right?

24        A    Yes.

25        Q    And that was a phone call?

Page 112

```
 1        A    Yes, that's correct.
 2        Q    Did you email anyone about this?
 3        A    No.
 4        Q    Did you contact Chris Harvey or anyone else
 5   beyond Mr. Patel about not having access?
 6        A    No, I didn't contact anybody else about not
 7   having access.
 8        Q    So Mr. Patel was the only person you ever
 9   spoke with or emailed or communicated with about not
10   having access to the ICC and the EMS server?
11        A    That's right.
12             MR. DENTON:  Object to form.
13        Q    (By Mr. Cross)  I'm sorry, did you say that's
14   right?
15        A    Yes.
16        Q    Okay.  How quickly after you called Mr. Patel
17   did he arrive?
18        A    It was about like what they said; it was
19   about a week before the two people from CES came.
20        Q    It was a week after you called them?
21        A    Yeah, roughly.  It was probably the next
22   week.
23        Q    Okay.  And when they came, they had with them
24   a replacement server and a replacement ICC?
25        A    Yes, that's correct.
```

Page 113

```
 1        Q     And they replaced them on the spot?
 2        A     That's correct.
 3        Q     Did they replace anything else besides the
 4   EMS server and the ICC?
 5        A     No.
 6        Q     In the room where the EMS server is, is there
 7   a computer that's connected directly to that server?
 8        A     The ICC and the EMS are both networked
 9   together, but there's no other equipment.
10        Q     But if you want to -- when you go to log in
11   to the EMS server, there's a keyboard and a screen that
12   you're trying to log in on, right?
13        A     Yes, that's correct.
14        Q     Does that sit in the room with the EMS
15   server?
16        A     Yes, the screen and keyboard are in there for
17   each one of those.
18        Q     Okay.  And the screen and keyboard, when
19   you're trying to log in to the EMS server, are those
20   hardwired into the server or they're connected to a
21   separate computer terminal of some sort?
22             MR. DENTON:  Object to form.
23             THE WITNESS:  Each one of them is
24        connected to the computer terminal that
25        you're using.
```

Page 114

```
 1          Q    (By Mr. Cross)  Okay, so when Mr. Patel came
 2    and replaced the EMS server, did he replace the
 3    keyboard, the screen, any computer terminal, any wires,
 4    any other equipment, or was it just the server that got
 5    replaced?
 6          A    I don't recall anything else being replaced.
 7          Q    Beyond the server?
 8          A    That's correct.
 9          Q    And same with the ICC, the only thing they
10    replaced was the ICC itself, no other peripherals or
11    anything attached to it?
12          A    As far as I know, that's correct.
13          Q    Were you there with them when they were
14    replacing the equipment?
15          A    Yes, I was there with them for the majority
16    of that time.  I was doing other work.
17          Q    Okay.  So they left, took the ICC and the
18    server with them, and you don't know one way or the
19    other whether anyone ever got access to the data or the
20    files on the --
21          A    That's correct.
22          Q    What's your understanding of where the new
23    server and ICC came from that they brought that day?
24          A    I would assume it came from their main office
25    in Marietta, but I'm not sure.
```

Page 115

1      Q    You didn't ask?

2      A    No.

3      Q    Did you have any understanding as to whether

4  these were a new EMS server and ICC or whether they

5  were taken from another county or had been used before

6  or just no understanding one way or the other?

7      A    I just got the new server in there and it was

8  working, and that's what mattered to me because I had

9  an election coming up.

10     Q    So you didn't ask -- you didn't ask them,

11 "Where did this come from"?  All you needed was it to

12 work?

13     A    Yeah, I didn't ask where it came from.

14     Q    And after Mr. Patel and Chris left with the

15 ICC and the server, what follow-up did you have with

16 Mr. Patel or anyone else about this issue?

17     A    I didn't have any follow-up with them.

18     Q    Did you ever talk to Mr. Patel again?

19     A    Yeah, in the normal course of business.

20     Q    So he was one of -- he was, I think you said

21 earlier, your primary contact at CES, right?

22     A    Yeah, I had asked -- I had asked him at one

23 point in time were they ever able to get, you know,

24 anything off of there because I had an open-records

25 request, and they said that -- "No, if you don't -- if

Page 118

1    closer to the time that you left, or closer to the time
2    you arrived?
3         A    It was the latter half of 2021.  It's just
4    typically the elections office gets so many
5    open-records request, it's hard to keep track of them.
6         Q    Sure.  And was this a phone conversation or
7    an email exchange?
8         A    A phone conversation.
9         Q    So you never sent an email or a text message
10   or created any written document about replacing the EMS
11   server or the ICC?
12        A    No.
13        Q    Why is that?  It's not a small thing to get a
14   new ICC and a new EMS.  Why not create a report on
15   this?
16        A    Well, say in your office, if you contact an
17   IT guy with a problem, do you usually email him or do
18   you usually call him up because it's simpler?
19        Q    Well, for us it's easier to email.
20        A    I got you.  Well, for me it's easier to walk
21   through a problem talking, so that's just typically why
22   I do.
23        Q    Okay.  No, and I understand that, I
24   understand the phone call to Mr. Patel.  I'm sorry.
25   I'm asking a different question, which is:  The point

1    at which you -- the State replaced the ICC and the EMS

2    and you realized the password didn't work, I'm curious

3    why you -- why you didn't write a report to provide for

4    the Board, for example, or to have posterity for the

5    incoming -- you know, the next elections supervisor, on

6    what had happened here and what had been done.

7        A    Well, like I said, you have to understand

8    that the office was in quite a bit of disarray and

9    there was a lot to do in there.  So kind of trying to

10   tackle one emergency at a time, you know.

11       Q    But it never occurred to you to put anything

12   in writing on something as substantial as replacing an

13   ICC and an EMS server?

14       A    Well, what my job was, was there was a

15   problem and to get the problem fixed, so that's what I

16   did.

17       Q    What did you share with the Board, if

18   anything, the election board, about this situation?

19       A    We had a conversation about it because I was

20   letting them know that, you know, "Hey, we had some

21   guys from the State that had to come because there's a

22   problem with the server and I can't access it, and

23   we've got an upcoming election."

24       Q    And when was that approximately?

25       A    I'm not entirely sure.  It would have been

Page 120

1    around the beginning of May.

2         Q    So shortly after the situation arose, you

3    alerted the Board in some fashion that this had

4    happened?

5         A    Yeah.

6         Q    And who specifically did you alert?

7         A    I believe it was just brought up in the

8    meeting, as I may recall, but it's been a while.

9         Q    So your memory is Mr. Patel comes in,

10   replaces the server and the ICC, and then at the next

11   monthly board meeting, you provided some sort of oral

12   report to the Board on that?

13        A    Yes.

14        Q    And your memory is that -- were all the board

15   members present for that, to your recollection?  Were

16   any missing?

17        A    I'm not sure if everyone was there or not

18   because you know how it is trying to schedule meetings.

19        Q    And this would have been one of the meetings

20   in the conference room in your office that you

21   mentioned?

22        A    Yes, that's correct.

23        Q    And since you provided the Board a monthly

24   report, why not include this in that monthly report as

25   well when you were preparing that report?

Page 121

```
 1        A    Honestly, I'm not sure if it was in the

 2   minutes or not.

 3        Q    The minutes of the board meetings, are those

 4   public?

 5        A    Yes, that's correct.

 6        Q    Okay.  And would it surprise you that there's

 7   no indication of discussion of this?

 8        A    Not really.  Like I said, I was more

 9   concerned with the election than going through the

10   issues of documenting down everything.  I don't

11   typically make it a point to document a lot of things

12   other than my emails, which are open, and my phone

13   records, which are open, and if I have some reason to

14   write a report to the State.

15        Q    It didn't -- it didn't trouble you that you

16   came in to an office where the prior two election

17   officials had been at least encouraged to leave for

18   what you said was not being honest or accurate about

19   their time records, it didn't trouble you that the EMS

20   server and the ICC were no longer even accessible?  You

21   didn't view that as a security concern?

22             MR. DENTON:  Object to the form.

23             THE WITNESS:  Definitely, because I

24        contacted the State about it.  But like I

25        said, it's not my job to speculate on what
```

Page 122

1            anything may or may not be.  It's my job to

2            report a problem if I have one, which I did.

3            Q    (By Mr. Cross)  And did you contact -- so you

4        didn't contact -- you didn't think this warranted

5        communicating to law enforcement, for example, like the

6        GBI?

7            A    No.  It's simply I couldn't get into it, they

8        came and replaced it and fixed it for me.  That was

9        that.

10           Q    Were you concerned that the fact that the

11       password never -- no longer worked, that maybe that was

12       an indication that someone had done something they

13       weren't supposed to do on that server and on the ICC?

14           A    Like I said, I don't get paid to speculate

15       and investigate.  That's why the State has

16       investigators.

17           Q    So from your perspective, you walked in, the

18       password didn't work, you did what you were supposed to

19       do, contacted the State, and you left it for them to

20       investigate and figure out if there was a bigger issue?

21           A    That's correct.

22           Q    And did you ever hear from anyone at the

23       State again about this particular issue, that the

24       password didn't work and they had to replace these two

25       pieces of equipment?

```
 1              MR. DENTON:  Object to form.
 2              THE WITNESS:  No, I did not, but it's
 3         not unusual for the State not to follow back
 4         up with us.  I mean, there's 159 counties.
 5         They'd have to have more employees to follow
 6         up with everybody on everything, I'm sure.
 7         Q    (By Mr. Cross)  But we're talking about a
 8    county where the elections supervisor reportedly had
 9    been asked to leave for not being honest with time
10    records, where she put up a video that had the original
11    password for this machine publicly accessible, and then
12    the password didn't work when you showed up and all her
13    emails were gone.  That doesn't strike you as sort of
14    circumstances where somebody might want to dig a little
15    deeper beyond just replacing the equipment?
16         A    Well, like I said, I'm not paid to be an
17    investigator.  I'm paid to be an elections supervisor.
18    And normally my follow-up is if I get an invitation to
19    a State Election Board case.
20         Q    But you said it doesn't surprise you
21    initially they didn't follow up because they're busy
22    and they have lots of things, but we're not talking
23    about an ordinary situation here, right?  We agree on
24    that, this is not an ordinary situation?
25         A    Well --
```

Page 124

1              MR. DENTON:  Object to form.

2         A    -- here's the thing, they investigate all of

3    these things.  And usually I hear back about it because

4    there will or there will not an SEB case on it.  So

5    it's not unusual for me not to hear back from them

6    unless it's because it's going to the State Board.

7    That's not unusual for anybody, as far as I know.

8         Q    But as you sit here today, you don't -- you

9    never got any indication from anyone at the State,

10   Secretary's office, or the SEB, that any investigation

11   was conducted into why the password wasn't working,

12   right?

13             MR. DENTON:  Object to form.

14             THE WITNESS:  I have no idea whether

15        there was an investigation or not, and I

16        don't -- I don't get SEB case updates

17        anymore, so I have no idea if there's one

18        ongoing right now or not.

19        Q    (By Mr. Cross)  Is there anyone else you

20   communicated with about this password issue?

21        A    No.

22        Q    For example, did you reach out to former

23   colleagues in Lanier that you were close with or

24   Mr. Vickers?

25        A    Oh, well, I did -- I did reach out to Josh

Page 130

1    I understand your testimony, the Board would defer the

2    investigation to the State.  I was asking a more

3    specific question.

4            Did any of the board members in that meeting

5    express concern about what the situation might mean for

6    the security or the reliability of the equipment that

7    you had or whether Ms. Hampton or anyone else had done

8    something they weren't supposed to do?

9        A    Not any concerns over the equipment we had,

10   but like I said, we really changed the security

11   procedures since I'm there.  So it's more of a "Oh, no,

12   this happened in the past but things are better now"

13   kind of situation.

14       Q    You said you changed the security practices

15   in Coffee County.  How so?

16       A    Well, we just kept all the doors locked

17   unless there was a need not to.  You know, like all the

18   storage for the equipment was locked at all times, the

19   main door past the lobby that goes into where our

20   office space was was kept locked.  Whenever I wasn't

21   there, I locked the office door that I had, and the

22   server door was locked.  Essentially, we just changed

23   the ways we did things.

24       Q    And making sure everything was locked, that

25   was a change, that wasn't a historic practice at

Page 131

1      Coffee County; is that your understanding?

2          A    Yes, that's correct.  And I also kept regular

3      voters and people from going back there into the inner

4      office.  We just dealt with them at the countertop up

5      front.

6          Q    And that was a change from prior practice in

7      Coffee County?

8          A    Yes.

9              MR. CROSS:  Okay, why don't we take

10         another break.  Let's go off the record.

11             THE VIDEOGRAPHER:  The time is 12:05.

12         We're off the record.

13             (Recess taken.)

14             THE VIDEOGRAPHER:  The time is 12:27.

15         We're back on the record.

16         Q    (By Mr. Cross)  All right, sorry, just trying

17     to pull something up real quick.

18             All right, Mr. Barnes, I want to make sure I

19     got -- I understood something right.

20             So when the State took the ICC and the EMS

21     server, was that documented, like was there chain of

22     custody paperwork that you signed on that?

23         A    I don't recall signing chain of custody

24     paperwork.  Maybe I did.  I'm not sure.  It's been a

25     while, but...

Page 132

1      Q    But you expect to, right?  That's a pretty

2  major change, to bring in a new ICC and EMS and get rid

3  of the old one.  There would be chain of custody

4  documentation, right?

5           MR. DELK:  Object to form.

6           THE WITNESS:  If there was, the State

7      would have that option.

8      Q    (By Mr. Cross)  The County wouldn't keep a

9  copy of their own chain of custody documents so that

10  there's a record of replacing the ICC and the EMS?

11     A    I'm not aware of any documentation about it

12  being taken, but then again, it was the state employees

13  coming to get it, so...

14     Q    And you don't recall them handing you

15  paperwork to sign?

16     A    I don't recall, no.

17     Q    But you agree that chain of custody is

18  important, right?

19           MR. DELK:  Object to form.

20           MR. DENTON:  Object to the form.

21           THE WITNESS:  Yeah, chain of custody is

22      important.

23           (Exhibit 3 marked for identification.)

24           MR. CROSS:  Grab Exhibit 3, if you

25      would, please, sir.  Just let me know when

Page 133

```
 1        you've got it.
 2             THE WITNESS:  I've got it.
 3             MR. CROSS:  All right.
 4        Q    (By Mr. Cross)  Do you see at the top there's
 5   an email that you sent to Robert Hernandez on May 6,
 6   2021?
 7        A    Yes, that's correct.
 8        Q    And Robert Hernandez is one of the state
 9   investigators you mentioned before that you dealt with
10   while you were at Coffee County?
11        A    Yes.
12        Q    And you see in your email, you write in your
13   second sentence, "You will find a response letter from
14   our office attached."  Do you see that?
15        A    Yes.
16        Q    If you come down to the second page, you see
17   the letter that you sent to Mr. Hernandez there?
18        A    Yes.
19        Q    And at the end of that -- well, you point
20   out -- you start the letter by saying, "I assumed the
21   position of Supervisor of Elections on April 1st,
22   2021."  Do you see that?
23        A    Yes.
24        Q    In the last paragraph, you wrote, "The
25   Coffee County Board of Elections fully understands the
```

1    requirement of maintaining absentee ballot transfer

2    sheets and chain of custody documents, and will ensure

3    this occurs for any future elections."

4            Do you see that?

5    A    Yes.

6    Q    And yet as you sit here, you don't recall

7    whether there were any chain of custody documents

8    maintained by the County or even signed for something

9    as significant as replacing your ICC and EMS server; is

10   that right, sir?

11   A    Well, I understand your implications here;

12   however, there's not even paperwork around to be able

13   to fill out for this.  It's not like this is something

14   anybody ever planned to happen.  We don't even have a

15   chain of custody document for replacing servers.

16   Q    159 counties in Georgia, no one has ever had

17   to replace an ICC or a scanner -- or a server before?

18           MR. DENTON:  Object to form.

19           MR. DELK:  Object to the form.

20   Q    (By Mr. Cross)  Is that what you're saying?

21   A    I'm not sure about all the other 159

22   counties.

23   Q    You think in all the time that the State has

24   had electronic voting equipment across 159 counties,

25   they've never had to replace a server or an ICC

Page 135

1    scanner?

2              MR. DELK:  Object to the form.

3              MR. DENTON:  Object to form.

4              THE WITNESS:  The only thing I can

5         account to is I've never seen a form for

6         transferring those items.

7         Q    (By Mr. Cross)  And you don't think the State

8    has chain of custody documents, forms, or -- for

9    something as significant as replacing that election

10   equipment?  You just think --

11             MR. DENTON:  Object to form.

12             THE WITNESS:  I've never seen it.

13        Q    (By Mr. Cross)  When Mr. Patel took the

14   equipment, did you ask him, did you say, "Hey, think I

15   should sign something here, maybe we should have some

16   kind of documentation that we've done this"?

17        A    No, because both of the gentlemen that were

18   there were higher up [indiscernible] state employees,

19   and I trusted them.

20        Q    Has anyone ever indicated to you that the

21   Secretary of State's office actually cannot take that

22   equipment and the data on it without a court order?

23   Has anybody ever discussed that with you?

24        A    No.

25        Q    As the elections supervisor, did you have an

Page 136

1    understanding of whether your office was supposed to be

2    legally the custodian of records of everything on that

3    equipment?

4         A    My understanding, there were legal custodians

5    of things, but how are you supposed to access it if you

6    don't have a password that works for it?

7         Q    Well, I'm not asking about access right now.

8    I'm just asking you.  You were the legal -- you

9    understand the County is the legal custodian of the

10   election data on those pieces of equipment, but you

11   handed them over to the State and didn't even document

12   it.  I mean, that's the testimony today, right, sir?

13            MR. DENTON:  Object to form.

14            THE WITNESS:  I turned it over to the

15        State.

16        Q    (By Mr. Cross)  You mentioned something

17   earlier, and I just want to make sure I didn't

18   misunderstand.  You said when they -- when Mr. Patel

19   first came in and was trying to access the data on the

20   EMS server, you said something to the effect that

21   they -- that they were able to move some data back-door

22   style?

23        A    Well, they were able to --

24            MR. DENTON:  Object to form.

25            THE WITNESS:  It ended up being mostly

Page 145

1       Q    Do you know if -- the password for the ICC

2    and the EMS server, will the system lock you out if you

3    enter the wrong password after so many times?

4       A    I believe that's correct, that it does lock

5    you if you do it too many times.

6       Q    Is that a permanent lock until an IT

7    administrator comes in to fix it, or will it reset

8    after some period of time?

9       A    I'm not sure one way or the other, honestly.

10      Q    When Mr. Patel came in and tried the password

11   on the ICC and the EMS, was there any discussion of

12   whether it was just an inadvertent lockout because

13   someone had entered --

14      A    No.

15      Q    No, that wasn't discussed?

16      A    No.

17      Q    He just came in, tried the password, didn't

18   work, and he gave you new equipment?

19      A    Well, they tried the password multiple times,

20   but there wasn't like a lock screen or anything.  It

21   was the standard log-in screen.

22      Q    I see.  Okay.

23           When Mr. Patel came in, did you see him try

24   to circumvent the locked screen to try to get into the

25   operating system when the -- when the server was coming

Page 146

1     on and booting up?

2          A    No, I did not see that.

3          Q    Have you ever had IT folks -- for example, if

4     you had a computer problem, have they ever shown you

5     how they can get access to the operating system without

6     going through the log-in?

7          A    Well, I know that you can gain access to

8     operating systems sometimes depending on what the

9     software is, but doesn't that usually cause you to lose

10    the users?

11         Q    I will get out of my depth quickly, and I

12    don't want to speculate on something.  I'm just trying

13    to understand what your knowledge is.

14              You're aware that certain operating systems,

15    when a computer is booting up, you know, an IT person

16    can hit certain keys, for example, and that combination

17    of keys will bring up like a DOS operating system, for

18    example, a DOS prompt?  Have you seen that?

19         A    Yes.

20         Q    Okay.  Do you know whether that was tried by

21    Mr. Patel or Chris with the EMS server or the ICC?

22         A    I'm not sure if they tried to do anything

23    like that or not, because I think their main goal was

24    trying to preserve the data on there and not disrupt

25    anything.

Page 147

1      Q    Okay.  Do I understand correctly that for the
2  EMS server and the ICC, each county has just one
3  password to access those systems?
4      A    The password on that is -- each one is
5  different.  There's a 16-digit one that we use to get
6  into that, and then there's a separate password for the
7  ICC.
8      Q    I see.  Okay.
9           So that -- it was two passwords that weren't
10  working when you came in, for the ICC and for the EMS
11  server?
12      A    To my recollection, the ICC password was
13  actually functional, but the other one was not.
14      Q    Oh.  So why did the State take the ICC too?
15      A    I would assume just based -- that it's just
16  because there's a problem with this one, let's just
17  double-check and make sure there's not an issue with
18  that as well, which is understandable.
19      Q    Yeah, okay.  I see.
20           So it wasn't that you had a password issue or
21  that the ICC wasn't functioning; Mr. Patel made a
22  decision or someone at the State made a decision, since
23  they were taking the server, to go ahead and take the
24  ICC too?
25      A    Yes, that's my understanding.

Page 148

1        Q    Did you specifically have a discussion, did
2    you ask Mr. Patel, "Oh, why are you taking the ICC
3    since it works"?
4        A    No, because I assumed obviously there was
5    problems with the one and there could be issues with
6    that one as well.  I mean, if it's been compromised in
7    any way, I can't use it in an election.
8        Q    What do you mean by that?
9        A    I mean simply what I said, if it has been
10   compromised in any way, I can't use it in an election.
11       Q    Sorry, when you say "compromised," I'm just
12   trying to understand what you mean.
13       A    I mean if somebody had gone in and changed
14   the password on there, then that would mean that I
15   can't use that system because of what else could have
16   been done.  It's no longer trustworthy.
17       Q    So that -- I see what you're saying.  So the
18   concern was the password no longer working, that might
19   suggest a compromise and so you should replace both to
20   be safe?
21       A    Yes.
22       Q    In the time that you were the elections
23   supervisor for Coffee County, was anyone ever allowed
24   in the EMS server room apart from you and your
25   assistant?

Page 149

1          A     No.

2          Q     So in the whole time you were there, you're

3     not aware of anyone ever being in that room apart from

4     the two of you?

5          A     No, because I kept the key to it on me.

6          Q     So no one from the Coffee County election

7     board, for example, was ever in that room, to your

8     knowledge?

9          A     No.

10          Q     And was that one of the changes that you made

11     for security after Ms. Hampton left?

12          A     Well, now, hold on a second.  They were

13     allowed in there during the adjudication process

14     because, of course, as you know, you've got to have two

15     people from the -- each party and you've got to have an

16     election board member there.  So, yes, people were in

17     there during that period of time, but I was right there

18     at the actual server myself.  So nobody was ever in

19     there unsupervised.

20          Q     So for adjudication process, that happens in

21     the same room where the EMS server is?

22          A     Yes, because the ICC and the EMS are both

23     right there together.  They have to be networked

24     together by a cable.

25          Q     And so the ICC sits in the same room as the

Page 150

```
 1     EMS server?
 2          A    Yes.  They're both on the same desk,
 3     actually.
 4          Q    I see.  Okay.  And so the ICC is the central
 5     scanner that's used for paper ballots, right?
 6          A    Yes, that's correct.
 7          Q    So, for example, when voters vote absentee in
 8     Coffee County, the County runs those through the ICC,
 9     right?
10          A    Yes.
11          Q    And who is responsible for running ballots
12     through the ICC?
13          A    I run the ballots through the ICC.
14          Q    Did your -- did you assistant ever do that?
15          A    No.
16          Q    That's not something poll workers did?
17          A    No.
18          Q    So you were the sole person to run ballots
19     through the ICC?
20          A    Correct.
21          Q    And then when there was an adjudication
22     process, who all was typically in the room for that
23     with the EMS server and the ICC?
24          A    Like I said, it would be the two
25     representatives from each party and two of the board
```

1     members and myself would be in there.  And they would

2     be there basically just to say, yes, if there's an

3     issue, we all agree that this was voter intent.

4         Q    And is that the same setup in Lanier County

5     when you were there?

6         A    Yes, it's the same thing.

7         Q    Is it your understanding that's how all the

8     counties are set up, that the adjudication process

9     happens in the room with the EMS server?

10        A    Yes.

11        Q    All right, let me show you something else.

12             (Discussion off the written record.)

13             (Exhibit 5 marked for identification.)

14        Q    (By Mr. Cross)  All right, grab Exhibit 5, if

15    you would, please.

16        A    Okay, let's see here.

17             All right, I've got it.

18        Q    So I just want to make sure we are talking

19    about the same thing.

20             You said earlier that when you came in as the

21    elections supervisor in Coffee County, the password for

22    the EMS that Ms. Hampton had had was still posted to

23    the screen on her computer, just like you had seen in

24    that YouTube video.  Do you remember that?

25        A    Yes, sir.

Page 152

1      Q    And this is a screenshot we took from the
2   YouTube video.  Is this -- is this how you found it,
3   what's reflected here in Exhibit 5?
4      A    Yes, that's correct.
5      Q    Okay.  And the password that's on Exhibit 5,
6   that's the password you tried and it didn't work?
7      A    Yes.
8      Q    Okay.  Were you aware that after the November
9   2020 election, Coffee County had trouble certifying the
10  election results?
11     A    Yes, I do remember that.
12     Q    And what are you aware about that?
13     A    Apparently they were having trouble getting
14  their numbers to match up, so they refused to certify.
15     Q    And do you understand the report from
16  Coffee County was that when they ran the paper ballots
17  through the scanner again for recount, it would
18  generate a different total number of ballots, of votes,
19  than what was recorded on the election night?
20     A    Yes, I had heard that.
21     Q    Was that something you looked into when you
22  came on, to determine whether there was a glitch or a
23  problem or a compromise with the system in
24  Coffee County?
25     A    Whenever I had tested the system out, like I

Page 153

1    said, with logic and accuracy testing, I never saw any

2    discrepancies between what it was supposed to be and

3    anything else.

4         Q    Okay.  So you didn't yourself -- you didn't

5    participate in any kind of inquiry or investigation or

6    analysis to determine whether there was a problem with

7    the Coffee County system based on the certification

8    challenges they had reported?

9         A    Well, being as I got a completely new server,

10   if there was any issue in that, it would have been

11   resolved.

12        Q    And a new scanner?

13        A    I don't believe we got a new scanner.  But I

14   did clean that one because it had never been cleaned

15   before, and I didn't notice any issues with it.

16        Q    The ICC is the scanner, right?

17        A    No, the ICC is the computer that's attached

18   to the scanner.

19        Q    Right.  Sorry.  Sorry, I'm getting mixed up.

20             The computer attached to the scanner is what

21   was replaced?

22        A    Yes.

23        Q    Yeah, and so the EMS server and that computer

24   were replaced.  So, in your mind, if there had been a

25   challenge like that reported by Coffee County in late

Page 157

1    oral, nothing was in writing?

2         A    Unless he sent me a text message on the work

3    phone.   That's possible.

4         Q    Do you recall whether he sent you a text

5    message on your work phone?

6         A    He may have in reference to that, as far as

7    when he was coming.

8         Q    So sometimes, like when you're dealing with

9    CES on IT issues, they might shoot you a text?

10        A    Yeah.

11        Q    On your work phone?

12        A    Yes.

13        Q    Do you know why they replaced just the ICC

14   computer and not the scanner itself?

15        A    I'm not sure because I don't know what their

16   policy is.

17        Q    So you didn't ask why they were taking the

18   ICC computer but not the scanner?

19        A    No.

20        Q    When you came in to Coffee County, one of the

21   things that you found that had been left behind was a

22   business card from an organization called Cyber Ninjas,

23   right?

24        A    Yes, that's correct.

25        Q    And when you found that, you alerted

Page 158

1    Chris Harvey to it at the State, right?

2         A    Later on I notified him because, honestly, I

3    didn't even know what it was at the time.  I just make

4    it a practice of keeping all business cards from a

5    former employee just in case I ever need it.

6         Q    I see.  So when you first came in on

7    April 1st, went through documents, files, things in the

8    office, you found the Cyber Ninjas card at that point,

9    but you didn't know what it was?

10        A    That's correct.

11        Q    And then about a month or so later, you

12   alerted Mr. Harvey to it; does that sound about right?

13        A    Yes, that's correct.

14        Q    What was it that happened in the intervening

15   weeks that made you think "I should probably let

16   Chris Harvey know about this"?

17        A    Well, there was a letter -- or email, rather,

18   from Dominion that circulated around to all the county

19   offices warning about, you know, third-party actors

20   possibly trying to gain access to the servers, and

21   Cyber Ninjas was one of the groups that was mentioned,

22   and also the situation where they had done the forensic

23   audit in Arizona was mentioned as an example of what

24   they might be trying to do.  And when I noticed that, I

25   figured, you know, hey, I've got a Cyber Ninjas card

1    over here; maybe I should forward that along and let

2    the State take over on that.

3         Q    So you emailed Mr. Harvey and let him know

4    about the card, right?

5         A    Yes, that's correct.

6         Q    Why did you email him instead of calling him?

7         A    Just because I wasn't sure what to do with

8    it.  I had contacted a former supervisor about it and

9    said, "Hey, this doesn't look good."  And he said,

10    "Well, why don't you go ahead and email Chris and let

11    him know."  So that's what I did.

12         Q    So when you came in and you realized that you

13    couldn't get access to the ICC and the EMS server, you

14    didn't email anyone about it, you only used the phone,

15    but when you thought about the Cyber Ninjas card might

16    be an issue, you emailed.  Why treat them differently?

17              MR. DENTON:  Object to form.

18              THE WITNESS:  Well, just because it was

19         suggested that I email Chris Harvey, so

20         that's what I said.  I mean, there's no

21         special, magic sauce to it.  It's just how it

22         happened.

23              MR. CROSS:  Okay.

24              (Exhibit 6 marked for identification.)

25         Q    (By Mr. Cross)  So pull up Exhibit 6, if you

1    would, please.

2              I'm sorry.  Was Josh Black the one who

3    suggested you email Mr. Harvey?

4         A    Yes, that's correct.

5         Q    Just let me know when you've got this.

6         A    I've got it.

7         Q    All right.  So if you look at the first page,

8    you'll see there's an email thread there.  Do you see

9    that?

10        A    Yes.

11        Q    And if you come down to the bottom, there's

12   an email from you to Chris Harvey on May 7, 2021.  Do

13   you see that?

14        A    Yes.

15        Q    But it's -- the full email is not there, but

16   you can see it reads, "The Dominion email today,

17   pertaining to Cyber Ninjas, was alarming to me.  When I

18   took over at the Coffee County office, the attached

19   business card was at the base of Misty Hayes' computer

20   monitor."

21             And then if you scroll down, you'll see the

22   whole email of what you said.  Do you see that?

23        A    Yes.

24        Q    And then you say, "I thought nothing of it

25   until I heard about the situation in Arizona with the

Page 161

1   DOJ.  If she did not use them, she was at the very

2   least in contact."  Do you see that?

3        A    Yes.

4        Q    And then if you go all the way to the bottom,

5   you'll see a copy of the Cyber Ninjas card that you

6   sent to Mr. Harvey.

7        A    Yes.

8        Q    What was the situation in Arizona with DOJ

9   that prompted your concern?

10       A    Well, that was mentioned in that Dominion

11  email, you know, where the Department of Justice had

12  come in and stopped that -- stopped them from, you

13  know, tampering with the equipment.  So I just felt

14  like it would be pertinent to look into that.

15            Part of the reason is -- you can see why that

16  was sent in email form, is because I scanned the card

17  just to show, hey, this Douglas Logan guy had a

18  business card here.

19       Q    Got it.  Yep.

20            And then -- so do I understand correctly your

21  concern was you got an -- you got the alert from

22  Dominion, you understood the situation with DOJ in

23  Arizona --

24       A    Yes.

25       Q    -- with Cyber Ninjas, and you thought there

Page 162

1    at least potentially could be a similar compromise

2    issue in Coffee County, and so you thought you should

3    alert Chris Harvey to that?  Is that fair?

4         A    Yes.  And, of course, I was also, you know,

5    thinking about the situation -- if somebody had come in

6    and, you know, touched any of the equipment or done

7    anything.

8         Q    Right.  And did it occur to you that that

9    might explain why the password no longer worked on the

10   ICC and the EMS, that someone like Cyber Ninjas may

11   have come in and done something?

12        A    Yeah, the thought did cross my mind.

13        Q    And was that something you discussed with

14   Mr. Harvey or Mr. Patel or others when they were

15   looking into the server and replacing it?

16        A    Well, when I was talking with them about it,

17   part of my concern was that, you know, potentially

18   somebody had done something to that server.

19        Q    Did you speak specifically with Mr. Patel,

20   for example, about maybe it was Cyber Ninjas?

21        A    Honestly, I thought that I had sent that to

22   Chris before they ever got the servers, but it may have

23   been after that.

24        Q    So your thinking is that you sent this email

25   to Mr. Harvey with the Cyber Ninjas card before they

Page 163

```
 1    replaced the server and the ICC?
 2         A    That was what I thought.
 3         Q    Okay.
 4         A    Honestly, to be sure about that, I'd have to
 5    see the call log on the phone.
 6         Q    Right.  And that timing would suggest that
 7    you didn't realize that the passwords weren't -- that
 8    the password wasn't working on the server until
 9    sometime after your May 7 email?
10         A    That's what I thought, yes.
11         Q    So now your recollection is --
12         A    Well, I'm not sure which one came first, but
13    I don't recall having a conversation with them, when
14    they came, about Cyber Ninjas.
15         Q    "Them" being Mr. Patel and Chris from --
16         A    Yes, that's correct.
17         Q    So you don't recall ever speaking to them
18    about Cyber Ninjas?
19         A    No, I don't recall.
20         Q    You only communicated with Chris Harvey?
21         A    Yes, that's correct.
22         Q    And so Mr. Harvey here writes you back four
23    days later.  You sent your email on a Friday afternoon.
24    He responds on Tuesday, May 11th.  "I think it might be
25    prudent to see if there has been any contact between
```

1       the person on the card and anyone in your office and/or

2       if they have had any access to any of your equipment.

3       I have let our investigations division and CES know,

4       and they might follow up with you."  Do you see that?

5              A     Yes.

6              Q     So a few questions on this.  Did anyone ever

7       follow up with you from the State on this issue?

8              A     I never heard anything back from anybody at

9       the State.

10             Q     So no further communications from anyone at

11      the State about the concern that Mr. Harvey notes here

12      about whether there might have been access to any of

13      the equipment at Coffee County?

14             A     No, I never heard anything else back from

15      them.

16             Q     And you can see on Mr. Harvey's email back to

17      you, he copies Frances Watson.  Do you see that?

18             A     Yes.

19             Q     And do you recall she was formerly the head

20      of the investigations unit at the Secretary's office?

21             A     Yes, that's correct.

22             Q     So you never heard from Ms. Watson?

23             A     No.

24             Q     Never heard -- you mentioned a number of

25      investigators that you spoke with during your time at

Page 165

1    Coffee County.

2         None of those or any other investigator ever

3    raised any issue with you at all about Cyber Ninjas or

4    potential access to Coffee County?

5         A    No, I never heard from any of them.

6         Q    And Michael Barnes here, head of CES, also

7    copied on your email -- do you see that --

8         A    Yes.

9         Q    -- never heard from Mr. Barnes about this

10   issue?

11        A    No, sir.

12        Q    And, again, the State has provided a document

13   indicating that the EMS server was replaced on June 8,

14   so about a month after this, and already we can see

15   that Mr. Harvey has alerted CES to the Cyber Ninjas

16   issue.  But do I understand correctly that throughout

17   all of your communications with CES on replacing that

18   server, no one ever suggested to you that it had

19   anything to do with the Cyber Ninjas concern or an

20   improper access concern?

21        A    I don't recall any conversation of that.

22        Q    So no one from the State ever came to

23   Coffee County, for example, to look at any of the

24   equipment there forensically to determine whether there

25   had been any improper access while you were at that

Page 166

1    office; is that right?

2                MR. DELK:  Object to form.

3                THE WITNESS:  Not while I worked

4          there.

5          Q    (By Mr. Cross)  No one came in and looked at

6    any hard-copy files while you were there?

7          A    I don't recall anybody coming to look at

8    anything like that.

9          Q    No one spoke with your assistant, to your

10   knowledge?

11         A    No, not to my knowledge.

12         Q    No one spoke with any member of the board, to

13   your knowledge?

14         A    As far as the board goes, I couldn't say.  I

15   never heard anything from them about it.

16         Q    But if an investigator from the State had

17   contacted your assistant or a board member about

18   possible improper access to voting equipment, would you

19   expect them to let you know that that outreach had

20   occurred, given you were the elections supervisor?

21         A    I would tend to think I would have heard

22   about it.

23         Q    Okay.  Did you follow up with Mr. Harvey

24   after his May 11th email about the Cyber Ninjas card

25   and potential improper access to the equipment there?

1      A    No, I never reached back out to him.  I

2  wasn't able to ever find anything.

3      Q    Why didn't you follow up with Mr. Harvey or

4  Mr. Barnes or anyone else?

5      A    Like I said, because when I looked into it,

6  apparently, you know, the video cameras in the office

7  are set on a certain time period, and then after that

8  it kind of deletes it to make room for more, so I

9  didn't have any footage to look at from back then or

10  anything like that, so I just kind of left it to them.

11      Q    So the election -- the head of elections from

12  the State of Georgia told you on May 11 that there was

13  at least some concern about access to any of your

14  equipment, your election equipment, and he was going to

15  have the State investigate it, and you never heard from

16  anyone and you didn't -- you didn't want to follow up

17  yourself to understand whether there was a concern you

18  might need to deal with?

19          MR. DELK:  Object to form.

20          THE WITNESS:  Like I said before,

21      sometimes they have a backlog of

22      investigations and they may end up having to

23      come back to it at a later date.  I may just

24      simply not have heard from them yet.  It's

25      entirely possible they'll contact me at some

```
 1        point and follow up.
 2        Q    (By Mr. Cross)  So Coffee County continued to
 3   use election equipment -- BMDs, poll pads, printers, a
 4   scanner, a central scanner, polling place scanners --
 5   in elections in 2021, while you were there, after the
 6   head of elections for the State said that there was a
 7   potential access concern that needed to be
 8   investigated; is that right?
 9        A    We used the same --
10             MR. DENTON:  Object to form.
11        A    -- poll pads and ballot-marking devices.
12        Q    I'm sorry, can you say that again?
13        A    We use the same poll pads and ballot-marking
14   devices and scanners.
15        Q    And the same printers, right?
16        A    Yes.
17        Q    And you said the same scanners?
18        A    Yes.
19        Q    After the email you got from Chris Harvey on
20   May 11th, right?
21        A    Yes, that's correct.
22        Q    If you see here, Ms. Watson sends the email
23   internally to Pamela Jones within about half an hour of
24   Mr. Harvey's email.  Do you see that?
25        A    Is it just further down in this one?
```

Page 169

```
 1        Q    It's the very top, the most recent email on
 2    the first page.
 3        A    Yes, I see it.
 4        Q    And here Ms. Watson, the head of the state
 5    investigative unit at that time, writes, "Can you
 6    contact the County and verify what, if any, contact
 7    Cyber Ninjas had with any election equipment?"  Do you
 8    see that?
 9        A    Yes.
10        Q    And you're saying you never heard from
11    Pamela Jones?
12        A    I never heard from anybody asking about
13    contact with the equipment or Cyber Ninjas.  It's
14    possible that they reached out and asked somebody else.
15        Q    Well, it's only you and your assistant
16    responsible for elections in the state beyond -- or in
17    Coffee County beyond the Board, right?
18        A    Yes, that's correct.  I'm just saying it's
19    possible that they reached out to somebody at the
20    actual county commissioner's office because, of course,
21    we have cameras in there but we don't have a terminal
22    for them on site.
23        Q    All right.  So you mentioned cameras a couple
24    of times.  I want to make sure I understand that.  What
25    cameras are you talking about?
```

Page 170

1        A     Just the cameras in the office.

2        Q     And that's in the office where you work or

3    worked?

4        A     Yes.

5        Q     And what cameras were in the election office

6    at Coffee County when you were there?

7        A     There was one in the front lobby.  There was

8    one over there, let's see, near Sandy Grantham's desk.

9    And then there was one down in the big room where

10   there's a portion for early voting.

11             THE WITNESS:  My headset is about to

12        die, so I'm going to have to switch over to

13        the computer.

14             MR. CROSS:  Okay.

15             (Discussion off the written record.)

16        Q     (By Mr. Cross)  So no -- there was no cameras

17   in your office?

18        A     No, not in that office.

19        Q     And no cameras in the room where the EMS

20   server and the ICC were?

21        A     No.  I don't -- I don't believe that there's

22   a camera in the big room where the scanners are.

23        Q     And the only access to the room with the EMS

24   server is through a door specifically to that room, but

25   they first have to get into your office?

1       A     Yes, sir.

2       Q     And you said you yourself looked to see if

3    there was any footage after you found the Cyber Ninjas

4    card; is that right?

5       A     Yes.  I contacted Charles Dial just to see,

6    you know, what, if anything, there was, if anybody had

7    come.  I asked board members about it as well.

8       Q     And did Mr. Dial tell you there was no

9    available footage for those cameras?

10      A     Yes.

11      Q     Did he explain why that was?

12      A     He said it had already been overwritten.  It

13   only kept maybe like about a three-month period on it.

14      Q     And where is the footage from those cameras

15   maintained?  Who has that?

16      A     That would be up there at the county office.

17      Q     So did you alert -- or did you reach out to

18   Mr. Dial about this before or after you emailed

19   Mr. Harvey?

20      A     I'm not sure about that.

21      Q     Was it roughly around the same time?

22      A     Yeah, roughly around that time period,

23   because I followed up, basically, and did what Chris

24   had recommended me to do.

25      Q     Chris Harvey?

Page 194

1    State provides to upload election files for an

2    election, in your experience, the County also has flash

3    drives that it plugs into the EMS to pull down a copy

4    of election project files after an election, right?

5         A    Well, usually it's during the election.  But,

6    yes, once you complete it, you should update that

7    backup one last time just in case something ever

8    happened to the server and you needed to

9    [indiscernible].

10        Q    And in your experience, when that happens,

11   were you using the same flash drive that the State

12   provided before the election or using a different flash

13   drive to pull the election project files off?

14        A    No, it's a different one.

15        Q    And where did you get that flash drive?

16        A    This -- these were the black flash drives

17   that the State originally sent.  They sent like a

18   fairly large box full of them.

19        Q    When did those come in?

20        A    Before I got there.

21        Q    I see.  And where -- and so when you got

22   there, where did you find these flash drives?

23        A    The box of flash drives were just in there in

24   the server room.

25        Q    How many were in there approximately?

Page 195

1        A     Maybe 30 or 40, something around that nature.

2        Q     You said maybe 30 or 40?

3        A     Yes.

4        Q     And none of those flash drives had any

5     election project files from elections preceding you?

6        A     No.  Those were blank.

7        Q     They were all blank.

8              How do you know that all 30 or 40 flash

9     drives in that box actually came from the State?

10        A     Well, I'm not entirely sure that they did,

11     but it had the -- they were black and had the same

12     writing on it as the one the State sent, so I assumed

13     they were.

14        Q     I see.  Okay.

15              And you were in -- you were the assistant

16     elections supervisor in Lanier County for the

17     switchover from DREs to BMDs, right?

18        A     Yes, that's correct.

19        Q     And was it the same method there?  So with

20     the DRE system, you'd have a flash drive, you'd pull

21     off the election data onto a flash drive from the old

22     GEMS server, much like you do with the Dominion system

23     now; is that right?

24        A     Yes, that's correct.

25        Q     And when you were in Lanier County and there

Page 239

1                    C E R T I F I C A T E

2

3    STATE OF GEORGIA

4    COUNTY OF COBB

5

6           I, MICHELLE M. BOUDREAUX-PHILLIPS, do hereby

7    certify that JAMES A. BARNES, JR., the witness whose

8    deposition is hereinbefore set forth, was duly sworn by

9    me and that such deposition is a true record of the

10   testimony given by such witness.

11

12          I further certify that I am not related to

13   any of the parties to this action by blood or marriage

14   and that I am in no way interested in the outcome of

15   this matter.

16

17          IN WITNESS WHEREOF, I have hereunto set my

18   hand this 27th day of July 2022.

19

20          _____

             MICHELLE M. BOUDREAUX-PHILLIPS, RPR

21

22

23

24

25