# EXHIBIT H

**From:** Bruce Brown <bbrown@brucepbrownlaw.com>
**Date:** Wednesday, Jul 27, 2022, 2:53 PM
**To:** Josh Belinfante <Josh.Belinfante@robbinsfirm.com>, Bryan Tyson <btyson@taylorenglish.com>, Vincent Russo <vrusso@robbinsfirm.com>, Carey Miller <carey.miller@robbinsfirm.com>
**Cc:** Cross, David D. <DCross@mofo.com>, Coalition for Good Governance <Marilyn@USCGG.org>, Russ Abney <rabney@wattsguerra.com>, Rob McGuire <ram@lawram.com>, Cary Ichter <CIchter@IchterDavis.com>
**Subject:** JSON Format Cast Vote Records on the Internet

External Email

---

Josh, Bryan, Vincent and Carey,

As you may already know, on a public internet site there appears to be Coffee County's November 2020 Cast Vote Records in json format. Based on the file date, the files appear to have been created and acquired for publication long before json format Cast Vote Records were permitted to be released as public records by the Secretary of State.
The files dated 1/17/21 are posted at this website:
https://ordros.com/cvr/index.html and specifically at https://ordros.com/cvr/Georgia/Coffee/

Until approximately November 2021, the Secretary of State instructed counties not to produce such CVRs in response to public records requests, and considered CVRs to be non-public files. These files are dated January 17, 2021, ten days after the alleged breach and imaging of the Coffee County server. As we understand it, json format CVRs can only be created with access to the EMS software and the specific election database.

Our experts will review the files and may testify as to their authenticity and import.

We ask the State Defendants to confirm that these files are authentic, as they appear to be.  If you are unable or unwilling to do so, we again request access to the seized Coffee County server and ICC for our experts to evaluate.
We also ask that you ensure your 30b6 witness reviews these files and any related data and documents to be prepared to testify about them and their connection to any improper access to Georgia's voting system.

Thanks,

Bruce

BRUCE P. BROWN LAW LLC
1123 Zonolite Road NE
Suite 6
Atlanta, Georgia 30306
(404) 386-6856