IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

The Court has received the parties' courtesy copies of the briefing related to Plaintiffs' pending renewed motions for attorney's fees. Having reviewed these filings, the Court requests clarification from the Curling Plaintiffs regarding a number of redactions to their accompanying exhibits.

Specifically, the Court notes that the Curling Plaintiffs included significant redactions to portions of their attachments to the declarations of David Cross and Halsey Knapp, which the Curling Plaintiffs submitted as evidence of their claimed fees and expenses. (*See generally* Doc. 631 at 23–441, 458–518); (Doc. 706-1 at 7–91). It is currently not clear to the Court what these redactions represent. Therefore, the Court requests that the Curling Plaintiffs clarify the basis for their redactions by no later than **Wednesday, August 3, 2022**.

**IT IS SO ORDERED** this 1st day of August, 2022.

---
**Honorable Amy Totenberg**
**United States District Judge**