IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., Defendants. ) | |

### PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges, III, Laura Digges, Ricardo Davis, Megan Missett, Donna Curling, Donna Price, and Jeffrey Schoenberg, hereby notify all parties that they intend to serve a Subpoena to Testify at a Deposition in a Civil Action upon Paul Maggio, requiring his appearance and testimony at deposition on August 19, 2022 at 10:00 AM EST.

This 3rd day of August 2022.

/s/ Cary Ichter
CARY ICHTER
Georgia Bar No. 382515
**ICHTER DAVIS LLC**
3340 Peachtree Road NE, Suite 1530
Atlanta, Georgia 30326
Tel.: 404.869.7600
cichter@ichterdavis.com

*Counsel for William Digges, III, Laura Digges, Ricardo Davis, and Megan Missett*

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*/s/ Russell T. Abney*
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

*Counsel for Plaintiff Coalition for Good Governance*

| | |
|---|---|
| */s/ David D. Cross* | */s/ Halsey G. Knapp, Jr.* |
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 425320 |
| Veronica Ascarrunz (*pro hac vice*) | Adam M. Sparks |
| MORRISON & FOERSTER LLP | GA Bar No. 341578 |
| 2100 L Street, NW, Suite 900 | KREVOLIN & HORST, LLC |
| Washington, DC 20037 | 1201 West Peachtree Street, NW |
| (202) 887-1500 | Suite 3250 |
| | Atlanta, GA 30309 |
| | (404) 888-9700 |

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                */s/ Cary Ichter*
                                                Cary Ichter
                                                Georgia Bar No. 382515

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| BRAD RAFFENSPERGER, ET AL., Defendants. | ) ) ) |

CIVIL ACTION

FILE NO. 1:17-CV-2989-AT

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, I filed a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

    */s/ Cary Ichter*
    Cary Ichter
    Georgia Bar No. 382515