**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONNA CURLING, *et al.*

    *Plaintiffs*,

    v.

BRAD RAFFENSPERGER, *et al,*

    *Defendants*.

CIVIL ACTION

FILE NO. 1:17-CV-2989-AT

**STATE DEFENDANTS' MOTION FOR
<u>LEAVE TO FILE MATTERS UNDER SEAL</u>**

State Defendants move this Court to seal the investigative summaries

filed at [Doc. 1449]. The Court instructed State Defendants to file

investigative summaries which have been produced to Plaintiffs' counsel in

discovery. State Defendants marked those produced investigative summaries

as confidential under the terms of the protective order in this case. That

designation was applied for two reasons. First, administrative enforcement

proceedings in these matters, in large part, remain pending following the

SEB's decision to bind the matters over to the Attorney General. Second,

several of the investigative summaries contain PII of complainants and/or

respondents. Consequently, good cause exists to seal the discovery documents

filed at [Doc. 1449], consistent with the terms of the protective order in this case.

State Defendants attach a proposed order sealing that filing herewith.

Respectfully submitted this 5th day of August 2022.

/s/ Vincent R. Russo
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255


Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272

bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **STATE DEFENDANTS' MOTION FOR LEAVE TO FILE MATTERS UNDER SEAL** was prepared double-spaced in 13-point Century Schoolbook pursuant to Local Rule 5.1(C).

*/s/ Vincent R. Russo*
Vincent R. Russo