IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:17-CV-02989-AT |
| ) | |
| BRAD RAFFENSPERGER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NON-PARTY U.S. DOMINION, INC.'S NOTICE OF NO FURTHER PROPOSED REDACTIONS TO DR. HALDERMAN REPORT

Non-Party U.S. Dominion, Inc. ("Dominion") notifies the Court and all parties that it has reviewed Plaintiffs' proposed redactions to Dr. Halderman's report. Dominion has no further redactions to propose at this time and accepts Plaintiffs' previously-submitted proposed redactions.

Respectfully submitted this 8th day of August, 2022.

/s/ Robert J. Kozloski
J. Matthew Maguire, Jr.
Georgia Bar No. 372670
mmaguire@pcwlawfirm.com
Robert J. Kozloski, III
Georgia Bar No. 548519
rkozloski@pcwlawfirm.com

**PARKS, CHESIN & WALBERT, P.C.**
75 14th Street, N.E., 26th Floor
Atlanta, Georgia 30309
T: (404) 873-8000

F: (404) 873-8050
*Counsel for Non-Party U.S. Dominion, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the font and point selections approved by the Court in L.R. 5.1(B).

Respectfully submitted: August 8, 2022.

*/s/ Robert J. Kozloski*
Robert J. Kozloski, III
Georgia Bar No. 548519
rkozloski@pcwlawfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2022, I filed the foregoing **NON-PARTY U.S. DOMINION, INC.'S NOTICE OF NO FURTHER PROPOSED REDACTIONS TO DR. HALDERMAN'S REPORT** using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

Respectfully submitted: August 8, 2022.

*/s/ Robert J. Kozloski*
Robert J. Kozloski, III
Georgia Bar No. 548519
rkozloski@pcwlawfirm.com