IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL. <br><br> Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

## ENTRY OF APPEARANCE

COMES NOW Pierson Law LLC and Holly A. Pierson, an attorney licensed in the State of Georgia and admitted to practice in the Northern District of Georgia, and files an appearance as counsel for Nonparty Cathleen Latham in the above-captioned action.

Respectfully submitted this the 14th day of August, 2022.

*s/ Holly A. Pierson*

Georgia Bar No. 579655

PIERSON LAW LLC
2951 Piedmont Rd. NE
Suite 200
Atlanta, Georgia 30305
Telephone: (404) 353-2316

Email: hpierson@piersonlawllc.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.<br><br>Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2022, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court by using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

Respectfully submitted, this the 14th day of August, 2022.

                                               s/ Holly A. Pierson
                                               Georgia Bar No. 579655