IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL. <br><br> Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

## ENTRY OF APPEARANCE

COMES NOW Cheeley Law Group, LLC and Robert D. Cheeley, an attorney licensed in the State of Georgia and admitted to practice in the Northern District of Georgia, and files an appearance as counsel for Nonparty Cathleen Latham in the above-captioned action.

Respectfully submitted this the 14th day of August, 2022.

**CHEELEY LAW GROUP, LLC**

/s/ Robert D. Cheeley
Robert D. Cheeley
Georgia Bar No. 122727
2500 Old Milton Pkwy, Suite 200
Alpharetta, Georgia 30009
T: (770) 814-7001
bob@cheeleylawgroup.com
gabrielle@cheeleylawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL. <br><br> Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2022, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court by using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

Respectfully submitted, this the 14th day of August, 2022.

/s/ Robert D. Cheeley
Robert D. Cheeley
Georgia Bar No. 122727