# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL. <br><br> Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

## NONPARTY CATHLEEN A. LATHAM'S MOTION TO WITHDRAW DOCUMENT 1457

COMES NOW Cathleen Latham, a nonparty to this action, and informs that Document 1457 was filed in error. Since Document 1457 is a duplicate of Document 1455, it should be struck and is hereby withdrawn.

Dated: August 15, 2022

Respectfully submitted,

**CHEELEY LAW GROUP, LLC**

/s/ Robert D. Cheeley
Robert D. Cheeley
Georgia Bar No. 122727
2500 Old Milton Pkwy, Suite 200
Alpharetta, Georgia 30009
T: (770) 814-7001
bob@cheeleylawgroup.com

*Counsel for Nonparty Cathleen Latham*

## RULE 7.1 CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I certify that the foregoing document was prepared using 13-point Century Schoolbook font in compliance with Local Rule 5.1 (C)(3).

## CERTIFICATE OF SERVICE

I certify that today I filed the foregoing NONPARTY CATHLEEN A. LATHAM'S MOTION TO WITHDRAW DOCUMENT 1457 via the Court's CM/ECF system, which automatically serves all counsel of record.

Dated: August 15, 2022
/s/ *Robert D. Cheeley*
Robert D. Cheeley
Georgia Bar No. 122727