# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE OF ANNA EDMONDSON

COMES NOW Anna Edmondson of the law firm of Robbins Alloy Belinfante Littlefield LLC, 500 14th Street., N.W., Atlanta, Georgia 30318, and hereby enters her appearance as additional counsel for the Secretary of State (Brad Raffensperger), the State Election Board, and individual State Election Board members (Rebecca Sullivan, Sarah Tindall Ghazal, Matthew Mashburn, and Anh Lee), and requests that she be added to the docket as counsel for said defendants. Please direct all further pleadings, notices, orders, and other matters to her at the address below.

This 19th day of August, 2022

        */s/ Anna Edmondson*
        Anna Edmondson
        Georgia Bar No. 289667
        aedmondson@robbinsfirm.com
        Robbins Alloy Belinfante Littlefield LLC
        500 14th Street, NW
        Atlanta, GA 30318
        Telephone:  (678) 701-9381
        Facsimile:   (404) 856-3255

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

*/s/ Anna Edmondson*
Anna Edmondson

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF APPEARANCE OF ANNA EDMONDSON** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 19th day of August 2022.

*/s/ Anna Edmondson*
Anna Edmondson