IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    *Defendants*. | Civil Action File<br><br>No. 1:17-CV-2989-AT |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Defendants Brad Raffensperger, *et al.*, (collectively, the "State Defendants"), in their official capacities by and through their counsel of record, hereby certify that on August 18, 2022, the undersigned served a true and correct copy of the following:

1. State Defendants' Production of STATE-DEFENDANTS-00202113 – STATE-DEFENDANTS-00204137.

upon the following counsel of record via electronic mail:

| | |
|---|---|
| David D. Cross<br>Veronica Ascarrunz<br>Mary G. Kaiser<br>Hannah Elson<br>Tamara Weisbron<br>**Morrison & Foerster LLP**<br>2000 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20006<br>Telephone: (202) 887-1500 | Kaye Burwell<br>David Lowman<br>Cheryl Ringer<br>**Fulton County Attorney's Office**<br>141 Pryor Street, Ste. 4038<br>Atlanta, Georgia 30303<br>kaye.burwell@fultoncounty.gov<br>david.lowman@fultoncountyga.gov<br>cheryl.ringer@fultoncountyga.gov |

| | |
|---|---|
| DCross@mofo.com<br>VAscarrunz@mofo.com<br>MKaiser@mofo.com<br>HElson@mofo.com<br>TWiesebron@mofo.com | *Counsel for the*<br>*Fulton County Defendants* |
| Halsey G. Knapp, Jr.<br>Adam M. Sparks<br>**Krevolin & Horst, LLC**<br>1201 West Peachtree Street, NW<br>Suite 3250<br>Atlanta, GA 30309<br>HKnapp@khlawfirm.com<br>Sparks@khlawfirm.com | Bruce P. Brown<br>**Bruce P. Brown Law LLC**<br>1123 Zonolite Rd. NE<br>Suite 6<br>Atlanta, Georgia 30306<br>bbrown@brucepbrownlaw.com |
| Cary Ichter<br>**Ichter Davis LLC**<br>3340 Peachtree Road NE<br>Atlanta, Georgia 30326<br>cichter@ichterdavis.com | Robert A. McGuire, III<br>**Robert McGuire Law Firm**<br>113 Cherry St. #86685<br>Seattle, Washington 98104-2205<br>ram@lawram.com |

This 19th day of August, 2022.

/s/ *Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake

Georgia Bar No. 575966
blake@robbinsfirm.com
Javier Pico-Prats
Georgia Bar No. 664717
jprats@robbinsfirm.com
Anna N. Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone:  770-434-6868

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **RULE 5.4 CERTIFICATE** by using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

This 19th day of August, 2022.

*/s/ Vincent R. Russo*
Vincent R. Russo