IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, ET AL.,          )
Plaintiffs,                     )
                                )       CIVIL ACTION
v.                              )
                                )       FILE NO. 1:17-CV-2989-AT
BRAD RAFFENSPERGER,             )
ET AL., Defendants.             )

**COALITION PLAINTIFFS'**
**NOTICE OF INTENT TO SERVE SUBPOENAS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett  (collectively, "Coalition Plaintiffs") hereby notify all parties that they intend to serve the attached Subpoenas in the above-captioned matter:

*Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action – Robert Sinners*.

Respectfully submitted this 23rd day of August, 2022.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC

3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges,*
*Ricardo Davis & Megan Missett*

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE, Ste. 6
Atlanta, Georgia 30306
(404) 881-0700

/s/ Robert A. McGuire, III
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

/s/ Russell T. Abney
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

*Counsel for Plaintiff Coalition for Good Governance*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/ Cary Ichter
Cary Ichter

Georgia Bar No. 382515

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, ET AL., | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, | ) | |
| ET AL., Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2022, I filed a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515