# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA TO TESTIFY AT A DEPOSITION</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorneys, intend to serve a subpoena to testify at a deposition in the above-captioned matter on:

- SullivanStrickler, LLC

[signature on following page]

Respectfully submitted this 26th day of August, 2022.

 /s/ David D. Cross                              /s/ Halsey G. Knapp, Jr.
David D. Cross (*pro hac vice*)          Halsey G. Knapp, Jr.
Mary G. Kaiser (*pro hac vice*)          GA Bar No. 425320
Veronica Ascarrunz (*pro hac vice*)   Adam M. Sparks
Hannah R. Elson (*pro hac vice*)        GA Bar No. 341578
MORRISON & FOERSTER LLP               KREVOLIN & HORST, LLC
2100 L Street, NW, Suite 900              1201 West Peachtree Street, NW
Washington, DC 20037                         Suite 3250
(202) 887-1500                                     Atlanta, GA 30309
                                                            (404) 888-9700

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

/s/ Bruce P. Brown                              /s/ Robert A. McGuire, III
Bruce P. Brown                                   Robert A. McGuire, III
Georgia Bar No. 064460                      Admitted Pro Hac Vice
BRUCE P. BROWN LAW LLC                  (ECF No. 125)
1123 Zonolite Rd. NE                          ROBERT MCGUIRE LAW FIRM
Suite 6                                               113 Cherry St. #86685
Atlanta, Georgia 30306                       Seattle, Washington 98104-2205
(404) 881-0700                                   (253) 267-8530

/s/ Russell T. Abney
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

*Counsel for Plaintiff Coalition for Good Governance*

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC

3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges,*
*Ricardo Davis & Megan Missett*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2022, a copy of the foregoing

**PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA TO TESTIFY**

**AT A DEPOSITION** was served on the parties' counsel of record by electronic

delivery of a PDF version.

*/s/ David D. Cross*
David D. Cross