## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA CURLING, *et al.*,

     *Plaintiffs,*

v.

BRAD RAFFENSPERGER, *et al.*,

     *Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## STATE DEFENDANTS' NOTICE OF INTENT
## TO SERVE SUBPOENA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, State Defendants hereby notify all parties that they intend to serve the following Subpoena in the above-captioned matter: *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action – Marilyn Marks.*

Respectfully submitted this 29th day of August, 2022.

*/s/ Vincent Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com

Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

*Counsel for State Defendants*

## **L.R. 7.1(D) CERTIFICATION**

I certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Response has been prepared using 13-pt Century Schoolbook font.


*/s/ Vincent Russo*
Vincent R. Russo

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONNA CURLING, *et al.*,

      *Plaintiffs,*

v.

BRAD RAFFENSPERGER, *et al.*,

      *Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2022, I filed a true and correct copy of the foregoing **STATE DEFENDANTS' NOTICE OF INTENT TO SERVE SUBPOENA** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

      */s/ Vincent Russo*
      Vincent R. Russo
      Georgia Bar No. 242628