IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, ) <br> ET AL., Defendants. ) | CIVIL ACTION <br><br> FILE NO. 1:17-CV-2989-AT |

## COALITION PLAINTIFFS' <br> NOTICE OF INTENT TO SERVE SUBPOENA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett (collectively, "Coalition Plaintiffs") hereby notify all parties that they intend to serve the following Subpoena in the above-captioned matter: *Subpoena to Testify at a Deposition in a Civil Action – Sullivan Strickler LLC (September 2, 2022)*.

Respectfully submitted this 29th day of August, 2022.

>*/s/ Cary Ichter*
>Cary Ichter
>Georgia Bar No. 382515
>ICHTER DAVIS LLC
>3340 Peachtree Rd. NE, Ste. 1530
>Atlanta, Georgia 30326
>(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges, Ricardo Davis & Megan Missett*

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

*/s/ Russell T. Abney*
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

*Counsel for Plaintiff Coalition for Good Governance*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                                                      */s/ Cary Ichter*
                                                                       Cary Ichter
                                                                       Georgia Bar No. 382515

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRAD RAFFENSPERGER, )<br>ET AL., Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I filed a true and correct copy of the foregoing **COALITION PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                */s/ Cary Ichter*
                                                Cary Ichter
                                                Georgia Bar No. 382515