# EXHIBIT 2

**Redacted for PII**







2

3





4



5



6



7



8



9