# EXHIBIT 5

**Redacted for PII**

Page 1

1              UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF GEORGIA

3                     ATLANTA DIVISION

4

5              Civil Action No. 1:17-cv-02989-AT

6     _____

7     DONNA CURLING, et al.,

8            Plaintiffs,

9     vs.

10    BRAD RAFFENSPERGER, et al.,

11           Defendants.

12    _____

13

14               VIDEOTAPED DEPOSITION OF

15                   JIL RIDLEHOOVER

16

17                Tuesday, August 16, 2022

18

19                   Court Reporters:

20    LeShaundra Byrd (9:43 a.m. to 10:18 a.m.)

21    Felicia A. Newland, CSR (10:18 a.m. to 12:56 p.m.)

22

Page 2

```
1                    A P P E A R A N C E S
2        On behalf of the Witness:
3             STEPHEN DELK, ESQUIRE
4             Hall Booth Smith, P.C.
5             1564 King Road
6             Tifton, Georgia 31793
7             sdelk@hallboothsmith.com
8        On behalf of the Plaintiffs:
9             DAVID D. CROSS, ESQUIRE
10            JENNA CONAWAY, ESQUIRE
11            Morrison & Foerster LLP
12            2100 L Street, Northwest, Suite 900
13            Washington, D.C. 20037
14            dcross@mofo.com
15            vascarrunz@mofo.com
16         On behalf of the Coalition for Good Governance:
17            RUSSELL T. ABNEY, Esquire (Via Zoom)
18            Watts Guerra, LLP
19            4 Dominion Drive
20            Building 3, Suite 100
21            San Antonio, Texas 78257
22            rabney@wattsguerra.com
```

Page 3

1               A P P E A R A N C E S (Cont'd)

2      On behalf of the Defendants:

3            JAVIER PICO PRATS, ESQUIRE

4            Robbins Firm

5            500 14th Street, NW

6            Atlanta, Georgia 30318

7            Jpicoprats@robbinsfirm.com

8      Also Present:  (Via Zoom)

9            Donna Curling

10           Adam Sparks

11           Bryan Tyson

12           Caroline Middleton

13           Bruce Brown

14           Ernestine Thomas-Clark

15           Kevin Skoglund

16           Marilyn Marks

17           Oluwasegun Joseph

18           Clint Lott

19     Videographer:  Scott Bridwell

20

21

22

Page 4

C O N T E N T S

EXAMINATION BY:                                    PAGE

    Counsel for Plaintiffs                        8

    Counsel for State of Georgia                178

RIDLEHOOVER DEPOSITION EXHIBITS

NO.   DESCRIPTION                                PAGE

1   DouglasNow news article, Re:  Hampton &      66
    Ridlehoover resignation

2   Ridlehoover Subpoena                         69

3   Jil screenshot at 5.19 of Video 2           74

4   Dominion Voting Machine Flaws -- 2020        78
    Election Coffee County, Georgia, Video 2
    screenshot

5   Screenshot 2 (sportcoat)                     82

6   Screenshot of Scott Hall                     83

7   Screenshot of Jennifer Jackson               86

8   Screenshot of Paul Maggio                    91

9   Screenshot of Doug Logan                     92

10   Screenshot of Greg Freemyer                 93

11   Screenshot of Russ Ramsland                 94

12   Screenshot of Jeffrey Lenberg               94

13   Screenshot 3                                95

Page 5

1      14    E-mail string, From:  Frances Watson to      103

2            Pamela Jones, dated May 11, 2021

3      15    Election Database Memo re: Passwords          106

4      16    Misty Hampton messages - Eric Chaney         120

5      17    Text messages                                152

6      18    Texts Reveal GOP Mission to Breach           162

7            Voting Machine in Georgia - Daily Beast

8      *(Exhibits attached to transcript.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 6

1

2                    P R O C E E D I N G S

3                     *  *  *  *  *  *  *

4             (Whereupon, the following proceedings on

5             pages 6 through 46 were electronically

6             recorded and stenographically transcribed

7             by Felicia A. Newland, CSR.)

8             VIDEOGRAPHER:  Good morning.  We're

9    going on the record at 9:43 a.m., Tuesday,

10   August 16, 2022.  Please note that the microphones

11   are sensitive and may pick up whispering, private

12   conversations, and cellular interference.

13             Please turn off all cellphones and

14   place them away from the microphones as they can

15   interfere with deposition audio.

16             Audio and video recording will

17   continue to take place unless all parties agree

18   to go off the record.

19             This is Media Unit 1 of the

20   video-recording of Jil Ridlehoover, taken before

21   counsel for Plaintiff in the matter of Donna

22   Curling, et al. versus Brad Raffensperger, et

Page 7

1          al., filed in the United States District Court in

2          the Northern district of Georgia, Case Number

3          117-cv-0298918.

4                       This deposition is being held at

5          the Fairfield Inn & Suites by Marriott Douglas,

6          located at 1815 Peterson Avenue South, Douglas.

7                       My name is Scott Bridwell, from the

8          firm Veritext Legal Solutions.  I am the

9          videographer.  The court report is LeShaundra

10         Byrd, from the firm Veritext Legal Solutions.

11                      I am not authorized to administer

12         an oath, I am related to any party in this

13         action, nor am I financially interested in the

14         outcome.

15                      Counsel and all present in the

16         room, and everyone attending remotely, will now

17         state their appearance and affiliations for the

18         record.

19                      MR. CROSS:  David Cross, of Morrison

20         & Foerster, on behalf of the Curling Plaintiffs.

21         And with me is my colleague, Jenna Conaway.

22                      MR. LOTT:  Clint Lott on behalf of

Page 8

```
 1        Jil Ridlehoover.

 2                    MR. DELK:  Stephen Delk.

 3                    COURT REPORTER:  Repeat again who you

 4        are.  I can barely hear you.

 5                    MR. LOTT:  Clint Lott on behalf of

 6        Jil Ridlehoover.

 7                    MR. DELK:  Stephen Delk on behalf of

 8        Jil Ridlehoover.

 9                    MR. PICO PRATS:  Javier Pico Prats,

10        from Robbins Alloy Belinfante Littlefield law firm,

11        on behalf of the State defendants.

12                    VIDEOGRAPHER:  Thank you.  We may --

13        with the court reporter -- Ms. Reporter, will you

14        please swear in the witness?

15               (Witness duly sworn.)

16                    VIDEOGRAPHER:  Thank you.  We may

17        proceed.

18                    * * * * * * *

19        Whereupon,

20                         JIL RIDLEHOOVER

21        was called as a witness and, having been first duly

22        sworn, was examined and testified as follows:
```

1        EXAMINATION BY COUNSEL FOR PLAINTIFFS

2    BY MR. CROSS:

3            Q     Good morning, Ms. Ridlehoover.

4            A     Good morning.

5            Q     Thank you for being here.

6                  Have you been deposed before?

7            A     No.

8            Q     So let me just briefly kind of walk

9    through how this works.  I'm sure you already know

10   this from your counsel, but just so we're all kind

11   of on the same page.

12                 So I'm going to ask you questions

13   during the course of the day.  There will probably

14   be at least one other question or maybe two.  You

15   have to answer the question as I put it to you

16   unless your counsel instructs you not to answer,

17   which should only be a privilege issue if it comes

18   up.

19           A     Yes.

20           Q     Do you understand that?

21           A     Yes.

22           Q     Okay.  If at any point I ask a

1        question and you don't understand it, feel free to

2        just tell me that.

3                A     Okay.

4                Q     We'll figure it out together.

5                      If you need to take a break at any

6        point, that's absolutely fine, the only exception

7        is if there's a question pending, you need to

8        answer that question before the break.

9                A     Okay.

10               Q     Is there any reason you feel like you

11       can't testify truthfully and completely today?

12               A     No.

13               Q     Any medication or sickness or

14       anything that would affect your testimony?

15               A     No.

16               Q     All right.  Can you state your full

17       name for the record again, please?

18               A     Jil H. Ridlehoover.

19               Q     And what's your full name?

20               A     Jil Henderson Riley.

21                     COURT REPORTER:  I'm sorry?

22                     MR. CROSS:  What?  I'm sorry, what's

1    wrong?  LeShaundra, what's wrong?

2                    COURT REPORTER:  She said -- did you

3    say Handerson Riley?

4                    THE WITNESS:  Henderson.

5                    MR. CROSS:  Okay.

6    BY MR. CROSS:

7            Q    I'm sorry.  Where do you live?

8            A    ████████████████████████

9            Q    How long have you lived there?

10                   COURT REPORTER:  Can we just stop for

11   a second?  I'm sorry.  Can we go off the record?  I

12   apologize.

13                   VIDEOGRAPHER:  We're going off the

14   record at 9:47.

15               (Recess from 9:47 a.m. to 9:50 a.m.)

16                   VIDEOGRAPHER:  Okay.  We are on the

17   record again at 9:50.

18   BY MR. CROSS:

19           Q    All right.  Let's just start over,

20   Ms. Ridlehoover.  You said your full name is Jil

21   Henderson Riley?

22           A    Correct.

1          Q     Okay.  And so where do you live

2     again?

3          A     ███████████████████████████

4          Q     Douglas, Georgia?

5          A     Yes.

6          Q     How long have you lived there?

7          A     I have lived there 12 years.

8          Q     And where did you live before that?

9          A     ███████████████████████.

10         Q     Ambrose?

11         A     Yes, Ambrose.  It's a smaller

12    community out just -- right outside Ambrose -- I

13    mean Douglas.

14         Q     Have you always lived in Georgia?

15         A     Yes.

16         Q     Okay.  Did you graduate high school?

17         A     Yes.

18         Q     Did you go to any further formal

19    education after?

20         A     No.  I got married after high school.

21         Q     Okay.  Where do you currently work?

22         A     Chaney Motors.

```
                                                    Page 13

 1              Q      And is that -- you work with Eric

 2      Chaney there?

 3              A      Yes.

 4              Q      Okay.  Is he your boss?

 5              A      Yes.

 6              Q      How long have you worked at Chaney

 7      Motors?

 8              A      Two years.

 9              Q      Since you left the Coffee County

10      Elections Office?

11              A      Do what now?

12              Q      Since you left the Coffee County

13      Elections Office?

14              A      Correct.

15              Q      Okay.  And what's your role at Chaney

16      Motors?

17              A      I answer the phone.  I take payments.

18      Really -- don't really have a role.

19              Q      Okay.  Well, are you a receptionist

20      or are you --

21              A      Well, yeah, I guess you can call me

22      that, receptionist, secretary, yeah.
```

Page 14

```
 1              Q     And you say you take payments for
 2        what?
 3              A     Car payments.
 4              Q     And is that -- do you do that online?
 5        Do people come in person?  Or both?
 6              A     They'll do it on the phone, online,
 7        credit card, or they'll come in person.
 8              Q     Is there anything else you do there?
 9              A     Just normal office/secretary stuff,
10        you know, straighten up.  You might have some, you
11        know, stuff to file.
12              Q     Okay.  Is there anyone you work for
13        beyond Eric Chaney?
14              A     Well, his -- technically his momma
15        and daddy, all them.
16              Q     So before that, you were employed in
17        the Coffee County Elections Office?
18              A     Correct.
19              Q     And how long were you in that
20        position?
21              A     I want to say five years, I think.  I
22        mean, five or six years.  Honestly, I can't
```

Page 15

1      remember.

2                Q     Sure.

3                      When you started that job, was Misty

4      Hampton already employed?

5                A     Yes.

6                Q     Okay.  What were your

7      responsibilities in the Coffee County Election

8      Office?

9                A     I registered people to vote.  If

10     there was a deceased, I took them out of the

11     register.  Changed the address.  Answer the phone.

12     Filed the precinct -- you know, precinct card, the

13     card you filled out to register to vote, I filed

14     those.  And advanced voting, that was on the other

15     side.  You know, say you came in to vote, you get

16     credit for voting.

17               Q     Anything else?

18               A     That's it.

19               Q     And was that sort of your typical

20     role throughout the five or six years you lived

21     there?

22               A     Yes.

Page 16

```
 1              Q    And one of the things I forgot to say

 2       is make sure I finish a question before you answer,

 3       and I'll let you answer, because if we talk over

 4       each other --

 5              A    Okay.  I'm sorry.

 6              Q    -- it's hard for the court

 7       reporter -- that's fine.

 8                   Did you have an official title?

 9              A    Just assistant.

10              Q    Okay.  Assistant to the --

11              A    The election supervisor.

12              Q    -- election supervisor?

13              A    Yes.

14              Q    Okay.  So you were --

15              A    It --

16              Q    You were --

17                   COURT REPORTER:  Again, please, one

18       at a time.

19                   Assistant to?  Just -- you were

20       talking over each other.

21       BY MR. CROSS:

22              Q    Assistant to the election supervisor?
```

```
 1              A      Correct.

 2              Q      And that was Ms. Hampton?

 3              A      Correct.

 4              Q      Okay.  And does she sometimes go by

 5     Misty Martin?

 6              A      Yes.  She was married there for a

 7     short time.

 8              Q      And were you employed before that?

 9                     Before the Coffee County Elections

10     Office, did you have a job before that?

11              A      No.  I just had a baby, and I was

12     staying at home, being a mom.

13              Q      Okay.  In the Coffee County Election

14     Office during the day, was it typically just you

15     and Ms. Hampton?

16              A      Yes.

17              Q      And you were the only two employees

18     who physically worked in that office, right?

19              A      Yes.

20              Q      And do I understand it right, the way

21     the setup in the office is, is there's a door to

22     the parking lot.  It comes in sort of a foyer and
```

1          there's a glass window and you sat behind that

2          window at a desk?

3               A     Correct.

4               Q     And so people came in and if they

5          needed help, it looks like there was a hole in that

6          window where they could talk to you?

7               A     Correct.

8               Q     And so you -- you are sort of the

9          first person they would see to get help with?

10              A     Correct.

11              Q     And then next to that window is a

12         door that came into the space where you sat?

13              A     Correct.

14              Q     And inside that space there was a

15         door to an office where Misty Hampton sat?

16              A     Correct.

17              Q     And there was a window in

18         Ms. Hampton's office?

19              A     Correct.

20              Q     And then there was a door from

21         Ms. Hampton's office into a room that you guys

22         called the GEMS room?

Page 19

```
 1              A      Correct.

 2              Q      And that's where the election

 3      management server was?

 4              A      Correct.

 5              Q      And also the ICC and central scanner?

 6              A      Yes.

 7              Q      And that was the same setup under the

 8      original GEM system manned under the Dominion

 9      system, right?

10              A      Yes.

11              Q      And where were the BMDs stored in

12      your office that were part of the Dominion system?

13              A      Okay.  Honestly I don't know the term

14      for all that, so you'll have to explain to me what

15      it looked like.

16              Q      Okay.  So you understand that the

17      Dominion voting system used today, when voters

18      vote, they vote on a touchscreen computer?

19              A      Right, the touchscreen.  Okay.

20              Q      And have you heard of that called a

21      ballot marketing device, or "BMD"?

22              A      Yes.  I called it a touchscreen.
```

```
                                                      Page 20

 1              Q     Okay.

 2              COURT REPORTER:  You called it what?

 3              THE WITNESS:  The touchscreen.

 4       BY MR. CROSS:

 5              Q     Where were those stored in the

 6       office?

 7              A     You had Misty's door, then you had

 8       another door that stayed locked also.  And they

 9       were back in to what we would call, like -- we

10       called it the vault.

11              Q     Okay.  What else was in the vault?

12              A     Supply baskets for, like, precincts,

13       like, their paperwork they had to have.  Actually,

14       in the other locked vault, there was nothing in

15       there but that.  But there was another room that

16       had, like, supplies in it.

17              Q     Okay.  So there was a room that you

18       called the vault and that's where the touchscreens

19       were?

20              A     Correct.

21              Q     And then there was another room that

22       had supplies?
```

                                                    Page 21

1                    A      Yes.  It was just, like, a little

2          open room that we put the -- the precinct baskets

3          in that we would -- I would fix, you know, for,

4          like, the people to come, like, it had pens,

5          markers, scissors, tape, stuff like that.

6                    Q      And then are you familiar with poll

7          pads that were used to check voters in?

8                    A      They were in there also.

9                    Q      When you say "there," was that --

10                   A      The vault.

11                   Q      The vault.  Okay.

12                          Were there memory cards that were

13         used with the voting machines?

14                   A      Locked in there also.

15                   Q      In the vault?

16                   A      Yes.

17                   Q      And there were flash drives that were

18         used with the systems sometimes, right, little jump

19         drives, thumb drives?

20                   A      I want to say it was like a card, if

21         I remember correctly.

22                   Q      The card is a memory card, almost

Page 22

```
1          looks like a credit card, right?

2                  A     No.  These --

3                  Q     Okay.

4                  A     -- were like -- I'm thinking of the

5          old system.  Honestly, I do not remember.

6                  Q     Okay.

7                  A     I didn't -- I didn't mess with

8          anybody.

9                  Q     So when it was time for an election,

10         who was responsible for taking the equipment out of

11         the vault and setting it up?

12                 A     The Dominion tech came and did all of

13         that.

14                 Q     In the building there was a door to

15         another room where early voting took place, right?

16                 A     Yes.

17                 Q     And when there was going to be an

18         election, you were going to do early voting, was it

19         a Dominion tech who would come in and set all that

20         equipment up in the early voting room?

21                 A     Yes.

22                 Q     So that wasn't Coffee County
```

1     employees, you relied on Dominion for that?

2          A    Yeah.  It was a Dominion guy.

3     Honestly, I don't remember his name.

4          Q    And then some of that voting

5     equipment would go out to precincts, right?

6          A    Yes.

7          Q    And who was responsible for taking

8     that equipment out to a precinct?

9          A    We had a lady at one time, she set --

10    she would come in and set up the precincts.  She

11    would set them up herself.  And then people would

12    come and open the doors up and put their banners

13    out and . . .

14         Q    So -- and I just want to walk through

15    a little bit.  So you've got an election coming up,

16    you've got to get all the equipment to the

17    individual precincts where people are going to

18    vote, right?

19         A    Uh-huh.

20         Q    Is that right?

21         A    Yes.

22         Q    Okay.

```
                                              Page 24

 1             A     Sorry.

 2             Q     That's all right.  You have to give a

 3       "yes" or a "no."

 4             A     Oh, I'm sorry.  Yes.

 5             Q     That's okay.

 6                   And do I remember right, there are

 7       six voting precincts in Coffee County.  Does that

 8       sound right?

 9             A     Yes.

10             Q     Okay.

11             A     That's correct.

12             Q     And so for that process you've to get

13       the touchscreens out of the vault.  Who would

14       handle that?

15             A     The tech did it the last time.

16             Q     And the last time for you would have

17       been the January 2021 runoff?

18             A     Correct.

19             Q     Because you left in February of 2021?

20             A     Right.

21             Q     So for that election, just taking

22       that election for a moment, the Dominion tech came
```

Page 25

1          in, went into the vault, pulled the MBD

2          touchscreens out.  Is that right?

3                    A       Correct.

4                    Q       And then who took those from your

5          office to the six precincts?

6                    A       Honestly the last time, I do not

7          remember who set them up.

8                    Q       What about the November 2020

9          election, who took them?

10                   A       I honestly don't remember if it was

11         Mandy or not.

12                   Q       And who is Mandy?

13                   A       Mandy Harper.  She is who the County

14         hired to set up the machines at all the precincts.

15                   Q       And what can you tell me about her?

16                   A       Nothing really.  I mean, her husband

17         is Rex.  I mean, that's all I know about her.

18                   Q       Rex?

19                   A       Yeah.

20                   Q       And they contracted with the County

21         to do the servers?

22                   A       She only did that one time.  And I

Page 26

1       want to say it was maybe the PPP.  I could be wrong

2       about that because she couldn't handle it.

3               Q     And PPP is the presidential primary?

4               A     Yes.

5               Q     Okay.

6               A     Yeah, presidential primary.

7               Q     And that -- you're talking about the

8       one in 2020, in June?

9               A     Yes.  I mean, like I said, I'm not --

10      I'm just -- I could not be accurate.  I'm not

11      accurate about that.  I'm just --

12              Q     Okay.

13              A     -- assuming it.  I mean . . .

14              Q     When you say that Mandy couldn't

15      handle it, what -- what do you mean?

16              A     I guess lifting all the machines

17      and -- because you had extra shifts.  You had the

18      touchscreen, you had the printer, and then you had

19      that big huge battery pack.

20                    COURT REPORTER:  He had the what?

21                    THE WITNESS:  Battery pack.

22

```
 1        BY MR. CROSS:
 2             Q     So she was -- she was brought in to
 3        set this up for one election and it was just too
 4        much for her --
 5             A     Correct.
 6             Q     -- correct?
 7                   Okay.  Did you know how she
 8        transported the machines from your office to the
 9        precincts?
10             A     The County had those big huge cargo
11        trailers, a cargo trailer built to put them in.
12             Q     And she towed that behind a vehicle?
13             A     No.  One of the County men did.  I
14        don't remember who.
15             Q     So for the election that she handled,
16        she shows up.  And who -- who physically moved the
17        machines out of the vault into the trailer?
18             A     She did.
19             Q     And you guys had over a hundred
20        touchscreen machines, right?
21             A     I honestly do not know.
22             Q     And she moved all of those herself
```

Page 28

1        into the trailer?

2                A       To my knowledge, yes.

3                Q       Okay.  And then who drove the vehicle

4        with that trailer to the precinct?

5                A       I do not remember.

6                Q       Do you know -- was it your office

7        that hired her or was it the County Election Board

8        or who?

9                A       I -- I don't know how she got hired.

10               Q       Do you know whether, for example, a

11       background check was performed on her?

12               A       I have no clue.

13               Q       So she would leave with the machines

14       and take them off to the precincts?

15               A       Correct.

16               Q       And then is it your understanding

17       that she was the person who would physically set

18       them up at the precincts?

19               A       Correct.

20               Q       And was she also the person who

21       bought them back?

22               A       Correct.

Page 29

```
 1              Q     Was she -- she carried all of those

 2       into the vault?

 3              A     Correct.

 4              Q     And at some point you guys replaced

 5       her with someone else?

 6              A     Yes.  But I honestly do not know who.

 7              Q     Was it a man or a woman?

 8              A     I do not remember.

 9              Q     You don't remember anything about the

10       person who replaced her?

11              A     I do not.

12              Q     The BMD touchscreens have -- are you

13       aware that they have seals on them?

14              A     Yes.

15              Q     And some of those seals are metal.

16       Is that right?

17              A     You can get different types of seals.

18              Q     That's metal or plastic?

19              A     Uh-huh.

20              Q     Yes?

21              A     Yes.  Sorry.

22              Q     That's okay.
```

Page 30

```
 1                Were the -- when the BMDs were in the

 2       vault, were they stored inside of a container or

 3       did they just sit inside the vault?

 4            A     They were in -- I honestly do not

 5       remember if they were in those black cases or not.

 6       I honestly do not remember.

 7            Q     So they may have been in some kind of

 8       case, they may have not, you just don't remember?

 9            A     I'm pretty sure they were in a case,

10       I just keep going back to the old system because I

11       know they were the big huge things with legs and

12       they were chained altogether.

13            Q     And by the old system, you mean the

14       old GEM SRE system?

15            A     Yes.

16            Q     And those -- those were chained

17       together.  But the touchscreens were not chained

18       together in the Dominion system?

19            A     They were in -- I can't remember if

20       they were inside the things, but I know they had

21       the metal thing -- they're -- the little wire

22       thingy that hooked through and chained together.
```

Page 31

```
 1            Q     And that was on the BMDs too?

 2            A     Yes.

 3            Q     Okay.  When you guys were setting up

 4      for an election, was there a process to check each

 5      individual touchscreen to determine whether the

 6      seals were all present?

 7            A     We -- I didn't do L&A at that point,

 8      so I do not know.

 9            Q     By "L&A" you mean logic and accuracy

10      testing?

11            A     Yes.

12            Q     And so that's -- that's a little

13      something different from what I'm talking about.

14                  On the individual touchscreens, do

15      you recall that there were supposed to be seals on

16      the touchscreens themselves?

17            A     Oh, yes.  There was, I bet you, 10,

18      12 seals on every one of them.

19            Q     Okay.  And was there a process in the

20      office before you handed those off to be set up in

21      the precinct to check to make sure every seal was

22      on every device?
```

Page 32

1           A     I did not do any of that.

2           Q     Do you if anyone did that?

3           A     I'm assuming Misty.

4           Q     Why?

5                 And when -- I don't want you to

6      speculate or assume anything --

7           A     Right.  I don't know.

8           Q     That's fine.  Anything you don't

9      know --

10          A     I don't know.

11          Q     -- just say you don't.  Okay.

12                So you never saw, for example, Misty

13     Hampton, or anyone else, inspect those machines,

14     check the seals before they went out.  Is that

15     fair?

16          A     That's fair, yes.

17          Q     Okay.  And then when the machines

18     came back, did you ever see anyone check the seals

19     before they went back into the vault?

20          A     I did not.

21          Q     Is it fair to say there wasn't a

22     policy or a practice that you're aware of in the

Page 33

1        office to do that?

2                A      Not that I'm aware of.

3                Q      Okay.  The Dominion system also uses

4        additional equipment, like a printer, for example,

5        right, that prints a ballot?

6                A      Correct.

7                Q      Was Mandy also responsible for taking

8        all the associated equipment, like the printers,

9        that would be used with the touchscreens?

10               A      Correct.

11               Q      So she took everything that had to be

12       set up in a precinct for voting, she took that?

13               A      Correct.

14               Q      Including scanners?

15               A      The huge big black --

16               Q      The scanners that would go out to the

17       precincts where the ballots would be scanned, she

18       would take that to the --

19               A      Yes, the big huge -- I called it, it

20       looked like a trashcan.

21               Q      It was a scanner that sat on top of a

22       bin and people sometimes called it trashcans?

```
 1            A     Yes.  And it was locked.  There was a

 2       big huge lid and it was locked.  And there was

 3       probably at least 15 seals that went all the way

 4       around it.

 5            Q     And similar to what we talked about

 6       on the touchscreens, did you ever see anyone

 7       inspect the seals on those bins either before they

 8       went out or after they came back from voting?

 9            A     I personally did not.

10            Q     You personally didn't do it, but you

11       also did not see anyone do it?

12            A     Right.  That doesn't mean it wasn't

13       done.

14            Q     Understood.  Understood.

15                  You and Ms. Hampton were the only two

16       who worked in the Elections Office, right?

17            A     Correct.

18            Q     So if it wasn't you, fair to say it

19       would have to be Ms. Hampton?

20            A     Correct.

21            Q     Ms. Ridlehoover, do I understand

22       right, you are represented by two lawyers today,
```

Page 35

1          Mr. Lott and Mr. Delk?

2                    A     Correct.

3                    Q     And are you aware that Mr. Delk also

4          represents your boss, Eric Chaney?

5                    A     Correct.

6                    Q     Are you aware that he also represents

7          Coffee County, your former employer?

8                    A     Correct.

9                    Q     And have you considered whether that

10         creates a conflict?

11                   MR. DELK:  Object to the form.  That

12         calls for a legal conclusion.

13                   COURT REPORTER:  Mr. Delk objected?

14                   MR. DELK:  Correct.  If there's any

15         objections, it'll be made by me today.

16         BY MR. CROSS:

17                   Q     Have you considered whether that

18         creates a conflict?

19                   MR. DELK:  You can answer if you

20         know.  If you don't know, you don't know.

21                   THE WITNESS:  I don't know.

22

Page 36

1          BY MR. CROSS:

2                  Q      You haven't thought about it.  Is

3          that fair?

4                  A      No.

5                  Q      Okay.  Did you interact with any

6          member of the Coffee County Election Board when you

7          were employed there?

8                  A      At board meetings.

9                  Q      And how often were there board

10         meetings?

11                 A      Just once a month.

12                 Q      Did those board meetings typically

13         take place in your office?

14                 A      Correct.

15                 Q      So the full board would come in, or

16         most of the board would come in, for a meeting,

17         meet in your office and -- and have whatever

18         discussion they had?

19                 A      Correct.

20                 MR. DELK:  Just so we're clear on the

21         question, all persons in the building, what her

22         space was?

Page 37

```
 1                    MR. CROSS:  Yeah.

 2                    MR. DELK:  But I know what you're

 3        talking about, just so the record is accurate.

 4                    MR. CROSS:  Right.

 5        BY MR. CROSS:

 6             Q     And when they had their meetings, was

 7        it in the physical room where your desk is at?

 8             A     Correct.

 9             Q     Did you typically attend all those

10        meetings?

11             A     Correct.

12             Q     Who else typically attended those

13        meetings?

14             A     All of the Board.

15             Q     And Ms. Hampton?

16             A     Yes, correct.

17             Q     Were those meetings typically open to

18        the public?

19             A     Correct.

20             Q     Did they sometimes go into what's

21        called executive session?

22             A     Yes.
```

Page 38

1          Q      And in executive session it would not

2     be open to the public?

3          A      Correct.

4          Q      Did you participate in meetings that

5     were in executive session?

6          A      No, I did not.

7          Q      Did Ms. Hampton?

8          A      No, she did not.

9          Q      So executive session, in your

10    experience, was only the members of the Board?

11         A      Correct.

12         Q      Did the meetings sometimes include

13    lawyers?

14         A      Not that I recall.

15         Q      Do you know Tony Rowell?

16         A      Yes.

17         Q      How do you know him?

18         A      He was the county attorney.

19         Q      Did he sometimes participate in the

20    meetings?

21         A      Okay.  Yes, he -- not usually, but

22    occasionally if there was a question.

Page 39

1           Q    You understand that Tony Rowell is at

2      the same firm as Mr. Delk?

3           A    Yes, correct.

4           COURT REPORTER:  I'm sorry, Counsel.

5      Can you repeat what you said?  You broke up on my

6      end.  I didn't hear your question at all.

7           MR. CROSS:  Sure.

8      BY MR. CROSS:

9           Q    You understand that Mr. Rowell was at

10      the same firm as Mr. Delk?

11           A    Correct.

12           Q    There were meeting minutes prepared

13      for each of these meetings typically, right?

14           A    Correct.

15           Q    Were there any meetings that you were

16      aware of where there were no minutes prepared?

17           A    Not that I'm aware of.

18           Q    In your time there, who was

19      responsible for taking notes for the minutes?

20           A    Misty.

21           Q    So did you also take notes to help?

22           A    Sometimes, but she never -- she

Page 40

1      always did that.

2            Q      So Ms. Hampton would take notes and

3      type them up as minutes?

4            A      Correct.

5            Q      Did you ever type up notes?

6            A      Not that I remember.  I mean, if I

7      did, it might have been once where she was on

8      vacation, but I -- I honestly do not remember.

9            Q      How were you paid by the County?

10     Were you salaried or hourly?

11           A      Hourly.

12           Q      Did you have set number of hours you

13     were expected to work each week?

14           A      I was there from 8:30 to 5:00 every

15     day.

16           Q      So about 40 hours a week?

17           A      Correct.

18           Q      And how did you track your -- your

19     time?

20           A      I handwrote it in.

21           Q      On what?

22                  COURT REPORTER:  Can you repeat your

Page 41

```
 1      answer?
 2                  THE WITNESS:  I wrote it down.  We
 3      had a makeshift time sheet that said Monday,
 4      Tuesday, Wednesday, Thursday, Friday.  And I wrote
 5      my time on Monday, when I clocked out for lunch,
 6      when I came back from lunch, when I left for the
 7      day.
 8      BY MR. CROSS:
 9           Q     And when you say "makeshift" --
10           A     It was just a hand-typed one.  You
11      know, the -- like a template you get offline.
12           Q     Okay.  So each morning you would come
13      into work, you had a hard-copy template that had
14      the dates of the week?
15           A     Correct.
16           Q     And you'd write the time you came in?
17           A     Correct.
18           Q     When you left for lunch, you'd write
19      that time?
20           A     Correct.
21           Q     You came back, you'd write that time?
22           A     Correct.
```

Page 42

```
 1              Q      When you left the day, you'd write
        that time?
 2
 3              A      Correct.
 4              Q      And what did you -- what did you do
 5      with the time sheet when you were done?
 6              A      I gave it to Misty.
 7              Q      And did you sign it or anything?
 8              A      Yes.
 9              Q      And was this a weekly thing?
10              A      We got paid about every two weeks.
11              Q      So did your time sheet cover two
12      weeks?
13              A      Correct.
14              Q      So you'd have a piece of paper just
15      sitting on your desk?
16              A      Well, in a drawer.
17              Q      So you have this piece of paper, for
18      two weeks you'd write down all your time.  At the
19      end of the two weeks you would sign it?
20              A      Correct.
21              Q      And then you would give that to
22      Ms. Hampton?
```

Page 43

```
 1              A     Correct.

 2              Q     Do you know what she would with it?

 3              A     She got where she was scanning it --

 4        or typing it in and e-mailing it.

 5              Q     So she would take what was on the

 6        hard copy, type it into an e-mail and send that to

 7        the Board?

 8              A     No.  Send that to a lady that did --

 9        who did the payroll.

10              Q     At the County?

11              A     Yes.

12              Q     Okay.  And did she include you on

13        those e-mails?

14              A     No.

15              Q     Do you know why the practice wasn't

16        just to send the hard copy on?

17              A     It was she -- I guess she thought it

18        was easier to e-mail it instead of scanning it in

19        and taking the extra step.  I honestly do not know.

20        I can't answer that.

21              Q     What would happen to the hard copy

22        once she would send the e-mail?
```

```
                                                Page 44

 1            A      I have no clue.

 2            Q      So you guys didn't keep it in a file

 3      for --

 4            A      I'm sure -- I can't answer for her.

 5            Q      Sure.

 6                   You just hand it to her, she e-mailed

 7      it off, and then from there, you don't know where?

 8            A      Correct.

 9            Q      And this was done every two weeks?

10            A      Correct.

11            Q      For the whole five or six years you

12      were there?

13            A      Correct.

14            Q      And do I understand right that

15      Ms. Hampton, she wasn't hourly, she was salaried?

16      Do you know?

17            A      I'm not sure.

18            Q      And what was your hourly rate, if you

19      don't mind me asking?

20            A      Ten --

21                   MR. DELK:  I want to object to the

22      form.
```

Page 45

1               But you can respond.

2               THE WITNESS:  I honestly don't

3        remember.

4        BY MR. CROSS:

5               Q    More or less than $10 an hour?

6               A    I -- I would say around 10.  I

7        honestly do not remember exact.

8               Q    And did you get overtime since you

9        were hourly?

10              A    Yes.

11              Q    So if you worked more than 40 hours

12       in a week, they would pay you overtime for those

13       hours?

14              A    Correct.

15              Q    And was that time and a half?

16              A    I'm not sure.

17              Q    So if you worked more than 40 hours,

18       would you get -- for those extra hours, would it be

19       your hourly rate plus 50 percent more or you don't

20       know?

21              A    I don't know.

22              COURT REPORTER:  Counsel, if we could

Page 46

```
 1        go off the record.  I see there's another
 2        stenographer on the screen.
 3                    MR. CROSS:  Yeah, let's go off the
 4        record.
 5                    VIDEOGRAPHER:  Okay.  We're going to
 6        go off the record at 10:17.
 7                    (Recess from 10:17 a.m. to 10:18 a.m.)
 8                    (Whereupon, the following proceedings on
 9                    pages 46 through 181 were
10                    stenographically reported and transcribed
11                    by Felicia A. Newland, CSR.)
12                    VIDEOGRAPHER:  Okay.  We are on the
13        record at 10 -- hold on, my bad.  We are on the
14        record at 10:18.
15        BY MR. CROSS:
16              Q     Ms. Ridlehoover, when you filled out
17        your time sheets, were you careful to capture the
18        time that you actually worked?
19              A     Yes.
20              Q     So the process we talked through
21        where you would write down the time that you left
22        or came in, whether for work or for lunch, you were
```

Page 47

1        meticulous about keeping that correct?

2                A     Yes.

3                Q     Did anyone suggest to you that --

4        that you should inflate your hours?

5                A     No.

6                Q     Did you at any point inflate your

7        hours?

8                A     No.

9                Q     You left the Coffee County Election

10       office in February of 2021.  Does that sound right?

11               A     Correct.

12               Q     More precisely, do you recall the

13       date was February 25th?

14               A     I do not recall the date.

15               Q     Okay.  But the spring of 2021.  Does

16       that sound right?

17                     Or maybe that's still winter, I don't

18       know.  First couple months of the year?

19               A     I honestly don't know if it was

20       '20 or '21, because I have been at where I'm at

21       working now for two years.

22               Q     Okay.

Page 48

```
 1              A      And it's only 2022.

 2              Q      You were -- you were still there for

 3       the 2020 presidential election?

 4              A      Yes, correct.

 5              Q      Okay.  So you would have left after

 6       that?

 7              A      Correct.

 8              Q      Okay.  And do you recall that you

 9       were still there for the -- the January 2021 senate

10       runoff that got a lot of attention, Senator

11       Warnock?

12              A      Yes.

13              Q      Okay.  So you left sometime after

14       that?

15              A      Yes.

16              Q      But it was shortly after that?

17              A      Yes.

18              Q      Okay.  And when you left, do you

19       recall you participated in a meeting with the

20       Coffee County Election Board?

21              A      Yes.

22              Q      Describe for me what happened in that
```

Page 49

1        meeting, if you will.

2               A     I -- I just came in and they said

3        that we had put more time than what we had had, and

4        I argued I did not and that was that.

5               Q     Okay.  And you and Ms. Hampton both

6        met with the Board that day, right?

7               A     Correct.

8               Q     Did you meet together or separately

9        with the Board?

10              A     Separately.

11              Q     Did she go first?

12              A     Yes.

13              Q     When she came out of her meeting, did

14       you guys talk?

15              A     No.

16              Q     So she came out and left?

17              A     Well, she came out and said, "We're

18       fired."  Then I went in.

19              Q     Okay.

20              A     I don't think that's talking.

21              Q     No, that's -- that's fair.

22                    Did she tell you why she was fired?

Page 50

1          A      No.

2          Q      So then you went in, you walked into

3     the room.  Where was the meeting?

4          A      It was in the courthouse in the

5     commissioners office.

6          Q      Was the full Board there?

7          A      I honestly do not remember.

8          Q      But Eric Chaney was there?

9          A      Yes.

10         Q      Tony Rowell was there?

11         A      Yes.

12         Q      So you come in.  Did you sit down?

13         A      Yes.

14         Q      How long did it last about?

15         A      I do not remember.

16         Q      Would you say more than 15 minutes?

17         A      I honestly can't say yes or no.  I

18    don't remember.

19         Q      Do you think it was more than an

20    hour?

21         A      No.

22         Q      Okay.

Page 51

1                       MR. DELK:  I just want to assert a

2          standing objection on this.  I don't know if that

3          was an executive session or not.  Subject to that,

4          you can explore that.

5                       MR. CROSS:  Okay.

6                       That was Mr. Delk, Felicia.  I know

7          you're new to this.

8                       MR. DELK:  Oh, yeah, I'm sorry.  I

9          forgot we swamped out.  I'll be the only one

10         stating objections probably.

11         BY MR. CROSS:

12               Q     So when you came in, you sat down.

13         What's the first thing that you recall they said to

14         you?

15               A     I do not remember.

16               Q     Okay.  But at some point they said to

17         you that they believed you had misrepresented time

18         sheets?

19               A     Yes.

20               Q     Okay.  And you said not true?

21               A     Yes.

22               Q     Did they tell you they had reviewed

Page 52

```
 1            video surveillance that they had believed showed
 2            you had misrepresented time sheets?
 3                    A      Yes.
 4                    Q      And what all can you tell me about
 5            that?
 6                    A      That's all I know.
 7                    Q      Did they tell you where they got the
 8            videos surveillance?
 9                    A      No.
10                    Q      Did they tell you how many minutes or
11            hours they reviewed?
12                    A      No, not that I recall.
13                    Q      Okay.  Did they give you any details
14            on what they reviewed on the surveillance?
15                    A      No.
16                    Q      Okay.  Did they ask you to resign?
17                    A      No.
18                    Q      Okay.  Did you resign?
19                    A      Yes.
20                    Q      Why did you resign?
21                    A      I honestly do not remember.
22                    Q      Did they say they were going to fire
```

Page 53

1          you if you did not resign?

2                    A      I do not remember that.

3                    Q      Did they say if -- well, never mind.

4                           Did you get any retirement from the

5          County?

6                    A      I honestly don't know.

7                    Q      Do you -- do you receive any money --

8          any payments from the County since you left your

9          position there?

10                   A      No.

11                   Q      Okay.  Did they have a draft letter

12         of resignation for you to sign?

13                   A      Honestly that day was emotional, I

14         don't remember.

15                   Q      Do you recall signing a resignation

16         letter?

17                   A      I do not remember.  I mean, I'm sure

18         I did, but honestly, I do not remember that.

19                          MR. DELK:  I'm going to instruct her

20         again, if you don't recall, that's your answer, but

21         don't --

22                          THE WITNESS:  Okay.

Page 54

```
 1                    MR. DELK:  -- don't guess or

 2          speculate.

 3          BY MR. CROSS:

 4                Q     Absolutely, don't guess or speculate,

 5          only what you remember.  That's okay.  Take your

 6          time.  You're doing fine.

 7                      Just so I understand, you informed

 8          them you had not been inaccurate in your time

 9          sheets in any way, and at some point in that

10          meeting you resigned?

11                A     Correct.

12                Q     Okay.  So let's go back a little bit.

13          They said they looked at surveillance.  Was it

14          surveillance of your office, is that what they told

15          you?

16                A     I don't know.  I mean, I don't -- I

17          don't --

18                      MR. DELK:  That's all, if you know,

19          you know --

20                      THE WITNESS:  I don't know --

21                      MR. DELK:  -- if you don't, you

22          don't.
```

Page 55

```
 1                    THE WITNESS:  -- where they got it
 2        from.
 3        BY MR. CROSS:
 4             Q     Okay.  And just, again, if you don't
 5        remember, that's fine too.
 6                   Do you recall what they told you
 7        about where they got surveillance videos?
 8             A     I do not recall.
 9             Q     Okay.  But they -- what they told you
10        was they looked at video surveillance that they
11        claim indicated you recorded time for when you were
12        not in the office.  Is that fair?
13                   Is that what they told you?
14             A     I honestly don't remember.  I don't
15        remember what they told me.
16             Q     Okay.  So let's go back to your
17        office.
18                   Were there cameras in that office, to
19        your knowledge?
20             A     To my knowledge there was only one in
21        the corner of the break room.
22             Q     Where is the break room?
```

Page 56

1          A      You walk through where I sat and it

2      was through that other door, you know, right there.

3          Q      Okay.  So once you're in your space,

4      you've got your desk that faces the window and that

5      window faces the door to the parking lot?

6          A      Correct.

7          Q      And so if I come through the door

8      from the foyer, your desk is on my right and Misty

9      Hampton's office is on the left?

10         A      When you walk straight through that

11     door, you walk straight through me.

12         Q      Okay.

13         A      You would walk straight to me.

14         Q      Okay.  And there's a break room at

15     some point in there?

16         A      Yes.

17         Q      And there's a door to the break room

18     or is it just open?

19         A      Honestly I do not remember if there's

20     a door or not.

21         Q      Okay.  And the break room, that was a

22     room where you and Ms. Hampton would take a break?

```
 1              A     Yes.
 2              Q     Okay.  And is there table and chairs
 3        in there?
 4              A     Yes.
 5              Q     And that the only camera that you
 6        remember is in that room?
 7              A     Yes.  In there -- yes.
 8              Q     Do you recall any cameras that would
 9        have captured the space where you sat?
10              A     I have no knowledge of that.
11              Q     Do you recall any cameras that would
12        have captured Ms. Hampton's office?
13              A     I have no knowledge of that.
14              Q     Do you recall any cameras that would
15        have captured the GEMS room?
16              A     I have no knowledge of that.
17              Q     Do you recall any cameras that would
18        have captured that foyer that sat outside your
19        office where people would come into the building?
20              A     That, I'm assuming -- I'm guessing
21        that's -- that's where the camera was facing.
22                    MR. DELK:  Don't guess.
```

Page 58

1          BY MR. CROSS:

2                  Q     When you say -- okay.  Let's -- let's

3          just go back.

4                        When you say that's where the camera

5          was facing, what camera?

6                  A     There was -- I never saw any video

7          footage from the camera.

8                  Q     Uh-huh.

9                  A     I don't know what it showed.

10                 Q     So the only camera you ever saw with

11         your own eyes was in the break broom?

12                 A     Above the break room door.

13                 Q     Right, above the break room door.

14                       So what did that camera capture?

15                 A     I do not know.

16                 Q     But it wasn't in the break room, it

17         was outside the break room?

18                 A     Correct.

19                 Q     Facing away from the break room?

20                 A     Correct.

21                 Q     Okay.  Facing into what?

22                 A     I do not know.

Page 59

```
 1              Q     Okay.  Well, if you were going to

 2       stand and look at that camera, where would you

 3       stand?

 4                    Where would you be, in your office or

 5       what?

 6              A     I would say technically I was not in

 7       an office, I was in an open room.

 8              Q     So did that -- did that camera, was

 9       it pointed at that open room?

10              A     I have no clue.  I didn't put it up.

11              Q     Right.  But if you were just to look

12       at the camera, you could see the lens on the

13       camera, right?

14                    You could see the glass part of the

15       camera?

16                    MR. DELK:  If you know.  If you

17       don't, you can tell --

18                    THE WITNESS:  It was just a round

19       ball.

20       BY MR. CROSS:

21              Q     It was just a round ball?

22              A     A round ball.
```

Page 60

1          Q     Okay.  I see.  What you're saying,

2     it's just a round glass ball --

3          A     It's just a round ball.

4          Q     -- that sat on the ceiling --

5          A     It was just there in that corner,

6     just like that light.  I mean, it was just there.

7          Q     I see what you're saying.

8                Okay.  So there's a round -- I got

9     you.  I was picturing it more visual.

10                So it's a round glass ball, there's a

11     camera inside.  And you don't know where the camera

12     is facing inside that ball?

13          A     Correct.

14          Q     I see.

15                But that glass ball sat on the

16     ceiling outside the break room?

17          A     Correct.

18          Q     And so it sat on the ceiling in the

19     space where your desk was?

20          A     Correct.

21          Q     Okay.  Got it.  Thank you.  Sorry.

22                And so when you met with the Board,

Page 61

```
 1          they did not show you any video surveillance?
 2                  A       No.
 3                  Q       And the only camera that you're aware
 4          of in that entire office is the one that you
 5          described?
 6                  A       I'm going to say there was one that
 7          was on the advanced voting site.  There was on the
 8          advanced voting site.
 9                  Q       Got it.
10                  So in that room where the advanced
11          voting was set up, was there another one of those
12          glass ball -- ball cameras on the ceiling.  Is that
13          what your remember?
14                  A       Yes.
15                  Q       Okay.  And in that main foyer where
16          people would come in to the window where you sat,
17          do you recall if there was anything that looked
18          like a camera in there?
19                  A       I do not remember.
20                  Q       Okay.  When you went to and from work
21          or to lunch, did you always go through that foyer?
22                  A       Yes.
```

Page 62

1              Q     Was there another door into your

2       space other than that door that led to the front

3       door?

4                    There was a door that led to the

5       early voting room, right, from your space?

6              A     It was down a long hallway.

7              Q     But there was a door to get to your

8       space from the early voting room, right?

9              A     Correct.

10             Q     And the early voting room had its own

11      exterior door to the parking lot, right?

12             A     Correct.

13             Q     Okay.  Did you ever speak with anyone

14      on the Board about your departure from the Coffee

15      County Election Office other than in that meeting?

16             A     I do not recall.

17             Q     Okay.  Eric Chaney hired you at his

18      dealership shorty after --

19             A     Correct.

20                   MR. DELK:  Let him -- make sure you

21      let him finish --

22                   THE WITNESS:  Okay.

Page 63

```
1                    MR. DELK:  -- his question.  You're

2         fine.

3         BY MR. CROSS:

4              Q    Do you remember approximately how

5         long after you left the Coffee County Election

6         Office you started working for Mr. Chaney?

7                    Was it days or weeks?

8              A    Maybe two weeks.

9              Q    Okay.  And did he contact you or you

10        contacted him?

11             A    He contacted me.

12             Q    Called you?

13             A    Yes.

14             Q    Okay.  And he said, "I'd like to hire

15        you at the dealership"?

16             A    I don't remember exactly what was

17        said.

18             Q    But he offered you a job?

19             A    Correct.

20             Q    And you took the job?

21             A    Correct.

22             Q    Okay.  And you've been working with
```

Page 64

1        him ever since?

2                A     Correct.

3                Q     Do you recall if at any point in time

4        that you've been working with him discussing your

5        departure from the County office?

6                A     Never discussed it, not I recall.

7                Q     Is it fair to say that in hiring you,

8        he didn't express any concerns to you about your

9        reliability or your honesty?

10               A     No.

11                     MR. DELK:  Object to the form.

12                     THE WITNESS:  Oh, no.

13       BY MR. CROSS:

14               Q     Did you ever consider whether the

15       Coffee County Election Board forced you out of the

16       office for reasons other than the reason they gave?

17                     MR. DELK:  Object to the form.

18       BY MR. CROSS:

19               Q     Just yes or no; have you thought

20       about that?

21               A     No.

22               Q     In the time that you were in the

Page 65

```
 1         Coffee Election Office, from time to time would

 2         there be people in that office other than yourself

 3         and Ms. Hampton?

 4                 A     I'm not really understanding what you

 5         mean.

 6                 Q     Sure.

 7                       So did you ever see anybody come into

 8         the Coffee County Election Office, not just in that

 9         foyer, but back in your space where you worked, who

10         was not yourself, Ms. Hampton or a member of the

11         Board or counsel for the Board, anyone else?

12                       MR. DELK:  Just in a general sense

13         ever?

14                       MR. CROSS:  Ever.

15                       THE WITNESS:  Yes.

16         BY MR. CROSS:

17                 Q     Okay.  And, for example, did you

18         ever -- do you know Ed Voyles?

19                 A     Yes.

20                 Q     Did he ever come inside the office

21         into your space?

22                 A     Yes.  Him and Misty went in her
```

Page 66

1      office.  Like, she would call people into her

2      office for a meeting or whatever.

3              Q    Okay.

4                  (Discussion had off the record.)

5                      VIDEOGRAPHER:  We are going off the

6      record at 10:34 a.m.

7                  (Recess from 10:34 a.m. to 10:44 a.m.)

8                      VIDEOGRAPHER:  We are back on the

9      record at 10:44.

10     BY MR. CROSS:

11             Q    All right.  Ms. Ridlehoover, let me

12     hand you what I'm going to mark as Exhibit 1.

13                 (Ridlehoover Deposition Exhibit Number 1

14                  marked for identification.)

15     BY MR. CROSS:

16             Q    So this is a -- a local news article

17     entitled, "Board of Elections accepts employee

18     resignations, election office temporarily closed."

19                      Do you see that on the top of the

20     page?

21             A    Yes.

22             Q    And it looks to be from March 3rd,

Page 67

1        2021, from Robert Preston.  Do you see that?

2                 A     Yes.

3                 Q     Do you know Robert Preston?

4                 A     Yes.

5                 Q     How do you know him?

6                 A     He runs DoulgasNow.

7                 Q     Okay.  Has he ever been in the Coffee

8        County Election Office?

9                 A     Yes.

10                Q     And you've been there with him in the

11       office?  You've seen him in the office?

12                A     Yes.

13                Q     Okay.  And if you flip to the

14       article, it begins by pointing out that on February

15       25th, 2021, two employees of Coffee County

16       Elections Office, Misty Hampton and Jil

17       Ridlehoover, resigned.

18                      Do you see that?

19                A     Yes.

20                Q     Does that help refresh your memory

21       that you resigned on February 25th of 2021?

22                A     I'm reading it.

Page 68

```
 1              Q     Okay.  But do you have any reason to
 2       think that's wrong?
 3                    MR. DELK:  Object to the form.
 4                    You can answer.
 5                    THE WITNESS:  No.
 6       BY MR. CROSS:
 7              Q     Okay.  And then if you come down the
 8       fourth paragraph, do you see it begins with your
 9       name?  It says, "Ridlehoover's letter states," the
10       fourth paragraph.
11              A     I'm trying to get my eyes focused --
12              Q     Okay.
13              A     -- just a second, I don't have my
14       glasses.
15                    Yes, I see that.
16              Q     Okay.  And it says, "Ridlehoover's
17       letter states that, quote, the County contends that
18       I submitted time sheets for time worked, and was
19       thereafter paid, when in fact I did not work all
20       the hours I submitted for payment."
21                    Do you see that?
22              A     Yes.
```

Page 69

```
 1              Q    Why did you sign a letter indicating

 2       that you had submitted time sheets for hours for

 3       which you were paid, but did not work?

 4              A    Well, on advice of counsel, I

 5       respectfully decline to answer on the basis of my

 6       rights and privileges under Article 1, Section 1,

 7       Paragraph 16 of the Georgia Constitution and the

 8       Fifth Amendment of the United States Constitution

 9       and Georgia law.

10                   MR. DELK:  Can we get the same

11       stipulation that we've been having --

12                   MR. CROSS:  Yes.

13                   MR. DELK:  -- if that issue does come

14       up again?

15                   MR. CROSS:  Yeah.  All she has to say

16       is "Fifth Amendment" and it'll capture the

17       statement.

18       BY MR. CROSS:

19              Q    Let me hand you what's been marked as

20       Exhibit 2.

21                   (Ridlehoover Deposition Exhibit Number 2

22                    marked for identification.)
```

Page 70

 1      BY MR. CROSS:

 2              Q      And just tell me if this is something

 3      that you've seen before.

 4              A      Yes.

 5              Q      And if you flip through it, you'll

 6      see this is a subpoena that you received to produce

 7      documents in this case, right?

 8              A      Correct.

 9              Q      Would you turn to the page at the top

10      that says Attachment A?  Do you see that?

11                     Have you read that before?

12              A      Yes.

13              Q      And just walk me through what you

14      did, if anything, to look for documents responsive

15      to these requests?

16              A      I had none.

17              Q      And how did you look for them?

18                     MR. DELK:  And I'll instruct you not

19      to say anything that we've discussed in any meeting

20      with counsel, but he's just talking about actions

21      outside of any meeting or correspondence with us.

22

Page 71

1      BY MR. CROSS:

2              Q      Just describe your actions.

3              A      Well, honestly, I knew I had nothing.

4              Q      So do you use a smartphone?

5              A      I do.

6              Q      How long have you had that phone?

7              A      I use mine until they don't work no

8      more.

9              Q      Is it the same phone you had when you

10     were in the Elections Office?

11             A      Yes.

12             Q      Okay.  When you received the document

13     subpoena, did you, for example, pick up your phone

14     and run searches for, like, Misty Hampton's name?

15             A      No, I did not.

16             Q      Did you search for Eric Chaney?

17             A      No, I did not.

18             Q      Okay.  Did you -- did you grab your

19     phone and do any kind of searches in your text

20     messages or e-mails?  Photos?  Videos?  Anything?

21             A      I knew I didn't have any.

22             Q      But you didn't actually look?

Page 72

1           A     No.

2           Q     Okay.  Did you from time to time send

3     text messages when you were in the Elections Office

4     with Ms. Hampton?

5           A     Yes.

6           Q     Did you from time to time send text

7     messages with Eric Chaney?

8           A     No.  I'm -- well, board meetings,

9     "Don't forget board meetings."

10          Q     Okay.  Did you from time to time send

11    text messages when you were in the Elections Office

12    with other members of the Board?

13          A     Only, "Don't forget the board

14    meeting."

15          Q     Did you from time to time send

16    e-mails using your personal device related to the

17    Coffee County Elections Office?

18          A     No.

19          Q     Did you ever make any photos or

20    videos inside the office?

21          A     No.

22          Q     Did anyone ever send you any photos

Page 73

1            or videos related to the Coffee County Elections

2            Office?

3                    A      Not that I recall.

4                    Q      Did you ever text anyone besides

5            Ms. Hampton related to the Coffee County Election

6            Office or Coffee County Elections?

7                    A      No.

8                    Q      Do you recall that in December of

9            2020, Ms. Hampton and Eric Chaney and some others

10           recorded a video in the Coffee County Election

11           Office showing how the adjudication process worked

12           on the Dominion system?

13                   A      Yes.

14                   Q      And you were there for that?

15                   A      Yes.

16                   Q      And the video was recorded in the

17           GEMS room?

18                   A      I was at my desk, I do not know.

19                   Q      Okay.  But the -- the adjudication

20           process with the Dominion system, you understand

21           that happens in the GEMS room?

22                   A      Yes.

Page 74

```
 1                    Q     And that -- this day -- that day, in

 2         December 2020, you saw Ms. Hampton, Mr. Chaney, and

 3         others, in the GEMS room filming that video.  Is

 4         that fair?

 5                         MR. DELK:  Object to the form.

 6                         THE WITNESS:  They were in the room.

 7         I do not know what they were doing.

 8         BY MR. CROSS:

 9                    Q     They were in the GEMS room?

10                    A     Yes.

11                    Q     But at some point that video became

12         public on YouTube?

13                    A     I've never watched it.

14                    Q     But you're aware of it?

15                    A     Yes.

16                    Q     Are you aware that you are in that

17         video?

18                    A     No, I'm not.

19                       (Ridlehoover Deposition Exhibit Number 3

20                        marked for identification.)

21         BY MR. CROSS:

22                    Q     So, Ms. Ridlehoover, what I've handed
```

1      you is a screenshot from that YouTube video that we

2      took offline.  And if you look at it, there's -- do

3      you see the two men?

4              A      Uh-huh.

5              Q      Yes?

6              A      Yes.

7              Q      So there's a man in a blue shirt,

8      right?

9              A      Yes.

10             Q      There's a man behind him that looks

11     like maybe in a Navy sports coat?

12             A      Yes.

13             Q      There's a man next to him in khaki

14     pants?

15             A      Yes.

16             Q      And then the woman in the back in the

17     pink, that's you?

18             A      Yes.

19             Q      Okay.

20             A      Like I said, I was unaware I was in

21     the picture.

22             Q      Okay.  That's fine.  Now you know

Page 76

1        you're famous.

2                    The man in the blue shirt, do you

3        remember who that was?

4              A     I do not.

5              Q     What about the man behind him in the

6        blue jacket?

7              A     Honestly, I cannot see who it is.  If

8        I had my glasses.

9              Q     Do you have glasses in your car?

10             A     I do not.  They're at the office.

11                   MR. CROSS:  Does anybody have reading

12        glasses?  Are those reading glasses?  Let's just

13        try them.  See if that helps.

14                   VIDEOGRAPHER:  I only have

15        prescription in my right eye so it may work.

16                   THE WITNESS:  Oh, snap, look there.

17        You might not get these back.

18                   VIDEOGRAPHER:  Oh, yes, I will.

19        Those are Walmart brand.

20        BY MR. CROSS:

21             Q     Do you recognize the man in the blue

22        jacket?

Page 77

```
 1              A      It -- with all that facial hair?

 2              Q      Yes.  You're seeing it real clear

 3      now.

 4              A      It kind of looks like Mr. Ed Voyles,

 5      but honestly I do not remember him with a beard.

 6              Q      Okay.  The guy in the khaki pants and

 7      the -- it looks like maybe a white button-down --

 8              A      I have no clue.

 9              Q      Okay.  All right.  That's fine.

10              THE WITNESS:  These are yours.

11              VIDEOGRAPHER:  Why don't you hold on

12      to them.

13      BY MR. CROSS:

14              Q      Do you recall learning at some point

15      that visible in that same video was a Post-it note

16      on Misty Hampton's computer monitor where it was

17      identified as a password?

18              A      Do what now?

19              Q      Do you remember learning at some

20      point about this video -- you knew this video was

21      online?

22              A      Yes.
```

Page 78

1            Q      Okay.  Did you -- did you ever hear

2      that there was a Post-it note visible in that video

3      online that had what looked like a password written

4      on it?

5            A      Yes.

6            Q      Okay.  And did you learn that that

7      Post-it note was visible on Misty Hampton's

8      computer monitor?

9            A      Do what now?

10           Q      Did you learn that that Post-it note

11     was visible on Misty Hampton's computer monitor?

12           A      Personally, no, I did not realize.

13     No.

14           Q      Okay.  Do those work okay?

15           A      That's fine.  I haven't tried them.

16     Yeah.

17           Q      Okay.

18              (Ridlehoover Deposition Exhibit Number 4

19              marked for identification.)

20     BY MR. CROSS:

21           Q      All right.  Let me hand you what's

22     been marked as Exhibit 4.  So this is a -- this is

Page 79

1          another screenshot from that video that we took.

2                    A      Uh-huh.  Yes.

3                    Q      Do you recognize having seen this

4          Post-it note on Ms. Hampton's computer in her

5          office?

6                    A      I do not.

7                    Q      Was it on Ms. -- well, let's back up.

8                    Do you recall seeing a Post-it note

9          like this on any computer screen in the office?

10                   A      I might have one on mine saying,

11         "Hey, you've got an appointment."

12                   Q      Do you remember a Post-it note that

13         had a password on it on the computer screen in the

14         office?

15                   A      I do not.

16                   Q      Did you, yourself, go into the GEMS

17         room from time to time?

18                   A      No.  Not normally, no.

19                   Q      And you don't recall ever being in

20         the GEMS room and seeing a Post-it note like this

21         on the computer screen?

22                   A      No.

```
                                                    Page 80
 1              Q    Do you know what is written on this

 2      Post-it note?

 3              A    Just a bunch of jumbled letters and

 4      numbers.

 5              Q    Okay.  Do you know if it's a password

 6      to something in the office?

 7              A    I do not.

 8              Q    Did you ever discuss -- this Post-it

 9      note in the video, did you ever discuss that with

10      Ms. Hampton?

11              A    No.

12              Q    Is there any information that you

13      have about this Post-it note?

14              A    No.

15              MR. DELK:  Subject to any discussion

16      with us, don't talk about that.

17              MR. CROSS:  Apparently you haven't

18      talked about it, she said no.

19      BY MR. CROSS:

20              Q    Did you guys sometimes write

21      passwords on Post-it notes so they were easy to

22      remember?
```

Page 81

```
 1              A     No.  I don't do that.

 2              Q     Did Ms. Hampton?

 3              A     I do not know.

 4              MR. DELK:  Object to the form.

 5     BY MR. CROSS:

 6              Q     Did you ever see her write a password

 7     down on a Post-it note?

 8              A     Not to my knowledge, no.

 9              Q     Were you aware that there was a

10     Post-it note with the EMS -- well, hold on.  Let me

11     back up.

12                    Do you know what I mean when I say

13     the EMS server?

14              A     Server.

15              Q     Okay.  And you understand there was a

16     server that sat in the GEMS room?

17              A     Correct.

18              Q     And you understand there was a

19     computer in there to log into that server?

20              A     Yes.

21              Q     Okay.  And so there was a password

22     that was needed to access that server, correct?
```

Page 82

1           A      I do not know.

2           Q      Okay.  But you understood to get into

3      that server, somebody would have to go to that

4      computer and log in?

5           A      I don't know because I never used it.

6           Q      Okay.  Did you ever -- did you ever

7      learn that there was a Post-it note pasted to the

8      underside of that desk that had the password on it

9      for the EMS server?

10          A      I do not know.

11          Q      Okay.  All right.  Ms. Ridlehoover, I

12     don't have a hard copy of this, but we've loaded it

13     as Exhibit 5, so I know the attorneys will have it

14     online.

15               (Ridlehoover Deposition Exhibit Number 5

16                marked for identification.)

17     BY MR. CROSS:

18          Q      But this is another screenshot of --

19     if you can grab your glasses -- from the video.

20          A      Oh, Lord, you're going to bring it up

21     here.

22          Q      Yeah.  It's another picture of the

Page 83

1          guy with the white facial hair and then the guy in

2          the khakis.

3                    A      Yes, that is -- yes.  Go ahead.  I'm

4          sorry.

5                    Q      So the guy in the -- with the white

6          facial hair, does that still look like Ed Voyles?

7                    A      Yes.

8                    Q      And the guy in the khakis, now that

9          you see his face, who is he?

10                   A      That is Mr. Wendell Stone.

11                   Q      Wendell Stone.  So he's on the Board?

12                   A      Yes.

13                   Q      And who is the woman seated?

14                   A      This is Diana, which is Misty's

15         daughter.

16                   Q      Okay.  Thank you.

17                   A      Got it.

18                     (Ridlehoover Deposition Exhibit Number 6

19                      marked for identification.)

20         BY MR. CROSS:

21                   Q      All right.  Let me show you what's

22         going to be Exhibit 6.  Have you ever heard the

Page 84

1        name Scott Hall?

2                (Discussion had off the record.)

3        BY MR. CROSS:

4                Q      Have you ever heard the name Scott

5        Hall?

6                A      Just recently.

7                Q      Okay.  Let me hand you what's going

8        to be marked as Exhibit 6.  And get your glasses if

9        you need them.  Do you recognize him?

10               A      No.

11               Q      You don't recall ever seeing him in

12       the Coffee County Election Office before?

13               A      I do not recognize him.

14               Q      So you see the date at the top there,

15       it says, Thursday, January 7, 2021, and there's a

16       time underneath, 11:42 a.m.?

17               A      Yes.

18               Q      This is from a text message from that

19       date.  Do you remember being in the office on

20       January 7, 2021?

21               A      I'm sure I was.

22               Q      Okay.  Do you recall on January 7th,

Page 85

1          2021, a team of individuals came into the office

2          with equipment and went into the GEMS room?

3                    A     I remember people coming in, but I do

4          not remember any equipment.

5                    Q     Describe for me the people who came

6          in, as best as you can.

7                    A     I do not know.  It could have been

8          you.

9                    Q     Okay.  It wasn't me, just to be

10         clear.

11                        But you saw a team of individuals

12         come into the office on January 7th, 2021, and they

13         came into the space where you sat, right?

14                   A     Yes.

15                   Q     And did some of them also go into

16         Ms. Hampton's office?

17                   A     Yes.

18                   Q     And did some of them also go into the

19         GEMS room?

20                   A     I do not know.

21                   Q     Okay.  When they came in, were they

22         carrying any kind of equipment?

Page 86

1              A      I have no clue.

2                     MR. DELK:   Object to the form.

3       BY MR. CROSS:

4              Q      Were they carrying any kind of bags

5       and briefcases?

6              A      I cannot remember.

7              Q      Was it both men and women?

8              A      I vaguely remember a lady.

9              Q      Can you describe her?

10             A      No.

11             Q      What color of hair?

12             A      I do not know.

13             Q      Do you remember that she had a bit of

14      an -- an unusual accent?

15             A      I do not remember.

16                (Ridlehoover Deposition Exhibit Number 7

17                 marked for identification.)

18      BY MR. CROSS:

19             Q      I will hand you what we'll mark as

20      Exhibit 7.  The woman in Exhibit 7, does that look

21      like the woman who came in that day?

22             A      I do not remember.

Page 87

1              Q      And this is a woman that -- are you

2       familiar with a firm in Georgia called Sullivan

3       Strickler?

4              A      No, I'm not.

5              Q      So you -- you vaguely remember there

6       was a woman that came in with this team on the 7th,

7       but you -- you don't remember if it was a woman in

8       Exhibit 7?

9              A      I do not.

10             Q      And nothing you can tell me about

11      her?

12             A      No.

13             Q      And looking back at Exhibit 6, a

14      picture of Scott Hall, just take your time with it.

15      Do you recall seeing him in --

16             A      I do not.

17                    MR. DELK:  Make sure to let him

18      finish his question.

19                    THE WITNESS:  I know.  I know.

20                    MR. DELK:  You're fine.  Sometimes

21      you know where he's going, just let him finish.

22

Page 88

```
 1        BY MR. CROSS:

 2                Q      How many people, approximately, came

 3        in that day?

 4                A      I do not know.

 5                Q      Do you recall that it was around four

 6        or five?

 7                A      I do not remember.

 8                Q      Do you recall that they came in from

 9        mid to late morning?

10                A      I do not remember.

11                Q      And they were there all day?

12                A      Yes.

13                Q      They left sometime in the evening?

14                A      I do not know.

15                Q      Where -- where did you see them while

16        they were there?

17                A      I stayed at my desk.

18                Q      So they were not in your space for

19        most of the day?

20                A      Correct.

21                Q      You saw them go into Ms. Hampton's

22        office?
```

Page 89

```
 1              A     Correct.

 2              Q     And they were in there for some

 3     extended period?

 4              A     Yes.

 5              Q     Okay.  You -- do I understand

 6     correctly, you cannot see into the GEMS room

 7     from -- from your desk?

 8              A     Correct.

 9              Q     So you saw them go into Ms. Hampton's

10     office and you're saying you don't know whether

11     they also then went into the GEMS room because you

12     can't see into that room?

13              A     I do not.

14              Q     But they would have gotten into the

15     GEMS room through Ms. Hampton's office.  That's the

16     access point, right?

17                    MR. DELK:  Object to the form.

18     BY MR. CROSS:

19              Q     It's the only door -- let me ask a

20     better question.

21                    The only door to the GEMS room is

22     from Ms. Hampton's office?
```

```
                                                        Page 90
 1                A      Correct.

 2                Q      Okay.  Did you hear them talking at

 3       all during the day?

 4                A      They talked, but I was not paying

 5       attention to anything they said.

 6                Q      Did it surprise you to see a team of

 7       people come in that day and go into her office?

 8                A      Yes.

 9                Q      Why?  Was it unusual?

10                A      I didn't know -- I didn't know what

11       they were doing.

12                Q      So no one gave you a heads-up these

13       people were coming there?

14                A      No.

15                Q      No one told you why they were there?

16                A      No.

17                Q      Did you ask?

18                A      No.

19                Q      Why not?

20                A      I take the Fifth.

21                       MR. CROSS:  Could we go off the

22       record?
```

Page 91

1                    VIDEOGRAPHER:  We are off the record

2          at 11:08.

3                    (Recess from 11:08 a.m. to 11:12 a.m.)

4                    VIDEOGRAPHER:  We are on the record

5          at 11:12.

6          BY MR. CROSS:

7               Q     All right.  Ms. Ridlehoover, we were

8          talking about January 7th.  Do you recall that some

9          of the people that we were just talking about who

10         came in on January 7th, they also came back the

11         next day, right, on January 8th?

12                   MR. DELK:  Object to the form.

13                   THE WITNESS:  I do not remember.

14         BY MR. CROSS:

15              Q     Okay.  Do you recall that some of

16         those people came back on January 19, came back a

17         couple of weeks later?

18              A     I do not remember.

19              Q     Okay.  Let me show you what's been

20         marked as Exhibit 7 -- 8.

21                   (Ridlehoover Deposition Exhibit Number 8

22                    marked for identification.)

Page 92

1    BY MR. CROSS:

2            Q    Okay.  Tell me if you recognize the

3    person in Exhibit 8.

4            A    I do not.

5            Q    So this is a man named Paul Maggio.

6    Do you recall anyone who came into the office on

7    January 7th, 2021, that looked like him?

8            A    I do not.

9            Q    Okay.  Again, you just don't remember

10   any details about those people at all?

11           A    I do not.

12           Q    So you're not saying he wasn't there,

13   you're saying you just don't remember?

14           A    I do not.  Sorry.

15               (Ridlehoover Deposition Exhibit Number 9

16                marked for identification.)

17   BY MR. CROSS:

18           Q    Let me hand you Exhibit 9.  Tell me

19   if you recognize the individual in Exhibit 9.

20           A    I do not.

21           Q    And actually the picture that I've

22   shown you before, are these -- like, Mr. Maggio we

Page 93

```
 1          just looked at, do you recognize as ever having

 2          seen him at all anywhere?

 3               A     No.

 4               Q     And same with the picture of Scott

 5          Hall, had you ever seen him?

 6               A     No.

 7               Q     And looking at Number 9, this is a

 8          picture of a man named Dan Logan.  Have you ever

 9          seen him before?

10               A     No.

11               Q     That one at the top.

12               A     No.

13               Q     So you don't recognize him at all?

14               A     No.

15               Q     Again, you're not saying that he's

16          never been in the Coffee County Election Office,

17          you just don't remember one way or the other?

18               A     Correct.

19               Q     Okay.

20                  (Ridlehoover Deposition Exhibit Number 10

21                  marked for identification.)

22
```

Page 94

```
 1       BY MR. CROSS:
 2            Q      Exhibit 10.  Have you ever seen the
 3       man in Exhibit 10 before, please?
 4            A      No, I have not.
 5            Q      So this is a man named Greg Freemyer.
 6       You don't recognize him at all?
 7            A      No.
 8            Q      You're not saying he's never been in
 9       the Coffee County Elections Office, you just don't
10       recall one way or the other?
11            A      Correct.
12            Q      Okay.
13               (Ridlehoover Deposition Exhibit Number 11
14                marked for identification.)
15       BY MR. CROSS:
16            Q      Exhibit 11, tell me if you recognize
17       the individual in Exhibit 11.
18            A      No, I do not.
19            Q      So you don't -- you don't recall one
20       way or the other whether he's ever been in the
21       Coffee County Election Office?
22            A      I do not.
```

Page 95

```
 1              (Ridlehoover Deposition Exhibit Number 12
 2               marked for identification.)
 3    BY MR. CROSS:
 4         Q    Exhibit 12.  Tell me if you recognize
 5    the individual in Exhibit 12.
 6         A    I do not.
 7         Q    So you don't recall one way or the
 8    other whether he's ever been in the Coffee County
 9    Election Office?
10         A    Correct.
11         Q    Okay.  Ms. Ridlehoover, we're going
12    to pull up an exhibit.
13              Just for the record, I asked you
14    earlier why you didn't ask anyone about why these
15    people were there.  The question is withdrawn and
16    I'll strike that.
17              (Ridlehoover Deposition Exhibit Number 13
18               marked for identification.)
19    BY MR. CROSS:
20         Q    All right.  So these guys all have
21    Exhibit 13 online.  Let me show you Exhibit 13.
22    This is another screenshot from the YouTube video
```

Page 96

1          that was taken in the office in December 2020.  The

2          guy in the blue shirt there, can you -- you can see

3          his face a little bit better.  Do you recognize him

4          now?

5                    A     That's Matt.  Matthew McCullough.

6                    Q     Okay.  A board member?

7                    A     Correct.

8                    Q     And scroll down.

9                    A     Oh, gosh, that's me.

10                   Q     Okay.  And if you come -- if you come

11         down to the second page, there's two individuals

12         there --

13                   A     Uh-huh.

14                   Q     -- you can see from the screenshot.

15         The one on the left in the pink shirt -- and we're

16         looking at Exhibit 13 -- that's Eric Chaney?

17                   A     Correct.

18                   Q     The one on the right is Wendell

19         Stone?

20                   A     Correct.

21                   Q     Okay.  Thank you.

22                   A     You can give me that scroll, it ain't

Page 97

1      happening.

2             Q     So on January 7, 2021, you showed up

3      to work as usual?

4             A     Correct.

5             Q     You showed up on time?

6             A     Correct.

7             Q     What did you typically do when you

8      went into the office?

9             A     Cut everything on.  Put my water or

10     Mountain Dew in refrigerator.  Got at my desk, put

11     it on.  Got my system, my thingy up and went to

12     work.

13            Q     Were you usually the first one in?

14            A     Yes.

15            Q     Okay.  And you said you -- your hours

16     were typically 8:30?

17            A     Correct.

18            Q     Did you stay until 4:30?

19            A     Until 5:00.

20            Q     Until 5:00.

21                  And so on January 7th, do you -- do

22     you remember that you were the first person there

Page 98

```
 1        that day?
 2                A     Yes.
 3                Q     So you came in and turned everything
 4        on?
 5                A     Correct.
 6                Q     And then you, what, sat down at your
 7        desk?
 8                A     Yes.
 9                Q     Before this team of people came in,
10        do you recall anyone else coming in that day?
11                A     Just Misty and Diana, I would
12        assume -- Diana and Misty, they came in.
13                Q     And Diana is Ms. Hampton's daughter?
14                A     Correct.
15                Q     And do you recall why Ms. Hampton's
16        daughter was there that morning?
17                A     I do not.
18                Q     How long was she there?
19                A     I guess all day.
20                Q     Okay.  And again, I don't want you to
21        guess.  You remember her coming in, do --
22                A     I remember her coming in, I don't
```

Page 99

1      remember when she left.

2              Q    Okay.  You don't -- you don't

3      remember seeing her walk out the door?

4              A    No.

5              Q    And she would have had to walk past

6      you to get out the door, right?

7              A    Correct.

8              Q    Do you remember roughly about how

9      long after you arrived before this team of people

10     came in?

11             A    I do not.

12             Q    But it is fair to say it was hours,

13     not minutes?

14             A    Yes.

15             Q    All right.  Before lunch?

16             A    I do not remember.

17             Q    When did you typically take lunch?

18             A    It just varied.

19             Q    I assume there was a rough window in

20     the middle of the day?

21             A    Usually on schooldays, I went to

22     lunch from 2:30 to 3:30 so I could go get my son

Page 100

1          from school.

2                Q     January 7, 2021, likely would have

3          been a schoolday, right?

4                A     Yes.

5                Q     So likely you would have left in that

6          same window that day?

7                A     Yes.

8                Q     And would that typically have been on

9          the schoolday the only time that you would have

10         been out of the office?

11               A     Yes.

12               Q     Are you a smoker?

13               A     No.

14               Q     Okay.  So you don't walk out for

15         smoke breaks?

16               A     No.

17               Q     Good decision.

18                     When these people -- when this team

19         of people showed up that morning, who let them in

20         to your space?

21               A     I do not remember.  I mean, I don't

22         know if the door was open.  I honestly -- I don't

1        remember.

2                Q     But you saw them come through the

3        parking lot door, you saw them through your window

4        first?

5                A     I do not remember.

6                Q     Okay.  You remember that Eric Chaney

7        was there that day, right?

8                A     I do not remember.

9                Q     You remember that Cathy Latham was

10       there that day, right?

11               A     I do remember Cathy.

12               Q     And Cathy arrived sometime that

13       morning?

14               A     I do not remember.

15               Q     Okay.  But she arrived before you

16       left to pick up your son?

17               A     Yes.

18               Q     And she was still there when you went

19       to pick up your son?

20               A     I do not remember.

21               Q     You recall seeing her come in, you

22       don't recall seeing her leave?

1            A      Correct.

2            Q      And she went into Ms. Hampton's

3      office with this team of people, right?

4            A      I don't remember.

5            Q      Well, if she was -- if she was in

6      your space, she would have been standing with you,

7      right?

8                   MR. DELK:  Object to the form.

9                   You can respond.

10                  THE WITNESS:  I mean, I just sat at

11     my desk.

12     BY MR. CROSS:

13           Q      Okay.  Did you speak with her that

14     day, Cathy Latham?

15           A      I don't remember.

16           Q      All right.  But you don't remember

17     her sitting in your space?

18           A      No, I don't.

19           Q      Do you recall her walking into

20     Ms. Hampton's office at some point?

21           A      I do not remember.

22           Q      Okay.  You just recall that she came

1      into the building that day when the team was there

2      and --

3             A      Correct.

4             Q      -- you don't recall when she left?

5             A      Correct.

6             Q      Okay.  Do you recall that Ms. Latham

7      came in that day holding a scanner?

8             A      I do not.

9             Q      And you don't recall that she brought

10     in some sort of device?

11            A      I do not.

12            Q      Okay.  Have you ever heard the name

13     James Barnes?

14            A      Yes.

15            Q      Okay.  And are you aware that James

16     Barnes placed Misty Hampton as the election

17     supervisor in Coffee County?

18            A      Yes.

19            Q      Okay.  All right.  Let me show you

20     Exhibit 14.

21                   (Ridlehoover Deposition Exhibit Number 14

22                    marked for identification.)

Page 104

1      BY MR. CROSS:

2            Q    So, Ms. Ridlehoover, I would not

3      expect you to have seen Exhibit 14 before.  It's an

4      e-mail from Frances Watson to Pamela Jones, on

5      May 11th of 2021.

6                 Do you recall Frances Watson was the

7      head of the investigative unit at the Secretary's

8      office?

9            A    I do not.

10           Q    Okay.  What I want you to look at is,

11     look behind the slip sheet.  There's an e-mail here

12     from James Barnes, this is May 7 of 2021, so the --

13     the election supervisor in Coffee County.  And he

14     sends this e-mail to Chris Harvey of the Secretary

15     of State's Office.

16                Do you see that?

17           A    Yes.

18           Q    Do you remember the name Chris

19     Harvey?

20           A    Yes.

21           Q    And do you recall that Chris Harvey

22     was the State Election Director?

Page 105

1               A     Yes.  Yes.

2               Q     And the subject line of Mr. Barnes'

3       e-mail says, "Coffee County," and then there's an

4       attachment entitled, "Cyber Ninja."

5                     Do you see that?

6               A     Yes.

7               Q     Mr. Barnes wrote to Chris Harvey on

8       May 7 of 2021, and he says that, "The Dominion

9       e-mail today pertaining to cyber ninjas was

10      alarming to me.  When I took over the Coffee County

11      office, the attached business card was at the base

12      of Misty Hayes' computer monitor.  I thought

13      nothing of it until I heard about the situation in

14      Arizona with the DoJ.  If she did not use them, she

15      was at the very least in contact."

16                    Do you see that?

17              A     Yes.

18              Q     And Misty Hayes is another name for

19      Misty Hampton?

20              A     Yes.

21              Q     Okay.  So you see that Mr. Barnes

22      reported to Chris Harvey on May 7, 2021, that he

Page 106

1          found sitting next to Ms. Hampton's computer a card

2          from Cyber Ninja.

3                       Are you with me?

4                A     Yes.

5                Q     Okay.  So flip to the last page.

6          This is a copy of the card that Mr. Barnes sent

7          Chris Harvey.  Do you recall ever seeing that card

8          in the office?

9                A     No.

10               Q     Do you recall anybody coming in while

11         you were there and -- and mentioning Cyber Ninjas?

12               A     No.

13               Q     Does this refresh your recollection

14         at all that Doug Logan, or someone from Cyber

15         Ninjas, came into the office?

16               A     No.

17               Q     Do you have any information at all

18         about why that card was in Ms. Hampton's office?

19                     MR. DELK:  Object to the form.

20                     THE WITNESS:  No.

21         BY MR. CROSS:

22               Q     Okay.  All right.  Let me hand you

1         Exhibit 15.

2                    (Ridlehoover Deposition Exhibit Number 15

3                    marked for identification.)

4         BY MR. CROSS:

5                Q    And you can take a moment to flip

6         through it, but it's -- it's two memos, and then

7         there's a third page, it's got a table attached to

8         it with some handwritten notes.

9                    And just looking at the cover page

10        first for Exhibit 15, you see it says, "Memo to

11        Coffee County Election Supervisor from Center for

12        Election Systems."

13               A    Uh-huh.

14               Q    Yes?

15               A    Yes.

16               Q    Okay.

17               A    Sorry.

18               Q    That's okay.

19                    And the Center for Election Systems,

20        that's at the state level, right?

21               A    I -- yes, I'm assuming -- yes, I

22        guess.

Page 108

```
 1                    MR. DELK:  Don't assume.

 2                    MR. CROSS:  Don't guess.

 3                    MR. DELK:  If you know, you know.

 4                    THE WITNESS:  I mean, I do not know.

 5       BY MR. CROSS:

 6            Q    Okay.  Let me ask you this:  Have you

 7       ever heard of the Georgia Center for Election

 8       Systems?

 9            A    Vaguely.

10            Q    Okay.  Have you ever heard it

11       referred to as "CES"?

12            A    No.

13            Q    Okay.  If you look at this, in the

14       middle it says, "Upon receiving the secured red bag

15       containing the USB drive holding the January 5th

16       General Election Runoff for the US Senate and

17       Public Service Commission and any local races, if

18       applicable; please contact CES to obtain the

19       password to access the USB drive."

20                    Do you see that?

21            A    Yes.

22            Q    Have you ever seen a memo like this
```

Page 109

1        before when you were in the County Election Office?

2                A    Yes.

3                Q    To take a step back for a moment.

4        When you guys would run an election in Coffee

5        County, leading up to that election, you would get,

6        what's referenced here, a secured red bag would

7        come delivered to the office with a flash drive in

8        it, right?

9                     Some sort of device in it?

10               A    Yes.  Yes.

11               Q    Okay.  And just like laid out in

12       Exhibit 15, someone in the office would have to

13       call the State to get a password to access that

14       device?

15               A    I do not know.

16               Q    Okay.  When that bag came in with

17       that device, did Ms. Hampton handle it?

18               A    Yes.

19               Q    Did you have any responsibility for

20       that?

21               A    No.

22               Q    So that bag would go to Ms. Hampton

```
                                              Page 110

1          and she would do what she did with it?

2                  A     Yes.

3                  Q     If you look at the -- further down on

4          the memo, do you see it says, "EED User Name"?

5                  A     Yes.

6                  Q     Do you know what that refers to?

7                  A     I do not.

8                  Q     Have you ever heard of something

9          called the "Election Event Designer"?

10                 A     No.

11                 Q     Have you ever heard of "Election

12         Project Files"?

13                 A     No.

14                 Q     If you look down, do you see where it

15         says, "RTR User Name" and "RTR Password"?

16                 A     Yes.

17                 Q     Have you heard of something called

18         "Results Tally and Reporting"?

19                 A     No.

20                 Q     And then if you look further down, do

21         you see where it says, "Technician/Poll

22         Worker/Security Key Tab"?
```

Page 111

1           A      Yes.

2           Q      Do you know what that refers to?

3           A      Yes.

4           Q      What does that refer to?

5           A      That is the number I would key in to

6    open and close the machines at the end of the day

7    or the beginning of the day.

8           Q      And the machines, you mean what you

9    call the touchscreens?

10          A      Yes.  Sorry.

11          Q      And when you say you would use that

12   to open and close the beginning and end of the day,

13   just walk me through what you did.

14          A      We walked in.  Everybody got there

15   around 8:15.  You walked in.  I took the -- the

16   security code key, the card, I put it in.  Type in

17   the little number, open, pull it out.  Move to the

18   next one.

19          Q      This is for an election?

20          A      Advanced voting.

21          Q      Right.

22          A      Advanced voting.

Page 112

1              Q    So for the -- as I understand what

2       you said before, for advanced voting, a Dominion

3       tech would come and take the touchscreens out of

4       the vault?

5              A    Yes.

6              Q    And then you would -- you would help

7       set those up?

8              A    No.

9              Q    He would set those up?

10             A    Yes.

11             Q    So he would physically set them up in

12      the early voting room?

13             A    Yes.

14             Q    So then at some point you would enter

15      a key, like the one in Exhibit 15, to activate

16      them?

17             A    On start of advanced voting, first

18      day, yes.

19             Q    So you would start advanced voting,

20      you would go into each of the machines the Dominion

21      tech had set up in that room, enter this key to

22      activate the touchscreen machines?

Page 113

1           A      Correct.

2           Q      And did you use that key also to shut

3    them down?

4           A      Yes.

5           Q      Did you do that at the end of each

6    day of advanced voting?

7           A      Yes.

8           Q      So each day of advanced voting, you

9    would have to enter a key to activate them, and

10   then you entered that same key at the end of the

11   day to deactivate them?

12          A      Correct.

13          Q      Okay.  And that was -- that was your

14   responsibility?

15          A      Correct.

16          Q      And looking at this, do I understand

17   right, it was the same key for each touchscreen?

18          A      For each election, yes.

19          Q      So every election, you'd get -- you'd

20   get a new key to activate the touchscreens just for

21   that election?

22          A      Correct.

Page 114

1              Q      And it would be the same key for all

2        the touchscreens?

3              A      Correct.

4              Q      And that key would come in from the

5        State?

6                     Let me just ask a better question.

7        Where did that key come from?

8              A      I do not.

9              Q      Who gave it to you?

10             A      Misty.

11             Q      So Ms. Hampton got the key from

12        somewhere and you don't know where?

13             A      The code, not -- the code.

14             Q      The -- yeah, what we're calling the

15        key here, this code --

16             A      Yes.

17             Q      -- to do that?

18             A      Yes.

19             Q      Okay.  Could you describe for me the

20        steps to enter that code?

21                    What are you entering it on?

22                    So I'm trying to understand the

Page 115

1           mechanics of it, right?

2                     So you -- you walk into the early

3           voting room, Dominion tech has all the machines set

4           up?

5                A    Correct.

6                Q    And you walk up to one of these

7           touchscreens?

8                A    Correct.

9                Q    And you're going to enter a code like

10          we have in Exhibit 15?

11               A    Correct.

12               Q    Where do you enter it?

13               A    It showed a little keypad.  Once you

14          put that credit card key thing in, it showed up as

15          a little keypad, just like a little -- like an ATM

16          keypad.

17               Q    These were physical buttons, not a

18          touchscreen?

19               A    No, it was a touchscreen.

20               Q    Touchscreen.

21                    Was it on the same touchscreen where

22          the voters would vote?

Page 116

```
 1              A     Yes.

 2              Q     So you had -- you had one of these

 3       memory cards, kind of looks like a credit card?

 4              A     Yes.

 5              Q     You would slide that into a slot on

 6       the touchscreen?

 7              A     Correct.

 8              Q     And the touchscreen would come alive

 9       with a keypad on it?

10              A     Correct.

11              Q     Nine-digit keypad or ten-digit or

12       what?

13              A     Oh, one digit -- it was one through

14       zero, yeah.

15              Q     So one through nine and then zero?

16              A     Zero, yes.

17              Q     Any other options?

18              A     I honestly don't remember.

19              Q     You would enter the code and that

20       would activate the machine?

21              A     Correct.

22              Q     Okay.  And that was the same process
```

Page 117

1       and same key code for each machine for a given

2       election?

3               A       Correct.

4               Q       The next one we see here in Exhibit

5       15, it refers to -- I'm sorry, you can stay on the

6       same page.

7               A       Okay.

8               Q       -- "ICP30/ICC and ICP Supervisor."

9       Do you see that?

10              A       Yes.

11              Q       And there's a six-digit code.  Do you

12      see that?

13              A       Yes.

14              Q       Do you know what that refers to?

15              A       Refresh me, what is an ICC?

16                      MR. DELK:  If you don't know -- I

17      think that's what he's asking.  If you know it --

18                      THE WITNESS:  I do not know.

19      BY MR. CROSS:

20              Q       So there's a central scanner in the

21      office, right?

22                      There's a scanner in your -- that's

1          out in the GEMS room, correct?

2                    A      Correct.

3                    Q      And have you ever heard of that

4          referred to as the ICC?

5                    A      Yes.

6                    Q      Okay.  Does that help you -- an ICP,

7          there are also individual scanners in the early

8          voting room, right?

9                    A      Yes.

10                   Q      And there were individual scanners

11         that would go out with the touchscreens to

12         precincts, right?

13                   A      Yes.

14                   Q      Do you recall those being referred to

15         as ICPs?

16                   A      Is that the black trashcan?

17                   Q      If you don't know, just say, "I don't

18         know."

19                   A      I don't know.

20                   Q      The black trashcan, what you got for

21         the black trashcan would be an individual

22         scanner --

Page 119

1           A    Uh-huh.

2           Q    -- right?

3                It's a scanner that sits --

4           A    Yes.

5           Q    -- on top and the ballot falls into

6      the bin?

7           A    Yes.

8           Q    Did you ever hear that called an ICP?

9           A    No.

10           Q    Okay.  So just looking at this, do

11      you know what the code here was used for?

12           A    I do not.

13           Q    Okay.  The -- and sorry, you may have

14      said this.  Where it indicates that the secured red

15      bag comes in and there's a password that has to be

16      obtained, did I understand right, Ms. Hampton would

17      handle that, to your knowledge?

18           A    Right.

19           Q    Okay.  All right.  Let's -- let's go

20      back to January 7 of 2021.  Did you see anyone

21      scanning ballots that day?

22           A    I do not remember.

1    Q Do you recall Misty Hampton scanning

2  ballots after that team left for a period of days

3  or weeks?

4    A I do not remember.

5    Q Do you recall a scanner sitting in

6  that office that wasn't -- it wasn't a traditional

7  scanner you had there, it wasn't a Dominion

8  scanner, it was a scanner somebody brought in and

9  Ms. Hampton was using it to scan ballots?

10    A I do not remember.

11    Q Where were the ballots kept in the

12  office after an election?

13    A It was a little black case like

14  yay -- yay big.

15    Q And where was that case kept?

16    A In the vault.

17    Q On January 7, when that team came in,

18  do you recall that they went into the vault for

19  some period?

20    A I do not.

21    Q So all you recall is seeing them come

22  in, go into Ms. Hampton's office, you don't recall

Page 121

1      where else they went?

2              A     I do not.

3              Q     I'm going to hand you what's been

4      marked as Exhibit 16.

5                    Wait.  I need one of those back.

6      Thank you.

7                    (Ridlehoover Deposition Exhibit Number 16

8                    marked for identification.)

9      BY MR. CROSS:

10             Q     And so, Ms. Ridlehoover, what I have

11     handed you here is a string of text messages

12     between Eric Chaney and Misty Hampton.  Okay?

13             A     Okay.

14             Q     If you'll flip -- if you look at the

15     bottom right corner, you'll see where it says page

16     number --

17             A     Uh-huh.

18             Q     -- of 24.

19             A     Yes.

20             Q     Flip to, please, page 22 of 24.  If

21     you look down at the bottom -- well, actually look

22     in the middle.  Do you see there's a date,

Page 122

1       January 6, 2021 at 4:26 p.m.?

2              A     Yes.

3              Q     And here we have a text that Misty

4       Hampton sends to Eric Chaney that reads, "Scott

5       Hall is on the phone with Cathy, but wanting to

6       come scan our ballots from the general election

7       that we talked about the other day.  I'm going to

8       call you in a few."

9                    Do you see that?

10             A     Yes.

11             Q     Does that refresh your recollection

12      at all that Scott hall came into the Elections

13      Office on or around January 7th of 2021?

14                   MR. DELK:  Object to the form.

15                   THE WITNESS:  I don't know who came

16      in the office.

17      BY MR. CROSS:

18             Q     Does it refresh your recollection at

19      all that individuals -- one or more individuals

20      were scanning ballots in the office on or around

21      January 7 of 2021?

22             A     I do not recall anybody scanning a

Page 123

1      ballot.

2              Q     Okay.  Then if you come further down,

3      do you see the date, January 7, 2021, at 10:18

4      a.m.?

5              A     Yes.

6              Q     And here Ms. Hampton writes to

7      Mr. Chaney, "Hey, are you coming into the office?

8      I'll need a board member to be here when we

9      transfer ballots."

10             Do you see that?

11             A     Yes.

12             Q     Do you see Mr. Hampton -- I'm sorry,

13     Mr. Chaney responds, "I'll be there at 11:00"?

14             A     Yes.

15             MR. DELK:  Object to the form.

16             THE WITNESS:  Uh-huh.

17     BY MR. CROSS:

18             Q     Does that refresh your recollection

19     that Mr. Chaney was in the office for some portion

20     of January 7 of 2021?

21             A     No.

22             Q     You just don't remember?

Page 124

```
 1                A     I do not.

 2                Q     If you look at the top of the next,

 3        do you see still on January 7, 2021, at 7:24 p.m.

 4        Do you see that?

 5                A     Yes.

 6                Q     Mr. Chaney sends a text to

 7        Ms. Hampton with a phone number, an 864 number.  Do

 8        you see that?

 9                A     Yes.

10                Q     Do you recognize that number?

11                A     No.

12                Q     Have you ever heard the name Robert

13        Sinners, S-I-N-N-E-R-S?

14                A     No.

15                Q     If you come further down that same

16        page, do you see there's a date in the middle,

17        January 19, 2021, at 10:35 a.m.?

18                A     Yes.

19                Q     And you see Ms. Hampton sends a text

20        to Eric Chaney that says, "If you happen to be in

21        town, the guys measuring my desk are still here."

22                      Do you see that?
```

Page 125

1              A     Yes.

2              Q     Were you aware that that was a code

3       that Ms. Hampton and Mr. Chaney worked out to refer

4       to individuals who are accessing the voting

5       equipment that day?

6              A     No.

7                    MR. DELK:  Object to the form.

8       BY MR. CROSS:

9              Q     Fair to say you didn't see anyone in

10      the office on January 19th with a tape measure

11      measuring her desk, right?

12             A     I do not recall.

13             Q     Sorry, just a few more questions on

14      this.

15                   Turn to page 12 of 24 if you would,

16      please.  All right.  Sorry, turn to page 15.

17             A     What now?

18             Q     Page 15 of 24.  If you look down at

19      the bottom, it's kind of hard to see, but it's a --

20      it's a screenshot from Amazon for the purchase of a

21      digital voice recorder.

22                   Do you see that?

Page 126

```
 1              A     I see the picture, but I cannot see

 2        what it is.

 3              Q     I had to take a picture and zoom in

 4        on my phone.  It's hard to see.

 5                    Did you guys record board meetings,

 6        audio record?

 7              A     They did, but it was on an -- a

 8        dinosaur, the old-timey, you press play and record,

 9        you flip the tape over when it cuts off.  That's

10        what they recorded it on.

11              Q     The -- you're talking an old cassette

12        tape recordings?

13              A     Yes, correct.

14              Q     Were you aware at some point they

15        switched to a digital voice recorder?

16              A     Not that I'm aware of.

17              Q     Who maintained the recordings of

18        those meetings?

19              A     Misty.

20              Q     Ms. Hampton did?

21              A     Yes.

22              Q     And do you know where they were kept?
```

1           A      Just that -- I mean, just -- a box,

2     because really, she never went -- she took notes on

3     her paper of what happened at the board member

4     meeting.  I mean, if there was a question, they

5     would go back and play the tape, but other than

6     that, to my knowledge, it was the same tape over

7     and over every month.

8           Q      So they would record the meetings and

9     then she would keep the tape recorder and tape

10    somewhere in her office, as far as you know?

11          A      I do not remember.

12          MR. DELK:  Object to the form.

13    BY MR. CROSS:

14          Q      When the meeting ended, who took the

15    tape recorder, she did or someone else?

16          A      Misty did.

17          Q      Do you remember where she took it?

18          A      I do not.

19          Q      All right.  Flip to page 13, if you

20    would.  Do you see the text in the middle of the

21    page dated 11/13/2020 at 2:25 p.m.?

22          A      Yes.

Page 128

1              Q    And you see that there's a photo of a

2       ballot that's got two QR codes on it?

3              A    Yes.

4              Q    Do you recall from time to time that

5       the Dominion system would generate -- it would

6       print a ballot that had more than one QR code?

7              A    I do not.

8              Q    That's not something you recall

9       talking to Ms. Hampton about?

10             A    I honestly do not remember.

11             Q    Okay.  Then further down there's a

12       picture of a ballot where Ms. Hampton indicates, if

13       you look below, it says, "Look at this one, only

14       printed a few races."

15                  Do you see that?

16             A    Yes.

17             Q    Do you recall incidents where the

18       Dominion system, the ballot would be printed for

19       the voter, it would be missing some of the

20       elections that they had voted in?

21             A    I do not remember.

22             Q    Okay.  Do you recall -- strike that.

```
                                                   Page 129

 1                        Did you ever discuss with Ms. Hampton

 2          or her daughter about the ability to watch Netflix

 3          on the poll pads?

 4                A      I do not remember.

 5                Q      You don't remember her daughter

 6          saying that she could access Netflix on the poll

 7          pads on the election day?

 8                A      I don't remember.

 9                Q      Okay.  Flip to page 19, if you would,

10          please.

11                A      Nineteen?

12                Q      Yes, ma'am.

13                        If you look at the top, you'll see

14          there's a date of September 30th, 2020.  Do you see

15          that --

16                A      Yes.

17                Q      -- at 4:00 p.m.?

18                        And do you see there's three pictures

19          here and those pictures are pictures of poll pads,

20          right?

21                A      Correct.

22                Q      And you've seen the poll pads
```

Page 130

```
 1          yourself before?

 2                   A       Correct.

 3                   Q       Did you ever use a poll pad?

 4                   A       Yes.  In advanced voting, like during

 5          lunch.

 6                   Q       Okay.  And what -- what was your

 7          responsibility with respect to poll pads?

 8                   A       To create a card if somebody went to

 9          lunch.

10                   Q       Okay.  Do you see on the top one on

11          the screen there, it's Netflix on the poll pad

12          screen?

13                   A       Yes.

14                   Q       Does that refresh your recollection

15          that the poll pads can access the internet,

16          including Netflix?

17                           MR. DELK:  Object to the form.

18                           THE WITNESS:  No, I do not remember.

19          BY MR. CROSS:

20                   Q       Okay.  After the board meeting where

21          you were let go, did you ever return to the Coffee

22          County Election Office?
```

1            A    To vote --

2            Q    Okay.

3            A    -- this past time.

4            Q    Did you ever return for any other

5       reason?

6            A    No.

7            Q    So, for example, did you go -- did

8       they let you go back to get personal belongings?

9            A    Oh, yes.  Yes, that day.  But it was

10      that day.

11           Q    Did you go immediately from the board

12      meeting?

13           A    Yes.

14           Q    Did anyone go with you?

15           A    Fred Cole, which is a deputy.  And I

16      think that's it.

17           Q    Did he follow you there in his car or

18      you rode with him?

19           A    We walked across the street.

20           Q    Oh, it's close by.

21           A    Yes.

22           Q    And he walked in with you?

Page 132

```
 1              A      Yes.

 2              Q      And did he escort you, like, to your

 3      desk?

 4              A      I don't remember all that.  I mean,

 5      it was me and Misty both.

 6              Q      So you and Ms. Hampton left the

 7      courthouse after the meetings and Sheriff -- Deputy

 8      Sheriff -- what is he?

 9              A      Chief deputy or whatever it is.

10              Q      Cole?

11              A      Yes, Cole.

12              Q      -- he escorted you back into the

13      Coffee County Election Office to gather personal

14      belongings?

15              A      Correct.

16              Q      Do you remember about how long you

17      guys were in that office?

18              A      I don't.

19              Q      Would you say minutes or hours?

20              A      It wasn't hours.

21              Q      Okay.  Was it one hour?

22              A      I honestly don't remember.  I mean, I
```

1    do not remember.

2              Q     And where was Ms. Hampton while you

3    were in the office at that time?

4              A     In her office.

5              Q     And did you guys talk at all while

6    you were in that office?

7              A     I do not remember.

8              Q     Could you see what she was doing in

9    her office?

10             A     No.

11             Q     Do you know whether she went into the

12   GEMS room at that time?

13             A     I do not.

14             Q     Did you?

15             A     No.

16             Q     I think you said earlier, have you

17   ever logged into the -- the server in the GEMS

18   room?

19             A     No.

20             Q     Did you ever know what the password

21   was?

22             A     No.

Page 134

```
 1              Q      Did you ever hear of anyone changing

 2        that password?

 3              A      No.

 4              Q      Do you know if you or Ms. Hampton had

 5        the ability to change that password on the

 6        computer?

 7              A      I do not.

 8              Q      Do you have any information on why

 9        the password on the server computer would have

10        stopped working at any point after you guys left?

11              A      I do not.

12              Q      Did you ever hear that the password

13        on the server computer stopped working while you

14        were still there?

15              A      I did not.

16              Q      The people who came in on the 7th, do

17        you recall if any of them were black or white?

18              A      I do not remember.

19              Q      Was any of them black or were they

20        all white?

21              A      I don't think so, no.

22              Q      Okay.  So the best of your
```

Page 135

1      recollection, everyone who came in that -- that day

2      on that team was white?

3              A      Correct.

4              Q      Do you remember whether any of them

5      had facial hair?

6              A      I do not.

7              Q      Do you remember hair color?

8              A      I do not.

9              Q      Do you remember if any of them was

10     tall or short?

11             A      I do not.

12             Q      Did you speak with any of them?

13             A      No, I did not.

14             Q      Other than your counsel, did you

15     speak to anyone about your deposition today?

16             A      No, I did not.

17             Q      Did you speak to Mr. Chaney?

18             A      No, I did not.

19             Q      Have you spoken to Mr. Chaney, Eric

20     Chaney, at all about your time in the Elections

21     Office since you left that office?

22             A      No, we did not.

Page 136

1          Q      Never talked about it?

2          A      We do not.

3          Q      Why is that?

4                 MR. DELK:  Object to the form.

5                 THE WITNESS:  No need to.

6     BY MR. CROSS:

7          Q      In the time that you were in the

8     Coffee County Election Office, did anyone from the

9     State ever contact you about this team that came in

10    on the 7th?

11         A      No.

12         Q      Did anyone from the State ever --

13    strike that.

14                Since you left the office, has anyone

15    from the State ever contacted you about whether

16    anyone had access to the Coffee County Election

17    Office that shouldn't have?

18                MR. DELK:  Object to the form.

19                You can answer.

20                THE WITNESS:  No.

21    BY MR. CROSS:

22         Q      Has anyone from the State ever

1       contacted you about, at any time, individuals who

2       may have come into the office on or around

3       January 7th of 2021?

4               A     No.

5               Q     Has anyone from the State ever

6       contacted you about any State investigation related

7       to Coffee County Elections?

8               A     No.

9               Q     Has anyone from the FBI?

10              A     No.

11              Q     Has anyone ever suggested to you that

12      you might face criminal charges for any conduct

13      while you were in the Coffee County Elections

14      Office?

15                    MR. DELK:  She answered no.

16                    THE WITNESS:  No.

17      BY MR. CROSS:

18              Q     Do you have any reason to believe

19      that you personally committed any crime during your

20      time in the Coffee County Elections Office?

21              A     No.

22                    MR. DELK:  Object to the form.

```
 1                    MR. CROSS:  All right.  Let's take a
 2      break.
 3                    MR. DELK:  Sure.
 4                    VIDEOGRAPHER:  We are going off the
 5      record at 11:57.
 6              (Recess from 11:57 a.m. to 12:17 p.m.)
 7                    VIDEOGRAPHER:  We are on the record
 8      at 12:17.
 9      BY MR. CROSS:
10           Q     All right.  Almost done,
11      Ms. Ridlehoover.  We appreciate your time today.
12                    All right.  When you worked in the
13      Coffee County Election Office, did you send e-mails
14      from your work sometimes?
15           A     No.
16           Q     Okay.  But you had -- you had an
17      e-mail account on your computer?
18           A     Yes, just -- yes.
19           Q     Okay.  It was an Outlook account,
20      Microsoft?
21           A     I do not remember.
22           Q     Okay.  When you -- when you came in
```

Page 139

1          in the morning and sat down at your computer, did

2          you log in?

3                  A     Yes.

4                  Q     So you had a user name and a

5          password?

6                  A     Yes.

7                  Q     Did you set the password?

8                  A     Yes.

9                  Q     Did the password ever change while

10         you were there?

11                 A     I do not remember.

12                 Q     Okay.  So you don't remember, for

13         example, changing your password every few months or

14         every year or anything like that?

15                 A     No.

16                 Q     Did you write the password down

17         somewhere to help you keep track of it?

18                 A     No.  I use the same password for

19         everything.

20                 Q     What -- what does that mean?

21                 MR. DELK:  Don't tell him your

22         password for the record.

```
 1          BY MR. CROSS:
 2                  Q     Oh, oh, oh, oh.  I see.  You're
 3          saying the password you had for your work computer
 4          was the same password you use for, like, personal
 5          things?
 6                  A     Right.
 7                  Q     Okay.  Okay.  No, don't give us your
 8          password.
 9                        All right.  Is it fair to say at some
10          point when you started your job, you set a password
11          that you used for everything because it's easy to
12          remember?
13                  A     Correct.
14                        MR. DELK:  Object to the form.
15          BY MR. CROSS:
16                  Q     As far as you recall, that password
17          didn't change while you were there?
18                  A     Not that I remember.
19                  Q     Okay.  When you would log into your
20          computer, what would you do next?
21                  A     Pull up E-net.
22                  Q     Okay.  What did you do with E-net?
```

Page 141

```
 1        What were your responsibilities with respect to

 2        E-net?

 3                 A     Is that what it's called?

 4                       That's where you register somebody to

 5        vote, change their address, if we got where they

 6        were deceased, take them out of the system.

 7                 Q     Got it.

 8                       Did you log into an e-mail account or

 9        did you open e-mail once you were logged into your

10        computer?

11                 A     Honestly, I never used the County

12        e-mail, I just did it straight through my -- my

13        personal e-mail.

14                 Q     All right.  And what is -- what is

15        that?

16                 A     Jilb26@yahoo.

17                 Q     Yahoo e-mail?

18                 A     Yes.

19                 Q     So you -- you would use your personal

20        e-mail account from your -- from your work

21        computer?

22                 A     Right.
```

Page 142

1              Q       Okay.  And so you would just log-in

2       as you normally would through Yahoo?

3              A       Correct.

4              Q       And what did you use your e-mail for

5       with respect to work?

6              A       I did not.

7              Q       Okay.  So you didn't send any work

8       e-mails?

9              A       No.

10              Q       And so -- but any e-mails that you

11      sent during the workday, you would just use your

12      Yahoo account?

13              A       Correct.

14              Q       So in all of the years that you were

15      there, you never had the -- you never had to e-mail

16      anyone at all about work?

17              A       Maybe a time sheet issue or, you

18      know, or pay -- or, you know, "Hey, can you tell me

19      when I'm supposed to go for an insurance checkup,"

20      or, "reinstate insurance."  Other than that, that's

21      it.

22              Q       But even that, you would just use the

Page 143

1          Yahoo e-mail?

2                   A       Correct.

3                   Q       So as you sit here, you don't recall

4          ever sitting down at your work computer and sending

5          an e-mail from a work e-mail account?

6                   A       I did not, not that I recall.

7                   Q       Okay.  Do you know -- do you know

8          whether you had a work e-mail account that you

9          could use?

10                  A       Yes.  It was through the Coffee

11         County.  I don't remember what it was called, but

12         yes.

13                  Q       Do you recall that it was an Outlook

14         account?

15                  A       I do not remember.

16                  Q       When you left the Coffee County

17         Election Office, did you delete any e-mails?

18                  A       No.

19                  Q       Did you delete anything from your

20         work computer?

21                  A       No.

22                  Q       When you went back to the office to

Page 144

```
 1          collect your belongings, did you log into your work

 2          computer?

 3               A     No.

 4               Q     When you left the office, did you

 5          take anything with you other than your own personal

 6          belongings?

 7               A     No.

 8               Q     Did you see Ms. Hampton take anything

 9          other than her personal belongings?

10               A     I did not.

11               Q     Did you see her log into her

12          computer?

13               A     I do not remember.

14               Q     Do you know if she did?

15               A     I have no clue.

16               Q     Do you know if she took anything

17          beyond her personal belongings?

18               A     I do not.

19               Q     At any point after January 7 of 2021,

20          did you ever see anyone from Dominion come in to

21          access any of the voting equipment?

22               A     After -- do what now?
```

Page 145

1          Q     To access any of the voting

2     equipment?

3            A     After what?

4          Q     After the -- when that team came in

5     on January 7 of 2021, did the Dominion tech that

6     worked with you guys, or anyone else from Dominion,

7     ever come in to do anything with the voting

8     equipment in the office?

9            A     I do not remember.

10          Q     Okay.  And the Dominion tech that you

11     guys worked with, was his name James?

12          A     Yes.

13          Q     Okay.

14          A     Yes.  Yes.  Yes.  Okay.  I couldn't

15     remember his name.  Yes.

16          Q     Do you remember his last name?

17          A     He was not from here, he's from

18     Haiti -- Haiti.

19          Q     Oh, Haiti.  Okay.

20                You don't remember his last name?

21          A     I do not.

22          Q     Okay.  And so, for example, after

Page 146

1          that team came in on January 7th, did you ever see

2          James back in the office?

3                    A     Not that I remember, no.

4                    Q     Okay.  Because you were -- you were

5          still there for almost two full months, you don't

6          remember him in the office at all?

7                    A     I don't remember.  I mean, I don't.

8                    Q     How often did James typically come

9          into the office when you were there?

10                   A     Just during elections.

11                   Q     So he -- he wasn't around if there

12         was no election?

13                   A     No.

14                   Q     Okay.  There was an election on --

15         the senate runoff was January 5th, 2021.  Do you

16         remember that?

17                   A     Yes.

18                   Q     And James was around to help with

19         that, right?

20                   A     I honestly don't remember if it was

21         James or if it was somebody else.  I do not

22         remember who.

Page 147

1          Q    There was a Dominion tech who came in

2     to help?

3          A    Yes.

4          Q    There was a Dominion tech, for

5     example, who came in and helped set up the -- the

6     voting equipment?

7          A    Yes.

8          Q    And so was the Dominion tech there on

9     January 6th to help break all the equipment down

10    and put it away?

11         A    Was that election night?

12         Q    That was the day after the election.

13         A    I do not remember.

14         Q    Okay.  When equipment was set up for

15    an election on election day, when would it

16    typically be taken down?

17         A    That same night.

18         Q    Okay.  So it wouldn't sit overnight?

19         A    No.

20         Q    And so the Dominion tech would help

21    with sort of taking it down?

22         A    No.  It -- that was -- goes back to

Page 148

1          whoever they hired to go and set up the equipment

2          through the County on election days, you know,

3          actual election date.

4                    Q     But I thought you said the Dominion

5          tech would take the touchscreens out of the vault

6          for elections.

7                    A     To set them to do L&A, yes, correct.

8          And then he would put them back in the case and

9          then whoever the County hired --

10                   Q     Okay.  So let me make sure I have

11         this right then.  For an election, the Dominion

12         tech comes in before the election, pulls the voting

13         equipment out of the vault and does logic and

14         accuracy testing?

15                   A     Correct.

16                   Q     And was that typically James for you?

17                   A     We -- like, I mean I only did one

18         election, so yes.

19                   Q     Okay.

20                   A     You know, one election cycle year,

21         whatever you want to call it.

22                   Q     Okay.  So the Dominion tech would do

1          the logic and accuracy testing.  Would the Dominion

2          tech do that on all of the touchscreens?

3                    A     Yes.

4                    Q     There were some touchscreens that you

5          guys never used that just stayed in the vault and

6          you didn't need them, right?

7                    A     Correct.

8                    Q     And there's a pretty good number of

9          those that you just never used, right?

10                   A     I honestly don't even know how many's

11         back there.

12                   Q     Did he do the logic and accuracy

13         testing only on the equipment that's going to be

14         used in the election?

15                   A     Correct.

16                   Q     Okay.  And so he does logic and

17         accuracy testing.  Does he then put the equipment

18         back in the vault?

19                   A     Correct.

20                   Q     And so then someone -- like, was it

21         Mandy -- was the name -- who would take the

22         equipment to the precincts?

1          A      Yes.

2          Q      Mandy would then come in later, take

3     that equipment out of the vault, put it on this

4     trailer and take it to the precincts?

5          A      Correct.

6          Q      And then Mandy would bring it back

7     and put it back in the vault?

8          A      Correct.

9          Q      And for early voting, did the

10    Dominion tech move the voting equipment out of the

11    vault into the early voting room?

12         A      Correct.

13         Q      Did the Dominion tech take that

14    equipment back into the vault?

15         A      Correct, just advanced voting.

16         Q      And so you're saying -- and the

17    advanced voting would be shut down typically a few

18    days before the election day, right, the Friday

19    before?

20         A      The Friday before, yes.

21         Q      And so that equipment typically would

22    be taken down the night of the Friday before

Page 151

1     election day by Dominion tech and put back into the

2     vault?

3             A    No.  It stayed up because you had to

4     run tallies off of it for election day.

5             Q    So when was the early voting

6     equipment taken down?

7             A    Election night.

8             Q    Got it.

9                  So election night you're taking the

10    early voting equipment, putting it back into the

11    vault, and all of the precinct equipment is also

12    going into the vault?

13            A    Right.  It took ample time for them

14    to come to that -- the most -- the advanced voting

15    stuff was already up and put up before any of that

16    other stuff started coming through the door.

17            Q    And the Dominion tech would be the

18    one to take the early voting equipment and put it

19    back in the vault?

20            A    Yes.

21            Q    Okay.  Was anything done with the

22    voting equipment on the day after the election or

Page 152

1          it's all back in the vault?

2                    A      It's all put up.

3                    Q      Do you recall a Dominion tech in the

4          Elections Office on January 7 of 2021, when that

5          team was there?

6                    A      I do not.

7                    Q      You don't recall one way or the other

8          or your recollection is that a Dominion tech was

9          not there?

10                   A      I do not recall one way or another.

11                   Q      Have you ever heard the name John

12         Terry?

13                   A      No.

14                   Q      Do you remember a democratic

15         representative who wore a cowboy hat?

16                   A      I do not.

17                   Q      All right.  Let me hand you Exhibit

18         17.

19                        (Ridlehoover Deposition Exhibit Number 17

20                         marked for identification.)

21         BY MR. CROSS:

22                   Q      And you'll see page numbers in the

Page 153

1          bottom left.

2                    A      Yes.

3                    Q      Flip to page 3 if you would --

4          actually flip to page -- flip to page 6.  Sorry,

5          they're not in order.  If you look at page 6,

6          you'll see at the top initials "CL" and then

7          "Cathy"?

8                    A      Uh-huh.

9                    Q      Yes?

10                   A      Yes.  Sorry.

11                   Q      And these are text messages between

12         Misty Hampton and Cathy Latham.  Do you understand

13         that?

14                   A      Yes.

15                   Q      And at the top of -- you can see

16         there's a text message that Ms. Latham sends to

17         Misty Hampton on January 7, 2021, at 9:46 a.m.

18         "Team left Atlanta at 8.  5 members led by Paul

19         Maggio."  There's a phone number.  And, "Scott is

20         flying in."  Ms. Hampton responds, "Yay."

21                          Do you see that?

22                   A      Yes.

Page 154

1           Q     Okay.  Does this refresh your

2     recollection at all that Paul Maggio was in the

3     office on January 7 of 2021?

4           A     It does not.

5           Q     And you see Ms. Hampton writes, "What

6     is Scott's last name?"  Ms. Latham responds,

7     "Hall."

8                 Do you see that?

9           A     Yes.

10          Q     Does that refresh your recollection

11    that Scott Hall was there that day?

12          A     It does not.

13          Q     Okay.  And then Ms. Hampton writes,

14    "Is somebody coming at 10?  To vote review panel."

15                Do you see that?

16          A     Yes.

17          Q     Do you recall that there was a voter

18    review panel in the office on January 7th?

19          A     I do not.

20          Q     You just don't recall one way or the

21    other?

22          A     I don't recall.

1              Q     And then if you flip now to page 3,

2       this picks up where we left off.  And so we're

3       still on January 7th.  So the bottom of the text

4       starts on January 6, it says, "Okay.  How was it

5       today?  Finished?"  You'll see that picking up on

6       page 3.

7              A     Yes.

8              Q     So we're still on the same thread on

9       January 7th.  Cathleen Latham says, "How is it

10      today?  Finished?"  And Ms. Hampton says, "All were

11      very simple."  Ms. Scott -- Ms. Latham writes,

12      "Good.  Scott has landed.  The rest of the team is

13      almost to Douglas."  Then Ms. Hampton writes,

14      "Okay.  The democratic man is still here."

15              Do you know who the democratic man

16      is?

17              A     I do not.

18              MR. DELK:  Object to the form.

19      BY MR. CROSS:

20              Q     And you don't -- you don't have any

21      recollection of a review panel that day?

22              A     I do not remember.

```
                                             Page 156

  1            Q     And you don't recall someone being in

  2      the office that day wearing a cowboy hat?

  3            A     I don't remember.

  4            Q     And you don't -- you don't recall the

  5      name John Terry at all?

  6            A     I do not.

  7            Q     Is there anyone else you remember

  8      being in the Coffee County Election Office at any

  9      point on January 7 of 2021 that we have not talked

 10      about?

 11            A     I have not.

 12            Q     Did anyone from the public happen to

 13      come in that day?

 14            A     I don't remember.

 15            Q     Anyone from the Board other than Eric

 16      Chaney?

 17                  MR. DELK:  Object to the form.

 18                  THE WITNESS:  I don't besides Cathy.

 19                  MR. DELK:  Object to the form.

 20      BY MR. CROSS:

 21            Q     So you don't recall, like, a voter

 22      coming in with an issue?
```

Page 157

1          A     I do not.

2          Q     Do you recall anyone taking notes

3     that day?

4          A     I do not.

5          Q     Did you speak with Ed Voyles in the

6     office that day?

7          A     I do not remember.

8          Q     But you recall he was there?

9                MR. DELK:  Object to the form.

10               When you say that day --

11               MR. CROSS:  January 7th, 2021.

12               THE WITNESS:  I do not -- no, not

13     that I recall.  I do not remember.

14     BY MR. CROSS:

15          Q     Mr. Voyles, is it fair to say, he's a

16     social chatty guy?

17          A     Yes.

18          Q     Okay.  If he was in the office that

19     day, you likely would have chatted with him, you

20     wouldn't have ignored him?

21          A     Yes, correct.

22               MR. DELK:  Object to the form.

Page 158

1       BY MR. CROSS:

2               Q       And you just don't recall one way or

3       the other whether he was there?

4               A       I do not.

5               Q       Do you recall ever seeing anyone on

6       the phone on January 7, 2021, in the Elections

7       Office or in the parking lot?

8               A       I do not.

9               Q       Do you recall pizza -- do you recall

10      having pizza for lunch that day?

11              A       I do not.

12              Q       Do you recall that Scott Hall bought

13      pizza for folks in the office that day?

14              A       I do not remember.

15              Q       All right.  Did anyone at any point,

16      either on the 7th of January 2021 or after, ask you

17      not to say anything to anyone about what happened?

18              A       No, they did not.

19              Q       Have you ever used an app called

20      Signal?

21              A       Do what now?

22              Q       Have you ever used an app called

Page 159

1          Signal?

2                  A     No.

3                  Q     Have you ever used Snapchat?

4                  A     Yes.

5                  Q     Have you ever used that with respect

6          to any -- anything to do with Coffee County

7          Elections?

8                  A     No.

9                  Q     Have you ever used Snapchat to

10         communicate with Misty Hampton?

11                 A     No.  Snapchat's really not

12         communicating.

13                 Q     Well, have you ever sent anything or

14         received anything --

15                 A     Send a Snap, yes.

16                 Q     To Misty Hampton?

17                 A     Yes.

18                 Q     Related to your work at all?

19                 A     No.

20                 Q     Related to Coffee County Elections?

21                 A     No.

22                 Q     Related to any events involving the

Page 160

1        office?

2                A       No.

3                Q       What about with Mr. Chaney, Eric

4        Chaney?

5                A       No.

6                Q       Did anyone from Dominion, while you

7        were in the office, ever conduct any kind of

8        inspection or audit of the voting equipment?

9                A       Not that I know.

10               Q       Did anyone from Dominion, did you

11       ever see them go into Ms. Hampton's office?

12               A       Yes.

13               Q       Did you ever see them go into the

14       GEMS room?

15               A       Yes.

16               Q       And what did you see them do in the

17       GEMS room?

18               A       I didn't see them do anything.  I

19       know they went in there, but I have no idea what

20       they did.

21               Q       Are you aware of anyone ever

22       connecting any of the equipment in the GEMS room,

Page 161

```
1         connecting that equipment to the internet?
2              A     I have not.
3              Q     There was Wi-Fi in the Coffee County
4         Elections Office, right?
5              A     Yes.
6              Q     And did you connect to that like with
7         your phone or anything?
8              A     No.
9              Q     Who typically used the Wi-Fi?
10             A     It was just --
11                   MR. DELK:  Object to the form.
12                   THE WITNESS:  -- just our computers.
13        BY MR. CROSS:
14             Q     Your -- your work computer was also
15        on?
16             A     Yeah, had -- you don't need E-net.
17             Q     Does your work computer work through
18        the Wi-Fi?
19             A     Yes.
20             Q     Okay.  Was there a log-in or a
21        password to get on the Wi-Fi?
22             A     There was, but it was already set up.
```

Page 162

1          Q     On the computer?

2          A     Yes.

3          Q     Did you ever connect any devices to

4     the Wi-Fi other than your computer?

5          A     No.

6          Q     Do you know if anyone else did?

7          A     I do not.

8                MR. DELK:  Object to the form.

9     BY MR. CROSS:?

10         Q     All right.  Let me show you Exhibit

11    18, please.

12              (Ridlehoover Deposition Exhibit Number 18

13               marked for identification.)

14    BY MR. CROSS:

15         Q     So, Ms. Ridlehoover, this is an

16    article that was published by a writer named Jose

17    Pagliery at the Daily Beast.

18                Have you ever heard his name before?

19         A     No.

20         Q     Do you recall him reaching out to you

21    shortly before this article came out?

22         A     I do not.

Page 163

1           Q     Okay.  Flip to page 6 if you would.

2     Actually let's start with page 5, just to give you

3     a little more context.

4                 Do you see here, if you come down to

5     the third paragraph on the bottom, do you see where

6     it refers to, "Team left Atlanta at 8.  5 members

7     led by Paul Maggio"?

8           A     Yes.

9           Q     And do you see this is referring to

10    that same text message from Ms. Latham to Misty

11    Hampton that we looked at earlier, right?

12          A     Yes.

13          Q     Okay.  And then Ms. Latham indicates,

14    "I trust you all!"  And then below that, the

15    article reports, "An hour later, a small

16    single-propeller plane flying in from

17    DeKalb-Peachtree Airport appeared on the horizon

18    just north of the small city, according to flight

19    records obtained by the Daily Beast.  It landed at

20    11:06 a.m. at the Douglas Municipal Gene Chambers

21    Airport.  A short time later, Latham checked in on

22    Hampton."

Page 164

1                    Do you see that?

2          A     Yes.

3          Q     Do you recall hearing that the team

4    that you saw in the office on January 7th, 2021,

5    that at least some of them had flown in?

6          A     I did not.

7          Q     If you would turn to the top, you'll

8    see Scott has -- it indicates here, "Latham wrote

9    to Ms. Hampton, Scott has landed.  The rest of the

10   team is almost to Douglas."

11                   Do you see that?

12         A     Yes.

13         Q     Then the article goes on, "Hall and

14   the team made their way to the windowless Elections

15   and Registration building.  Hampton would later

16   tell the Daily Beast that Chaney and Latham were

17   there.  And she recalled telling her junior

18   assistant, Jil Ridlehoover, to stay quiet."

19                   Do you see that?

20         A     Yes.

21         Q     And, again, you -- you don't dispute

22   that Eric Chaney and Cathy Latham were in the

1        office on January 7, 2021, right?

2                        MR. DELK:  Object to the form.  Asked

3        and answered.

4                        THE WITNESS:  Do what?

5                        MR. DELK:  You can answer.

6                        THE WITNESS:  I honestly do not

7        remember Eric Chaney being in the office.

8        BY MR. CROSS:

9                Q    You just don't recall one way or the

10       other?

11               A    I don't recall one way or the other.

12               Q    Okay.  And do you recall Ms. Hampton

13       telling you when these people were there to stay

14       quiet the whole time?

15               A    Yes.

16               Q    Okay.  And so Ms. Hampton reports

17       here, "I told you, you sit over there, you don't

18       say anything.  You don't know what's going on."

19                        Do you recall her saying that to you?

20               A    Correct.

21               Q    Okay.  And did you -- did you ask her

22       why?

 1              A     No, I did not.

 2              Q     Do you recall anything that you said

 3       to Ms. Hampton after she told you not to say

 4       anything?

 5              A     No, I don't.

 6              Q     Okay.  Did the people being there

 7       that you -- that we've talked about particularly

 8       after Ms. Hampton told you to be quiet, did it

 9       raise any concerns for you, any red flags?  Just

10       yes or no.

11              A     Yes, it did.

12              Q     Did you ever speak with anyone --

13       strike that.

14              Did you ever speak with anyone about

15       this team coming in on January 7th of 2021, besides

16       the conversation where Ms. Hampton asked you to be

17       quiet?

18              A     No.

19              Q     So you recall ever telling anyone at

20       all that these people had come into the office?

21              A     No.

22              Q     So not a family member?  Not law

Page 167

1          enforcement?  Not anyone?

2                    A      No.

3                           MR. DELK:  Objection.  Asked and

4          answered.

5          BY MR. CROSS:

6                    Q      Do you know the name Mike Lindell?

7                    A      No.

8                    Q      Do you know the company called My

9          Pillow?

10                   A      What now?

11                   Q      Do you know the company My Pillow?

12         They sell pillows.

13                   A      No.

14                   Q      Never heard of them?

15                   A      No.

16                   Q      Do you know whether someone named

17         Mike Lindell was ever in the Coffee County

18         Elections Office?

19                   A      I do not.

20                   Q      Were you aware that he flew into

21         Douglas, Georgia on February 25th of 2021?

22                   A      I am not.

Page 168

1          Q    That's not something you ever heard

2     or talked about with anyone?

3          A    No.

4          Q    So when you went -- when you went

5     back to the office on February 25th, after your --

6     the meeting with the board where you were let go,

7     do you recall seeing anyone in that office besides

8     Ms. Hampton and the sheriff's deputy who went with

9     you?

10         A    Princess came over there for us to

11    sign because -- yeah, Princess Porter came over

12    there for us to sign -- not to sign, but to make

13    sure she got our keys and all that.

14         Q    Who was that?

15         A    She is -- I don't know what she is.

16    She works at the courthouse in the Commissioners

17    Office.  I don't know what her title is.

18         Q    Did she walk in with you or she came

19    later there?

20         A    I don't remember.

21         Q    She came in, what was the

22    conversation with her?  What do you remember?

Page 169

1              A      There wasn't one.

2              Q      She came in and said, "I've got to

3       take all your" --

4              A      Keys and -- yeah.

5              Q      Okay.  And then she left, or was she

6       still there when you left?

7              A      I think I left -- I think we left

8       first and she was still there to my guess.

9              Q      So on February 25th, at some point

10      during the day, you, Ms. Hampton, Ms. Porter, and

11      this Sheriff's Deputy Cole were in the office?

12             A      Correct.

13             Q      Was there anyone else in the office

14      who you saw that day?

15             A      Not that I remember.

16             Q      Okay.  So we know that Mr. Lindell

17      flew into Douglas on the same day that you were let

18      go, but you don't know one way or the other whether

19      he was ever in that office?

20             A      I do not.

21             Q      Have you ever heard whether he has

22      ever spoken with anyone on the Board?

Page 170

1                    A      I have not.

2                    Q      Mr. Chaney has never mentioned

3          Mr. Lindell?

4                    A      No.

5                    Q      Did anyone who was there on

6          January 7th, 2021 give you anything?

7                    A      No.

8                    Q      Did they hand you anything?

9                    A      No.

10                   Q      Did they ask you to take anything or

11         hide anything?

12                   A      No.

13                   Q      Did they offer you any money?

14                   A      No.

15                   Q      Offer you anything of value?

16                   A      No.

17                   Q      Did you know if anyone offered

18         Ms. Hampton anything of value?

19                          MR. DELK:  Object to the form.

20                          THE WITNESS:  I do not.  You would

21         have to ask her.

22

Page 171

1      BY MR. CROSS:

2              Q      Did you ever see anyone hand anything

3      to Ms. Hampton in the office that day?

4              A      No.

5              Q      Are you familiar with the First

6      Baptist Church of Douglas?

7              A      Yes.

8              Q      Is that -- is that a church you

9      attend?

10             A      No.

11             Q      Have you ever been to that church?

12             A      My son went to preschool there.

13             Q      Have you been to that church at any

14     point in 2021?

15             A      No.

16             Q      And that's -- that's on North Gaskin

17     Avenue, right?  Does that sound right?

18             A      I have no clue.

19             Q      Okay.  And are you aware that Cathy

20     Latham is the secretary of that church?

21             A      No, I was not.

22             Q      Were you aware that Matthew

Page 172

```
 1        McCullough who's on the board is the CFO of that
 2        church?
 3                A     No, I was not.
 4                Q     Were you aware that a scanner was
 5        taken from that church to scan ballots in the
 6        Coffee County Election Office in January of 2021?
 7                A     No, I was not.
 8                Q     No one asked you to go pick that
 9        scanner up?
10                A     No.
11                Q     No one asked you to go take that
12        scanner back?
13                A     No.
14                Q     Do you know someone named Eddie
15        Chaney?
16                A     I do not.
17                Q     He works at -- well, do you know
18        David's Auto Sales?
19                A     I know where it's at, but that's it.
20                Q     Is that also owned by the Chaney
21        family?
22                A     No, it's not.
```

1          Q     So you don't know someone named Eddie
2     Chaney who works at -- here and at some point
3     worked at David's Auto Sales?
4          A     I do not.
5          Q     Never heard Eric Chaney mention him?
6          A     I have not.
7          Q     Okay.  Did you see anyone at the
8     Coffee County Elections Office on January 7th, 2021
9     by the name of Eddie?
10          A     I did not.
11          Q     Did you ever hear that anyone named
12     Eddie was going to be at the office or in the
13     parking lot that day?
14          A     I did not.
15          Q     Did you ever hear that anyone named
16     Eddie was going to drive anyone to or from the
17     office that day?
18          A     I have not.
19          Q     Do you know where Eric Chaney lives?
20          A     Yes.
21          Q     Where is that?
22          A     Mallard Pointe.

Page 174

```
 1                 Q     I'm sorry, where is Mallard Pointe?
 2                 A     Well, you go out 158 and turn
 3        where -- turn by the church and he lives just in a
 4        little neighborhood back in there.
 5                 Q     Have you ever been to his home?
 6                 A     No.
 7                 Q     How long has he lived there?
 8                 A     I do not know.
 9                 Q     Is it fair to say more than a month?
10                 A     Yeah.
11                 MR. DELK:   Object to the form.
12        BY MR. CROSS:
13                 Q     More than six months?
14                 A     I'm not sure.
15                 Q     More than two months?
16                 A     I have no clue.
17                 Q     Okay.   Do you know where he lived
18        before that?
19                 A     I did not.
20                 Q     Do you ever socialize with Eric
21        Chaney?
22                 A     No, not outside the office.
```

Page 175

```
 1              Q     Has Mr. Chaney ever told you to be

 2        quiet about what you saw in the office on

 3        January 7th?

 4              A     No, he has not.

 5              Q     And your testimony is you -- the two

 6        of you have never spoken about it?

 7              A     No.

 8              Q     Did you know he resigned from the

 9        Board on Friday?

10              A     No, I did not.

11              Q     You have not spoken to him about

12        that?

13              A     No, I have not.

14              Q     Sorry, I can't remember if I asked

15        you this before.  With respect to the Coffee County

16        Board letting you go, did you ever consider whether

17        the real reason for that had anything to do with

18        the events of January 7 and this team that came in?

19                    MR. DELK:  Object to the form.

20                    THE WITNESS:  Honestly, I've never

21        thought about it.

22
```

Page 176

1      BY MR. CROSS:

2              Q     So the Coffee County Board forced you

3      to resign for something that you didn't do and you

4      never thought about why they did that?

5                     MR. DELK:  Object to the form.  Asked

6      and answered.

7                     THE WITNESS:  I didn't --

8                     MR. DELK:  You can answer it subject

9      to my objection.

10                     THE WITNESS:  Honestly no.

11      BY MR. CROSS:

12              Q     Do you have -- is there any

13      explanation that comes to mind for why Misty

14      Hampton and Cathy Latham were talking about needing

15      to get a borrowed scanner back somewhere on or

16      around January 7th, 2021?

17                     MR. DELK:  Object to the form.

18                     THE WITNESS:  You would have to ask

19      them.

20      BY MR. CROSS:

21              Q     You don't recall seeing a scanner in

22      the office that day?  You just don't remember one

Page 177

1      way or the other?

2              A      I do not.

3              Q      So you don't -- nothing comes to mind

4      as to why they would have been talking about a

5      borrowed scanner?

6              A      No.

7              Q      Oh, I'm sorry.

8                     Did the Board meet in January of

9      2021?

10             A      Yes.  They would have had to -- they

11     met the first -- they met the first week of every

12     month.

13             Q      You don't have any reason, as you sit

14     here, to think they did not have the regular

15     meeting in January, right?

16             A      I do not.

17             Q      Did -- do you have any reason to

18     think they didn't meet in February?

19             A      I do not remember, but I mean, like I

20     said, they met the first week of every month.

21             Q      Do you have any -- is there any

22     explanation that comes to mind why there would be

Page 178

1          no board meeting minutes from February of 2021?

2                    A     No.

3                    MR. CROSS:  I don't have any further

4          questions for you, Ms. Ridlehoover.  I appreciate

5          your time today.

6                    Bruce, do you have questions?

7                    MR. BROWN:  I do not have any

8          questions.

9                    MR. PICO PRATS:  I'll have very few

10         questions.

11          EXAMINATION BY COUNSEL FOR STATE OF GEORGIA

12         BY MR. PICO PRATS:

13                   Q    Ms. Ridlehoover, I'm Javier Pico

14         Prats, representing the State of Georgia, the State

15         Defendants in this case.

16                   MR. CROSS:  Felicia, can you hear

17         Javier okay?

18                   COURT REPORTER:  I can hear him fine.

19                   MR. CROSS:  Okay.

20         BY MR. PICO PRATS:

21                   Q    Do you know who the plaintiffs are in

22         the case that are sitting before you now?

Page 179

1           A     I do not.

2           Q     And I'm just going to go through a

3     few people that are a part of this Zoom.

4                 Do you know who Donna Curling is?

5           A     I do not.

6           Q     Do you know who Marilyn Marks is?

7           A     I do not.

8           Q     Have you ever met or did you know who

9     David Cross was before?

10          A     Who?

11          Q     David Cross.

12          A     I did not, no.

13          Q     Adam Sparks?

14          A     No.

15          Q     Russ Abney?

16          A     No.

17          Q     Okay.

18                MR. BROWN:  I have a -- I just have a

19    question.  This is Bruce Brown.

20                Are these being asked on behalf of

21    Defendant State Election Board or just the

22    Secretary of State or both?

```
                                        Page 180

 1                        MR. PICO PRATS:  These are being
 2           asked in -- in terms of the State defendants
 3           generally.
 4                        MR. BROWN:  Both?  You're asking
 5           questions about the plaintiffs on behalf of the
 6           State Election Board.  Is that right?
 7                        MR. PICO PRATS:  Just the State
 8           defendants.
 9                        MR. BROWN:  Which includes which?
10                        MR. PICO PRATS:  That -- that
11           encompasses both.
12                        MR. BROWN:  Okay.  Thank you very
13           much.
14                        MR. PICO PRATS:  That's all the
15           questions I have.  Thank you.
16                        THE WITNESS:  You're welcome.
17                        VIDEOGRAPHER:  We're done?
18                        MR. CROSS:  We're done.  We can go
19           off the record.
20                        Thank you, Ms. Ridlehoover.
21                        THE WITNESS:  Thank you.
22                        VIDEOGRAPHER:  We are going off the
```

Page 181

1          record at 12:55.

2                          MR. DELK:  We'll reserve signature.

3                          (Whereupon, at 12:55 p.m., the

4                          video-recorded deposition of JIL

5                          RIDLEHOOVER was concluded; signature

6                          reserved.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 182

1               CERTIFICATE OF NOTARY PUBLIC

2           I, FELICIA A. NEWLAND, CSR, the officer before

3      whom a partial segment of the foregoing videotaped

4      deposition was taken, do hereby certify that the

5      witness whose testimony appears in the foregoing

6      deposition was not duly sworn by me, but by

7      LeShaundra Byrd; that the testimony of said witness

8      was taken by LeShaundra Byrd and me in stenotype and

9      thereafter reduced to typewriting under my

10     direction; that said deposition of the partial

11     segment wherein LeShaundra Byrd was present (pages 6

12     through 45) in which I transcribed and the partial

13     segment wherein I was present is a true record of

14     the testimony given by said witness; that I am

15     neither counsel for, related to, nor employed by any

16     of the parties to the action in which this

17     deposition was taken; and, further, that I am not a

18     relative or employee of any counsel or attorney

19     employed by the parties hereto, nor financially or

20     otherwise interested in the

21

22                          FELICIA A. NEWLAND, CSR

Page 183

1    Stephen Delk, Esquire

2    sdelk@hallboothsmith.com

3                        August 22, 2022

4    RE:   Curling, Donna  v. Raffensperger, Brad

5        8/16/2022, Jil Riddlehoover (#5375770)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-midatlantic@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

Page 184

1    Curling, Donna  v. Raffensperger, Brad

2    Jil Riddlehoover (#5375770)

3                      E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   Jil Riddlehoover                              Date

25

Page 185

1    Curling, Donna  v. Raffensperger, Brad

2    Jil Riddlehoover (#5375770)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Jil Riddlehoover, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Jil Riddlehoover                        Date

13   *If notary is required

14                       SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                       _____ DAY OF _____, 20____.

16

17

18                       _____

19                       NOTARY PUBLIC

20

21

22

23

24

25

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.