# EXHIBIT 6

**Provisionally Filed Under Seal**