# EXHIBIT 7

**Provisionally Filed Under Seal**