# EXHIBIT 9

**From:** Amanda Clark-Palmer <aclark@gsllaw.com>
**Sent:** Monday, August 29, 2022 2:50 PM
**To:** Cross, David D. <DCross@mofo.com>
**Subject:** re: Cathy Latham

<mark>External Email</mark>

Dear David,
On behalf of my client, SullivanStrickler, I can confirm that Cathy Latham was a primary point of contact in coordinating and facilitating SullivanStrickler's work in Coffee County, Georgia on January 7, 2021, pursuant to its engagement with Sidney Powell. Ms. Latham was on site in the Coffee County elections office that day while the work was performed.

Sincerely,
Amanda

Amanda R. Clark Palmer
Partner
Garland, Samuel, & Loeb, P.C.
3151 Maple Drive
Atlanta, GA 30305
(404) 262-2225
Fax: (404) 365-5041
aclark@gsllaw.com
https://www.gsllaw.com/Attorneys/Amanda-R-Clark-palmer.shtml