IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.<br><br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.<br><br>    Defendants. | CIVIL ACTION NO.: 1:17-cv-02989-AT |

### NOTICE OF INTENT TO FILE REPLY BY NONPARTY CATHLEEN A. LATHAM

COMES NOW Cathleen Latham, a nonparty to this action, and files this Notice of Intent to File Reply to Plaintiffs' Opposition to her Motion to Quash, showing this Court as follows:

1. On August 30, 2022, Plaintiffs filed their response to Nonparty Cathleen Latham's Motion to Quash and for Attorney's Fees, which was filed August 14, 2022;

2. Under Rule 7.1(C), a reply to a response to a motion shall be permitted but is not required;

3. A reply to Plaintiffs' Response is necessary to clarify the actual record and to assist the Court in adjudicating this matter;

4. Because a reply is optional, the undersigned wanted to notify the Court of the need for and their intent to file such a reply in this matter.

Dated: September 1, 2022          Respectfully submitted,

**CHEELEY LAW GROUP, LLC**

/s/ Robert D. Cheeley
Robert D. Cheeley
Georgia Bar No. 122727
2500 Old Milton Pkwy, Suite 200
Alpharetta, Georgia 30009
T: (770) 814-7001
bob@cheeleylawgroup.com
gabrielle@cheeleylawgroup.com

**PIERSON LAW LLC**

*/s/ Holly A. Pierson*
Holly A. Pierson
Georgia Bar No. 579655
2951 Piedmont Road NE, Suite 200
Atlanta, Georgia 30305
T: (404) 353-2316
hpierson@piersonlawllc.com

*Counsel for Nonparty Cathleen Latham*

## CERTIFICATE OF SERVICE

I certify that today I filed the foregoing MOTION TO QUASH SUBPOENAS AND FOR ATTORNEY'S FEES AND COSTS BY NONPARTY CATHLEEN LATHAM via the Court's CM/ECF system, which automatically serves all counsel of record.

Dated: September 1, 2022

*/s/ Holly A. Pierson*
Holly A. Pierson
Georgia Bar No. 579655
