IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, ET AL., Defendants. | Civil Action No. 1:17-CV-2989-AT |

## MOTION FOR USE OF ELECTRONIC EQUIPMENT DURING SEPTEMBER 9, 2022 HEARING

Coalition Plaintiffs respectfully move for entry of an Order authorizing the use of electronic equipment, including 3 laptop computers, 3 mobile phones, chargers, and any necessary accessories and media, by its counsel in attendance at the September 9, 2022 hearing in the above-styled action. Coalition Plaintiffs submit that good cause exists to grant this Motion, and request that this authorization for their attending counsel, Bruce Brown and Plaintiffs'

1

representative Marilyn Marks for the period 12 p.m. through completion of the hearing, at the Court's discretion.

WHEREFORE the Coalition Plaintiffs respectfully request that this Court enter an Order GRANTING this motion to bring the aforementioned electronic equipment into the courtroom for use during the September 9, 2022 hearing. A proposed Order is attached hereto as Exhibit A.

Respectfully submitted this 9th day of September, 2022.

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 386-6856

*Counsel for Plaintiff Coalition for Good Governance*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** Plaintiffs, <br><br> v. <br><br> **BRAD RAFFENSPERGER, ET AL.,** Defendants. | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on September 9, 2022, I electronically filed with the Clerk of Court a copy of the foregoing using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record. In addition, pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Bruce P. Brown*
Bruce P. Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER ALLOWING ELECTRONIC EQUIPMENT**

Coalition for Good Governance Plaintiffs' counsel Bruce Brown and Plaintiff representative Marilyn Marks may bring and use 3 laptops with power cords, 3 smart phones with power cords for use during the conference on September 9. 2022 before Judge Amy Totenberg, at the discretion of the Court. Said equipment shall be subject to inspection. Proper identification is required upon entering the security station on the Plaza or Lower Plaza Level.

**IT IS SO ORDERED** this __day of September, 2022

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE