# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 09/09/2022.

TIME COURT COMMENCED: 01:10 P.M.
TIME COURT CONCLUDED: 03:05 P.M.
TIME IN COURT: 1:55
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: Edwin Price
DEPUTY CLERK: Harry Martin

| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger |
|---|---|
| | Bruce Brown representing Coalition for Good Governance |
| | David Cross representing Donna Curling |
| | Robert McGuire representing Coalition for Good Governance |
| | Carey Miller representing Brad Raffensperger |
| | Javier Pico-Prats representing The State Election Board |
| | Cheryl Ringer representing The Fulton County Board of Registration and Elections |
| | Vincent Russo representing Brad Raffensperger |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | See Transcript |
| HEARING STATUS: | Hearing Concluded |