IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION ) ) FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, ET AL., Defendants. | ) ) ) |

### PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS – <u>BLAKE EDWARD VOYLES</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs Donna Curling, Donna Price, Jeffrey Schoenberg, Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett (collectively, "Plaintiffs") hereby notify all parties that they intend to serve the attached Subpoenas in the above-captioned matter:

1. *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action – Blake Edward Voyles*; and

2. *Subpoena to Testify at a Deposition in a Civil Action – Blake Edward Voyles.*

Respectfully submitted this 15th day of September, 2022.

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges, Ricardo Davis & Megan Missett*

| /s/ David D. Cross | /s/ Halsey G. Knapp, Jr. |
|---|---|
| David D. Cross (*pro hac vice*) | Halsey G. Knapp, Jr. |
| Mary G. Kaiser (*pro hac vice*) | GA Bar No. 425320 |
| Veronica Ascarrunz (*pro hac vice*) | Adam M. Sparks |
| MORRISON & FOERSTER LLP | GA Bar No. 341578 |
| 2100 L Street, NW, Suite 900 | KREVOLIN & HORST, LLC |
| Washington, DC 20037 | 1201 West Peachtree Street, NW |
| (202) 887-1500 | Suite 3250 |
|  | Atlanta, GA 30309 |
|  | (404) 888-9700 |

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

| /s/ Bruce P. Brown | /s/ Robert A. McGuire, III |
|---|---|
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

/s/ Russell T. Abney

Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355
    *Counsel for Plaintiff Coalition for Good Governance*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                      */s/ Cary Ichter*
                                      Cary Ichter
                                      Georgia Bar No. 382515

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:17-CV-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, I filed a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS - BLAKE EDWARD VOYLES** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                            */s/ Cary Ichter*
                                            Cary Ichter
                                            Georgia Bar No. 382515