IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## PROPOSED ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to File a Sur-reply in Opposition to Motion to Quash Subpoenas and for Attorney's Fees and Costs by Cathleen A. Latham (the "Motion"). Having considered the Motion and the full record in this case, and for good cause shown, it is hereby ORDERED that the Motion is **GRANTED**. The Plaintiffs shall file their sur-reply within three (3) days of this Order.

**IT IS SO ORDERED** this _____ day of September, 2022.

_____
U.S. District Court Judge Amy Totenberg

1