# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:17-CV-02989-AT<br>) |
| BRAD RAFFENSPERGER, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF FILING UNDER SEAL

Non-party U.S. Dominion, Inc. ("Dominion") hereby gives notice of filing of the MITRE Corporation's National Election Security Lab ("MITRE NESL") Independent Technical Review: Georgia's ImageCast X Ballot Marking Devices (July 2022), attached hereto and to be filed under seal pursuant to Section 4(c) of the Court's Protective Order entered on July 11, 2019 [Doc. 477].

Respectfully submitted: September 19, 2022.

*/s/ J. Matthew Maguire, Jr.*
J. Matthew Maguire, Jr.
Georgia Bar No. 372670
mmaguire@pcwlawfirm.com
Robert J. Kozloski, III
Georgia Bar No. 548519
rkozloski@pcwlawfirm.com

1

**PARKS, CHESIN & WALBERT, P.C.**
75 14th Street, N.E., 26th Floor
Atlanta, Georgia 30309
T: (404) 873-8000
F: (404) 873-8050
*Counsel for Non-Party U.S. Dominion, Inc.*

## CERTIFICATE OF COMPLIANCE
## <u>AND SERVICE</u>

I hereby certify that the foregoing as prepared using Times New Roman font, 14-point type, which is one of the font and point selections approved by the Court in L.R. 5.1(B). I further certify that I filed the within and foregoing *Notice of Filing Under Seal* using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

Respectfully submitted: September 19, 2022.

<u>/s/ J. Matthew Maguire, Jr.</u>
J. Matthew Maguire, Jr.
Georgia Bar No. 372670
mmaguire@pcwlawfirm.com