**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| DONNA CURLING, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-CV-02989-AT |
| | ) | |
| BRAD RAFFENSPERGER, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

Before the Court is Non-party U.S. Dominion, Inc.'s Motion for Leave to File Under Seal the MITRE Corporation's National Election Security Lab report entitled Independent Technical Review: Georgia's ImageCast X Ballot Marking Devices (July 2022) (hereinafter, "MITRE Report"). Having read and considered said motion, it is hereby GRANTED and the Clerk is directed to mark filed "under seal" the previously "provisionally filed" MITRE Report, Doc. 1487-1.

SO ORDERED, this _____ day of September, 2022.

_____

Hon. Amy Totenberg, Judge
United States District Court

1