# EXHIBIT 3





1





















11























