# EXHIBIT 5























11





