# EXHIBIT 6

## Exhibit 6: Timeline

| Date | Event | Source |
|---|---|---|
| <span style="color:red">Jan 6, 2021, 3:58 p.m.</span> | <span style="color:red">**Latham** arrives at the Coffee County elections office.</span> | <span style="color:red"><u>**New**</u>: Sur-reply Ex. 5</span> |
| Jan. 6, 2021, 4:26 PM | Misty Hampton (Elections Supervisor) texts Eric Chaney (Coffee County Elections Board member) that **Latham** is on the phone with Scott Hall "about wanting to come scan our ballots from the general election like we talked about the other day." | Dkt. 1470-2, Ex. 2 (Latham Ex. 6) at 1. |
| Jan. 6, 2021, 5:06 PM | **Latham** texts Scott Hall's email address to Misty Hampton: "Magnolia64@protonmail.com" | Dkt. 1470-2, Ex. 2 (Latham Ex. 6) at 5. |
| <span style="color:red">Jan. 6, 2021, 7:39 PM</span> | <span style="color:red">**Latham** leaves the Coffee County elections office, accompanied by a man, and followed shortly thereafter by Misty Hampton.</span> | <span style="color:red"><u>**New**</u>: Sur-reply Ex. 5</span> |
| Jan. 7, 2021, 9:46 AM | **Latham** texts Misty Hampton that Hall/Maggio "Team left Atlanta at 8. 5 members led by Paul Maggio 4042343962. Scott is flying in" and advising Misty of Scott Hall's last name. | Dkt. 1470-2, Ex. 2 (Latham Ex. 6) at 6. |
| Jan. 7, 2021, 10:31 AM | Paul Maggio emails Sidney Powell, Doug Logan, and others that "we are on our way to Coffee County Georgia to collect what we can from the Election / Voting machines and systems" and attaching the invoice for Sullivan Strickler's retainer. | Dkt. 1470-4, Ex. 4 (Chaney Ex. 10, Maggio emails) at -035. |

1

| Date | Event | Source |
|---|---|---|
| Jan. 7, 2021, 11:09 AM | **Latham** texts the municipal airport address to Paul Maggio and he instructs her to have "Eddie" pick up Scott. | Dkt. 1470-3, Ex. 3 (Maggio texts) at -078. |
| Jan. 7, 2021, 11:33 AM | **Latham** asks Paul Maggio how far out he is and he responds that they are in town and "waiting for Scott to let us know when to pull in." | Dkt. 1470-3, Ex. 3 (Maggio texts) at -078. |
| Jan. 7, 2021, 11:37 AM | **Latham** enters the Coffee County elections office | **New**: Sur-reply Ex. 3 at 6; Ex. 2 at 291:13-18 |
| Jan. 7, 2021, 11:40 AM | After speaking on her phone inside, **Latham** steps outside and repeatedly looks at her phone | **New**: Sur-reply Ex. 1 at 38:2-8; Ex. 3 at 7; Ex. 8 at 5-6. |
| Jan. 7, 2021, 11:43 AM | **Latham** escorts three individuals, Paul Maggio, Jim Nelson, and Jennifer Jackson, into the Elections Office at 11:43 AM. Once inside she introduces the group to Hampton, Voyles, and Chaney. | **New**: Sur-reply Ex. 1 at 39:17-23; Ex. 3 at 8-9; Ex. 2 at 126:3-13; Ex. 8 at 6-10. |
| Jan. 7, 2021, 11:44 AM | **Latham** steps outside again, repeatedly looking at and conversing on her phone waiting for additional visitors | **New**: Sur-reply Ex. 4 at 35-37 |
| Jan. 7, 2021, 11:50 AM | **Latham** escorts and welcomes two more people, Scott Hall and a programmer, into the elections office. Once inside, she leads them to Hampton's office and observes from the door. | **New**: Sur-reply Ex. 4 at 38-39; Ex. 1 at 41:7-16; Ex. 2 at 127:13-19; 234:14-22; Ex. 8 at 11-13. |

| Date | Event | Source |
|---|---|---|
| Jan. 7, 2021, 12:00 PM- 1:26 PM | **Latham** is seen intermittently interacting with her phone, standing watch over Hampton's office, and engaging in the main room with Chaney, Hall, the "programmer," Hampton, and the Sullivan Strickler team. At 12:17 PM she watches Maggio bring in equipment and closes the door behind him. At 12:32 PM, she discusses the ICX scanner with Maggio and the "programmer." She speaks on the phone at 1:15 PM and then takes a photo of Voyles. | **New:** Sur-reply Ex. 8 at 14-34. |
| Jan. 7, 021, 1:26 PM | **Latham** leaves the elections office | **New**: Sur-reply Ex. 4 at 59 |
| Jan. 7, 2021, 1:39 PM | Ed Voyles, a former member of the Coffee County Board of Elections, who has been present on and off all day, enters with a device that could be a scanner (which Latham is seen leaving with on January 20, 2021) | **New**: Sur-reply Ex. 5; Ex. 8 at 36 |
| Jan 7, 2021, before 2:30 PM | **Latham** was in the Elections Office on January 7 before 2:30PM | Dkt. 1470-5, Ex. 5 (Jill Riddlehoover Tr.) at 99-101. |
| Jan. 7, 2021, before 3:48 PM | **Latham** texts Misty Hampton "Scott has landed and the rest of team is almost to Douglas" | Dkt. 1470-2, Ex. 2 (Latham Ex. 6) at 3. |

3

| Date | Event | Source |
|---|---|---|
| Jan. 7, 2021, 3:51 PM-6PM | **Latham** returns to the elections office at 3:51PM. Inside, she is seen interacting with the SullivanStrickler team, Chaney, Hall, Hampton, and interacting with her phone. She observes the work of the "programmer" on his computer. She takes a selfie with and hugs a SullivanStrickler team member. | <u>**New**</u>: Sur-reply Ex. 4 at 70; Ex. 8 at 42-61. |
| Jan 7, 2021, between 4-5 PM | **Latham** testified that was in Elections Office and met Scott Hall outside for a few minutes. | Dkt. 1470-1, Ex. 1 (Latham Tr.) at 139-140. |
| Jan. 7, 2021, 4:10 PM | Maggio emails Sidney Powell that "Everything is going well here in Coffee County GA" and asking for confirmation of payment. | Dkt. 1470-4, Ex. 4 (Chaney Ex. 10, Maggio emails) at -034. |
| Jan. 7, 2021, 6:19 PM | **Latham** leaves the elections office for the day | <u>**New**</u>: Sur-reply Ex. 4 at 79 |
| Jan. 7, 2021, 7:24 PM | Eric Chaney texts Misty Hampton "Let's switch to Signal" | Dkt. 1470-2, Ex. 2 (Latham Ex. 6) at 2. |
| Jan. 7, 2021, 8:02 PM | Misty Hampton texts **Latham** to switch to Signal and **Latham** responds that she is on signal. | Dkt. 1470-2, Ex. 2 (Latham Ex. 6) at 7-8. |

| Date | Event | Source |
|---|---|---|
| Jan. 8, 2021, 3:48 PM | Paul Maggio emails Sidney Powell that "Everything went smoothly yesterday with the Coffee County collection. Everyone involved was extremely helpful. We are consolidating all of the data collected and will be uploading it to our secure site for access by your team. Hopefully we can take care of payment today." | Dkt. 1470-4, Ex. 4 (Chaney Ex. 10, Maggio emails) at -034. |
| Jan. 10, 2021, 4:07 PM | **Latham** asks Misty Hampton "Did you all finish with the scanner?"<br><br>Misty Hampton responds "Not yet. I am hoping by Tuesday. Do they need the scanner back??"<br><br>Latham responds "No one has said anything." | Dkt. 1470-2, Ex. 2 (Latham Ex. 6) at 8.<br><br>(These texts were never produced by Latham.)<br><br>Latham initially testified she did not know what Scott Hall was doing in Coffee County but when confronted with these texts remembered it was to scan ballots and then pled the Fifth as to the provenance of the scanner.  Dkt. 1470-1, Ex. 1 (Latham Tr.) at 169-173. |
| <span style="color:red">Jan. 20, 2021, 2:55 PM</span> | <span style="color:red">**Latham** exits the elections office with a device, that appears could be a scanner, and which appears like the device Mr. Voyles brought in midday on January 7, 2021.</span> | <span style="color:red">**New**: Sur-reply Ex. 5</span> |

5