# EXHIBIT 7

8/11/22, 3:05 PM                                                                 Gmail - Fwd: Dominion Contracts

# Gmail

**Cathy Latham <c▮▮▮▮▮▮▮@gmail.com>**

3 messages

**Cathy Latham** <c▮▮▮▮▮▮@protonmail.com>                                Wed, Feb 10, 2021 at 5:05 PM
Reply-To: Cathy Latham <c▮▮▮▮▮@protonmail.com>
To: "c▮▮▮▮▮▮@gmail.com" <c▮▮▮▮▮▮@gmail.com>

Sent from ProtonMail Mobile

---------- Forwarded message ----------
Magnolia64@protonmail.com>
Date: On Wed, Feb 10, 2021 at 11:51 AM
Subject: Fwd: Dominion Contracts
c▮▮▮▮▮▮@protonmail.com   c▮▮▮▮▮@protonmail.com>
Cc:
Please confirm receipt.

Scott G. Hall

Sent from ProtonMail Mobile

---------- Forwarded message ----------
▮▮▮▮▮@anytimebail.com>
Date: On Fri, Dec 4, 2020 at 7:06 PM
Subject: Fwd: Dominion Contracts
joshbearden▮▮▮▮▮▮▮▮   joshbearden▮▮▮▮▮▮▮▮>
Magnolia64@protonmail.com   Magnolia64@protonmail.com>

Josh,

I have attached a link to the Dominion Contracts per Scott Hall.  Please let me know if you

https://app.box.com/s/13v2zvn78etuavtz9jn3s9nf89em25xj


Paul Stewart
Mobile: ▮▮▮▮▮▮▮▮

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

LATHAM00044

8/11/22, 3:05 PM						Gmail - Fwd: Dominion Contracts

The information transmitted is intended only for the
person or entity to which it is addressed and may contain
confidential, proprietary, and/or privileged material.
Any review, retransmission, dissemination or other use of,
or taking of any action in reliance upon this information by
persons or entities other than the intended recipient is
prohibited.  If you received this in error, please contact the
sender and delete the material from all computers. GA622

**Cathy Latham** <c███████@protonmail.com>					Thu, Feb 18, 2021 at 5:42 AM
Reply-To: Cathy Latham <c█████@protonmail.com>

[Quoted text hidden]

**cathy latham** <c█████@gmail.com>						Thu, Feb 18, 2021 at 5:45 AM
To: Ginny Hall <███████@gmail.com>

This link is safe.

https://app.box.com/s/13v2zvn78etuavtz9jn3s9nf89em25xj

LATHAM00045

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.