# EXHIBIT 8



























































































































