# EXHIBIT 9

**Exhibit 9**

<table>
<tr><th>Dkt. 1471-1, Latham Testimony</th><th>Surveillance Video</th></tr>
<tr><td>Q. And what hours did you work on that day?<br>A. From 8:00 until 3:45. Or 7:45 to 3:45<br><br>Latham Dep. Tr. at 204:18-19<br><br>Q. Sure. I think you said you went earlier, you testified you went to the election office after work; is that right?<br>A. Correct.<br>Q. And you were there a short period of time and left around 4:30 or 4:45 in the afternoon, right?<br>A. Correct.<br>Q. So if you would have been at the election office at any other time, it would have either been before you started working or after you had dinner. Is that fair to say?<br>A. Yes.<br>Q. I mean, would it have been possible for you to go to the election office during work hours?<br>A. I mean, I taught a full schedule, I didn't have a planning period, so I can't remember.<br>Q. Is there any chance you had lunch at the election office or with people from the election office that day?<br>A. No, sir, I only have a 25-minute lunch, or did.<br><br>Latham Dep. Tr. at 205:1-22</td><td><br><br>Jan. 20, 2021 11:37am<br>Video shows Latham arriving at 11:37 am and present in the office all day except when she left briefly between 1:26 pm and 3:51 pm.<br>(Ex. 4 at 29, 59, 70; Ex. 8 at 42.)</td></tr>
</table>

| | |
|---|---|
| Q. So you were in the elections office on January 7?<br>A. I walked into the front part. I didn't go into the office.<br><br>Latham Dep. Tr. at 134:8-11<br>(*See* Dkt. 1471-1.) | <br><br>Jan. 7, 2021 11:41am<br>Latham enters interior office.<br>(Ex. 8 at 6.) |
| Q. Who did you see in the Coffee County elections building on January 7, 2021?<br>A. There were people in there and I get uncomfortable when there's others you know what I mean. So I just went in there asked if they needed me to do any voter review panel.<br><br>Latham Dep. Tr. at 134:12-17 | <br><br>Jan. 7, 2021 6:08pm<br>Latham hugs Jackson of SullivanStrickler. (Ex. 8 at 58.) |

| | |
|---|---|
| Q. Okay. Got it. And how long were you in the elections office that night?<br>A. Just a few minutes. It wasn't long at all. I can't tell you how long. But anyway, I asked to -- in fact, I think I only talked to Jil if -- did I need to do anything with the voter review panel.<br><br>Latham Dep. Tr. at 136:19-25 | <br><br>Jan. 7, 2021 6:00 pm<br>Latham in office. (Ex. 8 at 60.) |
| Q. Did you see Misty Hampton?<br>A. I can't even recall.<br><br>Latham Dep. Tr. at 138:4-5 | <br><br>Jan. 7, 2021 11:43am<br>Latham introduces Hampton and Maggio. (Ex. 8 at 8.) |

| | |
|---|---|
| Q. Do you know whether they did meet with Eric Chaney?<br>A. I have no idea.<br><br>Latham Dep. Tr. at 130:13-16 | <br><br>Jan. 7, 2021 11:43am<br>SullivanStrickler team meets Chaney (camo) and Voyles (tan shirt), Latham leaving room. (Ex. 8 at 10.) |
| Q. Do you recall seeing any male figure in the office that day?<br>A. Possibly. I wasn't paying attention.<br><br>Latham Dep. Tr. at 138:12-14 | <br><br>Jan. 7, 2021 3:58pm<br>Latham with five men in office.<br>(Ex. 8 at 45.) |

| | |
|---|---|
| Q. Did you see Scott Hall?<br>A. No, Scott came from outside. And he and I talked outside, and I was glad to have met him. And then I left.<br><br>Latham Dep. Tr. at 138:18-21 | <br>Jan. 7, 2021 4:33pm<br>Scott Hall's hands on Latham's shoulders. (Ex. 8 at 50.) |
| Q. So you're in there talking to Jil Riddlehouse [sic] and then that's when Scott Hall came in from outside?<br>A. Uh-huh.<br>Q. "Yes"?<br>A. Yes, sorry.<br>Q. And did he speak to Jil too?<br>10 A. No. Because she was behind the glass.<br>Q. How did you talk to Jil Riddlehouse [sic] if she was behind the glass?<br>A. There's, you know, the little talking thing.<br><br>Latham Dep. Tr. at 140:3-14 | <br>Jan. 7, 2021 4:18pm<br>Hall stands beside Ridlehoover's desk. (Ex. 8 at 49.) |

<table>
<tr>
<td>
Q. Was there anyone else inside the building at all that you saw or that you were aware of?<br>
A. Not that I can recall. I saw people, but I wasn't paying attention.<br><br>
Latham Dep. Tr. at 140:24-141:2
</td>
<td>

Jan. 7, 2021 11:43am<br>
Latham introduces SullivanStickler team to Hampton, Chaney & Voyles.<br>
(Ex. 8 at 9.)
</td>
</tr>
</table>

<table>
<tr>
<td>Q. And when Mr. Hall came in, did he approach you immediately? Did he talk to someone else? What did he do?<br>A. He said, “Are you Cathy?” And he said, “I’m Scott Hall.” And I shook his hand, it was nice to meet him. And he knew me because I had been on the TV.<br>Q. How long did you guys talk?<br>A. I mean, five minutes at the most. I can’t tell you how long.<br><br>Latham Dep. Tr. at 141:3-9</td>
<td>

Jan. 7, 2021 12:54pm<br>Latham talks to Hall. (Ex. 8 at 29.)<br><br>

Jan. 7, 2021 4:48pm<br>Latham and Hall (Ex. 8 at 51.)</td>
</tr>
</table>

<table>
<tr>
<td>Q. Did you see him talk to Misty Hampton?<br>A. I didn't see Misty.<br><br>Latham Dep. Tr. at 142:2-3</td>
<td><br><br>Jan. 7, 2021 3:54pm<br>Latham, Hall, and Hampton (Ex. 8 at 44.)</td>
</tr>
<tr>
<td>Q. Did you see him talk to anyone other than yourself?<br>A. No.<br><br>Latham Dep. Tr. at 142:4-6</td>
<td><br><br>Jan. 7, 2021 12:31pm<br>Hall, Latham, Maggio, and Hampton<br>(Ex. 8 at 24.)</td>
</tr>
</table>

| | |
|---|---|
| Q. Did you see anyone with him?<br>A. No. He came in by himself.<br><br>Latham Dep. Tr. at 142:7-8 | Jan. 7, 2021 11:50am<br>Latham brings Scott Hall & Alex Cruce into the elections office. (Ex. 4 at 38.) |
| Q. So he came in, you spoke for maybe five minutes and then what did you do?<br>A. I went out and I'm assuming -- I left him in the foyer so I didn't look.<br><br>Latham Dep. Tr. at 142:9-12 | <br>Jan. 7, 2021 12:25pm<br>Latham, Hall, and Cruce (Ex. 8 at 21.) |

Q. So when you left, he was still inside?
A. Yes.
Q. Did you ever see him leave the building?
A. No. I left.
Q. So as you sit here, you don't know when he left the elections office?
A. No, sir.

Latham Dep. Tr. at 142:13-19

Jan. 7, 2021 4:48pm
Hall preparing to leave the elections office and Latham remains. (Ex. 8 at 51.)

Jan. 7, 2021 4:49pm
Scott Hall departing elections office. Latham did not leave until 6:19pm. (Ex. 4 at 73, 79.)

<table>
<tr>
<td>
Q. When he came inside, was he carrying anything?<br>
A. No, not that I know of, maybe a cell phone, but...<br>
Q. Did you see anything in his hands, like did he have a bag, a computer?<br>
A. No.<br><br>
Latham Dep. Tr. at 144:15-21
</td>
<td>

Jan. 7, 2021 11:50am<br>
Latham leads Hall & Cruce in with bags<br>
(Ex. 4 at 38.)
</td>
</tr>
<tr>
<td>
Q. Do you recall when you had dinner?<br>
A. It would have been before 5 because I know my husband got off and we went and had an early dinner because I was wondering if there would be somebody to serve because it was before 5:00. And we would have eaten dinner and hurried up to get home to feed the dogs.<br><br>
Latham Dep. Tr. at 145:19-25
</td>
<td>

Jan. 7, 2021 6:00pm<br>
Latham and her husband (Ex. 8 at 60.)
</td>
</tr>
</table>

| | |
|---|---|
| Q. So somewhere -- somewhere between 3:48 p.m. and about 5:00 you were in the elections office, had a conversation with Scott Hall and then went to dinner with your husband?<br>A. Yeah, somewhere in between this and I would say 4:30 because I have -- my mind -- we went to go eat somewhere in between 4:30 and 4:45.<br><br>Latham Dep. Tr. at 146:19-25<br><br>Q. My understanding is that you went to the election office sometime in the early afternoon on that day. Were there for a very short period of time and then left around 4:30 or 4:45 I think you said to go have dinner; is that right?<br>A. Yes, sir.<br><br>Latham Dep. Tr. at 204:7-12 | Jan. 7, 2021 6:19pm<br>Latham and her husband leave for the evening. (Ex. 4 at 79.) |
| Q. Paul Maggio?<br>A. No. I don't -- I never talked to Paul Maggio, so I don't -- the only way I have his phone number is from that text.<br><br>Latham Dep. Tr. at 148:1-4 | <br>Jan. 7, 2021 12:31pm<br>Maggio, Hall, Latham, and Hampton (Ex. 8 at 24.) |

<table>
<tr>
<td>Q. All right. So just picking up where we left off, Mrs. Latham, you just know there was a borrowed scanner for the ballots that were scanning --<br>A. Yes.<br>Q. -- with Mr. Hall, you don't know where it came from?<br>A. No.<br><br>Latham Dep. Tr. at 173:19-174:1<br><br>Q. Do you know whether the scanner was a high capacity like a high volume scanner?<br>A. I have no idea.<br><br>Latham Dep. Tr. at 189:19-21</td>
<td><br>Jan. 20, 2021 2:55pm<br>Latham carries borrowed scanner out of the elections office. (Ex. 5 at 14.)</td>
</tr>
</table>


| | |
|---|---|
| | <br>Jan. 20, 2021 1:17pm<br>Latham taking photo or video of Voyles<br>(Ex. 8 at 34.)<br><br><br>Jan. 20, 2021 5:38pm<br>Latham taking photo with Jackson of SullivanStrickler (Ex. 8 at 58.) |