IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs,*

v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## NOTICE OF FILING REGARDING COFFEE COUNTY EQUIPMENT

This Court has directed additional discovery regarding the access of election equipment in Coffee County. [Docs. 1477]. The Coffee County incidents are also under investigation by the State Election Board, Secretary of State, and Georgia Bureau of Investigation (GBI). *See generally* [Doc. 1476 at 30].

The Secretary's office has determined that it should replace the election equipment in Coffee County. To that end, the Secretary's office will be replacing the following components of Coffee County's election system on Monday, September 26, 2022:

    1. All ballot-marking devices;

    2. All printers used with ballot-marking devices;

    3. All precinct scanners;

4. All flash cards; and

5. All thumb drives.

The existing equipment or forensic images of the existing equipment will be maintained for law-enforcement purposes in coordination with the GBI. A copy of the press release announcing the replacement is attached as Ex. A.

Given the nature of the ongoing discovery in this case, counsel for Plaintiffs and Plaintiffs are free to attend in person on Monday when the equipment is being replaced. State Defendants are available for any other questions this Court has regarding the investigation and steps taken by the Secretary's office.

Respectfully submitted this 23rd day of September, 2022.

**Robbins Ross Alloy Belinfante Littlefield LLC**

Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com

Carey Miller
Georgia Bar No.: 976240
cmiller@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing NOTICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
*Counsel for State Defendants*