# EXHIBIT 4

12:02 p.m.



12:29 p.m.



12:37 p.m. (4 min.)



12:40 p.m. (3 min.)



12:49 p.m.



1:09 p.m.



1:17 p.m.



1:18 p.m.



4:01 p.m. (2 min.)



4:03 p.m. (13 min.)



4:18 p.m. (16 min.)



4:34 p.m.



4:38 p.m. (5 min.)



4:44 p.m.



4:58 p.m.



5:02 p.m. (2 min.)



5:07 p.m.



5:13 p.m.



5:17 p.m.



5:20 p.m. (4 min.)



5:29 p.m.



5:38 p.m.



5:49 p.m.



6:01 p.m.



6:19 p.m.

