# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 09/26/2022.

TIME COURT COMMENCED: 12:35 P.M.
TIME COURT CONCLUDED: 01:50 P.M.      COURT REPORTER: Shannon Welch
TIME IN COURT: 1:15                   DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance |
| | David Cross representing Donna Curling |
| | Alexander Denton representing The State Election Board |
| | Bryan Jacoutot representing State of Election Board |
| | David Lowman representing The Fulton County Board of Registration and Elections |
| | Carey Miller representing The State Election Board |
| | Javier Pico-Prats representing The State Election Board |
| | Holly Pierson representing Cathleen Alston Latham |
| | Vincent Russo representing The State Election Board |
| | Adam Sparks representing Donna Curling |
| | Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Teleconference on Motion to Quash. See Transcript. |
| HEARING STATUS: | Hearing Concluded |