# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 09/30/2022.

TIME COURT COMMENCED: 10:45 A.M.
TIME COURT CONCLUDED: 11:30 A.M.          COURT REPORTER: Shannon Welch
TIME IN COURT: 00:45                       DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bruce Brown representing Coalition for Good Governance |
| | David Cross representing Donna Curling |
| | Alexander Denton representing The State Election Board |
| | Bryan Jacoutot representing State of Election Board |
| | Javier Pico-Prats representing The State Election Board |
| | Vincent Russo representing The State Election Board |
| | Adam Sparks representing Donna Curling |
| | Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Discovery Conference. See Transcript. |
| HEARING STATUS: | Hearing Concluded |