| Filename | Document or Subject of Email | From | To | CC | Date | Time | Privilege asserted | Further Description | Attachment |
|---|---|---|---|---|---|---|---|---|---|
| Coffee County-GBI | Coffee County | Bryan Tyson | Ryan Germany; Steven Ellis | Vincent Russo; Carey Miller; Josh Belinfante; Alexnder Denton; Diane LaRoss | 29-Jul-22 | 10:16 AM | Attorney-client; work product | Communications about active litigation with outside counsel | Curling Dkt. 1440-7 - R. Germany Email from July 20 2022 (02376461xBE13C).PDF |
| Curling - Coffee County Investigation | Curling - Coffee County Investigation | Vincent Russo | Steven Ellis; Meaghan Kelling | Ryan Germany; Bryan Tyson; Carey Miller; Josh Belinfante | 10-Jun-22 | 8:14 AM | Attorney-client; work product | Communications about active litigation with outside counsel | SEB Cases (April 1, 2020 - September 1, 2021).xlsx |
| Draft GBI Letter | Draft GBI Letter | Bryan Tyson | Ryan Germany; Steven Ellis | Josh Belinfante; Vincent Russo; Carey Miller; Alexander Denton; Diane LaRoss | 1-Aug-22 | 3:46 PM | Attorney-client; work product | Communications about active litigation with outside counsel | Letter to GBI regarding Coffee County Investigation 08 01 2022 draft (02378068xBE13C).DOCX |
| Draft Germany Dec. on Coffee County | Draft Germany Dec. on Coffee County | Bryan Tyson | Ryan Germany; Steven Ellis | Vincent Russo; Carey Miller; Josh Belinfante; Alexnder Denton; Diane LaRoss | 1-Aug-22 | 10:27 AM | Attorney-client; work product | Communications about active litigation with outside counsel | Curling - Dec. of R. Germany re Coffee County Investigation (02376660xBE13C).DOCX |
| FW_ Curling v. Raffensperger - Privileged | FW: Curling v. Raffensperger - Privileged Communication | Ryan Germany | Steven Ellis | | 6-Jul-22 | 4:17 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| FW_ Formal request for assistance in Coffee County investigation1 | FW: Formal request for assitance in Coffee County investigation | Steven Ellis | Bryan Tyson; Ryan Germany; Gabriel Sterling; Carey Miller; Vincent Russo | | 2-Aug-22 | 1:34 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| Re_ Activity in Case 1_18-cv-02989-AT | Re: Activity in Case 1:17-cv-02989-AT Curling et al v. Raffensperger et al Motion for Miscellaneous Relief | Ryan Germany | Ellis | Vincent Russo; Carey Miller; Josh Belinfante; Bryan Tyson; Steven Ellis | 13-Jul-22 | 12:26 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE_ Coffee county | RE: Coffee county. | Carey Miller | Steven Ellis | | 18-Aug-22 | 1:58 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE_ Coffee County-7-27 | Re: Coffee County | Ryan Germany | Bryan Tyson; Steven Ellis | Vincent Russo; Carey Miller; Josh Belinfante; Alexnder Denton; Diane LaRoss | 29-Jul-22 | 10:39 AM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE Coffee Subpoena Files | RE: Coffee Subpoena Files | Carey Miller | Ryan Germany; Steven Ellis | Vincent Russo; Bryan Tyson; Josh Belinfante; Alexander Denton; Javier Pico-Prats | 22-Aug-22 | 9:38 AM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE Coffee Subpoena Files1 | RE: Coffee Subpoena Files | Steven Ellis | Carey Miller; Ryan Germany | Vincent Russo; Bryan Tyson; Josh Belinfante; Alexander Denton; Javier Pico-Prats | 22-Aug-22 | 9:43 AM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE Coffee Subpoena Files4 | RE: Coffee Subpoena Files | Steven Ellis | Ryan Germany; Vincent Russo; Carey Miller | Bryan Tyson; Josh Belinfante; Alexander Denton; Javier Pico-Prats | 22-Aug-22 | 7:54 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| Re_ Curling - Coffee County Investigation | Re: Curling - Coffee County Investigation | Steven Ellis | Vincent Russo; Meaghan Kelling | Ryan Germany; Bryan Tyson; Carey Miller; Josh Belinfante | 10-Jun-22 | 8:52 AM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| Re_ Curling - Coffee County Investigation1 | Re: Curling - Coffee County Investigation | Vincent Russo | Steven Ellis; Meaghan Kelling | Ryan Germany; Bryan Tyson; Carey Miller; Josh Belinfante | 10-Jun-22 | 8:58 AM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| Re_ Curling - Coffee County Investigation2 | Re: Curling - Coffee County Investigation | Meaghan Kelling | Vincent Russo; Steven Ellis | Ryan Germany; Bryan Tyson; Carey Miller; Josh Belinfante | 10-Jun-22 | 2:34 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| Re_ Curling - Coffee County Investigation3 | Re: Curling - Coffee County Investigation | Vincent Russo | Meaghan Kelling; Steven Ellis | Ryan Germany; Bryan Tyson; Carey Miller; Josh Belinfante | 10-Jun-22 | 2:36 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE_ Curling v. Raffensperger - Privileged Communication | RE: Curling v. Raffensperger - Privileged Communication | Carey Miller | jim@pminvestigations.com; Vincent Russo; Bryan Tyson; Josh Belinfante | Ryan Germany; Michael Barnes; Steven Ellis | 25-Jul-22 | 3:51 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE_ Curling v. Raffensperger - Privileged Communication1 | RE: Curling v. Raffensperger - Privileged Communication | Jim Persinger | Carey Miller; Vincent Russo; Bryan Tyson; Josh Belinfante | Ryan Germany; Michael Barnes; Steven Ellis | 25-Jul-22 | 4:19 PM | Attorney-client; work product | Communications about active litigation with consulting expert | |
| RE_ Curling v. Raffensperger - Privileged Communication-1 | RE: Curling v. Raffensperger - Privileged Communication | Jim Persinger | Carey Miller; Vincent Russo; Bryan Tyson; Josh Belinfante | Ryan Germany; Michael Barnes; Steven Ellis | 27-Jul-22 | 3:45 PM | Attorney-client; work product | Communications about active litigation with consulting expert | |
| RE_ Curling v. Raffensperger - Privileged Communication-2 | RE: Curling v. Raffensperger - Privileged Communication | Jim Persinger | Carey Miller; Vincent Russo; Bryan Tyson; Josh Belinfante | Ryan Germany; Michael Barnes; Steven Ellis | 27-Jul-22 | 3:56 PM | Attorney-client; work product | Communications about active litigation with consulting expert | |
| RE_ Curling v. Raffensperger - Privileged Communication-4 | RE: Curling v. Raffensperger - Privileged Communication | Carey Miller | Jim Persinger; Vincent Russo; Bryan Tyson; Josh Belinfante | Ryan Germany; Steven Ellis; Michael Barnes; Alexander Denton | 28-Jul-22 | 10:19 AM | Attorney-client; work product | Communications about active litigation with consulting expert | |
| RE_ Curling v. Raffensperger - Privileged Communication-5 | RE: Curling v. Raffensperger - Privileged Communication | Jim Persinger | Michael Barnes; Carey Miller; Vincent Russo; Bryan Tyson; Josh Belinfante | Ryan Germany; Steven Ellis; Alexander Denton | 28-Jul-22 | 10:33 AM | Attorney-client; work product | Communications about active litigation with consulting expert | |
| RE_ Curling v. Raffensperger - Privileged Communication-7 | RE: Curling v. Raffensperger - Privileged Communication | Steven Ellis | Jim Persinger; Michael Barnes; Vincent Russo; Bryan Tyson; Josh Belinfante | Ryan Germany; Alexander Denton | 28-Jul-22 | 10:35 AM | Attorney-client; work product | Communications about active litigation with consulting expert | |
| RE_ Curling v. Raffensperger - Privileged Communication-7-28 | RE: Curling v. Raffensperger - Privileged Communication | Jim Persinger | Michael Barnes; Ryan Germany; Carey Miller; Vincent Russo; Steven Ellis; Bryan Tyson | Josh Belinfante; Alexander Denton | 29-Jul-22 | 1:03 PM | Attorney-client; work product | Communications about active litigation with consulting expert | |
| RE_ Curling v. Raffensperger; 1_17-CV-2989 - STATUTORY ELECTRONIC SERVICE | RE: Curling v. Raffensperger; 1:17-CV-2989 - STATUTORY ELECTRONIC SERVICE | Ryan Germany | Carey Miller; Bryan Tyson; Vincent Russo | Gabriel Sterling; Steven Ellis | 1-Aug-22 | 9:47 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE_ Curling v. Raffensperger; 1_17-CV-2989 - STATUTORY ELECTRONIC SERVICE1 | RE: Curling v. Raffensperger; 1:17-CV-2989 - STATUTORY ELECTRONIC SERVICE | Carey Miller | Ryan Germany; Bryan Tyson; Vincent Russo | Gabriel Sterling; Steven Ellis | 1-Aug-22 | 9:41 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE_ Curling v. Raffensperger; 1_17-CV-2989 - STATUTORY ELECTRONIC SERVICE5 | RE: Curling v. Raffensperger; 1:17-CV-2989 - STATUTORY ELECTRONIC SERVICE | Ryan Germany | Gabriel Sterling; Carey Miller; Bryan Tyson; Vincent Russo | Steven Ellis | 1-Aug-22 | 10:30 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE_ Curling v. Raffensperger; 1_17-CV-2989 - STATUTORY ELECTRONIC SERVICE6 | RE: Curling v. Raffensperger; 1:17-CV-2989 - STATUTORY ELECTRONIC SERVICE | Steven Ellis | Ryan Germany; Gabriel Sterling; Carey Miller; Bryan Tyson; Vincent Russo | | 2-Aug-22 | 6:55 AM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE_ Draft GBI Letter | RE: Draft GBI Letter | Bryan Tyson | Steven Ellis; Ryan Germany | Josh Belinfante; Vincent Russo; Carey Miller; Alexander Denton; Diane LaRoss | 1-Aug-22 | 4:05 PM | Attorney-client; work product | Communications about active litigation with outside counsel | Letter to GBI regarding Coffee County Investigation 08 01 2022 draft.DOCX |
| RE_ Draft GBI Letter1 | RE: Draft GBI Letter | Bryan Tyson | Steven Ellis; Ryan Germany | Josh Belinfante; Vincent Russo; Carey Miller; Alexander Denton; Diane LaRoss | 1-Aug-22 | 4:18 PM | Attorney-client; work product | Communications about active litigation with outside counsel | Letter to GBI regarding Coffee County Investigation 08 01 2022 draft.DOCX |
| RE_ Draft GBI Letter4 | RE: Draft GBI Letter | Steven Ellis | Bryan Tyson; Ryan Germany | Josh Belinfante; Vincent Russo; Carey Miller; Alexander Denton; Diane LaRoss | 1-Aug-22 | 4:26 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| RE_ Draft GBI LetterFinal | RE: Draft GBI Letter | Steven Ellis | Bryan Tyson; Ryan Germany | Josh Belinfante; Vincent Russo; Carey Miller; Alexander Denton; Diane LaRoss | 1-Aug-22 | 9:12 PM | Attorney-client; work product | Communications about active litigation with outside counsel | Letter to GBI regarding Coffee County Investigation.DOCX |
| re_ Formal request for assistance in Coffee county investigation1 | Re: Formal request for assistance in Coffee County investigation | Steven Ellis | Bryan Tyson; Ryan Germany; Gabriel Sterling; Carey Miller; Vincent Russo | | 2-Aug-22 | 5:57 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| Re_ Maggio Production | Re: Maggio Production | Steven Ellis | Javier Pico-Prats; Carey Miller; Ryan Germany | Vincent Russo; Bryan Tyson; Josh Belinfante; Alexander Denton | 19-Aug-22 | 2:26 PM | Attorney-client; work product | Communications about active litigation with outside counsel | |
| Coffee County- SEB 2020-250 | Coffee County- SEB 2020-250 | Ryan Germany | Sara Koth; Steven Ellis | Vincent Russo | 10-Jun-22 | 2:28 PM | Attorney client; work product - acting at direction of outside counsel | Acting at direction of outside counsel | |
| email.pdf | Re: | Steven Ellis | Ryan Germany | | 10-Jun-22 | 12:52 PM | Attorney client; work product - acting at direction of outside counsel | Acting at direction of outside counsel | |
| 2374_001.PDF | Notes and investigative plan for Coffee County | Sara Koth | | | Undated | | Investigative privilege for active criminal investigation | Privileged because discloses targets, sources, and methods of investigation | |
| 2375_001.PDF | List of evidence and witnesses for GBI | Sara Koth | | | Undated | | Investigative privilege for active criminal investigation | Privileged because discloses targets, sources, and methods of investigation | |
| Coffee County Documents.PDF | Coffee County Documents | Meaghan Kelling | Steven Ellis | | 30-Jun-22 | 2:20 PM | Investigative privilege for active criminal investigation | Privileged because discloses targets, sources, and methods of investigation | Coffee County Absentee Ballot Transfer Letter.docx; SEB2021-094 COFFEE COUNTY AB DROP BOX ROI.docx; SEB2021-094 |
| Coffee County SEB investigation | Coffee County SEB investigation | Ryan Germany | Anthony Rowell; Jennifer Herzog | Steven Ellis | 20-Jul-22 | 10:08 AM | Investigative privilege for active criminal investigation | Privileged because discloses targets, sources, and methods of investigation | |
| Coffee County-GBI1.pdf | Coffee County. | Steven Ellis | Brian Whidby | | 2-Aug-22 | 3:52 PM | Investigative privilege for active criminal investigation | Privileged because discloses targets, sources, and methods of investigation | |

| File Name | Subject | From | To | CC | Date | Time | Privilege Basis | Privilege Description | Attachment |
|---|---|---|---|---|---|---|---|---|---|
| RE_ Coffee County- SEB 2020-250.PDF | RE: Coffee County- SEB 2020-250 | Sara Koth | Ryan Germany; Steven Ellis | Vincent Russo | 10-Jun-22 | 2:32 PM | Investigative privilege for active criminal investigation; attorney-client; work product | Privileged because discloses targets, sources, and methods of investigation | SEB2020-250 ROI.doc |
| SEB2020-250 Coffee County .PDF | SEB2020-250 Coffee County | Meaghan Kelling | Steven Ellis | | 1-Jul-22 | 9:28 AM | Investigative privilege for active criminal investigation | Privileged because discloses targets, sources, and methods of investigation | SEB2020-250 - ROI.doc |
| SEB2020-250 Coffee County .PDF | RE: SEB2020-250 Coffee County | Steven Ellis | Meaghan Kelling | | 1-Jul-22 | 12:06 PM | Investigative privilege for active criminal investigation | Privileged because discloses targets, sources, and methods of investigation | |
| SEB2020-250 Coffee County .PDF | RE: SEB2020-250 Coffee County | Meaghan Kelling | Steven Ellis | | 1-Jul-22 | 12:36 PM | Investigative privilege for active criminal investigation | Privileged because discloses targets, sources, and methods of investigation | |
| re_ Formal request for assistance in Coffee county investigation.PDF | Re: Formal request for assistance in Coffee County investigation | Steven Ellis | Bryan Tyson; Ryan Germany; Gabriel Sterling; Carey Miller; Vincent Russo | | 2-Aug-22 | 4:01 PM | Investigative privilege for active criminal investigation; attorney-client; work product | Communications about active litigation with outside counsel | |
| 20221003110145808.pdf | Vehicle logs for Coffee County investigation 2020-250 | Various | | | Undated | | Investigative privilege for active criminal investigation | Privileged because active investigation with AG's office | |
| SEB2020-250 ROI.doc | Report of Investigation for SEB Case 2020-250 | Josh Blanchard | | | 28-Sep-21 | | Investigative privilege for active criminal investigation | Privileged because active investigation with AG's office | |
| Sharepoint Server Location | Additional documents from original 2020-250 Investigation | Various investigators | | | 2021 | | Investigative privilege for active criminal investigation | Privileged because active investigation with AG's office | |