# EXHIBIT A

| IST Number | File Name | Privilege Designation | Privilege Description |
|---|---|---|---|
| IST_0000552345 | SEB2020-029 ROI.docx | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| IST_0000552346 | SEB2020-030 ROI.doc | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| IST_0000552347 | SEB2020-033 ROI.doc | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| IST_0000552348 | SEB2020-034 ROI.doc | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| IST_0000552349 | SEB2020-037 ROI.docx | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| IST_0000552350 | SEB2020-062 ROI.doc | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| IST_0000552351 | SEB2020-080 ROI.doc | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| IST_0000552352 | SEB2020-210 ROI.docx | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| IST_0000552356 | SEB2021-034 ROI.docx | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| IST_0000552354 | SEB2021-093 ROI.doc | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| IST_0000552355 | SEB2021-101 ROI.doc | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| IST_0000552344 | SEB2020-250.pdf | Investigative Privilege | Report of open investigation reflecting investigative methods. |
| N/A | File regarding SEB2020-250 | Investigative Privilege; Atty Work Product | Evaluative files and materials in possession of consulting expert, compiled in aid of investigative process and at direction of counsel for pending litigation. |