| | |
|---|---|
| **From:** | Bryan Tyson |
| **To:** | Robert McGuire; Vincent Russo <vrusso@robbinsfirm.com>; Josh Belinfante; Carey Miller; Cheryl Ringer; David Lowman |
| **Cc:** | David D. Cross - Morrison & Foerster LLP (dcross@mofo.com); Bruce Brown; Russ Abney; Cary Ichter |
| **Subject:** | RE: Request regarding AEO access to certain materials for Marilyn Marks |
| **Date:** | Tuesday, October 4, 2022 6:09:21 AM |

**EXHIBIT 1**

Rob,

For the State Defendants, we oppose granting Ms. Marks the ability to review AEO material related to Coffee County.

Thanks,

Bryan



**Bryan P. Tyson**
**Taylor English Duma LLP** | 1600 Parkwood Circle, Suite 200, Atlanta, GA 30339
P: 678.336.7249  | M: 404.219.3160 | btyson@taylorenglish.com
Website | LinkedIn | Twitter

**Ask Me About Our TED Tenet of the Week: Invest in Relationships.**

Click here to learn more about our TED Tenets.

Alabama | California | Florida | Georgia | Illinois | Indiana | Michigan | North Carolina | Pennsylvania | Tennessee | Texas | Washington | Wisconsin

This communication (together with all attachments) may contain privileged or confidential information, and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated.

**From:** Robert McGuire <ram@lawram.com>
**Sent:** Monday, October 3, 2022 7:20 PM
**To:** Bryan Tyson <btyson@taylorenglish.com>; Vincent Russo <vrusso@robbinsfirm.com> <vrusso@robbinsfirm.com>; Josh Belinfante <Josh.Belinfante@robbinsfirm.com>; Carey Miller <carey.miller@robbinsfirm.com>; Cheryl Ringer <cheryl.ringer@fultoncountyga.gov>; David Lowman <david.lowman@fultoncountyga.gov>
**Cc:** David D. Cross - Morrison & Foerster LLP (dcross@mofo.com) <dcross@mofo.com>; Bruce Brown <bbrown@brucepbrownlaw.com>; Russ Abney <russ@abney.us>; Cary Ichter <cichter@ichterdavis.com>
**Subject:** Request regarding AEO access to certain materials for Marilyn Marks

Bryan and Vincent,

Coalition Plaintiffs' legal team needs to utilize Marilyn Marks to assist in our review of all Coffee County-related discovery documents (with the exception of copies of EMS-type files). To be clear, Marilyn would not receive copies of the Coffee EMS or ICC files that Kevin Skoglund and Alex Halderman are reviewing. Our attorneys need her assistance, subject matter knowledge, and expertise. Her role would be essentially that of a consulting expert/senior paralegal.

To the extent Coffee County-related materials fitting the above description have been designated as AEO by the State, would your side please to stipulate to removing the AEO designation to the limited extent necessary to allow Marilyn to view and be informed about (only) such AEO materials in her capacity as an essential part of our legal team? This will permit Coalition's lawyers to complete the remaining discovery without undue cost, delays, and attendant prejudice.

We ask for this stipulation to extend only to these specific materials, and we would not apply it to

other AEO material produced previously in the case. (Note that we reserve all our rights to seek withdrawal of any inappropriate AEO designations.) Marilyn will continue to be bound by the protective order just like all the lawyers and their staff are. She will treat this subset of discovery material in all respects as AEO under the protective order, just as if she were a paralegal with one of our firms or a formally retained consulting expert. She will only access the materials for purposes of aiding our legal team in the case, and for no other purpose. She will observe all requirements that already govern how we as the legal team handle AEO, including keeping it segregated and preserving it as AEO.

Please let me know if your side would be willing to accommodate us on this with this stipulation, which we feel is a reasonable request. We will make a motion requesting this relief, if necessary, but hopefully we can simply agree.  Please let me know.  Thank you.

Best,
Robert McGuire

Robert A. McGuire, III
Shareholder | the Robert McGuire Law Firm
1624 Market St Ste 226 #86685, Denver, CO 80202-2523 | 113 Cherry St #86685, Seattle, WA 98104-2205
E: ram@lawram.com | T/F: 720.420.1395 | T/F: 253.267.8530 | www.lawram.com

This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender by reply and delete the message from your system. Any unauthorized dissemination, distribution or copying hereof is prohibited.