IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, ET AL.,<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

**[PROPOSED] ORDER GRANTING COALITION PLAINTIFFS'
EXPEDITED MOTION FOR LIMITED RELIEF
FROM PROTECTIVE ORDER (DOC. 477)**

This matter is before the Court on the Coalition Plaintiffs' Expedited Motion for Limited Relief from Protective Order (Doc. _____).

Upon considering the motion and supporting authorities and any additional briefings, as well as the entire record in this case, the Court finds that good cause exists to grant the Motion.

The Court accordingly GRANTS the motion.

Coalition Plaintiffs are hereby GRANTED LEAVE to designate Marilyn Marks as an "expert and consultant" pursuant to Paragraph 5(b)(ii) of the Protective Order, (Doc. 477, at 10), with respect to all AEO-designated Coffee

County-related [1] discovery documents including AEO-designated deposition testimony.

    SO ORDERED this ___ day of _____, 2022.

                                   _____
                                     Amy Totenberg
                                     United States District Court Judge

---

[1] This Order uses the term "Coffee County related discovery" to include discovery related to the voting system breach and related security issues in the aftermath of the November 2020 election in Coffee County, Georgia, and similar attempts at unauthorized access of the voting system in other Georgia counties.

Respectfully submitted this 6th day of October, 2022.

| | |
|---|---|
| */s/ Bruce P. Brown* | */s/ Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 386-6856 | (253) 267-8530 |

*s/ Russell T. Abney*
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

*Counsel for Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges,*
*Ricardo Davis & Megan Missett*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **BRIAN KEMP, ET AL.,** <br> **Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/Robert A. McGuire, III
Robert A. McGuire, III

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>Plaintiffs,<br><br>v.<br><br>**BRIAN KEMP, ET AL.,**<br>Defendants. | Civil Action No. 1:17-CV-2989-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I served a copy of the foregoing upon counsel for the Defendants via CM/ECF.

/s/Robert A. McGuire, III
Robert A. McGuire, III

5