IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY, | : | |
| Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 1:22-cv-3638-AT |
| MICHAEL PORTER, et al, | : : : | |
| Defendants. | : : | |

## **ORDER**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

It is so **ORDERED** this 7th day of October, 2022.

_____
Amy Totenberg
United States District Judge