IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.,* <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

## NOTICE OF FILING DECLARATION OF SARA KOTH

In the teleconference held on October 7, 2022, the Court directed State Defendants to file an affidavit by an individual with operational authority regarding the assertion of investigative privilege over the documents on State Defendants' privilege log related to the Coffee County investigation. Tr. of Oct. 7, 2022 Conf., 3:14-23. As discussed on that call, the declaration of Sara Koth, who is the Chief Investigator for the Secretary of State's office, is attached and filed by 10:00am this morning, discussing both the assertion of privilege and providing the general description of the documents covered on the log.[1] *Id.* at 4:23-5:4, 6:1-7:5.

---

[1] The documents over which State Defendants are asserting investigative privilege were also delivered to the Court on Friday, October 7, 2022 for in-camera review. *Id.* at 7:11-8:9.

Respectfully submitted this 10th day of October, 2022.

**Robbins Alloy Belinfante Littlefield LLC**

Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com
Carey Miller
Georgia Bar No.:  976240
cmiller@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

*/s/Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing NOTICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411
*Counsel for State Defendants*