IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs,*

v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

**NOTICE OF FILING REGARDING INVESTIGATIVE PRIVILEGE**

In an order emailed to the parties on the evening of October 10, 2022, the Court directed State Defendants to file by 12:30 pm today a notice indicating whether State Defendants sought to assert investigative privilege over the following documents: "Sharepoint Server Location and three documents with the filename SEB2020-250 Coffee County.PDF." State Defendants seek to assert investigative privilege over these documents.

Because each of these documents relates to the original scope of the investigation and not the investigation into improper server access, State Defendants believed these documents did not require a separate assertion of privilege based on the teleconference with the Court. But as indicated in the Second Declaration of Sara Koth, attached to this Notice, each of these

documents relates to the original scope of the investigation and includes information that will be used by the Attorney General's office and possibly others when the investigation is bound over. As a result, State Defendants seek to assert investigative privilege over these documents as well.

Respectfully submitted this 11th day of October, 2022.

**Robbins Alloy Belinfante Littlefield LLC**

*/s/ Vincent R. Russo*
Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com
Carey Miller
Georgia Bar No.:  976240
cmiller@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot

Georgia Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing NOTICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
*Counsel for State Defendants*
