

# State Election Board
October 11, 2022

Honorable Amy Totenberg
2388 Richard B. Russell Federal Building
   and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

Dear Judge Totenberg:

    I am writing in my capacity as the Chair of the State Election Board. On September 28, 2022, the Board met to present to the public information about the Board's authority, the conduct of elections in Georgia, the Dominion Suite 5.0 system, and Risk Limiting Audits that will be performed for the November elections. A motion was made at the meeting to request the Court to make the Halderman and Mitre reports filed in *Curling v. Raffensberg* available to the public. These reports currently are under seal. The unanimous vote of the Board to request these reports be unsealed is based on our desire to provide information to the public so they may evaluate these two analyses of the Dominion Suites voting system. We understand that portions of the reports may contain information that, in your judgment, should continue to be sealed. The motion passed at the meeting specifically recognizes the Court's discretion and authority to seal.

    If you have any questions about the motion or this letter, I am available at your convenience to discuss the motion further.

Sincerely,

William S. Duffey, Jr.
Chair, State Election Board

cc: Member of the State Elections Board