# EXHIBIT 4



08122022-000236





08122022-000238



08122022-000239



08122022-000240





08122022-000242









08122022-000246





08122022-000248



08122022-000249



DOMINION VOTING SYSTEMS

Service Tag:
Exp Svc Code:
Order #:
Basic Limited Hardware Warranty
(800) — 822 — 8965

08122022-000250





08122022-000252



08122022-000253





08122022-000255









08122022-000259

DELL
Reg Model/型號:P111G
Reg Type No.:P111G001
Input/輸入/Daya:
19.5V⎓2.31A/3.34A
Made in China WCD
DPN:748X8 A02 DPC
Segurança
Desempenho
www.dell.com
CMIIT ID: 2019AP0223
[redacted]
Latitude 3400









