# EXHIBIT 5

**From:** Watson, Frances
**Sent:** Tuesday, May 11, 2021 3:30 PM
**To:** Jones, Pamela
**Subject:** Fwd: Coffee County

Can you contact the county and verify what if any contact cyber ninjas had with any election equipment

Thanks
Get Outlook for iOS

---

From: Harvey, Chris
Sent: Tuesday, May 11, 2021 2:58:33 PM
To: James Barnes
Cc: Watson, Frances ; Barnes, Michael
Subject: RE: Coffee County

James,

Thanks for sending this. I think it might be prudent to see if there has been any contact between the person on the card and anyone in your office and/or if they have had any access to any of your equipment.
I have let our investigations Division and CES know, and they might follow up with you.
Let me know if you have questions or concerns.

**Chris Harvey**
*Elections Director*
Georgia Secretary of State

Main 470-
Cell   404-



From: James Barnes
Sent: Friday, May 7, 2021 3:57 PM
To: Harvey, Chris
Subject: Coffee County

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Mr. Harvey,

The Dominion email today, pertaining to Cyber Ninjas, was alarming to me. When I took over at the Coffee County office the attached business card was at the base of Misty Hayes' computer monitor. I

# SLIPSHEET

**Vickers, Tracie**

| | |
|---|---|
| From: | James Barnes |
| Sent: | Friday, May 7, 2021 3:57 PM |
| To: | |
| Subject: | Coffee County |
| Attachments: | cyber ninja.pdf |

Mr. Harvey,

The Dominion email today, pertaining to Cyber Ninjas, was alarming to me. When I took over at the Coffee County office the attached business card was at the base of Misty Hayes' computer monitor. I thought nothing of it until I heard about the situation in Arizona with the DOJ. If she did not use them, she was at the very least in contact.

James A. Barnes, Jr.
Supervisor of Elections
Coffee County
(912)

1

