# EXHIBIT 6

Message
---

| | |
|---|---|
| **From:** | Paul Maggio (SullivanStrickler LLC) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D28514533953469481BEA9CCF458387C-PMAGGIO] |
| **Sent:** | 1/8/2021 3:48:30 PM |
| **To:** | Sidney Powell [███████████████] |
| **CC:** | Tricia [██████████████]; Jim Penrose [████████████]; Brendan Sullivan (SullivanStrickler LLC) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dfa70c8a5eeb4fa683d2a1f757b68fae-bsullivan]; Doug Logan [████████████]; Magnolia64@████████] |
| **Subject:** | RE: SSA1722: Jim Penrose - Coffee County GA Forensics Engagement Agreement |
| **Attachments:** | SSA1722 inv 4205.pdf |

Sidney,

Everything went smoothly yesterday with the Coffee County collection.  Everyone involved was extremely helpful.

We are consolidating all of the data collected and will be uploading it to our secure site for access by your team.  Hopefully we can take care of payment today.

Thank you and let us know if there is anything else that you need.

Paul Maggio
COO
████████████
SullivanStrickler, LLC
████████████████████
[www.sullivanstrickler.com](http://www.sullivanstrickler.com)

---

**From:** Paul Maggio (SullivanStrickler LLC)
**Sent:** Thursday, January 7, 2021 4:10 PM
**To:** Sidney Powell <████████████████>
**Cc:** Tricia <████████████████>; Jim Penrose <████████████████>; Brendan Sullivan (SullivanStrickler LLC) <████████████████>; Doug Logan <████████████████>
**Subject:** RE: SSA1722: Jim Penrose - Coffee County GA Forensics Engagement Agreement

Everything is going well here in Coffee County GA

Can we get some sort of confirmation that the payment is being sent this afternoon?

Thank you

COO
████████████
SullivanStrickler, LLC
████████████████████
[www.sullivanstrickler.com](http://www.sullivanstrickler.com)

**From:** Paul Maggio (SullivanStrickler LLC)
**Sent:** Thursday, January 7, 2021 10:31 AM
**To:** Sidney Powell <█████████████████>
**Cc:** Tricia <█████████████████>; Jim Penrose <█████████████>; Brendan Sullivan (SullivanStrickler LLC)
<█████████████████>; Doug Logan <█████████████>
**Subject:** RE: SSA1722: Jim Penrose - Coffee County GA Forensics Engagement Agreement

Sidney,

Good morning.

Per Jim Penrose's request, we are on our way to Coffee County Georgia to collect what we can from the Election / Voting machines and systems.

As per our existing agreement, I am attaching the invoice for our initial retainer.  Please let me know if there are any questions or concerns.

If Tricia can send payment / Fed Ex label information as before, it would be much appreciated.

Thank you

Paul Maggio
COO
█████████████
SullivanStrickler, LLC
████████████████████
www.sullivanstrickler.com

---

**From:** Sidney Powell <█████████████>
**Sent:** Monday, December 21, 2020 6:30 PM
**To:** Paul Maggio (SullivanStrickler LLC) <█████████████████>
**Cc:** Tricia <█████████████████>; Jim Penrose <█████████████>; Brendan Sullivan (SullivanStrickler LLC)
<█████████████████>; Doug Logan <█████████████>
**Subject:** Re: SSA1722: Jim Penrose - Wayne County MI Forensics Engagement Agreement

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

## Thank you ALL!! Sidney

**Sidney Powell**
Texas Attorney & Author of *Licensed to Lie: Exposing Corruption in the Department of Justice*, available on Amazon or at
www.LicensedtoLie.com + Senior Policy Advisor @AmericaFirstPol and Senior Fellow at the London Center for Policy Research
www.FederalAppeals.com

On Mon, Dec 21, 2020 at 6:26 PM Paul Maggio (SullivanStrickler LLC) <█████████████████> wrote:

Sending the invoice to Tricia.

She will have the check in Tuesday's Fed Ex for delivery on Wednesday.  Please send an image of the check and Fed Ex label when available.

Thank you

Paul Maggio

COO

(404) 234-3962

SullivanStrickler, LLC

███████████████████████

www.sullivanstrickler.com

---

**From:** Sidney Powell <██████████████████████>
**Sent:** Monday, December 21, 2020 4:03 PM
**To:** Paul Maggio (SullivanStrickler LLC) <████████████████████>; Tricia <████████████████████>
**Cc:** Jim Penrose <████████████>; Brendan Sullivan (SullivanStrickler LLC) <████████████████████████>; Doug Logan <████████████████>
**Subject:** Re: SSA1722: Jim Penrose - Wayne County MI Forensics Engagement Agreement

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Copying Tricia with instructions to transfer money promptly with understanding that I and Phil Waldron and Todd and Conan will receive a copy of all data immediately and have access to all information needed immediately to complete their assessment, and a complete copy of all analysis you do is to be given to us as well.  Thank you so much.  Sidney

**Sidney Powell**

Texas Attorney & Author of *Licensed to Lie: Exposing Corruption in the Department of Justice*, available on Amazon or at www.LicensedtoLie.com + Senior Policy Advisor @AmericaFirstPol and Senior Fellow at the London Center for Policy Research

www.FederalAppeals.com

On Mon, Dec 21, 2020 at 3:56 PM Paul Maggio (SullivanStrickler LLC) <███████████████> wrote:

Jim,

Attached is invoice # 4149 as the retainer for the Wayne County, Michigan work, starting tomorrow.

The expectation is that this will be paid prior to any work commencing.

Thank you

Paul Maggio

COO

███████████

SullivanStrickler, LLC

████████████████

www.sullivanstrickler.com

---

**From:** Brendan Sullivan (SullivanStrickler LLC) <████████████████>
**Sent:** Thursday, December 10, 2020 12:02 PM
**To:** Sidney Powell <██████████████████>; Paul Maggio (SullivanStrickler LLC) <███████████████>
**Cc:** Jim Penrose <███████████████>; Doug Logan <████████████████>
**Subject:** Re: SSA1722: Jim Penrose - MI Forensics Engagement Agreement

08122022-000037

We received the Michigan on-site work check this morning, thanks for executing Sidney.

---

**From:** Sidney Powell <█████████████████████>
**Sent:** Tuesday, December 8, 2020 4:01 PM
**To:** Paul Maggio (SullivanStrickler LLC) <███████████████████>
**Cc:** Jim Penrose <████████████████>; Brendan Sullivan (SullivanStrickler LLC) <██████████████████████>; Doug Logan <██████████████>
**Subject:** Re: SSA1722: Jim Penrose - MI Forensics Engagement Agreement

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Nevada must be paid by the campaign.  I have seen none of that information. I am authorizing payment today for Michigan.

On Tue, Dec 8, 2020, 3:52 PM Paul Maggio (SullivanStrickler LLC) <████████████████████> wrote:

Jim,

Per our discussion:

- We will upload the system files from the Election Management Server collected from Antrim County Michigan to a secure ShareFile site
- We will provide you with an account (via your e-mail address) and grant you access to the site – Provided that verification of payment by Defending the Republic for the Antrim County Michigan collection has been made; Invoice # 4088
- In addition, payment for the Clark County Nevada collection, if not made by Jesse Binnall's law firm by the end of day today, will be made by Defending the Republic; Invoices # 4070 and 4072

Thank you

Paul Maggio

COO

██████████

SullivanStrickler, LLC

████████████████████████

www.sullivanstrickler.com

---

**From:** Paul Maggio (SullivanStrickler LLC)
**Sent:** Sunday, December 6, 2020 1:59 PM
**To:** Jim Penrose <████████████████>
**Cc:** Brendan Sullivan (SullivanStrickler LLC) <██████████████████████>; Sidney Powell <████████████████>; Doug Logan <██████████████>
**Subject:** RE: SSA1722: Jim Penrose - MI Forensics Engagement Agreement

Acknowledged and confirmed

Paul Maggio

COO

██████████████

SullivanStrickler, LLC

████████████████████████

www.sullivanstrickler.com

---

**From:** Jim Penrose <████████████████>
**Sent:** Sunday, December 6, 2020 1:49 PM
**To:** Paul Maggio (SullivanStrickler LLC) <████████████████████>
**Cc:** Brendan Sullivan (SullivanStrickler LLC) <██████████████████████>; Sidney Powell <████████████████>; Doug Logan <██████████████>
**Subject:** Re: SSA1722: Jim Penrose - MI Forensics Engagement Agreement

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Paul,

Here is the signed EL from Sidney Powell, Defending the Republic. Please send the invoices to me and I'll get them paid.

Please do not communicate about any additional forensics work in AZ to the other legal teams. Keep that in confidential channels with me, Sidney, and Doug only.

Jim

████████████

---

**From:** Paul Maggio (SullivanStrickler LLC) <████████████████████>
**Sent:** Sunday, December 6, 2020 12:44 PM
**To:** Jim Penrose <████████████████>
**Cc:** Britrav <████████████████>; Brendan Sullivan (SullivanStrickler LLC) <████████████████████>
**Subject:** FW: SSA1722: Jim Penrose - MI Forensics Engagement Agreement

Jim,

Since we have already begun work in Antrim County, Michigan, it would be best for all parties that we have a signed agreement in place.

Attached is an Engagement Agreement with you as the signee.

Please have it executed and returned as soon as possible.

Thank you

Paul Maggio

COO



██████████████

SullivanStrickler, LLC

████████████████████████

[www.sullivanstrickler.com](www.sullivanstrickler.com)

**From:** Jesse Binnall <████████████████████>
**Sent:** Saturday, December 5, 2020 9:57 PM
**To:** Paul Maggio (SullivanStrickler LLC) <████████████████>
**Cc:** Brendan Sullivan (SullivanStrickler LLC) <████████████████████>; Britrav <████████████████>; Jim Penrose <████████████>
**Subject:** Re: SSA1722: Harvey & Binnall - MI Forensics Engagement

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Paul,

I don't have any authority re: Michigan. Who is your campaign contact there?

On Sat, Dec 5, 2020 at 6:32 PM Paul Maggio (SullivanStrickler LLC) <████████████████████> wrote:

Jesse,

Good evening.  The SullivanStrickler team has arrived in Antrim County, Michigan and will be on site at 9 AM tomorrow.

It is our assumption that we will be working under our existing agreement and maintain the same daily rate / conditions of the signed document for Nevada.

If you need a new agreement, please let me know.

Paul Maggio

COO

█████████████

SullivanStrickler, LLC

████████████████████████

[www.sullivanstrickler.com](http://www.sullivanstrickler.com)

---

**From:** Paul Maggio (SullivanStrickler LLC) <████████████████████>
**Sent:** Friday, December 4, 2020 4:38 PM
**To:** Britrav <██████████████████>; Jim Penrose <████████████████>; Jesse Binnall
<██████████████████>
**Cc:** AR <████████████████>
**Subject:** RE: SSA1722: Harvey & Binnall - NV Forensics Engagement

Brian,

Thank you for the update and let us know what you need.

Good luck and be safe.

Paul Maggio

COO

█████████████

SullivanStrickler, LLC

████████████████████████

[www.sullivanstrickler.com](http://www.sullivanstrickler.com)

---

**From:** Britrav <████████████████████>
**Sent:** Friday, December 4, 2020 3:28 PM

**To:** Jim Penrose <███████████>; Paul Maggio (SullivanStrickler LLC) <████████████>; Jesse Binnall <███████████>
**Cc:** AR <███████████>
**Subject:** Re: SSA1722: Harvey & Binnall - NV Forensics Engagement

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Paul:

The Nevada team is still waiting on the judges ruling. I spoke to Jesse and he said the payment is in process. Let's hope we get discovery here in Nevada from the state Supreme Court. If so you will be back here before you know it!

Best regards,

Brian

On Thu, Dec 3, 2020 at 11:55 AM, Jim Penrose <███████████> wrote:

> Thanks Paul, I'll follow-up with Jesse and Brian, I believe they are in court right now.
>
> ---
>
> **From:** Paul Maggio (SullivanStrickler LLC) <███████████>
> **Sent:** Thursday, December 3, 2020 10:46 AM
> **To:** Jesse Binnall <███████████>
> **Cc:** Britrav███████ <███████████>; AR <███████████>; Jim Penrose <███████████>
> **Subject:** RE: SSA1722: Harvey & Binnall - NV Forensics Engagement
>
> Jesse,
>
> Attached are both invoices for the 2 days we spent in Las Vegas, NV in support of this matter.  The Engagement Agreement that you signed is also included.

If at all possible, please confirm receipt and let us know payment status.

Thank you for the opportunity and please let us know if there is anything else that we can do for you.

Paul Maggio

COO

███████████

SullivanStrickler, LLC

████████████████████

www.sullivanstrickler.com

---

**From:** Paul Maggio (SullivanStrickler LLC)
**Sent:** Wednesday, December 2, 2020 12:59 PM
**To:** Jesse Binnall <███████████████████>
**Cc:** Britrav███████████████; AP <████████████████████>
**Subject:** SSA1722: Harvey & Binnall - NV Forensics Engagement

Jesse,

Attached is the initial invoice for this matter. As discussed and outlined in the Engagement Agreement payment for the initial day is due as a retainer.

Our bank's ACH / Wire Transfer details are included on the invoice for reference.

Thank you for the opportunity and let us know if there is anything else that you need.

Paul Maggio

COO

███████████

SullivanStrickler, LLC

████████████████

www.sullivanstrickler.com

---

**From:** Jesse Binnall <████████████████>
**Sent:** Tuesday, December 1, 2020 1:35 PM
**To:** Paul Maggio (SullivanStrickler LLC) <████████████████████>
**Subject:** Re: URGENT: NV Forensics Engagement

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Signed

On Tue, Dec 1, 2020 at 8:40 AM Paul Maggio (SullivanStrickler LLC)
<████████████████> wrote:

Updated

Paul Maggio

COO

███████████

SullivanStrickler, LLC

████████████████

www.sullivanstrickler.com

---

**From:** Jesse Binnall <████████████████>
**Sent:** Tuesday, December 1, 2020 11:17 AM

**To:** Paul Maggio (SullivanStrickler LLC) <​███████████████​>
**Subject:** Re: URGENT: NV Forensics Engagement

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Yes, please do.

On Tue, Dec 1, 2020 at 8:15 AM Paul Maggio (SullivanStrickler LLC)
<​████████████████​> wrote:

> Jesse,
>
> I am OK as long as we get a signature from authorized person on your end.
>
> Do I need to change it to be to your attention?
>
> Paul Maggio
>
> COO
>
> ████████████
>
> SullivanStrickler, LLC
>
> ██████████████████████
>
> www.sullivanstrickler.com

---

**From:** Jesse Binnall <​████████████████​>
**Sent:** Tuesday, December 1, 2020 11:05 AM
**To:** Paul Maggio (SullivanStrickler LLC) <​████████████████​>
**Subject:** Re: URGENT: NV Forensics Engagement

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Paul,

It looks like this one is going to Wood. Is there anything you need on my end? Obviously, we are on a very tight timeline so please reach out if you need anything: 703-582-7924

On Tue, Dec 1, 2020 at 4:09 AM Paul Maggio (SullivanStrickler LLC)
< ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ > wrote:

Good morning

Attached is the Engagement Agreement for the Nevada work as well as the possible Georgia work.

Paul Maggio

COO

▉▉▉▉▉▉▉▉▉▉

SullivanStrickler, LLC

▉▉▉▉▉▉▉▉▉▉▉▉▉▉

www.sullivanstrickler.com

---

**From:** Greg Freemyer (SullivanStrickler LLC) < ▉▉▉▉▉▉▉▉▉▉▉▉▉ >
**Sent:** Monday, November 30, 2020 11:57 PM
**To:** Jesse Binnall < ▉▉▉▉▉▉▉▉▉▉ >; Jim Penrose < ▉▉▉▉▉▉▉▉▉▉ >; Brendan Sullivan (SullivanStrickler LLC) < ▉▉▉▉▉▉▉▉ >
**Cc:** Abigail Frye < ▉▉▉▉▉▉▉▉▉ >; Britrav ▉▉▉▉▉▉▉▉▉▉▉ >; Doug Logan < ▉▉▉▉▉▉▉▉ >; Lin Wood < ▉▉▉▉▉▉▉▉▉▉ >; Paul Maggio (SullivanStrickler LLC) < ▉▉▉▉▉▉▉▉▉▉ >; Phil Waldron < ▉▉▉▉▉▉▉▉ >; Sidney Powell < ▉▉▉▉▉▉▉▉▉▉ >
**Subject:** Re: URGENT: NV Forensics Engagement

Adding Brendan Sullivan (CEO).

He will be sending out the engagement agreement from our end.

Thanks, Greg

███████████

---

**From:** Jesse Binnall < ███████████████████ >
**Sent:** Monday, November 30, 2020 11:45:54 PM
**To:** Jim Penrose < █████████████████ >
**Cc:** Abigail Frye < █████████████████ >; <u>Britrav</u> █████████████
██████████████████; Doug Logan < ███████████████ >; Greg Freemyer
(SullivanStrickler LLC) < ██████████████████████ >; Lin Wood < ██████████████████ >;
Paul Maggio (SullivanStrickler LLC) < █████████████████████ >; Phil Waldron
< ██████████████ >; Sidney Powell < ██████████████████ >; ███████████████
< █████████████ >
**Subject:** Re: URGENT: NV Forensics Engagement

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Send me an agreement and call my cell with any questions: ███████████

On Mon, Nov 30, 2020 at 7:10 PM Jim Penrose < ████████████ > wrote:

> Paul and Greg,
>
> Thanks so much for jumping onto this opportunity in NV.
>
> I am connecting you with the lead attorney in NV Jesse Binnall along with Brian
> Kennedy ███████████ to ensure we get the engagement letter in place for tomorrow's
> forensics activities.

From our side, Doug Logan████████████will be joining you and flying out there with you.

Your POC on the ground NV is Todd from our team, his phone number is ████████████

Todd will be coordinating the private jet for this job; he will send the details separately.

Todd,

The SullivanStrickler POC for the flight is Paul Maggio ████████████. The SullivanStrickler team lead is Greg Freemyer ████████████.

Thanks Again,

Jim Penrose

████████████

--

Jesse R. Binnall

Harvey & Binnall, PLLC

717 King Street

Suite 300

Alexandria, VA 22314

████████████

████████ (fax)

████████████████

This electronic message transmission contains information from the law firm Harvey & Binnall, PLLC, that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that

any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at ████████ or by replying to this e-mail.  Thank you.

--

Jesse R. Binnall

Harvey & Binnall, PLLC

717 King Street

Suite 300

Alexandria, VA 22314

████████

████████ (fax)

████████████

This electronic message transmission contains information from the law firm Harvey &  Binnall, PLLC, that may be confidential or privileged.  The information is intended solely for the recipient and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at ████████ or by replying to this e-mail.  Thank you.

--

Jesse R. Binnall

Harvey & Binnall, PLLC

717 King Street

Suite 300

Alexandria, VA 22314

████████

████████ (fax)

████████████

This electronic message transmission contains information from the law firm Harvey &  Binnall, PLLC, that may be confidential or privileged.  The information is intended solely for the recipient and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at ████████ or by replying to this e-mail.  Thank you.

\--

Jesse R. Binnall

Harvey & Binnall, PLLC

717 King Street

Suite 300

Alexandria, VA 22314

███████████

███████████ (fax)

█████████████████

This electronic message transmission contains information from the law firm Harvey & Binnall, PLLC, that may be confidential or privileged.  The information is intended solely for the recipient and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at ███████ █████ or by replying to this e-mail.  Thank you.

\--

Jesse R. Binnall

Harvey & Binnall, PLLC

717 King Street

Suite 300

Alexandria, VA 22314



███████████ (fax)

█████████████████

This electronic message transmission contains information from the law firm Harvey & Binnall, PLLC, that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at ███████████ or by replying to this e-mail. Thank you.



**SullivanStrickler, LLC**
2660 Peachtree Road NW #13A
Atlanta, GA  30305
+1 6789151662
ar@sullivanstrickler.com
http://www.sullivanstrickler.com

# INVOICE

**BILL TO**
Sidney Powell
Defending the Republic

**INVOICE #** 4205
**DATE** 01/07/2021
**DUE DATE** 01/07/2021
**TERMS** Due on receipt

**PROJECT #**
SSA1722

**CLIENT/MATTER**
Voting Machines Analysis

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 01/07/2021 | **Forensics:Forensic Expert Daily Rate**<br>01/07/2021 On Site Coffee County Georgia; 4 people x 1 day<br><br>Retainer; Payable before work commences | 4 | 6,500.00 | 26,000.00 |
| 01/07/2021 | **Forensics:Travel**<br>Mileage | 394 miles round trip Atlanta GA to Douglas GA | 394 | 0.56 | 220.64 |

BALANCE DUE **USD 26,220.64**

Bank Details
To pay by EFT, please remit payment to:
Bank Name: ▇▇▇▇▇▇
Account Name: ▇▇▇▇▇▇▇▇
ABA: ▇▇▇▇▇▇
Acct Number: ▇▇▇▇▇▇

To pay via check, please remit payment to:
SullivanStrickler, LLC
2660 Peachtree Road, NW #13A
Atlanta, GA 30305