# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:17-cv-02989-AT
### Curling et al v. Raffensperger et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held on 10/19/2022.

TIME COURT COMMENCED: 01:30 P.M.
TIME COURT CONCLUDED: 02:55 P.M.
TIME IN COURT: 1:25
OFFICE LOCATION: Atlanta
COURT REPORTER: Shannon Welch
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing The State Election Board<br>Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Bryan Jacoutot representing State of Election Board<br>Diane LaRoss representing The State Election Board<br>Robert McGuire representing Donna Curling<br>Carey Miller representing The State Election Board<br>Adam Sparks representing Donna Curling<br>Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MOTIONS RULED ON: | [1505]Motion for Relief from Order/Judgment GRANTED |
| MINUTE TEXT: | Teleconference held on October 19, 2022. The Court GRANTED the Coalition Plaintiffs Emergency Motion for Relief from Protective Order [Doc. 1505] and authorized the Coalition Plaintiffs to designate Marilyn Marks as a consultant pursuant to Paragraph 6(b)(ii) of the Protective Order. Discussion was held regarding outstanding discovery, and the Court directed the parties to file proposed schedules for summary judgment by Monday, October 24, 2022. See transcript for more details. |
| HEARING STATUS: | Hearing Concluded |