```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF GEORGIA
                             ATLANTA DIVISION
```

**EXHIBIT 1**

```
DONNA CURLING, ET AL.,              :
                                    :
          PLAINTIFFS,                :
vs.                                  :   DOCKET NUMBER
                                    :   1:17-CV-2989-AT
BRAD RAFFENSPERGER, ET AL.,         :
                                    :
          DEFENDANTS.                :
```

**TRANSCRIPT OF MOTIONS HEARING PROCEEDINGS**

**BEFORE THE HONORABLE AMY TOTENBERG**

**UNITED STATES DISTRICT JUDGE**

**NOVEMBER 19, 2021**

**11:33 A.M.**

*MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED*

*TRANSCRIPT PRODUCED BY:*

*OFFICIAL COURT REPORTER:     SHANNON R. WELCH, RMR, CRR*
*                             2394 UNITED STATES COURTHOUSE*
*                             75 TED TURNER DRIVE, SOUTHWEST*
*                             ATLANTA, GEORGIA  30303*
*                             (404) 215-1383*

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

1    MR. CROSS:  Your Honor, this is why we raised it
2    today because we did not want to disclose it and we have not
3    disclosed it to anyone who is not subject to the AEO
4    designations until we could confirm Your Honor's view.
5         Here is why it matters.  The State has represented
6    that no one other than their outside counsel has reviewed
7    Dr. Halderman's report because we as plaintiffs designated it
8    AEO.
9         So what I want to make clear is we are not
10   designating that report AEO other than the discrete redacted
11   portions.  And if it continues to be AEO, that is fine.  But it
12   needs to be clear, Your Honor, that we are not the ones that
13   are keeping anyone at the Secretary of State's office or
14   Dominion or anyone else from reviewing the report.
15        And we believe it is important, as Dr. Halderman just
16   testified in his deposition, that individuals at the Secretary
17   of State's office review this report, take it seriously, and
18   determine whether some remediation steps are required.  And we
19   think Dominion should see it.
20        And I just want to be clear that we are at a stage
21   where the State can no longer say that we are the reason that
22   no one is reading it.  That is why it matters, Your Honor.
23        THE COURT:  I certainly think that they could share
24   it with Dominion.  And I wouldn't have an objection to their
25   sharing it with Dominion, just to be 100 percent clear.

1       And if they have other contractors who are involved
2  with this, whether it is Fortalice or other entities that are
3  responsible for the delivery of the system and the safety and
4  security and functionality of the election system, it is to the
5  greater good of the public. And I certainly would authorize
6  that, if there is any question about that.
7       And in terms of federal election entities which you
8  had -- that work on election security and electronic security,
9  the same would be true. I'm sure that they would be capable of
10 maintaining the confidentiality of anything in the report. And
11 that is not the issue. And I just want to make that's
12 100 percent clear.
13      That -- I think that that would be consistent with
14 the greater public good. And, you know, I do believe in public
15 access to documents. And I just was affirmed yesterday by the
16 Eleventh Circuit on this.
17      So -- but, you know, obviously there is also a reason
18 to not make computer technology accessible to hacking and to
19 trying any other hacking from anyone else from outside. And
20 that is a real issue.
21      But to confidential entities that are working on
22 these issues, it is all to the greater good. I certainly think
23 they ought to be authorized to review it.
24      MR. McGUIRE: Your Honor, may I add just from the
25 perspective of the Coalition, the AEO designation has really

1  would not probably want to talk about it -- I would want
2  another context for talking about it.
3          MR. CROSS: Understood.
4          THE COURT: You want to be sure it is -- that the
5  concerns -- from a public policy perspective, I understand you
6  want the concerns to be known.
7          MR. CROSS: No, Your Honor. To be clear, that is not
8  at all what we want.
9          The analysis was done to protect our clients' right
10 to vote. And I get the State has a different view on that, and
11 that is fine.
12         Our concern, as Dr. Halderman explained in his
13 deposition, is anyone who is in a position to remediate these
14 concerns -- and this is not a situation by the way, Your Honor,
15 where there is a disagreement. I went finding by finding
16 through the report with Dr. Gilbert.
17         Not only does he not disagree with any of them, he
18 said that if he wanted to examine the cybersecurity of an
19 election system it would be Dr. Halderman.
20         So we have a report that has specific findings that
21 no one is claiming are incorrect in any way.
22         MR. MILLER: Your Honor --
23         MR. CROSS: For the purpose of this case -- and the
24 relief we're seeking is to protect the right to vote -- we
25 think both the State, Fulton County, and Dominion as the vendor

```
 1  should have this report, should review it, and should figure
 2  out if there are remedial measures that can be taken.
 3              THE COURT:  I understand that is your view.  But I am
 4  not going to --
 5              MR. CROSS:  I understand.  I just didn't want to
 6  leave the impression --
 7              THE COURT:  I am not going to order them to do it.
 8  That is all.
 9              I mean, if you wanted to duke it out about him being
10  a witness, somebody from there, that is another matter.  But
11  then at that juncture, there would be something for me to deal
12  with.
13              MR. MILLER:  Your Honor, that is suitable to us.
14              THE COURT:  Okay.  I mean, the State has to live with
15  how it conducts its business.
16              MR. MILLER:  Your Honor, to that end and to the --
17  you know, there has been a lot of discussion frequently about
18  this aspect.  And as I understand it -- and, again, this is
19  third party.
20              But as I understand it, Dominion offered to meet with
21  Dr. Halderman and discuss his concerns, subject to the
22  condition that the State's counsel be there.  And I don't think
23  that happened for that -- for the reason of that condition.
24              MR. CROSS:  That is not accurate.
25              MR. MILLER:  That's the way I understand it.  It may
```