IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, ET AL.,      )
Plaintiffs,                    )
                                )     CIVIL ACTION
v.                           )
                                )     FILE NO. 1:17-CV-2989-AT
BRAD RAFFENSPERGER,    )
ET AL., Defendants.        )

**COALITION PLAINTIFFS'**
**<u>NOTICE OF INTENT TO SERVE SUBPOENAS</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett  (collectively, "Coalition Plaintiffs") hereby notify all parties that they intend to serve the following Subpoenas in the above-captioned matter:  (1) *Subpoena to Testify at a Deposition in a Civil Action – Scott G. Hall (November 14, 2022); and* (2) *Subpoena to Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action.*

Respectfully submitted this 24th day of October, 2022.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
Ichter Davis LLC

400 Interstate North Pkwy SE, Ste. 860
Atlanta, Georgia 30339
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges,*
*Ricardo Davis & Megan Missett*

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

*/s/ Russell T. Abney*
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

*/s/ Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Counsel for Plaintiff Coalition for Good Governance*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, I filed a true and correct copy of the foregoing **COALITION PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
