# EXHIBIT A

Page 1

1           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                   ATLANTA DIVISION
3
4

    Donna Curling, et al.,
5
                  Plaintiffs,
6                                     CIVIL ACTION FILE
          vs.
7                                     NO. 1:17-cv-02989-AT
    Brad Raffensberger, et
8    al.,
9                 Defendants.
    ~~~~~~~~~~~~~~~~~~~~~~~~~
10
11
12

              VIDEO 30(b)(6) DEPOSITION OF
13                 SECRETARY OF STATE
                      THROUGH
14             ROBERT GABRIEL STERLING
15
16                October 12, 2022
17                   9:26 a.m.
18
19

          Suite 3250, One Atlantic Center
20             1201 W. Peachtree Street
                  Atlanta, Georgia
21
22
23
24

          S. Julie Friedman, CCR-B-1476
25

Page 175

1   got to go back and do it again.

2          This is a problem.  I mean, then their

3   lines are back around.  Somebody jumps back ahead.

4   There's other things we have to look at and take into

5   account when doing all these policies.

6          But the legislature passed a policy.  The

7   executive branch, under Secretary Raffensperger,

8   executed that policy.  We executed it going through a

9   DOAS bid process; and then we worked with the SEB to

10  put rules and processes around it, following best

11  practices we learned from other states and from the

12  vendor, in talking to counties.

13         And those rules and what we do around them

14  are always changing and -- and working to improve to

15  make them better; and working with the vendor, we've

16  moved on to the next 5.17, which eliminates many of

17  the things that Dr. Halderman talked about in his

18  report.

19         We are moving on to doing a pilot of new

20  Poll Pads to allow for -- for quicker transparency

21  and easier loading of issue.  It's always an evolving

22  system.

23         You can't just look at that as the one

24  thing.  It is a plethora of items that we have to

25  take into account, while following the law at the

Page 435

1                    C E R T I F I C A T E

2

3

4    STATE OF GEORGIA:

5    COUNTY OF FULTON:

6

7            I hereby certify the foregoing transcript

8         was taken down, as stated in the caption, and

9         the questions and answers thereto were reduced

10        to typewriting under my direction; that the

11        foregoing pages 1 through 434 represent a true,

12        complete, and correct transcript of the evidence

13        given upon said hearing, and I further certify

14        that I am not of kin or counsel to the parties

15        in the case; am not in the regular employ of

16        counsel for any of said parties; nor am I in

17        anywise interested in the result of said case.

18            This, the 17th day of October, 2022.

19

20

                          S. JULIE FRIEDMAN, CCR-B-1476

21

22

23

24

25