## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

### [PROPOSED] STIPULATED ORDER AMENDING SCHEDULE

Pursuant to agreement reached and this Court's directive at the Teleconference on October 19, 2022 (Dkt. 1522), this Stipulation is made and entered into by all Parties with reference to the following facts:

1. A Teleconference was held in the above captioned matter on October 19, 2022.

2. At the October 19, 2022 Teleconference, the Court instructed the parties to submit a schedule for summary judgment briefing and the close of discovery.

3. The parties agree to the schedule below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, subject to the approval of the Court, that the scheduling order set out in the September 19, 2021 Amended Scheduling Order (Dkt. 1176) should be amended as follows:

1

| Case Event | Deadline |
|---|---|
| Close of Discovery | November 22, 2022 |
| Summary Judgment Motions | December 19, 2022 |
| Summary Judgment Responses | January 13, 2023 |
| Summary Judgment Replies | January 27, 2023 |

**IT IS SO ORDERED** this _____ day of October, 2022.


_____
U.S. District Court Judge Amy Totenberg

Respectfully submitted this 27th day of October, 2022.

 /s/ David D. Cross
David D. Cross (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Veronica Ascarrunz (*pro hac vice*)
Hannah R. Elson (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500

 /s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
(404) 888-9700

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

/s/ Robert A. McGuire, III
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

/s/ Russell T. Abney
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

*Counsel for Plaintiff Coalition for Good Governance*

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515

3

ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges,*
*Ricardo Davis & Megan Missett*

| | |
|---|---|
| */s/Vincent R. Russo* | Bryan P. Tyson |
| Vincent R. Russo | Georgia Bar No. 515411 |
| Georgia Bar No. 242628 | btyson@taylorenglish.com |
| vrusso@robbinsfirm.com | Diane F. LaRoss |
| Josh Belinfante | Georgia Bar No. 430830 |
| Georgia Bar No. 047399 | dlaross@taylorenglish.com |
| jbelinfante@robbinsfirm.com | Bryan F. Jacoutot |
| Carey A. Miller | Georgia Bar No. 668272 |
| Georgia Bar No. 976240 | bjacoutot@taylorenglish.com |
| cmiller@robbinsfirm.com | TAYLOR ENGLISH DUMA LLP |
| Alexander Denton | 1600 Parkwood Circle, Suite 200 |
| Georgia Bar No. 660632 | Atlanta, GA 30339 |
| adenton@robbinsfirm.com | Telephone: 678-336-7249 |
| ROBBINS ALLOY BELINFANTE | |
| LITTLEFIELD LLC | |
| 500 14th Street, N.W. | |
| Atlanta, Georgia 30318 | |
| Telephone: (678) 701-9381 | |
| Facsimile: (404) 856-3255 | |

*Counsel for State Defendants*

*/s/ David R. Lowman*
Kaye Burwell
Georgia Bar No. 775060
kaye.burwell@fultoncountyga.gov
Cheryl Ringer
Georgia Bar No. 557420
cheryl.ringer@fultoncountyga.gov

David Lowman
Georgia Bar No. 460298
david.lowman@fultoncountyga.gov
OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303

*Counsel for Fulton County Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

*/s/ David D. Cross*
David D. Cross

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing **[PROPOSED] STIPULATED ORDER EXTENDING SCHEDULE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

  */s/ David D. Cross*  
David D. Cross