IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, *et al.*, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, *et al.*, | |
| Defendants. | |

## ORDER

Pursuant to the agreement reached between the parties and this Court's directive at the Teleconference on October 19, 2022 (Doc. 1522), the operative scheduling order set out in the September 19, 2021 Amended Scheduling Order (Doc. 1176) shall be amended as follows:

| Case Event | Deadline |
|---|---|
| Close of Discovery | November 22, 2022 |
| Summary Judgment Motions | December 19, 2022 |
| Summary Judgment Responses | January 13, 2023 |
| Summary Judgment Replies | January 27, 2023 |

If the parties seek to exceed the page limits for any of their briefing, they should jointly notify the Court by no later than **November 15, 2022** how many pages they propose to utilize for each brief, including any potential sur-replies.

Additionally, if any discovery disputes arise between now and the close of discovery, the parties should first endeavor to resolve such disputes informally, and in the event that the parties believe they require a conference with the Court, they should file a Joint Discovery Statement on the docket consistent with the procedures set forth in the Court's Standing Order prior to contacting the Court directly to request a conference.

**IT IS SO ORDERED** this 31st day of October, 2022.

_____
**Honorable Amy Totenberg
United States District Judge**