IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., Plaintiffs, ) ) ) v. ) ) BRAD RAFFENSPERGER, ) ET AL., Defendants. ) | CIVIL ACTION FILE NO. 1:17-CV-2989-AT |

## COALITION PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs Coalition for Good Governance, William Digges III, Laura Digges, Ricardo Davis, and Megan Missett (collectively, "Coalition Plaintiffs") hereby notify all parties that they intend to serve the following Subpoenas in the above-captioned matter: *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action – Blake Edward Voyles; and Subpoena to Testify at a Deposition in a Civil Action – Blake Edward Voyles (November 16, 2022)*.

Respectfully submitted this 3rd day of November, 2022.

1

/s/ *Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
400 Interstate North Pkwy SE, Ste. 860
Atlanta, Georgia 30339
(404) 869-7600

*Counsel for Plaintiffs William Digges III, Laura Digges, Ricardo Davis & Megan Missett*

| | |
|---|---|
| /s/ *Bruce P. Brown* | /s/ *Robert A. McGuire, III* |
| Bruce P. Brown | Robert A. McGuire, III |
| Georgia Bar No. 064460 | Admitted Pro Hac Vice |
| BRUCE P. BROWN LAW LLC | (ECF No. 125) |
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 881-0700 | (253) 267-8530 |

/s/ *Russell T. Abney*
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

*Counsel for Plaintiff Coalition for Good Governance*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

                                              */s/ Cary Ichter*
                                              Cary Ichter
                                              Georgia Bar No. 382515

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I filed a true and correct copy of the foregoing **COALITION PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS** (Blake Edward Voyles) with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                              */s/ Cary Ichter*
                                              Cary Ichter
                                              Georgia Bar No. 382515