# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 03, 2022

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 20-13730-AA   ; 20-14067 -AA
Case Style: Donna Curling, et al v. Secretary of State, et al
District Court Docket No: 1:17-cv-02989-AT

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 20-13730

_____

DONNA CURLING, an individual,
COALITION FOR GOOD GOVERNANCE,
DONNA PRICE,
JEFFREY SCHOENBERG,
LAURA DIGGES, et al.,

                                                  Plaintiffs-Appellees,

*versus*

SECRETARY OF STATE FOR THE STATE OF GEORGIA,
GEORGIA STATE ELECTION BOARD,
DAVID J. WORLEY,
REBECCA N. SULLIVAN,
STATE ELECTION BOARD,
AHN LE,
MATTHEW MASHBURN,

Case 1:17-cv-02989-AT   Document 1532   Filed 11/03/22   Page 3 of 5
USCA11 Case: 20-13730   Date Filed: 11/03/2022   Page: 2 of 4

2                                                                          20-13730

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:17-cv-02989-AT

_____

_____

No. 20-14067

_____

DONNA CURLING,
an individual,
COALITION FOR GOOD GOVERNANCE,
a non-profit corporation organized and existing
under Colorado Law,
DONNA PRICE,
an Individual,
JEFFREY SCHOENBERG,
an Individual,
LAURA DIGGES,
an Individual, et al.,

Case 1:17-cv-02989-AT   Document 1532   Filed 11/03/22   Page 4 of 5
USCA11 Case: 20-13730   Date Filed: 11/03/2022   Page: 3 of 4

20-13730          Opinion of the Court          3

Plaintiffs-Appellees,

*versus*

BRIAN P. KEMP,

in his individual capacity and his official capacity as Secretary of State of Georgia and Chair of the State Election Board, et al.,

Defendants,

DAVID J. WORLEY,

REBECCA N. SULLIVAN,

BRAD RAFFENSPERGER,

in his individual capacity and his official capacity as Secretary of State of Georgia and Chair of the State Election Board,

ANH LE,

MATTHEW MASHBURN,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:17-cv-02989-AT

_____

Case 1:17-cv-02989-AT   Document 1532   Filed 11/03/22   Page 5 of 5
USCA11 Case: 20-13730   Date Filed: 11/03/2022   Page: 4 of 4

4                                                                    20-13730

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 5, 2022

For the Court: DAVID J. SMITH, Clerk of Court