**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DONNA CURLING, et al.

          Plaintiff(s),

vs.

BRAD RAFFENSPERGER, et al.

          Defendant(s).

CIVIL ACTION FILE

NO.  1:17-cv-02989-AT

**O R D E R**

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this _____ day of November, 2022.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE