UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al. | |
| Plaintiff(s), | CIVIL ACTION FILE |
| vs. | NO. 1:17-cv-02989-AT |
| BRAD RAFFENSPERGER, et al. | |
| Defendant(s). | |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this  3rd  day of November, 2022.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE