# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 11/15/2022.

TIME COURT COMMENCED: 2:40 P.M.
TIME COURT CONCLUDED: 05:45 P.M.
TIME IN COURT: 3:05
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joshua Belinfante representing The State Election Board<br>Bruce Brown representing Coalition for Good Governance<br>David Cross representing Donna Curling<br>Bryan Jacoutot representing State of Election Board<br>Diane LaRoss representing The State Election Board<br>Carey Miller representing The State Election Board<br>Javier Pico-Prats representing The State Election Board<br>Adam Sparks representing Donna Curling<br>Bryan Tyson representing The State Election Board |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); |
| MINUTE TEXT: | The Court held a conference with the parties on November 15, 2022 to discuss the 30(b)(6) deposition of Gabriel Sterling and issues relating to the parties summary judgment motions. The Court resolved the parties disputes regarding the 30(b)(6) deposition of Gabriel Sterling and directed the parties to file supplemental declarations and documents relating to the deposition. Additionally, the Court and parties discussed and agreed upon matters relating to the litigation of the summary judgment motions. See transcript for additional details. |
| HEARING STATUS: | Hearing Concluded |