IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-CV-2989-AT |

### ORDER GRANTING STATE DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES IN SUPPORT OF FORTHCOMING MOTIONS FOR SUMMARY JUDGMENT

The State Defendants have moved this Court to grant leave to file excess pages in the briefs in support and opposition to summary judgment, as well as any reply briefs. Having considered the complexity of the case, the length of the record, and that there are two consolidated lawsuits in this matter, the Court GRANTS the State Defendants' Motion.

It is therefore ORDERED that each party filing a brief in support and opposition to summary judgment may submit briefs up to 50 pages each. The reply briefs may be up to 25 pages each. The Court is aware that the State Defendants currently plan to file two sets of summary judgment motions and

briefs: one against the Curling Plaintiffs and another against the Coalition for Good Governance Plaintiffs. The Court's scheduling order of October 31, 2022 remains unchanged.

**IT IS SO ORDERED** this 16th day of November, 2022.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

Prepared by:
/s/ Vincent R. Russo
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Javier Pico Prats
Georgia Bar No. 664717
jpicoprats@robbinsfirm.com
Anna Edmondson
Georgia Bar No. 289667
aedmondson@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

Counsel for State Defendants