IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

　　*Plaintiffs,*

　　v.

BRAD RAFFENSPERGER, *et al.,*

　　*Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>

Jonathan D. Crumly, pursuant to Rule 83.1(E) of the Local Rules of the United States District Court for the Northern District of Georgia, respectfully requests this Court to withdraw his appearance as counsel for Defendants Brad Raffensperger, Rebecca N. Sullivan, Sara Tindall Ghazal, Anh Le, and Matthew Mashburn (collectively, the "State Defendants") in the above-captioned case. Mr. Crumly is no longer employed with Taylor English Duma LLP.  State Defendants will continue to be represented by Taylor English Duma LLP in this matter by Bryan P. Tyson, Bryan F. Jacoutot, and Diane F. LaRoss.

A proposed Order granting this Motion is attached hereto

Respectfully submitted this 17th day of November, 2022.

**Robbins Ross Alloy Belinfante Littlefield LLC**

Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com
Carey Miller
Georgia Bar No.:  976240
cmiller@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

Bryan P. Tyson
GA Bar No. 515411
btyson@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*/s/Jonathan D. Crumly*
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@proximalawgroup.com
Proxima Law Group LLC
1100 Circle 75 Parkway, Suite 225
Atlanta, GA 30339
(770) 883-6344

James A. Balli
Georgia Bar No. 035828
jballi@balli-law.com
Balli-Law LLC
PO Box 674254
Marietta, GA 30006-0071
(404) 975-8176

*Attorneys for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing MOTION FOR LEAVE TO WITHDRAW AS COUNSEL has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Jonathan D. Crumly*
Jonathan D. Crumly
Georgia Bar No. 199466

*Counsel for State Defendants*