# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 1:17-cv-2989-AT |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Jonathan D. Crumly, having submitted his Motion to Withdraw as counsel of record for State Defendants, and it appearing that the requirements of Local Rule 83.1(E) have been met, and no objections to the Motion having been filed, the Motion is hereby **GRANTED**.

**SO ORDERED** this ___ day of _____, 2022.

_____
The Honorable Amy Totenberg
United States District Judge
Northern District of Georgia