IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, *et al.*

   *Plaintiffs,*

   v.

BRAD RAFFENSPERGER, *et al.*,

   *Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

**STIPULATED ORDER ON SCHEDULING**

Following the in-person conference on November 15, 2022, the parties have engaged in efforts to address the issues raised in the discovery conference with the Court. This stipulation is made and entered into by all parties regarding the current schedule for summary judgment.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED TO by and between the parties, through their respective counsel, that the current scheduling order (Doc. 1529) should be modified as follows:

| Case Event | Deadline |
| --- | --- |
| Deadline for State Defendants to produce all discovery directed by the Court in the Nov. 15, 2022 Conference, including declarations and document productions | December 14, 2022 |

| | |
|---|---|
| Parties will complete Rule 26(e) supplementation | December 21, 2022 |
| Summary Judgment Motions | January 9, 2023 |
| Summary Judgment Responses | February 3, 2023 |
| Summary Judgment Replies | February 17, 2023 |

IT IS SO ORDERED, this ___ day of December, 2022.

_____
Judge Amy Totenberg
U.S. District Judge

Respectfully submitted this 14th day of December, 2022.

*/s/ David D. Cross*
David D. Cross (*pro hac vice*)
Veronica Ascarrunz (*pro hac vice*)
Lyle P. Hedgecock (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Robert W. Manoso (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500

*/s/ Halsey G. Knapp, Jr.*
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
(404) 888-9700

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

*/s/ Bruce P. Brown*
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC

*/s/ Robert A. McGuire, III*
Robert A. McGuire, III
Admitted Pro Hac Vice
(ECF No. 125)

| | |
|---|---|
| 1123 Zonolite Rd. NE | ROBERT MCGUIRE LAW FIRM |
| Suite 6 | 113 Cherry St. #86685 |
| Atlanta, Georgia 30306 | Seattle, Washington 98104-2205 |
| (404) 386-6856 | (253) 267-8530 |

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Coalition for Good Governance,
William Digges III, Laura Digges, Ricardo Davis & Megan Missett*

| | |
|---|---|
| Vincent R. Russo | */s/Bryan P. Tyson* |
| Georgia Bar No. 242628 | Bryan P. Tyson |
| vrusso@robbinsfirm.com | Georgia Bar No. 515411 |
| Josh Belinfante | btyson@taylorenglish.com |
| Georgia Bar No. 047399 | Diane F. LaRoss |
| jbelinfante@robbinsfirm.com | Georgia Bar No. 430830 |
| Carey A. Miller | dlaross@taylorenglish.com |
| Georgia Bar No. 976240 | Bryan F. Jacoutot |
| cmiller@robbinsfirm.com | Georgia Bar No. 668272 |
| Alexander Denton | bjacoutot@taylorenglish.com |
| Georgia Bar No. 660632 | TAYLOR ENGLISH DUMA LLP |
| adenton@robbinsfirm.com | 1600 Parkwood Circle, Suite 200 |
| ROBBINS ALLOY BELINFANTE | Atlanta, GA 30339 |
| LITTLEFIELD LLC | Telephone: 678-336-7249 |
| 500 14th Street, N.W. | |
| Atlanta, Georgia 30318 | |
| Telephone: (678) 701-9381 | |
| Facsimile:  (404) 856-3255 | |

*Counsel for State Defendants*

- 4 -

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **STIPULATED ORDER ON SCHEDULING** has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson