# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| )4 | FILE NO. 1:17-cv-2989-AT |
| BRAD RAFFENSPERGER, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4 the undersigned certifies that the Coalition Plaintiffs on December 23, 2021, served responses the following:

1. Supplemental Responses to Defendant Worley's First Interrogatories;

2. Supplemental Responses to Defendant Sullivan's First Interrogatories;

3. Supplemental Responses to Defendant Raffensperger's First Request for Admission; and

4. Supplemental Responses to Defendant Anh Le's First Interrogatories.

This Certificate has been prepared in accordance with the requirements of LR 5.1 and served on all counsel via the PACER-ECF system.

This 23th day of December, 2022.

>/s/ Bruce P. Brown
>Bruce P. Brown
>BRUCE P. BROWN LAW LLC
>1123 Zonolite Rd. NE, Suite 6
>Atlanta, Georgia 30306
>(404) 386-6856
>*Counsel for Plaintiff Coalition for Good Governance*