# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## PLAINTIFFS' JOINT NOTICE OF FILING ADDITIONAL EVIDENCE IN SUPPORT OF RENEWED MOTIONS FOR ATTORNEYS' FEES & EXPENSES

Plaintiffs jointly submit the attached transcripts of the November 30, 2021 U.S. House of Representatives Select Committee to Investigate the January 6 Attack on the U.S. Capitol's Interview of Brad Raffensperger (Ex. A) and the December 12, 2018 SAFE Commission meeting (Ex. B) in support of their Renewed Motions for Attorneys' Fees and Expenses (Dkts. 967 & 998).   Before the House Select Committee, Secretary Raffensperger testified, "When I took office in January 2019, number one is to secure new voting machines with a verifiable paper ballot due to a court order that we could not use the old DRE machines anymore."  (Ex. A at 6; *see also id*. at 19-20.)  The statements of at least Ryan Germany and Vincent Russo also expressly confirm that the prior DRE voting system this Court enjoined in its August

15, 2019 Order (Dkt. 579) was replaced as a direct result of and in direct response to this specific litigation (*see* Ex. B at 109-113, 179), including this Court's directive in its September 17, 2018 Order (Dkt. 309) to State Defendants to address the critical failings the Court found with the prior DRE voting system—failings that this Court not only found in that same Order were likely to lead Plaintiffs to prevail on the merits of their then-pending constitutional claims (*id.* at 38), but that ultimately led the Court to issue its August 2019 injunction (Dkt. 579 at 152; *see also id*. at 130-31 (citing Dkt. 309 at 33)).  That injunction still stands today.

Respectfully submitted this 28th day of December, 2022.

 /s/ David D. Cross
David D. Cross (*pro hac vice*)
Mary G. Kaiser (*pro hac vice*)
Hannah R. Elson (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
(202) 887-1500

 /s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
GA Bar No. 425320
Adam M. Sparks
GA Bar No. 341578
KREVOLIN & HORST, LLC
1201 West Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
(404) 888-9700

*Counsel for Plaintiffs Donna Curling, Donna Price & Jeffrey Schoenberg*

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 881-0700

/s/ Robert A. McGuire, III
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

_/s/ Russell T. Abney_
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

_Counsel for Plaintiff Coalition for Good Governance_

_/s/ Cary Ichter_
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

_Counsel for Plaintiffs William Digges III, Laura Digges,
Ricardo Davis & Megan Missett_

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

<u>*/s/ David D. Cross*</u>
David D. Cross

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER , ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 28, 2022, a copy of the foregoing **PLAINTIFFS' JOINT NOTICE OF FILING ADDITIONAL EVIDENCE IN SUPPORT OF RENEWED MOTIONS FOR ATTORNEYS' FEES & EXPENSES** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

<u>/s/ David D. Cross</u>
David D. Cross