

Deposition of:

# Laura Marie Digges

*September 23, 2021*

In the Matter of:

# Curling, Donna v. Raffensperger, Brad

Veritext Legal Solutions

800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Laura Marie Digges                          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 1

                                              IN THE UNITED STATES DISTRICT COURT

                                        FOR THE NORTHERN DISTRICT OF GEORGIA

                                                    ATLANTA DIVISION


DONNA CURLING, et al.,            )
                                  )
     Plaintiff,                   )
                                  )   CIVIL ACTION FILE
vs.                               )
                                  )   NO. 1:17-cv-2989-AT
BRAD RAFFENSPERGER, et al.,       )
                                  )
     Defendant.                   )




        The remote videoconference deposition of LAURA
MARIE DIGGES, taken pursuant to the stipulations
contained herein; the reading and signing of the
deposition reserved, before Charlene M. Hansard,
B-2341, Certified Court Reporter, commencing at 1:28
p.m., on Thursday, September 23, 2021, with witness
located in Marietta, Georgia 30066.

Page 2

```
 1              A P P E A R A N C E S

 2

 3          (All parties appeared remotely by Zoom

 4      videoconference.)

 5

 6   ON BEHALF OF PLAINTIFF CURLING:

 7       Hannah Elson, Esq.
         Morrison & Foerster, LLP

 8       2100 L Street, Suite 900
         Washington, D.C. 20037

 9       (202) 926-6976
         Helson@mofo.com

10

11   ON BEHALF OF PLAINTIFFS DIGGES AND MISSETT:

12       Cary Ichter, Esq.
         Ichter Davis, LLC

13       3340 Peachtree Road, N.E.
         Suite 1530

14       Atlanta, Georgia 30326
         (404) 869-7600

15       Cichter@ichterdavis.com

16   ON BEHALF OF STATE DEFENDANTS:

17       Bryan Jacoutot, Esq.
         R. Dal Burton, Esq.

18       Taylor English Duma, LLP
         1600 Parkwood Circle

19       Suite 400
         Atlanta, Georgia 30339

20       (770) 434-6868
         Bjacoutot@taylorenglish.com

21       dburton@taylorenglish.com

22

23

24

25
```

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 3

1                    A P P E A R A N C E S
                          (continued)

2

3

    ON BEHALF OF FULTON COUNTY DEFENDANTS:

4

        Cheryl Ringer, Esq.
5       Office of the County Attorney
        Fulton County
6       141 Pryor Street, SW, Suite 4038
        Atlanta, Georgia 30303
7       (404) 612-0286
        Cheryl.ringer@fultoncountyga.gov

8

9   ALSO PRESENT:

10      Ms. Marilyn Marks, Executive Director
        Coalition for Good Governance

11

        Mr. Matthew Riesdorph, Veritext Concierge Tech

12

13

14

15

16

17

18

19

20

    Legend of the Transcript:

21

    (sic)          Exactly as said
22  (phonetic)     Exact spelling unknown
    . . .          Trailing off or did not complete thought
23   --            Break in speech continuity
    uh-huh         Affirmative
24  uh-uh          Negative

25

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

                                                        Page 4

1

2                          I N D E X

3

     WITNESS                                              PAGE

4

     LAURA MARIE DIGGES

5

          Examination By Mr. Jacoutot ...................6

6

7

8

                        DEFENDANT'S EXHIBITS

9

     EXHIBIT

10   NUMBER          DESCRIPTION                         PAGE

11   Exhibit 1     Notice of Deposition ................11

12   Exhibit 2     CBS46 News article ..................27

13   Exhibit 3     Coalition for Good Governance's ......33
                   and Coalition Plaintiffs'

14                 Objections and Responses to
                   Defendant Brad Raffensperger's

15                 First Request for Admission

16   Exhibit 4     ENET Report .........................40

17

18

19             (Originally marked exhibits attached to the

20        original of the deposition and a copy attached

21        to all copies produced.)

22

23

24

25

Page 5

1                    P R O C E E D I N G S

2                                          (1:28 p.m.)

3            (Whereupon, the court reporter complied

4        with the requirements of O.C.G.A. Section

5        9-11-28(d).)

6            THE COURT REPORTER:  Good afternoon.  My

7        name is Charlene Hansard.  I am the court

8        reporter.  Today's date is September 23, 2021,

9        and the time is approximately 1:29 p.m.  Due to

10       the government's order for social distancing, I

11       will ask counsel to stipulate on the record that

12       there's no objection to swearing in the witness

13       remotely by video conference.

14            MR. JACOUTOT:  No objection.

15            MR. ICHTER:  So stipulated.

16            (The oath was administered to the witness

17       by the court reporter.)

18            MR. JACOUTOT:  This will be the deposition

19       of Laura Digges taken by Defendant, Secretary of

20       State, Brad Raffensperger, for the purpose of

21       discovery and all purposes allowed under the

22       Federal Rules of Civil Procedure.  Did we swear

23       in the witness just then?  To the court

24       reporter?

25            THE COURT REPORTER:  Yes, sir, we did.

Page 6

```
1           MR. JACOUTOT:  Okay.  Thanks.  I got to pay

2       attention.  Great.  And are we okay with reading

3       and signing this deposition after the fact to

4       ensure its accuracy?

5           MR. ICHTER:  Yes.

6   Whereupon,

7                   LAURA MARIE DIGGES,

8       Having been first duly sworn, was examined and

9       testified as follows:

10                      EXAMINATION

11  BY MR. JACOUTOT:

12      Q.   Okay.  And my name is Bryan Jacoutot.  As I

13  stated earlier, I represent the State Defendants in

14  this case.  Ms. Digges, pleasure to meet you.  Would

15  you mind stating your full name for the record.

16      A.   Laura Marie Digges.

17      Q.   Great.  And are you represented by counsel in

18  this deposition?

19      A.   Yes.

20      Q.   And is that Mr. Ichter?

21      A.   Yes.

22      Q.   Okay.

23           MR. JACOUTOT:  And counsel, can we agree

24       that all objections except those going to the

25       form of the question and responsiveness of the
```

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 7

1          answer are reserved until trial or first use of

2          the deposition?

3               MR. ICHTER:  That's fine.

4               MR. JACOUTOT:  Great.

5               MS. ELSON:  This is Hannah Elson from

6          Morrison and Foerster here presenting the

7          Curling Plaintiffs today.

8               MR. JACOUTOT:  Okay.  Great.  Thank you,

9          Ms. Elson.

10    BY MR. JACOUTOT:

11          Q.   So Ms. Digges, have you had a deposition

12    taken before?

13          A.   No.

14          Q.   Okay.  Well, we're in, obviously, interesting

15    times now doing it remotely.  So since these are remote

16    and done over Zoom and everything, it's likely that

17    there might be some hiccups here and there, and we'll

18    try to deal with them as best we can.  But if you could

19    please speak loudly and clearly as best you can and try

20    not to talk over, you know, me, and I'll try not to

21    talk over you when I'm asking a question.  It is,

22    again, more difficult over Zoom so it may happen here

23    and there.  And please keep your responses verbal as

24    opposed to nodding your head or saying uh-huh or uh-uh

25    and -- you know, just so the court reporter has a

Page 8

1    little easier time taking that down.  Is all that

2    understood --

3         A.   Yes.

4         Q.   -- and agreeable?

5         A.   Yes.

6         Q.   Perfect.  So the purpose here is not to

7    confuse you.  So if I ask you a question you don't

8    understand or if I phrased it improperly, can you agree

9    you'll let me know and I'll try to rephrase it a little

10   better?

11        A.   Yes.

12        Q.   Thank you.  Now here, you're being asked to

13   testify based on your personal knowledge, so there's no

14   need to speculate in response to any of my questions.

15   It's perfectly acceptable if you don't know the answer.

16   We can take a break at any time if you need one just to

17   kind of get up and stretch or if you need to use the

18   restroom, just let me know.  The only thing I would ask

19   is that if I've posed a question to you, that you would

20   go ahead and answer that question before we take the

21   break.  Is that agreeable?

22        A.   Yes.

23        Q.   Okay.  Have you taken any medications today

24   that would keep you from fully and truthfully

25   participating?

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 9

1          A.    No.

2          Q.    Okay.  In preparing for this deposition,

3     other than conversations with your attorneys, what did

4     you do?

5          A.    To prepare for this deposition?  Well,

6     obviously, I spoke to my attorney.

7          Q.    Uh-huh.

8          A.    I printed out copies of the Declarations.  I

9     loaded this Veritext to my computer, and that's it.

10         Q.    Okay.  Apart from the Declarations, did you

11    look at any documents from the case before in

12    preparation?

13         A.    Not in preparation.  I mean, I've, obviously,

14    looked at them before, but not --

15         Q.    Right.

16         A.    -- in preparation for this, no.

17         Q.    Okay.  Did you bring anything with you today

18    for the deposition?

19         A.    Did I bring anything with me for the

20    deposition?

21         Q.    Yes.  Any documents or anything like that?

22         A.    I've got the copies of the Declarations here.

23         Q.    Okay.  Did you review or attend any testimony

24    from the plaintiffs in this case before being deposed?

25    Because I know you're --

Laura Marie Digges                                      September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 10

```
1        A.   The depositions?  No.

2        Q.   Yeah.

3        A.   No.

4        Q.   So you were not in attendance at your

5   husband's deposition earlier today?

6        A.   No.

7        Q.   Okay.  Did you talk to anyone about your

8   deposition other than your attorney?

9        A.   No.

10            MR. ICHTER:  Laura, you need to speak a

11       little more loudly.

12            THE WITNESS:  Sorry.  I tend to be quiet,

13       but I'll --

14            MR. ICHTER:  What was your answer?

15            THE WITNESS:  It was no.

16            MR. ICHTER:  Okay.

17   BY MR. JACOUTOT:

18       Q.   No.  Okay.  Thank you.

19            MR. JACOUTOT:  And thank you, Cary.

20            MR. ICHTER:  Sure.

21   BY MR. JACOUTOT:

22       Q.   All right.  I'm going to go ahead and direct

23   you to Exhibit Share, and I'm going to go ahead and try

24   and mark as Exhibit 1 the notice to take your

25   deposition.  Just bear with me for a moment.
```

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 11

1            (Exhibit No. 1, Notice of Deposition, was

2       marked for identification purposes.)

3    BY MR. JACOUTOT:

4       Q.   Okay.  I'm going to share with you what's

5    been marked Exhibit No. 1.  And let me know when it

6    shows up on your -- in your Exhibit Share.  You might

7    have to refresh.  Is it there?  It should be Exhibit

8    0001.

9       A.   Okay.  There it is.

10      Q.   Okay.  So that is -- Can you confirm for me

11   that that is the Notice of Deposition that you

12   received?

13      A.   Yes, it looks like it.  Yeah.  Yes.

14      Q.   Okay.  Great.  I don't have any questions on

15   that.  I just wanted to go ahead and put it in the

16   record for us.

17      A.   All right.

18      Q.   Can you give me your current address?

19      A.

20              , Marietta, Georgia 30066.

21      Q.   Okay.  Thank you.  And how long have you

22   lived in Cobb County?

23      A.   1996.

24      Q.   Now, I know you said you've never had a

25   deposition before.  But have you ever been examined at

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 12

1    trial, cross-examined, anything like that, asked

2    questions at a trial?

3         A.   No.

4         Q.   Okay.  Have you ever been charged with a

5    crime?

6         A.   No.

7         Q.   Have you ever been arrested?

8         A.   No.

9         Q.   Never convicted of a crime, then, I assume?

10        A.   No.

11        Q.   Okay.  Are you a party in any other

12   lawsuits -- active lawsuits?

13        A.   No.

14        Q.   Are you a party in any other prior lawsuits?

15        A.   No.

16        Q.   Okay.  I'm just going to get some of your

17   educational background.  Did you attend high school?

18        A.   Yes.

19        Q.   And where was that?

20        A.   Northern Highlands Regional High School,

21   Allendale, New Jersey.

22        Q.   And what were the approximate dates of your

23   attendance there?

24        A.   I graduated in 1971.

25        Q.   Did you attend any college?

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 13

1        A.    Yes.

2        Q.    And where was that?

3        A.    Alphonsus College in Woodcliff Lake, New

4   Jersey.

5        Q.    And the dates of attendance there?

6        A.    I graduated in 1973.

7        Q.    So two years after your high school

8   graduation?

9        A.    Yes.

10       Q.    Okay.  What did you study there?

11       A.    Education -- Early childhood education.

12       Q.    Okay.  Did you -- Did you get a degree?  Oh,

13   you said you graduated; correct?

14       A.    Yes.

15       Q.    And was your degree in early childhood

16   education?

17       A.    Yes.

18       Q.    Okay.  Did you attend any graduate school?

19       A.    No.

20       Q.    Do you have any licenses, certifications, or

21   vocational training, anything like that?

22       A.    I had a medical office assistant

23   certification.

24       Q.    Okay.  Anything else?

25       A.    Working for IBM, I received some compliance

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 14

1    certifications.  They had their own internal education

2    and I received a few certifications from them --

3    through them.

4         Q.   Okay.  Any other type of education that you

5    can name?

6         A.   No.

7         Q.   Okay.  So do you have any education in

8    election law or voting specifically?

9         A.   Education in voting law or -- Well, I -- I

10   was a poll watcher.  You know, I received training

11   through -- through voter protection, but.

12        Q.   And who -- who gave you the training for poll

13   watching?

14        A.   Democratic Party of Georgia.

15        Q.   Okay.  Apart from that, do you have any

16   specific education or training with respect to election

17   law?

18        A.   No.

19        Q.   Okay.  And in that training that you received

20   from the Democratic Party of Georgia, did they give you

21   any election administration for Georgia or any other

22   state, any training in election administration

23   specifically?

24        A.   No.

25        Q.   Okay.  And you said you were a poll watcher

Page 15

1    or you were trained as a poll watcher.  Did you -- Did

2    you actually go and, you know, poll watch during

3    elections?

4         A.   Yes.

5         Q.   What years would you say you've done that

6    for?

7         A.   It was the 2018 gubernatorial election and

8    then there was another one after it, and it was

9    probably 2019.

10        Q.   Have you ever worked at a polling place as a

11   poll worker?

12        A.   No.

13        Q.   Okay.  When you were doing the poll watching

14   for the 2018 and 2019 elections, were -- what poll --

15   what poll places was that by county, let's say?

16        A.   Cobb County.

17        Q.   Cobb County.  Okay.  Do you happen to

18   remember the precinct or did you do multiple precincts?

19        A.   I did multiple.  The first one was at the --

20   I don't recall.

21        Q.   Okay.  That's fine.  But you would say you

22   did multiple precincts though?

23        A.   Yes.

24        Q.   Okay.  Did the training that you received for

25   your poll watching, did that include training in

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 16

1    casting absentee ballots?

2         A.   Yes.  The training did go over the absentee

3    ballot requirements.

4         Q.   Okay.  And did that go -- When you say

5    absentee ballots, in Georgia we call absentee voting --

6         A.   Early voting.

7         Q.   -- multiple types.  So was it absentee by

8    mail or absentee in person that the training covered,

9    if you recall?

10        A.   Well, absentee -- absentee in person is

11   the -- is -- they call it early voting.

12        Q.   Uh-huh.

13        A.   They went over that.  And they went over

14   in-person voting too.

15        Q.   Okay.  Did they provide any training related

16   to computers?

17        A.   No.

18        Q.   Okay.  So nothing involving hardware or

19   programming or cybersecurity or the voting equipment

20   itself?

21        A.   No.

22        Q.   Do you have any training outside of the

23   Democratic Party of Georgia's training that might have

24   pertained to computers?

25        A.   No.

Page 17

1     Q.   Okay.  Just to be clear, you mentioned you

2  worked at IBM.  What did you do there?

3     A.   I worked in -- I did a few things, mainly

4  administrator professional working in the business

5  partner support organization, support for contracts --

6  business partner contracts and administered global

7  contracts.  Business partner -- They had to -- They had

8  to have certification, and I tracked that.  Then I

9  moved over to the compliance area, and I participated

10  in compliance meetings from business partners around

11  the world.  And then -- Let's see.  I did lots of

12  stuff.  It's just mainly in the business partners

13  support organization, supporting business partners.

14     Q.   Okay.  So they wouldn't have provided you

15  with any computer-specific training at IBM in the

16  course of your job there?

17     A.   Oh, yeah, we received a lot of training with

18  computers there.

19     Q.   Okay.  Can you describe that training?

20     A.   Database training, how, you know, to operate

21  computers, just -- I mean, probably just generally how

22  companies train their employees on how to operate

23  computers.

24     Q.   Okay.  Have you had any training or education

25  concerning operation or functioning of the direct

Page 18

1    recording electronic voting machines commonly referred

2    to as DREs?

3         A.   No.

4         Q.   Okay.  Have you had any training or education

5    concerning the operation or functioning of ballot

6    marking devices commonly referred to as BMDs?

7         A.   No.  I mean, I've heard about them and how

8    they operate, but I haven't received any specific

9    training.

10        Q.   Okay.  And any training or education

11   concerning the operation or functioning of the scanners

12   that are used in conjunction with BMDs during elections

13   here in Georgia?

14        A.   No.

15        Q.   Have you ever voted on a DRE?

16        A.   No.

17        Q.   Have you ever voted on a BMD?

18        A.   Yes.  Oh, wait a minute.  Wait a minute.  I

19   have voted on the DRE not the BMD.

20        Q.   Okay.  So the voting machines that were in

21   place up until the recent --

22        A.   Exactly.

23        Q.   -- changeover?

24        A.   Yes, yes, exactly.

25        Q.   Okay.

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 19

1         A.    I get those confused.

2         Q.    Do you have any writings or publications or

3     other works of authorship relating to voting or

4     elections?

5         A.    No.

6         Q.    I'm going to into your employment history,

7     and I know that you worked at IBM.  Is that where you

8     worked right out of college?

9         A.    No.  I started working at IBM in 1996 -- no,

10    sorry -- 1998.

11        Q.    '98.  And what jobs did you work at between

12    college and IBM?

13        A.    I was a teacher in New Jersey, and then Bill

14    and I got married.  And I started having children, so I

15    stayed home with my children until 1996.  I mean -- I'm

16    sorry.  I started -- I stayed home -- Yeah, I started

17    working at IBM in '96.

18        Q.    Okay.  Not 1998?

19        A.    I'm sorry.  Yeah, we moved here in '96, and I

20    started in 1998.

21        Q.    Okay.  Thank you.  I just wanted to make sure

22    we got that timeline right.  And how long did you work

23    at IBM for?

24        A.    Until 2009.

25        Q.    And was that a full-time or a part-time?

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 20

1          A.    Full-time.

2          Q.    Okay.  And did you -- were you terminated or

3    did you resign?

4          A.    They outsourced my job to Brazil.

5          Q.    Okay.  And since -- After IBM, have you --

6    have you held any other jobs?

7          A.    Yes.  I worked at Bright Horizons.  It's a

8    company that does children and family services for --

9    and the one that I specifically worked at was for CNN

10   and Turner Broadcasting.

11         Q.    Okay.  And when did you start there?

12         A.    2009.

13         Q.    And how long did you have that job for?

14         A.    I think it was six years.

15         Q.    Okay.  So about 2015?

16         A.    Yes.  And then the distance was too far to

17   travel, so I got a job with Philadelphia Insurance

18   Companies.

19         Q.    And how long did you work at Philadelphia

20   Insurance Companies?

21         A.    I left there in -- When was that?  It was

22   about -- I think I left there in about 2018.

23         Q.    What did you do there?

24         A.    Administration.  Office manager.

25         Q.    Did you have any jobs after Philadelphia

Page 21

1    Insurance?

2        A.    No.

3        Q.    Okay.  And you're not currently working then?

4        A.    No.

5        Q.    Okay.  In 2018 why did you -- why did you

6    decide or did you decide to leave or were you

7    terminated?

8        A.    2000 -- from Philadelphia?

9        Q.    Yes.  Sorry.  Yes.

10       A.    I left.  I retired.

11       Q.    Okay.  Okay.  Move on to your voter advocacy

12   work.  Can you detail what types of voter advocacy you

13   do?

14       A.    Voter advocacy that I do.  I've -- Well,

15   besides poll watching, I've written postcards to

16   voters.

17       Q.    Was that in a personal capacity or on behalf

18   of an organization?

19       A.    I went through an organization, if I can

20   remember the name of it.  It was an organization.  I

21   don't remember the name of it though.

22       Q.    Okay.

23       A.    They -- They sent us lists, addresses.

24       Q.    And what did these postcards -- What messages

25   did these postcards that you wrote contain?

Laura Marie Digges                     September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 22

1          A.   Just reminding them of upcoming elections.

2          Q.   Okay.  Are you a member of any voting rights

3     or advocacy groups currently?

4          A.   Well, the Voter Protection and CGG are really

5     the only two that -- that I am a member of.

6          Q.   When you say CGG, you're talking about the

7     Plaintiff, Coalition for Good Governance?

8          A.   Yes.

9          Q.   Okay.  And Voter Protection, what is -- is

10     that the full name of the organization or is it a group

11     within --

12          A.   It's the Democratic Party of Georgia.

13          Q.   Uh-huh.  Okay.  How long have you been

14     involved with the Georgia Coalition for Good

15     Governance?

16          A.   2016 or '17.  I don't remember the exact

17     date.  It's 2016 or 2017.

18          Q.   Okay.  Have you held any leadership positions

19     within the Coalition or is it strictly just a

20     membership?

21          A.   Membership.

22          Q.   Okay.  Is it fair to say that your primary

23     goal in being in -- a member of this organization is to

24     make voting by paper ballots a reality in Georgia?

25          A.   Well, that's not the only -- that's not the

Page 23

1    only reason.

2         Q.    Would you -- Would you characterize it as the

3    primary reason?

4         A.    No.

5         Q.    Okay.  So what are the goals, in your mind --

6    Let me rephrase that.  What do you hope to achieve as a

7    part of being a member of the Coalition for Good

8    Governance?

9         A.    Well, when I realized that I was just a

10   passive member, you know, just sitting back and waiting

11   for things to happen, I decided to become more

12   involved.  So that's when I became a member of CGG, and

13   they've just done a lot of educating.  I've learned so

14   much from them and -- you know, me and other members,

15   regarding the impacts, you know, how laws impact

16   election integrity and voting.

17        Just recently with the State Election Board rule

18   making on the -- what was it? -- SP202, you know,

19   just letting us know what's going on with that.  They

20   speak for me when they go to the General Assembly,

21   and they just use their expertise.  You know, I've

22   learned so much from them regarding election law and

23   lobbying.

24        Let's see.  They create press releases to keep

25   us involved on different public interest topics and

Page 24

1   related to election integrity and reform.  What else?

2   Just a lot of educating the public, you know, that

3   I -- I normally -- I wouldn't have any idea even

4   where to start if it weren't for CGG.  They've been

5   very helpful.

6        Q.   Okay.  Would you say that a goal of yours as

7   a member is to help ensure that voting by paper ballots

8   becomes a reality in Georgia?

9        A.   I think voting by paper ballots is very

10  important, yes.

11       Q.   Okay.

12       A.   Because of the paper trail.

13       Q.   Right.  Understood.

14       A.   Yeah.

15       Q.   Have you made any statements to the media

16  in -- that relate to Georgia's voting laws?

17       A.   Relates to Georgia voting laws.  Let me think

18  now.  Well, when -- when there was an election, we were

19  doing pictures of poll tapes.  And Bill and I went to

20  photograph some poll tapes, and I got out of the car

21  and was photographing poll tapes.  And while I was

22  photographing the poll tapes, the election manager and

23  the election workers -- voting was finished.

24       Q.   Uh-huh.

25       A.   And they were bringing the equipment out --

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 25

1     Their cars were parked on the opposite end of the

2     parking lot, so they were bringing the election

3     equipment out.  And they left election equipment by the

4     front door or right next to me.  Nobody was there.  And

5     they were all getting in their cars.  Nobody watched.

6     I could have easily taken the -- Bill was parked right

7     there waiting for me on the sidewalk.  I could have

8     taken the equipment, put it in the car, and driven off.

9     It was pretty alarming.  So I contacted -- I contacted

10    the news, and they came.

11         Q.   And when they came --

12         A.   They --

13         Q.   Oh, I'm sorry.

14         A.   They did a report on that.

15         Q.   Okay.  Did you provide any quotes for them to

16    use in any -- any media report that they did?

17         A.   The -- The reporter pulled up a document that

18    said that the poll workers, when they were done with --

19    with their jobs, that they were supposed to be escorted

20    by police officers, and they were not.  So that was

21    pretty concerning.

22         Q.   And is that --

23         A.   It's something Gabe Sterling published.

24         Q.   And so did you -- And I'm sorry to, you know,

25    harp on this, but I want to make sure.  Was this

Page 26

1    something that sort of you told the media and then they

2    printed or aired that you're aware of?

3         A.   Yes.  CBS46, I think it was.

4         Q.   Okay.

5         A.   Giovanna Drpic was the --

6         Q.   I'm sorry.  What was that?

7         A.   Giovanna Drpic was the newscaster --

8         Q.   Okay.

9         A.   -- CBS46.

10        Q.   And this -- I assume that you reported this

11   to the media.  Did you report any of this to a -- any

12   county or local or state election official?

13        A.   Janine Eveler.

14        Q.   And who's that?

15        A.   She is the Cobb County Elections Director.

16        Q.   Did she provide you with any response to the

17   report?

18        A.   They said they would investigate.  I never

19   heard back after that.

20        Q.   Okay.  And so you didn't report it to any

21   state election official?

22        A.   No.  Since it was Cobb County, I provided

23   Janine Eveler with the information.

24        Q.   Okay.  Any other -- Any other times that you

25   spoke to the media about election-related topics?

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 27

1        A.    Yes.   And I can't remember which election it
2    was, but we have been voting absentee ever since we
3    found out the problems about the voting machines.   And
4    my husband and I, you know, we've always voted
5    together.   We -- So we, you know, both -- we fill out
6    our absentee ballots.

7        Well, his -- The yellow envelope that you mail
8    back, his had birthdate and month and year, mine had
9    birthdate, month, date, year.   So I just wanted to be
10   sure that -- Well, actually, I don't think the news
11   came that time.   I can't remember.   Yeah, I think
12   they did.

13       So I went up to the Board of Elections to ask
14   them, you know, if this was going to be okay.   We
15   didn't want our ballots rejected because of that.
16   And so I asked to speak to Janine Eveler, the
17   Elections Director, and she came out.   Because Bill
18   wasn't there, I was recording it so that he could
19   hear, you know, later on I could hear that -- you
20   know.   And so she said it would be fine.   So I went
21   with someone else, and he had contacted the same
22   person, Giovanna with 40 -- CBS46.   And she came and
23   recorded what transpired after speaking with Janine.
24            (Exhibit No. 2, CBS46 News article, was
25        marked for identification purposes.)

Case 1:17-cv-02989-AT   Document 1554   Filed 01/06/23   Page 29 of 102
Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 28

1    BY MR. JACOUTOT:

2         Q.   Okay.  I'm going to go ahead and direct your

3    attention to your Exhibit Share and what I'm marking

4    Defense Exhibit 2.  And let me know when you have that.

5         A.   Exhibit Share.  Oh, I've got Exhibit 1 --

6    Exhibit --

7         Q.   You might have to back out.

8              THE CONCIERGE TECH:  And Ms. Digges, if you

9         just hit refresh up at the top or right below

10        where it says deposition of Laura Digges,

11        there's a Marked Exhibit folder, if you click

12        that, it will refresh the folder for you.

13             THE WITNESS:  I do not see that.

14             THE CONCIERGE TECH:  It would be over on

15        the left-hand side where it has the case name,

16        it says, Curling, Donna.  Do you see that?

17             THE WITNESS:  Okay.  I see it.

18             THE CONCIERGE TECH:  And then if you work

19        down, do you see where it says Deposition of

20        Laura Digges?

21             THE WITNESS:  Exhibit 2.

22             THE CONCIERGE TECH:  Perfect.

23             THE WITNESS:  I see "Voters question

24        challenge accepted."

25    BY MR. JACOUTOT:

Laura Marie Digges                September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 29

1        Q.    Yeah, that looks like a pop-up.  But this --
2    This is an article from -- I'll represent to you it's
3    an article from CBS46.com and I believe this is what
4    you were referring to.  If you want to take a quick
5    look at it and let me know if that's the case.
6        A.    We're looking at Exhibit 2; right?
7        Q.    That's correct.  It should be just two pages.
8        A.    Challenge accepted, there are more questions
9    surrounding the elections.  Is that what we're looking
10   at?
11       Q.    Uh-huh.
12       A.    Okay.  I'm looking.  Okay.
13       Q.    Okay.  Is that -- Is that article referring
14   to the same story that you just related to me?
15       A.    Yes.
16       Q.    Okay.  And apart from that and -- and the
17   other experience with the CBS46 media, have you -- have
18   you spoken to any others that you can recall?
19       A.    No, not that I can recall.
20       Q.    Okay.  Okay.  So for this next series of
21   questions, I want to make clear that we're not asking
22   you for any legal conclusions.  We're only asking
23   questions concerning your understanding.  And since
24   you're not a lawyer, you're not being asked to give any
25   legal opinions or conclusions.  Does that make sense?

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 30

1        A.    Yes.

2        Q.    Okay.  What is your -- As a Plaintiff, what

3    is your purpose in filing and proceeding with this

4    litigation?

5        A.    Well, to me, the machines aren't trustworthy.

6    They're subject to being hacked and they're insecure.

7        Q.    And based on your personal knowledge and

8    understanding, what are the claims that you are

9    currently making against the defendants in this

10   lawsuit?

11       A.    Well, it's on the Declarations.  What

12   specifically are you asking?  I'm not sure what you're

13   asking what my claims are.

14       Q.    Well, if you have any specific claims that

15   you are currently making against the defendants in this

16   lawsuit, if you could describe them to me.  Is it -- Is

17   it -- And are they just related to your concerns about

18   security of the machines?

19       A.    No.  I'm also concerned about absentee voting

20   and, you know, how difficult that is sometimes.  I

21   would love to vote on the machines if I trusted them.

22       Q.    Okay.  Do you have any other claims that you

23   plan on making in this case that have not yet been

24   made?

25       A.    No.

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 31

1      Q.    Okay.

2      A.    Just what's on the Declarations or

3   depositions, whatever they're called.

4      Q.    Understood.

5      A.    Declaration, yeah.

6      Q.    Okay.  You've voted in numerous elections; is

7   that correct?

8      A.    Yes.

9      Q.    Do you have any evidence that any of the

10  votes you have cast in any Georgia election were not

11  counted?

12     A.    I don't know how I would prove that.

13     Q.    So you don't have any evidence then, is that

14  safe to say?

15     A.    No.  No.  And that's the problem.

16     Q.    Okay.

17     A.    We just don't know.  We push the button and

18  where does my vote go?

19     Q.    Okay.  Do you have any evidence that any DRE

20  used in any election in Georgia has ever actually been

21  hacked?

22     A.    The same answer, how would -- how would I

23  know that, you know, without a paper trail?  The DREs

24  give you a bar code.  That's it.

25     Q.    And just to be sure, I'm referring to the --

Laura Marie Digges                  September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 32

1          A.    Yeah.

2          Q.    -- DREs, yeah.

3          A.    The DREs, I don't know how I would know that.

4          Q.    Okay.  Just to be clear then, so you don't

5    have evidence that any DREs in any election in Georgia

6    has ever actually been hacked.

7          A.    Well, I'm pretty sure during the Mueller

8    Report there was a lot of questions whether any of them

9    were hacked or not.

10         Q.    So you would refer us to the Mueller Report

11   for any additional -- any response then to the question

12   I previously posed?

13         A.    I just -- I just don't know how you would

14   prove that they haven't been hacked.

15         Q.    Okay.  So my question is not how to prove

16   that they haven't been hacked.  My question is if you

17   have any evidence that any DRE used in any election in

18   Georgia has actually been hacked.

19         A.    Probably refer back to the Mueller Report.

20         Q.    Beyond the Mueller Report, do you have any

21   evidence that any DRE used in any election in Georgia

22   has actually been hacked?

23         A.    No.

24         Q.    Okay.  Do you have any evidence that any BMD

25   used in any election in Georgia has been hacked?

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 33

1      A.   No.

2      Q.   Do you have any evidence that malware was

3  inserted in any BMD during any election in Georgia in

4  2019, 2020, or in any election since?

5      A.   We don't know that.  When Logan Lamb found

6  everything open at KSU, there's a possibility.

7      Q.   So I understand that, you know, you would

8  take the position that there's a possibility that

9  malware was inserted, but do you have any evidence that

10  malware was actually inserted into any BMD used in an

11  election in Georgia since 2019?

12      A.   No.

13      Q.   Okay.  Thank you.  I'm going to turn you back

14  to the Exhibit Share.  And I haven't uploaded it yet,

15  so just give me a moment.  Okay.  It's taking a moment.

16  It's a large file.

17          (Exhibit No. 3, Coalition for Good

18          Governance's and Coalition Plaintiffs'

19          Objections and Responses to Defendant Brad

20          Raffensperger's First Request for Admission, was

21          marked for identification purposes.)

22  BY MR. JACOUTOT:

23      Q.   Okay.  It should be on your end now.  Let me

24  know when you pull it up.  It should be marked Exhibit

25  0003.

Laura Marie Digges                September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 34

1       A.   Okay.

2       Q.   All right.  So I'm going to ask that you go

3  down to page 5, specifically, Request for Admission No.

4  11.  Let me actually start over before you do that.

5  This is -- What I've marked here as Exhibit 3, this is

6  the Coalition for Good Governance and Coalition

7  Plaintiffs' Objections and Responses to Defendant Brad

8  Raffensperger First Request for Admission; is that

9  correct?

10      A.   What page is that?

11      Q.   It's on the first page.  It's the title of

12 the document.

13      A.   Oh, okay.

14      Q.   Just let me know that that's what you're

15 looking at.

16      A.   Yes.

17      Q.   Okay.  And you see here it says,

18 additionally -- it's the fourth line down at the end,

19 it starts, says, "Additionally, Plaintiff Megan

20 Missett, Ricardo Davis, Laura Digges, and William

21 Digges join in responses and objections to requests

22 Nos. 9 through 30."  Do you see that?

23      A.   Yes.

24      Q.   Okay.  So then your responses then -- then

25 you, Laura Digges, filed the responses here for

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 35

1    requests Nos. 9 through 30; is that correct?

2        A.   9 through 30, admit that you believe the

3    results of the presidential election held on November

4    30 -- November 3, 2020, in Georgia are valid.

5        Q.   Oh, no.  I'm sorry.  That's -- Yeah, that's

6    Request for Admission 9.  I'm just trying to make sure

7    that your responses to this document begin there,

8    Request for Admission No. 9, and then they go through

9    Request for Admission No. 30.  I just want to make sure

10   that that statement in the -- on the first page is

11   accurate.

12       A.   So you're asking me if the responses 1

13   through -- oh, where does this end -- through 30 are

14   accurate?

15       Q.   No.  I'm asking you if the statement on the

16   first page where it says that, "Plaintiffs Megan

17   Missett, Ricardo Davis, Laura Digges, and William

18   Digges join in responses and objections to request Nos.

19   9 through 30" --

20       A.   Oh, okay.

21       Q.   -- I'm asking you whether that statement is

22   correct?

23       A.   Yes.

24       Q.   Okay.  And so then now I want to direct your

25   attention to Request for Admission No. 11.  And it's --

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 36

1    you can go ahead and read that.  Actually, I'll read it

2    aloud for the record.

3         A.   Okay.

4         Q.   It says, "Admit that you have no evidence

5    that any component of the election system was actually

6    hacked prior to or during the elections held on

7    November 3, 2020."  And the response from Coalition,

8    which you joined, is denied.  Is that correct?

9         A.   Yes.

10        Q.   Okay.  And now given what we just talked

11   about, is it -- is it correct to say that you do not

12   have any evidence that any component of the election

13   system was actually hacked prior to or during the

14   elections held on November 30th -- or excuse me --

15   November 3, 2020?

16             MR. ICHTER:  Bryan, let me get you to clear

17        something up because election system is

18        capitalized there and appears to be a defined

19        term.  Can you explain what the term means

20        because I don't see a definition anywhere.

21             MR. JACOUTOT:  I do not see a definition

22        either.  Okay.  Well, I'll represent to Ms.

23        Digges that within the election system term, it

24        encompasses BMD -- the BMD system.  And I guess

25        my question is, is her response regarding --

Case 1:17-cv-02989-AT   Document 1554   Filed 01/06/23   Page 38 of 102
Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 37

1          excuse me.

2      BY MR. JACOUTOT:

3          Q.   Ms. Digges, does your response regarding the

4      BMDs that we just spoke of, does that change in light

5      of what you see here on the response to Request for

6      Admission No. 11 or would you say that with respect to

7      BMDs that you don't have any evidence that they were

8      hacked in the elections of 2019 and 2020?

9          A.   So this says, "Admit that you have no

10     evidence that any component of the election system was

11     actually hacked prior to or during the election held on

12     November 3, 2020."  And we have denied that.

13         Q.   Yes.  Do you -- Do you stand by that denial

14     at this point?

15         A.   Yes.

16         Q.   Okay.  Can you explain to me what evidence

17     that you have that the election system was actually

18     hacked prior to or during the elections held on

19     November 3, 2020?

20              MR. ICHTER:  Again, Ryan -- Bryan, we have

21         the problem of election system is not defined.

22         So what are we talking about?

23              MR. JACOUTOT:  Well, the response is a

24         blanket denial.  It wasn't an objection based on

25         a lack of a clear term, so I assume when this

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 38

1      was responded to that the knowledge of what

2      election system encompassed was known.

3           MR. ICHTER:  I don't know, but you're

4      asking her questions now.  Do you know what the

5      term election system means for the purposes of

6      giving her a fair shot and giving you an

7      accurate answer?

8           MR. JACOUTOT:  Yeah, sure.  I'll -- I'll

9      again represent that election system includes

10     the BMDs, and my question is does she have --

11     does this change her response that she just

12     stated earlier that she does not have any

13     evidence that the BMDs were actually hacked.

14          MR. ICHTER:  Well, since we're talking

15     to -- we're talking about prior to or during the

16     elections with a focus on prior to, does

17     election systems include the server at Kennesaw

18     State University?

19          MR. JACOUTOT:  I can't speak to that, and

20     so I'm not asking about that in particular.  I'm

21     mostly concerned with the BMD at this point.

22          MR. ICHTER:  Well, but the request for

23     admission, it goes far beyond BMDs.  It's during

24     any election prior to November 3, 2020.

25          MR. JACOUTOT:  Yeah, I understand.  I'm

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 39

```
 1          just asking whether that response affects her

 2          response -- excuse me -- whether that response

 3          to the request for admission affects her

 4          response that she just gave regarding BMDs.  And

 5          if it doesn't, that's perfectly fine.

 6               MR. ICHTER:  Okay.

 7     BY MR. JACOUTOT:

 8          Q.   But that's -- I guess that's my question, Ms.

 9     Digges, and I'll try to -- if you'd like me, I can try

10     to rephrase it and kind of -- so you can, you know,

11     answer a cleaner question.

12               MR. ICHTER:  Okay.

13     BY MR. JACOUTOT:

14          Q.   Okay.  So in light of what we have on the

15     response to Request for Admission No. 11, is there

16     any -- can you think of any evidence that you have that

17     a BMD was hacked during the 2019, 2020 elections or any

18     since 2020?

19          A.   I don't have an opinion on whether or not

20     that's possible.

21          Q.   So does it -- does it -- does it or does it

22     not change your response that you gave me regarding

23     BMDs?

24          A.   No.

25          Q.   Okay.  Thank you.  When did you register to
```

Page 40

1      vote in Georgia?

2           A.    1996.

3           Q.    Okay.  And that was always in Cobb County,

4      correct, always registered in Cobb County?

5           A.    Yes.

6           Q.    Have you ever voted in any other state?

7           A.    Yes.

8           Q.    And what states were that -- was that, excuse

9      me?

10          A.    Colorado, New Jersey.

11          Q.    Okay.  Any other states?

12          A.    I'm trying to think.  We lived in New York

13     for a while, and I don't recall if we registered there.

14     It was a short amount of time.  Yes, we did.  We

15     registered in New York.

16          Q.    Okay.  Was the first time that you voted

17     absentee ballot, was that -- well, let's just keep it

18     to Georgia, your time in Georgia.

19          A.    Uh-huh.

20          Q.    The first time you voted by absentee ballot

21     was in 2016; is that correct?

22          A.    Let me think.  2016, yes.

23          Q.    Okay.  I'm going to direct you to the Exhibit

24     Share again.  Just a moment.

25                (Exhibit No. 4, ENET Report, was marked for

Page 41

1          identification purposes.)

2     BY MR. JACOUTOT:

3          Q.    Okay.  It should be coming your way.  This

4     will be Exhibit 4.

5          A.    Okay.

6          Q.    Okay.  So this has been marked Exhibit 4.  It

7     is your ENET voter report with partial redaction of

8     information.  And if you look down at the -- bottom

9     of -- bottom half of the first page, can you just

10    confirm to me where it says the date 11/08/2016,

11    election type general, state wide, and then it says

12    absentee; right?

13         A.    Tell me the date again.

14         Q.    11/08/2016.

15         A.    Okay.  That's on the first page, 11/08/2016,

16    general absentee, yes, I see it.

17         Q.    And it says -- I'm sorry.  It says -- Under

18    ballot type, it says absentee; is that correct?

19         A.    It does.

20         Q.    Okay.  So you mentioned that 2016 was the

21    first time you voted absentee.  And I believe you sort

22    of alluded to this earlier in the deposition, but can

23    you explain why you chose to vote by absentee in 2016.

24         A.    Because I didn't trust the DREs.

25         Q.    Okay.  And so what evidence do you have that

Page 42

1    any DRE voting machine used in any Georgia -- or excuse

2    me.  Let me rephrase that.  I understand that you don't

3    trust them, but do you have any evidence that any DRE

4    voting machine used in the Georgia election was

5    successfully hacked?

6         A.   Well, I finally realized that when I pushed

7    that button, I didn't know where my vote went.

8         Q.   Okay.

9         A.   I couldn't tell that it was counted as cast.

10        Q.   Do you know how many times you've cast an

11   absentee ballot?

12        A.   I've casted an absentee ballot in every

13   election that I've voted in since then.

14        Q.   Okay.  And you've never voted on a BMD; is

15   that correct?

16        A.   That's correct.

17        Q.   And you do not have any plans to ever vote on

18   a BMD in the future; is that correct?

19        A.   That's correct.

20        Q.   Okay.  Now, I've asked you about whether

21   you've been deposed before and whether you've been

22   examined at trial.  But have you -- Sort of apart from

23   those questions, have you ever given any declarations

24   in any case other than in this particular one?

25        A.   No.

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 43

```
 1        Q.   Okay.  Have you read -- Are you familiar with

 2   Dr. Halderman?

 3        A.   I am.

 4        Q.   Okay.  And he's an expert in this case;

 5   right?

 6        A.   Yes.

 7        Q.   Have you read his report on findings in the

 8   Georgia Dominion BMD system in this case?

 9        A.   I was at the -- the hearing that he

10   attended --

11        Q.   Uh-huh.

12        A.   -- that he was a witness for, so I've heard

13   his -- his -- his declaration, his witness statements.

14        Q.   Okay.  But you didn't read his report or

15   anything; is that correct?

16        A.   I may have.  I don't recall.

17        Q.   Okay.  Have you -- Have you discussed with

18   Dr. Halderman or any other expert their findings in --

19   or excuse me -- their findings concerning the Dominion

20   BMD system?

21        A.   I have not discussed it, no.

22        Q.   Okay.  Has anybody explained to you what's

23   contained in Dr. Halderman's report on the Georgia

24   Dominion voting system?

25        A.   Well, Dr. Halderman has when I listened to
```

Page 44

1    his -- to his witness statement during the hearing.

2    And then I have read some of it, but it's been a --

3    it's been a long time.  I don't recall.

4        Q.   And this would have -- So this would have

5    been -- You said that this was a long time ago.  Would

6    it have been a couple of years ago?

7        A.   Yes.

8        Q.   Okay.  So it wouldn't have been this year;

9    correct?

10       A.   No.

11       Q.   Okay.

12           MR. ICHTER:  We'll stipulate that if it was

13       a couple of years ago, it wasn't this year.

14           MR. JACOUTOT:  Thank you.

15           MR. ICHTER:  You're welcome.

16   BY MR. JACOUTOT:

17       Q.   Just a moment, Ms. Digges, I'm just going

18   through my exhibits here.

19           MR. JACOUTOT:  Actually, why don't we take

20       a five-minute break if that's okay with

21       everybody.

22           THE WITNESS:  Okay.

23           MR. JACOUTOT:  Okay.  Court reporter, we

24       can go ahead and go off the record until 2:40

25       we'll come back.

Laura Marie Digges                     September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 45

1           (A short break was taken from 2:34 p.m. to

2      2:42 p.m.)

3  BY MR. JACOUTOT:

4      Q.   Okay.  Ms. Digges, I've got a series of

5  questions here to ask you, change gears a little bit.

6  Let's see.  Well, not too much though.  Okay.  Do you

7  have any evidence that the results of any election held

8  in Georgia on November 3, 20 -- excuse me -- November

9  3, 2020, were actually changed in any way as a result

10  of hacking or the insertion of malware into any

11  component of the election system?

12      A.   Well, I rely on the experts to say that

13  they're risky and hackable.  That's who I rely on.

14      Q.   Understood.  I'm just asking if you have any

15  evidence yourself that the results of the election held

16  in Georgia on November 3rd were actually changed --

17  November 3, 2020?

18      A.   No.

19      Q.   Okay.  Do you contend that the election

20  system malfunctioned in any way in connection with the

21  November 3, 2020, election?

22           MR. ICHTER:  When you say election system,

23      what are you referring to?

24           MR. JACOUTOT:  The -- All parts of the

25      Georgia election apparatus.

Page 46

1    BY THE WITNESS:

2        A.    Well, some of the machines weren't

3    functioning.  The pollbooks weren't functioning.

4        Q.    Do you contend that -- So excuse me.  Let me

5    start over.  So you said some of the machines and

6    pollbooks malfunctioned; is that correct?

7        A.    That's correct.

8        Q.    Do you contend that the result of those

9    malfunctions changed the election outcome in any way?

10       A.    I don't know that.

11       Q.    Do you have any evidence that any votes in

12   the presidential election held on November 3, 2020, in

13   Georgia were actually switched from President Donald J.

14   Trump to Joseph R. Biden, Jr. as a result of the

15   software anomaly in the election system?

16       A.    Can you repeat that please?

17       Q.    Yeah, absolutely.  Do you have any evidence

18   that any of the votes in the presidential election held

19   on November 3, 2020, in Georgia were actually switched

20   from President Donald J. Trump to Joseph R. Biden as

21   the result of a software anomaly used in the election

22   system?

23       A.    Well, I have heard of people going to cast

24   their votes and, when they pressed one, it switched to

25   the other.

Laura Marie Digges          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 47

1          Q.   Do you know who those people are?

2          A.   I don't know them personally.

3          Q.   Did they tell you directly or did you -- were

4     you informed through someone else?

5          A.   They told -- Well, I'm in a Facebook group,

6     and they -- I was monitoring what was going on,

7     especially during the -- was it the presidential?  Was

8     it the presidential election?  And people were

9     reporting that that happened to them.

10         Q.   Did that happen to you?

11         A.   No.  Because I vote -- I vote -- I vote

12    absentee.

13         Q.   Okay.  Just making sure.  So the -- So you

14    received information through a Facebook group that some

15    people's votes were switched from Donald Trump to

16    Joseph Biden?

17         A.   Yes, in Cobb County.

18         Q.   Do you remember the name of that Facebook

19    group?

20         A.   I don't.

21         Q.   Okay.  Do you have any evidence apart from

22    the comments on the Facebook group that, during the

23    presidential election held on November 3, 2020, that

24    votes were actually switched from President -- excuse

25    me -- from Joe Biden to Donald Trump?

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 48

1          A.    Some were switched.  I don't know which
2     was -- which to what.
3          Q.    Okay.  Do you contend that this -- the -- and
4     excuse me.  Let me -- Let me rephrase.  You said some
5     were switched.  How do you know that?
6          A.    They were posting.  I was monitoring it.  And
7     Cobb County was having 11-hour wait times, and people
8     were posting how long they were -- it was taking to
9     vote.  And some people were saying that their -- their
10    votes were switched, and then they had the election
11    manager come over and help them.
12         Q.    Okay.  And to be clear, you don't remember
13    the names of any of these people?
14         A.    I don't.
15         Q.    And these weren't reported directly to you.
16    They just went to a Facebook --
17         A.    Exactly.
18         Q.    -- a public Facebook group.
19         A.    Exactly.
20         Q.    Okay.
21         A.    People were posting their experiences.
22         Q.    Gotcha.  And do you have any evidence that
23    these experiences being posted about vote switching
24    were the result of an anomaly in the software used in
25    the election system?

Laura Marie Digges                     September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 49

1          A.    I have no opinion on that.  I don't know.

2          Q.    And so you don't have any evidence on that?

3          A.    Other than what they said.

4          Q.    Okay.  And do you have any evidence that

5     these alleged vote switchings reported in the Facebook

6     groups were the results of an algorithm or other design

7     feature of the election system?

8          A.    I have no knowledge of that.

9          Q.    Okay.  And do you have any evidence that the

10    alleged vote switching reported in the Facebook group

11    was the result of any problem of any kind with any

12    component of the election system?

13         A.    I have no knowledge of that.

14         Q.    Okay.  And we talked about the presidential

15    race, but do you -- did this -- do you have evidence

16    that the votes in any other elections held on the

17    ballot on November 3, 2020, were switched?

18         A.    The 2018 gubernatorial election.

19         Q.    I'm just referring to November 3, 2020.

20         A.    Oh, no.  Can you repeat that, please?  I'm

21    sorry.

22         Q.    Sure.  So the other allegations of vote

23    switching that we just previously discussed involved

24    the presidential election on November 3rd of 2020, the

25    race for president.  But my question is:  Do you have

Page 50

1    any evidence that any votes in any other election on

2    the ballot on November 3, 2020, were actually switched?

3         A.   No.

4         Q.   Okay.  Do you have any evidence of any

5    widespread voter fraud in Georgia in connection with

6    the elections held in Georgia on November 3, 2020?

7         A.   No.

8         Q.   Do you have any -- Excuse me.  Do you have

9    any evidence of any malfunctions of any component of

10   the election system that impacted the outcome of the

11   presidential election held in Georgia on November 3,

12   2020?

13        A.   I don't know.

14        Q.   You don't know if you have any evidence or

15   you don't have any evidence?  I can rephrase the -- or

16   repeat the question if it helps.  Do you have any

17   evidence of any malfunctions of any component of the

18   election system that impacted the outcome of the

19   presidential election in Georgia on November 3, 2020?

20        A.   I don't know.

21        Q.   Can you clarify whether you don't know if you

22   have evidence or if you just -- or if you do not have

23   evidence?

24        A.   I don't have evidence.

25        Q.   Okay.  And so I'm going to ask the same

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 51

1    question, but instead of just with respect to the

2    presidential election, my question is:  Do you have any

3    evidence of any malfunctions of any component in the

4    election system that impacted the outcome of any of the

5    other elections on the ballot in -- on the November 3,

6    2020, election?

7         A.   I don't know.

8         Q.   Do you -- Can you confirm whether you have

9    any evidence or not or whether you don't know if you

10   have any evidence?

11        A.   Whether I don't have any evidence or don't --

12        Q.   Yeah.  When you say I don't know, do you mean

13   that you do not have any evidence or that you simply

14   know whether you have evidence?

15        A.   I don't have any evidence.

16        Q.   Okay.  Do you have any evidence that election

17   system failed to count any legal votes in the

18   presidential election on November 3, 2020, in Georgia?

19        A.   No.

20        Q.   Okay.  Do you have any evidence that the

21   election system failed to count any legal votes in any

22   of the other elections held in Georgia on November 3,

23   2020?

24        A.   No.

25        Q.   Do you have any evidence that the election

Page 52

```
 1    system counted any illegal votes in any of the

 2    elections held in 2020 -- excuse me -- on November 3,

 3    2020?  And I can -- I can ask that again because it

 4    sounds a lot like the questions I've just been asking,

 5    but it's a different -- a different question.

 6         A.    Yeah, yeah.  If you don't mind asking it

 7    again --

 8         Q.    Sure.

 9         A.    -- it would be great.

10         Q.    Do you have any evidence that the election

11    system counted any illegal votes in any of the

12    elections held in Georgia on November 3, 2020?

13         A.    Whether they counted any illegal votes.  I

14    don't know that.

15         Q.    So you don't have any evidence that any

16    illegal votes were counted.

17         A.    I don't know that.  I'm going to leave that

18    up to the experts.

19         Q.    That's fine.  But I do need a more firm

20    answer, not that you don't know that it occurred, but

21    I'm asking you whether you have any evidence that it

22    occurred.  And if you don't have evidence that it

23    occurred, that's fine.

24         A.    Well, I know they were photographing the poll

25    tapes.  I don't know exactly what came out of that, so
```

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 53

1    the end of it is, I don't know.

2         Q.    So I know that you don't know whether illegal

3    votes were counted.  That's fine.  But do you have any

4    evidence that any illegal votes were counted in the

5    November 3, 2020?

6         A.    I have no evidence.

7         Q.    Okay.  And you're not contesting the outcome

8    of the presidential election held in Georgia on

9    November 2020; is that correct?

10        A.    That's correct.

11        Q.    And you're not contesting the outcome of any

12   other elections held in Georgia on November 3, 2020; is

13   that correct, and to clarify, any non-presidential

14   elections held during that race -- or during the

15   election on November 3, 2020?

16        A.    No.

17        Q.    Okay.  Do you have any evidence that there

18   was any mismatch between the QR codes on the paper

19   ballots cast in the presidential election held in

20   Georgia on November 3, 2020, and the human readable

21   portion of the paper ballots?

22        A.    How would I know that?

23        Q.    So you don't have any evidence?

24        A.    No.

25        Q.    Okay.

Laura Marie Digges                September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 54

1        A.    That's the problem.

2        Q.    Yeah.   Understood.   I've got a few more lines

3    like this, so.   Do you have any evidence that any vote

4    that you cast in any Georgia election was changed?

5        A.    No.

6        Q.    Do you have any evidence that your vote in

7    the -- Well, let me rephrase that.   And so -- Strike

8    that question.   Sorry.

9        Do you have any evidence that your vote cast in

10   the 2020 presidential election was not counted?

11       A.    No.

12       Q.    Can you explain how you've personally been

13   injured by the use of DREs in Georgia elections, if at

14   all?

15       A.    Well, I like to vote, you know, with my

16   community on election day, and because I don't trust

17   them, I vote absentee.   My husband and I have always

18   made it a priority.   We always vote together.   We

19   brought our kids, you know, to vote.   And we don't

20   trust them, so, you know, we just don't do that

21   anymore.   We vote absentee.

22       Q.    Okay.   And you said you don't trust them.   So

23   are you concerned that if you were to decide to vote on

24   a BMD that something might occur that would affect the

25   accuracy of that vote being tallied?

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 55

1        A.    Yes.

2        Q.    Do you know -- Do you have anything

3    specifically that you're concerned of that might occur?

4        A.    Well, the bar code -- I can't read bar codes,

5    so that in itself, I can't tell if my vote was counted

6    as cast.

7        Q.    Can you read the human readable portion of

8    the paper printout from your vote?

9        A.    I can, except that I don't know if that's

10   reflected in the BRD that is read.

11       Q.    So a concern that you have is that the QR

12   code may not -- there might be something that occurs

13   that causes the QR code not to match up to the human

14   readable portion?

15       A.    Yes.

16       Q.    Okay.  Anything else that you're concerned

17   that might happen?

18       A.    Well, the jumbotron screens can be seen by

19   people walking by.  They know how you vote.  That's a

20   concern.  You know, I don't want my neighbors knowing

21   how I voted.

22       Q.    And, you know, I'm just realizing we sort of,

23   like, eased into concerns about BMDs, and my question

24   was related to DREs.  So I guess the portions that we

25   were talking about regarding QR code and the human

Laura Marie Digges                September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 56

1   readable portion and the screens, those all refer to

2   the BMDs; is that correct?

3        A.   That's correct.

4        Q.   Is there anything that you're concerned about

5   with respect to the DREs that might happen if you voted

6   on them, you know, back when you -- back when they were

7   in service?

8        A.   Well, yeah, we don't vote on those anymore.

9   But when we did, like I said before, you push the

10  button and you don't know if your vote is counted

11  correctly.

12       Q.   Okay.

13       A.   You don't know if it's counted as cast.

14  There's no -- There was no paper trail, no way to tell.

15       Q.   Now, would you -- would you say that your

16  concerns here are shared more generally by the voting

17  population of Georgia or are they specific to you?

18       A.   I don't know.  I mean, I know how I feel.  I

19  know how my family feels, but, you know -- and my

20  friends feel that way.  But I don't know how the

21  general population feels.

22       Q.   Well --

23       A.   I mean, that's pretty vague.  I don't --

24       Q.   -- putting -- putting aside that, yeah, you

25  don't know how the general population --

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 57

1        A.    I mean, I don't go to Kroger and ask people

2    what they think about the voting machine.

3        Q.    Sure, sure.  But, yeah, putting that aside,

4    the concerns that you have, though, about what might go

5    wrong on these machines, are those -- if those were to

6    occur, would those be -- would those be -- would the

7    out -- would the results of those occurrences be

8    detrimental in a unique way to you or would they be --

9    would that be detrimental generally speaking to Georgia

10   voters?

11       A.    That would be detrimental to Georgia voters.

12       Q.    Okay.  Okay.  Okay.  Changing gears, have you

13   made any written statements to a political party or

14   voter advocacy group concerning this case or your

15   allegations in this case?

16       A.    I don't recall.  I don't know.

17       Q.    Okay.  And that was with respect to written

18   statements, so I'm going to ask the same question but

19   with respect to verbal statements.  Have you made any

20   verbal statements to a political party or voter

21   advocacy group concerning this case or your allegations

22   in this case?

23       A.    I'm trying to think, my -- my concerns.  I've

24   spoken to Janine Eveler about my concerns, yes.

25       Q.    Okay.

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 58

1      A.   I've gone to board meetings and voiced my

2    concerns.

3      Q.   Okay.  Do you know if any other plaintiffs in

4    this case have given any statements to political

5    parties or voter advocacy groups regarding the case?

6      A.   I don't know.

7      Q.   Okay.  Are you aware of anyone -- I know you

8    haven't used a BMD, but are you aware of anyone who

9    voted on a BMD whose vote was not counted?

10     A.   My daughter and son-in-law live in Nashville,

11   and they voted on the BMD.  And they said the same

12   thing I did that, you know, the bar code is what's

13   reading my vote, how do I know.

14     Q.   And that was in a Tennessee election, though;

15   is that correct?

16     A.   That's the Tennessee election.

17     Q.   Okay.  Are you aware of anyone who voted on a

18   BMD whose vote on the actual screen did not match the

19   paper ballot, human readable portion?

20     A.   I don't know.

21     Q.   Okay.  To your knowledge, have your attorneys

22   received payment for their service in this case from

23   you or anyone else?

24     A.   I don't know.

25     Q.   To your knowledge, have your attorneys

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 59

1    received payment for their services -- and that's --

2    scratch -- strike that.

3              MR. JACOUTOT:  Okay.  That is all I have,

4         Ms. Digges.  Thank you for your time.

5         Appreciate it.  Cary, I don't know if you have

6         any follow-up you'd like to do.

7              MR. ICHTER:  No questions from me.

8              MR. JACOUTOT:  Okay.  Well, then I think

9         I'm done.  I appreciate it, Ms. Digges.

10              THE WITNESS:  Thank you.

11              (The deposition in the above-entitled

12         matter was concluded at approximately 3:04 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 60

1                    C E R T I F I C A T E

2     STATE OF GEORGIA    )

3     COUNTY OF FAYETTE   )

4          I, CHARLENE M. HANSARD, Certified Court

5     Reporter, State of Georgia, do hereby certify that

6     the foregoing pages were reported by me via speech

7     recognition and reduced to print by me personally or

8     under my direct supervision and is a true, complete

9     and correct transcript of the aforesaid proceedings

10    reported by me.

11         I further certify that I am not a relative,

12    employee, attorney or counsel of any of the parties;

13    that I am not a relative or employee of attorney or

14    counsel for any of said parties; nor am I financially

15    interested in the outcome of the action.

16         This certification is expressly withdrawn and

17    denied upon the disassembly or photocopying of the

18    foregoing transcript, unless said disassembly or

19    photocopying is done by the undersigned certified

20    court reporter and original signature and seal is

21    attached thereto. This the 3rd day of October, 2021.

22                    _Charlene M. Hansard_

23         _____

           CHARLENE M. HANSARD, CCR, CVR-M

24         Certificate No. B-2341

25

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 61

1                D I S C L O S U R E

2           I, Charlene M. Hansard, do hereby disclose

3      pursuant to Article 10.B. of the Rules and

4      Regulations of the Board of Court Reporting of the

5      Judicial Council of Georgia that I was contacted by

6      the party taking the proceedings to provide court

7      reporting services for this proceeding and there is

8      no contract that is prohibited by O.C.G.A. Section

9      15-14-37(a) and (b) or Article 7.C. of the Rules and

10     Regulations of the Board for the taking of this

11     proceeding.

12          There is no contract to provide reporting

13     services between myself or any person with whom I

14     have a principal and agency relationship nor any

15     attorney at law in this action, party to this action,

16     party having a financial interest in this action, or

17     agent for an attorney at law in this action, party to

18     this action, or party having a financial interest in

19     this action.  Any and all financial arrangements

20     beyond my usual and customary rates have been

21     disclosed and offered to all parties.

22          DATED:  September 23, 2021.

23     *Charlene M. Hansard*

24

       CHARLENE M. HANSARD, CCR-B-2341

25

Page 62

```
 1   To:

 2        Cary Ichter, Esq.
          Ichter Davis, LLC
 3        3340 Peachtree Road, N.E.
          Suite 1530
 4        Atlanta, Georgia 30326
          (404) 869-7600
 5        cichter@ichterdavis.com

 6   Re: Signature of Deponent

 7   Date Errata due back at our offices:  30 days

 8

     Greetings:
 9

     The deponent has reserved the right to read and sign.
10   Please have the deponent review the attached PDF
     transcript, noting any changes or corrections on the
11   attached PDF Errata.  The deponent may fill out the
     Errata electronically or print and fill out manually.
12
     Once the Errata is signed by the deponent and
13   notarized, please mail it to the offices of Veritext
     (below).
14
     When the signed Errata is returned to us, we will
15   seal and forward to the taking attorney to file with
     the original transcript.  We will also send copies of
16   the Errata to all ordering parties.

17   If the signed Errata is not returned within the time
     above, the original transcript may be filed with the
18   court without the signature of the deponent.

19   Please send completed Errata to:

20   Veritext Production Facility

21   20 Mansell Court, Suite 300

22   Roswell, GA 30076

23   (770) 343-9696

24

25
```

Laura Marie Digges                                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 63

1    ERRATA
2    I, the undersigned, do hereby certify that I have
     read the transcript of my testimony, and that
3
     ___ There are no changes noted.
4
     ___ The following changes are noted:
5
     Pursuant to Rule 30(7)(e) of the Federal Rules of
6    Civil Procedure and/or OCGA 9-11-30(e), any changes
     in form or substance which you desire to make to your
7    testimony shall be entered upon the deposition with a
     statement of the reasons given for making them.  To
8    assist you in making any such corrections, please use
     the form below.  If additional pages are necessary,
9    please furnish same and attach.
10
     Page _____ Line _____ Change_____
11

     _____
12
     Reason for change _____
13
     Page _____ Line _____ Change_____
14

     _____
15
     Reason for change _____
16
     Page _____ Line _____ Change_____
17

     _____
18
     Reason for change _____
19
     Page _____ Line _____ Change_____
20

     _____
21
     Reason for change _____
22
     Page _____ Line _____ Change_____
23

     _____
24
     Reason for change _____
25

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 64

1    Page _____ Line _____ Change_____

2    _____

3    Reason for change _____

4    Page _____ Line _____ Change_____

5    _____

6    Reason for change _____

7    Page _____ Line _____ Change_____

8    _____

9    Reason for change _____

10   Page _____ Line _____ Change_____

11   _____

12   Reason for change _____

13   Page _____ Line _____ Change_____

14   _____

15   Reason for change _____

16   Page _____ Line _____ Change_____

17   _____

18   Reason for change _____

19

                    _____

20                  LAURA MARIE DIGGES

21   Sworn to and subscribed

     before me this ___ day

22   of _____, _____.

23

     _____

24   NOTARY PUBLIC

25   My Commission Expires:_____

| & |
| --- |

**&** 2:7

| 0 |
| --- |

**0001** 11:8
**0003** 33:25

| 1 |
| --- |

**1** 4:11 10:24 11:1
  11:5 28:5 35:12
**10.b.** 61:3
**11** 4:11 34:4 35:25
  37:6 39:15 48:7
**11/08/2016** 41:10
  41:14,15
**141** 3:6
**15-14-37** 61:9
**1530** 2:13 62:3
**1600** 2:18
**17** 22:16
**17076** 60:22 61:23
**1971** 12:24
**1973** 13:6
**1996** 11:23 19:9,15
  40:2
**1998** 19:10,18,20
**1:17** 1:7
**1:29** 5:9

| 2 |
| --- |

**2** 4:12 27:24 28:4
  28:21 29:6
**20** 45:8 62:21
**2000** 21:8
**20037** 2:8
**2009** 19:24 20:12
**2015** 20:15
**2016** 22:16,17
  40:21,22 41:20,23
**2017** 22:17
**2018** 15:7,14 20:22
  21:5 49:18

**2019** 15:9,14 33:4
  33:11 37:8 39:17
**202** 2:9
**2020** 33:4 35:4
  36:7,15 37:8,12,19
  38:24 39:17,18
  45:9,17,21 46:12
  46:19 47:23 49:17
  49:19,24 50:2,6,12
  50:19 51:6,18,23
  52:2,3,12 53:5,9
  53:12,15,20 54:10
**2021** 1:16 5:8
  60:21 61:22
**2100** 2:8
**23** 1:16 5:8 61:22
**2341** 1:15 60:24
  61:24
**27** 4:12
**2989** 1:7
**2:34** 45:1
**2:42** 45:2

| 3 |
| --- |

**3** 4:13 33:17 34:5
  35:4 36:7,15
  37:12,19 38:24
  45:8,9,17,21 46:12
  46:19 47:23 49:17
  49:19 50:2,6,11,19
  51:5,18,22 52:2,12
  53:5,12,15,20
**30** 34:22 35:1,2,4,9
  35:13,19 62:7
  63:5
**300** 62:21
**30066** 1:17 11:20
**30076** 62:22
**30303** 3:6
**30326** 2:14 62:4
**30339** 2:19

**30th** 36:14
**33** 4:13
**3340** 2:13 62:3
**343-9696** 62:23
**3478** 11:19
**3:04** 59:12
**3rd** 45:16 49:24
  60:21

| 4 |
| --- |

**4** 4:16 40:25 41:4
  41:6
**40** 4:16 27:22
**400** 2:19
**4038** 3:6
**404** 2:14 3:7 62:4
**434-6868** 2:20

| 5 |
| --- |

**5** 34:3

| 6 |
| --- |

**6** 4:5
**612-0286** 3:7

| 7 |
| --- |

**7** 63:5
**7.c.** 61:9
**770** 2:20 62:23

| 8 |
| --- |

**869-7600** 2:14
  62:4

| 9 |
| --- |

**9** 34:22 35:1,2,6,8
  35:19
**9-11-28** 5:5
**9-11-30** 63:6
**900** 2:8
**926-6976** 2:9
**96** 19:17,19
**98** 19:11

| a |
| --- |

**absentee** 16:1,2,5
  16:5,7,8,10,10
  27:2,6 30:19
  40:17,20 41:12,16
  41:18,21,23 42:11
  42:12 47:12 54:17
  54:21
**absolutely** 46:17
**acceptable** 8:15
**accepted** 28:24
  29:8
**accuracy** 6:4
  54:25
**accurate** 35:11,14
  38:7
**achieve** 23:6
**action** 1:6 60:15
  61:15,15,16,17,18
  61:19
**active** 12:12
**actual** 58:18
**additional** 32:11
  63:8
**additionally** 34:18
  34:19
**address** 11:18
**addresses** 21:23
**administered** 5:16
  17:6
**administration**
  14:21,22 20:24
**administrator**
  17:4
**admission** 4:15
  33:20 34:3,8 35:6
  35:8,9,25 37:6
  38:23 39:3,15
**admit** 35:2 36:4
  37:9

advocacy 21:11,12
  21:14 22:3 57:14
  57:21 58:5
affect 54:24
affirmative 3:23
aforesaid 60:9
afternoon 5:6
agency 61:14
agent 61:17
ago 44:5,6,13
agree 6:23 8:8
agreeable 8:4,21
ahead 8:20 10:22
  10:23 11:15 28:2
  36:1 44:24
aired 26:2
al 1:4,7
alarming 25:9
algorithm 49:6
allegations 49:22
  57:15,21
alleged 49:5,10
allendale 12:21
allowed 5:21
alluded 41:22
aloud 36:2
alphonsus 13:3
amount 40:14
anomaly 46:15,21
  48:24
answer 7:1 8:15
  8:20 10:14 31:22
  38:7 39:11 52:20
anybody 43:22
anymore 54:21
  56:8
apart 9:10 14:15
  29:16 42:22 47:21
apparatus 45:25
appeared 2:3

appears 36:18
appreciate 59:5,9
approximate
  12:22
approximately 5:9
  59:12
area 17:9
arrangements
  61:19
arrested 12:7
article 4:12 27:24
  29:2,3,13 61:3,9
aside 56:24 57:3
asked 8:12 12:1
  27:16 29:24 42:20
asking 7:21 29:21
  29:22 30:12,13
  35:12,15,21 38:4
  38:20 39:1 45:14
  52:4,6,21
assembly 23:20
assist 63:8
assistant 13:22
assume 12:9 26:10
  37:25
atlanta 1:2 2:14,19
  3:6 62:4
attach 63:9
attached 4:19,20
  60:21 62:10,11
attend 9:23 12:17
  12:25 13:18
attendance 10:4
  12:23 13:5
attended 43:10
attention 6:2 28:3
  35:25
attorney 3:5 9:6
  10:8 60:12,13
  61:15,17 62:15

attorneys 9:3
  58:21,25
authorship 19:3
aware 26:2 58:7,8
  58:17

**b**

b 1:15 60:24 61:9
  61:24
back 23:10 26:19
  27:8 28:7 32:19
  33:13 44:25 56:6
  56:6 62:7
background 12:17
ballot 16:3 18:5
  40:17,20 41:18
  42:11,12 49:17
  50:2 51:5 58:19
ballots 16:1,5
  22:24 24:7,9 27:6
  27:15 53:19,21
bar 31:24 55:4,4
  58:12
based 8:13 30:7
  37:24
bear 10:25
behalf 2:6,11,16
  3:3 21:17
believe 29:3 35:2
  41:21
best 7:18,19
better 8:10
beyond 32:20
  38:23 61:20
biden 46:14,20
  47:16,25
bill 19:13 24:19
  25:6 27:17
birthdate 27:8,9
bit 45:5
bjacoutot 2:20

blanket 37:24
bmd 18:17,19
  32:24 33:3,10
  36:24,24 38:21
  39:17 42:14,18
  43:8,20 54:24
  58:8,9,11,18
bmds 18:6,12 37:4
  37:7 38:10,13,23
  39:4,23 55:23
  56:2
board 23:17 27:13
  58:1 61:4,10
bottom 41:8,9
brad 1:7 4:14 5:20
  33:19 34:7
brazil 20:4
brd 55:10
break 3:23 8:16,21
  44:20 45:1
bright 20:7
bring 9:17,19
bringing 24:25
  25:2
broadcasting
  20:10
brought 54:19
bryan 2:17 6:12
  36:16 37:20
burton 2:17
business 17:4,6,7
  17:10,12,13
button 31:17 42:7
  56:10

**c**

c 2:1 3:1 5:1 11:19
  60:1,1 61:1
call 16:5,11
called 31:3
capacity 21:17

[capitalized - counsel]                                        Page 3

capitalized 36:18
car 24:20 25:8
cars 25:1,5
cary 2:12 10:19
  59:5 62:2
case 6:14 9:11,24
  28:15 29:5 30:23
  42:24 43:4,8
  57:14,15,21,22
  58:4,5,22
cast 31:10 42:9,10
  46:23 53:19 54:4
  54:9 55:6 56:13
casted 42:12
casting 16:1
causes 55:13
cbs46 4:12 26:3,9
  27:22,24 29:17
cbs46.com 29:3
ccr 60:23 61:24
certificate 60:24
certification 13:23
  17:8 60:16
certifications
  13:20 14:1,2
certified 1:15 60:4
  60:19
certify 60:5,11
  63:2
cgg 22:4,6 23:12
  24:4
challenge 28:24
  29:8
change 37:4 38:11
  39:22 45:5 63:10
  63:12,13,15,16,18
  63:19,21,22,24
  64:1,3,4,6,7,9,10
  64:12,13,15,16,18
changed 45:9,16
  46:9 54:4

changeover 18:23
changes 62:10
  63:3,4,6
changing 57:12
characterize 23:2
charged 12:4
charlene 1:14 5:7
  60:4,23 61:2,24
chastain 11:19
cheryl 3:4
cheryl.ringer 3:7
childhood 13:11
  13:15
children 19:14,15
  20:8
chose 41:23
cichter 2:15 62:5
circle 2:18
civil 1:6 5:22 63:6
claims 30:8,13,14
  30:22
clarify 50:21
  53:13
cleaner 39:11
clear 17:1 29:21
  32:4 36:16 37:25
  48:12
clearly 7:19
click 28:11
cnn 20:9
coalition 3:10 4:13
  4:13 22:7,14,19
  23:7 33:17,18
  34:6,6 36:7
cobb 11:22 15:16
  15:17 26:15,22
  40:3,4 47:17 48:7
code 31:24 55:4,12
  55:13,25 58:12
codes 53:18 55:4

college 12:25 13:3
  19:8,12
colorado 40:10
come 44:25 48:11
coming 41:3
commencing 1:15
comments 47:22
commission 64:25
commonly 18:1,6
community 54:16
companies 17:22
  20:18,20
company 20:8
complete 3:22
  60:8
completed 62:19
compliance 13:25
  17:9,10
complied 5:3
component 36:5
  36:12 37:10 45:11
  49:12 50:9,17
  51:3
computer 9:9
  17:15
computers 16:16
  16:24 17:18,21,23
concern 55:11,20
concerned 30:19
  38:21 54:23 55:3
  55:16 56:4
concerning 17:25
  18:5,11 25:21
  29:23 43:19 57:14
  57:21
concerns 30:17
  55:23 56:16 57:4
  57:23,24 58:2
concierge 3:11
  28:8,14,18,22

concluded 59:12
conclusions 29:22
  29:25
conference 5:13
confirm 11:10
  41:10 51:8
confuse 8:7
confused 19:1
conjunction 18:12
connection 45:20
  50:5
contacted 25:9,9
  27:21 61:5
contain 21:25
contained 1:13
  43:23
contend 45:19
  46:4,8 48:3
contesting 53:7,11
continued 3:1
continuity 3:23
contract 61:8,12
contracts 17:5,6,7
conversations 9:3
convicted 12:9
copies 4:21 9:8,22
  62:15
copy 4:20
correct 13:13 29:7
  31:7 34:9 35:1,22
  36:8,11 40:4,21
  41:18 42:15,16,18
  42:19 43:15 44:9
  46:6,7 53:9,10,13
  56:2,3 58:15 60:9
corrections 62:10
  63:8
correctly 56:11
council 61:5
counsel 5:11 6:17
  6:23 60:12,14

**[count - education]**                                                    Page 4

count   51:17,21
counted   31:11
  42:9 52:1,11,13,16
  53:3,4 54:10 55:5
  56:10,13 58:9
county   3:3,5,5
  11:22 15:15,16,17
  26:12,15,22 40:3,4
  47:17 48:7 60:3
couple   44:6,13
course   17:16
court   1:1,15 5:3,6
  5:7,17,23,25 7:25
  44:23 60:4,20
  61:4,6 62:18,21
covered   16:8
create   23:24
crime   12:5,9
cross   12:1
curling   1:4 2:6 7:7
  28:16
current   11:18
currently   21:3
  22:3 30:9,15
customary   61:20
cv   1:7
cvr   60:23
cybersecurity
  16:19

**d**

d   4:2 5:1,5 61:1
d.c.   2:8
dal   2:17
database   17:20
date   5:8 22:17
  27:9 41:10,13
  62:7
dated   61:22
dates   12:22 13:5
daughter   58:10

davis   2:12 34:20
  35:17 62:2
day   54:16 60:21
  64:21
days   62:7
dburton   2:21
deal   7:18
decide   21:6,6
  54:23
decided   23:11
declaration   31:5
  43:13
declarations   9:8
  9:10,22 30:11
  31:2 42:23
defendant   1:8
  4:14 5:19 33:19
  34:7
defendant's   4:8
defendants   2:16
  3:3 6:13 30:9,15
defense   28:4
defined   36:18
  37:21
definition   36:20
  36:21
degree   13:12,15
democratic   14:14
  14:20 16:23 22:12
denial   37:13,24
denied   36:8 37:12
  60:17
deponent   62:6,9
  62:10,11,12,18
deposed   9:24
  42:21
deposition   1:11,14
  4:11,20 5:18 6:3
  6:18 7:2,11 9:2,5
  9:18,20 10:5,8,25
  11:1,11,25 28:10

  28:19 41:22 59:11
  63:7
depositions   10:1
  31:3
describe   17:19
  30:16
description   4:10
design   49:6
desire   63:6
detail   21:12
detrimental   57:8,9
  57:11
devices   18:6
different   23:25
  52:5,5
difficult   7:22
  30:20
digges   1:12 2:11
  4:4 5:19 6:7,14,16
  7:11 28:8,10,20
  34:20,21,25 35:17
  35:18 36:23 37:3
  39:9 44:17 45:4
  59:4,9 64:20
direct   10:22 17:25
  28:2 35:24 40:23
  60:8
directly   47:3
  48:15
director   3:10
  26:15 27:17
disassembly   60:17
  60:18
disclose   61:2
disclosed   61:21
discovery   5:21
discussed   43:17,21
  49:23
distance   20:16
distancing   5:10

district   1:1,2
division   1:2
document   25:17
  34:12 35:7
documents   9:11
  9:21
doing   7:15 15:13
  24:19
dominion   43:8,19
  43:24
donald   46:13,20
  47:15,25
donna   1:4 28:16
door   25:4
dr   43:2,18,23,25
dre   18:15,19 31:19
  32:17,21 42:1,3
dres   18:2 31:23
  32:2,3,5 41:24
  54:13 55:24 56:5
driven   25:8
drpic   26:5,7
due   5:9 62:7
duly   6:8
duma   2:18

**e**

e   2:1,1 3:1,1 4:2
  5:1,1 60:1,1 61:1
  63:5,6
earlier   6:13 10:5
  38:12 41:22
early   13:11,15
  16:6,11
eased   55:23
easier   8:1
easily   25:6
educating   23:13
  24:2
education   13:11
  13:11,16 14:1,4,7
  14:9,16 17:24

18:4,10
educational 12:17
either 36:22
election 14:8,16,21
  14:22 15:7 23:16
  23:17,22 24:1,18
  24:22,23 25:2,3
  26:12,21,25 27:1
  31:10,20 32:5,17
  32:21,25 33:3,4,11
  35:3 36:5,12,17,23
  37:10,11,17,21
  38:2,5,9,17,24
  41:11 42:4,13
  45:7,11,15,19,21
  45:22,25 46:9,12
  46:15,18,21 47:8
  47:23 48:10,25
  49:7,12,18,24 50:1
  50:10,11,18,19
  51:2,4,6,16,18,21
  51:25 52:10 53:8
  53:15,19 54:4,10
  54:16 58:14,16
elections 15:3,14
  18:12 19:4 22:1
  26:15 27:13,17
  29:9 31:6 36:6,14
  37:8,18 38:16
  39:17 49:16 50:6
  51:5,22 52:2,12
  53:12,14 54:13
electronic 18:1
electronically
  62:11
elson 2:7 7:5,5,9
employee 60:12,13
employees 17:22
employment 19:6
encompassed 38:2

encompasses
  36:24
enet 4:16 40:25
  41:7
english 2:18
ensure 6:4 24:7
entered 63:7
entitled 59:11
envelope 27:7
equipment 16:19
  24:25 25:3,3,8
errata 62:7,11,11
  62:12,14,16,17,19
  63:1
escorted 25:19
especially 47:7
esq 2:7,12,17,17
  3:4 62:2
et 1:4,7
eveler 26:13,23
  27:16 57:24
everybody 44:21
evidence 31:9,13
  31:19 32:5,17,21
  32:24 33:2,9 36:4
  36:12 37:7,10,16
  38:13 39:16 41:25
  42:3 45:7,15
  46:11,17 47:21
  48:22 49:2,4,9,15
  50:1,4,9,14,15,17
  50:22,23,24 51:3,9
  51:10,11,13,14,15
  51:16,20,25 52:10
  52:15,21,22 53:4,6
  53:17,23 54:3,6,9
exact 3:22 22:16
exactly 3:21 18:22
  18:24 48:17,19
  52:25

examination 4:5
  6:10
examined 6:8
  11:25 12:1 42:22
excuse 36:14 37:1
  39:2 40:8 42:1
  43:19 45:8 46:4
  47:24 48:4 50:8
  52:2
executive 3:10
exhibit 4:9,11,12
  4:13,16 10:23,24
  11:1,5,6,7 27:24
  28:3,4,5,5,6,11,21
  29:6 33:14,17,24
  34:5 40:23,25
  41:4,6
exhibits 4:8,19
  44:18
experience 29:17
experiences 48:21
  48:23
expert 43:4,18
expertise 23:21
experts 45:12
  52:18
expires 64:25
explain 36:19
  37:16 41:23 54:12
explained 43:22
expressly 60:16

f

f 60:1
facebook 47:5,14
  47:18,22 48:16,18
  49:5,10
facility 62:20
fact 6:3
failed 51:17,21
fair 22:22 38:6

familiar 43:1
family 20:8 56:19
far 20:16 38:23
fayette 60:3
feature 49:7
federal 5:22 63:5
feel 56:18,20
feels 56:19,21
file 1:6 33:16
  62:15
filed 34:25 62:17
filing 30:3
fill 27:5 62:11,11
finally 42:6
financial 61:16,18
  61:19
financially 60:14
findings 43:7,18
  43:19
fine 7:3 15:21
  27:20 39:5 52:19
  52:23 53:3
finished 24:23
firm 52:19
first 4:15 6:8 7:1
  15:19 33:20 34:8
  34:11 35:10,16
  40:16,20 41:9,15
  41:21
five 44:20
focus 38:16
foerster 2:7 7:6
folder 28:11,12
follow 59:6
following 63:4
follows 6:9
foregoing 60:6,18
form 6:25 63:6,8
forward 62:15
found 27:3 33:5

[fourth - identification]

**fourth** 34:18
**fraud** 50:5
**friends** 56:20
**front** 25:4
**full** 6:15 19:25
  20:1 22:10
**fully** 8:24
**fulton** 3:3,5
**fultoncountyga....**
  3:7
**functioning** 17:25
  18:5,11 46:3,3
**furnish** 63:9
**further** 60:11
**future** 42:18

**g**

**g** 5:1
**ga** 62:22
**gabe** 25:23
**gears** 45:5 57:12
**general** 23:20
  41:11,16 56:21,25
**generally** 17:21
  56:16 57:9
**georgia** 1:2,17
  2:14,19 3:6 11:20
  14:14,20,21 16:5
  18:13 22:12,14,24
  24:8,17 31:10,20
  32:5,18,21,25 33:3
  33:11 35:4 40:1
  40:18,18 42:1,4
  43:8,23 45:8,16,25
  46:13,19 50:5,6,11
  50:19 51:18,22
  52:12 53:8,12,20
  54:4,13 56:17
  57:9,11 60:2,5
  61:5 62:4
**georgia's** 16:23
  24:16

**getting** 25:5
**giovanna** 26:5,7
  27:22
**give** 11:18 14:20
  29:24 31:24 33:15
**given** 36:10 42:23
  58:4 63:7
**giving** 38:6,6
**global** 17:6
**go** 8:20 10:22,23
  11:15 15:2 16:2,4
  23:20 28:2 31:18
  34:2 35:8 36:1
  44:24,24 57:1,4
**goal** 22:23 24:6
**goals** 23:5
**goes** 38:23
**going** 6:24 10:22
  10:23 11:4 12:16
  19:6 23:19 27:14
  28:2 33:13 34:2
  40:23 44:17 46:23
  47:6 50:25 52:17
  57:18
**good** 3:10 4:13 5:6
  22:7,14 23:7
  33:17 34:6
**gotcha** 48:22
**governance** 3:10
  22:7,15 23:8 34:6
**governance's** 4:13
  33:18
**government's** 5:10
**graduate** 13:18
**graduated** 12:24
  13:6,13
**graduation** 13:8
**great** 6:2,17 7:4,8
  11:14 52:9
**greetings** 62:8

**group** 22:10 47:5
  47:14,19,22 48:18
  49:10 57:14,21
**groups** 22:3 49:6
  58:5
**gubernatorial**
  15:7 49:18
**guess** 36:24 39:8
  55:24

**h**

**h** 11:19
**hackable** 45:13
**hacked** 30:6 31:21
  32:6,9,14,16,18,22
  32:25 36:6,13
  37:8,11,18 38:13
  39:17 42:5
**hacking** 45:10
**halderman** 43:2
  43:18,25
**halderman's**
  43:23
**half** 41:9
**hand** 28:15
**hannah** 2:7 7:5
**hansard** 1:14 5:7
  60:4,23 61:2,24
**happen** 7:22 15:17
  23:11 47:10 55:17
  56:5
**happened** 47:9
**hardware** 16:18
**harp** 25:25
**head** 7:24
**hear** 27:19,19
**heard** 18:7 26:19
  43:12 46:23
**hearing** 43:9 44:1
**held** 20:6 22:18
  35:3 36:6,14
  37:11,18 45:7,15

**group** 46:12,18 47:23
  49:16 50:6,11
  51:22 52:2,12
  53:8,12,14,19
**help** 24:7 48:11
**helpful** 24:5
**helps** 50:16
**helson** 2:9
**hiccups** 7:17
**high** 12:17,20 13:7
**highlands** 12:20
**history** 19:6
**hit** 28:9
**home** 19:15,16
**hope** 23:6
**horizons** 20:7
**hour** 48:7
**huh** 3:23 7:24 9:7
  16:12 22:13 24:24
  29:11 40:19 43:11
**human** 53:20 55:7
  55:13,25 58:19
**husband** 27:4
  54:17
**husband's** 10:5

**i**

**ibm** 13:25 17:2,15
  19:7,9,12,17,23
  20:5
**ichter** 2:12,12 5:15
  6:5,20 7:3 10:10
  10:14,16,20 36:16
  37:20 38:3,14,22
  39:6,12 44:12,15
  45:22 59:7 62:2,2
**ichterdavis.com**
  2:15 62:5
**idea** 24:3
**identification** 11:2
  27:25 33:21 41:1

**illegal** 52:1,11,13
  52:16 53:2,4
**impact** 23:15
**impacted** 50:10,18
  51:4
**impacts** 23:15
**important** 24:10
**improperly** 8:8
**include** 15:25
  38:17
**includes** 38:9
**information** 26:23
  41:8 47:14
**informed** 47:4
**injured** 54:13
**insecure** 30:6
**inserted** 33:3,9,10
**insertion** 45:10
**insurance** 20:17
  20:20 21:1
**integrity** 23:16
  24:1
**interest** 23:25
  61:16,18
**interested** 60:15
**interesting** 7:14
**internal** 14:1
**investigate** 26:18
**involved** 22:14
  23:12,25 49:23
**involving** 16:18

**j**

**j** 46:13,20
**jacoutot** 2:17 4:5
  5:14,18 6:1,11,12
  6:23 7:4,8,10
  10:17,19,21 11:3
  28:1,25 33:22
  36:21 37:2,23
  38:8,19,25 39:7,13
  41:2 44:14,16,19

  44:23 45:3,24
  59:3,8
**janine** 26:13,23
  27:16,23 57:24
**jersey** 12:21 13:4
  19:13 40:10
**job** 17:16 20:4,13
  20:17
**jobs** 19:11 20:6,25
  25:19
**joe** 47:25
**join** 34:21 35:18
**joined** 36:8
**joseph** 46:14,20
  47:16
**jr** 46:14
**judicial** 61:5
**jumbotron** 55:18

**k**

**keep** 7:23 8:24
  23:24 40:17
**kennesaw** 38:17
**kids** 54:19
**kind** 8:17 39:10
  49:11
**know** 7:20,25 8:9
  8:15,18 9:25 11:5
  11:24 14:10 15:2
  17:20 19:7 23:10
  23:14,15,18,19,21
  24:2 25:24 27:4,5
  27:14,19,20 28:4
  29:5 30:20 31:12
  31:17,23,23 32:3,3
  32:13 33:5,7,24
  34:14 38:3,4
  39:10 42:7,10
  46:10 47:1,2 48:1
  48:5 49:1 50:13
  50:14,20,21 51:7,9
  51:12,14 52:14,17

  52:20,24,25 53:1,2
  53:2,22 54:15,19
  54:20 55:2,9,19,20
  55:22 56:6,10,13
  56:18,18,19,19,20
  56:25 57:16 58:3
  58:6,7,12,13,20,24
  59:5
**knowing** 55:20
**knowledge** 8:13
  30:7 38:1 49:8,13
  58:21,25
**known** 38:2
**kroger** 57:1
**ksu** 33:6

**l**

**l** 2:8 61:1
**lack** 37:25
**lake** 13:3
**lamb** 33:5
**lane** 11:19
**large** 33:16
**laura** 1:11 4:4
  5:19 6:7,16 10:10
  28:10,20 34:20,25
  35:17 64:20
**law** 14:8,9,17
  23:22 58:10 61:15
  61:17
**laws** 23:15 24:16
  24:17
**lawsuit** 30:10,16
**lawsuits** 12:12,12
  12:14
**lawyer** 29:24
**leadership** 22:18
**learned** 23:13,22
**leave** 21:6 52:17
**left** 20:21,22 21:10
  25:3 28:15

**legal** 29:22,25
  51:17,21
**legend** 3:20
**letting** 23:19
**licenses** 13:20
**light** 37:4 39:14
**line** 34:18 63:10
  63:13,16,19,22
  64:1,4,7,10,13,16
**lines** 54:2
**listened** 43:25
**lists** 21:23
**litigation** 30:4
**little** 8:1,9 10:11
  45:5
**live** 58:10
**lived** 11:22 40:12
**llc** 2:12 62:2
**llp** 2:7,18
**loaded** 9:9
**lobbying** 23:23
**local** 26:12
**located** 1:17
**logan** 33:5
**long** 11:21 19:22
  20:13,19 22:13
  44:3,5 48:8
**look** 9:11 29:5
  41:8
**looked** 9:14
**looking** 29:6,9,12
  34:15
**looks** 11:13 29:1
**lot** 17:17 23:13
  24:2 25:2 32:8
  52:4
**lots** 17:11
**loudly** 7:19 10:11
**love** 30:21
**lynn** 11:19

Case 1:17-cv-02989-AT   Document 1554   Filed 01/06/23   Page 73 of 102

Laura Marie Digges
Curling, Donna v. Raffensperger, Brad
September 23, 2021

**[m - okay]**

Page 8

| m | | n | 51:22 52:2,12 |
|---|---|---|---|

**m** 1:14 60:4,23,23
61:2,24
**machine** 42:1,4
57:2
**machines** 18:1,20
27:3 30:5,18,21
46:2,5 57:5
**mail** 16:8 27:7
62:13
**making** 23:18 30:9
30:15,23 47:13
63:7,8
**malfunctioned**
45:20 46:6
**malfunctions** 46:9
50:9,17 51:3
**malware** 33:2,9,10
45:10
**manager** 20:24
24:22 48:11
**mansell** 62:21
**manually** 62:11
**marie** 1:12 4:4 6:7
6:16 64:20
**marietta** 1:17
11:20
**marilyn** 3:10
**mark** 10:24
**marked** 4:19 11:2
11:5 27:25 28:11
33:21,24 34:5
40:25 41:6
**marking** 18:6 28:3
**marks** 3:10
**married** 19:14
**match** 55:13 58:18
**matter** 59:12
**matthew** 3:11
**mean** 9:13 17:21
18:7 19:15 51:12

56:18,23 57:1
**means** 36:19 38:5
**media** 24:15 25:16
26:1,11,25 29:17
**medical** 13:22
**medications** 8:23
**meet** 6:14
**meetings** 17:10
58:1
**megan** 34:19
35:16
**member** 22:2,5,23
23:7,10,12 24:7
**members** 23:14
**membership**
22:20,21
**mentioned** 17:1
41:20
**messages** 21:24
**mind** 6:15 23:5
52:6
**mine** 27:8
**minute** 18:18,18
44:20
**mismatch** 53:18
**missett** 2:11 34:20
35:17
**mofo.com** 2:9
**moment** 10:25
33:15,15 40:24
44:17
**monitoring** 47:6
48:6
**month** 27:8,9
**morrison** 2:7 7:6
**move** 21:11
**moved** 17:9 19:19
**mueller** 32:7,10,19
32:20
**multiple** 15:18,19
15:22 16:7

**n** 2:1 3:1 4:2 5:1
11:19
**n.e.** 2:13 62:3
**name** 5:7 6:12,15
14:5 21:20,21
22:10 28:15 47:18
**names** 48:13
**nashville** 58:10
**necessary** 63:8
**need** 8:14,16,17
10:10 52:19
**negative** 3:24
**neighbors** 55:20
**never** 11:24 12:9
26:18 42:14
**new** 12:21 13:3
19:13 40:10,12,15
**news** 4:12 25:10
27:10,24
**newscaster** 26:7
**nodding** 7:24
**non** 53:13
**normally** 24:3
**northeast** 11:20
**northern** 1:2
12:20
**nos** 34:22 35:1,18
**notarized** 62:13
**notary** 64:24
**noted** 63:3,4
**notice** 4:11 10:24
11:1,11
**noting** 62:10
**november** 35:3,4
36:7,14,15 37:12
37:19 38:24 45:8
45:8,16,17,21
46:12,19 47:23
49:17,19,24 50:2,6
50:11,19 51:5,18

53:5,9,12,15,20
**number** 4:10
**numerous** 31:6

| o | | | |
|---|---|---|---|

**o** 5:1 61:1
**o.c.g.a.** 5:4 61:8
**oath** 5:16
**objection** 5:12,14
37:24
**objections** 4:14
6:24 33:19 34:7
34:21 35:18
**obviously** 7:14 9:6
9:13
**occur** 54:24 55:3
57:6
**occurred** 52:20,22
52:23
**occurrences** 57:7
**occurs** 55:12
**ocga** 63:6
**october** 60:21
**offered** 61:21
**office** 3:5 13:22
20:24
**officers** 25:20
**offices** 62:7,13
**official** 26:12,21
**oh** 13:12 17:17
18:18 25:13 28:5
34:13 35:5,13,20
49:20
**okay** 6:1,2,12,22
7:8,14 8:23 9:2,10
9:17,23 10:7,16,18
11:4,9,10,14,21
12:4,11,16 13:10
13:12,18,24 14:4,7
14:15,19,25 15:13
15:17,21,24 16:4

[okay - precinct]                                      Page 9

16:15,18 17:1,14
17:19,24 18:4,10
18:20,25 19:18,21
20:2,5,11,15 21:3
21:5,11,11,22 22:2
22:9,13,18,22 23:5
24:6,11 25:15
26:4,8,20,24 27:14
28:2,17 29:12,12
29:13,16,20,20
30:2,22 31:1,6,16
31:19 32:4,15,24
33:13,15,23 34:1
34:13,17,24 35:20
35:24 36:3,10,22
37:16 39:6,12,14
39:25 40:3,11,16
40:23 41:3,5,6,15
41:20,25 42:8,14
42:20 43:1,4,14,17
43:22 44:8,11,20
44:22,23 45:4,6,19
47:13,21 48:3,12
48:20 49:4,9,14
50:4,25 51:16,20
53:7,17,25 54:22
55:16 56:12 57:12
57:12,12,17,25
58:3,7,17,21 59:3
59:8
once  62:12
open  33:6
operate  17:20,22
  18:8
operation  17:25
  18:5,11
opinion  39:19 49:1
opinions  29:25
opposed  7:24
opposite  25:1

order  5:10
ordering  62:16
organization  17:5
  17:13 21:18,19,20
  22:10,23
original  4:20
  60:20 62:15,17
originally  4:19
outcome  46:9
  50:10,18 51:4
  53:7,11 60:15
outside  16:22
outsourced  20:4

**p**

p  2:1,1 3:1,1 5:1
p.m.  1:16 5:2,9
  45:1,2 59:12
page  4:3,10 34:3
  34:10,11 35:10,16
  41:9,15 63:10,13
  63:16,19,22 64:1,4
  64:7,10,13,16
pages  29:7 60:6
  63:8
paper  22:24 24:7,9
  24:12 31:23 53:18
  53:21 55:8 56:14
  58:19
parked  25:1,6
parking  25:2
parkwood  2:18
part  19:25 23:7
partial  41:7
participated  17:9
participating  8:25
particular  38:20
  42:24
parties  2:3 58:5
  60:12,14 61:21
  62:16

partner  17:5,6,7
partners  17:10,12
  17:13
parts  45:24
party  12:11,14
  14:14,20 16:23
  22:12 57:13,20
  61:6,15,16,17,18
passive  23:10
pay  6:1
payment  58:22
  59:1
pdf  62:10,11
peachtree  2:13
  62:3
people  46:23 47:1
  47:8 48:7,9,13,21
  55:19 57:1
people's  47:15
perfect  8:6 28:22
perfectly  8:15
  39:5
person  16:8,10,14
  27:22 61:13
personal  8:13
  21:17 30:7
personally  47:2
  54:12 60:7
pertained  16:24
philadelphia
  20:17,19,25 21:8
phonetic  3:22
photocopying
  60:17,19
photograph  24:20
photographing
  24:21,22 52:24
phrased  8:8
pictures  24:19
place  15:10 18:21

places  15:15
plaintiff  1:5 2:6
  22:7 30:2 34:19
plaintiffs  2:11
  4:13 7:7 9:24
  33:18 34:7 35:16
  58:3
plan  30:23
plans  42:17
please  7:19,23
  46:16 49:20 62:10
  62:13,19 63:8,9
pleasure  6:14
point  37:14 38:21
police  25:20
political  57:13,20
  58:4
poll  14:10,12,25
  15:1,2,11,13,14,15
  15:25 21:15 24:19
  24:20,21,22 25:18
  52:24
pollbooks  46:3,6
polling  15:10
pop  29:1
population  56:17
  56:21,25
portion  53:21 55:7
  55:14 56:1 58:19
portions  55:24
posed  8:19 32:12
position  33:8
positions  22:18
possibility  33:6,8
possible  39:20
postcards  21:15
  21:24,25
posted  48:23
posting  48:6,8,21
precinct  15:18

**[precincts - relative]**

precincts  15:18,22
preparation  9:12
  9:13,16
prepare  9:5
preparing  9:2
present  3:9
presenting  7:6
president  46:13,20
  47:24 49:25
presidential  35:3
  46:12,18 47:7,8,23
  49:14,24 50:11,19
  51:2,18 53:8,13,19
  54:10
press  23:24
pressed  46:24
pretty  25:9,21
  32:7 56:23
previously  32:12
  49:23
primary  22:22
  23:3
principal  61:14
print  60:7 62:11
printed  9:8 26:2
printout  55:8
prior  12:14 36:6
  36:13 37:11,18
  38:15,16,24
priority  54:18
probably  15:9
  17:21 32:19
problem  31:15
  37:21 49:11 54:1
problems  27:3
procedure  5:22
  63:6
proceeding  30:3
  61:7,11
proceedings  60:9
  61:6

produced  4:21
production  62:20
professional  17:4
programming
  16:19
prohibited  61:8
protection  14:11
  22:4,9
prove  31:12 32:14
  32:15
provide  16:15
  25:15 26:16 61:6
  61:12
provided  17:14
  26:22
pryor  3:6
public  23:25 24:2
  48:18 64:24
publications  19:2
published  25:23
pull  33:24
pulled  25:17
purpose  5:20 8:6
  30:3
purposes  5:21
  11:2 27:25 33:21
  38:5 41:1
pursuant  1:12
  61:3 63:5
push  31:17 56:9
pushed  42:6
put  11:15 25:8
putting  56:24,24
  57:3

**q**

qr  53:18 55:11,13
  55:25
question  6:25 7:21
  8:7,19,20 28:23
  32:11,15,16 36:25
  38:10 39:8,11

49:25 50:16 51:1
  51:2 52:5 54:8
  55:23 57:18
questions  8:14
  11:14 12:2 29:8
  29:21,23 32:8
  38:4 42:23 45:5
  52:4 59:7
quick  29:4
quiet  10:12
quotes  25:15

**r**

r  2:1,17 3:1 5:1
  46:14,20 60:1
  61:1
race  49:15,25
  53:14
raffensperger  1:7
  5:20 34:8
raffensperger's
  4:14 33:20
rates  61:20
read  36:1,1 43:1,7
  43:14 44:2 55:4,7
  55:10 62:9 63:2
readable  53:20
  55:7,14 56:1
  58:19
reading  1:13 6:2
  58:13
reality  22:24 24:8
realized  23:9 42:6
realizing  55:22
really  22:4
reason  23:1,3
  63:12,15,18,21,24
  64:3,6,9,12,15,18
reasons  63:7
recall  15:20 16:9
  29:18,19 40:13
  43:16 44:3 57:16

received  11:12
  13:25 14:2,10,19
  15:24 17:17 18:8
  47:14 58:22 59:1
recognition  60:7
record  5:11 6:15
  11:16 36:2 44:24
recorded  27:23
recording  18:1
  27:18
redaction  41:7
reduced  60:7
refer  32:10,19
  56:1
referred  18:1,6
referring  29:4,13
  31:25 45:23 49:19
reflected  55:10
reform  24:1
refresh  11:7 28:9
  28:12
regarding  23:15
  23:22 36:25 37:3
  39:4,22 55:25
  58:5
regional  12:20
register  39:25
registered  40:4,13
  40:15
regulations  61:4
  61:10
rejected  27:15
relate  24:16
related  16:15 24:1
  26:25 29:14 30:17
  55:24
relates  24:17
relating  19:3
relationship  61:14
relative  60:11,13

Case 1:17-cv-02989-AT  Document 1554  Filed 01/06/23  Page 76 of 102
Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

[releases - speculate]                                    Page 11

releases 23:24
rely 45:12,13
remember 15:18
  21:20,21 22:16
  27:1,11 47:18
  48:12
reminding 22:1
remote 1:11 7:15
remotely 2:3 5:13
  7:15
repeat 46:16 49:20
  50:16
rephrase 8:9 23:6
  39:10 42:2 48:4
  50:15 54:7
report 4:16 25:14
  25:16 26:11,17,20
  32:8,10,19,20
  40:25 41:7 43:7
  43:14,23
reported 26:10
  48:15 49:5,10
  60:6,10
reporter 1:15 5:3
  5:6,8,17,24,25
  7:25 25:17 44:23
  60:5,20
reporting 47:9
  61:4,7,12
represent 6:13
  29:2 36:22 38:9
represented 6:17
request 4:15 33:20
  34:3,8 35:6,8,9,18
  35:25 37:5 38:22
  39:3,15
requests 34:21
  35:1
requirements 5:4
  16:3

reserved 1:14 7:1
  62:9
resign 20:3
respect 14:16 37:6
  51:1 56:5 57:17
  57:19
responded 38:1
response 8:14
  26:16 32:11 36:7
  36:25 37:3,5,23
  38:11 39:1,2,2,4
  39:15,22
responses 4:14
  7:23 33:19 34:7
  34:21,24,25 35:7
  35:12,18
responsiveness
  6:25
restroom 8:18
result 45:9 46:8,14
  46:21 48:24 49:11
results 35:3 45:7
  45:15 49:6 57:7
retired 21:10
returned 62:14,17
review 9:23 62:10
ricardo 34:20
  35:17
riesdorph 3:11
right 9:15 10:22
  11:17 19:8,22
  24:13 25:4,6 28:9
  29:6 34:2 41:12
  43:5 62:9
rights 22:2
ringer 3:4
risky 45:13
road 2:13 62:3
roswell 62:22
rule 23:17 63:5

rules 5:22 61:3,9
  63:5
ryan 37:20

**s**

s 2:1 3:1 5:1 11:19
  61:1,1
safe 31:14
saying 7:24 48:9
says 28:10,16,19
  34:17,19 35:16
  36:4 37:9 41:10
  41:11,17,17,18
scanners 18:11
school 12:17,20
  13:7,18
scratch 59:2
screen 58:18
screens 55:18 56:1
seal 60:20 62:15
secretary 5:19
section 5:4 61:8
security 30:18
see 17:11 23:24
  28:13,16,17,19,23
  34:17,22 36:20,21
  37:5 41:16 45:6
seen 55:18
send 62:15,19
sense 29:25
sent 21:23
september 1:16
  5:8 61:22
series 29:20 45:4
server 38:17
service 56:7 58:22
services 20:8 59:1
  61:7,13
share 10:23 11:4,6
  28:3,5 33:14
  40:24

shared 56:16
short 40:14 45:1
shot 38:6
shows 11:6
sic 3:21
side 28:15
sidewalk 25:7
sign 62:9
signature 60:20,22
  61:23 62:6,18
signed 62:12,14,17
signing 1:13 6:3
simply 51:13
sir 5:25
sitting 23:10
six 20:14
social 5:10
software 46:15,21
  48:24
son 58:10
sorry 10:12 19:10
  19:16,19 21:9
  25:13,24 26:6
  35:5 41:17 49:21
  54:8
sort 26:1 41:21
  42:22 55:22
sounds 52:4
sp202 23:18
speak 7:19 10:10
  23:20 27:16 38:19
speaking 27:23
  57:9
specific 14:16
  17:15 18:8 30:14
  56:17
specifically 14:8
  14:23 20:9 30:12
  34:3 55:3
speculate 8:14

speech 3:23 60:6
spelling 3:22
spoke 9:6 26:25
  37:4
spoken 29:18
  57:24
stand 37:13
start 20:11 24:4
  34:4 46:5
started 19:9,14,16
  19:16,20
starts 34:19
state 2:16 5:20
  6:13 14:22 23:17
  26:12,21 38:18
  40:6 41:11 60:2,5
stated 6:13 38:12
statement 35:10
  35:15,21 44:1
  63:7
statements 24:15
  43:13 57:13,18,19
  57:20 58:4
states 1:1 40:8,11
stating 6:15
stayed 19:15,16
sterling 25:23
stipulate 5:11
  44:12
stipulated 5:15
stipulations 1:12
story 29:14
street 2:8 3:6
stretch 8:17
strictly 22:19
strike 54:7 59:2
study 13:10
stuff 17:12
subject 30:6
subscribed 64:21

substance 63:6
successfully 42:5
suite 2:8,13,19 3:6
  62:3,21
supervision 60:8
support 17:5,5,13
supporting 17:13
supposed 25:19
sure 10:20 19:21
  25:25 27:10 30:12
  31:25 32:7 35:6,9
  38:8 47:13 49:22
  52:8 57:3,3
surrounding 29:9
sw 3:6
swear 5:22
swearing 5:12
switched 46:13,19
  46:24 47:15,24
  48:1,5,10 49:17
  50:2
switching 48:23
  49:10,23
switchings 49:5
sworn 6:8 64:21
system 36:5,13,17
  36:23,24 37:10,17
  37:21 38:2,5,9
  43:8,20,24 45:11
  45:20,22 46:15,22
  48:25 49:7,12
  50:10,18 51:4,17
  51:21 52:1,11
systems 38:17

t

t 11:19 60:1,1
take 8:16,20 10:24
  29:4 33:8 44:19
taken 1:12 5:19
  7:12 8:23 25:6,8
  45:1

talk 7:20,21 10:7
talked 36:10 49:14
talking 22:6 37:22
  38:14,15 55:25
tallied 54:25
tapes 24:19,20,21
  24:22 52:25
taylor 2:18
taylorenglish.com
  2:20,21
teacher 19:13
tech 3:11 28:8,14
  28:18,22
tell 41:13 42:9
  47:3 55:5 56:14
tend 10:12
tennessee 58:14,16
term 36:19,19,23
  37:25 38:5
terminated 20:2
  21:7
testified 6:9
testify 8:13
testimony 9:23
  63:2,7
thank 7:8 8:12
  10:18,19 11:21
  19:21 33:13 39:25
  44:14 59:4,10
thanks 6:1
thereto 60:21
thing 8:18 58:12
things 17:3 23:11
think 20:14,22
  24:9,17 26:3
  27:10,11 39:16
  40:12,22 57:2,23
  59:8
thought 3:22
thursday 1:16

time 5:9 8:1,16
  19:25,25 20:1
  27:11 40:14,16,18
  40:20 41:21 44:3
  44:5 59:4 62:17
timeline 19:22
times 7:15 26:24
  42:10 48:7
title 34:11
today 7:7 8:23
  9:17 10:5
today's 5:8
told 26:1 47:5
top 28:9
topics 23:25 26:25
tracked 17:8
trail 24:12 31:23
  56:14
trailing 3:22
train 17:22
trained 15:1
training 13:21
  14:10,12,16,19,22
  15:24,25 16:2,8,15
  16:22,23 17:15,17
  17:19,20,24 18:4,9
  18:10
transcript 3:20
  60:9,18 62:10,15
  62:17 63:2
transpired 27:23
travel 20:17
trial 7:1 12:1,2
  42:22
true 60:8
trump 46:14,20
  47:15,25
trust 41:24 42:3
  54:16,20,22
trusted 30:21

Case 1:17-cv-02989-AT Document 1554 Filed 01/06/23 Page 78 of 102
Laura Marie Digges September 23, 2021
Curling, Donna v. Raffensperger, Brad

[trustworthy - zoom] Page 13

**trustworthy** 30:5
**truthfully** 8:24
**try** 7:18,19,20 8:9
  10:23 39:9,9
**trying** 35:6 40:12
  57:23
**turn** 33:13
**turner** 20:10
**two** 13:7 22:5 29:7
**type** 14:4 41:11,18
**types** 16:7 21:12

**u**

**u** 61:1
**uh** 3:23,24,24 7:24
  7:24,24 9:7 16:12
  22:13 24:24 29:11
  40:19 43:11
**undersigned** 60:19
  63:2
**understand** 8:8
  33:7 38:25 42:2
**understanding**
  29:23 30:8
**understood** 8:2
  24:13 31:4 45:14
  54:2
**unique** 57:8
**united** 1:1
**university** 38:18
**unknown** 3:22
**upcoming** 22:1
**uploaded** 33:14
**use** 7:1 8:17 23:21
  25:16 54:13 63:8
**usual** 61:20

**v**

**vague** 56:23
**valid** 35:4
**verbal** 7:23 57:19
  57:20

**veritext** 3:11 9:9
  62:13,20
**video** 5:13
**videoconference**
  1:11 2:4
**vocational** 13:21
**voiced** 58:1
**vote** 30:21 31:18
  40:1 41:23 42:7
  42:17 47:11,11,11
  48:9,23 49:5,10,22
  54:3,6,9,15,17,18
  54:19,21,23,25
  55:5,8,19 56:8,10
  58:9,13,18
**voted** 18:15,17,19
  27:4 31:6 40:6,16
  40:20 41:21 42:13
  42:14 55:21 56:5
  58:9,11,17
**voter** 14:11 21:11
  21:12,14 22:4,9
  41:7 50:5 57:14
  57:20 58:5
**voters** 21:16 28:23
  57:10,11
**votes** 31:10 46:11
  46:18,24 47:15,24
  48:10 49:16 50:1
  51:17,21 52:1,11
  52:13,16 53:3,4
**voting** 14:8,9 16:5
  16:6,11,14,19 18:1
  18:20 19:3 22:2
  22:24 23:16 24:7
  24:9,16,17,23 27:2
  27:3 30:19 42:1,4
  43:24 56:16 57:2
**vs** 1:6

**w**

**wait** 18:18,18 48:7
**waiting** 23:10 25:7
**walking** 55:19
**want** 25:25 27:15
  29:4,21 35:9,24
  55:20
**wanted** 11:15
  19:21 27:9
**washington** 2:8
**watch** 15:2
**watched** 25:5
**watcher** 14:10,25
  15:1
**watching** 14:13
  15:13,25 21:15
**way** 41:3 45:9,20
  46:9 56:14,20
  57:8
**we've** 27:4
**welcome** 44:15
**went** 16:13,13
  21:19 24:19 27:13
  27:20 42:7 48:16
**wide** 41:11
**widespread** 50:5
**william** 34:20
  35:17
**withdrawn** 60:16
**witness** 1:16 4:3
  5:12,16,23 10:12
  10:15 28:13,17,21
  28:23 43:12,13
  44:1,22 46:1
  59:10
**woodcliff** 13:3
**work** 19:11,22
  20:19 21:12 28:18
**worked** 15:10 17:2
  17:3 19:7,8 20:7,9

**worker** 15:11
**workers** 24:23
  25:18
**working** 13:25
  17:4 19:9,17 21:3
**works** 19:3
**world** 17:11
**writings** 19:2
**written** 21:15
  57:13,17
**wrong** 57:5
**wrote** 21:25

**x**

**x** 4:2

**y**

**yeah** 10:2 11:13
  17:17 19:16,19
  24:14 27:11 29:1
  31:5 32:1,2 35:5
  38:8,25 46:17
  51:12 52:6,6 54:2
  56:8,24 57:3
**year** 27:8,9 44:8
  44:13
**years** 13:7 15:5
  20:14 44:6,13
**yellow** 27:7
**york** 40:12,15

**z**

**zoom** 2:3 7:16,22

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs,*

    v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## DEFENDANTS' NOTICE TO TAKE THE DEPOSITION OF PLAINTIFF LAURA DIGGES

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendants Brad Raffensperger, et al., will take the oral examination under oath of Plaintiff Laura Digges on Thursday, September 23, 2021, beginning at 1:00 p.m. and continuing thereafter until completed via Zoom videoconferencing through Veritext Legal Solutions. Details regarding the videoconferencing with be emailed to those participating once all arrangements are finalized.

The deposition shall be taken before a Notary Public or some other officer authorized by law to administer oaths for use at trial. The deposition will be taken by oral examination with a written and/or sound and visual record made thereof (*e.g.*, videotape, LiveNote, etc.). The deposition will be taken for the purposes of cross-examination, discovery, and for all other

**Exhibit
0001**

purposes permitted under the Federal Rules of Civil Procedure or any other applicable law.

This 3rd day of September, 2021.

**Robbins Ross Alloy Belinfante Littlefield LLC**

Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com
Carey Miller
Georgia Bar No.:  976240
cmiller@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

*/s/Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
R. Dal Burton
Georgia Bar No. 097890
dburton@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830

2

dlaross@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 3, 2021, I caused to be served the

foregoing **DEFENDANTS' NOTICE TO TAKE THE DEPOSITION OF**

**PLAINTIFF LAURA DIGGES** by email to the following:

Cary Ichter
Ichter Davis LLC
Suite 1530
3340 Peachtree Road N.E. Atlanta,
Georgia 30326
cichter@ichterdavis.com

Bruce P. Brown
BRUCE P. BROWN LAW LLC 1123
Zonolite Road, Suite 6 Atlanta,
Georgia 30306
bbrown@brucepbrownlaw.com

David D. Cross
Lyle F. Hedgecock
Mary G. Kaiser
Veronica Ascarrunz
Jenna B. Conway
Robert W. Manoso
Morrison & Foerster, LLP 2000
Pennsylvania Avenue, NW
Washington, DC 20006
dcross@mofo.com
lhedgecock@mofo.com
mkaiser@mofo.com
vascarrunz@mofo.com
jconaway@mofo.com
rmanoso@mofo.com

Halsey G. Knapp, Jr.
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com

Kaye Burwell
David Lowman
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
kaye.burwell@fultoncountyga.gov
david.lowman@fultoncountyga.gov
cheryl.ringer@fultoncountyga.gov

Robert Alexander McGuire
Robert McGuire Law Firm
113 Cherry Street #86685
Seattle, WA 98104-2206
ram@lawram.com

This 3rd day of September, 2021.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com

https://www.cbs46.com/news/voters-question-absentee-ballot-envelopes/article_d7841ada-ce64-11e8-83f6-cb0f8b49bcd9.html

# Voters question ab

POSTED OCT 12, 2018



(Source: WGCL)



**Voters question absentee ballot envelops**
Posted Oct 12, 2018

There are more questions surrounding the election and this one has to do with absentee ballots.

CBS46 is investigating and asking questions for you, the voters. We're looking into why your absentee ballot may look different than other voters in a story that's only on CBS46.

"The whole absentee ballot thing is just too difficult, to confusing for people. It shouldn't have to be this way," said voter Laura Digges.

She had a simple question -- why did her absentee ballot envelope in Cobb County ask for the year she was born?

**Exhibit 0002**

Laura Digges

Her friend, Ray Dafrico, who is also voting absentee, found the same thing.

"Mine says only year. And my wife's and daughter's say month and date. Now that might not seem very significant, but it could be a reason for them to not count them," said Dafrico.

The two felt so strongly, they went to the Cobb County Board of Elections Office and recorded what the absentee ballot coordinator told them.

"Either month and day, or if they write the year, no matter which is on the form, we'll accept it," the coordinator was recorded saying.

CBS46 investigated and as it turns out, the law changed last year. So, now the state asks for your birth year. But since there was inventory of the old "month and day" forms, those are still being handed out to voters.

But, here's why Dafrico and Digges are still concerned for other voters in other counties.

"It's up to each county. Each county processes the ballots that come in," said the coordinator on the recording.

We checked with the Cobb County elections director, and she told me, "We'll accept the month and day, or the year, as long as it matches what's on the voter's record," adding, "there is no confusion."

Because we care about voters in every county, we also asked the Secretary of State's Office.

A spokeswoman said, "The Secretary of State's Office does not process absentee ballot applications or absentee ballots. Local officials determine eligibility and sufficiency by following state law and rules."

Copyright 2018 WGCL-TV (Meredith Corporation). All rights reserved.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DONNA CURLING, ET AL.,**
**Plaintiffs,**

**v.**

**BRAD RAFFENSPERGER, ET AL.,**
**Defendants.**

**Civil Action No. 1:17-CV-2989-AT**

## COALITION FOR GOOD GOVERNANCE'S AND COALITION PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT BRAD RAFFENSPERGER'S FIRST REQUEST FOR ADMISSION

In accordance with Rules 26 and 33 of the Federal Rules of Civil Procedure, the Coalition for Good Governance ("Coalition"), by and through counsel, hereby responds and objects to Defendant Brad Raffensperger's First Requests for Admission to the Coalition, served December 28, 2020. Additionally, Plaintiffs Megan Missett, Ricardo Davis, Laura Digges, and Williams Digges (the "Coalition Plaintiffs") join in responses and objections to Requests Nos. 9-30 which are identical to the Requests Nos. 1-22 addressed to Coalition Plaintiffs.

### RESPONSES AND OBJECTIONS TO REQUESTS

**Request for Admission No. 1:**



1

Admit that the attached hereto as Exhibit A is a true and correct copy of your website's "Home" page as of December 22, 2020 with a URL of https://coalitionforgoodgovernance.org/.

**Response from Coalition:**

Admitted.

**Request for Admission No. 2:**

Admit that all donations received by you have been used exclusively to support the legal and forensic work in bringing effective challenges to un-auditable electronic voting systems in Georgia

**Response from Coalition:**

Coalition objects that this Request is irrelevant as it has no relevance to any claims in this case. Subject to that objection, Coalition responds: Denied.[1]

**Request for Admission No. 3:**

Admit that the attached hereto as Exhibit B is a true and correct copy of your website's "Current Projects" page as of December 22, 2020 with a URL of https://coalitionforgoodgovernance.org/current-projects/.

**Response from Coalition:**

Admitted.

---

[1] Defendant David J. Worley's First Interrogatories ask for explanations and documents supporting any denial in these Requests. Full explanations for this any later denials may be found in Coalition's Response to those interrogatories.

2

**Request for Admission No. 4:**

Admit that you solicit donations to exclusively support your essential legal and forensic work.

**Response from Coalition:**

Coalition objects that this Request is irrelevant as it has no relevance to any claims in this case. Subject to that objection, Coalition responds: Denied.

**Request for Admission No. 5:**

Admit that all your essential legal and forensic work from July 3, 2017 to the present is related to the Litigation.

**Response from Coalition:**

Coalition objects that this Request is irrelevant as it has no relevance to any claims in this case. Subject to that objection, Coalition responds: Denied.

**Request for Admission No. 6:**

Admit the donations you solicit go only to cover your legal and forensic expenses.

**Response from Coalition:**

Coalition objects that this Request is irrelevant as it has no relevance to any claims in this case. Subject to that objection, Coalition responds: Denied.

**Request for Admission No. 7:**

Admit the only legal and forensic expenses you incurred from July 3, 2017 to the present relate to the Litigation.

**Response from Coalition:**

Coalition objects that this Request is irrelevant as it has no relevance to any claims in this case. Subject to that objection, Coalition responds: Denied.

**Request for Admission No. 8:**

Admit that you have not diverted any financial resources from Coalition's mission or purpose to pay expenses incurred by you in the Litigation.

**Response from Coalition:**

Coalition objects that this Request is irrelevant as it has no relevance to any claims in this case. Subject to that objection, Coalition responds: Denied.

**Request for Admission No. 9:**

Admit that you believe the results of the Presidential Election held on November 3, 2020 in Georgia are valid.

**Response from Coalition:**

Coalition Plaintiffs object to this Request as vague and ambiguous as it does not define the term "valid." The term might mean that the correct winners were chosen, or the exactly correct tallies determined, or that the results were reached through proper processes with full adherence to applicable laws, or other definitions Coalition Plaintiffs do not anticipate. Because of the ambiguity of the

Request, Coalition Plaintiffs presently lack sufficient information or knowledge to admit or deny this Request.

**Request for Admission No. 10:**

Admit that you believe the results of the other elections held on November 3, 2020 in Georgia are valid.

**Response from Coalition:**

Coalition object to this Request as vague and ambiguous as it does not define the term "valid." The term might mean that the correct winners were chosen, or the exactly correct tallies determined, or that the results were reached through proper processes with full adherence to applicable laws, or other definitions Coalition Plaintiffs do not anticipate. Because of the ambiguity of the Request, Coalition Plaintiffs presently lack sufficient information or knowledge to admit or deny this Request.

**Request for Admission No. 11:**

Admit that you have no evidence that any component of the Election System was actually hacked prior to or during the elections held on November 3, 2020.

**Response from Coalition:**

Denied.

**Request for Admission No. 12:**

Admit that you have no evidence that any malware was actually inserted into any component of the Election System prior to or during the elections held on November 3, 2020.

**Response from Coalition:**

Denied.

**Request for Admission No. 13:**

Admit that you have no evidence that the results of any election held in Georgia held on November 3, 2020 were actually changed in any way as a result of the hacking of or the insertion of malware into any component of the Election System.

**Response from Coalition:**

Denied.

**Request for Admission No. 14:**

Admit that you have no evidence that any vote(s) in the Presidential Election held on November 3, 2020 in Georgia were actually switched from President Donald J. Trump to Joseph R. Biden, Jr. as a result of an anomaly in the software used in the Election System.

**Response from Coalition:**

Denied.

**Request for Admission No. 15:**

Admit that you have no evidence that any vote(s) in the Presidential Election held on November 3, 2020 were actually switched from President Donald J. Trump to Joseph R. Biden, Jr. as a result of an algorithm or any other design feature of the Election System.

**Response from Coalition:**

Denied.

**Request for Admission No. 16:**

Admit that you have no evidence that any vote(s) in the Presidential Election held on November 3, 2020 were actually switched from President Donald J. Trump to Joseph R. Biden, Jr. as a result of any problem of any kind with any component of the Election System.

**Response from Coalition:**

Denied.

**Request for Admission No. 17:**

Admit that you have no evidence that any vote(s) in any election held in Georgia on November 3, 2020 were actually switched from any candidate to another as a result of an anomaly in the software used in the Election System.

**Response from Coalition:**

Denied.

**Request for Admission No. 18:**

Admit that you have no evidence that any vote(s) in any election held in Georgia on November 3, 2020 were actually switched from one candidate to another as a result of an algorithm or any other design feature of the Election System.

**Response from Coalition:**

Denied.

**Request for Admission No. 19:**

Admit that you have no evidence that any vote(s) in any election held in Georgia on November 3, 2020 were actually switched from one candidate to another as a result of any problem of any kind with any component of the Election System.

**Response from Coalition:**

Denied.

**Request for Admission No. 20:**

Admit that you have no evidence of any widespread voter fraud in Georgia in connection with the elections held in Georgia on November 3, 2020.

**Response from Coalition:**

Admitted.

**Request for Admission No. 21:**

Admit that you have no evidence of any malfunction(s) of any component of the Election system that impacted the outcome of the Presidential Election held in Georgia on November 3, 2020.

**Response from Coalition:**

Admitted.

**Request for Admission No. 22:**

Admit that you have no evidence of any malfunction(s) of any component of the Election System that impacted the outcome of any of the other elections held in Georgia on November 3, 2020.

**Response from Coalition:**

Admitted.

**Request for Admission No. 23:**

Admit that you have no evidence that the Election System failed to count any legal vote(s) in the Presidential Election held on November 3, 2020 in Georgia.

**Response from Coalition:**

Denied.

**Request for Admission No. 24:**

Admit that you have no evidence that the Election System counted any illegal vote(s) in the Presidential Election held on November 3, 2020 in Georgia.

**Response from Coalition:**

Admitted.

**Request for Admission No. 25:**

Admit that you have no evidence that the Election System failed to count any legal vote(s) in any of the other elections held in Georgia on November 3, 2020.

**Response from Coalition:**

Denied.

**Request for Admission No. 26:**

Admit that you have no evidence that the Election System counted any illegal vote(s) in any of the other elections held in Georgia on November 3, 2020.

**Response from Coalition:**

Admitted.

**Request for Admission No. 27:**

Admit that you are not contesting the outcome of the Presidential Election held in Georgia on November 3, 2020.

**Response from Coalition:**

Admitted.

**Request for Admission No. 28:**

Admit that you are not contesting the outcome of any of the other elections held in Georgia on November 3, 2020.

10

**Response from Coalition:**

Admitted.

**Request for Admission No. 29:**

Admit that you have no evidence that there was any mismatch between the QR Codes on the Paper Ballots cast in the Presidential Election held on in Georgia on November 3, 2020 election and the human-readable portion of the Paper Ballots.

**Response from Coalition:**

Denied.

**Request for Admission No. 30:**

Admit that you have no evidence that there was any mismatch between the QR Codes on the Paper Ballots cast in any of the other elections held on in Georgia on November 3, 2020 election and the human-readable portion of the Paper Ballots.

**Response from Coalition:**

Admitted.

This 27th day of January, 2021.

/s/ Bruce P. Brown                              /s/ Robert A. McGuire, III
Bruce P. Brown                                  Robert A. McGuire, III
Georgia Bar No. 064460                          Admitted Pro Hac Vice
BRUCE P. BROWN LAW LLC                           (ECF No. 125)
1123 Zonolite Rd. NE                            ROBERT MCGUIRE LAW FIRM
Suite 6                                         113 Cherry St. #86685
Atlanta, Georgia 30306                          Seattle, Washington 98104-2205
(404) 881-0700                                  (253) 267-8530

*Counsel for Coalition for Good Governance*

/s/ Cary Ichter
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Suite 1530
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for Megan Missett, Ricardo Davis, Laura Digges, and William Digges*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2021, I served a copy of the foregoing

upon counsel for the Defendants and the Curling Plaintiffs via electronic mail.


<u>*/s/ Bruce P. Brown*</u>

Bruce P. Brown

Case 1:17-cv-02989-AT   Document 1554   Filed 01/06/23   Page 10...

**Exhibit 0004**
Laura Digges

Inquiry > Voter Registration

**Inquiry - View Voter Registration**

| Voter Information | | Residence Address | | Voting Districts | |
|---|---|---|---|---|---|
| Voter Name: | LAURA MARIE DIGGES | Street No.: | ▆ | Congressional | 006 |
| Date of Birth: | ▆ 1953 | Street Name: | ▆ | Senate | 032 |
| Race: | OTHER | Suffix: | | House | 044 |
| Gender: | FEMALE | Apt/Unit: | | Judicial | COBB |
| Voter Registration #: | 03516344 | Address Line 2: | | | |
| Registration Date: | 01/26/1996 | Municipality: | | **County Districts** | |
| Current Status: | ACTIVE | Postal City: | MARIETTA | Commission | 3 |
| Status Reason: | | County: | COBB | School | 4 |
| Voter Phone: | | Zip Code: | 30066 - ▆ | | |
| E-mail: | | State: | GA | **Municipal Districts** | |
| DL #/State ID: | ▆ | Added Date: | 02/17/1996 | County Precinct: | BW01 |
| Site ID / Location: | 01 - DDS | Change/Audit Date: | 12/09/2020 | Municipal Precinct: | - |
| SSN (Full OR Last 4 Digits): | ▆ | Date of Last Contact: | 12/09/2020 | Voting Area/Combo #: | 00605 |
| ID Required: | NO | Date of Last Status Change: | 05/09/2006 | County Polling Place: | NORTHEAST COBB COMMUNITY CENTER-BW01 3100 JAYCEE DR MARIETTA, GA 30066 - 0000 |
| US Citizen: | YES | Poll Worker Interest: | | | |
| Challenged Elector: | NO | | | Municipal Polling Place: | |

VoteSafe:  Display Actual Address      Display Signature

**Mailing Address**

| Street No.: | | Apt/Unit: | |
|---|---|---|---|
| Suffix: | | Mailing City: | |
| Street Name / PO Box: | | Mailing State: | |
| Address Line 2: | | Zip Code: | |

| User Name | Date/Time | Memo |
|---|---|---|
| | Previous | |

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| LAURA MARIE DIGGES | 01/26/1996 | 03516344 | ▆ MARIETTA  30066 - 3479 |

**Previous Address:**

| Street No | Street Name | Apt/Unit | Suffix | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| ▆ | ▆ | | | | MARIETTA | GA | 30062 - 3265 |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| LAURA MARIE DIGGES | 01/26/1996 | 03516344 | ▆ MARIETTA  30066 - 3479 |

| Date | Election Type | Ballot Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/1996 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/07/2000 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/05/2002 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/02/2004 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/07/2006 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/04/2008 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 12/02/2008 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/02/2010 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 07/31/2012 | SPECIAL ELECTION | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | COBB |
| 11/06/2012 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/04/2014 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/08/2016 | GENERAL | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 04/18/2017 | SPECIAL ELECTION | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 05/16/2017 | SPECIAL ELECTION RUNOFF | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 06/20/2017 | SPECIAL ELECTION RUNOFF | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 05/22/2018 | GENERAL PRIMARY | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 07/24/2018 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | COBB |
| 11/06/2018 | GENERAL | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 12/04/2018 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 03/24/2020 | PPP | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 06/09/2020 | GENERAL PRIMARY | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 08/11/2020 | GENERAL PRIMARY RUNOFF | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 11/03/2020 | GENERAL | STATE WIDE | Absentee | | | | | Yes | | COBB |



| 01/05/2021 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | | Yes | COBB |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| LAURA MARIE DIGGES | 01/26/1996 | 03516344 | MARIETTA 30066 - 3479 |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 12/09/2020 12:01 PM | CHANGE | Other | 12/09/2020 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 11/12/2020 12:39 PM | CHANGE | Other | 11/12/2020 | ABSENTEE BALLOT | COBB | 033LARTHUR | |
| 11/11/2020 1:04 PM | CHANGE | Other | 11/11/2020 | ABSENTEE BALLOT | COBB | 033BBARRON | |
| 10/02/2020 12:45 PM | CHANGE | Other | 10/02/2020 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 07/23/2020 11:24 AM | CHANGE | Other | 07/23/2020 | ABSENTEE BALLOT | COBB | 033USERSIX | |
| 07/07/2020 1:42 PM | CHANGE | Other | 07/07/2020 | ABSENTEE BALLOT | COBB | 033PCHURCHILL | |
| 07/07/2020 10:45 AM | CHANGE | Other | 07/07/2020 | ABSENTEE BALLOT | COBB | 033PCHURCHILL | |
| 05/15/2020 8:21 AM | CHANGE | Other | 05/15/2020 | ABSENTEE BALLOT | COBB | 033UFOURF | |
| 03/31/2020 7:42 AM | CHANGE | Other | 03/31/2020 | ABSENTEE BALLOT | COBB | 033KBROWN | |
| 03/30/2020 1:24 PM | CHANGE | Other | 03/30/2020 | ABSENTEE BALLOT | COBB | 033JWILLS | |
| 03/09/2020 12:40 PM | CHANGE | Other | 03/09/2020 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 02/03/2020 11:49 AM | CHANGE | Other | 02/03/2020 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 02/03/2020 11:46 AM | CHANGE | Other | 02/03/2020 | ABSENTEE BALLOT | COBB | 033SPRILL | |
| 11/30/2018 11:33 AM | CHANGE | Other | 11/30/2018 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 11/16/2018 11:11 AM | CHANGE | Other | 11/16/2018 | ABSENTEE BALLOT | COBB | 033MBUNCH | |
| 10/12/2018 2:58 PM | CHANGE | Other | 10/12/2018 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 09/25/2018 12:46 PM | CHANGE | Other | 09/25/2018 | ABSENTEE BALLOT | COBB | 033KKINSBRUNNER | |
| 08/09/2018 10:29 PM | CHANGE | Other | 07/24/2018 | Express Poll In | | JHALLMAN | |
| 05/09/2018 11:47 AM | CHANGE | Other | 05/09/2018 | ABSENTEE BALLOT | COBB | 033JMAYES | |
| 04/27/2018 11:02 AM | CHANGE | Other | 04/27/2018 | ABSENTEE BALLOT | COBB | 033JNICHELSON | |
| 05/15/2017 9:40 AM | CHANGE | Other | 05/15/2017 | ABSENTEE BALLOT | | 033MFIELDS | |
| 05/12/2017 11:28 AM | CHANGE | Other | 05/12/2017 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 05/03/2017 10:23 AM | CHANGE | Other | 05/03/2017 | ABSENTEE BALLOT | COBB | 033DROSS | |
| 05/02/2017 9:47 AM | CHANGE | Other | 05/02/2017 | ABSENTEE BALLOT | COBB | 033DROSS | |
| 04/08/2017 12:48 PM | CHANGE | Other | 04/08/2017 | ABSENTEE BALLOT | COBB | 033EHAZEL | |
| 10/31/2016 7:05 PM | CHANGE | Other | 10/31/2016 | ABSENTEE BALLOT | COBB | 033CBAKER | |
| 11/20/2014 9:13 PM | CHANGE | Other | 11/04/2014 | Express Poll In | | SJACKSON | |
| 11/06/2012 12:00 AM | NEW VOTER | | 11/06/2012 | CON | | ENETCONV | 01 - DDS |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| LAURA MARIE DIGGES | 01/26/1996 | 03516344 | MARIETTA 30066 - 3479 |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| LAURA MARIE DIGGES | 01/26/1996 | 03516344 | MARIETTA 30066 - 3479 |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|

Previous