Ricardo Davis                                    September 29, 2021
Curling, Donna v. Raffensperger, Brad

**[characteristics - count]**                                              Page 3

**characteristics**
  29:2
**characterize** 39:14
  39:17
**charge** 14:2
**charged** 13:9,15
  14:19
**charges** 13:17
**chemical** 15:18
  22:1,4
**chemist** 18:5
**chemistry** 17:8,16
  17:18,20,22 18:1,5
  18:6,10 21:16
  22:5
**cherokee** 10:22,24
  19:20
**cheryl** 4:3
**cheryl.ringer** 4:7
**chosen** 44:6
**cichter** 3:8
**circle** 3:22
**circumstances**
  27:15,16
**citizen** 44:15
**civil** 1:5 5:13 62:6
**claim** 16:7
**claims** 12:17 40:13
  40:16,17
**clarify** 20:4 38:8
  48:3
**clarifying** 28:25
  35:13 43:13 44:13
  54:13
**class** 15:11,13,14
  15:16
**cleaner** 54:21
**clear** 25:11 45:17
**clearly** 6:19
**clinic** 25:22

**close** 24:12
**closed** 13:2
**coach** 52:7
**coaching** 52:8
**coalition** 4:13 9:15
  9:16,16 37:14,21
  38:3,10,12,17,22
  39:2,10,15
**code** 60:10
**codes** 55:12,16
**cofounder** 37:6
**colleague** 22:3
**college** 16:25
**colloquies** 59:7
  60:4
**come** 42:1
**comes** 32:9 54:21
**comment** 23:20
**commission** 63:25
**commitment**
  60:12
**committee** 42:2,7
**common** 9:12
  23:21,24 24:22,23
  25:3,4,4,12
**commonly** 28:13
  28:18
**communication**
  52:20
**company** 15:21
  24:8,9,11 35:16,20
  35:23
**compared** 50:11
**compensation**
  60:11
**complete** 59:6,10
**completed** 61:18
**compliance** 60:9
**component** 51:21
  52:1 53:2,9,17

**components** 30:5
  52:17,21
**computational**
  22:5
**computer** 8:21,22
  10:9 17:8 28:7,8
**computers** 26:12
  26:16 52:5
**concentration**
  17:18,19
**concern** 43:19,21
  43:24 44:21,22
  45:4,5,10,19,23
  46:25 47:18 49:7
  49:20,22,24 55:14
**concerned** 44:18
  50:2,3
**concerning** 28:11
  28:16 56:1,6,14
**concerns** 44:5,9,11
  45:13 46:3,4,7,18
  47:1,6,7,8,12
  49:24 50:8,9,13
  55:10,11
**concluded** 13:4
  58:3
**conference** 1:17
**confuse** 7:2
**confusion** 39:8
**congruity** 45:18
**connecting** 52:20
**connection** 27:25
  53:20,24
**consider** 27:17
**constituency**
  38:19
**constitution** 11:9
  11:12 15:4 33:1
  36:11 37:25 38:20
  38:23 47:20

**constitutional**
  39:18,25 40:9
**constructing**
  26:17
**cont'd** 4:1
**contained** 50:19
**contendere** 14:10
**contesting** 55:1,5
**continues** 28:2
**contract** 22:22
  24:9 60:10
**contractor** 22:15
  24:1,3,7 35:16
**conversations**
  7:24 8:2
**convicted** 14:3,25
**coordinators** 59:5
  59:14
**copies** 59:15 61:13
**copy** 8:21 59:11
**cormier** 1:18
  60:17
**correct** 6:13 10:13
  14:11 15:1,2 22:9
  22:10 24:17,18
  29:22 35:5 36:7,9
  36:11,12,19 40:2
  40:21 42:9 43:7,8
  44:4,7,20,25 49:10
  50:16 55:3,4,7,8
  55:10,13,24 59:6
  59:10 60:5
**corrections** 61:7
  62:8
**correctly** 33:22
  39:23 54:15
**counsel** 3:1 4:1 6:9
  8:11 23:9 41:1
**count** 30:10,12
  54:3

Ricardo Davis                                     September 29, 2021
Curling, Donna v. Raffensperger, Brad

**[counted - election]**                                              Page 4

**counted** 40:25
41:2 54:7,11,22
**county** 4:2,4 10:22
10:24 13:23,24
14:1 19:20 60:2
**course** 19:16
38:11
**court** 1:1 5:5,19
6:22 8:11,15
11:24 12:5,8,24
13:5 14:6 31:5,21
31:21 33:10,11
34:6,6 50:22 59:8
60:13 61:16,20
**cox** 33:7,19
**created** 22:3
**crime** 13:10,14,15
**crimes** 14:19 15:1
**criminal** 18:4
**curling** 1:4 3:10
**current** 10:19 21:3
21:4,6 25:15
43:15 44:1 45:2,6
**cut** 12:25
**cv** 1:6
**cycle** 20:1,2

**d**

**d** 2:13 5:1
**dal** 3:20
**data** 25:16 26:2
27:19,25 41:15
52:19
**date** 8:6 23:22
61:3
**dates** 23:14,15
**davis** 1:13 2:5 3:4
5:8,10,21 6:5,8
9:22 10:16 31:9
34:25 52:15 57:11
61:2

**day** 27:9,9,11,11
28:3 60:14 63:21
**days** 26:22 61:3
**dburton** 3:25
**dc** 3:14
**deal** 28:4
**dealing** 34:19
**deals** 43:24
**dealt** 35:20
**december** 23:25
**declaration** 2:4
11:21 12:7,14
20:18
**deconstructing**
26:17
**defeats** 33:3
**defendant** 3:17
4:2 5:10
**defendant's** 9:23
10:4 20:13 57:9
**defendants** 1:9
**defense** 20:17
**defer** 23:13 34:16
**define** 41:11
**definitely** 17:10
**definition** 42:12
53:1,7
**degree** 17:7 18:16
18:17,18 26:11
**deponent** 61:2,6,6
61:7,10,16
**deponent's** 63:20
**deposition** 1:12
2:3 5:3,9,17 6:10
6:14 8:3 9:4,24
10:10 11:2,20,22
11:25 34:25 58:3
59:19 62:7
**derivative** 47:5,7
**describe** 27:14
52:14

**description** 2:2
**design** 22:25
**desire** 62:7
**desk** 22:14 26:25
**detailed** 50:21
**details** 23:11
34:17
**determine** 17:24
27:20 29:24 31:17
**developer** 22:21
22:23
**development** 23:1
**device** 28:24 29:5
29:16
**devices** 28:18
**diane** 3:19
**difference** 43:1
**different** 8:5 41:21
47:25
**difficult** 50:1
**dignity** 24:25
**direct** 9:22 20:22
28:12 60:10
**direction** 60:5
**directly** 18:15
**director** 9:15
**discern** 17:25
**disclosure** 9:12,18
59:2
**discount** 59:23
**discounts** 59:21
**discovery** 5:12
**discussed** 8:4 46:5
**disposal** 8:20
**disposition** 13:3
**disqualify** 60:9
**distancing** 5:4
**district** 1:1,2
**division** 1:3
**dlaross** 3:24

**docket** 31:15,19
**document** 8:20
20:19
**documents** 8:7,8
8:10,13,17 31:12
**doing** 25:8 26:24
35:23
**dominion** 35:16
50:20
**donna** 1:4
**dr** 32:9,13,16
50:15,19
**dre** 35:25 36:4
41:18
**dres** 28:14 33:15
34:13 41:9
**dropped** 31:2
**due** 5:2 61:3
**duly** 5:22
**duma** 3:21
**duties** 22:23 25:2
25:6,12,15

**e**

**e** 2:13,13 5:1,1
62:6,6
**earlier** 34:25
50:14 55:9
**early** 15:22 19:23
26:22 33:8,18,21
33:23
**earn** 17:6
**easier** 49:1,12
**educate** 38:22
**education** 18:24
19:1,2 26:12 28:7
28:11,16 32:3
38:15,21
**educational** 18:19
**either** 8:20
**election** 19:3,22,24
20:1,2 30:11

Ricardo Davis
September 29, 2021
Curling, Donna v. Raffensperger, Brad

36:17 38:9,15
40:24 41:10,18
42:2,7,11,18 43:4
43:15 44:1 50:24
51:9,13,21 52:1,11
52:15,16,23 53:2,7
53:9,17 54:2,7,10
54:11,14,22,24
55:2,17,22
**elections** 19:19
35:9,15,20 38:6
39:19,25 40:1,4,8
40:9,20 51:17,22
52:2 53:3,10,14,21
53:25 55:6,22
**electronic** 8:8
25:23 28:13 52:18
**electronically** 61:8
**elson** 3:11
**employee** 23:25
60:7
**employers** 24:11
**employment** 23:21
35:7,8
**enet** 57:15
**english** 3:21
**entail** 17:21 21:24
25:17
**entailed** 17:23
**entered** 62:7
**enterprise** 25:15
**environment** 16:8
**equal** 12:18,19
**equally** 45:10
**errata** 61:3,7,8,10
61:12,14,15,18
62:1
**especially** 26:22
**esquire** 3:3,11,19
3:20 4:3 61:1

**essentially** 22:2
**established** 46:2
**et** 1:4,7
**ethics** 60:10
**everybody** 45:19
**evidence** 40:23
41:5,9,18,24,25
42:5,10,18,21,24
43:3 51:20,25
53:1,5,8,12,13,18
53:19,23 54:1,2,5
54:6,10,22,25
55:15,20 60:6
**exact** 56:16
**exactly** 46:17,17
**examination** 2:15
6:3 28:25
**examined** 5:22
12:10 28:23
**examining** 29:1
**example** 27:18
38:5,15
**examples** 46:19
**excellent** 17:6
32:22
**exclusively** 43:24
44:3 59:13
**excuse** 13:15 54:8
**executive** 9:14
47:24
**exhibit** 2:2,3,4,5
9:23,25 10:4
20:11,11,13,17
57:9,12
**exhibits** 2:1 59:10
59:13
**experience** 26:16
26:20
**expert** 30:23 31:18
32:7

**experts** 32:5
**expires** 63:25
**explained** 50:18
**explanation** 50:21
**extend** 47:7
**extent** 37:7

### f

**f** 2:13
**facility** 15:19,20
61:19
**fact** 5:8 34:20
43:25 44:25
**failed** 33:2 54:3
**fair** 26:8,10 39:1,6
39:9 40:13 43:17
**familiar** 40:13
**far** 7:13 46:24
**fault** 49:19
**faulty** 27:19
**favor** 13:5
**favorito** 33:9 34:1
34:15 37:2,6
**federal** 5:12 13:5
31:21 62:6
**feel** 7:14 46:17
**festin** 3:19
**field** 27:6
**file** 1:5 61:13
**filed** 2:4 16:11
20:18 30:23 61:16
**fill** 61:7,8
**financial** 59:24
**financially** 60:7
**fine** 11:15 15:23
31:24
**finished** 23:5
**firm** 24:14,16 59:2
**first** 5:17,22 7:16
49:7
**five** 21:14,16
56:17

**focus** 18:4
**focused** 12:18
**foerster** 3:12
**following** 62:4
**follows** 5:23
**foregoing** 59:4
60:3
**forget** 33:3
**form** 5:15 62:7,9
**formal** 19:1 28:15
28:19 37:4,12
**former** 12:12
**forward** 61:13
**frame** 37:18
**framework** 43:16
**fraud** 53:20,24
**full** 6:6
**fully** 7:21
**fulton** 4:2,4 60:2
**fultoncountyga....**
4:7
**functioning** 28:12
28:17
**furnish** 62:9
**further** 59:9 60:6
**future** 43:10,19

### g

**g** 5:1
**ga** 36:18,21,22,25
37:5,18 59:17
61:22
**game** 48:1
**garland** 33:9 34:1
34:15
**general** 8:24 31:1
47:12 48:1
**generally** 11:17
34:19 40:15
**georgia** 1:2 3:7,23
4:6 10:21 13:7,19
16:13 20:25 34:7

Ricardo Davis                                                September 29, 2021
Curling, Donna v. Raffensperger, Brad

**[georgia - interest]**                                                    Page 6

36:8,10,17 37:14
37:25 39:3,12,19
40:1,9,24 41:6,10
41:19 42:11,19,23
43:4,16 47:22
48:7,20 49:3,14
50:4,19,25 51:10
51:14,18,21 52:1
53:2,9,14,20,24,25
54:3,12 55:2,6,18
59:5,14 60:2
**georgia's** 52:15
**getting** 14:21 22:6
**give** 9:24 10:19
11:16,19,21 12:1
12:13 57:4
**given** 11:1,2 60:6
62:8
**go** 7:13,17 12:22
15:10 17:14 18:12
20:10 22:2,11
25:21 32:22 52:25
57:3,5
**goal** 39:1,10,15,17
39:23 40:2,3,5
**going** 5:15 6:1
9:22 20:10 33:19
34:14 52:6 57:2
**good** 4:13 7:24
10:3 30:10 37:10
37:14,21 38:3,10
38:13,17,22 39:2
39:10,15
**governance** 4:14
37:14,21 38:4,11
38:13,18,22 39:2
39:11,16
**government's** 5:4
**grad** 17:13 18:13
**graduate** 16:23
17:5,14 18:9,10

**graduated** 17:14
18:11 21:15
**graduating** 21:17
**great** 7:20 52:25
57:7,19
**greater** 27:23
47:20 48:5,20,23
**green** 11:10 15:5
33:1
**greetings** 61:5
**group** 56:6
**groups** 36:14
37:11
**guess** 7:9 37:9
45:17 49:17
**guys** 57:3

**h**

**hackable** 20:25
**hacked** 41:10,11
42:8,11,13,19
51:22 52:2 53:3
**hacking** 28:7
53:16
**halderman** 32:9
32:13,16 50:15
**halderman's**
50:19
**half** 22:17 23:3,4
**handled** 59:13
**hang** 31:2
**hannah** 3:11
**happen** 11:11
**happened** 8:6
**hardware** 26:16
26:17 27:1,6,7,9
27:11 41:14 52:18
**head** 7:1 22:6
**health** 23:21,24
24:22,23,25 25:4
25:12,23

**healthcare** 21:10
**hear** 7:25
**hearing** 6:23
**held** 50:24 51:9,13
51:17,23 52:3
53:4,10,14,21,25
54:12 55:2,6,17
**help** 22:14 26:25
**helps** 26:6 31:10
**helson** 3:15
**hewlett** 22:14
**high** 16:16,18,19
25:18 26:4 46:25
**hire** 24:24
**hired** 24:7
**history** 35:2,8
**hmm** 31:22
**hobby** 26:21
**honors** 16:24
**huh** 7:1,2 28:1
33:25 34:24 46:11
**human** 55:12,18
**hundred** 33:20
**hunters** 10:21

**i**

**i.e.** 27:24
**ichter** 3:3,4 5:18
6:1,12 9:11,14,20
9:25 10:3 45:15
51:1 52:4,8 57:22
57:24 61:1
**ichterdavis.com**
3:8
**idea** 8:24
**illegal** 54:7,11
**immediately** 15:9
15:12
**impacts** 60:12
**impartial** 60:13
**impartiality** 60:9

**improperly** 54:9
**inability** 55:11,12
**inaccurate** 23:17
35:3
**include** 12:8 31:15
52:4
**included** 52:9
**including** 39:8
52:20
**independently**
34:20 43:22 44:2
44:11
**index** 2:1
**individual** 37:24
44:15
**individually** 24:7
**industry** 21:5
**informal** 28:20
30:13,15 32:2
**information** 20:24
21:11,18 22:8
26:1
**inquiring** 23:11
**inserted** 42:22
43:3 53:8
**insertion** 28:8
53:16
**inspected** 29:4,24
**inspection** 29:1,3
29:18
**insufficient** 45:3
**integration** 21:7
25:16 26:5 27:19
**integrity** 38:16
43:22 44:25 45:6
45:8
**intent** 34:21 46:10
49:10,13,16,25
50:2,4 51:3
**interest** 9:12 47:21
48:5,10,12,14,15

Ricardo Davis                                    September 29, 2021
Curling, Donna v. Raffensperger, Brad

48:19,20,23 60:8
**interested** 60:7
**internet** 30:21
 31:1,13
**interrupt** 25:10
**intervening** 21:16
**introduce** 20:11
 57:20
**introduced** 57:11
**invalid** 51:14
 54:17,23
**investigating** 18:5
**investigations**
 18:4
**investigator** 17:24
 18:2
**invite** 38:17,21
**involve** 13:17
 15:17 18:4
**involved** 12:17
 15:18 22:4 27:23
 27:24
**involvement** 27:8
 32:25
**involving** 34:15
**isolation** 27:17
**issue** 27:23
**issues** 6:23 38:18
 47:11
**item** 39:20

**j**

**j** 1:18 60:17
**jacoutot** 2:15 5:9
 5:19,24 6:4 9:13
 9:19,21 10:5
 20:15 31:5,8 33:5
 45:21 51:2 52:6
 52:11,13 57:10,22
 58:2
**jail** 14:13

**job** 21:24 22:12,23
 25:1,2,6,12 26:2
 26:20 35:1
**join** 37:16

**k**

**keep** 6:25 7:21
**keeping** 53:6
**kfc** 52:4
**kind** 11:3 19:3
 22:11 27:3 35:24
**know** 6:19,22,22
 7:5,10,14 10:7
 11:12 12:9 13:23
 14:1 18:6 23:8
 26:24,25 27:5,7
 31:20,25,25 33:23
 34:14 46:17 51:5
 51:11,15,19 56:24
 57:1,13
**knowledge** 7:8
 27:20 35:4 40:10
 41:1 56:20
**known** 24:25

**l**

**lack** 43:21
**lane** 10:21
**larita** 1:18 60:17
**laross** 3:19
**late** 37:17,20
**law** 19:3 48:9
**lawsuit** 15:25
**lawsuits** 15:6
**layer** 27:21
**lead** 15:14
**leader** 36:21 37:3
 47:25
**leaders** 48:4,7,8
**leadership** 36:21
 36:24

**learning** 30:17
**leave** 46:13
**legal** 32:25,25
 39:19,25 54:3
 59:1
**level** 25:18,19 26:4
 27:20 28:2 46:25
**licenses** 18:21
**lightly** 47:16
**limited** 27:15,16
 31:1,11
**line** 6:20 62:11,14
 62:17,20,23 63:1,4
 63:7,10,13,15
**linkedin** 23:10,16
 35:1,3
**listed** 47:6 49:8
**litsup** 59:17
**little** 6:17 14:14
 16:19
**lived** 10:24
**llc** 3:4
**llp** 3:12,21
**long** 7:18 10:24
 21:8,11 23:2,23
**look** 8:7,13 20:18
 29:24
**looks** 10:11
**lost** 33:12 34:6
**lot** 16:25
**loudly** 6:18

**m**

**m** 2:13
**machine** 25:25
 28:9 42:22
**machines** 28:13
 36:1
**mail** 44:6 61:10
**maintaining** 47:21
 48:6 60:9

**major** 17:10 47:18
**making** 40:18 56:3
 62:8,8
**malfunctioning**
 27:22
**malware** 28:8
 42:22 43:3 53:8
 53:16
**manager** 19:8,12
**manipulated**
 41:12,19
**manipulation**
 41:20
**manner** 44:14
**mansell** 61:20
**manually** 61:8
**marilyn** 4:13 9:7,8
**marked** 10:4
 20:13,17 57:9,12
**marking** 9:23
 28:17,24 29:4,16
**marks** 4:13 9:7,14
**master's** 18:16,17
 18:18
**match** 55:12
**material** 31:7
**matrix** 24:14,16
 24:20 25:3,13
**matter** 60:9
**matters** 11:18
 37:3
**mean** 11:19 12:4,6
 35:15 46:24 49:5
 51:1
**means** 34:21
**mechanism** 44:1
**medications** 7:21
**member** 9:15
 15:16 36:13,20
 37:13 47:16 48:1

Ricardo Davis                                    September 29, 2021
Curling, Donna v. Raffensperger, Brad

**[members - page]**                                                Page 8

**members**  15:15
38:17,22,24,25
47:20 56:1
**membership**
37:11,12,19 47:24
**mention**  33:1
**mentioned**  11:1
39:20 43:6 46:22
50:14
**mid**  13:16
**mill**  10:21
**mind**  32:10,19
44:24 52:24
**mine**  56:10
**minimal**  27:9,10
28:3
**minor**  17:8
**mismatch**  55:16
**missed**  48:11 50:9
**mission**  35:22
**modeler**  22:1
**models**  22:3
**mofo.com**  3:15
**moment**  9:24
46:23 47:3 48:25
**monitor**  19:9
**monitoring**  38:6,9
**monographs**
28:21
**morrison**  3:12
**moved**  10:15,25

**n**

**n**  2:13,13,13 5:1
**name**  6:7 15:20
17:23 24:21
**names**  34:4
**ne**  3:5
**necessary**  62:9
**need**  5:2 7:14,18
8:23 34:22

**network**  27:19,21
**networks**  52:20
**never**  14:25 35:23
36:7 43:6
**new**  36:8
**nodding**  7:1
**nolo**  14:9,10,10
**northern**  1:2
**notaries**  59:6,15
**notarized**  59:15
61:10
**notary**  63:23
**note**  9:20 10:14
**noted**  62:3,4
**notes**  57:3
**notice**  2:3 10:10
**noting**  61:7
**november**  29:11
29:19,21 50:24
51:9,14,17,23 52:3
53:4,10,14,21,25
54:4,8,12,23 55:3
55:7,18,23
**number**  56:16
**numerous**  40:20
**nw**  3:13

**o**

**o**  2:13,13 5:1
**object**  52:6
**objection**  45:15
**objections**  5:14
**obligation**  60:9
**observe**  32:12
**observed**  50:15
**observing**  32:1,16
**obviously**  33:21
**occasion**  28:4
**ocga**  59:20 62:6
**october**  20:19
60:14

**offhand**  30:24
32:11
**office**  4:4 57:16
61:10
**officer**  60:13
**offices**  61:3
**official**  8:11 37:18
**oh**  15:22 18:15
22:19 29:6 34:3
37:17 47:11
**okay**  5:19,24 6:9
6:14,17 7:7,13,20
7:24 8:7,17,19 9:8
9:13,19 10:3,13,19
11:1,11,15,25 12:3
12:13,16,25 13:3,9
13:12,25 14:2,12
14:18,21,25 15:10
15:13,17,23 16:2,5
16:15 17:10 18:2
18:8,16,18,21,24
19:2,5,11,14,24
20:2,10,14,16,22
21:6,14,21,24 22:6
22:11,16 23:2,12
23:15,19,23 24:13
24:15,19 25:17
26:6,15,23 27:10
27:20 28:1,6,11,16
28:23 29:15,18
30:4,8,10,15,19,25
31:3,14,24 32:7,12
32:15,19 33:6,13
33:25 34:5,12,18
34:22 35:12,25
36:10,18,20,24
37:4,8,10,13,23
38:2,25 39:22
40:12,16,20 41:5
42:21,25 43:6,12
43:17 44:5,9,22

45:4,10 46:2,7,21
46:24 47:4,6,14,19
47:19 48:3,22
49:1 50:6,14,14,18
50:23 51:16,20
52:16,22,25 53:6
53:13,19 54:6,19
55:1,9,15,21,25
56:13,19,24 57:2,2
57:6,15,19
**once**  61:10
**ones**  46:5
**online**  31:16,19
32:2
**open**  30:4
**operated**  29:25
**operating**  29:1
**operation**  28:12
28:17
**opposed**  48:1
**opposition**  47:17
**order**  5:4
**ordering**  61:14
**organization**
24:24 35:9 37:16
48:9
**organizational**
35:21
**organized**  36:16
**original**  61:13,16
**outcome**  41:13
55:1,5 60:7
**outside**  8:4
**overall**  35:21

**p**

**p**  5:1
**p.m.**  58:3
**paced**  30:17
**packard**  22:15
**page**  2:2,14 20:23
23:10,16 62:11,14

Ricardo Davis                                September 29, 2021
Curling, Donna v. Raffensperger, Brad

[page - question]                                              Page 9

62:17,20,23 63:1,4
63:7,10,13,15
**pages** 62:9
**paper** 39:3,11 40:1
40:4,8 55:12,16,19
**paragraph** 20:23
**parkview** 16:19
**parkwood** 3:22
**part** 8:11,15 26:4
26:24 35:21 38:19
39:21 40:3 50:9
52:9
**participating** 7:22
**particular** 17:17
17:25 18:6 19:22
26:1 30:7 32:9,17
48:13,14,15,19
**parties** 5:5 48:5,7
56:9 59:22,25
60:13 61:14
**party** 11:9,10,12
15:4,5,5 33:1,1
36:11 37:25 38:15
38:20,23 41:20
47:17,20,24,25,25
48:2,10 56:6,14
59:22 60:7,10
**payment** 56:21,23
56:25
**payroll** 24:10
**pdf** 61:7,7
**peachtree** 3:5
**pedestrian** 25:19
**pennsylvania** 3:13
**people** 27:1
**percent** 33:20
**perfect** 34:22
35:12
**perfectly** 7:10
**period** 11:8 42:15

**person** 11:22 29:7
29:9
**personal** 7:8 42:5
55:20
**personally** 15:5
41:25 53:5,12,18
54:1,5
**ph.d.** 18:16
**phone** 6:20 31:2
**phrase** 54:20
**phrased** 54:8
**physical** 8:21
41:14
**physically** 28:23
**picked** 14:15
**pictures** 29:8
**place** 5:3 19:6
31:25
**placed** 13:7 24:20
**plaintiff** 15:4,14
33:4,9,25 40:12
46:16
**plaintiffs** 1:5 3:2
3:10 9:16 13:6
34:2 36:14
**plan** 40:17
**plans** 43:9,18
**plants** 22:4
**plea** 14:5,8
**please** 5:20 6:18
6:23 7:8,16 10:19
39:5 51:24 53:22
61:6,10,18 62:9,9
**point** 43:2,13
**political** 48:5,7,9
48:10 50:7 56:6,9
56:14
**poll** 19:8,8,8,10,11
19:15,21,25 29:14
29:15,19,21 30:12

**polling** 19:5 31:25
**pollution** 16:7
**population** 47:13
50:12
**portion** 55:13,19
**pose** 51:7
**posed** 7:15
**position** 22:20
**possess** 42:5
**posts** 38:15
**potential** 44:19
**pre** 33:21
**precisely** 11:14
**prepare** 8:3
**present** 4:12 12:23
**presidential** 13:8
50:24 51:9,13
55:2,17,22
**press** 56:1,4
**pretty** 37:7
**previously** 35:8
36:1
**primarily** 22:25
28:21 38:14
**primary** 39:1,9,14
39:17,23 46:25
**print** 61:8
**prior** 8:9,12 51:22
52:2 53:3,10
**privilege** 8:1 9:12
**probably** 13:24
23:6 32:4
**problem** 18:1,6
27:21 48:13
**problems** 6:21
27:17
**procedure** 5:13
62:6
**procedures** 45:2
**proceeding** 59:16
60:6,12

**proceedings** 12:24
**process** 22:1 37:19
**processes** 22:4
45:2,6
**processing** 20:5
**produced** 59:5,13
**production** 59:5
59:14,15 61:19
**profession** 18:3
**professional** 20:24
21:2 26:21 60:10
**professionally**
27:5
**program** 18:10
**prohibited** 30:6
59:20
**projects** 23:1
**protected** 8:1 9:11
**protecting** 48:16
**protection** 12:18
12:19
**provide** 38:5,10,12
**provided** 8:10
12:15 42:13
**pryor** 4:5
**public** 63:23
**pull** 57:12
**pulls** 25:25
**purported** 55:11
**purpose** 5:11 7:2
**purposes** 5:12
**pursuant** 62:6
**put** 11:20 14:5
37:1 47:16

**q**

**qr** 55:12,16
**question** 5:15 7:3
7:15,17 20:4
25:11,14 28:25
31:6 34:17 35:6
35:13,13 38:8

Ricardo Davis
Curling, Donna v. Raffensperger, Brad                    September 29, 2021

**[question - rule]**                                                    Page 10

39:4,7 40:6 41:3
41:17 42:3,25
44:13 48:18 49:17
51:8,24 52:7
53:22 54:13
**questions**  7:10
10:16 11:17 12:18
12:19 27:2,6
32:24 46:21 57:20
57:24,25 59:7
60:4
**quick**  57:2
**quite**  34:3

**r**

**r**  3:20 5:1
**raffensperger**  1:7
3:18 5:11
**ray**  25:22,24 26:1
26:3
**read**  6:1 30:19,22
31:6,7,17 61:6
62:2
**readable**  55:13,19
**reading**  5:25
28:21 30:18,25
31:11 32:1
**reality**  39:3,12
**really**  42:17
**reason**  23:16
43:18 51:12 62:13
62:16,19,22,25
63:3,6,9,12,15,17
**reasons**  62:8
**recall**  8:9 11:13
12:16 13:3 15:9
15:11 16:2,6
19:18,22 20:9
27:12 29:11 30:24
32:14,15,16,18
34:9 36:3 50:21
56:3

**receive**  19:14,17
20:3
**received**  10:11
18:17 20:7 56:21
56:23,24
**receives**  59:23
**recess**  32:23 57:8
**recognized**  48:9
**record**  2:5 6:7
8:18 10:14,17
34:16 54:21 57:21
60:5
**recorded**  54:15,17
54:24
**recording**  28:12
**records**  8:11,16
25:23
**reduced**  60:5
**refer**  23:9 52:23
**referred**  28:14,18
35:1
**referring**  35:17,19
41:14,16 42:4,6
44:14,15 54:14
**reflect**  51:3
**regard**  8:6 13:6,7
17:25 20:4 37:3
41:24 45:25 47:15
48:16
**regarding**  11:17
11:18 28:22 32:5
32:8 46:22
**regards**  11:9 20:8
**register**  25:23
**registration**  26:3
**regular**  38:16
**regularly**  28:5
**related**  26:12 28:7
32:17 35:9 37:3
59:16

**relationship**  39:18
59:20 60:8
**relative**  60:6
**remember**  6:18
11:11 15:20,24
16:9,10 33:2,2,22
34:4
**remote**  1:17
**remotely**  5:3
**rephrase**  31:9
40:5 41:17 44:17
49:20
**report**  31:18 50:19
57:15
**reporter**  5:2,5,19
6:22 31:5,7 59:8
59:11
**reports**  30:22,23
31:12,16 59:24
**represent**  42:12
**represented**  6:9
**represents**  59:4,9
**request**  59:17,25
**requested**  31:7
**required**  14:5
**requirement**  13:6
**research**  21:19,25
**reserved**  5:16
57:24 58:4 61:6
**resolved**  16:3
**resource**  23:13
**resources**  24:14
24:16,20 25:3,13
**respect**  12:20 44:6
44:12 45:14,23
46:8,18 47:9,10
49:8
**respond**  31:11
**response**  7:9 39:23
**responses**  6:25

**responsibility**
27:18
**responsiveness**
5:16
**rest**  50:11
**restate**  39:4,7
**restoring**  39:18
**result**  19:15 41:20
53:14,16
**results**  36:17
50:23 51:8,13,16
**retrieved**  31:12
**returned**  61:12,15
**review**  8:25 61:6
**ricardo**  1:13 5:8
5:10,21 6:8 61:2
**richard**  11:23
**right**  5:14 8:23
10:8,18 14:16,18
16:15 26:12 29:21
32:11 33:21 35:4
36:1 37:10,14
45:8 46:15 48:15
50:9 55:23 58:2
61:6
**rights**  12:20 19:3
36:13 37:11
**ringer**  4:3 58:1
**road**  3:5
**rock**  16:19
**role**  21:3,4,18 23:5
25:2 30:7 36:22
36:24
**room**  11:24 25:24
30:1,2,11
**roswell**  61:22
**roughly**  21:23
**routine**  6:18
**rpr**  1:18 60:17
**rule**  62:6

Ricardo Davis                                    September 29, 2021
Curling, Donna v. Raffensperger, Brad

**[ruled - system]**                                                      Page 11

**ruled** 13:5
**rules** 5:13 62:6
**ruling** 34:9
**run** 6:20
**russell** 11:23

**s**

**s** 5:1
**saw** 30:2,2
**saying** 7:1
**says** 20:19 42:2
**school** 16:16,18
  17:13,15 18:13
**science** 17:9
**scientist** 21:19,25
**screen** 10:6,9
**se** 12:24
**seal** 61:13
**second** 20:23
**secrecy** 46:12
  47:15,17,21 48:6
  48:16,19,24
**secretary** 3:17
  5:10 11:13 33:8
  57:16
**see** 20:20,25 29:25
**seeing** 30:11
**seen** 57:16,21
**selected** 41:22
**selection** 41:7,13
  41:16,21,21
**self** 30:17
**send** 61:13,18
**senior** 16:19 21:6
**sense** 56:11
**separate** 47:12
  48:22
**september** 1:14
**serve** 14:12 19:21
  60:12
**served** 19:10,11,25

**services** 56:21
  59:23
**setting** 21:10
**share** 9:25 20:11
**sharing** 10:6,9
**shown** 8:15 20:16
**side** 17:17 26:16
**sign** 6:2 61:6
**signature** 58:4
  60:16 61:2,16
  63:20
**signed** 61:10,12,15
**signing** 5:25
**similar** 43:1
**simultaneously**
  6:20
**sir** 58:1
**sitting** 47:2
**situation** 54:16
**slight** 43:1
**social** 5:4
**software** 27:23
  52:19
**solely** 60:11
**solutions** 59:1
**sooner** 23:6
**sorry** 12:25 15:10
  16:15 21:8 24:20
  25:10 29:20 48:11
**sort** 15:24 18:3
  22:23 24:9 29:23
  30:19 35:1,19
  37:20 38:2 47:7
**sound** 6:17
**sounds** 42:25
**sources** 32:2
**speak** 6:18 9:3
  38:18 52:16
**speaking** 35:19
**specific** 17:17,23
  20:9 34:16 39:20

46:21 47:11 50:12
  59:21
**specifically** 9:10
  31:19 33:16 34:12
  35:6,10,20 44:12
**specifics** 23:14
**specified** 46:24
**specs** 28:21
**speculate** 7:9
**speculation** 45:15
**spent** 31:25
**spirit** 23:21,24
  24:22,23 25:3,4,4
  25:12
**spoke** 14:22 15:3
  45:14
**staffing** 24:8,9,11
  24:16
**stake** 47:25
**stand** 11:20 12:9,9
**standard** 49:5
**standing** 50:7,11
**start** 10:15 13:13
  21:4 24:3 29:3
  46:14
**started** 37:20,23
**starts** 20:23
**state** 3:17 5:11 6:6
  11:10,13 13:7,21
  16:10 33:8,11
  39:19 42:1,6
  43:16 48:9 51:24
  53:22 60:2
**state's** 57:16
**stated** 55:9 60:4
**statement** 62:8
**statements** 55:25
  56:3,5,14
**states** 1:1 10:14
**stay** 22:18

**stipulate** 5:5
**straight** 18:12
**street** 4:5
**strike** 13:13 39:6
  40:6 49:20,22
**stuff** 30:19,21
**style** 11:12
**subcontracting**
  24:19
**subcontractor**
  24:12,15 25:2,13
  60:11
**subject** 9:17 45:18
**submitted** 50:22
  59:8,11
**subscribed** 63:21
**substance** 62:7
**sufficient** 43:25
  45:7
**suggest** 17:23
**suite** 3:6,22 4:5
  61:21
**summer** 10:25
**supporters** 38:24
  38:25
**supreme** 33:11
  34:6,6
**sure** 25:11,20 26:2
  29:3 31:22 35:14
  38:9 39:6,22,24
  43:14 46:1 51:25
  53:23
**swear** 5:6,20
**sworn** 5:22 63:21
**system** 25:24 26:1
  26:3,3 28:8,22
  31:21,21 36:8
  44:1 50:20 51:21
  52:1,10,11,15,16
  52:21,23 53:2,7,9
  53:17 54:3,7,11,14

Ricardo Davis
Curling, Donna v. Raffensperger, Brad

September 29, 2021

[system - vote]

Page 12

54:22
systems 25:16
32:6

**t**

t 2:13
tabulated 43:20
take 5:3 7:16,17
9:20 10:10 18:13
32:19 57:2
taken 1:17 5:10
6:14 7:20 11:22
60:4
talk 6:24,25 9:8
talked 9:10
talking 41:15
52:17,18,19
taylor 3:21
taylorenglish.com
3:24,25
technical 6:21
technician 25:25
technology 20:24
21:12,18 22:9
tell 51:6
temporary 24:8
term 18:3
terms 18:19 23:14
23:20 60:11
testified 5:23
testify 7:7
testifying 32:13
testimony 8:25
11:3,15 12:1,4,5,5
12:10 32:5,7
47:19 48:4 50:15
62:2,7
testing 16:6 27:18
texas 13:22,23
16:14,15 17:5
21:15,17

thank 9:19 12:16
20:22 25:4 26:6
33:13 35:12 47:4
thanks 6:5 16:25
57:7
therefrom 47:8
thing 7:14 8:14
25:9 32:4 57:4
think 8:14 9:11,17
23:16 26:8,10
30:16 32:10 33:23
36:6 47:2 48:25
thinking 8:4
third 41:20
time 6:5 10:15
11:7,8 14:12,14
16:13 18:13 22:8
24:24 31:25 36:3
37:17 51:24 53:22
57:4 59:22 61:15
times 11:5 23:14
23:15 56:13
tinker 30:5
title 15:24 21:6
37:4
today 6:6 7:22 8:9
8:12,12,20 47:2
today's 8:3 9:4
told 18:25
top 20:19
tough 17:10
trained 26:10,11
training 18:19
19:14,17 20:3,7,9
28:6,11,15,16,19
28:20 30:13,15
transcript 59:4,7
60:4,5 61:7,13,16
62:2
transmitted 8:22

transparent 39:19
39:25
transport 27:24
travis 13:24 14:1
trespass 13:18
14:17,22
trespassing 14:2
trial 5:17 12:22
trigger 45:13
troubleshooting
27:9,11 28:2
true 55:21 59:6,10
60:5
trusted 36:16
truthfully 7:22
try 6:23,24 44:17
49:19
trying 17:25 31:17
two 46:3,14,22
type 11:15 12:10
21:2 27:14 28:20
types 12:6
typewriting 60:5

**u**

uh 7:1,2 28:1
33:25 34:24 46:11
undergrad 18:12
undergraduate
17:4,7
undersigned 62:2
understand 7:4
20:24 39:22
understanding
27:5 49:17 52:14
understood 7:12
8:25 12:25 42:16
united 1:1
university 17:4,5
17:11
unrelated 31:20

unverifiable 33:4
33:14
update 38:16
use 5:17 42:12
62:9

**v**

valid 45:11 50:25
51:1,3,7,10,18
54:14,18,24
validate 34:21
44:2
various 32:25
38:18
verbal 6:25
verifiable 34:21
verified 5:7 35:2
verify 43:22 45:7
46:9 49:2,3,6,9,13
49:15,25 57:21
veritext 5:6 59:1,4
59:9,19 61:10,19
veritext.com.
59:17
versus 11:13
victories 33:3
video 1:17
videoconference
5:7
virtual 5:6
visual 29:1,3,18
visualization 22:5
visualizing 30:11
visually 29:4,24
volunteer 37:2,9
38:3,11
volunteering
37:21
vote 8:24 43:9,18
44:2,6,12,13,14,18
44:23,25 45:12,13
45:14 46:4 48:23

Ricardo Davis                                    September 29, 2021
Curling, Donna v. Raffensperger, Brad

[vote - zoom]                                                    Page 13

49:2,4
**voted**  29:15 35:25
  36:4,7 40:20 43:7
  49:14,16
**voter**  36:18,21,22
  36:24 37:4,18
  41:13,16,22 45:23
  47:9,13 49:10,14
  49:16 50:1,4,12
  53:20,24 56:6
**voter's**  34:21
**voterga.org**  34:16
**voters**  36:16 47:22
  48:20 49:3 51:4
**votes**  40:24 41:6
  42:8 44:12 45:7
  54:3,7,11
**voting**  2:5 8:18
  12:20 19:3 28:9
  28:13 29:13 33:4
  33:14 35:9,15,21
  36:8,13 37:11
  39:2,11 42:22
  44:16 45:5 46:8
  46:18 47:9,21
  49:8 50:20
**vs**  1:6

**w**

**walk**  25:21,22,24
**want**  7:16,25 10:8
  48:3 57:5
**wanted**  10:7,17
  57:20
**washington**  3:14
**watch**  32:8
**watching**  29:14,15
  29:19,21 30:12
  32:5
**way**  7:3 33:10,11
  38:14 40:4,8
  41:12 44:24 53:15

54:20
**we've**  46:2 56:19
**web**  22:25,25
**website**  31:20
**websites**  31:1
**weeds**  22:2
**welcome**  6:5 26:7
**went**  17:13 18:15
**westinghouse**
  21:20,22 22:8
**widespread**  53:20
  53:24
**witness**  5:6,7,20
  10:2 12:9 52:7,12
  59:12
**witnesses**  56:20
**woodstock**  10:21
**words**  45:18
**work**  19:15 21:10
  24:8,10 26:4,25
  27:14 35:24 38:2
  38:3,11,12 39:1,10
  39:23
**worked**  19:5 21:19
  27:4 35:8,23
**worker**  19:8,10,15
  19:21,25
**working**  35:16
  39:15
**wound**  33:10
**writing**  12:5,7
**written**  12:13
  55:25 56:5
**wrong**  29:20 55:10

**x**

**x**  2:13,13 25:22,24
  26:1,3

**y**

**y'all**  32:19

**yeah**  12:6 13:13
  16:15,15,24 20:1,7
  23:8 33:18 34:3
  35:18 44:17 49:11
**year**  22:17 23:3,4
  34:10
**years**  16:21 17:10
  21:15,17,21,22
  22:16

**z**

**zoom**  6:20

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONNA CURLING, *et al.*

    *Plaintiffs,*

    v.

BRAD RAFFENSPERGER, *et al.,*

    *Defendants.*

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

### DEFENDANTS' NOTICE TO TAKE THE DEPOSITION OF PLAINTIFF RICARDO DAVIS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendants Brad Raffensperger, et al., will take the upon oral examination under oath of Plaintiff Ricardo Davis on Wednesday, September 29, 2021, beginning at 10:00 a.m. and continuing thereafter until completed via Zoom videoconferencing through Veritext Legal Solutions. Details regarding the videoconferencing with be emailed to those participating once all arrangements are finalized.

The deposition shall be taken before a Notary Public or some other officer authorized by law to administer oaths for use at trial. The deposition will be taken by oral examination with a written and/or sound and visual record made thereof (*e.g.*, videotape, LiveNote, etc.). The deposition will be taken for the purposes of cross-examination, discovery, and for all other



**Exhibit
DEF 0001**
Ricardo Davis

purposes permitted under the Federal Rules of Civil Procedure or any other applicable law.

This 3rd day of September, 2021.

**Robbins Ross Alloy Belinfante Littlefield LLC**

Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com
Carey Miller
Georgia Bar No.:  976240
cmiller@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
R. Dal Burton
Georgia Bar No. 097890
dburton@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830

dlaross@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 3, 2021, I caused to be served the

foregoing **DEFENDANTS' NOTICE TO TAKE THE DEPOSITION OF**

**PLAINTIFF RICARDO DAVIS** by email to the following:

Cary Ichter
Ichter Davis LLC
Suite 1530
3340 Peachtree Road N.E. Atlanta,
Georgia 30326
cichter@ichterdavis.com

Bruce P. Brown
BRUCE P. BROWN LAW LLC 1123
Zonolite Road, Suite 6 Atlanta,
Georgia 30306
bbrown@brucepbrownlaw.com

David D. Cross
Lyle F. Hedgecock
Mary G. Kaiser
Veronica Ascarrunz
Jenna B. Conway
Robert W. Manoso
Morrison & Foerster, LLP 2000
Pennsylvania Avenue, NW
Washington, DC 20006
dcross@mofo.com
lhedgecock@mofo.com
mkaiser@mofo.com
vascarrunz@mofo.com
jconaway@mofo.com
rmanoso@mofo.com

Halsey G. Knapp, Jr.
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com

Kaye Burwell
David Lowman
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
kaye.burwell@fultoncountyga.gov
david.lowman@fultoncountyga.gov
cheryl.ringer@fultoncountyga.gov

Robert Alexander McGuire
Robert McGuire Law Firm
113 Cherry Street #86685
Seattle, WA 98104-2206
ram@lawram.com

This 3rd day of September, 2021.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, et al.

Plaintiff,

vs.

BRIAN P. KEMP, et al.

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.: 1:17-cv-2989-AT

## DECLARATION OF RICARDO DAVIS

**RICARDO DAVIS** hereby declares as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. I am a registered Georgia voter residing at ███████████████████████ ████████████████████████

3. I am a member of the Coalition for Good Governance.

4. I will be voting in the March 24, 2020 primary election; any other elections that could be scheduled in the first quarter of 2020; and plan to vote in all future elections for which I am eligible to vote. I generally vote in every election of which I am aware that I can participate.



**Exhibit
DEF 0002**
Ricardo Davis

1

5. I plan to vote by absentee mail ballot in all upcoming elections, including the March 24, 2020 election, because paper ballots for hand marking will not be issued at the polling places in Cherokee County on Election Day.

6. As an Information Technology professional I understand that Georgia's BMD machines are hackable; the ballot printed by BMDs may not record my true intended votes; and because a BMD would encode my vote in a printed barcode, I would not be able to verify my vote before casting it. Therefore, I will choose mail-in ballots as my typical method of voting.

7. I am also aware that there have been systemic problems with the electronic pollbooks in the most recent Georgia elections, which resulted in voters being sent to the wrong polling places, or forced to vote a provisional ballot, or wrongly being denied a ballot all together. For this reason, too, I will continue to vote using a mail-in ballot.

8. I would much prefer to vote in person every Election Day so that I can vote with my community in a shared local civic experience, and so that I have the benefit of the latest news and information about candidates and contests. In my role as Chairman of the Constitution Party of Georgia, I would particularly like to be visible to our candidates and members voting on Election Day at my local precinct, but presently, the electronic voting

2

systems offered create too much risk of my vote being inaccurately recorded.

9. I am the State Chairman of the Constitution Party of Georgia, a conservative political party and, after researching Georgia's new BMD voting system, I am encouraging members and supporters to vote by mail in the upcoming elections, despite the disadvantages. Voting by mail at least creates a ballot that voters can verify before casting and preserves an auditable record of the voters' intent, which Georgia's BMD machines cannot do.

10. In my estimation, encouraging voters to vote on auditable paper ballots helps improve voter confidence and turnout. Over the years Georgia voters have heard valid reports about Georgia's unauditable elections and now I believe Georgia is trading one unauditable electronic touchscreen voting system for another. With this new BMD system, Georgia voters are rightly concerned that they will not be able verify their own BMD-generated votes, and that any manipulation of the BMDs would be very difficult or impossible to detect. This rightful concern about the integrity of the elections may discourage them from voting at all.

11. Given my technical familiarity with the security risks of Georgia's voting system, I am aware that paper ballots alone do not assure that ballots are counted accurately. Optical scan machines cannot be assumed to be any

3

more accurate than BMD machines, as they are just as subject to hacking and erroneous programming. Therefore hand marked paper ballots counted by optical scanners must be thoroughly audited to confirm the reported outcomes are accurate.

12. Additionally, as an Information Technology professional, I understand that many of the normal function of computerized systems, like logging and timestamping actions and files, could easily save enough metadata to thwart the secrecy of a voter's ballot. I understand that keeping a ballot secret would be difficult in any computerized system, and I am specifically concerned that the Dominion BMDs and optical scanners which the State intends to use are not properly designed to protect voters' secret ballots.

13. As Chairman of the Constitution Party of Georgia, I am keenly aware of that some voters voting for our candidates treasure the absolute secrecy of their vote. It is my experience that voters are frequently pressured not to vote for "third party candidates" who do not have a probability of winning. It is important to our party, our candidates and our voters that the votes cast be absolutely secret and that no hacker or insider can pierce the absolute anonymity of the vote.  It is of critical interest to our party and to me that our members and our voters know with confidence that they may freely cast a

4

vote for their preferred candidate and never be called on to account for that choice.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this date, October 20, 2019

Ricardo Davis

**Exhibit
DEF 0003**
Ricardo Davis

Inquiry > Voter Registration

**Inquiry - View Voter Registration**

| Voter Information | | Residence Address | | Voting Districts | |
|---|---|---|---|---|---|
| Voter Name: | RICARDO CORYE DAVIS | Street No.: | ▇ | Congressional | 011 |
| Date of Birth: | ▇1963 | Street Name: | ▇ | Senate | 021 |
| Race: | OTHER | Suffix: | | House | 021 |
| Gender: | MALE | Apt/Unit: | | Judicial | BLRD |
| Voter Registration #: | 04296318 | Address Line 2: | | | |
| Registration Date: | 08/02/1999 | Municipality: | | County Districts | |
| Current Status: | ACTIVE | Postal City: | WOODSTOCK | Commission | 002 |
| Status Reason: | | County: | CHEROKEE | School | 003 |
| Voter Phone: | | Zip Code: | 30188 - 3026 | | |
| E-mail: | | State: | GA | Municipal Districts | |
| DL #/State ID: | ▇ | Added Date: | 01/02/1998 | County Precinct: | 002 |
| Site ID / Location: | 03 - COUNTY | Change/Audit Date: | 01/04/2021 | Municipal Precinct: | - |
| SSN (Full OR Last 4 Digits): | ▇ | Date of Last Contact: | 01/04/2021 | Voting Area/Combo #: | 00216 |
| | | Date of Last Status Change: | 03/04/2008 | | |
| ID Required: | NO | | | County Polling Place: | ARNOLD MILL ELEMENTARY SCHOOL 710 ARNOLD MILL RD WOODSTOCK, GA 30188 - 0000 |
| US Citizen: | YES | Poll Worker Interest: | | Municipal Polling Place: | |
| Challenged Elector: | NO | | | | |

VoteSafe:   Display Actual Address   Display Signature

**Mailing Address**

| | | | |
|---|---|---|---|
| Street No.: | | Apt/Unit: | |
| Suffix: | | Mailing City: | |
| Street Name / PO Box: | | Mailing State: | |
| Address Line 2: | | Zip Code: | |

| User Name | Date/Time | Memo |
|---|---|---|
| 028JFLEISHER | 07/24/2014 | SIGNED COSBY PETITION PAGE 471 |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| RICARDO CORYE DAVIS | 08/02/1999 | 04296318 | ▇ WOODSTOCK  30188 - 3026 |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| RICARDO CORYE DAVIS | 08/02/1999 | 04296318 | ▇ WOODSTOCK  30188 - 3026 |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/07/2000 | PPP | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 07/18/2000 | GENERAL PRIMARY | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/07/2000 | GENERAL | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 11/28/2000 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 09/18/2001 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | CHEROKEE |
| 01/22/2002 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | CHEROKEE |
| 08/20/2002 | GENERAL PRIMARY | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 09/10/2002 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/05/2002 | GENERAL | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 03/02/2004 | PPP | STATE WIDE | Regular | | | | N | Yes | | CHEROKEE |
| 07/20/2004 | GENERAL PRIMARY | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 08/10/2004 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 07/18/2006 | GENERAL PRIMARY | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 08/08/2006 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/07/2006 | GENERAL | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 02/05/2008 | PPP | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 07/15/2008 | SPECIAL ELECTION | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/04/2008 | GENERAL | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 12/02/2008 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 07/20/2010 | GENERAL PRIMARY | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 08/10/2010 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/08/2011 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | CHEROKEE |
| 07/31/2012 | SPECIAL ELECTION | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 08/21/2012 | SPECIAL ELECTION | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/06/2012 | SPECIAL ELECTION | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/20/2014 | GENERAL PRIMARY | STATE WIDE | Absentee | REPUBLICAN Yes | | CHEROKEE |
| 07/22/2014 | GENERAL PRIMARY RUNOFF | STATE WIDE | Absentee | REPUBLICAN Yes | | CHEROKEE |
| 11/04/2014 | GENERAL | STATE WIDE | Absentee | Yes | | CHEROKEE |
| 03/01/2016 | PPP | STATE WIDE | Regular | REPUBLICAN Yes | | CHEROKEE |
| 11/08/2016 | GENERAL | STATE WIDE | Absentee | Yes | | CHEROKEE |
| 11/07/2017 | GENERAL | STATE WIDE | Regular | Yes | | CHEROKEE |
| 05/22/2018 | GENERAL PRIMARY | STATE WIDE | Absentee | REPUBLICAN Yes | | CHEROKEE |
| 07/24/2018 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | REPUBLICAN Yes | | CHEROKEE |
| 11/06/2018 | GENERAL | STATE WIDE | Absentee | Yes | | CHEROKEE |
| 12/04/2018 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | Yes | | CHEROKEE |
| 06/09/2020 | GENERAL PRIMARY | STATE WIDE | Absentee | REPUBLICAN Yes | | CHEROKEE |
| 08/11/2020 | GENERAL PRIMARY RUNOFF | STATE WIDE | Absentee | REPUBLICAN Yes | | CHEROKEE |
| 11/03/2020 | GENERAL | STATE WIDE | Absentee | Yes | | CHEROKEE |
| 01/05/2021 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | Yes | | CHEROKEE |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| RICARDO CORYE DAVIS | 08/02/1999 | 04296318 | WOODSTOCK  30188 - 3026 |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 01/04/2021 5:18 PM | CHANGE | Other | 01/04/2021 | ABSENTEE BALLOT | CHEROKEE | 028JSIVELL | |
| 12/29/2020 8:47 AM | CHANGE | Other | 12/29/2020 | ABSENTEE BALLOT | CHEROKEE | 028GBOTTI | |
| 11/02/2020 4:53 PM | CHANGE | Other | 11/02/2020 | ABSENTEE BALLOT | CHEROKEE | 028JCOSEY | |
| 10/10/2020 5:44 PM | CHANGE | Other | 10/10/2020 | ABSENTEE BALLOT | | 028JAKINS | |
| 08/10/2020 11:26 AM | CHANGE | Other | 08/10/2020 | ABSENTEE BALLOT | CHEROKEE | 028LBURKE | |
| 07/06/2020 2:26 PM | CHANGE | Other | 07/06/2020 | ABSENTEE BALLOT | | 028JAKINS | |
| 06/07/2020 2:55 PM | CHANGE | Other | 06/07/2020 | ABSENTEE BALLOT | CHEROKEE | 028JCOSEY | |
| 05/04/2020 12:38 PM | CHANGE | Other | 05/04/2020 | ABSENTEE BALLOT | CHEROKEE | 028WWADDELL | |
| 11/27/2018 2:51 PM | CHANGE | Other | 11/27/2018 | ABSENTEE BALLOT | | 028JAKINS | |
| 11/20/2018 2:18 PM | CHANGE | Other | 11/20/2018 | ABSENTEE BALLOT | | 028JAKINS | |
| 11/02/2018 7:10 PM | CHANGE | Other | 11/02/2018 | ABSENTEE BALLOT | | 028JDENSMORE | |
| 10/17/2018 12:00 PM | CHANGE | Other | 10/17/2018 | ABSENTEE BALLOT | | 028JAKINS | |
| 08/09/2018 10:29 PM | CHANGE | Other | 07/24/2018 | Express Poll In | | JHALLMAN | |
| 05/21/2018 12:07 PM | CHANGE | Other | 05/21/2018 | ABSENTEE BALLOT | | 028JAKINS | |
| 04/25/2018 8:27 AM | CHANGE | Other | 04/25/2018 | ABSENTEE BALLOT | | 028JAKINS | |
| 11/20/2017 10:28 PM | CHANGE | Other | 11/07/2017 | Express Poll In | | JHALLMAN | |
| 11/08/2016 6:41 AM | CHANGE | Other | 11/08/2016 | ABSENTEE BALLOT | | 028JAKINS | |
| 10/24/2016 2:53 PM | CHANGE | Other | 10/24/2016 | ABSENTEE BALLOT | | 028JAKINS | |
| 05/26/2016 10:38 AM | CHANGE | Other | 05/26/2016 | ABSENTEE BALLOT | | 028KSTANCIL | |
| 05/12/2016 3:08 PM | CHANGE | Other | 05/12/2016 | ABSENTEE BALLOT | | 028JAKINS | |
| 03/12/2016 12:43 AM | CHANGE | Other | 03/01/2016 | Express Poll In | | SJACKSON | |
| 11/04/2014 5:55 PM | CHANGE | Other | 11/04/2014 | ABSENTEE BALLOT | | 028JAKINS | |
| 10/14/2014 8:42 AM | CHANGE | Other | 10/14/2014 | ABSENTEE BALLOT | | 028JAKINS | |
| 07/24/2014 8:55 AM | CHANGE | Other | 07/01/2014 | | CHEROKEE | 028JFLEISHER | 03 - County |
| 07/18/2014 12:27 PM | CHANGE | Other | 07/18/2014 | ABSENTEE BALLOT | CHEROKEE | 028JGRAMLING | |
| 05/16/2014 12:19 PM | CHANGE | Other | 05/16/2014 | ABSENTEE BALLOT | | 028RSLAUSON | |
| 04/14/2014 9:48 AM | CHANGE | Other | 04/14/2014 | ABSENTEE BALLOT | | 028KSTANCIL | |
| 02/05/2013 12:00 AM | NEW VOTER | | 02/05/2013 | CON | | ENETCONV | 03 - County |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| RICARDO CORYE DAVIS | 08/02/1999 | 04296318 | WOODSTOCK  30188 - 3026 |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| RICARDO CORYE DAVIS | 08/02/1999 | 04296318 | WOODSTOCK  30188 - 3026 |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|

Previous

Case 1:17-cv-02989-AT   Document 1556-1   Filed 01/06/23   Page 26 of 26