Megan Missett                                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 68

1      Q.   You'll have to answer verbally.

2      A.   Yes.

3      Q.   Okay.  Thank you.  Do you contend that the

4   Georgia election system malfunctioned in any way in

5   connection with the November 3rd, 2020 general

6   election?

7      A.   Can you define that?  Do you mean, you

8   know, machine breakdowns and that sort of thing?

9      Q.   Yeah, or anything that would have resulted

10  in -- that would have resulted in any kind of a

11  problem with the machine.

12     A.   Just things that were commonly reported in

13  the news or reported by voters on social media or, I

14  mean, there were many problems, but I don't have an

15  exhaustive list.

16     Q.   So do you contend that the -- any component

17  of the Georgia election system did not function

18  properly during the November 3rd, 2020 general

19  election?

20     A.   I have to give the same answer.  I think

21  there was a lot of, you know, evidence and reporting

22  and documentation that there were things that went

23  wrong with the machines and the electronic system.

24     Q.   Do you have any evidence --

25     A.   I can't answer as an expert on --

Megan Missett                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 69

1      Q.   Sorry, I didn't mean to interrupt you.  Go
2   ahead.
3      A.   Yeah.  I can't answer as an expert or as a
4   journalist who was reporting and documenting all
5   those things.
6      Q.   And I understand that you're not an expert,
7   and I'm just asking for your layperson's knowledge.
8   Do you have any evidence that any vote in the
9   presidential elections held on November 3rd, 2020,
10   in Georgia were actually switched from Donald Trump
11   to Joseph Biden as a result of a problem or anomaly
12   in the software used in the Georgia election system?
13      A.   I don't know of any direct evidence that
14   that happened.
15      Q.   Do you have any direct evidence that any
16   vote in the presidential election on November 3rd,
17   2020, was actually switched from Donald Trump to
18   Joseph Biden as a result of an algorithm or any
19   other design feature of the Georgia election system?
20      A.   I don't have evidence that that happened.
21      Q.   Do you have any evidence that any votes in
22   any other elections held in November of 2020 besides
23   the presidential election were actually switched
24   from one candidate to another as a result of a
25   problem with a component of the Georgia election

Megan Missett                               September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 70

1    system?
2          A.   You know, I know people have given
3    depositions to that effect, but I don't know that
4    happened, so I don't have personal knowledge of that
5    happening to me or I can't give you dates and times.
6          Q.   So I'm not sure I'm clear about your
7    answer.  So do you have any direct evidence that
8    votes in elections other than the presidential
9    election in November of 2020 were switched from one
10   candidate to another?
11         A.   I didn't, you know, take depositions.  I'm
12   aware that people have reported that happening, but
13   I don't have direct evidence.
14         Q.   Do you have any direct evidence that the
15   Georgia election system failed to count any legal
16   vote in the presidential election held on
17   November 3rd, 2020, in Georgia?
18         A.   No.
19         Q.   Do you have any evidence that the Georgia
20   election system counted any illegal votes in the
21   presidential election on November 3rd, 2020, in
22   Georgia?
23         A.   I don't have evidence of that occurring.
24         Q.   Sorry, I didn't hear your answer.
25         A.   I don't have evidence of that occurring.

Megan Missett                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 71

1      Q.  Are you contending that the outcome of the
2  presidential election held in Georgia in November
3  2020, that the results are correct?
4      A.  I don't know.
5      Q.  Do you have any evidence that there was any
6  mismatch between QR codes on the paper ballots cast
7  in the presidential election held November 2020 and
8  the human readable portion of the paper ballots?
9      A.  I'd only know that if I knew how many
10  people caught that discrepancy, and I don't.
11     Q.  So you don't have any evidence of any
12  discrepancy as you sit here today?
13     A.  No.  I mean, the system isn't set up to
14  have voters -- to take those machines offline, so I
15  wouldn't expect to have that information.
16     Q.  And describe for us how you personally have
17  been injured by these DREs in Georgia elections.
18     A.  DREs?
19     Q.  Yes.
20     A.  As opposed to BMDs?  Not being able to
21  trust that my vote was counted.  And then having to
22  use absentee ballots, which I really don't enjoy.  I
23  really like voting in person.
24     Q.  And those issues that you've just
25  described, are they in any way unique to you?

Megan Missett                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 72

1      A.   Unique to me?

2      Q.   Uh-huh.

3      A.   I think it's probably a fairly common

4    feeling that people are aware that hand-marked paper

5    ballots are more secure and they are aware the

6    security problems with BMDs and DREs.

7      Q.   And would you consider that there are other

8    voters that may prefer to vote in person as

9    yourself?

10     A.   Yes.

11     Q.   And that there -- is there any way that the

12   use of DREs in Georgia, when they were being used,

13   caused injury that is different from what you've

14   described as how it affected -- how the use of DREs

15   affected you?

16     A.   Can you explain what you mean?

17     Q.   Sure.  I'll withdraw the question.  I

18   understand it was confusing.  Let me ask it this

19   way.

20          What you've described as how you've been

21   personally injured by the use of DREs, how is that

22   different from any other voter in Georgia or how

23   they would have been affected by using the machines?

24     A.   Well, the personal feeling they might have

25   would depend on whether that information, security

Megan Missett                                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 73

1   problems have been disclosed or they, you know,

2   happen to hear about or know about it or whether,

3   you know, if they're talking to voting machine

4   vendors or security experts.  But beyond the

5   feelings, I think everybody wondered, you know, if

6   their ballots can't be audited, if their ballots are

7   compromised.

8        Q.  I'm going to ask you the question -- I'm

9   sorry, please go ahead.

10       A.  They're potentially compromised.

11       Q.  Okay.  I'm going to ask you the same

12  questions about the BMDs.  So how have you

13  personally been injured by the use of BMDs in

14  Georgia?

15       A.  Well, I can't -- I continue to vote in

16  person, although I shouldn't have, knowing what I

17  know because, you know, I can't trust that my vote

18  is my vote on the BMDs, which means -- and the only

19  way in Georgia I can vote on a hand-marked paper

20  ballot is to vote absentee.

21       Q.  And that's typically how you plan to vote

22  rather than using BMDs in Georgia; correct?

23       A.  Yeah.  As I said before, there are problems

24  with the absentees; but it is, you know,

25  recoverable, at least the ballot itself is not

Megan Missett                 September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 74

1    compromised or, you know.  But there are other

2    issues with the mail, so I'm not sure where I'll

3    come down, because I am really concerned about the

4    mail.  The drop box was a good solution.

5        Q.  So is that, the way that you've described

6    you've been injured by the use in BMDs in Georgia,

7    is that in any way unique to you?

8        A.  Can you explain the question?  I'm sorry.

9        Q.  Sure.  I'm just -- so it's not your

10   contention that you're the only person that has been

11   affected by the use of BMDs as you've described;

12   correct?

13       A.  No.

14       Q.  So that's what I'm trying to get at.  Is it

15   just unique to you, or is it something that you

16   think affects other voters in Georgia?

17       A.  I can't speak to their -- to them on a

18   personal level how they feel about it.

19       Q.  Yeah.

20       A.  So my understanding would be not to vote on

21   an insecure system because that is a problem for

22   most people.

23       Q.  And that injury that you describe by the

24   use of BMDs is based upon the feeling you have

25   voting; is that correct?

Case 1:17-cv-02989-AT Document 1558-1 Filed 01/06/23 Page 8 of 54
Megan Missett                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 75

1        A.  I don't know if I'd use the word "feeling,"

2   but my understanding.

3        Q.  Have you ever given statements to the press

4   concerning voting in Georgia?

5        A.  Not that I recall.

6        Q.  Is that something you might recall, giving

7   a statement to a -- to a member of the press?

8        A.  Sometimes the press is at a lot of events

9   that I'm not, so I couldn't, you know.

10       Q.  I'm not referring to if they inadvertently

11  or if they without your knowledge overheard you say

12  something, that kind of thing.  I'm actually

13  referring to --

14       A.  I haven't been formally interviewed about

15  this, if that helps.

16       Q.  Okay.  And then do you -- have you ever

17  provided any written statement to a member of the

18  press concerning voting in Georgia?

19       A.  Well, I'm on Twitter, so that's what the

20  press is.  I don't recall specifically if I have

21  sent a -- I'd have to go back and see.  There were

22  some members of the press who were asking for

23  stories, and I'd have to go back.  I don't recall.

24       Q.  And you say that you're on Twitter;

25  correct?

Megan Missett                September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 76

1         A.   Uh-huh.

2         Q.   And what is your Twitter, for lack of a

3    better term, your Twitter handle?

4         A.   @PeachResist.

5         Q.   So is that "at" spelled out, or is it the @

6    sign, the a in a circle sign?

7         A.   Yeah.

8         Q.   Is that correct?

9         A.   That's correct.

10        Q.   Okay.  And that's followed by PeachResist?

11        A.   Uh-huh.

12        Q.   You'll need to say yes or no.

13        A.   PeachResist, yes.

14        Q.   If it's all right with everyone and with

15   you, Ms. Missett, I would like to just take a couple

16   minutes, if we could take a break.  We've been going

17   for a few minutes now.

18             MR. ICHTER:  Are we almost done?

19             MS. LaROSS:  Not sure.  I'm going to have

20   to check.

21             MR. ICHTER:  Okay.

22             (Recess 3:28 to 3:49 p.m.)

23   BY MS. LaROSS:

24        Q.   I'll just remind you that you're still

25   under oath as we continue with your deposition.  Is

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

Page 77

1    that clear to you?

2         A.  Yes, thank you.

3         Q.  All right.  Ms. Missett, do you have any

4    direct evidence that the results of the runoff

5    elections that was held here in Georgia in January

6    2021, the results were changed in any way as a

7    result of hacking of or insertion of malware into

8    any component of the Georgia election system?

9         A.  No.

10        Q.  Did you have any reason for our -- let me

11   strike that.  I'll start over.

12        Do you know of any reason that the results

13   from the presidential election in 2020 should be

14   challenged?

15        A.  I don't have direct evidence that the

16   results were changed.  I just, you know -- the

17   results aren't auditable, so I don't have faith in

18   the results.

19        Q.  Do you have any direct evidence that the

20   results of the runoff that was held here in Georgia

21   in January of 2021 should be challenged?

22        A.  No direct evidence.

23        Q.  And let me ask you also, have you made any

24   payment to your attorneys in this case for their

25   services?

Megan Missett
Curling, Donna v. Raffensperger, Brad                    September 28, 2021

Page 78

1          A.  No.

2          Q.  And to your knowledge, has anyone else made

3     a payment to your attorneys in this case for their

4     services?

5          A.  I don't know.

6          Q.  Do you have any knowledge that your

7     attorneys have received payment for their services

8     in this case from any organization or entity?

9          A.  I don't know.  I don't know anything about

10    what's being paid.

11         Q.  Do you have any knowledge that your

12    attorneys have received payment for their services

13    in this case from any voter group or group related

14    to any political party?

15         A.  Not to my knowledge.

16         Q.  That's all my questions, Ms. Missett.

17    Thank you for your testimony.  I think -- wait a

18    second.  There's one more thing I need to do as

19    housekeeping.  If you could refer to Exhibit No. 1

20    in your marked exhibits, the Notice of Your

21    Deposition.  It's marked as Exhibit MM 0001.

22              (Deposition Exhibit 1 marked)

23         A.  Yes.

24    BY MS. LaROSS:

25         Q.  And have you seen this document before

Page 79

1    today?

2         A.  No, not to my knowledge.

3         Q.  But did you see it today before your

4    deposition?

5         A.  Before the deposition?  I think it was

6    empty.

7         Q.  Okay.  And this is what we had looked at at

8    the beginning of your deposition; correct?

9         A.  Correct, right.

10        Q.  And I'm going to represent to you that this

11   is the notice that we provided to your attorneys for

12   your deposition today.  Do you have any reason to

13   think that that isn't correct?

14        A.  No.

15        Q.  Those are all the questions that I have.

16   Thank you.  Appreciate it.

17             MR. ICHTER:  Cheryl, did you say you had a

18   question?

19             MS. RINGER:  I did.

20                        EXAMINATION

21   BY MS. RINGER:

22        Q.  Good afternoon, Ms. Missett.

23        A.  Good afternoon.

24        Q.  My name is Cheryl Ringer.  I'm an attorney

25   with the Fulton County Attorney's Office

Page 80

1    representing the Board of Registration and Elections

2    for Fulton County.  I wanted to ask you about some

3    allegations that were in that third amended

4    complaint in the joined case.  There are some

5    allegations about not being allowed to publicly

6    observe certain election duties.

7         A.   Uh-huh.

8         Q.   Can you explain how those allegations are

9    remedied by the recovery that's being asked for in

10   this lawsuit?

11        A.   You're talking about it was -- I think it

12   was December 5th, 2017?

13        Q.   It was 2017.  I'm not sure if it

14   was November -- I think it was elections committee

15   November and December.  So there were some

16   allegations about you-all wanting to observe, you

17   and I believe some others wanting to observe certain

18   activities.  And I understand from the complaint

19   that you were not allowed to observe those

20   activities.  So my question is --

21        A.   Hands were put on the woman who was down

22   there.

23        Q.   So my question is, how are those

24   allegations remedied by this lawsuit?

25        A.   I can't speak to that because I'm not one

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

Page 81

1    of the attorneys, but I think that, you know, one of

2    the goals is not just, you know, more transparency

3    but to abide by Georgia law in terms of, you know,

4    Sunshine code and citizens being able to observe the

5    downloading of, you know, data, elections.  What's

6    in the Georgia law needs to be upheld.

7         Q.   Okay.  That's the only question I have.

8              MR. ICHTER:  Anybody else?  Sounds like

9    we're done.

10             MS. LaROSS:  That's it.  Thank you for your

11   time.

12             (Deposition concluded at 3:55 p.m.)

13             (Signature reserved.)

14

15

16

17

18

19

20

21

22

23

24

25

Megan Missett                                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

                                                    Page 82

1                VERITEXT LEGAL SOLUTIONS

2             FIRM CERTIFICATE AND DISCLOSURE

3

4    Veritext represents that the foregoing transcript as

5    produced by our Production Coordinators, Georgia

6    Certified Notaries, is a true, correct and complete

7    transcript of the colloquies, questions and answers

8    as submitted by the certified court reporter in this

9    case.  Veritext further represents that the attached

10   exhibits, if any, are a true, correct and complete

11   copy as submitted by the certified reporter,

12   attorneys or witness in this case; and that the

13   exhibits were handled and produced exclusively

14   through our Production Coordinators, Georgia

15   Certified Notaries.  Copies of notarized production

16   certificates related to this proceeding are

17   available upon request to litsup-ga@veritext.com.

18

19   Veritext is not taking this deposition under any

20   relationship that is prohibited by OCGA 15-14-37(a)

21   and (b).  Case-specific discounts are automatically

22   applied to all parties, at such time as any party

23   receives a discount.  Ancillary services such as

24   calendar and financial reports are available to all

25   parties upon request.

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

Page 83

1                         CERTIFICATE
2     STATE OF GEORGIA:
      COUNTY OF FULTON:
3

              I hereby certify that the foregoing
4     transcript was taken down, as stated in the caption,
      and the colloquies, questions and answers were
5     reduced to typewriting under my direction; that the
      transcript is a true and correct record of the
6     evidence given upon said proceeding.
              I further certify that I am not a relative
7     or employee or attorney of any party, nor am I
      financially interested in the outcome of this
8     action.
              I have no relationship of interest in this
9     matter which would disqualify me from maintaining my
      obligation of impartiality in compliance with the
10    Code of Professional Ethics.
              I have no direct contract with any party in
11    this action and my compensation is based solely on
      the terms of my subcontractor agreement.
12            Nothing in the arrangements made for this
      proceeding impacts my absolute commitment to serve
13    all parties as an impartial officer of the court.
14            This the :—
15                 *LaRita J. Cormier*
16            _____
17            LaRita J. Cormier, RPR, CCR No. 2578
18
19
20
21
22
23
24
25

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

Page 84

```
 1   To:  Cary Ichter, Esquire
 2   Re:  Signature of Deponent Megan Missett
 3   Date Errata due back at our offices: 30 Days
 4
 5   Greetings:
 6   The deponent has reserved the right to read and
     sign.  Please have the deponent review the attached
 7   PDF transcript, noting any changes or corrections on
     the attached PDF Errata.  The deponent may fill out
 8   the Errata electronically or print and fill out
     manually.
 9
10   Once the Errata is signed by the deponent and
     notarized, please mail it to the office of Veritext
11   (below).
12
     When the signed Errata is returned to us, we will
13   seal and forward to the taking attorney to file with
     the original transcript.  We will also send copies
14   of the Errata to all ordering parties.
15
     If the signed Errata is not returned within the time
16   above, the original transcript may be filed with the
     court without the signature of the deponent.
17
18
     Please send completed Errata to:
19
     Veritext Production Facility
20
     20 Mansell Court
21
     Suite 300
22
     Roswell, GA  30076
23
     (770) 343-9696
24
25
```

Megan Missett
Curling, Donna v. Raffensperger, Brad
September 28, 2021

Page 85

```
 1    ERRATA
 2    I, the undersigned, do hereby certify that I have
      read the transcript of my testimony and that
 3
      ___ There are no changes noted.
 4
      ___ The following changes are noted:
 5
 6    Pursuant to Rule 30(7)(e) of the Federal Rules of
      Civil Procedure and/or OCGA 9-11-30(e), any changes
 7    in form or substance which you desire to make to
      your testimony shall be entered upon the deposition
 8    with a statement of the reasons given for making
      them.  To assist you in making any such corrections,
 9    please use the form below.  If additional pages are
      necessary, please furnish same and attach.
10
11    Page ____ Line ____ Change _____
12    _____
13    Reason for change _____
14    Page ____ Line ____ Change _____
15    _____
16    Reason for change _____
17    Page ____ Line ____ Change _____
18    _____
19    Reason for change _____
20    Page ____ Line ____ Change _____
21    _____
22    Reason for change _____
23    Page ____ Line ____ Change _____
24    _____
25    Reason for change _____
```

Page 86

1    Page ____ Line ____ Change _____

2    _____

3    Reason for change _____

4    Page ____ Line ____ Change _____

5    _____

6    Reason for change _____

7    Page ____ Line ____ Change _____

8    _____

9    Reason for change _____

10   Page ____ Line ____ Change _____

11   _____

12   Reason for change _____

13   Page ____ Line ____ Change _____

14   _____

15   Reason for change _____

     Page ____ Line ____ Change _____

16

     _____

17

     Reason for change _____

18

19

                          _____

20                        DEPONENT'S SIGNATURE

21   Sworn to and subscribed before me this ____ day of

     _____, _____.

22

23   _____

     NOTARY PUBLIC

24

25   My Commission Expires: _____

Megan Missett
Curling, Donna v. Raffensperger, Brad

**&**

**&**   3:12

**0**

**0001**   78:21
**003**   60:12,13,22
**004**   61:19
**05**   2:16
**06**   2:4

**1**

**1**   2:3 46:17 78:19
  78:22
**10/20/19**   2:6
**10/23/19**   60:24
**12th**   83:14
**13621**   83:15
**141**   4:5
**15-14-37**   82:20
**1530**   3:6
**1600**   3:22
**1986**   27:8,9
**1992**   27:11 28:14
  28:16
**1996**   15:25 16:3
**1:07**   1:15
**1:17**   1:6

**2**

**2**   2:4 6:24,25 8:18
  45:25 46:6
**20**   84:20
**200**   3:22
**2000**   3:13
**20006**   3:14
**2016**   25:23 56:24
  57:2
**2017**   19:15 25:21
  25:21,22 50:9
  54:12 80:12,13
**2018**   54:12,15,17
  54:17

**2020**   36:23 43:3,3
  43:6 44:4,12 45:2
  45:9 46:10,23
  47:12,19 64:20,24
  66:24 67:5,9,14
  68:5,18 69:9,17,22
  70:9,17,21 71:3,7
  77:13
**2021**   1:14 40:24
  77:6,21 83:14
**24**   37:20
**24th**   46:10
**2578**   1:18 83:17
**28**   1:14
**2989**   1:6
**2:02**   39:13
**2:10**   39:13

**3**

**3**   2:5 60:8 62:23
**30**   84:3 85:6
**300**   84:21
**30076**   84:22
**30303**   4:6
**30326**   3:7
**30339**   3:23
**3340**   3:5
**343-9696**   84:23
**3:28**   76:22
**3:49**   76:22
**3:55**   81:12
**3rd**   64:20,24 66:24
  67:5,8,14 68:5,18
  69:9,16 70:17,21

**4**

**4**   2:7 61:13,23
  62:18,23
**4038**   4:5

**5**

**5/21/19**   2:8
**5th**   80:12

**6**

**60**   2:5
**61**   2:7

**7**

**7**   85:6
**770**   84:23
**78**   2:3
**79**   2:17

**9**

**9-11-30**   85:6
**92**   28:20

**a**

**abide**   81:3
**able**   9:12 10:11
  31:2 36:6 56:8
  57:7 59:2 71:20
  81:4
**absentee**   8:5,5,17
  47:24 48:6,15
  59:21,23 60:4
  71:22 73:20
**absentees**   73:24
**absolute**   83:12
**access**   20:22
**account**   51:16,19
  51:21
**accounts**   51:22
**accurate**   9:13
**aclu**   49:9
**action**   1:5 83:8,11
**activities**   80:18,20
**actual**   67:23
**added**   45:11
**additional**   85:9
**addressed**   20:15
  20:17 21:21 22:4

22:8 24:12 25:2
  53:10
**addressing**   50:6
**administration**
  32:13,13
**adults**   29:6,7,7
**advocate**   21:16
**advocating**   23:20
  23:22 41:9
**affair**   41:11
**affiliated**   48:21
**affiliation**   48:22
**afternoon**   5:24
  79:22,23
**ago**   7:20
**agree**   10:18
**agreeable**   10:25
  11:13
**agreement**   9:16
  10:13 83:11
**ahead**   6:22 7:8
  45:24 60:10 69:2
  73:9
**air**   36:14
**al**   1:4,8
**algorithm**   69:18
**allegations**   80:3,5
  80:8,16,24
**allowable**   6:4
**allowed**   80:5,19
**amended**   54:14
  80:3
**amplify**   49:10,14
**analyze**   38:15
**ancillary**   82:23
**anomalous**   38:8
**anomaly**   69:11
**anonymous**   31:14
**answer**   6:7 8:22
  9:16,18 10:10
  11:3,10,11 23:13

Megan Missett
September 28, 2021
Curling, Donna v. Raffensperger, Brad

[answer - c.t.]

Page 2

36:21 53:2 56:11
56:12 61:23 65:8
65:21,24 66:7,14
67:17 68:1,20,25
69:3 70:7,24
**answers** 82:7 83:4
**anybody** 81:8
**anyplace** 12:13
**anytime** 19:14
**apart** 30:10
**apologize** 61:21
**appear** 36:1,3,5
**appearances** 3:1
4:1
**applied** 82:22
**appreciate** 5:23
79:16
**approximately**
15:20 40:4
**april** 54:17
**area** 16:7 25:9
29:1 31:6 45:17
**areas** 25:13,15
27:21 29:5
**arrangements**
83:12
**arrested** 26:2
**arrive** 47:25
**articulated** 64:11
**arts** 28:5
**ascertain** 57:24
**ascertained** 56:15
**asked** 10:21 11:9
23:13 54:2 80:9
**asking** 5:14 23:16
49:4 52:2,3,9
58:25 65:25 66:9
67:17 69:7 75:22
**aspects** 25:1
**assist** 85:8

**assisting** 37:22
**association** 26:16
**atlanta** 1:3 3:7,23
4:6 16:7,16 30:21
**attach** 85:9
**attached** 82:9 84:6
84:7
**attend** 49:11
**attending** 27:5
**attorney** 7:21 13:7
13:9 79:24 83:7
84:13
**attorney's** 4:4
79:25
**attorneys** 11:21
14:6 77:24 78:3,7
78:12 79:11 81:1
82:12
**audit** 21:9,10
**auditable** 59:4
67:18 77:17
**audited** 73:6
**authority** 13:25
**autism** 29:6,6
**automatically**
82:21
**available** 13:6
42:14 50:15 56:21
82:17,24
**avenue** 3:13
**avoid** 24:22
**aware** 70:12 72:4
72:5

**b**

**b** 82:21
**b.a.** 28:2,3
**baby** 31:11
**bachelor** 28:5
**back** 7:9 12:4,6
21:13 31:13 32:22
33:5 36:22 37:2

43:17 46:17 66:12
75:21,23 84:3
**background** 23:23
**bad** 14:17
**ballot** 19:7 20:22
21:3,8,12 35:19
42:18 45:3,14
47:18,24 48:6
59:18,21 60:4
73:20,25
**ballots** 18:17
21:16 22:5 24:14
36:6,10 45:18
53:5 71:6,8,22
72:5 73:6,6
**bankrupt** 30:9
**based** 10:22 53:6
74:24 83:11
**becoming** 49:2
**bee** 23:12
**beginning** 10:9
79:8
**behalf** 3:2,10,17
4:2 33:13 41:6
50:10
**behavior** 37:18
38:16
**believe** 17:11
21:25 35:21 45:22
47:11 51:12,21
56:24 64:18 80:17
**best** 10:5 15:10
35:21 36:20 41:9
43:3 53:3,3
**better** 76:3
**beyond** 73:4
**bias** 20:21
**biden** 69:11,18
**bigger** 41:11
**birth** 5:20 6:16

**bit** 31:14 67:11
**black** 49:8
**bmd** 42:24 43:2,5
43:10,11,24 44:13
44:18,22 45:9
57:14,21 58:3
59:17
**bmds** 19:7 34:10
38:17,20 42:13
43:20 44:16,25
53:23 58:12,16,23
59:7,10 60:5
63:10 67:18 71:20
72:6 73:12,13,18
73:22 74:6,11,24
**board** 29:21 50:17
80:1
**books** 57:10
**born** 15:7
**boss** 31:4
**bosses** 30:13
**box** 8:3,12 46:15
74:4
**boxes** 59:25
**brad** 1:7 3:17 6:2
**breach** 44:8
**breached** 43:22
44:1,3
**break** 11:6,12
39:10,18 76:16
**breakdowns** 68:8
**bring** 52:13
**bringing** 50:19
**brought** 52:24
**bunch** 26:8
**burden** 31:16
**burton** 3:20

**c**

**c** 5:1
**c.t.** 44:23

Case 1:17-cv-02989-AT   Document 1558-1   Filed 01/06/23   Page 22 of 54

Megan Missett
September 28, 2021
Curling, Donna v. Raffensperger, Brad

[calendar - concerns]

Page 3

calendar  82:24
call  13:10 31:8
called  27:6
calls  5:21
campaign  33:14
  35:10
candidate  69:24
  70:10
candidates  39:4
capitol  19:18,23
  20:5,7
caption  83:4
cary  3:3 6:11
  13:10 23:3 55:11
  65:15 84:1
case  14:12 23:13
  26:4 52:1,18 54:1
  54:10 62:2,15
  63:4 64:3,5 77:24
  78:3,8,13 80:4
  82:9,12,21
cast  36:6 47:18
  55:22 56:2 58:3
  71:6
categorize  26:10
caught  71:10
cause  49:9
caused  72:13
caution  64:1
ccr  1:18 83:17
center  29:20
certain  26:19 34:5
  49:1 50:9 80:6,17
certainly  9:24
  37:10 39:3 41:11
certificate  5:20
  6:16 82:2 83:1
certificates  82:16
certified  82:6,8,11
  82:15

certify  83:3,6 85:2
cgg  35:16
cgg's  35:14
chain  53:5 59:16
challenged  77:14
  77:21
chance  14:2 46:5
  60:19 62:11
change  85:11,13
  85:14,16,17,19,20
  85:22,23,25 86:1,3
  86:4,6,7,9,10,12
  86:13,15,15,17
changed  30:10
  56:2,4 67:9,14
  77:6,16
changes  84:7 85:3
  85:4,6
changing  25:4
charged  25:24
check  45:16,16
  54:19 76:20
checking  54:18
cheryl  4:3 79:17
  79:24
cheryl.ringer  4:7
children  16:9,14
  29:6,7 31:15
cichter  3:8
circle  3:22 76:6
circumscribed
  34:5
circumstance
  17:23
citizen  18:5 35:15
  50:14
citizens  49:18 81:4
city  31:14
civil  1:5 6:5 85:6
claims  52:1,5,10
  52:13,17,17,23

53:1,10
clarified  6:15
clarify  5:22
class  42:20
classes  42:15
clean  45:12
clear  10:11 39:16
  70:6 77:1
clearly  9:20 10:3
click  7:11,15
client  65:20
clinical  27:10
  28:25 29:1
clinics  30:8,12
close  34:13
closer  40:1,2,3
coalition  4:13
  35:17 38:1 41:6,8
  41:12 48:16 49:3
  49:20,22 50:1,5,11
  51:20,22 54:3
code  45:15 81:4
  83:10
codes  71:6
collect  56:19
college  27:5,8 28:1
colloquies  82:7
  83:4
column  46:18,19
come  38:9 39:1
  53:25 58:19 59:2
  74:3
commission  86:25
commitment
  83:12
committee  18:7,21
  19:12 80:14
committees  18:8
  18:11 38:25
common  49:9
  52:18 64:4 72:3

commonly  56:20
  68:12
communicare
  30:14
comparative
  28:24
compensation
  83:11
complain  36:7,12
  36:13
complained  36:14
complaint  54:15
  80:4,18
complaints  36:9
complete  10:9
  11:11 13:7 82:6
  82:10
completed  27:12
  28:19 61:22 84:18
compliance  83:9
component  66:22
  67:3,16 68:16
  69:25 77:8
compromise  21:9
compromised  59:4
  73:7,10 74:1
computer  41:17
  41:22 42:6,7 57:5
concept  66:3
concern  18:23
  20:12
concerned  24:9
  59:7 74:3
concerning  14:15
  19:3,4,6 24:1,19
  25:2 32:3,4 39:19
  42:2,9,12,16 52:1
  75:4,18
concerns  20:14,16
  20:19,23 52:8
  57:16 58:17,22

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

[concerns - describe]

Page 4

59:1

**concierge** 4:15
7:10
**concluded** 81:12
**conclusion** 52:3
59:3
**conference** 1:17
**confuse** 10:17
**confused** 33:15,18
52:15
**confusing** 72:18
**conjunction** 42:18
**connection** 57:21
63:7,8 68:5
**consider** 22:15,17
72:7
**consideration** 60:1
**cont'd** 4:1
**contained** 63:12
64:11
**contend** 68:3,16
**contending** 71:1
**content** 24:25
**contention** 74:10
**context** 65:22
**continue** 31:18
73:15 76:25
**continued** 30:12
38:20
**contract** 83:10
**contracted** 30:6
**conversations**
11:21 22:15 64:2
**coordinators** 82:5
82:14
**copies** 82:15 84:13
**copy** 55:7 82:11
**core** 66:3
**cormier** 1:18
83:17

**correct** 5:17 8:10
8:20 9:4 15:14
19:3 24:10,15,19
25:18 26:18 29:16
30:17 35:11 40:5
40:24 44:9,25
49:17 54:16 55:14
60:4,13 62:13,16
62:17,25 67:24
71:3 73:22 74:12
74:25 75:25 76:8
76:9 79:8,9,13
82:6,10 83:5
**corrections** 84:7
85:8
**correctly** 5:16
60:3
**counsel** 3:1 4:1 6:2
6:9
**count** 38:14 45:22
47:12,15,17,20,22
70:15
**counted** 45:20
46:20,23 47:13
55:23,25 59:15
70:20 71:21
**counties** 41:2
**counting** 21:11
**county** 4:2,4 14:19
16:4 35:5 38:24
40:12,15,15,16
44:25 47:25 48:4
79:25 80:2 83:2
**couple** 7:16 39:20
40:1 41:15 76:15
**court** 1:1 5:5 9:12
9:23 10:10 16:20
66:11 82:8 83:13
84:16,20
**cover** 24:3

**covered** 24:4
**crazy** 38:12
**crime** 25:25
**crossing** 43:7
**crowd** 39:7
**curling** 1:4 3:10
47:6
**custody** 53:5
59:16
**cv** 1:6
**cybersecurity**
41:25 50:16 53:6

**d**

**d** 2:14 5:1
**dal** 3:20
**data** 8:8 39:5
41:12 81:5
**date** 17:2 19:14
34:3 54:19 84:3
**dated** 12:11
**dates** 12:5,7,7
32:21 54:20,23,24
70:5
**davis** 3:4
**day** 13:17 29:20
48:10,13 83:14
86:21
**days** 84:3
**dburton** 3:25
**dc** 3:14
**december** 80:12
80:15
**decided** 31:13
**declaration** 2:5,7
60:23,25 61:5
62:1,7,19
**declarations** 12:3
62:15,24
**dedicated** 50:14
**defendant** 3:17
4:2 6:1 26:12

**defendants** 1:9
**defended** 28:17
**define** 22:19,20
48:24 66:2 68:7
**defined** 17:15
**definitely** 8:21
33:9 55:6
**definition** 22:18
23:12,22,25
**degree** 27:14,19
27:25
**degrees** 28:10
**dekalb** 33:4,4,8,10
33:12 40:13 59:24
**delay** 61:21
**delivery** 34:18
**democracy** 51:8
51:10
**depend** 72:25
**deponent** 84:2,6,6
84:7,10,16
**deponent's** 86:20
**deposition** 1:12
2:3 5:3,25 6:8,12
6:25 7:7 9:1,8
10:3,16 11:7,17,20
11:24 13:6,8,19,21
13:24 14:7,12
16:18 21:24 22:3
23:3,5 25:14 55:1
60:8 61:8,13 62:9
62:14,20,25 76:25
78:21,22 79:4,5,8
79:12 81:12 82:19
85:7
**depositions** 14:15
70:3,11
**describe** 20:23
27:2 45:9 51:14
71:16 74:23

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

**[described - everyone's]**

**described** 26:22
35:13 37:12 44:24
53:8 58:17 71:25
72:14,20 74:5,11
**description** 2:2
**design** 69:19
**desire** 85:7
**device** 12:20,22,23
12:24 21:7 35:20
47:19
**devices** 18:24 19:7
21:1,4 42:18
**devoted** 48:10
**diane** 3:19 39:9
65:2
**diary** 37:4
**different** 22:18
30:4,13 38:17
45:13 72:13,22
**difficult** 30:25
40:16 50:3
**difficulty** 43:9
**digges** 14:11,11,15
**direct** 18:24 19:1
46:14 47:22 67:10
69:13,15 70:7,13
70:14 77:4,15,19
77:22 83:10
**direction** 83:5
**directly** 56:16
**director** 54:3
**disclose** 11:22
**disclosed** 73:1
**disclosure** 82:2
**discount** 82:23
**discounts** 82:21
**discovery** 6:3
**discrepancy** 71:10
71:12
**discussed** 24:14

**discussions** 19:22
19:24
**dispute** 46:24
**disqualify** 83:9
**dissertation** 28:17
28:22,23
**distancing** 5:4
**district** 1:1,2
**division** 1:3
**dlaross** 3:24
**document** 7:18
37:9 46:1 47:1
54:25 55:8 60:12
60:21 62:4 78:25
**documentation**
68:22
**documenting** 69:4
**documents** 11:24
12:1,8,16 13:5
61:7
**doing** 8:2 28:25
29:2 30:3 33:11
33:13 36:4
**dominion** 63:13
**donald** 69:10,17
**donna** 1:4
**dougherty** 40:15
**downloading** 81:5
**dr** 63:4,6,11,24
64:10
**dre** 42:10,22 56:5
**dres** 18:23,25 19:2
19:3 38:5,19
53:23 71:17,18
72:6,12,14,21
**drive** 37:17
**drop** 59:25 74:4
**due** 5:2 84:3
**duly** 5:10
**duma** 3:21

**duties** 80:6

**e**

**e** 2:14,14 5:1,1
7:21 12:12 20:8
85:6,6
**earlier** 21:23 22:2
24:8 40:24 43:19
62:8,13
**early** 43:8 48:13
**easier** 9:12
**easy** 51:1
**education** 26:25
27:3 29:10,22
32:3,4,7,9,12
41:16,16,21,24
42:2,5,9,12,16
50:14
**effect** 7:13 54:8
70:3
**efforts** 35:15
**either** 11:9 14:11
14:14
**election** 25:23
32:10,13 38:14
39:8 44:13 45:10
45:20 47:25 48:13
50:5,8,17 53:21
55:22 56:6,22
57:1,14,21 64:19
64:24 66:22 67:4
67:8,13 68:4,6,17
68:19 69:12,16,19
69:23,25 70:9,15
70:16,20,21 71:2,7
77:8,13 80:6
**elections** 32:4,8
37:25 40:18,20
55:14 59:20 66:23
67:5 69:9,22 70:8
71:17 77:5 80:1
80:14 81:5

**electronic** 18:16
19:1 20:20,25
21:7,10 24:9 25:3
25:11 50:20 68:23
**electronically** 84:8
**else's** 44:3,11
57:19
**elson** 3:11 47:6
64:1
**employee** 83:7
**employment** 31:25
**empty** 43:18 79:6
**enforceable** 65:14
**engage** 26:8
**engaged** 49:19
**engagement** 35:15
**english** 3:21
**enjoy** 71:22
**entered** 85:7
**entirely** 7:23 11:7
**entitled** 13:23
**entity** 78:8
**entries** 8:4,10
**equipment** 35:25
42:3
**erased** 56:14
**errata** 84:3,7,8,10
84:12,14,15,18
85:1
**especially** 9:22
10:12 22:11
**esquire** 3:3,11,19
3:20 4:3 84:1
**et** 1:4,7
**ethics** 83:10
**events** 75:8
**everybody** 73:5
**everybody's** 31:3
43:18
**everyone's** 23:4

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

| | | | |
|---|---|---|---|
| **evidence** 38:7 44:7 44:10 47:14,16,19 47:21,22 55:21,24 56:1,3,5,15,16,18 56:19 57:1,9,11,13 57:18,20,25 58:5 58:11,14,25 66:21 66:25 67:2,7,10,12 67:20,23 68:21,24 69:8,13,15,20,21 70:7,13,14,19,23 70:25 71:5,11 77:4,15,19,22 83:6 | **expires** 86:25 **explain** 51:18 72:16 74:8 80:8 | **financial** 82:24 **financially** 83:7 **find** 50:17 66:4 **findings** 63:24 64:11,15 | **four** 44:15 **frame** 19:10 **free** 31:15 **friday** 48:10,12 **friends** 51:20 **front** 18:20 47:5 **fruition** 58:19 **fully** 11:16 36:21 **fulton** 4:2,4 14:19 16:4 35:5 40:12 44:25 47:25 48:3 59:24 79:25 80:2 83:2 |
| **exact** 34:3 **exactly** 24:24,24 36:22 39:22 40:9 40:20 50:3 | **f** | **fine** 7:24 11:7 13:11,12 39:12 43:13 **firm** 82:2 **first** 5:10 6:8 9:8 33:13 34:9 35:9 41:7 43:19 47:4 55:2 | |
| | **f** 2:14 **facebook** 51:15,16 51:17 **facility** 29:22 84:19 **fact** 5:8 **failed** 70:15 **failure** 21:7,11 **fair** 18:18 21:15 22:3 23:8,15 24:19 25:2,10 53:16 | | |
| **examination** 2:16 2:17 5:12 79:20 **examined** 5:10 **example** 11:8 21:6 **exclusively** 82:13 **exhaustive** 68:15 **exhibit** 2:2,3,4,5,7 6:19,20,23,23,25 7:2,3,12 8:18 45:25 46:6 60:6,8 60:10,13,16,22 61:10,13,16,19,23 62:18,23,23 78:19 78:21,22 | | **five** 39:11 40:3,4 **fix** 53:13 **fly** 5:20 **foerster** 3:12 **folder** 6:23 7:12 **follow** 46:11 48:7 **followed** 76:10 **following** 85:4 **follows** 5:11 **foolishly** 59:13 **foregoing** 82:4 83:3 | **fultoncountyga....** 4:7 **function** 33:12 68:17 **functioning** 42:13 42:17 **funny** 38:11 **furnish** 85:9 **further** 14:18 29:10 82:9 83:6 **future** 59:11,20 60:3 |
| | **fairly** 72:3 **faith** 67:19 77:17 **family** 16:8 30:24 **far** 25:14 26:14 46:9 55:1 **fashioned** 25:12 **father** 31:4 **fbi** 56:20 **feature** 69:19 **february** 54:11,17 **federal** 6:4 85:6 **feel** 47:13 74:18 **feeling** 72:4,24 74:24 75:1 | | |
| | | **forensic** 31:7 **forget** 37:1 **forgotten** 37:2 **form** 6:6 85:7,9 **formal** 22:14 26:25 29:10 32:3 32:7,9,11,12,15 37:8 41:24 42:2 42:15 | **g** |
| **exhibits** 2:1 63:3 78:20 82:10,13 **expect** 55:11 71:15 **experience** 24:2,5 34:8 37:6 **expert** 56:25 68:25 69:3,6 **experts** 21:4 50:16 53:6 64:3 73:4 | **feelings** 73:5 **fell** 30:9 **fellowships** 29:5 **felt** 48:9 **festin** 3:19 **file** 1:5 84:13 **filed** 26:18 54:15 60:24 84:16 **fill** 34:21 84:7,8 **finally** 59:12 | **formally** 19:20 75:14 **fortran** 41:19 **forward** 47:8 55:12 84:13 **foundation** 47:3 | **g** 5:1 8:1 **ga** 82:17 84:22 **ged** 27:5 **general** 12:15 24:25 25:1,9,23 28:21 40:21,22 41:4 42:15 53:2,6 68:5,18 **generally** 24:20 29:6 64:15 **genetics** 27:24 28:4 **georgia** 1:2 3:7,23 4:6 8:20 14:21 15:22,24 16:3,22 |

Megan Missett
Curling, Donna v. Raffensperger, Brad
September 28, 2021

**[georgia - ichter]**

Page 7

16:25 17:4,21,25
18:20 19:12,17,17
19:23 20:20 21:21
22:5,12 25:16,19
25:20 30:19 31:17
31:23,25 32:9,12
32:14 40:13,14
41:2,9 49:3,9,20
51:9,10 53:4
55:14,22 56:2,6
57:15,22 58:3,11
59:20 63:13 64:20
64:24 66:22 67:4
67:8,13 68:4,17
69:10,12,19,25
70:15,17,19,22
71:2,17 72:12,22
73:14,19,22 74:6
74:16 75:4,18
77:5,8,20 81:3,6
82:5,14 83:2

**getting** 13:17
22:25 29:9 36:11
39:1 53:13

**give** 19:6 53:2 60:7
68:20 70:5

**given** 16:18 26:14
59:12 62:11 70:2
75:3 83:6 85:8

**giving** 23:23 75:6

**glitch** 57:12

**go** 6:22 7:8,9 9:7
21:13 23:9 29:11
32:22 33:5 37:2
38:9 43:17 45:5
45:24 46:17 50:16
50:17 60:10 69:1
73:9 75:21,23

**goals** 81:2

**going** 5:14,22 6:6
6:18,18,19,20 7:16

8:25 9:7 11:19
12:14 13:14 23:5
26:24 31:10 32:2
39:9 46:25 47:8
49:19 51:2,25
52:7 55:7 56:10
60:6 61:10,11
73:8,11 76:16,19
79:10

**good** 4:13 5:24
18:10 35:17 38:1
48:17 49:4,21,22
50:1,6,11 51:11,20
54:3 74:4 79:22
79:23

**governance** 4:14
35:17 38:1 48:17
49:4,21,23 50:1,6
50:11 51:12,21
54:3

**government's** 5:4

**graduate** 27:10
28:8

**graduated** 27:8
28:16

**great** 5:22 34:25
39:5

**greenwald** 16:12
16:15

**greetings** 84:5

**group** 30:7,9
48:20 51:17 57:7
78:13,13

**groups** 48:21,22
48:23

**guess** 10:24 16:1
22:25

**guidelines** 9:7

**gun** 31:10

# h

**hackable** 21:5,7

**hacked** 56:7,16
57:2,3 66:23 67:1
67:20

**hacking** 42:6
67:15,23 77:7

**halderman** 63:4,6
63:11 64:10

**halderman's**
63:24

**hand** 18:17 21:12
21:16 22:5 24:13
45:17 53:5 59:17
72:4 73:19

**handle** 76:3

**handled** 82:13

**hands** 80:21

**handwritten**
36:10

**hannah** 3:11

**happen** 33:23
50:21,22 57:17
60:2 73:2

**happened** 38:7,10
50:4 57:6,18,24
59:1,8 69:14,20
70:4

**happening** 51:6
53:22 70:5,12

**happy** 50:22 53:20

**hard** 9:23 21:9

**harder** 25:5

**hardware** 41:17
41:22

**head** 9:11,11 35:4

**health** 29:22

**healthcare** 26:8

**hear** 10:7 34:22,23
34:25 56:11 70:24
73:2

**heard** 9:25 10:2
36:15 50:7

**hearing** 17:20

**hearings** 18:9
19:18 24:22

**held** 17:21 19:17
49:21 64:19,24
66:24 67:5,8,13
69:9,22 70:16
71:2,7 77:5,20

**help** 33:21,22
50:19,22,24

**helpful** 10:4 37:18

**helping** 33:14,17

**helps** 75:15

**helson** 3:15

**hey** 50:16

**high** 27:2,4

**hold** 64:5

**holdout** 59:13

**hopefully** 7:2

**hospital** 30:7,9,15

**hospitals** 30:10

**hour** 39:10 44:15

**hours** 37:21

**housekeeping**
78:19

**huh** 17:22 28:9
45:6 55:9 58:24
72:2 76:1,11 80:7

**human** 71:8

**husband** 16:9 30:6
31:5

**husband's** 16:10

# i

**ichter** 3:3,4 6:10
6:13 13:10,16,25
22:23 23:4,11
39:9 42:20 46:25
52:15 61:14 65:1
65:5,8,13,20,25

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

66:9 76:18,21
79:17 81:8 84:1
**ichterdavis.com**
3:8
**ideas** 41:13
**ids** 8:6
**illegal** 70:20
**immediate** 16:8
**impacts** 83:12
**impartial** 83:13
**impartiality** 83:9
**inadvertently**
75:10
**inappropriate**
31:8 36:4
**included** 25:22
**including** 31:7
**increase** 53:14
**independent** 21:4
**independents** 53:7
**index** 2:1
**indicate** 65:17
**indicates** 46:22
**indication** 46:9
**individual** 24:2
52:17 57:7
**informally** 19:21
20:8,10 22:1
**information** 23:24
26:15 41:13 46:24
47:2 49:11 50:15
51:1,13,23 54:12
56:21 71:15 72:25
**initially** 30:6
**injured** 71:17
72:21 73:13 74:6
**injury** 72:13 74:23
**inputting** 8:8
**insecure** 74:21
**inserted** 57:14,20
58:4,10 67:3

**insertion** 42:6
58:13,15 67:15
77:7
**instances** 31:12
**instructing** 65:23
66:7
**integrity** 50:5
**intent** 21:13
**intentional** 57:12
**interest** 64:4 83:8
**interested** 20:1
50:5 83:7
**internship** 28:18
28:19
**internships** 29:4
**interrupt** 69:1
**intervention** 57:4
**interviewed** 75:14
**introduce** 60:6
**introduced** 7:1
21:8
**involve** 49:16
**involved** 18:11
38:2,22 41:22
47:1 49:12 50:2
51:11 53:20
**ipad** 12:25 13:2,3
13:4
**iphone** 13:2
**irregularities** 57:6
**issue** 21:21 22:3
**issues** 18:14,17
20:21,23 21:3
22:11 23:13 24:3
24:4,9 34:10
43:12,14,15 50:7
53:10 57:9 71:24
74:2
**items** 54:21

**j**

**j** 1:18 83:17
**january** 77:5,21
**jersey** 14:25 15:2
15:6 27:6,14
55:19
**jobs** 32:18
**john's** 27:10 28:7
**johns** 28:11 29:10
**join** 47:7
**joined** 80:4
**joint** 29:21
**joseph** 69:11,18
**jot** 37:1
**jotted** 54:20,21
**journalist** 69:4
**june** 43:3 44:12
45:2 47:19 50:3,9

**k**

**keep** 11:16 37:3
**kill** 31:10
**kind** 9:9 18:2
33:22 34:1 37:3
49:4 68:10 75:12
**kinds** 50:12
**knew** 9:3 37:16
71:9
**know** 8:4,16 9:10
9:22,24,25 10:1,7
10:19,23 11:3
12:12,15 13:22
17:6,12,18 18:17
18:18 19:11 21:13
22:12 24:22 25:4
26:12,20 29:4
30:13,25 31:8,9,12
31:15 32:22 33:15
34:13,21 35:15,23
36:23 37:9,17
38:9,12,25 40:21

41:18 45:16,21,23
49:8,10,18,19 50:4
50:15,16,21 51:5,6
52:23 53:6,13,15
54:7,9,23 56:8,24
57:23 58:19,21
60:18 62:11 64:15
66:3 67:20 68:8
68:21 69:13 70:2
70:2,3,11 71:4,9
73:1,2,3,5,17,17
73:24 74:1 75:1,9
77:12,16 78:5,9,9
81:1,2,3,5
**knowing** 73:16
**knowledge** 10:22
41:10 43:21,25
44:2 57:10 58:2
69:7 70:4 75:11
78:2,6,11,15 79:2
**known** 56:20

**l**

**lack** 76:2
**language** 19:8
**laptop** 13:1
**larita** 1:18 83:17
**laross** 2:16 3:19
5:13,25 6:11,14
7:1,4,14 13:14,20
14:1,4 23:2,7,18
39:12,14 42:21
47:9 52:21 60:9
61:15,17 64:6,8
65:3,6,11,15,23
66:6,11,14,18,20
76:19,23 78:24
81:10
**laura** 14:11,14
**law** 32:10 81:3,6
**lawrence** 27:7,18
27:19,23 28:1

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

[lawsuit - minute]

Page 9

lawsuit   26:5,9,11
26:17 52:6,24
53:1,11 54:7,14
63:7,8 80:10,24
lawsuits   26:21
layperson's   69:7
leading   37:17
left   27:4 33:20
46:9
legal   52:2 70:15
82:1
legally   65:13
legislation   17:8
18:11 22:12 51:7
legislative   18:20
legislators   19:17
20:2,4,6,11,15,18
22:2,15
legislature   16:23
17:1,5,16,21,25
18:3 19:12 21:22
22:14 25:16,19,20
letting   50:21 51:5
51:6
level   53:15 74:18
library   43:7
license   29:12,14
licensure   29:16
line   21:11 43:17
44:15 46:11 85:11
85:14,17,20,23
86:1,4,7,10,13,15
lines   45:15
list   54:22 68:15
listing   37:4
litigation   52:11,12
52:14 53:19 54:5
litsup   82:17
little   31:14 35:23
39:10 52:15 67:11

live   14:19 15:9,19
16:6
lived   14:21,24,25
15:7
llc   3:4
llp   3:12,21
lobbying   20:2
22:16,17,19 23:14
23:15,17,19,24
location   43:8
44:21
long   15:9,19 60:2
look   7:22 13:13
14:2 36:22 37:2
44:19 45:24 46:6
46:8 51:1 60:19
61:16,19 63:14
looked   33:19
44:10 55:2 63:16
79:7
looking   7:17 8:11
8:19 12:15 46:1,4
46:7 53:3 61:22
looks   8:5
lot   29:3 30:10
31:11 38:12 53:1
68:21 75:8
loudly   9:20 10:2

m

m   2:14
machine   38:6,8,16
42:7 43:19 68:8
68:11 73:3
machines   18:24
19:2 34:13,18
36:2 38:11 45:12
58:10,18 68:23
71:14 72:23
madam   66:11
mail   7:21 20:8
59:15,23 74:2,4

84:10
mails   12:12
maintaining   83:9
major   22:11 27:21
28:6
majority   22:7
making   13:11
33:15 37:16 85:8
85:8
malfunctioned
68:4
malware   42:6
57:14,20 58:4,10
58:13,15 67:2,15
77:7
mansell   84:20
manually   84:8
march   43:3,5 44:3
45:8 46:10,23
47:12
margaret   5:19
6:17 8:1
marilyn   4:13 54:2
mark   61:10
marked   6:23,25
7:11 18:17 21:12
21:16 22:5 24:13
45:25 53:5 59:17
60:8,22 61:13,19
72:4 73:19 78:20
78:21,22
marking   19:7 21:3
35:19 42:18 47:18
marks   4:13 54:2
martin   44:23
material   66:13,15
matt   4:15 7:11
matter   26:22 49:9
83:9
matters   24:3

mean   8:6 20:25
23:9,15 26:13
30:13 33:18 34:12
48:24 49:14 52:20
53:1 65:1,5,13,21
66:1,1,10,17 68:7
68:14 69:1 71:13
72:16
meaning   57:17
means   23:6 65:10
65:14,16,22 73:18
meant   22:25 23:17
65:18
media   12:12,17
49:15,17 50:25
51:4,14 68:13
medication   11:16
meetings   17:18
19:16,17 24:12
49:11 50:18 51:5
51:24
megan   1:13 2:5,7
5:8,9,21 6:1 60:23
84:2
member   48:16,19
48:23,24 49:2,3,5
49:25 75:7,17
members   75:22
memory   12:4,7,9
32:21
mental   26:8 29:22
mentioned   24:8,17
30:16 49:2 58:22
message   14:17
36:10
met   29:15
minor   27:23 28:4
28:6
minute   7:20 48:15
60:7

Megan Missett
Curling, Donna v. Raffensperger, Brad
September 28, 2021

**[minutes - organizing]**

minutes  76:16,17
mismatch  71:6
missed  42:20
missett  1:13 2:5,7
    5:8,9,14,16,18,19
    5:24 6:1,11,15
    7:10 8:1 9:6 14:5
    14:19 16:10 21:15
    23:20 25:24 39:15
    46:5 47:11 51:25
    55:8 60:11,16,23
    61:15,18 62:2
    63:3 64:9,18
    66:21 76:15 77:3
    78:16 79:22 84:2
missett's  2:4
mississippi  15:1
    15:17,19,21 26:6
    26:15,22 29:24,25
    30:8,17,20,22 31:2
    55:20
mixed  61:11
mm  6:24 78:21
mofo.com  3:15
moment  7:23
monmouth  27:5,6
    27:16,20
morrison  3:12
mother  31:3
move  15:16,21,24
    30:19,21 31:13,23
moved  16:3 29:24
    31:17
multiple  8:9

**n**

n  2:14,14,14 5:1
name  5:16,20,20
    6:16 7:12 9:4
    16:10 39:6 79:24
names  16:13

natatorium  44:23
national  39:7
ne  3:5
necessary  85:9
need  5:2 8:22 9:19
    10:1 11:6 13:25
    36:22 39:10 76:12
    78:18
needs  81:6
neither  67:21
neuroanatomy
    28:24,24
new  14:25,25 15:2
    15:6,9,16 27:6,11
    27:13 29:16,18
    30:3 35:25 55:19
    55:19
news  68:13
night  34:14 37:20
    44:17
nights  38:14
nodding  9:11
nods  15:5 67:25
north  16:16
northern  1:2
northwest  31:1
notaries  82:6,15
notarized  82:15
    84:10
notary  86:23
noted  85:3,4
notes  36:24
notice  2:3 7:6
    78:20 79:11
noticed  47:23
noting  84:7
november  64:20
    64:24 66:24 67:5
    67:8,13 68:5,18
    69:9,16,22 70:9,17
    70:21 71:2,7

80:14,15
number  6:24 17:6
numerous  55:13
nw  3:13

**o**

o  2:14,14 5:1
oath  39:16 76:25
object  46:25
objection  14:3
    47:7,7 66:16
objections  6:5
obligation  83:9
observation  32:20
    44:5
observe  35:18
    80:6,16,17,19 81:4
observed  36:6,18
obviously  37:1
occasion  34:16,22
    35:18 37:13 43:10
    45:3
occasioned  35:12
occasions  18:19
    25:19 32:24 33:25
    37:15 39:20 40:4
    41:5 43:1 58:17
occurring  70:23
    70:25
ocga  82:20 85:6
october  83:14
office  4:4 30:11
    79:25 84:10
officer  83:13
offices  84:3
official  49:22
offline  71:14
oh  20:25
okay  6:9,19,24 7:5
    7:8,17,18,22 8:9
    8:18,22,24 9:2,6
    9:15,19,21 10:6

11:4,15 13:2,9,10
    17:12,19 18:2,8
    19:1,9 26:17 27:1
    27:13 28:21 29:23
    33:7,16 34:15,25
    46:15,17 49:7
    53:16 54:17 60:14
    60:18,20 62:12,18
    62:22,22 66:18
    68:3 73:11 75:16
    76:10,21 79:7
    81:7
old  25:12
olympics  16:1,2
once  14:2 17:9
    28:18 30:14 33:4
    84:10
ooh  18:10
open  7:15 37:9
    41:14
opened  7:20
operating  43:11
    44:13,16,18
operation  29:21
    42:10,13,17 43:12
    45:9
opinions  65:12
opportunities  18:5
opportunity  61:18
opposed  71:20
order  5:4 62:21
    65:8
ordering  84:14
organization  41:8
    50:13 78:8
organizations
    38:21,23 39:7
    49:1,5,7,8 51:11
organize  37:18
organizing  50:25

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

[original - press]

Page 11

| | | | |
|---|---|---|---|
| **original** 84:13,16 | **pascal** 41:20 | **photographed** | 33:20 34:1,4 |
| **originally** 15:3,4,6 | **pass** 43:18 | 39:3,5 | 35:12 37:13,16,20 |
| **ossoff** 33:14 35:9 | **patient** 26:7 31:9 | **photographic** 38:7 | 44:21 |
| 50:8 | **patients** 31:7 | **photographing** | **polls** 51:2 |
| **outcome** 71:1 83:7 | **payment** 77:24 | 37:23 38:18 39:19 | **portion** 71:8 |
| **outreach** 51:5 | 78:3,7,12 | 39:21 40:5,10 | **position** 23:21,23 |
| **outside** 37:16,20 | **pdf** 84:7,7 | **photographs** 38:3 | **positions** 49:22 |
| 57:7 | **peachresist** 76:4 | 39:1 | **possibility** 57:16 |
| **overheard** 75:11 | 76:10,13 | **photos** 12:10,16 | 58:8,9 |
| | **peachtree** 3:5 | **piece** 47:4 | **post** 51:13 |
| **p** | **pending** 52:5 | **place** 5:3 32:16,17 | **posted** 37:19 |
| | 61:14 | 32:25 33:6,12,20 | **posting** 49:16 |
| **p** 5:1 | **pennsylvania** 3:13 | 34:4,16 35:13 | 51:17 |
| **p.m.** 1:15 39:13 | **people** 19:22,25 | 37:14,16 44:22 | **posts** 12:12,12,17 |
| 76:22 81:12 | 25:5 31:3 34:19 | 45:3 53:4 | **potentially** 73:10 |
| **page** 2:2,15 46:8 | 36:5,9 37:16,19 | **placed** 6:22 34:15 | **ppp** 46:10 |
| 46:17 61:2 62:4 | 38:13,25 40:16 | **placement** 34:17 | **practical** 29:3 |
| 85:11,14,17,20,23 | 50:21 51:5,6 70:2 | **places** 25:4 32:19 | **practice** 26:6 |
| 86:1,4,7,10,13,15 | 70:12 71:10 72:4 | 34:1 37:20 40:16 | 29:18,19,25 30:2,7 |
| **pages** 85:9 | 74:22 | **plaintiff** 26:12 | 30:11 31:18,20 |
| **paid** 78:10 | **people's** 8:6 | 54:1,5,10 | **practices** 53:3,4 |
| **pandemic** 45:12 | **perfect** 5:18 | **plaintiffs** 1:5 3:2 | **precinct** 33:2,3 |
| **paper** 18:17 21:12 | **person** 48:10,13 | 3:10 14:16 47:6 | 34:15 38:10 39:3 |
| 21:16 22:5 24:14 | 59:14 71:23 72:8 | 52:13,18 53:2 | **precincts** 39:4 |
| 36:10 45:3 47:4 | 73:16 74:10 | **plan** 59:20,22 | **precise** 33:1 |
| 53:5 59:17 71:6,8 | **personal** 10:22 | 73:21 | **prefer** 72:8 |
| 72:4 73:19 | 66:25 70:4 72:24 | **plans** 59:10 | **preference** 46:11 |
| **parkwood** 3:22 | 74:18 | **pleasantdale** | **preparation** 11:20 |
| **part** 25:3 29:2 | **personally** 40:12 | 33:10,24 | 11:24 13:5,24 |
| 35:9 44:15 | 71:16 72:21 73:13 | **please** 7:15 23:16 | 14:6,12 47:1 61:8 |
| **participate** 39:21 | **pertained** 63:12 | 56:12 66:12 73:9 | 62:8,14,19,25 |
| **participating** | 64:7 | 84:6,10,18 85:9,9 | **prepared** 47:2 |
| 11:17 53:18 54:5 | **pertaining** 20:24 | **point** 8:2 38:21,25 | 55:3 63:4 |
| **participation** 18:5 | 64:2 | 47:23 63:3 | **present** 4:12 |
| 50:14 | **pertains** 64:3 | **political** 78:14 | **presidential** 46:10 |
| **particular** 20:3 | **ph.d.** 27:11 28:12 | **poll** 33:9 36:17,18 | 64:19,23 69:9,16 |
| 23:20,23 | 28:19 29:2,9 | 37:19,23 38:4,18 | 69:23 70:8,16,21 |
| **parties** 5:5 82:22 | 41:19 | 39:19,21 40:5,11 | 71:2,7 77:13 |
| 82:25 83:13 84:14 | **photograph** 37:19 | 40:18 57:10 | **press** 75:3,7,8,18 |
| **parts** 30:8 | 40:18 | **polling** 25:4 32:16 | 75:20,22 |
| **party** 26:5 52:13 | | 32:17,18,25 33:12 | |
| 54:14 78:14 82:22 | | | |
| 83:7,10 | | | |

Megan Missett
Curling, Donna v. Raffensperger, Brad
September 28, 2021

**[pretty - regard]** Page 12

pretty 38:24
previously 24:17
 55:1
primary 21:21
 22:3 40:21 46:11
print 45:5 51:2
 84:8
printed 45:14
printout 38:5
prior 13:19,21
 66:23 67:4
privacy 34:20
 43:12,14,22 44:1,3
 44:8
private 29:19 30:2
 30:11
privilege 64:4
privileged 11:22
probably 35:14
 72:3
probe 56:17,23
problem 33:19
 35:19 59:22 68:11
 69:11,25 74:21
problematic 59:24
problems 34:7
 36:2 44:13 53:14
 58:22 59:6,14
 68:14 72:6 73:1
 73:23
procedure 6:5
 85:6
procedures 32:13
proceeding 82:16
 83:6,12
processing 8:12
produce 13:15
produced 82:5,13
product 64:4
production 82:5
 82:14,15 84:19

professional 83:10
programming
 41:17
prohibited 82:20
promises 13:11
pronouncing 5:16
pronunciation
 5:17
properly 68:18
protection 50:20
provide 33:21,22
provided 75:17
 79:11
providing 41:12
pryor 4:5
psych 27:10
psychiatrist 31:1,6
psychological
 26:16
psychologist 31:21
psychologists 31:1
psychology 27:22
 27:23 28:3,12
ptsd 29:7
public 42:15 50:19
 86:23
publicly 80:5
published 63:9
purpose 10:16
 38:3 53:18
purposes 6:3,4
pursuant 85:6
put 6:19,20 45:18
 53:4 80:21

**q**

qr 45:14 71:6
qualify 18:6
question 6:6,17,21
 8:3 10:9,17 11:3,9
 11:11,15 18:10
 22:24 23:1,5,6,12

23:15 36:21 47:3
 47:10 61:14 64:7
 65:9,9,21,22,24
 66:3,8,12,19 67:22
 67:24 72:17 73:8
 74:8 79:18 80:20
 80:23 81:7
questions 5:15
 7:16 9:1 10:25
 11:19 26:24 32:2
 39:20 41:15 52:1
 52:2 67:17 73:12
 78:16 79:15 82:7
 83:4
quick 39:10
quite 56:11
quiz 23:12

**r**

r 3:20 5:1
raffensperger 1:7
 3:18 6:2
randolph 40:15
read 63:3 66:12,13
 66:15 84:6 85:2
readable 71:8
reading 6:12
real 21:9
realize 12:13
really 33:5 36:21
 36:21 41:8 50:18
 53:21 57:23 59:24
 71:22,23 74:3
reason 13:20
 46:23 47:11 77:10
 77:12 79:12 85:13
 85:16,19,22,25
 86:3,6,9,12,15,17
reasons 85:8
recall 17:2 18:4,13
 19:8 21:25 24:7
 33:11 34:1 35:2,3

37:14 39:6,22
 40:8,20 54:6
 63:18,24 64:13,17
 75:5,6,20,23
receive 27:14,25
 28:10,13
received 78:7,12
receives 82:23
recess 39:13 76:22
recollection 15:11
 35:22 36:20 43:4
 55:20
recommendations
 53:13
record 2:4 6:21
 7:25 8:19 12:14
 46:3,6 66:5,7 83:5
recording 18:24
 19:1
recover 21:11
recoverability
 21:6
recoverable 59:16
 73:25
recovery 80:9
reduced 83:5
reemerging 54:8
refer 36:24 78:19
reference 65:17
referred 20:18
 22:2 54:22,25
 62:8
referring 12:22
 17:24 51:14 55:8
 75:10,13
refers 8:12
refresh 7:2,8 12:4
 12:6,7,8 32:21
 33:5 60:10
regard 17:7

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

[registered - signature]

Page 13

registered 5:19
registration 80:1
related 37:6 41:16
 41:21 42:5 51:8
 56:22 78:13 82:16
relation 58:4
relationship 82:20
 83:8
relationships 31:2
relative 26:7 83:6
relatives 16:6,16
remedied 80:9,24
remedies 52:19
remember 24:21
 25:1 33:6 34:3
 36:22 50:3 54:11
remind 39:15
 76:24
remote 1:17
remotely 5:3
repeat 10:1 56:11
repeating 8:17
report 46:22 63:6
 63:11,12,17 64:9
 64:11
reported 68:12,13
 70:12
reporter 5:2,5
 9:12,24 10:10
 66:11,13,15,16
 82:8,11
reporting 68:21
 69:4
reports 63:4 82:24
represent 79:10
representing 80:1
represents 82:4,9
request 48:2,3
 82:17,25
requested 13:19
 13:21 47:24 55:5

66:13,15
required 28:18
requirements
 29:13,15 49:2
rerun 21:14
research 29:4
reserved 6:7 81:13
 84:6
resided 16:4
respect 13:12
responses 9:10,12
 10:24
responsiveness 6:7
result 27:15 67:15
 69:11,18,24 77:7
resulted 58:13
 68:9,10
results 38:9,9
 64:19,23 67:7,13
 67:19 71:3 77:4,6
 77:12,16,17,18,20
returned 31:20
 84:12,15
retweeting 49:18
reveal 64:2
review 14:10
 61:23 63:14 64:9
 64:13,17 84:6
reviewed 11:23
 12:2,3 13:5,24
 60:22 61:8 62:8
 62:10,14,19,21,24
 64:12
reviewing 13:23
riesdorph 4:15
 7:10
right 5:22 6:18,24
 7:12 9:6 12:25
 16:2 27:8 34:16
 40:25 48:14 52:19
 76:14 77:3 79:9

84:6
rights 48:19,21
ringer 2:17 4:3
 79:19,21,24
road 3:5
role 22:21
roof 31:11
roswell 84:22
rpr 1:18 83:17
rule 85:6
rules 6:4 85:6
run 31:10
runoff 40:22,23
 41:1 77:4,20
rural 30:8

**s**

s 5:1
sarah 27:7,18,19
 27:22 28:1
saw 7:20 31:6 47:4
saying 31:9
says 8:5 46:9,12
 46:12,15,18,19
scanner 45:4,18
scanners 42:17
schizophrenia
 29:7,8
school 27:2,4,10
 41:19
scotts 43:7
screen 43:18 51:1
seal 84:13
second 46:8,15
 61:11 62:19 78:18
secretary 3:17 6:1
secure 72:5
security 53:21
 72:6,25 73:4
see 5:18 7:3,6,6
 8:6,9,9,16 13:23
 32:22 34:19,20,21

38:6,8,10,16 39:1
 44:18,18 46:12,15
 46:15,19 48:15
 52:20 53:3 55:7
 60:15 62:11 75:21
 79:3
seeing 31:3 60:15
seeking 52:19
seen 7:18 13:18
 78:25
selections 45:14
send 13:12 49:11
 55:10 84:13,18
sending 48:9
senior 27:4
sense 12:15 19:9
 22:21 29:12 31:12
sent 14:16 30:8
 75:21
separately 12:19
september 1:14
serve 83:12
servers 56:13
services 30:5
 77:25 78:4,7,12
 82:23
session 8:10 19:15
set 30:7 43:16
 71:13
setting 9:22
shakes 35:4
shaking 9:11
share 41:13 60:10
showed 45:15
shown 21:4 62:23
shows 48:1
side 44:11
sign 76:6,6 84:6
signature 61:3
 62:5 81:13 83:15
 84:2,16 86:20

Megan Missett
Curling, Donna v. Raffensperger, Brad
September 28, 2021

**[signed - ten]**

Page 14

signed  12:4 84:10
84:12,15
signing  6:12 14:8
similar  30:3
similarly  49:5,6
simply  11:8
sit  59:5 64:22
71:12
situation  45:11
smaller  17:18
smooth  33:24
social  5:4 12:12,17
49:15,17 50:25
51:4,13 68:13
software  69:12
solely  83:11
solution  74:4
solutions  82:1
soon  50:7
sorry  12:7,21 32:6
36:8 40:7 56:10
61:10,15 69:1
70:24 73:9 74:8
sort  37:17 50:23
68:8
sound  26:17 27:8
54:15
sounds  81:8
sourced  39:7
south  41:2
southwest  40:13
40:14
speak  9:20 10:2
14:5,14,18 20:3,10
24:21 50:7 53:15
57:23 74:17 80:25
speaking  24:20
36:18
specific  52:25
53:12 57:3 58:20
62:10 82:21

specifically  25:8
63:13 67:12 75:20
specify  28:6
speculate  10:24
spelled  76:5
spelling  23:11
spent  27:9
spoke  19:14 22:1
24:13 36:16
spoken  19:16 20:6
21:23 24:11 64:10
spot  34:5
spread  30:5
spring  51:8,10
st  27:10 28:7,11
29:10
staff  8:7
stand  35:16 65:6
standing  47:7
start  6:18 77:11
started  11:10
28:14 30:24
state  3:17 6:2 18:7
29:13 55:16 83:2
stated  83:4
statement  75:7,17
85:8
statements  36:15
75:3
states  1:1 14:23
55:18
statistically  38:12
steps  45:10 57:24
stipulate  5:5
stipulated  6:10
stories  75:23
straight  8:25
street  4:5
strike  53:17,24
77:11

studies  28:8 29:2
study  27:13,15,20
studying  29:4
stuff  41:20 50:20
51:4,23
subcommittees
21:23
subcontractor
83:11
submitted  82:8,11
subscribed  86:21
substance  85:7
successful  26:9
suggesting  52:16
suite  3:6,22 4:5
84:21
sunshine  81:4
supervised  29:14
supervision  30:13
support  49:8
supportive  51:23
suppression  18:18
25:11,12,12 53:22
sure  5:15 8:1,24
9:3,9 14:10 17:17
17:19 18:6 19:13
26:9 27:4 33:15
35:7 37:16 39:2,4
47:13 49:18 64:22
70:6 72:17 74:2,9
76:19 80:13
swear  5:6
switched  69:10,17
69:23 70:9
sworn  5:10 86:21
synced  12:25
system  8:8 20:20
42:7 56:17 57:5,8
58:12 63:13 66:22
67:4,16 68:4,17,23
69:12,19 70:1,15

70:20 71:13 74:21
77:8
systematic  20:21
systems  18:16
19:5 22:12

**t**

t  2:14
take  5:3 7:6,22,23
9:13 10:11 11:6
11:12 13:13 38:13
39:10,11 46:5
59:25 60:19 61:11
70:11 71:14 76:15
76:16
taken  1:17 6:1
11:16 14:11 57:24
83:4
talk  14:1
talked  19:18 56:23
58:18
talking  23:19
39:18 51:15 52:17
73:3 80:11
tampered  57:25
tapes  37:19,23
38:4,16,18 39:2
taping  39:19,21
40:5,11,19
taylor  3:21
taylorenglish.com
3:24,25
teenager  15:8,13
tell  14:23 17:14
22:23,24 23:6,16
24:23 25:8 54:4
56:9 58:9 65:21
66:4
ten  15:10,13 17:12
17:14 18:21 39:24
40:2

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

**[tentative - utilize]**

Page 15

| | | | |
|---|---|---|---|
| tentative 59:22 | 79:13 80:11,14 | trajectory 29:11 | **u** |
| term 66:10 76:3 | 81:1 | transcript 9:13 | |
| terms 8:14 26:13 | thinking 52:16 | 10:11 82:4,7 83:4 | uh 17:22 28:9 45:6 |
| 81:3 83:11 | third 54:14 80:3 | 83:5 84:7,13,16 | 55:9 58:24 72:2 |
| terrell 40:15 | thought 12:13 | 85:2 | 76:1,11 80:7 |
| testified 5:11 | 52:7 61:21 | transferred 27:7 | undersigned 85:2 |
| 16:20,22 17:4,9 | three 33:1 37:24 | 27:18 | understand 10:18 |
| 18:4,9,15,20 19:2 | 37:25 | transparency | 23:16 25:18 45:19 |
| 19:4 21:22 24:18 | throwing 8:16 | 53:14 81:2 | 65:9,15,18,19 |
| 25:9,16,20 | time 11:6 12:11 | treatment 29:20 | 67:23 69:6 72:18 |
| testify 10:21 16:25 | 19:10 22:6,8,11 | tree 7:9 | 80:18 |
| 18:12 19:11 24:5 | 24:21 33:13 34:4 | trial 6:8 | understandably |
| 26:20 | 35:9 41:10,11,18 | tried 26:7 48:8 | 35:24 |
| testifying 17:15 | 44:14 47:5 48:9 | trouble 43:9,11 | understanding |
| testimony 9:14 | 55:2 59:23 81:11 | 44:18 | 52:4,4,9,23 53:9 |
| 10:12 14:10 17:24 | 82:22 84:15 | troubling 66:4 | 54:13 56:13 62:12 |
| 18:3,23 19:6,10 | times 8:17 17:4,13 | true 53:3 82:6,10 | 74:20 75:2 |
| 22:13 24:1,3,8,18 | 17:14 24:23 34:9 | 83:5 | understands 23:8 |
| 25:19 59:19 62:13 | 37:24 39:22 40:8 | trump 69:10,17 | undertook 45:10 |
| 63:9 78:17 85:2,7 | 41:7 43:4,19 | trust 21:3,10 | unfamiliar 35:24 |
| thank 9:19 10:6 | 44:24 70:5 | 71:21 73:17 | unique 71:25 72:1 |
| 68:3 77:2 78:17 | today 10:13,22 | trustworthiness | 74:7,15 |
| 79:16 81:10 | 11:24 12:18 13:6 | 20:19,24 | uniquely 50:6 |
| thing 8:15 38:14 | 13:7,17 14:7 | trustworthy 19:4 | united 1:1 |
| 38:15 45:5 65:16 | 37:14 47:5 59:5 | truthfully 11:17 | university 27:7,11 |
| 68:8 75:12 78:18 | 61:8 62:14,20 | try 10:5 24:22 | 27:15,16 28:8 |
| things 10:23 20:1 | 64:22 65:12 71:12 | 50:3,18 | unloading 34:11 |
| 20:12 25:5,7,8 | 79:1,3,12 | trying 18:4 19:9 | 34:12 |
| 32:20 37:1 38:1 | today's 11:17,20 | 74:14 | upheld 81:6 |
| 38:12 49:12 50:13 | told 25:13 | turned 33:20 | upset 33:19 |
| 50:23 53:22 60:2 | top 46:18 | twice 33:4 | use 6:8 22:4 71:22 |
| 68:12,22 69:5 | topic 27:20 28:22 | twitter 51:15 | 72:12,14,21 73:13 |
| think 8:7,11,17 | topics 20:10 25:15 | 75:19,24 76:2,3 | 74:6,11,24 75:1 |
| 13:23 15:1 23:2,7 | touchscreen 45:13 | two 15:20 30:17 | 85:9 |
| 24:17 25:17 26:19 | touchscreens | 43:4 58:16 62:15 | user 8:6 |
| 30:16 35:6 37:15 | 34:22 43:16 44:19 | 62:24 63:2 | usually 20:12 |
| 43:20 48:1 50:2,7 | training 29:14 | typewriting 83:5 | 36:25 37:20 40:12 |
| 50:8 54:6,20 | 32:9,11,12,15 | typically 73:21 | 50:25 |
| 56:20 59:12 61:11 | 41:16,21,24 42:2,5 | typing 56:10 | utilize 12:8 |
| 68:20 72:3 73:5 | 42:9,12,16 | | |
| 74:16 78:17 79:5 | | | |

Megan Missett
Curling, Donna v. Raffensperger, Brad

**[valid - york]**                                                    Page 16

| v | | | |
|---|---|---|---|

**v**

**valid** 64:20,25
65:1,3,14,18,22
66:1,10,17
**value** 39:1
**variety** 12:10
**various** 19:25,25
41:2
**vendors** 73:4
**venture** 67:18
**verbal** 9:10,11
**verbally** 8:22 9:17
9:18 61:24 68:1
**verified** 5:7
**verify** 7:24
**veritext** 4:15 5:6
7:11 82:1,4,9,19
84:10,19
**veritext.com.**
82:17
**video** 1:17
**videoconference**
5:7
**videoconferenci...**
6:3 9:23
**virtual** 5:6
**visible** 44:6,20
**volunteer** 50:12
**vote** 5:19,21 25:6
37:10,11 43:5
45:10,19 46:22
47:12,18,20,21
57:18,19,25 58:7
59:10,14,21 69:8
69:16 70:16 71:21
72:8 73:15,17,18
73:19,20,21 74:20
**voted** 8:16 12:11
42:22,24 43:1
44:3,22 45:2,15
48:12 55:13,13,16

55:18 58:16
**voter** 18:18 21:8
21:13 25:11,11,12
44:8 48:19 50:20
53:21 72:22 78:13
**voters** 33:14,17
44:6 49:9 68:13
71:14 72:8 74:16
**votes** 8:14 55:21
56:2,16 57:21
58:2,4,6 59:15
69:21 70:8,20
**voting** 2:4 6:20
7:25 8:10,19
12:14 17:7,8
18:11,16,18,24
19:2,5 20:1,13,16
20:20,25 21:18
22:12 24:2,6,9,19
25:2,3,10 32:4,8
34:8,15,17,19
35:22 36:6 37:7
41:22 42:3,7 43:8
43:10,18,22 44:24
46:3,6 48:11,13,21
54:23 55:20 56:17
57:8 58:10 59:15
59:17 60:3 71:23
73:3 74:25 75:4
75:18
**vs** 1:6
**vulnerabilities**
58:12

| w | | | |
|---|---|---|---|

**w**

**wait** 44:15 78:17
**waited** 48:14
**want** 5:15 7:24 8:1
11:22 22:21 39:2
39:4 52:22 58:21
**wanted** 6:17 8:24
9:3 23:7 36:10

41:13 61:16 80:2
**wanting** 18:16
80:16,17
**washington** 3:14
**watch** 34:17
**watched** 34:6
**watching** 33:9
34:8
**way** 10:10 17:20
31:9 41:14 43:16
45:8 46:18 51:1
64:21 67:9,14
68:4 71:25 72:11
72:19 73:19 74:5
74:7 77:6
**ways** 50:24 53:13
**we've** 9:8 17:18
24:14 39:9 76:16
**went** 6:15 12:4,6
27:9 28:7,18 30:9
35:9 41:1,10,18
45:17 68:22
**wide** 31:6
**william** 14:11,14
**withdraw** 66:18
72:17
**witness** 5:6,7 13:9
15:5 35:4 52:20
64:1 65:17 67:25
82:12
**woman** 80:21
**wondered** 73:5
**word** 22:24 23:8
37:9 65:16 75:1
**work** 28:25 29:1
29:23 30:3,12,14
32:24 33:3,11
34:1 49:10,14,17
49:20 50:10,12
64:3

**worked** 30:14
32:16,17 33:25
**worker** 36:17,19
**workers** 26:8
35:24 36:1
**working** 27:9
29:20 37:13
**worried** 53:21
**worry** 14:17
**writings** 63:9
**written** 75:17
**wrong** 62:13 68:23

| x | | | |
|---|---|---|---|

**x**

**x** 2:14,14

| y | | | |
|---|---|---|---|

**y**

**yeah** 8:7,15 13:20
14:1 15:15 18:25
19:13 20:9,17
23:23 30:18 34:3
34:14 36:16 40:6
48:7 53:12 54:17
58:21 60:5 65:11
68:9 69:3 73:23
74:19 76:7
**year** 15:24 19:12
27:4,9 40:24
63:19,23
**years** 15:10,13,20
18:21 30:17 37:10
**york** 14:25 15:9
15:16 27:11 29:16
29:18 30:3 55:19

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONNA CURLING, *et al.*

 *Plaintiffs*,

 v.

BRAD RAFFENSPERGER, *et al.*,

 *Defendants*.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

---

<u>**DEFENDANTS' NOTICE TO TAKE THE DEPOSITION OF
PLAINTIFF MEGAN MISSETT**</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendants Brad Raffensperger, et al., will take the upon oral examination under oath of Plaintiff Megan Missett on Tuesday, September 28, 2021, beginning at 1:00 p.m. and continuing thereafter until completed via Zoom videoconferencing through Veritext Legal Solutions. Details regarding the videoconferencing with be emailed to those participating once all arrangements are finalized.

The deposition shall be taken before a Notary Public or some other officer authorized by law to administer oaths for use at trial. The deposition will be taken by oral examination with a written and/or sound and visual record made thereof (*e.g.*, videotape, LiveNote, etc.). The deposition will be taken for the purposes of cross-examination, discovery, and for all other



**Exhibit
MM 0001**

Megan Missett

purposes permitted under the Federal Rules of Civil Procedure or any other applicable law.

This 3rd day of September, 2021.

**Robbins Ross Alloy Belinfante Littlefield LLC**

Vincent R. Russo
Georgia Bar No.: 242628
vrusso@robbinsfirm.com
Joshua B. Belinfante
Georgia Bar No.: 047399
jbelinfante@robbinsfirm.com
Alexander F. Denton
Georgia Bar No.: 660632
adenton@robbinsfirm.com
Carey Miller
Georgia Bar No.: 976240
cmiller@robbinsfirm.com
500 14th Street, N.W.
Atlanta, GA 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

**TAYLOR ENGLISH DUMA LLP**

*/s/Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
R. Dal Burton
Georgia Bar No. 097890
dburton@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830

2

dlaross@taylorenglish.com
James A. Balli
Georgia Bar No. 035828
jballi@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
lparadise@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 770.434.6868

*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 3, 2021, I caused to be served the

foregoing **DEFENDANTS' NOTICE TO TAKE THE DEPOSITION OF**

**PLAINTIFF MEGAN MISSETT** by email to the following:

Cary Ichter
Ichter Davis LLC
Suite 1530
3340 Peachtree Road N.E. Atlanta,
Georgia 30326
cichter@ichterdavis.com

Bruce P. Brown
BRUCE P. BROWN LAW LLC 1123
Zonolite Road, Suite 6 Atlanta,
Georgia 30306
bbrown@brucepbrownlaw.com

David D. Cross
Lyle F. Hedgecock
Mary G. Kaiser
Veronica Ascarrunz
Jenna B. Conway
Robert W. Manoso
Morrison & Foerster, LLP 2000
Pennsylvania Avenue, NW
Washington, DC 20006
dcross@mofo.com
lhedgecock@mofo.com
mkaiser@mofo.com
vascarrunz@mofo.com
jconaway@mofo.com
rmanoso@mofo.com

Halsey G. Knapp, Jr.
Adam Martin Sparks
Krevolin & Horst, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
hknapp@khlawfirm.com
sparks@khlawfirm.com

Kaye Burwell
David Lowman
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
kaye.burwell@fultoncountyga.gov
david.lowman@fultoncountyga.gov
cheryl.ringer@fultoncountyga.gov

Robert Alexander McGuire
Robert McGuire Law Firm
113 Cherry Street #86685
Seattle, WA 98104-2206
ram@lawram.com

This 3rd day of September, 2021.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com



Inquiry > Voter Registration

**Inquiry - View Voter Registration**

**Voter Information**

| | |
|---|---|
| Voter Name: | MARGARET G MISSETT |
| Date of Birth: | 1964 |
| Race: | WHITE NOT OF HISPANIC ORIGIN |
| Gender: | FEMALE |
| Voter Registration #: | 03920731 |
| Registration Date: | 10/07/1996 |
| Current Status: | ACTIVE |
| Status Reason: | |
| Voter Phone: | |
| E-mail: | |
| DL #/State ID: | |
| Site ID / Location: | 01 - DDS |
| SSN (Full OR Last 4 Digits): | |
| ID Required: | NO |
| US Citizen: | YES |
| Challenged Elector: | NO |

**Residence Address**

| | |
|---|---|
| Street No.: | |
| Street Name: | |
| Suffix: | |
| Apt/Unit: | |
| Address Line 2: | |
| Municipality: | ATLANTA |
| Postal City: | ATLANTA |
| County: | FULTON |
| Zip Code: | 30306 |
| State: | GA |
| Added Date: | 10/14/1996 |
| Change/Audit Date: | 12/27/2020 |
| Date of Last Contact: | 12/27/2020 |
| Date of Last Status Change: | 03/04/2008 |
| Poll Worker Interest: | |

**Voting Districts**

| | |
|---|---|
| Congressional | 005 |
| Senate | 036 |
| House | 057 |
| Judicial | ATLA |

**County Districts**

| | |
|---|---|
| Commission | 3 |

**Municipal Districts**

| | |
|---|---|
| City Council | 06 |
| Muni Brd Educ | 3 |

| | |
|---|---|
| County Precinct: | 06J |
| Municipal Precinct: | 06J |
| Voting Area/Combo #: | 00840 |

| | |
|---|---|
| County Polling Place: | MORNINGSIDE ELEM. SCHOOL 774 VIRGINA AVENUE ATLANTA, GA 30306 |
| Municipal Polling Place: | MORNINGSIDE ELEM. SCHOOL 774 VIRGINA AVENUE ATLANTA, GA 30306 |

VoteSafe:   Display Actual Address       Display Signature

**Mailing Address**

| | |
|---|---|
| Street No.: | 18 |
| Suffix: | |
| Street Name / PO Box: | HIGHLAND PARK LN NE |
| Address Line 2: | |

| | |
|---|---|
| Apt/Unit: | |
| Mailing City: | ATLANTA |
| Mailing State: | GA |
| Zip Code: | 30306 - 3447 |

| User Name | Date/Time | Memo |
|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| MARGARET G MISSETT | 10/07/1996 | 03920731 | ATLANTA 30306 |

**Previous Name(s):**

| Last Name | First Name | Middle Name |
|---|---|---|
| MISSETT | MEGAN | GRAHAM |

**Previous Address:**

| Street No | Street Name | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | ATLANTA | GA | 30306 - 3447 |
| | | | ATLANTA | GA | 30306 - 3447 |
| | | | ATLANTA | GA | 30309 - 3699 |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| MARGARET G MISSETT | 10/07/1996 | 03920731 | ATLANTA 30306 |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/1996 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 03/18/1997 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 11/03/1998 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/07/2000 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/06/2001 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 11/27/2001 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 11/05/2002 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/02/2004 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/08/2005 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 07/18/2006 | GENERAL PRIMARY | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | FULTON |
| 11/07/2006 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 02/05/2008 | PPP | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | FULTON |
| 11/04/2008 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 12/02/2008 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/03/2009 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 12/01/2009 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 11/02/2010 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/06/2012 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 03/01/2016 | PPP | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | FULTON |

**Exhibit MM 0002**

Megan Missett

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/08/2016 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 11/07/2017 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 12/05/2017 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | Yes | FULTON |
| 05/22/2018 | GENERAL PRIMARY | STATE WIDE | Absentee | | DEMOCRAT | Yes | FULTON |
| 07/24/2018 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | DEMOCRAT | Yes | FULTON |
| 11/06/2018 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 12/04/2018 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | FULTON |
| 03/24/2020 | PPP | STATE WIDE | Absentee | | DEMOCRAT | Yes | FULTON |
| 06/09/2020 | GENERAL PRIMARY | STATE WIDE | Absentee | | DEMOCRAT | Yes | FULTON |
| 08/11/2020 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | DEMOCRAT | Yes | FULTON |
| 09/29/2020 | SPECIAL ELECTION | STATE WIDE | Regular | | | Yes | FULTON |
| 11/03/2020 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 01/05/2021 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | FULTON |

Previous



| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| MARGARET G MISSETT | 10/07/1996 | 03920731 | ATLANTA 30306 |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 12/27/2020 12:41 PM | CHANGE | Other | 12/27/2020 | ABSENTEE BALLOT | FULTON | 060RSNEED | |
| 11/24/2020 10:03 AM | CHANGE | Other | 11/24/2020 | ABSENTEE BALLOT | FULTON | 060BCONNER | |
| 10/30/2020 5:37 PM | CHANGE | Other | 10/30/2020 | ABSENTEE BALLOT | FULTON | 060CSMITH1 | |
| 10/09/2020 1:35 AM | CHANGE | Other | 09/29/2020 | Express Poll In | | BRIANHILL | |
| 10/04/2020 8:42 AM | CHANGE | Other | 10/04/2020 | ABSENTEE BALLOT | FULTON | 060WMOSS | |
| 08/28/2020 11:06 PM | CHANGE | Other | 08/11/2020 | Express Poll In | | BPHIFER | |
| 06/07/2020 12:59 PM | CHANGE | Other | 06/07/2020 | ABSENTEE BALLOT | FULTON | 060SPEEK | |
| 06/07/2020 12:58 PM | CHANGE | Other | 06/07/2020 | ABSENTEE BALLOT | FULTON | 060SPEEK | |
| 06/03/2020 8:34 AM | CHANGE | Other | 06/03/2020 | ABSENTEE BALLOT | FULTON | 060SASKIN | |
| 03/09/2020 5:52 PM | CHANGE | Other | 03/09/2020 | ABSENTEE BALLOT | FULTON | 060LGRIMES | |
| 05/23/2019 3:13 PM | CHANGE | Name, Mailing Address, Residence Address, Other | 04/30/2019 | | FULTON | 060CWALKER | 01 - DDS |
| 11/30/2018 7:27 PM | CHANGE | Other | 11/30/2018 | ABSENTEE BALLOT | FULTON | 060BSMITH | |
| 10/31/2018 7:38 PM | CHANGE | Other | 10/31/2018 | ABSENTEE BALLOT | FULTON | 060SSHAHID | |
| 08/13/2018 5:06 AM | CHANGE | Other | 07/24/2018 | Express Poll In | | JHALLMAN | |
| 05/18/2018 6:56 PM | CHANGE | Other | 05/18/2018 | ABSENTEE BALLOT | FULTON | 060KMORGAN | |
| 12/14/2017 10:28 PM | CHANGE | Other | 12/05/2017 | Express Poll In | | JHALLMAN | |
| 10/27/2017 7:01 PM | CHANGE | Other | 10/27/2017 | ABSENTEE BALLOT | FULTON | 060LWASHINGTON | |
| 11/03/2016 7:56 PM | CHANGE | Other | 11/03/2016 | ABSENTEE BALLOT | FULTON | 060USHANNON | |
| 03/12/2016 12:59 AM | CHANGE | Other | 03/01/2016 | Express Poll In | | SJACKSON | |
| 01/17/2014 9:32 AM | CHANGE | Residence Address | 11/06/2012 | REDISTRICTING | FULTON | 060AFRASIER | |
| 12/03/2012 12:00 AM | NEW VOTER | | 11/06/2012 | CON | | ENETCONV11 | 03 - County |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| MARGARET G MISSETT | 10/07/1996 | 03920731 | ATLANTA 30306 |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|
| REGISTRATION | 06/24/2019 | | REGISTRATION | 📕 |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| MARGARET G MISSETT | 10/07/1996 | 03920731 | ATLANTA 30306 |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|
| | | | |

Previous

# IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, et al. | ) |
| Plaintiff, | ) |
| vs. | ) **CIVIL ACTION FILE NO.: 1:17-cv-2989-AT** |
| BRIAN P. KEMP, et al. | ) |
| Defendant. | ) |

## DECLARATION OF MEGAN MISSETT

**MEGAN MISSETT** hereby declares as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. I am a Georgia voter, registered to vote at my residence at ███████████ ████████████

3. I am a member of the Coalition for Good Governance.

4. I will vote in the March 24, 2020 primary election, and all other elections in the jurisdictions in which I am eligible to vote. For many years I have been an active and frequent Fulton County voter and volunteer hundreds of hours a year to encourage others to vote.

5. I have not yet decided how I will vote if ballot marking devices with barcodes are installed in Fulton County. I am torn and frustrated about this

1



dilemma because the two choices the State permits do not support secure verifiable ballots that can be cast on election day in my polling place.

6. I prefer to vote on Election Day at my neighborhood precinct with my friends and participate with my neighbors in the community exercise of voting, and also with the Election Day benefit of having the latest news and information on questions and candidates on the ballot.

7. I greatly value the experience of voting on Election Day in my neighborhood as a shared civic experience, however, Georgia continues to make this a more difficult choice to make if I want to ensure that I will be permitted to vote without obstacles created by erroneous pollbooks, to cast a vote that I can read and verify, and vote an absolutely secret ballot.

8. The most important decision for me in the method and time of voting is to cast a secure ballot that I know reflects my choices.  But Fulton County does not permit hand marked paper ballot voting in the polling place on Election Day or in in-person early voting, and plans to only use unreliable, insecure Ballot Marking Device voting in the polling places. The BMDs would print my vote in an encoded barcode which I cannot read and so I cannot verify that my ballot reflects my choices.

9. I am aware that there were systemic problems with the electronic pollbooks during the November 2018 general elections and many prior elections,

2

which resulted in authorized voters being turned away from their correct polling place; sent to wrong polling places; denied access to voting; or being forced to vote provisionally. I have attended meetings with Georgia election officials about their plans to migrate to a new electronic pollbook system and am deeply concerned by the apparent lack of planning that would be required to fix these systemic problems.

10. I am also aware that the new optical ballot scanners that will be used next year may have been designed in a way that would allow in-person scanned votes to be tied back to the individual voter, thus thwarting the secret ballot.

11. To ensure that I can verify my vote; avoid the risk that electronic pollbook errors keep me from voting; and keep my ballot secret, I am unhappily considering the choice to vote several days prior to Election Day by mail ballot, foregoing the benefits of voting on Election Day. I will make my decision closer to election day after more information is available on the security of the voting system including the pollbooks in Fulton County

12. If I choose to vote by mail, to be certain that my mail ballot vote will be counted, I must mail or deliver my mail ballot well before each election to ensure that it is accepted in time for me to remedy possible delivery failure or any deficiencies in signature match or oath information details.

13. I do not like accepting this disadvantage in casting my ballot before Election Day, but  unless Fulton County is forced to adopt hand marked paper ballots, such a voting disadvantage as the only reasonable alternative that allows me to verify my vote so that it can be properly counted and audited.

14. This year I have dedicated approximately  950  hundred hours to voting rights, voter registration and candidates' campaign activities. I will be spending hundreds more hours between now and the March 24 primaries talking with voters, encouraging them to vote. I have mixed feelings about recommending that all voters cast mail ballots, but that is my current recommendation, given that it is the only manner of voting in Fulton County that allows me to verify my selections before I cast my vote.

15. In the many conversations I have had with potential voters in the last few weeks, it is clear that many voters are well aware of the problems with BMDs, the systemic problems of the electronic pollbooks, and the State's slow and non-transparent efforts to fix them. Voters have expressed to me that they question whether it is worth voting.

16. I recognize that encouraging voters to vote a paper mail ballot at least creates a paper trail if there is a contested election, but does little to improve election security without a thorough audit of the optical scan units and tabulation server. I believe that mail ballot voting is a more secure method of

4

voting that may be beneficial if post-election reviews take place, although the risk of mail ballot loss and rejection are unacceptable as well.

17. Dana Bowers shared with me a document and information concerning the high number of mail ballot rejections that was referenced in her Second Declaration in this case. (Doc. 277 p.47 ¶ 8-10.) I am concerned about recommending mail ballots as a safe voting method with the unfair rules that Georgia uses to issue and accept mail ballots.

18. If I choose to go to the unwanted effort and inconvenience to cast a mail ballot, I will do so early enough to cure any problems and follow the ballots progress on the SOS website, and I will encourage other voters to do the same, urging them to do so cautiously, understanding the risks against the benefits of casting a paper ballot that can be reviewed and recounted.

19. As I stated in my declaration of May 21, 2019 (Doc. 413. Decl. Missett ¶ 6 – 10), the absolute secrecy of my ballot is important to me, and I hesitate to vote a ballot that can be traced to me. It is my understanding that the Dominion ImageCast scanner creates an electronic record of the time and order of the ballot cast by in person voters in the polling place.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

5

Executed on this date, October <u>20</u>, 2019

_____

Megan Missett

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| DONNA CURLING, et al. )<br><br>Plaintiff, )<br><br>vs. )<br><br>BRIAN P. KEMP, et al. )<br><br>Defendant. )<br> ) )<br> ) )<br> ) ) | **CIVIL ACTION FILE NO.: 1:17-cv-2989-AT** |

## DECLARATION OF  MEGAN MISSETT

**MEGAN MISSETT** declares, under penalty of perjury, pursuant to 28

U.S.C. § 1746, that the following is true and correct:

1.  I have personal knowledge of all facts stated in this declaration, and if
    called to testify, I could and would testify competently thereto.

2. I am a Plaintiff in this case and a registered voter in Fulton County. I
   voted in the November 6, 2018 election on a DRE touchscreen machine
   on October 31, 2018 at the early voting location at Ponce de Leon
   Library.

3. I am a politically active citizen, and spend several hundred hours each
   year volunteering in candidates' campaigns and political activities. I take
   my right and responsibility to vote seriously. Therefore,  I struggled for
   weeks with whether to vote on unreliable touchscreen machines or

**Exhibit
MM 0004**

Megan Missett

submit a mail-in ballot to the Fulton County Elections Department with a known track record for improper handling of mail ballots.

4. As Election Day grew closer and I became more aware of reports of mail ballot application, mail ballot rejections and delivery failures, I decided to take the risk of voting on the touchscreen machines. I feel having to evaluate the least risky way of voting because of Georgia's poor election administration is a bad choice for voters to be required to make to exercise their right to vote.

5. After learning about the high undervote level in the Lieutentant Governor's race that occurred only on touchscreen machines at anomalous rates, I now regret my choice to vote on the DRE, because of the risk that my vote for Lieutenant Governor may not have counted.

6. I am also very troubled to see the state confirm my fears that electronic ballots are traceable to the individual voter. I have read the State's Motion to Quash Non-Party Subpoena statement that the disclosure of electronic records of cast ballots would "destroy the secrecy of the ballot." [Doc. 369 p. 22-23]

7. The disclosure of individual electronic ballot records should never cause a problem, as I expect my voted ballot choices to be completely anonymous to protect my voters' rights to a secret ballot.

8. I have had concerns for some time that the DRE machines may use electronic identifiers in the records that can connect the voter with their ballot.  I have noticed a number displayed on the DRE screen once I cast my ballot, and that number appears to be a unique identifier. I am now further concerned that my ballot is not anonymous based on the statements made by the Secretary of State in his motion.

9. Although I am politically active and express most of my political views very openly, I also depend on the anonymity of my ballot to be able to make my final choices privately and freely without evaluating the risk of disclosure of my vote. There are times that I quietly choose not to vote for some candidates or ballot questions that my friends and co-workers ask me to. Politically active voters may find the need for such privacy especially true in primary elections, when they are friendly with multiple competing candidates.

10. In addition to concern about whether my vote is accurately counting on a DRE machine,  if I vote on a DRE, I also have to evaluate with every vote whether I should vote my conscience if there is risk of disclosure of my vote. In my view, having to make such calculations standing at the voting machine is not consistent with a free and fair election.

Executed on this date, May <u>21</u>, 2019.

_____

Megan Missett