| Date | | Hours | Description | Rate | Amount |
|------|---|-------|-------------|------|--------|
| 4/9/19 | CI | 3.3 | Exchange emails with Mr. Brown; review email from Mr. Cross regarding status report idea; review status report; attend status report conference. | $625.00 | $2,062.50 |
| 4/10/19 | JL | 0.5 | Update electronic case files with Defendants' Notice of Filing Exhibits; update electronic case files with Order setting briefing schedule; calendar same. | $195.00 | $97.50 |
| 4/16/19 | JL | 0.2 | Update electronic case files with recent pleadings. | $195.00 | $39.00 |
| 4/22/19 | JL | 0.2 | Update electronic case files with information regarding BMDs. | $195.00 | $39.00 |
| 4/24/19 | JL | 0.1 | Update electronic case files with recent pleadings. | $195.00 | $19.50 |
| 4/30/19 | JL | 0.1 | Update electronic case files with State Defendants' Motion to Quash Subpoena and exhibits to same. | $195.00 | $19.50 |
| 5/9/19 | JL | 0.1 | Update electronic case files with Notice of Appearance. | $195.00 | $19.50 |
| 5/14/19 | JL | 0.1 | Update electronic case files with Coalition Plaintiffs' Response to Defendants' Motion to Quash. | $195.00 | $19.50 |
| 5/16/19 | JL | 0.1 | Update electronic case file with recent pleadings. | $195.00 | $19.50 |
| 5/21/19 | CI | 0.5 | Exchange emails with Ms. Marks regarding special master concept; review exchange of emails on order on motion to dismiss. | $625.00 | $312.50 |
| 5/23/19 | CI | 2.5 | Meeting of team to discuss status, strategy, schedule and special master. | $625.00 | $1,562.50 |
| 5/24/19 | CI | 2.3 | Prepare for, attend and participate in conference call with court regarding scheduling team conference call; conference with Ms. Marks; exchange various emails with team and court. | $625.00 | $1,437.50 |
| 5/24/19 | JL | 0.5 | Update electronic case files with Notice of Plaintiff's Proposed Schedule; calendar proposed deadlines. | $195.00 | $97.50 |
| 5/24/19 | JL | 0.2 | Update electronic case files with Minute Entry regarding 5/24/19 telephonic hearing; update calendar with revised deadlines. | $195.00 | $39.00 |
| 5/25/19 | CI | 0.3 | Review various emails from Ms. Marks and Mr. Brown. | $625.00 | $187.50 |
| 5/26/19 | CI | 0.3 | Review emails from Ms. Marks. | $625.00 | $187.50 |
| 5/27/19 | CI | 1.3 | Review summary of discovery proposed by plaintiffs; exchange emails with Ms. Marks; review and revise redlined version of summary of discovery; prepare email to Mr. | $625.00 | $812.50 |
| 5/28/19 | CI | 1 | Exchange various emails with Ms. Marks, Mr. Brown and Mr.Cross regarding motions and conference with the court. | $625.00 | $625.00 |
| 5/28/19 | JL | 0.4 | Update electronic case files with sample Requests for Admission; finalize, file, and serve Motion for Leave to Bring Electronics Into Court. | $195.00 | $78.00 |
| 5/29/19 | CI | 4 | Review revisions to Curling discovery notice; exchange multiple emails with team regarding Coalition notice; review, revise and file Coalition notice; review brief regarding joinder of municipalities; review order denying motion to dismiss; review motion to permit client representatives to attend hearing; prepare email to court; prepare email to all counsel regarding conference call before Friday meeting with court. | $625.00 | $2,500.00 |
| 5/29/19 | JL | 1 | Revise Requests for Admission to Secretary of State and to Fulton Board; prepare Certificates of Service for both, confirming all current counsel of record with court docket. | $195.00 | $195.00 |
| 5/29/19 | JL | 0.1 | Update electronic case files with recent pleadings. | $195.00 | $19.50 |
| 5/29/19 | JL | 0.3 | Finalize and file Coalition Plaintiff's Notice Regarding Discovery. | $195.00 | $58.50 |

Ichter Davis Time

| | | | | | |
|---|---|---|---|---|---|
| 5/30/19 | CI | 7 | Exchange multiple emails with Ms. Marks and team regarding upcoming hearing; prepare various emails to Mr. Cross and his team regarding schedule change; review materials from SAFE Commission; review state defendant's motion to quash Morgan Co. subpoena; prepare for hearing; review plaintiffs' brief related to municipal elections; review Smith v. DeKalb decision; review Fair Fight decision; travel to dinner meeting with team. | $625.00 | $4,375.00 |
| 5/30/19 | JL | 0.5 | Prepare and file Rule 5.4 Certificate regarding Coalition Plaintiffs' Requests for Admission to Secretary of State and Requests for Admission to Fulton Board. | $195.00 | $97.50 |
| 5/31/19 | CI | 5.5 | Prepare for hearing; review defendant's response to notice of discovery; prepare argument in response; travel to courthouse; meeting of all counsel; meeting with Judge Totenberg and all counsel; conference with Mr. Powers; conference with Ms. Marks; exchange emails with team. | $625.00 | $3,437.50 |
| 5/31/19 | WDD | 0.4 | Review, revise, and file Coalition Plaintiffs' notice of amended proposed schedule. | $350.00 | $140.00 |
| 6/2/19 | CI | 0.8 | Exchange emails with team regarding status, strategy and schedule. | $625.00 | $500.00 |
| 6/3/19 | JL | 0.7 | Finalize and file Brody Application for Pro Hac Vice admission; update electronic case files with Defendants' Response to Plaintiffs' Anticipated Discovery Questions; update electronic case files with Curling Plaintiffs' Motion for Injunction and with Minute Entry for 5/31/19 Hearing. | $195.00 | $136.50 |
| 6/4/19 | CI | 1.5 | Review exchange of emails from Ms. Marks, Mr. Brown, Mr. Russo, Mr. Cross, Mr. Rosenberg, Mr. Martin and Mr. Maguire regarding status and schedule; prepare email regarding strategy related to reply brief. | $625.00 | $937.50 |
| 6/4/19 | JL | 0.5 | Email exchange regarding Brody pro hac vice application; update electronic case files with Fulton Answer to Curling Second Amended Complaint and with Fulton Answer to Coalition Plaintiffs' Third Amended Complaint. | $195.00 | $97.50 |
| 6/4/19 | JL | 0.1 | Update electronic case files with Curling Plaintiff's 5.4 Certificate. | $195.00 | $19.50 |
| 6/5/19 | CI | 0.8 | Review email exchange regarding schedule; assessment of Curling discovery and possible conference call; review scheduling order for brief. | $625.00 | $500.00 |
| 6/5/19 | CI | 1.5 | Exchange emails regarding proposed discovery order and 26(f) conference; participate in conference call regarding 26(f) conference and issues related to filing preliminary injunction brief; prepare email to Fulton County and Secretary of State's counsel regarding RFPs and RFAs. | $625.00 | $937.50 |
| 6/5/19 | JL | 0.1 | Update electronic case files with Answer of Secretary of State. | $195.00 | $19.50 |
| 6/6/19 | CI | 0.8 | Exchange emails regarding consent schedule and protective order; review emails from team regarding schedule. | $625.00 | $500.00 |
| 6/6/19 | CI | 1 | Exchange emails with Ms. Marks and Mr. Brown; review various emails regarding filings and discovery schedule. | $625.00 | $625.00 |
| 6/7/19 | JL | 0.1 | Update electronic case files with Fulton Defendant 5.4 Certificate and Discovery Responses. | $195.00 | $19.50 |
| 6/8/19 | CI | 0.8 | Review various emails regarding finalizing and serving discovery requests; review discovery requests; conference with Ms. LeMieux regarding service. | $625.00 | $500.00 |
| 6/10/19 | JL | 0.1 | Update electronic case files with 5.4 Certificate. | $195.00 | $19.50 |
| 6/11/19 | JL | 0.1 | Email exchange with D. Brody regarding pro hac vice fees. | $195.00 | $19.50 |

Ichter Davis Time

Ichter Davis Time

| Date | Person | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 6/12/19 | CI | 0.5 | Exchange various emails with team regarding co-counsel agreement, upcoming depositions, and defendants' position regarding mootness. | $625.00 | $312.50 |
| 6/12/19 | JL | 0.1 | Update electronic case files with Fulton Defendant's 5.4 Certificate. | $195.00 | $19.50 |
| 6/13/19 | CI | 0.5 | Review co-counsel agreement; exchange various emails with counsel. | $625.00 | $312.50 |
| 6/14/19 | JL | 0.1 | Update electronic case files with deposition notice. | $195.00 | $19.50 |
| 6/17/19 | JL | 0.1 | Update electronic case files with Secretary of State Defendant's Response to Requests for Admission. | $195.00 | $19.50 |
| 6/17/19 | JL | 0.2 | Update electronic case files with 5.4 Certificate and with Notice of Deposition of Duran; calendar same. | $195.00 | $39.00 |
| 6/18/19 | JL | 0.2 | Update electronic case files with Joint Discovery Plan and Motion to Exceed Page Limitations. | $195.00 | $39.00 |
| 6/24/19 | CI | 0.3 | Review exchange of various emails. | $625.00 | $187.50 |
| 6/25/19 | JL | 0.1 | Update electronic case files with Certificate of Service. | $195.00 | $19.50 |
| 6/25/19 | JL | 0.5 | Update electronic case files with Scheduling Order; calendar deadlines. | $195.00 | $97.50 |
| 6/26/19 | JL | 0.6 | Examine and scan documents produced by Bartow County in response to subpoena. | $195.00 | $117.00 |
| 6/27/19 | JL | 0.5 | Update electronic case files with Coalition Plaintiffs' Motion for Preliminary Injunction and Brief in Support and with Curling Plaintiffs' Notice of Joinder; update electronic case files with Fulton Defendant's 5.4 Certificate; update electronic case files with Secretary of State defendant's pleadings. | $195.00 | $97.50 |
| 6/27/19 | JL | 0.1 | Update electronic case files with Notice of Filing. | $195.00 | $19.50 |
| 6/27/19 | JL | 0.2 | Email exchange forwarding Bartow County document production in response to subpoena. | $195.00 | $39.00 |
| 7/1/19 | JL | 0.5 | Update electronic case files with Supplemental Initial Disclosures, State Defendants' Certificate of Service of Discovery, Minute Sheet, and Amicus Brief. | $195.00 | $97.50 |
| 7/2/19 | CI | 0.5 | Exchange various emails with Mr. Belanfante and team. | $625.00 | $312.50 |
| 7/2/19 | Audrey Berland (AB) - attorney | 0.6 | Numerous email communications with the team regarding strategy call to discuss spoliation and other outstanding issues. | $350.00 | $210.00 |
| 7/2/19 | JL | 0.2 | Update electronic case files with Fulton Defendant's Certificate of Discovery and with deposition notices; calendar same. | $195.00 | $39.00 |
| 7/3/19 | CI | 1 | Review emails exchanged between counsel; conference call with Mr. Marks, Mr. Brown and Mr. McGuire regarding spoliation issue; exchange emails with Mr. Brown regarding same. | $625.00 | $625.00 |
| 7/3/19 | AB | 1.3 | Participate in conference call with the team regarding motion regarding spoliation and other outstanding issues; begin legal research regarding issues raised during the call. | $350.00 | $455.00 |
| 7/3/19 | JL | 0.7 | Update electronic case files with recent docket entries 232 through 234 with exhibits. | $195.00 | $136.50 |
| 7/5/19 | AB | 0.4 | Several email communications with the team regarding management of depositions. | $350.00 | $140.00 |
| 7/6/19 | CI | 0.3 | Exchange various emails with Ms. Marks regarding defending deposition and spoliation issues. | $625.00 | $187.50 |
| 7/8/19 | AB | 4.7 | Prepare Plaintiffs' Second Set of Interrogatories to Defendant Secretary of State; prepare Plaintiffs' Second Requests for Admission to Defendant Secretary of State and the exhibits thereto; prepare Plaintiffs' 5.4 Certificate of Service of Discovery. | $350.00 | $1,645.00 |

Ichter Davis Time

| Date | Initials | Hours | Description | Rate | Amount |
|------|----------|-------|-------------|------|--------|
| 7/9/19 | AB | 2.1 | Prepare Notice of Filing Subpoena; begin drafting Subpoena; several email communications regarding the same; email communications regarding the spoliation issues and back-up documentation. | $350.00 | $735.00 |
| 7/11/19 | CI | 0.5 | Review exchange of emails between counsel. | $625.00 | $312.50 |
| 7/12/19 | CI | 3 | Review spoliation materials; begin work on brief -- outline and argument. | $625.00 | $1,875.00 |
| 7/12/19 | AB | 0.8 | Begin legal research regarding spoliation law for the brief. | $350.00 | $280.00 |
| 7/13/19 | CI | 2 | Review spoliation materials; review spoliation caselaw; exchange emails with team. | $625.00 | $1,250.00 |
| 7/13/19 | AB | 4.3 | Continue legal research regarding whether state or federal law applies with regard to assessing a claim of spoliation; prepare short memorandum of law regarding the same; numerous email communications with counsel regarding the spoliation brief and other issues. | $350.00 | $1,505.00 |
| 7/14/19 | CI | 7 | Attention to spoliation portions of brief; various emails with Ms. Marks, Mr. Brown and Mr. Maguire; review all spoliation emails and other communications. | $625.00 | $4,375.00 |
| 7/14/19 | AB | 6.4 | Continue legal research regarding whether state or federal law applies with regard to assessing a claim of spoliation; research for case law supporting the proposition that lawyers representing the government are held to a higher standard of conduct than those representing private parties; prepare memorandum; numerous email and telephone communications with counsel regarding status of briefing. | $350.00 | $2,240.00 |
| 7/15/19 | CI | 1.3 | Continued work on spoliation brief; conference with Ms. Berland regarding same. | $625.00 | $812.50 |
| 7/15/19 | AB | 0.7 | Review and revise briefing regarding plaintiffs' spoliation claim. | $350.00 | $245.00 |
| 7/16/19 | CI | 1 | Exchange emails with team regarding spoliation brief; review Ms. Marks' revisions to brief; prepare email message to team. | $625.00 | $625.00 |
| 7/16/19 | JL | 1.8 | Update electronic case files with State Defendants' Response to Plaintiffs' Proposal re GEMS Database, Defendant Certificate of Discovery, Plaintiffs' Certificate of Discovery, deposition transcripts, Fulton Defendants' Consolidated Response in Opposition to Plaintiffs' Motions for Preliminary Injunction, and Minute Sheet. Download and update electronic case files with deposition transcripts and exhibits. | $195.00 | $351.00 |
| 7/17/19 | CI | 0.8 | Exchange emails with Mr. Brown and Ms. Marks; exchange emails with Mr. Brown; monitor exchange of emails. | $625.00 | $500.00 |
| 7/17/19 | AB | 0.2 | Revise portion of brief regarding spoliation. | $350.00 | $70.00 |
| 7/17/19 | JL | 0.1 | Update electronic case files with Curling pleadings and Order. | $195.00 | $19.50 |
| 7/17/19 | JL | 0.5 | Create online application form; file Pro Hac Vice application for Ezra Rosenberg. | $195.00 | $97.50 |
| 7/18/19 | JL | 1 | Update electronic case files with transcripts and exhibits and pleadings. | $195.00 | $195.00 |
| 7/19/19 | JL | 0.5 | Update electronic case files with recent pleadings. | $195.00 | $97.50 |
| 7/21/19 | CI | 0.5 | Exchange various emails regarding spoliation issue. | $625.00 | $312.50 |
| 7/22/19 | CI | 1 | Conference call with Mr. Brown and Ms. Marks regarding spoliation brief; review and revise spoliation brief. | $625.00 | $625.00 |
| 7/22/19 | JL | 1 | Update electronic case files with recent pleadings; finalize, file and serve pro hac vice application for J. Conarck. | $195.00 | $195.00 |
| 7/23/19 | CI | 1.8 | Continued work on spoliation brief; email to team. | $625.00 | $1,125.00 |

| Date | Initials | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 7/23/19 | JL | 2 | Work on hearing brief; prepare exhibits; update electronic case files with recent pleadings. | $195.00 | $390.00 |
| 7/24/19 | CI | 1.5 | Various modifications to spoliation brief; exchange emails regarding content of brief and plan for filing; review exchange of emails among counsel. | $625.00 | $937.50 |
| 7/24/19 | JL | 2.5 | Prepare all exhibits to hearing brief on spoliation; assist final editing, finalize and prepare service copies of hearing brief; update electronic case files with court-stamped pleadings. | $195.00 | $487.50 |
| 7/25/19 | CI | 3.7 | Travel to and attend preliminary hearing; conference regarding filing of spoliation brief. | $625.00 | $2,312.50 |
| 7/25/19 | JL | 0.5 | Finalize and file hearing brief on spoliation. | $195.00 | $97.50 |
| 7/26/19 | JL | 0.1 | Update electronic case files with court-stamped pleadings. | $195.00 | $19.50 |
| 7/29/19 | CI | 2.3 | Exchange various emails with Ms. Marks and team members regarding barcode system selected by State; review and revise brief in response to State's supplement. | $625.00 | $1,437.50 |
| 7/29/19 | JL | 0.5 | Update electronic case files with court-stamped pleadings and with Shamos transcript. | $195.00 | $97.50 |
| 7/30/19 | CI | 7.5 | Review exchange of emails regarding award for barcoding system; exchange emails with team regarding same; conference with Ms. Marks regarding sanctions motion; conference call with Mr. Brown and Ms. Marks; review defendants' response to spoliation brief; begin work on reply; various communications with Ms. Marks and Mr. Brown regarding same; prepare email to Mr. Rosenberg. | $625.00 | $4,687.50 |
| 7/31/19 | WDD | 1 | Assist Mr. Ichter with research for reply brief on spoliation motion. | $350.00 | $350.00 |
| 7/31/19 | CI | 7 | Continued work on spoliation reply; meeting with Ms. Marks regarding same; transmit circulation copy to team. | $625.00 | $4,375.00 |
| 7/31/19 | JL | 0.5 | Compile documents for preparation of reply to State Defendants' response to spoliation brief. | $195.00 | $97.50 |
| 8/1/19 | JL | 3 | Update electronic case files with court-stamped pleadings; work on Coalition Plaintiffs' Reply Brief on Evidentiary Presumption Arising from Spoliation of Evidence; finalize, file, and serve same. | $195.00 | $585.00 |
| 8/1/19 | CI | 2 | Review and revise spoliation reply based upon comments of all team members; conference with Mr. Brown; conference with Ms. LeMieux regarding logistics of filing. | $625.00 | $1,250.00 |
| 8/2/19 | CI | 0.5 | Exchange emails with Mr. Brown and Ms. Marks. | $625.00 | $312.50 |
| 8/3/19 | CI | 1.5 | Review materials on BMDs and prepare memo regarding same. | $625.00 | $937.50 |
| 8/5/19 | CI | 1.5 | Work on spoliation issue; prepare memo regarding same; prepare email to Mr. Belinfante regarding contacting FBI. | $625.00 | $937.50 |
| 8/6/19 | CI | 3.3 | Review exchange of emails regarding next steps -- certification, implementation and resources for barcode system; conference call with team; exchange emails with Mr. Belinfante regarding FBI; prepare email to Agent Green; prepare email to Mr. Cross; begin to review sanctions materials regarding GEMS. | $625.00 | $2,062.50 |
| 8/7/19 | JL | 0.2 | Update electronic case files with Plaintiffs' Joint Objections to State Defendants' Redactions and Motion to Seal. | $195.00 | $39.00 |

| Date | Atty | Hours | Description | Rate | Amount | | |
|------|------|-------|-------------|------|--------|---|---|
| 8/7/19 | CI | 3.5 | Many emails with Mr. Belinfante, Agent Green, Ms. Marks, Mr. Cross, Mr. Draper and Mr. Barlow regarding obtaining FBI image of server; review joint statement. | $625.00 | $2,187.50 | | |
| 8/8/19 | JL | 0.1 | Update electronic case files with Objection to Filing Under Seal. | $195.00 | $19.50 | | |
| 8/8/19 | CI | 1.5 | Various communications with Ms. marks, Mr. Belinfante and Agent Green, as well as forensic techs with Relevant Data. | $625.00 | $937.50 | | |
| 8/9/19 | JL | 0.1 | Update electronic case files with Notice by State Defendants. | $195.00 | $19.50 | | |
| 8/9/19 | CI | 1 | Various attempted communications with Mr. Belinfante and Agent Green; various communications with Ms. Marks regarding image of KSU server; exchange emails with | $625.00 | $625.00 | | |
| 8/10/19 | CI | 0.5 | Review reply brief on GEMS database discovery. | $625.00 | $312.50 | | |
| 8/11/19 | CI | 1 | Prepare email to Ms. Marks regarding sanctions brief; prepare email to Mr. Belinfante and Agent Green regarding KSU server; complete review of GEMS discovery brief; exchange various emails with Ms. Marks regarding server image and sanctions brief. | $625.00 | $625.00 | | |
| 8/12/19 | JL | 0.3 | Identify and print specific pleadings for attorney use in preparation of briefing. | $195.00 | $58.50 | | |
| 8/12/19 | CI | 2 | Telephone call to Mr. Belinfante; various communications with Mr. Brown, Ms. Marks and Mr. Cross; review and revise motion to tax costs (sanctions); prepare email to Agent Green and Mr. Belinfante; review email from Mr. Belinfante; prepare emails to Relevant Data technicians regarding extracting data from FBI drive. | $625.00 | $1,250.00 | | |
| 8/13/19 | CI | 1 | Various emails to and from Ms. Marks, Mr. Belinfante and Relevant Data; review additional changes to sanctions brief; prepare email to Mr. Cross; exchange emails regarding status of image of server; review and revise email to Mr. Belinfante. | $625.00 | $625.00 | | |
| 8/14/19 | CI | 0.3 | Exchange emails with Ms. Marks regarding FBI image issue. | $625.00 | $187.50 | | |
| 8/15/19 | CI | 0.5 | Review court's order on preliminary injunction; exchange emails with team | $625.00 | $312.50 | $75,050.00 | 147.7 |
| **PHASE VII** | | | | | | | |
| 8/21/19 | WDD | 0.3 | Attention to billing records for fee application. | $350.00 | $105.00 | | |
| 8/22/19 | WDD | 2.7 | Continued attention to billing records for fee application. | $350.00 | $945.00 | | |
| 8/28/19 | WDD | 0.1 | Continued attention to billing records in support of fee application. | $350.00 | $35.00 | | |
| 10/4/19 | WDD | 1.4 | Finalize billing records in support of fee declaration. | $350.00 | $490.00 | $3,012.50 | |
| | | | Prepare fees declaration; review summary of tasks and billings; prepare summary justifying spoliation brief filed in support of preliminary injunction motion. | $625.00 | $1,437.50 | | |
| 10/8/19 | CI | 2.3 | | | | | 6.8 |
| | | | **TOTAL** | | **$155,912.50** | **$ 155,912.50** | 294.6 |

Case 1:17-cv-02989-AT   Document 530-5   Filed 10/16/19   Page 162 of 342

E

X

H

I

B

I

T


2

Ichter Davis Costs

| Date | Description | Unit Price | Total |
|---|---|---|---|
| April-18 | Copies | $0.15 | $45.00 |
| May-18 | Parking | | $18.00 |
| May-18 | Copies | $0.15 | $56.25 |
| June-18 | Copies | $0.15 | $3.75 |
| July-18 | Westlaw | | $26.14 |
| August-18 | Copies | $0.15 | $31.95 |
| September-18 | Copies | $0.15 | $76.80 |
| October-18 | Westlaw | | $64.08 |
| November-18 | Copies | $0.15 | $237.45 |
| December-18 | Postage | | $2.68 |
| December-18 | Copies/Delivery | | $178.86 |
| December-18 | Copies | $0.15 | $49.95 |
| January-19 | Parking | | $15.00 |
| April-19 | Parking | | $18.00 |
| April-19 | Copies | $0.15 | $10.95 |
| May-19 | Copies | $0.15 | $21.90 |
| June-19 | Postage | $2.20 | $17.60 |
| June-19 | Parking | | $20.00 |
| June-19 | Parking | | $18.00 |
| June-19 | Copies | $0.15 | $141.90 |
| July-19 | Copies | $0.15 | $212.25 |
| August-19 | Westlaw | | $15.46 |
| August-19 | PHV fee | | $150.00 |
| August-19 | PHV fee | | $150.00 |
| August-19 | Filing Fee | | $190.03 |
| | **TOTAL** | | **$1,772.00** |

Ichter Davis Costs

Case 1:17-cv-02989-AT   Document 1505-2   Filed 10/16/19   Page 164 of 342

E

X

H

I

B

I

T


E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **CA No. 1:17-cv-2989-AT** |
| v. | * | |
| | * | |
| BRAD RAFFENSPERGER, et al., | * | |
| | * | |
| **Defendants.** | * | |

## DECLARATION OF EZRA D. ROSENBERG

1. My name is Ezra D. Rosenberg.  I am over the age of twenty-one (21) years of age and am fully competent to execute this Declaration.  I have knowledge of the facts recited here, which are true and correct, and are based on my personal knowledge and my review of the records of the Lawyers' Committee for Civil Rights Under Law (hereinafter, "Lawyers' Committee").

2. I make this Declaration in support of the Special Motion for Attorneys' Fees and Expenses filed by Plaintiffs in this action.

3. The Lawyers' Committee is a nonpartisan, nonprofit organization, formed in 1963 at the request of President John F. Kennedy to enlist the private bar's leadership and resources in combating racial discrimination and the resulting inequality of opportunity. The principal mission of the Lawyers' Committee is to

1

secure equal justice for all through the rule of law, targeting in particular the inequities confronting African Americans and other racial and ethnic minorities, including, but not limited to, in the field of voting rights.

4. I am the Co-Director of the Voting Rights Project at the Lawyers' Committee and have managed the Lawyers' Committee's attorneys' work on behalf of the plaintiffs in this action.

5. As Co-Director of the Voting Rights Project at the Lawyers' Committee, I am responsible for supervising the handling of this matter by the Lawyers' Committee attorneys and staff, formulating and directing the case strategy, and implementing the strategy for all aspects of the case.

6. I have personal knowledge of the work of the Lawyers' Committees' attorneys and support staff for Plaintiffs on this lawsuit.

**Legal Background and Experience**

7. I joined the Lawyers' Committee in November 2014 as Special Senior Counsel in the Legal Mobilization Project before being named Co-Director of the Voting Rights Project in July 2015.

8. Prior to joining the Lawyers' Committee, I was a partner at Dechert LLP, where I served several terms on the firm's Policy Committee, as a Deputy Chair of the firm, and as co-chair of Dechert's Product Liability and Mass Torts Group. I

2

have been recognized for my litigation work in New Jersey and nationwide by numerous publications, including *Chambers*, *The Legal 500 United States*, *Benchmark Litigation,* and, in 2014, was named as one of the top 500 lawyers in the nation by *Lawdragon*.

9. At Dechert, I was actively involved in *pro bono* representations, including several significant cases with the Lawyers' Committee. I served as one of the lead counsel challenging Texas's photo ID voting law, served as co-lead trial and lead coordinating counsel in both the Section 2 and Section 5 cases (tried in 2014 and 2012 respectively); served as co-lead trial counsel in a school desegregation case tried in Pitt County, North Carolina in 2013; and supervised the advantageous settlements of a minority profiling case in New Jersey and of a prison conditions case in Passaic County, New Jersey. In 2014, I successfully argued an appeal on behalf of the NJ-ACLU before the New Jersey Supreme Court, dealing with the admissibility of a defendant's rap lyrics in his attempted murder trial, helping to persuade the court to adopt stringent standards before admitting such evidence. In 2014, I was named to *The National Law Journal*'s "Pro Bono Hot List" for my role in significant public interest cases of national importance.

10. I began my career with the New Jersey Department of the Public Advocate, focusing on "special project" criminal appeals, arguing several times

before the New Jersey Supreme Court, including a landmark case that set the standard for judicial review of prosecutorial denials of pretrial intervention, and a series of cases which established protections against discovery by the prosecution of investigative and expert reports criminal defendants did not intend to use at trial. I joined the Lands & Natural Resources Division of the United States Department of Justice in 1979, where, as a Senior Trial Attorney, I handled a variety of cases relating to the nation's lands, including the defense of surface mining regulations and a pre-*Chadha* "one House veto" case under the Wilderness Act.

11. I graduated from the University of Pennsylvania, B.A., *Cum laude*, in 1971 and from New York University School of Law, J.D., 1974, *Cum laude*, where I received the Founders Day Award and was admitted to the Order of the Coif. I am a past President of the Mercer County, NJ, Bar Association and have received numerous awards during my career, including the Department of Justice Award for Meritorious Service in 1982, the New Jersey Commission on Professionalism "Professional Lawyer of the Year Award" in 1997, the American Jewish Congress' "Learned Hand Award" in 2011, the Mercer County Bar Association's "Michael J. Nizolek Award for  Service to the Bar"  in 2014, the Lawyers' Committee's "Brooke R. Burdette Award for Best New Board Member" in 2014, the ACLU of

4

NJ's "Legal Leadership Award" in 2015, and a Joint Resolution of the New Jersey Legislature in 2015, honoring my *pro bono* service.

12. I am familiar with the legal work that the Lawyers' Committee staff performed on behalf of Plaintiffs in connection with all aspects of this litigation. Based on my experience and knowledge of that representation, I believe that the work performed was reasonable and appropriate.

13. The work I personally performed in connection with the litigation included developing litigation strategy and oversight, supervising the Lawyers' Committee's attorneys and other staff working on the matter, and reviewing and revising pleadings and other key documents during the course of the litigation. I also attended the preliminary injunction hearing, and worked with Mr. Brown and Mr. Powers prior to and throughout the hearing, deciding on trial strategy and helping in the preparation of witnesses.

14. Due to the complexity of the case, the staffing of this litigation by the Lawyers' Committee included myself, Chief Counsel and Senior Deputy Director Jon Greenbaum, two Counsels, John Powers and David Brody, two legal fellows, Jacob Conarck and Ryan Snow, and two legal interns, Allison Walter and Cheryl

Wilson.[1]  I am familiar with the background and experience of the Lawyers'
Committee staff members who worked on this litigation.

### Timekeepers, Their Experience, and Their Roles

15. Jon Greenbaum is Chief Counsel and Senior Deputy Director of the
Lawyers' Committee. Mr. Greenbaum was promoted to Chief Counsel in
November 2010 after being promoted to Legal Director in March 2009. Mr.
Greenbaum served as the director of the Lawyers' Committee's Voting Rights
Project, where he led its program to achieve equality and protect advances in
voting rights for racial and ethnic minorities and other traditionally disfranchised
groups.

16. Mr. Greenbaum has successfully litigated numerous cases in the federal
courts and has argued before the United States Circuit Court of Appeals.  Notable
cases in which he has played a major role include *Shelby County v. Holder*
(defense of the constitutionality of the Voting Rights Act*), Coalition for Equity
and Excellence in Maryland Higher Education, Inc., et al. v. Maryland Higher
Education Commission et al.* (desegregation challenge to Maryland's higher

---

[1] I also oversaw work performed on this litigation by one senior attorney, Julie
Houk. As part of their discretionary exercise of billing judgment, Plaintiffs are not
seeking fees for the work of Ms. Houk in this case.  See Exhibit 1, *infra*.

education system); *Arizona v. ITCA* (challenge to Arizona's documentation of citizenship requirement for voter registration applicants); *League of Women Voters v. Brunner* (constitutional challenge to Ohio's administration of elections); and *United States v. Charleston County* (vote dilution challenge to at-large method of elections). In addition, he has testified before Congress, state legislatures and the U.S. Commission on Civil Rights. He has also presented to numerous law schools and governmental, civic and bar associations. In addition, he has regularly appeared on television and radio interviews and in print media.

17. Mr. Greenbaum is co-chair of the Voting Rights Task Force of the Leadership Conference on Civil Rights, the national umbrella organization of American civil rights groups. He served as an adjunct professor at the Georgetown University Law Center and has authored or co-authored several major publications including Toward a More Just Justice System: How Open are the Courts to Social Justice Litigation (2016); "Shelby County v. Holder: When the Rational Becomes Irrational," 57 Howard L.J. 811 (Spring 2014); "Government-Issued Photo Identification and Proof of Citizenship Requirements for Voters," in America Votes! A Guide to Modern Election Law and Voting Rights, American Bar Association (March 2008); and Report: Voting Rights in Alabama: 1982-2006," 17 S. Cal. Rev. L. & Social Justice 249 (Spring 2008).

18. Prior to joining the Lawyers' Committee in 2003, Mr. Greenbaum served as senior trial attorney in the Voting Section of the Civil Rights Division at the U.S. Department of Justice from 1997-2003.  While at the Department of Justice, he instituted Voting Rights Act lawsuits on behalf of minority voters nationwide and educated government officials and community members on federal voting protections.  From 1993-1996, he was a litigation associate in the Los Angeles office of Dewey Ballantine LLP.

19. Mr. Greenbaum received his law degree from the University of California at Los Angeles in 1993 and his undergraduate degree from the University of California at Berkeley in 1989.

20. Mr. Greenbaum assisted in developing litigation strategy and oversight, including assisting with the drafting of a protective order and communication and correspondence regarding the issuance of third-party subpoenas.

21. John Powers is a Counsel in the Voting Rights Project of the Lawyers' Committee for Civil Rights Under Law, which he joined in September of 2015. He was admitted to practice law in Maryland in 2013 and in the District of Columbia in 2015, and is admitted to practice before the United States District Court for the District of Columbia.

8

22. Since joining the Lawyers' Committee, Mr. Powers has led investigations and played a significant role in important voting rights litigation in federal courts in Georgia.  Those cases include *Ga. State Conf. of the NAACP v. Kemp*, No. 2:16-cv-219-WCO (N.D. Ga.) ("exact match" registration verification), *Ga. Coalition for the Peoples' Agenda v. Kemp*, No. 1:18-cv-4727-ELR (N.D. Ga.) (citizenship verification), *Ga. State Conf. of NAACP v. State of Georgia*, No. 1:17-cv-1397-TCB (N.D. Ga.) (registration deadline for federal runoff elections), *Ga. Coalition for the Peoples' Agenda v. Deal*, No. CV416-269 (S.D. Ga.) (registration deadline extension after Hurricane Matthew), *Ga. State Conf. of the NAACP v. Hancock Cty. Bd. of Elecs. & Registration*, No. 5:15-cv-414 (M.D. Ga.) (voter purges), *Ga. State Conf. of NAACP v. Kemp*, No. 1:17-CV-1427-TCB-MLB-BBM (N.D. Ga.) (Georgia State House redistricting plan), and *Ga. State Conf. of NAACP v. Gwinnett County, Ga.*, No. 1:16-cv-02852-AT (N.D. Ga.) (Gwinnett County Board of Commissioners and Board of Education redistricting plans).

23. Mr. Powers has spoken and presented on the subject of voting rights at the Georgia NAACP annual convention, at many civic engagement events in Georgia, and other events around the country.  Mr. Powers has also drafted and assisted in the drafting of *amicus* briefs filed by the Lawyers' Committee in the Supreme Court on important voting rights issues.

9

24. Before joining the Lawyers' Committee, he worked for eight years in the Voting Section at the Department of Justice. Prior to the *Shelby County* decision, Mr. Powers reviewed submissions for preclearance under Section 5 of the Voting Rights Act. More recently, he was part of DOJ litigation teams challenging the Texas voter ID and North Carolina omnibus election laws in federal district court. While at DOJ, Mr. Powers received the AAG Distinguished Service Award and other awards for his work.

25. Mr. Powers obtained his J.D. from the Georgetown University Law Center in 2013. He served as Executive Articles Editor for the Georgetown Journal of Law and Modern Critical Race Perspectives. He has been published in that journal, as well as The Georgetown Law Journal and the Harvard Journal on Racial and Ethnic Justice. Mr. Powers earned his B.A. in History from Haverford College, and attended Mansfield College at Oxford University for a year.

26. Mr. Powers was the lead attorney assigned to this matter shortly after the Lawyers' Committee was contacted by local partners in May of 2019. Mr. Powers reviewed the pleadings and drafted a memorandum for approval of the Lawyers' Committee joining the case as counsel.

27. Mr. Powers continued to work on all aspects of the case throughout its duration, including extensive work in overall case strategy and development. Mr.

10

Powers was the primary contact for the organizational Plaintiff, Georgia Coalition for the Peoples' Agenda, and spent considerable time developing the facts of the case, identifying witnesses, and obtaining relevant documents and material from the clients, witnesses, and other sources.  Mr. Powers also communicated with the Defendants' counsel; drafted and revised pleadings; and appeared at telephone conferences with the litigation team and with opposing counsel.  Mr. Powers also prepared for and appeared at the July 25-26, 2019 hearing of the Plaintiffs' successful motion for a preliminary injunction.

28. David Brody is Counsel & Senior Fellow for Privacy and Technology at the Lawyers' Committee for Civil Rights Under Law. He joined the Lawyers' Committee in 2017. Previously, he was an Attorney Advisor at the Federal Communications Commission, a law clerk for the Honorable Stephen Glickman of the District of Columbia Court of Appeals, a law clerk for the Honorable Frederick Weisberg of the Superior Court of the District of Columbia, and a legal fellow at the Electronic Privacy Information Center. He is a 2012 graduate of Harvard Law School.

29. Because of his specific experience in electronic privacy issues, Mr. Brody focused, among other things, on research relating to  ballot secrecy issues, and drafted and revised the protective order and joint discovery statement,

11

corresponded with co-counsel and opposing counsel to resolve discovery disputes.

He also participated in the hearing on the preliminary injunction on July 25-26,

2019, putting a witness on the stand on direct.

30. Jacob Conarck joined the Lawyers' Committee in January 2018 as a

Legal Intern in the Voting Rights Project and in September 2018, rejoined the

Lawyers' Committee as a Legal Fellow. Before joining the Lawyers' Committee,

he worked for six months as a Legal Intern with Project Vote, and he worked for

six months as a Legal Intern with the Fair Elections Legal Network (now known as

the Fair Elections Center). He was admitted to practice law in the District of

Columbia in 2019.

31. Mr. Conarck obtained his J.D. from the Antonin Scalia Law School at

George Mason University in 2018. Mr. Conarck earned his B.A. in Political

Science from Stony Brook University in 2010.

32. Mr. Conarck conducted legal research; assisted in the drafting of the

motion for a preliminary injunction; helped prepare witnesses at the hearing on the

motion for a preliminary injunction; and continued to work on the matter during

the course of the litigation.

33. Ryan Snow joined the Lawyers' Committee in September 2018 as a

Legal Fellow in the Voting Rights Project. Before joining the Lawyers'

Committee, he worked as a Volunteer Legal Intern in the Voting Section of the Civil Rights Division of the United States Department of Justice during the Summer of 2017; as a Legal Intern at the Campaign Legal Center during the Summer of 2016; and as a Legal Intern at the NAACP Legal Defense and Educational Fund in January of 2016.  He was admitted to practice law in the District of Columbia in 2019.

34. Mr. Snow obtained his J.D. from the University of Virginia School of Law in 2018.  He served as Executive Editor for the Journal of Law & Politics; as a Teaching Fellow for the Legal Research and Writing Program; and as a Student Clinician in the Civil Rights Litigation Pro Bono Clinic at the Legal Aid Justice Center.  He has been published in the University of Pennsylvania Law Review Online.  Mr. Snow earned a B.A. in Politics and a B.M. in Jazz Studies from Oberlin College and Conservatory of Music in 2005.

35. Mr. Snow conducted legal research; assisted in the drafting of a motion to quash; and continued to work on the matter during the course of the litigation.

36. Allison Walter is a law student at Washington University in St. Louis. She is an executive board member of the school's chapter of the American Constitution Society and is an active member of the Public Service Advisory Board and the Women's Law Caucus.

13

37. Ms. Walter earned her undergraduate degree from Saint Louis University where she studied communication and theology. She has also been a regular contributor to the National Catholic Reporter.

38. Ms. Walter assisted in preparation for a deposition, legal research, and editing briefs for the Court.

39. Cheryl Wilson is a law student at UCLA Law School, pursuing a specialization in public interest law. Before attending law school, Ms. Wilson worked at the Leadership Conference for Civil and Human Rights as the assistant to the Executive Director and served in the Department of Justice's Civil Rights Division.

40. Ms. Wilson is a graduate of the University of California, Santa Barbara with a B.A. in History and a specialization in Professional Writing and Editing.

41. Ms. Wilson conducted extensive legal research, assisted in preparation for depositions, and helped draft briefs for the Court.

**The Lawyers' Committee's Representation of Plaintiffs and How the Work for Plaintiffs Was Recorded, Edited and Summarized**

42. The Lawyers' Committee was engaged to represent the individual and organizational plaintiffs on a *pro bono* basis, with the understanding that it would

retain the right to petition the court for recovery of its fees and costs in the event the plaintiffs prevailed in their claims.

43. In connection with its representation of the plaintiffs, the Lawyers' Committee agreed that its staff would keep contemporaneous records of the time spent on the matter, which would include sufficient specificity to identify the date, amount of time spent, and the work accomplished by each timekeeper on this matter.

44. Thus, in accordance with these agreements, and as part of the Lawyers' Committee's normal business practice, the assigned attorneys tracked the time they worked on this matter.  As is normal and customary for Lawyers' Committee staff, the attorneys working on this matter entered their time into a computer program designed to track the time that staff devoted to the case.

45. A chart compiling the time incurred by each Lawyers' Committee staff member on this action for which we are seeking payment is attached and incorporated herein by reference as Exhibit 1.  The chart is a summary based upon the electronic time keeping records of the Lawyers' Committee's personnel, which were prepared in the regular and ordinary course of business.  It is the practice of the Lawyers' Committee staff to prepare and keep such records; the records were

made and kept by individuals with personal knowledge of the entries; and the entries were made at or about the date reflected in the chart.

46. I have personally reviewed the entries. In the reasonable exercise of billing judgment, the Lawyers' Committee is not seeking payment for certain billing entries—denoted in Exhibit 1 by "N/C", meaning "No Charge"—for time spent on certain tasks which may have been excessive, duplicative, redundant, inefficient, not directly related to the case, not sufficiently detailed, or for which, in the exercise of my reasonable billing judgment, the Lawyers' Committee has agreed not to seek recovery for one reason or another. For example, this includes 51.3 hours not charged for most of the work on preparation of a motion to quash that was not properly filed with court. Some of the time expended in connection with the subpoenas (including some research time) is charged, because that work would have been undertaken whether or not a motion was ultimately filed.

47. As shown in the chart attached at Exhibit 1, the Lawyers' Committee seeks reimbursement for the time of its attorneys and staff spent working on this case at the following hourly rates: (1) Ezra Rosenberg, Managing Counsel, $650; (2) Jon Greenbaum, Chief Counsel, $650; (3) John Powers, Counsel, $400; (4) David Brody, Counsel, $400; (5) Jacob Conarck, Legal Fellow, $250; (6) Ryan

16

Snow, Legal Fellow, $250; (7) Allison Walter, Legal Intern, $150; (8) Cheryl Wilson, Legal Intern, $150.

48. Attached hereto as Exhibit 2 is a chart itemizing each of the expenses incurred and paid by the Lawyers' Committee in connection with, and in furtherance of, this litigation and the backup records related to said expenses. This chart is a summary based upon both the electronic records maintained by the Lawyers' Committee to keep track of expenses for its clients. The electronic records were prepared in the regular and ordinary course of business; it is the practice of the Lawyers' Committee to prepare and keep such records; the records were made and kept by individuals with personal knowledge of the entries; and the entries were made at or about the date reflected in the chart.

### Hourly Rates Charged by the Lawyers' Committee Compared to Market Rates

49. In connection with this submission, I reviewed hourly rate information available from the online billing rates database of the Fulton County Daily Report, http://data.dailyreportonline.com/GoingRate.asp. The data available included rates for certain attorneys from mid-size to larger firms from 2006 through 2014. In some instances, rates were available for attorneys up to 2012, or earlier. The data

that I reviewed indicated hourly billing rates ranging between $300-$950 for law firm partners and $285-$470 for associates.

50. I also reviewed a number of cases in the United States District Court for the Northern District of Georgia, Atlanta Division, in which Courts have made attorneys' fee awards in recent years. These cases included: *Andrews v. Autliv Japan Ltd.*, Civ. No. 1:14-CV-3432-WSD (N.D. Ga. July 28, 2017) (finding that hourly rates of $715 and $575 for a senior partner and associate, respectively, at Atlanta's Alston and Bird were reasonable in the Atlanta market for legal services); *Griffin v. General Mills*, 157 F.Supp.3d (N.D. Ga. 2016) (finding that hourly rates of $650 for a senior partner and $455 for a senior associate in an ERISA case were reasonable rates in the Atlanta market); *Newpoint Media Group, LLC v. Mitchell Media Group, LLC*, 2017 WL 5303522 (N.D. Ga. April 14, 2017) (finding senior associate and associate hourly rates of $545, $345, and $325 were reasonable rates in the Atlanta market).

51. Based on my education, experience, and review of the Northern District of Georgia case law and Fulton County Daily Report rate survey, it is my opinion that the hourly rates assigned to the Lawyers' Committee's staff in Exhibit 1 are reasonable and appropriate under the circumstances, particularly in light of the

18

significant voluntary reductions the Lawyers' Committee has agreed to apply in the exercise of billing judgment.

<p align="center">**The Lawyers' Committee's Attorneys' Fees**</p>

52. The total value of attorneys' fees for work performed by the Lawyers' Committee's staff in this matter from May 8, 2019 through October 8, 2019, less the aforementioned line item ("N/C") reductions in the exercise of billing judgment, is in the amount of $266,730. This encompasses 760.5 hours of work performed in this matter through October 8, 2019.

53. The total number of hours billed and fees requested by the Lawyers' Committee attorneys can be generally broken down by tasks and phases of litigation as follows:

| Phase of Case | Description | Number of Hours Billed | Amount of Fees |
|---|---|---|---|
| LCCRUL investigation and client engagement | Pre-suit factual investigation, initial legal research and client engagement<br><br>(May 8 to May 30, 2019) | 66.7 | $26,755 |
| Phase 1 | Preparation for and participation in discovery, initial disclosures, drafting protective order, preparing for and conducting depositions<br><br>(May 31 to July 11, 2019) | 337.0 | $108,670 |
| Phase 2 | PI hearing preparation, hearing briefing and strategy, participation in PI hearing<br><br>(July 12 to July 26, 2019) | 338.0 | $121,635 |
| Phase 3 | Post-hearing monitoring, protective order issues and drafting fees motion<br><br>(July 27 to October 8, 2019) | 18.8 | $8,045 |
| **Totals** | | **760.5** | **$266,730** |

54. Based upon my education and experience, it is my professional opinion that the work performed and the amount of attorneys' fees sought by the Lawyers' Committee in this application are reasonable in light of the issues presented in this case, the complexity of the case, including that it was a case of first impression in Georgia, the defendants' refusal to resolve the case before the filing of the motion for preliminary relief, and the successful results achieved under the circumstances.

20

55. The Lawyers' Committee's staff worked in a manner in which responsibilities were divided according to the respective skill sets of the lawyers involved.  As Co-Director of the Voting Rights Project at the Lawyers' Committee, my role is similar to that of a senior partner in a private firm.  I am responsible for developing and implementing strategy, assigning and supervising staff and reviewing pleadings and evidence.  As Chief Counsel and Senior Deputy Director, Mr. Greenbaum has a role similar to that of a managing partner in a private law firm and is responsible for guiding the strategic mission of the Lawyers' Committee and supervising the overall strategy of litigation. As Counsel in the Voting Rights Project, Mr. Powers and Mr. Brody have a role similar to that of a 5th-year associate in a private firm.  As Legal Fellows in the Voting Rights Project, Mr. Conarck and Mr. Snow have roles similar to those of junior associates in a private firm.  As Legal Interns in the Voting Rights Project, Allison Walter and Cheryl Wilson have roles similar to those of legal interns in a private firm.  Based on these respective roles, the tasks and time spent on the litigation were divided in a manner so as to maximize efficiency while providing competent counsel, prevent unnecessary duplication of work, and ensure that the matter proceeded in an expeditious but orderly fashion.  This division of labor is reflected

21

in the work hours billed and in the dollar amount of the fees being claimed by the Lawyers' Committee attorneys.

### The Lawyers' Committee's Litigation Expenses

56.  In addition to its attorneys' fees, the Lawyers' Committee seeks to recover its expenses of litigation incurred and paid in this matter, in the amount of $13,155.30.

57. These litigation expenses include fees for travel, lodging, and litigation fees through PACER and Westlaw totaling in the amount of $511.53.

58. It is the Lawyers' Committee's standard practice to account for these types of expenses separate from the hourly rates recorded for the legal work performed its attorneys.  Based on my experience, this practice is consistent with the typical practice in all Georgia markets including the United States District Court for the Northern District of Georgia.

## Total Amount Sought for Attorneys' Fees and Related Litigation Expenses Incurred Through October 8, 2019

59. The total amount of attorneys' fees and litigation expenses sought by the Lawyers' Committee in this matter for work performed, and expenses incurred, through October 8, 2019, is $279,885.30.  This amount is comprised of $266,730.00 in attorneys' fees and $13,155.30 in litigation expenses.

60. Based on my experience with other litigation matters and my personal knowledge of the facts and circumstances of this litigation, the total amount requested is reasonable and appropriate under the circumstances.

61. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury on this day of October 9, 2019 that the foregoing is true and correct.

Ezra D. Rosenberg, Esq.
Lawyers' Committee for Civil Rights Under Law

23

# EXHIBIT 1

***Lawyers' Committee Hours Worked in Curling v. Raffensperger***

| TIMEKEEPER | DATE | HOURS BILLED | NOTES |
|---|---|---|---|
| Powers | 5/8/2019 | 0.6 | Spoke with M. Marks and B. Brown about the possibility of the Lawyers' Committee representing the Coalition plaintiffs (0.3); separate conversation with E. Rosenberg re: prospect of LC participating this litigation (0.3); begin compiling information for purposes of drafting the litigation approval memorandum (No charge 0.2) |
| Powers | 5/10/2019 | 1.4 | Reviewed pleadings - both sets of Plaintiffs' complaints, motion for PI, Court's order on the PI motion, 11th Circuit opinion on Ds' appeal of the MTD, etc. (1.4); review docket and assemble history of the litigation for purposes of including in a litigation approval memo (No charge 0.8); drafted litigation approval memorandum, reviewed, edited, and sent to E. Rosenberg by email (No charge 2.5); conversation with J. Houk regarding litigation (No charge 0.4); |
| Powers | 5/11/2019 | 0 | Reviewed litigation approval memo in light of E. Rosenberg's feedback, made edits, finalized, and sent to J. Greenbaum for approval (No charge 0.5) |
| Powers | 5/14/2019 | 0.5 | Discussed potential litigation with E. Rosenberg and J. Greenbaum (0.5); make minor changes to approval memo and send email to upper management seeking approval to join litigation along with separate cover memo highlighting important considerations (No charge 0.4); exchange emails with K. Clarke in which I provide answers to her questions (No charge 0.3); email exchange with E. Rosenberg and J. Greenbaum re: possibility of bringing on a law firm as additional support (No charge 0.2) |
| Powers | 5/15/2019 | 0.4 | Prepare, complete, and review pro hac vice application and send to B. Brown |
| Greenbaum | 5/16/2019 | 0 | Discussion w/ E. Rosenberg regarding potential conflict issues (No charge 0.4) |
| Powers | 5/21/2019 | 2.1 | Call with J Greenbaum, E. Rosenberg, M Marks and B Brown in preparation of entry into case (1); read subpoena to be sent to Morgan County Elections Supervisor, make edits in a redline version, and send a cover memo recommending changes to the document request accompanying the subpoena first to J. Greenbaum, J. Houk, and E. Rosenberg, then, upon receiving approval, to M. Marks, B. Brown (1.1) |
| Greenbaum | 5/21/2019 | 0.8 | Call w/co-counsel to discuss next steps and follow up call w/LC attorneys re:same |
| Rosenberg | 5/21/2019 | 1 | Call with J Greenbaum, J Powers, M Marks and B Brown in preparation of entry into case |
| Powers | 5/22/2019 | 1.9 | Travel to Atlanta for meeting with M Marks, B Brown and clients (4.3 - NC); review Plaintiffs' recent status update and recent MTQ from Ds in preparation for meeting (0.4); review subpoenas to Morgan and Rockdale Counties (0.3); phone call with M. Marks re: subpoena-related issues, the upcoming meeting (0.7), exchange emails with M. Marks, B. Brown, others re: logistics for in-person meeting the next day and potential follow-up items/ research projects (0.5) |
| Brody | 5/22/2019 | 0 | Travel to Atlanta for meeting on 5/23 (No Charge - 4) |
| Brody | 5/22/2019 | 3.5 | Reading case materials |
| Rosenberg | 5/22/2019 | 4 | Travel to Atlanta for meeting with M Marks, B Brown and clients; review material in preparation for meeting. |
| Powers | 5/23/2019 | 3.4 | Participate in meeting with M Marks, B Brown, and clients re strategy and next steps (2.4); review recent filings in the case and discuss with M. Marks, B. Brown, etc. (1); prepare initial draft of co-counsel agreement and circulate with B. Brown, C. Ichter, and other co-counsel (No charge 0.7); prepare initial draft of Coalition for Good Governance retainer agreement and send to E. Rosenberg and J. Houk for their review along with cover email (No charge 0.9) |
| Brody | 5/23/2019 | 5 | Meeting with co-counsel and plaintiffs |

| Brody | 5/23/2019 | 0 | Return travel to Washington (No Charge - 4) |
|---|---|---|---|
| Rosenberg | 5/23/2019 | 5 | Participate in meeting with M Marks, B Brown, and clients re strategy and next steps |
| Powers | 5/24/2019 | 0.8 | Travel from Atlanta (NC - 4.5); conversation with M. Marks re: today's status conference and suggesting that I attend the hearing on behalf of Ps (0.5); subsequent email exchange with E. Rosenberg re: same (0.3); |
| Rosenberg | 5/24/2019 | 6 | Travel from Atlanta |
| Brody | 5/27/2019 | 3.5 | Legal analysis of order on motion to dismiss |
| Powers | 5/28/2019 | 1.6 | Reviewed early draft of brief addressing the role of SOS in municipal elections (0.5); conducted research on Westlaw and found relevant additional cases (0.6); drafted new section on proper standard for joining necessary parties (0.4); edited draft of brief and circulated with the team; sent email with additional suggestions of potential case law/evidence in support of our position (0.3) |
| Wilson | 5/28/2019 | 4 | Legal research on Georgia and federal case law relating to the right to a secret ballot |
| Powers | 5/29/2019 | 0.6 | Edited RFAs to State Ds and drafted additional RFAs and circulated to the group for their consideration |
| Brody | 5/29/2019 | 2.7 | Reading case materials; emailing co-counsel re same |
| Wilson | 5/29/2019 | 7.5 | 4 hours: research Georgia and federal case law on the right to ballot secrecy 3.5 hours: draft memo relating to research findings on ballot secrecy |
| Powers | 5/30/2019 | 2.1 | Review and respond to multi-emails to and from M Marks, Cary Ichter, E. Rosenberg, Rob McGuire, and B Brown re: strategy preparation for scheduling/discovery and other issues (0.4); meet with C. Ichter and M. Marks to prepare for/discuss strategy re: scheduling conference with Judge Totenberg scheduled for the next day (1); email team with Judge Jones' ruling in the Fair Fight case and the impact on State Ds' arguments in this case re: SOS role in municipal elections (0.2); review some research on secret ballot issues and exchange emails re: next steps (0.5) |
| Brody | 5/30/2019 | 0.1 | Drafting pro hac application & emailing co-counsel re same |
| Brody | 5/30/2019 | 1.2 | Researching ballot secrecy issues |
| Rosenberg | 5/30/2019 | 1 | Review and respond to multi-emails to and from M Marks, Cary, John Powers, Rob McGuire, and B Brown in preparation for court hearing |
| Wilson | 5/30/2019 | 6 | Finish drafting memo on Georgia and federal case law relating to the right to secret ballot; cite check and transmit to David and John |
| Powers | 5/31/2019 | 3.7 | Preparation for and participation in scheduling/discovery conference with Defendants and then scheduling conference proceedings with the parties and Judge Totenberg (2.6); conversation with M. Marks re: discovery needed, secret ballot issues, and strategy/next steps (0.4); email D. Cross re: list of potential deponents (0.2); drafted memo summarizing major events from hearing, proposing strategy and suggsted next steps, and circulated them with C. Ichter, M. Marks, B. Brown, R. McGuire, E. Rosenberg (0.5) |
| Brody | 5/31/2019 | 3.5 | Researching ballot secrecy issues |
| Wilson | 5/31/2019 | 4.5 | .5 hours: Meeting with David re GA Secret Ballot case 2.5 hours: Research cases related to EPIC ballot privacy and Internet voting case law 1.5 hours: review pleadings in cases Marilyn sent; summarize for David |
| Powers | 6/1/2019 | 0.7 | Exchange multiple emails with team answering questions/ summarizing the events of yesterday's hearings and discussing strategy re: ballot secrecy, deponents, potential briefing schedule, discovery issues |
| Powers | 6/3/2019 | 1.1 | Receipt, review and respond to multi-emails from M Marks and co-counsel re discovery, scheduling and preliminary injunction issues (0.4); review research and exchange emails with D. Brody and C. Wilson re: secret ballot follow-up research (0.4); exchange emails with M. Marks and E. Rosenberg re: declaration of Morgan County elections officials (0.3) |

| Brody | 6/3/2019 | 1.5 | Revising draft protective order |
|---|---|---|---|
| Brody | 6/3/2019 | 0.6 | Phone call with client MRM re: protective order |
| Brody | 6/3/2019 | 1.3 | Researching ballot secrecy issues |
| Rosenberg | 6/3/2019 | 0.6 | Receipt, review and respond to multi-emails from M Marks and co-counsel re discovery, scheduling and preliminary injunction issues |
| Wilson | 6/3/2019 | 7 | Research cases cited in EPIC report and write summary memorandum for David |
| Powers | 6/4/2019 | 0.5 | Receipt, review and respond to multi-emails from M Marks and co-counsel re discovery, scheduling and preliminary injunction issues |
| Rosenberg | 6/4/2019 | 0.5 | Receipt, review and respond to multi-emails from M Marks and co-counsel re discovery, scheduling and preliminary injunction issues |
| Powers | 6/5/2019 | 2.1 | Review proposed schedule for discovery and entire case drafted by Defendants, make edits to the proposed schedule and circulate redline with my revisions, along with a memo providing a rationale for the suggested changes (0.8); review and respond to multi-emails from M Marks and co-counsel re discovery, scheduling and preliminary injunction and protective order issues (0.4); participate in conference call with co-counsel re: schedule and next steps (0.9); |
| Brody | 6/5/2019 | 0.9 | Call with co-counsel re: discovery |
| Rosenberg | 6/5/2019 | 1.6 | Receipt, review and respond to multi-emails from M Marks and co-counsel re discovery, scheduling and preliminary injunction and protective order issues; participate in conference call with co-counsel re next steps |
| Wilson | 6/5/2019 | 2 | Research on Fourth Amendment case law and potential Fourth Amendment ballot privacy claims |
| Brody | 6/6/2019 | 0.8 | Revising draft protective order |
| Wilson | 6/6/2019 | 3 | Research related to Fourth Amendment case law and potential Fourth Amendment ballot secrecy claim |
| Powers | 6/7/2019 | 1.4 | Make edits to the co-counsel agreement and CGG retainer in response to feedback from M. Marks and co-counsel (No charge 0.6); conversation with E. Rosenberg re: M. Marks' questions re: same (No charge 0.2); draft lengthy email explaining reasons to particular changes to each (No charge 0.3); exchange emails re: Rule 26(f) conference (0.3); prepare notes/talking points for Rule 26(f) conference for co-counsel (0.5); exchange emails re: Coalition edits to proposed joint schedule, and clean version of proposed stipulated protective order (0.3); exchange emails re: anticipated response time to subpoena of third-party counties, proposed schedule (0.3) |
| Brody | 6/7/2019 | 2.8 | Drafting discovery requests and emailing co-counsel |
| Wilson | 6/7/2019 | 2.5 | Follow up research on Fourth Amendment case law per David's additional questions |
| Brody | 6/8/2019 | 1.3 | Discovery requests |
| Powers | 6/10/2019 | 1.8 | Exchange emails with B. Brown and M. Marks re: discovery dispute procedure and upcoming fights over ballot image reports and GEMS database (0.3); phone call with M. Marks, B. Brown re: same, Rule 26 meeting, and other issues (0.4); review State Ds' answer to Coalition Ps' complaint; participate in Rule 26(f) conference (1.1) |
| Brody | 6/10/2019 | 0.8 | Reviewing and summarizing Ds Answers |
| Powers | 6/11/2019 | 0.9 | Exchange emails with D. Brody and E. Rosenberg re: rough outline of ballot secrecy claims (0.2); review outline of ballot secrecy claims (0.4); exchange multiple emails with M. Marks, B. Brown, etc. re: need to obtain GEMS database from the State and appropriate dispute resolution process and other next steps (0.3) |
| Brody | 6/11/2019 | 0.5 | Call with MRM and EPIC re: amicus |
| Wilson | 6/11/2019 | 3 | Procedural Due Process Research for GA Ballot Privacy Case |

| Powers | 6/12/2019 | 2.4 | Phone call with M. Marks re: CGG client retainer agreement (No charge 0.3); make edits to CGG client retainer, finalize, and send to M. Marks (No charge 0.5); revise co-counsel agreement and circulate with co-counsel accompanied by memo summarizing contents and changes made (No charge 0.6); review Defendants' draft of joint protective order to identify significant changes they made and send memo identifying problematic places whewre we need to push back (0.6); conversation with Kellie Ottoboni and M. Marks re: research she did into LG undervote during the 2018 election (0.5); email exchange with Kellie Ottoboni and M. Marks re: same (0.3); email exchange with M .Marks re: doc request subpoena to Gwinnett County (0.2); email MoFo co-counsel re: deposition of Lynn Ledford (0.2); Email Gwinnett County counsel Van Stephens re: accepting service of Gwinnett County subpoena (0.3); exchange emails with M. Marks, B. Brown re: priorities and next steps, e.g., Fulton County ROGs, possibility of provding racial impact and bringing a claim under Section 2 of the Voting Rights Act (0.3); |
|--------|-----------|-----|------|
| Brody | 6/12/2019 | 0.5 | Call w/ Ezra, John re: ballot secrecy claims |
| Brody | 6/12/2019 | 4.2 | Research and drafting discovery dispute materials |
| Wilson | 6/12/2019 | 2.5 | .5 hours: Call with internal team re GA voting machines/ballot secrecy case<br>2 hours: Research following up from call on state secret ballot claims and potential procedural due process claim |
| Powers | 6/13/2019 | 2.6 | Phone call with M. Marks re: CGG client retainer agreement,  Gwinnett County subpoena, and other discovery issues (0.3); email exchanges with E. Rosenberg and M. Marks re: thereto (0.3); exchange of emails with Chris Brill re: declarations filed to date and possibility of future declaration (0.4); start drafting Gwinnett County subpoena and attachment re: documents requested (1.3); exchange multiple emails with D. Brody, M. Marks re: discovery dispute resolution on GEMS database and issue re: password misunderstanding (0.3) |
| Wilson | 6/13/2019 | 5.5 | Research on potential procedural due process claim |
| Powers | 6/14/2019 | 5.6 | Call with B. Brown, M. Marks, D. Brody re: discovery (0.7); conversation with M. Marks re: Fulton County dropping out of the pilot program for the new machines, discovery issues, strategy issues (0.3); continue drafting, editing, revising document subpoena for Gwinnett County and circulate with the team for feedback (0.7); review feedback given and make edits to the Gwinnett County document subpoena (0.3); send and read emails to M. Marks, R. McGuire, B. Brown, C. Ichter, etc. re: co-counsel agreement and executed retainer agreement (0.3); draft deposition notices for Rick Barron and Lynn Ledford and circulate with co-counsel (0.4); review, edit, finalize edits to joint JPRDP and circulate with all counsel (0.9); review and finalize Ps' edits to the draft stipulated protective order and circulate with all counsel (0.5); conversation with Chris Brill re: work done to date in case and discussion of potential next steps (0.6); conferecnce call with M. Marks, B. Brown, D. Brody, and E. Rosenberg re: draft joint discovery plan (0.4); begin drafting Fulton County discovery (0.5) |
| Brody | 6/14/2019 | 4.6 | Researching and drafting discovery documents; corresponding with co-counsel re: same |
| Brody | 6/14/2019 | 1.9 | Call with Bruce, MRM, John re: discovery; drafting joint discovery statement |
| Wilson | 6/14/2019 | 3 | Research re procedural due process issues and write email to David outlining research findings |
| Powers | 6/15/2019 | 3.9 | Continue to draft Second RPDs to Fulton County, edit, and revise document, and circulate same to team for feedback (1.9); exchange emails with M. Marks and B. Brown re: Second RPDs to Fulton County (0.4); review, finalize, and serve Gwinnett County (Ledford) subpoena on counsel (0.7); continue to exchange emails with Gwinnett County counsel Van Stephens re: accepting service of subpoena (0.2); exchange emails with M. Marks re: Bartow County deposition, joint discovery statement on GEMS, and other discovery issues (0.3) |

| Powers | 6/16/2019 | 5.6 | Follow up emails regarding the Fulton County RPDs (0.4); edit, revise, and complete Second RPDs to Fulton County; finalize and serve Second RPDs to Fulton County (0.9); exchange emails with B. Brown, M. Marks, E. Rosenberg re: undervote in the 2018 LG race (0.4); phone call with M. Marks re: undervote in the 2018 LG race (0.6); emails with D. Brody and E. Rosenberg re: KSU-CES GORA request; email E. Rosenberg re: latest draft of the co-counsel agreement for the Curling case and make edits (0.6); review and exchange emails re: CGG efforts to speak with municipalities re: 2019 elections and strategy re: presentation to court (0.4); reviewed factual information, e.g., Dr. Phillip Stark and Chris Brill's expert materials, as well as GA's criticisms in the state election challenge case, then draft a memo re: proposed supplemental declaration from Dr. Stark to prove LG undervote (2.3) |
|---|---|---|---|
| Brody | 6/17/2019 | 3.5 | Researching and drafting discovery documents; corresponding with co-counsel re: same |
| Wilson | 6/17/2019 | 2 | Research on associational standing issues and case law from Common Cause case |
| Wilson | 6/18/2019 | 8 | Legislative history research for Marilyn Marks on HB 540; compose email and memo related to research findings |
| Powers | 6/19/2019 | 1.5 | Calls with M. Marks, B. Brown, J. Conarck, and opposing counsel re: discovery disputes, protective order, etc. (0.5); exchange emails with D. Brody re: deposition of Joseph Kirk (0.2); exchange emails with C. Wilson, M. Marks, B. Brown, etc. re: legislative research on HB 540 (2010), which impacted DRE ballot privacy issue, and review the legislative research (0.8) |
| Brody | 6/19/2019 | 1.5 | Calls with MRM, Bruce, John, Jacob and opposing counsel re discovery disputes, protective order |
| Brody | 6/19/2019 | 0.8 | Revising draft protective order |
| Powers | 6/20/2019 | 1.7 | Draft portion of section of brief related to the undervote in the 2018 LG race and circulate preliminary version with M. Marks, B. Brown, E. Rosenberg by email for purposes of seeking preliminary feedback (1.2); exchange emails with Chris Brill regarding filing a supplemental declaration to accompany the PI motion; draft declaration of Avery Jackson at the request of M. Marks and circulate by email (0.5) |
| Brody | 6/20/2019 | 0.2 | Revising draft protective order and emailing co-counsel re same |
| Brody | 6/20/2019 | 4.5 | Revising joint discovery statement, emailing co-counsel and opposing counsel re same |
| Brody | 6/20/2019 | 1.4 | Revising joint discovery statement and emailing co-counsel re same |
| Wilson | 6/20/2019 | 3 | Research related to procedural due process issues and Due Process Clause original intent |
| Powers | 6/21/2019 | 8.1 | Review draft brief in support of preliminary injunction; edit and comment on brief (2.3); collect edits from D. Brody and J. Conarck and merge with my own edits into a single redline in which I add comments explaining reasoning for changes (0.3); continue drafting/editing and review of the section of the brief addressing the 2018 undervote in Lt. Gov. race and make substantial edits (1.2); review data re: undervote rates in 2018 LG race in the individual Fulton and Lowndes County precincts and exchange emails with M. Marks and B. Brown thereto (0.6); phone call with M. Marks re: undervote and other brief-related issues (0.5); multi-emails to and from D Brody, E. Rosenberg, R. McGuire, and B Brown re ballot secrecy point (0.4); draft, edit, revise declaration of Chris Brill (1.9); exhcange emails with him re: final edits and adding his signature (0.4); finalize and file Brill declaration (0.3); exchange emails re: feasibility-related issues and potential sources of additional evidence (0.2) |
| Brody | 6/21/2019 | 1.1 | Finalizing and filing joint discovery statement |
| Brody | 6/21/2019 | 3.7 | Revising PI motion |

| Conarck | 6/21/2019 | 4.1 | Editing and research for the Lt. Gov section of the BISO PI (1.3); Line editing and cite checking Sections I, II, and IV of BISO PI (2.8) |
|---|---|---|---|
| Rosenberg | 6/21/2019 | 4 | Receipt and review of draft brief in support of preliminary injunction; edit and comment on same; multi-emails to and from D Brody, J Powers, R McNeill and B Browne re ballot secrecy point; re-write ballot-secrecy point; multi-emails to and from J Greenb aum re thereto |
| Powers | 6/22/2019 | 7.9 | Brainstorm session with M. Marks re: drafting list of deposition topics and drafting questions for the deposition of Lynn Ledford (3.5); revise, edit, and refine questions and add additional/follow-up questions after brainstorm session while continuing to draft Ledford deposition outline (2.7); review documents that could potentially be used as exhibits for the Ledford deposition (1.1); talk with M. Marks/other preparation for Ledford deposition (0.6) |
| Powers | 6/23/2019 | 8.3 | Continue drafting, revise, and complete deposition outline for the deposition of Lynn Ledford (4); finalize exhibits for the Ledford deposition for printing (1); review, organize, sort, and tab exhibitts for the Ledford deposition (1.1); review and mark up exhibits for the Ledford deposition (1.7); other preparation for Ledford deposition; conference call re: GEMS database with Tom, M. Marks (0.5) |
| Powers | 6/24/2019 | 9.2 | Prepare for deposition of Lynn Ledford by reviewing and marking up exhibits (0.5); take/participate in the deposition of Lynn Ledford (7); review letters from Bryan Tyson and Gwinnett County attorney Van Stephens objecting to requests for production of certain documents (0.3); exchange emails with M. Marks and B. Brown re: response to their objections (0.2); review documents produced by Gwinnett County at deposition (0.5); exchange emails re: CGG initial disclosures (0.2); call with M. Marks and B. Brown discussing the deposition of Lynn Ledford (0.5); travel from Gwinnett County to Washington DC (NC - 5.7) |
| Brody | 6/24/2019 | 5.1 | Revising protective order, drafting Joint Disc Stmt, and emailing counsel |
| Brody | 6/24/2019 | 2.9 | Conference call with Ps and Ds re protective order |
| Conarck | 6/24/2019 | 0.6 | Drafting subpoena and notice of deposition for Bartow County Election Supervisor Joseph Kirk |
| Powers | 6/25/2019 | 3.9 | Exchange additional emails re: CGG initial disclosures (0.3); review initial disclosures from the State Ds and Curling Ps (0.3); conversation with M. Marks re: thereto (0.3); phone call with Marion Warren re: voting machine related issues in Hancock County, GA (0.6); draft, edit, revise, and circulate subpoena for Robert Ingram (0.7); email M. Marks, B. Brown, etc. re: thereto (0.2); exchange emails with M. Marks, B. Brown re: deposition of Joseph Kirk (0.2); conversation with M. Marks, B. Brown, E. Rosenberg, D. Brody re; deposition of Joseph Kirk, recap of deposition with Lynn Ledford, subpoenas, additional discovery, next steps (0.6); continue to review documents produced by Gwinnett County at deposition (1) |
| Brody | 6/25/2019 | 5.2 | Conference call with co-counsel; revising and filing PO joint stmt |
| Conarck | 6/25/2019 | 2.6 | Conference call with client and co-counsel (0.5); Drafting initial disclosures (2.1) |
| Powers | 6/26/2019 | 4.3 | Review joint discovery statement re: Halderman deposition (0.4); email to Defendants' counsel Jayson Phillips re: subpoena for Joseph Kirk to see if he will accept service on Kirk's behalf (0.3); draft deposition notices for depositions of Joseph Kirk and Robert Ingram (0.5); review Joseph Kirk subpoena and make notes for potential questions (0.3); emails re: service of the Robert Ingram subpoena (0.3); exchange emails with M. Marks, E. Rosenberg re: case law on duty to notify when organization is sued and a litigation hold is required (0.2); review courtesy letter to Judge Totenberg accompanying binder and email back with feedback (0.3); draft memo based on review exhibits from the Ledford deposition and circulate with the team (1.3); review rough draft of Lynn Ledford deposition transcript (0.8); conversation with M. Marks re: discovery, depositions, strategy (0.4) |
| Brody | 6/26/2019 | 1.5 | Travel to Atlanta for deposition (No Charge - 4); reviewing documents |
| Conarck | 6/26/2019 | 0.3 | Editing and finalizing Kirk subpoena and deposition notice |

| Wilson | 6/26/2019 | 5.5 | Research question related to litigation holds by government entities or large organizations; type up findings and relay them to the team |
|--------|-----------|-----|----|
| Powers | 6/27/2019 | 1.4 | Email to Andrea Grant re: deposition of Robert Ingram (0.2);  exchange emails with M. Marks, E. Rosenberg, and B. Brown re: discovery served on M. Marks and subpoenas served on various third parties (0.4); exchange emails with M. Marks re: depositions of Joseph Kirk and Rick Barron (0.3); review documents re: recap sheet details (0.5) |
| Brody | 6/27/2019 | 12 | Barnes deposition and return travel to DC |
| Brody | 6/29/2019 | 5.3 | Corresponding re 6/28 Order and drafting brief in response |
| Brody | 6/30/2019 | 7 | drafting brief in response to 6/28 order, corresponding re same |
| Powers | 7/1/2019 | 0.9 | Exchange emails with D. Brody and E. Rosenberg re: Touhy request to get law enforcement records from the FBI (0.2); review and finalize deposition notices (0.3); exchange emails re: proof of service from Hancock County subpoena and the Bartow County subpoena and court reporter (0.4) |
| Brody | 7/1/2019 | 2.6 | corresponding re brief, editing, preparing to file |
| Powers | 7/2/2019 | 5 | Drafting, editing, reviewing, revising draft of initial disclosures and circulate with the team (1.8); conversation with M. Marks re: initial disclosures (0.4); read, review, and emails re: final transcript of the deposition of Lynn Ledford (0.3); review order on GEMS database and other discovery issues (446) (0.3); exchange emails with court reporter re: depositions of Rick Barron, Joseph Kirk, and Robert Ingram (0.3); draft and send lengthy email to J. Greenbaum, J. Houk, E. Rosenberg re: State Ds' subpoenas to CC GA, ACLU GA, FF GA, GA Dem Party, and the Abrams/Amico campaigns flagging the issue and suggesting next steps, and exchange subsequent emails re: thereto (0.6); draft and send lengthy email and exchange emails with M. Marks, B. Brown, etc. re: upcoming depositions and proposed discovery to obtain and other strategy (0.4); exchange emails with Bartow County attorney Jayson Phillips re: deposition of Joseph Kirk (0.2); exchange emails with Andrea Grant re: deposition of Robert Ingram (0.2); exchange multiple emails with M. Marks and B. Brown re: adding Bates labels to documents and sending documents from the Gwinnett County deposition to be labeled (0.3); email C. Wilson re: discovery requests and initial disclosures (0.2) |
| Wilson | 7/2/2019 | 4 | 1 hour: read background discovery materials and emails .5 hours: Call with Marilyn re Initial Disclosures and other discovery filing priorities 2.5 hours: edit Initial Disclosures; read through expert declarations and summarize potential testimony for In itial Disclosures |
| Powers | 7/3/2019 | 2.1 | Exchange email with Bartow County counsel re: missing page from incident report discussed in Bartow County subpoena response and review incident report after it was produced by Bartow County and discuss with M. Marks (0.4); review, finalize, and file initial disclosures (1.2); exchange multiple emails with M. Marks re: witnesses to be added and/or deleted from the initial disclosures (0.3); exchange emails with B. Brown re: edits to initial disclosures (0.2) |
| Greenbaum | 7/3/2019 | 1.2 | Communication w/team regarding third party subpoenas. |
| Wilson | 7/3/2019 | 5.5 | .5 hours: compile finals edits for Initial Disclosures 3.5 hours: read first two requests for production of documents; reconcile Marilyn's desired list with past requests for redundancies; draft Third Request for Production of Documents to State Defendan ts .5 hours: search for and gather exhibits from online sources 1 hour: reconcile edits and field additional requests from Marilyn |
| Greenbaum | 7/5/2019 | 0.4 | Correspondence w/ team regarding third party subpoenas |
| Wilson | 7/5/2019 | 2 | Finish drafting Third Request for Production of Documents to State Defendants; compile edits from Marilyn; finalize exhibit attachments |

| Powers | 7/7/2019 | 2.7 | Begin drafting outline for the deposition of Joseph Kirk; review subpoena requests to Bartow County and Bartow County responses to subpoena; review Philip Stark and Chris Brill data re: African-American correlation analysis with vote drop-off in the 2018 LG race; call with M. Marks re: African-American correlation analysis with vote drop-off in the 2018 LG race |
|---|---|---|---|
| Powers | 7/8/2019 | 6.3 | Send lengthy email with M. Marks, E. Brown, C. Wilson, A. Walter, J. Conarck re: instructions for exhibits for the Joseph Kirk deposition (0.4); reviewing documents and begin preparing list of exhibits/outline for Kirk deposition (2.4); conversation with J. Greenbaum and D. Brody re: State Ds' subpoenas on ACLU, Common Cause, Ebenezer Baptist Church, Virginia Highland Church, Baconton Missionary Baptist Church, Fair Fight, Care in Action, etc. (0.3); locate subpoenas and send to J. Greenbaum and D. Brody (0.3); exchange emails with B. Brown and M. Marks re: strategy in how to respond to the subpoenas and filing a motion to quash and communications with groups who had been served with subpoenas (0.5); prepare lengthy email with a list of questions sent to B. Brown and M. Marks re: depositions, Morgan County GORA request, CGG responses to discovery requests, and third party subpoenas, pre-hearing preparation (1); conversation with Sean Young of the Georgia ACLU re: ACLU's planned response to the subpoena that had been served upon them and exchange subsequent emails with E. Rosenberg, J. Houk thereto (0.6); exchange emails with Bruce and team re: assignments that LC would be handling re: drafting reply in support of our PI motion (0.4); exchange emails with M. Marks re: African-American correlation analysis with vote drop-off in the 2018 LG race (0.4); |
| Brody | 7/8/2019 | 0 | drafting motion to quash third party subpoenas, corresponding w/ co-counsel re same (No charge 11.4) |
| Greenbaum | 7/8/2019 | 2.2 | Meeting w/ Lawyers Committee team re: subpoenas and preliminary injunction |
| Wilson | 7/8/2019 | 6 | .5 hours: read and review non-party subpoenas<br>5.5 hours: research First Amendment associational privilege w/r/t non-party subpoenas; type up findings and send to David and John |
| Powers | 7/9/2019 | 7.4 | Continue to draft outline for the deposition of Joseph Kirk; review Bartow County subpoena response in detail for the purpose of identifying deposition exhibits (2.5); review Ledford deposition exhibits and potential exhibits I didn't use with Ledford to ascertain what to use for the Kirk deposition (0.4); review news articles quoting Joseph Kirk for deposition prep and potential use as exhibits (0.4); exchange multiple emails with M. Marks, E. Brown, C. Wilson, A. Walter, J. Conarck re: identifying and printing some exhibits for the Joseph Kirk deposition (0.3); email M. Marks, B. Brown, others re: particular article of interest quoting Kirk (0.2); exchange emails with court reporter Marsi re: logistics for the deposition of Joseph Kirk (0.2); sent emails to J. Conarck, D. Brody, A. Walter, and other re: motion to compel the deposition of Robert Ingram; pulled Ingram deposition notice, second deposition notice, and CGG subpoena of Ingram and sent to J. Conarck (0.2); review initial draft of motion to compel prepared by J. Conarck and offer substantial edits (0.8); exchanged emails and spoke with J. Greenbaum regarding response to Andrea Grant's email re: Robert Ingram (0.4); exchanged emails with Andrea Grant re: Hancock County's opposition to the deposition of Robert Ingram (0.3); discussion with J. Greenbaum regarding CGG's response to Ds' discovery requests (0.2); locate State Ds' RPDs to Coalition Ps and sent to J. Greenbaum (0.2); draft memo to C. Wilson, A. Walter, R. Snow, and J. Conarck re: Ledford and Doran depositions highlighting best admissions (0.5); exchange emails with D. Brody and J. Greenbaum re: pushing ahead with ADR process in addition to preparing motion to quash re: third party subpoenas to ACLU, CC, churches, FF, etc. (0.3); speak with Colin McRae from Chatham County re: possibility of filing a declaration re: impact on Chatham County (0.4); draft declaration for Colin McRae and email to him for review (0.5) |

| Brody | 7/9/2019 | 0 | drafting motion to quash third party subpoenas, corresponding w/ co-counsel re same (No charge 8.8) |
|---|---|---|---|
| Conarck | 7/9/2019 | 0 | Research and drafting Unduly Burdensome section of motion to quash (No charge 2.3); Research and drafting Attorney/Client and Work Privilege section of motion to quash (No charge 2.8) |
| Greenbaum | 7/9/2019 | 0 | Review and revise Houk declaration (No charge ,6) review and revise motion for protective order (No charge .8); communications w/co-counsel regarding various issues; participate in meet and center re: subpoenas (No charge .3) |
| Walter | 7/9/2019 | 7 | Preparing/printing/organizing 33 exhibits for deposition - 7 hours |
| Wilson | 7/9/2019 | 8 | 2.5 hours: research question regarding standing to move to quash a third party subpoena and whether a party can seek a protective order to provide the same relief; compile findings and email to team<br><br>.5 hour: narrow research question on 11th circuit prece dent related to proportionality/relevance standard for subpoenas<br><br>5 hours: identify exhibits, compile PDFs, print all exhibits, organize into folders and red wells |
| Powers | 7/10/2019 | 6 | Drafting deposition outline, reviewing documents and emails from Bartow County subpoena response, printing, labeling, and organizing exhibits, and otherwise preparing for the deposition of Joseph Kirk (3.9); send and review multiple emails to and from J Greenbaum, J Houk and E. Rosenberg re motion to quash (No charge 0.4); review and comment on draft brief (No charge 0.5); review emails re p.i. reply brief (0.3); multiple emails, phone call with Andrea Grant re: deposition of Robert Ingram (0.5); review, work on, edit, revise motion to compel the deposition of Robert Ingram (0.9); internal discussions with J. Greenbaum, J. Houk, J. Conarck, and M. Marks re: filing motion to compel the deposition of Robert Ingram (0.4); travel from Washington DC to Cartersville, GA (No Charge - 6.5) |
| Brody | 7/10/2019 | 0 | drafting motion to quash third party subpoenas, corresponding w/ co-counsel re same (No charge 4.5) |
| Greenbaum | 7/10/2019 | 1.2 | call w/common case re: subpoena.(.3); review and revise motion for protective order (No charge 2.2); call w/Ezra Rosenberg re : various case issues (.4) communications w/co-counsel re: Hancock County deposition (.5) |
| Rosenberg | 7/10/2019 | 0 | Multi-emails to and from J Greenbaum, J Houk and J Powers re motion to quash; review and comment on draft brief; review emails re p.i. reply brief (No charge 2.5) |
| Snow | 7/10/2019 | 0 | Combined versions and edited Motion to Quash/for PO on 3rd party subpoenas (No charge/ 4.5) |
| Walter | 7/10/2019 | 4 | Research + drafting response to deposition argument about Rule 30 vs. Rule 45 - 4 hours |
| Wilson | 7/10/2019 | 7 | 4 hours: common interest privilege research; compile findings and email to team<br>1 hour: Prep for Doran deposition project; communicate with Marilyn re things to look for in deposition<br>.5 hours: research local rules, various questions for filings<br>1.5 hour s: review docket and read pleadings to identify whether judge previously ruled on potential consolidation with the Fair Fight case; identify claims made in Fair Fight complaint |
| Powers | 7/11/2019 | 9.1 | Review and mark up exhibits and outline in preparation for the deposition of Joseph Kirk (1.2); taking the deposition of Joseph Kirk (7.1); review redraft of motion to quash (No charge 0.7); send and revise multiple emails to and from D Cross, M Marks and B Brown re thereto (0.3); send and review multi-emails re p.i. response brief (0.3); exchange emails with David Cross and Andrea Grant re: Hancock BOER subpoena (0.2); travel from Bartow County to Washington DC (5.9 - NC); |
| Brody | 7/11/2019 | 0 | drafting motion to quash third party subpoenas, corresponding w/ co-counsel re same (No charge 6.4) |

| Conarck | 7/11/2019 | 4.6 | Meeting to discuss database analysis (0.5); Reading Defendants' response briefs and drafting summaries (4.1) |
|---|---|---|---|
| Greenbaum | 7/11/2019 | 1 | Review and revise motion for protective order (No charge 1.4); meeting re: various case issues (1) |
| Rosenberg | 7/11/2019 | 0 | Comprehensive redraft of motion to quash; multi- emails to and from D Cross, M Marks and B Browne re thereto; confer at length with J Greenbaum re thereto; multi- emails re p.i. response brief; confer with J Greenbaum and D Brody re thereto; meet with J Greenbaum, D Brody, J Cornack, R Snow and legal interns re thereto (No charge 3.5) |
| Snow | 7/11/2019 | 1.5 | Finalized Motion to Quash/PO (No charge 1.5). Met with team to discuss action items (2.5). |
| Walter | 7/11/2019 | 7 | Meeting about database review - 1 hour<br>Editing and finalizing exhibits - 4 hours<br>Compiling exhibits A-D.1 - 2 hours<br>Cite checking motion to quash - (No charge) 1 hours |
| Wilson | 7/11/2019 | 7 | 2 hours: cite check final motion and documents<br>4 hours: reconcile edits for all exhibits; finalize all exhibits<br>1 hour: meeting re GEMS database analysis and staffing |
| Powers | 7/12/2019 | 5.9 | Call with B Brown, E. Rosenberg, and M Marks re p.i. reply and allocation of assignments (0.6); allocate assignments for pieces of the reply brief and exchange emails with various team members re: thereto (0.4); comprehensive review of Defendants' brief and supporting declarations such as the Bridges declaration and email R. Snow, J. Conarck, and D. Brody re thereto (0.8); spoke with Colin McRae from Chatham County (0.3); sent email to Colin McRae (0.2); drafted memo outlining challenges/goals for the feasibility section and circulated them with the team (0.5); began drafting the feasibility section of the reply brief (0.9); spoke with Marion Warren from Hancock County re: declaration related to feasibility of implementing hand- marked paper ballots (0.6); draft declarations for Marion Warren and Aretha Hill (1.1); exchange emails with J. Greenbaum, D. Brody, E. Rosenberg re: strategy and response to third party subpoenas (0.2); exchange emails with M. Marks, court reporter, R. Manoso, Curling Ps' counsel re: plans for deposition of Rick Barron (0.3) |
| Brody | 7/12/2019 | 8 | drafting/revising PI reply brief |
| Rosenberg | 7/12/2019 | 4.8 | Further discussions with D Brody re reply on p.i. motion; confer with J Cornack re thereto; call with B Brown, J Powers, and M Marks re p.i. reply and allocation of assignments; review allocation of assignments and discuss with team; comprehensive review of defendants' brief and email to team re thereto |
| Snow | 7/12/2019 | 1.5 | Researched and drafted Joint Discovery Statement (1.5). |
| Walter | 7/12/2019 | 4 | Researching incomplete/imperfect preliminary relief - 4 hours |
| Wilson | 7/12/2019 | 4 | Research Martinez case and mandatory injunction cases within the 11th Circuit; write brief section on mandatory injunctions |
| Powers | 7/13/2019 | 6.9 | Extensive drafting of section on feasibility (2.8); research into factual counter- arguments to Ds' feasibility claims (0.8); legal research related to feasibility issue in past voting cases (0.9); reviewed Doran and Ledford deposition transcripts and inserted their testimony into the feasibility section (0.8); spoke twice with Marion Warren (0.5); continued drafting and revising declarations of Marion Warren and Aretha Hill and circulated them with B. Brown, M. Marks, E. Rosenberg, etc. (0.8); emailed revised declarations to Aretha Hill and Marion Warren (0.2); emailed court reporter re: Kirk transcript (0.1) |

| Powers | 7/14/2019 | 6.1 | Continue drafting of section on feasibility of the reply brief in support of the preliminary injunction (3.1); review, revise, edit, and circulate feasibility section of brief with internal counsel (1); review Virginia Martin, Amber McReynolds declarations (0.4); insert relevant portions testimony into the feasibility section of the reply brief (0.7); prepare memo on Barron deposition merits and exchange multiple emails with B. Brown, M. Marks, E. Rosenberg re: Barron deposition (0.7); conversation with M. Marks re: Barron deposition (0.2). |
|---|---|---|---|
| Conarck | 7/14/2019 | 3.3 | Legal research and drafting section of PI reply brief relating to broad and flexible authority to grant PIs |
| Snow | 7/14/2019 | 3 | Researched and wrote Reply Brief Ballot Secrecy section |
| Powers | 7/15/2019 | 5.7 | Review feedback to the feasibility section offered by M. Marks and B. Brown (0.5); make extensive edits to the feasibility section in light of feedback (2.1); review and comment on other sections of brief being drafted by LC people (0.7); confer with E. Rosenberg and D Brody in preparation for next steps; confer with J Conarck and interns re next steps; exchange emails with E. Rosenberg re: logistics and strategy for the PI hearing (0.2); speak with Marion Warren re: declaration (0.3); make final edits to Marion Warren and Aretha Hill declarations and email to them (0.3); conversation with M. Marks re: GEMS/discovery disputes, State Ds' discovery requests to CGG, and proposing extension (0.4); speak and exchange emails with E. Rosenberg re: CGG's response to discovery requests (0.2); start drafting section of reply brief addressing evidence concerning an undervote in the LG race in the Nov. 2018 election (1) |
| Brody | 7/15/2019 | 4.9 | drafting/revising PI reply brief |
| Conarck | 7/15/2019 | 4.2 | Legal research and drafting section of PI reply brief relating to how much to weigh cost of granting PI |
| Rosenberg | 7/15/2019 | 2.8 | Review and comment on various sections of brief being drafted by LC people; confer with J Powers and D Brody in preparation for next steps; confer with J Conarck and interns re next steps |
| Snow | 7/15/2019 | 5.5 | Researched, wrote, and edited Reply Brief Ballot Secrecy section |
| Powers | 7/16/2019 | 6.1 | Participate in call with E. Rosenberg and B Brown and D Brody and M Marks re briefing issues (0.8); continue review of brief sections; draft section of the reply brief re: undervote in the 2018 LG race and circulate with M. Marks, B. Brown, and other co-counsel by email (1.9); draft parts of and review section of reply brief discussing constitutional harms inflicted by using DRE machines in the November 2018 election (e.g., long lines in Gwinnett and other examples of voter confusion/disenfranchisement) and circulate with M. Marks, B. Brown, and other co-counsel by email (0.9); review section on reliability of paper ballots, add content and continue drafting, revise, edit, and circulate to team, review M. Marks' edits, then make further edits and re-circulate (1.2); exchange emails with court reporter re: transcript of Kirk deposition (0.2); exchange emails with M. Marks, B. Brown, E. Rosenberg, and conversation with E. Rosenberg re: covering the deposition of Dr. Shamos (0.3); research GA SOS website to pull data re: cities holding contested municipal elections in 2009, 2005, 2003, and 2001, conduct analysis, and write up in memo (0.8); |
| Brody | 7/16/2019 | 3.3 | drafting/revising PI reply brief |
| Conarck | 7/16/2019 | 5.8 | Legal research and drafting section of PI reply brief relating to security of paper ballots (4.5); Legal research and drafting section of PI reply brief relating to undervote in 2018 Lt. Gov. race (1.3) |
| Rosenberg | 7/16/2019 | 2.7 | Participate in call with J Powers and B Brown and D Brody and M Marks re briefing issues; continue review of brief sections |
| Snow | 7/16/2019 | 1.7 | Researched ADA non-compliance in Georgia |
| Walter | 7/16/2019 | 6 | Research + drafting constitutional harm section - 6 hours |
| Wilson | 7/16/2019 | 5 | 5 hours: research on bad faith and credibility at preliminary injunction phase |

| Powers | 7/17/2019 | 7.5 | Comprehensive review and editing of draft of reply brief (2.3); continue editing and revising portions of the reply brief, e.g. on undervote in the LG's race and inserts to Joseph Kirk depo transcript (0.7); complete LC's review of reply brief by merging edits from multiple reviewers at the Lawyers' Committee, resolving differences, and circulating with B. Brown, M. Marks, etc. (0.6); inserting proposed Kirk depo cites into the reply (0.4); exchange emails with A. Walter, C. Wilson, J. Conarck, and D. Brody re: edits to the reply brief (e.g., re: the inserts re: the number of elections in 2019 and re: physical security of paper ballots) (0.4); confer with E. Rosenberg re thereto (0.2); emails to B Brown and M Marks re thereto (0.3); multi emails from M Marks re briefing issues (0.3); phone call with Candice Hoke regarding Dr. Shamos' expert report and past track record (0.6); emails with M. Marks and Candice Hoke in preparation for phone call (0.2); review Joseph Kirk deposition transcript (0.3); reviewed Dr. Shamos' testimony from a past PA case (0.4); draft Shamos deposition questions (0.5); exchange emails with M. Marks re: Dr. Shamos' testimony (0.2); exchange multiple emails with E. Rosenberg, J. Lemieux re: E. Rosenberg's PHV application (0.1) |
| Brody | 7/17/2019 | 4.5 | drafting/revising PI reply brief |
| Conarck | 7/17/2019 | 5.6 | Legal research and drafting section of PI reply brief relating to security of paper ballots (1.3); Line editing and formatting PI reply brief (4.3) |
| Rosenberg | 7/17/2019 | 3 | Comprehensive review and editing of draft of brief; confer with J Powers re thereto; emails to B Brown and M Marks re thereto; multi emails from M Marks re briefing issues |
| Walter | 7/17/2019 | 8 | researching academic articles about ADA and ballot security - 1 hour<br>compiling number of elections data - 3 hours<br>cite-checking/editing reply brief - 4 hours |
| Wilson | 7/17/2019 | 8 | 1 hour: researching articles on disability community and voting machines; email team and present findings<br>3.5 hours: compiling election data; revising number of elections section; compiling citations; call with Marilyn's intern re background info and spr eadsheet<br>3.5 hours: entering Kirk depo cites; cite checking and editing |
| Powers | 7/18/2019 | 8.7 | Draft depo outline, prepare exhibits, and prepare for deposition of Dr. Shamos (3.9); review Matt Bernhard's notes on Dr. Shamos' report (0.5); phone call with M. Marks and M. Bernhard (0.6); phone call with M. Marks and B. Brown (0.5); review and mark up Dr. Shamos' report (1.1); exchange emails with B. Brown, D. Cross, Carey Miller, C. Chapple, and M. Marks re: Shamos deposition (0.4); continue to review, edit, and circulate revisions to reply brief (1.3); travel from Washington DC to Atlanta (4.5 - NC); exchange multiple emails with C. Wilson, J. Conarck, M. Marks, and B. Brown re: reply brief (0.4) |
| Brody | 7/18/2019 | 2.5 | drafting joint discovery statement on third party subpoenas |
| Conarck | 7/18/2019 | 4.3 | Cite checking editing PI reply brief |
| Walter | 7/18/2019 | 4.5 | Work on reply brief |
| Wilson | 7/18/2019 | 4.5 | 4.5 hours: completing missing cites, cite-checking, compiling edits |
| Powers | 7/19/2019 | 6.8 | Review and mark up deposition outline and exhibits in preparation for the deposition of Dr. Shamos (1.8); participation in the deposition of Dr. Shamos (4.5); discussion with M. Marks re: strategy, PI hearing prep, assignments, other next steps (0.5); travel from Atlanta to Washington DC (No Charge - 4.6) |
| Conarck | 7/19/2019 | 3.6 | Reading through Shamos declaration to prepare for cross examination |
| Powers | 7/20/2019 | 0.6 | Phone call with B. Brown and M. Marks to discuss GEMS database and other discovery issues, download regarding Shamos deposition, witness list, initial disclosures, assignments for the PI hearing (0.3); review witness list and initial disclosures in preparation for call and draft notes for feedback (0.3) |

| Powers | 7/21/2019 | 2.4 | Review and send multiple emails to and from M. Marks, B. Brown, and D. Brody regarding assignment of witnesses, including Teri Adams, Kathy Polattie, Jasmine Clark, and Columbia County election administrator Virginia Martin (0.4); arrange phone conversations with V. Martin, K. Polattie and J. Clark through emails with M. Marks (0.4); emails with C. Wilson, J. Conarck, and R. Snow re: aggregating and consolidating testimony of various witnesses in a single location (0.2); begin drafting direct exam of voter witness Jasmine Clark (0.6); review article and send emails to M. Marks, B. Brown, etc. re: Fulton County cutting services because running the Nov 2019 elections on DRE is so expensive (0.3); multiple emails with court reporter re: obtaining transcript of Dr. Shamos' deposition (0.2); review Curling reply brief (0.3) |
|---|---|---|---|
| Powers | 7/22/2019 | 8.3 | Review material - including all p.i. submissions - in preparation for trial (0.9); travel from Washington DC to Atlanta (No Charge - 4.3); phone call with Jasmine Clark and M. Marks to discuss direct testimony and cross exam (0.9); continue to draft direct exam outline for Jasmine Clark, review, edit, and circulate with the team (0.9); phone call with Kathy Polattie to discuss direct testimony and cross exam (0.9); begin drafting direct exam outline for Kathy Polattie (0.6); review exhibits from the deposition of Dr. Shamos (0.3); exchange emails with E. Rosenberg and D. Brody regarding witness list for the PI hearing (0.3); legal research into the qualifications necessary to be an expert witness re: Virginia Martin, send memo to the team on the subject (1.2); review three declarations previously authored by Virginia Martin in the case (0.5); draft lengthy email to J. Greenbaum and E. Rosenberg re: testimony of Amber McReynolds and Virginia Martin and voir dire/qualification-related issues (0.4); review, edit, and file motion to bring electronic equipment into the courtroom (0.5); review draft declaration of Gary Wilcher prepared by Justin Berger, prepare redline, and send edits to J. Berger and M. Marks (0.4); emails re: transcript of the deposition of Dr. Shamos (0.2); review transcript of Shamos deposition (0.3) |
| Brody | 7/22/2019 | 0.3 | emailing with all counsel re third party subpoenas |
| Conarck | 7/22/2019 | 5.3 | Drafting pro hac vice application (0.1); Interviews with fact witnesses to prep for hearing (2.0); editing declaration for Gary Wilcher (0.2); drafting motion and proposed order for authorization for electronic equipment in courtroom (0.8); research relating to FRE 701/703 and the admission of expert testimony (2.2) |
| Rosenberg | 7/22/2019 | 2 | Review material - including all p.i. submissions - in preparation for trial |
| Wilson | 7/22/2019 | 6 | searching for all affidavits, declarations, and testimony and cutting PDFs to size; organize in folders for hearing; speak with Marilyn re missing items |
| Powers | 7/23/2019 | 8.6 | Continue to review material in preparation for trial, including all briefing and exhibits (0.7); complete drafting, reviewing, and editing Polattie direct exam and circulate it with the team (0.7); phone call with Virginia Martin to discuss declarations, key testimony to emphasize at trial, do's and don'ts of testifying, and prepare for direct exam (1.2); begin drafting direct exam of Virginia Martin (2.6); status call with M. Marks, B. Brown, and E. Rosenberg re: preparation for hearing, cross exam assignments, etc. (0.7); email exchange re: assignments for cross examinations (0.4); review and edit memo from J. Conarck regarding sufficient qualifications for expert witnesses and the proper scope of expert testimony and discuss with J. Conarck and E. Rosenberg in the context of Virginia Martin's testimony, and subsequent conversation with J. Conarck and E. Rosenberg re: thereto (1.2); review of Georgia House Bill 392 (2019) (0.6); review, mark up, and offer feedback on witness list to be filed with the Court and email edits to B. Brown (0.5); |
| Brody | 7/23/2019 | 0 | travel to Atlanta for PI hearing (No Charge - 4) |
| Conarck | 7/23/2019 | 2.8 | Interview with expert witness to prep for hearing (1.0); research relating to FRE 701/703 and the admission of expert testimony (1.8) |
| Rosenberg | 7/23/2019 | 6 | Non-working travel to Atlanta (1.5); continue review material in preparation for trial, including all briefing and exhibits 4.5 hours |

| | | | |
|---|---|---|---|
| Wilson | 7/23/2019 | 5 | 1 hour: Twitter check of witness for hearing; pull flags and give to attorney<br>1 hour: finalize affidavits etc. with EFC numbers<br>2 hours: Ledford deposition excerpt project<br>1 hour: discrete assignments searching for information in depositions and affidavits |
| Powers | 7/24/2019 | 9.7 | Continue review of materials in preparation for trial (No Charge - 0.9); meet with trial team in preparation for trial and discuss witnesses (1); review proposed direct examinations (0.5); phone call with Virginia Martin and J. Conarck to practice direct exam and cross examination (2.1); circulate draft Virginia Martin direct with M. Marks, E. Rosenberg, B. Brown along with cover email (0.3); exchange emails with E. Rosenberg re: status of Virginia Martin as an expert and whether we should seek to have her admitted as an expert (0.4); continue drafting and revising Virginia Martin direct exam; review edits to the Virginia Martin direct from E. Rosenberg and make further changes (1.7); follow up phone call with voter witness Kathy Polattie to go over her direct exam and prepare for cross (0.7); exchange multiple emails with Bruce Brown, Bea Brown and M. Marks regarding what documents and exhibits needed in the courtroom, the number of copies, etc. (0.4); review brief prepared by Curling plaintiffs opposing Ds' attempt to allow Dr. Shamos to testify remotely, make edits, exchange emails re: thereto with E. Rosenberg, B. Brown, and M. Marks, and email proposed edits to C. Chapple, D. Cross, etc. (1.5); exchange emails with C. Wilson, J. Conarck, E. Rosenberg, D. Brody re: Bridges declaration and preparation of cross exam (0.5); follow up phone call with Jasmine Clark to discuss direct testimony and cross exam (0.6) |
| Brody | 7/24/2019 | 8 | prep for PI hearing |
| Conarck | 7/24/2019 | 1.5 | Preparation for cross examination of Russel Bridges |
| Rosenberg | 7/24/2019 | 7.5 | Continue review of materials in preparation for trial; meet with trial team in preparation for trial and discuss witnesses; review proposed direct examinations |
| Wilson | 7/24/2019 | 7 | 3 hours: read Bridges declaration and other pleadings; prepare proposed cross examination for hearing<br>3.75 hours: pull excerpts from Ledford depo for John for quick reference during hearing; read Ledford depo and identify potential Q&A for Ledford cross examination at hearing<br>.25 hours: pull contact information for other attorneys on Totenberg's docket |
| Powers | 7/25/2019 | 10.5 | Participate in trial, review proposed directs, directs of Kathy Polattie, Jasmine Clark (3.5); meet with Polattie and prepare her for direct exam and for cross (0.5); meet with Jasmine Clark before the hearing and prepare her for direct exam and for cross (0.5); meet with co-counsel and confer re: various matters (0.9); attend hearing; prepare cross exams for Russell Bridges (1) and for Lynn Ledford (0.7); email Bridges cross exam to team and exchange emails re: specific questions to ask Bridges; meet with Virginia Martin to prepare her for cross (1); continue working on Virginia Martin direct exam (1.5); exchange emails with Bea Brown and M. Marks regarding documents and exhibits needed in the coutroom (0.4); review proposed cross-examinations (0.5) |
| Brody | 7/25/2019 | 12 | PI hearing |
| Conarck | 7/25/2019 | 9.5 | PI hearing (6.0); expert witness preparation for Dr. Martin (1.5); fact witness preparation for Mrs. Polattie (1.5); fact witness preparation for Ms. Clark (0.5) |
| Rosenberg | 7/25/2019 | 9 | Participate in trial; review proposed directs; meet with Virginia in preparation for trial; review proposed cross-examinations |
| Wilson | 7/25/2019 | 2 | Complete Ledford deposition project for John: pull excerpts from Ledford depo from Defendants' and Coalition Plaintiffs' briefs; identify relevant Q&A from deposition for potential cross examination at hearing |

| Powers | 7/26/2019 | 10.8 | Participate in trial, cross Russell Bridges, Direct of Virginia Martin (6.6 hours); meet with Virginia Martin to go over direct testimony and prepare for cross (1.2); meetings with co-counsel to discuss strategy (1); continue to edit and revise cross of Ledford and Bridges (1.5); draft summary of events for clients and co-counsel (0.5) |
|---|---|---|---|
| Brody | 7/26/2019 | 12 | PI hearing |
| Conarck | 7/26/2019 | 7.5 | PI hearing (6.0); preparation for cross examination of Russel Bridges (1.5) |
| Rosenberg | 7/26/2019 | 11 | Participate in trial (6.0 hours); non-working travel time (5.0 hours) |
| Powers | 7/27/2019 | 0 | Travel from Atlanta to Washington DC (No Charge) |
| Brody | 7/27/2019 | 0 | travel back to DC from PI hearing (No Charge - 4) |
| Powers | 7/29/2019 | 2 | Multi emails to and from M Marks, B Browne, C Ichter, L. Patino, and E. Rosenberg re hearing and three contractors from Barnes deposition, most recent filings from the State (Dkt. 552), the need to email pleadings to M. Marks, state certification issues, issues relating to new machines, and further proceedings post-hearing (1.2); spoke with Andrea Grant re: withdrawing the subpoena of Robert Ingram (0.2); draft notice of withdrawal of the Robert Ingram subpoena and circulate it with the team by email (0.6) |
| Rosenberg | 7/29/2019 | 2 | Multi emails to and from M Marks, B Browne, C Ichter and J Powers re issues relating to new machines, and further proceedings post-hearing |
| Powers | 7/31/2019 | 1 | Multi emails to and from co-counsel re spoliation reply brief and other issues post-hearing; review and comment on spoliation reply brief (0.8); finalize and file notice of withdrawal of subpoena of Robert Ingram (0.2) |
| Rosenberg | 7/31/2019 | 1 | Multi emails to and from co-counsel re spoliation reply brief and other issues post-hearing; review and comment on spoliation reply brief |
| Powers | 8/6/2019 | 1 | Multi emails to and from co-counsel re new machine issues; participate in conference call with co-counsel and client re thereto |
| Rosenberg | 8/6/2019 | 1 | Multi emails to and from co-counsel re new machine issues; participate in conference call with co-counsel and client re thereto |
| Powers | 8/11/2019 | 0.6 | Review multi-emails to and from E. Rosenberg, M. Marks, and B Brown re: protective order issues |
| Rosenberg | 8/11/2019 | 0.6 | Review multi-emails to and from client and B Browne re protective order issues |
| Powers | 8/13/2019 | 1 | Phone call with M. Marks, B. Brown, and E. Rosenberg re: attorney eyes only designation and GEMS database issues, strategy, research assignment, other next steps (0.7); exchange multiple emails to rrange phone call (0.1); email with E. Rosenberg re: AEO issues and potential research into GA APA (0.2) |
| Rosenberg | 8/13/2019 | 1 | |
| Powers | 8/15/2019 | 0.5 | multi- emails to and from E. Rosenberg, M. Marks, and B. Brown re miscellaneous matters relating to BMDs |
| Rosenberg | 8/15/2019 | 0.5 | multi- emails to and from client and co-counsel re miscellaneous matters relating to BMD's |
| Powers | 8/27/2019 | 2.3 | Review motion for attorney's fees and offer feedback to co-counsel (0.7); prepare spreadsheet containing all LC staff's hours incurred in the case so far (1.6) |
| Powers | 8/28/2019 | 1.8 | Collect all information related to expenses incurred in the case to date, summarize, calculate totals and prepare receipts in case documentation is required |
| Rosenberg | 10/8/2019 | 2.5 | Preparation and revision of declaration; review of time sheets; reviewing and responding to B Brown re fee application |

# EXHIBIT 2

**TOTAL COSTS AND EXPENSES INCURRED** *CURLING V. RAFFENSPERGER* **(N.D. GA)**

| Date incurred | Description | Amount |
|---|---|---|
| 6/19 - 8/19 | Westlaw expense - Powers | 219.39 |
| 6/19 - 8/19 | Westlaw expense - Brody | 244.37 |
| 7//19 | Westlaw expense - Rosenberg | 9.67 |
| 6//19 | PACER fees | 38.10 |
| | | |
| | **Total Research Fees** | 511.53 |
| | | |
| 5/22/2019 | Airfare - Rosenberg | 9.95 |
| 5/22/2019 | Airfare - Rosenberg | 30.00 |
| 5/22/2019 | Airfare - Rosenberg | 794.60 |
| 5/22/2019 | Dinner - Rosenberg | 35.00 |
| 5/22/2019 | Taxi - Rosenberg | 20.22 |
| 5/22/2019 | Taxi - Rosenberg | 39.10 |
| 5/23/2019 | Breakfast - Rosenberg | 22.64 |
| 5/23/2019 | Dinner - Rosenberg | 66.26 |
| 5/23/2019 | Taxi - Rosenberg | 9.09 |
| 5/23/2019 | Taxi - Rosenberg | 9.10 |
| 5/23/2019 | Taxi - Rosenberg | 9.60 |
| 5/24/2019 | Airfare - Rosenberg | 30.00 |
| 5/24/2019 | Breakfast - Rosenberg | 22.64 |
| 5/24/2019 | Lodging - Rosenberg | 498.64 |
| 5/24/2019 | Lunch - Rosenberg | 29.84 |
| 5/24/2019 | Taxi - Rosenberg | 12.94 |
| 5/24/2019 | Taxi - Rosenberg | 21.40 |
| 5/24/2019 | Train - Rosenberg | 11.45 |
| 7/19/2019 | Airfare & Lodging - Conarck | 1,216.34 |
| 7/20/2019 | Airfare - Brody | 555.61 |
| 7/23/2019 | Airfare - Rosenberg | 586.56 |
| 7/23/2019 | Dinner - Rosenberg | 20.90 |
| 7/23/2019 | Subway - Rosenberg | 2.00 |
| 7/23/2019 | Taxi - Rosenberg | 25.54 |
| 7/24/2019 | Dinner - Rosenberg | 126.63 |
| 7/24/2019 | Lunch - Rosenberg | 31.52 |
| 7/25/2019 | Lunch - Rosenberg | 9.76 |
| 7/26/2019 | Lodging - Rosenberg | 5.00 |
| 7/26/2019 | Lodging - Rosenberg | 665.24 |
| 7/26/2019 | Lunch - Rosenberg | 12.59 |
| 7/26/2019 | Subway - Rosenberg | 3.50 |
| 7/26/2019 | Taxi - Rosenberg | 174.41 |
| 5/21/2019 - 7/26/2019 | Travel and Meals - Powers (See Exhibit 3) | 7,535.70 |
| | | |
| | **Total Travel and Meals Fees** | **12,643.77** |
| | | |
| | **Grand Total** | **13,155.30** |

# EXHIBIT 3

 Gmail

John Powers <jmppowers@gmail.com>

**Trip itinerary and receipt: B4FE-5979**
1 message

**Upside Travel** <navigators@upside.com>
To: jmppowers@gmail.com
Cc: receipts@expensify.com

Wed, May 15, 2019 at 9:48 AM



# Trip itinerary and receipt

## Flight to Atlanta, GA
**Wednesday, May 22**

Your Booking Number:

**B4FE-5979**     View itinerary details

## Questions? Contact our Navigators
(855) 252-2151
navigators@upside.com

## Flights

John Powers's Confirmation: **HBKUWP**

1 round trip ticket

Wed. 05/22/19
🛫 American Airlines 1730

| 6:40 pm | 9:08 pm |
|---|---|
| PHL | ATL |
| Philadelphia | Atlanta |

Seat:        22D Contact Airline to change seat
Class:       Economy
Equipment: 320

**Manage your trip anywhere**

Download the Upside app to get travel alerts, special offers, and 24x7 support on your upcoming work trip

 

## Traveler Information

John Michael Powers

jmppowers@gmail.com

5853556194

| | |
|---|---|
| **Trip Price** | **$211.30** |
| Taxes and Fees | $28.04 |

To download an itemized receipt, log in to your account and view this trip.

## Ticket Information

eTicket: #0017360859788 (J. Powers)

## Transaction History

| Date | Transaction | Amount |
|---|---|---|
| May 15, 2019 | CC Charge (MasterCard X-497) | $211.30 |

View purchase details for complete booking information or itemized receipt.

Import your trip calendar (Beta) to connect your Upside trip itineraries with your calendar.



**MARRIOTT**

**ATLANTA MARRIOTT MARQUIS**

**GUEST FOLIO**

| 3809 | POWERS/JOHN | | 149.00 | 05/24/19 | 08:00 | 52183 |
|-------|-------------|--|--------|----------|-------|-------|
| ROOM | NAME | | RATE | DEPART | TIME | ACCT# |
| GD | 1648 FLORIDA AVE NW | | | 05/22/19 | 20:13 | |
| TYPE | WASHINGTON DC 20009 | | | ARRIVE | TIME | |
| 235 | | | PASSPORT: | | | |
| ROOM | | | VSXXXXXXXXXXXX8177 | | | MBV#:  XXXXX5526 |
| CLERK | ADDRESS | | PAYMENT | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|------|-----------|--|---------|---------|--------------|
| 05/22 | ROOM TR | 3809, 1 | 182.00 | | |
| 05/22 | STATE TX | 3809, 1 | 16.20 | | |
| 05/22 | CITY TAX | 3809, 1 | 14.56 | | |
| 05/22 | GA RMFEE | 3809, 1 | 5.00 | | |
| 05/23 | ROOM TR | 3809, 1 | 149.00 | | |
| 05/23 | STATE TX | 3809, 1 | 13.26 | | |
| 05/23 | CITY TAX | 3809, 1 | 11.92 | | |
| 05/23 | GA RMFEE | 3809, 1 | 5.00 | | |
| 05/24 | CCARD-VS | | | 396.94 | |
| | PAYMENT RECEIVED BY  VISA | | XXXXXXXXXXXX8177 | | |
| | | | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com



ATLANTA MARRIOTT MARQUIS
265 PEACHTREE CENTER
ATLANTA GA  30303

**MARRIOTT**

Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

 Gmail

John Powers <jmppowers@gmail.com>

---

**Trip itinerary and receipt: 03A4-16C8**
1 message

---

**Upside Travel** <navigators@upside.com>
To: jmppowers@gmail.com
Cc: receipts@expensify.com

Wed, May 15, 2019 at 9:52 AM



# Trip itinerary and receipt

## Flight to New York, NY
**Friday, May 24**

Your Booking Number:

**03A4-16C8**   View itinerary details

## Questions? Contact our Navigators
(855) 252-2151
navigators@upside.com

## Flights

John Powers's Confirmation: **CIZJLV**

1 round trip ticket

Fri. 05/24/19
✈ American Airlines 4527

| 9:39 am | 12:00 pm |
|---------|----------|
| ATL     | LGA      |
| Atlanta | New York |

Operated by REPUBLIC AIRLINES AS AMERICAN EAGLE

Seat:    13C Contact Airline to change seat
Class:   Economy

Equipment: E75

**Manage your trip anywhere**

Download the Upside app to get travel alerts, special offers, and 24x7 support on your upcoming work trip

 

## Traveler Information

John Michael Powers
jmppowers@gmail.com
5853556194

| **Trip Price** | **$259.30** |
|---|---|
| Taxes and Fees | $31.39 |

To download an itemized receipt, log in to your account and view this trip.

## Ticket Information

eTicket: #0017360859789 (J. Powers)

## Transaction History

| Date | Transaction | Amount |
|---|---|---|
| May 15, 2019 | CC Charge (MasterCard X-497) | $259.30 |

View purchase details for complete booking information or itemized receipt.

Import your trip calendar (Beta) to connect your Upside trip itineraries with your calendar.

```
**********************
RECEIPT
NOT VALID FOR TRAVEL
**********************

RTA
achtree Center
M30116
i 24 May 19 08:07AM

ayment Type: MASTERCARI
rchase:          One Way

ount:           $  3.50


eeze Ticket #:
** **** **** **** 3048

edit Card #:
    **** **** **** 0497
th #:            09407Z
f #:        914408727581
  ction #:0000344023
```

```
**********************
RECEIPT              *
NOT VALID FOR TRAVEL *
**********************

RTA
rport
M20710
d 22 May 19 09:13PM

yment Type: MASTERCARD
rchase:          One Way

ount:           $  3.50


eeze Ticket #:
** **** **** **** 3762

dit Card #:
    **** **** **** 0497
h #:             09295Z
 #:        914221705808
  ction #:0001770906
```

```
**********************
ECEIPT               *
OT VALID FOR TRAVEL
**********************

iTA
achtree Center
M30112
u 23 May 19 09:03AM

yment Type: MASTERCARI
rchase:          Round Tri

nount:          $  6.00


reeze Ticket #:
*** **** **** **** 0480

Credit Card #:
    **** **** **** 0497
Auth #:          00573Z
Ref #:      914309711438
Transaction #:0000026889
```

```
iTA NYC TRANSIT
148-TIMES SQ-42 ST
EW YORK CITY NY

VM #: 1447(B148  0700)

i 24 May 19 11:4

ans: Sale OK
vment Mode: Credit
ount:           $  9.00
d Value:        $  9.00
 Card Fee:      $  1.00
al Paid:        $ 10.00

TERCARD
1 #:
  ****      0497
  #:  0 2794
 #: 058057571058

 d #:2986843308
  000
FULL FARE
```

```
        & & & 410 & & &
     ATLANTA MARRIOTT MARQUIS
        **** PULSE ****
  4 Chris

  <  8543              GST  1
          POWERS CC
       22 May'19 10:19 PM

  PEN FOOD              4.00
  IPE CAESAR
  I  IONI               9.00

  ubtotal:            $23.00
  ax:                  $2.05
  :51 PM
    TOTAL DUE: $25.05


  PLEASE COMPLETE FOR ROOM CHARGES

  UITY      5.00

  L        30.05       _____

  M NUMBER_____

  IT LAST NAME_____

  IATURE_____._____
```



John Powers <jmppowers@gmail.com>

---

**Trip itinerary and receipt: A33E-D03E**
1 message

---

**Upside Travel** <navigators@upside.com>
To: jmppowers@gmail.com
Cc: receipts@expensify.com

Fri, May 24, 2019 at 9:52 PM



# Trip itinerary and receipt

## Flight to Atlanta, GA

Thursday, May 30–Friday, May 31

Your Booking Number:

## A33E-D03E    View itinerary details

## Questions? Contact our Navigators

(855) 252-2151

navigators@upside.com

## Flights

John Powers's Confirmation: **LKLKTL**

1 round trip ticket

Thu. 05/30/19
American Airlines 4525

| 4:59 pm | 6:59 pm |
|---------|---------|
| DCA | ATL |
| Washington | Atlanta |

Operated by REPUBLIC AIRLINES AS AMERICAN EAGLE

Seat:     Pending Contact Airline to change seat
Class:    Economy

Equipment: E75

Fri. 05/31/19
🛪 American Airlines 309

| 4:55 pm | 7:00 pm |
|---------|---------|
| ATL | DCA |
| Atlanta | Washington |

Seat:     Pending Contact Airline to change seat
Class:    Economy
Equipment: E90

## Manage your trip anywhere

Download the Upside app to get travel alerts, special offers, and 24x7 support on your upcoming work trip

 

## Traveler Information

John Michael Powers
jmppowers@gmail.com
5853556194

**Trip Price**                          **$578.60**

To download an itemized receipt, log in to your account and view this trip.

## Transaction History

| Date | Transaction | Amount |
|------|-------------|--------|
| May 25, 2019 | CC Charge (MasterCard X-497) | $578.60 |



**Residence INN**
BY MARRIOTT

**Residence Inn® Atlanta Downtown**
134 Peachtree Street NW, Atlanta, GA 30303 **P** 404.522.0950
**Marriott.com/ATLDT**

| | |
|---|---|
| John Powers | Room: 2006 |
| Lawers Committe | Room Type: ONBR |
| | Number of Guests: 1 |
| | Rate: $134.00        Clerk: CAL |
| Arrive: 30May19     Time: 10:42PM     Depart: 31May19 | Time: 09:06AM     Folio Number: 70121 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 30May19 | Room Charge | 134.00 | |
| 30May19 | State Sales Tax | 11.93 | |
| 30May19 | City Tax | 10.72 | |
| 30May19 | Sales Tax Other Room Tax | 5.00 | |
| 31May19 | Visa | | 161.65 |

*Card #: VIXXXXXXXXXXXX8177/XXXX*
*Amount: 161.65 Auth: 06454C Signature on File*
*This card was electronically swiped on 30May19*

**BALANCE:** **0.00**

**Marriott Bonvoy Account # XXXXX5526.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# FIVE GUYS

STORE # VA-0106
Reagan National Airport
Washington, DC 20001
Phone (703) 417-1990

5/30/2019                    4:03:59 PM
Order Id: AAAJRHPUAEJE
85 - FIVE GUYS
Employee: M.D. A

---

## 85

---

| | |
|---|---|
| 1 Bacon Cheeseburger | $10.44 |
| Bacon | $0.00 |
| Grilled Onions | $0.00 |
| Jalapeno Peppers | $0.00 |
| Lettuce | $0.00 |
| Grilled Mushrooms | $0.00 |
| 1 Regular Cajun Fry | $5.05 |
| 1 Bottled Water | $2.79 |

Sub Total                    $18.8

Sales Tax                    $1.33
Order Total                  $20.11

MasterCard                   $20.11
  Card#: ************0497
  Authorization: 005392

---

**FedEx Office**

FedEx Office is your destination
for printing and shipping.

100 Peachtree St NW
Atlanta, GA 30303-1906
Tel: (404) 221-0000

5/31/2019                9:14:02 AM EST
Team Member: Davone B.

### SALE

| | | |
|---|---|---|
| BW 1S on 24# Wht | 84 @ | 0.1700 T |
| 000330 Reg. Price | 0.17 | |

Regular Total           14.28
Discounts                0.00

**Total**                **14.28**

Sub-Total                       14.28
Tax                              1.27
Deposit                          0.00

**Total**                       **15.55**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PURCHASE \*\*\*\*\*\*\*\*\*\*\*\*\*\*
              APPROVED
Total:                          $15.55
Card Type:      VISA
Card Entry:     CHIP
Acct #:         ************8177
Approval Code: 02632C
\*\*\*\*\*\*\*\*\*\*\*\* EMV PURCHASE \*\*\*\*\*\*\*\*\*\*\*\*
App Label:                 VISA CREDIT
Mode:                          Issuer
AID: A0000000031010
TVR: 0000008000

```
        Welcome to Chick-fil-A
          CNN Center (#01306)
             Atlanta, GA
            (404) 659-4449
       Operator: Jonathan Hollis
            CUSTOMER COPY
     **** DUPLICATE RECEIPT ****
          5/31/2019 2:16:05 PM
              CARRY OUT
   Order Number:  5849036

                                 5.35
   1  GRL Sand                    4.09
   1  Spcy Sand                   1.75
   1  BTL Water

      Sub. Total:              $11.19
      Tax:                      $0.93
      Total:                   $12.12

                                $0.00
      Change                   $12.12
      Visa:
   Register:4        Tran Seq No: 5849036
   Cashier:Takisha
      It was our pleasure serving you!
          Have a wonderful day.
      one.chick-fil-a.com/forgot?scan
```

```
     ***************************
     *  RECEIPT               *
     *  NOT VALID FOR TRAVEL  *
     ***************************

     MARTA
     Airport
     TVM20702
     Thu 30 May 19 07:21PM

     Payment Type: MASTERCARD
     Purchase:     Round Trip

     Amount:          $  6.00


     Breeze Ticket #:
     **** **** **** **** 6967

     Credit Card #:
          **** **** **** 0497
     Auth #:            04029Z
     Ref #:       915019834109
     Transaction #:0000181458
```

# Trip itinerary and receipt

## Flight to Atlanta, GA

**Thursday, Jun 20–Monday, Jun 24**

Your Booking Number:

**8B0D-14BF**   View itinerary details

## Questions? Contact our Navigators

(855) 252-2151

navigators@upside.com

## Flights

John Powers's Confirmation: **UFOXZK**                                    1 round trip ticket

Thu. 06/20/19
✈ American Airlines 5607

| 1:36 pm | 3:09 pm |
|---------|---------|
| BUF | DCA |
| Buffalo | Washington |

Seat:      04C Contact Airline to change seat
Class:     Economy
Equipment: CRJ

Thu. 06/20/19
✈ American Airlines 4525

| 4:57 pm | 6:57 pm |
|---------|---------|
| DCA | ATL |
| Washington | Atlanta |

Seat:      13C Contact Airline to change seat
Class:     Economy
Equipment: E75

Mon. 06/24/19
✈ American Airlines 4525

| 7:27 pm | 9:29 pm |
|---------|---------|
| ATL | DCA |
| Atlanta | Washington |

Seat: 14C Contact Airline to change seat
Class: Economy
Equipment: E75

### Manage your trip anywhere

Download the Upside app to get travel alerts, special offers, and 24x7 support on your upcoming work trip

 

## Traveler Information

John Michael Powers
jmppowers@gmail.com
5853556194

| **Trip Price** | **$1,013.29** |
|---|---|
| Taxes and Fees | $72.30 |

To download an itemized receipt, log in to your account and view this trip.

## Ticket Information

eTicket: #0017352943308 (J. Powers),eTicket: #0017360859802 (J. Powers),eTicket: #0017369437978 (J. Powers)

## Transaction History

| Date | Transaction | Amount |
|------|-------------|--------|
| Apr 24, 2019 | CC Charge (MasterCard X-497) | $318.59 |
| May 15, 2019 | CC Charge (MasterCard X-497) | $405.05 |
| Jun 13, 2019 | CC Charge (MasterCard X-497) | $289.65 |

[Quoted text hidden]



**COURTYARD**®
BY MARRIOTT

**Courtyard by Marriott**® Atlanta Suwanee Www.marriott.com/Atlsu Book It
310 Celebration Dr, Suwanee Ga 30024 **P** 770.831.7473
**Marriott.com/ATLSU**

| John Powers | | | Room: 328 | |
|---|---|---|---|---|
| Leisure | | | Room Type: GENR | |
| | | | Number of Guests: 1 | |
| | | | Rate: $129.60 | Clerk: PMG |
| Arrive: 23Jun19 | Time: 09:04PM | Depart: 24Jun19 | Time: 02:22PM | Folio Number: 82223 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 23Jun19 | Room Charge | 129.60 | |
| 23Jun19 | Room Tax | 7.78 | |
| 23Jun19 | Tourism Tax | 9.07 | |
| 23Jun19 | City Fee | 5.00 | |
| 24Jun19 | Visa | | 151.45 |

*Card #: VIXXXXXXXXXXXX8177/XXXX*
*Amount: 151.45 Auth: 03457C Signature on File*

**BALANCE:** **0.00**

**Marriott Bonvoy Account # XXXXX5526.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

MARRIOTT

**ATLANTA MARRIOTT MARQUIS** **GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 4201 ROOM | POWERS/J NAME | 170.00 RATE | 06/23/19 DEPART | 11:00 TIME | 24478 ACCT# |
| CK TYPE | | | 06/21/19 ARRIVE | 13:17 TIME | |
| 316 ROOM CLERK | ADDRESS | PAYMENT | | | MBV#: XXXXX5526 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 06/21 | ROOM TR | 4201, 1 | 170.00 | | |
| 06/21 | STATE TX | 4201, 1 | 15.13 | | |
| 06/21 | CITY TAX | 4201, 1 | 13.60 | | |
| 06/21 | GA RMFEE | 4201, 1 | 5.00 | | |
| 06/22 | ROOM TR | 4201, 1 | 170.00 | | |
| 06/22 | STATE TX | 4201, 1 | 15.13 | | |
| 06/22 | CITY TAX | 4201, 1 | 13.60 | | |
| 06/22 | GA RMFEE | 4201, 1 | 5.00 | | |
| 06/23 | VS CARD | | | $407.46 | |

TO BE SETTLED TO: VISA CURRENT BALANCE .00

THANK YOU FOR CHOOSING THE ATLANTA MARRIOTT MARQUIS!

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**

MARRIOTT

ATLANTA MARRIOTT MARQUIS
265 PEACHTREE CENTER
ATLANTA GA 30303

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

 Gmail

John Powers <jmppowers@gmail.com>

**Your ride with Kenyatta on June 21**
1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>                                Fri, Jun 21, 2019 at 7:14 PM
To: jmppowers@gmail.com





# Thanks for riding with Kenyatta!

June 21, 2019 at 6:56 PM

### Ride Details

| | |
|---|---|
| Lyft fare (1.90mi, 17m 19s) | $9.11 |
| Tip | $2.00 |


MasterCard *0497                                                      **$11.11**





● Pickup        6:56 PM
261 Peachtree Center Ave NE, Atlanta, GA

● Drop-off      7:13 PM
725 Lake Ave NE, Atlanta, GA



## This and every ride is carbon neutral

**Learn more**

**Refer a Driver**

⊕        Tip driver

🔍        Find lost item

 Gmail

John Powers <jmppowers@gmail.com>

**Your ride with Alexxa on June 21**
1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>
To: jmppowers@gmail.com

Sat, Jun 22, 2019 at 11:04 PM





# Thanks for riding with Alexxa!

June 21, 2019 at 10:50 PM

### Ride Details

| | |
|---|---|
| Lyft fare (2.16mi, 13m 6s) | $8.25 |


MasterCard *0497     **$8.25**





● **Pickup**      10:50 PM
  111 Krog St NE, Atlanta, GA

● **Drop-off**    11:03 PM
  255 Peachtree Center Ave NE, Atlanta, GA



**This and every ride is carbon neutral**

Learn more

**Refer a Driver**

⊕    Tip driver

🔍   Find lost item

 Gmail

John Powers <jmppowers@gmail.com>

**Your ride with Kenneth on June 20**
1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>                                    Fri, Jun 21, 2019 at 6:54 PM
To: jmppowers@gmail.com





# Thanks for riding with Kenneth!

June 20, 2019 at 7:48 PM

### Ride Details

| | |
|---|---|
| Lyft fare (2.60mi, 9m 13s) | $14.70 |
| Tip | $2.00 |


MasterCard *0497                                    **$16.70**





- ● Pickup     7:48 PM
  Airport Blvd, College Park, GA

- ● Drop-off   7:57 PM
  2076 Sullivan Rd, College Park, GA



**This and every ride is carbon neutral**

**Learn more**

**Refer a Driver**

⊕     Tip driver

🔍     Find lost item

```
06/22/19                    22:23
            SALES DRAFT

       Trader Vic's
            Address
       City, State Zip Code
            Phone Number

MERCH ID:
CASHIER:  Milenko
TERMINAL: 30

            Visa

NAME:      POWERS/JOHN
NUMBER:    XXXXXXXXXXXX8177
EXPIRE:    XX/XX
AUTH:      00534C
AMOUNT:    47.37

CHECK:     302674
TABLE:

TOTAL:     47.37

GRATUITY:         _____

TOTAL:            _____

I agree to pay above total
amount according to my card
issuer agreement.

X_____
  SIGNATURE

        Customer Copy
```



**Watchman's Seafood & Spirits**
99 Krog St. Suite Y
Atlanta, Ga
United States, 30307
Tel: 4042540141
Printed June 21, 2019 at 9:28 PM

———— REPRINT ————

**Table** 5, 1 guest

Ordr #: 25897
B| #: 33202
Srver: Roid

Sales Tax #:
Excise #:

———— REPRINT ————

| | |
|---|---|
| Grouper | $28.00 |
| Pork Belly | $13.00 |

Split Items

| | |
|---|---|
| Sub Total | $41.00 |
| Sales Tax | $3.65 |
| Excise | $0.00 |
| **Total** | **$44.65** |

VISA *8177 (Auth#: 01646C)     $44.65

Thank You

---

REPRINT

Panera Bread
Cafe #: 601719
1080 Peachtree St. NE
Atlanta, GA 30309
Phone: 404-817-0415

**Accuracy Matters.**
Your order should be correct every time.
If it's not, we'll fix it right away, and
give you a free treat for your trouble.
Just let an associate know.

06/22/2019 2:30:05 PM
Check Number: 100814  Cashier  JaQuayvia

| | |
|---|---|
| 1 BLT Rst Tky Avc Sdw | 9.89 |
| 1 No Drink | |
| 1 Chips | |
| 1 Bwl Bistro Ons Soup | 5.79 |
| 1 Bottled Water | 1.99 |
| 1 No Meal Upgrade | |
| 1 French Baguette | |

| | |
|---|---|
| Subtotal | 17.67 |
| Tax | 1.57 |
| Gratuity | 0.00 |
| Total | 19.24 |
| Master Card | 19.24 |

Acct: xxxxxxxxxxxx0497
AuthCode: 00053Z
Trans#: 00000043

View your Account at: www.mypanera.com
MyPanera Member: xxxxxxxxxxx04838
MyPanera Offers Earned:
Visits To Next Reward: None

www.panerabread.com

To GO
Your Order Number is: 100814
Customer / Pager: John  O

*** Customer Copy ***

```
**************************
*  RECEIPT               *
*  NOT VALID FOR TRAVEL  *
**************************

MARTA
Airport
TVM20718
Fri 21 Jun 19 03:49PM

Payment Type: MASTERCARD
Purchase:     Round Trip

Quantity:                4

Amount:           $ 24.00


Breeze Ticket #:
**** **** **** **** 9603

**** **** **** **** 1848

**** **** **** **** 8724

**** **** **** **** 0967

Credit Card #:
     **** **** **** 0497
Auth #:           04743Z
Ref #:      91721519249
Transaction #:0000033109
```

```
**************************
*  RECEIPT               *
*  NOT VALID FOR TRAVEL  *
**************************

MARTA
Peachtree Center
TVM30116
Sat 22 Jun 19 10:22AM

Payment Type: MASTERCARD
Purchase:     Round Trip

Amount:           $  6.00


Breeze Ticket #:
**** **** **** **** 1127

Credit Card #:
     **** **** **** 0497
Auth #:           06455Z
Ref #:      917310207295
Transaction #:0000346457
```

**Watchman's Seafood & Spirits**
99 Krog St. Suite Y
Atlanta, Ga
United States, 30307
Tel: 4042540141
Printed June 21, 2019 at 9:27 PM

**Order ID: 25897**
Type: Authorize
Date/Time: 6/21/19 9:27 PM
Server: Reid

Card Number: XXXXXXXXXXXX8177
Account Type: VISA
Auth #: 01646C
Ref #:

APPROVED - THANK YOU

**Subtotal: $44.65**

Tip:_____

Total:_____

Important - retain this copy for your records

*** CUSTOMER COPY ***

 Gmail

John Powers <jmppowers@gmail.com>

**Trip itinerary and receipt: F994-0DA9**
1 message

**Upside Travel** <navigators@upside.com>
To: jmppowers@gmail.com
Cc: receipts@expensify.com

Thu, Jul 11, 2019 at 9:48 PM



# Trip itinerary and receipt

## Flight to Atlanta, GA
Wednesday, Jul 10–Friday, Jul 12

Your Booking Number:

**F994-0DA9**    View itinerary details

Questions? Contact our Navigators
(855) 252-2151
navigators@upside.com

## Flights

John Powers's Confirmation: **AZOHZT**

1 round trip ticket

Wed. 07/10/19
American Airlines 309

2:10 pm                          4:11 pm
DCA                              ATL
Washington                       Atlanta

Seat:      05D Contact Airline to change seat
Class:     Economy
Equipment: E90

Fri. 07/12/19
⬏ American Airlines 4702

| | |
|---|---|
| 9:04 am | 11:00 am |
| ATL | DCA |
| Atlanta | Washington |

Seat: Pending **View or Change Seat**
Class: Economy
Equipment: E75

**Manage your trip anywhere**

Download the Upside app to get travel alerts, special offers, and 24x7 support on your upcoming work trip

 

## Traveler Information

John Michael Powers
jmppowers@gmail.com
5853556194

| | |
|---|---|
| **Trip Price** | **$746.22** |
| Taxes and Fees | $63.28 |

To download an itemized receipt, log in to your account and view this trip.

## Ticket Information

eTicket: #0017372036741 (J. Powers),eTicket: #0017378537336 (J. Powers)

# Transaction History

| Date | Transaction | Amount |
|------|-------------|--------|
| Jun 26, 2019 | CC Charge (MasterCard X-497) | $440.60 |
| Jul 12, 2019 | CC Charge (MasterCard X-497) | $305.62 |

View purchase details **for complete booking information or itemized receipt.**

Import your trip calendar (Beta) **to connect your Upside trip itineraries with your calendar.**

## CANCELLATION POLICY AND DETAILS

Once confirmed, airline change penalties and restrictions apply.

Most tickets are non-refundable. See your airline's **full fare rules for additional details.**

Check your airline's **baggage fees and restrictions** before your trip.

Airline tickets are non-transferrable. Name changes or adjustments are not allowed once purchased.

Airfare and flight availability are not guaranteed until purchased.

**Domestic / International Flights**

Domestic: You will be issued electronic tickets. Remember to bring **a valid government-issued photo ID** with you to check-in.

International: You will be issued electronic tickets. All travelers will need **a valid passport** and you may also need to show additional documentation at your destination and/or in connecting countries.

Purchaser must be over 18 years of age.

If you need to change or cancel your reservations, contact our Navigators who can help you with your trip at (855) 252-2151 or (202) 753-9604.

Customer Service

(855) 252-2151



**Fairfield by Marriott® Cartersville**
20 Canyon Parkway, Cartersville,ga 30120 **P** 770.387.0400
**Fairfield.Marriott.com**

| John Powers | | | Room: 411 | |
| Leisure | | | Room Type: EXQS | |
| | | | Number of Guests: 1 | |
| | | | Rate: $219.00 | Clerk: ZJS |
| Arrive: 10Jul19 | Time: 09:06PM | Depart: 11Jul19 | Time: 01:13PM | Folio Number: 74374 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 10Jul19 | Room Charge | 219.00 | |
| 10Jul19 | Occupancy Sales Tax | 17.52 | |
| 10Jul19 | State Occupancy Tax | 15.33 | |
| 10Jul19 | State Hotel Motel Fee | 5.00 | |
| 11Jul19 | Visa | | 256.85 |

*Card #: VIXXXXXXXXXXXX8177/XXXX*
*Amount: 256.85 Auth: 06462C Signature on File*

**BALANCE:** 0.00

**Marriott Bonvoy Account # XXXXX5526.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

**THE HERTZ CORPORATION**
Phone:   1-800-654-4173
Fax:      405-290-2899
E-mail:   CUSTOMERBILLING@HERTZ.COM



| | |
|---|---|
| Rental Agreement No: | 836980583 |
| Date: | 07/12/2019 |
| Document: | 929003539165 |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

**CHARGE DETAIL**

Renter:         JOHN POWERS
Account No.:
CDP No.:       1392782
CDP Name:     HERTZ MEMBER PROGRAM

**MR JOHN MICHAEL POWERS**
**1648 FLORIDA AVE NW**
**WASHINGTON, DC 20009**

**RENTAL REFERENCE**
Rental Agreement No: 836980583
Reservation ID:  J0862046805
I.T. No.:       VCPUSPP
Voucher:       0000695089

**RENTAL DETAILS**
Rate Plan:   IN: VCPD2  OUT: VCPD2
Rented On:   07/10/2019 16:30 LOC# 145011
            ATLANTA AP, GA
Returned On:  07/12/2019 08:45 LOC# 145011
            ATLANTA AP, GA
Car Description:  SENTRA 1.8 WDK214
Veh. No.:      6594360
CAR CLASS Charged: B    MILEAGE   In: 6,840
      Rented: C          Out: 6,729
      Reserved: B      Driven:  111

**MISCELLANEOUS INFORMATION**

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| DAYS | 2 @ | 67.34 | 134.68 |
| SUBTOTAL | | | 134.68 |
| | | | |
| CONCESSION FEE RECOVERY | | | 15.39 |
| VEHICLE LICENSE FEE | | | 2.34 |
| CUSTOMER FACILITY CHARGE | | | 10.00 |
| ENERGY SURCHARGE | | | 1.49 |
| VOUCHER VALUE | | | -181.52 |
| TAX | | 10.75% | 17.62 |

**Gold Plus Rewards Points**
Earned this rental:  135

TOTAL CHARGES          0.00 USD

**E-RETURN RECEIPT**

**THANK YOU FOR RENTING FROM HERTZ**

**ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.**

| | |
|---|---|
| Rental Agreement No: | 836980583 |
| Date: | 07/12/2019 |
| Document: | 929003539165 |

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Renter:     JOHN POWERS
Account No.:

Phone:    1-800-654-4173
Fax:      405-290-2899
E-mail:   CUSTOMERBILLING@HERTZ.COM
GCM1A4      0090 CA

TOTAL CHARGES     0.00 USD



## Delaware North

EINSTEIN BROS. BAGELS
Store # 9001
Terminal D
POS 1-1

Tbl:0                          Ref:1075725
                               Chk:1075768

Harold                         7/12/2019 11:03 am

Turk-Sausg Egg Chdr                      6.29
Fresh OJ - Reg                           3.07

              SubTotal                   9.36
              State Tax                   0.75
                               ----------
              Total                      10.11

VISA ************8177                    10.11
                               ----------
        Amount Paid                      10.11

Tell us about your experience by visiting
    DelawareNorthListens.com

---

Cleveland Ave Chevron
757 Cleveland Ave.
Atlanta, Ga 30315

Cleveland Ave Chevro
00302521
757/B Cleveland Ave
Atlanta, GA
07/12/2019 609914912
08:34:30 AM

XXXXXXXXXXXX0497
MASTERCARD
INVOICE E/2160058
AUTH 09434Z

PUMP# 4
UNLEAD REG              4.139G
PRICE/GAL              $2.899

FUEL TOTAL       $    12.00

CREDIT           $    12.00

Swiped

Get rewarded on
every fill-up at
Chevron with a
Techron Advantage
card. See app
for details.

Thank You For Shopping With Us!!!!!!

---

** NO WORRIES - EVERYTHING'S OK **
08   a  Table  90  #Party 1
LEEGA F   SvrCk: 2  18:21 07/11/19
MAIN 2/T10
    Separate checks: 1-of-3

1 F.G.T. APP
1 CHICKEN POT PIE
1 WATER
1 BERRY COBBLER

        Sub Total:
            Tax:          29.
07/11          ...

** PLEASE PAY CASH **

OPEN ALL D,
TRY OUR
TAKE-AWAY STORE.
To Live is to Serve.
To Serve is to Live.

000000 008716



| Qty | Description | Amount |
|---|---|---|
| 4 | PC Basic Station Time/Minute | 1.56 |

|  | SubTotal | 1.56 |
|---|---|---|
|  | Taxes | 0.14 |
|  | Total | 1.70 |

Current Value on Card: $0.59

**FedEx Office Print & Ship Centers**

3401 Northside Pkwy.
Atlanta,GA 30327
(404) 262-9393
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $30 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt



July 10, 2019 17:44                              Page: 1
Receipt #: 1518525040
MasterCard #: XXXXXXXXXXXX0497
2019/07/10 17:33

| Qty | Description | Amount |
|-----|-------------|--------|
| 12  | PNG B&W S/S 8.5x11 & 8.5x14 | 1.56 |
| 2   | PNG B&W S/S 8.5x11 & 8.5x14 | 0.26 |
| 8   | PNG B&W S/S 8.5x11 & 8.5x14 | 1.04 |

|  | SubTotal | 2.86 |
|--|----------|------|
|  | Taxes    | 0.25 |
|  | Total    | 3.11 |

The Cardholder agrees to pay the Issuer of the charge card
in accordance with the agreement between the Issuer and
the Cardholder.

**FedEx Office Print & Ship Centers**

3401 Northside Pwky.
Atlanta,GA 30327
(404) 262-9393
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $30 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt

 Gmail

John Powers <jmppowers@gmail.com>

---

**Trip itinerary and receipt: 8704-69C3**
1 message

---

**Upside Travel** <navigators@upside.com>                      Fri, Jul 19, 2019 at 4:14 PM
To: jmppowers@gmail.com
Cc: receipts@expensify.com



# Trip itinerary and receipt

## Flight to Atlanta, GA
Thursday, Jul 18–Friday, Jul 19

Your Booking Number:

**8704-69C3**      View itinerary details

Questions? Contact our Navigators

(855) 252-2151

navigators@upside.com

## Flights

John Powers's Confirmation: **ZJCMYS**                          1 round trip ticket

Thu. 07/18/19
American Airlines 4702

| | |
|---|---|
| 6:30 am | 8:22 am |
| DCA | ATL |
| Washington | Atlanta |

Seat:       08D Contact Airline to change seat
Class:      Economy
Equipment: E75

Fri. 07/19/19
American Airlines 4525

| 7:27 pm | 9:29 pm |
|---------|---------|
| ATL | DCA |
| Atlanta | Washington |

| Seat: | 20D **View or Change Seat** |
|-------|------|
| Class: | Economy |
| Equipment: | E75 |

**Manage your trip anywhere**

Download the Upside app to get travel alerts, special offers, and 24x7 support on your upcoming work trip

 

## Traveler Information

John Michael Powers
jmppowers@gmail.com
5853556194

| **Trip Price** | **$688.61** |
|----------------|-------------|
| Taxes and Fees | $74.66 |

To download an itemized receipt, log in to your account and view this trip.

## Ticket Information

eTicket: #0017378537412 (J. Powers)

# Transaction History

| Date | Transaction | Amount |
|---|---|---|
| Jul 16, 2019 | CC Charge (MasterCard X-497) | $688.61 |

View purchase details for complete booking information or itemized receipt.

Import your trip calendar (Beta) to connect your Upside trip itineraries with your calendar.


## CANCELLATION POLICY AND DETAILS

Once confirmed, airline change penalties and restrictions apply.

Most tickets are non-refundable. See your airline's full fare rules for additional details.

Check your airline's baggage fees and restrictions before your trip.

Airline tickets are non-transferrable. Name changes or adjustments are not allowed once purchased.

Airfare and flight availability are not guaranteed until purchased.

**Domestic / International Flights**

Domestic: You will be issued electronic tickets. Remember to bring a valid government-issued photo ID with you to check-in.

International: You will be issued electronic tickets. All travelers will need a valid passport and you may also need to show additional documentation at your destination and/or in connecting countries.

Purchaser must be over 18 years of age.

If you need to change or cancel your reservations, contact our Navigators who can help you with your trip at (855) 252-2151 or (202) 753-9604.


Customer Service

(855) 252-2151

navigators@upside.com



**ATLANTA MARRIOTT MARQUIS**　　　　　**GUEST FOLIO**

| | | | | |
|---|---|---|---|---|
| 4435 | POWERS/JOHN/MR | 190.00 | 07/19/19 | 16:22 | 51638 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| CK | 401 HOLLAND LN APT 1 | | 07/18/19 | 11:32 | |
| TYPE | ALEXANDRIA VA 223143481 | | ARRIVE | TIME | |
| 235 | | PASSPORT: | | | |
| ROOM | | VSXXXXXXXXXXXX8177 | | | MBV#:　XXXXX5526 |
| CLERK | ADDRESS | PAYMENT | | | |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 07/18 | ROOM TR | 4435, 1 | 190.00 | | |
| 07/18 | STATE TX | 4435, 1 | 16.91 | | |
| 07/18 | CITY TAX | 4435, 1 | 15.20 | | |
| 07/18 | GA RMFEE | 4435, 1 | 5.00 | | |
| 07/19 | CCARD-VS | | | | |
| | PAYMENT RECEIVED BY VISA | XXXXXXXXXXXX8177 | | 227.11 | |
| | | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



ATLANTA MARRIOTT MARQUIS
265 PEACHTREE CENTER
ATLANTA GA 30303

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

Six Feet Under
Grant Park
437 Memorial Drive SE
404-523-6664

Server: Selena          DOB: 07/19/2019
05:37:24                     07/19/2019
Table 34/1                       2/20052

SALE

SALE

MID:               542929807143011
TID:                        101942

07/19/2019                  18:40:51
Entry Method:                   Chip
Seq #: 038549
Approval Code:               015957

MASTERCARD
CARD #:           XXXXXXXXXXXX0497
AID:              A0000000041010
TVR:                  0000008000
IAD:    0110A08003220000769200000000000
TSI:
APPR: E800              ARC: 015957
TC:              53C193A386F0424A
PPN:                        038549

  SubTotal        USD $    28.86

    Tip           USD $_____

   Total          USD $_____

         APPROVED BY ISSUER

Signature:_____
            JOHN POWERS

I agree to pay the total amount
according to card issuer agreement

---

Six Feet Under
Grant Park
437 Memorial Drive SE
404-523-6664

Server: Selena              07/19/2019
Table 34/1                     6:37 PM
Guests: 1                        20052
Reprint # 1

Shrimp & Grits Platter          18.50
Key Lime Pie                     8

Subtotal                        26.50
Tax                              2.36

Total                           28.86

Balance Due              28.86

        Suggested Gratuity:
           18% =  5.19
           20% =  5.77
           25% =  7.22
          Visit us at:
          www.sixfeetunder.net
       <                     >
       Photo ID is required for
    all non-chip-enabled cards.
         We apologize for
         any inconvenience.

# FIVE GUYS

STORE # VA-0106
Reagan National Airport
Washington, DC 20001
Phone (703) 417-1990

7/18/2019                        5:38:19 AM
Order Id: AAATRHSWAEAR
25 - FIVE GUYS
Employee: Martha K

---

## 25

---

| 1 Bacon, Egg & Cheese Sandwich | $7.39 |
| Bacon | $0.00 |
| 1 Orange Juice | $2.50 |

| Sub Total | $10.38 |

| Sales Tax | $1.04 |
| Order Total | $11.42 |

| Visa | $11.42 |
| Card#: ************8177 | |
| Authorization: 04455C | |

--> Order Closed <--

*******************************
Don't throw away your receipt!!!

Help Five Guys and you could win!
Log online to www.fiveguys.com/survey
and fill out a brief survey!

10 lucky people will win a
Five Guys Gift Card each month
worth $25 each!

No purchase necessary.
Sweepstakes ends 12/31/2019.
Must be at least 18 years old and
submit survey within 30 days
of the receipt date to enter.
Please visit www.fiveguys.com/survey
for Official Rules and how to enter
without making a purchase or
completing a survey.
Void where prohibited.

*******************************

Einsteins
1077 Juniper Street
Atlanta, GA 30309
404.876.7925

| Server: Jarrett | 07/18/2019 |
| 4/36/2 | 7:58 PM |
| Guests: 0 | 60038 |

Seat 2
++++++++++++++++++++++++++++++++

| Fried Green Tomatoes | 9.00 |
| Porchetta | 22.00 |
| Peach Pound Cake | 7.00 |
| Subtotal | 38.00 |
| Tax | 3.38 |
| Total | 41.38 |

| Complete Subtotal | 38.00 |

| Subtotal | 38.00 |
| Tax | 3.38 |

| Total | 41.38 |

## Balance Due          41.38

Save 10% off with same day
Fox Theatre or SCADShow tickets.
Join our cardless VIP Program
150 points = $10 Automatically
https://einstein.atlanta.com

 **Gmail**

John Powers <jmppowers@gmail.com>

---

**Your ride with Isaiah on July 19**
1 message

---

**Lyft Ride Receipt** <no-reply@lyftmail.com>                     Fri, Jul 19, 2019 at 8:41 AM
To: jmppowers@gmail.com



JULY 19, 2019 AT 8:23 AM

# Thanks for riding with Isaiah!



Lyft fare (2.83mi, 12m 23s)                                        $10.48
Tip                                                                 $2.00

 MasterCard *0497                             **$12.48**





- **Pickup** 8:23 AM
  259 Peachtree Center Ave NE, Atlanta, GA

- **Drop-off** 8:36 AM
  500 14th St NW, Atlanta, GA



## This and every ride is carbon neutral

**LEARN MORE**

# Refer a Driver

 **UPSIDE**
BUSINESS TRAVEL

# Receipt

1 Thomas Circle, 8th Floor Washington, DC 20005

| Trip Information | Upside Total | Upside Booking Number |
|---|---|---|
| **Your trip** | **$325.25** | **063D-BB64** |

Flight
Travelers: John Michael Powers
JOHN POWERS

Jul 26, 2019
MasterCard ****0497

*Look for **Upside Travel 063D-BB64**
on your credit card statement.*

## Purchase Details

### American Airlines flight from Washington (DCA) to Atlanta (ATL)

| | |
|---|---|
| Base Price | $306.98 |
| 0017375141138 (John Powers), Economy | |
| Flight taxes | $37.32 |
| **Total paid** | **$325.25** |

By using Upside, you understand that your trip and personal information are subject to Upside's Terms and Conditions and Privacy Policy

Package base prices may reflect confidential Upside rates. In these cases, the amounts reflected here may be calculated from the proportions of the original retail price minus Upside savings and not the actual rates.

Need to change, cancel or add to your reservation? Download the app, or chat, email us at navigators@upside.com, or call (855) 252-2151



# UPSIDE
### BUSINESS TRAVEL

# Receipt

1 Thomas Circle, 8th Floor Washington, DC 20005

| Trip Information | Upside Total | Upside Booking Number |
|---|---|---|
| **Your trip** | **$389.61** | **063D-BB64** |

Flight
Travelers: John Michael Powers
JOHN POWERS

Jul 2, 2019
MasterCard ****0497

*Look for Upside Travel 063D-BB64*
*on your credit card statement*

## Purchase Details

### American Airlines flight from Washington (DCA) to Atlanta (ATL)

| | |
|---|---|
| Base Price | $337.08 |
| 0017375141138 (John Powers), Economy | |
| Flight taxes | $52.53 |
| **Total paid** | **$389.61** |

By using Upside, you understand that your trip and personal information are subject to Upside's Terms and Conditions and Privacy Policy.

Package base prices may reflect confidential Upside rates. In these cases, the amounts reflected here may be calculated from the proportions of the original retail price minus Upside savings and not the actual rates.

Need to change, cancel or add to your reservation? Download the app, or chat, email us at navigators@upside.com, or call (855) 252-2151

THE UPSIDE TRAVEL COMPANY, LLC, 1 THOMAS CIRCLE NW, WASHINGTON, D.C. 20005

By using Upside, you understand that your trip and personal information are subject to Upside's Terms and Conditions and Privacy Policy

**Upside Travel** <navigators@upside.com>
To: jmppowers@gmail.com
Cc: receipts@expensify.com

Tue, Jul 2, 2019 at 7:30 PM



# Trip itinerary and receipt

## Flight to Atlanta, GA

Monday, Jul 22–Friday, Jul 26

Your Booking Number:

**063D-BB64**    View itinerary details

Questions? Contact our Navigators

(855) 252-2151

navigators@upside.com

[Quoted text hidden]

Mon. 07/22/19
✈ American Airlines 4525

| | |
|---|---|
| 4:57 pm | 6:57 pm |
| DCA | ATL |
| Washington | Atlanta |

| | |
|---|---|
| Seat: | 13C **View or Change Seat** |
| Class: | Economy |
| Equipment: | E75 |

Fri. 07/26/19
American Airlines 4525

| | |
|---|---|
| 7:27 pm | 9:29 pm |
| ATL | DCA |
| Atlanta | Washington |

| | |
|---|---|
| Seat: | 13C **View or Change Seat** |
| Class: | Economy |
| Equipment: | E75 |

## Manage your trip anywhere

Download the Upside app to get travel alerts, special offers, and 24x7 support on your upcoming work trip

 

## Traveler Information

John Michael Powers
jmppowers@gmail.com
5853556194

| | |
|---|---|
| **Trip Price** | **$389.61** |
| Taxes and Fees | $52.53 |

To download an itemized receipt, log in to your account and view this trip.

## Ticket Information

eTicket: #0017375141138 (J. Powers)

[Quoted text hidden]



**ATLANTA MARRIOTT MARQUIS**  **GUEST FOLIO**

| 3411 | POWERS/J | | 139.00 | 07/27/19 | 11:00 | 5479 |
|---|---|---|---|---|---|---|
| ROOM | NAME | | RATE | DEPART | TIME | ACCT# |
| CYD | | | | 07/26/19 | 08:03 | |
| TYPE | | | | ARRIVE | TIME | |
| 201 | | | | | | |

| ROOM CLERK | ADDRESS | PAYMENT | | MBV#: | XXXXX5526 |
|---|---|---|---|---|---|

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 07/26 | ROOM TR | 3411, 1 | 139.00 | | |
| 07/26 | STATE TX | 3411, 1 | 12.37 | | |
| 07/26 | CITY TAX | 3411, 1 | 11.12 | | |
| 07/26 | GA RMFEE | 3411, 1 | 5.00 | | |
| 07/27 | VS CARD | | | $167.49 | |

TO BE SETTLED TO:  VISA  CURRENT BALANCE .00

THANK YOU FOR CHOOSING THE ATLANTA MARRIOTT MARQUIS!

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



ATLANTA MARRIOTT MARQUIS
265 PEACHTREE CENTER
ATLANTA GA  30303

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



**MARRIOTT**

**ATLANTA MARRIOTT MARQUIS**

**GUEST FOLIO**

| 3411 | POWERS/JOHN/MR | 128.00 | 07/26/19 | 08:04 | 40262 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| CYD | 401 HOLLAND LN APT 1 | | 07/25/19 | 08:42 | |
| TYPE | ALEXANDRIA VA 223143481 | | ARRIVE | TIME | |
| 235 | | PASSPORT: | | | |
| ROOM | | VSXXXXXXXXXXXX8177 | | | MBV#: XXXXX5526 |
| CLERK | ADDRESS | PAYMENT | | | |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 07/25 | ROOM TR | 3411, 1 | 128.00 | | |
| 07/25 | STATE TX | 3411, 1 | 11.39 | | |
| 07/25 | CITY TAX | 3411, 1 | 10.24 | | |
| 07/25 | GA RMFEE | 3411, 1 | 5.00 | | |
| 07/26 | CCARD-VS | | | 154.63 | |
| | PAYMENT RECEIVED BY VISA | XXXXXXXXXXXX8177 | | | |
| | | | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



**MARRIOTT**

ATLANTA MARRIOTT MARQUIS
265 PEACHTREE CENTER
ATLANTA GA 30303

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



**ATLANTA MARRIOTT MARQUIS**

**GUEST FOLIO**

| 3411 | POWERS/JOHN/MR | 174.00 | 07/25/19 | 08:41 | 40253 |
|---|---|---|---|---|---|
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| CYD | 401 HOLLAND LN APT 1 | | 07/22/19 | 19:58 | |
| TYPE | ALEXANDRIA VA 223143481 | | ARRIVE | TIME | |
| 255 | | PASSPORT: | | | |
| ROOM | | VSXXXXXXXXXXXX8177 | | | MBV#:   XXXXX5526 |
| CLERK | ADDRESS | PAYMENT | | | |

| DATE | REFERENCES | | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|---|
| 07/22 | ROOM TR | 3411, 1 | | 166.00 | | |
| 07/22 | STATE TX | 3411, 1 | | 14.77 | | |
| 07/22 | CITY TAX | 3411, 1 | | 13.28 | | |
| 07/22 | GA RMFEE | 3411, 1 | | 5.00 | | |
| 07/23 | ROOM TR | 3411, 1 | | 191.00 | | |
| 07/23 | STATE TX | 3411, 1 | | 17.00 | | |
| 07/23 | CITY TAX | 3411, 1 | | 15.28 | | |
| 07/23 | GA RMFEE | 3411, 1 | | 5.00 | | |
| 07/24 | ROOM TR | 3411, 1 | | 174.00 | | |
| 07/24 | STATE TX | 3411, 1 | | 15.49 | | |
| 07/24 | CITY TAX | 3411, 1 | | 13.92 | | |
| 07/24 | GA RMFEE | 3411, 1 | | 5.00 | | |
| 07/25 | CCARD-VS | | | | 635.74 | |
| | PAYMENT RECEIVED BY  VISA | | XXXXXXXXXXXX8177 | | | |
| | | | | | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**



ATLANTA MARRIOTT MARQUIS
265 PEACHTREE CENTER
ATLANTA GA  30303

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

df

```
       & & & 410 & & &
   ATLANTA MARRIOTT MARQUIS
       **** PULSE ****
22513 ZLATAN
-----------------------------------
CHK 5787                   GST  1
      25 Jul'1  8:32 PM
-----------------------------------
 1 CRAB CHIPS              15.00
     TO GO
 1 BURGER MARRIOTT         16.00
     TO GO

  Subtotal:              ` 5.00
  Tax:                   $   .2
8:32 PM
     TOTAL `  :  $38.12


  PLEASE COMPLETE F . ROOM CHARGES

GRATUITY_____

TOTAL_____

 ROOM NUMBER_____

PRINT LAST NAME_____

SIGNATURE_____
```

Papi's Cuban & Caribbean Grill

```
Server: Isaiah              07/27 2019
Table 506/1                   1:42  M
Guests: 2                      40031

Vaca Frit                      15.29
Tostones                        3.99

Subtotal                       19.28
Tax                             1.54

Total                          20.8

Balance Due        20.82

       Thanks for Coming!!!
```

 **Gmail**                    John Powers <jmppowers@gmail.com>

**Your ride with Joel on July 26**
1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>          Sat, Jul 27, 2019 at 11:27 PM
To: jmppowers@gmail.com



JULY 26, 2019 AT 11:11 PM

# Thanks for riding with Joel!



Lyft fare (8.97mi, 15m 32s)                             $14.50
 Lyft Credits                                    -$1.45

MasterCard *0497                            **$13.05**





- **Pickup** **11:11 PM**
  3354 Peachtree Rd, Atlanta, GA

- **Drop-off** **11:27 PM**
  257 Peachtree Center Ave NE, Atlanta, GA



# This and every ride is carbon neutral

**LEARN MORE**

# Refer a Driver



● **Pickup** 8:05 AM
  58 Harris St NE, Atlanta, GA

● **Drop-off** 8:12 AM
  254 Mitchell St SW, Atlanta, GA



# This and every ride is carbon neutral

### LEARN MORE

# Refer a Driver

 Gmail

John Powers <jmppowers@gmail.com>

---

**Your ride with Wallace on July 26**
1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>
To: jmppowers@gmail.com

Fri, Jul 26, 2019 at 8:27 AM



JULY 26, 2019 AT 8:05 AM

# Thanks for riding with Wallace!



| | |
|---|---|
| Lyft fare (1.23mi, 7m 12s) | $9.44 |
| Tip | $2.00 |
| 🚗 Lyft Credits | -$0.94 |

| | |
|---|---|
| 💳 MasterCard *0497 | **$10.50** |



 Gmail

John Powers <jmppowers@gmail.com>

---

### Your ride with Cheryl on July 25
1 message

**Lyft Ride Receipt** <no-reply@lyftmail.com>
To: jmppowers@gmail.com

Fri, Jul 26, 2019 at 8:04 AM



**JULY 25, 2019 AT 8:50 AM**

# Thanks for riding with Cheryl!



| | |
|---|---|
| Lyft fare (1.07mi, 8m 33s) | $7.85 |
| Tip | $2.00 |
|  Lyft Credits | -$0.78 |

MasterCard *0497

## $9.07





- **Pickup** 8:50 AM
  10 Harris St NW, Atlanta, GA

- **Drop-off** 8:59 AM
  254 Mitchell St SW, Atlanta, GA



# This and every ride is carbon neutral

**LEARN MORE**

# Refer a Driver

# FIVE GUYS

STORE # VA-0106
Reagan National Airport
Washington, DC 20001
Phone (703) 417-1990

7/22/2019                          4:33:56 PM
Order Id: AAAJRHS6AEFC
33 - FIVE GUYS
Employee: Markiw T

## 33

| | |
|---|---|
| 1 Bacon Cheeseburger | $10.44 |
| Bacon | $0.00 |
| Lettuce | $0.00 |
| Tomatoes | $0.00 |
| Grilled Onions | $0.00 |
| Grilled Mushrooms | $0.00 |
| Jalapeno Peppers | $0.00 |
| 1 Regular Cajun Fry | $5.05 |
| 1 Bottled Water | $2.79 |

Sub Total                          $18.28

Sales Tax                          $1.83
Order Total                        $20.11

MasterCard                         $20.11
    Card#: ************0497
    Authorization: 00466Z

--> Order Closed <--

***************************:****************.***
Don't throw away your receipt!!!

Help Five Guys and you could win!
Log online to www.fiveguys.com/survey
and fill out a brief survey!

10 lucky people will win a
Five Guys Gift Card each month
worth $25 each!

No purchase necessary
Sweepstakes ends 12/31/2019.
Must be at least 18 years old and
submit survey within 30 days
of the receipt date to enter.
Please visit www.fiveguys.com/survey
for Official Rules and how to enter
without making a purchase or
completing a survey.
Void where prohibited.

**************************************:*******

E

X

H

I

B

I

T

F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, ET AL.,

    Plaintiffs,

v.

BRAD RAFFENSPERGER, ET AL.,

    Defendants.

Civil Action File No.
1:17-CV-2989-AT

## DECLARATION OF WILLIAM BRENT NEY

1.    My name is William Brent Ney. I make this declaration pursuant to 28 U.S.C. § 1746 in support of the fee request submitted by the Coalition Plaintiffs in this case.

2.    I am a 1999 graduate of Emory Law School and a member in good standing of the State Bar of Georgia since 1999. A true and correct copy of my curriculum vitae is attached hereto as Exhibit 1.

3.    In November, 2017, I was engaged to represent Coalition for Good Governance in this case.

4.      I have attached as Exhibit 2 a true and correct copy of my firm's billing statement for this case.  This statement shows the tasks performed by myself and other timekeepers in my firm as well as the date on which the work was done and the time it took to perform each task.  All the work was done by myself or under my supervision.

5.      For the work performed in this engagement, a reasonable fee for my time is $450 per hour; for my law clerk is $145 per hour, and for my paralegal is $145 per hour.  At these rates, the reasonable cost for my time (99.4 hours) is $44,730; for my law clerk's time (13.6 hours) is $1,972; and for my paralegal's time (12.5 hours) is $1,812.50, for a total amount of $48,514.50.

6.      Based on my experience as a litigator in the Atlanta market, the rates set forth in the foregoing paragraph are reasonable and well within the rates charges for lawyers, law clerks, and paralegals of similar experience and skill.

7.      Pursuant to 28 U.S.C. § 1746 I declare under the pains and penalties of perjury that the foregoing is true and correct.

This 15th day of October, 2019.

William B. Ney

2

E
X
H
I
B
I
T

1

# William Brent Ney
265 South Culver Street
Lawrenceville, Georgia 30044

**OVERVIEW**

William Brent Ney is the founding member of Ney Rhein, LLC, a law firm located in Atlanta, Georgia. Mr. Ney's practice is currently focused upon the pursuit of Plaintiff's side legal malpractice cases and other disputes between Clients and their attorneys, including but not limited to fee disputes, sanctions issues and ethics complaints. Mr. Ney is a 1995 graduate of The Ohio State University and a 1999 graduate of Emory Law School. Following graduation from law school, Mr. Ney served as a litigation associate at Sanborn, Brandon, Duvall & Bobbitt Co., L.P.A. In 2001, Mr. Ney returned to Georgia to practice as an associate with Edwin J. Schklar, a prominent Atlanta litigator. While working with Mr. Schklar, Mr. Ney handled a wide range of civil cases, including contract disputes, business torts, legal malpractice cases, derivative actions and other matters. Mr. Ney opened his own practice in 2008. From 2010-2018, Mr. Ney practiced as a member of Ney Hoffecker Peacock & Hayle, LLC (and its predecessor, Ney Hoffecker & Erck, LLC). Mr. Ney has litigated dozens of legal malpractice cases and other cases involving claims against attorneys. Mr. Ney is licensed in to practice in various state and federal trial and appellate courts in Georgia, Ohio and Colorado. Additionally, Mr. Ney is admitted to practice in the United States Courts of Appeals for the Sixth and Eleventh Circuits and the United States Supreme Court. Mr. Ney has been called upon to provide expert affidavits in several legal malpractice cases and has also provided testimony regarding standard of care and attorneys' fees issues at both deposition and trial.

**EDUCATION**

The Ohio State University
*Bachelor of Arts*, Political Science
1995

Emory Law School
*Juris Doctor*
1999

**PROFESSIONAL LICENSES**

Licensed to practice in all State trial and appellate courts in Georgia and Ohio; admitted to practice in the United States Supreme Court, the United States Courts of Appeals for the Sixth and Eleventh Circuit, and the United States District Courts for the Northern District of Ohio, the Southern District of Ohio, the Northern District of Georgia, the Middle District of Georgia and the District of Colorado.

**CAREER OVERVIEW**

**1999 -2001** *Sanborn, Brandon, Duvall & Bobbitt Co., LPA, Columbus Ohio*

Litigation associate in busy transportation and general civil practice. Handled all aspects of civil litigation matters, including but not limited to preparation of pleadings, taking and defending depositions, preparation of discovery, motions practice, trials and appellate argument. Primary practice areas included transportation litigation and regulatory defense and general civil litigation.

**2001-2008** *Schklar Ney & Heim, LLC Atlanta, Georgia*

Litigation associate in boutique Atlanta law firm with sophisticated commercial practice. Handled all aspects of civil litigation matters, including but not limited to preparation of pleadings, taking and defending depositions, preparation of discovery, motions practice, trials and appeals. Primary practice areas included complex civil litigation, legal and professional malpractice cases, high asset domestic matters and trust and estate litigation.

**2008-2018** *Ney Hoffecker Peacock & Hayle, LLC (formally, Ney Hoffecker & Erck, LLC), Atlanta, Georgia*

Managing partner in private civil litigation practice. Oversaw litigation team focused upon the representation of plaintiffs in legal malpractice action. Other practice areas included general civil litigation, domestic litigation, estate litigation and general business representation.

**2019-Present** *William Brent Ney, LLC, Lawrenceville, Georgia*

Managing partner in private civil litigation practice. Oversaw litigation team focused upon the representation of plaintiffs in legal malpractice action. Other practice areas included general civil litigation, domestic litigation, estate litigation and general business representation.


**REPRESENTATIVE LEGAL MALPRACTICE CASES AND CASES INVOLVING ATTORNEYS**

*Mellon Ventures II, L.P. et al. v. Alston & Bird, L.P. et al.*, Superior Court of Fulton County, State of Georgia, Civil Action File No. 2006CV116281 (Legal malpractice case involving negligence representation in Venture Capital Deal)

*Philip Moore v. William Charles Moore, et al.*, Superior Court of Fulton County, State of Georgia, Civil Action File No. 2007-CV-143501 (Appeal of sanctions award)