Copyright 2020 Dominion Voting. All Rights Reserved.

814



Exhibit C1

Page 66 of 68

## FULTON COUNTY
779-RW01

# OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

○ **Donald J. Trump** - President
**Michael R. Pence** - Vice President
**(Incumbent)** Republican

● **Joseph R. Biden** - President
**Kamala D. Harris** - Vice President
Democrat

○ **Jo Jorgensen** - President
**Jeremy "Spike" Cohen** - Vice President
Libertarian

○

**Write-in**

### For United States Senate
(Vote for One)

○ **David A. Perdue**
**(Incumbent)** Republican

● **Jon Ossoff**
Democrat

○ **Shane Hazel**
Libertarian

○

**Write-in**

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ **Al Bartell**
Independent

○ **Allen Buckley**
Independent

○ **Doug Collins**
Republican

○ **John Fortuin**
Green

○ **Derrick E. Grayson**
Republican

○ **Michael Todd Greene**
Independent

○ **Annette Davis Jackson**
Republican

● **Deborah Jackson**
Democrat

● **Jamesia James**
Democrat

○ **A. Wayne Johnson**
Republican

● **Tamara Johnson-Shealey**
Democrat

● **Matt Lieberman**
Democrat

○ **Kelly Loeffler**
**(Incumbent)** Republican

● **Joy Felicia Slade**
Democrat

○ **Brian Slowinski**
Libertarian

○ **Valencia Stovall**
Independent

● **Ed Tarver**
Democrat

○ **Kandiss Taylor**
Republican

● **Raphael Warnock**
Democrat

● **Richard Dien Winfield**
Democrat

○

**Write-in**

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ **Jason Shaw**
**(Incumbent)** Republican

● **Robert G. Bryant**
Democrat

○ **Elizabeth Melton**
Libertarian

○

**Write-in**

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ **Lauren Bubba McDonald, Jr.**
**(Incumbent)** Republican

● **Daniel Blackman**
Democrat

○ **Nathan Wilson**
Libertarian

○

**Write-in**

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ **Karen Handel**
Republican

● **Lucy McBath**
**(Incumbent)** Democrat

○

**Write-in**

### For State Senator From 56th District
(Vote for One)

○ **John Albers**
**(Incumbent)** Republican

● **Sarah Beeson**
Democrat

○

**Write-in**

**Turn Ballot Over To Continue Voting**

Exhibit C-1

Page 67 of 68

**For State Representative In the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(Incumbent) Democrat

○ Write-In

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○ Write-In

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○ Write-In

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○ Write-In

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○ Write-In

**For Surveyor**
(Vote for One)

○ Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○ Write-In

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(Incumbent) Republican

● Justin Holsomback
Democrat

○ Write-In

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

○ Alan Toney
(Incumbent)

○ Write-In

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

○ YES

○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES

○ NO

## STATEWIDE REFERENDUM

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES

○ NO

**Turn Ballot Over To Continue Voting**

Scanned on: ICC  Tabulator: 729   Batch: 86
Poll ID:   317  Ballot ID: 676

00729_00086_006033.tif scanned at 02:39:55 on 11/05/20.

Exhibit C-1

Page 68 of 68

President of the United States
    Joseph R. Biden (Dem)
US Senate (Perdue)
    Jon Ossoff (Dem)
US Senate (Loeffler) - Special
    OVER-VOTE
    Deborah Jackson (Dem) (NOT COUNTED)
    Jamesia James (Dem) (NOT COUNTED)
    Tamara Johnson-Shealey (Dem) (NOT COUNTED)
    Matt Lieberman (Dem) (NOT COUNTED)
    Joy Felicia Slade (Dem) (NOT COUNTED)
    Ed Tarver (Dem) (NOT COUNTED)
    Raphael Warnock (Dem) (NOT COUNTED)
    Richard Dien Winfield (Dem) (NOT COUNTED)
Public Service Commission District 1
    Robert G. Bryant (Dem)
Public Service Commission District 4
    Daniel Blackman (Dem)
US House District 6
    Lucy McBath (I) (Dem)
State Senate District 56
    Sarah Beeson (Dem)
State House District 48
    Mary Robichaux (I) (Dem)
District Attorney - Atlanta
    Fani Willis (Dem)
Clerk of Superior Court
    Cathelene "Tina" Robinson (I) (Dem)
Sheriff
    Patrick "Pat" Labat (Dem)
Tax Commissioner
    Arthur E. Ferdinand (I) (Dem)
Surveyor
    BLANK CONTEST
Solicitor General
    Keith E. Gammage (I) (Dem)
County Commission District 2
    Justin Holsomback (Dem)
Soil and Water - Fulton County
    BLANK CONTEST
Constitutional Amendment #1
    BLANK CONTEST
Constitutional Amendment #2
    BLANK CONTEST
Statewide Referendum A
    BLANK CONTEST

Adjudicated at 5:10 AM on 11/5/2020 by emsadmin03

President of the United States
    Joseph R. Biden (Dem) (100%)
US Senate (Perdue)
    Jon Ossoff (Dem) (100%)
US Senate (Loeffler) - Special
    OVER-VOTE
    Deborah Jackson (Dem) (NOT COUNTED) (96%)
    Jamesia James (Dem) (NOT COUNTED) (100%)
    Tamara Johnson-Shealey (Dem) (NOT COUNTED) (100%)
    Matt Lieberman (Dem) (NOT COUNTED) (100%)
    Joy Felicia Slade (Dem) (NOT COUNTED) (99%)
    Ed Tarver (Dem) (NOT COUNTED) (100%)
    Raphael Warnock (Dem) (NOT COUNTED) (100%)
    Richard Dien Winfield (Dem) (NOT COUNTED) (100%)
Public Service Commission District 1
    Robert G. Bryant (Dem) (100%)
Public Service Commission District 4
    Daniel Blackman (Dem) (100%)
US House District 6
    Lucy McBath (I) (Dem) (100%)
State Senate District 56
    Sarah Beeson (Dem) (99%)
State House District 48
    Mary Robichaux (I) (Dem) (99%)
District Attorney - Atlanta
    Fani Willis (Dem) (98%)
Clerk of Superior Court
    Cathelene "Tina" Robinson (I) (Dem) (99%)
Sheriff
    Patrick "Pat" Labat (Dem) (96%)
Tax Commissioner
    Arthur E. Ferdinand (I) (Dem) (99%)
Surveyor
    BLANK CONTEST
Solicitor General
    Keith E. Gammage (I) (Dem) (100%)
County Commission District 2
    Justin Holsomback (Dem) (99%)
Soil and Water - Fulton County
    BLANK CONTEST
Constitutional Amendment #1
    BLANK CONTEST
Constitutional Amendment #2
    BLANK CONTEST
Statewide Referendum A
    BLANK CONTEST

Exhibit C-2
Page 1 of 6

# EXHIBIT G

Supplement to the Declaration of Duncan A. Buell

February 1, 2022

Exhibit C-2
Page 2 of 6

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONNA CURLING, et al.

Plaintiff,

vs.

BRAD RAFFENSPERGER, et al.

Defendant.

) ) ) ) ) ) ) ) ) ) )

**CIVIL ACTION FILE NO.:
1:17-cv-2989-AT**

## SUPPLEMENT TO THE DECLARATION OF DUNCAN A. BUELL

DUNCAN A. BUELL ("Declarant") hereby declares as follows:

1. This is a supplement to my declaration of 11 January 2022. I incorporate by reference all the preliminary information on my credential, background, and history in the analysis of election data and my time spent as an election official in Richland County, South Carolina.

### Data Analysis

2. I received in early- or mid-June a data disk from Dr. Alex Halderman. This included various kinds of data from the November 2020 General Election and the January 2021 runoff election. Although I cannot say exactly when the data became available, looking at the file metadata, the earliest creation date I can see for county data from Georgia seems to be 11 June 2021.

Exhibit C-2
Page 3 of 6

3.    The original data I obtained from Dr. Halderman did not include data for Fulton County. Based on file creation dates on my computer, I obtained two copies of the "original" data and one copy of the recount data on 18 December 2021. These files included the "manifest" files for candidate identifiers, ballot styles, precincts, and also the JSON cast vote record (CVR).

4.    The files I received, apparently in the middle of December, are the files necessary to process what one would assume to be the official CVR. I received some of these files for some counties in the original data provided in June, but received complete data for perhaps only a handful of counties.

5.    The data I received totaled, if memory serves, perhaps 800 gigabytes. I cannot without some effort provide an exact number, and an exact number might not be meaningful. Some data came in zip files, and some did not. In several counties I unzipped the zip files, but kept the zip file in case it would be needed later; this would not quite double count the size. For Fulton County, the JSON files are about 2-1/2 gigabytes, but that is only for text. The image files will take up much more space. My images for Fulton County take up about 70 gigabytes of space, for example.

6.    Processing the CVR with computer programs is not actually difficult, although it requires some care. The JSON data for the CVR is encoded (no doubt to save space), and the manifest files mentioned above are necessary to fully understand, in a human readable form, what the interpretation of the data should be. For example, candidates are given an ID number, and it is that number one uses in the lookup table that is the Candidate Manifest. The three candidates for President from the Republican,

2

Exhibit C-2
Page 4 of 6

Democratic, and Libertarian parties, for example, had ID numbers 1, 2, and 3, and these are the code numbers to look up name, political party, and such from the the the Candidate Manifest.

7.   According to the Secretary of State's official site, the number of ballots cast in the Cobb County November 3 presidential original count was 393,746.  The number of ballots cast in Fulton County on Election Day and in Early Voting for president was 206,137.

8.   I have relied on Coalition Plaintiffs' consulting expert Harvie Branscomb, who has been working with me using the CVR and the database files for determinations of the number of missing files in the electronic records received from Fulton County. The numbers are consistent with the Fulton records I have personally examined.  Mr. Branscomb has determined that there are approximately 18,000 missing electronic records from the Election Project Package in the Fulton November 2020 presidential recount, and that 750 of the missing files are from Fulton Plaintiffs and Coalition for Good Governance members' Fulton home precincts.  For example, he has determined that 418 presidential recount images are missing from RW01 precinct, and 179 are missing from 06J.

9.   Based on the Secretary of State's official site and the understanding that Fulton County's ballot images were not preserved for Election Day voting and Early Voting for the original county, there would be 2773 images not preserved in RW01 and 1375 not preserved in 06J.  Adding in the missing images from the recount, as stated

3

Exhibit C-2
Page 5 of 6

above, then there would be 3191 images from RW01 and 1554 from 06J that are

unavailable for review.

10.  Using the JSON CVR, I have verified that 7 ballots with tif file names

00794_00017_000024, 00791_00019_000010, 00791_00026_000091,

00794_00017_000029, 00791_00019_000015, 00791_00026_000086,

00794_00018_000001, 00791_00019_000092, 00791_00026_000009,

00794_00018_000011, 00791_00019_000082, 00791_00026_000019,

00794_00019_000002, 00791_00019_000022, 00791_00026_000079,

00794_00019_000005, 00791_00019_000025, 00791_00026_000076,

00794_00019_000006, 00791_00019_000026, 00791_00026_000075, were counted

three times in the official count, and at least 6 ballots, tif file names

00801_00044_000042, 00801_00043_000042, 00801_00044_000083,

00801_00043_000083, 00801_00044_000168, 00801_00043_000168,

05160_00074_000023, 05160_00067_000008, 05160_00101_000002,

05160_00097_000006, 05160_00101_000017, 05160_00098_000002,, were counted

twice in the official count of RW01 results.  In precinct 06J, I have verified that at least 7

ballots, tif file names 00794_00020_000012, 00791,00028,000004,

00794_00020_000017, 00791_00028_000009, 00794_00020_000023

00791_00028_000015, 00794_00022_000004, 00791_00030_000008,

00794_00022_000015, 00791_00029_000037, 00794_00024_000014,

00791_00031_000024, 00794_00025_000001, 00791_00031_00002, were counted twice

Exhibit C-2
Page 6 of 6

**Summary and Conclusions**

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the

foregoing is true and correct.

Executed on this date, February 1, 2022.

DUNCAN ALAN BUELL

**Exhibit D—Failed Hand Count Audit and Tabulation Errors**

As vetted facts about the November 2020 failures become more available to press and public over the next several weeks, we anticipate more public pressure on officials to adopt a more accurate and auditable system.

Exhibit D-1 Dr. Philip Stark's Expert Report (1/11/22, updated 3/9/22)

https://www.dropbox.com/s/48jps6929k87g1w/2022-03-09%20Amended%20Stark%20Report.pdf?dl=0

¶ 22  System does not provide reasonable assurance of voters' selections counted as cast.

¶ 23 Notes Raffensperger's false statements

¶ 24 Tabulation was not properly checked

¶¶ 41-43 Audit example discrepancies

¶ 45 References Governor Kemp's report on Rossi findings

¶ 48 "Large unexplained differences among the results."

¶ 65. "Fulton County's election results included many votes more than once in the reported tabulations. The full extent of this multiple-counting problem cannot be determined without additional discovery, but there is ample evidence that it added thousands of bogus votes to the reported machine-count results. That is, thousands of Fulton County voters' votes were included in the reported totals more than once."

¶ 75. " For Fulton County as a whole, Coalition plaintiffs gave me a list that identified images of 2,871 ballots and BMD printout cards that they believe were counted two or three times in the second machine count."  (Worksheet is at F-5 in this package.)

¶ 82. " Fulton County's chaotic, unaccountable curation and processing of cast ballots, cast BMD printout, and electronic records make a true risk-limiting audit impossible. It is unreasonable for voters to trust that their votes were counted at all, much less counted correctly. Voters have good reason to believe that some votes counted more than others: some votes were included twice or thrice in the totals."

¶ 83. "Even if Fulton County did not rely on ballot-marking devices for virtually all in-person voters, the lack of basic accounting controls makes it impossible to determine who really won an election contest, even by hand counting the votes: the record of the vote could easily be incomplete or adulterated. This remains true even if BMDs could be relied upon to print voters' selections accurately."

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **DONNA CURLING, et al.** | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.:** |
| **vs.** | ) | **1:17-cv-2989-AT** |
| **BRAD RAFFENSPERGER, et al.** | ) | |
| **Defendant.** | ) | |

## DECLARATION OF PHILIP B. STARK

**PHILIP B. STARK**  hereby declares as follows:

1. This statement supplements my declarations of September 9, 2018; September 30, 2018; October 22, 2019; December 16, 2019; August 23, 2020; August 31, 2020; September 13, 2020; and August 2, 2021. I stand by everything in the previous declarations and incorporate them by reference. *This declaration includes and augments a declaration submitted on 11 January 2022. Aside from adding the italicized material in this paragraph and correcting minor typographical errors, the differences between the previous version and this version are confined to (new) paragraphs 58 through 84. Paragraphs  85 through 89 were in the earlier version but have been renumbered. Appendix 1 has been updated to the current version of my CV. Appendices 2, 3, and 4 are unchanged. Appendices 5 through 9 are new.*

## Qualifications and Background

2.  I am Professor of Statistics at the University of California, Berkeley, where I am also a faculty member in the Graduate Program in Computational Data Science and Engineering; a co-investigator at the Berkeley Institute for Data Science; principal investigator of the Consortium for Data Analytics in Risk; director of Berkeley Open Source Food; and affiliated faculty of the Simons Institute for the Theory of Computing, the Theoretical Astrophysics Center, and the Berkeley Food Institute. Previously, I was Associate Dean of Mathematical and Physical Sciences, Interim Regional Associate for the College of Chemistry and the Division of Mathematical and Physical Sciences, Chair of the Department of Statistics, and Director of the Statistical Computing Facility.

3.  I have published more than two hundred articles and books. I have served on the editorial boards of archival journals in physical science, Applied Mathematics, Computer Science, and Statistics. I currently serve on three editorial boards. I have lectured at universities, professional societies, and government agencies in thirty countries. I was a Presidential Young Investigator and a Miller Research Professor. I received the U.C. Berkeley Chancellor's Award for Research in the Public Interest, the Leamer-Rosenthal Prize for Open Social Science, and a Velux/Villum Foundation Professorship. I am a member of the Institute for Mathematical Statistics and the Bernoulli Society. I am a Fellow of the American Statistical Association, the Institute of Physics, and the Royal Astronomical Society.  I am professionally accredited as a statistician by the American Statistical Association and as a physicist by the Institute of Physics.

4.  I have consulted for many government agencies, including the U.S. Department of Justice, the U.S. Department of Agriculture, the U.S. Department of Commerce, the U.S. Department of Housing and Urban Development, the U.S. Department of Veterans Affairs, the Federal Trade Commission, the California Secretary of State, the California Attorney General, the California Highway Patrol, the Colorado Secretary of State, the Georgia Department of Law, the Illinois State Attorney, the New Hampshire Attorney General, and the New Hampshire Secretary of State. I currently serve on the Board of Advisors of the U.S. Election Assistance Commission and its Cybersecurity Subcommittee. (The opinions expressed herein are, however, my own: I am not writing as a representative of any entity.)

5.  I have testified before the U.S. House of Representatives Subcommittee on the Census; the State of California Senate Committee on Elections, Reapportionment and Constitutional Amendments; the State of California Assembly Committee on Elections and Redistricting; the State of California Senate Committee on Natural Resources; and the State of California Little Hoover Commission.

6.  I have been an expert witness or non-testifying expert in a variety of state and federal cases, for plaintiffs and for defendants, in criminal matters and a range of civil matters, including, *inter alia*: truth in advertising, antitrust, construction defects, consumer class actions, credit risk, disaster relief, elections, employment discrimination, environmental protection, equal protection, fairness in lending, federal legislation, First Amendment, import restrictions, insurance, intellectual property, jury selection, mortgage-backed securities, natural resources, product liability class actions, *qui tam*,

3

risk assessment, toxic tort class actions, trade secrets, utilities, and wage and hour class actions.

7. I have been qualified as an expert on statistics in federal courts, including the Central District of California, the Northern District of Georgia, the District of Maryland, the Southern District of New York, and the Eastern District of Pennsylvania.

8. I have also been qualified as an expert on statistics in state courts.

9. I have used statistics to address a wide range of questions in many fields.[1]

10. I served on former California Secretary of State Debra Bowen's Post-Election Audit Standards Working Group in 2007.

11. In 2007, I invented a statistical approach to auditing elections ("risk-limiting audits," referred to below as "RLAs") that has been incorporated into statutes in California (AB 2023, SB 360, AB 44), Colorado (C.R.S. 1-7-515), Rhode Island (RI Gen L §17-19-37.4 (2017)), Virginia (Code of Virginia 24.2-671.1), and Washington (RCW 29A.60.185), and which are in pending federal legislation (the PAVE Act of 2018 and S.1 of 2021). My election auditing methods have been used in roughly 20 U.S. States and in Denmark. (The State of Georgia has piloted some RLA procedures, but has not conducted an actual RLA, as I explain below.)

12. RLAs are widely viewed as the best way to check whether the reported winner(s) of an election really won. They have been endorsed by the Presidential Commission on

---

[1] For example, I have used statistics to analyze the Big Bang, the interior structure of the Earth and Sun, earthquake risk, the reliability of clinical trials, the accuracy of election results, the accuracy of the U.S. Census, the risk of consumer credit default, food safety, the causes of geriatric hearing loss, the effectiveness of water treatment, sequestration of carbon in agricultural soils, the fragility of ecological food webs, risks to protected species, the effectiveness of Internet content filters, high-energy particle physics data, and the reliability of models of climate, among other things.

4

Election Administration; the U.S. National Academies of Sciences, Engineering, and Medicine; the American Statistical Association; the League of Women Voters; Verified Voting Foundation; Citizens for Election Integrity Minnesota; and other groups concerned with election integrity.

13. I have worked closely with state and local election officials in California and Colorado to pilot and deploy RLAs. The software Colorado uses to conduct RLAs is based on software I wrote. All of the genuinely risk-limiting methods in VotingWorks "Arlo" software used by the State of Georgia were invented by me.[2]

14. I worked with Travis County, Texas, on the design of STAR-Vote, an end-to-end cryptographically verifiable voting system.

15. I testified as an expert witness in the general area of election integrity, including the reliability of voting equipment, in 2016 presidential candidate Jill Stein's recount suit in Wisconsin, and filed a report in her suit in Michigan.

16. I have testified as an expert in election auditing and the accuracy of election results in two election-related lawsuits in California.

17. I have testified to both houses of the California legislature regarding election integrity and election audits. I have testified to the California Little Hoover Commission about election integrity, voting equipment, and election audits.

18. I have advised the election commissions of Denmark, Mongolia, and Nigeria on issues related to election integrity, security, and audits.

---

[2] Arlo also implements a method that is not risk-limiting in practice.

19. I was a member of the three-person team that conducted a statutory forensic audit of the State Representative contest in Windham, NH, in 2021.[3]

20. Since 1988, I have taught statistics at the University of California, Berkeley, one of the top two statistics departments in the world (see, e.g., QS World University Rankings, 2014) and the nation (US News and World Reports, 2018). I teach statistics regularly at the undergraduate and graduate levels. I have created five new statistics courses at Berkeley. I developed and taught U.C. Berkeley's first for-credit online course in any subject, and among the first approved for credit throughout the ten campuses of the University of California system. I also developed and co-taught online statistics courses to over 52,000 students, using an online textbook and other pedagogical materials I wrote and programmed.

21. Appendix 1 is my current *curriculum vitae*, which includes my publications for the last ten years and all cases in the last four years in which I gave deposition or trial testimony.

## Opinions

22. I have been asked to assess whether the State of Georgia's current Dominion Ballot Marking Device ("BMD") voting system and the protocols for its use—including audits—provides reasonable assurance that voters' selections will be counted, and counted as cast. The answer is a clear "no."

**The 2020 "Audit"**

23. Georgia Secretary of State Brad Raffensperger has claimed, referring to the post-election audit of the November 3, 2020 presidential contest, "Georgia's historic first

---

[3] See https://www.doj.nh.gov/sb43/index.htm, last accessed 8 January 2022.

statewide audit reaffirmed that the state's new secure paper ballot voting system accurately counted and reported results."[4] And "[] we did a 100 percent risk-limiting audit with a hand recount which proved the accuracy of the count and also proved that the machines were accurately counting it, and that no votes were flipped."[5] VotingWorks Executive Director Ben Adida claimed "Georgia's first statewide audit successfully confirmed the winner of the chosen contest and should give voters increased confidence in the results."[6] Per the official report of the audit, "The audit confirmed the original result of the election, namely that Joe Biden won the Presidential Contest in the State of Georgia. The audit [] provides sufficient evidence that the correct winner was reported."[7] I shall explain why these claims about the audit are false.

24. There are many things the audit did not check (including the outcome), and the thing it was positioned to check—the tabulation of validly cast ballots—was not checked properly, as data from the audit itself show.

25. I shall start by listing some things the audit did not check. My statements are true and correct to the best of my knowledge, and they are consistent with the audit documentation available at the Secretary of State's website at the URL

https://sos.ga.gov/index.php/elections/2020_general_election_risk-limiting_audit (last accessed 9 January 2022).

---

[4] https://sos.ga.gov/index.php/elections/historic_first_statewide_audit_of_paper_ballots_upholds_result_of_presidential_race, last accessed 9 January 2022

[5] https://www.effinghamherald.net/local/raffensperger-spread-election-misinformation-bipartisan-endeavor/ last accessed 9 January 2022.

[6] Ibid.

[7] https://sos.ga.gov/admin/uploads/11.19_.20_Risk_Limiting_Audit_Report_Memo_1.pdf. last accessed 9 January 2022

26. The audit did not check whether BMDs correctly printed voters' selections. No audit can check that, as I have previously declared. (As a consequence, Secretary Raffensperger has no basis to assert that no votes were flipped.) The declarations and testimony of Prof. J. Alex Halderman establish that BMDs can be hacked, misprogrammed, or misconfigured to print votes that differ from voters' selections as confirmed onscreen or through audio. As Prof. Andrew Appel has testified and as elaborated in my declarations, only voters are in a position to check—but few do, and those who do check generally check poorly. To the best of my knowledge, the State of Georgia has no procedures in place to log, investigate, or report complaints from voters that BMDs altered votes, so it is not clear whether any voters did notice problems. My previous declarations also explain why logic and accuracy testing can never be adequate to establish that BMDs behave correctly in practice.[8]

27. The audit did not check whether every validly cast ballot was scanned exactly once. The audit could not check whether every validly cast ballot was scanned, because Georgia's rules for ballot accounting, pollbook and voter participation reconciliation, physical chain of custody, etc., are not adequate to ensure that every cast ballot is accounted for.

28. The audit did not check whether every memory card used in the election was accounted for, nor whether every memory card containing votes was uploaded to a

---

[8] See, e.g., Stark, P.B. and R. Xie, 2019. Testing Cannot Tell Whether Ballot-Marking Devices Alter Election Outcomes, ArXiV, https://arxiv.org/abs/1908.08144, last accessed 9 January 2022.

8

tabulator. The audit found that some had not been,[9] but to my knowledge, there has been no check to confirm there are no other cards with votes outstanding.

29. The audit did not check whether any scans were duplicated, deleted, replaced or altered.

30. The audit did not check whether QR code encoding the votes on BMD printout matches the human-readable selections on any ballot.

31. The audit did not check whether the voting system correctly interpreted any ballot or BMD printout. (Again, as a consequence, Secretary Raffensperger has no basis to assert that no votes were flipped.)

32. The audit did not do a very good job of checking the tabulation, as I shall demonstrate. I focus on Fulton County. I have not investigated other counties, but I have no reason to believe the problems and errors are confined to Fulton County. I have been told by Coalition Plaintiffs that similar problems occurred in other counties, but I have not independently verified their findings.

33. I downloaded the detailed "audit spreadsheet" from the URL https://sos.ga.gov/admin/uploads/audit-report-November-3-2020-General-Election-2020-11-19.csv on 9 January 2022.

34. I downloaded images of the Fulton County RLA manual tabulation batch sheets ("Audit Board Batch Sheets", ABBSs henceforth) from https://sos.ga.gov/admin/uploads/Fulton%20RLA%20Batches.zip on 9 January 2022. That file contains five .pdf files, "Fulton Audit Documents 1_redacted.pdf," through "Fulton Audit Documents 4_redacted.pdf," which contain images of ABBSs, and

---

[9] See notes 13 and 14, *infra.*

"Fulton Audit Documents 5.pdf" which contains images of "Vote Review Panel Tally Sheets."

35. My understanding is that ABBSs are filled in by hand by the counting teams who counted the votes from the paper ballots (including BMD printout). Each ABBS reflects the manual tally of votes from one physically identifiable batch of ballots. I understand that after the ABBSs were filled out, other workers transcribed data from the ABBSs into VotingWorks audit software "Arlo." My understanding is that every ballot validly cast in Fulton County in the 2020 Presidential Election should be reflected in exactly one ABBS, and data from every ABBS should have been entered exactly once into the database from which the audit spreadsheet was exported.

36. The four ABBS image files contain 349 pages, 636 pages, 578 pages, and 364 pages, respectively, a total of 1,927 ABBSs. But the audit spreadsheet contains only 1,916 rows of data for Fulton County. It appears that at least eleven ABBSs are entirely missing, not counting possible duplicate entries in the spreadsheet.[10] This sort of "sanity check" is simple to perform, but apparently was not performed by the auditors, the County, or the Secretary of State.

37. Many ABBSs were not completely filled in. The "Batch Type," signifying the mode of voting (absentee, election day, advance) was often blank, and many numbers were blank, presumably intended to denote zeros.

---

[10] However, I did see at least one ABBS marked "Dup" (presumably meaning "duplicate") for instance, page 11 of "Fulton Audit Documents 2_redacted.pdf." However, as the table after paragraph 38, *supra*, shows, there are at least 11 ABBSs that are not accounted for in the audit spreadsheet. Thus, there are presumably duplicated entries in the audit spreadsheet.

10

38. Coalition Plaintiffs have identified a sample of at least eleven ABBSs for Fulton County that do not appear in the audit spreadsheet, and I have verified their work. The software I wrote for that purpose is in Appendix 2.

39. The following table lists these examples; the final column indicates which page of which ABBS image file contains the image (for instance, "4 at 162" means page 162 of "Fulton Audit Documents 4_redacted"). The fact that the vote data in the last two rows are identical is suspicious, but the corresponding ABBS images are clearly different; see Appendix 3. Regardless, neither appears in the audit spreadsheet.

| | Scanner | Batch | Mode of voting | Trump | Biden | Jorgensen | Write-In | Undervote or blank | Overvote | Image source |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 48 | absentee | 4 | 93 | 2 | 0 | 0 | 0 | 4 at 162 |
| 2 | 2 | 52 | absentee | 6 | 92 | 0 | 0 | 0 | 0 | 1 at 1 |
| 3 | 3 | 12–14 | ? | 12 | 83 | 1 | 0 | 0 | 0 | 4 at 128 |
| 4 | 3 | 239 | ? | 13 | 87 | 0 | 0 | 0 | 0 | 3 at 177 |
| 5 | 1 | 80–84 | ? | 118 | 329 | 3 | 2 | 2 | 1 | 3 at 519 |
| 6 | 3 | 260 | absentee | 30 | 66 | 0 | 0 | 0 | 0 | 4 at 355 |
| 7 | | AP01A-1 | election day | 84 | 62 | 6 | 2 | 1 | 0 | 1 at 170 |
| 8 | 3 | 179–181 | absentee | 85 | 224 | 5 | 1 | 2 | 0 | 4 at 293 |
| 9 | 2 | 239 | absentee | 4 | 42 | 0 | 0 | 0 | 0 | 2 at 153 |
| 10 | Chastain | 12 | advance | 613 | 605 | 24 | 7 | 4 | 0 | 3 at 351 |
| 11 | Chastain | 114 | advance | 613 | 605 | 24 | ? | 4 | 0 | 3 at 270 |

40. I searched the audit spreadsheet for tallies that matched the numbers in these missing ABBSs. There are no data in the audit spreadsheet matching rows 4–11 of the table. There are data that match rows 1, 2, and 3, but with distinctively different batch identifiers.[11] It is plausible that these are genuinely different batches, and I have no reason to believe otherwise: some identical counts in different batches are to be

---

[11] The data that match row 1 are identified as "Scanner 3 Ballot [sic] 162" rather than batch 48. The data that match row 2 are identified as "Absentee Scanner 2 Batch 400" rather than batch 52. The data that match row 3 are identified as Absentee Scanner 3 Batch 253 rather than batches 12–14.

expected. Indeed, in the entire audit spreadsheet, there are 16,807 rows that duplicate other ABBS vote counts within the same county, out of a total of 41,881 rows.

41. I checked vote totals for Donald J. Trump, Joseph R. Biden, and Jo Jorgensen derived by summing ABBS entries in the audit spreadsheet against the vote totals in the summary audit result spreadsheet posted by the Secretary of State at the URL https://sos.ga.gov/admin/uploads/Georgia%202020%20RLA%20Report.xlsx, which I downloaded on 9 January 2022. (The spreadsheet does not list write-ins, undervotes, or overvotes.) Both show Trump receiving 137,620 votes, Biden receiving 381,179, and Jorgensen receiving 6,494. Thus, the ABBSs that are missing from the audit spreadsheet are also missing from the audit's reported vote totals.

42. On the assumption that the ABBSs—the original source of the manual tally data entered into the audit spreadsheet—are correct, the omission of that sample of 11 ABBSs deprived Trump of 1,582 votes, Biden of 2,288, and Jorgensen of 65, not to mention write-ins. This sample alone has a total of over 3,900 votes that the audit tabulated but were not included in the audit's reported vote totals.

43. The original tabulation in Fulton County showed 524,659 votes; the reported audit results showed 525,293, a difference of 634 votes, about 0.12 percent.[12] Accounting for those 11 omitted ABBSs increases the apparent error of the first count from 634 votes to over 4,569 votes or 0.87 percent, far larger than the statewide margin of

---

[12] Data from https://sos.ga.gov/admin/uploads/Georgia%202020%20RLA%20Report.xlsx, last accessed 9 January 2022.

victory. It is also larger than 0.73 percent, which Secretary of State Raffensperger

claimed was the maximum miscount in any Georgia county.[13]

44. However, there is no way to know whether including that sample of 11 ABBSs would

make the audit tabulation a complete count of the votes in Fulton County. That is

because Georgia's canvass is inadequate: many ballots might still remain untabulated.

The proof that at least some of Georgia's jurisdictions do not keep adequate track of

ballots, memory cards, and other election materials is reflected in the fact that

thousands of ballots and scans were "discovered" during the audit.[14] There is no

trustworthy inventory of ballots to check the results against, because of Georgia's lax

canvass.

45. Governor Brian P. Kemp has pointed out similar flaws in the audit, saying the audit

report was "sloppy, inconsistent, and presents questions about what processes were

used by Fulton County to arrive at the result."[15] Governor Kemp's letter points out that

---

[13] Per Secretary Raffensperger, "[i]n Georgia's recount, the highest error rate in any county recount was 0.73%." https://sos.ga.gov/index.php/elections/2020_general_election_risk-limiting_audit, last accessed 9 January 2022.

[14] https://www.cbs46.com/news/floyd-county-election-director-fired-after-audit-reveals-2-600-votes-went-uncounted/article_bbd08d90-2aa2-11eb-9e4d-bf96ac56ad54.html, last accessed 10 January 2022. https://www.news4jax.com/news/georgia/2020/11/18/4th-georgia-county-finds-uncounted-votes-as-hand-count-deadline-approaches/, last accessed 10 January 2022. https://www.mdjonline.com/elections/cobb-elections-finds-350-uncounted-ballots-during-audit/article_0d93e26e-22bd-11eb-8bce-17067aceee33.html, last accessed 10 January 2022. https://www.11alive.com/article/news/politics/elections/fayette-county-election-results-ballots-uncovered-during-audit/85-f79dd838-a15c-4407-80b2-9dfbc2466188, last accessed 10 January 2022.

[15] Letter from Brian P. Kemp, Governor, to the Georgia State Election Board, dated 17 November 2021, addressing the work of Mr. Joseph Rossi; Review of Inconsistencies in the Data Supporting the Risk Limiting Audit Report, Office of Governor Brian P. Kemp, 17 November 2021. These documents are attached hereto as Appendix 4.

13

the audit data include duplicated entries, which I understand Coalition Plaintiffs have

verified. I have not tried to verify those findings.

**First Count, Audit, and Recount Differ Substantially**

46. I understand that Plaintiff Donna Curling votes in Fulton County precinct RW01. On

10 January 2022, I downloaded the official precinct-level results for the original

tabulation from

https://results.enr.clarityelections.com//GA/Fulton/105430/271723/reports/detailxls.zi

p and for the recount from

https://results.enr.clarityelections.com//GA/Fulton/107292/275183/reports/detailxls.zi

p to examine the results in that precinct.

47. The following table shows the counts of election-day votes in Fulton County precinct

RW01 for the three presidential candidates, according to the original machine count,

the machine recount, and the "audit," and vote-by-mail and advance votes for the

original election and the recount. (The audit did not report precinct-level results for

vote-by-mail or advance voting.)

| Count | Election Day | | | Advance | | | Absentee by Mail | | | Provisional | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Trump | Biden | Jorgensen | Trump | Biden | Jorgensen | Trump | Biden | Jorgensen | Trump | Biden | Jorgensen |
| Original | 193 | 88 | 11 | 1455 | 1003 | 23 | 619 | 833 | 15 | 9 | 4 | 1 |
| Recount | 162 | 73 | 9 | 1487 | 1015 | 25 | 619 | 809 | 15 | 5 | 3 | 1 |
| Audit | 243 | 88 | 11 | | | | | | | | | |

48. There are large, unexplained differences among these results.[16] I do not see how

Plaintiff Donna Curling can have reasonable confidence that her vote was counted at

all, much less counted as cast.

---

[16] There appears to be some cancellation of error, but I understand that the hand count kept
ballots cast in different ways (advance in-person, absentee by mail, and election day) separate. It

49. The Secretary of State attributed all differences between the audit and the original count to human counting error, citing a 2012 study that found hand-count error rates as high as 2 percent.[17] This is simplistic, unfounded, and disingenuous.

50. While human error almost certainly accounts for *some* of the difference, there is no evidence that it accounts for most of the difference, much less the entire difference, as Secretary of State Raffensperger claimed.

51. The original count and audit agree with each other (but not with the recount) regarding the number of election-day votes for Biden and Jorgensen. The audit found 50 more election-day votes for Trump than the original tally, and 81 more than the machine recount found: a difference of almost 50 percent. These differences have not been investigated and are unexplained. A hypothesized error rate of 2 percent in hand counts does not suffice.

52. A fact central to this case is that the differences might result from discrepancies between the QR-encoded votes and the human-readable votes on BMD printout and/or from misconfiguration, bugs, or malware on the scanners or tabulators. As discussed above, the audit checked none of these things. There is no basis whatsoever to conclude that the differences result entirely from human error without investigating the other possibilities.

---

is not clear how misclassification of the mode of voting would affect one candidate's totals much more than the other candidates. Regardless, these discrepancies are large and should be investigated, including inspecting the physical ballots.

[17]

https://sos.ga.gov/index.php/elections/historic_first_statewide_audit_of_paper_ballots_upholds_result_of_presidential_race, last accessed 10 January 2022.

53. The hand count could easily be more accurate than the machine count. Indeed, it is well known that hand counts of hand-marked paper ballots are often more accurate than machine counts, in part because human readers can interpret light, improper, and ambiguous marks better than machines can, even when the machines are working properly. Similarly, experience in Georgia in 2020 shows that Dominion's scanner settings (low resolution, black-and-white) can cause voters' selections not to appear at all in images of ballots, selections that human readers looking at the actual ballots can easily discern.[18]

54. Evidence that hand counts are more accurate than machine counts comes from recounts and studies of the "residual vote,"[19] the number of undervotes and overvotes. Hand counts generally find more valid votes than machine counts.[20]

55. Hand-count error rates are known to depend on many factors, including ballot design, the method for hand counting ("sort-and-stack" versus "read-and-mark"), and the size of each counting team. They presumably also depend on whether there are additional

---

[18] See, e.g., Judge Amy Totenberg's Opinion and Order of 11 October 2020 in the present matter, at 4, 30, 95, 101, 103, 114–135.

[19] Ansolabehere, S., and Reeves, A., 2004. Using Recounts to Measure the Accuracy of Vote Tabulations: Evidence from New Hampshire Elections 1946–2002, in *Confirming Elections: Creating Confidence and Integrity Through Election Auditing*, Alvarez, R.M., L.R. Atkeson, and T.E. Hall, eds., Palgrave MacMillan, NY. Alvarez, R.M., D. Beckett, D., and C. Stewart, 2013. Voting Technology, Vote-by-Mail, and Residual Votes in California, 1990–2010. *Political Research Quarterly*, 66(3), 658–670. https://doi.org/10.1177/1065912912467085. Alvarez, R.M., L.R. Atkeson, and T.E. Hall, 2013. *Evaluating Elections: A Handbook of Methods and Standards*, Cambridge University Press, NY.

[20] See, e.g., Ansolabehere, S., and C. Stewart, 2005. Residual Votes Attributable to Technology. *The Journal of Politics, 67(2)*, 365–389. https://doi.org/10.1111/j.1468-2508.2005.00321.x; Carrier, M.A., 2005. Vote Counting, Technology, and Unintended Consequences, *St. John's Law Review, 79(3)*, 645–687; Ansolabehere, S., B.C. Burden, K.R. Mayer, and C. Stewart III, 2018. Learninbg from Recounts, *Election Law Journal*, *17(2)*, 100–116, DOI: 10.1089/elj.2017.0440

quality control measures in place, such as checking sorted piles of ballots to ensure that each pile really has votes for just one candidate.

56. The study[21] cited by the Georgia Secretary of State is a laboratory study with 108 subjects and 120 ballots, each containing 27 contests with two candidates. It used three kinds of "ballots": printout from two kinds of DRE (direct-recording electronic) voting system and an optical scan ballot. The highest error rates were for thermal printout from DREs, which does not resemble Georgia's BMD printout nor Georgia's hand-marked paper ballots. The method with the highest error was the "sort-and-stack" tally method that Georgia chose to use in its audit. This study did not observe hand vote tabulation in a real election, nor did it involve BMD summary printout. To my knowledge, there is no study of the accuracy of counting votes from BMD summary printout.

57. Differences between the original count and the machine recount are also large and unexplained. The difference between the two machine counts of Biden's Absentee votes is almost 3 percent. Absent access to the physical ballots, software, and equipment, it is impossible to know what went wrong, nor whether the differences are primarily attributable to malware, bugs, misconfiguration, or human error.

---

**Pursuant to the Court's Order (Order Doc. 1322) permitting the supplementation of this report in the context of my engagement concerning the processes, adequacy, and quality of**

---

[21] Goggin, S.N., M.D. Byrne, and J.E. Gilbert, 2012. Post-Election Auditing: Effects of Procedure and Ballot Type on Manual Counting Accuracy, Efficiency, and Auditor Satisfaction and Confidence, *Election Law Journal: Rules, Politics, and Policy*, 36–51, DOI: 10.1089/elj.2010.0098

Georgia's audit procedures, Paragraphs 58–84, *infra*, were added in the 9 March 2022 version.

**The two machine counts in Fulton County**

58. I examined the internal consistency of the two machine counts (the original machine count and the machine recount) in Fulton County. I relied on election data provided in electronic form by Coalition Plaintiffs. I understand those data to be the election management system data for Fulton County for the two machine counts. A declaration from Marilyn Marks attesting to the provenance of the data is attached hereto as Appendix 5. The data include cast vote records, scanned images of ballots and BMD printout, and other files.

59. I analyzed the Fulton County election data using software I wrote, attached hereto as Appendix 6. I also relied on two spreadsheets provided by the Coalition Plaintiffs. Those spreadsheets purport to identify groups of images (among the Fulton County election materials) that appear to be repeated images of the same pieces of paper. I do not know in detail how those spreadsheets came to exist—but as described below, I checked the accuracy of those spreadsheets as part of this report.

60. To confirm that I had received the correct Fulton County election data from Coalition Plaintiffs and that I was reading it correctly, I counted the votes for Donald J. Trump,

Joseph R. Biden, and Jo Jorgensen. For both machine counts, I found the same totals officially reported for Fulton County:[22]

| Candidate | First machine count | Second machine count |
|---|---|---|
| Donald J. Trump | 137,240 | 137,247 |
| Joseph R. Biden | 381,144 | 380,212 |
| Jo Jorgensen | 6,275 | 6,320 |

61. The number of cast vote records (the voting system's record of the votes on each ballot or BMD printout card, from which the system tabulates results) in the two machine counts in Fulton County were rather different: 528,776 in the first count and 527,925 in the second count, a difference of 851. To my knowledge, Fulton County has not explained this discrepancy.

62. The number of cast vote records in the two machine counts should be equal. Differences might occur if (i) some ballots or BMD printout cards were misplaced or found between the two machine counts, so a different number pieces of paper was scanned in the two machine counts; (ii) malware, bugs, misconfiguration, or a bad actor added, deleted, or altered records in the election management system in one or both machine counts; (iii) Fulton County did not scan every validly cast ballot or BMD printout card exactly once in each machine count. Below, I present compelling evidence that (ii) or (iii) is true, but all three possibilities could be true simultaneously. In particular, without further discovery, it is impossible to rule out any of the possibilities.

---

[22] First machine count results:
https://results.enr.clarityelections.com/GA/Fulton/105430/web.264614/#/summary (last visited 8 March 2022) Second machine count results:
https://results.enr.clarityelections.com/GA/Fulton/107231/web.264614/#/detail/5000?county=Fulton (last visited 8 March 2022)

63. Fulton County did not produce the image file corresponding to every cast vote record. For the first machine count, production included images of ballots or BMD printout cards for only 168,726 of the 528,776 cast vote records: 376,863 image files are missing. For the second machine count, Fulton County's production included images of ballots or BMD printout cards for 510,073 of the 527,925 cast vote records: 17,852 image files are missing.

64. Entire batches of images are missing from Fulton County's production, for example, images from Scanner 801 batch 117 and Scanner 801 batch 118 are referred to in the cast vote records for the second machine count but the images were not among the electronic records. Without additional discovery it is impossible to determine whether the missing images are missing because of human error, programming errors (bugs), or malware in Fulton County's election management system (EMS). Of course, those possibilities are not mutually exclusive.

65. It is nonetheless possible to use the produced images to show that Fulton County's election results included many votes more than once in the reported tabulations. The full extent of this multiple-counting problem cannot be determined without additional discovery, but there is ample evidence that it added thousands of bogus votes to the reported machine-count results. That is, thousands of Fulton County voters' votes were included in the reported totals more than once. From the production so far, it is not possible to determine conclusively whether any voter's votes were omitted from the reported totals.

66. I now describe how I established that some votes were included in the reported totals more than once.

20

67. Repeatedly scanning the same piece of paper generally does not produce images that are bitwise identical, because of variations in the alignment of the paper, illumination within the scanner, dirt on scanner lenses, etc. Similarly, a single scan can be altered digitally to produce multiple images that look similar but are not bitwise identical.

68. Small variations in voters' marks (e.g., not filling an oval completely or straying outside the oval) on hand-marked paper ballots generally make it possible to tell whether two separate scans of hand-marked paper ballots that contain the same votes are scans of the same physical ballot.

69. It is not generally possible to tell whether two 200dpi black-and-white scans of BMD printout cards are scans of the same piece of paper simply by looking at those two scans, because BMD printout cards containing the same votes look the same at low resolution in black-and-white.[23] However, if both scans contain a rare write-in name or rare combination of write-in names, that is evidence of a duplicate. Similarly, if a series of votes is repeated in in the same order (or reverse order) in different scan batches of BMD printout, that is also evidence that they are repeated images of the same collection of paper. If the duplicated (or reversed) vote sequences are long and include rare write-in names, the evidence that they are scans of the same physical pieces of paper is particularly compelling.

70. As mentioned in paragraph 46, *supra*, I understand that plaintiff Donna Curling votes in Fulton County precinct RW01. In one of the spreadsheets mentioned in paragraph

---

[23] A sufficiently high-resolution scan might make it possible to identify differences in the arrangement of the paper fibers. See W. Clarkson, T. Weyrich, A. Finkelstein, N. Heninger, J. A. Halderman and E. W. Felten, 2009. Fingerprinting Blank Paper Using Commodity Scanners, *2009 30th IEEE Symposium on Security and Privacy*, 301–314, doi: 10.1109/SP.2009.7

58, *supra*, Coalition Plaintiffs identified 12 hand-marked ballots from Fulton County precinct RW01 that were scanned twice in the first machine count (the original election). The pairs of images are listed in the table below. The format of the numbers is

[scanner number]_[batch number]_[image number].

| pair | Image A | Image B |
|---|---|---|
| 1 | 05162_00234_000096 | 05162_00235_000057 |
| 2 | 05162_00234_000093 | 05162_00235_000054 |
| 3 | 05162_00234_000074 | 05162_00235_000036 |
| 4 | 05162_00234_000072 | 05162_00235_000034 |
| 5 | 05162_00234_000068 | 05162_00235_000030 |
| 6 | 05162_00234_000069 | 05162_00235_000031 |
| 7 | 05162_00234_000054 | 05162_00235_000014 |
| 8 | 05162_00234_000031 | 05162_00235_000090 |
| 9 | 05162_00234_000026 | 05162_00235_000085 |
| 10 | 05162_00234_000017 | 05162_00235_000076 |
| 11 | 05162_00234_000013 | 05162_00235_000072 |
| 12 | 05162_00234_000014 | 05162_00235_000073 |
| 13 | 05162_00234_000003 | 05162_00235_000062 |
| 14 | 05162_00234_000001 | 05162_00235_000060 |

71. I wrote a program to display ballot images of ballots side by side to check whether they look the same. The software is in Appendix 6. Appendix 7 shows these 14 pairs of repeated images. I confirmed that they are indeed duplicated scans by visually matching slight irregularities in the voters' marks in each pair.

72. Coalition Plaintiffs identified at least three BMD cards from precinct RW01 that each appear to have been scanned twice in the machine recount in RW01, based on the votes and the order in which they were scanned in two batches. In particular, Scanner 801, batches 43 and 44—both comprising scans of advance in-person BMD printout cards—start with images of 214 BMD cards that appear to be the same in both batches: the same sets of votes in the same order. The two batches were scanned within about five minutes of each other, according to the timestamps in the images.

22

Many of the images show write-in votes[24] or votes for third-party candidates, further evidence that the similarity was no coincidence. I visually inspected[25] all 214 pairs and confirmed that they match: compelling evidence that those BMD cards were scanned twice in the machine recount. The other 211 (214–3=211) duplicated scans are of BMD cards from other precincts in Fulton County.

73. Coalition Plaintiffs also identified one hand-marked paper ballot that was scanned twice in RW01 in the machine recount, and at least seven hand-marked paper ballots that were scanned thrice in RW01 in the machine recount. I used the software in Appendix 6 to check their work: the twenty-nine images indeed seem to represent only eleven distinct pieces of paper, even though they contributed twenty-nine votes to some contests, including the presidential contest. Appendix 8 shows the sets of images. The table below lists the pairs and triples.

| Multiple | Image A | Image B | Image C |
|---|---|---|---|
| 1 | 00801_00044_000168 | 00801_00043_000168 | |
| 2 | 00801_00044_000083 | 00801_00043_000083 | |
| 3 | 00801_00044_000042 | 00801_00043_000042 | |
| 4 | 05160_00074_000023 | 05160_00067_000008 | |
| 5 | 00794_00017_000024 | 00791_00026_000091 | 00791_00019_000010 |
| 6 | 00794_00017_000029 | 00791_00026_000086 | 00791_00019_000015 |
| 7 | 00794_00018_000001 | 00791_00026_000009 | 00791_00019_000092 |
| 8 | 00794_00018_000011 | 00791_00026_000019 | 00791_00019_000082 |
| 9 | 00794_00019_000002 | 00791_00026_000079 | 00791_00019_000022 |
| 10 | 00794_00019_000005 | 00791_00026_000076 | 00791_00019_000025 |
| 11 | 00794_00019_000006 | 00791_00026_000075 | 00791_00019_000026 |

---

[24] Write-ins included votes for "Anyone," "XXX," "Willie Nelson," and "Alexander Hamilton," as well as write-in votes for "Donald Trump" for District Attorney, Clerk of the Superior Court, Tax Commissioner, Sheriff, Solicitor General, and Surveyor.
[25] I used the software in Appendix 6 to facilitate the process.

74. To confirm that the duplicate and triplicate images were included in the reported vote tabulation, I searched the cast-vote records (CVRs) produced by Fulton County for each image identifier among the duplicates and triplicates of images of RW01 ballots and BMD printout cards. All twenty-four from the original count and all twenty-nine from the machine recount were among the CVRs. I conclude that the duplicate and triplicate votes were included in the reported machine tabulations, since the vote totals derived from the CVRs agree with the reported vote totals, as mentioned in paragraph 60, *supra.*

75. For Fulton County as a whole, Coalition plaintiffs gave me a list that identified images of 2,871 ballots and BMD printout cards that they believe were counted two or three times in the second machine count. Some were identified by visual inspection of the images; others were inferred to be duplicates because a sequence of cast vote records was identical (or reversed) for long portions of two scan batches. As mentioned in paragraph 72, *supra*, I confirmed that 214 of the purported duplicate scans of BMD cards were indeed duplicates. I understand that this list of 2,871 are a sample from a larger list of images of ballots and BMD printout cards that Coalition Plaintiffs assert were included in the tabulation twice or more. I confirmed that all 6,118 images in question were referenced in cast vote records in the second machine count, so all presumably contributed to the tabulation.

76. Nine hundred sixteen (916) of the 2,871 sets of images were identified as images of hand-marked paper ballots. I drew a random sample of 100 of those 916 using software in Appendix 6. I set the seed for the pseudo-random number generator using

24

ten rolls of ten-sided dice. Appendix 9 is an image of the dice with the digits they showed, in order: 8, 6, 2, 8, 9, 2, 2, 1, 8, 4.

77. Of the 100 sets of images in the sample, 46 contained triplicate images.

78. I examined the sets of images visually, aided by software in Appendix 6. I agreed with the Coalition Plaintiffs' determination for 98 of the 100 sets. I disagreed with the determination for one of the sets, and I was unable to verify one set. To be conservative, I treat this as 98 agreements in 100 checks. The resulting 95 percent lower confidence bound for the number of hand-marked paper ballots represented by two or more scans is 891 ballots. That is, there is 95 percent statistical confidence that at least 891 of the 918 claimed multiples are genuine multiples.

79. I did not have time to examine more purported replicate images of BMD printout beyond the 214 mentioned in paragraph 72, but I might examine more before trial.

80. Based on the observations in paragraphs 58 through 78, *supra*, it seems that Fulton County did not keep track of which ballots and BMD cards had been scanned and which had not, in both the original count and in the machine recount. Alternatively or additionally, the electronic records were altered accidentally or intentionally. The electronic records of the election are not intact. This is a surprising lack of tracking and protecting election materials: the most basic election safeguard is to check whether the number of voters who participated is equal to the number of ballots and BMD printout cards that were cast and to the number that were tabulated. Moreover, I would expect all electronic election materials to be backed up onsite and offsite, at least for the federally mandated retention period of twenty-two months, so the loss of

hundreds of thousands of image files from the first machine count and of nearly 18,000 images from the second machine count is hard to fathom.

81. Fulton County would have noticed these errors had they simply kept track of ballots and BMD printout cards and checked the total number against the number reported in the electronic tabulation. It seems that Fulton County does not know how many ballots and BMD printout cards were cast in the election, how many voters cast votes, or how many pieces of paper were scanned—nor how those numbers compare to each other. Absent basic ballot accounting, pollbook reconciliation, and counting of electronic records, it is unsurprising that the two machine tallies differ so much (see the table below paragraph 47, *supra*). The U.S. Election Assistance Commission has published best practices for chain of custody.[26]

82. Fulton County's chaotic, unaccountable curation and processing of cast ballots, cast BMD printout, and electronic records make a true risk-limiting audit impossible. It is unreasonable for voters to trust that their votes were counted at all, much less counted correctly. Voters have good reason to believe that some votes counted more than others: some votes were included twice or thrice in the totals. There is no way to know how many votes were omitted from the tabulation, absent access to the physical ballots and BMD printout and evidence that the chain of custody is intact. From the records produced so far, it is impossible to determine whether malware, bugs, misconfiguration, or malfeasance disenfranchised voters or altered the election results.

---

[26] https://www.eac.gov/sites/default/files/bestpractices/Chain_of_Custody_Best_Practices.pdf (last visited 9 March 2022)

83. Based on my review of the Fulton County post-election audit, it is clear that the audit planning, process, and controls did not detect the double and triple counting documented above. Even if Fulton County did not rely on ballot-marking devices for virtually all in-person voters, the lack of basic accounting controls makes it impossible to determine who really won an election contest, even by hand counting the votes: the record of the vote could easily be incomplete or adulterated. This remains true even if BMDs could be relied upon to print voters' selections accurately.

84. I have no reason to believe that problems of the kinds described above are limited to Fulton County, but because of time constraints, I have not yet investigated other counties. I might examine data from other Georgia counties before trial, including comparing the tabulations based on images and cast-vote records to the ABBSs, other RLA workpapers, and reported results.

**The paragraphs below were in the version of this report submitted 11 January 2022, but they have been renumbered.**

---

**Summary**

85. A rigorous audit can provide confidence that a well-run election found the true winner(s). But it cannot compensate for using untrustworthy technology to record votes or for a poorly run election; in such circumstances, it distracts attention from the real problems rather than improving election integrity and justifying confidence in electoral outcomes. Absent a trustworthy record of the votes, no procedure can provide affirmative evidence that the reported winner(s) really won. Georgia lacks such a

record, for many reasons, including the heavy reliance on BMDs and the lack of physical accounting of ballots, memory cards, and other election materials; lack of pollbook and voter participation reconciliation; etc.

86. By claiming to perform risk-limiting audits when its paper trail is not trustworthy, the State of Georgia is in effect adding stories to a building that needs its foundation replaced. First things first.

87. To provide reasonable assurance that every voter's selections are counted and counted accurately requires systematic improvements to how Georgia conducts elections:

a) For every voter to be assured the right to cast an accountable vote, every voter should have the opportunity to mark a ballot by hand, whether voting in person in advance, in person on election day, or absentee by mail.

b) The use of ballot-marking devices should be reduced to a minimum, for reasons I have explained in previous declarations. In particular:

i. BMDs do not necessarily print voters' selections accurately. They can be hacked or misconfigured, as explained in Prof. J. Alex Halderman's testimony.

ii. A growing body of empirical work shows that few voters check the BMD printout, and those who do rarely catch errors.

iii. There is no way for a voter to prove to an election official or anyone else that a BMD malfunctioned. Hence, there is no way to "close the loop" to ensure that malfunctioning devices are removed from service, even if some voters notice BMDs misbehaving. And even if a device is caught misbehaving, there is no way to reconstruct the correct election outcome.

28

iv. There is no way to test BMDs adequately prior to, during, or after an election to establish whether they altered votes, even if they altered enough votes to change electoral outcomes.[27]

c) Georgia must implement better procedures and checks on chain of custody of election materials, especially voted ballots. Currently, Georgia is not in a position to determine whether every validly cast ballot was included in the reported results, nor whether there was electronic or physical "ballot-box stuffing" or votes were altered.[28] Georgia needs better protocols for using and checking physical security seals on ballots and voting equipment—and demonstrating that it has followed those protocols. It needs to perform routine scrutiny of custody logs and surveillance video, and to institute other related security measures.

d) Internal consistency checks and physical inventories must be performed as part of Georgia's canvass, including, among other things:

      i.      Verifying that the number of ballots sent to each polling location (and blank paper stock for ballot-marking devices and ballot-on-demand printers) equals the number returned voted, spoiled, or unvoted. This must

---

[27] See note 8, *supra.*

[28] This is evidenced by the fact that the 2020 audit found thousands of untabulated ballots. See note 14, *supra.* Per the Secretary of State's office, "[t]he audit process also led to counties catching making mistakes they made in their original count by not uploading all memory cards." https://sos.ga.gov/index.php/elections/historic_first_statewide_audit_of_paper_ballots_upholds_result_of_presidential_race, last accessed 9 January 2022. Because of Georgia's inadequate physical accounting for voting materials, there is no way to know how many more votes validly cast in that election have not been included in any of the reported results. Moreover, the lax recordkeeping evidently resulted in scanning the same batches of ballots more than once. Similarly, some ABBSs were presumably entered more than once, and as shown above, some were not entered at all.

29

be a physical check based on manual inventories, not on reports from the voting system.

    ii.    Checking pollbooks and other voter participation records against the number of voted ballots received, including checking whether the appropriate number of ballots of each "style" were received.

    iii.    Checking whether the number of electronic vote records ("scans" and cast-vote records) agrees with the physical inventory of ballots of each style.

e) Georgia should conduct routine "compliance" audits, a necessary precursor to conducting risk-limiting audits. For a list of what compliance audits should include, see, for example, Appel, A., and P.B. Stark, 2020. Evidence-Based Elections: Create a Meaningful Paper Trail, Then Audit, *Georgetown Law Technology Review, 4*, 523–541.

f) Georgia should conduct routine, genuine,[29] risk-limiting audits of *every* contested race in every election. The audits must have the ability to correct the reported outcome if the outcome is wrong, before the outcome is certified. I understand that under current Georgia law, audits take place only every other year, for only one contest, and cannot change electoral outcome or trigger a recount—even if the audit finds that the outcome is wrong. No matter how rigorous an audit is, an audit of one or more contests provides no evidence that the outcome of any unaudited contest is correct. Errors and malware may affect some contests but not others.

---

[29] The pilots of RLA procedures in Georgia were not genuine RLAs, nor was the "full hand-count audit."

g) A genuine RLA requires far more than Georgia has yet attempted. First and foremost, it requires a trustworthy record of voter intent. Georgia's records are untrustworthy for a range of reasons, starting with the fact that all in-person voters are expected or required to use ballot-marking devices (BMDs). As discussed at length in previous declarations and in testimony by Prof. Andrew Appel and Prof. J. Alex Halderman, BMD printout is not a trustworthy record of the vote. There are also issues with Georgia's verification of voter eligibility and voter participation. But even if every voter used a hand-marked paper ballot and there were no issues with voter eligibility, Georgia simply does not keep track of their election materials well enough. As discussed in my previous declarations, the foundation for a risk-limiting audit is a *ballot manifest*, a physical inventory of the paper ballots describing in detail how they are stored. This must be derived without reliance on the voting system; otherwise, the audit is trusting the voting system to check itself. For example, if there are ballots that were never scanned or scans that were never uploaded (as discovered during the 2020 "audit"), they will be missing from a manifest derived from voting system reports. The ballot manifest must be based on physical inventories of the ballots, keeping track of where the ballots are and how they are organized. Absent that, it is impossible to account for votes reliably, and impossible to limit the risk that an incorrect electoral outcome will be certified: applying risk-limiting audit procedures to an untrustworthy collection of ballots is "security theater."

88. There are additional checks that could be performed to determine the root cause of the discrepancies among the first machine tabulation, hand count, and machine recount. Those checks require access to the physical ballots (for instance, to determine whether

31

every scan batch from the tabulators reflects a distinct collection of actual physical ballots) and access to the tabulators, software, and servers (by other experts in this matter).

89. I would like to supplement my report once the Plaintiffs have had the opportunity to review materials that Defendants have not yet produced or provided access to, including ballots, and to review Plaintiffs' experts' reports once they have inspected the hardware and software used in the November 2020 election.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.


Executed on this date, ~~11 January 2020~~ 9 March 2022,


_____

Philip B. Stark

# APPENDIX 1

# Curriculum Vitae
# Philip Bradford Stark

removed pages 1-155 in abridged version for
internal distribution to reduce file size.
original served on Defendants included full CV

Biographical Information . . . . . . . . . . . . . . . . . . . . . . . . 1
    Interests . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Appointments . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Awards and Fellowships . . . . . . . . . . . . . . . . . . . . . 2
Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Mentors . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Publications . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Refereed Publications . . . . . . . . . . . . . . . . . . . 4
    Books and Edited Volumes . . . . . . . . . . . . . . . . 20
    Book Chapters . . . . . . . . . . . . . . . . . . . . . . . 21
    Technical Reports, White Papers, and Unrefereed Publications 22
    Editorials, Reviews, Comments, Letters . . . . . . . . . . 30
    Software . . . . . . . . . . . . . . . . . . . . . . . . . . 37
Patents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
Selected Presentations . . . . . . . . . . . . . . . . . . . . . 38
    Other Invited Seminars . . . . . . . . . . . . . . . . . . 75
Press . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
Teaching and Advising . . . . . . . . . . . . . . . . . . . . . 113
    Courses . . . . . . . . . . . . . . . . . . . . . . . . . . 113
    Former Graduate Students and Postdocs . . . . . . . . . 115
    Graduate Committees . . . . . . . . . . . . . . . . . . . 115
    First-year PhD advising . . . . . . . . . . . . . . . . . . 122
    Current PhD advisees . . . . . . . . . . . . . . . . . . . 122
    Undergraduate Research Advisees . . . . . . . . . . . . . 122
Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123
    Professional Societies and Government Agencies . . . . . 123
    Foundations, Non-Profit Corporations, and Industry . . . 133
    Editorial and Referee Service . . . . . . . . . . . . . . . 134
    University and Higher Education . . . . . . . . . . . . . 136
Contracts and Grants . . . . . . . . . . . . . . . . . . . . . . 144
Consulting and Expert Witness Experience . . . . . . . . . . 147
    Recent Testimony . . . . . . . . . . . . . . . . . . . . . 155

# APPENDIX 2

# Curling et al. v Raffensperger

```
In [1]:  import numpy as np
         import scipy as sp
         import pandas as pd
```

## Audit data

```
In [2]:  fn = './audit-report-November-3-2020-General-Election-2020-11-19.csv'
```

```
In [3]:  aud = pd.read_csv(fn, skiprows=17)
         aud.describe()
```

Out[3]:

|  | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote |
|---|---|---|---|---|---|---|
| count | 41881.00000 | 41881.000000 | 41881.000000 | 41881.000000 | 41881.000000 | 41881.000000 |
| mean | 58.80607 | 59.099377 | 1.494401 | 0.216948 | 0.071226 | 3.165015 |
| std | 193.27427 | 185.183528 | 4.403863 | 1.346462 | 0.484540 | 7.358273 |
| min | 0.00000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 |
| 25% | 5.00000 | 10.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 |
| 50% | 13.00000 | 20.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 |
| 75% | 34.00000 | 40.000000 | 1.000000 | 0.000000 | 0.000000 | 1.000000 |
| max | 7550.00000 | 7078.000000 | 109.000000 | 134.000000 | 28.000000 | 50.000000 |

```
In [4]:  aud.head()
```

Out[4]:

|  | Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | C |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | APPLING | 01 | Absentee By Mail | 23 | 1 | 0 | 0 | 0 | 1 | |
| 1 | APPLING | 02 | Absentee By Mail | 22 | 3 | 0 | 0 | 0 | 0 | |
| 2 | APPLING | 03 | Absentee By Mail | 19 | 5 | 0 | 0 | 0 | 1 | |
| 3 | APPLING | 04 | Absentee By Mail | 21 | 4 | 0 | 0 | 0 | 0 | |
| 4 | APPLING | 05 | Absentee By Mail | 24 | 1 | 0 | 0 | 0 | 0 | |

```
In [5]:
```

```python
subset = ['Jurisdiction Name','Donald J. Trump', 'Joseph R. Biden', 'Jo Jorgense
          'Invalid Write-In', 'Valid Write-iin', 'Blank/Undervote', 'Overvote']
print(f'''duplicated data within counties {np.sum(aud.duplicated(subset=subset,
```

```
duplicated data within counties 16807
```

In [6]:
```python
# first FULTON in spreadsheet is line 18582. Last is 20,497
print(sum(aud['Jurisdiction Name'] == 'FULTON'), 20497-18582+1)
```

```
1916 1916
```

In [7]:
```python
fulton = aud[aud['Jurisdiction Name'] == 'FULTON']
cands = ['Donald J. Trump', 'Joseph R. Biden', 'Jo Jorgensen', \
         'Invalid Write-In', 'Valid Write-iin', 'Blank/Undervote', 'Overvote']


def filter_by_values(domain : pd.DataFrame, votes : list) -> pd.Series:
    filt = domain[cands[0]] == votes[0]
    for j in range(1,len(votes)):
        if votes[j] is not None:
            filt = filt & (domain[cands[j]] == votes[j])
    return filt
```

In [8]:
```python
# possibly missing
miss_vals = {}
miss_vals['f_ab_s_3_b_48']         = [4, 93, 2, 0, 0, 0, 0]      # marked "
miss_vals['f_ab_s_2_b_52']         = [6, 92, 0, 0, 0, 0, 0]      # #128 p1
miss_vals['f_s_3_b_12_13_14']      = [12, 83, 1, 0, 0, 0, 0]     # not mark
                                                                 # shows mu
miss_vals['f_s_3_b_239']           = [13, 87, 0, 0, 0, 0, 0]     # not mark
miss_vals['f_s_1_b_80_81_82_83_84'] = [118, 329, 3, None, None, 2, 1] # two writ
miss_vals['f_ab_s_3_b_260']        = [30, 66, 0, 0, 0, 0, 0]     # mode not
miss_vals['f_ed_ap01A_1']          = [84, 62, 6, None, None, 1, 0] # two writ
miss_vals['f_ab_s_3_b_179_180_181'] = [85, 224, 5, None, None, 2, 0] # one writ
miss_vals['f_ab_s_2_b_239']        = [4, 42, 0, 0, 0, 0, 0]
miss_vals['f_adv_chastain_b_12']   = [613, 605, 24, None, None, 4, 0]# 7 writei
miss_vals['f_adv_chastain_b_114']  = [613, 605, 24, None, None, 4, 0]# also has
                                                                 # 605 is o
```

In [9]:
```python
for label, vote in miss_vals.items():
    print(f'\nsheet: {label} {vote=}')
    display(fulton[filter_by_values(fulton, vote)])
```

```
sheet: f_ab_s_3_b_48 vote=[4, 93, 2, 0, 0, 0, 0]
```

| | Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Under |
|---|---|---|---|---|---|---|---|---|---|
| **19457** | FULTON | Absentee Scanner 3 Ballot 162 | Absentee By Mail | 4 | 93 | 2 | 0 | 0 | |

```
sheet: f_ab_s_2_b_52 vote=[6, 92, 0, 0, 0, 0, 0]
```

| | Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | V Wr |
|---|---|---|---|---|---|---|---|---|
| **19304** | FULTON | AbsenteeScanner2Batch400 | Absentee By Mail | 6 | 92 | 0 | 0 | |

sheet: f_s_3_b_12_13_14 vote=[12, 83, 1, 0, 0, 0, 0]

| | Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | V Wr |
|---|---|---|---|---|---|---|---|---|
| **19577** | FULTON | AbsenteeScanner3Batch253 | Absentee By Mail | 12 | 83 | 1 | 0 | |

sheet: f_s_3_b_239 vote=[13, 87, 0, 0, 0, 0, 0]

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

sheet: f_s_1_b_80_81_82_83_84 vote=[118, 329, 3, None, None, 2, 1]

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

sheet: f_ab_s_3_b_260 vote=[30, 66, 0, 0, 0, 0, 0]

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

sheet: f_ed_ap01A_1 vote=[84, 62, 6, None, None, 1, 0]

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

sheet: f_ab_s_3_b_179_180_181 vote=[85, 224, 5, None, None, 2, 0]

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

sheet: f_ab_s_2_b_239 vote=[4, 42, 0, 0, 0, 0, 0]

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

sheet: f_adv_chastain_b_12 vote=[613, 605, 24, None, None, 4, 0]

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

sheet: f_adv_chastain_b_114 vote=[613, 605, 24, None, None, 4, 0]

| Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote | Overv |
|---|---|---|---|---|---|---|---|---|---|

In [10]:
```
for c in cands:
```

```
    print(f'{c}: {np.sum(fulton[c])}')
```

```
Donald J. Trump: 137620
Joseph R. Biden: 381179
Jo Jorgensen: 6494
Invalid Write-In: 836
Valid Write-iin: 375
Blank/Undervote: 1439
Overvote: 92
```

In [11]:
```python
tots = np.zeros(len(cands))
for s, v in miss_vals.items():
    for i in range(len(cands)):
        tots[i] += (v[i] if v[i] is not None else 0)

print(f'{[int(t) for t in tots]} {np.sum(tots[0:3]) :0.0f} {np.sum(tots) :0.0f}'
```

```
[1582, 2288, 65, 0, 0, 13, 1] 3935 3949
```

## Compare with original result

In [12]:
```python
orig_N = 524659    # per audit report
aud_N = 525293     # per audit report
miss_N = int(np.sum(tots[0:3])) # batch sheets not present in the spreadsheet
overall_miss = aud_N+miss_N - orig_N
print(f'{aud_N-orig_N=} {overall_miss=} ' +\
      f'original error: {100*(aud_N-orig_N)/orig_N :0.2f}% overall error:  {100*
```

```
aud_N-orig_N=634 overall_miss=4569 original error: 0.12% overall error:  0.87%
```

# Original scan versus machine recount

In [13]:
```python
orig_fn = './orig.csv'
recount_fn = './recount.csv'
```

In [14]:
```python
orig = pd.read_csv(orig_fn, header=1)
recount = pd.read_csv(recount_fn, header=1)
```

In [15]:
```python
orig.head()
```

Out[15]:

| | County | Registered Voters | Election Day Votes | Advanced Voting Votes | Absentee by Mail Votes | Provisional Votes | Total Votes | Election Day Votes.1 | Advanced Voting Votes.1 | Ab |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 01A | 3694 | 41 | 145 | 56 | 5 | 247 | 160 | 1662 | |
| 1 | 01B | 4327 | 79 | 159 | 62 | 1 | 301 | 242 | 1842 | |
| 2 | 01C | 1908 | 21 | 20 | 8 | 0 | 49 | 180 | 372 | |
| 3 | 01D | 754 | 7 | 13 | 13 | 1 | 34 | 24 | 284 | |
| 4 | 01E | 3720 | 40 | 167 | 79 | 1 | 287 | 101 | 1559 | |

```
In [16]: recount.head()
```

Out[16]:

| | County | Registered Voters | Election Day Votes | Advanced Voting Votes | Absentee by Mail Votes | Provisional Votes | Total Votes | Election Day Votes.1 | Advanced Voting Votes.1 | Ab |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 01A | 3694 | 41 | 147 | 55 | 4 | 247 | 160 | 1669 | |
| 1 | 01B | 4327 | 79 | 161 | 61 | 1 | 302 | 242 | 1847 | |
| 2 | 01C | 1908 | 21 | 20 | 8 | 0 | 49 | 180 | 374 | |
| 3 | 01D | 754 | 7 | 13 | 13 | 0 | 33 | 24 | 284 | |
| 4 | 01E | 3720 | 35 | 168 | 80 | 1 | 284 | 93 | 1556 | |

```
In [17]: orig[orig['County'] == 'RW01']
```

Out[17]:

| | County | Registered Voters | Election Day Votes | Advanced Voting Votes | Absentee by Mail Votes | Provisional Votes | Total Votes | Election Day Votes.1 | Advanced Voting Votes.1 |
|---|---|---|---|---|---|---|---|---|---|
| 268 | RW01 | 5010 | 193 | 1455 | 619 | 9 | 2276 | 88 | 1003 |

```
In [18]: recount[recount['County'] == 'RW01']
```

Out[18]:

| | County | Registered Voters | Election Day Votes | Advanced Voting Votes | Absentee by Mail Votes | Provisional Votes | Total Votes | Election Day Votes.1 | Advanced Voting Votes.1 |
|---|---|---|---|---|---|---|---|---|---|
| 268 | RW01 | 5010 | 162 | 1487 | 619 | 5 | 2273 | 73 | 1015 |

```
In [19]: fulton[fulton['Batch Name'].str.contains('RW01', case=False)]
```

Out[19]:

| | Jurisdiction Name | Batch Name | Batch Type | Donald J. Trump | Joseph R. Biden | Jo Jorgensen | Invalid Write-In | Valid Write-iin | Blank/Undervote |
|---|---|---|---|---|---|---|---|---|---|
| 20164 | FULTON | rw01 | Election Day | 31 | 15 | 2 | 0 | 0 | 0 |
| 20165 | FULTON | RW01 | Election Day | 22 | 18 | 4 | 0 | 0 | 0 |
| 20166 | FULTON | RW01-3 | Election Day | 190 | 55 | 5 | 0 | 0 | 0 |

```
In [20]: fulton[fulton['Batch Name'].str.contains('RW01', case=False)].agg(sum)
```

```
Out[20]: Jurisdiction Name              FULTONFULTONFULTON
         Batch Name                       rw01RW01  RW01-3
         Batch Type            Election DayElection DayElection Day
         Donald J. Trump                              243
         Joseph R. Biden                               88
```

```
Jo Jorgensen                               11
Invalid Write-In                            0
Valid Write-iin                             0
Blank/Undervote                             0
Overvote                                    0
dtype: object
```

## Version information

In [21]:

```python
packs = ['np','sp','pd']
for p in packs:
    print(f'{p} {eval(p+".__version__")}')
```

```
np 1.21.2
sp 1.7.3
pd 1.3.5
```

# APPENDIX 3

**Audit Board Batch Sheet**

*Absentee* *Scanner 3*
*Both 49*
*TABLE*
*118*

County __Fulton__

Batch Name __Scanner 3(48)__

Batch Type: ▣ Absentee  ▫ Advance  ▫ Election Day  ▫ Provisional  ▫ Other

Was the container sealed when received by the audit board? ▫ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 4 |
| Joseph R. Biden | 93 |
| Jo Jorgensen | 2 |
| Overvote | |
| Blank/Undervote | |

**Number of Ballots sent to the Vote Review Panel (if any)**

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ▫ Yes

▫ Delivered Vote Review Panel ballots (if any)
▫ Entered tallies into Arlo
_____ Initials of check in/out station member

## Audit Board Batch Sheet

*Absentee Scanner 2 #128*

*Batch 52*

County _Fulton_

Batch Name _Sc#2 (52)_

Batch Type: ☒ Absentee ☐ Advance ☐ Election Day ☐ Provisional ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 6 |
| Joseph R. Biden | 92 |
| Jo Jorgensen | ∅ |
| Overvote | ∅ |
| Blank/Undervote | ∅ |

10+10+10+10+10+10+10+10
+10+2

**Number of Ballots sent to the Vote Review Panel (if any)**

| Write-In | ∅ |
|---|---|
| Duplicated | ∅ |
| Undetermined | ∅ |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Yes

**Check In/Out Station**
- ☐ Recorded batch return on Ballot Container Inventory Sheet
- ☐ Delivered Vote Review Panel ballots (if any)
- ☐ Entered tallies into Arlo
- _____ Initials of check in/out station member

## Audit Board Batch Sheet

County _Fulton_

Batch Name _Scanner 3_ (12) (13) + (14)

Batch Type:  ▫ Absentee  ▫ Advance  ▫ Election Day  ▫ Provisional  ▫ Other

Was the container sealed when received by the audit board? ▫ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 12 |
| Joseph R. Biden | 83 |
| Jo Jorgensen | 1 |
| Overvote | |
| Blank/Undervote | |

### Number of Ballots sent to the Vote Review Panel (if any)

| | |
|---|---|
| Write-In | |
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ▫ Yes

▫ Delivered Vote Review Panel ballots (if any)

▫ Entered tallies into Arlo

_____ Initials of check in/out station member

# Audit Board Batch Sheet

County _Fulton Co._

Batch Name _239  SCAN 3_

Batch Type: ☐ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 13 |
| Joseph R. Biden | 87 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

## Number of Ballots sent to the Vote Review Panel (if any)

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

☐ Recorded batch return on Ballot Container Inventory Sheet
☐ Delivered Vote Review Panel ballots (if any)
☐ Entered tallies into Arlo
_____ Initials of check in/out station member

Scanner 1 Batch 80-84
5

# Audit Board Batch Sheet

County  Fulton

Batch Name  SC#1 (80) 81-82-83-84

Batch Type: ▢ Absentee  ▢ Advance  ▢ Election Day  ▢ Provisional  ▢ Other

Was the container sealed when received by the audit board? ▢ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 118 |
| Joseph R. Biden | 329 |
| Jo Jorgensen | 3 |
| Overvote | 1 |
| Blank/Undervote | 2 |

## Number of Ballots sent to the Vote Review Panel (if any)

| Write-In | 2 |
|---|---|
| Duplicated | 0 |
| Undetermined | 0 |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ▢ Yes

_____ Initials of check in/out station member

## Audit Board Batch Sheet

County _Fulton County_

Batch Name _Scanner 3 (260)_

Batch Type: ☑ Absentee  ☐ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 30 |
| Joseph R. Biden | 66 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

**Number of Ballots sent to the Vote Review Panel (if any)**

| | |
|---|---|
| Write-In | |
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

**Check In/Out Station**

☐ Recorded batch return on Ballot Container Inventory Sheet
☐ Delivered Vote Review Panel ballots (if any)
☐ Entered tallies into Arlo
_____ Initials of check in/out station member

# Audit Board Batch Sheet

**70**

County **FULTON**

Batch Name **APOIA - 1**

Batch Type: ☐ Absentee   ☐ Advance   ☒ Election Day   ☐ Provisional   ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 84 |
| Joseph R. Biden | 162 |
| Jo Jorgensen | 6 |
| Overvote | 8 |
| Blank/Undervote | 1 |

## Number of Ballots sent to the Vote Review Panel (if any)

| Write-In | 2 |
|---|---|
| Duplicated | 0 |
| Undetermined | 0 |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.



## Check In/Out Station
☐ Recorded batch return on Ballot Container Inventory Sheet
☐ Delivered Vote Review Panel ballots (if any)
☐ Entered tallies into Arlo
_____ Initials of check in/out station member

# Audit Board Batch Sheet

County ___Fulton___

Batch Name ___SC #3___   ___# 179 to 181___

Batch Type: ☑ Absentee   ☐ Advance   ☐ Election Day   ☐ Provisional   ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 75 +10 85   85 |
| Joseph R. Biden | 100 100 224   224 |
| Jo Jorgensen | 5 |
| Overvote | 0 |
| Blank/Undervote | 2 |

## Number of Ballots sent to the Vote Review Panel (if any)

| Write-In | 1 |
|---|---|
| Duplicated | 0 |
| Undetermined | 0 |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

**Check In/Out Station**
☐ Recorded batch return on Ballot Container Inventory Sheet
☐ Delivered Vote Review Panel ballots (if any)
☐ Entered tallies into Arlo
_____ Initials of check in/out station member

# Audit Board Batch Sheet

County _FULTON_

Batch Name _SCANNER 2_       _239_

Batch Type: ☑ Absentee ☐ Advance ☐ Election Day ☐ Provisional ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 4 |
| Joseph R. Biden | 42 |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

## Number of Ballots sent to the Vote Review Panel (if any)

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Yes

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Check in/out Station
- ☐ Recorded batch return on Ballot Container Inventory Sheet
- ☐ Delivered Vote Review Panel ballots (if any)
- ☐ Entered tallies into Arlo

_____ Initials of check in/out station member

# Audit Board Batch Sheet

#1274

County _____ FULTON

Batch Name _____ Chastain

Batch Type: ☐ Absentee  ☑ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | 613 |
| Joseph R. Biden | 605 |
| Jo Jorgensen | 24 |
| Overvote | 0 |
| Blank/Undervote | 4 |

## Number of Ballots sent to the Vote Review Panel (if any)

| Write-In | 7 |
|---|---|
| Duplicated | 0 |
| Undetermined | 0 |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit board? ☐ Y

☐ Delivered Vote Review Panel ballots (if any)
☐ Entered tallies into Arlo
_____ Initials of check in/out station member

# Audit Board Batch Sheet

County __Fulton__

Batch Name __Chastain__

Batch Type: ☐ Absentee  ☒ Advance  ☐ Election Day  ☐ Provisional  ☐ Other

Was the container sealed when received by the audit board? ☐ Yes

| Candidates | Enter Stack Totals |
|---|---|
| Donald J. Trump | |
| Joseph R. Biden | |
| Jo Jorgensen | |
| Overvote | |
| Blank/Undervote | |

## Number of Ballots sent to the Vote Review Panel (if any)

| Write-In | |
|---|---|
| Duplicated | |
| Undetermined | |

When work is completed, return all ballots (except Vote Review Panel ballots) to the ballot container and seal container.

Was the container resealed by the audit b___

☐ Delivered Vote Review Panel ballots (if any)
☐ Entered tallies into Arlo
_____ Initials of check in/out station member

*Handwritten annotations:*

Jorgensen
11
+11
22
2
24

Trump
5
100
105
100
205
50
255
256
100
356
100
456
40
496
7
503
80
603
613

Biden
7
100
107
100
207
20
227
4
231
100
331
100
431
40
471
4
475
100
575
30

Blank
2
+2
4

Write-In

# APPENDIX 4



**STATE OF GEORGIA**

OFFICE OF THE GOVERNOR

ATLANTA 30334-0090

Brian P. Kemp
GOVERNOR

November 17, 2021

***VIA ELECTRONIC MAIL***

Ms. Rebecca N. Sullivan, Acting Chair
200 Piedmont Avenue SE
Suite 1804, West Tower
Atlanta, Georgia 30334

Ms. Sara Tindall Ghazal
4880 Lower Roswell Rd
Suite 165-328
Marietta, Georgia 30068

Mr. Matthew Mashburn
P.O. Box 451
Cartersville, Georgia 30120

Ms. Anh Le
P.O. Box 4008
Decatur, Georgia 3003

Dear Members of the State Election Board,

I write to refer the following matter to the Board for its review and consideration. As you know, I called on Georgians with information about inconsistencies or complaints regarding the 2020 election to notify the proper state authorities. To date, the complaint outlined below is the only instance where a complainant has referred an issue to my office *and* provided all requested information for me and my staff to fully evaluate its veracity.

On September 3, 2021, Mr. Joseph Rossi, a retired executive from Houston County, Georgia, contacted my office. Mr. Rossi presented an analysis of the 2020 Risk-Limiting Audit Report ("RLA Report") data, noting 36 inconsistencies reported by Fulton County.[1] The analysis was created by him and attorney Jack James who volunteered their own time, without compensation, to review thousands of ballot images, audit tally sheets, and other data to double-check the work of the county. Their dedication to this immense task is commendable.

The 36 inconsistencies noted by Mr. Rossi are factual in nature, pose no underlying theories outside of the reported data, and could not be explained by my office after a thorough review detailed below. The purpose of this letter is to convey these inconsistencies to the Board and request them to be explained or corrected.

To be clear, this letter does not purport to dispute or contest the outcome of the 2020 election, but rather to highlight apparent inconsistencies discovered in the RLA Report data.

---

[1] Specifically, Mr. Rossi analyzed the document titled "Detailed Audit Report with Results from all Batch Sheets (Excel)" which is published on the Secretary of State website.

State Election Board
November 17, 2021
Page 2 of 2

Mr. Rossi requested my office review his findings and take whatever action may be appropriate to address his concerns. Mr. Rossi never alleged the outcome of the election was in question or asked me to act beyond my constitutional or statutory powers as Governor – the authority to oversee elections in Georgia lies with the State Election Board and the Secretary of State.

To determine whether it was appropriate to refer Mr. Rossi's claims to you, my office tested the veracity of his work by independently repeating the research Mr. Rossi conducted on each of his 36 claims. My office analyzed each of Mr. Rossi's 36 claims against the RLA Report data. This process was extensive, required a manual review of thousands of ballot images and audit data, and took weeks to complete.

Based on that analysis, as evidenced in the attached report, I believe a referral to the Board is warranted.

The data that exists in public view on the Secretary of State's website of the RLA Report does not inspire confidence. It is sloppy, inconsistent, and presents questions about what processes were used by Fulton County to arrive at the result. Though reasons for, or explanations of, Mr. Rossi's concerns may exist, they are not apparent in the RLA Report data. In reviewing this matter, I believe the Board should consider the following actions:

1. Direct investigators to review Mr. Rossi's findings, just as my office has, and order corrective action as needed to address any verified errors.
2. Determine whether any changes should be made to the RLA Report. If so, the Board should determine whether such changes adversely impact the integrity of the RLA Report as originally reported.
3. Review the audit methodology used in counties across Georgia and create a prescriptive and uniform set of rules that ensure one process is followed by all counties that result in a clear presentation of data.

As you know, I chaired this Board for nine years. During that time, we tackled many tough issues to ensure the integrity of Georgia's elections and make it easy to vote and hard to cheat. It is the responsibility of this Board to safeguard the confidence I and all my fellow Georgians must have in our elections. This is one issue where I believe this Board must act swiftly, and I urge you to do so in this case.

Sincerely,

Brian P. Kemp

CC:
Brad Raffensperger,
*Georgia Secretary of State*



### STATE OF GEORGIA

OFFICE OF THE GOVERNOR

ATLANTA 30334-0900

### REVIEW OF INCONSISTENCIES IN THE
### DATA SUPPORTING THE RISK LIMITING AUDIT REPORT

November 17, 2021

---

### OVERVIEW

The following inconsistencies were initially discovered by Joe Rossi through comparisons of the Fulton County vote counts included in the document titled "Detailed Audit Report with Results from all Batch Sheets (Excel)" ("Detailed Audit Report") and the ballot images obtained by the Atlanta Journal-Constitution Open Records Request ("Ballot Images"). Mr. Rossi's analysis ("Rossi Count") and the review conducted by the Office of the Governor ("Internal Count") were performed by manually counting the Ballot Images for Fulton County. The Ballot Images only include absentee ballots.

Ballot Images obtained by the Atlanta Journal-Constitution Open Records Request are available at the link below:

> https://theatlantajournalconstitution.sharefile.com/share/view/s3c2d5cd
> a4b5a42a88b6a76990379d181/fo8028b0-c150-45f5-911d-f9959144930e

The Detailed Audit Report (audit-report-November-3-2020-General-Election-2020-11-19) is available at the link below:

> https://sos.ga.gov/index.php/elections/2020_general_election_risk-limiting_audit

Within the Detailed Audit Report and Mr. Rossi's analysis, ballot scanners were referred to as Scanners 1 through 5. The Atlanta Journal-Constitution referred to the same scanners as Tabulator 5150 (Scanner 1), Tabulator 5160 (Scanner 2), Tabulator 5162 (Scanner 3), Tabulator 5164 (Scanner 4), and Tabulator 0729 (Scanner 5).

References to "Row XXXXX" refer to the row number listed on the Detailed Audit Report.

As used in the batch entries in the Detailed Audit Report, "I W/I" means "Invalid Write-In Vote", "V W/U" means "Valid Write-In Vote", and "B/U" means "Blank Vote or Undervote".

**INCONSISTENCY 1: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**

The batch entries on Row 19492 and Row 19493 are each identified as "AbsenteeScanner3Batch111" yet report different vote counts. **One of these entries appears to be misidentified.**

Additionally, Row 18786, identified as "AbsenteeScanner1Batch111," reports an identical vote count as Row 19493. One of these entries appears to be duplicated.

Detailed Audit Report:

Row 19492: AbsenteeScanner3Batch111

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 8 | 90 | 0 | 0 | 0 | 0 | 0 |

Row 19493: AbsenteeScanner3Batch111

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 4 | 95 | 1 | 0 | 0 | 0 | 0 |

Row 18786: AbsenteeScanner1Batch111

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 8 | 90 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 3 (Tabulator 05162), Batch 111

- Count not provided by Mr. Rossi.

Absentee Scanner 1 (Tabulator 05150), Batch 111

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 9 | 90 | 0 | 2 |

_____

Internal Count:

Absentee Scanner 3 (Tabulator 05162), Batch 111

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 94 | 1 | 0 |

Absentee Scanner 1 (Tabulator 05150), Batch 111

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 9 | 90 | 0 | 2 |

**INCONSISTENCY 2: DUPLICATED BATCH ENTRY**

The batch entry on Row 18840, identified as "AbsenteeScanner1Batch18," reports an identical vote count as the batch entry on Row 20288, identified as "Scanner 1/18." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 18840: AbsenteeScanner1Batch18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 26 | 72 | 1 | 0 | 0 | 0 | 0 |

Row 20288: Scanner 1/18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 26 | 72 | 1 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 1 (Tabulator 05150), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 26 | 72 | 0 | 0 |

Internal Count: Absentee Scanner 1 (Tabulator 05150), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 26 | 72 | 1 | 0 |

**INCONSISTENCY 3: DUPLICATED BATCH ENTRY**

The batch entry on Row 18911, identified as "AbsenteeScanner1Batch 25," nearly matches the same vote count reported by the batch entry on Row 20296, identified as "Scanner 1 /25." The lone exception being that Row 20296 reports an additional valid write-in vote. **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 18911: AbsenteeScanner1Batch 25

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 21 | 77 | 0 | 0 | 0 | 1 | 0 |

Row 20296: Scanner 1 /25

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 21 | 77 | 0 | 0 | 1 | 1 | 0 |

_____

Rossi Count: Absentee Scanner 1 (Tabulator 05150), Batch 25

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 21 | 77 | 0 | 2 |

_____

Internal Count: Absentee Scanner 1 (Tabulator 05150), Batch 25

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 21 | 77 | 0 | 2 |

**INCONSISTENCY 4: BATCH ENTRIES REFLECTING 100% VOTE COUNTS FOR ONE CANDIDATE**

The batch entry on Row 19120, identified as "AbsenteeScanner2Batch19," reports all 100 votes for Biden.
The batch entry on Row 19131, identified as "AbsenteeScanner2Batch20," reports all 100 votes for Biden.
The batch entry on Row 19142, identified as "AbsenteeScanner2Batch21," reports all 150 votes for Biden.

**The Ballot Images corresponding to Batches 19, 20, and 21, of Absentee Scanner 2 (Tabulator 05160) do not reflect unanimous vote counts for one candidate**.

Detailed Audit Report:

Row 19120: AbsenteeScanner2Batch19

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

Row 19131: AbsenteeScanner2Batch20

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

Row 19142: AbsenteeScanner2Batch21

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 150 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 2 (Tabulator 05160), Batch 19

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 10 | 87 | 1 | 1 |

Absentee Scanner 2 (Tabulator 05160), Batch 20

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 74 | 1 | 0 |

Absentee Scanner 2 (Tabulator 05160), Batch 21

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8 | 97 | 1 | 0 |

_____

*Internal Count provided on next page.*

Internal Count:

Absentee Scanner 2 (Tabulator 05160), Batch 19

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 10 | 87 | 2 | 0 |

Absentee Scanner 2 (Tabulator 05160), Batch 20

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 74 | 1 | 0 |

Absentee Scanner 2 (Tabulator 05160), Batch 21

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8 | 97 | 1 | 0 |

**INCONSISTENCY 5: BATCH ENTRY REFLECTING 100% VOTE COUNT FOR ONE CANDIDATE**

The batch entry on Row 19153, identified as "AbsenteeScanner2Batch22," reports all 200 votes for Biden.

**The Ballot Images corresponding to Batch 22 of Absentee Scanner 2 (Tabulator 05160) do not reflect a unanimous vote count for one candidate**.

Detailed Audit Report: Row 19153: AbsenteeScanner2Batch22

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 200 | 0 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 22

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 12 | 85 | 3 | 0 |

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 22

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 12 | 85 | 2 | 1 |

**INCONSISTENCY 6: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19165 is identified as "AbsenteeScanner2Batch237." The batch entry on Row 20308 is identified as "scanner2/237." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19165: AbsenteeScanner2Batch237

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 25 | 74 | 0 | 0 | 0 | 0 | 0 |

Row 20308: scanner2/237

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 3 | 95 | 0 | 0 | 1 | 1 | 2 |

_____

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 237

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4 | 93 | 2 | 0 |

_____

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 237

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4 | 93 | 2 | 0 |

**INCONSISTENCY 7: DUPLICATED BATCH ENTRY**

The batch entry on Row 19166, identified as "AbsenteeScanner2Batch238," reports an identical vote count as the batch entry on Row 19587, identified as "AbsenteeScanner3Batch238." One of these entries appears to be duplicated.

Detailed Audit Report:

Row 19166: AbsenteeScanner2Batch238

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 22 | 59 | 0 | 0 | 0 | 0 | 0 |

Row 19587: AbsenteeScanner3Batch238

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 22 | 59 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 2 (Tabulator 05160), Batch 238

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 74 | 0 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 238
- No count was provided by Mr. Rossi.

_____

Internal Count:

Absentee Scanner 2 (Tabulator 05160), Batch 238

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 74 | 0 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 238

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 57 | 1 | 0 |

<u>**INCONSISTENCY 8: MISIDENTIFIED BATCH ENTRY**</u>

The batch entry on Row 19167 is identified as "AbsenteeScanner2Batch240." The batch entry on Row 19168 is identified as "AbsenteeScanner2Batch 240." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19167: AbsenteeScanner2Batch240

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 10    | 90    | 0         | 0     | 0     | 0   | 0 |

Row 19168: AbsenteeScanner2Batch 240

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 31    | 62    | 1         | 0     | 0     | 0   | 0 |

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 240

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 31    | 62    | 1         | 2     |

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 240

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 31    | 62    | 1         | 2     |

**INCONSISTENCY 9: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19169 is identified as "AbsenteeScanner2Batch241." The batch entry on Row 19170 is identified as "AbsenteeScanner2Batch 241." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19169: AbsenteeScanner2Batch241

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 34 | 63 | 0 | 0 | 0 | 1 | 0 |

Row 19170: AbsenteeScanner2Batch 241

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 11 | 88 | 1 | 0 | 0 | 0 | 0 |

_____

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 241

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 88 | 1 | 2 |

_____

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 241

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 88 | 1 | 2 |

**INCONSISTENCY 10: DUPLICATED BATCH ENTRIES**

The vote count reported by the batch entry on Row 19172, identified as "AbsenteeScanner2Batch243," does not match the vote count of the corresponding Ballot Images. The vote count reported by the batch entry on Row 19174, identified as "AbsenteeScanner2Batch244-249" (which appears to report the vote counts of six separate batches), also does not match the vote count of the corresponding Ballot Images.

However, when the corresponding Ballot Images of Row 19172 are considered in addition to the corresponding Ballot Images of Row 19174, the aggregate vote count of the Ballot Images matches the vote count reported by Row 19174 in the Detailed Audit Report. **Accordingly, Row 19172 appears to be misidentified.**

Additionally, Row 19173, identified as "AbsenteeScanner2batch244-249," nearly matches the same vote count reported by the batch entry on Row 19174. **The entry appears to be duplicated**. Of note, Row 19173 reports "Election Day" ballots, as opposed to "Absentee By Mail" ballots.

Detailed Audit Report:

Row 19172: AbsenteeScanner2Batch243

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 7 | 90 | 1 | 0 | 0 | 1 | 0 |

Row 19173: AbsenteeScanner2batch244-249

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 110 | 556 | 7 | 0 | 0 | 2 | 1 |

Row 19174: AbsenteeScanner2Batch244-249

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 110 | 556 | 7 | 0 | 3 | 2 | 1 |

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batches 244-249

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 110 | 564 | 7 | 8 |

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batches 243 and 244-249

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| **243** | **21** | **73** | **2** | **2** |
| 244 | 9 | 88 | 1 | 1 |
| 245 | 21 | 79 | 0 | 0 |
| 246 | 4 | 93 | 1 | 0 |
| 247 | 9 | 93 | 0 | 1 |
| 248 | 34 | 60 | 1 | 2 |
| 249 | 12 | 80 | 2 | 0 |
| Totals | 110 | 566 | 7 | 6 |

Agreed
MRM
duplicates

CGG

<u>**INCONSISTENCY 11: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**</u>

The batch entry on Row 19219 is identified as "AbsenteeScanner2Batch297." The batch entry on Row 19220 is identified as "AbsenteeScanner2Batch 297." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Additionally, Row 18951, identified as "AbsenteeScanner1Batch297," reflects an identical vote count as Row 19219. **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19219: AbsenteeScanner2Batch297

| | Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|---|
| | 42 | 56 | 1 | 0 | 0 | 0 | 0 |

<div style="border:1px solid blue; color:blue;">
MRM<br>
Agreed duplicate<br>
CGG
</div>

Row 19220: AbsenteeScanner2Batch 297

| | Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|---|
| | 27 | 71 | 0 | 0 | 0 | 0 | 0 |

Row 18951: AbsenteeScanner1Batch297

| | Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|---|
| | 42 | 56 | 1 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 2 (Tabulator 05160), Batch 297

- Count not provided by Mr. Rossi.

Absentee Scanner 1 (Tabulator 05150), Batch 297

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 42 | 56 | 1 | 0 |

_____

Internal Count:

Absentee Scanner 2 (Tabulator 05160), Batch 297

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 27 | 71 | 1 | 0 |

Absentee Scanner 1 (Tabulator 05150), Batch 297

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 42 | 56 | 1 | 1 |

**INCONSISTENCY 12: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19323 is identified as "AbsenteeScanner2Batch400." The batch entry on 20252 is identified as "sc 2- 400." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19323: AbsenteeScanner2Batch400

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 6 | 92 | 0 | 0 | 0 | 0 | 0 |

Row 20252: sc 2- 400

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 36 | 60 | 1 | 0 | 0 | 3 | 0 |

---

Rossi Count: Absentee Scanner 2 (Tabulator 05160), Batch 400

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 36 | 60 | 0 | 0 |

---

Internal Count: Absentee Scanner 2 (Tabulator 05160), Batch 400

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 36 | 60 | 1 | 3 |

**INCONSISTENCY 13: DUPLICATED BATCH ENTRY**

The batch entry on Row 19482, identified as "AbsenteeScanner3Batch1," reports an identical vote count as the batch entry on Row 20317, identified as "Scanner 3/1." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19482: AbsenteeScanner3Batch1

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 42 | 55 | 2 | 0 | 0 | 0 | 1 |

Row 20317: Scanner 3/1

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 42 | 55 | 2 | 0 | 0 | 0 | 1 |

---

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 44 | 55 | 2 | 0 |

---

*Internal Count provided on the next page.*

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 44 | 55 | 2 | 0 |

**INCONSISTENCY 14: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19524 is identified as "Absentee Scanner 3 Batch 158." The batch entry on Row 20332 is identified as "scanner 3 /158." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19524: Absentee Scanner 3 Batch 158

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 30 | 68 | 1 | 0 | 0 | 1 | 0 |

Row 20332: scanner 3 /158

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 3 | 99 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 158

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 30 | 68 | 2 | 0 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 158

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 30 | 68 | 1 | 1 |

**INCONSISTENCY 15: DUPLICATED BATCH ENTRIES**

The batch entry on Row 19535, identified as "AbsenteeScanner3Batch174- 178," reports an identical vote count as the batch entry on Row 19537, identified as "AbsenteeScanner3BatchBatch 177." The batch entry on Row 19356, identified as "AbsenteeScanner3Batch175-176," nearly matches the vote counts reported in Row 19535 and Row 19537 with the lone exception being that Row 19536 reports two additional blank/undervotes. **One or more of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19535: AbsenteeScanner3Batch174- 178

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 96 | 392 | 0 | 0 | 0 | 0 | 0 |

Row 19536: AbsenteeScanner3Batch175-176

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 96 | 392 | 0 | 0 | 0 | 2 | 0 |

Row 19537: AbsenteeScanner3Batch177

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 96 | 392 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 3 (Tabulator 05162) Batches 174-178

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 96 | 392 | 6 | 1 |

Absentee Scanner 3 (Tabulator 05162), Batches 175-176

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 57 | 137 | 1 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 177

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 9 | 89 | 1 | 0 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batches 174-178

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| 174 | 22 | 75 | 1 | 1 |
| 175 | 26 | 67 | 0 | 1 |
| 176 | 31 | 70 | 0 | 0 |
| 177 | 9 | 89 | 0 | 1 |
| 178 | 8 | 91 | 2 | 1 |
| Totals | 96 | 392 | 3 | 4 |

**INCONSISTENCY 16: DUPLICATED BATCH ENTRY**

The batch entry on Row 19538, identified as "AbsenteeScanner3Batch18," reports an identical vote count as the batch entry on Row 20336, identified as "scanner 3/18." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19538: AbsenteeScanner3Batch18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 1 | 79 | 0 | 0 | 0 | 0 | 0 |

Row 20336: scanner 3/18

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 1 | 79 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 2 | 78 | 0 | 0 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 18

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 2 | 77 | 0 | 1 |

**INCONSISTENCY 17: DUPLICATED BATCH ENTRY**

The batch entry on Row 19560, identified as "AbsenteeScanner3Batch21," reports an identical vote count as the batch entry on Row 20344, identified as "scanner 3/21." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19560: AbsenteeScanner3Batch21

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 24 | 74 | 0 | 0 | 0 | 0 | 0 |

Row 20344: scanner 3/21

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 24 | 74 | 0 | 0 | 0 | 0 | 0 |

---

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 21

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 75 | 0 | 2 |

---

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 21

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 25 | 73 | 0 | 2 |

**INCONSISTENCY 18: DUPLICATED BATCH ENTRY**

The batch entry on Row 19563, identified as "AbsenteeScanner3Batch212," reports an identical vote count as the batch entry on Row 20345, identified as "SCANNER- 3/212." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19563: AbsenteeScanner3Batch212

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 11 | 86 | 1 | 0 | 0 | 0 | 0 |

Row 20345: SCANNER- 3/212

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 11 | 86 | 1 | 0 | 0 | 0 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 212

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 86 | 1 | 1 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 212

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 11 | 86 | 1 | 1 |

**INCONSISTENCY 19: DUPLICATED BATCH ENTRY**

The batch entry on Row 19589, identified as "AbsenteeScanner3Batch24," reports an identical vote count as the batch entry on Row 20349, identified as "scanner 3/24." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19589: AbsenteeScanner3Batch24

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 5 | 92 | 0 | 0 | 0 | 0 | 0 |

Row 20349: scanner 3/24

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 5 | 92 | 0 | 0 | 0 | 0 | 0 |

---

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 24

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 92 | 0 | 0 |

---

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 24

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 92 | 0 | 0 |

**INCONSISTENCY 20: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19625 is identified as "AbsenteeScanner3Batch3." The batch entry on Row 19626 is identified as "AbsenteeScanner3 Batch3." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Detailed Audit Report:

Row 19625: AbsenteeScanner3Batch3

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 85 | 2 | 0 | 0 | 0 | 0 |

Row 19626: AbsenteeScanner3 Batch3

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 24 | 56 | 1 | 0 | 0 | 1 | 0 |

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 3

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4 | 84 | 2 | 0 |

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 3

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 3 | 84 | 2 | 1 |

**INCONSISTENCY 21: MISIDENTIFIED OR DUPLICATED BATCH ENTRY**

The batch entry on Row 19647 is identified as "AbsenteeScanner3Batch 320." The batch entry on Row 20353 is identified as "scanner 3/320." Though the entries report different vote counts, the difference is slight with Row 19647 reporting five additional votes for Trump and five less votes for Biden. **One of these entries appears to be misidentified or duplicated**.

Detailed Audit Report:

Row 19647: AbsenteeScanner3Batch 320

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 35 | 64 | 0 | 0 | 0 | 0 | 0 |

Row 20353: scanner 3/320

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 30 | 69 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 320

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 30 | 70 | 0 | 0 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 320

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 30 | 70 | 0 | 0 |

**INCONSISTENCY 22: MISIDENTIFIED BATCH ENTRIES**

The batch entry on Row 19659, identified as "AbsenteeScanner3Batch339-346," appears to report the vote counts of eight separate batches. The batch entry on Row 20264 is identified as "sc 3 (339)," a batch that would appear to be included in the vote count of Row 19659. The batch entry on Row 20265 is identified as "sc 3 (340)," a batch that would appear to be included in the vote count of Row 19659.

**When considering the corresponding Ballot Images, Row 20264 and Row 20265 appear to be misidentified**.

Detailed Audit Report:

Row 19659: AbsenteeScanner3Batch339-346

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 143 | 625 | 10 | 0 | 0 | 3 | 0 |

Row 20264: sc 3 (339)

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 76 | 214 | 6 | 0 | 0 | 1 | 0 |

Row 20265: sc 3 (340)

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 6 | 72 | 1 | 0 | 0 | 2 | 0 |

_____

Rossi Count:

Absentee Scanner 3 (Tabulator 05162), Batches 339-346

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 146 | 619 | 10 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 339

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 34 | 64 | 1 | 0 |

Absentee Scanner 3 (Tabulator 05162), Batch 340

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4 | 95 | 0 | 0 |

_____

*Internal Count provided on next page.*

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batches 339-346

| Batch | Trump | Biden | Jorgensen | Other |
|---|---|---|---|---|
| **339** | **34** | **64** | **1** | **1** |
| **340** | **4** | **96** | **0** | **0** |
| 341 | 5 | 94 | 1 | 0 |
| 342 | 19 | 82 | 0 | 0 |
| 343 | 6 | 69 | 2 | 2 |
| 344 | 45 | 54 | 1 | 2 |
| 345 | 16 | 79 | 4 | 1 |
| 346 | 16 | 83 | 1 | 0 |
| Totals | 145 | 621 | 10 | 6 |

**INCONSISTENCY 23: DUPLICATED BATCH ENTRY**

The batch entry on Row 19676, identified as "AbsenteeScanner3Batch 368," nearly matches the same vote count reported by the batch entry on Row 19677, identified as "Absentee Scanner 3 Batch 368." The lone exception being that Row 19677 reports an additional vote for Jorgensen. **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19676: AbsenteeScanner3Batch 368

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 4 | 93 | 0 | 0 | 1 | 0 | 0 |

Row 19677: Absentee Scanner 3 Batch 368

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 4 | 93 | 1 | 0 | 1 | 0 | 0 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 368

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 4 | 93 | 0 | 1 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 368

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 3 | 92 | 0 | 3 |

**INCONSISTENCY 24: MISIDENTIFIED BATCH ENTRY OR DUPLICATED BATCH ENTRY**

The batch entry on Row 19678 is identified as "AbsenteeScanner3Batch369." The batch entry on Row 19679 is identified as "Absentee Scanner 3 Batch 369." Though the entries report different vote counts, the difference is slight with Row 19678 reporting four additional votes for Trump and Row 19679 reporting one additional vote for Jorgensen. **One of these entries appears to be misidentified or duplicated**.

Detailed Audit Report:

Row 19678: AbsenteeScanner3Batch369

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 12 | 88 | 0 | 0 | 0 | 0 | 0 |

Row 19679: Absentee Scanner 3 Batch 369

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 8 | 88 | 1 | 0 | 0 | 0 | 0 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 369

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8 | 88 | 1 | 0 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 369

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 8 | 88 | 0 | 2 |

**I**NCONSISTENCY **25: M**ISIDENTIFIED **B**ATCH **E**NTRY AND **M**ISALLOCATION OF **V**OTES

The batch entry on Row 19744 is identified as "AbsenteeScanner3Batch89." The batch entry on Row 19745 is identified as "Absentee Scanner 3 Batch 89." Each of these entries report different vote counts. **One of these entries appears to be misidentified**.

Additionally, the batch entry on Row 19745 reports 76 votes for Trump, 22 votes for Biden, 1 vote for Jorgensen, and 2 overvotes. The Ballot Images corresponding to Batch 89 of Absentee Scanner 3 (Tabulator 05162) show 22 votes for Trump, 76 votes for Biden, 1 vote for Jorgensen, and 2 other votes. **It appears that the votes for Trump and Biden were misallocated**.

Detailed Audit Report:

Row 19744: AbsenteeScanner3Batch89

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 27 | 71 | 2 | 0 | 0 | 0 | 0 |

Row 19745: Absentee Scanner 3 Batch 89

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 76 | 22 | 1 | 0 | 0 | 0 | 2 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 89

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 22 | 76 | 1 | 2 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 05162), Batch 89

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 22 | 76 | 1 | 2 |

**INCONSISTENCY 26: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19748, identified as "Absentee Scanner 3 Batch 91-97," appears to report the vote counts of seven separate batches. The batch entry on Row 19747 is identified as "AbsenteeScanner3Batch91," a batch that would appear to be included in the vote count of Row 19748.

**When considering the corresponding Ballot Images, Row 19747 appears to be misidentified.**

Detailed Audit Report:

Row 19748: Absentee Scanner 3 Batch 91-97

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 128 | 558 | 6 | 0 | 0 | 1 | 0 |

Row 19747: AbsenteeScanner3Batch91

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 98 | 1 | 0 | 0 | 1 | 0 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 01562), Batches 91-97

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 128 | 561 | 6 | 1 |

_____

Internal Count: Absentee Scanner 3 (Tabulator 01562), Batches 91-97

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| **91** | **28** | **70** | **2** | **0** |
| 92 | 2 | 97 | 2 | 0 |
| 93 | 5 | 90 | 2 | 0 |
| 94 | 36 | 64 | 0 | 0 |
| 95 | 3 | 96 | 0 | 0 |
| 96 | 24 | 77 | 0 | 1 |
| 97 | 30 | 66 | 2 | 3 |
| Totals | 128 | 560 | 6 | 4 |

**INCONSISTENCY 27: BATCH ENTRY REFLECTING 100% VOTE COUNT FOR ONE CANDIDATE**

The batch entry on Row 19810, identified as "AbsenteeScanner4Batch36," reports all 100 votes for Biden. The batch entry on Row 19811, identified as "AbsenteeScanner4Batch37," reports all 100 votes for Biden.

**The Ballot Images corresponding to Batches 36 and 37 of Absentee Scanner 4 (Tabulator 05164) do not reflect unanimous vote counts for one candidate**.

Detailed Audit Report:

Row 19810: AbsenteeScanner4Batch36

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

Row 19811: AbsenteeScanner4Batch37

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 100 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 4 (Tabulator 05164), Batch 36

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 78 | 4 | 0 |

Absentee Scanner 4 (Tabulator 05164), Batch 37

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 40 | 60 | 0 | 0 |

_____

Internal Count:

Absentee Scanner 4 (Tabulator 05164), Batch 36

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 78 | 2 | 2 |

Absentee Scanner 4 (Tabulator 05164), Batch 37

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 40 | 60 | 0 | 0 |

**INCONSISTENCY 28: DUPLICATED BATCH ENTRY**

The batch entry on Row 19814, identified as "AbsenteeScanner4Batch40," reports an identical vote count as the batch entry on Row 19815, identified as "AbsenteeScanner 4Batch40." **One of these entries appears to be duplicated**.

Detailed Audit Report:

Row 19814: AbsenteeScanner4Batch40

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 95 | 0 | 0 | 0 | 0 | 0 |

Row 19815: AbsenteeScanner 4Batch40

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 95 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

- No count was provided by Mr. Rossi.

_____

Internal Count: Absentee Scanner (Tabulator 05164), Batch 40

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 2 | 97 | 0 | 0 |

**INCONSISTENCY 29: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**

The batch entry on Row 19862, identified as "AbsenteeScanner4Batch99-108," appears to report the vote counts of ten separate batches. The batch entry on Row 19753 is identified as "AbsenteeScanner4Batch 107," a batch that would appear to be included in the vote count of Row 19862.

**When considering the corresponding Ballot Images, Row 19747 appears to be misidentified**.

Additionally, the batch entry on Row 19862 reports an identical vote count as the batch entry on Row 20006, identified as "Etris Community Ctr." **Despite the distinct identifications, one of the entries appears to be duplicated**.

Of note, the batch type of Row 20006 is also identified as "Advance" ballots as opposed to "Absentee By Mail" ballots. **These ballots could not be reviewed as only Absentee By Mail ballot images were provided in the related open records request**.

MRM
Agree that it is
dupe.
CGG

Detailed Audit Report:

Row 19862: AbsenteeScanner4Batch99-108

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 166 | 745 | 12 | 0 | 0 | 15 | 0 |

Row 19753: AbsenteeScanner4Batch107

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 8 | 90 | 1 | 0 | 0 | 0 | 0 |

Row 20006: Etris Community Ctr.

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 166 | 745 | 12 | 0 | 0 | 15 | 0 |

_____

Rossi Count: Absentee Scanner 4 (Tabulator 05164), Batches 99-108

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 166 | 747 | 22 | 7 |

_____

*Internal Count provided on next page.*

Internal Count: Absentee Scanner 4 (Tabulator 05164), Batches 99-108

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| 99 | 16 | 74 | 3 | 4 |
| 100 | 9 | 84 | 2 | 2 |
| 101 | 43 | 51 | 3 | 0 |
| 102 | 17 | 75 | 3 | 2 |
| 103 | 43 | 52 | 1 | 0 |
| 104 | 12 | 83 | 2 | 2 |
| 105 | 8 | 87 | 2 | 1 |
| 106 | 7 | 67 | 2 | 0 |
| **107** | **3** | **93** | **3** | **0** |
| 108 | 8 | 81 | 1 | 2 |
| Totals | 166 | 747 | 22 | 13 |

**INCONSISTENCY 30: MISIDENTIFIED OR DUPLICATED BATCH ENTRY**

The batch entry on Row 19873, identified as "AbsenteeScanner5Batch15-20,21,24.25," appears to report the vote counts of nine separate batches. The batch entry on Row 19874 is identified as "AbsenteeScanner5Batch17 -Military." **Row 19874 appears to be misidentified or a duplicated report of the vote count reported in Row 19873.**

Detailed Audit Report:

Row 19873: AbsenteeScanner5Batch15-20,21,24.25

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 149 | 752 | 14 | 0 | 4 | 2 | 1 |

Row 19874: AbsenteeScanner5Batch17-Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 7 | 17 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

- No count was provided by Mr. Rossi.

_____

Internal Count: Absentee Scanner 5 (Tabulator 00729), Batches 15-20, 21, 24, 25

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| 15 | 27 | 72 | 2 | 0 |
| 16 | 5 | 93 | 0 | 1 |
| **17** | **11** | **85** | **3** | **0** |
| 18 | 23 | 73 | 2 | 1 |
| 19 | 28 | 64 | 4 | 3 |
| 20 | 28 | 71 | 0 | 1 |
| 21 | 5 | 105 | 0 | 0 |
| 24 | 21 | 76 | 0 | 1 |
| 25 | 23 | 92 | 4 | 0 |
| Totals | 171 | 731 | 15 | 7 |

**INCONSISTENCY 31: BATCH ENTRIES REFLECTING 100% VOTE COUNTS FOR ONE CANDIDATE**

The batch entry on Row 19875, identified as "AbsenteeScanner5Batch1 – Military," reports all 950 votes for Biden. The batch entry on Row 19879, identified as "AbsenteeScanner5Batch2-Military," reports all 130 votes for Trump.

**The Ballot Images corresponding to Batches 1 and 2 of Absentee Scanner 5 (Tabulator 00729) do not reflect unanimous vote counts for one candidate**.

Row 19875: AbsenteeScanner5Batch1 – Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 950 | 0 | 0 | 0 | 0 | 0 |

Row 19876: AbsenteeScanner5Batch2-Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 130 | 0 | 0 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 5 (Tabulator 00729), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 6 | 92 | 2 | 0 |

Absentee Scanner 5 (Tabulator 00729), Batch 2

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 94 | 0 | 1 |

_____

Internal Count:

Absentee Scanner 5 (Tabulator 00729), Batch 1

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 6 | 92 | 1 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 2

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 5 | 94 | 0 | 1 |

**INCONSISTENCY 32: MISIDENTIFIED BATCH ENTRIES AND DUPLICATED BATCH ENTRIES**

The batch entry on Row 20385, identified as "scanner 5/55-67-71-75," appears to report the vote counts of 4 separate batches. The batch entry on Row 19895 is identified as "AbsenteeScanner5Batch55," a batch that would appear to be included in the vote count of Row 20385. The batch entry on Row 19902 is identified as "AbsenteeScanner5Batch67," a batch that would appear to be included in the vote count of Row 20385.

**When considering the corresponding Ballot Images, Row 19895 appears to be duplicated (as its vote count was included in the vote count of Row 20385) and Row 19902 appears to be misidentified.**

Detailed Audit Report:

Row 20385: scanner 5/55-67-71-75

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 74 | 217 | 2 | 3 | 0 | 2 | 0 |

Row 19895: AbsenteeScanner5Batch55

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 10 | 72 | 2 | 0 | 0 | 0 | 0 |

Row 19902: AbsenteeScanner5Batch67

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 2 | 94 | 1 | 0 | 0 | 0 | 0 |

_____

Rossi Count:

Absentee Scanner 5 (Tabulator 00729), Batches 55, 67, 71, 55

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 97 | 277 | 5 | 6 |

Absentee Scanner 5 (Tabulator 00729), Batch 55

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 10 | 73 | 2 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 67

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 18 | 77 | 1 | 3 |

_____

Internal Count: Absentee Scanner 5 (Tabulator 00729), Batches 55, 67, 71, 75

| Batch | Trump | Biden | Jorgensen | Other |
|-------|-------|-------|-----------|-------|
| **55** | **10** | **73** | **2** | **1** |
| **67** | **18** | **77** | **1** | **3** |
| 71 | 28 | 70 | 1 | 1 |
| 75 | 41 | 57 | 1 | 1 |
| Totals | 71 | 277 | 5 | 6 |

**INCONSISTENCY 33: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 19909 is identified as "AbsenteeScanner5Batch92." The batch entry on Row 19910 is identified as "AbsenteeScanner5Batch92Military." Each of these entries reports different vote counts. **One of these entries appears to be misidentified**.

**Additionally, the Ballot Images corresponding to Batch 92 of Absentee Scanner 5 (Tabulator 00729) do not correlate to the vote counts reported by Row 19909 or Row 19910.**

Detailed Audit Report:

Row 19909: AbsenteeScanner5Batch92

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 45 | 46 | 1 | 0 | 0 | 0 | 0 |

Row 19910: AbsenteeScanner5Batch92Military

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 37 | 178 | 2 | 0 | 0 | 0 | 0 |

---

Rossi Count: Absentee Scanner 5 (Tabulator 00729), Batch 92

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 92 | 2 | 0 |

---

Internal Count: Absentee Scanner 5 (Tabulator 00729), Batch 92

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 92 | 2 | 0 |

**INCONSISTENCY 34: MISIDENTIFIED AND DUPLICATED BATCH ENTRY**

The batch entry on Row 19911, identified as "AbsenteeScanner5Batch95," reports an identical vote count as the batch entry on Row 20397, identified as "scanner 5/94." **Despite the distinct identifications, one of the entries appears to be duplicated.**

Additionally, the Ballot Images corresponding to Batches 94 and 95 of Absentee Scanner 5 (Tabulator 00729) do not correlate to the vote counts reported by Row 19911 and 20397. **These entries also appear to be misidentified.**

Detailed Audit Report:

Row 19911: AbsenteeScanner5Batch95

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 19 | 102 | 1 | 0 | 0 | 1 | 0 |

Row 20397: scanner 5/94

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|---|---|---|---|---|---|---|
| 19 | 102 | 1 | 0 | 0 | 1 | 0 |

_____

Rossi Count:

Absentee Scanner 5 (Tabulator 00729), Batch 95

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 27 | 42 | 3 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 94

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 16 | 60 | 0 | 0 |

_____

Internal Count:

Absentee Scanner 5 (Tabulator 00729), Batch 95

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 27 | 42 | 3 | 1 |

Absentee Scanner 5 (Tabulator 00729), Batch 94

| Trump | Biden | Jorgensen | Other |
|---|---|---|---|
| 16 | 60 | 1 | 1 |

**INCONSISTENCY 35: MISIDENTIFIED BATCH ENTRY**

The batch entry on Row 20277 is identified as "SCAN 1-97." The batch entry on Row 20303 is identified as "scanner 1/97." Each of these entries report different vote counts. Additionally, the Ballot Images corresponding to Batch 97 of Absentee Scanner 1 do not correlate to either Row 20277 or Row 20303. **These entries appear to be misidentified**.

Detailed Audit Report:

Row 20277: SCAN 1-97

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 31 | 74 | 3 | 0 | 0 | 0 | 0 |

Row 20303: scanner 1/97

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 43 | 45 | 1 | 0 | 0 | 0 | 0 |

---

Rossi Count: Absentee Scanner 1 (Tabulator 05150), Batch 97

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 41 | 55 | 1 | 0 |

---

Internal Count: Absentee Scanner 1 (Tabulator 05150), Batch 97

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 41 | 55 | 1 | 0 |

**INCONSISTENCY 36: APPARENT MISALLOCATION OF VOTES**

The batch entry on Row 20361, identified as "scanner 3/66," reports zero votes for Trump, 77 votes for Biden, 23 votes for Jorgensen, and zero other votes. The Ballot Images corresponding to Batch 66 of Absentee Scanner 3 (Tabulator 05162) show 23 votes for Trump, 77 votes for Biden, and zero other votes. **It appears that 23 votes in Row 20361 were misallocated from Trump to Jorgensen**.

Detailed Audit Report:

Row 20361: scanner 3/66

| Trump | Biden | Jorgensen | I W/I | V W/I | B/U | O |
|-------|-------|-----------|-------|-------|-----|---|
| 0 | 77 | 23 | 0 | 0 | 0 | 0 |

_____

Rossi Count: Absentee Scanner 3 (Tabulator 05162), Batch 66

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 77 | 0 | 0 |

_____

Internal Count: Absentee Scanner 3 (Tabulator (05162), Batch 66

| Trump | Biden | Jorgensen | Other |
|-------|-------|-----------|-------|
| 23 | 77 | 0 | 0 |

# APPENDIX 5

## DECLARATION OF MARILYN MARKS

MARILYN MARKS hereby declares under penalty of perjury, pursuant to 28 U.S.C. (s) 1746, that the following is true and correct:

1.    My name is Marilyn Marks

2.    I am the Executive Director of Coalition for Good Governance ("Coalition").

3.    I have personal knowledge of all facts stated in this declaration, and if called to testify, I would testify competently thereto.

4.    On approximately December 8, 2021 Fulton County Board of Registration and Elections produced to counsel for Coalition for Good Governance a usb device containing electronic election records from the November 3, 2020 election and presidential recount. These records were produced in response to this Court's order. (Doc. 1239).

5.    Shortly thereafter, I took possession of the original usb device to prepare copies for Coalition Plaintiffs' experts. I did not alter the files. The original usb device was in my sole possession from approximately December 10, 2021 until March 2, 2022 when I transmitted them to Dr. Philip Stark.

6.    On March 2, 2022 I sent the referenced original usb device containing unaltered files as I had received them to Dr. Philip Stark by overnight delivery.

1

Executed this 9st day of March, 2022

_____

Marilyn Marks

# APPENDIX 6

In [1]:
```python
import numpy as np
import pandas as pd
from PIL import Image, ImageDraw, ImageFont, ImageSequence, ImageColor
from PyPDF2 import PdfFileMerger, PdfFileReader
import os, sys, re, itertools, contextlib, json
from collections import defaultdict
import cv2
import time
from cryptorandom import cryptorandom as cr
from cryptorandom.sample import random_sample
from permute.utils import hypergeom_conf_interval
```

In [2]:
```python
# image display settings
FONT = ImageFont.truetype("Keyboard.ttf",40)  # for displaying filenames on ballot images
FILL = 'red'
PAUSE_FREQ = 25            # pause display after showing this many images
CLEANUP = True             # remove stale results before starting
```

In [3]:
```python
# where stuff sits
mc1_img_path = './Data/Fulton Nov 03 Original/Results/'   # path for original
mc2_img_path = './Data/Nov 03 2020 recount/Results/'      # path for 2nd machine count

save_stem = './Img/'        # start of path for saving results
```

## Functions

In [4]:
```python
# unpack image identifiers into full path and filenames
def unpacklink(img_name : str, path : str=mc1_img_path, prefix : list=['Tabulator', 'Batch', 'Images'], suffix
    parts = img_name.split('_')
    return f'{path}{prefix[0]}{int(parts[0]) :05d}/{prefix[1]}{int(parts[1]) :03d}/{prefix[2]}/{img_name}{suffi
```

In [5]:
```python
def abutImages(imgs, names=None, show=True, save=False, prefix='', path='', extension='.pdf', origin : tuple=(1
                font=FONT, fill=FILL):
    '''
    display ballot images next to each other

    Parameters
```

```python
    ----------
    imgs : array of PIL.Image
        the images
    save : Boolean
        safe the composite?
    names : tuple
        identifiers to print on each collection of sheets
    path : str
        path to save images
    extension : str
        extension for image file; determines image format
    '''

    stack = []
    i=0
    for row in zip(*[ImageSequence.Iterator(im) for im in imgs]):
        tot_width = 0
        for r in row:
            tot_width += r.width
        abut = Image.new('RGB', (tot_width, row[0].height))
        offset = 0
        for k, r in enumerate(row):
            r = r.convert("RGBA")
            draw = ImageDraw.Draw(r)
            if names:
                draw.text(origin,f'{names[k]}', font=font, fill=fill, direction='ttb')
            abut.paste(r, (offset, 0))
            offset += r.width
        stack.append(abut)
        if show:
            abut.show()
        if save:
            name = '-'.join(names) if names else 'img'
            abut.save(f'{path+prefix+name}_{i}{extension}')
        i+=1
    return stack
```

```python
def flipThruSets(sets : list, notes : str='', pause_frequency : int=25, stop_at : int=None, \
                 skip : int=0, path='./', show=True, save=True):
    '''
    display sets of ballot images side-by-side with annotation for filenames

    Parameters
    ----------
```

```
            sets : list
                list of image filename replicates
            notes : string
                note to add to annotation
            pause_frequency : int >= 0
                how many images to display before pausing
            stop_at : int
                limit on how many images to display
            skip : int
                skip this many images
            origin : tuple of ints (two)
                origin point on image at which to add the annotation
            font : ImageFont font
                font for annotations
            '''
            out = []
            missing = 0
            for i, fns in enumerate((f for f in sets)):
                if i < skip:
                    continue
                img_num = []
                for im in fns:
                    img_num.append(im[-22:-4])
                with contextlib.ExitStack() as stack:
                    try:
                        imgs = [stack.enter_context(Image.open(f)) for f in fns]
                        out.append(abutImages(imgs, names=img_num, show=show, save=save, \
                                   prefix=f'{i :04d}-', path=path))
                    except FileNotFoundError:
                        print(f'File not found: {fns}. Skipping set {i}.')
                        missing += 1
                if show and i % pause_frequency == 0:
                    input(f'press any key to continue (current ballot:{i+1})')
                if stop_at is not None and i >= stop_at:
                    break
            print(f'{missing=}')
            return out
```

In [7]:
```
def merge_pdfs(files, path, name):
    with contextlib.ExitStack() as stack:
        pdfMerger = PdfFileMerger()
        files = [stack.enter_context(open(path+f, 'rb')) for f in file_list if f.endswith('.pdf')]
        for f in files:
            pdfMerger.append(f)
```

```
        with open(path+name, 'wb') as f:
            pdfMerger.write(f)
```

In [8]:
```python
def count_pat(fn : str, pat : str):
    '''
    create a dict of tokens matching a pattern in a text file

    Parameters
    ----------
    fn : str
        filename to search
    pat : regular expression
        pattern to search for

    Returns
    -------
    d : dict
        key : distinct token matching the pattern
        value : count of occurrences of that token
    '''
    found = defaultdict(lambda : 0)
    with open(fn) as f:
        for line in f:
            for match in re.finditer(pat, line):
                found[match.group(0)] += 1
    return(found)

def merge_counts(dicts : list):
    '''
    merge counts in defaultdicts

    Parameters
    ----------
    dicts : a list of defaultdicts

    Returns
    -------
    merged : defaultdict
        dict containing every key in the list of dicts, with corresponding values summed over all
        occurrences of the key in all the dicts
    '''
    merged = dicts[0].copy()
    for d in dicts[1:]:
        for k,v in d.items():
```

```python
            merged[k]+=v
    return merged

def find_files(pattern, path : str):
    '''
    Find files in path (and subdirectories) with names that match a regular expression

    Parameters
    ----------
    pattern : regular expression
    path : starting path to crawl the directory tree

    '''
    result = []
    for root, dir, files in os.walk(path):
        for f in files:
            mat = re.match(pattern,f)
            if mat:
                result.append(mat[1])
    return result
```

## Cleanup old runs

In [9]:
```python
paths = ['RW01/MC1/','RW01/MC2/','RW01/MC1/','RW01/MC2_Batches_43_44/','Fulton/Sample/']

if CLEANUP:
    for p in paths:
        for f in [f for f in os.listdir(save_stem+p) if f.endswith('.pdf')]:
            os.remove(save_stem+p+f)
```

## First machine count in RW01

In [10]:
```python
# original counts in RW01
fn = './Data/Dupes/Exh F-1 RW01_full_dupes_trips.xlsx'
save_path = save_stem + 'RW01/MC1/'
dupes = pd.read_excel(fn, sheet_name=0, header=0)
# Images 0-27 are pairs of purported duplicates
```

In [11]:
```python
dupes.head()
```

Out[11]:

| | MC | filename without extension | detailed tabulator data | counting group | precinct portion | ballot type | is current | president | senate1 | senate2 | ... | Session Type | Precinct Portion Id |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | MC1 | 05162_00234_000096 | Absentee By Mail 3 ICC | Absentee by Mail | 779-RW01 | 78 | True | Donald J. Trump (I) (Rep) | Shane Hazel (Lib) | Annette Davis Jackson (Rep) | ... | ScannedVote | 769 |
| 1 | MC1 | 05162_00235_000057 | Absentee By Mail 3 ICC | Absentee by Mail | 779-RW01 | 78 | True | Donald J. Trump (I) (Rep) | Shane Hazel (Lib) | Annette Davis Jackson (Rep) | ... | ScannedVote | 769 |
| 2 | MC1 | 05162_00234_000093 | Absentee By Mail 3 ICC | Absentee by Mail | 779-RW01 | 78 | True | Donald J. Trump (I) (Rep) | David A. Perdue (I) (Rep) | Doug Collins (Rep) | ... | ScannedVote | 769 |
| 3 | MC1 | 05162_00235_000054 | Absentee By Mail 3 ICC | Absentee by Mail | 779-RW01 | 78 | True | Donald J. Trump (I) (Rep) | David A. Perdue (I) (Rep) | Doug Collins (Rep) | ... | ScannedVote | 769 |
| 4 | MC1 | 05162_00234_000074 | Absentee By Mail 3 ICC | Absentee by Mail | 779-RW01 | 78 | True | Donald J. Trump (I) (Rep) | David A. Perdue (I) (Rep) | Kelly Loeffler (I) (Rep) | ... | ScannedVote | 769 |

5 rows × 24 columns

In [12]:
```python
# there are 14 purported pairs in RW01 MC1; read image identifiers for first 28 rows
img_nums = []
img_nums.append([f for f in dupes['filename without extension'][0:28]])
img_num_pairs = np.array(img_nums[0],dtype=str).reshape((int(len(img_nums[0])/2),2))
for pr in img_num_pairs:
    print(f'{pr[0]},{pr[1]}')
```

```
05162_00234_000096,05162_00235_000057
05162_00234_000093,05162_00235_000054
05162_00234_000074,05162_00235_000036
05162_00234_000072,05162_00235_000034
05162_00234_000068,05162_00235_000030
05162_00234_000069,05162_00235_000031
05162_00234_000054,05162_00235_000014
05162_00234_000031,05162_00235_000090
05162_00234_000026,05162_00235_000085
05162_00234_000017,05162_00235_000076
```

```
05162_00234_000013,05162_00235_000072
05162_00234_000014,05162_00235_000073
05162_00234_000003,05162_00235_000062
05162_00234_000001,05162_00235_000060
```

In [13]:
```python
images=[unpacklink(f, path=mc1_img_path) for f in img_nums[0]]
```

In [14]:
```python
# reshape so each row has a pair
im_pairs = np.array(images,dtype=str).reshape((int(len(images)/2),2))
```

In [15]:
```python
all_stack = flipThruSets(im_pairs, show=False, path=save_path)
```

```
missing=0
```

In [16]:
```python
# merge the stacked images
file_list = list([f for f in os.listdir(save_path) if f.endswith('.pdf')])
file_list.sort()

merge_pdfs(file_list, save_path, 'all_RW01_m1_dupes.pdf')
```

In [17]:
```python
# cleanup
for f in [fl for fl in file_list if fl.endswith('.pdf')]:
    os.remove(save_path+f)
```

## Confirm the images are among the CVRs

In [18]:
```python
# construct a dict of all image IDs in the exported CVRs
pat = re.compile('\d{5}_\d{5}_\d{6}')

# there are two CVR exports on different dates
dirs = ['./Data/Fulton Nov 03 Original/Results/CVR_Export_20210712120434/', \
        './Data/Fulton Nov 03 Original/Results/CVR_Export_20211124221250/']

file_start = 'CvrExport_'
file_end = '.json'

dict_list = []
n_images = 0
```

```
n_json_files = 0

for d in dirs:
    files = os.listdir(d)
    for f in [f for f in files if (f.startswith(file_start) and f.endswith(file_end))]:
        n_json_files += 1
        found = count_pat(d+f,pat)
        n_images += len(found)
        dict_list.append(found)
```

In [19]:
```
# merge counts
cvr_img_refs = []
cvr_img_refs.append(merge_counts(dict_list))
print(f'{n_json_files=}, {n_images=}, min,max multiplicity: {min(cvr_img_refs[0].values())},{max(cvr_img_refs[0
```

n_json_files=4366, n_images=1057552, min,max multiplicity: 2,2

In [20]:
```
n_images_mc1 = n_images/2 # each image appears in two CVRs, one for each export
```

In [21]:
```
# check whether IDs of all replicated images are in the dict
has_cvr = np.all([img in cvr_img_refs[0] for img in img_nums[0]])
has_cvr
```

Out[21]:   True

# 2nd machine count in RW01

In [22]:
```
# 2nd counts in RW01
save_path = save_stem + 'RW01/MC2/'
fn = './Data/Dupes/Exh F-1 RW01_full_dupes_trips.xlsx'
dupes = pd.read_excel(fn, sheet_name=1, header=0)
dupes.head()
```

Out[22]:

| MC | filename without extension | detailed tabulator data | counting group | precinct portion | is current | president | senate1 | senate2 | precinct portion_1 | TabuBatch | Session Type |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | MC | filename without extension | detailed tabulator data | counting group | precinct portion | is current | president | senate1 | senate2 | precinct portion_1 | TabuBatch | Session Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | MC2 | 00801_00044_000168 | Early Voting ICC 2 | Advanced Voting | 779-RW01 | True | Donald J. Trump (I) (Rep) | David A. Perdue (I) (Rep) | Kelly Loeffler (I) (Rep) | 779-RW01 | 00801_00044 | QRVote |
| 1 | MC2 | 00801_00043_000168 | Early Voting ICC 2 | Advanced Voting | 779-RW01 | True | Donald J. Trump (I) (Rep) | David A. Perdue (I) (Rep) | Kelly Loeffler (I) (Rep) | 779-RW01 | 00801_00043 | QRVote |
| 2 | MC2 | 00801_00044_000083 | Early Voting ICC 2 | Advanced Voting | 779-RW01 | True | Donald J. Trump (I) (Rep) | David A. Perdue (I) (Rep) | Doug Collins (Rep) | 779-RW01 | 00801_00044 | QRVote |
| 3 | MC2 | 00801_00043_000083 | Early Voting ICC 2 | Advanced Voting | 779-RW01 | True | Donald J. Trump (I) (Rep) | David A. Perdue (I) (Rep) | Doug Collins (Rep) | 779-RW01 | 00801_00043 | QRVote |
| 4 | MC2 | 00801_00044_000042 | Early Voting ICC 2 | Advanced Voting | 779-RW01 | True | Donald J. Trump (I) (Rep) | David A. Perdue (I) (Rep) | Kelly Loeffler (I) (Rep) | 779-RW01 | 00801_00044 | QRVote |

In [23]:

```python
# make array of image filenames
last_row = 29  # the first 29 rows list the dupes and triplicates
img_nums.append(dupes['filename without extension'][0:last_row])
images=[unpacklink(f, path=mc2_img_path) for f in img_nums[1]]
img_sets = dupes['Duplicate Set '][0:last_row]

# detect sets using the 'Duplicate Set ' value
im_sets = []
curr_set = img_sets[0]
temp = []

for i, im in enumerate(images):
    if img_sets[i] == curr_set:  # same group
        temp.append(im)
    else:                        # new group
        im_sets.append(temp)
        curr_set = img_sets[i]
        temp = [im]
im_sets.append(temp)             # add final group
```

In [24]:

```python
# to make table in report
dupes['filename without extension'][0:last_row]
```

```
Out[24]:   0     00801_00044_000168
           1     00801_00043_000168
           2     00801_00044_000083
           3     00801_00043_000083
           4     00801_00044_000042
           5     00801_00043_000042
           6     05160_00074_000023
           7     05160_00067_000008
           8     00794_00017_000024
           9     00791_00026_000091
           10    00791_00019_000010
           11    00794_00017_000029
           12    00791_00026_000086
           13    00791_00019_000015
           14    00794_00018_000001
           15    00791_00026_000009
           16    00791_00019_000092
           17    00794_00018_000011
           18    00791_00026_000019
           19    00791_00019_000082
           20    00794_00019_000002
           21    00791_00026_000079
           22    00791_00019_000022
           23    00794_00019_000005
           24    00791_00026_000076
           25    00791_00019_000025
           26    00794_00019_000006
           27    00791_00026_000075
           28    00791_00019_000026
           Name: filename without extension, dtype: object
```

```python
# generate files of image sets
all_stack = flipThruSets(im_sets, show=False, path=save_path)
```

```
missing=0
```

```python
file_list = list([f for f in os.listdir(save_path) if f.endswith('.pdf')])
file_list.sort()

merge_pdfs(file_list, save_path, 'all_RW01_m2_dupes.pdf')
```

```python
In [27]:  # cleanup
          for f in [fl for fl in file_list if fl.endswith('.pdf')]:
              os.remove(save_path+f)
```

## Check images against CVR image references for MC2

```python
In [28]:  # construct a dict of all image IDs in the exported CVRs
          pat = re.compile('\d{5}_\d{5}_\d{6}')   # match image filenames (without extension)
          dirs = ['./Data/Nov 03 2020 recount/Results/CVR_Export_20211123180059/']

          file_start = 'CvrExport_'
          file_end = '.json'

          dict_list = []

          n_images = 0
          n_json_files = 0
          for d in dirs:
              files = os.listdir(d)
              for f in [f for f in files if (f.startswith(file_start) and f.endswith(file_end))]:
                  n_json_files += 1
                  found = count_pat(d+f,pat)
                  n_images += len(found)
                  dict_list.append(found)
```

```python
In [29]:  # merge counts
          cvr_img_refs.append(merge_counts(dict_list))
          print(f'{n_json_files=}, {n_images=}, min,max multiplicity: {min(cvr_img_refs[1].values())},{max(cvr_img_refs[1
```

```
          n_json_files=3729, n_images=527925, min,max multiplicity: 1,1
```

```python
In [30]:  # check whether all were included in the tabulation
          has_cvr = np.all([img in cvr_img_refs[1] for img in img_nums[1]])
          has_cvr
```

```
Out[30]:  True
```

```python
In [31]:  n_images_mc2 = n_images
```

## Check BMD scan repeats from scanner 801, batches 43 and 44 to confirm

```
In [32]:  stems = ['00801_00043_','00801_00044_']
          im_sets = []
          img_nums.append([])
          for i in range(1,215):
              temp = []
              for s in stems:
                  img_nums[2].append(f'{s}{i:06d}')
                  temp.append(unpacklink(f'{s}{i:06d}', path=mc2_img_path))
              im_sets.append(temp)
```

```
In [33]:  save_path = save_stem + 'RW01/MC2_Batches_43_44/'
          all_stack_43_44 = flipThruSets(im_sets, show=False, path=save_path)
```

```
missing=0
```

```
In [34]:  # merge the stacked images
          file_list = list([f for f in os.listdir(save_path) if f.endswith('.pdf')])
          file_list.sort()

          merge_pdfs(file_list, save_path, 'all_RW01_43_44_dupes.pdf')
```

```
In [35]:  # cleanup
          for f in [fl for fl in file_list if fl.endswith('.pdf')]:
              os.remove(save_path+f)
```

```
In [36]:  # check that all these were included in the tabulation
          has_img = np.all([img in cvr_img_refs[1] for img in img_nums[2]])
          has_img
```

```
Out[36]:  True
```

## Identify which image files mentioned in CVRs are missing

```
In [37]:  pat_tab = re.compile(r'(\d{5}_\d{5}_\d{6})\.tif')
```

In [38]:
```python
# find all ballot .tif files in the Results folder and sub-folders

base = ['./Data/Fulton Nov 03 Original/Results/','./Data/Nov 03 2020 recount/Results/']
all_tifs = []

for b in base:
    all_tifs.append(find_files(pat_tab, b))
```

In [39]:
```python
# missing .tif files
missing_images = []
for i in range(2):
    missing_images.append(set(cvr_img_refs[i].keys())-set(all_tifs[i]))
    print(f'MC{i+1} image files: {len(all_tifs[i])}; missing: {len(list(missing_images[i]))}')
```

```
MC1 image files: 168726; missing: 376863
MC2 image files: 510073; missing: 17852
```

In [40]:
```python
[len(set(cvr_img_refs[i].keys())) for i in range(2)]
```

Out[40]: [528776, 527925]

In [41]:
```python
# difference in the number of cast vote records for MC1 and MC2 if every CVR references an image
len(set(cvr_img_refs[0].keys()))-len(set(cvr_img_refs[1].keys()))
```

Out[41]: 851

## Process CVRs to tabulate presidential race

In [42]:
```python
# Read the json CVRs
base = ['./Data/Fulton Nov 03 Original/Results/CVR_Export_20211124221250/',\
        './Data/Nov 03 2020 recount/Results/CVR_Export_20211123180059/']
cvr_pat = re.compile(r'CvrExport_\d+\.json')  # match CvrExport filenames
cvrs = []
cvr_files = []

for b in base:
    cvrs.append({})
```

```
        cvrs[-1]['Sessions'] = []
        cvr_files.append(list([f for f in os.listdir(b) if re.match(cvr_pat,f)]))
        for cv in cvr_files[-1]:
            with open(b+cv,'r') as f:
                cvrs[-1]['Sessions'] += (json.load(f))['Sessions']
```

In [43]:
```
# check for adjudication (IsCurrent) and for IsVote flag
pres = []
modified = []
n_cvrs = []

for i in range(2):
    pres.append([])
    n_cvrs.append(0)
    modified.append(0)
    for s in cvrs[i]['Sessions']:
        n_cvrs[-1] += 1
        if s['Original']['IsCurrent']:
            for c in s['Original']['Cards']:
                for m in (c['Contests']['Id'==1]['Marks']):
                    if m['IsVote']:
                        pres[-1].append(m['CandidateId'])
        else:
            modified[-1] += 1
            for c in s['Modified']['Cards']:
                for m in (c['Contests']['Id'==1]['Marks']):
                    if m['IsVote']:
                        pres[-1].append(m['CandidateId'])

print(f'{n_cvrs} cvrs, difference {n_cvrs[0]-n_cvrs[1]}. {modified} adjudicated')
```

```
[528776, 527925] cvrs, difference 851. [5157, 1400] adjudicated
```

In [44]:
```
candidates = ['Trump','Biden','Jorgensen']

for i,c in enumerate(candidates):
    print(f'{c}:\t\t{pres[0].count(i+1)} \t{pres[1].count(i+1)} ')
```

```
Trump:          137240  137247
Biden:          381144  380212
Jorgensen:       6275    6320
```

# Other duplicates and triplicates

```
In [45]:   fn = './Data/Dupes/Fulton_MC2_2871_rows_JSON_CVR_dups_trips_one_row_per_paper_ballot.xlsx'
           dupes = pd.read_excel(fn, sheet_name=0, skiprows=4, header=0)
           dupes.head()
```

Out[45]:

| | Fulton CVR from JSON | Count | filename with extension | duplicate - green if confirmed visually or if no image then by CVR | confirmed matching triplicate or notes | detailed tabulator data | tabulator | batch | ballot number | counting group | ... | curr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | Fulton CVR | MC2 | 00742_00040_000002.tif | 00742_00042_000074.tif | NaN | Absentee By Mail ICC 6 | 742 | 40 | 2 | Absentee by Mail | ... | T |
| 1 | Fulton CVR | MC2 | 00742_00040_000003.tif | 00742_00042_000075.tif | NaN | Absentee By Mail ICC 6 | 742 | 40 | 3 | Absentee by Mail | ... | T |
| 2 | Fulton CVR | MC2 | 00742_00040_000004.tif | 00742_00042_000076.tif | NaN | Absentee By Mail ICC 6 | 742 | 40 | 4 | Absentee by Mail | ... | T |
| 3 | Fulton CVR | MC2 | 00742_00040_000005.tif | 00742_00042_000077.tif | NaN | Absentee By Mail ICC 6 | 742 | 40 | 5 | Absentee by Mail | ... | T |
| 4 | Fulton CVR | MC2 | 00742_00040_000006.tif | 00742_00042_000078.tif | NaN | Absentee By Mail ICC 6 | 742 | 40 | 6 | Absentee by Mail | ... | T |

5 rows × 22 columns

```
In [46]:   dupes.columns
```

Out[46]:   Index(['Fulton CVR from JSON', 'Count', 'filename with extension',
           'duplicate - green if confirmed visually or if no image then by CVR',
           'confirmed matching triplicate or notes', 'detailed tabulator data',
           'tabulator', 'batch', 'ballot number', 'counting group',
           'precinct portion', 'ballot type', 'is current',
           '"M" means missing in MC2', 'image code', 'Unnamed: 15', 'president',
           'senate1', 'Unnamed: 18', 'senate2', 'Unnamed: 20', 'BCI signature'],
           dtype='object')

In [47]:
```python
uno, dos, tres = 'filename with extension',\
                 'duplicate - green if confirmed visually or if no image then by CVR',\
                 'confirmed matching triplicate or notes'

pat = re.compile('\d{5}_\d{5}_\d{6}\.tif')
firsts = list(dupes[uno])
seconds = list([t for t in dupes[dos] if pat.match(str(t))])
thirds = list([t for t in dupes[tres] if pat.match(str(t))])
img_nums.append([]) # this is img_nums[3]
for x in [firsts, seconds, thirds]:
    for i in x:
        img_nums[3].append(i)

# remove '.tif' from the ends of the strings
for i in range(len(img_nums[3])):
    img_nums[3][i] = img_nums[3][i][:-4]

len(img_nums[3])
```

Out[47]: 6118

In [48]:
```python
# verify that the images were included in MC2
has_img = np.all([img in cvr_img_refs[1] for img in img_nums[3]])
has_img
```

Out[48]: True

In [49]:
```python
# isolate HMPB
is_hmpb = dupes['detailed tabulator data'].str.match('Absentee')
np.sum(is_hmpb), len(is_hmpb)
```

Out[49]: (916, 2871)

In [50]:
```python
# construct the pairs and triples
img_sets = []

for i in range(len(dupes[uno])):
    temp = [unpacklink(dupes.iloc[i][uno][:-4], path=mc2_img_path)]
    if pat.match(str(dupes.iloc[i][dos])):
        temp.append(unpacklink(dupes.iloc[i][dos][:-4], path=mc2_img_path))
    if pat.match(str(dupes.iloc[i][tres])):
```

```
        temp.append(unpacklink(dupes.iloc[i][tres][:-4], path=mc2_img_path))
    img_sets.append(temp)
```

In [51]:
```
np.sum(has_img & is_hmpb)
```

Out[51]:    916

In [52]:
```
has_img = []
for imn in img_sets:
    has_img.append(not any([im in missing_images[1] for im in imn]))

filter = has_img & is_hmpb

print(f'sets:{len(img_sets)} sets w images:{np.sum(has_img)} HMPB sets w images:{np.sum(filter)}')
```

sets:2871 sets w images:2871 HMPB sets w images:916

In [53]:
```
img_set_frame = []
for i in range(len(img_sets)):
    if filter[i]:
        img_set_frame.append(img_sets[i])
len(img_set_frame)
```

Out[53]:    916

## Draw random sample of other dupes

In [54]:
```
# draw sample
seed = 8628922184 # 10 rolls of 10-sided dice
prng = cr.SHA256(seed)
sam_size = 100
pop_size = len(img_set_frame)
sam = random_sample(pop_size, sam_size, prng=prng)
```

In [55]:
```
# find the sampled rows and generate the sample image sets
sample_sets = []
for i in sam:
    sample_sets.append(img_set_frame[i])
```

In [56]:
```python
save_path = './Img/Fulton/Sample/'
sample_stack = flipThruSets(sample_sets, show=False, path=save_path)
```

```
missing=0
```

In [57]:
```python
# merge the stacked images
file_list = list([f for f in os.listdir(save_path) if f.endswith('.pdf')])
file_list.sort()

merge_pdfs(file_list, save_path, 'all_sample.pdf')
```

In [58]:
```python
# cleanup
for f in [fl for fl in file_list if fl.endswith('.pdf')]:
    os.remove(save_path+f)
```

In [59]:
```python
triples = 0
doubles = 0
for s in sample_sets:
    triples += (1 if len(s) == 3 else 0)
    doubles += (1 if len(s) == 2 else 0)
    if len(s) < 2:
        print(s)

doubles, triples
```

```
['./Data/Nov 03 2020 recount/Results/Tabulator00791/Batch022/Images/00791_00022_000003.tif']
```
Out[59]:
```
(53, 46)
```

The sheet asserts that 00791_00022_000003.tif is the same as something in the same batch. I was unable to verify that.

I found one other disagreement: 00791_00022_000030 does not match 00794_00009_000008

## Lower confidence bound for the number of sets of repeats

In [60]:
```python
# find number of sets where all filenames are present
found_imgs = 98
```

```python
# lower confidence bound for the number of correctly identified duplicates/triplicates
stl_lb = hypergeom_conf_interval(sam_size, sam_size, pop_size, cl=0.95, alternative="lower")
print(f'{stl_lb=}')
```

```
stl_lb=(891, 916)
```

# APPENDIX 7

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

0516200234□00096

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** use check marks or X to mark ballot |
| | Do **NOT** mark more choices per race than allowed |
| | Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

● **Donald J. Trump** - President
**Michael R. Pence** - Vice President
**(Incumbent)** Republican

○ **Joseph R. Biden** - President
**Kamala D. Harris** - Vice President
Democrat

○ **Jo Jorgensen** - President
**Jeremy "Spike" Cohen** - Vice President
Libertarian

○ _____
Write-in

### For United States Senate
(Vote for One)

○ **David A. Perdue**
**(Incumbent)** Republican

○ **Jon Ossoff**
Democrat

● **Shane Hazel**
Libertarian

○ _____
Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ **Jason Shaw**
**(Incumbent)** Republican

○ **Al Bartell**
Independent

○ **Allen Buckley**
Independent

○ **Doug Collins**
Republican

○ **John Fortuin**
Green

○ **Derrick E. Grayson**
Republican

● **Michael Todd Greene**
Independent

● **Annette Davis Jackson**
Republican

○ **Deborah Jackson**
Democrat

○ **Jamesia James**
Democrat

○ **A. Wayne Johnson**
Democrat

○ **Tamara Johnson-Shealey**
Democrat

○ **Matt Lieberman**
Democrat

○ **Kelly Loeffler**
**(Incumbent)** Republican

○ **Joy Felicia Slade**
Democrat

○ **Brian Slowinski**
Libertarian

○ **Valencia Stovall**
Independent

○ **Ed Tarver**
Democrat

○ **Kandiss Taylor**
Republican

○ **Raphael Warnock**
Democrat

○ **Richard Dien Winfield**
Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ **Jason Shaw**
**(Incumbent)** Republican

○ **Robert G. Bryant**
Democrat

● **Elizabeth Melton**
Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● **Lauren Bubba McDonald, Jr.**
**(Incumbent)** Republican

○ **Daniel Blackman**
Democrat

○ **Nathan Wilson**
Libertarian

○ _____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ **Karen Handel**
Republican

○ **Lucy McBath**
**(Incumbent)** Democrat

○ _____
Write-in

### For State Senator From 56th District
(Vote for One)

● **John Albers**
**(Incumbent)** Republican

○ **Sarah Beeson**
Democrat

○ _____
Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

0516200235□00057

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** use check marks or X to mark ballot |
| | Do **NOT** mark more choices per race than allowed |
| | Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

● **Donald J. Trump** - President
**Michael R. Pence** - Vice President
**(Incumbent)** Republican

○ **Joseph R. Biden** - President
**Kamala D. Harris** - Vice President
Democrat

○ **Jo Jorgensen** - President
**Jeremy "Spike" Cohen** - Vice President
Libertarian

○ _____
Write-in

### For United States Senate
(Vote for One)

○ **David A. Perdue**
**(Incumbent)** Republican

○ **Jon Ossoff**
Democrat

● **Shane Hazel**
Libertarian

○ _____
Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ **Jason Shaw**
**(Incumbent)** Republican

○ **Al Bartell**
Independent

○ **Allen Buckley**
Independent

○ **Doug Collins**
Republican

○ **John Fortuin**
Green

○ **Derrick E. Grayson**
Republican

● **Michael Todd Greene**
Independent

● **Annette Davis Jackson**
Republican

○ **Deborah Jackson**
Democrat

○ **Jamesia James**
Democrat

○ **A. Wayne Johnson**
Democrat

○ **Tamara Johnson-Shealey**
Democrat

○ **Matt Lieberman**
Democrat

○ **Kelly Loeffler**
**(Incumbent)** Republican

○ **Joy Felicia Slade**
Democrat

○ **Brian Slowinski**
Libertarian

○ **Valencia Stovall**
Independent

○ **Ed Tarver**
Democrat

○ **Kandiss Taylor**
Republican

○ **Raphael Warnock**
Democrat

○ **Richard Dien Winfield**
Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ **Jason Shaw**
**(Incumbent)** Republican

○ **Robert G. Bryant**
Democrat

● **Elizabeth Melton**
Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● **Lauren Bubba McDonald, Jr.**
**(Incumbent)** Republican

○ **Daniel Blackman**
Democrat

○ **Nathan Wilson**
Libertarian

○ _____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ **Karen Handel**
Republican

○ **Lucy McBath**
**(Incumbent)** Democrat

○ _____
Write-in

### For State Senator From 56th District
(Vote for One)

● **John Albers**
**(Incumbent)** Republican

○ **Sarah Beeson**
Democrat

○ _____
Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**0516200234□00096**

### For State Representative In the General Assembly From 48th District
(Vote for One)

● Betty Price
Republican

○ Mary Robichaux
(Incumbent) Democrat

○

Write-In

### For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

● Fani Willis
Democrat

○

Write-In

### For Clerk of Superior Court
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○

Write-In

### For Sheriff
(Vote for One)

● Patrick "Pat" Labat
Democrat

○

Write-In

### For Tax Commissioner
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○

Write-In

### For Surveyor
(Vote for One)

○

Write-In

### For Solicitor-General of State Court of Fulton County
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○

Write-In

### For Fulton County Commissioner From District No. 2
(Vote for One)

● Bob Ellis
(Incumbent) Republican

○ Justin Holsomback
Democrat

○

Write-In

### For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

● Alan Toney
(Incumbent)

○

Write-In

## PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

## STATEWIDE REFERENDUM

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**Turn Ballot Over To Continue Voting**

---

**0516200235□00057**

### For State Representative In the General Assembly From 48th District
(Vote for One)

● Betty Price
Republican

○ Mary Robichaux
(Incumbent) Democrat

○

Write-In

### For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

● Fani Willis
Democrat

○

Write-In

### For Clerk of Superior Court
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○

Write-In

### For Sheriff
(Vote for One)

● Patrick "Pat" Labat
Democrat

○

Write-In

### For Tax Commissioner
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○

Write-In

### For Surveyor
(Vote for One)

○

Write-In

### For Solicitor-General of State Court of Fulton County
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○

Write-In

### For Fulton County Commissioner From District No. 2
(Vote for One)

● Bob Ellis
(Incumbent) Republican

○ Justin Holsomback
Democrat

○

Write-In

### For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

● Alan Toney
(Incumbent)

○

Write-In

## PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

## STATEWIDE REFERENDUM

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05162_00234_000096.tif scanned at: 19:40:02 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  Shane Hazel (Lib)
US Senate (Loeffler) - Special
  Annette Davis Jackson (Rep)
Public Service Commission District 1
  Elizabeth Melton (Lib)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

05162_00235_000057.tif scanned at: 19:55:40 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  Shane Hazel (Lib)
US Senate (Loeffler) - Special
  Annette Davis Jackson (Rep)
Public Service Commission District 1
  Elizabeth Melton (Lib)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**051600234000093**

# FULTON COUNTY
## 779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** use cheat marks or X to mark ballot<br>Do **NOT** mark more choices per race than allowed<br>Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law."(O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a))*

### For President of the United States
(Vote for One)

● Donald J. Trump - President
Michael R. Pence - Vice President
**(incumbent)** Republican

○ Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-In

### For United States Senate
(Vote for One)

● David A. Perdue
**(incumbent)** Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-In

### SPECIAL ELECTION

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

● Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
**(incumbent)** Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

● Jason Shaw
**(incumbent)** Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
**(incumbent)** Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

● Karen Handel
Republican

○ Lucy McBath
**(incumbent)** Democrat

○
_____
Write-In

### For State Senator From 56th District
(Vote for One)

● John Albers
**(incumbent)** Republican

○ Sarah Beeson
Democrat

○
_____
Write-In

**Turn Ballot Over To Continue Voting**

---

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**051600235000054**

# FULTON COUNTY
## 779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** use cheat marks or X to mark ballot<br>Do **NOT** mark more choices per race than allowed<br>Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law."(O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a))*

### For President of the United States
(Vote for One)

● Donald J. Trump - President
Michael R. Pence - Vice President
**(incumbent)** Republican

○ Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-In

### For United States Senate
(Vote for One)

● David A. Perdue
**(incumbent)** Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-In

### SPECIAL ELECTION

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

● Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
**(incumbent)** Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

● Jason Shaw
**(incumbent)** Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
**(incumbent)** Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

● Karen Handel
Republican

○ Lucy McBath
**(incumbent)** Democrat

○
_____
Write-In

### For State Senator From 56th District
(Vote for One)

● John Albers
**(incumbent)** Republican

○ Sarah Beeson
Democrat

○
_____
Write-In

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

0516200234□00009 3

### For State Representative In the General Assembly From 48th District
(Vote for One)

- ● Betty Price
  Republican
- ○ Mary Robichaux
  (Incumbent) Democrat
- ○
  Write-in

### For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

- ○ Fani Willis
  Democrat
- ● *Elizabeth Hampton*
  Write-in

### For Clerk of Superior Court
(Vote for One)

- ○ Cathelene "Tina" Robinson
  (Incumbent) Democrat
- ● *Elizabeth Hampton*
  Write-in

### For Sheriff
(Vote for One)

- ○ Patrick "Pat" Labat
  Democrat
- ● *Elizabeth Hampton*
  Write-in

### For Tax Commissioner
(Vote for One)

- ○ Arthur E. Ferdinand
  (Incumbent) Democrat
- ● *Elizabeth Hampton*
  Write-in

### For Surveyor
(Vote for One)

- ● *Elizabeth Hampton*
  Write-in

### For Solicitor-General of State Court of Fulton County
(Vote for One)

- ○ Keith E. Gammage
  (Incumbent) Democrat
- ● *Elizabeth Hampton*
  Write-in

### For Fulton County Commissioner From District No. 2
(Vote for One)

- ● Bob Ellis
  (Incumbent) Republican
- ○ Justin Holsomback
  Democrat
- ○
  Write-in

### For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

- ● Alan Toney
  (Incumbent)
- ○
  Write-in

---

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

### - 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

## STATEWIDE REFERENDUM

### - A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ● NO

---

**Turn Ballot Over To Continue Voting**

---

0516200235□00005 4

### For State Representative In the General Assembly From 48th District
(Vote for One)

- ● Betty Price
  Republican
- ○ Mary Robichaux
  (Incumbent) Democrat
- ○
  Write-in

### For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

- ○ Fani Willis
  Democrat
- ● *Elizabeth Hampton*
  Write-in

### For Clerk of Superior Court
(Vote for One)

- ○ Cathelene "Tina" Robinson
  (Incumbent) Democrat
- ● *Elizabeth Hampton*
  Write-in

### For Sheriff
(Vote for One)

- ○ Patrick "Pat" Labat
  Democrat
- ● *Elizabeth Hampton*
  Write-in

### For Tax Commissioner
(Vote for One)

- ○ Arthur E. Ferdinand
  (Incumbent) Democrat
- ● *Elizabeth Hampton*
  Write-in

### For Surveyor
(Vote for One)

- ● *Elizabeth Hampton*
  Write-in

### For Solicitor-General of State Court of Fulton County
(Vote for One)

- ○ Keith E. Gammage
  (Incumbent) Democrat
- ● *Elizabeth Hampton*
  Write-in

### For Fulton County Commissioner From District No. 2
(Vote for One)

- ● Bob Ellis
  (Incumbent) Republican
- ○ Justin Holsomback
  Democrat
- ○
  Write-in

### For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

- ● Alan Toney
  (Incumbent)
- ○
  Write-in

---

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

### - 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

## STATEWIDE REFERENDUM

### - A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ● NO

---

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05162_00234_000093.tif scanned at: 19:39:59 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
   Donald J. Trump (I) (Rep)
US Senate (Perdue)
   David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
   Doug Collins (Rep)
Public Service Commission District 1
   Jason Shaw (I) (Rep)
Public Service Commission District 4
   Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
   Karen Handel (Rep)
State Senate District 56
   John Albers (I) (Rep)
State House District 48
   Betty Price (Rep)
District Attorney - Atlanta
   Write-in
Clerk of Superior Court
   Write-in
Sheriff
   Write-in
Tax Commissioner
   Write-in
Surveyor
   Write-in
Solicitor General
   Write-in
County Commission District 2
   Bob Ellis (I) (Rep)
Soil and Water - Fulton County
   Alan Toney (I)
Constitutional Amendment #1
   YES
Constitutional Amendment #2
   YES
Statewide Referendum A
   NO

05162_00235_000054.tif scanned at: 19:55:38 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
   Donald J. Trump (I) (Rep)
US Senate (Perdue)
   David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
   Doug Collins (Rep)
Public Service Commission District 1
   Jason Shaw (I) (Rep)
Public Service Commission District 4
   Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
   Karen Handel (Rep)
State Senate District 56
   John Albers (I) (Rep)
State House District 48
   Betty Price (Rep)
District Attorney - Atlanta
   Write-in
Clerk of Superior Court
   Write-in
Sheriff
   Write-in
Tax Commissioner
   Write-in
Surveyor
   Write-in
Solicitor General
   Write-in
County Commission District 2
   Bob Ellis (I) (Rep)
Soil and Water - Fulton County
   Alan Toney (I)
Constitutional Amendment #1
   YES
Constitutional Amendment #2
   YES
Statewide Referendum A
   NO

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e); 21-2-383(a)]

### For President of the United States
(Vote for One)

● Donald J. Trump - President
Michael R. Pence - Vice President
**(Incumbent)** Republican

○ Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○

Write-in

### For United States Senate
(Vote for One)

● David A. Perdue
**(Incumbent)** Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○

Write-in

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

● Kelly Loeffler
**(Incumbent)** Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○

Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

● Jason Shaw
**(Incumbent)** Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○

Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
**(Incumbent)** Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○

Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

○ Lucy McBath
**(Incumbent)** Democrat

○

Write-in

### For State Senator From 56th District
(Vote for One)

● John Albers
**(Incumbent)** Republican

○ Sarah Beeson
Democrat

○

Write-in

**Turn Ballot Over To Continue Voting**

---

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e); 21-2-383(a)]

### For President of the United States
(Vote for One)

● Donald J. Trump - President
Michael R. Pence - Vice President
**(Incumbent)** Republican

○ Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○

Write-in

### For United States Senate
(Vote for One)

● David A. Perdue
**(Incumbent)** Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○

Write-in

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

● Kelly Loeffler
**(Incumbent)** Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○

Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

● Jason Shaw
**(Incumbent)** Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○

Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
**(Incumbent)** Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○

Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

○ Lucy McBath
**(Incumbent)** Democrat

○

Write-in

### For State Senator From 56th District
(Vote for One)

● John Albers
**(Incumbent)** Republican

○ Sarah Beeson
Democrat

○

Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## Column 1 — Ballot 051620023 00074

**For State Representative In the General Assembly From 48th District**
(Vote for One)

- ● Betty Price — Republican
- ○ Mary Robichaux — (Incumbent) Democrat
- ○
- Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

- ○ Fani Willis — Democrat
- ○
- Write-in

**For Clerk of Superior Court**
(Vote for One)

- ○ Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○
- Write-in

**For Sheriff**
(Vote for One)

- ○ Patrick "Pat" Labat — Democrat
- ○
- Write-in

**For Tax Commissioner**
(Vote for One)

- ○ Arthur E. Ferdinand — (Incumbent) Democrat
- ○
- Write-in

**For Surveyor**
(Vote for One)

- ○
- Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

- ○ Keith E. Gammage — (Incumbent) Democrat
- ○
- Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

- ● Bob Ellis — (Incumbent) Republican
- ○ Justin Holsomback — Democrat
- ○
- Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

- ● Alan Toney — (Incumbent)
- ○
- Write-in

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ○ YES
- ● NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

### STATEWIDE REFERENDUM

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

**Turn Ballot Over To Continue Voting**

---

## Column 2 — Ballot 051620035 00036

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

- ● Betty Price — Republican
- ○ Mary Robichaux — (Incumbent) Democrat
- ○
- Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

- ○ Fani Willis — Democrat
- ○
- Write-in

**For Clerk of Superior Court**
(Vote for One)

- ○ Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○
- Write-in

**For Sheriff**
(Vote for One)

- ○ Patrick "Pat" Labat — Democrat
- ○
- Write-in

**For Tax Commissioner**
(Vote for One)

- ○ Arthur E. Ferdinand — (Incumbent) Democrat
- ○
- Write-in

**For Surveyor**
(Vote for One)

- ○
- Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

- ○ Keith E. Gammage — (Incumbent) Democrat
- ○
- Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

- ● Bob Ellis — (Incumbent) Republican
- ○ Justin Holsomback — Democrat
- ○
- Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

- ● Alan Toney — (Incumbent)
- ○
- Write-in

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ○ YES
- ● NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

### STATEWIDE REFERENDUM

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

**Turn Ballot Over To Continue Voting**

05162_00234_000074.tif scanned at: 19:39:45 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  NO
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

05162_00235_000036.tif scanned at: 19:55:25 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  NO
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do NOT used red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do NOT circle, underline or mark through choices |
| 3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

*If you make a mistake or change your mind on a selection:*

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

*If you decide to vote in-person:* Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
**(Incumbent)** Republican

○ Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

● Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-in

### For United States Senate
(Vote for One)

● David A. Perdue
**(Incumbent)** Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

● Kelly Loeffler
**(Incumbent)** Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

● Jason Shaw
**(Incumbent)** Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
**(Incumbent)** Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

● Karen Handel
Republican

○ Lucy McBath
**(Incumbent)** Democrat

○
_____
Write-in

### For State Senator From 56th District
(Vote for One)

● John Albers
**(Incumbent)** Republican

○ Sarah Beeson
Democrat

○
_____
Write-in

**Turn Ballot Over To Continue Voting**

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do NOT used red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do NOT circle, underline or mark through choices |
| 3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

*If you make a mistake or change your mind on a selection:*

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

*If you decide to vote in-person:* Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
**(Incumbent)** Republican

○ Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

● Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-in

### For United States Senate
(Vote for One)

● David A. Perdue
**(Incumbent)** Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

● Kelly Loeffler
**(Incumbent)** Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

● Jason Shaw
**(Incumbent)** Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
**(Incumbent)** Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

● Karen Handel
Republican

○ Lucy McBath
**(Incumbent)** Democrat

○
_____
Write-in

### For State Senator From 56th District
(Vote for One)

● John Albers
**(Incumbent)** Republican

○ Sarah Beeson
Democrat

○
_____
Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved
Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**0 5 1 6 2 0 0 2 3 4 ☐ 0 0 0 7 2**

### For State Representative In the General Assembly From 48th District
(Vote for One)

- ● Betty Price
  Republican
- ○ Mary Robichaux
  (Incumbent) Democrat
- ○
  Write-in

### For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

- ● Fani Willis
  Democrat
- ○
  Write-in

### For Clerk of Superior Court
(Vote for One)

- ● Cathelene "Tina" Robinson
  (Incumbent) Democrat
- ○
  Write-in

### For Sheriff
(Vote for One)

- ● Patrick "Pat" Labat
  Democrat
- ○
  Write-in

### For Tax Commissioner
(Vote for One)

- ○ Arthur E. Ferdinand
  (Incumbent) Democrat
- ○
  Write-in

### For Surveyor
(Vote for One)

- ○
  Write-in

### For Solicitor-General of State Court of Fulton County
(Vote for One)

- ● Keith E. Gammage
  (Incumbent) Democrat
- ○
  Write-in

### For Fulton County Commissioner From District No. 2
(Vote for One)

- ● Bob Ellis
  (Incumbent) Republican
- ○ Justin Holsomback
  Democrat
- ○
  Write-in

### For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

- ● Alan Toney
  (Incumbent)
- ○
  Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

## STATEWIDE REFERENDUM

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ● NO

**Turn Ballot Over To Continue Voting**

---

**0 5 1 6 2 0 0 2 3 5 ☐ 0 0 0 3 4**

### For State Representative In the General Assembly From 48th District
(Vote for One)

- ● Betty Price
  Republican
- ○ Mary Robichaux
  (Incumbent) Democrat
- ○
  Write-in

### For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

- ● Fani Willis
  Democrat
- ○
  Write-in

### For Clerk of Superior Court
(Vote for One)

- ● Cathelene "Tina" Robinson
  (Incumbent) Democrat
- ○
  Write-in

### For Sheriff
(Vote for One)

- ● Patrick "Pat" Labat
  Democrat
- ○
  Write-in

### For Tax Commissioner
(Vote for One)

- ○ Arthur E. Ferdinand
  (Incumbent) Democrat
- ○
  Write-in

### For Surveyor
(Vote for One)

- ○
  Write-in

### For Solicitor-General of State Court of Fulton County
(Vote for One)

- ● Keith E. Gammage
  (Incumbent) Democrat
- ○
  Write-in

### For Fulton County Commissioner From District No. 2
(Vote for One)

- ● Bob Ellis
  (Incumbent) Republican
- ○ Justin Holsomback
  Democrat
- ○
  Write-in

### For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

- ● Alan Toney
  (Incumbent)
- ○
  Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

## STATEWIDE REFERENDUM

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ● NO

**Turn Ballot Over To Continue Voting**

05162_00234_000072.tif scanned at: 19:39:43 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
  Jo Jorgensen (Lib)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO

05162_00235_000034.tif scanned at: 19:55:24 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
  Jo Jorgensen (Lib)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO

Copyright © 2020 Dominion Voting Inc. All Rights Reserved
Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## FULTON COUNTY
### 779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided | Do **NOT** check marks or X to mark ballot |
| | Do **NOT** mark more choices per race than allowed |
| | Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(e), 21-2-385(h) and 21-2-383(a))*

### For President of the United States
(Vote for One)

● Donald J. Trump - President
**Michael R. Pence** - Vice President
**(Incumbent)** Republican

○ Joseph R. Biden - President
**Kamala D. Harris** - Vice President
Democrat

○ Jo Jorgensen - President
**Jeremy "Spike" Cohen** - Vice President
Libertarian

○
_____
Write-In

### For United States Senate
(Vote for One)

● David A. Perdue
**(Incumbent)** Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-In

### SPECIAL ELECTION

#### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

● Kelly Loeffler
**(Incumbent)** Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)

● Jason Shaw
**(Incumbent)** Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
**(Incumbent)** Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

○ Lucy McBath
**(Incumbent)** Democrat

○
_____
Write-In

### For State Senator From 56th District
(Vote for One)

● John Albers
**(Incumbent)** Republican

○ Sarah Beeson
Democrat

○
_____
Write-In

**Turn Ballot Over To Continue Voting**

---

## FULTON COUNTY
### 779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided | Do **NOT** check marks or X to mark ballot |
| | Do **NOT** mark more choices per race than allowed |
| | Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(e), 21-2-385(h) and 21-2-383(a))*

### For President of the United States
(Vote for One)

● Donald J. Trump - President
**Michael R. Pence** - Vice President
**(Incumbent)** Republican

○ Joseph R. Biden - President
**Kamala D. Harris** - Vice President
Democrat

○ Jo Jorgensen - President
**Jeremy "Spike" Cohen** - Vice President
Libertarian

○
_____
Write-In

### For United States Senate
(Vote for One)

● David A. Perdue
**(Incumbent)** Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-In

### SPECIAL ELECTION

#### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

● Kelly Loeffler
**(Incumbent)** Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)

● Jason Shaw
**(Incumbent)** Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
**(Incumbent)** Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

○ Lucy McBath
**(Incumbent)** Democrat

○
_____
Write-In

### For State Senator From 56th District
(Vote for One)

● John Albers
**(Incumbent)** Republican

○ Sarah Beeson
Democrat

○
_____
Write-In

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

0516200234□00008

**For State Representative In the General Assembly From 48th District**
(Vote for One)

● **Betty Price**
Republican

○ **Mary Robichaux**
(Incumbent) Democrat

○

**Write-in**

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● **Fani Willis**
Democrat

○

**Write-in**

**For Clerk of Superior Court**
(Vote for One)

● **Cathelene "Tina" Robinson**
(Incumbent) Democrat

○

**Write-in**

**For Sheriff**
(Vote for One)

● **Patrick "Pat" Labat**
Democrat

○

**Write-in**

**For Tax Commissioner**
(Vote for One)

● **Arthur E. Ferdinand**
(Incumbent) Democrat

○

**Write-in**

**For Surveyor**
(Vote for One)

○

**Write-in**

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● **Keith E. Gammage**
(Incumbent) Democrat

○

**Write-in**

**For Fulton County Commissioner From District No. 2**
(Vote for One)

● **Bob Ellis**
(Incumbent) Republican

○ **Justin Holsomback**
Democrat

○

**Write-in**

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● **Alan Toney**
(Incumbent)

○

**Write-in**

**PROPOSED CONSTITUTIONAL AMENDMENTS**

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● **YES**

○ **NO**

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ **YES**

● **NO**

**STATEWIDE REFERENDUM**

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● **YES**

○ **NO**

---

0516200235□00030

**For State Representative In the General Assembly From 48th District**
(Vote for One)

● **Betty Price**
Republican

○ **Mary Robichaux**
(Incumbent) Democrat

○

**Write-in**

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● **Fani Willis**
Democrat

○

**Write-in**

**For Clerk of Superior Court**
(Vote for One)

● **Cathelene "Tina" Robinson**
(Incumbent) Democrat

○

**Write-in**

**For Sheriff**
(Vote for One)

● **Patrick "Pat" Labat**
Democrat

○

**Write-in**

**For Tax Commissioner**
(Vote for One)

● **Arthur E. Ferdinand**
(Incumbent) Democrat

○

**Write-in**

**For Surveyor**
(Vote for One)

○

**Write-in**

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● **Keith E. Gammage**
(Incumbent) Democrat

○

**Write-in**

**For Fulton County Commissioner From District No. 2**
(Vote for One)

● **Bob Ellis**
(Incumbent) Republican

○ **Justin Holsomback**
Democrat

○

**Write-in**

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● **Alan Toney**
(Incumbent)

○

**Write-in**

**PROPOSED CONSTITUTIONAL AMENDMENTS**

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● **YES**

○ **NO**

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ **YES**

● **NO**

**STATEWIDE REFERENDUM**

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● **YES**

○ **NO**

**Turn Ballot Over To Continue Voting**

05162_00234_000068.tif scanned at: 19:39:41 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

05162_00235_000030.tif scanned at: 19:55:21 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
### 779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA**

**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a))*

### For President of the United States
(Vote for One)

● Donald J. Trump - President
**Michael R. Pence** - Vice President
(Incumbent) Republican

○ Joseph R. Biden - President
**Kamala D. Harris** - Vice President
Democrat

○ Jo Jorgensen - President
**Jeremy "Spike" Cohen** - Vice President
Libertarian

○
_____
Write-in

### For United States Senate
(Vote for One)

● David A. Perdue
(Incumbent) Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

● Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

● Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

● Jason Shaw
(Incumbent) Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
(Incumbent) Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

○ Lucy McBath
(Incumbent) Democrat

○
_____
Write-in

### For State Senator From 56th District
(Vote for One)

● John Albers
(Incumbent) Republican

○ Sarah Beeson
Democrat

**Turn Ballot Over To Continue Voting**

---

# FULTON COUNTY
### 779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA**

**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a))*

### For President of the United States
(Vote for One)

● Donald J. Trump - President
**Michael R. Pence** - Vice President
(Incumbent) Republican

○ Joseph R. Biden - President
**Kamala D. Harris** - Vice President
Democrat

○ Jo Jorgensen - President
**Jeremy "Spike" Cohen** - Vice President
Libertarian

○
_____
Write-in

### For United States Senate
(Vote for One)

● David A. Perdue
(Incumbent) Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

● Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

● Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

● Jason Shaw
(Incumbent) Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
(Incumbent) Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

○ Lucy McBath
(Incumbent) Democrat

○
_____
Write-in

### For State Senator From 56th District
(Vote for One)

● John Albers
(Incumbent) Republican

○ Sarah Beeson
Democrat

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

0516200234□00069

**For State Representative In the General Assembly From 48th District**
(Vote for One)

● Betty Price
Republican

○ Mary Robichaux
(Incumbent) Democrat

○

Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○

Write-in

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○

Write-in

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○

Write-in

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○

Write-in

**For Surveyor**
(Vote for One)

○

Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○

Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

● Bob Ellis
(Incumbent) Republican

○ Justin Holsomback
Democrat

○

Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(Incumbent)

○

Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES

○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES

● NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES

○ NO

Turn Ballot Over To Continue Voting

---

0516200235□00031

**For State Representative In the General Assembly From 48th District**
(Vote for One)

● Betty Price
Republican

○ Mary Robichaux
(Incumbent) Democrat

○

Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○

Write-in

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○

Write-in

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○

Write-in

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○

Write-in

**For Surveyor**
(Vote for One)

○

Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○

Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

● Bob Ellis
(Incumbent) Republican

○ Justin Holsomback
Democrat

○

Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(Incumbent)

○

Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES

○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES

● NO

**STATEWIDE REFERENDUM**

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES

○ NO

Turn Ballot Over To Continue Voting

05162_00234_000069.tif scanned at: 19:39:41 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

05162_00235_000031.tif scanned at: 19:55:21 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

● Donald J. Trump - President
**Michael R. Pence** - Vice President
(Incumbent) Republican

○ Joseph R. Biden - President
**Kamala D. Harris** - Vice President
Democrat

○ Jo Jorgensen - President
**Jeremy "Spike" Cohen** - Vice President
Libertarian

○

Write-In

### For United States Senate
(Vote for One)

● David A. Perdue
(Incumbent) Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○

Write-In

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Libertarian

● Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

● Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

● Jason Shaw
(Incumbent) Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○

Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
(Incumbent) Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○

Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

● Karen Handel
Republican

○ Lucy McBath
(Incumbent) Democrat

○

Write-In

### For State Senator From 56th District
(Vote for One)

● John Albers
(Incumbent) Republican

○ Sarah Beeson
Democrat

○

Write-In

**Turn Ballot Over To Continue Voting**

---

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

● Donald J. Trump - President
**Michael R. Pence** - Vice President
(Incumbent) Republican

○ Joseph R. Biden - President
**Kamala D. Harris** - Vice President
Democrat

○ Jo Jorgensen - President
**Jeremy "Spike" Cohen** - Vice President
Libertarian

○

Write-In

### For United States Senate
(Vote for One)

● David A. Perdue
(Incumbent) Republican

○ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○

Write-In

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Libertarian

● Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

● Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

○ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

● Jason Shaw
(Incumbent) Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○

Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
(Incumbent) Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○

Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

● Karen Handel
Republican

○ Lucy McBath
(Incumbent) Democrat

○

Write-In

### For State Senator From 56th District
(Vote for One)

● John Albers
(Incumbent) Republican

○ Sarah Beeson
Democrat

○

Write-In

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05160023400005 4

**For State Representative In the General Assembly From 48th District**
(Vote for One)

⬤ Betty Price
Republican

◯ Mary Robichaux
(Incumbent) Democrat

◯

Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

⬤ Fani Willis
Democrat

◯

Write-in

**For Clerk of Superior Court**
(Vote for One)

⬤ Cathelene "Tina" Robinson
(Incumbent) Democrat

◯

Write-in

**For Sheriff**
(Vote for One)

⬤ Patrick "Pat" Labat
Democrat

◯

Write-in

**For Tax Commissioner**
(Vote for One)

⬤ Arthur E. Ferdinand
(Incumbent) Democrat

◯

Write-in

**For Surveyor**
(Vote for One)

◯

Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

⬤ Keith E. Gammage
(Incumbent) Democrat

◯

Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

⬤ Bob Ellis
(Incumbent) Republican

◯ Justin Holsomback
Democrat

◯

Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

⬤ Alan Toney
(Incumbent)

◯

Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

⬤ YES

◯ NO

### - 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

⬤ YES

◯ NO

## STATEWIDE REFERENDUM

### - A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

⬤ YES

◯ NO

**Turn Ballot Over To Continue Voting**

---

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05160023500014

**For State Representative In the General Assembly From 48th District**
(Vote for One)

⬤ Betty Price
Republican

◯ Mary Robichaux
(Incumbent) Democrat

◯

Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

⬤ Fani Willis
Democrat

◯

Write-in

**For Clerk of Superior Court**
(Vote for One)

⬤ Cathelene "Tina" Robinson
(Incumbent) Democrat

◯

Write-in

**For Sheriff**
(Vote for One)

⬤ Patrick "Pat" Labat
Democrat

◯

Write-in

**For Tax Commissioner**
(Vote for One)

⬤ Arthur E. Ferdinand
(Incumbent) Democrat

◯

Write-in

**For Surveyor**
(Vote for One)

◯

Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

⬤ Keith E. Gammage
(Incumbent) Democrat

◯

Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

⬤ Bob Ellis
(Incumbent) Republican

◯ Justin Holsomback
Democrat

◯

Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

⬤ Alan Toney
(Incumbent)

◯

Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

⬤ YES

◯ NO

### - 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

⬤ YES

◯ NO

## STATEWIDE REFERENDUM

### - A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

⬤ YES

◯ NO

**Turn Ballot Over To Continue Voting**

05162_00234_000054.tif scanned at: 19:39:30 on 11/03/20.

Scanned on: ICC  Tabulator: 5162  Batch: 234
Poll ID:  317  Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

05162_00235_000014.tif scanned at: 19:55:08 on 11/03/20.

Scanned on: ICC  Tabulator: 5162  Batch: 235
Poll ID:  317  Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05162002340000031

# FULTON COUNTY
### 779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e); 21-2-285(h) and 21-2-383(a)]

### For President of the United States
(Vote for One)

○ **Donald J. Trump** - President
**Michael R. Pence** - Vice President
**(Incumbent)** Republican

● **Joseph R. Biden** - President
**Kamala D. Harris** - Vice President
Democrat

○ **Jo Jorgensen** - President
**Jeremy "Spike" Cohen** - Vice President
Libertarian

○ _____
Write-in

### For United States Senate
(Vote for One)

○ **David A. Perdue**
**(Incumbent)** Republican

● **Jon Ossoff**
Democrat

○ **Shane Hazel**
Libertarian

○ _____
Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ **Al Bartell**
Independent

○ **Allen Buckley**
Independent

○ **Doug Collins**
Republican

○ **John Fortuin**
Green

○ **Derrick E. Grayson**
Republican

○ **Michael Todd Greene**
Independent

○ **Annette Davis Jackson**
Republican

○ **Deborah Jackson**
Democrat

○ **Jamesia James**
Democrat

○ **A. Wayne Johnson**
Republican

○ **Tamara Johnson-Shealey**
Democrat

● **Matt Lieberman**
Democrat

○ **Kelly Loeffler**
**(Incumbent)** Republican

○ **Joy Felicia Slade**
Democrat

○ **Brian Slowinski**
Libertarian

○ **Valencia Stovall**
Independent

○ **Ed Tarver**
Democrat

○ **Kandiss Taylor**
Republican

● **Raphael Warnock**
Democrat

○ **Richard Dien Winfield**
Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ **Jason Shaw**
**(Incumbent)** Republican

● **Robert G. Bryant**
Democrat

○ **Elizabeth Melton**
Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ **Lauren Bubba McDonald, Jr.**
**(Incumbent)** Republican

● **Daniel Blackman**
Democrat

○ **Nathan Wilson**
Libertarian

○ _____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ **Karen Handel**
Republican

● **Lucy McBath**
**(Incumbent)** Democrat

○ _____
Write-in

### For State Senator From 56th District
(Vote for One)

○ **John Albers**
**(Incumbent)** Republican

● **Sarah Beeson**
Democrat

○ _____
Write-in

**Turn Ballot Over To Continue Voting**

---

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05162002350000090

# FULTON COUNTY
### 779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e); 21-2-285(h) and 21-2-383(a)]

### For President of the United States
(Vote for One)

○ **Donald J. Trump** - President
**Michael R. Pence** - Vice President
**(Incumbent)** Republican

● **Joseph R. Biden** - President
**Kamala D. Harris** - Vice President
Democrat

○ **Jo Jorgensen** - President
**Jeremy "Spike" Cohen** - Vice President
Libertarian

○ _____
Write-in

### For United States Senate
(Vote for One)

○ **David A. Perdue**
**(Incumbent)** Republican

● **Jon Ossoff**
Democrat

○ **Shane Hazel**
Libertarian

○ _____
Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ **Al Bartell**
Independent

○ **Allen Buckley**
Independent

○ **Doug Collins**
Republican

○ **John Fortuin**
Green

○ **Derrick E. Grayson**
Republican

○ **Michael Todd Greene**
Independent

○ **Annette Davis Jackson**
Republican

○ **Deborah Jackson**
Democrat

○ **Jamesia James**
Democrat

○ **A. Wayne Johnson**
Republican

○ **Tamara Johnson-Shealey**
Democrat

○ **Matt Lieberman**
Democrat

○ **Kelly Loeffler**
**(Incumbent)** Republican

○ **Joy Felicia Slade**
Democrat

○ **Brian Slowinski**
Libertarian

○ **Valencia Stovall**
Independent

○ **Ed Tarver**
Democrat

○ **Kandiss Taylor**
Republican

● **Raphael Warnock**
Democrat

○ **Richard Dien Winfield**
Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ **Jason Shaw**
**(Incumbent)** Republican

● **Robert G. Bryant**
Democrat

○ **Elizabeth Melton**
Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ **Lauren Bubba McDonald, Jr.**
**(Incumbent)** Republican

● **Daniel Blackman**
Democrat

○ **Nathan Wilson**
Libertarian

○ _____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ **Karen Handel**
Republican

● **Lucy McBath**
**(Incumbent)** Democrat

○ _____
Write-in

### For State Senator From 56th District
(Vote for One)

○ **John Albers**
**(Incumbent)** Republican

● **Sarah Beeson**
Democrat

○ _____
Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

0516200234 00003 1

**For State Representative In the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(Incumbent) Democrat

○

Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○

Write-in

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○

Write-in

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○

Write-in

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○

Write-in

**For Surveyor**
(Vote for One)

○

Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○

Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(Incumbent) Republican

● Justin Holsomback
Democrat

○

Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(Incumbent)

○

Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

## STATEWIDE REFERENDUM

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

0516200235 00009 0

**For State Representative In the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(Incumbent) Democrat

○

Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○

Write-in

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○

Write-in

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○

Write-in

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○

Write-in

**For Surveyor**
(Vote for One)

○

Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○

Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(Incumbent) Republican

● Justin Holsomback
Democrat

○

Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(Incumbent)

○

Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

## STATEWIDE REFERENDUM

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**Turn Ballot Over To Continue Voting**

05162_00234_000031.tif scanned at: 19:39:11 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

05162_00235_000090.tif scanned at: 19:56:05 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**
A. Do not attempt to mark through the selection or attempt to erase.  Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:**  Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned.  You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

## For President of the United States
(Vote for One)

- ⬤ Donald J. Trump - President
  Michael R. Pence - Vice President
  (Incumbent) Republican
- ◯ Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat
- ◯ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian
- ◯
  _____
  Write-in

## For United States Senate
(Vote for One)

- ⬤ David A. Perdue
  (Incumbent) Republican
- ◯ Jon Ossoff
  Democrat
- ◯ Shane Hazel
  Libertarian
- ◯
  _____
  Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ◯ Al Bartell
  Independent
- ◯ Allen Buckley
  Independent
- ◯ Doug Collins
  Republican
- ◯ John Fortuin
  Green
- ◯ Derrick E. Grayson
  Republican
- ◯ Michael Todd Greene
  Independent
- ◯ Annette Davis Jackson
  Republican
- ◯ Deborah Jackson
  Democrat
- ◯ Jamesia James
  Democrat
- ◯ A. Wayne Johnson
  Republican
- ◯ Tamara Johnson-Shealey
  Democrat
- ◯ Matt Lieberman
  Democrat
- ◯ Kelly Loeffler
  (Incumbent) Republican
- ◯ Joy Felicia Slade
  Democrat
- ◯ Brian Slowinski
  Libertarian
- ◯ Valencia Stovall
  Independent
- ◯ Ed Tarver
  Democrat
- ◯ Kandiss Taylor
  Republican
- ⬤ Raphael Warnock
  Democrat
- ◯ Richard Dien Winfield
  Democrat
- ◯
  _____
  Write-in

## For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

- ⬤ Jason Shaw
  (Incumbent) Republican
- ◯ Robert G. Bryant
  Democrat
- ◯ Elizabeth Melton
  Libertarian
- ◯
  _____
  Write-in

## For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ⬤ Lauren Bubba McDonald, Jr.
  (Incumbent) Republican
- ◯ Daniel Blackman
  Democrat
- ◯ Nathan Wilson
  Libertarian
- ◯
  _____
  Write-in

## For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

- ⬤ Karen Handel
  Republican
- ◯ Lucy McBath
  (Incumbent) Democrat
- ◯
  _____
  Write-in

## For State Senator From 56th District
(Vote for One)

- ⬤ John Albers
  (Incumbent) Republican
- ◯ Sarah Beeson
  Democrat
- ◯
  _____
  Write-in

**Turn Ballot Over To Continue Voting**

---

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**
A. Do not attempt to mark through the selection or attempt to erase.  Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:**  Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned.  You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

## For President of the United States
(Vote for One)

- ⬤ Donald J. Trump - President
  Michael R. Pence - Vice President
  (Incumbent) Republican
- ◯ Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat
- ◯ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian
- ◯
  _____
  Write-in

## For United States Senate
(Vote for One)

- ⬤ David A. Perdue
  (Incumbent) Republican
- ◯ Jon Ossoff
  Democrat
- ◯ Shane Hazel
  Libertarian
- ◯
  _____
  Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ◯ Al Bartell
  Independent
- ◯ Allen Buckley
  Independent
- ◯ Doug Collins
  Republican
- ◯ John Fortuin
  Green
- ◯ Derrick E. Grayson
  Republican
- ◯ Michael Todd Greene
  Independent
- ◯ Annette Davis Jackson
  Republican
- ◯ Deborah Jackson
  Democrat
- ◯ Jamesia James
  Democrat
- ◯ A. Wayne Johnson
  Republican
- ◯ Tamara Johnson-Shealey
  Democrat
- ◯ Matt Lieberman
  Democrat
- ◯ Kelly Loeffler
  (Incumbent) Republican
- ◯ Joy Felicia Slade
  Democrat
- ◯ Brian Slowinski
  Libertarian
- ◯ Valencia Stovall
  Independent
- ◯ Ed Tarver
  Democrat
- ◯ Kandiss Taylor
  Republican
- ⬤ Raphael Warnock
  Democrat
- ◯ Richard Dien Winfield
  Democrat
- ◯
  _____
  Write-in

## For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

- ⬤ Jason Shaw
  (Incumbent) Republican
- ◯ Robert G. Bryant
  Democrat
- ◯ Elizabeth Melton
  Libertarian
- ◯
  _____
  Write-in

## For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ⬤ Lauren Bubba McDonald, Jr.
  (Incumbent) Republican
- ◯ Daniel Blackman
  Democrat
- ◯ Nathan Wilson
  Libertarian
- ◯
  _____
  Write-in

## For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

- ⬤ Karen Handel
  Republican
- ◯ Lucy McBath
  (Incumbent) Democrat
- ◯
  _____
  Write-in

## For State Senator From 56th District
(Vote for One)

- ⬤ John Albers
  (Incumbent) Republican
- ◯ Sarah Beeson
  Democrat
- ◯
  _____
  Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

- ● **Betty Price**
  Republican
- ○ **Mary Robichaux**
  (Incumbent) Democrat
- ○
- **Write-in**

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

- ○ **Fani Willis**
  Democrat
- ○
- **Write-in**

**For Clerk of Superior Court**
(Vote for One)

- ○ **Cathelene "Tina" Robinson**
  (Incumbent) Democrat
- ○
- **Write-in**

**For Sheriff**
(Vote for One)

- ○ **Patrick "Pat" Labat**
  Democrat
- ○
- **Write-in**

**For Tax Commissioner**
(Vote for One)

- ○ **Arthur E. Ferdinand**
  (Incumbent) Democrat
- ○
- **Write-in**

**For Surveyor**
(Vote for One)

- ○
- **Write-in**

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

- ○ **Keith E. Gammage**
  (Incumbent) Democrat
- ○
- **Write-in**

**For Fulton County Commissioner From District No. 2**
(Vote for One)

- ● **Bob Ellis**
  (Incumbent) Republican
- ○ **Justin Holsomback**
  Democrat
- ○
- **Write-in**

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

- ○ **Alan Toney**
  (Incumbent)
- ○
- **Write-in**

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ○ YES
- ● NO

### STATEWIDE REFERENDUM

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ● NO

**For State Representative In the General Assembly From 48th District**
(Vote for One)

- ● **Betty Price**
  Republican
- ○ **Mary Robichaux**
  (Incumbent) Democrat
- ○
- **Write-in**

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

- ○ **Fani Willis**
  Democrat
- ○
- **Write-in**

**For Clerk of Superior Court**
(Vote for One)

- ○ **Cathelene "Tina" Robinson**
  (Incumbent) Democrat
- ○
- **Write-in**

**For Sheriff**
(Vote for One)

- ○ **Patrick "Pat" Labat**
  Democrat
- ○
- **Write-in**

**For Tax Commissioner**
(Vote for One)

- ○ **Arthur E. Ferdinand**
  (Incumbent) Democrat
- ○
- **Write-in**

**For Surveyor**
(Vote for One)

- ○
- **Write-in**

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

- ○ **Keith E. Gammage**
  (Incumbent) Democrat
- ○
- **Write-in**

**For Fulton County Commissioner From District No. 2**
(Vote for One)

- ● **Bob Ellis**
  (Incumbent) Republican
- ○ **Justin Holsomback**
  Democrat
- ○
- **Write-in**

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

- ○ **Alan Toney**
  (Incumbent)
- ○
- **Write-in**

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ○ YES
- ● NO

### STATEWIDE REFERENDUM

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ● NO

**Turn Ballot Over To Continue Voting**

**Turn Ballot Over To Continue Voting**

05162_00234_000026.tif scanned at: 19:39:07 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  NO

05162_00235_000085.tif scanned at: 19:56:01 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  NO

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## LEFT BALLOT — 0516200234000017

# FULTON COUNTY
**779-RW01**

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** use check marks or X to mark ballot<br>Do **NOT** mark more choices per race than allowed<br>Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-in

### For United States Senate
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-in

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

● Lucy McBath
(Incumbent) Democrat

○
_____
Write-in

### For State Senator From 56th District
(Vote for One)

○ John Albers
(Incumbent) Republican

● Sarah Beeson
Democrat

○
_____
Write-in

**Turn Ballot Over To Continue Voting**

---

## RIGHT BALLOT — 0516200235000076

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
**779-RW01**

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** use check marks or X to mark ballot<br>Do **NOT** mark more choices per race than allowed<br>Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-in

### For United States Senate
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-in

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

● Lucy McBath
(Incumbent) Democrat

○
_____
Write-in

### For State Senator From 56th District
(Vote for One)

○ John Albers
(Incumbent) Republican

● Sarah Beeson
Democrat

○
_____
Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(Incumbent) Democrat

○ _____
Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○ _____
Write-in

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○ _____
Write-in

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○ _____
Write-in

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○ _____
Write-in

**For Surveyor**
(Vote for One)

○ _____
Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○ _____
Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(Incumbent) Republican

● Justin Holsomback
Democrat

○ _____
Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(Incumbent)

○ _____
Write-in

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

### STATEWIDE REFERENDUM

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(Incumbent) Democrat

○ _____
Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○ _____
Write-in

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○ _____
Write-in

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○ _____
Write-in

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○ _____
Write-in

**For Surveyor**
(Vote for One)

○ _____
Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○ _____
Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(Incumbent) Republican

● Justin Holsomback
Democrat

○ _____
Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(Incumbent)

○ _____
Write-in

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

### STATEWIDE REFERENDUM

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

**Turn Ballot Over To Continue Voting**

05162_00234_000017.tif scanned at: 19:39:00 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

05162_00235_000076.tif scanned at: 19:55:54 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## FULTON COUNTY
779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-383(a)]*

**For President of the United States**
(Vote for One)

○ Donald J. Trump - President
  Michael R. Pence - Vice President
  **(Incumbent) Republican**

● Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat

○ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian

○

_____
Write-in

**For United States Senate**
(Vote for One)

● David A. Perdue
  **(Incumbent) Republican**

○ Jon Ossoff
  Democrat

○ Shane Hazel
  Libertarian

○

_____
Write-in

### SPECIAL ELECTION

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
  Independent

○ Allen Buckley
  Independent

● Doug Collins
  Republican

○ John Fortuin
  Green

○ Derrick E. Grayson
  Republican

○ Michael Todd Greene
  Independent

○ Annette Davis Jackson
  Republican

○ Deborah Jackson
  Democrat

○ Jamesia James
  Democrat

○ A. Wayne Johnson
  Republican

○ Tamara Johnson-Shealey
  Democrat

○ Matt Lieberman
  Democrat

○ Kelly Loeffler
  **(Incumbent) Republican**

○ Joy Felicia Slade
  Democrat

○ Brian Slowinski
  Libertarian

○ Valencia Stovall
  Independent

○ Ed Tarver
  Democrat

○ Kandiss Taylor
  Republican

○ Raphael Warnock
  Democrat

○ Richard Dien Winfield
  Democrat

○

_____
Write-in

**For Public Service Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
  **(Incumbent) Republican**

○ Robert G. Bryant
  Democrat

○ Elizabeth Melton
  Libertarian

○

_____
Write-in

**For Public Service Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
  **(Incumbent) Republican**

○ Daniel Blackman
  Democrat

○ Nathan Wilson
  Libertarian

○

_____
Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia**
(Vote for One)

○ Karen Handel
  Republican

● Lucy McBath
  **(Incumbent) Democrat**

○

_____
Write-in

**For State Senator From 56th District**
(Vote for One)

○ John Albers
  **(Incumbent) Republican**

○ Sarah Beeson
  Democrat

○

_____
Write-in

**Turn Ballot Over To Continue Voting**

---

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## FULTON COUNTY
779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-383(a)]*

**For President of the United States**
(Vote for One)

○ Donald J. Trump - President
  Michael R. Pence - Vice President
  **(Incumbent) Republican**

● Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat

○ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian

○

_____
Write-in

**For United States Senate**
(Vote for One)

● David A. Perdue
  **(Incumbent) Republican**

○ Jon Ossoff
  Democrat

○ Shane Hazel
  Libertarian

○

_____
Write-in

### SPECIAL ELECTION

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
  Independent

○ Allen Buckley
  Independent

● Doug Collins
  Republican

○ John Fortuin
  Green

○ Derrick E. Grayson
  Republican

○ Michael Todd Greene
  Independent

○ Annette Davis Jackson
  Republican

○ Deborah Jackson
  Democrat

○ Jamesia James
  Democrat

○ A. Wayne Johnson
  Republican

○ Tamara Johnson-Shealey
  Democrat

○ Matt Lieberman
  Democrat

○ Kelly Loeffler
  **(Incumbent) Republican**

○ Joy Felicia Slade
  Democrat

○ Brian Slowinski
  Libertarian

○ Valencia Stovall
  Independent

○ Ed Tarver
  Democrat

○ Kandiss Taylor
  Republican

○ Raphael Warnock
  Democrat

○ Richard Dien Winfield
  Democrat

○

_____
Write-in

**For Public Service Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
  **(Incumbent) Republican**

○ Robert G. Bryant
  Democrat

○ Elizabeth Melton
  Libertarian

○

_____
Write-in

**For Public Service Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
  **(Incumbent) Republican**

○ Daniel Blackman
  Democrat

○ Nathan Wilson
  Libertarian

○

_____
Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia**
(Vote for One)

○ Karen Handel
  Republican

● Lucy McBath
  **(Incumbent) Democrat**

○

_____
Write-in

**For State Senator From 56th District**
(Vote for One)

○ John Albers
  **(Incumbent) Republican**

○ Sarah Beeson
  Democrat

○

_____
Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

- ○ Betty Price
  Republican
- ○ Mary Robichaux
  (Incumbent) Democrat
- ○ _____
  Write-In

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

- ○ Fani Willis
  Democrat
- ○ _____
  Write-In

**For Clerk of Superior Court**
(Vote for One)

- ○ Cathelene "Tina" Robinson
  (Incumbent) Democrat
- ○ _____
  Write-In

**For Sheriff**
(Vote for One)

- ○ Patrick "Pat" Labat
  Democrat
- ○ _____
  Write-In

**For Tax Commissioner**
(Vote for One)

- ○ Arthur E. Ferdinand
  (Incumbent) Democrat
- ○ _____
  Write-In

**For Surveyor**
(Vote for One)

- ○ _____
  Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

- ○ Keith E. Gammage
  (Incumbent) Democrat
- ○ _____
  Write-In

**For Fulton County Commissioner From District No. 2**
(Vote for One)

- ○ Bob Ellis
  (Incumbent) Republican
- ○ Justin Holsomback
  Democrat
- ○ _____
  Write-In

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

- ○ Alan Toney
  (Incumbent)
- ○ _____
  Write-In

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purposes for which such fees or taxes were intended?"

- ○ YES
- ○ NO

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ○ YES
- ○ NO

### STATEWIDE REFERENDUM

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ○ NO

Turn Ballot Over To Continue Voting

**For State Representative In the General Assembly From 48th District**
(Vote for One)

- ○ Betty Price
  Republican
- ○ Mary Robichaux
  (Incumbent) Democrat
- ○ _____
  Write-In

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

- ○ Fani Willis
  Democrat
- ○ _____
  Write-In

**For Clerk of Superior Court**
(Vote for One)

- ○ Cathelene "Tina" Robinson
  (Incumbent) Democrat
- ○ _____
  Write-In

**For Sheriff**
(Vote for One)

- ○ Patrick "Pat" Labat
  Democrat
- ○ _____
  Write-In

**For Tax Commissioner**
(Vote for One)

- ○ Arthur E. Ferdinand
  (Incumbent) Democrat
- ○ _____
  Write-In

**For Surveyor**
(Vote for One)

- ○ _____
  Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

- ○ Keith E. Gammage
  (Incumbent) Democrat
- ○ _____
  Write-In

**For Fulton County Commissioner From District No. 2**
(Vote for One)

- ○ Bob Ellis
  (Incumbent) Republican
- ○ Justin Holsomback
  Democrat
- ○ _____
  Write-In

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

- ○ Alan Toney
  (Incumbent)
- ○ _____
  Write-In

### PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purposes for which such fees or taxes were intended?"

- ○ YES
- ○ NO

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ○ YES
- ○ NO

### STATEWIDE REFERENDUM

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ○ NO

Turn Ballot Over To Continue Voting

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05162_00234_000013.tif scanned at: 19:38:57 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
    Joseph R. Biden (Dem)
US Senate (Perdue)
    David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
    Doug Collins (Rep)
Public Service Commission District 1
    BLANK CONTEST
Public Service Commission District 4
    BLANK CONTEST
US House District 6
    Lucy McBath (I) (Dem)
State Senate District 56
    BLANK CONTEST
State House District 48
    BLANK CONTEST
District Attorney - Atlanta
    BLANK CONTEST
Clerk of Superior Court
    BLANK CONTEST
Sheriff
    BLANK CONTEST
Tax Commissioner
    BLANK CONTEST
Surveyor
    BLANK CONTEST
Solicitor General
    BLANK CONTEST
County Commission District 2
    BLANK CONTEST
Soil and Water - Fulton County
    BLANK CONTEST
Constitutional Amendment #1
    BLANK CONTEST
Constitutional Amendment #2
    BLANK CONTEST
Statewide Referendum A
    BLANK CONTEST

05162_00235_000072.tif scanned at: 19:55:51 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
    Joseph R. Biden (Dem)
US Senate (Perdue)
    David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
    Doug Collins (Rep)
Public Service Commission District 1
    BLANK CONTEST
Public Service Commission District 4
    BLANK CONTEST
US House District 6
    Lucy McBath (I) (Dem)
State Senate District 56
    BLANK CONTEST
State House District 48
    BLANK CONTEST
District Attorney - Atlanta
    BLANK CONTEST
Clerk of Superior Court
    BLANK CONTEST
Sheriff
    BLANK CONTEST
Tax Commissioner
    BLANK CONTEST
Surveyor
    BLANK CONTEST
Solicitor General
    BLANK CONTEST
County Commission District 2
    BLANK CONTEST
Soil and Water - Fulton County
    BLANK CONTEST
Constitutional Amendment #1
    BLANK CONTEST
Constitutional Amendment #2
    BLANK CONTEST
Statewide Referendum A
    BLANK CONTEST

05162000234000013

05162000235000072

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** mark choices per race than allowed |
| | Do **NOT** use check marks or X to mark ballot |
| | Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase.  Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned.  You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

● **Donald J. Trump** - President
  **Michael R. Pence** - Vice President
  **(Incumbent) Republican**

○ **Joseph R. Biden** - President
  **Kamala D. Harris** - Vice President
  Democrat

○ **Jo Jorgensen** - President
  **Jeremy "Spike" Cohen** - Vice President
  Libertarian

○ _____
Write-in

### For United States Senate
(Vote for One)

● **David A. Perdue**
  **(Incumbent) Republican**

○ **Jon Ossoff**
  Democrat

○ **Shane Hazel**
  Libertarian

○ _____
Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned) -
(Vote for One)

○ **Al Bartell**
  Independent

○ **Allen Buckley**
  Independent

● **Doug Collins**
  Republican

○ **John Fortuin**
  Green

○ **Derrick E. Grayson**
  Republican

○ **Michael Todd Greene**
  Independent

○ **Annette Davis Jackson**
  Republican

○ **Deborah Jackson**
  Democrat

○ **Jamesia James**
  Democrat

○ **A. Wayne Johnson**
  Republican

○ **Tamara Johnson-Shealey**
  Democrat

○ **Matt Lieberman**
  Democrat

○ **Kelly Loeffler**
  **(Incumbent) Republican**

○ **Joy Felicia Slade**
  Democrat

○ **Brian Slowinski**
  Libertarian

○ **Valencia Stovall**
  Independent

○ **Ed Tarver**
  Democrat

○ **Kandiss Taylor**
  Republican

○ **Raphael Warnock**
  Democrat

○ **Richard Dien Winfield**
  Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

● **Jason Shaw**
  **(Incumbent) Republican**

○ **Robert G. Bryant**
  Democrat

○ **Elizabeth Melton**
  Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● **Lauren Bubba McDonald, Jr.**
  **(Incumbent) Republican**

○ **Daniel Blackman**
  Democrat

○ **Nathan Wilson**
  Libertarian

○ _____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ **Karen Handel**
  Republican

○ **Lucy McBath**
  **(Incumbent) Democrat**

○ _____
Write-in

### For State Senator From 56th District
(Vote for One)

● **John Albers**
  **(Incumbent) Republican**

○ **Sarah Beeson**
  Democrat

○ _____
Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

To Vote / Warning (same as above)

### For President of the United States
(Vote for One)

● Donald J. Trump - President / Michael R. Pence - Vice President (Incumbent) Republican
○ Joseph R. Biden - President / Kamala D. Harris - Vice President Democrat
○ Jo Jorgensen - President / Jeremy "Spike" Cohen - Vice President Libertarian
○ Write-in

### For United States Senate
(Vote for One)

● David A. Perdue (Incumbent) Republican
○ Jon Ossoff Democrat
○ Shane Hazel Libertarian
○ Write-in

## SPECIAL ELECTION

### For United States Senate
○ Al Bartell Independent
○ Allen Buckley Independent
● Doug Collins Republican
○ John Fortuin Green
○ Derrick E. Grayson Republican
○ Michael Todd Greene Independent
○ Annette Davis Jackson Republican
○ Deborah Jackson Democrat
○ Jamesia James Democrat
○ A. Wayne Johnson Republican
○ Tamara Johnson-Shealey Democrat
○ Matt Lieberman Democrat
○ Kelly Loeffler (Incumbent) Republican
○ Joy Felicia Slade Democrat
○ Brian Slowinski Libertarian
○ Valencia Stovall Independent
○ Ed Tarver Democrat
○ Kandiss Taylor Republican
○ Raphael Warnock Democrat
○ Richard Dien Winfield Democrat
○ Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
● Jason Shaw (Incumbent) Republican
○ Robert G. Bryant Democrat
○ Elizabeth Melton Libertarian
○ Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
● Lauren Bubba McDonald, Jr. (Incumbent) Republican
○ Daniel Blackman Democrat
○ Nathan Wilson Libertarian
○ Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
○ Karen Handel Republican
○ Lucy McBath (Incumbent) Democrat
○ Write-in

### For State Senator From 56th District
● John Albers (Incumbent) Republican
○ Sarah Beeson Democrat
○ Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

- ● Betty Price
  Republican

- ○ Mary Robichaux
  (Incumbent) Democrat

- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

- ● Fani Willis
  Democrat

- ○ Write-in

**For Clerk of Superior Court**
(Vote for One)

- ● Cathelene "Tina" Robinson
  (Incumbent) Democrat

- ○ Write-in

**For Sheriff**
(Vote for One)

- ● Patrick "Pat" Labat
  Democrat

- ○ Write-in

**For Tax Commissioner**
(Vote for One)

- ● Arthur E. Ferdinand
  (Incumbent) Democrat

- ○ Write-in

**For Surveyor**
(Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

- ● Keith E. Gammage
  (Incumbent) Democrat

- ○ Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

- ● Bob Ellis
  (Incumbent) Republican

- ○ Justin Holsomback
  Democrat

- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

- ● Alan Toney
  (Incumbent)

- ○ Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

## STATEWIDE REFERENDUM

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

**Turn Ballot Over To Continue Voting**

05162_00234_000014.tif scanned at: 19:38:57 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

05162_00235_000073.tif scanned at: 19:55:52 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
**779-RW01**

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.*[O.C.G.A. 21-2-284(e), 21-2-385(h) and 21-2-383(a)]

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
  Michael R. Pence - Vice President
  **(incumbent)** Republican

● Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat

○ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian

○ _____
Write-in

### For United States Senate
(Vote for One)

● David A. Perdue
  **(incumbent)** Republican

● Jon Ossoff
  Democrat

○ Shane Hazel
  Libertarian

○ _____
Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
  Independent

○ Allen Buckley
  Independent

○ Doug Collins
  Republican

○ John Fortuin
  Green

○ Derrick E. Grayson
  Republican

○ Michael Todd Greene
  Independent

○ Annette Davis Jackson
  Republican

○ Deborah Jackson
  Democrat

○ Jamesia James
  Democrat

○ A. Wayne Johnson
  Republican

○ Tamara Johnson-Shealey
  Democrat

○ Matt Lieberman
  Democrat

○ Kelly Loeffler
  **(incumbent)** Republican

○ Joy Felicia Slade
  Democrat

○ Brian Slowinski
  Libertarian

○ Valancia Stovall
  Independent

○ Ed Tarver
  Democrat

○ Kandiss Taylor
  Republican

● Raphael Warnock
  Democrat

○ Richard Dien Winfield
  Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
  **(incumbent)** Republican

● Robert G. Bryant
  Democrat

○ Elizabeth Melton
  Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
  **(incumbent)** Republican

● Daniel Blackman
  Democrat

○ Nathan Wilson
  Libertarian

○ _____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
  Republican

● Lucy McBath
  **(incumbent)** Democrat

○ _____
Write-in

### For State Senator From 56th District
(Vote for One)

○ John Albers
  **(incumbent)** Republican

● Sarah Beeson
  Democrat

○ _____
Write-in

**Turn Ballot Over To Continue Voting**

---

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
**779-RW01**

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.*[O.C.G.A. 21-2-284(e), 21-2-385(h) and 21-2-383(a)]

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
  Michael R. Pence - Vice President
  **(incumbent)** Republican

● Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat

○ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian

○ _____
Write-in

### For United States Senate
(Vote for One)

● David A. Perdue
  **(incumbent)** Republican

● Jon Ossoff
  Democrat

○ Shane Hazel
  Libertarian

○ _____
Write-in

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
  Independent

○ Allen Buckley
  Independent

○ Doug Collins
  Republican

○ John Fortuin
  Green

○ Derrick E. Grayson
  Republican

○ Michael Todd Greene
  Independent

○ Annette Davis Jackson
  Republican

○ Deborah Jackson
  Democrat

○ Jamesia James
  Democrat

○ A. Wayne Johnson
  Republican

○ Tamara Johnson-Shealey
  Democrat

○ Matt Lieberman
  Democrat

○ Kelly Loeffler
  **(incumbent)** Republican

○ Joy Felicia Slade
  Democrat

○ Brian Slowinski
  Libertarian

○ Valancia Stovall
  Independent

○ Ed Tarver
  Democrat

○ Kandiss Taylor
  Republican

● Raphael Warnock
  Democrat

○ Richard Dien Winfield
  Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
  **(incumbent)** Republican

● Robert G. Bryant
  Democrat

○ Elizabeth Melton
  Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
  **(incumbent)** Republican

● Daniel Blackman
  Democrat

○ Nathan Wilson
  Libertarian

○ _____
Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
  Republican

● Lucy McBath
  **(incumbent)** Democrat

○ _____
Write-in

### For State Senator From 56th District
(Vote for One)

○ John Albers
  **(incumbent)** Republican

● Sarah Beeson
  Democrat

○ _____
Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(Incumbent) Democrat

○

Write-In

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○

Write-In

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○

Write-In

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○

Write-In

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○

Write-In

**For Surveyor**
(Vote for One)

○

Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○

Write-In

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(Incumbent) Republican

● Justin Holsomback
Democrat

○

Write-In

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(Incumbent)

○

Write-In

**PROPOSED CONSTITUTIONAL AMENDMENTS**

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES

○ NO

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES

○ NO

**STATEWIDE REFERENDUM**

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES

○ NO

**Turn Ballot Over To Continue Voting**

05162_00234_000003.tif scanned at: 19:38:48 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

05162_00235_000062.tif scanned at: 19:55:44 on 11/03/20.

Scanned on: ICC   Tabulator: 5162   Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**

B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(a), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

- ○ **Donald J. Trump** - President
  **Michael R. Pence** - Vice President
  (Incumbent) Republican
- ● **Joseph R. Biden** - President
  **Kamala D. Harris** - Vice President
  Democrat
- ○ **Jo Jorgensen** - President
  **Jeremy "Spike" Cohen** - Vice President
  Libertarian
- ○
  _____
  Write-in

### For United States Senate
(Vote for One)

- ○ **David A. Perdue**
  (Incumbent) Republican
- ● **Jon Ossoff**
  Democrat
- ○ **Shane Hazel**
  Libertarian
- ○
  _____
  Write-in

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ○ **Al Bartell**
  Independent
- ○ **Allen Buckley**
  Independent
- ○ **Doug Collins**
  Republican
- ○ **John Fortuin**
  Green
- ○ **Derrick E. Grayson**
  Republican
- ○ **Michael Todd Greene**
  Independent
- ○ **Annette Davis Jackson**
  Republican
- ● **Deborah Jackson**
  Democrat
- ○ **Jamesia James**
  Democrat
- ○ **A. Wayne Johnson**
  Republican
- ○ **Tamara Johnson-Shealey**
  Democrat
- ● **Matt Lieberman**
  Democrat
- ○ **Kelly Loeffler**
  (Incumbent) Republican
- ○ **Joy Felicia Slade**
  Democrat
- ○ **Brian Slowinski**
  Libertarian
- ○ **Valencia Stovall**
  Independent
- ○ **Ed Tarver**
  Democrat
- ○ **Kandiss Taylor**
  Republican
- ○ **Raphael Warnock**
  Democrat
- ○ **Richard Dien Winfield**
  Democrat
- ○
  _____
  Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

- ○ **Jason Shaw**
  (Incumbent) Republican
- ● **Robert G. Bryant**
  Democrat
- ○ **Elizabeth Melton**
  Libertarian
- ○
  _____
  Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ○ **Lauren Bubba McDonald, Jr.**
  (Incumbent) Republican
- ● **Daniel Blackman**
  Democrat
- ○ **Nathan Wilson**
  Libertarian
- ○
  _____
  Write-in

### For U.S. Representative In 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

- ○ **Karen Handel**
  Republican
- ● **Lucy McBath**
  (Incumbent) Democrat
- ○
  _____
  Write-in

### For State Senator From 56th District
(Vote for One)

- ○ **John Albers**
  (Incumbent) Republican
- ● **Sarah Beeson**
  Democrat
- ○
  _____
  Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**

B. Mail or return the spoiled ballot and envelope to your county board of registrars, a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(a), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

- ○ **Donald J. Trump** - President
  **Michael R. Pence** - Vice President
  (Incumbent) Republican
- ● **Joseph R. Biden** - President
  **Kamala D. Harris** - Vice President
  Democrat
- ○ **Jo Jorgensen** - President
  **Jeremy "Spike" Cohen** - Vice President
  Libertarian
- ○
  Write-in

### For United States Senate
(Vote for One)

- ○ **David A. Perdue**
  (Incumbent) Republican
- ● **Jon Ossoff**
  Democrat
- ○ **Shane Hazel**
  Libertarian
- ○
  Write-in

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ○ **Al Bartell** Independent
- ○ **Allen Buckley** Independent
- ○ **Doug Collins** Republican
- ○ **John Fortuin** Green
- ○ **Derrick E. Grayson** Republican
- ○ **Michael Todd Greene** Independent
- ○ **Annette Davis Jackson** Republican
- ● **Deborah Jackson** Democrat
- ○ **Jamesia James** Democrat
- ○ **A. Wayne Johnson** Republican
- ○ **Tamara Johnson-Shealey** Democrat
- ● **Matt Lieberman** Democrat
- ○ **Kelly Loeffler** (Incumbent) Republican
- ○ **Joy Felicia Slade** Democrat
- ○ **Brian Slowinski** Libertarian
- ○ **Valencia Stovall** Independent
- ○ **Ed Tarver** Democrat
- ○ **Kandiss Taylor** Republican
- ○ **Raphael Warnock** Democrat
- ○ **Richard Dien Winfield** Democrat
- ○
  Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

- ○ **Jason Shaw** (Incumbent) Republican
- ● **Robert G. Bryant** Democrat
- ○ **Elizabeth Melton** Libertarian
- ○
  Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ○ **Lauren Bubba McDonald, Jr.** (Incumbent) Republican
- ● **Daniel Blackman** Democrat
- ○ **Nathan Wilson** Libertarian
- ○
  Write-in

### For U.S. Representative In 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

- ○ **Karen Handel** Republican
- ● **Lucy McBath** (Incumbent) Democrat
- ○
  Write-in

### For State Senator From 56th District
(Vote for One)

- ○ **John Albers** (Incumbent) Republican
- ● **Sarah Beeson** Democrat
- ○
  Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(Incumbent) Democrat

○

Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○

Write-in

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(Incumbent) Democrat

○

Write-in

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

Write-in

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(Incumbent) Democrat

○

Write-in

**For Surveyor**
(Vote for One)

○

Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(Incumbent) Democrat

○

Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(Incumbent) Republican

● Justin Holsomback
Democrat

○

Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

○ Alan Toney
(Incumbent)

Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES

○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES

○ NO

## STATEWIDE REFERENDUM

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES

○ NO

**Turn Ballot Over To Continue Voting**

05162_00234_000001.tif scanned at: 19:38:46 on 11/03/20.

Scanned on: ICC    Tabulator: 5162    Batch: 234
Poll ID:   317   Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Deborah Jackson (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

05162_00235_000060.tif scanned at: 19:55:43 on 11/03/20.

Scanned on: ICC    Tabulator: 5162    Batch: 235
Poll ID:   317   Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Deborah Jackson (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

# APPENDIX 8

0
0
8
0
1
0
0
0
0
4
0
3
0
0
0
1
6
8

# FULTON COUNTY

## OFFICIAL BALLOT

### GENERAL AND SPECIAL ELECTION
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01



For President of the United States  (Vote for One) (NP)
   Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue)  (Vote for One) (NP)
   Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special  (Vote for One) (NP)
   Vote for Kelly Loeffler (I) (Rep)

For Public Service Commissioner  (Vote for One) (NP)
   Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner  (Vote for One) (NP)
   Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
   Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
   Vote for John Albers (I) (Rep)

For State Representative In the General Assembly From 48th District (Vote for One) (NP)
   Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit  (Vote for One) (NP)
   Vote for Fani Willis (Dem)

For Clerk of Superior Court  (Vote for One) (NP)
   Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff  (Vote for One) (NP)
   Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner  (Vote for One) (NP)
   Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor  (Vote for One) (NP)
   BLANK CONTEST

For Solicitor-General of State Court of Fulton County  (Vote for One) (NP)
   Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2  (Vote for One) (NP)
   Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor  (Vote fo One) (NP)
   Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
   Vote for YES

Constitutional Amendment #2 (NP)
   Vote for YES

Statewide Referendum A (NP)
   Vote for YES

1/1

0
0
8
0
1
0
0
0
0
4
0
3
0
0
0
1
6
8

# FULTON COUNTY

## OFFICIAL BALLOT

### GENERAL AND SPECIAL ELECTION
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01



For President of the United States  (Vote for One) (NP)
   Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue)  (Vote for One) (NP)
   Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special  (Vote for One) (NP)
   Vote for Kelly Loeffler (I) (Rep)

For Public Service Commissioner  (Vote for One) (NP)
   Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner  (Vote for One) (NP)
   Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
   Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
   Vote for John Albers (I) (Rep)

For State Representative In the General Assembly From 48th District (Vote for One) (NP)
   Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit  (Vote for One) (NP)
   Vote for Fani Willis (Dem)

For Clerk of Superior Court  (Vote for One) (NP)
   Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff  (Vote for One) (NP)
   Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner  (Vote for One) (NP)
   Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor  (Vote for One) (NP)
   BLANK CONTEST

For Solicitor-General of State Court of Fulton County  (Vote for One) (NP)
   Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2  (Vote for One) (NP)
   Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor  (Vote fo One) (NP)
   Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
   Vote for YES

Constitutional Amendment #2 (NP)
   Vote for YES

Statewide Referendum A (NP)
   Vote for YES

1/1

00801□0044□0001680080 1□0043□001 68

00801_00044_000168.tif scanned at: 19:00:03 on 12/01/20.

Scanned on: ICC   Tabulator: 801   Batch: 44
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00801_00043_000168.tif scanned at: 18:55:07 on 12/01/20.

Scanned on: ICC   Tabulator: 801   Batch: 43
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

0
0
8
1
0
0
0
4
0
0
0
8
3

# FULTON COUNTY

## OFFICIAL BALLOT

### GENERAL AND SPECIAL ELECTION
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01



For President of the United States  (Vote for One) (NP)
Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue)  (Vote for One) (NP)
Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special  (Vote for One) (NP)
Vote for Doug Collins (Rep)

For Public Service Commissioner  (Vote for One) (NP)
Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner  (Vote for One) (NP)
Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
Vote for John Albers (I) (Rep)

For State Representative in the General Assembly From 48th District (Vote for One) (NP)
Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit  (Vote for One) (NP)
Vote for Fani Willis (Dem)

For Clerk of Superior Court  (Vote for One) (NP)
Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff  (Vote for One) (NP)
Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner  (Vote for One) (NP)
Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor  (Vote for One) (NP)
BLANK CONTEST

For Solicitor-General of State Court of Fulton County  (Vote for One) (NP)
Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2  (Vote for One) (NP)
Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor  (Vote fo One) (NP)
Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
Vote for YES

Constitutional Amendment #2 (NP)
Vote for NO

Statewide Referendum A (NP)
Vote for YES

1/1

0
0
8
1
0
0
0
4
0
0
0
8
3

# FULTON COUNTY

## OFFICIAL BALLOT

### GENERAL AND SPECIAL ELECTION
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01



For President of the United States  (Vote for One) (NP)
Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue)  (Vote for One) (NP)
Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special  (Vote for One) (NP)
Vote for Doug Collins (Rep)

For Public Service Commissioner  (Vote for One) (NP)
Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner  (Vote for One) (NP)
Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
Vote for John Albers (I) (Rep)

For State Representative In the General Assembly From 48th District (Vote for One) (NP)
Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit  (Vote for One) (NP)
Vote for Fani Willis (Dem)

For Clerk of Superior Court  (Vote for One) (NP)
Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff  (Vote for One) (NP)
Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner  (Vote for One) (NP)
Vote for Arthur E. Ferdinand (I) (Dem)

For Surveyor  (Vote for One) (NP)
BLANK CONTEST

For Solicitor-General of State Court of Fulton County  (Vote for One) (NP)
Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2  (Vote for One) (NP)
Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor  (Vote fo One) (NP)
Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
Vote for YES

Constitutional Amendment #2 (NP)
Vote for NO

Statewide Referendum A (NP)
Vote for YES

1/1

0
0
8
0
1
☐
0
0
4
4
☐
0
0
0
8
3

0
0
8
0
1
☐
0
0
4
3
☐
0
0
0
8
3

0
0
8
0
1
□
0
0
0
4
4
□
0
0
0
0
8
3

00801_00044_000083.tif scanned at: 18:59:28 on 12/01/20.

Scanned on: ICC   Tabulator: 801   Batch: 44
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

---

0
0
8
0
1
□
0
0
0
4
3
□
0
0
0
0
8
3

00801_00043_000083.tif scanned at: 18:54:32 on 12/01/20.

Scanned on: ICC   Tabulator: 801   Batch: 43
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

0
0
8
0
1
□
0
0
0
4
3
□
0
0
0
0
4
2

# FULTON COUNTY

## OFFICIAL BALLOT

### GENERAL AND SPECIAL ELECTION
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01



For President of the United States (Vote for One) (NP)
    Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue) (Vote for One) (NP)
    Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
    Vote for Kelly Loeffler (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
    Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
    Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
    Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
    Vote for John Albers (I) (Rep)

For State Representative In the General Assembly From 48th District (Vote for One) (NP)
    Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit (Vote for One) (NP)
    Vote for Fani Willis (Dem)

For Clerk of Superior Court (Vote for One) (NP)
    Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff (Vote for One) (NP)
    Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner (Vote for One) (NP)
    Vote for Arthur E. Ferdinand (I)

For Surveyor (Vote for One) (NP)
    BLANK CONTEST

For Solicitor-General of State Court of Fulton County (Vote for One) (NP)
    Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2 (Vote for One) (NP)
    Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor (Vote for One) (NP)
    Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
    Vote for YES

Constitutional Amendment #2 (NP)
    Vote for NO

Statewide Referendum A (NP)
    Vote for YES

1/1

# FULTON COUNTY

## OFFICIAL BALLOT

### GENERAL AND SPECIAL ELECTION
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

779-RW01



For President of the United States (Vote for One) (NP)
    Vote for Donald J. Trump (I) (Rep)

For United States Senate (Perdue) (Vote for One) (NP)
    Vote for David A. Perdue (I) (Rep)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
    Vote for Kelly Loeffler (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
    Vote for Jason Shaw (I) (Rep)

For Public Service Commissioner (Vote for One) (NP)
    Vote for Lauren Bubba McDonald, Jr. (I) (Rep)

For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One) (NP)
    Vote for Karen Handel (Rep)

For State Senator From 56th District (Vote for One) (NP)
    Vote for John Albers (I) (Rep)

For State Representative In the General Assembly From 48th District (Vote for One) (NP)
    Vote for Betty Price (Rep)

For District Attorney of the Atlanta Judicial Circuit (Vote for One) (NP)
    Vote for Fani Willis (Dem)

For Clerk of Superior Court (Vote for One) (NP)
    Vote for Cathelene "Tina" Robinson (I) (Dem)

For Sheriff (Vote for One) (NP)
    Vote for Patrick "Pat" Labat (Dem)

For Tax Commissioner (Vote for One) (NP)
    Vote for Arthur E. Ferdinand (I)

For Surveyor (Vote for One) (NP)
    BLANK CONTEST

For Solicitor-General of State Court of Fulton County (Vote for One) (NP)
    Vote for Keith E. Gammage (I) (Dem)

For Fulton County Commissioner From District No. 2 (Vote for One) (NP)
    Vote for Bob Ellis (I) (Rep)

For Fulton County Soil and Water Conservation District Supervisor (Vote for One) (NP)
    Vote for Alan Toney (I)

Constitutional Amendment #1 (NP)
    Vote for YES

Constitutional Amendment #2 (NP)
    Vote for NO

Statewide Referendum A (NP)
    Vote for YES

1/1

0
0
8
0
1
☐
0
0
0
4
4
☐
0
0
0
0
4
2

0
0
8
0
1
☐
0
0
0
4
3
☐
0
0
0
0
4
2

00801_00044_000042.tif scanned at: 18:59:10 on 12/01/20.

Scanned on: ICC   Tabulator: 801   Batch: 44
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

00801_00043_000042.tif scanned at: 18:54:15 on 12/01/20.

Scanned on: ICC   Tabulator: 801   Batch: 43
Poll ID:   317   Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  NO
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**FULTON COUNTY** 779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do NOT use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do NOT circle, underline or mark through choices |
| 3. If voting for a Write-in selection, then write the name of the write-in candidate in the space provided | Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

- ● **Donald J. Trump** - President
  **Michael R. Pence** - Vice President
  **(Incumbent)** Republican

- ○ **Joseph R. Biden** - President
  **Kamala D. Harris** - Vice President
  Democrat

- ○ **Jo Jorgensen** - President
  **Jeremy "Spike" Cohen** - Vice President
  Libertarian

- ○ _____
  Write-In

### For United States Senate
(Vote for One)

- ● **David A. Perdue**
  **(Incumbent)** Republican

- ○ **Jon Ossoff**
  Democrat

- ○ **Shane Hazel**
  Libertarian

- ○ _____
  Write-In

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ○ **Al Bartell**
  Independent

- ○ **Allen Buckley**
  Independent

- ● **Doug Collins**
  Republican

- ○ **John Fortuin**
  Green

- ○ **Derrick E. Grayson**
  Republican

- ○ **Michael Todd Greene**
  Independent

- ○ **Annette Davis Jackson**
  Republican

- ○ **Deborah Jackson**
  Democrat

- ○ **Jamesia James**
  Democrat

- ○ **A. Wayne Johnson**
  Republican

- ○ **Tamara Johnson-Shealey**
  Democrat

- ○ **Matt Lieberman**
  Democrat

- ○ **Kelly Loeffler**
  **(Incumbent)** Republican

- ○ **Joy Felicia Slade**
  Democrat

- ○ **Brian Slowinski**
  Libertarian

- ○ **Valencia Stovall**
  Independent

- ○ **Ed Tarver**
  Democrat

- ○ **Kandiss Taylor**
  Republican

- ○ **Raphael Warnock**
  Democrat

- ○ **Richard Dien Winfield**
  Democrat

- ○ _____
  Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

- ● **Jason Shaw**
  **(Incumbent)** Republican

- ○ **Robert G. Bryant**
  Democrat

- ○ **Elizabeth Melton**
  Libertarian

- ○ _____
  Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ● **Lauren Bubba McDonald, Jr.**
  **(Incumbent)** Republican

- ○ **Daniel Blackman**
  Democrat

- ○ **Nathan Wilson**
  Libertarian

- ○ _____
  Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

- ○ **Karen Handel**
  Republican

- ○ **Lucy McBath**
  **(Incumbent)** Democrat

- ○ _____
  Write-In

### For State Senator From 56th District
(Vote for One)

- ● **John Albers**
  **(Incumbent)** Republican

- ○ **Sarah Beeson**
  Democrat

- ○ _____
  Write-In

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**FULTON COUNTY** 779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

To Vote — Warning (identical to left ballot)

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

### For President of the United States
(Vote for One)

- ● Donald J. Trump - President / Michael R. Pence - Vice President (Incumbent) Republican
- ○ Joseph R. Biden - President / Kamala D. Harris - Vice President Democrat
- ○ Jo Jorgensen - President / Jeremy "Spike" Cohen - Vice President Libertarian
- ○ Write-In

### For United States Senate
(Vote for One)

- ● David A. Perdue (Incumbent) Republican
- ○ Jon Ossoff Democrat
- ○ Shane Hazel Libertarian
- ○ Write-In

### SPECIAL ELECTION
### For United States Senate (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

- ○ Al Bartell Independent
- ○ Allen Buckley Independent
- ● Doug Collins Republican
- ○ John Fortuin Green
- ○ Derrick E. Grayson Republican
- ○ Michael Todd Greene Independent
- ○ Annette Davis Jackson Republican
- ○ Deborah Jackson Democrat
- ○ Jamesia James Democrat
- ○ A. Wayne Johnson Republican
- ○ Tamara Johnson-Shealey Democrat
- ○ Matt Lieberman Democrat
- ○ Kelly Loeffler (Incumbent) Republican
- ○ Joy Felicia Slade Democrat
- ○ Brian Slowinski Libertarian
- ○ Valencia Stovall Independent
- ○ Ed Tarver Democrat
- ○ Kandiss Taylor Republican
- ○ Raphael Warnock Democrat
- ○ Richard Dien Winfield Democrat
- ○ Write-In

### For Public Service Commissioner (To Succeed Jason Shaw) (Vote for One)

- ● Jason Shaw (Incumbent) Republican
- ○ Robert G. Bryant Democrat
- ○ Elizabeth Melton Libertarian
- ○ Write-In

### For Public Service Commissioner (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)

- ● Lauren Bubba McDonald, Jr. (Incumbent) Republican
- ○ Daniel Blackman Democrat
- ○ Nathan Wilson Libertarian
- ○ Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia (Vote for One)

- ○ Karen Handel Republican
- ○ Lucy McBath (Incumbent) Democrat
- ○ Write-In

### For State Senator From 56th District (Vote for One)

- ● John Albers (Incumbent) Republican
- ○ Sarah Beeson Democrat
- ○ Write-In

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

0516000074000023

### For State Representative In the General Assembly From 48th District
(Vote for One)

● Betty Price
Republican

○ Mary Robichaux
(Incumbent) Democrat

○

**Write-in**

### For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

○ Fani Willis
Democrat

○

**Write-in**

### For Clerk of Superior Court
(Vote for One)

○ Cathelene "Tina" Robinson
(Incumbent) Democrat

○

**Write-in**

### For Sheriff
(Vote for One)

○ Patrick "Pat" Labat
Democrat

○

**Write-in**

### For Tax Commissioner
(Vote for One)

○ Arthur E. Ferdinand
(Incumbent) Democrat

○

**Write-in**

### For Surveyor
(Vote for One)

○

**Write-in**

### For Solicitor-General of State Court of Fulton County
(Vote for One)

○ Keith E. Gammage
(Incumbent) Democrat

○

**Write-in**

### For Fulton County Commissioner From District No. 2
(Vote for One)

● Bob Ellis
(Incumbent) Republican

○ Justin Holsomback
Democrat

○

**Write-in**

### For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

○ Alan Toney
(Incumbent)

○

**Write-in**

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES

○ NO

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES

○ NO

## STATEWIDE REFERENDUM

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES

○ NO

**Turn Ballot Over To Continue Voting**

---

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

0516000067000008

### For State Representative In the General Assembly From 48th District
(Vote for One)

● Betty Price
Republican

○ Mary Robichaux
(Incumbent) Democrat

○

**Write-in**

### For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

○ Fani Willis
Democrat

○

**Write-in**

### For Clerk of Superior Court
(Vote for One)

○ Cathelene "Tina" Robinson
(Incumbent) Democrat

○

**Write-in**

### For Sheriff
(Vote for One)

○ Patrick "Pat" Labat
Democrat

○

**Write-in**

### For Tax Commissioner
(Vote for One)

○ Arthur E. Ferdinand
(Incumbent) Democrat

○

**Write-in**

### For Surveyor
(Vote for One)

○

**Write-in**

### For Solicitor-General of State Court of Fulton County
(Vote for One)

○ Keith E. Gammage
(Incumbent) Democrat

○

**Write-in**

### For Fulton County Commissioner From District No. 2
(Vote for One)

● Bob Ellis
(Incumbent) Republican

○ Justin Holsomback
Democrat

○

**Write-in**

### For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

○ Alan Toney
(Incumbent)

○

**Write-in**

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES

○ NO

**- 2 -**

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES

○ NO

## STATEWIDE REFERENDUM

**- A -**

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES

○ NO

**Turn Ballot Over To Continue Voting**

05160_00074_000023.tif scanned at: 13:01:06 on 11/30/20.

Scanned on: ICC   Tabulator: 5160   Batch: 74
Poll ID:  317  Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  BLANK CONTEST

05160_00067_000008.tif scanned at: 12:53:08 on 11/30/20.

Scanned on: ICC   Tabulator: 5160   Batch: 67
Poll ID:  317  Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  BLANK CONTEST

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT**
**OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a))*

### For President of the United States
(Vote for One)

- ● Donald J. Trump - President
  Michael R. Pence - Vice President
  (Incumbent) Republican
- ○ Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat
- ○ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian
- ○
  Write-In

### For United States Senate
(Vote for One)

- ● David A. Perdue
  (Incumbent) Republican
- ○ Jon Ossoff
  Democrat
- ○ Shane Hazel
  Libertarian
- ○
  Write-In

## SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ○ Al Bartell
  Independent
- ○ Allen Buckley
  Independent
- ○ Doug Collins
  Republican
- ○ John Fortuin
  Green
- ○ Derrick E. Grayson
  Republican
- ○ Michael Todd Greene
  Independent
- ○ Annette Davis Jackson
  Republican
- ○ Deborah Jackson
  Democrat
- ○ Jamesia James
  Democrat
- ○ A. Wayne Johnson
  Republican
- ○ Tamara Johnson-Shealey
  Democrat
- ○ Matt Lieberman
  Democrat
- ● Kelly Loeffler
  (Incumbent) Republican
- ○ Joy Felicia Slade
  Democrat
- ○ Brian Slowinski
  Libertarian
- ○ Valencia Stovall
  Independent
- ○ Ed Tarver
  Democrat
- ○ Kandiss Taylor
  Republican
- ○ Raphael Warnock
  Democrat
- ○ Richard Dien Winfield
  Democrat
- ○
  Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)

- ● Jason Shaw
  (Incumbent) Republican
- ○ Robert G. Bryant
  Democrat
- ○ Elizabeth Melton
  Libertarian
- ○
  Write-In

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ● Lauren Bubba McDonald, Jr.
  (Incumbent) Republican
- ○ Daniel Blackman
  Democrat
- ○ Nathan Wilson
  Libertarian
- ○
  Write-In

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

- ● Karen Handel
  Republican
- ○ Lucy McBath
  (Incumbent) Democrat
- ○
  Write-In

### For State Senator From 56th District
(Vote for One)

- ● John Albers
  (Incumbent) Republican
- ○ Sarah Beeson
  Democrat
- ○
  Write-In

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

FULTON COUNTY
779-RW01

OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT
OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

For President of the United States — Donald J. Trump (selected)
For United States Senate — David A. Perdue (selected)
SPECIAL ELECTION — For United States Senate — Kelly Loeffler (selected)
For Public Service Commissioner (To Succeed Jason Shaw) — Jason Shaw (selected)
For Public Service Commissioner (To Succeed Lauren Bubba McDonald, Jr.) — Lauren Bubba McDonald, Jr. (selected)
For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia — Karen Handel (selected)
For State Senator From 56th District — John Albers (selected)

Turn Ballot Over To Continue Voting

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

FULTON COUNTY
779-RW01

OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT
OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

For President of the United States — Donald J. Trump (selected)
For United States Senate — David A. Perdue (selected)
SPECIAL ELECTION — For United States Senate — Kelly Loeffler (selected)
For Public Service Commissioner (To Succeed Jason Shaw) — Jason Shaw (selected)
For Public Service Commissioner (To Succeed Lauren Bubba McDonald, Jr.) — Lauren Bubba McDonald, Jr. (selected)
For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia — Karen Handel (selected)
For State Senator From 56th District — John Albers (selected)

Turn Ballot Over To Continue Voting

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**Ballot 1** (0079400070000024)

For State Representative
In the General Assembly From
48th District
(Vote for One)

● Betty Price
Republican

○ Mary Robichaux
(Incumbent) Democrat

○ _____
Write-In

For District Attorney of the
Atlanta Judicial Circuit
(Vote for One)

○ Fani Willis
Democrat

○ _____
Write-In

For Clerk of Superior Court
(Vote for One)

○ Cathelene "Tina" Robinson
(Incumbent) Democrat

○ _____
Write-In

For Sheriff
(Vote for One)

○ Patrick "Pat" Labat
Democrat

○ _____
Write-In

For Tax Commissioner
(Vote for One)

○ Arthur E. Ferdinand
(Incumbent) Democrat

○ _____
Write-In

For Surveyor
(Vote for One)

○ _____
Write-In

For Solicitor-General of
State Court of Fulton County
(Vote for One)

○ Keith E. Gammage
(Incumbent) Democrat

○ _____
Write-In

For Fulton County Commissioner
From District No. 2
(Vote for One)

● Bob Ellis
(Incumbent) Republican

○ Justin Holsomback
Democrat

○ _____
Write-In

For Fulton County Soil and Water
Conservation District Supervisor
(Vote for One)

○ Alan Toney
(Incumbent)

○ _____
Write-In

PROPOSED
CONSTITUTIONAL
AMENDMENTS

- 1 -

Authorizes dedication of fees and
taxes to their intended purposes by
general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so
as to authorize the General Assembly to dedicate
revenues derived from fees or taxes to the public
purpose for which such fees or taxes were
intended?"

● YES
○ NO

- 2 -

Waives state and local sovereign
immunity for violation of state laws,
state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to
waive sovereign immunity and allow the people
of Georgia to petition the superior court for relief
from governmental acts done outside the scope
of lawful authority or which violate the laws of this
state, the Constitution of Georgia, or the
Constitution of the United States?"

● YES
○ NO

STATEWIDE
REFERENDUM

- A -

Establishes a tax exemption for
certain real property owned by
charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an
exemption from ad valorem taxes for all real
property owned by a purely public charity, if such
charity is exempt from taxation under Section
501(c)(3) of the federal Internal Revenue Code
and such real property is held exclusively for the
purpose of building or repairing single-family
homes to be financed by such charity to
individuals using loans that shall not bear
interest?"

● YES
○ NO

Turn Ballot Over To Continue Voting

---

**Ballot 2** (0079100026000091)

For State Representative
In the General Assembly From
48th District
(Vote for One)

● Betty Price
Republican

○ Mary Robichaux
(Incumbent) Democrat

○ _____
Write-In

For District Attorney of the
Atlanta Judicial Circuit
(Vote for One)

○ Fani Willis
Democrat

○ _____
Write-In

For Clerk of Superior Court
(Vote for One)

○ Cathelene "Tina" Robinson
(Incumbent) Democrat

○ _____
Write-In

For Sheriff
(Vote for One)

○ Patrick "Pat" Labat
Democrat

○ _____
Write-In

For Tax Commissioner
(Vote for One)

○ Arthur E. Ferdinand
(Incumbent) Democrat

○ _____
Write-In

For Surveyor
(Vote for One)

○ _____
Write-In

For Solicitor-General of
State Court of Fulton County
(Vote for One)

○ Keith E. Gammage
(Incumbent) Democrat

○ _____
Write-In

For Fulton County Commissioner
From District No. 2
(Vote for One)

● Bob Ellis
(Incumbent) Republican

○ Justin Holsomback
Democrat

○ _____
Write-In

For Fulton County Soil and Water
Conservation District Supervisor
(Vote for One)

○ Alan Toney
(Incumbent)

○ _____
Write-In

PROPOSED
CONSTITUTIONAL
AMENDMENTS

- 1 -

Authorizes dedication of fees and
taxes to their intended purposes by
general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so
as to authorize the General Assembly to dedicate
revenues derived from fees or taxes to the public
purpose for which such fees or taxes were
intended?"

● YES
○ NO

- 2 -

Waives state and local sovereign
immunity for violation of state laws,
state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to
waive sovereign immunity and allow the people
of Georgia to petition the superior court for relief
from governmental acts done outside the scope
of lawful authority or which violate the laws of this
state, the Constitution of Georgia, or the
Constitution of the United States?"

● YES
○ NO

STATEWIDE
REFERENDUM

- A -

Establishes a tax exemption for
certain real property owned by
charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an
exemption from ad valorem taxes for all real
property owned by a purely public charity, if such
charity is exempt from taxation under Section
501(c)(3) of the federal Internal Revenue Code
and such real property is held exclusively for the
purpose of building or repairing single-family
homes to be financed by such charity to
individuals using loans that shall not bear
interest?"

○ YES
● NO

Turn Ballot Over To Continue Voting

---

**Ballot 3** (0079100019000010)

For State Representative
In the General Assembly From
48th District
(Vote for One)

● Betty Price
Republican

○ Mary Robichaux
(Incumbent) Democrat

○ _____
Write-In

For District Attorney of the
Atlanta Judicial Circuit
(Vote for One)

○ Fani Willis
Democrat

○ _____
Write-In

For Clerk of Superior Court
(Vote for One)

○ Cathelene "Tina" Robinson
(Incumbent) Democrat

○ _____
Write-In

For Sheriff
(Vote for One)

○ Patrick "Pat" Labat
Democrat

○ _____
Write-In

For Tax Commissioner
(Vote for One)

○ Arthur E. Ferdinand
(Incumbent) Democrat

○ _____
Write-In

For Surveyor
(Vote for One)

○ _____
Write-In

For Solicitor-General of
State Court of Fulton County
(Vote for One)

○ Keith E. Gammage
(Incumbent) Democrat

○ _____
Write-In

For Fulton County Commissioner
From District No. 2
(Vote for One)

● Bob Ellis
(Incumbent) Republican

○ Justin Holsomback
Democrat

○ _____
Write-In

For Fulton County Soil and Water
Conservation District Supervisor
(Vote for One)

○ Alan Toney
(Incumbent)

○ _____
Write-In

PROPOSED
CONSTITUTIONAL
AMENDMENTS

- 1 -

Authorizes dedication of fees and
taxes to their intended purposes by
general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so
as to authorize the General Assembly to dedicate
revenues derived from fees or taxes to the public
purpose for which such fees or taxes were
intended?"

● YES
○ NO

- 2 -

Waives state and local sovereign
immunity for violation of state laws,
state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to
waive sovereign immunity and allow the people
of Georgia to petition the superior court for relief
from governmental acts done outside the scope
of lawful authority or which violate the laws of this
state, the Constitution of Georgia, or the
Constitution of the United States?"

● YES
○ NO

STATEWIDE
REFERENDUM

- A -

Establishes a tax exemption for
certain real property owned by
charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an
exemption from ad valorem taxes for all real
property owned by a purely public charity, if such
charity is exempt from taxation under Section
501(c)(3) of the federal Internal Revenue Code
and such real property is held exclusively for the
purpose of building or repairing single-family
homes to be financed by such charity to
individuals using loans that shall not bear
interest?"

● YES
● NO

Turn Ballot Over To Continue Voting

Case 1:17-cv-02989-AT Document 1585-4 Filed 01/07/21 Page 188 of 197

00794_00017_000024.tif scanned at: 12:40:00 on 12/02/20.

Scanned on: ICC  Tabulator: 794  Batch: 17
Poll ID:  317  Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (i) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO

---

00791_00026_000091.tif scanned at: 09:35:06 on 12/01/20.

Scanned on: ICC  Tabulator: 791  Batch: 26
Poll ID:  317  Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (i) (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO

---

00791_00019_000010.tif scanned at: 15:20:59 on 11/30/20.

Scanned on: ICC  Tabulator: 791  Batch: 19
Poll ID:  317  Ballot ID: 676

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  David A. Perdue (I) (Rep)
US Senate (Loeffler) - Special
  Kelly Loeffler (I) (Rep)
Public Service Commission District 1
  Jason Shaw (I) (Rep)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  Betty Price (Rep)
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 2
  Bob Ellis (Rep)
Soil and Water - Fulton County
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  NO

00794□00017□000029

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY

779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020

INSTRUCTIONS:

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

**For President of the United States** (Vote for One)

- ○ Donald J. Trump - President, Michael R. Pence - Vice President, (Incumbent) Republican
- ● Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
- ○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
- ○ Write-In

**For United States Senate** (Vote for One)

- ○ David A. Perdue, (Incumbent) Republican
- ● Jon Ossoff, Democrat
- ○ Shane Hazel, Libertarian
- ○ Write-In

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

- ○ Al Bartell, Independent
- ○ Allen Buckley, Independent
- ○ Doug Collins, Republican
- ○ John Fortuin, Green
- ○ Derrick E. Grayson, Republican
- ○ Michael Todd Greene, Independent
- ○ Annette Davis Jackson, Republican
- ○ Deborah Jackson, Democrat
- ○ Jamesia James, Democrat
- ○ A. Wayne Johnson, Republican
- ○ Tamara Johnson-Shealey, Democrat
- ○ Matt Lieberman, Democrat
- ○ Kelly Loeffler, (Incumbent) Republican
- ○ Joy Felicia Slade, Democrat
- ○ Brian Slowinski, Libertarian
- ○ Valencia Stovall, Independent
- ○ Ed Tarver, Democrat
- ○ Kandiss Taylor, Republican
- ● Raphael Warnock, Democrat
- ○ Richard Dien Winfield, Democrat
- ○ Write-In

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)

- ○ Jason Shaw, (Incumbent) Republican
- ● Robert G. Bryant, Democrat
- ○ Elizabeth Melton, Libertarian
- ○ Write-In

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)

- ○ Lauren Bubba McDonald, Jr., (Incumbent) Republican
- ● Daniel Blackman, Democrat
- ○ Nathan Wilson, Libertarian
- ○ Write-In

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

- ○ Karen Handel, Republican
- ● Lucy McBath, (Incumbent) Democrat
- ○ Write-In

**For State Senator From 56th District** (Vote for One)

- ○ John Albers, (Incumbent) Republican
- ● Sarah Beeson, Democrat
- ○ Write-In

Turn Ballot Over To Continue Voting

---

00791□00026□000086

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY

779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020

INSTRUCTIONS:

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

**For President of the United States** (Vote for One)

- ○ Donald J. Trump - President, Michael R. Pence - Vice President, (Incumbent) Republican
- ● Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
- ○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
- ○ Write-In

**For United States Senate** (Vote for One)

- ○ David A. Perdue, (Incumbent) Republican
- ● Jon Ossoff, Democrat
- ○ Shane Hazel, Libertarian
- ○ Write-In

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

- ○ Al Bartell, Independent
- ○ Allen Buckley, Independent
- ○ Doug Collins, Republican
- ○ John Fortuin, Green
- ○ Derrick E. Grayson, Republican
- ○ Michael Todd Greene, Independent
- ○ Annette Davis Jackson, Republican
- ○ Deborah Jackson, Democrat
- ○ Jamesia James, Democrat
- ○ A. Wayne Johnson, Republican
- ○ Tamara Johnson-Shealey, Democrat
- ○ Matt Lieberman, Democrat
- ○ Kelly Loeffler, (Incumbent) Republican
- ○ Joy Felicia Slade, Democrat
- ○ Brian Slowinski, Libertarian
- ○ Valencia Stovall, Independent
- ○ Ed Tarver, Democrat
- ○ Kandiss Taylor, Republican
- ● Raphael Warnock, Democrat
- ○ Richard Dien Winfield, Democrat
- ○ Write-In

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)

- ○ Jason Shaw, (Incumbent) Republican
- ● Robert G. Bryant, Democrat
- ○ Elizabeth Melton, Libertarian
- ○ Write-In

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)

- ○ Lauren Bubba McDonald, Jr., (Incumbent) Republican
- ● Daniel Blackman, Democrat
- ○ Nathan Wilson, Libertarian
- ○ Write-In

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

- ○ Karen Handel, Republican
- ● Lucy McBath, (Incumbent) Democrat
- ○ Write-In

**For State Senator From 56th District** (Vote for One)

- ○ John Albers, (Incumbent) Republican
- ● Sarah Beeson, Democrat
- ○ Write-In

Turn Ballot Over To Continue Voting

---

00791□00019□000015

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY

779-RW01

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA NOVEMBER 3, 2020

INSTRUCTIONS:

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot<br>2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote<br>3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do NOT use red ink or felt tip pen to mark ballot<br>Do NOT circle, underline or mark through choices<br>Do NOT use check marks or X to mark ballot<br>Do NOT mark more choices per race than allowed<br>Do NOT sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

**For President of the United States** (Vote for One)

- ○ Donald J. Trump - President, Michael R. Pence - Vice President, (Incumbent) Republican
- ● Joseph R. Biden - President, Kamala D. Harris - Vice President, Democrat
- ○ Jo Jorgensen - President, Jeremy "Spike" Cohen - Vice President, Libertarian
- ○ Write-In

**For United States Senate** (Vote for One)

- ○ David A. Perdue, (Incumbent) Republican
- ● Jon Ossoff, Democrat
- ○ Shane Hazel, Libertarian
- ○ Write-In

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

- ○ Al Bartell, Independent
- ○ Allen Buckley, Independent
- ○ Doug Collins, Republican
- ○ John Fortuin, Green
- ○ Derrick E. Grayson, Republican
- ○ Michael Todd Greene, Independent
- ○ Annette Davis Jackson, Republican
- ○ Deborah Jackson, Democrat
- ○ Jamesia James, Democrat
- ○ A. Wayne Johnson, Republican
- ○ Tamara Johnson-Shealey, Democrat
- ○ Matt Lieberman, Democrat
- ○ Kelly Loeffler, (Incumbent) Republican
- ○ Joy Felicia Slade, Democrat
- ○ Brian Slowinski, Libertarian
- ○ Valencia Stovall, Independent
- ○ Ed Tarver, Democrat
- ○ Kandiss Taylor, Republican
- ● Raphael Warnock, Democrat
- ○ Richard Dien Winfield, Democrat
- ○ Write-In

**For Public Service Commissioner** (To Succeed Jason Shaw) (Vote for One)

- ○ Jason Shaw, (Incumbent) Republican
- ● Robert G. Bryant, Democrat
- ○ Elizabeth Melton, Libertarian
- ○ Write-In

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.) (Vote for One)

- ○ Lauren Bubba McDonald, Jr., (Incumbent) Republican
- ● Daniel Blackman, Democrat
- ○ Nathan Wilson, Libertarian
- ○ Write-In

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

- ○ Karen Handel, Republican
- ● Lucy McBath, (Incumbent) Democrat
- ○ Write-In

**For State Senator From 56th District** (Vote for One)

- ○ John Albers, (Incumbent) Republican
- ● Sarah Beeson, Democrat
- ○ Write-In

Turn Ballot Over To Continue Voting

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**0794007000029**

## For State Representative In the General Assembly From 48th District
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(incumbent) Democrat

○ 
Write-In

## For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

● Fani Willis
Democrat

○ 
Write-In

## For Clerk of Superior Court
(Vote for One)

● Catheiene "Tina" Robinson
(incumbent) Democrat

○ 
Write-In

## For Sheriff
(Vote for One)

● Patrick "Pat" Labat
Democrat

○ 
Write-In

## For Tax Commissioner
(Vote for One)

● Arthur E. Ferdinand
(incumbent) Democrat

○ 
Write-In

## For Surveyor
(Vote for One)

○ 
Write-In

## For Solicitor-General of State Court of Fulton County
(Vote for One)

● Keith E. Gammage
(incumbent) Democrat

○ 
Write-In

## For Fulton County Commissioner From District No. 2
(Vote for One)

○ Bob Ellis
(incumbent) Republican

● Justin Holsomback
Democrat

○ 
Write-In

## For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

● Alan Toney
(incumbent)

○ 
Write-In

## PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

## STATEWIDE REFERENDUM

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

---

**0791000260086**

## For State Representative In the General Assembly From 48th District
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(incumbent) Democrat

○ 
Write-In

## For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

● Fani Willis
Democrat

○ 
Write-In

## For Clerk of Superior Court
(Vote for One)

● Catheiene "Tina" Robinson
(incumbent) Democrat

○ 
Write-In

## For Sheriff
(Vote for One)

● Patrick "Pat" Labat
Democrat

○ 
Write-In

## For Tax Commissioner
(Vote for One)

● Arthur E. Ferdinand
(incumbent) Democrat

○ 
Write-In

## For Surveyor
(Vote for One)

○ 
Write-In

## For Solicitor-General of State Court of Fulton County
(Vote for One)

● Keith E. Gammage
(incumbent) Democrat

○ 
Write-In

## For Fulton County Commissioner From District No. 2
(Vote for One)

○ Bob Ellis
(incumbent) Republican

● Justin Holsomback
Democrat

○ 
Write-In

## For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

● Alan Toney
(incumbent)

○ 
Write-In

## PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

## STATEWIDE REFERENDUM

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

---

**0791009000005**

## For State Representative In the General Assembly From 48th District
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(incumbent) Democrat

○ 
Write-In

## For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

● Fani Willis
Democrat

○ 
Write-In

## For Clerk of Superior Court
(Vote for One)

● Catheiene "Tina" Robinson
(incumbent) Democrat

○ 
Write-In

## For Sheriff
(Vote for One)

● Patrick "Pat" Labat
Democrat

○ 
Write-In

## For Tax Commissioner
(Vote for One)

● Arthur E. Ferdinand
(incumbent) Democrat

○ 
Write-In

## For Surveyor
(Vote for One)

○ 
Write-In

## For Solicitor-General of State Court of Fulton County
(Vote for One)

● Keith E. Gammage
(incumbent) Democrat

○ 
Write-In

## For Fulton County Commissioner From District No. 2
(Vote for One)

○ Bob Ellis
(incumbent) Republican

● Justin Holsomback
Democrat

○ 
Write-In

## For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

● Alan Toney
(incumbent)

○ 
Write-In

## PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

## STATEWIDE REFERENDUM

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

---

**Turn Ballot Over To Continue Voting**

Case 1:17-cv-02989-AT   Document 1665-4   Filed 01/07/21   Page 191 of 197

00794_00017_000029.tif scanned at: 12:40:03 on 12/02/20.

Scanned on: ICC  Tabulator: 794  Batch: 17
Poll ID:  317  Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00791_00026_000086.tif scanned at: 09:35:02 on 12/01/20.

Scanned on: ICC  Tabulator: 791  Batch: 26
Poll ID:  317  Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00791_00019_000015.tif scanned at: 15:21:03 on 11/30/20.

Scanned on: ICC  Tabulator: 791  Batch: 19
Poll ID:  317  Ballot ID: 676

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Justin Holsomback (Dem)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## FULTON COUNTY
### 779-RW01

**OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT**

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

**INSTRUCTIONS:**

To Vote
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

Warning
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

If you make a mistake or change your mind on a selection:

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

If you decide to vote in-person: Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○

Write-in

### For United States Senate
(Vote for One)

○ David A. Perdue
Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○

Write-in

### SPECIAL ELECTION

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○

Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○

Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
(Incumbent) Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○

Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

● Lucy McBath
(Incumbent) Democrat

○

Write-in

### For State Senator From 56th District
(Vote for One)

○ John Albers
(Incumbent) Republican

● Sarah Beeson
Democrat

○

Write-in

**Turn Ballot Over To Continue Voting**

---

## FULTON COUNTY
### 779-RW01

**OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT**

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

**INSTRUCTIONS:**

To Vote
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

Warning
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○

Write-in

### For United States Senate
(Vote for One)

○ David A. Perdue
Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○

Write-in

### SPECIAL ELECTION

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○

Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○

Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
(Incumbent) Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○

Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

● Lucy McBath
(Incumbent) Democrat

○

Write-in

### For State Senator From 56th District
(Vote for One)

○ John Albers
(Incumbent) Republican

● Sarah Beeson
Democrat

○

Write-in

**Turn Ballot Over To Continue Voting**

---

## FULTON COUNTY
### 779-RW01

**OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT**

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

**INSTRUCTIONS:**

To Vote
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided

Warning
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○

Write-in

### For United States Senate
(Vote for One)

○ David A. Perdue
Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○

Write-in

### SPECIAL ELECTION

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○

Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○

Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

● Lauren Bubba McDonald, Jr.
(Incumbent) Republican

○ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○

Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

○ Karen Handel
Republican

● Lucy McBath
(Incumbent) Democrat

○

Write-in

### For State Senator From 56th District
(Vote for One)

○ John Albers
(Incumbent) Republican

● Sarah Beeson
Democrat

○

Write-in

**Turn Ballot Over To Continue Voting**

00794□00018□000001

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

- ○ Betty Price, Republican
- ● Mary Robichaux, (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

- ● Fani Willis, Democrat
- ○ Write-in

**For Clerk of Superior Court**
(Vote for One)

- ● Cathelene "Tina" Robinson, (Incumbent) Democrat
- ○ Write-in

**For Sheriff**
(Vote for One)

- ● Patrick "Pat" Labat, Democrat
- ○ Write-in

**For Tax Commissioner**
(Vote for One)

- ● Arthur E. Ferdinand, (Incumbent) Democrat
- ○ Write-in

**For Surveyor**
(Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

- ● Keith E. Gammage, (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

- ● Bob Ellis, (Incumbent) Republican
- ○ Justin Holsomback, Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

- ● Alan Toney, (Incumbent)
- ○ Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

## STATEWIDE REFERENDUM

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

00791□00026□000009

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

- ○ Betty Price, Republican
- ● Mary Robichaux, (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

- ● Fani Willis, Democrat
- ○ Write-in

**For Clerk of Superior Court**
(Vote for One)

- ● Cathelene "Tina" Robinson, (Incumbent) Democrat
- ○ Write-in

**For Sheriff**
(Vote for One)

- ● Patrick "Pat" Labat, Democrat
- ○ Write-in

**For Tax Commissioner**
(Vote for One)

- ● Arthur E. Ferdinand, (Incumbent) Democrat
- ○ Write-in

**For Surveyor**
(Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

- ● Keith E. Gammage, (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

- ● Bob Ellis, (Incumbent) Republican
- ○ Justin Holsomback, Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

- ● Alan Toney, (Incumbent)
- ○ Write-in

PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

STATEWIDE REFERENDUM

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

00791□00019□000092

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

- ○ Betty Price, Republican
- ● Mary Robichaux, (Incumbent) Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

- ● Fani Willis, Democrat
- ○ Write-in

**For Clerk of Superior Court**
(Vote for One)

- ● Cathelene "Tina" Robinson, (Incumbent) Democrat
- ○ Write-in

**For Sheriff**
(Vote for One)

- ● Patrick "Pat" Labat, Democrat
- ○ Write-in

**For Tax Commissioner**
(Vote for One)

- ● Arthur E. Ferdinand, (Incumbent) Democrat
- ○ Write-in

**For Surveyor**
(Vote for One)

- ○ Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

- ● Keith E. Gammage, (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 2**
(Vote for One)

- ● Bob Ellis, (Incumbent) Republican
- ○ Justin Holsomback, Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

- ● Alan Toney, (Incumbent)
- ○ Write-in

PROPOSED CONSTITUTIONAL AMENDMENTS

- 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ● YES
- ○ NO

- 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ● YES
- ○ NO

STATEWIDE REFERENDUM

- A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ● YES
- ○ NO

Turn Ballot Over To Continue Voting

Case 1:17-cv-02989-AT   Document 1585-4   Filed 01/07/21   Page 194 of 197

00794_00018_000001.tif scanned at: 12:43:08 on 12/02/20.

Scanned on: ICC   Tabulator: 794   Batch:  18
Poll ID:  317  Ballot ID: 676

**President of the United States**
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00791_00026_000009.tif scanned at: 09:33:52 on 12/01/20.

Scanned on: ICC   Tabulator: 791   Batch:  26
Poll ID:  317  Ballot ID: 676

**President of the United States**
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

00791_00019_000092.tif scanned at: 15:33:09 on 11/30/20.

Scanned on: ICC   Tabulator: 791   Batch:  19
Poll ID:  317  Ballot ID: 676

**President of the United States**
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Lauren Bubba McDonald, Jr. (I) (Rep)
US House District 6
  Lucy McBath (I) (Dem)
State Senate District 56
  Sarah Beeson (Dem)
State House District 48
  Mary Robichaux (I) (Dem)
District Attorney - Atlanta
  Fani Willis (Dem)
Clerk of Superior Court
  Cathelene "Tina" Robinson (I) (Dem)
Sheriff
  Patrick "Pat" Labat (Dem)
Tax Commissioner
  Arthur E. Ferdinand (I) (Dem)
Surveyor
  BLANK CONTEST
Solicitor General
  Keith E. Gammage (I) (Dem)
County Commission District 2
  Bob Ellis (I) (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## Ballot 1

0794000180001

**FULTON COUNTY**
779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot.
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote.
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided.

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you.

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-384(a), 21-2-385(h) and 21-2-383(a))*

| For President of the United States (Vote for One) | For United States Senate (To Succeed Johnny Isakson, Resigned) | SPECIAL ELECTION |
|---|---|---|

**For President of the United States** (Vote for One)

○ Donald J. Trump - President
  Michael R. Pence - Vice President
  **(incumbent)** Republican

● Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat

○ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian

○

Write-in

**For United States Senate** (Vote for One)

● David A. Perdue
  **(incumbent)** Republican

○ Jon Ossoff
  Democrat

○ Shane Hazel
  Libertarian

○

Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

○ Al Bartell
  Independent

○ Allen Buckley
  Independent

○ Doug Collins
  Republican

○ John Fortuin
  Green

○ Derrick E. Grayson
  Republican

○ Michael Todd Greene
  Independent

○ Annette Davis Jackson
  Republican

○ Deborah Jackson
  Democrat

○ Jamesia James
  Democrat

○ A. Wayne Johnson
  Republican

○ Tamara Johnson-Shealey
  Democrat

○ Matt Lieberman
  Democrat

○ Kelly Loeffler
  **(incumbent)** Republican

○ Joy Felicia Slade
  Democrat

○ Brian Slowinski
  Libertarian

○ Valencia Stovall
  Independent

○ Ed Tarver
  Democrat

○ Kandiss Taylor
  Republican

● Raphael Warnock
  Democrat

○ Richard Dien Winfield
  Democrat

○

Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw)

○ Jason Shaw
  **(incumbent)** Republican

● Robert G. Bryant
  Democrat

○ Elizabeth Melton
  Libertarian

○

Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.)

○ Lauren Bubba McDonald, Jr.
  **(incumbent)** Republican

● Daniel Blackman
  Democrat

○ Nathan Wilson
  Libertarian

○

Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

○ Karen Handel
  Republican

● Lucy McBath
  **(incumbent)** Democrat

○

Write-in

**For State Senator From 56th District** (Vote for One)

○ John Albers
  **(incumbent)** Republican

● Sarah Beeson
  Democrat

○

Write-in

**Turn Ballot Over To Continue Voting**

---

## Ballot 2

0791000260019

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**FULTON COUNTY**
779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot.
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote.
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided.

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you.

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-384(a), 21-2-385(h) and 21-2-383(a))*

**For President of the United States** (Vote for One)

○ Donald J. Trump - President
  Michael R. Pence - Vice President
  **(incumbent)** Republican

● Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat

○ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian

○

Write-in

**For United States Senate** (Vote for One)

○ David A. Perdue
  **(incumbent)** Republican

● Jon Ossoff
  Democrat

○ Shane Hazel
  Libertarian

○

Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

○ Al Bartell
  Independent

○ Allen Buckley
  Independent

○ Doug Collins
  Republican

○ John Fortuin
  Green

○ Derrick E. Grayson
  Republican

○ Michael Todd Greene
  Independent

○ Annette Davis Jackson
  Republican

○ Deborah Jackson
  Democrat

○ Jamesia James
  Democrat

○ A. Wayne Johnson
  Republican

○ Tamara Johnson-Shealey
  Democrat

○ Matt Lieberman
  Democrat

○ Kelly Loeffler
  **(incumbent)** Republican

○ Joy Felicia Slade
  Democrat

○ Brian Slowinski
  Libertarian

○ Valencia Stovall
  Independent

○ Ed Tarver
  Democrat

○ Kandiss Taylor
  Republican

● Raphael Warnock
  Democrat

○ Richard Dien Winfield
  Democrat

○

Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw)

○ Jason Shaw
  **(incumbent)** Republican

● Robert G. Bryant
  Democrat

○ Elizabeth Melton
  Libertarian

○

Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.)

○ Lauren Bubba McDonald, Jr.
  **(incumbent)** Republican

● Daniel Blackman
  Democrat

○ Nathan Wilson
  Libertarian

○

Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

○ Karen Handel
  Republican

● Lucy McBath
  **(incumbent)** Democrat

○

Write-in

**For State Senator From 56th District** (Vote for One)

○ John Albers
  **(incumbent)** Republican

● Sarah Beeson
  Democrat

○

Write-in

**Turn Ballot Over To Continue Voting**

---

## Ballot 3

0791000190002

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**FULTON COUNTY**
779-RW01

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot.
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote.
3. If voting for a Write-in candidate, completely fill in the empty oval to the left of the Write-in selection, then write the name of the write-in candidate in the space provided.

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**
A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you.

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." (O.C.G.A. 21-2-384(a), 21-2-385(h) and 21-2-383(a))*

**For President of the United States** (Vote for One)

○ Donald J. Trump - President
  Michael R. Pence - Vice President
  **(incumbent)** Republican

● Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat

○ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian

○

Write-in

**For United States Senate** (Vote for One)

○ David A. Perdue
  **(incumbent)** Republican

● Jon Ossoff
  Democrat

○ Shane Hazel
  Libertarian

○

Write-in

**SPECIAL ELECTION**

**For United States Senate** (To Fill the Unexpired Term of Johnny Isakson, Resigned) (Vote for One)

○ Al Bartell
  Independent

○ Allen Buckley
  Independent

○ Doug Collins
  Republican

○ John Fortuin
  Green

○ Derrick E. Grayson
  Republican

○ Michael Todd Greene
  Independent

○ Annette Davis Jackson
  Republican

○ Deborah Jackson
  Democrat

○ Jamesia James
  Democrat

○ A. Wayne Johnson
  Republican

○ Tamara Johnson-Shealey
  Democrat

○ Matt Lieberman
  Democrat

○ Kelly Loeffler
  **(incumbent)** Republican

○ Joy Felicia Slade
  Democrat

○ Brian Slowinski
  Libertarian

○ Valencia Stovall
  Independent

○ Ed Tarver
  Democrat

○ Kandiss Taylor
  Republican

● Raphael Warnock
  Democrat

○ Richard Dien Winfield
  Democrat

○

Write-in

**For Public Service Commissioner** (To Succeed Jason Shaw)

○ Jason Shaw
  **(incumbent)** Republican

● Robert G. Bryant
  Democrat

○ Elizabeth Melton
  Libertarian

○

Write-in

**For Public Service Commissioner** (To Succeed Lauren Bubba McDonald, Jr.)

○ Lauren Bubba McDonald, Jr.
  **(incumbent)** Republican

● Daniel Blackman
  Democrat

○ Nathan Wilson
  Libertarian

○

Write-in

**For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia** (Vote for One)

○ Karen Handel
  Republican

● Lucy McBath
  **(incumbent)** Democrat

○

Write-in

**For State Senator From 56th District** (Vote for One)

○ John Albers
  **(incumbent)** Republican

● Sarah Beeson
  Democrat

○

Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(incumbent) Democrat

○
Write-In

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○
Write-In

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(incumbent) Democrat

○
Write-In

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○
Write-In

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(incumbent) Democrat

○
Write-In

**For Surveyor**
(Vote for One)

○
Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(incumbent) Democrat

○
Write-In

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(incumbent) Republican

● Justin Holsomback
Democrat

○
Write-In

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(incumbent)

○
Write-In

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

**STATEWIDE REFERENDUM**

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES
● NO

Turn Ballot Over To Continue Voting

---

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(incumbent) Democrat

○
Write-In

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○
Write-In

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(incumbent) Democrat

○
Write-In

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○
Write-In

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(incumbent) Democrat

○
Write-In

**For Surveyor**
(Vote for One)

○
Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(incumbent) Democrat

○
Write-In

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(incumbent) Republican

● Justin Holsomback
Democrat

○
Write-In

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(incumbent)

○
Write-In

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

**STATEWIDE REFERENDUM**

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES
● NO

Turn Ballot Over To Continue Voting

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For State Representative In the General Assembly From 48th District**
(Vote for One)

○ Betty Price
Republican

● Mary Robichaux
(incumbent) Democrat

○
Write-In

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

● Fani Willis
Democrat

○
Write-In

**For Clerk of Superior Court**
(Vote for One)

● Cathelene "Tina" Robinson
(incumbent) Democrat

○
Write-In

**For Sheriff**
(Vote for One)

● Patrick "Pat" Labat
Democrat

○
Write-In

**For Tax Commissioner**
(Vote for One)

● Arthur E. Ferdinand
(incumbent) Democrat

○
Write-In

**For Surveyor**
(Vote for One)

○
Write-In

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

● Keith E. Gammage
(incumbent) Democrat

○
Write-In

**For Fulton County Commissioner From District No. 2**
(Vote for One)

○ Bob Ellis
(incumbent) Republican

● Justin Holsomback
Democrat

○
Write-In

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

● Alan Toney
(incumbent)

○
Write-In

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

**STATEWIDE REFERENDUM**

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

○ YES
● NO

Turn Ballot Over To Continue Voting

Case 1:17-cv-02989-AT Document 1589-4 Filed 01/07/21 Page 197 of 197

00794_00018_000011.tif scanned at: 12:43:15 on 12/02/20.

Scanned on: ICC  Tabulator: 794  Batch: 18
Poll ID:  317  Ballot ID: 676

President of the United States
    Joseph R. Biden (Dem)
US Senate (Perdue)
    Jon Ossoff (Dem)
US Senate (Loeffler) - Special
    Raphael Warnock (Dem)
Public Service Commission District 1
    Robert G. Bryant (Dem)
Public Service Commission District 4
    Daniel Blackman (Dem)
US House District 6
    Lucy McBath (I) (Dem)
State Senate District 56
    Sarah Beeson (Dem)
State House District 48
    Mary Robichaux (I) (Dem)
District Attorney - Atlanta
    Fani Willis (Dem)
Clerk of Superior Court
    Cathelene "Tina" Robinson (I) (Dem)
Sheriff
    Patrick "Pat" Labat (Dem)
Tax Commissioner
    Arthur E. Ferdinand (I) (Dem)
Surveyor
    BLANK CONTEST
Solicitor General
    Keith E. Gammage (I) (Dem)
County Commission District 2
    Justin Holsomback (Dem)
Soil and Water - Fulton County
    Alan Toney (I)
Constitutional Amendment #1
    YES
Constitutional Amendment #2
    YES
Statewide Referendum A
    NO

00791_00026_000019.tif scanned at: 09:34:00 on 12/01/20.

Scanned on: ICC  Tabulator: 791  Batch: 26
Poll ID:  317  Ballot ID: 676

President of the United States
    Joseph R. Biden (Dem)
US Senate (Perdue)
    Jon Ossoff (Dem)
US Senate (Loeffler) - Special
    Raphael Warnock (Dem)
Public Service Commission District 1
    Robert G. Bryant (Dem)
Public Service Commission District 4
    Daniel Blackman (Dem)
US House District 6
    Lucy McBath (I) (Dem)
State Senate District 56
    Sarah Beeson (Dem)
State House District 48
    Mary Robichaux (I) (Dem)
District Attorney - Atlanta
    Fani Willis (Dem)
Clerk of Superior Court
    Cathelene "Tina" Robinson (I) (Dem)
Sheriff
    Patrick "Pat" Labat (Dem)
Tax Commissioner
    Arthur E. Ferdinand (I) (Dem)
Surveyor
    BLANK CONTEST
Solicitor General
    Keith E. Gammage (I) (Dem)
County Commission District 2
    Justin Holsomback (Dem)
Soil and Water - Fulton County
    Alan Toney (I)
Constitutional Amendment #1
    YES
Constitutional Amendment #2
    YES
Statewide Referendum A
    NO

00791_00019_000082.tif scanned at: 15:29:05 on 11/30/20.

Scanned on: ICC  Tabulator: 791  Batch: 19
Poll ID:  317  Ballot ID: 676

President of the United States
    Joseph R. Biden (Dem)
US Senate (Perdue)
    Jon Ossoff (Dem)
US Senate (Loeffler) - Special
    Raphael Warnock (Dem)
Public Service Commission District 1
    Robert G. Bryant (Dem)
Public Service Commission District 4
    Daniel Blackman (Dem)
US House District 6
    Lucy McBath (I) (Dem)
State Senate District 56
    Sarah Beeson (Dem)
State House District 48
    Mary Robichaux (I) (Dem)
District Attorney - Atlanta
    Fani Willis (Dem)
Clerk of Superior Court
    Cathelene "Tina" Robinson (I) (Dem)
Sheriff
    Patrick "Pat" Labat (Dem)
Tax Commissioner
    Arthur E. Ferdinand (I) (Dem)
Surveyor
    BLANK CONTEST
Solicitor General
    Keith E. Gammage (I) (Dem)
County Commission District 2
    Justin Holsomback (Dem)
Soil and Water - Fulton County
    Alan Toney (I)
Constitutional Amendment #1
    YES
Constitutional Amendment #2
    YES
Statewide Referendum A
    NO