IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 1:17-CV-2989-AT |

**NOTICE OF APPEARANCE OF EDWARD A. BEDARD**

Edward A. Bedard of the law firm Robbins Alloy Belinfante Littlefield LLC, located at 500 14th Street, N.W., Atlanta, Georgia 30318 hereby makes an entry of appearance in the above-styled action on behalf of Defendants Brad Raffensperger, in his official capacity as Secretary of State of the State of Georgia, and William S. Duffey, Jr., Sara Tindall Ghazal, Janice Johnston, Edward Lindsey, and Matthew Mashburn, in their respective official capacities as members of the State of Georgia's State Election Board (Raffensperger, Duffey, Ghazal, Johnston, Lindsey, and Mashburn collectively are the "State Defendants"). Please direct all further pleadings, notices, orders, and other matters to him at the address below.

Respectfully submitted, this 9th day of January, 2023.

/s/ *Edward A. Bedard*

| | |
|---|---|
| Vincent R. Russo | 242628 |
| Josh Belinfante | 047399 |
| Carey Miller | 976240 |
| Alexander Denton | 660632 |
| Edward A. Bedard | 926148 |
| Javier Pico Prats | 664717 |
| Anna Edmondson | 289667 |

ROBBINS ALLOY BELINFANTE
  LITTLEFIELD, LLC
500 14th St. NW
Atlanta, GA 30318
T: (678) 701-9381
F: (404) 856-3255
E: vrusso@robbinsfirm.com
   jbelinfante@robbinsfirm.com
   cmiller@robbinsfirm.com
   adenton@robbinsfirm.
   ebedard@robbinsfirm.com
   jpicoprats@robbinsfirm.com
   aedmondson@robbinsfirm.com

| | |
|---|---|
| Bryan P. Tyson | 515411 |
| Diane F. LaRoss | 430830 |
| Bryan F. Jacoutot | 668272 |

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
T: 678-336-7249
E: btyson@taylorenglish.com
   dlaross@taylorenglish.com
   bjacoutot@taylorenglish.com

*Counsel for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF APPEARANCE OF EDWARD A. BEDARD** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 9th day of January, 2023.

*/s/ Edward A. Bedard*
Edward A. Bedard