Case 1:17-cv-02989-AT   Document 1569-1   Filed 01/09/23   Page 1 of 2

Atlanta Journal Constitution
https://ajc.newspapers.com/image/422895453

The Atlanta Constitution (Atlanta, Georgia) · Sat, May 4, 2002 · Page H1
Downloaded on Jan 3, 2023



Copyright © 2023 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers.com™

Case 1:17-cv-02989-AT   Document 1569-1   Filed 01/09/23   Page 2 of 2

Atlanta Journal Constitution                                   The Atlanta Constitution (Atlanta, Georgia) · Sat, May 4, 2002 · Page H2
https://ajc.newspapers.com/image/422895476                                                         Downloaded on Jan 3, 2023



Copyright © 2023 Newspapers.com. All Rights Reserved.