```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3

 4   DONNA CURLING, ET AL.,         :
                                    :
 5          PLAINTIFFS,              :
     vs.                            :  DOCKET NUMBER
 6                                  :  1:17-CV-2989-AT
     BRAD RAFFENSPERGER, ET AL.,    :
 7                                  :
            DEFENDANTS.              :
 8

 9

10         TRANSCRIPT OF MOTIONS HEARING PROCEEDINGS

11           BEFORE THE HONORABLE AMY TOTENBERG

12             UNITED STATES DISTRICT JUDGE

13                  NOVEMBER 19, 2021

14                     11:33 A.M.

15

16

17

18

19

20

21   MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

22                  TRANSCRIPT PRODUCED BY:

23
     OFFICIAL COURT REPORTER:    SHANNON R. WELCH, RMR, CRR
24                               2394 UNITED STATES COURTHOUSE
                                 75 TED TURNER DRIVE, SOUTHWEST
25                               ATLANTA, GEORGIA  30303
                                 (404) 215-1383
```

                    UNITED STATES DISTRICT COURT
                    OFFICIAL CERTIFIED TRANSCRIPT

```
 1                A P P E A R A N C E S   O F   C O U N S E L

 2


 3    FOR THE PLAINTIFFS DONNA CURLING, DONNA PRICE, JEFFREY
      SCHOENBERG:
 4

 5         DAVID D. CROSS
           MORRISON & FOERSTER, LLP
 6
           HALSEY G. KNAPP, JR.
 7         ADAM M. SPARKS
           KREVOLIN & HORST, LLC
 8

 9

10    FOR THE PLAINTIFFS COALITION FOR GOOD GOVERNANCE, LAURA DIGGES,
      WILLIAM DIGGES, III, AND RICARDO DAVIS:
11

12         BRUCE BROWN
           BRUCE P. BROWN LAW
13
           ROBERT ALEXANDER McGUIRE, III (VIA VIDEO CONFERENCE)
14         ROBERT McGUIRE LAW FIRM

15


16    FOR THE STATE OF GEORGIA DEFENDANTS:

17
           VINCENT ROBERT RUSSO, JR.
18         CAREY A. MILLER
           JOSHUA BELINFANTE
19         ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD, LLC

20
           BRYAN P. TYSON
21         BRYAN JACOUTOT
           DIANE LAROSS
22         TAYLOR ENGLISH DUMA

23
      FOR THE FULTON COUNTY DEFENDANTS:
24

25         DAVID LOWMAN
```

1  But I also would raise that to the extent we're going
2  to be doing fees concomitantly with proceeding in discovery in
3  this case, filing voluminous summary judgment, that is a lot to
4  bite off.
5  THE COURT: Yes. Thank you. Well, I will consider
6  all of that in terms of timing and everything else.
7  All right.
8  MR. CROSS: Your Honor, just one brief point on that.
9  Mr. Miller, as I understood, said they were going to
10 move for summary judgment on the DRE claims as moot. So it
11 seems like we're pretty quickly going to be at a point where
12 those claims are gone since all the parties agree that they are
13 moot, even if Your Honor doesn't sever them.
14 THE COURT: Okay. Just to wrap up the extension
15 issues, my order is that the discovery will be through by
16 January 31st. If there is a request for an extension for an
17 emergency, I will grant one but only for one week.
18 MR. MILLER: Your Honor, if I may raise the issue as
19 far as I alluded to it earlier with respect to particularly the
20 experts. If there's some sort of stipulation as to what
21 experts are not going to be relied upon, then that will
22 certainly narrow the issues.
23 It appears to me that Dr. Appel doesn't really say
24 anything different than Dr. Halderman.
25 THE COURT: Dr. who?

C E R T I F I C A T E

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF GEORGIA

    I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of the United States District Court, for the Northern District of Georgia, Atlanta Division, do hereby certify that the foregoing 118 pages constitute a true transcript of proceedings had before the said Court, held in the City of Atlanta, Georgia, in the matter therein stated.

    In testimony whereof, I hereunto set my hand on this, the 20th day of November, 2021.

_____
SHANNON R. WELCH, RMR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT