UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING,     et al.,     )
    Plaintiffs,                          )
                                                )   CIVIL ACTION FILE
v.                                                 )
                                                )   NO. 1:17-cv-02989-AT
BRAD RAFFENSPERGER, et al.,   )
    Defendants.                       )
_____

DEPOSITION OF
TERESA LYNN LEDFORD

June 24, 2019



APG USA, INC.
www.APGreporting.com
(770) 827-1223

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, et al.,       )
                             )
     Plaintiffs,             )
                             )   CIVIL FILE ACTION
vs.                          )
                             )   NO. 1:17-cv-02989-AT
                             )
BRAD RAFFENSPERGER, et al.,  )
                             )
     Defendants.             )
_____

DEPOSITION OF

TERESA LYNN LEDFORD

June 24, 2019

9:40 a.m.

Gwinnett Justice and Administration Center

75 Langley Drive

Lawrenceville, Georgia


Marsi Koehl, CCR-B-2424



APG USA, INC.
www.APGreporting.com
(770) 827-1223

Case 1:17-cv-02989-AT   Document 1569-13   Filed 01/09/23   Page 3 of 10

Page 2

Curling et al. v.            Deposition of
Raffensperger et al.    T. LYNN LEDFORD              6/24/2019

C O N T E N T S

E X A M I N A T I O N

                                                                       Page

Examination by Mr. Powers..........................6

Examination by Mr. Tyson.........................190

Examination by Ms. Ringer........................196

E X H I B I T S

Plaintiff's
Exhibit No.          Description                    Page

| Exhibit 1 | Notice of Deposition | 6 |
| Exhibit 2 | Subpoena | 8 |
| Exhibit 3 | E-mail from Ms. Black 6/21/19 Re: Provisional Ballots | 9 |
| Exhibit 4 | Voter Comments and Concerns Forms | 9 |
| Exhibit 5 | Intergovernmental Agreement | 10 |
| Exhibit 6 | Creating and Saving Export File in GEMS | 11 |
| Exhibit 7 | Official Election Bulletins | 12 |
| Exhibit 8 | Election Related Files | 65 |
| Exhibit 9 | Election Summary Report Gwinnett County November 6, 2018 | 73 |
| Exhibit 10 | Election Summary Report Gwinnett County March 1, 2016 | 80 |

Case 1:17-cv-02989-AT   Document 1569-13   Filed 01/09/23   Page 4 of 10

Page 3

Curling et al. v.          Deposition of
Raffensperger et al.    T. LYNN LEDFORD              6/24/2019

E X H I B I T S

Plaintiff's
Exhibit No.            Description                          Page

Exhibit 11            E-mail from Mr. Newby 8/23/16         137
                      Re: Attached Security Document

Exhibit 12            Declaration Under Penalty            163
                      of Perjury/Oatis

Exhibit 13            Declaration Under Penalty            165
                      of Perjury/Marion

Exhibit 14            Declaration Under Penalty            165
                      of Perjury/Lambert

Exhibit 15            Election Results Report              167

Exhibit 16            Election Results Report              169

Exhibit 17            Gwinnett County Election             184
                      Day Manager Manual

Exhibit 18            Official Election Bulletin           188
                      January 30, 2019

Exhibit 19            Ballot Image Report                  189


(Original exhibits attached to original transcript.)

Curling et al. v.         Deposition of
Raffensperger et al.    T. LYNN LEDFORD           6/24/2019

```
 1  APPEARANCES OF COUNSEL

 2  On behalf of the Plaintiffs:

 3       JOHN POWERS
         Attorney at Law
 4       LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
         1500 K Street NW
 5       Suite 900
         Washington, D.C.  20005
 6       (202) 662-8600
         jpowers@lawyerscommittee.org
 7
    On behalf of the Defendants:
 8
         BRYAN P. TYSON
 9       Attorney at Law
         TAYLOR ENGLISH DUMA, LLP
10       1600 Parkwood Circle
         Suite 200
11       Atlanta, Georgia  30339
         (678) 336-7249
12       btyson@taylorenglish.com

13       CHERYL RINGER
         Attorney at Law
14       OFFICE OF THE COUNTY ATTORNEY
         FULTON COUNTY
15       141 Prior Street, SW
         Suite 4038
16       Atlanta, Georgia  30303
         (404) 612-0246
17       cheryl.ringer@fultoncountyga.gov

18   On behalf of the Witness:

19       VAN STEPHENS
         Attorney at Law
20       GWINNETT COUNTY LAW DEPARTMENT
         75 Langley Drive
21       Lawrenceville, Georgia  30046
         (770) 822-8702
22       van.stephens@gwinnettcounty.com

23

24

25
```

CERTIFIED

                        APG USA INC.
WWW.APGREPORTING.COM                         (888) 542-5598

Case 1:17-cv-02989-AT  Document 1569-13  Filed 01/09/23  Page 6 of 10

Page 5

Curling et al. v.          Deposition of
Raffensperger et al.    T. LYNN LEDFORD          6/24/2019

1  APPEARANCES CONTINUED

2  Appearing telephonically:

3       MARCIE BRIMER
        Attorney at Law
4       MORRISON FOERSTER
        2000 Pennsylvania Avenue, NW
5       Suite 6000
        Washington, D.C.  20006-1888
6       (202) 887-6932
        mbrimer@mofo.com
7

8  Also present:

9       Marilyn Marks, Coalition for Good Governance

10

11

12

13

14

15

16

17       (Pursuant to OGCA 15-14-37 (a) and (b) a

18  written disclosure statement was submitted by the

19  court reporter and is attached hereto.)

20

21

22

23

24

25

Case 1:17-cv-02989-AT   Document 1569-13   Filed 01/09/23   Page 7 of 10

Page 37

Curling et al. v.            Deposition of
Raffensperger et al.    T. LYNN LEDFORD              6/24/2019

```
 1  Office.
 2      Q.  Did you think that the county's processes
 3  for counting the hand-marked paper ballots were
 4  affected?
 5      A.  "Counting" meaning for the poll officials or
 6  for the main office?
 7      Q.  Both.
 8      A.  Well, it was difficult for the poll
 9  officials because optical scan ballots carry a
10  different set of problems just like any set does.
11  And if you had a voter who overvoted a ballot or had
12  something wrong with it and the unit wouldn't take
13  it, that ballot would be spoiled.  The voter would be
14  given an addition ballot.  They would have to go
15  down --
16          (Reporter requests that witness slow
17      down.)
18          THE WITNESS:  The voter would be given
19      the option to take a second ballot or
20      continue to have that ballot spoiled and not
21      cast.  And we had that happen more
22      frequently than I think people realize
23      because they didn't want to go back and do
24      that.  And so it created, you know, a
25      significant issue with that.
```

Case 1:17-cv-02989-AT   Document 1569-13   Filed 01/09/23   Page 8 of 10

Page 38

Curling et al. v.           Deposition of
Raffensperger et al.    T. LYNN LEDFORD              6/24/2019

1            The machines themselves were not
2       problems.  As far as the tabulation, the
3       aggregation of the results, it was not an
4       issue.
5  BY MR. POWERS:
6       Q.  Mm-hmm.  Do you recall how many complaints
7  you -- strike that.
8            Do you recall receiving any complaints from
9  voters about having to cast the second paper ballot
10 or not having their paper ballots scanned properly?
11      A.  Yes.
12      Q.  How many complaints do you recall receiving?
13      A.  I don't.  It's been too long.  And like I
14 said, we only used it for two years.  It was
15 significant enough that it stuck in my mind is the
16 only way I know how to describe that.
17      Q.  Sure.  Do you have any -- strike that.
18           Did you have any concerns about the
19 integrity of the elections that were conducted in
20 Gwinnett County using the hand-marked paper ballots?
21      A.  I don't remember.
22      Q.  Sitting here today, do you have any concerns
23 about the integrity of the elections that were
24 conducted in Gwinnett County using hand-marked paper
25 ballots?

Case 1:17-cv-02989-AT   Document 1569-13   Filed 01/09/23   Page 9 of 10

Page 49

Curling et al. v.          Deposition of
Raffensperger et al.   T. LYNN LEDFORD                6/24/2019

```
 1  BY MR. POWERS:
 2      Q.  So before we move on, perhaps, do a little
 3  bit of clean up on some questions that I posed to you
 4  before the break.
 5          Before the break you spoke about moving from
 6  the punch card voting system to the optical scan
 7  system in 2000.
 8          I wanted to ask what general response you
 9  received from voters upon the change from the punch
10  card voting system to the optical scan system?
11      A.  Initially it was confusion.  Anytime you
12  have a change, you have to do public education and
13  voter education.  So they were confused to begin
14  with.
15          But the problem we had with that we still
16  continue to have today.  When you have a general
17  election, you have a write-in candidate.  Say you
18  have voters that want to bubble in Mickey Mouse and
19  then come in and bubble in the write-in space for
20  Mickey Mouse and then write Mickey Mouse's name on
21  it.  That is just a continuing problem with that type
22  of ballot.
23          But, again, initially, it was just
24  confusion.  And then about the time, you know, we
25  used it for the last election, they were used to it
```

Case 1:17-cv-02989-AT   Document 1569-13   Filed 01/09/23   Page 10 of 10

Page 198

Curling et al. v.            Deposition of
Raffensperger et al.    T. LYNN LEDFORD                  6/24/2019

CERTIFICATE

STATE OF GEORGIA:

COUNTY OF FULTON:

    I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the colloquies, questions, and answers were reduced to typewriting under my direction; that the transcript is a true and correct record of the evidence given upon said proceeding.

    I further certify that I am not a relative or employee or attorney of any party, nor am I financially interested in the outcome of this action.

    This the 28th day of June, 2019.

_____

Marsi Koehl, CCR-B-2424