```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION


   DONNA CURLING, ET AL.,          :
                                   :
           PLAINTIFFS,              :
   vs.                              :   DOCKET NUMBER
                                   :   1:17-CV-2989-AT
   BRAD RAFFENSPERGER, ET AL.,     :
                                   :
           DEFENDANTS.              :
```

**TRANSCRIPT OF HEARING ON PRELIMINARY INJUNCTION PROCEEDINGS**

**BEFORE THE HONORABLE AMY TOTENBERG**

**UNITED STATES DISTRICT JUDGE**

JULY 26, 2019

9:37 A.M.

VOLUME 2 OF 2

*MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED*

*TRANSCRIPT PRODUCED BY:*

*OFFICIAL COURT REPORTER:*      SHANNON R. WELCH, RMR, CRR
                                2394 UNITED STATES COURTHOUSE
                                75 TED TURNER DRIVE, SOUTHWEST
                                ATLANTA, GEORGIA  30303
                                (404) 215-1383

**A P P E A R A N C E S   O F   C O U N S E L**

**FOR THE PLAINTIFFS DONNA CURLING, DONNA PRICE, JEFFREY SCHOENBERG:**

    DAVID D. CROSS
    CATHERINE CHAPPLE
    JANE P. BENTROTT
    ROBERT W. MANOSO
    CAMERON TEPFER
    MORRISON & FOERSTER, LLP

    HALSEY G. KNAPP, JR.
    ADAM M. SPARKS
    KREVOLIN & HORST, LLC


**FOR THE PLAINTIFF COALITION FOR GOOD GOVERNANCE:**

    BRUCE BROWN
    BRUCE P. BROWN LAW

    JOHN M. POWERS
    DAVID R. BRODY
    LAWYERS' COMMITTEE FOR CIVIL RIGHTS

**FOR THE STATE OF GEORGIA DEFENDANTS:**

    VINCENT ROBERT RUSSO, JR.
    CAREY A. MILLER
    JOSHUA BELINFANTE
    KIMBERLY ANDERSON
    BRIAN LAKE
    ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD, LLC


    BRYAN P. TYSON
    TAYLOR ENGLISH DUMA

(...cont'd....)

(...cont'd....)

**FOR THE FULTON COUNTY DEFENDANTS:**

    KAYE BURWELL
    CHERYL RINGER
    DAVID LOWMAN
    OFFICE OF THE FULTON COUNTY ATTORNEY

# I N D E X   T O   P R O C E E D I N G S

| WITNESS | PAGE |
|---|---|
| DR. VIRGINIA MARTIN | |
|    Direct Examination by Mr. Powers | 7 |
|    Cross-Examination by Mr. Belinfante | 19 |
|    Cross-Examination by Ms. Burwell | 28 |
| LOWELL FINLEY | |
|    Direct Examination by Mr. Manoso | 33 |
|    Examination by Mr. Brown | 52 |
|    Cross-Examination by Mr. Belinfante | 59 |
|    Cross-Examination by Ms. Burwell | 71 |
|    Redirect Examination by Mr. Manoso | 75 |
|    Examination by The Court | 77 |
| J. ALEX HALDERMAN, Ph.D. | |
|    Direct Examination by Ms. Chapple | 86 |
|    Cross-Examination by Mr. Tyson | 108 |
|    Redirect Examination by Ms. Chapple | 154 |
|    Recross-Examination by Mr. Tyson | 156 |
|    Examination by Mr. Brown | 156 |
|    Recross-Examination (Further) by Mr. Tyson | 158 |
|    Examination by The Court | 158 |
|    Recross-Examination (Further) by Mr. Tyson | 166 |
|    Reexamination by The Court | 167 |

```
 1   (...cont'd...)

 2        WITNESS                                        PAGE

 3        Redirect Examination (Further)
            by Ms. Chapple                                168
 4        Redirect Examination (Further)
            by Mr. Brown                                  169
 5
     MATTHEW BERNHARD
 6
          Direct Examination
 7          by Mr. Brown                                  174
          Examination
 8          by Mr. Cross                                  182
          Cross-Examination
 9          by Mr. Miller                                 187
          Cross-Examination
10          by Ms. Burwell                                194

11   RICHARD BARRON

12        Direct Examination
            by Ms. Ringer                                 209
13        Cross-Examination
            by Mr. Manoso                                 224
14        Cross-Examination
            by Mr. Brown                                  232

15
     RUSSELL BRIDGES
16
          Direct Examination
17          by Mr. Miller                                 245
          Cross-Examination
18          by Mr. Knapp                                  273
          Cross-Examination
19          by Mr. Powers                                 285
          Examination
20          by The Court                                  291

21   LYNN LEDFORD

22        Direct Examination
            by Mr. Tyson                                  302
23        Cross-Examination
            by Mr. Knapp                                  314
24        Examination
            by The Court                                  315
25
```

```
1   (...cont'd...)

2       WITNESS                                           PAGE

3   JENNIFER DORAN

4       Direct Examination
          by Ms. Anderson                                 318
5       Cross-Examination
          by Mr. Sparks                                   330
6       Cross-Examination
          by Mr. Brown                                    332
7       Examination
          by The Court                                    336
8       Redirect Examination
          by Ms. Anderson                                 338
9       Recross-Examination
          by Mr. Sparks                                   339
10
                              * * *
11
    CLOSING ARGUMENT
12
        by Mr. Brown                                      345
13      by Mr. Cross                                      351
        by Ms. Burwell                                    357
14      by Mr. Tyson                                      361
        by Mr. Brown                                      372
15      by Mr. Cross                                      373

16  CERTIFICATE                                           380
```

```
 1   device, ballot marking, and each run in the 5- to 6000-dollar
 2   ranges.
 3        And projecting the numbers that I was kind of using
 4   earlier, we would be looking at probably $900,000 minimum to
 5   implement this kind of system in our county at this point.
 6   Q.   Just rough back-of-the-napkin math?
 7   A.   Yes.
 8   Q.   Could you lower that number by utilizing central scanning?
 9   A.   We could.  I think it is a dangerous precedent though.
10   Q.   And why is that?
11   A.   Well, we have experience with hand-marked paper ballots
12   today because absentees are hand marked.  We experience about a
13   four percent error rate on hand-marked ballots.  Voters change
14   their mind.  They don't read the instructions on the ballot
15   that says fill in the oval.  They make checkmarks.  They do Xs.
16   They make a mark.  Then they say, you know, that is not what I
17   want.  They draw an X through it.  They go down and mark the
18   one below.  They draw a little arrow and say, use this one.
19   The machines don't read that real well.  Sometimes they just
20   mark two circles.
21        So if you are doing scanning in a poll, it is going to be
22   caught in the poll while the voter is standing there because
23   the voter is going to be feeding the ballot to the machine.  If
24   you bring that to the central office, then that problem is
25   going to come back to the central office post election.  The
```

C E R T I F I C A T E

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF GEORGIA

    I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of the United States District Court, for the Northern District of Georgia, Atlanta Division, do hereby certify that the foregoing 379 pages constitute a true transcript of proceedings had before the said Court, held in the City of Atlanta, Georgia, in the matter therein stated.

    In testimony whereof, I hereunto set my hand on this, the 2nd day of August, 2019.

_____
SHANNON R. WELCH, RMR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT