*Exhibit Provisionally Filed Under Seal*