

| Date | Election | Scope | Type | | Party | Voted | County |
|---|---|---|---|---|---|---|---|
| 12/02/2008 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | Yes | FULTON |
| 11/03/2009 | SPECIAL ELECTION | COUNTY | Regular | | | Yes | FULTON |
| 11/02/2010 | GENERAL | STATE WIDE | Regular | | | Yes | FULTON |
| 11/06/2012 | GENERAL | STATE WIDE | Regular | | | Yes | FULTON |
| 05/20/2014 | GENERAL PRIMARY | STATE WIDE | Regular | | DEMOCRAT | Yes | FULTON |
| 11/04/2014 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 03/01/2016 | PPP | STATE WIDE | Regular | | DEMOCRAT | Yes | FULTON |
| 11/08/2016 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 04/18/2017 | SPECIAL ELECTION | STATE WIDE | Absentee | | | Yes | FULTON |
| 04/18/2017 | SPECIAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | FULTON |
| 11/07/2017 | GENERAL | STATE WIDE | Regular | | | Yes | FULTON |
| 05/22/2018 | GENERAL PRIMARY | STATE WIDE | Regular | | DEMOCRAT | Yes | FULTON |
| 07/24/2018 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | DEMOCRAT | Yes | FULTON |
| 11/06/2018 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 12/04/2018 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | FULTON |
| 11/05/2019 | GENERAL | STATE WIDE | Regular | | | Yes | FULTON |
| 12/03/2019 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | Yes | FULTON |
| 06/09/2020 | GENERAL PRIMARY | STATE WIDE | Absentee | | DEMOCRAT | Yes | FULTON |
| 11/03/2020 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 01/05/2021 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | FULTON |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DONNA ADAMS CURLING | 10/04/1988 | 02429474 | ROSWELL |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 12/27/2020 12:37 PM | CHANGE | Other | 12/27/2020 | ABSENTEE BALLOT | FULTON | 060AQUARTERMAN | |
| 10/20/2020 4:49 PM | CHANGE | Other | 10/20/2020 | ABSENTEE BALLOT | FULTON | 060CSMITH1 | |
| 08/10/2020 3:36 PM | CHANGE | Other | 08/10/2020 | ABSENTEE BALLOT | | 060SLITTLE | |
| 08/07/2020 6:37 PM | CHANGE | Other | 08/07/2020 | ABSENTEE BALLOT | FULTON | 060TGOLDEN | |
| 08/07/2020 6:37 PM | CHANGE | Other | 08/07/2020 | ABSENTEE BALLOT | FULTON | 060TGOLDEN | |
| 06/12/2020 10:49 AM | CHANGE | Other | 06/12/2020 | ABSENTEE BALLOT | FULTON | 060KDIXSON | |
| 06/01/2020 9:07 PM | CHANGE | Other | 06/01/2020 | ABSENTEE BALLOT | FULTON | 060TRAGLAND | |
| 12/13/2019 10:28 PM | CHANGE | Other | 12/03/2019 | Express Poll In | | JHALLMAN | |
| 11/22/2019 10:28 PM | CHANGE | Other | 11/05/2019 | Express Poll In | | BPHIFER | |
| 03/01/2019 2:41 PM | CHANGE | Mailing Address, Residence Address, Other | 12/04/2018 | | FULTON | 060TJOHNSON | 01 - DDS |
| 11/30/2018 1:50 PM | CHANGE | Other | 11/30/2018 | ABSENTEE BALLOT | FULTON | 060BJEEN | |
| 11/06/2018 3:35 PM | CHANGE | Other | 11/06/2018 | ABSENTEE BALLOT | FULTON | 060AFRASIER | |
| 10/21/2018 11:27 AM | CHANGE | Other | 10/21/2018 | ABSENTEE BALLOT | FULTON | 060LHESSAWAY | |
| 08/13/2018 5:06 AM | CHANGE | Other | 07/24/2018 | Express Poll In | | JHALLMAN | |
| 06/01/2018 10:29 PM | CHANGE | Other | 05/22/2018 | Express Poll In | | JHALLMAN | |
| 11/20/2017 11:06 PM | CHANGE | Other | 11/07/2017 | Express Poll In | | JHALLMAN | |
| 06/16/2017 2:36 PM | CHANGE | Other | 06/16/2017 | ABSENTEE BALLOT | FULTON | 060JBRODNAX | |
| 04/14/2017 12:06 PM | CHANGE | Other | 04/14/2017 | ABSENTEE BALLOT | FULTON | 060KMORGAN | |
| 04/14/2017 12:06 PM | CHANGE | Other | 04/14/2017 | ABSENTEE BALLOT | FULTON | 060KMORGAN | |
| 10/26/2016 7:00 PM | CHANGE | Other | 10/26/2016 | ABSENTEE BALLOT | FULTON | 060CTHOMPSON | |
| 03/12/2016 12:59 AM | CHANGE | Other | 03/01/2016 | Express Poll In | | SJACKSON | |
| 10/28/2014 9:41 AM | CHANGE | Other | 10/28/2014 | ABSENTEE BALLOT | | 060KBECKLES | |
| 06/08/2014 2:58 PM | CHANGE | Other | 05/20/2014 | Express Poll In | | SJACKSON | |
| 01/28/2014 6:14 AM | CHANGE | Districts | 11/06/2012 | REDISTRICTING | | REDISTRICTING | |
| 11/06/2012 12:00 AM | NEW VOTER | | 11/06/2012 | CON | | ENETCONV11 | 01 - DDS |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DONNA ADAMS CURLING | 10/04/1988 | 02429474 | ROSWELL |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|
| REGISTRATION | 04/17/2019 | | REGISTRATION | |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DONNA ADAMS CURLING | 10/04/1988 | 02429474 | ROSWELL |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|

Previous