Exhibit 10
1/19/2022
Donna Curling

| | |
|---|---|
| **Message** | |
| **From:** | Donna Curling [dcurling0531@gmail.com] |
| **Sent:** | 10/20/2020 10:10:46 PM |
| **To:** | Leah Williamson [▓▓▓▓▓▓▓▓▓▓▓▓▓▓] |
| **Subject:** | Re: In a holding position... |

I am laughing out loud! Just so you know, I was so terrified of the exact same thing that ended up screwing up my signature! And that is a big no-no. So I ended up going to the Annex and they had me put a slash and write it again (I had signed middle initial and was supposed to spell out middle name bc that is how it is on my registration). I don't know if they would have rejected it for that but was taking no chances. And then I left it with the registration office - and it still isn't showing as received on my voter page. It's insane but voting has truly become one of the most anxiety provoking American activities. And it should NOT be that way.

But to answer your question, you can leave blanks, they are called undervotes and will not cause your ballot to be rejected. Stray marks or not filling in the bubble completely - those can cause your ballot to reject. Or they can challenge your signature. You should be perfectly fine as long as you meet that criteria. Once you drop your ballots off start checking my voter page. If your ballot does get rejected for some reason it will show that there and you will have the opportunity to "cure" your ballot, meaning you can go where ever they tell you and fix whatever you did wrong. It is very unlikely you did anything wrong. I still worry we will get screwed here bc of the machines but I don't think they will be rejecting ballots for simple things. But who knows. It is terrible to have so little faith but it has been earned.

Thanks for being careful!

> On Tue, Oct 20, 2020 at 1:11 PM Leah Williamson <▓▓▓▓▓▓▓▓▓▓▓▓▓> wrote:
> Preparing to "drop" ballots this week and have one silly question that I'm embarrassed to ask. At 61, you'd think I'd know the right answer but I want to ENSURE that my mail-in ballot is FULLY ACCEPTED and not discarded. There are a handful of Republican incumbents running without opposition. It appears on the ballot that I must "choose one" or my only other option is to WRITE IN the name of someone in lieu of the incumbent. I take it that NOT making a choice could get my ballot rejected, correct? If I WRITE IN Bozo the Clown, Mickey Mouse or Bugs Bunny, would that get me bumped as well? Can you tell that I absolutely do not want to be forced to vote for a Republican in any way, shape or form? Do you have any insights on this that you can share?
>
>
> On Mon, Oct 12, 2020 at 1:10 PM Donna Curling <dcurling0531@gmail.com> wrote:
> > Amen!
> >
> > On Mon, Oct 12, 2020 at 1:08 PM Leah Williamson <▓▓▓▓▓▓▓▓▓▓▓▓▓▓> wrote:
> > > I can only imagine how disappointed you are...please know that the average citizen is completely and utterly disgusted with the myriad of attempts to keep people from voting in this election and/or doing everything in their power to reject any ballots presented. I, personally, appreciate everything you have done to help shine a light on how screwed up things are within our own State.
> > >
> > > ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> > >
> > > On Mon, Oct 12, 2020 at 12:59 PM Donna Curling <dcurling0531@gmail.com> wrote:
> > > > Any drop box in Alpharetta will be fine for derek's.
> > > >
> > > > The judge acknowledged the problems with the new ballot marking devices but ruled against us bc of case law that says nothing can be done this close to an election. Demoralizing.

CONFIDENTIAL                                                                                              CURLING-0010237

Glad you are voting absentee.

On Mon, Oct 12, 2020 at 12:01 PM Leah Williamson <lwilliamson01@gmail.com> wrote:
I have Derek's ballot in my possession as well as the ballots for Jim and me. Will release them under your direction. I know where the "official" ballot box is located in Forsyth County and will deposit Derek's the one you deem most appropriate to ensure that his vote is counted.

--
Leah Williamson
Cell:
Email:
------------------------------------------
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

--
Donna Curling


--
Leah Williamson
Cell:
Email:
------------------------------------------
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

--
Donna Curling

CONFIDENTIAL

--
Leah Williamson
Cell: █████████
Email: ████████████████████
-----------------------------------------
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
--
Donna Curling
████████████████

CONFIDENTIAL