

Inquiry > Voter Registration

## Inquiry - View Voter Registration

**Voter Information**
- Voter Name: DONNA DIANNE PRICE
- Date of Birth: [redacted] 1944
- Race: WHITE NOT OF HISPANIC ORIGIN
- Gender: FEMALE
- Voter Registration #: 02074490
- Registration Date: 01/13/1995
- Current Status: ACTIVE
- Status Reason:
- Voter Phone:
- E-mail:
- DL #/State ID: [redacted]
- Site ID / Location: 01 - DDS
- SSN (Full OR Last 4 Digits): [redacted] 3220
- ID Required: NO
- US Citizen: YES
- Challenged Elector: NO

**Residence Address**
- Street No.: [redacted]
- Street Name: [redacted]
- Suffix:
- Apt/Unit:
- Address Line 2:
- Municipality:
- Postal City: STONE MOUNTAIN
- County: DEKALB
- Zip Code: [redacted]
- State: GA
- Added Date: 06/06/1995
- Change/Audit Date: 09/20/2021
- Date of Last Contact: 09/20/2021
- Date of Last Status Change: 03/04/2008
- Poll Worker Interest:

**Voting Districts**
- Congressional: 004
- Senate: 041
- House: 088
- Judicial: STMT

**County Districts**
- Commission: 4
- School: 6
- Super Brd Edu: 8
- Super Commis: 7

**Municipal Districts**
- County Precinct: SD
- Municipal Precinct: -
- Voting Area/Combo #: 00706
- County Polling Place: STONE MOUNTAIN ELEMENTARY SCH, 6720 JAMES B RIVERS DR, STONE MOUNTAIN, GA 30083
- Municipal Polling Place:

VoteSafe   Display Actual Address   Display Signature

**Mailing Address**
- Street No.: [redacted]
- Suffix:
- Street Name / PO Box: [redacted]
- Address Line 2:
- Apt/Unit:
- Mailing City: STONE MTN
- Mailing State: GA
- Zip Code: [redacted]

| User Name | Date/Time | Memo |
|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DONNA DIANNE PRICE | 01/13/1995 | 02074490 | STONE MOUNTAIN [redacted] |

**Previous Name(s):**

| Last Name | First Name | Middle Name |
|---|---|---|
| PRICE | DONNA | D |

**Previous Address:**

| Street No | Street Name | Apt/Unit | Suffix | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | | | DECATUR | GA | [redacted] |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DONNA DIANNE PRICE | 01/13/1995 | 02074490 | STONE MOUNTAIN [redacted] |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/09/1996 | GENERAL PRIMARY | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | DEKALB |
| 11/05/1996 | GENERAL | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 11/03/1998 | GENERAL | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 11/07/2000 | GENERAL | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 11/05/2002 | GENERAL | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 03/02/2004 | PPP | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | DEKALB |
| 07/20/2004 | GENERAL PRIMARY | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | DEKALB |
| 08/10/2004 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | DEKALB |
| 11/02/2004 | GENERAL | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 11/23/2004 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 07/18/2006 | GENERAL PRIMARY | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | DEKALB |
| 08/08/2006 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | DEKALB |
| 11/07/2006 | GENERAL | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 02/05/2008 | PPP | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | DEKALB |
| 11/04/2008 | GENERAL | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 12/02/2008 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 11/02/2010 | GENERAL | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 11/06/2012 | SPECIAL ELECTION | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 11/04/2014 | GENERAL | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 03/01/2016 | PPP | STATE WIDE | Regular | | | | DEMOCRAT | | | |

| Date | Election | Scope | Type | | Party | Voted | County |
|---|---|---|---|---|---|---|---|
| 11/08/2016 | GENERAL | STATE WIDE | Regular | | | Yes | DEKALB |
| 05/22/2018 | GENERAL PRIMARY | STATE WIDE | Regular | | DEMOCRAT | Yes | DEKALB |
| 11/06/2018 | GENERAL | STATE WIDE | Absentee | | | Yes | DEKALB |
| 12/04/2018 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | DEKALB |
| 11/05/2019 | GENERAL | STATE WIDE | Absentee | | | Yes | DEKALB |
| 03/24/2020 | PPP | STATE WIDE | Absentee | | DEMOCRAT | Yes | DEKALB |
| 11/03/2020 | GENERAL | STATE WIDE | Absentee | | | Yes | DEKALB |
| 01/05/2021 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | DEKALB |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DONNA DIANNE PRICE | 01/13/1995 | 02074490 | STONE MOUNTAIN |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 09/20/2021 11:30 AM | CHANGE | Other | 09/20/2021 | ABSENTEE BALLOT | DEKALB | 044TDOYLE | |
| 08/30/2021 8:31 AM | CHANGE | Other | 08/30/2021 | ABSENTEE BALLOT | DEKALB | 044DNELSON | |
| 08/30/2021 8:31 AM | CHANGE | Other | 08/30/2021 | ABSENTEE BALLOT | DEKALB | 044DNELSON | |
| 01/29/2021 3:56 PM | CHANGE | Other | 01/29/2021 | ABSENTEE BALLOT | DEKALB | 044JROBINSON | |
| 12/17/2020 4:27 PM | CHANGE | Other | 12/17/2020 | ABSENTEE BALLOT | DEKALB | 044BBAKER | |
| 11/17/2020 2:39 PM | CHANGE | Other | 11/17/2020 | ABSENTEE BALLOT | DEKALB | 044MJONES | |
| 10/20/2020 4:46 PM | CHANGE | Other | 10/20/2020 | ABSENTEE BALLOT | DEKALB | 044JANDREWS | |
| 04/16/2020 1:53 PM | CHANGE | Other | 04/16/2020 | ABSENTEE BALLOT | DEKALB | 044GWOODS | |
| 02/21/2020 3:30 PM | CHANGE | Other | 02/21/2020 | ABSENTEE BALLOT | DEKALB | 044MBENJAMIN | |
| 01/27/2020 2:37 PM | CHANGE | Other | 01/27/2020 | ABSENTEE BALLOT | DEKALB | 044RMCKNIGHT | |
| 01/27/2020 2:37 PM | CHANGE | Other | 01/27/2020 | ABSENTEE BALLOT | DEKALB | 044RMCKNIGHT | |
| 10/21/2019 8:59 PM | CHANGE | Other | 10/21/2019 | ABSENTEE BALLOT | DEKALB | 044RMCKNIGHT | |
| 10/10/2019 9:25 AM | CHANGE | Other | 10/10/2019 | ABSENTEE BALLOT | DEKALB | 044VWALKER | |
| 10/10/2019 9:25 AM | CHANGE | Other | 10/10/2019 | ABSENTEE BALLOT | DEKALB | 044VWALKER | |
| 07/01/2019 4:08 PM | CHANGE | Name, Mailing Address, Other | 06/05/2019 | | DEKALB | 044VCOOPER | 01 - DDS |
| 12/04/2018 9:53 AM | CHANGE | Other | 12/04/2018 | ABSENTEE BALLOT | DEKALB | 044RGUNN | |
| 11/28/2018 11:15 AM | CHANGE | Other | 11/28/2018 | ABSENTEE BALLOT | DEKALB | 044BMCKIBBEN | |
| 10/11/2018 10:41 AM | CHANGE | Other | 10/11/2018 | ABSENTEE BALLOT | DEKALB | 044MTYSON | |
| 09/24/2018 5:58 PM | CHANGE | Other | 09/24/2018 | ABSENTEE BALLOT | DEKALB | 044KGREEN | |
| 06/02/2018 12:43 AM | CHANGE | Other | 05/22/2018 | Express Poll In | | JHALLMAN | |
| 11/28/2016 10:37 PM | CHANGE | Other | 11/08/2016 | Express Poll In | | SJACKSON | |
| 03/11/2016 11:38 PM | CHANGE | Other | 03/01/2016 | Express Poll In | | SJACKSON | |
| 11/20/2014 9:36 PM | CHANGE | Other | 11/04/2014 | Express Poll In | | SJACKSON | |
| 12/03/2012 12:00 AM | NEW VOTER | | 11/06/2012 | CON | | ENETCONV | 03 - County |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DONNA DIANNE PRICE | 01/13/1995 | 02074490 | STONE MOUNTAIN |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|
| REGISTRATION | 07/01/2019 | | REGISTRATION | |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| DONNA DIANNE PRICE | 01/13/1995 | 02074490 | STONE MOUNTAIN |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|

Previous