Inquiry > Voter Registration

**Inquiry - View Voter Registration**

**Voter Information**

| | |
|---|---|
| Voter Name: | JEFFREY SCHOENBERG |
| Date of Birth: | ████ 1965 |
| Race: | WHITE NOT OF HISPANIC ORIGIN |
| Gender: | MALE |
| Voter Registration #: | 02516356 |
| Registration Date: | 10/03/2000 |
| Current Status: | ACTIVE |
| Status Reason: | |
| Voter Phone: | |
| E-mail: | |
| DL #/State ID: | ████ |
| Site ID / Location: | 11 - CONFIRMATIONS |
| SSN (Full OR Last 4 Digits): | ██0846 |
| ID Required: | NO |
| US Citizen: | YES |
| Challenged Elector: | NO |

**Residence Address**

| | |
|---|---|
| Street No.: | ████ |
| Street Name: | ████████ |
| Suffix: | |
| Apt/Unit: | |
| Address Line 2: | |
| Municipality: | DUNWOODY |
| Postal City: | DUNWOODY |
| County: | DEKALB |
| Zip Code: | |
| State: | GA |
| Added Date: | 07/09/1995 |
| Change/Audit Date: | 12/29/2020 |
| Date of Last Contact: | 12/29/2020 |
| Date of Last Status Change: | 11/13/2015 |
| Poll Worker Interest: | |

**Voting Districts**

| | |
|---|---|
| Congressional | 006 |
| Senate | 040 |
| House | 079 |
| Judicial | STMT |

**County Districts**

| | |
|---|---|
| Commission | 1 |
| School | 1 |
| Super Brd Edu | 8 |
| Super Commis | 6 |

**Municipal Districts**

| | |
|---|---|
| City Council | 1 |
| Super Council | 4 |

| | |
|---|---|
| County Precinct: | DI |
| Municipal Precinct: | DI |
| Voting Area/Combo #: | 00603 |
| County Polling Place: | DUNWOODY LIBRARY 5339 CHAMBLEE DUNWOODY ROAD DUNWOODY, GA 30338 - 0000 |
| Municipal Polling Place: | DUNWOODY LIBRARY 5339 CHAMBLEE DUNWOODY ROAD DUNWOODY, GA 30338 - 0000 |

VoteSafe:   Display Actual Address        Display Signature

**Mailing Address**

| | | | |
|---|---|---|---|
| Street No.: | | Apt/Unit: | |
| Suffix: | | Mailing City: | |
| Street Name / PO Box: | | Mailing State: | |
| Address Line 2: | | Zip Code: | |

| User Name | Date/Time | Memo |
|---|---|---|
| | Previous | |

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| JEFFREY SCHOENBERG | 10/03/2000 | 02516356 | ████ DUNWOODY |

**Previous Address:**

| Street No | Street Name | Apt/Unit | Suffix | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| | | | | | DUNWOODY | GA | |
| | | | | | ATLANTA | GA | ████ |

**Previous Status:**

| Status | Status Reason | Date changed | User Name |
|---|---|---|---|
| INACTIVE | NCOA | 11/13/2015 | SJACKSON |
| ACTIVE | | 10/05/2015 | CONFIRMATION NOTICE |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| JEFFREY SCHOENBERG | 10/03/2000 | 02516356 | ████ DUNWOODY |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/1994 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 03/05/1996 | PPP | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | DEKALB |
| 03/26/1996 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | DEKALB |
| 07/09/1996 | GENERAL PRIMARY | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | DEKALB |
| 08/06/1996 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | DEKALB |
| 11/05/1996 | GENERAL | STATE WIDE | Regular | | | | | Yes | | DEKALB |
| 03/18/1997 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | DEKALB |
| 07/21/1998 | GENERAL PRIMARY | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | FULTON |
| 08/11/1998 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | FULTON |
| 11/03/1998 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/24/1998 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 02/23/1999 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 03/07/2000 | PPP | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | FULTON |
| 07/18/2000 | GENERAL PRIMARY | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | FULTON |
| 11/07/2000 | GENERAL | STATE WIDE | Regular | | | | | Yes | | DEKALB |

| Date | Election | Type | Ballot | Party | Voted | County |
|---|---|---|---|---|---|---|
| 03/20/2001 | SPECIAL ELECTION | COUNTY | Regular | | Yes | DEKALB |
| 08/20/2002 | GENERAL PRIMARY | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 09/10/2002 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 11/05/2002 | GENERAL | STATE WIDE | Regular | | Yes | DEKALB |
| 03/02/2004 | PPP | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 07/20/2004 | GENERAL PRIMARY | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 08/10/2004 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 11/02/2004 | GENERAL | STATE WIDE | Regular | | Yes | DEKALB |
| 11/23/2004 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | Yes | DEKALB |
| 11/08/2005 | SPECIAL ELECTION | COUNTY | Regular | | Yes | DEKALB |
| 07/18/2006 | GENERAL PRIMARY | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 08/08/2006 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 11/07/2006 | GENERAL | STATE WIDE | Regular | | Yes | DEKALB |
| 02/05/2008 | PPP | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 07/15/2008 | SPECIAL ELECTION | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 08/05/2008 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 09/16/2008 | SPECIAL ELECTION | COUNTY | Regular | | Yes | DEKALB |
| 11/04/2008 | GENERAL | STATE WIDE | Regular | | Yes | DEKALB |
| 12/02/2008 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | Yes | DEKALB |
| 07/20/2010 | SPECIAL ELECTION | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 08/10/2010 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 11/02/2010 | GENERAL | STATE WIDE | Regular | | Yes | DEKALB |
| 11/30/2010 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | Yes | DEKALB |
| 11/08/2011 | SPECIAL ELECTION | COUNTY | Regular | | Yes | DEKALB |
| 12/06/2011 | SPECIAL ELECTION | STATE WIDE | Regular | | Yes | DEKALB |
| 07/31/2012 | SPECIAL ELECTION | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 11/06/2012 | SPECIAL ELECTION | STATE WIDE | Regular | | Yes | DEKALB |
| 11/05/2013 | NON- PARTISAN | MUNICIPALITY | Regular | | Yes | DEKALB |
| 05/20/2014 | GENERAL PRIMARY | STATE WIDE | Absentee | DEMOCRAT | Yes | DEKALB |
| 07/22/2014 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 11/04/2014 | GENERAL | STATE WIDE | Absentee | | Yes | DEKALB |
| 11/03/2015 | GENERAL | STATE WIDE | Regular | | Yes | DEKALB |
| 03/01/2016 | PPP | STATE WIDE | Absentee | DEMOCRAT | Yes | DEKALB |
| 05/24/2016 | GENERAL PRIMARY | STATE WIDE | Absentee | DEMOCRAT | Yes | DEKALB |
| 07/26/2016 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 11/08/2016 | GENERAL | STATE WIDE | Absentee | | Yes | DEKALB |
| 04/18/2017 | SPECIAL ELECTION | STATE WIDE | Absentee | | Yes | DEKALB |
| 06/20/2017 | SPECIAL ELECTION RUNOFF | STATE WIDE | Absentee | | Yes | DEKALB |
| 11/07/2017 | GENERAL | STATE WIDE | Absentee | | Yes | DEKALB |
| 05/22/2018 | GENERAL PRIMARY | STATE WIDE | Absentee | DEMOCRAT | Yes | DEKALB |
| 07/24/2018 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | DEMOCRAT | Yes | DEKALB |
| 11/06/2018 | GENERAL | STATE WIDE | Absentee | | Yes | DEKALB |
| 12/04/2018 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | Yes | DEKALB |
| 11/05/2019 | GENERAL | STATE WIDE | Absentee | | Yes | DEKALB |
| 03/24/2020 | PPP | STATE WIDE | Absentee | DEMOCRAT | Yes | DEKALB |
| 06/09/2020 | GENERAL PRIMARY | STATE WIDE | Absentee | DEMOCRAT | Yes | DEKALB |
| 08/11/2020 | GENERAL PRIMARY RUNOFF | STATE WIDE | Absentee | DEMOCRAT | Yes | DEKALB |
| 11/03/2020 | GENERAL | STATE WIDE | Absentee | | Yes | DEKALB |
| 01/05/2021 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | Yes | DEKALB |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| JEFFREY SCHOENBERG | 10/03/2000 | 02516356 | DUNWOODY |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 12/29/2020 7:40 AM | CHANGE | Other | 12/29/2020 | ABSENTEE BALLOT | DEKALB | 044CWILLIAMS1 | |
| 10/07/2020 6:13 PM | CHANGE | Other | 10/07/2020 | ABSENTEE BALLOT | DEKALB | 044VBULLOCK | |
| 08/28/2020 4:39 PM | CHANGE | Other | 08/28/2020 | ABSENTEE BALLOT | DEKALB | 044BNBAKER | |
| 07/10/2020 1:55 PM | CHANGE | Other | 07/10/2020 | ABSENTEE BALLOT | DEKALB | 044CDRAKE | |
| 06/30/2020 4:04 PM | CHANGE | Other | 06/30/2020 | ABSENTEE BALLOT | DEKALB | 044CDRAKE | |
| 05/04/2020 3:30 PM | CHANGE | Other | 05/04/2020 | ABSENTEE BALLOT | DEKALB | 044GRODGERS | |
| 04/03/2020 10:24 AM | CHANGE | Other | 04/03/2020 | ABSENTEE BALLOT | DEKALB | 044JANDREWS | |
| 03/10/2020 4:23 PM | CHANGE | Other | 03/10/2020 | ABSENTEE BALLOT | DEKALB | 044ESPENCER | |
| 10/30/2019 12:36 PM | CHANGE | Other | 10/30/2019 | ABSENTEE BALLOT | DEKALB | 044CHENSON | |

| 11/26/2018 3:43 PM | CHANGE | Other | 11/26/2018 | ABSENTEE BALLOT | DEKALB | 044AMOSES | |
| 10/23/2018 7:44 PM | CHANGE | Other | 10/23/2018 | ABSENTEE BALLOT | DEKALB | 044MTYSON | |
| 10/11/2018 12:01 PM | CHANGE | Other | 10/11/2018 | ABSENTEE BALLOT | DEKALB | 044KLACKEY | |
| 08/09/2018 10:29 PM | CHANGE | Other | 07/24/2018 | Express Poll In | | JHALLMAN | |
| 05/08/2018 4:58 PM | CHANGE | Other | 05/08/2018 | ABSENTEE BALLOT | DEKALB | 044KBURKE | |
| 11/01/2017 11:34 AM | CHANGE | Other | 11/01/2017 | ABSENTEE BALLOT | DEKALB | 044KABNATHA | |
| 05/30/2017 3:34 PM | CHANGE | Other | 05/30/2017 | ABSENTEE BALLOT | DEKALB | 044KABNATHA | |
| 04/11/2017 4:50 PM | CHANGE | Other | 04/11/2017 | ABSENTEE BALLOT | DEKALB | 044LGATES | |
| 10/24/2016 12:39 PM | CHANGE | Other | 10/24/2016 | ABSENTEE BALLOT | DEKALB | 044KMERRIWEATH | |
| 08/09/2016 10:28 PM | CHANGE | Other | 07/26/2016 | Express Poll In | | SJACKSON | |
| 05/19/2016 2:59 PM | CHANGE | Other | 05/19/2016 | ABSENTEE BALLOT | DEKALB | 044NYOUNG | |
| 02/22/2016 6:24 PM | CHANGE | Other | 02/22/2016 | ABSENTEE BALLOT | DEKALB | 044ELEWIS | |
| 01/26/2016 4:20 PM | CHANGE | Residence Address, Other | 12/03/2015 | | DEKALB | 044LGATES | 11 - Confirmations |
| 11/13/2015 11:34 PM | CHANGE | Status | 11/03/2015 | Express Poll In | | SJACKSON | |
| 11/06/2015 4:05 AM | CHANGE | Other | 12/06/2011 | Express Poll In | | SYSTEM | |
| 10/05/2015 10:30 PM | CHANGE | Status | 10/30/2014 | NCOA | | CONFIRMATION NOTICE | |
| 10/30/2014 4:59 PM | CHANGE | Other | 10/30/2014 | ABSENTEE BALLOT | DEKALB | 044KABNATHA | |
| 08/07/2014 7:46 AM | CHANGE | Status | 07/22/2014 | Express Poll In | | JSACKSON | |
| 05/02/2014 2:39 PM | CHANGE | Other | 05/02/2014 | ABSENTEE BALLOT | DEKALB | 044PELLIS | |
| 11/21/2013 7:59 AM | CHANGE | Other | 11/05/2013 | Express Poll In | | PCCSA | |
| 12/03/2012 12:00 AM | NEW VOTER | | 11/06/2012 | CON | | ENETCONV | 03 - County |

Previous

| | Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|---|
| | JEFFREY SCHOENBERG | 10/03/2000 | 02516356 | DUNWOODY |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|
| CN | 08/26/2015 | Didn't respond within 40 days | Confirmation Notices | |

Previous

| | Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|---|
| | JEFFREY SCHOENBERG | 10/03/2000 | 02516356 | DUNWOODY |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|

Previous