Inquiries > Absentee Ballots

# Inquiry - Voter Absentee Ballots

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| JEFFREY SCHOENBERG | 10/03/2000 | 02516356 | 1018 WINDING RIDGE CT DUNWOODY 30338 | DI | DI | 00603 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 12/29/2020 | IN PERSON | 1018 WINDING RIDGE CT DUNWOODY 30338 | 12/29/2020 | DI | 00603 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 08/28/2020 | MAILED BALLOT | 1018 WINDING RIDGE CT DUNWOODY 30338 | 10/06/2020 | DI | 00603 | ACCEPTED |
| 08/11/2020--AUGUST 11, 2020 GEN. PRI. RO/GEN. NP R0/SPEC. RO EL | 06/30/2020 | MAILED BALLOT | 1018 WINDING RIDGE CT DUNWOODY 30338 | 07/10/2020 | DI | 00603 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/03/2020 | MAILED BALLOT | 1018 WINDING RIDGE CT DUNWOODY 30338 | 05/02/2020 | DI | 00603 | ACCEPTED |
| 03/24/2020--MARCH 24, 2020 PPP/SPECIAL ELECTION | 03/10/2020 | IN PERSON | 1018 WINDING RIDGE CT DUNWOODY 30338 | 03/10/2020 | DI | 00603 | ACCEPTED |
| 11/05/2019--NOVEMBER 5, 2019 GENERAL/SPECIAL ELECTION | 10/30/2019 | IN PERSON | 1018 WINDING RIDGE CT DUNWOODY 30338 | 10/30/2019 | DI | 00603 | ACCEPTED |
| 12/04/2018--DECEMBER 4, 2018 STATE AND LOCAL ELECTION RUNOFF | 11/26/2018 | IN PERSON | 1018 WINDING RIDGE CT DUNWOODY 30338 | 11/26/2018 | DI | 00603 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 10/11/2018 | MAILED BALLOT | 1018 WINDING RIDGE CT DUNWOODY 30338 | 10/23/2018 | DI | 00603 | ACCEPTED |
| 05/22/2018--MAY 22, 2018 GEN. PRI./GEN. NP/SPEC. ELECTION | 05/08/2018 | IN PERSON | 1018 WINDING RIDGE CT DUNWOODY 30338 | 05/08/2018 | DI | 00603 | ACCEPTED |
| 11/07/2017--NOVEMBER 7, 2017 GENERAL/SPECIAL ELECTION | 11/01/2017 | IN PERSON | 1018 WINDING RIDGE CT DUNWOODY 30338 | 11/01/2017 | DI | 00603 | ACCEPTED |
| 06/20/2017--JUNE 20, 2017 FEDERAL SPECIAL ELECTION RUNOFF | 05/30/2017 | IN PERSON | 1018 WINDING RIDGE CT DUNWOODY 30338 | 05/30/2017 | DI | 00603 | ACCEPTED |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/18/2017--APRIL 18, 2017 FEDERAL SPECIAL ELECTION | 04/11/2017 | IN PERSON | 1018 WINDING RIDGE CT DUNWOODY 30338 | 04/11/2017 | DI | 00603 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/24/2016 | IN PERSON | 1018 WINDING RIDGE CT DUNWOODY 30338 | 10/24/2016 | DI | 00603 | ACCEPTED |
| 05/24/2016--MAY 24, 2016 GEN. PRI./GEN. NP/SPEC. ELECTION | 05/19/2016 | IN PERSON | 1018 WINDING RIDGE CT DUNWOODY 30338 | 05/19/2016 | DI | 00603 | ACCEPTED |
| 03/01/2016--MARCH 1, 2016 PPP/SPECIAL ELECTION | 02/22/2016 | IN PERSON | 1018 WINDING RIDGE CT DUNWOODY 30338 | 02/22/2016 | DI | 00603 | ACCEPTED |
| 11/04/2014--GEN._SPEC. ELECTION | 10/30/2014 | IN PERSON | 1152 BORDEAU CT DUNWOODY 30338 - 3204 | 10/30/2014 | AD | 00603 | ACCEPTED |
| 05/20/2014--GEN. PRI._GEN. NP_SPEC ELECTION | 05/02/2014 | IN PERSON | 1152 BORDEAU CT DUNWOODY 30338 - 3204 | 05/02/2014 | AD | 00603 | ACCEPTED |

Previous