Laura Marie Digges                September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 1

1

              IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF GEORGIA

                      ATLANTA DIVISION

3

4

    DONNA CURLING, et al.,        )

5                                 )

        Plaintiff,                )

6                                 )  CIVIL ACTION FILE

    vs.                           )

7                                 )  NO. 1:17-cv-2989-AT

    BRAD RAFFENSPERGER, et al., )

8                                 )

        Defendant.                )

9

10

11      The remote videoconference deposition of LAURA

12  MARIE DIGGES, taken pursuant to the stipulations

13  contained herein; the reading and signing of the

14  deposition reserved, before Charlene M. Hansard,

15  B-2341, Certified Court Reporter, commencing at 1:28

16  p.m., on Thursday, September 23, 2021, with witness

17  located in Marietta, Georgia 30066.

18

19

20

21

22

23

24

25

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

```
                                              Page 2

 1                 A P P E A R A N C E S

 2

 3            (All parties appeared remotely by Zoom

 4        videoconference.)

 5

 6    ON BEHALF OF PLAINTIFF CURLING:

 7         Hannah Elson, Esq.
          Morrison & Foerster, LLP
 8        2100 L Street, Suite 900
          Washington, D.C. 20037
 9        (202) 926-6976
          Helson@mofo.com
10

11    ON BEHALF OF PLAINTIFFS DIGGES AND MISSETT:

12         Cary Ichter, Esq.
          Ichter Davis, LLC
13        3340 Peachtree Road, N.E.
          Suite 1530
14        Atlanta, Georgia 30326
          (404) 869-7600
15        Cichter@ichterdavis.com

16    ON BEHALF OF STATE DEFENDANTS:

17         Bryan Jacoutot, Esq.
          R. Dal Burton, Esq.
18        Taylor English Duma, LLP
          1600 Parkwood Circle
19        Suite 400
          Atlanta, Georgia 30339
20        (770) 434-6868
          Bjacoutot@taylorenglish.com
21        dburton@taylorenglish.com

22

23

24

25
```

Page 3

```
 1                A P P E A R A N C E S
                      (continued)
 2

 3

     ON BEHALF OF FULTON COUNTY DEFENDANTS:
 4
         Cheryl Ringer, Esq.
 5       Office of the County Attorney
         Fulton County
 6       141 Pryor Street, SW, Suite 4038
         Atlanta, Georgia 30303
 7       (404) 612-0286
         Cheryl.ringer@fultoncountyga.gov
 8

 9   ALSO PRESENT:
10       Ms. Marilyn Marks, Executive Director
         Coalition for Good Governance
11
         Mr. Matthew Riesdorph, Veritext Concierge Tech
12

13

14

15

16

17

18

19

20
     Legend of the Transcript:
21
     (sic)         Exactly as said
22   (phonetic)    Exact spelling unknown
     . . .         Trailing off or did not complete thought
23    --           Break in speech continuity
     uh-huh        Affirmative
24   uh-uh         Negative

25
```

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 4

1
2                        I N D E X
3
   WITNESS                                    PAGE
4
   LAURA MARIE DIGGES
5
        Examination By Mr. Jacoutot ..................6
6
7
8
                   DEFENDANT'S EXHIBITS
9
   EXHIBIT
10  NUMBER          DESCRIPTION                 PAGE
11  Exhibit 1    Notice of Deposition ................11
12  Exhibit 2    CBS46 News article ..................27
13  Exhibit 3    Coalition for Good Governance's ......33
                 and Coalition Plaintiffs'
14               Objections and Responses to
                 Defendant Brad Raffensperger's
15               First Request for Admission
16  Exhibit 4    ENET Report .........................40
17
18
19        (Originally marked exhibits attached to the
20     original of the deposition and a copy attached
21     to all copies produced.)
22
23
24
25

Page 11

1              (Exhibit No. 1, Notice of Deposition, was

2          marked for identification purposes.)

3    BY MR. JACOUTOT:

4        Q.   Okay.  I'm going to share with you what's

5    been marked Exhibit No. 1.  And let me know when it

6    shows up on your -- in your Exhibit Share.  You might

7    have to refresh.  Is it there?  It should be Exhibit

8    0001.

9        A.   Okay.  There it is.

10       Q.   Okay.  So that is -- Can you confirm for me

11   that that is the Notice of Deposition that you

12   received?

13       A.   Yes, it looks like it.  Yeah.  Yes.

14       Q.   Okay.  Great.  I don't have any questions on

15   that.  I just wanted to go ahead and put it in the

16   record for us.

17       A.   All right.

18       Q.   Can you give me your current address?

19       A.   3478 Chastain, C-h-a-s-t-a-i-n, Lynn Lane,

20   Northeast, Marietta, Georgia 30066.

21       Q.   Okay.  Thank you.  And how long have you

22   lived in Cobb County?

23       A.   1996.

24       Q.   Now, I know you said you've never had a

25   deposition before.  But have you ever been examined at

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 14

1   certifications.  They had their own internal education

2   and I received a few certifications from them --

3   through them.

4        Q.   Okay.  Any other type of education that you

5   can name?

6        A.   No.

7        Q.   Okay.  So do you have any education in

8   election law or voting specifically?

9        A.   Education in voting law or -- Well, I -- I

10  was a poll watcher.  You know, I received training

11  through -- through voter protection, but.

12       Q.   And who -- who gave you the training for poll

13  watching?

14       A.   Democratic Party of Georgia.

15       Q.   Okay.  Apart from that, do you have any

16  specific education or training with respect to election

17  law?

18       A.   No.

19       Q.   Okay.  And in that training that you received

20  from the Democratic Party of Georgia, did they give you

21  any election administration for Georgia or any other

22  state, any training in election administration

23  specifically?

24       A.   No.

25       Q.   Okay.  And you said you were a poll watcher

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 15

1     or you were trained as a poll watcher.  Did you -- Did

2     you actually go and, you know, poll watch during

3     elections?

4          A.   Yes.

5          Q.   What years would you say you've done that

6     for?

7          A.   It was the 2018 gubernatorial election and

8     then there was another one after it, and it was

9     probably 2019.

10         Q.   Have you ever worked at a polling place as a

11    poll worker?

12         A.   No.

13         Q.   Okay.  When you were doing the poll watching

14    for the 2018 and 2019 elections, were -- what poll --

15    what poll places was that by county, let's say?

16         A.   Cobb County.

17         Q.   Cobb County.  Okay.  Do you happen to

18    remember the precinct or did you do multiple precincts?

19         A.   I did multiple.  The first one was at the --

20    I don't recall.

21         Q.   Okay.  That's fine.  But you would say you

22    did multiple precincts though?

23         A.   Yes.

24         Q.   Okay.  Did the training that you received for

25    your poll watching, did that include training in

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

                                                      Page 16

 1    casting absentee ballots?

 2         A.   Yes.  The training did go over the absentee

 3    ballot requirements.

 4         Q.   Okay.  And did that go -- When you say

 5    absentee ballots, in Georgia we call absentee voting --

 6         A.   Early voting.

 7         Q.   -- multiple types.  So was it absentee by

 8    mail or absentee in person that the training covered,

 9    if you recall?

10         A.   Well, absentee -- absentee in person is

11    the -- is -- they call it early voting.

12         Q.   Uh-huh.

13         A.   They went over that.  And they went over

14    in-person voting too.

15         Q.   Okay.  Did they provide any training related

16    to computers?

17         A.   No.

18         Q.   Okay.  So nothing involving hardware or

19    programming or cybersecurity or the voting equipment

20    itself?

21         A.   No.

22         Q.   Do you have any training outside of the

23    Democratic Party of Georgia's training that might have

24    pertained to computers?

25         A.   No.

Page 17

1    Q.   Okay.  Just to be clear, you mentioned you

2    worked at IBM.  What did you do there?

3    A.   I worked in -- I did a few things, mainly

4    administrator professional working in the business

5    partner support organization, support for contracts --

6    business partner contracts and administered global

7    contracts.  Business partner -- They had to -- They had

8    to have certification, and I tracked that.  Then I

9    moved over to the compliance area, and I participated

10   in compliance meetings from business partners around

11   the world.  And then -- Let's see.  I did lots of

12   stuff.  It's just mainly in the business partners

13   support organization, supporting business partners.

14   Q.   Okay.  So they wouldn't have provided you

15   with any computer-specific training at IBM in the

16   course of your job there?

17   A.   Oh, yeah, we received a lot of training with

18   computers there.

19   Q.   Okay.  Can you describe that training?

20   A.   Database training, how, you know, to operate

21   computers, just -- I mean, probably just generally how

22   companies train their employees on how to operate

23   computers.

24   Q.   Okay.  Have you had any training or education

25   concerning operation or functioning of the direct

Page 18

1    recording electronic voting machines commonly referred

2    to as DREs?

3            A.    No.

4            Q.    Okay.  Have you had any training or education

5    concerning the operation or functioning of ballot

6    marking devices commonly referred to as BMDs?

7            A.    No.  I mean, I've heard about them and how

8    they operate, but I haven't received any specific

9    training.

10           Q.    Okay.  And any training or education

11   concerning the operation or functioning of the scanners

12   that are used in conjunction with BMDs during elections

13   here in Georgia?

14           A.    No.

15           Q.    Have you ever voted on a DRE?

16           A.    No.

17           Q.    Have you ever voted on a BMD?

18           A.    Yes.  Oh, wait a minute.  Wait a minute.  I

19   have voted on the DRE not the BMD.

20           Q.    Okay.  So the voting machines that were in

21   place up until the recent --

22           A.    Exactly.

23           Q.    -- changeover?

24           A.    Yes, yes, exactly.

25           Q.    Okay.

Page 24

1    related to election integrity and reform.  What else?

2    Just a lot of educating the public, you know, that

3    I -- I normally -- I wouldn't have any idea even

4    where to start if it weren't for CGG.  They've been

5    very helpful.

6         Q.   Okay.  Would you say that a goal of yours as

7    a member is to help ensure that voting by paper ballots

8    becomes a reality in Georgia?

9         A.   I think voting by paper ballots is very

10   important, yes.

11        Q.   Okay.

12        A.   Because of the paper trail.

13        Q.   Right.  Understood.

14        A.   Yeah.

15        Q.   Have you made any statements to the media

16   in -- that relate to Georgia's voting laws?

17        A.   Relates to Georgia voting laws.  Let me think

18   now.  Well, when -- when there was an election, we were

19   doing pictures of poll tapes.  And Bill and I went to

20   photograph some poll tapes, and I got out of the car

21   and was photographing poll tapes.  And while I was

22   photographing the poll tapes, the election manager and

23   the election workers -- voting was finished.

24        Q.   Uh-huh.

25        A.   And they were bringing the equipment out --

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 25

1     Their cars were parked on the opposite end of the

2     parking lot, so they were bringing the election

3     equipment out.  And they left election equipment by the

4     front door or right next to me.  Nobody was there.  And

5     they were all getting in their cars.  Nobody watched.

6     I could have easily taken the -- Bill was parked right

7     there waiting for me on the sidewalk.  I could have

8     taken the equipment, put it in the car, and driven off.

9     It was pretty alarming.  So I contacted -- I contacted

10    the news, and they came.

11         Q.   And when they came --

12         A.   They --

13         Q.   Oh, I'm sorry.

14         A.   They did a report on that.

15         Q.   Okay.  Did you provide any quotes for them to

16    use in any -- any media report that they did?

17         A.   The -- The reporter pulled up a document that

18    said that the poll workers, when they were done with --

19    with their jobs, that they were supposed to be escorted

20    by police officers, and they were not.  So that was

21    pretty concerning.

22         Q.   And is that --

23         A.    It's something Gabe Sterling published.

24         Q.   And so did you -- And I'm sorry to, you know,

25    harp on this, but I want to make sure.  Was this

Page 26

1    something that sort of you told the media and then they

2    printed or aired that you're aware of?

3         A.   Yes.  CBS46, I think it was.

4         Q.   Okay.

5         A.   Giovanna Drpic was the --

6         Q.   I'm sorry.  What was that?

7         A.   Giovanna Drpic was the newscaster --

8         Q.   Okay.

9         A.   -- CBS46.

10        Q.   And this -- I assume that you reported this

11   to the media.  Did you report any of this to a -- any

12   county or local or state election official?

13        A.   Janine Eveler.

14        Q.   And who's that?

15        A.   She is the Cobb County Elections Director.

16        Q.   Did she provide you with any response to the

17   report?

18        A.   They said they would investigate.  I never

19   heard back after that.

20        Q.   Okay.  And so you didn't report it to any

21   state election official?

22        A.   No.  Since it was Cobb County, I provided

23   Janine Eveler with the information.

24        Q.   Okay.  Any other -- Any other times that you

25   spoke to the media about election-related topics?

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 30

1          A.    Yes.

2          Q.    Okay.  What is your -- As a Plaintiff, what

3    is your purpose in filing and proceeding with this

4    litigation?

5          A.    Well, to me, the machines aren't trustworthy.

6    They're subject to being hacked and they're insecure.

7          Q.    And based on your personal knowledge and

8    understanding, what are the claims that you are

9    currently making against the defendants in this

10   lawsuit?

11         A.    Well, it's on the Declarations.  What

12   specifically are you asking?  I'm not sure what you're

13   asking what my claims are.

14         Q.    Well, if you have any specific claims that

15   you are currently making against the defendants in this

16   lawsuit, if you could describe them to me.  Is it -- Is

17   it -- And are they just related to your concerns about

18   security of the machines?

19         A.    No.  I'm also concerned about absentee voting

20   and, you know, how difficult that is sometimes.  I

21   would love to vote on the machines if I trusted them.

22         Q.    Okay.  Do you have any other claims that you

23   plan on making in this case that have not yet been

24   made?

25         A.    No.

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 31

1        Q.    Okay.

2        A.    Just what's on the Declarations or

3    depositions, whatever they're called.

4        Q.    Understood.

5        A.    Declaration, yeah.

6        Q.    Okay.  You've voted in numerous elections; is

7    that correct?

8        A.    Yes.

9        Q.    Do you have any evidence that any of the

10   votes you have cast in any Georgia election were not

11   counted?

12       A.    I don't know how I would prove that.

13       Q.    So you don't have any evidence then, is that

14   safe to say?

15       A.    No.  No.  And that's the problem.

16       Q.    Okay.

17       A.    We just don't know.  We push the button and

18   where does my vote go?

19       Q.    Okay.  Do you have any evidence that any DRE

20   used in any election in Georgia has ever actually been

21   hacked?

22       A.    The same answer, how would -- how would I

23   know that, you know, without a paper trail?  The DREs

24   give you a bar code.  That's it.

25       Q.    And just to be sure, I'm referring to the --

Page 32

1      A.   Yeah.

2      Q.   -- DREs, yeah.

3      A.   The DREs, I don't know how I would know that.

4      Q.   Okay.  Just to be clear then, so you don't

5   have evidence that any DREs in any election in Georgia

6   has ever actually been hacked.

7      A.   Well, I'm pretty sure during the Mueller

8   Report there was a lot of questions whether any of them

9   were hacked or not.

10      Q.   So you would refer us to the Mueller Report

11   for any additional -- any response then to the question

12   I previously posed?

13      A.   I just -- I just don't know how you would

14   prove that they haven't been hacked.

15      Q.   Okay.  So my question is not how to prove

16   that they haven't been hacked.  My question is if you

17   have any evidence that any DRE used in any election in

18   Georgia has actually been hacked.

19      A.   Probably refer back to the Mueller Report.

20      Q.   Beyond the Mueller Report, do you have any

21   evidence that any DRE used in any election in Georgia

22   has actually been hacked?

23      A.   No.

24      Q.   Okay.  Do you have any evidence that any BMD

25   used in any election in Georgia has been hacked?

Laura Marie Digges                September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 33

1       A.   No.

2       Q.   Do you have any evidence that malware was

3    inserted in any BMD during any election in Georgia in

4    2019, 2020, or in any election since?

5       A.   We don't know that.  When Logan Lamb found

6    everything open at KSU, there's a possibility.

7       Q.   So I understand that, you know, you would

8    take the position that there's a possibility that

9    malware was inserted, but do you have any evidence that

10   malware was actually inserted into any BMD used in an

11   election in Georgia since 2019?

12      A.   No.

13      Q.   Okay.  Thank you.  I'm going to turn you back

14   to the Exhibit Share.  And I haven't uploaded it yet,

15   so just give me a moment.  Okay.  It's taking a moment.

16   It's a large file.

17           (Exhibit No. 3, Coalition for Good

18           Governance's and Coalition Plaintiffs'

19           Objections and Responses to Defendant Brad

20           Raffensperger's First Request for Admission, was

21           marked for identification purposes.)

22   BY MR. JACOUTOT:

23      Q.   Okay.  It should be on your end now.  Let me

24   know when you pull it up.  It should be marked Exhibit

25   0003.

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 42

1   any DRE voting machine used in any Georgia -- or excuse

2   me.  Let me rephrase that.  I understand that you don't

3   trust them, but do you have any evidence that any DRE

4   voting machine used in the Georgia election was

5   successfully hacked?

6        A.   Well, I finally realized that when I pushed

7   that button, I didn't know where my vote went.

8        Q.   Okay.

9        A.   I couldn't tell that it was counted as cast.

10       Q.   Do you know how many times you've cast an

11  absentee ballot?

12       A.   I've casted an absentee ballot in every

13  election that I've voted in since then.

14       Q.   Okay.  And you've never voted on a BMD; is

15  that correct?

16       A.   That's correct.

17       Q.   And you do not have any plans to ever vote on

18  a BMD in the future; is that correct?

19       A.   That's correct.

20       Q.   Okay.  Now, I've asked you about whether

21  you've been deposed before and whether you've been

22  examined at trial.  But have you -- Sort of apart from

23  those questions, have you ever given any declarations

24  in any case other than in this particular one?

25       A.   No.

Page 46

1    BY THE WITNESS:

2          A.   Well, some of the machines weren't

3    functioning.  The pollbooks weren't functioning.

4          Q.   Do you contend that -- So excuse me.  Let me

5    start over.  So you said some of the machines and

6    pollbooks malfunctioned; is that correct?

7          A.   That's correct.

8          Q.   Do you contend that the result of those

9    malfunctions changed the election outcome in any way?

10         A.   I don't know that.

11         Q.   Do you have any evidence that any votes in

12   the presidential election held on November 3, 2020, in

13   Georgia were actually switched from President Donald J.

14   Trump to Joseph R. Biden, Jr. as a result of the

15   software anomaly in the election system?

16         A.   Can you repeat that please?

17         Q.   Yeah, absolutely.  Do you have any evidence

18   that any of the votes in the presidential election held

19   on November 3, 2020, in Georgia were actually switched

20   from President Donald J. Trump to Joseph R. Biden as

21   the result of a software anomaly used in the election

22   system?

23         A.   Well, I have heard of people going to cast

24   their votes and, when they pressed one, it switched to

25   the other.

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 47

1          Q.    Do you know who those people are?

2          A.    I don't know them personally.

3          Q.    Did they tell you directly or did you -- were

4     you informed through someone else?

5          A.    They told -- Well, I'm in a Facebook group,

6     and they -- I was monitoring what was going on,

7     especially during the -- was it the presidential?  Was

8     it the presidential election?  And people were

9     reporting that that happened to them.

10          Q.    Did that happen to you?

11          A.    No.  Because I vote -- I vote -- I vote

12     absentee.

13          Q.    Okay.  Just making sure.  So the -- So you

14     received information through a Facebook group that some

15     people's votes were switched from Donald Trump to

16     Joseph Biden?

17          A.    Yes, in Cobb County.

18          Q.    Do you remember the name of that Facebook

19     group?

20          A.    I don't.

21          Q.    Okay.  Do you have any evidence apart from

22     the comments on the Facebook group that, during the

23     presidential election held on November 3, 2020, that

24     votes were actually switched from President -- excuse

25     me -- from Joe Biden to Donald Trump?

Laura Marie Digges                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 48

1          A.    Some were switched.  I don't know which

2     was -- which to what.

3          Q.    Okay.  Do you contend that this -- the -- and

4     excuse me.  Let me -- Let me rephrase.  You said some

5     were switched.  How do you know that?

6          A.    They were posting.  I was monitoring it.  And

7     Cobb County was having 11-hour wait times, and people

8     were posting how long they were -- it was taking to

9     vote.  And some people were saying that their -- their

10    votes were switched, and then they had the election

11    manager come over and help them.

12         Q.    Okay.  And to be clear, you don't remember

13    the names of any of these people?

14         A.    I don't.

15         Q.    And these weren't reported directly to you.

16    They just went to a Facebook --

17         A.    Exactly.

18         Q.    -- a public Facebook group.

19         A.    Exactly.

20         Q.    Okay.

21         A.    People were posting their experiences.

22         Q.    Gotcha.  And do you have any evidence that

23    these experiences being posted about vote switching

24    were the result of an anomaly in the software used in

25    the election system?

Page 49

1          A.    I have no opinion on that.  I don't know.

2          Q.    And so you don't have any evidence on that?

3          A.    Other than what they said.

4          Q.    Okay.  And do you have any evidence that

5     these alleged vote switchings reported in the Facebook

6     groups were the results of an algorithm or other design

7     feature of the election system?

8          A.    I have no knowledge of that.

9          Q.    Okay.  And do you have any evidence that the

10    alleged vote switching reported in the Facebook group

11    was the result of any problem of any kind with any

12    component of the election system?

13         A.    I have no knowledge of that.

14         Q.    Okay.  And we talked about the presidential

15    race, but do you -- did this -- do you have evidence

16    that the votes in any other elections held on the

17    ballot on November 3, 2020, were switched?

18         A.    The 2018 gubernatorial election.

19         Q.    I'm just referring to November 3, 2020.

20         A.    Oh, no.  Can you repeat that, please?  I'm

21    sorry.

22         Q.    Sure.  So the other allegations of vote

23    switching that we just previously discussed involved

24    the presidential election on November 3rd of 2020, the

25    race for president.  But my question is:  Do you have

Page 50

1    any evidence that any votes in any other election on

2    the ballot on November 3, 2020, were actually switched?

3         A.   No.

4         Q.   Okay.  Do you have any evidence of any

5    widespread voter fraud in Georgia in connection with

6    the elections held in Georgia on November 3, 2020?

7         A.   No.

8         Q.   Do you have any -- Excuse me.  Do you have

9    any evidence of any malfunctions of any component of

10   the election system that impacted the outcome of the

11   presidential election held in Georgia on November 3,

12   2020?

13        A.   I don't know.

14        Q.   You don't know if you have any evidence or

15   you don't have any evidence?  I can rephrase the -- or

16   repeat the question if it helps.  Do you have any

17   evidence of any malfunctions of any component of the

18   election system that impacted the outcome of the

19   presidential election in Georgia on November 3, 2020?

20        A.   I don't know.

21        Q.   Can you clarify whether you don't know if you

22   have evidence or if you just -- or if you do not have

23   evidence?

24        A.   I don't have evidence.

25        Q.   Okay.  And so I'm going to ask the same

Page 53

1     the end of it is, I don't know.

2          Q.   So I know that you don't know whether illegal

3     votes were counted.  That's fine.  But do you have any

4     evidence that any illegal votes were counted in the

5     November 3, 2020?

6          A.   I have no evidence.

7          Q.   Okay.  And you're not contesting the outcome

8     of the presidential election held in Georgia on

9     November 2020; is that correct?

10         A.   That's correct.

11         Q.   And you're not contesting the outcome of any

12    other elections held in Georgia on November 3, 2020; is

13    that correct, and to clarify, any non-presidential

14    elections held during that race -- or during the

15    election on November 3, 2020?

16         A.   No.

17         Q.   Okay.  Do you have any evidence that there

18    was any mismatch between the QR codes on the paper

19    ballots cast in the presidential election held in

20    Georgia on November 3, 2020, and the human readable

21    portion of the paper ballots?

22         A.   How would I know that?

23         Q.   So you don't have any evidence?

24         A.   No.

25         Q.   Okay.

Laura Marie Digges                          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 61

1                    D I S C L O S U R E

2         I, Charlene M. Hansard, do hereby disclose

3    pursuant to Article 10.B. of the Rules and

4    Regulations of the Board of Court Reporting of the

5    Judicial Council of Georgia that I was contacted by

6    the party taking the proceedings to provide court

7    reporting services for this proceeding and there is

8    no contract that is prohibited by O.C.G.A. Section

9    15-14-37(a) and (b) or Article 7.C. of the Rules and

10   Regulations of the Board for the taking of this

11   proceeding.

12        There is no contract to provide reporting

13   services between myself or any person with whom I

14   have a principal and agency relationship nor any

15   attorney at law in this action, party to this action,

16   party having a financial interest in this action, or

17   agent for an attorney at law in this action, party to

18   this action, or party having a financial interest in

19   this action.  Any and all financial arrangements

20   beyond my usual and customary rates have been

21   disclosed and offered to all parties.

22        DATED:  September 23, 2021.

23
     *Charlene M. Hansard*

24

     CHARLENE M. HANSARD, CCR-B-2341

25