

### Inquiry > Voter Registration
#### Inquiry - View Voter Registration

**Voter Information**
- Voter Name: LAURA MARIE DIGGES
- Date of Birth: [redacted] 1953
- Race: OTHER
- Gender: FEMALE
- Voter Registration #: 03516344
- Registration Date: 01/26/1996
- Current Status: ACTIVE
- Status Reason:
- Voter Phone:
- E-mail:
- DL #/State ID: [redacted]
- Site ID / Location: 01 - DDS
- SSN (Full OR Last 4 Digits): [redacted]
- ID Required: NO
- US Citizen: YES
- Challenged Elector: NO

**Residence Address**
- Street No.: [redacted]
- Street Name: [redacted]
- Suffix:
- Apt/Unit:
- Address Line 2:
- Municipality:
- Postal City: MARIETTA
- County: COBB
- Zip Code: [redacted]
- State: GA
- Added Date: 02/17/1996
- Change/Audit Date: 12/09/2020
- Date of Last Contact: 12/09/2020
- Date of Last Status Change: 05/09/2006
- Poll Worker Interest:

**Voting Districts**
- Congressional: 006
- Senate: 032
- House: 044
- Judicial: COBB

**County Districts**
- Commission: 3
- School: 4

**Municipal Districts**
- County Precinct: BW01
- Municipal Precinct: -
- Voting Area/Combo #: 00605
- County Polling Place: NORTHEAST COBB COMMUNITY CENTER-BW01, 3100 JAYCEE DR, MARIETTA, GA 30066 - 0000
- Municipal Polling Place:

VoteSafe   Display Actual Address   Display Signature

**Mailing Address**
- Street No.:
- Suffix:
- Street Name / PO Box:
- Address Line 2:
- Apt/Unit:
- Mailing City:
- Mailing State:
- Zip Code:

| User Name | Date/Time | Memo |
|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| LAURA MARIE DIGGES | 01/26/1996 | 03516344 | [redacted] MARIETTA |

**Previous Address:**

| Street No | Street Name | Apt/Unit | Suffix | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | | | MARIETTA | GA | [redacted] |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| LAURA MARIE DIGGES | 01/26/1996 | 03516344 | [redacted] MARIETTA |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/1996 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/07/2000 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/05/2002 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/02/2004 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/07/2006 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/04/2008 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 12/02/2008 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/02/2010 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 07/31/2012 | SPECIAL ELECTION | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | COBB |
| 11/06/2012 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/04/2014 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/08/2016 | GENERAL | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 04/18/2017 | SPECIAL ELECTION | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 05/16/2017 | SPECIAL ELECTION RUNOFF | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 06/20/2017 | SPECIAL ELECTION RUNOFF | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 05/22/2018 | GENERAL PRIMARY | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 07/24/2018 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | COBB |
| 11/06/2018 | GENERAL | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 12/04/2018 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 03/24/2020 | PPP | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 06/09/2020 | GENERAL PRIMARY | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 08/11/2020 | GENERAL PRIMARY RUNOFF | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 11/03/2020 | GENERAL | STATE WIDE | Absentee | | | | | Yes | | COBB |

| 01/05/2021 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | Yes | COBB |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| LAURA MARIE DIGGES | 01/26/1996 | 03516344 | MARIETTA |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 12/09/2020 12:01 PM | CHANGE | Other | 12/09/2020 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 11/12/2020 12:39 PM | CHANGE | Other | 11/12/2020 | ABSENTEE BALLOT | COBB | 033LARTHUR | |
| 11/11/2020 1:04 PM | CHANGE | Other | 11/11/2020 | ABSENTEE BALLOT | COBB | 033BBARRON | |
| 10/02/2020 12:45 PM | CHANGE | Other | 10/02/2020 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 07/23/2020 11:24 AM | CHANGE | Other | 07/23/2020 | ABSENTEE BALLOT | COBB | 033USERSIX | |
| 07/07/2020 1:42 PM | CHANGE | Other | 07/07/2020 | ABSENTEE BALLOT | COBB | 033PCHURCHILL | |
| 07/07/2020 10:45 AM | CHANGE | Other | 07/07/2020 | ABSENTEE BALLOT | COBB | 033PCHURCHILL | |
| 05/15/2020 8:21 AM | CHANGE | Other | 05/15/2020 | ABSENTEE BALLOT | COBB | 033UFOURF | |
| 03/31/2020 7:42 AM | CHANGE | Other | 03/31/2020 | ABSENTEE BALLOT | COBB | 033KBROWN | |
| 03/30/2020 1:24 PM | CHANGE | Other | 03/30/2020 | ABSENTEE BALLOT | COBB | 033JWILLS | |
| 03/09/2020 12:40 PM | CHANGE | Other | 03/09/2020 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 02/03/2020 11:49 AM | CHANGE | Other | 02/03/2020 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 02/03/2020 11:46 AM | CHANGE | Other | 02/03/2020 | ABSENTEE BALLOT | COBB | 033SPRILL | |
| 11/30/2018 11:33 AM | CHANGE | Other | 11/30/2018 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 11/16/2018 11:11 AM | CHANGE | Other | 11/16/2018 | ABSENTEE BALLOT | COBB | 033MBUNCH | |
| 10/12/2018 2:58 PM | CHANGE | Other | 10/12/2018 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 09/25/2018 12:46 PM | CHANGE | Other | 09/25/2018 | ABSENTEE BALLOT | COBB | 033KKINSBRUNNER | |
| 08/09/2018 10:29 PM | CHANGE | Other | 07/24/2018 | Express Poll In | | JHALLMAN | |
| 05/09/2018 11:47 AM | CHANGE | Other | 05/09/2018 | ABSENTEE BALLOT | COBB | 033JMAYES | |
| 04/27/2018 11:02 AM | CHANGE | Other | 04/27/2018 | ABSENTEE BALLOT | COBB | 033JNICHELSON | |
| 05/15/2017 9:40 AM | CHANGE | Other | 05/15/2017 | ABSENTEE BALLOT | | 033MFIELDS | |
| 05/12/2017 11:28 AM | CHANGE | Other | 05/12/2017 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 05/03/2017 10:23 AM | CHANGE | Other | 05/03/2017 | ABSENTEE BALLOT | COBB | 033DROSS | |
| 05/02/2017 9:47 AM | CHANGE | Other | 05/02/2017 | ABSENTEE BALLOT | COBB | 033DROSS | |
| 04/08/2017 12:48 PM | CHANGE | Other | 04/08/2017 | ABSENTEE BALLOT | COBB | 033EHAZEL | |
| 10/31/2016 7:05 PM | CHANGE | Other | 10/31/2016 | ABSENTEE BALLOT | COBB | 033CBAKER | |
| 11/20/2014 9:13 PM | CHANGE | Other | 11/04/2014 | Express Poll In | | SJACKSON | |
| 11/06/2012 12:00 AM | NEW VOTER | | 11/06/2012 | CON | | ENETCONV | 01 - DDS |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| LAURA MARIE DIGGES | 01/26/1996 | 03516344 | MARIETTA |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| LAURA MARIE DIGGES | 01/26/1996 | 03516344 | MARIETTA |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|

Previous