Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION

3

4    DONNA CURLING, et al.,        )
                                   )
5         Plaintiffs,              )
                                   )  CIVIL ACTION FILE
6    vs.                           )
                                   )  NO. 1:17-cv-2989-AT
7    BRAD RAFFENSPERGER, et al., )
                                   )
8         Defendants.              )

9

10        The remote videoconference deposition of WILLIAM

11   EDWARD DIGGES, III, taken pursuant to the

12   stipulations contained herein; the reading and

13   signing of the deposition reserved, before Charlene

14   M. Hansard, B-2341, Certified Court Reporter,

15   commencing at 10:06 a.m., on Thursday, September 23,

16   2021, with witness located in Marietta, Georgia

17   30066.

18

19

20

21

22

23

24

25

William Edward Digges , III                 September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 2

```
 1              A P P E A R A N C E S
 2
 3         (All parties appeared remotely by Zoom
 4      videoconference.)
 5
 6  ON BEHALF OF PLAINTIFF CURLING:
 7      Hannah Elson, Esq.
        David D. Cross, Esq.
 8      Morrison & Foerster, LLP
        2100 L Street, Suite 900
 9      Washington, D.C. 20037
        (202) 926-6976
10      Helson@mofo.com
        dcross@mofo.com
11
    ON BEHALF OF PLAINTIFFS DIGGES AND MISSETT:
12
        Cary Ichter, Esq.
13      Ichter Davis, LLC
        3340 Peachtree Road, N.E.
14      Suite 1530
        Atlanta, Georgia 30326
15      (404) 869-7600
        Cichter@ichterdavis.com
16
    ON BEHALF OF STATE DEFENDANTS:
17
        Diane Festin LaRoss, Esq.
18      R. Dal Burton, Esq.
        Taylor English Duma, LLP
19      1600 Parkwood Circle
        Suite 400
20      Atlanta, Georgia 30339
        (770) 434-6868
21      Dlaross@taylorenglish.com
        dburton@taylorenglish.com
22
23
24
25
```

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

                                                    Page 3

1               A P P E A R A N C E S
                      (continued)
2

3

    ON BEHALF OF FULTON COUNTY DEFENDANTS:
4
         David R. Lowman, Esq.
5        Office of the County Attorney
         Fulton County
6        141 Pryor Street, SW, Suite 4038
         Atlanta, Georgia 30303
7        (404) 612-0286
         David.lowman@fultoncountyga.gov
8

9   ALSO PRESENT:

10       Ms. Marilyn Marks, Executive Director
         Coalition for Good Governance
11
         Mr. Matthew Riesdorph, Veritext Concierge Tech
12

13

14

15

16

17

18

19

20
    Legend of the Transcript:
21
    (sic)        Exactly as said
22  (phonetic)   Exact spelling unknown
    . . .        Trailing off or did not complete thought
23   --          Break in speech continuity
    uh-huh       Affirmative
24  uh-uh        Negative
25

William Edward Digges , III                September 23, 2021
Curling, Donna v. Raffensperger, Brad

```
                                             Page  4


 1
 2                         I N D E X
 3
      WITNESS                                          PAGE
 4
      WILLIAM EDWARD DIGGES, III
 5
             Examination By Ms. Laross ...................6
 6
 7                    DEFENDANT'S EXHIBITS
 8    EXHIBIT
      NUMBER          DESCRIPTION                      PAGE
 9
      Exhibit 1     Notice of Deposition ................14
10
      Exhibit 2     ENET report .........................34
11
      Exhibit 3     Coalition Plaintiffs' Statement on ...40
12                  William Digges
13    Exhibit 4     Declaration of William Digges, .......58
                    III, dated October 20, 2019
14
      Exhibit 5     Declaration of William Digges, .......58
15                  III, dated September 27, 2018
16    Exhibit 6     Bullet point sheet ..................68
17
18           (Originally marked exhibits attached to the
19        original of the deposition and a copy attached
20        to all copies produced.)
21
22
23
24
25
```

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 15

1   to go look and see if I have it.  But I see it now.

2        Q.   Okay.  Great.  And do you see in that first

3   paragraph where it notifies that there'll be an

4   examination -- oral examination under oath of Plaintiff

5   William Digges, III, on Thursday, September 23, 2021,

6   beginning at 10:00 a.m.?  Do you see that --

7        A.   Yes.

8        Q.   -- on the exhibit?  Okay.  Mr. Digges, you

9   mentioned that you live in Cobb County.  How long have

10  you lived in Cobb County?

11           MS. LAROSS:  Matt, we don't need that

12       exhibit anymore.

13  BY MS. LAROSS:

14       Q.   Excuse me, Mr. Digges.  I'm sorry about that.

15  How long have you lived in Cobb County?

16       A.   Since 1996.

17       Q.   And just generally, where did you live before

18  moving to Cobb County in 1996?

19       A.   Colorado.

20       Q.   Are you originally from Colorado?

21       A.   No, ma'am.

22       Q.   Where are you originally from?

23       A.   New Jersey.

24       Q.   And in Georgia, have you lived in any other

25  counties other than Cobb County?

William Edward Digges , III                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 17

1       Q.    In that case did you give any testimony?

2       A.    No.

3       Q.    I'm going to ask you a few questions about

4    your educational background.  So how far did you get in

5    school in terms of high school or college?

6       A.    College.

7       Q.    And what degrees do you hold?

8       A.    I have a bachelor's degree in accounting and

9    a master's degree in information systems.

10      Q.    When did you obtain your bachelor's degree in

11   accounting?

12      A.    I think it was --

13      Q.    Are you looking at a certificate or diploma?

14      A.    Yeah, I got it on the wall.

15      Q.    Okay.

16      A.    '80 -- I can't read that crazy writing.  '82.

17      Q.    Okay.  And what school did you receive that

18   degree from?

19      A.    Fairleigh Dickinson University.

20      Q.    And your master's degree, when did you obtain

21   your master's degree?

22      A.    1995.

23      Q.    And what school did you receive that degree

24   from?

25      A.    Regis University, Colorado.

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 20

1    more for financial analysis and that kind of thing.

2         Q.   And the classes in database analysis, were

3    those associated with your employment?

4         A.   Yes.

5         Q.   Have you had any formal education in election

6    law or voting --

7         A.   No.

8         Q.   -- law?  So then it was correct that you

9    don't have any training in Georgia election law?

10        A.   No.

11        Q.   Have you had any training in election

12   administration or procedures in Georgia or any other

13   state?

14        A.   No.

15        Q.   Have you ever worked at a polling place

16   either as a poll worker or in any other role?

17        A.   No.

18        Q.   So you had mentioned that you've had classes

19   concerning databases.  Describe for us what training

20   that you have or training or education you have related

21   to computers or hardware or programming.

22        A.   Well, which of those?

23        Q.   Okay.  Well, then we'll take them one at a

24   time.  That -- That's fair.  Absolutely.  Okay.  So do

25   you have any training or education related to computer

William Edward Digges , III        September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 21

1    hardware?

2         A.    No training, no.

3         Q.    Okay.  Training or education concerning

4    computer programming?

5         A.    Yes.

6         Q.    And describe for us --

7         A.    Excuse me.

8         Q.    Go ahead.  Excuse me.

9         A.    I said very little.  I mean, just general

10   programming classes.

11        Q.    Okay.  So what about training or education in

12   cybersecurity?

13        A.    None.

14        Q.    Training or education with respect to voting

15   equipment?

16        A.    None.

17        Q.    Do you have any training or education related

18   to computer hacking?

19        A.    No.

20        Q.    Do you have any training or education related

21   to the insertion of malware into a computer system or a

22   voting -- or voting machines?

23        A.    No.

24        Q.    Any training or education concerning the

25   operation or functioning of DREs which are direct

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 22

1    recording electronic voting machines?

2         A.    No training, no.

3         Q.    Any training or education concerning the

4    operation or functioning of ballot marketing devices

5    also known as BMDs?

6         A.    No.

7         Q.    Any training or education concerning the

8    operation or functioning of scanners used in

9    conjunction with ballot marking devices or BMDs?

10        A.    No.

11        Q.    And your answer was no.  Okay.

12        A.    True.

13        Q.    Had you ever voted on a DRE or a direct

14   recording device?

15        A.    Was that the older ones or the newer ones?

16        Q.    Yes, that would be the older ones here in

17   Georgia --

18        A.    Yes.

19        Q.    -- correct.  Have you ever voted on the newer

20   ones or the ballot marking devices also known as BMDs?

21        A.    No.

22        Q.    Do you have any writings or publications

23   related in any way to voting or elections?

24        A.    Excuse me.  I didn't quite --

25        Q.    Sure.  Do -- Let me ask it this way.  So do

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 23

1    you have any writings or written any publications
2    related to voting or elections?
3         A.    No.
4         Q.    I'm going to ask you some questions about
5    your employment history, and we can speak about that
6    generally.  I know you've mentioned that you worked for
7    IBM; is that correct?
8         A.    Yes.
9         Q.    And when did you work for IBM?
10        A.    From 1977 to 2010.
11        Q.    And, generally, what did you do for IBM
12   during that tenure?
13        A.    Various roles, so mostly finance, systems
14   development, analysis of various companies I guess
15   within IBM, reporting accounting structure, building
16   accounting structures.
17        Q.    Any employment after IBM?
18        A.    Yes.
19        Q.    And where did you work after leaving IBM?
20        A.    Kennesaw State University.
21        Q.    How long did you work for Kennesaw State?
22        A.    Nine years and five months.
23        Q.    Sorry.  Did you say ten years and five
24   months?
25        A.    Nine.

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 24

1       Q.   Oh, sorry.  Okay.  It was nine years and five

2   months at Kennesaw State; correct?

3       A.   (No audible response.)

4       Q.   Okay.  You'll need to say it verbally.

5       A.   Yeah.  Thought I did.

6       Q.   Okay.  And what did you do for Kennesaw State

7   University?

8       A.   Mostly accounting, just general accounting

9   tasks.

10      Q.   Any employment since Kennesaw State

11  University?

12      A.   No.

13      Q.   So fair to say that you retired after working

14  at Kennesaw State University?

15      A.   Yes.

16      Q.   Any other employment other than IBM and

17  Kennesaw State University, I guess, since, you know, in

18  the late '70s is when you started with IBM, did you

19  work for anyone else while you had either of those

20  positions?

21      A.   No.

22      Q.   And when you left IBM, was there a reason for

23  your departure?

24      A.   I retired from IBM.

25      Q.   So that was your choice to leave IBM;

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 25

1    correct?

2          A.    No.   That was -- No, I was eligible to

3    retire, and so they retired me.

4          Q.    I see.   Okay.   And with Kennesaw State

5    University, was that -- did you -- was retirement your

6    choice or --

7          A.    Yes.

8          Q.    -- was that similar?

9          A.    That was my choice.

10         Q.    Have you done any voter advocacy work?

11         A.    What is -- What would that be, I guess?

12         Q.    Okay.   Would -- Might be a membership in a

13   voting rights group or participated in any events for

14   voter groups that advocate for voting rights?

15         A.    Yeah.   I'm a member of the Coalition for Good

16   Governance.   And I've been to a couple of events, maybe

17   more than two, but, yeah.   Over the years, yeah.

18         Q.    How long have you been a member of the

19   Coalition for Good Governance?

20         A.    I want to say since late 2017.

21         Q.    And you mentioned that you attended a couple

22   of events with the Coalition.   Have you done any other

23   work with the Coalition?

24         A.    Yeah.   I went through some data for them,

25   just transcribing mostly.   Went to a few of the state

William Edward Digges , III     September 23, 2021
Curling, Donna v. Raffensperger, Brad

1    meetings along with other members just, you know, to be

2    there and see what was going on.

3        Q.   Did you hold any -- Were you an officer for

4    the organization or any other kind of leadership --

5        A.   No, I have --

6        Q.   -- kind of position?

7        A.   -- no title.

8        Q.   Are you a member of any other organization

9    that is related to elections or voting?

10       A.   No.

11       Q.   Have you ever been a member of any other

12   organization related to elections or voting --

13       A.   No.

14       Q.   -- other than the Coalition?

15       A.   No.

16       Q.   Okay.  And what would you say in your own

17   words is the purpose of the Coalition for Good

18   Governance?

19       A.   Well, I think they do a lot of things, so

20   they don't -- I look on them as a watchdog.  You know,

21   they're paying attention to the voting, how it's done,

22   the rules that are created about voting.  And then they

23   make commentaries, and they lobby and try to get things

24   put right to their point of view.

25       Q.   Is there any particular work that's drawn you

William Edward Digges , III            September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 30

1      Q.   Mr. Digges, what is your purpose in

2   participating as a party in the lawsuit we're here

3   about today?

4      A.   To get the voting moved to paper ballots --

5   hand-marked paper ballots.

6      Q.   So it's your preference that here in Georgia

7   we would move to hand-marked paper ballots?

8      A.   Yes.

9      Q.   And what is your understanding of the claims

10  that are pending in this case?

11     A.   Such as?  Claims?

12     Q.   The claims are what -- or the complaints that

13  are -- or the areas that you're challenging as part of

14  the lawsuit.  We call them claims, but I understand

15  that you might not call it that.  Does that make any

16  sense?

17     A.   Well, areas?

18     Q.   Okay.  Yeah, areas would be fine.  So what

19  areas would you understand to be what's raised in the

20  lawsuit on your behalf?

21     A.   Well, I think basically that the machines are

22  insecure.  I think they're -- they can be hacked.  And,

23  therefore, they're not trustworthy.  I don't -- I don't

24  like the privacy issues that come along with those

25  large screens.  And then with the -- with the voting

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 31

1    record -- individual's voting record being translated

2    to a QR code is also -- concerns me.

3          Q.    And what concerns you about that individual

4    voting record translating to a QR code?

5          A.    Well, it's a -- it's a process where you're

6    taking something that's easily read and seen and

7    turning it into something that cannot be read and seen

8    by the individual voter.  And the process that does

9    that is not visible nor do we know who's responsible

10   for it, who can change it, when is it changed.  So I

11   see no controls over that transition, and that concerns

12   me greatly.

13         Q.    And you mentioned earlier that you had voted

14   on the older machines here in Georgia which are the

15   DREs.  Do you have any evidence that any votes that you

16   cast on a voting machine here in Georgia were not

17   counted?

18         A.    No, I do not.

19         Q.    Do you have any evidence that the votes you

20   cast on a voting machine here in Georgia were changed?

21         A.    No, I do not.

22         Q.    Do you have any evidence that any DRE or

23   voting machine of the old voting machines used in

24   Georgia has ever actually been hacked?

25         A.    No.  Other than a court demonstration, no.

Page 34

1          A.    No.

2          Q.    Do you have any knowledge of any evidence

3     that malware was inserted into any Georgia voting

4     machine?

5          A.    No.

6          Q.    Do you have any evidence that the new voting

7     machines in Georgia, the BMDs, have been hacked?

8          A.    No.

9          Q.    And just to be clear, do you have any

10    evidence that there has been malware inserted into any

11    of the new voting machines or BMDs used in Georgia

12    elections?

13         A.    No.

14         Q.    I'm going to refer you to an exhibit.  It'll

15    just take me a moment to upload it, and then I will ask

16    you to go ahead and refresh your screen.  It's not

17    there yet.  I'll let you know when it's there.

18         A.    Uh-huh.

19         Q.    Okay.  It's been uploaded so everyone can

20    refresh their screens, and they should find Exhibit No.

21    2 in the marked exhibit folder.

22         A.    Okay.

23              (Exhibit No. 2, ENET report, was marked for

24         identification purposes.)

25              THE CONCIERGE TECH:  And Ms. LaRoss, this

Page 37

1      Q.   Okay.  All right.  Have you ever voted in any

2   other state other than Georgia?

3      A.   Oh, yeah.  Every state I have lived in, I

4   have voted.

5      Q.   Okay.  So that would -- List for me the

6   states you voted in.

7      A.   New Jersey, New York, Colorado, and Georgia.

8      Q.   Okay.  So if we could go back to Exhibit WD

9   0002 and look at the bottom half of the first page.

10      A.   Yeah.

11      Q.   Okay.  And then if you will look in the

12   column, ballot type.

13      A.   Right, regular, regular, up to the '16,

14   right, or '14?

15      Q.   2016.

16      A.   Yeah.

17      Q.   Yeah.  So would that be an accurate time

18   between the November 1996 up through November 2014 when

19   you cast regular ballots on a voting machine?

20      A.   Yes, that's about right.

21      Q.   Okay.  And then if you look at the next entry

22   on November 2016 in the general election --

23      A.   Uh-huh.

24      Q.   -- it's noted under the ballot type,

25   absentee; correct?

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 38

1      A.    Correct.

2      Q.    And since that time, you've voted only

3   absentee here in Georgia; correct?

4      A.    Yes.

5      Q.    And why did you change from casting a regular

6   ballot on a voting machine to casting your ballot by

7   absentee?

8      A.    I wanted to ensure that my vote was getting

9   counted, and I wanted to have a auditable paper record

10  of my vote.

11     Q.    Do you have -- Did you -- Do you have copies

12  of the ballots that you've cast?

13     A.    Somewhere.

14     Q.    Sorry.  I didn't hear your answer, sir.

15     A.    I don't know if I have them from that far

16  ago, no.

17     Q.    Do you have them more -- from the more recent

18  years and the more recent elections you have

19  participated in?

20     A.    I don't recall.  I'd have to go dig through

21  all the papers.

22     Q.    And you'd mentioned earlier that you've never

23  voted on the new voting machines in Georgia; correct?

24     A.    Yes, that -- Yes, that is correct.

25     Q.    Okay.  Do you have any plans to vote on a

William Edward Digges , III        September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 39

1    voting machine here in Georgia in the future?

2        A.    No.

3        Q.    If you could look back on Exhibit WD 0002 --

4        A.    Uh-huh.

5        Q.    -- and, again, the same section we were

6    looking at, if you could look across the columns to

7    counted comments.  Do you see that column?

8        A.    Counted comments, yes.

9        Q.    And underneath that, there's -- there's just

10   yeses in that column, and it -- and it actually goes

11   onto the next page.  Do you see that?

12       A.    Yeah.

13       Q.    Now, that would indicate that all of those

14   votes cast were counted.  Would that be consistent --

15   Do you have any knowledge that those votes were not

16   counted?

17       A.    No.

18       Q.    And then all -- the next column over is

19   county where the votes were casted and --

20       A.    Uh-huh.

21       Q.    -- it appears that a -- the exhibit sticker

22   is over some -- some of those.

23       A.    Spelled my name wrong too.

24       Q.    But I -- if I represented to you that

25   underneath that exhibit that it appears that all of

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 42

1          A.    Yes.

2          Q.    -- in connection with this litigation?

3          A.    Yes.  I transcribed -- That's what I said

4    before.  It was transcribed -- I transcribed that to

5    Excel so the data could be seen in its entirety.  So I

6    took every -- every file that was in Access, used an

7    export procedure and -- to format it into the Excel

8    format which everyone else could read because they

9    didn't have a licensed copy of Access.  Okay?  It's

10   kind of a rare thing these days.  Not many people use

11   it anymore.

12         Q.    And when did you do that transcription to

13   Access?

14         A.    I don't know.  That was a while ago.  I don't

15   remember exactly when it was.  Couple of years ago, at

16   least.

17         Q.    Okay.  And I'll refer you to page 2 of

18   Exhibit 0003 where it talks in capital letter B about

19   your knowledge of GEMS databases.  In that paragraph it

20   refers to a review you did of the structure and

21   operation of 2001 and 2002 GEMS databases from Hall

22   County and Cobb County.  Do you see that reference on

23   page 2?

24         A.    Yes.  That, I don't remember.

25         Q.    Okay.  So you don't remember reviewing the

William Edward Digges , III            September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 43

1    GEMS databases from Hall County and Cobb County in the

2    early 2000s; is that correct?

3         A.   Best I can recall is that some of them didn't

4    work at all.  I mean, the Access files were not

5    functional.  But, again, it's the same thing as I said

6    before.  It is GEMS data in an Access format.

7         Q.   Okay.  And I believe that you referred to a

8    transcription that you did of the GEMS database into

9    Access as part of this lawsuit; is that --

10        A.   No, you got it wrong.

11        Q.   I got it wrong.  Okay.  Go ahead.  Correct me

12   and tell me -- tell me the work that you did.

13        A.   As I received it, it is GEMS data -- all

14   right -- if you want to call it that.  It's not a GEMS

15   database.  GEMS data in the Access database.  Okay?

16   Access is a database tool.  Okay?

17        Q.   Uh-huh.

18        A.   And GEMS data -- GEMS, from what I

19   understand, will export data in the Access format so

20   that you can take -- take it up in Access and do

21   whatever you want to do with it.  What I did was then

22   take that data that was already in Access with my

23   Access tool and exported it -- all the files, one by

24   one, to a tab in an Excel spreadsheet and then forward

25   that to Coalition team.  So --

Page 46

1      Q.    Okay.  Let me refer you back to the Exhibit

2    0003 where we were reading on the second page toward

3    the bottom, capital letter C.  And at the very -- the

4    last line on that page, it talks about -- and, again,

5    it's your anticipated role to lead the team of less

6    experienced analysts in their labor intensive clerical

7    review of voluminous data.  And that goes onto the

8    first line on the next page.  Do you see what I'm

9    referring to there?

10     A.    Yeah.  That -- That never happened --

11     Q.    Okay.

12     A.    -- to my recollection.

13     Q.    So other than the spreadsheets that you've

14   described, did you prepare any other kind of reports as

15   a result of the transcription work that you've

16   described?

17     A.    No.

18     Q.    In this lawsuit, Dr. Halderman has been

19   designated as an expert and has done some work as an

20   expert in this case.  Have you had -- Have you ever

21   reviewed any reports prepared by Dr. Halderman in

22   connection with this lawsuit?

23     A.    No.

24     Q.    Have you ever spoken with Dr. Halderman or

25   any other experts concerning their findings with

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 47

1   respect to the Dominion system used in Georgia?

2       A.   No.

3       Q.   And one more question back on Exhibit 0003,

4   Mr. Digges.  If you could scroll down to -- let me

5   see -- it's about the seventh page where it says

6   Exhibit A.

7       A.   Ah, my resume.

8       Q.   So that's your resume; correct?

9       A.   Yeah, one of them.

10      Q.   Okay.  And if you'd just take a moment and

11  just look at your resume and make sure that it's an

12  accurate copy of your resume or one of your resumes.

13      A.   Yeah.  Yes, looks good.

14      Q.   Okay.  When you were working at Kennesaw

15  State University, did you do any work with respect to

16  the GEMS database or GEMS information?

17      A.   No.

18      Q.   I need to ask you about some of the elections

19  here in Georgia.  Do you believe that the results of

20  the presidential election that was held here in Georgia

21  in November of 2020, do you believe that the results

22  from that election are valid?

23      A.   Yes, I do.

24      Q.   Do you believe that the results from -- of

25  any other election, other than the presidential

Page 48

1    election in November of 2020, that those results are

2    valid?

3           A.   Yes, I do.

4           Q.   Do you have any evidence that any component

5    of the Georgia election system was actually hacked in

6    relation to the November 3, 2020, election?

7           A.   No, I don't have any.

8           Q.   Do you have any evidence that any malware was

9    actually inserted into any component of the Georgia

10   election system in connection with the election that

11   happened in November 2020?

12          A.   No.

13          Q.   And the same questions for the run-off that

14   happened in January.  So do you believe that results of

15   the run-off here in Georgia -- run-off election in

16   January of this year, do you believe that the results

17   from that election are valid?

18          A.   Yes.

19          Q.   Do you believe that the -- Sorry.  Strike

20   that.

21          Do you have any evidence that any component of

22   the Georgia election system was actually hacked in

23   connection with the run-off election that happened

24   earlier this year?

25          A.   No.

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 49

1      Q.    Do you have any evidence that there was any

2   malware inserted into any component of the Georgia

3   election system in connection with the run-off election

4   that happened earlier this year?

5      A.    No.

6      Q.    Do you have any evidence that any vote in the

7   presidential election in November 2020 was actually

8   switched from Donald Trump to Joseph Biden as a result

9   of an anomaly in the software?

10      A.    No.

11      Q.    Do you have any evidence that any vote in the

12   presidential election was actually switched from Donald

13   Trump to Joseph Biden as a result of an algorithm or

14   other design feature of the election system?

15      A.    No.

16      Q.    Do you have any evidence that any vote in any

17   election held in Georgia in November 2020 in the

18   general election were actually switched from any

19   candidate to another candidate as a result of an

20   anomaly in the software in the election system?

21      A.    No, I do not.

22      Q.    Do you have any evidence that any votes for

23   one candidate were switched to another candidate in the

24   November election that was the result of an algorithm

25   or other design feature in the Georgia election system?

Page 50

1      A.    No.

2      Q.    Do you know of any evidence of widespread

3   voter fraud in Georgia in connection with the November

4   election held in 2020?

5      A.    No.

6      Q.    Do you have any evidence of any malfunction

7   of any component of the election system that impacted

8   the outcome of the presidential election in Georgia in

9   November 2020?

10      A.    No.

11      Q.    Do you have any evidence of any malfunction

12   of any component of the Georgia election system that

13   impacted the outcome of any of the other elections held

14   in November 2020?

15      A.    There was a pollbook problem, wasn't there,

16   at some point?  Hopefully, that was fixed.

17      Q.    And what about the pollbook problem that you

18   know of?

19      A.    They were assigning people to the wrong

20   precincts, so people were kind of having to run around.

21      Q.    Did that pollbook problem affect your voting

22   in November --

23      A.    No, it did not.

24      Q.    Do you have any evidence that the Georgia

25   election system failed to count any legal votes in the

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 51

1    presidential election in November 2020?

2         A.   No, I don't.

3         Q.   Do you have any evidence that the Georgia

4    election system counted any illegal votes in the

5    presidential election in November 2020?

6         A.   No.

7         Q.   Do you have any evidence that there was a

8    mismatch between QR codes on paper ballots cast in the

9    presidential election in November 2020 and the human

10   readable portion of the paper ballots?

11        A.   No.

12        Q.   And that same question for the -- any other

13   elections that occurred in November 2020.  Do you have

14   any evidence of any mismatch between QR codes on a

15   paper ballot and the human readable portion of the

16   paper ballot?

17        A.   No.

18        Q.   And explain for us how you personally have

19   been injured by the use of the old voting machines in

20   Georgia elections.

21        A.   Well, it's forcing me to use the absentee

22   ballot for one.  So I, you know, have to apply for it,

23   wait for it to get here, fill it out, make sure it gets

24   back.  You know, we've had issues with how many stamps

25   are supposed to be on it.

William Edward Digges , III          September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 52

1       And then the Post Office at the last election

2   was a little weird, so we had to actually drive to

3   the -- to the voting headquarters in Marietta there

4   and put it in the drop box.  We ran into a lot of

5   traffic on the way, so it took us much longer than

6   usual.

7       What happens when you vote that way is that you

8   do miss out on a lot of the late-breaking information

9   that comes out.  So there is also an impediment there

10  to making a good decision.  And, you know, I enjoy

11  getting out and voting.

12      We've always voted together and -- you know,

13  with people.  It's usually a happy time.  And people

14  are at least focused, and, you know, everybody's

15  there with a common goal.  So it's a -- it's a good

16  feeling.  So I miss being able to do that with my

17  full trust.

18      Q.   But for the years that you've cast a

19  ballot -- an absentee ballot here in Georgia, did you

20  have any trouble that prevented you from being able to

21  cast those ballots?

22      A.   No, I was never not able.  Is that what

23  you're saying?

24      Q.   Yes, sir.

25      A.   No.

Page 53

```
 1        Q.   And the -- what you described as the
 2   challenges of voting by absentee, is that in any way
 3   different or unique to you or is it -- or is it in any
 4   way different from any other voter?
 5        A.   I think a lot of that process would be the
 6   same for many voters.  If you don't have a car . . .
 7        Q.   And it is your personal preference that
 8   Georgia would go to a hand-marked paper ballot system;
 9   correct?
10        A.   Yeah.
11             MS. LAROSS:  Mr. Digges and Cary and other
12        counsel, I need to take a moment to -- to grab
13        copies of the declarations that Mr. Digges
14        referred to earlier.  So if it's all right with
15        you, I'd like to take about a five-minute break
16        or a ten-minute break, whatever would work with
17        people -- for people.
18             THE WITNESS:  Okay.
19             MR. ICHTER:  Okay.
20             MS. LAROSS:  Is that all right with you,
21        Mr. Digges, that we take a break?
22             THE WITNESS:  Yes, I'm fine with that.
23             MS. LAROSS:  Okay.  So I'm showing that
24        it's now -- it's 11:28.  Why don't we reconvene
25        at 11:40.
```

William Edward Digges , III                    September 23, 2021
Curling, Donna v. Raffensperger, Brad

Page 77

1                    D I S C L O S U R E

2          I, Charlene M. Hansard, do hereby disclose

3    pursuant to Article 10.B. of the Rules and

4    Regulations of the Board of Court Reporting of the

5    Judicial Council of Georgia that I was contacted by

6    the party taking the proceedings to provide court

7    reporting services for this proceeding and there is

8    no contract that is prohibited by O.C.G.A. Section

9    15-14-37(a) and (b) or Article 7.C. of the Rules and

10   Regulations of the Board for the taking of this

11   proceeding.

12          There is no contract to provide reporting

13   services between myself or any person with whom I

14   have a principal and agency relationship nor any

15   attorney at law in this action, party to this action,

16   party having a financial interest in this action, or

17   agent for an attorney at law in this action, party to

18   this action, or party having a financial interest in

19   this action.  Any and all financial arrangements

20   beyond my usual and customary rates have been

21   disclosed and offered to all parties.

22          DATED:  September 23, 2021.

23
          *Charlene M. Hansard*

24

     CHARLENE M. HANSARD, CCR-B-2341

25