

Inquiry > Voter Registration

## Inquiry - View Voter Registration

**Voter Information**

| | |
|---|---|
| **Voter Name:** | WILLIAM EDWARD DIGGES III |
| **Date of Birth:** | [redacted] 1950 |
| **Race:** | WHITE NOT OF HISPANIC ORIGIN |
| **Gender:** | MALE |
| **Voter Registration #:** | 03514314 |
| **Registration Date:** | 01/23/1996 |
| **Current Status:** | ACTIVE |
| **Status Reason:** | |
| **Voter Phone:** | |
| **E-mail:** | |
| **DL #/State ID:** | [redacted] |
| **Site ID / Location:** | 01 - DDS |
| **SSN (Full OR Last 4 Digits):** | [redacted] |
| **ID Required:** | NO |
| **US Citizen:** | YES |
| **Challenged Elector:** | NO |

**Residence Address**

| | |
|---|---|
| **Street No.:** | [redacted] |
| **Street Name:** | [redacted] |
| **Suffix:** | |
| **Apt/Unit:** | |
| **Address Line 2:** | |
| **Municipality:** | |
| **Postal City:** | MARIETTA |
| **County:** | COBB |
| **Zip Code:** | [redacted] |
| **State:** | GA |
| **Added Date:** | 02/16/1996 |
| **Change/Audit Date:** | 01/06/2021 |
| **Date of Last Contact:** | 01/05/2021 |
| **Date of Last Status Change:** | 03/02/2006 |
| **Poll Worker Interest:** | |

**Voting Districts**

| | |
|---|---|
| Congressional | 006 |
| Senate | 032 |
| House | 044 |
| Judicial | COBB |

**County Districts**

| | |
|---|---|
| Commission | 3 |
| School | 4 |

**Municipal Districts**

| | |
|---|---|
| **County Precinct:** | BW01 |
| **Municipal Precinct:** | - |
| **Voting Area/Combo #:** | 00605 |
| **County Polling Place:** | NORTHEAST COBB COMMUNITY CENTER-BW01<br>3100 JAYCEE DR<br>MARIETTA, GA 30066 - 0000 |
| **Municipal Polling Place:** | |

**VoteSafe:** Display Actual Address Display Signature

**Exhibit WD 0002**
William Digges

**Mailing Address**

| | |
|---|---|
| **Street No.:** | |
| **Suffix:** | |
| **Street Name / PO Box:** | |
| **Address Line 2:** | |
| **Apt/Unit:** | |
| **Mailing City:** | |
| **Mailing State:** | |
| **Zip Code:** | |

| User Name | Date/Time | Memo |
|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| WILLIAM EDWARD DIGGES III | 01/23/1996 | 03514314 | [redacted] MARIETTA [redacted] |

**Previous Address:**

| Street No | Street Name | Apt/Unit | Suffix | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | | | MARIETTA | GA | [redacted] |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| WILLIAM EDWARD DIGGES III | 01/23/1996 | 03514314 | [redacted] |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/1996 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/03/1998 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/07/2000 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/05/2002 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/02/2004 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/07/2006 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/04/2008 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 12/02/2008 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/02/2010 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 07/31/2012 | SPECIAL ELECTION | STATE WIDE | Regular | | | | N | Yes | | COBB |
| 11/06/2012 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/04/2014 | GENERAL | STATE WIDE | Regular | | | | | Yes | | COBB |
| 11/08/2016 | GENERAL | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 04/18/2017 | SPECIAL ELECTION | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 05/16/2017 | SPECIAL ELECTION RUNOFF | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 06/20/2017 | SPECIAL ELECTION RUNOFF | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 05/22/2018 | GENERAL PRIMARY | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 07/24/2018 | GENERAL PRIMARY RUNOFF | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 11/06/2018 | GENERAL | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 12/04/2018 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | | | Yes | | COBB |
| 03/24/2020 | PPP | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 06/09/2020 | GENERAL PRIMARY | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |
| 08/11/2020 | GENERAL PRIMARY RUNOFF | STATE WIDE | Absentee | | | | DEMOCRAT | Yes | | COBB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/03/2020 | GENERAL | STATE WIDE | Absentee | | | Yes | COBB |
| 01/05/2021 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | COBB |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| WILLIAM EDWARD DIGGES III | 01/23/1996 | 03514314 | MARIETTA |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 01/06/2021 4:49 AM | NO CHANGE | Other | 01/05/2021 | DDS AUTOMATIC UPDATE | | SYSTEM | 01 - DDS |
| 12/17/2020 8:01 AM | CHANGE | Other | 12/17/2020 | ABSENTEE BALLOT | COBB | 033KDEAKINS | |
| 12/03/2020 8:01 AM | CHANGE | Other | 12/03/2020 | ABSENTEE BALLOT | COBB | 033TPERRY | |
| 12/03/2020 8:00 AM | CHANGE | Other | 12/03/2020 | ABSENTEE BALLOT | COBB | 033TPERRY | |
| 10/02/2020 4:01 PM | CHANGE | Other | 10/02/2020 | ABSENTEE BALLOT | COBB | 033CSANDERS | |
| 07/23/2020 1:02 PM | CHANGE | Other | 07/23/2020 | ABSENTEE BALLOT | COBB | 033NWHITNEY | |
| 05/14/2020 3:05 PM | CHANGE | Other | 05/14/2020 | ABSENTEE BALLOT | COBB | 033UFOURF | |
| 03/26/2020 10:02 AM | CHANGE | Other | 03/26/2020 | ABSENTEE BALLOT | COBB | 033MCAMP | |
| 02/28/2020 11:57 AM | CHANGE | Other | 02/28/2020 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 02/17/2020 1:49 PM | CHANGE | Other | 02/17/2020 | ABSENTEE BALLOT | COBB | 033MCAMP | |
| 02/17/2020 12:41 PM | CHANGE | Other | 02/17/2020 | ABSENTEE BALLOT | COBB | 033EANDREWS | |
| 11/29/2018 2:24 PM | CHANGE | Other | 11/29/2018 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 11/14/2018 3:18 PM | CHANGE | Other | 11/14/2018 | ABSENTEE BALLOT | COBB | 033PYOUNG | |
| 10/17/2018 3:12 PM | CHANGE | Other | 10/17/2018 | ABSENTEE BALLOT | COBB | 033JHARP | |
| 09/18/2018 12:03 PM | CHANGE | Other | 09/18/2018 | ABSENTEE BALLOT | COBB | 033EANDREWS | |
| 06/27/2018 2:05 PM | CHANGE | Other | 06/27/2018 | ABSENTEE BALLOT | COBB | 033SCAROLINA | |
| 06/11/2018 8:03 AM | CHANGE | Other | 06/11/2018 | ABSENTEE BALLOT | COBB | 033PCHURCHILL | |
| 05/21/2018 2:03 PM | CHANGE | Other | 05/21/2018 | ABSENTEE BALLOT | COBB | 033JMAYES | |
| 05/10/2018 2:49 PM | CHANGE | Other | 05/10/2018 | ABSENTEE BALLOT | COBB | 033JDOBBS | |
| 05/10/2018 10:22 AM | CHANGE | Other | 05/10/2018 | ABSENTEE BALLOT | COBB | 033EANDREWS | |
| 05/15/2017 9:38 AM | CHANGE | Other | 05/15/2017 | ABSENTEE BALLOT | | 033MFIELDS | |
| 05/12/2017 11:29 AM | CHANGE | Other | 05/12/2017 | ABSENTEE BALLOT | COBB | 033PDOUGHTEN | |
| 05/03/2017 7:53 AM | CHANGE | Other | 05/03/2017 | ABSENTEE BALLOT | COBB | 033EANDREWS | |
| 05/02/2017 10:26 AM | CHANGE | Other | 05/02/2017 | ABSENTEE BALLOT | COBB | 033DROSS | |
| 04/08/2017 1:47 PM | CHANGE | Other | 04/08/2017 | ABSENTEE BALLOT | COBB | 033CROGERS | |
| 10/31/2016 7:05 PM | CHANGE | Other | 10/31/2016 | ABSENTEE BALLOT | | 033MREEL | |
| 11/20/2014 9:13 PM | CHANGE | Other | 11/04/2014 | Express Poll In | | SJACKSON | |
| 11/06/2012 12:00 AM | NEW VOTER | | 11/06/2012 | CON | | ENETCONV | 01 - DDS |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| WILLIAM EDWARD DIGGES III | 01/23/1996 | 03514314 | MARIETTA |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|
| REGISTRATION | 01/06/2021 | | REGISTRATION | 📄 |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| WILLIAM EDWARD DIGGES III | 01/23/1996 | 03514314 | MARIETTA |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|

Previous