Inquiry > Voter Registration

## Inquiry - View Voter Registration

**Voter Information**

| | |
|---|---|
| Voter Name: | RICARDO CORYE DAVIS |
| Date of Birth: | ███ 1963 |
| Race: | OTHER |
| Gender: | MALE |
| Voter Registration #: | 04296318 |
| Registration Date: | 08/02/1999 |
| Current Status: | ACTIVE |
| Status Reason: | |
| Voter Phone: | |
| E-mail: | |
| DL #/State ID: | ███ |
| Site ID / Location: | 03 - COUNTY |
| SSN (Full OR Last 4 Digits): | ███ |
| ID Required: | NO |
| US Citizen: | YES |
| Challenged Elector: | NO |

**Residence Address**

| | |
|---|---|
| Street No.: | ███ |
| Street Name: | ███ |
| Suffix: | |
| Apt/Unit: | |
| Address Line 2: | |
| Municipality: | |
| Postal City: | WOODSTOCK |
| County: | CHEROKEE |
| Zip Code: | ███ |
| State: | GA |
| Added Date: | 01/02/1998 |
| Change/Audit Date: | 01/04/2021 |
| Date of Last Contact: | 01/04/2021 |
| Date of Last Status Change: | 03/04/2008 |
| Poll Worker Interest: | |

**Voting Districts**

| | |
|---|---|
| Congressional | 011 |
| Senate | 021 |
| House | 021 |
| Judicial | BLRD |

**County Districts**

| | |
|---|---|
| Commission | 002 |
| School | 003 |

**Municipal Districts**

| | |
|---|---|
| County Precinct: | 002 |
| Municipal Precinct: | - |
| Voting Area/Combo #: | 00216 |
| County Polling Place: | ARNOLD MILL ELEMENTARY SCHOOL 710 ARNOLD MILL RD WOODSTOCK, GA 30188 - 0000 |
| Municipal Polling Place: | |

VoteSafe: Display Actual Address    Display Signature

**Mailing Address**

| | |
|---|---|
| Street No.: | |
| Suffix: | |
| Street Name / PO Box: | |
| Address Line 2: | |
| Apt/Unit: | |
| Mailing City: | |
| Mailing State: | |
| Zip Code: | |

| User Name | Date/Time | Memo |
|---|---|---|
| 028JFLEISHER | 07/24/2014 | SIGNED COSBY PETITION PAGE 471 |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| RICARDO CORYE DAVIS | 08/02/1999 | 04296318 | ███ WOODSTOCK ███ |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| RICARDO CORYE DAVIS | 08/02/1999 | 04296318 | ███ WOODSTOCK ███ |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/07/2000 | PPP | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 07/18/2000 | GENERAL PRIMARY | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/07/2000 | GENERAL | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 11/28/2000 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 09/18/2001 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | CHEROKEE |
| 01/22/2002 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | CHEROKEE |
| 08/20/2002 | GENERAL PRIMARY | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 09/10/2002 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/05/2002 | GENERAL | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 03/02/2004 | PPP | STATE WIDE | Regular | | | | N | Yes | | CHEROKEE |
| 07/20/2004 | GENERAL PRIMARY | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 08/10/2004 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 07/18/2006 | GENERAL PRIMARY | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 08/08/2006 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/07/2006 | GENERAL | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 02/05/2008 | PPP | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 07/15/2008 | SPECIAL ELECTION | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/04/2008 | GENERAL | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 12/02/2008 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |
| 07/20/2010 | GENERAL PRIMARY | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 08/10/2010 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/08/2011 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | CHEROKEE |
| 07/31/2012 | SPECIAL ELECTION | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 08/21/2012 | SPECIAL ELECTION | STATE WIDE | Regular | | | | REPUBLICAN | Yes | | CHEROKEE |
| 11/06/2012 | SPECIAL ELECTION | STATE WIDE | Regular | | | | | Yes | | CHEROKEE |

| Date | Election | Scope | Type | | Party | Voted | County |
|---|---|---|---|---|---|---|---|
| 05/20/2014 | GENERAL PRIMARY | STATE WIDE | Absentee | | REPUBLICAN | Yes | CHEROKEE |
| 07/22/2014 | GENERAL PRIMARY RUNOFF | STATE WIDE | Absentee | | REPUBLICAN | Yes | CHEROKEE |
| 11/04/2014 | GENERAL | STATE WIDE | Absentee | | | Yes | CHEROKEE |
| 03/01/2016 | PPP | STATE WIDE | Regular | | REPUBLICAN | Yes | CHEROKEE |
| 11/08/2016 | GENERAL | STATE WIDE | Absentee | | | Yes | CHEROKEE |
| 11/07/2017 | GENERAL | STATE WIDE | Regular | | | Yes | CHEROKEE |
| 05/22/2018 | GENERAL PRIMARY | STATE WIDE | Absentee | | REPUBLICAN | Yes | CHEROKEE |
| 07/24/2018 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | REPUBLICAN | Yes | CHEROKEE |
| 11/06/2018 | GENERAL | STATE WIDE | Absentee | | | Yes | CHEROKEE |
| 12/04/2018 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | CHEROKEE |
| 06/09/2020 | GENERAL PRIMARY | STATE WIDE | Absentee | | REPUBLICAN | Yes | CHEROKEE |
| 08/11/2020 | GENERAL PRIMARY RUNOFF | STATE WIDE | Absentee | | REPUBLICAN | Yes | CHEROKEE |
| 11/03/2020 | GENERAL | STATE WIDE | Absentee | | | Yes | CHEROKEE |
| 01/05/2021 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | CHEROKEE |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| RICARDO CORYE DAVIS | 08/02/1999 | 04296318 | WOODSTOCK |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 01/04/2021 5:18 PM | CHANGE | Other | 01/04/2021 | ABSENTEE BALLOT | CHEROKEE | 028JSIVELL | |
| 12/29/2020 8:47 AM | CHANGE | Other | 12/29/2020 | ABSENTEE BALLOT | CHEROKEE | 028GBOTTI | |
| 11/02/2020 4:53 PM | CHANGE | Other | 11/02/2020 | ABSENTEE BALLOT | CHEROKEE | 028JCOSEY | |
| 10/10/2020 5:44 PM | CHANGE | Other | 10/10/2020 | ABSENTEE BALLOT | | 028JAKINS | |
| 08/10/2020 11:26 AM | CHANGE | Other | 08/10/2020 | ABSENTEE BALLOT | CHEROKEE | 028LBURKE | |
| 07/06/2020 2:26 PM | CHANGE | Other | 07/06/2020 | ABSENTEE BALLOT | | 028JAKINS | |
| 06/07/2020 2:55 PM | CHANGE | Other | 06/07/2020 | ABSENTEE BALLOT | CHEROKEE | 028JCOSEY | |
| 05/04/2020 12:38 PM | CHANGE | Other | 05/04/2020 | ABSENTEE BALLOT | CHEROKEE | 028WWADDELL | |
| 11/27/2018 2:51 PM | CHANGE | Other | 11/27/2018 | ABSENTEE BALLOT | | 028JAKINS | |
| 11/20/2018 2:18 PM | CHANGE | Other | 11/20/2018 | ABSENTEE BALLOT | | 028JAKINS | |
| 11/02/2018 7:10 PM | CHANGE | Other | 11/02/2018 | ABSENTEE BALLOT | | 028JDENSMORE | |
| 10/17/2018 12:00 PM | CHANGE | Other | 10/17/2018 | ABSENTEE BALLOT | | 028JAKINS | |
| 08/09/2018 10:29 PM | CHANGE | Other | 07/24/2018 | Express Poll In | | JHALLMAN | |
| 05/21/2018 12:07 PM | CHANGE | Other | 05/21/2018 | ABSENTEE BALLOT | | 028JAKINS | |
| 04/25/2018 8:27 AM | CHANGE | Other | 04/25/2018 | ABSENTEE BALLOT | | 028JAKINS | |
| 11/20/2017 10:28 PM | CHANGE | Other | 11/07/2017 | Express Poll In | | JHALLMAN | |
| 11/08/2016 6:41 AM | CHANGE | Other | 11/08/2016 | ABSENTEE BALLOT | | 028JAKINS | |
| 10/24/2016 2:53 PM | CHANGE | Other | 10/24/2016 | ABSENTEE BALLOT | | 028JAKINS | |
| 05/26/2016 10:38 AM | CHANGE | Other | 05/26/2016 | ABSENTEE BALLOT | | 028KSTANCIL | |
| 05/12/2016 3:08 PM | CHANGE | Other | 05/12/2016 | ABSENTEE BALLOT | | 028JAKINS | |
| 03/12/2016 12:43 AM | CHANGE | Other | 03/01/2016 | Express Poll In | | SJACKSON | |
| 11/04/2014 5:55 PM | CHANGE | Other | 11/04/2014 | ABSENTEE BALLOT | | 028JAKINS | |
| 10/14/2014 8:42 AM | CHANGE | Other | 10/14/2014 | ABSENTEE BALLOT | | 028JAKINS | |
| 07/24/2014 8:55 AM | CHANGE | Other | 07/01/2014 | | CHEROKEE | 028JFLEISHER | 03 - County |
| 07/18/2014 12:27 PM | CHANGE | Other | 07/18/2014 | ABSENTEE BALLOT | CHEROKEE | 028JGRAMLING | |
| 05/16/2014 12:19 PM | CHANGE | Other | 05/16/2014 | ABSENTEE BALLOT | | 028RSLAUSON | |
| 04/14/2014 9:48 AM | CHANGE | Other | 04/14/2014 | ABSENTEE BALLOT | | 028KSTANCIL | |
| 02/05/2013 12:00 AM | NEW VOTER | | 02/05/2013 | CON | | ENETCONV | 03 - County |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| RICARDO CORYE DAVIS | 08/02/1999 | 04296318 | WOODSTOCK |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| RICARDO CORYE DAVIS | 08/02/1999 | 04296318 | WOODSTOCK |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|

Previous