Page 1

1           IN THE UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF GEORGIA

3                    ATLANTA DIVISION

4    DONNA CURLING, et al.,

5           Plaintiffs,       CIVIL ACTION FILE

6    vs.                        NO. 1:17-cv-2989-AT

7    BRAD RAFFENSPERGER, et

8    al.,

9           Defendants.

10

11

12                   DEPOSITION OF

13                   MEGAN MISSETT

14              September 28, 2021

15                   1:07 p.m.

16

17        TAKEN BY REMOTE VIDEO CONFERENCE

18        LaRita J. Cormier, RPR, CCR-2578

19

20

21

22

23

24

25

Page 2

1                     INDEX OF EXHIBITS

2    Exhibit No.        Description                Page

3      Exhibit 1    Notice of Deposition            78

4      Exhibit 2    Ms. Missett's Voting Record     06

5      Exhibit 3    Declaration of Megan Missett,   60

6                   10/20/19

7      Exhibit 4    Declaration of Megan Missett,   61

8                   5/21/19

9

10

11

12

13

14          I N D E X   O F   E X A M I N A T I O N

15                                              Page

16   Examination by Ms. LaRoss.........................05

17   Examination by Ms. Ringer........................79

18

19

20

21

22

23

24

25

```
                                                    Page 3

1    APPEARANCES OF COUNSEL:

2    On behalf of the Plaintiffs:

3              CARY ICHTER, ESQUIRE

4              Ichter Davis LLC

5              3340 Peachtree Road NE

6              Suite 1530

7              Atlanta, Georgia  30326

8              cichter@ichterdavis.com

9

10   On behalf of the Curling Plaintiffs:

11             HANNAH ELSON, ESQUIRE

12             Morrison & Foerster, LLP

13             2000 Pennsylvania Avenue, NW

14             Washington, DC  20006

15             Helson@mofo.com

16

17   On behalf of Defendant Secretary of State Brad

18   Raffensperger:

19             DIANE FESTIN LaROSS, ESQUIRE

20             R. DAL BURTON, ESQUIRE

21             Taylor English DUMA LLP

22             1600 Parkwood Circle, Suite 200

23             Atlanta, Georgia  30339

24             Dlaross@taylorenglish.com

25             Dburton@taylorenglish.com
```

Megan Missett                              September 28, 2021
Curling, Donna v. Raffensperger, Brad

                                                        Page 4

1   APPEARANCES OF COUNSEL (Cont'd):

2   On behalf of Defendant Fulton County:

3            CHERYL RINGER, ESQUIRE

4            Fulton County Attorney's Office

5            141 Pryor Street, Suite 4038

6            Atlanta, Georgia  30303

7            Cheryl.ringer@fultoncountyga.gov

8

9

10

11

12  Also present:

13           MARILYN MARKS, Coalition for Good

14            Governance

15           MATT RIESDORPH, Veritext Concierge

16

17

18

19

20

21

22

23

24

25

Megan Missett                         September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 5

1               P R O C E E D I N G S

2               THE REPORTER:  Due to the need for this

3      deposition to take place remotely because of the

4      government's order for social distancing, the

5      parties will stipulate that the court reporter may

6      swear in the witness over the Veritext Virtual

7      Videoconference and that the witness has verified

8      that she is in fact Megan Missett.

9                          MEGAN MISSETT,

10     having been first duly sworn, was examined and

11     testified as follows:

12                          EXAMINATION

13     BY MS. LaROSS:

14         Q.  Ms. Missett, I'm going to be asking you

15     some questions.  I just want to make sure I'm

16     pronouncing your name correctly.  Is Missett the

17     correct pronunciation?

18         A.  Missett is perfect, but you might see that

19     I'm registered to vote as Margaret Missett.  That's

20     the name on my birth certificate and the name I fly

21     and vote under, but everyone else calls me Megan.

22         Q.  All right, great.  I was going to clarify

23     that with you, and I appreciate that you did so.

24               So good afternoon, Ms. Missett.

25               MS. LaROSS:  This will be the deposition of

Page 15

1    Mississippi.  I think that's it.

2         Q.  And are you from New Jersey?

3         A.  Originally.

4         Q.  Originally?

5         A.  (The witness nods.)

6         Q.  So are you from New Jersey originally?

7         A.  Yes.  I was born there and lived there

8    until I was a teenager.

9         Q.  And then how long did you live in New York?

10        A.  About ten years, to the best of my

11   recollection.

12        Q.  So would that have been sometime when you

13   were a teenager, and then for ten years after that?

14   Is that correct?

15        A.  Yeah.

16        Q.  And then from New York, did you move to

17   Mississippi?

18        A.  Yes.

19        Q.  How long did you live in Mississippi?

20        A.  Two years, approximately.

21        Q.  And then from Mississippi, did you move to

22   Georgia?

23        A.  Yes.

24        Q.  And what year did you move to Georgia?

25        A.  1996.

Page 16

1        Q.   So during the Olympics, I guess?

2        A.   Right after the Olympics, yes.

3        Q.   And since you moved to Georgia in 1996,

4    have you always resided in Fulton County?

5        A.   Yes.

6        Q.   Do you have any relatives that live in the

7    Atlanta area?

8        A.   No, other than my immediate family, my

9    husband and children.

10       Q.   And is your husband's last name Missett as

11   well?

12       A.   No.  It's Greenwald.

13       Q.   And what are the last names of your

14   children?

15       A.   Greenwald.

16       Q.   Any other relatives north of Atlanta?

17       A.   No.

18       Q.   Have you ever given a deposition before?

19       A.   No.

20       Q.   Have you ever testified in court before?

21       A.   No.

22       Q.   Have you ever testified in the Georgia

23   legislature?

24       A.   Yes.

25       Q.   And when did you testify in the Georgia

Megan Missett                           September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 17

1   legislature?

2         A.  I don't recall the date.

3         Q.  What was -- well, let me ask this:  How

4   many times have you testified in the Georgia

5   legislature?

6         A.  I don't actually know the number, but it

7   was always in regard to something to do with voting,

8   voting legislation.

9         Q.  So it was -- you testified more than once

10  you can say?

11        A.  I believe so.

12        Q.  Okay.  And was it, you know, more than ten

13  times, or was it --

14        A.  No.  Less than ten times.  Can you tell me

15  what is defined as testifying before the

16  legislature?

17        Q.  Sure.

18        A.  We've had smaller meetings, but you know.

19        Q.  Okay, sure.  So it would be -- well, let me

20  ask it this way.  So what about at a hearing that's

21  held in the Georgia legislature?

22        A.  Uh-huh.

23        Q.  So is that the circumstance that you have

24  been referring to for your testimony before the

25  Georgia legislature?

Megan Missett                                September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 18

1      A.   Yes, I've done that.

2      Q.   Okay.  And then was there any other kind of

3   testimony that you gave in the legislature?

4      A.   I'm trying to recall whether I testified at

5   any of the citizen participation opportunities; but

6   again, I'm not sure if that would qualify, which is

7   a state committee.

8      Q.   Okay.  So what -- what committees have you

9   testified at hearings?

10     A.   Ooh, that's a good question.  Any of the

11  committees that were involved in voting legislation.

12     Q.   And when did you testify?

13     A.   I don't recall.

14     Q.   Would it have -- and what were the issues

15  that you testified about?

16     A.   Electronic voting systems; wanting, you

17  know, hand-marked paper ballots; issues with, you

18  know, fair voting, voter suppression.

19     Q.   So would you say that the occasions that

20  you testified in front of a Georgia legislative

21  committee has been within the last ten years?

22     A.   Yes.

23     Q.   And your testimony, did it concern DREs or

24  voting machines, direct recording devices?

25     A.   Yeah, DREs.

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

Page 20

1    interested in voting or other -- other things or

2    lobbying their legislators.

3        Q.  Did you speak with any particular

4    legislators?

5        A.  Not at the capitol.

6        Q.  And have you spoken with legislators

7    anywhere other than the capitol?

8        A.  Informally, and sometimes by e-mail or --

9    yeah.

10       Q.  And what topics did you speak informally to

11   the legislators?

12       A.  Usually things that concern me about

13   voting.

14       Q.  And what are those concerns that you

15   addressed with legislators?

16       A.  What are my concerns about voting?

17       Q.  Yeah, that you addressed with the

18   legislators that you've just referred to.

19       A.  I have concerns about the trustworthiness

20   of the electronic voting system in Georgia, and I

21   also have issues with -- with some systematic bias

22   and access to the ballot.

23       Q.  So describe what your issues and concerns

24   are pertaining to trustworthiness.

25       A.  Oh.  You mean with electronic voting

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

Page 27

1       A.   Okay.

2       Q.   And so after high school, describe for me

3   your education.

4       A.   Sure.   I left high school my senior year

5   and got a GED while attending Monmouth College,

6   which is in New Jersey, now called Monmouth

7   University.   Then I transferred to Sarah Lawrence

8   College, graduated in 1986.   That sound right?   Yes,

9   1986.   And spent a year working, and then went to

10  graduate school in clinical psych at St. John's

11  University in New York, and I got my Ph.D. in 1992

12  is when it was completed.

13      Q.   Okay.   So your study with the -- in New

14  Jersey, did you receive a degree from that

15  university as a result of your study there?

16      A.   Monmouth University?

17      Q.   Yes.

18      A.   No, because I transferred to Sarah Lawrence

19  and I got my degree from Sarah Lawrence.

20      Q.   And your study at Monmouth, what topic

21  areas or major did you have?

22      A.   It was psychology.   When I got to Sarah

23  Lawrence, it was psychology with a minor in

24  genetics.

25      Q.   And what degree did you receive from the

Megan Missett
Curling, Donna v. Raffensperger, Brad
September 28, 2021

Page 32

1      A.   No.

2      Q.   I'm going to ask you a few more questions

3  concerning your education.  Have you had any formal

4  education concerning voting or elections?

5      A.   No.

6      Q.   Sorry, say that again?

7      A.   No, I haven't had formal education in

8  voting or elections.

9      Q.   Any formal education or training in Georgia

10  election law?

11      A.   No, I haven't had formal training.

12      Q.   Any formal education or training in Georgia

13  election administration or administration procedures

14  in Georgia?

15      A.   No formal training.

16      Q.   Have you ever worked at a polling place?

17      A.   Yes, I have worked at a polling place.

18      Q.   And what jobs have you done at polling

19  places?

20      A.   Observation, which is one of the things I

21  didn't refresh my memory dates about, so I would

22  have to go back to see, you know, where and when it

23  was.

24      Q.   How many occasions did you work in a

25  polling place?

Megan Missett                          September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 33

1          A.   At least three, but I can't be precise.

2          Q.   And was that at the same precinct, or what

3    precinct did you work at?

4          A.   Once was in DeKalb, twice it was in DeKalb.

5    I'd really have to go back and refresh myself.  I

6    don't remember the most recent place where it was.

7          Q.   Okay.  So it may or may not have been

8    DeKalb?

9          A.   No, I definitely did some poll watching in

10   DeKalb and Pleasantdale.

11         Q.   And the work that you recall doing in

12   DeKalb, what was your function at the polling place?

13         A.   The first time, I was doing it on behalf of

14   the Ossoff campaign, so I was helping voters who

15   were confused and, you know, making sure everything

16   was okay.

17         Q.   When you say helping voters who were

18   confused, what do you mean by that?

19         A.   If anyone had a problem or looked upset or

20   left the polling place because they were turned

21   away, we could provide any help.

22         Q.   What kind of help did you provide?

23         A.   That didn't -- that didn't happen in

24   Pleasantdale.  It was very smooth.

25         Q.   And the other occasions that you worked at

Megan Missett
September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 35

1    was that --

2         A.  I don't recall.

3         Q.  -- do you recall?

4         A.  (The witness shakes head.)

5         Q.  So would it have been in Fulton County, do

6    you think?

7         A.  I'm not sure.

8         Q.  And what had you being there?  You said the

9    first time you went and it was part of the Ossoff

10   campaign?

11        A.  Correct.

12        Q.  So what occasioned you to be at the polling

13   place that you just described?

14        A.  It was probably through one of CGG's, you

15   know, citizen engagement efforts.

16        Q.  And CGG, what does that stand for?

17        A.  Coalition for Good Governance.

18        Q.  And on that occasion, did you observe

19   anyone who had a problem using the ballot marking

20   device?

21        A.  I don't believe so, to the best of my

22   recollection.  I came in towards the end of voting,

23   and there's more those little -- you know, the

24   workers were just unfamiliar, understandably, with

25   the new equipment.

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

Page 38

1   things that the Coalition for Good Governance was

2   involved in as well.

3       Q.   What was the purpose of taking photographs

4   of the poll tapes?

5       A.   Well, with the DREs, you get a printout

6   from each machine so you can see, you have

7   photographic evidence of what happened with that

8   machine.  So sometimes when you see anomalous, you

9   know, results when the results come in, you can go

10  and see what happened at the precinct, was there

11  something funny with one of the machines, was there,

12  you know, statistically crazy things.  And a lot of

13  people like to take these so that they can get their

14  own count on election nights.  That's one thing you

15  can do.  But the other thing is you can analyze the

16  tapes to see some of the machine behavior.  It's

17  different with the BMDs.

18      Q.   So the photographing the poll tapes, was

19  that when we were using DREs?

20      A.   Yes; it continued through using BMDs.  And

21  at this point, there are many other organizations

22  involved as well.

23      Q.   What other organizations?

24      A.   So, so many.  It's pretty -- even county

25  committees and, you know, at this point people have

Megan Missett                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 40

1      Q.   Would it have been closer to a couple, or

2   would it be closer to ten?

3      A.   I would say closer to five.

4      Q.   So approximately five occasions of

5   photographing poll taping; is that correct?

6      A.   Yeah, at least.

7      Q.   Sorry, did you just say at least?

8      A.   Yes.  I don't recall how many times

9   exactly, but...

10      Q.   And where did you do the photographing of

11   poll taping?

12      A.   Me personally, usually in Fulton County,

13   DeKalb, and then later in Southwest Georgia.

14      Q.   And where in Southwest Georgia?

15      A.   Dougherty County, Randolph County, Terrell

16   County, places where it was difficult to get people

17   to do it.

18      Q.   And which elections did you photograph poll

19   taping?

20      A.   I don't recall exactly which elections,

21   but, you know, general primary, I -- I did it for

22   the last -- the runoff and the general.

23      Q.   When you say last runoff, that would have

24   been earlier this year in 2021; correct?

25      A.   Right.

Megan Missett                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 41

1      Q.   And for the runoff, was that when you went

2   down to the various counties in South Georgia?  Is

3   that --

4      A.   Yes.  Also for the general.

5      Q.   And on those occasions, were you there on

6   behalf of the Coalition?

7      A.   The first few times we did that, the

8   Coalition was really the only organization that was

9   advocating for that in Georgia, to the best of my

10  knowledge.  But as time went on, it became a much

11  bigger affair.  So the last time it was certainly --

12  it was providing data to the Coalition and to anyone

13  else who wanted the ideas and to share information

14  in an open way.

15     Q.   Just a couple questions about your

16  education.  Any training or education related to

17  computer hardware or programming?

18     A.   Because of the time that I, you know, went

19  to school and got a Ph.D., I had to do FORTRAN and

20  Pascal and that stuff.

21     Q.   How about any training or education related

22  to computer hardware that's involved in voting?

23     A.   No.

24     Q.   Any training or formal education in

25  cybersecurity?

Megan Missett
Curling, Donna v. Raffensperger, Brad
September 28, 2021

Page 42

1         A.   No.

2         Q.   Any training or formal education concerning

3    voting equipment?

4         A.   No.

5         Q.   Any training or education related to

6    computer hacking or insertion of malware in a

7    computer system or voting machine?

8         A.   No.

9         Q.   Any training or education concerning the

10   operation of a DRE?

11        A.   No.

12        Q.   Any training or education concerning the

13   operation and functioning of BMDs?

14        A.   No, not other than what is available to the

15   general public, no formal classes.

16        Q.   Any training or education concerning the

17   operation or functioning of scanners used in

18   conjunction with ballot marking devices?

19        A.   No.

20             MR. ICHTER:   I missed that class too.

21   BY MS. LaROSS:

22        Q.   Now have you ever voted on a DRE?

23        A.   Yes.

24        Q.   And have you ever voted on a BMD?

25        A.   Yes.

Page 43

1      Q.  And how many occasions have you voted on a

2  BMD?

3      A.  March 2020, June 2020.  To the best of my

4  recollection, those are the two times.

5      Q.  And where did you vote on a BMD in March of

6  2020?

7      A.  That was at Scotts Crossing library, an

8  early voting location.

9      Q.  Did you have any trouble or difficulty

10  voting on a BMD on that occasion?

11      A.  I didn't have trouble operating the BMD

12  There were some issues with privacy, but operation

13  was fine.

14      Q.  And the issues with privacy, what were

15  those issues?

16      A.  The way the touchscreens are set up next to

17  each other in a line you have to go in the back and

18  pass everybody's screen to get to an empty voting

19  machine; and this was one of the earlier first times

20  they had used the BMDs, I think.

21      Q.  Do you have any knowledge that anyone

22  breached your privacy while you were voting --

23      A.  No.

24      Q.  -- on the BMD?

25      A.  I don't have any knowledge that anyone

Page 47

1    not involved in the preparation of the document.

2    She has no information about how it was prepared.

3    There's no foundation for this question.  All she

4    has is a piece of paper that she saw for the first

5    time today in front of her.

6              MS. ELSON:  The Curling plaintiffs will

7    join that objection and have a standing objection to

8    any others going forward.

9    BY MS. LaROSS:

10         Q.  And so let me ask the question,

11   Ms. Missett:  Do you have any reason to believe that

12   your vote did not count in March of 2020?

13         A.  I don't feel I can be sure that it counted.

14         Q.  Do you have any evidence that it did not

15   count?

16         A.  No, I don't have evidence that it didn't

17   count.

18         Q.  As to your vote cast on a ballot marking

19   device in June of 2020, do you have any evidence

20   that that vote did not count?

21         A.  I don't have evidence that that vote didn't

22   count.  I don't have direct evidence, no.  I should

23   point out that you might not have noticed, but I

24   requested an absentee ballot at that -- during that

25   election from Fulton County, and it didn't arrive.

Page 48

1    And that's -- so that's why I think it shows a

2    request.

3         Q.  And that was a request you made to Fulton

4    County for --

5         A.  Yes.

6         Q.  -- the absentee ballot?

7         A.  Yeah.  And I did follow up with them, and

8    they tried to get it to me, but they didn't end up

9    sending it in time, so I felt like I was the most

10   devoted person on the Friday on the last day of

11   voting.

12        Q.  So you voted on the Friday during the last

13   day of early voting for that election in person?

14        A.  Right, because I waited 'til the last

15   minute to see if I could get my absentee.

16        Q.  And are you a member of the Coalition for

17   Good Governance?

18        A.  Yes.

19        Q.  Are you a member of any other voter rights

20   group?

21        A.  Affiliated with many voting rights groups.

22        Q.  So your affiliation with the other groups,

23   are you a member of the other groups?

24        A.  You have to define "member."  I mean, I

25   do --

Megan Missett
Curling, Donna v. Raffensperger, Brad                    September 28, 2021

Page 49

1      Q.  Many organizations have certain

2    requirements of becoming a member, and you mentioned

3    that you are a member of the Georgia Coalition for

4    Good Governance, so I'm asking that kind of -- are

5    you a member similarly in other organizations?

6      A.  Yes, similarly.

7      Q.  Okay.  And what are those organizations?

8      A.  You know, support organizations like Black

9    Voters Matter and Common Cause and ACLU of Georgia.

10   I'm very -- you know, I amplify their work and I

11   sometimes attend meetings and I send out information

12   about the things that they're involved in.

13     Q.  And you said something about that you

14   amplify their work.  What does that mean?

15     A.  On social media.

16     Q.  So that would involve posting some of their

17   work on social media; correct?

18     A.  Retweeting, make sure, you know, citizens

19   get engaged and know what's going on.

20     Q.  And you work for the Georgia Coalition for

21   Good Governance.  Did that -- have you held any

22   official positions with that Coalition for Good

23   Governance?

24     A.  No.

25     Q.  And when did you become a member of the

Page 54

1   plaintiff in this case?

2        A.  I was asked by Marilyn Marks, who is the

3   director of Coalition for Good Governance.

4        Q.  And what did she tell you about

5   participating as a plaintiff in this litigation?

6        A.  If I recall, she -- I think the -- it was

7   a -- it's a lawsuit that was -- that was, you know,

8   reemerging, had been already in effect.

9        Q.  Do you know when it was that you became a

10  plaintiff in this case?

11       A.  It was February -- I can't remember if it

12  was 2017 or 2018.  Do you have that information?

13       Q.  Yes.  It's my understanding that you became

14  a party to the lawsuit when the third amended

15  complaint was filed in 2018.  Does that sound

16  correct?

17       A.  February 2018, okay.  Yeah.  April 2018.

18       Q.  And what was it that you were just checking

19  there to check the date?

20       A.  I think it was dates I had jotted down.

21       Q.  And what other items have you jotted down

22  on that list that you just referred to?

23       A.  Just -- just dates and, you know, voting,

24  few dates.

25       Q.  And have you referred to that document

Megan Missett
Curling, Donna v. Raffensperger, Brad                September 28, 2021

Page 56

1       Q.   Do you have any evidence that any of the

2   votes you cast in Georgia have ever been changed?

3       A.   I don't have evidence if they've been

4   changed.

5       Q.   Do you have any evidence that any DRE used

6   in an election here in Georgia was ever actually

7   hacked?

8       A.   I wouldn't know.  I wouldn't be able to

9   tell.

10      Q.   Sorry, there was typing going on.  I

11  couldn't quite hear your answer.  Can you repeat

12  your answer, please?

13      A.   Well, my understanding is the servers were

14  erased.  But that is something that maybe could have

15  been ascertained, but I don't have evidence that my

16  votes were directly hacked.  There is evidence that

17  there was a probe of the voting system.

18      Q.   And then -- and what is that evidence?

19      A.   Well, I didn't collect the evidence.  I'm

20  not the FBI, but I think it's commonly known that

21  information is available.

22      Q.   And what election was that related to, the

23  probe that you just talked about?

24      A.   I believe it was 2016; but I'm, you know,

25  not an expert.

Megan Missett                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 57

1      Q.   Did you have any evidence that any election

2  during 2016 was hacked?

3      A.   Can you be more specific about hacked?

4      Q.   Yes.  Just that there was some intervention

5  into the computer system, that there was

6  irregularities that happened or that some -- some

7  outside group or individual was able to get into the

8  voting system.

9      A.   There's evidence that there were issues

10  with poll books, but it's to my knowledge not

11  evidence as to who did that or why or whether it was

12  a glitch or intentional.

13      Q.   Do you have any evidence that there was

14  malware inserted in any BMD during any election in

15  Georgia?

16      A.   No.  My concerns are over the possibility,

17  meaning that that could happen; but I don't have any

18  evidence that that happened to my vote.

19      Q.   What about anyone else's vote?  Do you have

20  any evidence that there was malware inserted in

21  connection with any votes in any election on a BMD

22  here in Georgia?

23      A.   I can't really speak to that.  I don't know

24  what steps were taken to ascertain if that happened.

25  But I don't have evidence that my vote was tampered

Megan Missett                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 58

1    with.

2         Q.  Do you have any knowledge that any votes

3    that were cast in Georgia on a BMD, that there was

4    malware inserted in relation to those votes other

5    than your own?  Do you have any evidence of any

6    other votes?

7         A.  No, not of another vote, only the

8    possibility.

9         Q.  They tell you that there's a possibility of

10   malware being inserted in voting machines in

11   Georgia, but do you have any evidence that any

12   vulnerabilities in the system, in the BMDs has

13   actually resulted in the insertion of malware?

14        A.  No, I don't have any evidence about the

15   insertion of malware.

16        Q.  And when you voted on the BMDs on the two

17   occasions that you've described, have the concerns

18   that you've talked about about the machines, have

19   they come to fruition, that you know of?

20        A.  Like what -- no.  Can you be more specific?

21        Q.  Yeah.  I just want to -- because I know you

22   mentioned that you had concerns about problems with

23   BMDs.

24        A.  Uh-huh.

25        Q.  And I'm asking you if you have any evidence

Megan Missett                        September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 59

1    that any of those concerns actually happened.

2        A.  To my -- I would not be able to come to a

3    conclusion about that because they aren't -- they're

4    compromised, they're not auditable, so I can't say.

5        Q.  So as you sit here today, you can't say

6    that there -- any of the problems that you're

7    concerned about with the BMDs have actually

8    happened?

9        A.  I can't say whether they did or didn't.

10       Q.  And do you have any plans to vote on BMDs

11   in the future?

12       A.  I think I've finally given up on that.  I

13   was a holdout, maybe foolishly, because I like to

14   vote in person.  But for all the problems with

15   mail-in voting and how those votes are counted and

16   the chain of custody, it's still more recoverable

17   than voting on a BMD.  It's a hand-marked paper

18   ballot.

19       Q.  And then is it your testimony that it is

20   your plan in future elections here in Georgia to

21   vote by absentee ballot?

22       A.  That's my tentative plan.  The problem is

23   will I get my absentee in time, and also the mail in

24   Fulton and DeKalb has been really problematic.  So

25   if there aren't drop boxes, I have to take that into

Megan Missett
September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 60

1    consideration.

2         Q.   But as long as all of those things happen

3    correctly, you'll be voting in the future by

4    absentee ballot; correct?

5         A.   While there are BMDs, yeah.

6         Q.   I'm going to introduce another exhibit.  If

7    you would just give me a minute.

8              (Deposition Exhibit 3 marked)

9    BY MS. LaROSS:

10        Q.   Go ahead and refresh on Exhibit Share,

11   Ms. Missett.

12        A.   The document is 003?

13        Q.   Correct, Exhibit 003.

14        A.   Okay.

15        Q.   Do you see that?  Are you seeing that

16   exhibit, Ms. Missett?

17        A.   Yes.

18        Q.   Okay.  And let me know when you've had a

19   chance to take a look at it.

20        A.   Okay.

21        Q.   And what is that document that you've just

22   reviewed that's been marked as Exhibit 003?

23        A.   This is the Declaration of Megan Missett

24   which was filed 10/23/19.

25        Q.   And is this your declaration?

Megan Missett                    September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 66

1    mean by "valid."  Is that too much to ask?  I mean,

2    if it's just too much to ask for you to define a

3    core concept in your question, let me know that.  I

4    find that troubling, but tell me that because I'd

5    like that to be on the record.

6             MS. LaROSS:  And I'd like it to be on the

7    record whether you're instructing her not to answer

8    the question.

9             MR. ICHTER:  I'm asking you what do you

10   mean by the term "valid."

11            MS. LaROSS:  Madam Court Reporter, could

12   you read back my last question, please?

13            (The reporter read the requested material.)

14            MS. LaROSS:  Was there an answer.

15            (The reporter read the requested material.)

16            THE REPORTER:  No.  "Objection.  What do

17   you mean by valid?"

18            MS. LaROSS:  Okay.  I'll withdraw the

19   question.

20   BY MS. LaROSS:

21        Q.  Ms. Missett, do you have any evidence that

22   any component of the Georgia election system was

23   actually hacked prior to or during the elections

24   held on November 3rd, 2020?

25        A.  I don't have any personal evidence that

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

Page 67

1    they were hacked.

2        Q.  Do you have any evidence that any malware

3    was actually inserted into any component of the

4    Georgia election system prior to or during the

5    elections held on November 3rd, 2020?

6        A.  No.

7        Q.  Do you have any evidence that the results

8    of any election held in Georgia on November 3rd,

9    2020, were actually changed in any way?

10       A.  I don't have any direct evidence.

11       Q.  And let me ask that a little bit more

12   specifically.  Do you have any evidence that the

13   results of any election held in Georgia on November

14   3rd, 2020, were actually changed in any way as a

15   result of hacking of or insertion of malware into

16   any component of the system?

17       A.  You're asking me questions I can't answer

18   because BMDs aren't auditable, so I can't venture to

19   say that I have faith in the results when I don't

20   have evidence that they were hacked.  I don't know,

21   and neither do you.

22       Q.  Well, that's what my question is is if you

23   have evidence of actual hacking.  And I understand

24   that question to be no.  Is that correct?

25       A.  (The witness nods.)

Megan Missett                          September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 68

1        Q.   You'll have to answer verbally.

2        A.   Yes.

3        Q.   Okay.   Thank you.   Do you contend that the

4   Georgia election system malfunctioned in any way in

5   connection with the November 3rd, 2020 general

6   election?

7        A.   Can you define that?   Do you mean, you

8   know, machine breakdowns and that sort of thing?

9        Q.   Yeah, or anything that would have resulted

10  in -- that would have resulted in any kind of a

11  problem with the machine.

12       A.   Just things that were commonly reported in

13  the news or reported by voters on social media or, I

14  mean, there were many problems, but I don't have an

15  exhaustive list.

16       Q.   So do you contend that the -- any component

17  of the Georgia election system did not function

18  properly during the November 3rd, 2020 general

19  election?

20       A.   I have to give the same answer.   I think

21  there was a lot of, you know, evidence and reporting

22  and documentation that there were things that went

23  wrong with the machines and the electronic system.

24       Q.   Do you have any evidence --

25       A.   I can't answer as an expert on --

Page 69

1      Q.   Sorry, I didn't mean to interrupt you.  Go

2   ahead.

3      A.   Yeah.  I can't answer as an expert or as a

4   journalist who was reporting and documenting all

5   those things.

6      Q.   And I understand that you're not an expert,

7   and I'm just asking for your layperson's knowledge.

8   Do you have any evidence that any vote in the

9   presidential elections held on November 3rd, 2020,

10   in Georgia were actually switched from Donald Trump

11   to Joseph Biden as a result of a problem or anomaly

12   in the software used in the Georgia election system?

13      A.   I don't know of any direct evidence that

14   that happened.

15      Q.   Do you have any direct evidence that any

16   vote in the presidential election on November 3rd,

17   2020, was actually switched from Donald Trump to

18   Joseph Biden as a result of an algorithm or any

19   other design feature of the Georgia election system?

20      A.   I don't have evidence that that happened.

21      Q.   Do you have any evidence that any votes in

22   any other elections held in November of 2020 besides

23   the presidential election were actually switched

24   from one candidate to another as a result of a

25   problem with a component of the Georgia election

Megan Missett
Curling, Donna v. Raffensperger, Brad

September 28, 2021

Page 70

1    system?

2        A.   You know, I know people have given

3    depositions to that effect, but I don't know that

4    happened, so I don't have personal knowledge of that

5    happening to me or I can't give you dates and times.

6        Q.   So I'm not sure I'm clear about your

7    answer.  So do you have any direct evidence that

8    votes in elections other than the presidential

9    election in November of 2020 were switched from one

10   candidate to another?

11       A.   I didn't, you know, take depositions.  I'm

12   aware that people have reported that happening, but

13   I don't have direct evidence.

14       Q.   Do you have any direct evidence that the

15   Georgia election system failed to count any legal

16   vote in the presidential election held on

17   November 3rd, 2020, in Georgia?

18       A.   No.

19       Q.   Do you have any evidence that the Georgia

20   election system counted any illegal votes in the

21   presidential election on November 3rd, 2020, in

22   Georgia?

23       A.   I don't have evidence of that occurring.

24       Q.   Sorry, I didn't hear your answer.

25       A.   I don't have evidence of that occurring.

Megan Missett                 September 28, 2021
Curling, Donna v. Raffensperger, Brad

Page 73

1   problems have been disclosed or they, you know,

2   happen to hear about or know about it or whether,

3   you know, if they're talking to voting machine

4   vendors or security experts.  But beyond the

5   feelings, I think everybody wondered, you know, if

6   their ballots can't be audited, if their ballots are

7   compromised.

8        Q.  I'm going to ask you the question -- I'm

9   sorry, please go ahead.

10       A.  They're potentially compromised.

11       Q.  Okay.  I'm going to ask you the same

12  questions about the BMDs.  So how have you

13  personally been injured by the use of BMDs in

14  Georgia?

15       A.  Well, I can't -- I continue to vote in

16  person, although I shouldn't have, knowing what I

17  know because, you know, I can't trust that my vote

18  is my vote on the BMDs, which means -- and the only

19  way in Georgia I can vote on a hand-marked paper

20  ballot is to vote absentee.

21       Q.  And that's typically how you plan to vote

22  rather than using BMDs in Georgia; correct?

23       A.  Yeah.  As I said before, there are problems

24  with the absentees; but it is, you know,

25  recoverable, at least the ballot itself is not

Page 77

1   that clear to you?

2       A.  Yes, thank you.

3       Q.  All right.  Ms. Missett, do you have any

4   direct evidence that the results of the runoff

5   elections that was held here in Georgia in January

6   2021, the results were changed in any way as a

7   result of hacking of or insertion of malware into

8   any component of the Georgia election system?

9       A.  No.

10      Q.  Did you have any reason for our -- let me

11  strike that.  I'll start over.

12          Do you know of any reason that the results

13  from the presidential election in 2020 should be

14  challenged?

15      A.  I don't have direct evidence that the

16  results were changed.  I just, you know -- the

17  results aren't auditable, so I don't have faith in

18  the results.

19      Q.  Do you have any direct evidence that the

20  results of the runoff that was held here in Georgia

21  in January of 2021 should be challenged?

22      A.  No direct evidence.

23      Q.  And let me ask you also, have you made any

24  payment to your attorneys in this case for their

25  services?

Megan Missett
Curling, Donna v. Raffensperger, Brad                                    September 28, 2021

                                                                    Page 83

1                              CERTIFICATE
2    STATE OF GEORGIA:
     COUNTY OF FULTON:
3

              I hereby certify that the foregoing
4    transcript was taken down, as stated in the caption,
     and the colloquies, questions and answers were
5    reduced to typewriting under my direction; that the
     transcript is a true and correct record of the
6    evidence given upon said proceeding.
              I further certify that I am not a relative
7    or employee or attorney of any party, nor am I
     financially interested in the outcome of this
8    action.
              I have no relationship of interest in this
9    matter which would disqualify me from maintaining my
     obligation of impartiality in compliance with the
10   Code of Professional Ethics.
              I have no direct contract with any party in
11   this action and my compensation is based solely on
     the terms of my subcontractor agreement.
12            Nothing in the arrangements made for this
     proceeding impacts my absolute commitment to serve
13   all parties as an impartial officer of the court.
14            This the :—
15                    *LaRita J. Cormier* (signature)

16            _____
17                 LaRita J. Cormier, RPR, CCR No. 2578
18
19
20
21
22
23
24
25