

Inquiry > Voter Registration

## Inquiry - View Voter Registration

### Voter Information

| Field | Value |
|---|---|
| Voter Name: | MARGARET G MISSETT |
| Date of Birth: | 1964 |
| Race: | WHITE NOT OF HISPANIC ORIGIN |
| Gender: | FEMALE |
| Voter Registration #: | 03920731 |
| Registration Date: | 10/07/1996 |
| Current Status: | ACTIVE |
| Status Reason: | |
| Voter Phone: | |
| E-mail: | |
| DL #/State ID: | |
| Site ID / Location: | 01 - DDS |
| SSN (Full OR Last 4 Digits): | |
| ID Required: | NO |
| US Citizen: | YES |
| Challenged Elector: | NO |

### Residence Address

| Field | Value |
|---|---|
| Street No.: | |
| Street Name: | |
| Suffix: | |
| Apt/Unit: | |
| Address Line 2: | |
| Municipality: | ATLANTA |
| Postal City: | ATLANTA |
| County: | FULTON |
| Zip Code: | |
| State: | GA |
| Added Date: | 10/14/1996 |
| Change/Audit Date: | 12/27/2020 |
| Date of Last Contact: | 12/27/2020 |
| Date of Last Status Change: | 03/04/2008 |
| Poll Worker Interest: | |

### Voting Districts

| Field | Value |
|---|---|
| Congressional | 005 |
| Senate | 036 |
| House | 057 |
| Judicial | ATLA |

### County Districts

| Field | Value |
|---|---|
| Commission | 3 |

### Municipal Districts

| Field | Value |
|---|---|
| City Council | 06 |
| Muni Brd Educ | 3 |
| County Precinct: | 06J |
| Municipal Precinct: | 06J |
| Voting Area/Combo #: | 00840 |
| County Polling Place: | MORNINGSIDE ELEM. SCHOOL, 774 VIRGINA AVENUE, ATLANTA, GA 30306 |
| Municipal Polling Place: | MORNINGSIDE ELEM. SCHOOL, 774 VIRGINA AVENUE, ATLANTA, GA 30306 |

VoteSafe:   Display Actual Address   Display Signature

### Mailing Address

| Field | Value |
|---|---|
| Street No.: | |
| Suffix: | |
| Street Name / PO Box: | |
| Address Line 2: | |
| Apt/Unit: | |
| Mailing City: | ATLANTA |
| Mailing State: | GA |
| Zip Code: | |

| User Name | Date/Time | Memo |
|---|---|---|

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| MARGARET G MISSETT | 10/07/1996 | 03920731 | ATLANTA |

**Previous Name(s):**

| Last Name | First Name | Middle Name |
|---|---|---|
| MISSETT | MEGAN | GRAHAM |

**Previous Address:**

| Street No | Street Name | Apt/Unit | Suffix | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| | | | | | ATLANTA | GA | |
| | | | | | ATLANTA | GA | |
| | | | | | ATLANTA | GA | |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| MARGARET G MISSETT | 10/07/1996 | 03920731 | ATLANTA |

| Date | Election Type | Election Category | Ballot Type | Challenged | Challenged Reason | Challenged Status | Party | Counted | Comments | County Vote Cast In |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/1996 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 03/18/1997 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 11/03/1998 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/07/2000 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/06/2001 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 11/27/2001 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 11/05/2002 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/02/2004 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/08/2005 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 07/18/2006 | GENERAL PRIMARY | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | FULTON |
| 11/07/2006 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 02/05/2008 | PPP | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | FULTON |
| 11/04/2008 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 12/02/2008 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/03/2009 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 12/01/2009 | SPECIAL ELECTION | COUNTY | Regular | | | | | Yes | | FULTON |
| 11/02/2010 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 11/06/2012 | GENERAL | STATE WIDE | Regular | | | | | Yes | | FULTON |
| 03/01/2016 | PPP | STATE WIDE | Regular | | | | DEMOCRAT | Yes | | FULTON |

| Date | Election | Scope | Type | | Party | Voted | County |
|---|---|---|---|---|---|---|---|
| 11/08/2016 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 11/07/2017 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 12/05/2017 | GENERAL ELECTION RUNOFF | STATE WIDE | Regular | | | Yes | FULTON |
| 05/22/2018 | GENERAL PRIMARY | STATE WIDE | Absentee | | DEMOCRAT | Yes | FULTON |
| 07/24/2018 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | DEMOCRAT | Yes | FULTON |
| 11/06/2018 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 12/04/2018 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | FULTON |
| 03/24/2020 | PPP | STATE WIDE | Absentee | | DEMOCRAT | Yes | FULTON |
| 06/09/2020 | GENERAL PRIMARY | STATE WIDE | Absentee | | DEMOCRAT | Yes | FULTON |
| 08/11/2020 | GENERAL PRIMARY RUNOFF | STATE WIDE | Regular | | DEMOCRAT | Yes | FULTON |
| 09/29/2020 | SPECIAL ELECTION | STATE WIDE | Regular | | | Yes | FULTON |
| 11/03/2020 | GENERAL | STATE WIDE | Absentee | | | Yes | FULTON |
| 01/05/2021 | GENERAL ELECTION RUNOFF | STATE WIDE | Absentee | | | Yes | FULTON |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| MARGARET G MISSETT | 10/07/1996 | 03920731 | ATLANTA |

| Change/Audit Date - Time | Action | Type of Change | Date of Last Contact | Change Reason | County | Changed User ID | Site ID/Location |
|---|---|---|---|---|---|---|---|
| 12/27/2020 12:41 PM | CHANGE | Other | 12/27/2020 | ABSENTEE BALLOT | FULTON | 060RSNEED | |
| 11/24/2020 10:03 AM | CHANGE | Other | 11/24/2020 | ABSENTEE BALLOT | FULTON | 060BCONNER | |
| 10/30/2020 5:37 PM | CHANGE | Other | 10/30/2020 | ABSENTEE BALLOT | FULTON | 060CSMITH1 | |
| 10/09/2020 1:35 AM | CHANGE | Other | 09/29/2020 | Express Poll In | | BRIANHILL | |
| 10/04/2020 8:42 AM | CHANGE | Other | 10/04/2020 | ABSENTEE BALLOT | FULTON | 060WMOSS | |
| 08/28/2020 11:06 PM | CHANGE | Other | 08/11/2020 | Express Poll In | | BPHIFER | |
| 06/07/2020 12:59 PM | CHANGE | Other | 06/07/2020 | ABSENTEE BALLOT | FULTON | 060SPEEK | |
| 06/07/2020 12:58 PM | CHANGE | Other | 06/07/2020 | ABSENTEE BALLOT | FULTON | 060SPEEK | |
| 06/03/2020 8:34 AM | CHANGE | Other | 06/03/2020 | ABSENTEE BALLOT | FULTON | 060SASKIN | |
| 03/09/2020 5:52 PM | CHANGE | Other | 03/09/2020 | ABSENTEE BALLOT | FULTON | 060LGRIMES | |
| 05/23/2019 3:13 PM | CHANGE | Name, Mailing Address, Residence Address, Other | 04/30/2019 | | FULTON | 060CWALKER | 01 - DDS |
| 11/30/2018 7:27 PM | CHANGE | Other | 11/30/2018 | ABSENTEE BALLOT | FULTON | 060BSMITH | |
| 10/31/2018 7:38 PM | CHANGE | Other | 10/31/2018 | ABSENTEE BALLOT | FULTON | 060SSHAHID | |
| 08/13/2018 5:06 AM | CHANGE | Other | 07/24/2018 | Express Poll In | | JHALLMAN | |
| 05/18/2018 6:56 PM | CHANGE | Other | 05/18/2018 | ABSENTEE BALLOT | FULTON | 060KMORGAN | |
| 12/14/2017 10:28 PM | CHANGE | Other | 12/05/2017 | Express Poll In | | JHALLMAN | |
| 10/27/2017 7:01 PM | CHANGE | Other | 10/27/2017 | ABSENTEE BALLOT | FULTON | 060LWASHINGTON | |
| 11/03/2016 7:56 PM | CHANGE | Other | 11/03/2016 | ABSENTEE BALLOT | FULTON | 060JSHANNON | |
| 03/12/2016 12:59 AM | CHANGE | Other | 03/01/2016 | Express Poll In | | SJACKSON | |
| 01/17/2014 9:32 AM | CHANGE | Residence Address | 11/06/2012 | REDISTRICTING | FULTON | 060AFRASIER | |
| 12/03/2012 12:00 AM | NEW VOTER | | 11/06/2012 | CON | | ENETCONV11 | 03 - County |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| MARGARET G MISSETT | 10/07/1996 | 03920731 | ATLANTA |

| Notice Type | Date Sent | Response Date | Comments | Letter |
|---|---|---|---|---|
| REGISTRATION | 06/24/2019 | | REGISTRATION | 📄 |

Previous

| Voter Name | Registration Date | Voter Registration # | Voter Address |
|---|---|---|---|
| MARGARET G MISSETT | 10/07/1996 | 03920731 | ATLANTA |

| Date of Cancellation | Status | Reject/Cancelled Reason | Comments |
|---|---|---|---|

Previous