# Risk-Limiting Audit Report

Georgia Presidential Contest, November 2020

November 19th, 2020

From November 11 to November 19, 2020, county election officials in Georgia, conducted a statewide risk-limiting audit of the Presidential Contest from the November 2020 General Election, as ordered by the Georgia Secretary of State. Georgia's original machine count resulted in a margin of 0.3% between candidates Joe Biden and Donald Trump, requiring a full manual count of just over 5 million ballots to complete an efficient risk-limiting audit. Audit boards from all 159 Georgia counties examined 41881 batches, hand-sorting and counting each ballot as part of the process, which was the largest hand count of ballots in United States history. This document summarizes the findings of the audit.

## Audit Outcome

**The audit confirmed the original result of the election,** namely that Joe Biden won the Presidential Contest in the State of Georgia. Like any risk-limiting audit, this audit does not confirm or correct the exact margin of victory. It only provides sufficient evidence that the correct winner was reported.

## Hand-Count Variations

Prior research indicates that the expected variance between hand and machine counts, assuming no issues beyond normal human error in the counting process, ranges anywhere from 1.0 - 1.5% across all ballot types.

Georgia shows a **0.1053% (0.001053) variation** in statewide total vote count, and a **0.0099% (0.000099) variation** in the overall margin. The audited vote totals from the hand tally for the three candidates were:

| Candidate | Votes |
|---|---|
| Trump | 2,462,857 |
| Biden | 2,475,141 |
| Jorgensen | 62,587 |

In addition, no individual county showed a variation in margin larger than 0.73%, and 103 of the 159 counties showed a margin variation of less than 0.05%.