**From:** Richard DeMillo rich@demillo.com
**Subject:** Re: Urgent VV Board Corrective Action Needed for Georgia
**Date:** December 23, 2019 at 9:15 PM
**To:** Barbara Simons [redacted], GARLAND FAVORITO [redacted], David Jefferson
**Cc:** Barbara Simons [redacted], David L. Dill [redacted], Donna Curling dcurling0531@gmail.com, Donna Price donnaprice@gaverifiedvoting.org, Marilyn Marks [redacted], Philip B. Stark stark@stat.berkeley.edu, Ronald L. Rivest [redacted]

It's true Barbara. A consequence of months of back channel discussions and a lack of public repudiation. I sent you the post from SOS from a few days ago. Still no acknowledgement.
Rich

Visit me at www.demillo.com
Follow me @rad_atl

---

**From:** Barbara Simons <[redacted]>
**Sent:** Monday, December 23, 2019 8:42 PM
**To:** GARLAND FAVORITO; David Jefferson
**Cc:** Richard DeMillo; Barbara Simons; David L. Dill; Donna Curling; Donna Price; Marilyn Marks; Philip B. Stark; Ronald L. Rivest
**Subject:** Re: Urgent VV Board Corrective Action Needed for Georgia

Garland,

That can't be true. Marian wrote to the SoS saying that he does NOT have our concurrence. I've included the letter here.

Please don't blame us for things that we had nothing to do with.

Regards,
Barbara

On 12/23/19 5:00 PM, GARLAND FAVORITO wrote:
> Thank you David. The important State Election Board meeting I mentioned took place last week without Verified Voting participation to my knowledge. The four relatively simple, common sense rule changes we proposed were defeated and the SOS still believes he has the concurrence of Verified Voting to implement a new ballot marking system that is 100% unverifiable to the voter.

---

**From:** David Jefferson <[redacted]>
**Sent:** Monday, December 9, 2019 7:58 PM
**To:** GARLAND FAVORITO <[redacted]>
**Cc:** David Jefferson <[redacted]>; Richard DeMillo <rich@demillo.com>; Barbara Simons <[redacted]>; Barbara Simons [redacted]; David L. Dill <[redacted]>; Donna Curling <dcurling0531@gmail.com>; Donna Price <donnaprice@gaverifiedvoting.org>; Marilyn Marks <[redacted]>; Philip B. Stark <stark@stat.berkeley.edu>; Ronald L. Rivest <[redacted]>
**Subject:** Re: Urgent VV Board Corrective Action Needed for Georgia

> Garland,
>
> I am responding. We are all well aware of the issues we have n Georgia and are working hard to fix them. That is not a handwave — it is the literal truth. I hope in the next day or so to have more to say.
>
> David

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

CURLING-0010181

On Dec 9, 2019, at 4:37 PM, GARLAND FAVORITO <███████████> wrote:

Barbara,
We have an important State Election Board meeting next week and need the VV board to make some effort to correct the misconceptions that the SOS is giving Georgia voters and Judge Totenberg. My document, Marilyn's Email and Dr. Starks' resignation letter clearly explain the actions that VV has taken in Georgia and other states are contrary to the principles of verifiable voting. We explained that the Georgia SOS used quoted from VV in their recent press release and are using VV activities to help fight against Election integrity efforts by plaintiffs the U.S. District Court cases. **Many of us have made multiple attempts to contact you and other board members in hopes you will act**. The reputation that VV has established over the past two decades is being damaged. **PLEASE RESPOND.**

Garland
**VOTERGA.ORG**
770 993-3622

**From:** Richard DeMillo <rich@demillo.com>
**Sent:** Sunday, December 1, 2019 7:13 PM
**To:** Barbara Simons <███████████>
**Cc:** Barbara Simons <███████████>; David Dill <███████████>; David Jefferson <███████████>; Donna Curling <dcurling0531@gmail.com>; Donna Price <donnaprice@gaverifiedvoting.org>; GARLAND FAVORITO <███████████>; Marilyn Marks <███████████>; Phillip Stark <stark@stat.berkeley.edu>
**Subject:** Re: Urgent VV Board Corrective Action Needed for Georgia

To be clear. This was a letter I extracted for the SAFE Commission. VV declined to write a letter opposing the legislation. It was the only national advocacy group to do so. VV met with legislators but conspicuously did not invite me to those meetings. Word got to me that Marci did not oppose BMDs for all at those meetings despite the strong letter to SAFE.

We discussed this issue at EVN and VV showed no interest in stepping in.
Rich

On Sun, Dec 1, 2019 at 6:02 PM Barbara Simons <███████████> wrote:
> Dear Garland,
>
> I was traveling all day yesterday and have been super busy today

> I was traveling all day yesterday and have been super busy today dealing with issues here in Canada, where our home was at 9 degrees C when we arrived. I have skimmed your email and will try to digest what you have said in more detail later today.
>
> Just to be clear about VV's position in GA regarding the BMDs there, we opposed the purchase of BMDs for all. I've enclosed the letter that Marian wrote to the GA SoS. It's public, so you should feel free to share it.
>
> I shall respond more later.
>
> Regards,
> Barbara
>
>
> On 11/30/19 6:20 PM, GARLAND FAVORITO wrote:
>> Barbara,
>> Attached is the overview for board members you requested of VV operations in Georgia that have caused grave concern for all of us on the ground here including GAVV, CGG and VoterGA. It is urgent that the board get involved and take corrective action in this matter. Marilyn, or the Donnas may want to add more of their thoughts to this overview.
>> Garland
>> **VoterGA**
>>    CL
>>           HM
>
> --
> Sent from Gmail Mobile

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

CURLING-0010183

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY                    CURLING-0010184