```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
                            ATLANTA DIVISION


DONNA CURLING, ET AL.,            :
                                  :
         PLAINTIFFS,              :
vs.                               :  DOCKET NUMBER
                                  :  1:17-CV-2989-AT
BRAD RAFFENSPERGER, ET AL.,       :
                                  :
         DEFENDANTS.              :
```

**TRANSCRIPT OF HEARING ON PRELIMINARY INJUNCTION VIA ZOOM**

**PROCEEDINGS**

**BEFORE THE HONORABLE AMY TOTENBERG**

**UNITED STATES DISTRICT JUDGE**

**SEPTEMBER 10, 2020**

**1:00 P.M.**

**VOLUME 1**


*MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED*

*TRANSCRIPT PRODUCED BY:*

*OFFICIAL COURT REPORTER:     SHANNON R. WELCH, RMR, CRR*
*                             2394 UNITED STATES COURTHOUSE*
*                             75 TED TURNER DRIVE, SOUTHWEST*
*                             ATLANTA, GEORGIA  30303*
*                             (404) 215-1383*

**A P P E A R A N C E S   O F   C O U N S E L**

**FOR THE PLAINTIFFS DONNA CURLING, DONNA PRICE, JEFFREY SCHOENBERG:**

    DAVID D. CROSS
    VERONICA ASCARRUNZ
    EILEEN BROGAN
    MORRISON & FOERSTER, LLP

    HALSEY G. KNAPP, JR.
    ADAM M. SPARKS
    KREVOLIN & HORST, LLC


**FOR THE PLAINTIFFS COALITION FOR GOOD GOVERNANCE, LAURA DIGGES, WILLIAM DIGGES, III, AND RICARDO DAVIS:**

    BRUCE BROWN
    BRUCE P. BROWN LAW

    ROBERT ALEXANDER McGUIRE, III (VIA VIDEO CONFERENCE)
    ROBERT McGUIRE LAW FIRM

**FOR THE STATE OF GEORGIA DEFENDANTS:**

    VINCENT ROBERT RUSSO, JR.
    CAREY A. MILLER
    ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD, LLC

    BRYAN P. TYSON
    BRYAN JACATOUT
    DIANE LAROSS
    LOREE ANNE PARADISE
    TAYLOR ENGLISH DUMA

(...cont'd....)

(...cont'd....)

**FOR THE FULTON COUNTY DEFENDANTS:**

    CHERYL RINGER
    KAYE BURWELL
    OFFICE OF THE FULTON COUNTY ATTORNEY

# INDEX TO PROCEEDINGS

|  | PAGE |
|---|---|
| **OPENING STATEMENT** | |
| by Mr. Cross | 22 |
| by Mr. Brown | 27 |
| by Mr. Tyson | 30 |

| **WITNESS** | **PAGE** |
|---|---|
| PHILIP B. STARK, Ph.D. | |
| Direct Examination By Mr. Brown | 40 |
| Cross-Examination By Mr. Miller | 56 |
| Redirect Examination By Mr. Brown | 81 |
| Examination By The Court | 82 |
| J. ALEX HALDERMAN, Ph.D. | |
| Direct Examination By Ms. Ascarrunz | 86 |
| HARRI HURSTI | |
| Direct Examination By Mr. McGuire | 117 |
| Cross-Examination By Mr. Tyson | 144 |
| Redirect Examination By Mr. McGuire | 162 |
| Recross-Examination By Mr. Tyson | 165 |
| Examination By The Court | 166 |
| Redirect Examination (Further) By Mr. McGuire | 168 |
| Recross-Examination (Further) By Mr. Tyson | 169 |
| JEANNE DUFORT | |
| Direct Examination By Mr. Brown | 170 |

(...cont'd...)

| **WITNESS** | **PAGE** |
|---|---|
| Cross-Examination | |
|   By Mr. Russo | 185 |
| Examination | |
|   By The Court | 189 |
| Redirect Examination | |
|   By Mr. Brown | 191 |

\* \* \*

| | |
|---|---|
| CERTIFICATE | 209 |

1  study.  I'm not aware of any studies on the rate at which
2  voters do verify hand-marked paper ballots.
3       The issue here I believe is not the rate at which voters
4  either make mistakes or correct their own mistakes.  The issue
5  is the distinction between a voter being responsible for his or
6  her own work and a voter being responsible for errors
7  introduced by the electronic technology.
8           MR. MILLER:  If I can, I'll pull up what will be a
9  defense exhibit.
10          And, Your Honor, just because of the quick time line,
11 we have not shared this as well.  But we can quickly email it.
12          THE COURT:  If plaintiffs would also email your
13 documents -- your demonstrative to the defendants.
14          MR. BROWN:  Yes, Your Honor.
15          THE COURT:  Just remember I don't have it.  We'll
16 deal with all what I don't have later.
17 **Q.    (BY MR. MILLER)**  Dr. Stark, can you see your screen now?
18 **A.**   Yes, sir.
19 **Q.**   Okay.  Can you read that?
20 **A.**   The New York Times, Florida Recount Senate Votes Yet Again
21 and Nelson's Chances Dwindle.
22 **Q.**   Okay.
23 **A.**   Shall I go ahead and read the article?
24 **Q.**   No.  I apologize.  I, frankly, meant in terms of can you
25 read the text on the screen.  But that is all fine as well.

1  **A.** Yes, sir.
2  **Q.** Okay. And the paper is not recorded --
3  **(Unintelligible colloquy)**
4  THE COURT: Whoever is speaking has to remember that
5  you are going to be sharing your voice and your remarks with
6  everybody else in the court. Thank you. Be careful.
7  Go ahead.
8  **Q. (BY MR. MILLER)** And so, Dr. Stark, in those instances,
9  the what you referred to as a VVPAT, which I take to mean a
10 voter verifiable paper audit trail, that was not a vote of
11 record; correct?
12 **A.** I'm sorry. That was not a --
13 **Q.** In the context of India, the printout that came on with
14 the EVMs was not a vote of record; correct?
15 **A.** I don't know Indian electoral law well enough to know
16 whether they considered the printout to be the vote of record
17 or the electronic record to be the vote of record.
18 **Q.** Let me put it this way: When tabulating, the machine is
19 tabulating the vote in the machine and it is not tabulating
20 anything on paper; correct?
21 **A.** That is correct.
22 **Q.** Okay. So you conducted an audit on these machines in
23 India; right?
24 **A.** No, sir, I did not.
25 **Q.** You wrote a paper on it?

```
1                      C E R T I F I C A T E
2
3    UNITED STATES OF AMERICA
4    NORTHERN DISTRICT OF GEORGIA
5
6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of
7    the United States District Court, for the Northern District of
8    Georgia, Atlanta Division, do hereby certify that the foregoing
9    208 pages constitute a true transcript of proceedings had
10   before the said Court, held in the City of Atlanta, Georgia, in
11   the matter therein stated.
12       In testimony whereof, I hereunto set my hand on this, the
13   12th day of September, 2020.
14
15
16
17   _____
                   SHANNON R. WELCH, RMR, CRR
18                 OFFICIAL COURT REPORTER
                   UNITED STATES DISTRICT COURT
19
20
21
22
23
24
25
```