Page 1

1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTH DISTRICT OF GEORGIA
2                      ATLANTA DIVISION
3
4
                                        )
5    DONNA CURLING, ET AL.,             ) CIVIL ACTION NO.
                                        ) 1:17-CV-2989-AT
6           PLAINTIFFS,                 )
                                        )
7    v.                                 )
                                        )
8    BRAD RAFFENSPERGER, ET AL.,        )
                                        )
9           DEFENDANTS.                 )
     --------------------------------
10
11
12
13               DEPOSITION OF DONNA PRICE
14                  (TAKEN by DEFENDANTS)
15       ATTENDING VIA ZOOM IN FULTON COUNTY, GEORGIA
16                   MARCH 8, 2022
17
18
19
20   REPORTED BY:       Meredith R. Schramek
                        Registered Professional Reporter
21                      Notary Public
                        (Via Zoom in Mecklenburg County,
22                      North Carolina)
23
24
25

```
                                                        Page 2

 1                   A P P E A R A N C E S

 2

 3      For the Plaintiffs:

 4                 DAVID D. CROSS, ESQ. (Via Zoom)
                   ZACHARY FUCHS, ESQ. (Via Zoom)
 5                 REEMA SCHOCAIR ALI, ESQ. (Via Zoom)
                   SONYA SWANBECK, ESQ. (Via Zoom)
 6                 HANNAH ELSON, ESQ. (Via Zoom)
                   Morrison & Foerster LLP
 7                 2000 Pennsylvania Avenue Northwest
                   Suite 6000
 8                 Washington, DC 20006
                   202-887-1500
 9                 dcross@mofo.com

10
                   HALSEY G. KNAPP, JR., ESQ. (Via Zoom)
11                 Krevolin & Horst, LLC
                   1201 West Peachtree Street Northwest
12                 Suite 3250
                   Atlanta, Georgia 30309
13                 404-888-9700
                   hknapp@khlawfirm.com

14

15      For the Fulton County Defendants:

16                 CHERYL RINGER, ESQ. (Via Zoom)
                   Fulton County Attorney's Office
17                 141 Pryor Street
                   Suite 4038
18                 Atlanta, Georgia 30303
                   404-612-4981
19                 cheryl.ringer@fultoncountyga.gov

20

21      For the State Defendants:

22                 VINCENT R. RUSSO, ESQ. (Via Zoom)
                   JAVIER PICO PRATS, ESQ. (Via Zoom)
23                 CAREY A. MILLER, ESQ. (Via Zoom)
                   Robbins Alloy Belinfante Littlefield LLC
24                 500 14th Street Northwest
                   Atlanta, Georgia 30318
25                 678-701-9381
                   vrusso@robbinsfirm.com
```

Page 3

1      Deposition of Donna Price, taken by the

2  defendants via Zoom on the 8th day of March, 2022, at

3  10:12 a.m., before Meredith R. Schramek, RPR, Notary

4  Public.

5

6                 C O N T E N T S

7  The Witness:     DONNA PRICE

8  Examination By Mr. Russo ...........................5

9

10             I N D E X  of the  E X H I B I T S

11  NUMBER           DESCRIPTION                    PAGE

12  Exhibit 1        Notice of deposition ................10

13  Exhibit 2        Georgians for Verified Voting ........24

14  Exhibit 3        Voter history file ...................37

15  Exhibit 4        Third amended complaint ..............43

16  Exhibit 6        Declaration dated 8/17/18 ............83

17  Exhibit 7        Declaration dated 5/29/18 ............94

18  Exhibit 8        Declaration dated 10/4/19 ............97

19  Exhibit 10       Declaration dated 8/19/20 ..........108

20  Exhibit 11       Declaration dated 2/12/21 ..........109

21  Exhibit 12       Absentee ballot report ..............119

22

23

24

25

Page 20

1      period of time when Georgia was using DRE machines?

2          A     That's correct.

3          Q     And who were you a poll watcher for?

4          A     What party?  What political party?

5          Q     Correct.

6                THE WITNESS:  Do I have to answer that?

7                MR. CROSS:  Was it public?  It is public

8      record.

9                THE WITNESS:  Democratic Party.

10     BY MR. RUSSO:

11         Q     Okay.  And did you receive any training for

12     your poll watcher duties?

13         A     I think we were sent -- we either downloaded

14     from the Internet or were sent a packet with

15     information about how to behave, you know, how to

16     conduct ourselves, and what we could and could not do.

17         Q     And did you receive any training around the

18     voting equipment?

19         A     Secretary Cox, Cathy Cox and Kathy Rogers

20     held some information workshops that I attended.  I

21     can't remember if it was one or more.  But I did go to

22     those.  And they explained how the machines worked and

23     basically how elections were run on the DREs with

24     slides and presentations.

25         Q     And did the -- did any of that training

Donna Price                     March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 21

1    include aspects around the hardware or programming of

2    the machines?

3         A    I don't think so.

4         Q    Have you ever received training or education

5    related to computer programming or security -- computer

6    security?

7         A    Like a formal program?

8         Q    We can -- I mean, if it's a -- we can start

9    with that.  Is there a formal -- have you ever received

10   any training or education, a formal program around

11   computer security or computer programming?

12        A    I received web development training, you

13   know, writing code for web development.  I worked at

14   Emory University.  So I took classes.

15        Q    Tell me about that.  What was that training?

16   Was it a course or a program?

17        A    I took courses in various softwares that are

18   used for developing -- writing code for websites.

19        Q    And when was that?

20        A    I worked at Emory for 27 years.  So it was

21   during that time that I worked at Emory.

22        Q    When did you stop working at Emory?

23        A    May the -- May last year, 2021.

24        Q    So when do you recall when the last course

25   you took was?

Page 22

```
1        A    Maybe -- well, I couldn't speculate.  It was

2    in my early years.  So probably within the first ten

3    years of my employment at Emory.

4        Q    And you started in about 1995 or '4?

5        A    I think it was 1994.

6        Q    You founded Georgians for Verified Voting; is

7    that correct?

8        A    That's correct.

9        Q    And why did you -- excuse me.  Why did you

10   found -- why did you start Georgians for Verified

11   Voting?

12       A    I was concerned about the voting system, the

13   security reliability and verifiability of the voting

14   system in Georgia, the DRE voting system.

15       Q    And what do you mean by the "security,

16   reliability, and verifiability of the DRE system"?

17       A    Well, the transparency because the -- what I

18   had learned by 2003 was that the election system was

19   all electronic.  And so there was no

20   software-independent way to determine the election

21   results other than the software code.

22       Q    And so how did you learn about the system

23   that raised these concerns?

24       A    I found experts to talk to and started

25   funding studies.
```

Donna Price                          March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 23

1          Q    And what were the security concerns

2     specifically that you'd learned about?

3          A    What I understood was that -- and this was

4     from a National Institutes of Standards and Technology

5     white paper is that voting systems needed a software

6     independent mechanism for -- that would -- that could

7     be used to compare against the election results from

8     the software code.

9          Q    Can you explain that further, the software

10     independent mechanism?  What is that?

11          A    For example, if the software code is all on

12     computer, it's electronic, then a software independent

13     is a paper record.

14          Q    So then -- all on a computer and has a paper

15     record.  It's -- it -- but it would not be a software

16     independent mechanism.

17               Is that what I understand you saying?

18               (Reporter clarification.)

19          Q    So if the -- you said it's -- the software

20     independent system is one that is -- is not all

21     electronic and has a paper component.  And so I was

22     simply asking if it -- the system has any paper

23     component and then it's, according to you, a software

24     independent mechanism; is that correct?

25               I'm just trying to understand what -- exactly

Donna Price                    March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 27

```
1        A     I don't recall having ballot marking devices

2     back then.  I think it was about 2006, maybe -- 2004,

3     2006.

4        Q     How would this definition apply differently

5     to a ballot marking device?

6              MR. CROSS:  Objection to form.  Calls for an

7     expert conclusion.

8     BY MR. RUSSO:

9        Q     In your opinion, how would -- how would this

10    definition be different for a ballot marking device?

11             MR. CROSS:  Same objection.

12             You can answer.

13             THE WITNESS:  Okay.  Ballot marking device --

14    the ballot marking device that's used in Georgia does

15    not have a voter-verified paper ballot.

16    BY MR. RUSSO:

17       Q     And can you explain to me how -- then what --

18    what do you believe is a voter-verified paper ballot

19    for a ballot marking device?

20       A     For a ballot marking device or the Georgia

21    election system ballot marking device?

22       Q     We can just go with a ballot marking device

23    generally for now.

24             MR. CROSS:  Objection.  Form.  Overbroad and

25    calls for an expert conclusion.
```

Donna Price                     March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 39

1    yes.

2         A    Oh, okay.

3         Q    So it appears you've got a fairly lengthy

4    voting record; right?  You've been voting for many

5    years; right?

6         A    I've voted for many years, yes.

7         Q    And looking at the ballot type, it appears

8    that in -- up to 2018, the general election, you had

9    voted a regular ballot, so in person.

10             Does that -- does that sound correct to you?

11        A    I don't remember when I first started voting

12   on an absentee ballot.  So I would have to use your

13   record as -- when I started, but I don't remember.

14        Q    Do you -- do you -- does the record look

15   accurate to you in terms of that -- that timing of 2018

16   when you started voting absentee?

17             MR. CROSS:  Objection.  Speculative.

18   BY MR. RUSSO:

19        Q    Well, what I want to ask is, you know,

20   since -- it shows here that you voted absentee in the

21   general election in 2018 and since that time.

22             Do you recall any time since 2018 that you

23   have not voted absentee by mail?

24        A    No, I don't.

25        Q    Okay.  And prior to 2018, your record

Donna Price                                    March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 42

1          A     That's correct.

2          Q     And do you -- do you have any evidence that

3     any of those absentee ballots weren't accurately

4     counted?

5          A     I have no evidence that they were or were not

6     accurately counted.

7          Q     You said you have no evidence that they were

8     or were not?  I'm sorry.  My speaker cut out.

9          A     Yes.  I have no evidence they were or were

10    not counted accurately.

11         Q     And do you have any evidence that any of the

12    votes you cast on the DRE machines were altered in any

13    way?

14         A     No, I do not.

15         Q     What about for the absentee ballots that you

16    voted, do you have any -- any evidence that -- that any

17    of the votes you cast on an absentee ballot were

18    altered in any way?

19         A     I'm sorry.  Could you repeat that?

20         Q     For the absentee ballots that you voted, do

21    you have any evidence that any of those ballots were

22    ever altered in any way?

23         A     No, I don't.

24         Q     And you stated earlier that you have not

25    voted on a BMD ballot, the new current system.  When I

Donna Price                                March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 43

1    refer to a BMD ballot, unless I say otherwise, I'm

2    referring to Georgia's current voting system.

3         A    I have not voted on a ballot marking device

4    in Georgia's current voting system.

5         Q    And do you have any plans to vote on one in

6    the future?

7         A    I do not.

8         Q    Well, you plan to vote absentee by an

9    absentee paper ballot in the future; is that right?

10             MR. CROSS:  Vincent, can you ask it again?

11   You kind of got hung up.

12   BY MR. RUSSO:

13        Q    I'm sorry.  I said so you said you plan to

14   vote absentee paper ballots in the future by mail-in

15   ballot?

16        A    As long as the voting system is the current

17   ballot marking device voting system, that's correct.  I

18   plan to vote absentee by paper ballot.

19             (Exhibit 4 Marked for Identification.)

20   BY MR. RUSSO:

21        Q    Give me one second.  I apologize here.

22   Marked as Exhibit 4 -- and let me know when you have

23   it.

24             MR. CROSS:  We have it.

25

Donna Price                                    March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 44

1    BY MR. RUSSO:

2        Q    Okay.  I've marked the Curling -- what we've

3    been calling the Curling plaintiffs, such as Donna

4    Curling, yourself, and Jeffrey Schoenberg.  When I

5    refer to the Curling plaintiffs, that's what I'm --

6    that is who I'm referring to.  Is that acceptable for

7    you?

8        A    Yes.

9        Q    And so I'm showing you what's been marked as

10   Exhibit 4, the third amended complaint of the Curling

11   plaintiffs.  Have you -- have you seen this document

12   before?

13       A    So that's 2019.  To the best of my knowledge,

14   yes.

15       Q    And I want to turn to paragraph 16 of the

16   complaint.  It is on page 8.

17       A    Yes.

18       Q    And it says, "Plaintiff Donna Price as an

19   elector of the state of Georgia and a resident of

20   DeKalb County."  Do you see that?

21       A    Yes, I do.

22       Q    And are you still a resident -- you're still

23   a resident of DeKalb County; correct?

24       A    Yes.

25       Q    And if you go down to about the ninth line,

Page 45

1    it states, "Without the intervention of this Court,

2    Price will be compelled to choose between relinquishing

3    her right to vote and acquiescing to cast her vote

4    under a system that violates her right to vote and to

5    have her vote accurately counted."  Do you see that?

6         A    I see that.

7         Q    And please explain how you'd be compelled to

8    choose between relinquishing your right to vote and

9    acquiescing to cast your vote under a system that

10   violates your right to vote and to have your vote

11   accurately counted unless the Court intervenes.

12             MR. CROSS:  Objection.  Call for a legal

13   conclusion.

14             You can answer, Ms. Price.

15             THE WITNESS:  I agree to what that says,

16   that, if I have to vote on the current voting system,

17   that it does relinquish my right to vote -- to cast a

18   vote under a system that violates my right to vote and

19   have my vote accurately counted.

20   BY MR. RUSSO:

21        Q    And how is that?

22             MR. CROSS:  Same objection.

23             THE WITNESS:  If I vote on the electronic --

24   the current BMD system, I'm not able to cast a

25   voter-verified paper ballot.  If I go onto the -- and

Donna Price
Curling, Donna v. Raffensperger, Brad                    March 8, 2022

Page 46

1    also, if I vote under the absentee ballot system, there

2    are lots of barriers to being able to cast my vote.

3    And then once I do, I'm not able to, for instance, feed

4    that ballot -- see that that ballot is actually fed

5    into the lockbox, the optical scanner and lockbox at

6    the precinct, like my fellow voters can do if they're

7    using the BMD.

8              And I know that the -- that Georgia does not

9    currently have postelection risk limiting audits.  And

10   that is another component to being able to secure my

11   right to vote.

12   BY MR. RUSSO:

13        Q    And you would agree with me, though, that

14   your -- you'd still be able to cast a ballot -- does

15   that -- on a BMD if you voted in person; correct?

16        A    I don't agree that I would not be able to

17   cast a voter-verified ballot.

18        Q    But would you -- my question is you would be

19   able to cast a ballot; correct?

20        A    Well, a voter-verified ballot is an essential

21   record of my selections in the election.

22        Q    And I -- I understand that you are saying you

23   want to be able to cast a voter-verified paper ballot.

24   And based on your understanding of a voter -- what that

25   means, I'm simply asking:  There's no -- if you went to

Donna Price
Curling, Donna v. Raffensperger, Brad

March 8, 2022

Page 47

1    go vote in the next election in person, there's no --

2    there's no other reason you'd be denied the opportunity

3    to vote?

4              MR. CROSS:  Objection.  Calls for

5    speculation.  Vague.

6              THE WITNESS:  My understanding, if I vote on

7    a ballot marking device, is that the votes are

8    encompassed in a QR code; and I cannot validate that

9    those are the ballots -- the selections that I made.

10   The QR code is what's read by the scanner.

11             So I would not be able to vote in a

12   constitutional manner just only considering that first

13   part of the process, which is marking the ballot on the

14   ballot marking device and printing it out.

15   BY MR. RUSSO:

16       Q    And I -- and I'm just trying to understand

17   how you would not be able to use the device.  I

18   understand that you have a difference in -- in thought

19   of what is a voter-verified paper ballot, but what

20   other burdens are there on your right to vote?

21       A    The primary record of my vote is a

22   voter-verified paper ballot.  Without that, there's no

23   primary record.  There's no record that I have verified

24   to say that that's the votes -- those are the

25   selections that I made for candidates and issues.

Donna Price                                    March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 48

1        Q    Well, let me ask this:  Are there any other
2     burdens on your right to vote in person -- or on voting
3     in person, I should say -- and I -- excuse me.  Any
4     other burdens on voting in person that -- that you --
5     you believe you'd experience if you voted in person?
6        A    I believe I would just be going through the
7     motions of an action that simulates voting.  But
8     without a voter-verified paper ballot, I wouldn't be --
9     I wouldn't be voting.  I'd be giving that -- my vote to
10    whoever is -- and whatever is determining what's in
11    that QR code.  So that's not transparent.
12             I think that a voter verification and the
13    transparency at that beginning step of in-person voting
14    today on Georgia's BMD election system is a barrier to
15    my ability to vote.
16       Q    Do you have any evidence of the -- any QR
17    codes on the BMD ballot containing votes, summaries
18    that are different than those listed on the paper
19    ballot?
20       A    Well, I can't read a QR code.  So I couldn't
21    have any evidence.
22       Q    Do you have -- okay.
23             Do you have any evidence of anyone -- any
24    voter who has selected a candidate on the touch screen
25    of the ballot marking device and the printout has been

Page 49

1    different -- has printed a different name than the

2    individual selected?

3         A    I have no personal evidence.  I have the

4    knowledge of -- that I've gotten from experts and in

5    our lawsuit -- our experts' declarations that --

6    they're the authorities on it since I'm not an expert

7    on the technology.

8         Q    So you've reviewed the declarations of the

9    experts in this case; is that correct?

10        A    I've reviewed the declarations that are not

11   privileged and confidential.  And those that -- I

12   understand that there is information from our experts

13   that is confidential that might inform me more.  But I

14   haven't -- I haven't been able to see that.

15        Q    You stated earlier about the transparency

16   with the BMD and the QR code and knowing what vote

17   selections are contained within that QR code.  And I

18   just want to make sure I understand.  That -- that is

19   the scope of your complaint with the current BMD

20   system; is that right?

21             MR. CROSS:  Objection to form.

22             THE WITNESS:  No.  That's not correct.

23   BY MR. RUSSO:

24        Q    So what is this -- what is, then, the scope?

25        A    The scope includes voter -- lack of voter

Donna Price                           March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 50

1    verification, nontransparency, concerns about the

2    security of the election system, and the fact that the

3    election system doesn't include postelection risk

4    limiting audits.

5         Q    That's -- so that's the full scope?

6         A    That's also -- that's also the possibility of

7    the -- other than malfeasance or security problems,

8    just problems with the technology, errors that can be

9    made.  So all of the components that I mentioned are

10   essential for -- to protect my constitutional right to

11   cast a vote and have a reasonable -- reasonable

12   expectation that that vote was counted as cast.

13        Q    And how is that different from every voter's

14   reasonable expectation?

15             MR. CROSS:  Objection to form.  Calls for

16   speculation.

17   BY MR. RUSSO:

18        Q    Don't you agree every voter wants to have

19   their vote counted accurately?

20             MR. CROSS:  Objection to form.  Calls for

21   speculation.

22             THE WITNESS:  I can only speak for myself.

23   BY MR. RUSSO:

24        Q    So you -- you don't think other voters want

25   to have their ballot counted accurately?

Page 61

1    you're referencing?

2              MR. CROSS:  Objection.  Misstates her

3    testimony.

4              THE WITNESS:  Well, I've already answered

5    that question.

6    BY MR. RUSSO:

7        Q    Well, it misstates your testimony because you

8    didn't actually answer it.  Well -- so do -- you don't

9    have any then -- any particular elections that you

10   believe the results are indeterminable?

11             MR. CROSS:  Asked and answered.

12             THE WITNESS:  I've already answered that

13   question.

14             MR. RUSSO:  Okay.  And, again, the answer's

15   nonresponsive.

16   BY MR. RUSSO:

17       Q    What about -- you mentioned the DREs.  So

18   what about -- or excuse me, BMDs.  What about the BMDs?

19   Which -- which election results that -- for elections

20   that were conducted using BMDs are indeterminable?

21       A    I would say all of them.

22       Q    So is it your -- is it your belief that the

23   results of the 2020 general election are -- were

24   indeterminable?

25       A    I don't know if the election results were

Donna Price                                    March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 67

1    BY MR. RUSSO:

2         Q    So you don't know what relief you're seeking?

3              MR. CROSS:  Objection.  Mischaracterizes her

4    testimony.

5    BY MR. RUSSO:

6         Q    Do you know what relief you're seeking?

7         A    For myself, I know that I'm seeking

8    constitutional right to vote on the election system in

9    Georgia and have a reasonable assurance that my vote

10   will be counted as cast.

11        Q    And how would you -- how would you know that

12   your vote is counted as cast under the system that you

13   would like?

14             MR. CROSS:  Objection.  Calls for expert

15   conclusion.

16             You can answer.

17             THE WITNESS:  I rely on the information that

18   I'm given by experts who have testified and provided

19   information for our lawsuit, and other experts on what

20   is a secure, accurate, verifiable, auditable voting

21   system, what's a constitutional voting system.

22   BY MR. RUSSO:

23        Q    So you're relying on your experts?

24        A    That's correct.  And the knowledge of

25   experts.  And I wonder if we could take a break.

Page 71

1     is.  If we were sitting in court, and you asked a lay

2     witness for an expert opinion --

3               MR. RUSSO:  In court, it would be different,

4     of course.

5               MR. CROSS:  It is an objection to form.  It

6     is literally an objection to the form of the question.

7               If you want to rephrase, you're welcome to.

8     BY MR. RUSSO:

9          Q    Ma'am -- Ms. Price, what is -- what is

10    your -- what is your opinion on whether a hacker trying

11    to access an election system makes such election system

12    untrustworthy?

13              MR. CROSS:  I'll object as overbroad and

14    calls for speculation.

15    BY MR. RUSSO:

16         Q    You can still answer it.

17         A    Okay.  From what I understand you're saying,

18    if experts say a voting system might be attacked and it

19    might -- or might be vulnerable to outside hackers,

20    then do I agree that that makes a voting system

21    vulnerable?  Is that the question?

22         Q    Sure.

23         A    I think I have to rely on security experts,

24    voting security experts, to know whether a specific

25    system, meaning the Georgia BMD voting system, is

Donna Price                          March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 72

1    vulnerable to attacks.  And those voting experts --

2    voting system experts and security experts have

3    testified or made declarations in our lawsuit, some of

4    which I have not had access to.  So my answer is I

5    would have to defer to the experts on that question to

6    answer that question.

7        Q    Okay.  Let's turn to paragraph 72 on page 23.

8    It states that the proposed election system will not be

9    substantially safer than the current system because

10   BMDs remain susceptible to manipulation, and the

11   proposed system does not provide any meaningful way for

12   a voter to audit their vote.

13            I'm trying to understand what you mean by

14   "substantially safer" in this allegation.

15            MR. CROSS:  Objection.  The document speaks

16   for itself.

17            THE WITNESS:  Well, I agree to that

18   paragraph.

19   BY MR. RUSSO:

20       Q    What would make the proposed election system

21   substantially safer than the current system, which I

22   think it's referring to DREs?

23            MR. CROSS:  Objection.  Calls for expert

24   opinion.

25            THE WITNESS:  Georgia's no longer voting on

Donna Price                                    March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 86

 1          Q    I was just confirming that those are

 2     accurate.

 3          A    Yes.

 4          Q    Now, turning to paragraph 10.  It states "I

 5     have learned of the extreme vulnerability of Georgia's

 6     system to undetectable errors and malicious tampering

 7     and the failure of the system to provide a

 8     voter-verified mechanism independent of software for

 9     auditing the electronic results."  Do you see that?

10          A    Yes.

11          Q    And what -- how did you learn of the extreme

12     vulnerability referenced in this paragraph?

13          A    I learned from experts.

14          Q    And -- well, go ahead.  I'm sorry.

15          A    No.  I was just going to say experts in the

16     field.  So election integrity experts and technology

17     experts.

18          Q    And do you recall any particular experts who

19     you learned from?

20          A    Alex Halderman.

21          Q    And what are the undetectable errors in

22     Georgia's voting system that you're referring to?

23          A    Well, in this paragraph, I'm talking about

24     the vulnerability of the system to errors.

25          Q    Okay.  And can you explain that for me, what

Donna Price
Curling, Donna v. Raffensperger, Brad

March 8, 2022

Page 87

1    you mean?

2         A    I would have to refer to papers from the

3    courts and other information that I read or obtained

4    through the experts that I mentioned because I'm not a

5    technology, you know, a security technology expert.

6         Q    And what do you -- what are the extreme

7    vulnerabilities to malicious tampering that you're

8    referencing?

9         A    I think I've already answered that.

10        Q    I don't believe we've talked about any

11   malicious tampering.

12        A    It's vulnerability to tampering.

13        Q    Right.  So do you know of any vulnerability

14   to malicious tampering?

15        A    Well, the Kennesaw elections system was

16   extreme vulnerability.

17        Q    So to malicious tampering?

18        A    It was a vulnerability.

19        Q    And was it a vulnerability to malicious

20   tampering?

21        A    From what I understand.

22        Q    And tell me.  What do you understand?

23        A    Well, from what I can remember from the

24   report, passwords for getting into the system were

25   found.  It's all in Logan Lam's report.  So I'd have to

Donna Price                                    March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 88

1    refer to that report or just defer to Logan Lam's

2    information about that report.  That's just been

3    introduced into our lawsuit as expert information.

4         Q    And you mentioned a server.  Do you know

5    anything more about -- you know anything about the

6    server that you mentioned?

7         A    Like, I did read the e-mails and I read the

8    reports from Kennesaw about the fact that that election

9    system at Kennesaw was left open to the Internet.

10        Q    Do you have personal knowledge of any of

11   these issues, or are they reliant upon your experts?

12        A    I didn't work at Kennesaw.  I wasn't part of

13   the investigation.

14        Q    I'm sorry.  Go ahead.

15        A    I wasn't involved in -- personally in any way

16   in the investigation or the FBI when they investigated

17   someone.  I had no personal involvement in that

18   activity.

19        Q    Now, earlier you testified that the

20   vulnerabilities -- and we've been referring to your

21   complaint -- the vulnerabilities in the DRE are the

22   same -- the security vulnerabilities are the same as

23   those in BMDs.  Do you recall that?

24             MR. CROSS:  Objection.  Misstates her

25   testimony.  That's not what she said.

Page 89

1              You keep reversing it.  You keep turning it

2      around.

3      BY MR. RUSSO:

4          Q    You just stated that the DREs, the

5      vulnerabilities to the DREs were due to compromise.

6      And my question is what are the vulnerabilities that

7      you believe exist in the BMD system?

8              MR. CROSS:  Objection.  Asked and answered

9      numerous times today.  And calls for a legal -- expert

10     conclusion.

11             THE WITNESS:  So as I've said before, there

12     are experts who have given their opinion in this

13     action, this lawsuit as to the vulnerabilities,

14     security vulnerabilities of the system and most of the

15     recent ones with the BMDs have gone -- have been

16     confidential.  So I haven't read those reports.  And I

17     would just be -- even if I had read them, it's the

18     experts who came to those conclusions.

19     BY MR. RUSSO:

20         Q    Okay.  Turning to paragraph 11 on the last

21     page of your declaration, it states "I became even more

22     concerned about the security of Georgia elections in

23     the light of the public disclosure that an election

24     server administered by the state's contractor, Center

25     for Election Systems at Kennesaw State University, left

Donna Price                                    March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 90

1    critical election data open on the Internet without a

2    firewall in at least 2016 and 2017 susceptible to

3    anyone with Internet access."

4            Now, how do you know that this server was

5    accessible to anyone with Internet access?

6       A    Because that's what the experts say.  And the

7    report was from Kennesaw.  And the news reports.

8       Q    You refer to, again, election server.  What

9    do you mean here in this paragraph by "election

10   server"?

11          MR. CROSS:  Asked and answered.

12          MR. RUSSO:  I don't think I asked her about

13   this paragraph.

14          MR. CROSS:  You asked about the server.

15          Go ahead.  He justs wants you to repeat

16   yourself throughout the day today.

17   BY MR. RUSSO:

18      Q    I'm just trying to understand if this is

19   what -- do you know anything about this election

20   server?

21      A    Just what I read.  I did have access to

22   e-mails, to news, to reporting from the Secretary of

23   State's office.  So I -- you know, and Logan Lam's

24   declaration in our lawsuit.

25      Q    And then you also mention here critical

Donna Price                            March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 103

1          THE WITNESS:  I have not handled the paper

2     record that's printed by BMD -- by the Dominion Voting

3     System BMD.

4     BY MR. RUSSO:

5          Q    So you don't know based on that if it's

6     durable?

7          A    I don't know if it's durable.  That's

8     correct.

9          Q    And then you go on to say you have no

10     confidence -- "I have no confidence that the results of

11     a given election conducted using the proposed election

12     system will be accurate or reliable."

13          And just so there's no confusion, that

14     defined, the capitalized term "Proposed Election

15     System" is referring to in paragraph 70 the Dominion

16     Voting System just to avoid any confusion.

17          So what do you mean that you have no

18     confidence that the results of any given election

19     conducted on the Dominion BMD system are accurate and

20     reliable or will be accurate and reliable?

21          A    Well, for one, I can't read bar codes.  So

22     does the proposed election system which is the current

23     Dominion ballot marking device system does not allow me

24     to cast voter-verifiable -- voter-verified ballot.

25          Q    And so any election conducted on a BMD system

Donna Price                              March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 104

1    you have no confidence in the accuracy and the

2    reliability of the election results?

3         A    Well, that's what I said.  Without a durable

4    vote -- voter-verified record to audit, I can't have

5    confidence that the results are accurate and reliable.

6         Q    And what would be a type of audit that -- if

7    you could select, you know, any type of audit that

8    Georgia would have, what would be the type of audit

9    that would give you that confidence?

10        A    Well, this particular paragraph is talking

11   about having the voter-verified ballot and having the

12   bar code being a problem with that.  It doesn't address

13   what kind of audit.

14        Q    I'm asking for you, what type of audit would

15   give you confidence?  And that might mean that there is

16   none.

17        A    I think the experts have recommended

18   risk-limiting audits.  And that's part of our lawsuit

19   too.

20        Q    And paragraph 9 of this declaration says "I

21   understand that the proposed election system thus

22   suffers from systemic vulnerabilities to advanced

23   persistent threats just as Georgia's GEMS/DRE election

24   system does."

25             What is your understanding of the systemic

Donna Price
Curling, Donna v. Raffensperger, Brad

March 8, 2022

Page 105

1    vulnerabilities to advanced persistent threats

2    mentioned in this paragraph?

3        A    I think that I've already answered that.  But

4    without being able to verify that the ballot which I

5    mark as a voter or I mark my selections and I can't

6    verify those selections, then that's a threat to the

7    results of the election being accurate.

8        Q    And what did you mean by "advanced persistent

9    threats" then?

10       A    Well, I would think that an advanced

11   persistent threat would definitely describe what little

12   I know about the reports from our expert -- report from

13   Dr. Halderman that I have not read.  But I think that

14   that would be --

15       Q    And then in paragraph 11, you state "Were the

16   Court to order that Georgia cannot implement and use

17   the proposed election system but must instead use

18   hand-marked paper ballots for all voters who can hand

19   mark which a voter can review to verify that her votes

20   are cast as intended and would be counted as cast, I

21   would perceive less risk in casting my ballot in

22   person."  Do you see that?

23       A    Yes.

24       Q    And I'm going to kind of focus on the part of

25   this that's referring to what you're asking and it's

Donna Price                                March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 117

1          Now, the next sentence says "Unfortunately,

2    voting by absentee paper ballot imposes other burdens

3    on me as a voter and even potential disenfranchisement

4    entirely."

5          Now, you have -- what do you mean that voting

6    by absentee paper ballot poses other burdens on you?

7          MR. CROSS:  Objection.  Asked and answered.

8    BY MR. RUSSO:

9       Q    I don't recall asking about the burdens from

10   absentee ballots.  I did ask about burdens on you at

11   the -- what you believe to be the burdens on you for

12   having to vote on a BMD.  So if you could just remind

13   me.  What are -- what burdens are on you by voting by

14   absentee paper ballot?

15      A    I believe in further statements on this

16   declaration, that it goes into more detail.

17      Q    Could you point me?

18      A    I can read it.  It's like "I'm forced to

19   forgo the privilege, honor, and right to vote alongside

20   my fellow voters."

21      Q    So that was the burden?

22      A    Yeah.  It goes on to other paragraphs

23   explaining that.

24      Q    Okay.  So if you want just tell me what those

25   other burdens are, it might help cut some of this down.

Donna Price                    March 8, 2022
Curling, Donna v. Raffensperger, Brad

Page 118

1    I see what you're -- you're referring to the burdens

2    you say in paragraph 13.  Is that what you're referring

3    to, "minefield"?

4         A    I don't know if there were things earlier,

5    you know, between the paragraphs.  But yes, that's

6    definitely some of them.

7         Q    Okay.  So it's your position that the

8    requirement to request an absentee ballot is a burden?

9         A    Yes.

10        Q    Now, you get to actually request -- make one

11   request, and it counts for all of the elections in an

12   entire cycle; isn't that right?

13        A    Not necessarily.

14        Q    Okay.  And why is that?  What do you mean?

15        A    Well, for example, in the last primary that I

16   voted in -- and it's written about in this declaration,

17   the problems that I had.  And I never really knew it

18   counted.  I was sent an extra ballot by the Secretary

19   of State and I didn't know if I was -- because more

20   candidates had been added to the primary.  And I didn't

21   know if the ballot that I sent in in February posted

22   those elections, which it was only a couple, were

23   counted or should I vote on the new one that I was

24   sent.  And so I tore it up because I knew the threat

25   that people, you know, were being accused of voting

Donna Price                                    March 8, 2022
Curling, Donna v. Raffensperger, Brad

                                                    Page 136

 1                  CERTIFICATE OF REPORTER

 2     STATE OF NORTH CAROLINA          )

 3     COUNTY OF MECKLENBURG            )

 4          I, MEREDITH R. SCHRAMEK, hereby certify that the

 5     witness whose testimony appears in the foregoing

 6     deposition was duly sworn by me; that the testimony of

 7     said witness was taken by me to the best of my ability

 8     and thereafter reduced to typewriting under my

 9     direction; that I am neither counsel for, related to,

10     nor employed by any of the parties to the action in

11     which this deposition was taken; and, further, that I

12     am not a relative or employee of any attorney or

13     counsel employed by the parties thereto, nor

14     financially or otherwise interested in the outcome of

15     the action.

16          I further certify that I have no direct contract

17     with any party in this action, and my compensation is

18     based solely on the terms of my subcontractor

19     agreement.

20          Nothing in the arrangements made for this

21     proceeding impacts my absolute commitment to serve all

22     parties as an impartial officer of the court.

23          This, the 14th

                        _____

24                        _____

25                        MEREDITH R. SCHRAMEK, RPR, CCR 3040