Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
 2                    ATLANTA DIVISION
 3
 4  DONNA CURLING, et al.,
 5       Plaintiffs,
                                    CIVIL ACTION FILE
 6       vs.
                                    NO. 1:17-cv-2989-AT
 7  BRAD RAFFENSPERGER, et al.,
 8       Defendants.
 9
10                    DEPOSITION OF
11               J. ALEX HALDERMAN, Ph.D.
12                 November 17, 2021
13                     8:03 a.m.
14         TAKEN BY REMOTE VIDEOCONFERENCE
15     Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
```

Case 1:17-cv-02989-AT   Document 1570-7   Filed 01/09/23   Page 2 of 12
J. Alex Halderman, Ph.D.                           November 17, 2021
Curling, Donna v. Raffensperger, Brad

Page 2

1                    INDEX TO EXHIBITS

2    EXHIBIT              DESCRIPTION                        PAGE

3    Exhibit 1    Notice of Deposition                         40

4    Exhibit 2    Expert Report of Dr. Halderman               42

5    Exhibit 3    "Scientists say no credible                  60

6                 evidence of computer fraud in

7                 the 2020 election outcome, but

8                 policymakers must work with

9                 experts to improve confidence"

10   Exhibit 4    Expert rebuttal of Dr.                      198

11                Halderman

12   Exhibit 5    Declaration of Dr. Halderman                208

13                in Coomer case

14   Exhibit 6    "Want to Know if the Election               227

15                was Hacked? Look at the

16                Ballots"

17   Exhibit 7    "Computer scientists urge                   236

18                Clinton campaign to challenge

19                election results"

20   Exhibit 8    November 20, 2021 tweet from                237

21                Dr. Halderman

22   Exhibit 9    "Citing 'reported hacks,' Jill              241

23                Stein says she'll file for

24                recounts in three states"

25   Exhibit 10   "Analysis of the Antrim                     243

Case 1:17-cv-02989-AT   Document 1570-7   Filed 01/09/23   Page 3 of 12
J. Alex Halderman, Ph.D.                                November 17, 2021
Curling, Donna v. Raffensperger, Brad

Page 3

| | | |
|---|---|---|
| 1 | County, Michigan November 2020 | |
| 2 | Election Incident" | |
| 3 | Exhibit 11  "Will Georgia's new voting | 251 |
| 4 | machines solve election | |
| 5 | problems — or make them | |
| 6 | worse?" | |
| 7 | Exhibit 12  Tweet from Michigan | 257 |
| 8 | Engineering | |

INDEX TO EXAMINATION                                        PAGE
By Mr. Tyson                                                   6

1   APPEARANCES OF COUNSEL:
2   (All appearances via Zoom)
3   On behalf of the Curling Plaintiffs:
4            ZACHARY FUCHS, ESQUIRE
5            Morrison & Foerster, LLP
6            2000 Pennsylvania Avenue, NW
7            Washington, DC 20006
8            Zfuchs@mofo.com
9
10  On behalf of Defendant Secretary of State Brad
11  Raffensperger:
12           BRYAN TYSON, ESQUIRE
13           Taylor English Duma LLP
14           1600 Parkwood Circle, Suite 200
15           Atlanta, Georgia 30339
16           Btyson@taylorenglish.com
17  -and-
18           CAREY MILLER, ESQUIRE
19           Robbins Ross Alloy Belinfante Littlefield
20           500 14th Street, N.W.
21           Atlanta, Georgia 30318
22           cmiller@robbinsfirm.com
23
24
25

Case 1:17-cv-02989-AT   Document 1570-7   Filed 01/09/23   Page 5 of 12
J. Alex Halderman, Ph.D.                                November 17, 2021
Curling, Donna v. Raffensperger, Brad

Page 5

```
 1  APPEARANCES (Cont'd)
 2  On behalf of Defendant Fulton County:
 3           DAVID LOWMAN, ESQ.
 4           Fulton County Attorney's Office
 5           141 Pryor Street, Suite 4038
 6           Atlanta, Georgia 30303
 7           david.lowman@fultoncountyga.gov
 8
 9  Also Present:
10           Marilyn Marks
11           Kevin Skoglund
12           Duncan Buell
13           Philip B. Stark
14           Reema Shocair Ali
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:17-cv-02989-AT   Document 1570-7   Filed 01/09/23   Page 6 of 12
J. Alex Halderman, Ph.D.                              November 17, 2021
Curling, Donna v. Raffensperger, Brad

Page 30

1   between retail and electronic -- a broader
2   electronic fraud, though, you'd agree that fraud
3   perpetuated at a single BMD is more like hand-marked
4   paper ballot retail fraud, wouldn't you?
5        A    Again, I don't think they're -- I don't
6   think they're directly comparable because even a
7   single BMD might process a thousand ballots or more
8   during a given day, and with the same amount of
9   attacker effort, it would be quite a lot of work to
10  change the physical loads on a thousand pieces of
11  paper.
12       Q    So, Dr. Halderman, I know that you've
13  developed malware that affects DREs.  We talked
14  about that earlier in the case.  You developed
15  malware that affects BMDs, like the Dominion ICX
16  system.
17            Have you ever developed any malware that
18  would alter votes on both a DRE, like the AccuVote
19  system previously used in Georgia, and Dominion ICX
20  units?
21       A    What do you mean?  The same piece of
22  malware?
23       Q    Yes, whether the same piece -- have you
24  ever developed the same piece of malware that would
25  alter votes both on an AccuVote DRE and on a

Case 1:17-cv-02989-AT   Document 1570-7   Filed 01/09/23   Page 7 of 12
J. Alex Halderman, Ph.D.                                November 17, 2021
Curling, Donna v. Raffensperger, Brad

Page 31

1  Dominion ICX?
2      A    I'm -- no.
3      Q    You had access to both types of equipment,
4  though, correct?
5      A    They're two different platforms.  It's
6  like developing an app that would work on Android
7  and on the iPhone.  It could be done presumably, but
8  it would be -- you would normally have two different
9  apps that did the same thing.
10     Q    And you have never personally developed a
11 single app that would run on both the TSX platform
12 in the DREs and the ICX Dominion platform, right?
13     A    Oh, I see.  I think I see what you mean.
14 So, no, I've developed malware that would run on
15 each of them that could be presumably packaged
16 together by an attacker who wanted to commit fraud
17 on both, but I haven't packaged a -- different
18 versions together.
19     Q    Have you ever developed any malware that
20 would function to alter votes on both the GEMS
21 system, that's G-E-M-S, and the Dominion EMS system,
22 the same piece of malware?
23     A    No, but the same caveat that a program
24 that works on one and a program that works on the
25 other could be composed.  Programs compose

1  naturally.  That's one of the sort of founding --
2  foundational principles of computer software.
3       Q    Would you need to know the platform on
4  which the Dominion ICX was running to be able to
5  package a piece of malware as you're describing it?
6       A    Yes, you'd need to know some things about
7  the ICX.
8       Q    And so if someone developed malware in,
9  say, 2005 or 2006 for a DRE, would someone be able
10 to also design that same piece of malware to
11 function on a Dominion ICX 15 years into the future?
12      A    Maybe not on a Dominion -- well, so the --
13 so no, but the attacker -- the way that attackers
14 more frequently work on infecting a first system is
15 to give themselves some way to more easily get back
16 in if they need to later continue the attack or make
17 changes or updates.
18           So malware introduced at an earlier point
19 to equipment or an EMS would likely facilitate an
20 ongoing intrusion.
21      Q    But that would require a different piece
22 of software; is that a fair characterization?
23      A    Depending on the attacker's objectives, it
24 might.
25      Q    But you personally have not developed

1   something that works in both the GEMS system and the
2   Dominion EMS, correct?
3        A    Well, they're both Windows systems, so it
4   would not be -- malware that ran on the GEMS system
5   very easily could continue to run on the Dominion
6   EMS system.
7        Q    And, again, my question was more specific.
8             Have you personally developed such
9   software?
10       A    Oh, excuse me.  No.
11       Q    Now, Dr. Halderman, you've had access to
12  some AccuVote TSXs that were actually used in
13  Georgia elections, at least images of their internal
14  memory, correct?
15       A    That's correct.
16       Q    Have you found any evidence of malware
17  installed on those DRE images that you've reviewed?
18       A    I haven't.  It's difficult to completely
19  rule out because of the nature of malware; and,
20  moreover, I believe I've seen images of -- on the
21  order of 10 DREs out of the tens of thousands that
22  were used in Georgia.  So, unfortunately, even if
23  there was a widespread infection, I would have only
24  had a small probability of detecting it by
25  inspecting the images I was provided.

1      Q    But to this point, you found no evidence
2   of malware in the images that you've reviewed,
3   right?
4      A    With those caveats, yes.
5      Q    Now, it's correct to say that you haven't
6   conducted any review of the -- and I will say review
7   any sort of technical forensic review of the eNet
8   voter registration system, correct?
9      A    Any forensic review?  Well, I have not
10  conducted a forensic review.  I've only been able to
11  confirm the vulnerabilities that were reported
12  publicly in 2018.
13     Q    And how did you confirm those
14  vulnerabilities?
15     A    Those were ones that were visible from
16  outside the system.
17     Q    And are you aware whether those
18  vulnerabilities related to the eNet system itself
19  or to some other component of the election system?
20     A    I believe they're related to the
21  public-facing voter registration and My Voter
22  Georgia pages, which are a component of the voter
23  registration system.
24     Q    So it's your testimony that the My Voter
25  page and the online voter registration pages that

1    are publicly available are components of the State's
2    voter registration database eNet?
3        A    They're components of the voter
4    registration system.  I'm not sure where the
5    manufacturer defines the orders of its brand.
6        Q    You've also had available to you hundreds
7    of GEMS databases post election and pre election
8    from Georgia elections, correct?
9        A    That's right.
10       Q    And have you found any evidence of malware
11   in any of those GEMS databases that you've reviewed?
12       A    I haven't found evidence of malware, again
13   with the caveat that inspection is not a reliable
14   way of ruling out the presence of malware.  It can
15   sometimes detect it, but it can't rule it out.
16   Instead what the databases reveal is a pattern of
17   procedural inconsistencies and so forth from
18   jurisdiction to jurisdiction that raise security
19   questions to me but are not indicative by themselves
20   of malware.
21       Q    And I want to ask you about a statement
22   you just made, "the inspection is not a reliable way
23   of detecting malware."
24            Is that because malware can sometimes mask
25   its existence in a particular platform?

1                    CERTIFICATE
2    STATE OF GEORGIA:
     COUNTY OF FULTON:
3
4         I hereby certify that the foregoing transcript
     was taken down, as stated in the caption, and the
5    colloquies, questions and answers were reduced to
     typewriting under my direction; that the transcript
6    is a true and correct record of the evidence given
     upon said proceeding.
7         I further certify that I am not a relative or
     employee or attorney of any party, nor am I
8    financially interested in the outcome of this
     action.
9         I have no relationship of interest in this
     matter which would disqualify me from maintaining my
10   obligation of impartiality in compliance with the
     Code of Professional Ethics.
11        I have no direct contract with any party in
     this action and my compensation is based solely on
12   the terms of my subcontractor agreement.
          Nothing in the arrangements made for this
13   proceeding impacts my absolute commitment to serve
     all parties as an impartial officer of the court.
14
15        This the 3rd day of December, 2021.
16
17                    *[signature: Robyn Bosworth]*
18
19        ROBYN BOSWORTH, RPR, CRR, CRC, CCR-B-2138
20
21
22
23
24
25