# taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868  Fax: 770.434.7376  taylorenglish.com

Bryan P. Tyson
Direct Dial: (678) 336-7249
Email: btyson@taylorenglish.com

January 9, 2023

**VIA CM/ECF FILING**

Mr. Harry Martin
Courtroom Deputy for
The Honorable Amy Totenberg
2388 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

Re: *Donna Curling, et al. v. Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, et al.*
U.S. District Court for the Northern District of Georgia, Atlanta Division
Civil Action File No. 1:17-cv-2989-AT

Dear Mr. Martin:

Pursuant to Local Rule 83.1 (E)(3), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- April 3, 2023 – April 7, 2023 (Spring break)
- May 22, 2023 – May 26, 2023 (Family vacation)
- October 5, 2023 – October 19, 2023 (International travel)
- November 9, 2023 – November 10, 2023 (Conference)

I respectfully request that this case not be calendared during these dates.

Respectfully,

*/s/ Bryan P. Tyson*
Bryan P. Tyson

BPT/ra

cc:   All counsel of record (via CM/ECF only)