IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br><br>　*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>　*Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:17-cv-2989-AT |

### [PROPOSED]

### ORDER GRANTING STATE DEFENDANTS' <br> MOTION FOR LEAVE TO FILE MATTERS UNDER SEAL

Finding good cause shown, the following exhibits filed at [Doc. 1570] shall remain sealed from public view:

1. [Doc. 1570-1] Ex. No. 16: January 19, 2022 Deposition Transcript of Donna Curling;

2. [Doc. 1570-2] Ex. No. 20: March 8, 2022 Deposition Transcript of Donna Price;

3. [Doc. 1570-3] Ex. No. 22: October 19, 2021 Deposition Transcript of Jeffrey Schoenberg;

4. [Doc. 1570-4] Ex. No. 41: MITRE Report;

5. [Doc. 1570-5] Ex. No. 45: December 16, 2022 Deposition of Dr. Phillip B. Stark;

6. [Doc. 1570-6] Ex. No. 56: December 16, 2022 Deposition of Kevin Skoglund;

7. [Doc. 1570-7] Ex. No. 57: November 17, 2021 Deposition of Dr. J. Alex Halderman;

8. [Doc. 1570-8] Ex. No. 58: January 3, 2023 Deposition of Dr. J. Alex Halderman; and

9. [Doc. 1570-9] Ex. No. 60: January 27, 2022 Deposition of Dr. Andrew W. Appel.

SO ORDERED this \_\_\_\_ day of _____, 2023.

_____
Hon. Amy Totenberg
United States District Judge