# ICHTER DAVIS LLC

Cary Ichter, Partner<br>
cichter@ichterdavis.com<br>
404.869.5243 direct<br>
404.769.1353 cell

January 10, 2023

VIA CM/ECF FILING
The Honorable Amy Totenberg
Attn: Harry Martin
Courtroom Deputy Clerk
United States District Court for the Northern District of Georgia
2388 United States Courthouse
Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

  Re: *Donna Curling, et al. v. Brad Raffensperger, in his official capacity as Secretary of State for the State of Georgia, et al.*
    United States District Court
    Northern District of Georgia, Atlanta Division
    Civil Action File No. 1:17-cv-2989-AT

Dear Mr. Martin:

  I am presently appearing in the above matter as counsel for Plaintiffs William Digges, III, Laura Digges, Ricardo Davis, and Megan Missett, and I am co-counsel for Coalition for Good Governance.

  Pursuant to Local Rule 83.1 (E)(4) NDGa and the Court's Standing Order: Guidelines to Parties and Counsel in Cases Proceeding Before the Honorable Amy Totenberg § II(c)(iii), I write to advise that I will be absent from work for a medical procedure and recovery and to speak at and attend a legal seminar/conference and therefore I will be unavailable during the following period, which is less than twenty-one days:

Mr. Harry Martin
January 10, 2023
Page 2

**January 26, 27, 30 and 31, 2023**
**February 1, 2, 3, 6, 7, 8, 9 and 10, 2023**
**March 9, 10, and 13, 2023**

I respectfully request that this case not be calendared during these dates.

Please contact me with any questions you may have.

                                                Very truly yours,

                                                /s/ Cary Ichter
                                                CARY ICHTER
                                                GA Bar No. 382515

ICHTER DAVIS, LLC
400 Interstate N. Pkwy SE
Suite 860
Atlanta, GA 30339
Telephone: (404) 869-7600
cichter@ichterdavis.com

cc: Counsel of record (via CM/ECF only)