# Appendix A:
# Statement of Fact paragraphs not cited in either brief

| 227 Total SOF Paragraphs Not Cited in Either Brief |
|---|
| SOF ¶¶ 10, 11, 27, 28, 36, 52, 54, 55, 56, 57, 58, 59, 60, 61, 64, 65, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 93, 95, 99, 100, 101, 102, 103, 104, 105, 106, 107, 109, 110, 111, 112, 120, 121, 122, 123, 124, 125, 126, 130, 131, 132, 133, 137, 138, 141, 142, 143, 144, 145, 146, 147, 148, 149, 151, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 174, 175, 193, 221, 224, 225, 226, 227, 228, 231, 232, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 247, 256, 257, 258, 259, 260, 261, 262, 263, 264, 268, 269, 270, 271, 272, 273, 274, 275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 337, 338, 339, 367, 368, 369, 370, 371, 372, 373, 374, 375, 376, 377, 378, 379, 380, 381, 382, 383, 384, 385, 386, 387, 388, 389, 390, 391, 392, 393, 394, 395, 397, 398, 399, 400, 401, 402, 403, 404, 406, 407, 409, 410, 415, 416, 417, 420, 421, 422, 423, 424, 426, 440, 443, 444, 445, 446, 447, 448, 449, 450, 451, 452, 453, 454 |

| Subtotals: | 346 SOF paragraphs uncited in Dkt. 1567-1 (Curling Pls) | 299 SOF paragraphs uncited in Dkt. 1568-1 (Coalition Pls) |
|---|---|---|

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 1 | p. 4 | |
| SOF ¶ 2 | p. 4 | |
| SOF ¶ 3 | p. 4-5 | |
| SOF ¶ 4 | p. 4-5 | |
| SOF ¶ 5 | p. 4-5 | |
| SOF ¶ 6 | | p. 14 |
| SOF ¶ 7 | p. 5 | |
| SOF ¶ 8 | p. 5 | p. 34 |
| SOF ¶ 9 | p. 5 | p. 34 |
| SOF ¶ 10 | | |
| SOF ¶ 11 | | |

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 12 | | p. 14 |
| SOF ¶ 13 | p. 5 | p. 14 |
| SOF ¶ 14 | p. 5 | p. 14 |
| SOF ¶ 15 | p. 5 | p. 14 |
| SOF ¶ 16 | p. 5 | p. 14 |
| SOF ¶ 17 | p. 25 | p. 14 |
| SOF ¶ 18 | p. 6 | p. 14 |
| SOF ¶ 19 | p. 6 | |
| SOF ¶ 20 | | p. 15 |
| SOF ¶ 21 | | p. 15 |
| SOF ¶ 22 | | p. 15 |
| SOF ¶ 23 | | p. 15 |
| SOF ¶ 24 | p. 6 | |
| SOF ¶ 25 | p. 6 | |
| SOF ¶ 26 | p. 6 | |
| SOF ¶ 27 | | |
| SOF ¶ 28 | | |
| SOF ¶ 29 | p. 6, 19 | p. 34 |
| SOF ¶ 30 | p. 7, 19 | p. 34 |
| SOF ¶ 31 | p. 7, 19 | |
| SOF ¶ 32 | p. 7, 8, 19 | |
| SOF ¶ 33 | p. 7, 19, 33 | |
| SOF ¶ 34 | p. 18 | |
| SOF ¶ 35 | | p. 14 |
| SOF ¶ 36 | | |
| SOF ¶ 37 | | p. 16 |
| SOF ¶ 38 | | p. 17 |
| SOF ¶ 39 | | p. 17 |
| SOF ¶ 40 | | p. 17 |
| SOF ¶ 41 | | p. 18, 41 |
| SOF ¶ 42 | | p. 18, 41 |
| SOF ¶ 43 | | p. 18, 41 |
| SOF ¶ 44 | | p. 18, 41 |

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 45 | | p. 18, 41 |
| SOF ¶ 46 | | p. 18, 41 |
| SOF ¶ 47 | | p. 18, 41 |
| SOF ¶ 48 | | p. 18, 41 |
| SOF ¶ 49 | | p. 18, 41 |
| SOF ¶ 50 | | p. 19, 41 |
| SOF ¶ 51 | | p. 19, 41 |
| SOF ¶ 52 | | |
| SOF ¶ 53 | p. 36) | |
| SOF ¶ 54 | | |
| SOF ¶ 55 | | |
| SOF ¶ 56 | | |
| SOF ¶ 57 | | |
| SOF ¶ 58 | | |
| SOF ¶ 59 | | |
| SOF ¶ 60 | | |
| SOF ¶ 61 | | |
| SOF ¶ 62 | p. 29, 42 | |
| SOF ¶ 63 | p. 29, 42 | |
| SOF ¶ 64 | | |
| SOF ¶ 65 | | |
| SOF ¶ 66 | p. 29, 42 | |
| SOF ¶ 67 | p. 29, 42 | |
| SOF ¶ 68 | p. 29, 42 | |
| SOF ¶ 69 | | |
| SOF ¶ 70 | | |
| SOF ¶ 71 | | |
| SOF ¶ 72 | | |
| SOF ¶ 73 | | |
| SOF ¶ 74 | | |
| SOF ¶ 75 | | |
| SOF ¶ 76 | | |
| SOF ¶ 77 | | |

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 78 | | |
| SOF ¶ 79 | | |
| SOF ¶ 80 | | |
| SOF ¶ 81 | | |
| SOF ¶ 82 | | |
| SOF ¶ 83 | | |
| SOF ¶ 84 | | |
| SOF ¶ 85 | | |
| SOF ¶ 86 | | |
| SOF ¶ 87 | | |
| SOF ¶ 88 | | |
| SOF ¶ 89 | | |
| SOF ¶ 90 | | |
| SOF ¶ 91 | p. 11 | |
| SOF ¶ 92 | p. 11-12 | |
| SOF ¶ 93 | | |
| SOF ¶ 94 | p. 12 | |
| SOF ¶ 95 | | |
| SOF ¶ 96 | p. 12, 43 | |
| SOF ¶ 97 | p. 12 | |
| SOF ¶ 98 | p. 12 | |
| SOF ¶ 99 | | |
| SOF ¶ 100 | | |
| SOF ¶ 101 | | |
| SOF ¶ 102 | | |
| SOF ¶ 103 | | |
| SOF ¶ 104 | | |
| SOF ¶ 105 | | |
| SOF ¶ 106 | | |
| SOF ¶ 107 | | |
| SOF ¶ 108 | p. 36 | |
| SOF ¶ 109 | | |
| SOF ¶ 110 | | |

| Dkt. 1569<br>Statement of Facts | Dkt. 1567-1<br>State Defendants' MSJ as to<br>Curling Plaintiffs | Dkt. 1568-1<br>State Defendants' MSJ as to<br>Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 111 | | |
| SOF ¶ 112 | | |
| SOF ¶ 113 | p. 29, 42 | |
| SOF ¶ 114 | p. 29, 42 | |
| SOF ¶ 115 | p. 29, 42 | |
| SOF ¶ 116 | p. 29, 42 | |
| SOF ¶ 117 | p. 29, 42 | |
| SOF ¶ 118 | p. 29, 42 | |
| SOF ¶ 119 | p. 29, 42 | |
| SOF ¶ 120 | | |
| SOF ¶ 121 | | |
| SOF ¶ 122 | | |
| SOF ¶ 123 | | |
| SOF ¶ 124 | | |
| SOF ¶ 125 | | |
| SOF ¶ 126 | | |
| SOF ¶ 127 | p. 13 | |
| SOF ¶ 128 | p. 13 | |
| SOF ¶ 129 | p. 13 | |
| SOF ¶ 130 | | |
| SOF ¶ 131 | | |
| SOF ¶ 132 | | |
| SOF ¶ 133 | | |
| SOF ¶ 134 | p. 13 | |
| SOF ¶ 135 | p. 13 | |
| SOF ¶ 136 | p. 13-14, 43 | |
| SOF ¶ 137 | | |
| SOF ¶ 138 | | |
| SOF ¶ 139 | p. 13 | |
| SOF ¶ 140 | p. 36 | |
| SOF ¶ 141 | | |
| SOF ¶ 142 | | |
| SOF ¶ 143 | | |

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 144 | | |
| SOF ¶ 145 | | |
| SOF ¶ 146 | | |
| SOF ¶ 147 | | |
| SOF ¶ 148 | | |
| SOF ¶ 149 | | |
| SOF ¶ 150 | p. 29, 42 | |
| SOF ¶ 151 | | |
| SOF ¶ 152 | p. 29, 42 | |
| SOF ¶ 153 | p. 29, 42 | |
| SOF ¶ 154 | p. 29, 42 | |
| SOF ¶ 155 | p. 29, 42 | |
| SOF ¶ 156 | p. 29, 42 | |
| SOF ¶ 157 | p. 29, 42 | |
| SOF ¶ 158 | p. 29, 42 | |
| SOF ¶ 159 | p. 29, 42 | |
| SOF ¶ 160 | | |
| SOF ¶ 161 | | |
| SOF ¶ 162 | | |
| SOF ¶ 163 | | |
| SOF ¶ 164 | | |
| SOF ¶ 165 | | |
| SOF ¶ 166 | | |
| SOF ¶ 167 | | |
| SOF ¶ 168 | | |
| SOF ¶ 169 | | |
| SOF ¶ 170 | | |
| SOF ¶ 171 | | |
| SOF ¶ 172 | | |
| SOF ¶ 173 | p. 14 | |
| SOF ¶ 174 | | |
| SOF ¶ 175 | | |
| SOF ¶ 176 | p. 14 | |

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 177 | p. 14 | |
| SOF ¶ 178 | | p. 8 |
| SOF ¶ 179 | | p. 1, 9 |
| SOF ¶ 180 | | p. 13 |
| SOF ¶ 181 | | p. 8 |
| SOF ¶ 182 | | p. 13 |
| SOF ¶ 183 | | p. 13 |
| SOF ¶ 184 | | p. 11 |
| SOF ¶ 185 | | p. 10 |
| SOF ¶ 186 | | p. 10, 32 |
| SOF ¶ 187 | | p. 9, 32 |
| SOF ¶ 188 | | p. 9, 10, 32 |
| SOF ¶ 189 | | p. 9 |
| SOF ¶ 190 | | p. 9 |
| SOF ¶ 191 | | p. 9, 32 |
| SOF ¶ 192 | | p. 32 |
| SOF ¶ 193 | | |
| SOF ¶ 194 | | p. 10 |
| SOF ¶ 195 | | p. 10, 32 |
| SOF ¶ 196 | | p. 10, 32 |
| SOF ¶ 197 | | p. 10, 32 |
| SOF ¶ 198 | | p. 13, 26 |
| SOF ¶ 199 | | p. 10, 32 |
| SOF ¶ 200 | | p. 11, 32 |
| SOF ¶ 201 | | p. 9 |
| SOF ¶ 202 | | p. 9 |
| SOF ¶ 203 | | p. 9 |
| SOF ¶ 204 | | p. 9 |
| SOF ¶ 205 | | p. 9 |
| SOF ¶ 206 | | p. 9 |
| SOF ¶ 207 | | p. 8 |
| SOF ¶ 208 | | p. 12 |
| SOF ¶ 209 | | p. 12 |

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 210 | | p. 12 |
| SOF ¶ 211 | | p. 13, 26 |
| SOF ¶ 212 | | p. 26 |
| SOF ¶ 213 | | p. 11, 27 |
| SOF ¶ 214 | | p. 11, 27 |
| SOF ¶ 215 | | p. 11, 27 |
| SOF ¶ 216 | | p. 11, 27 |
| SOF ¶ 217 | | p. 11, 12, 27, 28 |
| SOF ¶ 218 | | p. 11, 12, 27, 28 |
| SOF ¶ 219 | | p. 11 |
| SOF ¶ 220 | | p. 9 |
| SOF ¶ 221 | | |
| SOF ¶ 222 | | p. 1, 9 |
| SOF ¶ 223 | | p. 6 |
| SOF ¶ 224 | | |
| SOF ¶ 225 | | |
| SOF ¶ 226 | | |
| SOF ¶ 227 | | |
| SOF ¶ 228 | | |
| SOF ¶ 229 | | p. 7, 23 |
| SOF ¶ 230 | | p. 7 |
| SOF ¶ 231 | | |
| SOF ¶ 232 | | |
| SOF ¶ 233 | | p. 7, 22 |
| SOF ¶ 234 | | |
| SOF ¶ 235 | | |
| SOF ¶ 236 | | |
| SOF ¶ 237 | | |
| SOF ¶ 238 | | |
| SOF ¶ 239 | | |
| SOF ¶ 240 | | |
| SOF ¶ 241 | | |
| SOF ¶ 242 | | |

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 243 | | |
| SOF ¶ 244 | | |
| SOF ¶ 245 | | p. 7 |
| SOF ¶ 246 | | p. 7, 22 |
| SOF ¶ 247 | | |
| SOF ¶ 248 | | p. 7 |
| SOF ¶ 249 | | p. 7 |
| SOF ¶ 250 | | p. 7 |
| SOF ¶ 251 | | p. 7 |
| SOF ¶ 252 | | p. 7 |
| SOF ¶ 253 | | p. 7 |
| SOF ¶ 254 | | p. 7 |
| SOF ¶ 255 | | p. 7, 23 |
| SOF ¶ 256 | | |
| SOF ¶ 257 | | |
| SOF ¶ 258 | | |
| SOF ¶ 259 | | |
| SOF ¶ 260 | | |
| SOF ¶ 261 | | |
| SOF ¶ 262 | | |
| SOF ¶ 263 | | |
| SOF ¶ 264 | | |
| SOF ¶ 265 | | p. 7 |
| SOF ¶ 266 | | p. 8, 22 |
| SOF ¶ 267 | | p. 8, 23 |
| SOF ¶ 268 | | |
| SOF ¶ 269 | | |
| SOF ¶ 270 | | |
| SOF ¶ 271 | | |
| SOF ¶ 272 | | |
| SOF ¶ 273 | | |
| SOF ¶ 274 | | |
| SOF ¶ 275 | | |

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 276 | | |
| SOF ¶ 277 | | |
| SOF ¶ 278 | | |
| SOF ¶ 279 | | |
| SOF ¶ 280 | | |
| SOF ¶ 281 | | |
| SOF ¶ 282 | | |
| SOF ¶ 283 | | |
| SOF ¶ 284 | | |
| SOF ¶ 285 | | |
| SOF ¶ 286 | | |
| SOF ¶ 287 | | p. 8 |
| SOF ¶ 288 | | p. 8 |
| SOF ¶ 289 | | p. 8, 23 |
| SOF ¶ 290 | | p. 8, 23 |
| SOF ¶ 291 | | p. 8 |
| SOF ¶ 292 | p. 7 | p. 41 |
| SOF ¶ 293 | p. 8 | p. 41 |
| SOF ¶ 294 | p. 25 | p. 41 |
| SOF ¶ 295 | p. 8 | p. 15, 41 |
| SOF ¶ 296 | p. 8 | p. 16, 41 |
| SOF ¶ 297 | p. 8, 9 | p. 41 |
| SOF ¶ 298 | p. 9 | p. 41 |
| SOF ¶ 299 | p. 9 | p. 41 |
| SOF ¶ 300 | p. 10 | p. 41 |
| SOF ¶ 301 | p. 10 | p. 41 |
| SOF ¶ 302 | | p. 41 |
| SOF ¶ 303 | p. 10 | p. 16, 41 |
| SOF ¶ 304 | p. 10 | p. 16, 41 |
| SOF ¶ 305 | | p. 16, 41 |
| SOF ¶ 306 | p. 10 | p. 16, 41 |
| SOF ¶ 307 | p. 10 | p. 16, 41 |
| SOF ¶ 308 | p. 10 | p. 16, 41 |

| Dkt. 1569<br>Statement of Facts | Dkt. 1567-1<br>State Defendants' MSJ as to<br>Curling Plaintiffs | Dkt. 1568-1<br>State Defendants' MSJ as to<br>Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 309 | | |
| SOF ¶ 310 | | |
| SOF ¶ 311 | | |
| SOF ¶ 312 | | |
| SOF ¶ 313 | | |
| SOF ¶ 314 | | |
| SOF ¶ 315 | | |
| SOF ¶ 316 | | |
| SOF ¶ 317 | | |
| SOF ¶ 318 | | |
| SOF ¶ 319 | | |
| SOF ¶ 320 | p. 14, 43 | |
| SOF ¶ 321 | p. 14, 43 | |
| SOF ¶ 322 | p. 14, 43 | |
| SOF ¶ 323 | p. 14, 43 | |
| SOF ¶ 324 | | p. 12 |
| SOF ¶ 325 | | p. 12 |
| SOF ¶ 326 | | p. 12 |
| SOF ¶ 327 | | |
| SOF ¶ 328 | | |
| SOF ¶ 329 | | |
| SOF ¶ 330 | | |
| SOF ¶ 331 | | |
| SOF ¶ 332 | | |
| SOF ¶ 333 | | |
| SOF ¶ 334 | | |
| SOF ¶ 335 | | |
| SOF ¶ 336 | | |
| SOF ¶ 337 | | |
| SOF ¶ 338 | | |
| SOF ¶ 339 | | |
| SOF ¶ 340 | p. 14, 43 | |
| SOF ¶ 341 | p. 14, 43 | |

| Dkt. 1569<br>Statement of Facts | Dkt. 1567-1<br>State Defendants' MSJ as to<br>Curling Plaintiffs | Dkt. 1568-1<br>State Defendants' MSJ as to<br>Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 342 | p. 14, 43 | |
| SOF ¶ 343 | | p. 19 |
| SOF ¶ 344 | | p. 19 |
| SOF ¶ 345 | | p. 19 |
| SOF ¶ 346 | | p. 19 |
| SOF ¶ 347 | | p. 19 |
| SOF ¶ 348 | | p. 19 |
| SOF ¶ 349 | | p. 19 |
| SOF ¶ 350 | | p. 19 |
| SOF ¶ 351 | | p. 19 |
| SOF ¶ 352 | | p. 19 |
| SOF ¶ 353 | | p. 19 |
| SOF ¶ 354 | | p. 19 |
| SOF ¶ 355 | | p. 19 |
| SOF ¶ 356 | | p. 19 |
| SOF ¶ 357 | | p. 19 |
| SOF ¶ 358 | | p. 19 |
| SOF ¶ 359 | | p. 19 |
| SOF ¶ 360 | | p. 19 |
| SOF ¶ 361 | | p. 19 |
| SOF ¶ 362 | | p. 19 |
| SOF ¶ 363 | | p. 19 |
| SOF ¶ 364 | | p. 19 |
| SOF ¶ 365 | | p. 19 |
| SOF ¶ 366 | | p. 19 |
| SOF ¶ 367 | | |
| SOF ¶ 368 | | |
| SOF ¶ 369 | | |
| SOF ¶ 370 | | |
| SOF ¶ 371 | | |
| SOF ¶ 372 | | |
| SOF ¶ 373 | | |
| SOF ¶ 374 | | |

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 375 | | |
| SOF ¶ 376 | | |
| SOF ¶ 377 | | |
| SOF ¶ 378 | | |
| SOF ¶ 379 | | |
| SOF ¶ 380 | | |
| SOF ¶ 381 | | |
| SOF ¶ 382 | | |
| SOF ¶ 383 | | |
| SOF ¶ 384 | | |
| SOF ¶ 385 | | |
| SOF ¶ 386 | | |
| SOF ¶ 387 | | |
| SOF ¶ 388 | | |
| SOF ¶ 389 | | |
| SOF ¶ 390 | | |
| SOF ¶ 391 | | |
| SOF ¶ 392 | | |
| SOF ¶ 393 | | |
| SOF ¶ 394 | | |
| SOF ¶ 395 | | |
| SOF ¶ 396 | Miscited as 395 (p.17) Cited (p. 34, 36) | Miscited as 395 (p. 19) |
| SOF ¶ 397 | | |
| SOF ¶ 398 | | |
| SOF ¶ 399 | | |
| SOF ¶ 400 | | |
| SOF ¶ 401 | | |
| SOF ¶ 402 | | |
| SOF ¶ 403 | | |
| SOF ¶ 404 | | |
| SOF ¶ 405 | Miscited as 404 (p. 17) Cited (p. 34, 36) | Miscited as 404 (p. 19) |

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 406 | | |
| SOF ¶ 407 | | |
| SOF ¶ 408 | | p. 19 |
| SOF ¶ 409 | | |
| SOF ¶ 410 | | |
| SOF ¶ 411 | Miscited as 410 (p. 17) Cited (p. 34, 36) | Miscited as 410 (p. 19) |
| SOF ¶ 412 | Miscited as 411 (p. 17) Cited (p. 34, 36) | Miscited as 411 (p. 19) |
| SOF ¶ 413 | Miscited as 412 (p. 17) Cited (p. 34, 36) | Miscited as 412 (p. 19) |
| SOF ¶ 414 | Miscited as 413 (p. 17) Cited (p. 34, 36) | Miscited as 413 (p. 19) |
| SOF ¶ 415 | | |
| SOF ¶ 416 | | |
| SOF ¶ 417 | | |
| SOF ¶ 418 | Miscited as 417 (p. 17) Cited (p. 34, 36) | Miscited as 417 (p. 19) |
| SOF ¶ 419 | Miscited as 418 (p. 17) Cited (p. 34, 36) | Miscited as 418 (p. 19) Cited (p. 19) |
| SOF ¶ 420 | | |
| SOF ¶ 421 | | |
| SOF ¶ 422 | | |
| SOF ¶ 423 | | |
| SOF ¶ 424 | | |
| SOF ¶ 425 | Miscited as 424 (p. 17) Cited (p. 34, 36) | Miscited as 424 (p. 19) |
| SOF ¶ 426 | | |
| SOF ¶ 427 | p. 15, 44 | p. 14 |
| SOF ¶ 428 | p. 15, 44 | p. 19 |
| SOF ¶ 429 | p. 15, 44 | p. 19 |
| SOF ¶ 430 | p. 44 | p. 19 |
| SOF ¶ 431 | Miscited as 430 (p. 16) | |
| SOF ¶ 432 | Miscited as 431 (p. 16) | |

| Dkt. 1569 Statement of Facts | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|
| SOF ¶ 433 | Miscited as 432 (p. 16) | |
| SOF ¶ 434 | Miscited as 433 (p. 16) | |
| SOF ¶ 435 | Miscited as 434 (p. 16) | |
| SOF ¶ 436 | Miscited as 435 (p. 16, 44) | |
| SOF ¶ 437 | p. 12-13, 20, 34, 36, 43, 44 | |
| SOF ¶ 438 | p. 12-13, 20 | |
| SOF ¶ 439 | p. 12-13, 20 | |
| SOF ¶ 440 | | |
| SOF ¶ 441 | Miscited as 440 (p. 13) | |
| SOF ¶ 442 | Miscited as 441 (p. 13) | |
| SOF ¶ 443 | | |
| SOF ¶ 444 | | |
| SOF ¶ 445 | | |
| SOF ¶ 446 | | |
| SOF ¶ 447 | | |
| SOF ¶ 448 | | |
| SOF ¶ 449 | | |
| SOF ¶ 450 | | |
| SOF ¶ 451 | | |
| SOF ¶ 452 | | |
| SOF ¶ 453 | | |
| SOF ¶ 454 | | |
| SOF ¶ 455 | | p. 1 |
| SOF ¶ 456 | | p. 16 |