# Appendix C:
# Exhibits not cited in either brief

| 55 Total Exhibits Not Cited in Either Brief |
|---|
| Exs. 1, 3-10, 12-36, 40-60 |

| Subtotals: | 5 Exhibits Cited in Dkt. 1567-1 (Curling Pls): Exs. 2, 11, 37, 38, 39 | 0 Exhibits Cited in Dkt. 1568-1 (Coalition Pls) |
|---|---|---|

| Dkt. 1569 Exhibits | Description | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|---|
| Ex. 1 | High-Tech Voting Due November, AJC Article | | |
| Ex. 2 | Securing the Vote Protecting American Democracy Study | p. 4 n.3 | |
| Ex. 3 | Germany Declaration | | |
| Ex. 4 | Coomer Declaration | | |
| Ex. 5 | Gilbert Declaration | | |
| Ex. 6 | SOS DRE Decertification Order | | |
| Ex. 7 | Coalition Plaintiffs' Motion to Sever | | |
| Ex. 8 | Coalition Plaintiffs' Motion to Sever Brief | | |
| Ex. 9 | Curling Plaintiffs' Notice of Joinder to Coalition Plaintiffs' Motion to Sever | | |
| Ex. 10 | Curling Plaintiffs' Reply in Support of Plaintiffs' Motion to Sever | | |
| Ex. 11 | Hearing Transcript 11-19-2021 | p. 18 | |
| Ex. 12 | Riccobono Declaration | | |
| Ex. 13 | Ledford Deposition | | |
| Ex. 14 | Hearing Transcript 7-26-2019 | | |

| Dkt. 1569 Exhibits | Description | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|---|
| Ex. 15 | Harvey Declaration | | |
| Ex. 16 | Curling Deposition | | |
| Ex. 17 | Curling Plaintiff's Third Amended Complaint | | |
| Ex. 18 | Curling ENET Report - redacted | | |
| Ex. 19 | Curling Dep. Ex. 10 - CURLING-0010237 | | |
| Ex. 20 | Price Deposition | | |
| Ex. 21 | Price ENET Report - redacted | | |
| Ex. 22 | Schoenberg Deposition | | |
| Ex. 23 | Schoenberg ENT Report - redacted | | |
| Ex. 24 | Schoenberg Absentee ENET Report | | |
| Ex. 25 | Schoenberg Absentee ENET Report | | |
| Ex. 26 | Coalition Plaintiffs' Third Amended Complaint | | |
| Ex. 27 | Coalition Plaintiffs' Brief in Support of Motion for Preliminary Injunction | | |
| Ex. 28 | L. Digges Deposition | | |
| Ex. 29 | L. Digges ENET Report - redacted | | |
| Ex. 30 | W. Digges Deposition | | |
| Ex. 31 | Coalition Plaintiffs' Statement on William Digges | | |
| Ex. 32 | W. Digges ENET Report - redacted | | |
| Ex. 33 | Davis Deposition | | |
| Ex. 34 | Davis ENET Report - redacted | | |
| Ex. 35 | Missett Deposition | | |
| Ex. 36 | Missett ENET Report - redacted | | |
| Ex. 37 | Carter Center's November 2020 RLA Report | p. 8, 9, 10 | |
| Ex. 38 | Carter Center's Preliminary Statement on November 2022 RLA | p. 8, 9 | |

| Dkt. 1569 Exhibits | Description | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|---|
| Ex. 39 | SOS November 2020 RLA Report | p. 9 n.6 | |
| Ex. 40 | Curling Plaintiffs' Responses to Defendant Raffensperger's 1st RFA to Defendants | | |
| Ex. 41 | MITRE Report[1] | | |
| Ex. 42 | Stark Declaration | | |
| Ex. 43 | Stark Resignation Letter | | |
| Ex. 44 | Stark Declaration | | |
| Ex. 45 | Stark Deposition | | |
| Ex. 46 | CURLING 0010015 - 023 | | |
| Ex. 47 | CURLING 0010127 - 135 | | |
| Ex. 48 | CURLING 0010142 - 152 | | |
| Ex. 49 | CURLING 0010153 - 0010165 | | |
| Ex. 50 | CURLING 0010166 - 0010180 | | |
| Ex. 51 | CURLING 0010181 - 0010184 | | |
| Ex. 52 | Auditing Indian Elections Article | | |
| Ex. 53 | Hearing on Preliminary Injunction Transcript 9-10-2020 | | |
| Ex. 54 | Securing the Vote Protecting American Democracy Article | | |
| Ex. 55 | Stark Third Supplemental Declaration | | |
| Ex. 56 | Skoglund Deposition | | |

---

[1] The MITRE report is inadmissible for a variety of reasons, including untimeliness, hearsay, and the lack of any discovery whatsoever regarding the report, including no opportunity to depose the authors or even an identification of who the testifying expert would be for that report, if any. The Secretary's Office was aware of the improper disclosure of Dr. Halderman's sealed July Report to MITRE in "early summer or late spring" of this year, per Gabriel Sterling's testimony. (Oct. 12, 2022 Secretary of State's Office 30(b)(6) Dep. Tr. at 21:15-23:14.)

| Dkt. 1569 Exhibits | Description | Dkt. 1567-1 State Defendants' MSJ as to Curling Plaintiffs | Dkt. 1568-1 State Defendants' MSJ as to Coalition Plaintiffs |
|---|---|---|---|
| Ex. 57 | Halderman Deposition 11-17-2021 | | |
| Ex. 58 | Halderman Deposition 1-3-2023 | | |
| Ex. 59 | Appel Expert Report | | |
| Ex. 60 | Appel Deposition | | |