# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-02989-AT
## Curling et al v. Raffensperger et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 01/13/2023.

TIME COURT COMMENCED: 01:00 P.M.
TIME COURT CONCLUDED: 01:30 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta
COURT REPORTER: Shannon Welch
DEPUTY CLERK: Harry Martin

ATTORNEY(S) PRESENT:
Bruce Brown representing Coalition for Good Governance
David Cross representing Donna Curling
Bryan Jacoutot representing State of Election Board
Halsey Knapp representing Donna Curling
David Lowman representing The Fulton County Board of Registration and Elections
Robert McGuire representing Coalition for Good Governance
Carey Miller representing The State Election Board
Javier Pico-Prats representing The State Election Board
Vincent Russo representing The State Election Board
Adam Sparks representing Donna Curling
Bryan Tyson representing The State Election Board
** Donna Price for Curling.

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);
MINUTE TEXT: See Transcript
HEARING STATUS: Hearing Concluded