# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>v.<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## PROPOSED ORDER GRANTING
## COALITION PLAINTIFFS' UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
## MOTIONS FOR SUMMARY JUDGMENT

This matter is before the Court on the Coalition Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motions for Summary Judgment. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that Coalition Plaintiffs' Motion is **GRANTED**. All Plaintiffs shall file their responses and related filings on Friday, February 10, 2023.

**IT IS SO ORDERED** this ___ day of _____, 2023.

_____
U.S. District Court Judge Amy Totenberg