IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA CURLING, ET AL.,
Plaintiffs,

v.

BRAD RAFFENSPERGER, ET AL.,
Defendants.

Civil Action No. 1:17-CV-2989-AT

PROPOSED ORDER GRANTING
COALITION PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT

This matter is before the Court on the Coalition Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motions for Summary Judgment. Based on the complete record, and finding good cause for the relief requested, it is hereby ordered that Coalition Plaintiffs' Motion is **GRANTED**. All Plaintiffs shall file their responses and related filings on Friday, February 10, 2023.

**IT IS SO ORDERED** this 31st day of January, 2023.

_____
U.S. District Court Judge Amy Totenberg