# EXHIBIT 1

From: J. Alex Halderman <jhalderm@umich.edu>
Date: Tue, Oct 11, 2022 at 7:03 AM
Subject: Vulnerability Disclosure: Privacy Flaw Affecting Dominion ICP and ICE Tabulators
To: <bevans@sos.ga.gov>
Cc: <team@dvsorder.org>

Dear Director Evans,

I am writing to notify you about a serious privacy vulnerability that affects Dominion ImageCast Precinct (ICP) and ImageCast Evolution (ICE) tabulators. The vulnerability, which we call DVSorder, can potentially be discovered and exploited by anyone, without any access to equipment or breach of controls. It allows anyone to "unshuffle" ballot-level data from these tabulators, such as ballot images or cast vote records, and learn the order in which they were scanned. In some scenarios, this can make it possible to determine how individuals voted. The problem can potentially be exploited by members of the public if jurisdictions release ballot-level data.

In the attached letter, my collaborators and I further describe the vulnerability and explain how election officials can take steps to "sanitize" ballot-level data from affected tabulators. By properly sanitizing cast vote records and ballot images before publishing them, jurisdictions can prevent the public from exploiting the flaw with no loss of transparency.

Since many localities across the country are likely to publish vulnerable ballot-level data after the November election, we will be making our findings public this Wednesday, October 12. We suggest that jurisdictions act now to pause any pending release of vulnerable data until appropriate measures to sanitize it are in place.

We would be happy to provide any information or help we can in support of your efforts to mitigate the vulnerability and continue to safeguard elections.

Sincerely,

J. Alex Halderman
Professor, Computer Science and Engineering
Director, Center for Computer Security and Society
University of Michigan
https://jhalderm.com
734-647-1806



J. Alex Halderman • Professor

October 10, 2022

Blake Evans
Director of Elections
State of Georgia

**Vulnerability Disclosure: Privacy Flaw Affecting Dominion ICP and ICE Tabulators**

Dear Director Evans:

We are computer scientists at the University of Michigan and Auburn University. We are writing to notify you about a serious privacy vulnerability that affects ballot-level data produced by Dominion ImageCast Precinct (ICP) and ImageCast Evolution (ICE) tabulators. The vulnerability can potentially be discovered and exploited by anyone, without any access to equipment or breach of controls. We believe that Georgia is among 22 states where at least some jurisdictions use these devices.

We were able to discovered the vulnerability, which we call DVSorder, using only publicly available information, so there is an appreciable risk that malicious parties may discover it independently from our work or have already done so. We notified Dominion about the problem on August 23 and informed EAC and CISA on September 2. Since many localities are likely to publish vulnerable data after the November election, **we will be making our findings public this Wednesday, October 12**. Our goal is to inform all entities that operate the ICP or ICE about the risks of publishing vulnerable ballot-level data and about steps they can take to "sanitize" such data so that the vulnerability cannot be exploited by the public. We suggest acting immediately to pause any pending release of vulnerable data until measures are in place to sanitize it.

Many jurisdictions publish ballot-level election data, such as cast-vote records (CVRs) and ballot images. When such data is produced from ICP or ICE tabulators, the DVSorder vulnerability makes it possible for anyone to unshuffle the ballots and learn the order in which they were cast. In some scenarios, knowing the order could make it possible to identify individuals' ballots and determine how they voted. What appear to be CVRs and ballot images from counties throughout Georgia are available online[1], and we have confirmed that we can unshuffle ballots in this data that were voted on the affected equipment.

When a ballot is cast on an ICP or ICE, the tabulator assigns it a random-looking "record ID" number. Dominion's EMS software later shuffles the data from the ballots to mask the order in which they were cast[2], but each ballot is still labeled with the original record ID. The vulnerability is that the ICP and ICE are flawed such that they assign ballot record IDs in a predictable manner. This allows anyone to use the record IDs in CVRs or ballot image filenames to determine the order in which the ballots were scanned.

---

[1] See, e.g., https://www.zebraduck.org/election-files/georgia2020-11-03/ballot-images/ and https://ordros.com/cvr/Georgia/.

[2] Dominion documentation implies that the shuffled data can be safely distributed without compromising privacy (e.g., https://www.sos.state.co.us/pubs/elections/VotingSystems/DVS-DemocracySuite511/documentation/UG-RTR-UserGuide-5-11-CO.pdf#page=101: exported CVRs entail "[n]o compromise to voter privacy"), as does information Dominion provided during equipment purchasing in some states (e.g., https://www.michigan.gov/-/media/Project/Websites/dtmb/Procurement/Contracts/MiDEAL-Media/008/7700117.pdf?rev=ab164daef7e2459eb741fa7d775f64f0#page=187: "The ballot images are given a random ID number as their file name, and when the images are extracted by the [EMS] application, they are randomized, thus ensuring the ballot images are de-coupled from voter order.").

---

Bob and Betty Beyster Building
2260 Hayward Street, Ann Arbor, MI 48109

https://jhalderm.com
jhalderm@umich.edu



**J. Alex Halderman** • Professor

The problem appears to affect all versions of the ICP and ICE, but it does not affect ImageCast Central scanners or ImageCast X DREs. Only data that represents individual ballots and their record IDs is vulnerable; summary results such as statements of votes cast (SoVCs), precinct- or scanner-level totals, election-night result reports, and poll tapes are not susceptible to the privacy flaw.

Here are some scenarios where an attacker could exploit the flaw to identify how individuals voted:

- In most of the country, scanners display a public counter that shows how many ballots have been cast. Anyone can note the counter value when they vote and thereby learn the ballot sequence numbers of people who vote before and after. For example, suppose a man uses the scanner immediately after his neighbor. By noting the counter value, the man can later identify his neighbor's ballot in published CVRs or ballot images and see how she voted.



- Poll workers or election observers could similarly note the public counter value to target specific voters. They could also keep a complete record of who uses the scanner, in order, which would allow them to deanonymize all ballots cast at the precinct.

- Some voters publicly disclose their polling places and voter numbers on social media or to others, as in the tweet shown here. As long as the voter has accurately stated their position in the ballot sequence, this would allow anyone to determine how they voted from vulnerable CVRs or ballot images, even for past elections.



- Some localities publish surveillance footage from inside polling places. (This image is from a day-long video from Georgia, obtained by others prior to our work via an open-records request.) If the locality also releases vulnerable CVRs or ballot images, anyone can associate each ballot with footage of the voter casting it. Many jurisdictions also treat voter check-in records or poll books as public records. These can heighten the risks posed by the vulnerability, as they often track the order in which voters receive their ballots, which can match or closely approximate the order of casting.



- Some localities publish scanner log files (`slog.txt`) from the ICP or ICE. Although these logs by themselves pose little risk to privacy, they can be combined with the DVSorder vulnerability to

Bob and Betty Beyster Building
2260 Hayward Street, Ann Arbor, MI 48109

https://jhalderm.com
jhalderm@umich.edu

Case 1:17-cv-02989-AT   Document 1590-1   Filed 02/05/23   Page 5 of 5



J. Alex Halderman • Professor

    determine the exact time that each CVR or ballot image was cast (subject to the accuracy of the scanner's internal clock). This provides an additional route to identify voters' ballots.

While this vulnerability is a privacy flaw and does not directly affect the integrity of election results, the secret ballot is itself an important security mechanism. Some voters—particularly the most vulnerable in society—may face real or perceived threats of coercion if the privacy of their votes is not strongly protected. Nevertheless, public access to election data, including CVRs and ballot images, can be a valuable form of transparency that helps uphold voter confidence, so long as the data is carefully prepared to protect privacy.

Fortunately, localities that use the ICP or ICE can prevent the DVSorder flaw from being exploited by the public with no loss of transparency if they take specific steps to "sanitize" ballot-level data before publishing it. Dominion cast-vote records (CVRs) in CSV format use a simple data scheme that can be sanitized manually. To do so, open the `.csv` file in Excel and delete column D, labeled "RecordId", then save the file. Removing ballot record IDs from ballot images (where they they occur in the filenames) and JSON-format CVRs is more labor intensive, so we have developed a software tool to process these files. The tool can sanitize CVRs in `.csv` or `.zip` format and folders of ballots images in `.tif` format. As with any third-party software, jurisdictions should not run our sanitization tool on their EMS computers; instead, we recommend copying vulnerable CVRs or ballot images to an external system and running the tool there. The tool will be available as free open-source software at https://DVSorder.org/ beginning on Wednesday.

Adequately sanitizing ballot-level data makes it just as safe to publish as if the DVSorder vulnerability did not exist. However, even if jurisdictions sanitize the data they make public (or if they do not publish any ballot-level data), the flaw still carries risks. For instance, unsanitized data could be stolen in a data breach or accessed by malicious insiders. Completely mitigating these risks will require Dominion to change the ICP and ICE firmware to use a secure method of generating ballot record IDs. The EAC has told us that Dominion plans to correct the flaw in a future software update, but our understanding is that no patches will be available (at least for federally certified versions) until after the November election. Election officials should contact Dominion for further information and to inquire as to patch availability.

We would be happy to provide whatever information or help we can in support of your efforts to mitigate the vulnerability and strengthen the security and privacy of elections.

Sincerely,

| | |
|---|---|
| J. Alex Halderman | Drew Springall |
| Professor | Assistant Professor |
| Computer Science & Engineering | Computer Science and Software Engineering |
| University of Michigan | Auburn University |

Braden Crimmins, Dhanya Narayanan, and Josiah Walker

Student Researchers, University of Michigan

Bob and Betty Beyster Building
2260 Hayward Street, Ann Arbor, MI 48109

https://**jhalderm.com**
jhalderm@umich.edu