# EXHIBIT 4

# EMERGENCY ACTION PLAN

A step by step guide to process voters in any situation on Election Day.





# EMERGENCY ACTION PLAN

## What to Do If…

### ❖ Poll Pads will not encode cards:

1) First, check that the silver side on the encoder and the arrow on the voter card are matched up when card is inserted.

2) Second, check that the encoder is firmly seated into the lightning port and that the card is firmly seated into encoder. The card reader should indicate Green in color on the Poll Pad.

3) If the card still doesn't encode, proceed with Method 1 (Ballot Activation) or Method 2 (Paper Ballots), or both.

## Method 1 - Ballot Activation on Touchscreen

1) Set up:
   a) Two workers are assigned to Ballot Activation using:
      - Manual Ballot Activation Instructions & Codes (Pink Paper)
      - Quad or Duplex Passcode (blue or yellow) card
      - Security Lanyards

2) Poll Pad workers continue to check in voters as normal, recording the District Combo number and Precinct Code in upper right-hand corner of Voter Certificate but selecting **Emergency Paper Ballot** instead of Touchscreen. (This will mark the voter on the Poll Pad Numbered List.)
   a) Poll Pad worker passes paper Voter Certificate with District Combo number, Precinct Code and Party (if Primary) recorded in upper right-hand corner to Ballot Activation worker.

3) Ballot Activation worker takes voter, with stylus, Voter Certificate, Manual Activation Instructions & Ballot Activation Codes (Pink sheet) to BMD Touchscreen and inserts Orange Poll Worker card.
   a) Type in Quad or Duplex passcode and select Ballot Activation option
   b) Using Ballot Activation Codes (Pink sheet) and Manual Activation Instructions, worker selects appropriate ballot activation code by Party & District Combo to match the paper Voter Certificate written by the Poll Pad worker
   c) Remove the Orange Poll Worker Card and instruct voter to make ballot selections then to proceed to Review Station or Scanner after printing ballot
   d) Return paper Voter Certificate to Poll Pad worker to place on the Voter Certificate binder.

1

# EMERGENCY ACTION PLAN

## What to Do If…

- ❖ **Poll Pads will not encode cards**, <u>OR</u>
- ❖ **Touchscreens are inoperable**, <u>OR</u>
- ❖ **Printers won't print**

### Method 2 - Paper Ballots

1) Set up:

   a) Place one worker at a table near Poll Pad station, with Emergency paper ballots organized by Party (If Primary) & District Combo.

   b) Verify the number of ballots you have is the number on the Emergency Ballot Recap and sign under the "verified by" field. At Closing, complete the Recap.

   c) Give each Poll Pad worker:

   - Ballot marking pens to give to voters to mark paper ballots

2) Poll Pad workers continue to check in voters as normal, recording the District Combo number and Precinct Code in upper right-hand corner of Voter Certificate, but selecting **Emergency Paper Ballot** instead of Touchscreen. This marks the voter on the Poll Pad Numbered List.

   a) Poll Pad worker passes paper Voter Certificate with District Combo number, Precinct Code and Party (if Primary) recorded in upper right-hand corner of Certificate to Ballot table worker

3) Ballot table worker selects appropriate ballot by Party (if Primary) & District Combo

   a) Tear ballot from stub, record the stub number on the Voter Certificate and hand ballot and certificate back to check-in worker

   b) If a pad of ballots is completely used, place ballot stubs into Ballot Stub Ziploc. After emergency balloting is completed, tear off the used stubs and place in the Ballot Stub Ziploc.

4) Poll Pad worker checks that proper ballot has been returned from the Ballot Table worker and places certificate on Voter Certificate binder.

   a) Give ballot and ballot-marking pen to voter

   b) Direct voter to Review Station privacy screens or voting booth to mark paper ballot

   c) Instruct voter to proceed to scanner after marking and to scan ballot.

5) Scanner worker retrieves ballot-marking pen, sanitizes and returns to Poll Pad worker.

2

# EMERGENCY ACTION PLAN

# What to Do If…

### ❖ Poll Pads are completely inoperable and you cannot check-in voters:

1) Set up:

   a) Greeters Station with Voter Certificates: Before voters check-in, all voters must complete and sign a voter certificate.

   b) Two check-in workers, with:
   - Paper Precinct list
   - Writing pens
   - Rulers
   - Numbered Lists

   c) Place one or two workers near check-in, establishing a ballot table containing:
   - Ballots organized by Party & District Combo
   - Voter Certificate Binders
   - Ballot pens

2) Ballot station worker verifies the number of ballots is the number on the Emergency Ballot Recap and signs under the "verified by" field. At Closing, complete the Recap.

3) Check-in worker reviews ID and records ID type on voter certificate. Worker checks for voter signature and initials the Certificate.

4) Use paper precinct list to find voter name

   a) If voter is marked "AB" on the list, complete a Request for Authorization form and call Poll Manager to escort voter to Provisional Station with Request for Authorization and Certificate.

   b) Write "REP", "DEM" or "NP" (if Primary) or "EL" (if Election) in EL column or RO column (if Runoff), depending on whether this is the original primary/election or if it is the runoff.

   c) Use ruler to underline from EL or RO column through to Address column.

   d) Record Precinct, Party (if Primary) & District Combo on top right corner of voter certificate.

   e) Write voter's name on the appropriate Numbered List of Voters (by Party if Primary)

   f) Pass voter certificate to worker at ballot table and ask voter to step to that station.

# EMERGENCY ACTION PLAN

### ❖ Poll Pads are completely inoperable (continued):

5) Ballot table worker selects appropriate ballot by Party (if Primary) & District Combo

    a) Tear ballot from stub, record the stub number on the Voter Certificate

    b) If a pad of ballots is completely used, place ballot stubs into Ballot Stub Ziploc. After emergency balloting is completed, tear off the used stubs and place in the Ballot Stub Ziploc.

    c) Give ballot and ballot pen to the voter

    d) Direct voter to Review Station privacy screens or voting booth to mark paper ballot

    e) Instruct voter to proceed to scanner after marking ballot and to scan ballot.

    f) Put completed voter certificate into voter certificate binder and number sequentially on the back to keep track of certificates in the binder. Return completed voter certificates in the Voter Certificate Ziploc.

6) Scanner worker retrieves ballot-marking pen, sanitizes and returns to Ballot worker.

4