# EXHIBIT 9



# A Guide for Registered Voters

## An Overview of Georgia's Absentee Voting Process



BRAD RAFFENSPERGER, Secretary of State
Elections Division
2 Martin Luther King, Jr. Drive
Suite 802, West Tower
Atlanta, Georgia 30334
(404) 656-2871
sos.ga.gov/elections-division-georgia-secretary-states-office




# A GUIDE FOR REGISTERED VOTERS

This guide is an overview of Georgia's absentee voting process. Additional information is available on the Secretary of State's web site at sos.ga.gov. Please use this guide along with the Georgia Election Code and the Georgia State Election Board Rules. Citations in this guide refer to the United States Code (U.S.C.), Georgia Election Code (O.C.G.A.) or Georgia State Election Board Rules. In all matters, the law and rule are the final authority.

THE WAYS TO VOTE IN GEORGIA ..................................................................................... 1
    Election Day Voting ........................................................................................................ 1
    Absentee Voting By Mail ................................................................................................ 1
    Absentee Voting in Person ............................................................................................. 1

ABSENTEE VOTING BY MAIL .......................................................................................... 2-4
    Applying For Your Absentee Ballot .............................................................................. 2-3
    Ballot Application Submittal Dates ................................................................................. 3
    Receiving Your Absentee Ballot ..................................................................................... 3
    Voting Your Absentee Ballot .......................................................................................... 4
    Submitting a Voted Absentee Ballot ............................................................................... 4
    Processing Your Voted Absentee Ballot ........................................................................ 4

ABSENTEE VOTING IN PERSON (ADVANCE VOTING) .................................................... 5
    Applying For Your Absentee Ballot and Voting .............................................................. 5
    Advance Voting Will Be Available: ................................................................................. 5
    Voting Your Ballot .......................................................................................................... 5

ADDITIONAL QUESTIONS ABOUT ABSENTEE VOTING ............................................... 6-7

PENALTIES FOR FRAUDULENT ABSENTEE VOTING ACTIVITY ...................................... 8

RESOURCES ........................................................................................................................ 8

ABSENTEE BALLOT-SAMPLE WITH INSTRUCTIONS ................................................. 9-10

 

# WAYS TO VOTE IN GEORGIA


### Election Day Voting
On Election Day, you must vote at your assigned precinct and present a photo ID. To check your precinct location online go to: **mvp.sos.ga.gov/MVP/mvp.do**


### Absentee Voting by Mail
Any voter registered in Georgia can vote absentee by mail. Just complete the application found in the back of this guide. Then, mail, fax, email (as an attachment), or drop the application off at your county registrar's office.

Instead of emailing the printed application to your county, you can instead upload a photo of it and other required documents on the Secretary of State's website at **securemyabsenteeballot.sos.ga.gov/s/** The application portal allows you to verify your driver's license number on your voter registration record. We urge you to request your mail-in ballot and get it back to your county registrar's office as soon as possible. Mail-in ballots can be requested no earlier than 78 days prior to the election and no later than the 11th day before the election. The voted ballot must be received by your county registrar no later than close of the polls on Election Day.

There are special provisions for Georgia Military and Overseas Voters that can be found at: **sos.ga.gov/page/military-and-overseas-voting**


### Absentee Voting in Person – Early Voting
Any voter registered in Georgia may vote absentee in person. This allows you to vote on a day and time that is convenient for you. Beginning on the 4th Monday prior to Election Day, simply visit your county or municipality early-voting site, fill out the application, and present one of the permitted forms of photo ID. As Election Day approaches, your county may have multiple early voting sites and even extended hours. Voting times and locations for your precinct can be found at: **mvp.sos.ga.gov/MVP/mvp.do**

Some counties offer ballot delivery for registered voters who are hospitalized. Contact your county registrar at least 5 days prior to the election for information regarding this option.




# ABSENTEE VOTING BY MAIL

## Applying for Your Absentee Ballot

Paper absentee ballots will be mailed to voters only upon request. All written requests must be submitted (by mail, fax, email) or personally delivered to the registrar office in the county where you are registered to vote. Addresses and contact information can be found at: **sos.ga.gov/county-board-registrars-office**

Written requests for absentee ballots can be made in the following ways:

1. Absentee applications can be downloaded from the Secretary of State's website at **sos.ga.gov/sites/default/files/forms/Absentee_Ballot_Application_20212.pdf** Instead of emailing the printed application to your county, you can instead upload a photo of it and other required documents on the Secretary of State's website at **securemyabsenteeballot.sos.ga.gov/s/** The application portal allows you to verify your driver's license number on your voter registration record.

2. You must include the number from your driver's license. If you do not have one, include the number from your state-issued identification card, which you can get for free at any office of the Department of Driver Services or your county voter registration office. However, if you have neither a driver's license nor a state ID card, then provide a copy or photo of one of the following:

   - United States Passport
   - Georgia voter identification card
   - Other valid photo identification card issued by a branch, department, agency, or entity of the State of Georgia, any other state, or the United States authorized by law to issue personal identification
   - United States military identification card
   - Employee identification card issued by any branch, department, agency, or entity of the United States government, Georgia state government, or Georgia county, municipality, board, authority, or any other entity of the state of Georgia
   - Tribal identification card, or
   - Any of the following documents that show your name and address:
     - Current utility bill
     - Bank statement
     - Paycheck
     - Government check
     - Other government document

3. The application has a place for you to provide a phone number and email address. While it is optional, providing contact information will better ensure that your county can contact you in a timely manner if there should be a problem with your application or absentee ballot so you can correct it.

4. You may use the application to request that absentee ballots be sent to you automatically for every election remaining in the current election cycle, if you are eligible. To be eligible, you must be either:

- Over age 65
- Have a physical disability
- Live overseas
- Be an active member of the military or a spouse or child or an active service member

No absentee ballot shall be mailed to an address other than your permanent mailing address in the voter registration record or a temporary out-of-county or out-of-municipality address, except in the case of a voter who has a physical disability or is in custody in a jail or other detention facility.

There are no restrictions on who may assist you in completing an absentee ballot application when you are personally submitting the application.

There are restrictions on who can apply for an absentee ballot on behalf of someone else and what must be contained within the application. See pages 9-10 of this guide for more information.

## Ballot Application Submittal Dates

Absentee ballots may be requested any time between 78 days prior to the election and the 11th day before Election Day. Please note that you should make your request early to allow enough time for the ballot to be mailed to you, completed, returned and received back at the county registrar office before the close of polls on Election Day, which is 7 p.m..

## Receiving Your Absentee Ballot

Absentee and Non-UOCAVA ballots will be mailed:

| | |
|---|---|
| Presidential Preference Primary | 29 days prior to the election through the Friday before Election Day |
| General Primary | 29 days prior to the election through the Friday before Election Day |
| General Election | 29 days prior to the election through the Friday before Election Day |
| Special Election - Federal office | 29 days prior to the election through the Friday before Election Day |
| Municipal General Primary | 21 days prior to the election through the Friday before Election Day |
| Municipal General Election | 21 days prior to the election through the Friday before Election Day |
| Special Election - Other | 21 days prior to the election through the Friday before Election Day |
| Runoffs | As soon as possible |

## Voting Your Absentee Ballot

Follow the instructions that your county elections official provides with your ballot. You will receive all the forms and envelopes necessary for marking and returning of the ballot. Ballots for UOCAVA voters will be sent between 49 and 45 days before federal elections. There are special provisions for Georgia Military and Overseas Voters that can be found at: **fvap.gov/georgia**

Failure to complete your ballot correctly could cause your ballot not to be counted.

If you registered to vote by mail or online and did not submit a copy of one of the required forms of identification at that time, you will receive notification with your ballot package. <u>Copies of any IDs must be placed in the outer envelope</u>.

If you do not have a driver's license or state identification card and had to supply other documents to verify your identity when you applied for an absentee ballot, then you must provide the last four digits of your Social Security number in the appropriate place on the outer envelope of your absentee ballot package.

If you have any questions, please contact your county registrar.

## Submitting a Voted Absentee Ballot

A ballot must be received by the county registrar no later than the close of polls on Election Day. Delivery can be either U.S. first class mail or hand delivered by the voter. If mailing, you must affix postage to the ballot envelope. Ballots received after the polls close cannot be counted. All counties must have at least one drop box location. For more information about drop boxes, please contact your registrar.

## Processing Your Voted Absentee Ballot

Once the absentee ballot is received by the county office, the registrar will compare the number or your driver's license or state identification card to the voter registration records to verify your identity. If you do not have either of these photo IDs, then the registrar will examine the copies of the other documents you were required to submit with your application.

If the number is missing, does not match what is on record or your other documentation is not sufficient for any reason, your county will contact you and provide a document whereby you can provide the necessary ID to verify your ballot.




# ABSENTEE VOTING IN PERSON (ADVANCE VOTING)

## Applying for Your Absentee Ballot and Voting

Voting any time prior to Election Day, even when done in person, is considered absentee voting. You will complete an absentee ballot application in person at the early-voting location immediately prior to casting your vote.

### Photo Identification Required

You will need to provide proper photo identification anytime you vote in person. If you do not have photo identification when you go to vote, you will be allowed to vote a provisional ballot which you must cure. You will be required to cure it by providing proper photo identification to the registrar within three days after Election Day for your ballot to count.

For more information on Georgia's photo identification requirements, please visit sos.ga.gov/page/georgia-voter-identification-requirements or call the Secretary of State's Election Division at (404) 656-2871.

## Advance Voting Will Be Available:

| | |
|---|---|
| Presidential Preference Primary | 4th Monday prior to election through the Friday before Election Day |
| General Primary | 4th Monday prior to election through the Friday before Election Day |
| General Election | 4th Monday prior to election through the Friday before Election Day |
| Special Election - Federal office | 4th Monday prior to election through the Friday before Election Day |
| Municipal General Primary | 4th Monday prior to election through the Friday before Election Day |
| Municipal General Election | 4th Monday prior to election through the Friday before Election Day |
| Special Election - Other | 4th Monday prior to election through the Friday before Election Day |
| Runoffs | As soon as possible |

Early voting will be available on the Saturdays that occur during the early voting period. Many counties also offer early voting on Sundays. Early voting times and locations can be found for all elections in your county on your personal voter information page at: mvp.sos.ga.gov/MVP/mvp.do

## Voting Your Ballot

After returning your paper absentee ballot or voting in person during advance voting, you will be marked in the voter registration system as "voted" and your votes will be tabulated on Election Day.




# ADDITIONAL QUESTIONS ABOUT ABSENTEE VOTING

### If I lose the absentee ballot that was sent to me, can I get another one?

Yes; however, you must sign an affidavit affirming that you lost, destroyed, or did not receive the first absentee ballot. In this instance, your county will issue another ballot. A new application is not required.

### If I request an absentee ballot, can I change my mind and still vote in person?

If you still have the absentee ballot and give it to the poll manager of the polling place, then you may vote a regular ballot.

If you have not received an absentee ballot, or if you have returned the absentee ballot, but the registrar has not received it, you may cancel the absentee ballot by making a written request to have the ballot marked "cancelled." The managers of your precinct shall permit you to vote in person. Canceled absentee ballots are handled in the same manner as those returned too late to be counted.

However, if the ballot has been completed and received by the county registrar, then the absentee ballot shall be deemed to have been voted. No other ballot shall be issued.

### Can someone else request an absentee ballot on my behalf?

A family member may request an absentee ballot on your behalf if you are residing temporarily out of the county or municipality, or if you have a physical disability. The application for your absentee ballot may, upon satisfactory proof of relationship, be made by an adult who is your mother, father, grandparent, aunt, uncle, sister, brother, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in- law, brother-in-law, or sister-in-law of the age of 18 or over. Relatives applying for absentee ballots for you must also sign an oath on the application.

The absentee ballot will be mailed directly to you at the permanent mailing address on record at the registrar's office or to a temporary out-of-county or out-of-municipality address. A voter with a physical disability or a voter that is in custody in a jail or a detention facility may have the ballot mailed to a different address within the county.

The application must be in writing and must contain the name and relationship of the person requesting the ballot, if other than yourself.

### Can I give my voted absentee ballot to someone else to return for me?

It depends on how the ballot is returned.

A voted absentee ballot can be returned by mail or in person, by a family member as designated on O.C.G.A. 21-2-385(a) or by a person living in your household.

If you have a physical disability, your voted absentee ballot may be returned by a family member or housemate (as described above) OR by your caregiver.

6

### Can I vote by absentee ballot if I am confined to the hospital?

In some counties, a voter who is confined to a hospital on a primary or election day can vote an absentee ballot that is delivered by a registrar or deputy registrar. The ballot must be voted, sealed properly, and returned to the deliverer. If you registered to vote for the first time in Georgia by mail and have not previously provided proper identification, then you will be asked to provide proper identification. If you don't have it, you will be allowed to vote by provisional ballot. Once the identification and registration of the voter have been verified, the vote will be officially recorded. Please contact your county elections official to inquire if it will deliver a ballot to you in the hospital.

### Do I have to apply for an absentee ballot for each election if I have a physical disability or I am 65 or over?

If you are 65 years or older or have a physical disability, you may make a written request to automatically receive an absentee ballot for the primary, primary runoff, election, and election runoff without having to an application for each. However, you will still have to submit a request for each special election.

### Can I receive assistance with my absentee ballot application?

Yes, but the person providing the assistance must sign the application for the absentee ballot.

### Can someone distribute applications for absentee ballots?

Some of the important points of which you need to be aware, if you distribute applications for absentee ballots include:

- The voter must personally sign the application.
- Voters who use an absentee ballot application provided by an individual or organization must attest to the truth and correctness of the content of the application and sign the application.

### May I create my own absentee ballot application for others to use?

Any application for an absentee ballot sent to any elector by any person or entity shall utilize the form of the application made available by the Secretary of State and shall clearly and prominently disclose on the face of the form:

"This is NOT an official government publication and was NOT provided to you by any governmental entity and this is NOT a ballot. It is being distributed by [insert name and address of person, organization, or other entity distributing such document or material]."

(iii) The disclaimer required by division (ii) of this subparagraph shall be:

(I) Of sufficient font size to be clearly readable by the recipient of the communication;

(II) Be contained in a printed box set apart from the other contents of the communication; and

(III) Be printed with a reasonable degree of color contrast between the background and the printed disclaimer.

7

 

# PENALTIES FOR FRAUDULENT ABSENTEE VOTING ACTIVITY

✓ An individual who votes more than once in an election is guilty of a felony.

✓ It is a crime to do any electioneering, or otherwise attempt to influence a voter, at the time he or she is voting an absentee ballot.

✓ It is a crime to intimidate or use or threaten to use violence to interfere with anyone's lawful right to vote.

✓ It is a crime to pay or offer to pay a person any amount of money or to give a person anything of value in exchange for voting for a particular person or issue. Similarly, it is against the law to pay someone not to vote.

✓ It is a crime to violate the secrecy of the ballot, or otherwise tamper with ballots or the voting system.

# RESOURCES

County and city election officials can be a valuable source for absentee voting materials and information. They can assist you in answering specific questions about the absentee ballot process and can provide information to ensure the application and ballot is correct.

**COUNTY CONTACT INFORMATION**
sos.ga.gov/county-board-registrars-office

**GEORGIA ELECTION CODE**
https://bit.ly/35GFIqR

**STATE ELECTION BOARD RULES**
sos.ga.gov/page/state-elections-board

**ABSENTEE BALLOT APPLICATIONS**
sos.ga.gov/sites/default/files/forms/Absentee_Ballot_Application_20212.pdf




# COMPLETING AN ABSENTEE BALLOT APPLICATION

Prior to submitting an absentee ballot application, a voter must be registered in the county in which the voter resides. Voter registration status and county registrar information can be found at **mvp.sos.ga.gov/MVP/mvp.do**

**PAGE 1**

**Please print clearly. Be sure to complete all required sections.**

1. Required: Election dates can be found at: sos.ga.gov/elections
2. Required: Print your voter name as it appears on your voter registration.
3. Required: Check the box for type of ballot.
4. Required: Print your voter residential address.
5. If you are temporarily living outside the county and want your ballot sent to this address, fill in temporary ballot mailing address.
6. Contact information is recommended.
7. Required: Voter Identification. You must provide your date of birth AND
   - Georgia Driver's License or I.D. Card Number

   OR
   - a copy of acceptable identification from the list in the instructions found on of the second page of the application.
8. Required: Voter oath signature & date.

Brad Raffensperger
SECRETARY OF STATE

## Application for Georgia Official Absentee Ballot

The information provided in this document is made under oath and penalty of law and will be used for official government purposes. **When you sign this application, you affirm that you are a citizen of the U.S., currently reside in Georgia and are eligible to vote in Georgia.** Giving false information on this application violates Georgia law and is punishable by a fine up to $100,000, imprisonment for up to 10 years, or both.

Please print clearly. Be sure to complete all **required** sections.

**Date of Election** — Required — 1
Date of Primary, Election, or Runoff *(mm/dd/yyyy)* ______
The application must be **received** by your election office* 11 days before the election.

**Print voter name** — Required — 2
Your name as it appears on your voter registration.
First ______ Middle ______ Last ______ Suffix ______

**Type of ballot** — Required in primary — 3
☐ Democratic ☐ Republican ☐ Non Partisan (will not have ANY party candidates listed)

**Residential address** — Required. Your ballot will be sent here unless you provide a temporary mailing address. — 4
The residential or mailing address on your voter registration. If you no longer reside at the address where you are registered to vote, contact your county election office prior to submitting this application.
Address ______
City ______ County ______ **GA** Zip ______

**Temporary ballot mailing address** — Only if you are **temporarily living** outside the county** and want your ballot sent to this address. — 5
This address must be in a different county** than the one where you are registered unless you are physically disabled or detained in jail or other detention facility.
Address ______
City ______ State ______ Zip ______

**Contact information** — **Recommended** — 6
Phone number ______ Email address ______

**Voter identification** — Required — 7
**Print carefully.** This information will be used to verify your identity.
Failure to provide accurate information may delay processing your application.
**You must provide your date of birth AND**
- **a Georgia Driver's License or Identification Card number**

**OR**
- **a copy of an acceptable identification from the list in the instructions.**

Date of birth *(mm/dd/yyyy)* ______ **AND** **Georgia Driver's License Number or State Identification Card Number** ☐☐☐☐☐☐☐☐☐
**OR**
☐ I do not have a Georgia Driver's License or Identification Card and I am providing a copy of acceptable identification below.

**Instructions:**
- Make sure your identification on your ID card or document is visible.
- Take a photo of your full completed application and submit it electronically to your elections office* (addresses are online: elections.sos.ga.gov/Elections/countyregistrars.do). You may also submit a hard copy of your application via U.S. mail or in person to your elections office*.
- If your acceptable form of identification does not fit in this box, please attach a copy and submit it with your application.

**Place identification here**
if you did not provide a Georgia driver's license or ID number

**Voter oath and signature** — Required — 8
**Use a pen.** No electronic signatures allowed.
I, the undersigned, do swear and affirm that I am eligible to vote in Georgia, am a citizen of the U.S. and the facts presented in this application are true. By signing this oath, you are swearing that you are the voter requesting an absentee ballot. **Signing this oath on behalf of another voter violates Georgia law and is punishable by a fine up to $100,000, imprisonment for up to 10 years, or both.**
**Voter, sign and date here** *(Required)*
X ______ Date *(mm/dd/yyyy)* ______

If you received this application with your information pre-filled, received multiple or duplicate copies in the mail, or if an unauthorized person offers to return your absentee ballot application, please report this to reportfraud@sos.ga.gov.

**Form continues ►**

APP-21

This is NOT an official government publication and was NOT provided to you by any governmental entity and this is NOT a ballot.
It is being distributed by ______


**PAGE 2**

**Please print clearly. Be sure to complete all required sections.**

9. **Required:** Print your voter name as it appears on your voter registration.

10. Voter assitance information needed if the voter is illiterate or physically disabled.

11. Requesting a ballot on behalf of the voter because the voter is physically disabled or temporrily residing out of the county. Affirmation, signature and relationship to voter is needed.

12. If you meet the eligibility criteria, you may opt-in to receive an absentee ballot for the rest of the elections cycle without making another application. Check appropriate boxes.

---

*Brad Raffensperger, Secretary of State*

## Application for Georgia Official Absentee Ballot

**9. Print voter name** *Required*
Your name as it appears on your voter registration.
First _____ Middle _____ Last _____ Suffix _____

**10. Assisting a voter?**
If yes, the assistant must complete this section. **Voter assistance is only allowed if the voter is illiterate or physically disabled.**

By signing as assisting the voter, you are swearing under oath that the voter is entitled to assistance. Assisting a voter who is not eligible for assistance in completing this application violates Georgia law and is punishable by a fine up to $100,000 or imprisonment for up to 10 years, or both.

Assistant's name _____
Assistant's signature  X _____    Date *(mm/dd/yyyy)* _____

**11. Requesting a ballot on behalf of a voter?**
If yes, complete this section. The voter must be physically disabled or temporarily residing out of the county** and must still be eligible to vote in the county** where he or she is registered.

I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and **acknowledge that making a false statement on this application regarding my relationship to the voter violates Georgia law and is punishable by a fine up to $1,000, 12 months in jail, or both.**

I swear (or affirm) that the above-named voter is: (check one)
☐ physically disabled
☐ temporarily residing out of the county**
Signature of authorized and eligible requestor
X _____
Relationship to voter _____

**12. Ballot request opt-in** *Optional*
If you meet the eligibility criteria, you may opt-in to receive an absentee ballot for the rest of the elections cycle without making another application.

☐ I opt-in to receive an absentee ballot for the rest of the election cycle.
I am eligible for the reason selected below:
☐ D- Disabled. I am physically disabled
☐ E- Elderly. I am 65 years of age or older
☐ U- UOCAVA. I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. (Complete the information to the right)

**UOCAVA Voters only**
My current status is (check one)
☐ MOS - Military Overseas
☐ MST - Military Stateside
☐ OST - Overseas Temporary Resident
☐ OSP - Overseas Permanent Resident (may vote for federal offices only)

(Optional) By entering my email, I request that my absentee ballot be transmitted to me electronically.
Email _____

---

**Acceptable forms of identification if you do not have a Georgia Driver's License or State Identification Card Number**

**Identification with your photograph:**
- United States Passport
- Georgia voter identification card
- Other valid identification card issued by a branch, department, agency, or entity of the State of Georgia, any other state, or the United States authorized by law to issue personal identification
- United States military identification card
- Employee identification card issued by any branch, department, agency, or entity of the United States government, Georgia state government, or Georgia county, municipality, board, authority, or any other entity of the state of Georgia
- Tribal identification card

**Documents that show your name and address:**
- Current utility bill  • Bank statement  • Paycheck
- Government check  • Other government document

**How to return your absentee ballot application**
Absentee ballot applications must be received 11 days before the date of the election. You can return the form by:
• mail      • email (as an attachment)
• fax       • in-person at your elections or registrar's office

Your County Board of Registrar's Office information can be found online: https://elections.sos.ga.gov/Elections/countyregistrars.do

*In state, county, and federal elections, your elections office is your county elections office. In municipal elections, your elections office is your municipal elections office.

**Or, in municipal elections, municipality.

No person or entity other than the elector, a relative authorized to request an absentee ballot for such elector, a person signing as assisting an illiterate or physically disabled elector with his or her application, a common carrier charged with returning the ballot application, an absentee ballot clerk, a registrar, or a law enforcement officer in the course of an investigation shall handle or return an elector's completed absentee ballot application. **Handling a completed absentee ballot application by any person or entity other than as allowed in this paragraph is a misdemeanor.**

---

| Ballot | Dates | ID Shown | **For office use only** |
|---|---|---|---|
| Dist. Combo _____ | Received _____ | GA DL _____ | I certify that the above named voter |
| Precinct _____ | ISS _____ | Other _____ | ☐ is eligible |
| Ballot # _____ | Certified _____ | Voter Reg # _____ | ☐ is not eligible _____ |
| | Rejected _____ | | Registrar signature |

**Ballot to be:**  ☐ Mailed electronically   ☐ Delivered to voter in hospital by Registrars or Deputy   ☐ Voted in office (municipal only)

---

This is NOT an official government publication and was NOT provided to you by any governmental entity and this is NOT a ballot. It is being distributed by _____

10

3/30/22