# EXHIBIT 11

# ITEM 4A: MAY 24 COMMISSIONER D2 ANALYSIS
## PART 1: READING ELECTION SUMMARY REPORTS

This document will explain how to read the Election Summary Reports we post on our website and walk you through creating a spreadsheet that accounts for all the voters in the May 24 primary.

## The Election Summary Report

Every election, we post an Election Summary Report on our website that looks like this:

**County Commissioner D2 - Dem (Vote for 1)**
**DEM**
Precincts Reported: 39 of 39 (100.00%)

| | | Election Day | Advanced Vot | Absentee by | Provisional | Total | |
|---|---|---|---|---|---|---|---|
| Times Cast | | 9,766 | 5,763 | 1,311 | 0 | 16,840 / 98,425 | 17.11% |

| Candidate | Party | Election Day | Advanced Voting | Absentee by Mail | Provisional | Total | |
|---|---|---|---|---|---|---|---|
| Lauren Alexander | | 2,671 | 1,428 | 283 | 0 | 4,382 | 34.67% |
| Marshall Orson | | 3,343 | 1,490 | 393 | 0 | 5,226 | 41.35% |
| Michelle Long Spears | | 589 | 2,019 | 423 | 0 | 3,031 | 23.98% |
| Total Votes | | 6,603 | 4,937 | 1,099 | 0 | 12,639 | |
| | | Election Day | Advanced Voting | Absentee by Mail | Provisional | Total | |

It is important to distinguish between two terms that the report uses:

**Times Cast:** The number of ballots cast, even if this race was left blank.

**Total Votes:** The number of votes received by candidates. This does not include blank ballots.

For this election it is also important to keep in mind that five of the precincts appear in a second report called database 2. To get the complete numbers, we will need to add the two reports together.

**County Commissioner D2 - Dem (Vote for 1)**
**DEM**
Precincts Reported: 4 of 4 (100.00%)

| | | Election Day | Advanced Vot | Absentee by | Provisional | Total | |
|---|---|---|---|---|---|---|---|
| Times Cast | | 1,235 | 513 | 82 | 0 | 1,830 / 7,606 | 24.06% |

| Candidate | Party | Election Day | Advanced Voting | Absentee by Mail | Provisional | Total | |
|---|---|---|---|---|---|---|---|
| Lauren Alexander | | 322 | 141 | 21 | 0 | 484 | 33.99% |
| Marshall Orson | | 181 | 100 | 20 | 0 | 301 | 21.14% |
| Michelle Long Spears | | 440 | 175 | 24 | 0 | 639 | 44.87% |
| Total Votes | | 943 | 416 | 65 | 0 | 1,424 | |
| | | Election Day | Advanced Voting | Absentee by Mail | Provisional | Total | |

This is where you can find the last reports from election night and what happens when you add together the votes in the Commission District 2 Democratic Primary section in a spreadsheet:

Database 1 Election Summary Report – Unofficial and Incomplete (May 25, 2:30 a.m.)

Database 2 Election Summary Report – Unofficial and Incomplete (May 25, 3:05 a.m.)

|  | Alexander | Broussard | Orson | Spears | Total |
|---|---|---|---|---|---|
| **Election Day** | 2,993 | 0 | 3,524 | 1,029 | 7,546 |
| **Advance Voting** | 1,569 | 0 | 1,590 | 2,194 | 5,353 |
| **Absentee** | 304 | 0 | 413 | 447 | 1,164 |
| **Provisional** | 0 | 0 | 0 | 0 | 0 |
| **Total Votes** | 4,866 | 0 | 5,527 | 3,670 | 14,063 |
| **Blank Votes** |  |  |  |  | 4,607 |
| **Times Cast** |  |  |  |  | 18,670 |

This was the preliminary report of the hand count, released on June 1:

Statement of Votes Cast, Commission District 2 Democratic Primary – Unofficial and Incomplete (June 1)

|  | Alexander | Broussard | Orson | Spears | Total |
|---|---|---|---|---|---|
| **Election Day** | 3,008 | 53 | 2,069 | 4,080 | 9,210 |
| **Advance Voting** | 1,457 | 41 | 1,492 | 2,152 | 5,142 |
| **Absentee** | 265 | 39 | 362 | 415 | 1,081 |
| **Provisional** | 7 | 0 | 5 | 4 | 16 |
| **Total Votes** | 4,737 | 133 | 3,928 | 6,651 | 15,449 |
| **Blank Votes** |  |  |  |  | 2,678 |
| **Times Cast** |  |  |  |  | 18,127 |

This is the hand count certified on June 3. Between June 1 and June 3 there were various corrections to the bookkeeping, including typos, numbers filed in the wrong place, and numbers that had not been entered.

Statement of Votes Cast, Commission District 2 Democratic Primary – Official and Complete (June 3)

|  | Alexander | Broussard | Orson | Spears | Total |
|---|---|---|---|---|---|
| **Election Day** | 3,004 | 53 | 2,068 | 4,078 | 9,203 |
| **Advance Voting** | 1,561 | 39 | 1,541 | 2,291 | 5,432 |
| **Absentee** | 306 | 43 | 418 | 450 | 1,217 |
| **Provisional** | 7 | 0 | 5 | 4 | 16 |
| **Total Votes** | 4,878 | 135 | 4,032 | 6,823 | 15,868 |
| **Blank Votes** |  |  |  |  | 2,779 |
| **Times Cast** |  |  |  |  | 18,647 |

# ITEM 4A: MAY 24 COMMISSIONER D2 ANALYSIS
## PART 2: SOURCES OF ERROR

This document will go into detail on the counts of the County Commissioner District 2 Democratic Primary, list the errors in the initial machine count, and demonstrate that the initial results are explained by a ballot shift at 32 of the 40 District 2 precincts.

## Background

On the evening of May 24, observers quickly began reporting that the result tapes for the County Commissioner District 2 Democratic Primary showed candidate Michelle Long Spears receiving zero votes in many precincts. DeKalb VRE reviewed the initial data generated from the Commission District 2 contest and coordinated efforts with the Georgia Secretary of State's office. An initial review indicated that it was an isolated issue that likely occurred after one candidate withdrew from the race. A comparison of the results demonstrated that the vote totals displayed incorrectly, making it appear as if candidate Michelle Long Spears received zero votes in all but four precincts. A hand count of the District 2 race was held on May 29-30 to obtain an accurate tabulation of ballots cast and the results of that count were certified instead of the machine count.

## Errors in the Machine Count

Throughout the runup to the May 24 primary, DeKalb VRE worked with the Secretary of State's office and their Center for Election Systems (CES) to make several changes to the voting machine configuration. Some of those changes handled the withdrawal of candidate Donald Broussard correctly and others did not.

In the end, there were four different voting machine configurations used at District 2 precincts on election day:

1. At four precincts, the equipment was configured correctly.
2. At four precincts, the touchscreens allowed voters to vote for Broussard. However, when the memory cards were uploaded to the central server, those votes were counted as blank because Broussard was marked as withdrawn.
3. At twenty-nine precincts, the votes below Broussard were "shifted upward:" a vote for Spears was recorded as a vote for Orson, and a vote for Orson was recorded as a vote for Broussard. Then, when the memory cards were uploaded, the Orson votes marked as Broussard were counted as blank.
4. At three precincts, some of the votes were shifted and some were not: the Scott and Shamrock precincts each had two scanners, one which was correctly configured and one which was not. At Lakeside, a technical problem required some of the ballots to be brought back and scanned at the office. The ballots scanned at the polling place were shifted and the ballots scanned at the office were not.

13

## Open Questions

We will primarily be addressing two questions:

1. Was the hand count accurate?
2. Are the issues with the machine count explained by a ballot shift, or were there other factors at work?

## Results of Each Count

**May 24 Machine Count**

|  | Alexander | Broussard | Orson | Spears | Total |
|---|---|---|---|---|---|
| **Election Day** | 2,993 | 0 | 3,524 | 1,029 | 7,546 |
| **Advance Voting** | 1,569 | 0 | 1,590 | 2,194 | 5,353 |
| **Absentee** | 304 | 0 | 413 | 447 | 1,164 |
| **Provisional** | 0 | 0 | 0 | 0 | 0 |
| **Total Votes** | 4,866 | 0 | 5,527 | 3,670 | 14,063 |
| **Blank Votes** |  |  |  |  | 4,607 |
| **Times Cast** |  |  |  |  | 18,670 |

**May 29-30 Hand Count**

|  | Alexander | Broussard | Orson | Spears | Total |
|---|---|---|---|---|---|
| **Election Day** | 3,004 | 53 | 2,068 | 4,078 | 9,203 |
| **Advance Voting** | 1,561 | 39 | 1,541 | 2,291 | 5,432 |
| **Absentee** | 306 | 43 | 418 | 450 | 1,217 |
| **Provisional** | 7 | 0 | 5 | 4 | 16 |
| **Total Votes** | 4,878 | 135 | 4,032 | 6,823 | 15,868 |
| **Blank Votes** |  |  |  |  | 2,779 |
| **Times Cast** |  |  |  |  | 18,647 |

## Accuracy of the Hand Count

Because most election day votes for Spears were counted for Orson and most Orson votes were counted as blank, we expect the votes for Orson, votes for Spears, and blank votes to change between the two counts.

We do not expect the Times Cast—the total number of ballots cast in the race—to change. Nor do we expect Alexander's totals to change, because her name appeared above Broussard on the ballot and therefore her votes were not shifted. Advance Voting and Absentee should also not be affected.

If you compare the green cells in the two tables above, you can get a sense of the margin of error of the hand count. There will always be some error, but the totals are easily close enough to determine the outcome of the election.

## Sources of Error

Next, we will investigate whether the ballot shift alone explains the errors in the machine count, or whether another explanation is needed. If applying what we know about the ballot shift to the correct count reproduces the May 24 machine count, that would indicate that the ballot shift was the only source of error; if it does not, then another explanation will be needed.

Since we believe the hand count is broadly accurate, we will use those numbers as the "correct" count, although we will have to keep in mind that the hand count does still contain some errors.

These are the precinct breakdowns for the two counts.

| | May 24 Machine Count | | | | | | | Hand Count | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRECINCT** | **LAUR. ALEX.** | **DON. BROU.** | **MAR. ORS.** | **MICH. SPEA.** | **TOTAL VOTES** | **BLANK VOTE** | **TIMES CAST** | **LAUR. ALEX.** | **DON. BROU.** | **MAR. ORS.** | **MICH. SPEA.** | **TOTAL VOTES** | **BLANK VOTE** | **TIMES CAST** |
| Ashford Dunwoody Rd | 67 | 0 | 76 | 0 | 143 | 62 | 205 | 67 | 0 | 31 | 77 | 175 | 30 | 205 |
| Ashford Park Elem | 41 | 0 | 49 | 0 | 90 | 52 | 142 | 41 | 0 | 30 | 49 | 120 | 22 | 142 |
| Ashford Parkside | 59 | 0 | 96 | 0 | 155 | 47 | 202 | 59 | 0 | 12 | 96 | 167 | 35 | 202 |
| Briar Vista Elem | 82 | 0 | 112 | 0 | 194 | 104 | 298 | 83 | 0 | 48 | 112 | 243 | 56 | 299 |
| Briarcliff | 63 | 0 | 98 | 0 | 161 | 90 | 251 | 86 | 0 | 54 | 75 | 215 | 36 | 251 |
| Briarwood | 29 | 0 | 41 | 0 | 70 | 37 | 107 | 29 | 0 | 18 | 41 | 88 | 19 | 107 |
| Brookhaven | 86 | 0 | 65 | 0 | 151 | 48 | 199 | 86 | 0 | 22 | 65 | 173 | 27 | 200 |
| Clairemont East | 128 | 0 | 214 | 0 | 342 | 153 | 495 | 128 | 0 | 87 | 214 | 429 | 66 | 495 |
| Clairemont West | 160 | 0 | 271 | 0 | 431 | 205 | 636 | 160 | 0 | 94 | 271 | 525 | 112 | 637 |
| Clairmont Road | 79 | 0 | 121 | 0 | 200 | 87 | 287 | 79 | 0 | 48 | 121 | 248 | 40 | 288 |
| Coralwood | 66 | 0 | 131 | 0 | 197 | 140 | 337 | 61 | 0 | 100 | 117 | 278 | 70 | 348 |
| Cross Keys High | 35 | 0 | 17 | 37 | 89 | 23 | 112 | 35 | 0 | 17 | 37 | 89 | 24 | 113 |
| Decatur | 115 | 0 | 41 | 131 | 287 | 67 | 354 | 115 | 0 | 41 | 131 | 287 | 66 | 353 |
| Druid Hills High | 40 | 0 | 74 | 0 | 114 | 146 | 260 | 40 | 0 | 120 | 74 | 234 | 26 | 260 |
| Emory Road | 20 | 0 | 28 | 0 | 48 | 39 | 87 | 20 | 0 | 0 | 43 | 63 | 29 | 92 |
| Emory South | 75 | 0 | 89 | 0 | 164 | 130 | 294 | 69 | 0 | 73 | 88 | 230 | 58 | 288 |
| Fernbank Elem | 37 | 0 | 103 | 0 | 140 | 194 | 334 | 37 | 0 | 159 | 103 | 299 | 35 | 334 |
| Glennwood | 116 | 0 | 66 | 149 | 331 | 92 | 423 | 116 | 17 | 66 | 149 | 348 | 75 | 423 |
| Harris-Margaret Harris | 52 | 0 | 49 | 0 | 101 | 30 | 131 | 55 | 0 | 13 | 52 | 120 | 19 | 139 |
| Johnson Estates | 40 | 0 | 66 | 0 | 106 | 87 | 193 | 39 | 0 | 32 | 66 | 137 | 55 | 192 |
| Kittredge Elem | 22 | 0 | 94 | 0 | 116 | 25 | 141 | 22 | 0 | 8 | 94 | 124 | 17 | 141 |
| Lakeside High | 84 | 0 | 84 | 108 | 276 | 78 | 354 | 82 | 0 | 65 | 148 | 295 | 58 | 353 |
| Lavista | 72 | 0 | 68 | 0 | 140 | 75 | 215 | 72 | 0 | 43 | 68 | 183 | 32 | 215 |
| Lavista Road | 77 | 0 | 84 | 0 | 161 | 87 | 248 | 77 | 0 | 50 | 84 | 211 | 35 | 246 |
| Lin-Mary Lin Elem | 120 | 0 | 131 | 0 | 251 | 186 | 437 | 122 | 0 | 79 | 134 | 335 | 110 | 445 |
| Medlock | 86 | 0 | 176 | 0 | 262 | 167 | 429 | 86 | 0 | 101 | 176 | 363 | 67 | 430 |
| Montclair Elem | 44 | 0 | 50 | 0 | 94 | 19 | 113 | 44 | 0 | 10 | 50 | 104 | 9 | 113 |
| Montgomery Elem | 47 | 0 | 80 | 0 | 127 | 37 | 164 | 47 | 0 | 18 | 79 | 144 | 20 | 164 |
| Northlake | 49 | 0 | 25 | 60 | 134 | 64 | 198 | 49 | 13 | 28 | 61 | 151 | 50 | 201 |
| Oak Grove Elem | 49 | 0 | 100 | 0 | 149 | 65 | 214 | 47 | 0 | 33 | 95 | 175 | 33 | 208 |
| Oakhurst | 227 | 0 | 48 | 130 | 405 | 85 | 490 | 227 | 0 | 48 | 130 | 405 | 84 | 489 |
| Ponce de Leon | 119 | 0 | 156 | 0 | 275 | 126 | 401 | 119 | 0 | 68 | 156 | 343 | 58 | 401 |
| Rehoboth | 39 | 0 | 42 | 59 | 140 | 34 | 174 | 39 | 6 | 42 | 51 | 138 | 28 | 166 |
| Sagamore Hills Elem | 79 | 0 | 184 | 0 | 263 | 128 | 391 | 79 | 0 | 85 | 185 | 349 | 42 | 391 |
| Scott | 104 | 0 | 129 | 69 | 302 | 102 | 404 | 104 | 0 | 114 | 138 | 356 | 44 | 400 |
| Shamrock | 63 | 0 | 88 | 33 | 184 | 77 | 261 | 63 | 0 | 78 | 88 | 229 | 10 | 239 |
| Silver Lake | 60 | 0 | 59 | 0 | 119 | 64 | 183 | 60 | 0 | 28 | 59 | 147 | 36 | 183 |
| Skyland | 51 | 0 | 46 | 0 | 97 | 63 | 160 | 51 | 0 | 28 | 46 | 125 | 35 | 160 |
| Winnona Park | 118 | 0 | 48 | 172 | 338 | 102 | 440 | 116 | 17 | 52 | 174 | 359 | 80 | 439 |
| Woodward | 93 | 0 | 25 | 81 | 199 | 38 | 237 | 93 | 0 | 25 | 81 | 199 | 37 | 236 |
| **TOTAL** | **2,993** | **0** | **3,524** | **1,029** | **7,546** | **3,455** | **11,001** | **3,004** | **53** | **2,068** | **4,078** | **9,203** | **1,785** | **10,988** |

15

We are going to apply all the errors we know of to the hand count and see if it produces the same outcome as the machine count. We will need to separate the precincts into two groups: green precincts are not shifted, but if there are any votes for Broussard, we will need to change them to blank. Purple precincts are shifted, so we will change any Orson votes to blank and Spears votes to Orson. This is the result:

|  | May 24 Machine Count | | | | | | | Hand Count with Ballot Shift Applied | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRECINCT | LAUR. ALEX. | DON. BROU. | MAR. ORS. | MICH. SPEA. | TOTAL VOTES | BLANK VOTE | TIMES CAST | LAUR. ALEX. | DON. BROU. | MAR. ORS. | MICH. SPEA. | TOTAL VOTES | BLANK VOTE | TIMES CAST |
| Ashford Dunwoody Rd | 67 | 0 | 76 | 0 | 143 | 62 | 205 | 67 | 0 | 77 | 0 | 144 | 61 | 205 |
| Ashford Park Elem | 41 | 0 | 49 | 0 | 90 | 52 | 142 | 41 | 0 | 49 | 0 | 90 | 52 | 142 |
| Ashford Parkside | 59 | 0 | 96 | 0 | 155 | 47 | 202 | 59 | 0 | 96 | 0 | 155 | 47 | 202 |
| Briar Vista Elem | 82 | 0 | 112 | 0 | 194 | 104 | 298 | 83 | 0 | 112 | 0 | 195 | 104 | 299 |
| Briarcliff | 63 | 0 | 98 | 0 | 161 | 90 | 251 | 86 | 0 | 75 | 0 | 161 | 90 | 251 |
| Briarwood | 29 | 0 | 41 | 0 | 70 | 37 | 107 | 29 | 0 | 41 | 0 | 70 | 37 | 107 |
| Brookhaven | 86 | 0 | 65 | 0 | 151 | 48 | 199 | 86 | 0 | 65 | 0 | 151 | 49 | 200 |
| Clairemont East | 128 | 0 | 214 | 0 | 342 | 153 | 495 | 128 | 0 | 214 | 0 | 342 | 153 | 495 |
| Clairemont West | 160 | 0 | 271 | 0 | 431 | 205 | 636 | 160 | 0 | 271 | 0 | 431 | 206 | 637 |
| Clairmont Road | 79 | 0 | 121 | 0 | 200 | 87 | 287 | 79 | 0 | 121 | 0 | 200 | 88 | 288 |
| Coralwood | 66 | 0 | 131 | 0 | 197 | 140 | 337 | 61 | 0 | 117 | 0 | 178 | 170 | 348 |
| Druid Hills High | 40 | 0 | 74 | 0 | 114 | 146 | 260 | 40 | 0 | 74 | 0 | 114 | 146 | 260 |
| Emory Road | 20 | 0 | 28 | 0 | 48 | 39 | 87 | 20 | 0 | 43 | 0 | 63 | 29 | 92 |
| Emory South | 75 | 0 | 89 | 0 | 164 | 130 | 294 | 69 | 0 | 88 | 0 | 157 | 131 | 288 |
| Fernbank Elem | 37 | 0 | 103 | 0 | 140 | 194 | 334 | 37 | 0 | 103 | 0 | 140 | 194 | 334 |
| Harris-Margaret Harris | 52 | 0 | 49 | 0 | 101 | 30 | 131 | 55 | 0 | 52 | 0 | 107 | 32 | 139 |
| Johnson Estates | 40 | 0 | 66 | 0 | 106 | 87 | 193 | 39 | 0 | 66 | 0 | 105 | 87 | 192 |
| Kittredge Elem | 22 | 0 | 94 | 0 | 116 | 25 | 141 | 22 | 0 | 94 | 0 | 116 | 25 | 141 |
| Lakeside High (at poll) | 26 | 0 | 41 | 0 | 67 | 40 | 107 | 26 | 0 | 41 | 0 | 67 | 40 | 107 |
| Lavista | 72 | 0 | 68 | 0 | 140 | 75 | 215 | 72 | 0 | 68 | 0 | 140 | 75 | 215 |
| Lavista Road | 77 | 0 | 84 | 0 | 161 | 87 | 248 | 77 | 0 | 84 | 0 | 161 | 85 | 246 |
| Lin-Mary Lin Elem | 120 | 0 | 131 | 0 | 251 | 186 | 437 | 122 | 0 | 134 | 0 | 256 | 189 | 445 |
| Medlock | 86 | 0 | 176 | 0 | 262 | 167 | 429 | 86 | 0 | 176 | 0 | 262 | 168 | 430 |
| Montclair Elem | 44 | 0 | 50 | 0 | 94 | 19 | 113 | 44 | 0 | 50 | 0 | 94 | 19 | 113 |
| Montgomery Elem | 47 | 0 | 80 | 0 | 127 | 37 | 164 | 47 | 0 | 79 | 0 | 126 | 38 | 164 |
| Oak Grove Elem | 49 | 0 | 100 | 0 | 149 | 65 | 214 | 47 | 0 | 95 | 0 | 142 | 66 | 208 |
| Ponce de Leon | 119 | 0 | 156 | 0 | 275 | 126 | 401 | 119 | 0 | 156 | 0 | 275 | 126 | 401 |
| Sagamore Hills Elem | 79 | 0 | 184 | 0 | 263 | 128 | 391 | 79 | 0 | 185 | 0 | 264 | 127 | 391 |
| Scott (Scanner 2) | 54 | 0 | 70 | 0 | 124 | 79 | 203 | 54 | 0 | 69 | 0 | 123 | 76 | 199 |
| Shamrock (Scanner 1) | 32 | 0 | 55 | 0 | 87 | 61 | 148 | 32 | 0 | 55 | 0 | 87 | 50 | 137 |
| Silver Lake | 60 | 0 | 59 | 0 | 119 | 64 | 183 | 60 | 0 | 59 | 0 | 119 | 64 | 183 |
| Skyland | 51 | 0 | 46 | 0 | 97 | 63 | 160 | 51 | 0 | 46 | 0 | 97 | 63 | 160 |
| Cross Keys High | 35 | 0 | 17 | 37 | 89 | 23 | 112 | 35 | 0 | 17 | 37 | 89 | 24 | 113 |
| Decatur | 115 | 0 | 41 | 131 | 287 | 67 | 354 | 115 | 0 | 41 | 131 | 287 | 66 | 353 |
| Glennwood | 116 | 0 | 66 | 149 | 331 | 92 | 423 | 116 | 0 | 66 | 149 | 331 | 92 | 423 |
| Lakeside (in office) | 58 | 0 | 43 | 108 | 209 | 38 | 247 | 56 | 0 | 43 | 107 | 206 | 40 | 246 |
| Northlake | 49 | 0 | 25 | 60 | 134 | 64 | 198 | 49 | 0 | 28 | 61 | 138 | 63 | 201 |
| Oakhurst | 227 | 0 | 48 | 130 | 405 | 85 | 490 | 227 | 0 | 48 | 130 | 405 | 84 | 489 |
| Rehoboth | 39 | 0 | 42 | 59 | 140 | 34 | 174 | 39 | 0 | 42 | 51 | 132 | 34 | 166 |
| Scott (Scanner 1) | 50 | 0 | 59 | 69 | 178 | 23 | 201 | 50 | 0 | 59 | 69 | 178 | 23 | 201 |
| Shamrock (Scanner 2) | 31 | 0 | 33 | 33 | 97 | 16 | 113 | 31 | 0 | 33 | 33 | 97 | 5 | 102 |
| Winnona Park | 118 | 0 | 48 | 172 | 338 | 102 | 440 | 116 | 0 | 52 | 174 | 342 | 97 | 439 |
| Woodward | 93 | 0 | 25 | 81 | 199 | 38 | 237 | 93 | 0 | 25 | 81 | 199 | 37 | 236 |
| **TOTAL** | **2,993** | **0** | **3,524** | **1,029** | **7,546** | **3,455** | **11,001** | **3,004** | **0** | **3,509** | **1,023** | **7,536** | **3,452** | **10,988** |

16

If you compare the numbers, you can see that the tables are virtually identical, although there are a few errors that are probably mistakes in the hand count. This is the difference between the machine count and the ballot-shifted hand count:

| | | | | Difference | | | |
|---|---|---|---|---|---|---|---|
| PRECINCT | LAUR. ALEX. | DON. BROU. | MAR. ORS. | MICH. SPEA. | TOTAL VOTES | BLANK VOTE | TIMES CAST |
| Ashford Dunwoody Rd | 0 | 0 | 1 | 0 | 1 | -1 | 0 |
| Ashford Park Elem | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ashford Parkside | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Briar Vista Elem | 1 | 0 | 0 | 0 | 1 | 0 | 1 |
| Briarcliff | 23 | 0 | -23 | 0 | 0 | 0 | 0 |
| Briarwood | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Brookhaven | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Clairemont East | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Clairemont West | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Clairmont Road | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Coralwood | -5 | 0 | -14 | 0 | -19 | 30 | 11 |
| Druid Hills High | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Emory Road | 0 | 0 | 15 | 0 | 15 | -10 | 5 |
| Emory South | -6 | 0 | -1 | 0 | -7 | 1 | -6 |
| Fernbank Elem | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Harris-Margaret Harris | 3 | 0 | 3 | 0 | 6 | 2 | 8 |
| Johnson Estates | -1 | 0 | 0 | 0 | -1 | 0 | -1 |
| Kittredge Elem | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lakeside High (at poll) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lavista | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lavista Road | 0 | 0 | 0 | 0 | 0 | -2 | -2 |
| Lin-Mary Lin Elem | 2 | 0 | 3 | 0 | 5 | 3 | 8 |
| Medlock | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Montclair Elem | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Montgomery Elem | 0 | 0 | -1 | 0 | -1 | 1 | 0 |
| Oak Grove Elem | -2 | 0 | -5 | 0 | -7 | 1 | -6 |
| Ponce de Leon | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sagamore Hills Elem | 0 | 0 | 1 | 0 | 1 | -1 | 0 |
| Scott (Scanner 2) | 0 | 0 | -1 | 0 | -1 | -3 | -4 |
| Shamrock (Scanner 1) | 0 | 0 | 0 | 0 | 0 | -11 | -11 |
| Silver Lake | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Skyland | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cross Keys High | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Decatur | 0 | 0 | 0 | 0 | 0 | -1 | -1 |
| Glennwood | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lakeside (in office) | -2 | 0 | 0 | -1 | -3 | 2 | -1 |
| Northlake | 0 | 0 | 3 | 1 | 4 | -1 | 3 |
| Oakhurst | 0 | 0 | 0 | 0 | 0 | -1 | -1 |
| Rehoboth | 0 | 0 | 0 | -8 | -8 | 0 | -8 |
| Scott (Scanner 1) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Shamrock (Scanner 2) | 0 | 0 | 0 | 0 | 0 | -11 | -11 |
| Winnona Park | -2 | 0 | 4 | 2 | 4 | -5 | -1 |
| Woodward | 0 | 0 | 0 | 0 | 0 | -1 | -1 |
| TOTAL | 3,004 | 0 | 3,509 | 1,023 | 7,536 | 3,452 | 10,988 |

## Conclusion

Although no hand count is perfect, after comparing the two counts, the certified hand count appears to be more than accurate enough to determine the outcome of the Commission District 2 race. There was a large error introduced into the machine count by the ballot shift; but we do not see any evidence of other sources of error.