# EXHIBIT 13

| | |
|---|---|
| **Subject:** | Re: 1 of 2 FW: Garrett, Sean A. shared the folder "Ballot Images - 05.24.2022 Database 1" with you. |
| **Date:** | Tuesday, June 7, 2022 at 11:36:04 AM Eastern Daylight Time |
| **From:** | J. Alex Halderman |
| **To:** | Marilyn Marks |
| **CC:** | Philip Stark, Skoglund Kevin, Duncan Buell, Harri Hursti |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image.png |

Aha!

Here's an example of a Spears ballot that scanned for Orson.



The QR code decodes as follows:

```
{
  "QRBallotStructureVersion": 1,
  "PollKeyInId": 91,
  "BallotCards": [
    {
      "BallotCardId": 1245,
      "BallotCardVotes": "011000010000000101001010000100010001100001110010",
      "BallotCardWriteIns": []
    },
    {
      "BallotCardId": 1246,
      "BallotCardVotes": "101010101010101010010101010101010101010101000010000000",
      "BallotCardWriteIns": []
    }
  ],
  "MAC": "e3bbf601311e4bc5074c1aeab139b28677c4c63be9fa914600a45e9d3c731562"
}
```

Note that there are two ballot cards. It appears that the County Commissioner District 2 contest is the last few bits in the vector for the first ballot card. If that's true everywhere, it's likely that no other contests were affected.

On Tue, Jun 7, 2022 at 11:00 AM Marilyn Marks <Marilyn@uscgg.org> wrote:

If anyone wants to play with the ballot images from DeKalb, here is first set.
Will not be too surprising to find mismatches between Audit Mark and printed text on ballot on BMD ballots, although they claim that they have tested for that.

I have not tried to download yet.

---

**From:** "Garrett, Sean A." <sagarrett@dekalbcountyga.gov>
**Date:** Tuesday, June 7, 2022 at 10:32 AM
**To:** Joy Wasson <bjoywasson@gmail.com>, "garlandf@voterga.org" <garlandf@voterga.org>, "marilynrmarks@gmail.com" <marilynrmarks@gmail.com>, "juanfordems@gmail.com" <juanfordems@gmail.com>
**Subject:** Garrett, Sean A. shared the folder "Ballot Images - 05.24.2022 Database 1" with you.



**Garrett, Sean A. shared a folder with you**

Here's the folder that Garrett, Sean A. shared with you.

Ballot Images - 05.24.2022 Database 1

This link will work for anyone.

[Open]

 Privacy Statement