# EXHIBIT 15

# BARROW COUNTY
## OFFICIAL BALLOT
## GENERAL AND SPECIAL ELECTION
## OF THE STATE OF GEORGIA
## NOVEMBER 3, 2020

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

332-02



For President of the United States (Vote for One) (NP)
   Vote for Joseph R. Biden (Dem)

For United States Senate (Perdue) (Vote for One) (NP)
   Vote for Jon Ossoff (Dem)

For United States Senate (Loeffler) - Special (Vote for One) (NP)
   Vote for Joy Felicia Slade (Dem)

For Public Service Commissioner (Vote for One) (NP)
   Vote for Robert G. Bryant (Dem)

For Public Service Commissioner (Vote for One) (NP)
   Vote for Daniel Blackman (Dem)

For U.S. Representative in 117th Congress From the 10th Congressional District of Georgia (Vote for One) (NP)
   Vote for Tabitha Johnson-Green (Dem)

For State Senator From 47th District (Vote for One) (NP)
   Vote for Dawn Johnson (Dem)

For State Representative In the General Assembly From 116th District (Vote for One) (NP)
   Vote for Terry England (I) (Rep)

For District Attorney of the Piedmont Judicial Circuit (Vote for One) (NP)
   Vote for Brad Smith (I) (Rep)

For Judge of the Probate Court (Vote for One) (NP)
   Vote for Tammy S. Brown (I) (Rep)

For Clerk of Superior Court (Vote for One) (NP)
   Vote for Janie Jones (Rep)

For Sheriff (Vote for One) (NP)
   Vote for Jud Smith (I) (Rep)

For Tax Commissioner (Vote for One) (NP)
   Vote for Jessica Garrett (Rep)

For Coroner (Vote for One) (NP)
   Vote for Kenneth Cooper (Rep)

For Chief Magistrate (Vote for One) (NP)
   Vote for Caroline Power Evans (I) (Rep)

For County Commission Chairman (Vote for One) (NP)
   Vote for Pat Graham (I) (Rep)

For County Board of Education District 6 (Vote for One) (NP)
   Vote for Rickey Bailey (I) (Rep)

For County Board of Education District 8, At Large (Vote for One) (NP)
   Vote for Jordan Raper (I) (Rep)

For Oconee River Soil and Water Conservation District Supervisor (Vote fo One) (NP)
   Vote for Staci Jo Waters

Constitutional Amendment #1 (NP)
   Vote for YES

Constitutional Amendment #2 (NP)
   Vote for YES

Statewide Referendum A (NP)
   Vote for YES

00350_00006_000029.tif scanned at: 10:34:42 on 11/24/20.

Scanned on: ICC   Tabulator: 350   Batch:  6
Poll ID:    43   Ballot ID: 22

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Joy Felicia Slade (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 10
  Tabitha Johnson-Green (Dem)
State Senate District 47
  Dawn Johnson (Dem)
State House District 116
  Terry England (I) (Rep)
District Attorney - Piedmont
  Brad Smith (I) (Rep)
Probate Judge
  Tammy S. Brown (I) (Rep)
Clerk of Superior Court
  Janie Jones (Rep)
Sheriff
  Jud Smith (I) (Rep)
Tax Commissioner
  Jessica Garrett (Rep)
Coroner
  Kenneth Cooper (Rep)
Chief Magistrate
  Caroline Power Evans (I) (Rep)
County Commission Chair
  Pat Graham (I) (Rep)
Board of Education District 6
  Rickey Bailey (I) (Rep)
Board of Education District 8 At Large
  Jordan Raper (I) (Rep)
Soil and Water - Oconee River
  Staci Jo Waters
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES