# EXHIBIT 16

NOTE: Mailing or delivery may be made by the elector's mother, father, grandparent, aunt, uncle, brother, sister, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law, sister-in-law, or an individual residing in the household of such elector.

**O.C.G.A. § 21-2-385(b):** A physically disabled or illiterate elector may receive assistance in preparing his or her ballot from any person of the elector's choice other than such elector's employer or the agent of such employer or an officer or agent of such elector's union; provided, however, that no person whose name appears on the ballot as a candidate at a particular primary, election, or runoff nor the mother, father, grandparent, aunt, uncle, sister, brother, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law, or sister-in-law of such candidate shall offer assistance during such primary, election, or runoff under the provisions of this Code section to any elector who is not related to such candidate. For the purposes of this subsection, the term "related to such candidate" shall mean such candidate's mother, father, grandparent, aunt, uncle, sister, brother, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law, or sister-in-law. The person rendering assistance to the elector in preparing the ballot shall sign the oath printed on the same envelope as the oath to be signed by the elector. Any person who willfully violates this subsection shall be guilty of a felony and, upon conviction thereof, shall be sentenced to imprisonment for not less than one nor more than ten years or to pay a fine not to exceed $100,000.00, or both, for each such violation.

**AN ABSENTEE BALLOT MUST BE RECEIVED IN THE OFFICE OF THE BOARD OF REGISTRARS BY 7:00 P.M. (CLOSE OF THE POLLS) ON THE PRIMARY OR ELECTION DAY IN ORDER TO BE COUNTED. ALTHOUGH GEORGIA LAW PROHIBITS ANYONE FROM VOTING AN ABSENTEE BALLOT ON PRIMARY OR ELECTION DAY, IT DOES NOT PROHIBIT A PERSON FROM MAILING AN ABSENTEE BALLOT WHICH HAS ALREADY BEEN VOTED ON THAT DAY; HOWEVER, IT WILL NOT BE COUNTED UNLESS RECEIVED IN THE REGISTRAR'S OFFICE BY 7:00 P.M. EXCEPTION: A REGISTRAR MAY DELIVER, ON THE DAY OF THE PRIMARY OR ELECTION, AN ABSENTEE BALLOT TO AN ELECTOR CONFINED IN A HOSPITAL, AND SUCH ELECTOR MAY THEN AND THERE VOTE THE ABSENTEE BALLOT.**