# EXHIBIT 19

# In The Matter Of:

*State Election Board Meeting*

---

*September 28, 2022*

---

*Steven Ray Green Court Reporting LLC*

*1579 Monroe Drive, NE*

*Suite F, Number 614*

*Atlanta, Georgia 30324*

*404-733-6070*

Original File 9-28-22 SOS Board Meeting.prn

**Min-U-Script® with Word Index**

THE OFFICE OF THE SECRETARY OF STATE

STATE OF GEORGIA


IN THE MATTER OF:
STATE ELECTION BOARD HEARING


GEORGIA STATE CAPITOL BUILDING
ROOM 341
ATLANTA, GEORGIA 30334


SEPTEMBER 28, 2022
9:00 A.M.


PRESIDING OFFICER:  Mr. William S. Duffey, Jr.
Chair, State Election Board


STEVEN RAY GREEN COURT REPORTING, LLC
Rebecca Barr, CCR
Atlanta, Georgia

1

APPEARANCE OF THE PANEL

Mr. William S. Duffey, Jr., Chair

Mr. Matthew Mashburn, Member

Mrs. Sara Tindall Ghazal, Member

Mr. Edward Lindsey, Member

Dr. Janice W. Johnston, Member

Transcript Legend

(sic) - Exactly as said.

(ph.) - Exact spelling unknown.

-- Break in speech continuity.

... Indicates halting speech, unfinished sentence
or omission of word(s) when reading.

Quoted material is typed as spoken.

Inaudible - unable to be heard.

Unintelligible - incapable of being understood.

```
 1              P R O C E E D I N G S
 2         MR. DUFFEY:  All right.  Good morning,
 3    everybody.  Is this is working?  Can you hear
 4    me?
 5         MR. MASHBURN:  Yes.
 6         MR. DUFFEY:  Okay.  I want to call to
 7    order the meeting of the State Election Board
 8    on this September 28th of 2022.  Thank you for
 9    all being here, including those that are
10    watching us by the livestream.  As you know,
11    we begin usually with an invocation and a
12    Pledge of Allegiance.  And I'm going to do
13    that myself today.
14         Invocations in -- in the various jobs
15    that I've had in public service I think serve
16    the purpose that one, that it ought to reach
17    across all religions and all beliefs.  But it
18    is the purpose I think of an invocation is
19    before a meeting especially to make people
20    think is there a higher purpose in our lives.
21    And is there a higher purpose with respect to
22    the -- to the content and -- and the meeting
23    that is being conducted.
24         So I had a chance a couple of years ago
25    to be on the Island of Iona in Scotland.  And
```

1       there in Scotland when we were walking towards
2       the Bay of Columba.  The person who was
3       leading us read us a poem and I'm going to
4       read you that poem.  It's by R. S. Thomas.  I
5       would ask you to just think about the words.
6       You can view it as a prayer, if you'd like.
7       You can view it as just something that's
8       reflective, if you'd like.  It's up to you.
9       But the poem one, is beautifully written.
10      It's R. S. Thomas was probably if you asked
11      him, he considered himself more a poet than a
12      theologian.  But he was credentialed as a
13      theologian, as well.  And this is the poem:
14      It's called The Bright Field.

15          I've seen the sun break through to
16      illuminate a small field.  For a while and
17      gone my way and forgotten it.  But that was
18      the pearl of great price.  The one field that
19      had treasure in it.  I realize now that I must
20      give all that I have to possess it.  Life is
21      not hurrying on to a receiving future.  Nor
22      hankering after the imagined past.  It is the
23      turning aside like Moses to the miracle of the
24      lit bush to a brightness that seemed as
25      transitory as your youth once.  But is the

4

1     eternity that awaits you.

2          And I think that puts in perspective of

3     the issues that we're going to talk about

4     today.  But there -- it is a point in time of

5     our lives, an important time in the history of

6     our state and our country.  And that we ought

7     to consider how this point informs both.

8          So with that, if you'll all stand, we'll

9     recite the Pledge of Allegiance.

10         (Pledge of Allegiance)

11         MR. DUFFEY:  Be seated please.  This is a

12    different sort of meeting by -- for the Board.

13    It was something that occurred to us after our

14    last marathon nine-hour meeting.  Where we

15    went over a lot of complaints and made

16    decisions.  And I can't -- and I felt as if

17    there was a need for an opportunity to

18    communicate more fundamentally about things

19    that were known to us.  That I think are

20    important to be known to you.  And that we

21    ought to have a meeting which I have called

22    within -- within the Board in our discussions,

23    a -- a informational meeting.

24         But I want -- but before we do the

25    presentations, I want to first tell you an

1    incident that had a fundamental impact on me

2    as a lawyer.  I've been a lawyer for a long

3    time.  But when I was very young, I had a case

4    that taught me two important things which has

5    guided us I think collectively as a Board but

6    has certainly guided me in my life in my

7    public duties.

8         So when I was a very young lawyer, one of

9    the first cases I had was a case in Florida

10   where I was to go down and try the case.  I

11   was -- at that time I was trying cases

12   exclusively.  And my job was to go down to --

13   to Florida and try this case on the coast.  It

14   was a criminal case.  I was going to prosecute

15   the case.  But I was going to do it in a place

16   where I wasn't living.  I was a travelling

17   lawyer.  And so I'd go from location to

18   location.

19        And when I got there, I knew enough about

20   the case but when I got there, I talked to not

21   only the defense counsel, but also to the

22   local prosecutor who was helping me and had

23   worked up the case to try.  And I was there a

24   week before to get prepared to actually do

25   that.  And it was interesting because I had

1      these two people with two fundamentally

2      different views of the single issue.

3          (Phone ringing)

4          UNKNOWN SPEAKER:  They're buying lunch.

5          MR. DUFFEY:  In the court I would take

6      that away, but I don't think I can do that in

7      this position.  And anybody else who have

8      their phones on, if you would silence that

9      would -- that would be a good idea.

10         So anyway back -- back to Florida.  So I

11     have -- I have the defense counsel and I had

12     my local prosecutor who had this fundamentally

13     different view of a particular issue in the

14     case and that was the defendant's alibi.  So

15     this was a woman who had been charged with

16     selling quaaludes which was the drug of choice

17     at the time, cocaine and marijuana, fairly

18     significant amounts.  We had three counts

19     against her.  And one of the counts the

20     defense lawyer had raised an alibi defense.

21         An alibi defense is a -- is a law

22     defense, legal defense, and once it's raised,

23     if there's a credible basis for the alibi,

24     then the government has to prove the element

25     of the offense.  Which is they did, in fact,

1    the defendant was present when the crime was

2    committed and committed the crime.  So that's

3    the law.

4        And I realized at that point when I had

5    this contest that I had to always be cognizant

6    that it was -- it was the government's burden

7    of proof to prove that she was present and had

8    the intent to commit the crime.  Here was the

9    problem and it was interesting because the

10   prosecutor, the local prosecutor and defense

11   lawyer totally agreed upon this.  They said

12   there was a woman, the alibi witness was going

13   to testify that on the date of one of the

14   charges that they were together not where the

15   crime occurred.  But in a city that was about

16   an hour and a half away visiting a place in

17   Florida called Wakulla Springs.  You've heard

18   of that it's sort of a resort sort of place

19   where people travel for recreational purposes.

20   But it's -- but it's -- I found out it's also

21   a significant wedding venue.  A lot of people

22   get married at Wakulla Springs.

23       So I said, I need to know the facts of

24   this case if I have the duty to follow the

25   law.  And they said, well, she's very

1    believable.  She tells about the day that they

2    went which was the date in which the drug

3    transaction had occurred.  And I said, well, I

4    know that that's your evaluation, but I need -

5    - if I'm -- if I am, in fact, going to think

6    about giving up a count because I believe the

7    alibi witness is telling the truth then I've

8    got to talk to her myself.

9         So we -- so we spent about an hour and a

10   half talking to the most delightful, honest

11   witness that I have ever had in a criminal

12   case that was testifying on behalf of the

13   defendant.  But I couldn't understand why

14   because the evidence of her presence was so

15   strong.  I couldn't understand why we had this

16   conflicting evidence by somebody that I

17   thought was incredibly believable and was

18   trying to be as honest and forthcoming as she

19   could.

20        So as we neared the end of the interview,

21   I said, well, how -- how do I really know she

22   was there.  Not that I didn't believe her, but

23   I just thought that I had to get more detail

24   about the visit.  And so I said, tell me about

25   Wakulla Springs.  Tell me about the weather.

1       The weather matched perfectly with the weather
2       information that we had.  How long did it take
3       you to get there?  She said who drove.  She
4       remembered -- she remembered all of that.  And
5       then I said, can you describe Wakulla Springs
6       and she -- I hadn't been there, but I had
7       enough information to -- to believe that that
8       was an accurate description.
9            And then she said, and one of the things
10      I really liked was the gazebo.  I said, well,
11      tell me about the gazebo.  And she said, it's
12      a gazebo.  It was white, you know, it's kind
13      of round.  And I said, why did that -- why do
14      you remember that?  And she said, because of
15      the wedding that was in the gazebo on that
16      weekend.  I said, well, tell me about the
17      wedding.  She said, God, it was beautiful.
18      The bride had a long white dress.  She had
19      flowers that were blue and white.  And -- and
20      actually I think she had shoes, and she was
21      taken by the fact that all this matched.  Told
22      about the husband, about the groom and what he
23      wore.  It was a traditional tux.
24           To me hearing that not only is she
25      credible, but she's got good recollection of

1    the details of that day.  And so I thanked her

2    for coming in.  Thanked her for her

3    forthcoming description of everything that had

4    happened.  And then we left.  And I -- and I

5    told the -- the younger fellow who was helping

6    me, I wasn't all that old, so he was

7    -- actually he might have been older.  I said,

8    you know, we need to call the venue to at

9    least confirm that there was a wedding that

10   day.

11       He said, well, that's a good idea.  I

12   haven't done that yet.  So we got the number

13   for the manager of Wakulla Springs.  And asked

14   him was there a wedding.  He had a book and

15   said, well, let me check.  He went through it.

16   On that date that she said they were there,

17   there was a wedding.  And so all of this is,

18   you know, we're trying to be fair and honest

19   in this.  But everything is lining up with

20   respect to this alibi.  So then I asked him

21   this question:  Do you -- is there anybody

22   there that can tell me about the wedding?  And

23   he said, well, yes.  I said, well, who that

24   is.  And he said, well, that's me.  I said,

25   well, why do you know about it?  He said,

1    because one, I'm the wedding coordinator.  And

2    I'm the florist.  So I'm intricately involved

3    in all the details of the wedding.

4         And he said, and this book that I'm

5    reading out of it shows the date of the

6    wedding on the date that you asked about has -

7    - I keep notes about the weddings, because I

8    want to remember.  And I said, okay.  Well, go

9    to the date that I gave him that she was

10   supposed to have been there.  I said, well,

11   tell me about the wedding on that day.  And he

12   said, it's really interesting because I

13   remember that really distinctly because it was

14   unusual.

15        And I said, well, what was unusual about

16   it?  He said there was -- there were two

17   things that one, as the florist I didn't think

18   was in line with what you should do on a

19   wedding in that -- in that season.  And the

20   second was that we didn't often have this.

21   And I said, so what are the two things.  He

22   said, one, the bride was getting remarried and

23   refused to wear a long white dress and she

24   wanted a beige cocktail dress.  And I said, so

25   what's the other interesting thing?  He said,

```
 1          she insisted even though it was in the Spring
 2          of having fall colored flowers to go with her
 3          dress.  I said, what do you mean by fall
 4          colors?  Orange, brown, some yellow.  And I
 5          said, what date was that wedding on?  And he
 6          gave me the date which was the date that they
 7          were supposed to have been there.  I said,
 8          well, can you look in your book and tell me
 9          about a wedding where there was a -- was there
10          a wedding in which a woman wore a long white
11          dress, had blue flowers and might have even
12          worn blue shoes.  He said that was the
13          following weekend.
14               Completely honest witness.  Simply wrong
15          on the dates.  And, in fact, it showed that
16          our evidence was that she had, in fact, been
17          present had no alibi and she was convicted of
18          that offense.  And why is that important?  I
19          think as a lawyer, and I think as all of us in
20          life should do two things.  One is to make
21          sure we understand those things that guide and
22          are required to be followed in an environment.
23          We do that every day.  We abide by laws.  We
24          know what the laws are.  Sometimes we don't
25          strictly abide by the laws because we have
```

1    some other motivation.  But for the important
2    laws we know what they are, and we abide by
3    them.
4         And then second, the facts always have to
5    show based upon the law that they support the
6    law and the conduct that was abiding by the
7    law or conduct that did not abide by the law.
8    And I say that because this informational
9    meeting is one of our purposes, is to do just
10   that.  We want you to know what the law it.
11   And second, we want you to know what facts we
12   know as we struggle with the intersection of
13   the facts that are -- that are really
14   important in this -- in this case having to do
15   with an upcoming election.  And frankly having
16   to deal with the past election as they might
17   reflect on the upcoming election.
18        But -- but secondly, to -- to know that
19   when we agreed to do this job, one of the
20   things that we agreed to do, is that we were
21   bound by the law of the State of Georgia.  And
22   I -- and I went back and looked at it.  We
23   just haven't done a very good job of
24   explaining that.  We haven't done a very good
25   job at all about telling you factually

1          information that might help you understand
2          what it is that we're dealing with.
3          Particularly how these machines work and we're
4          not -- this is not an advocacy event.
5                We're -- we're not bringing in people to
6          say, well, they work this way.  No, we don't
7          agree with that.  This is just a description
8          and it's the same description that the first
9          thing that I did when I became Chair, is I
10         said, I want to go and see these machines.
11         And I want to look at them.  I want to see
12         what they're like and how do they operate.  I
13         don't want anybody to tell me about why they
14         don't operate or do operate the way they're
15         supposed to.  I just want to understand the
16         system.  I want you to understand the system.
17               So that's what we're going to do today.
18         Remembering that the law has to be followed
19         and the facts are important.  And -- and I --
20         and what I learned fundamentally from my --
21         from my experience in Florida was this:  That
22         in order to find truth, requires objectivity
23         and an open mind and a willingness to change
24         your position one way or the other based upon
25         what the law is and what the facts show.

1           And so I think the best organizations are

2       one where people are open to information.  And

3       only after they get a full understanding of

4       information do they reach a conclusion about

5       what their belief is and what they want -- and

6       what they ultimately want to advocate.  And

7       what facts are available to allow them to

8       advocate.

9           So with that, I want to start with the

10      law.  Anybody who would like to can go and

11      pull out Title 21.  I would -- I would

12      encourage all of you to read Title 21 having

13      to do with elections.  That's the Official

14      Code of Georgia, Title 21 which is the title

15      having to do with elections.  And read it from

16      the beginning to the end.  Because that gives

17      you the legal framework within which laws are

18      conducted in our state as determined by the

19      General Assembly.

20          And so what we're going to do this

21      morning is take those portions of that, is --

22      you know some of that is pretty formulating.

23      It has to do with having to file certain

24      things that are unrelated to the actual

25      conduct of election.  But I've asked Matt

1    Mashburn who was the acting Chair before I

2    became Chair.  But has served on this Board --

3    how long?

4         MR. MASHBURN:  I'm on two, three years.

5         MR. DUFFEY:  Okay.  So as the longest

6    serving Board member, does election law work

7    and does a lot of work as a lawyer with having

8    to look at legal documents and I like to make

9    sure that they're done properly.  So I have

10   asked him to just summarize for you.  And in

11   some cases, the summary is almost verbatim

12   what comes out of the statute so that you can

13   understand the Board.  And you can understand

14   the election process.  So with that, I turn it

15   over to Matt.

16        MR. MASHBURN:  Thank you, Mr. Chairman.

17   I'm going to move this monitor a little bit

18   this way so that court reporter can actually

19   see my -- me making the words.  I think that's

20   helpful rather than me being behind a monitor.

21   So you can't see.

22        MR. DUFFEY:  They can't hear you.  Can

23   you pull the microphone closer, please?

24        MR. MASHBURN:  I don't think -- there we

25   go.  Okay.  I tried to move it earlier.  It's

```
 1        not on.  You might need to turn it on.
 2              MR. DUFFEY:  Maybe -- well, how do I do
 3        that?
 4              MR. MASHBURN:  There's a --
 5              MR. DUFFEY:  Are you number one?
 6              MR. MASHBURN:  Yeah.
 7              MR. DUFFEY:  You mean I have control over
 8        everybody speaking?
 9              MR. MASHBURN:  Yeah.  Power.  Test, test,
10        test, test, test, test.
11              MR. DUFFEY:  Is that better?  Can you
12        hear now?  Okay.
13              THE AUDIENCE:  A lot better.  Thank you.
14              MR. DUFFEY:  And in the back can
15        everybody hear in the back?
16              THE AUDIENCE:  A little more.  Not
17        really.  It's a little low.
18              MR. MASHBURN:  Test, test, test.
19              THE AUDIENCE:  (Inaudible.)
20              MR. DUFFEY:  Now try it.
21              MR. MASHBURN:  My voice probably picks up
22        volume, as we go along.  There we go.  I'll
23        back away now.
24              MR. DUFFEY:  So now I can -- now I know I
25        can turn the monitor on.
```

1              MR. MASHBURN:  You've got all kind of

2       power.

3              MR. DUFFEY:  I can also determine how --

4       whether they can be heard.  Okay.

5              MR. MASHBURN:  Well, one of the things we

6       do is as -- as lawyers, we start with the law

7       and read the law first.  And rather than read

8       all of Title 21 for everyone here today, I'm

9       going to summarize only the applicable

10      statutes and provisions.  So we start with one

11      of the things that you find out as a young

12      lawyer with regard to the law, is that you

13      can't just understand the law by reading one

14      provision.  Because many provisions lead you

15      to another provision that leads you to another

16      provision.  So it leads you to another

17      provision.  So we're going to do a little bit

18      of that today.  It just -- so that everybody

19      can have the same frame for it.

20             So we start with Title 21, we start in

21      Article 8A of the Georgia Election Code.  And

22      it's entitled:  Statewide voting equipment.

23      And it carries the sub-caption for 21-2-300,

24      provision of new voting equipment by state.

25      Uniform system for all elections to be

1      conducted with the use of scanning ballots

2      marked by electric -- electronic ballot

3      markers.  Pilot programs authorize county

4      responsibilities, education, county, and

5      municipal contracts for equipment.

6           So within 21-2-300, we now proceed to 21-

7      2-300(a)(2).  And that provides that all

8      federal, state, county, general primaries and

9      general elections as well as special primaries

10     and special elections in the State of Georgia

11     shall be conducted with the use of scanning

12     ballots marked by electronic ballot markers

13     and tabulated by using a ballot scanner for

14     voting at the polls and for absentee ballots

15     cast in person unless otherwise authorized by

16     law provided; however, that such electronic

17     ballot marker shall produce paper ballots

18     which are marked with the elector's choice in

19     a format readable by the elector.

20          Thus 21-2-300(a)(2) has two requirements.

21     The ballots must carry both the capability of

22     being scanned and of being verified by the

23     voter prior to it being scanned.  And -- and

24     also human readable in the event of a hand

25     recount.  So now we've introduced the

1      electronic ballot marker.  Let's look at the

2      definition of the electronic ballot marker.

3           O.C.G.A. 21-2-2 7.1, defines and

4      electronic ballot marker as an electronic

5      device that does not compute or retain votes,

6      may integrate components such as -- such as a

7      ballot scanner, printer, touchscreen monitor,

8      audio output and a navigational keypad.  And

9      uses electronic technology to independently

10     and privately mark a paper ballot at the

11     direction of an elector.  Interpret ballot

12     selections, communicate such interpretation

13     for elector verification.  And print an

14     elector verifiable paper ballot.

15          So now we move to -- we'll skip ahead to

16     21-2-381.  And that provides:  In any primary

17     or election in which the use of voting

18     equipment is impossible or impracticable for

19     the reasons set out in Code section 21-2-334

20     the primary election may be conducted by paper

21     ballot in the manner provided in Code section

22     21-2-334.

23          So now we have to turn to 21-2-334 and

24     find out what the reasons are.  And the

25     reasons set out in 21-2-334 are if a method of

1    nomination or election for any candidate or

2    office or a voting on any question as

3    prescribed by law in which the use of voting

4    machines is not possible or practicable or in

5    such case at any primary or election the

6    number of candidates seeking nomination or

7    nominated for any office renders the use of

8    voting machines for such office at such

9    primary or election impracticable or if for

10   any other reason at any primary or election

11   the use of voting machines wholly or in part

12   is not practicable.

13       So now we move ahead to 21-2-418(H), as

14   in hotel.  And that provides notwithstanding

15   any other provision of this chapter to the

16   contrary in the event that the voting machines

17   or DRE units at a polling place malfunction

18   and cannot be used to cast ballots or some

19   other emergency situation exists which

20   prevents the use of such equipment to cast

21   votes, provisional ballots may be used by the

22   electors at the polling place to cast their

23   ballots.  In such event, the ballots cast by

24   electors whose names appear on the elector's

25   list for such polling place shall not be

1       considered provisional ballots and shall not

2       require verification as provided by Code

3       section 21-2-419 provided; however, that

4       persons whose names do not appear on the

5       elector's list for such polling place shall

6       vote provisional ballots which shall be

7       subject to verification under Code section 21-

8       2-419.

9            So now we're going to take a break from

10      actually just reading statutes and move along

11      in -- in the wake of the 2020 election, the

12      General Assembly made public policy choices

13      about the voting systems in use in Georgia.

14      And did so in several ways.  Two bills were

15      filed in 2021 that would have variously

16      required or allowed at the option of the

17      County Election Superintendent the use of hand

18      marked paper ballots rather than ballot

19      marking devices.  The bills were SB-233 and

20      SB-273.

21           233 proposed to specifically delete

22      ballot marking device and to change the method

23      of casting votes to a non-electronic marking

24      tool designed for electors to indelibly hand

25      mark votes on paper ballots or paper ballot

1          card or cards that was assigned to a committee
2          but did not advance to a hearing.
3               SB-273, the title of which was elections
4          and primaries conduct elections by paper
5          ballots in 2021.  Authorize local governments
6          proposed to specifically provide that in any
7          primary or election conducted during 2021, the
8          primary or election may be conducted by a
9          county, municipality, or consolidated
10         government, of the option of its election
11         superintendent by paper ballot in the manner
12         provided for in Code section 21-2-334.  It was
13         assigned to a committee but did not advance to
14         a hearing.
15              In 2022, the Georgia General Assembly
16         spoke directly about the application of the
17         Board's emergency powers.  And specifically in
18         the context of the Board's exercise of
19         emergency powers under the 2020 election.
20         Unlike the United States Congress, and its
21         congressional record that carries the
22         proceedings of the Congress.  And that a
23         series called the U.S. Code Congressional and
24         Administrative news that I lived in when I was
25         an undergrad in law school.

```
 1              In addition to special legislative
 2      findings that are sometimes made, the preamble
 3      to a bill is widely regarded as the definitive
 4      legislative history of laws enacted in
 5      Georgia.  And the preamble to SB-202, the
 6      General Assembly wrote that some of its
 7      purposes in the bill were to limit the ability
 8      of the State Election Board and the Secretary
 9      of State to enter into certain consent
10      agreements, settlements, and consent orders,
11      to provide additional requirements on the
12      State Election Board's power to adopt
13      emergency rules and regulations.  To provide
14      for allocation of voting equipment by counties
15      and municipalities.  To amend Title 50 of the
16      Official Code of Georgia Annotated relating to
17      general provisions regarding state government
18      so as to provide for the submission and
19      suspension of emergency rules by the State
20      Election Board.  The General Assembly
21      specifically created a brand new Code section
22      which was O.C.G.A. -- Official Code of Georgia
23      Annotated 21-2-35.
24          And that Code section carries the title,
25      Imminent Peril Requirement for Adoption of
```

1    Emergency Rules or Regulations; Notice;

2    Certification of Strict Compliance;

3    Conflicting Provisions.

4         And, specifically, in 21-2-35(a), the law

5    provides notwithstanding any other provision

6    in this chapter, Chapter 3 of Title 38

7    relating to emergency management for Chapter

8    13 of Title 50, the Georgia Administrative

9    Procedures Act to the contrary the State

10   Election Board may only adopt emergency rules

11   or regulations in circumstances of imminent

12   peril to public health, safety, or welfare.

13   To adopt any such emergency rule or regulation

14   in addition to any other rule-making

15   requirement in this chapter, or Chapter 13 of

16   Title 50, the State Election Board shall give

17   notice to the public of its intended action.

18   Immediately upon the setting of the date and

19   time of the meeting at which such emergency

20   rule or regulation is to be considered give

21   notice by email of its intended action to the

22   Governor; the Lieutenant Governor; the Speaker

23   of the House of Representatives; the

24   chairpersons of the standing committees of

25   each house of the General Assembly tasked with

1        election matters; legislative counsel and the

2        chief executive officer of each political

3        party registered pursuant to subsection (a) of

4        Code Section 21-2-110.

5             And it must state in the notice as

6        required by paragraphs (1) and (2) the nature

7        of the emergency and the manner in which such

8        emergency represents an imminent peril to

9        public health, safety, or welfare.  Upon

10       adoption of promulgation of any emergency rule

11       or regulation pursuant to this Code section, a

12       majority of the State Election Board shall

13       certify in writing that such emergency rule or

14       regulation was made in strict and exact

15       compliance with the provisions of this chapter

16       and subsection (e) of Code Section 50-13-4.

17            And in the event of any conflict between

18       the Code section and any other provision of

19       Chapter 13 of Title 50, this Code section 21-

20       -- 21-2-35 shall govern and supersede any such

21       conflicting provision.

22            So to close out the statutory portion we

23       need to look at O.C.G.A. 50-13-4.  And,

24       specifically, 50-13-4(b).  If any agency finds

25       that an imminent peril to the public health,

1       safety, or welfare, including but not limited

2       to, summary processes such as quarantines,

3       contrabands, seizures, and the like authorized

4       by law without notice, requires adoption of a

5       rule upon fewer than 30 days notice and states

6       in writing its reasons for that finding, it

7       may proceed without prior notice or hearing or

8       upon any abbreviated notice and hearing that

9       it finds practicable to adopt an emergency

10      rule.  Any such rule adopted relative to a

11      public health emergency shall be submitted as

12      a promptly as reasonably practicable to the

13      House of Representatives and Senate Committees

14      on Judiciary provided that any such rule

15      adopted relative to a state of emergency by

16      the State Election Board shall be submitted as

17      soon as practicable but not later than 20 days

18      prior to the rule taking effect.  Any

19      emergency rule adopted by the State Election

20      Board pursuant to the provisions of this

21      subsection may be suspended upon the majority

22      vote of the House of Representatives or Senate

23      Committees on the Judiciary within 10 days of

24      the receipt of such rule by the committees.

25      The rule may be effective for a period of not

1    longer than 120 days but the adoption of an

2    identical rule under paragraphs (1) and (2) of

3    subsection (a) of this Code section is not

4    precluded; provided, however, that such a rule

5    adopted pursuant to discharge of

6    responsibility under an Executive Order

7    declaring a state of emergency or disaster

8    exists as a result of a public health

9    emergency as defined in Code section 38-3-3

10   shall be effected -- effective for the

11   duration of the emergency or disaster and for

12   a period of not more than 120 days thereafter.

13        So finally, case law also impacts our

14   deliberations and our discussions.  In Voter

15   GA and Phillip Singleton versus State of

16   Georgia, Judge Kimberly M. Esmond-Adams a

17   judge on the Fulton County State Court

18   considered whether electronic ballot marking

19   devices complied with voting law requirements

20   in O.C.G.A. 21-2-2(7.1) and O.C.G.A.

21   21-2-300(a)(2).  In this case, the petitioners

22   claim that the State's current electronic

23   voting system does not comply with State law.

24   They argued that the paper ballot generated by

25   the Dominion ballot marking devices does not

1      comply with O.C.G.A. 21-2-2(7.1) and O.C.G.A.

2      21-2-300(a)(2), the two sections that were

3      just described previously.  Petitioners

4      requested that the Court order the State

5      switch to hand marked paper ballots counted by

6      scanners.

7          The State of Georgia moved to dismiss the

8      case.  In dismissing the case on May 31st,

9      2022, the Court said, the fact that paper

10     ballots include a QR code which the system

11     uses to tabulate votes does not violate either

12     statute's requirements that the paper ballots

13     be produced, and that the interpretation of

14     the elector's intent be produced in a readable

15     fashion.  These requirements are satisfied by

16     the printed paper ballots produced by the

17     ballot marking devices.  The Court then

18     decided the current devices comply with the

19     statutes because they communicate the ballot

20     scanner's interpretation of the elector's

21     intent in a format readable by the elector

22     through the printed paper ballot.  There is no

23     interpretation of the facts presented that

24     would provide petitioner relief of their

25     claim.  The State Court of Fulton County is a

1        trial court.  The decision of Judge Singleton

2        -- the decision in Singleton of Judge Adams

3        was not appealed.  Thank you.

4              MR. FAVORITO:  It was appealed, Matt.

5        That's not true.

6              MR. MASHBURN:  Well, we'll check on that.

7              MR. FAVORITO:  Okay.  I'll tell them

8        that.

9              MS. McGOWAN:  It is pending appeal.

10             MR. MASHBURN:  Well, I stand corrected.

11             MR. DUFFEY:  So that's the --

12             MR. FAVORITO:  There's many other

13       (inaudible) --

14             MR. DUFFEY:  -- excuse me.  You have --

15       we're going to the next part of the -- of the

16       meeting which is after having described the

17       statute that we comply with and have to comply

18       with.  I want now for you to understand not in

19       a sense of advocacy but just understand how

20       the Dominion democracy sweep machines work.

21             So I want -- I want you to understand as

22       it was explained to us early on in the year

23       how exactly the machines work.  Because for

24       me, I told -- I told the people that were on

25       the Board, I said, what I know about voting is

```
1    that I voted.  But I will tell you that when I
2    go in, I don't really scrutinize what it is
3    that's happening.  I do what I'm instructed to
4    do.  And I said, now I want to look at the
5    system and how it operates as a -- as a whole.
6    And I wanted to know what security devices
7    that were on it because I -- because I knew
8    that there were people that -- that had
9    criticized the security.  And -- and I -- I
10   just wanted to know so I could reach my own
11   conclusion about the security in -- in the
12   machines and the system itself.  So I want to
13   present to you, Mr. John Poulos who is the CEO
14   of Dominion voting to just explain to you how
15   the system -- how the machines work.  And he
16   is --
17        MS. BRADSHAW:  Garland said that some of
18   the information he gave was -- was incorrect
19   and I think we need to get that settled before
20   we move on.
21        MR. DUFFEY:  We're going to move on, but
22   I will have something.  If I can't --
23   Charlene, would you -- could you -- do you
24   have the appeal documents if there are any in
25   the case that Judge Adams decided?  And do you
```

1      know the status of the appeal?

2           MS. McGOWAN:  It's been (inaudible) --

3           MR. DUFFEY:  Is -- has there been oral

4      argument on it?

5           MS. McGOWAN:  It has not (inaudible) --

6           MR. DUFFEY:  It has not been --

7           MS. McGOWAN:  (Inaudible) -- oral

8      argument on it yet but could be.

9           MR. DUFFEY:  Okay.  So it's --

10          MR. FAVORITO:  Mr. Chairman, I'm the lead

11     (inaudible) on the case that Matt was talking

12     about, and I would like the opportunity

13     sometime today to clarify some of the false

14     information that you just heard.

15          MR. DUFFEY:  We'll let you do that during

16     public comments section.

17          MR. FAVORITO:  All right.  I've already

18     (inaudible) public comment.  I'd like some

19     extra time for that.

20          MR. DUFFEY:  We're now going to move to a

21     description of the democracy sweep machines by

22     Mr. Poulos who will -- who will be presenting

23     to you virtually.  Can we do that now?

24          MR. MASHBURN:  Mr. Chairman, if these

25     screens don't work, I'm going to come down

1          here and watch.
2               MR. POULOS:  Good day.  Could you -- can
3          you hear me?
4               MR. DUFFEY:  Yes.  Do we have him on
5          camera?
6               MR. POULOS:  I'm here, if you can hear
7          me.
8               MR. DUFFEY:  We -- can you hear us, Mr.
9          Poulos?
10              MR. POULOS:  I certainly can, yes.
11              MR. DUFFEY:  Okay.  Wait.  We're trying
12         to get your picture -- there we have -- I
13         guess we have it now.
14              MR. POULOS:  Can you -- can you hear me,
15         Chairman?
16              MR. DUFFEY:  Yes.
17              MR. POULOS:  Wonderful.  Well, thank you
18         for having me.  Do -- do you want me to start
19         a description of what our system does?
20              MR. DUFFEY:  Yes, please.
21              MR. POULOS:  Okay.  Great.  Well,
22         essentially, our system does one of two things
23         in a precinct.  And -- and I suppose the first
24         comment that I will make is that we don't
25         really do anything -- any -- any of the checks

1    or provisions of a verifying voter's

2    eligibility that is done by poll workers.  But

3    once a voter enters into a precinct and is

4    verified by poll workers as an eligible voter

5    who hasn't yet voted in this election.

6         In the State of Georgia, they are given

7    access to a ballot marking device.  And that -

8    - that device is a stand-alone machine.  It's

9    not connected to the internet.  It's not even

10   connected to each other.  It's a stand-alone

11   device and essentially it is a screen

12   connected to a printer.  It allows a voter to

13   go through the appropriate ballot so it keeps

14   track to make sure that the ballot that a

15   voter's view it -- viewing is from the

16   appropriate district that they should be

17   voting on.  And it allows that voter to go

18   through contest, by contest each of, yeah,

19   viewing each contest and making selections

20   along the way on -- on the ultimate way of

21   producing a paper ballot that can be further

22   reviewed.  And I'll -- I'll talk about that in

23   a minute.

24        So one of the advantages that the ballot

25   marking device presents is that it allows the

1       voter to make selections in -- in a perfect

2       manner.  So there is no ambiguity on the paper

3       ballot.  It allows them to scroll through each

4       contest all the way to the propositions and

5       -- and also allows for accessibility features

6       that ensure that every voter regardless of the

7       level of physical ability that they may

8       possess allows them to independently mark and

9       create a paper ballot for which they are able

10      to verify privately and independently that can

11      be accurately counted and recounted and

12      audited as the case may be.

13           So at the -- at the end of this stage and

14      this is really, as I said, the first thing

15      that Dominion machines really do, is we help

16      voters mark paper ballots privately and

17      independently.  On this device, on the ballot

18      marking device, votes are not stored.  Votes

19      are not cast.  There is nothing at the end of

20      this that is stored on the machine other than

21      a paper ballot being presented to a voter.

22           Now, if a voter picks up that paper

23      ballot and is able to verify their selections

24      that -- and verify that the selections that

25      are printed on that paper ballot are, in fact,

1    accurate.  Are, in fact, the voter's
2    selections.  No more, no less.  And once they
3    verify that, which, Chairman, is the very
4    important part of the process.  Then they can
5    walk it over to the ballot box.  So as they
6    leave the ballot marking station, they -- all
7    that's left is a paper ballot that's now in
8    the voter's hands.  There's nothing stored or
9    nothing cast.  There's no record of any kind
10   of votes stored on the ballot marking device.
11       So as that voter walks over to the ballot
12   box, the official cast record, it is important
13   to note.  This is not a backup part of the
14   system.  This -- the -- the paper ballot is
15   the official ballot that gets cast.  That goes
16   into a ballot box by way of a digital scanner.
17   And so that's -- that's the other piece of
18   what Dominion does.
19       We have a digital scanner that scans that
20   paper ballot and saves an image in triplicate
21   in -- on the -- on the memory devices of that
22   scanner.  And all that scanner does is it
23   accurately and objectively tabulates the votes
24   that are on that paper ballot.  So without any
25   use of technology, the paper ballot would go

1    into a locked, sealed ballot box.  The chain
2    of custody of that locked and sealed ballot
3    box is under the control of the election
4    officials in that jurisdiction.  And is,
5    obviously, a very essential part of the
6    mandated election protocols that go into
7    place.
8         But in addition to the paper ballot that
9    can be hand audited.  It can be hand
10   recounted.  You also have a record of -- of --
11   by way of digital image of what that voter
12   verified and confirmed at the time of casting.
13   So if you think through some of the legacy
14   concerns about paper ballots and why many
15   decades ago paper ballots fell out of favor
16   for a period of time.  There was allegations
17   that during a hand count process or even
18   during a recount process, somebody nefarious
19   could have perhaps a piece of pencil lead
20   under their fingernail and make a
21   supplementary mark on that ballot at the time
22   of a recount or a hand count.
23         And one of the great advantages of having
24   a digital scanner in this process is not only
25   does the official record remain that voter

```
 1        verified paper ballot that can be hand counted
 2        and audited.  But you would additionally have
 3        a scanned image of each ballot that has gone
 4        through the machine.  So as the voting day
 5        continues, it is important to note that the
 6        day starts with an open ballot box where
 7        members of the public bi-partisan poll
 8        watchers, other stakeholders who wish to watch
 9        the election, can verify that the ballot box
10        is, in fact, empty.  And they can verify that
11        the results tape that is printed -- we call it
12        the status tape because it -- it shows a
13        record of what is in that ballot box.  And at
14        the beginning -- beginning of the day the
15        essential step in the process is to print the
16        tape that shows the machine has no votes
17        recorded on it for this election that is about
18        to begin.
19             As the election day proceeds, ballots are
20        cast by voters after they have had a chance to
21        verify their paper ballots and choose to cast
22        it.  Once they are happy and sufficiently,
23        they -- they -- they view that it is
24        sufficiently voted, no more, no less.  Then
25        they cast it through the machine, digital copy
```

1       of the ballot is captured, as I mentioned.
2       And at the end of the day, a poll official
3       when voting closes, will close the poll.  And
4       immediately at the end of the day when the
5       poll is closed, multiple copies of the results
6       tape will be printed.
7             And the reason -- so what's on the tape?
8       The tape shows a complete accounting of how
9       many ballots have been cast with the machine
10      during the day.  And it also shows the results
11      of those ballots that have been cast in that
12      -- in that ballot box.  And that is just one
13      piece of -- of the entire chain of custody
14      that comes together during the canvass
15      process.  And the reason why we print multiple
16      tapes in the State of Georgia is because tapes
17      can be given to political parties that are
18      present in the precinct.  A copy can be given
19      to poll watchers, bi-partisan poll watchers
20      and a copy of that which I'll state can be
21      publicly posted on the wall of that precinct.
22      And it really allows for an additional step of
23      transparency that members of the public.  The
24      bi-partisan poll watchers, the candidates
25      themselves now know the instantaneous results

1      before that entire package of election

2      material gets securely transported back to the

3      central location.

4           So I'll pause briefly there.  And -- and

5      happy to answer any questions as it pertains

6      to this -- these two processes.

7           MR. DUFFEY:  If you have a question, if

8      you'll write it out, I'll ask it.  Just bring

9      it up here and put it on the table.

10          Can -- can you explain whether the actual

11     machines have any security?

12          MR. POULOS:  They absolutely do.  So

13     federal certification guidelines, Chairman,

14     have a comprehensive list of requirements that

15     any vendor is required to meet.  And these are

16     validated through the federal testing program.

17     Through independently tested and accredited

18     testing agencies as it pertains to our ballot

19     tabulator, for example, there are physical

20     security mechanism that protect the memory

21     cards that I referenced so lock and sealed.

22          It's the same type of lock and seal

23     concept that -- that -- that protect the

24     actual paper ballots in the physical ballot

25     box.  So not only do you have a physical lock,

1     but then you have a seal that can be verified

2     very easily.  They're highly visible so they

3     can be verified by any poll watcher or bi-

4     partisan stakeholder in the election even from

5     a distance.

6          Beyond that the actual memory cards are

7     both digitally signed and encrypted as per

8     federal requirements.  And -- and that -- that

9     is only as it pertains to the security of --

10    of the -- of the system sitting on the ballot

11    box.  Above and beyond that, jurisdictions

12    have their local chain of custody and a host

13    of physical security processes in public

14    testing that layer on security on top of the

15    actual machine's security.

16         MR. DUFFEY:  And I -- I know that at some

17    point for an election somebody has to put the

18    ballot on to ballot marking devices for that

19    particular precinct.  How is that done and is

20    it possible that somebody could put something

21    else that would corrupt the ballot marking

22    device after it's loaded with the ballots?

23         MR. POULOS:  Sure.  The -- the specific

24    process is really best answered by -- by the

25    State and basically the election officials

1          that are accountable for defining that
2          process.  But, essentially, the way to think
3          about it is once an election is programmed
4          there -- that the -- the -- the election
5          specific nature, so candidates, the types of
6          contest, you know, is it -- is it, basically,
7          the specifics that change from election to
8          election are loaded on to the ballot marking
9          devices.
10              They -- they are loaded one by one into
11         the ballot -- into the ballot marking devices
12         so it's not by way of internet.  And it's not
13         done by network.  They are done by physical
14         cards and that process -- and the -- and the
15         mandated protocols of physical security and
16         checks are an essential part of this.  And as
17         I said, that is done by those who have
18         accountability for that which is the election
19         officials in that jurisdiction.
20              So there -- there are many protocols
21         around from the federal testing standpoint
22         that protect that process including password,
23         including specific election security
24         identification that is not given out.  But the
25         process doesn't end there.  It's designed to

1       allow transparency not only for candidates but
2       by bi-partisan poll watchers.  But frankly any
3       election stakeholder by way of public testing.
4       So once these devices are loaded, there is a
5       host of public testing that occurs on them to
6       ensure that nothing nefarious has happened and
7       just as importantly nothing has happened by
8       way of a spelling mistake that is propagated
9       through the -- through the checking of -- of
10      election programming.  And it gives not only
11      the local county election jurisdiction a
12      chance to but also any watchers the chance
13      that the ballot marking devices presenting the
14      choices accurately to the voters and -- and
15      ultimately the -- the paper that is printed
16      that allows them to review their -- their --
17      their selections are accurate.
18          MR. DUFFEY:  I'd like for you to go back.
19      You keep talking about public testing.  But
20      you never told us what that is.  What is --
21      what is -- what do you mean by public testing?
22          MR. POULOS:  All right.  So that is a
23      process that is controlled by the election
24      jurisdictions themselves.
25          MR. DUFFEY:  I want --

1        MR. POULOS:  And, essentially --

2        MR. DUFFEY:  -- excuse me.  I understand

3    that.  I want you to tell us what that is.

4        MR. POULOS:  Sure.  So once the election

5    is loaded on to each of the machines, it, you

6    know, immediately preceding an election.  The

7    public is invited in.  The entire system is

8    set up.  So every single unit on every single

9    -- every single tabulator, for example, is set

10   up and this -- this is the part where it

11   varies jurisdiction by jurisdiction, but there

12   is -- the goal of the testing is to create a

13   known test deck of -- of ballots.  So as -- as

14   a participant in -- in the testing, Chairman,

15   if you were there, you would be asked to make

16   -- make your selections.  You would then be

17   asked to verify that the paper ballot is

18   accurate, and we would do this over and over

19   and over, or more accurately, the county would

20   do this and feed those paper ballots through

21   the tabulator.  And so there should be an

22   expected result based on how you voted.  And

23   then once the polls are closed, in this public

24   test, the print tape is printed and you can

25   verify your expected result to -- the result

1          that it's printed on the print tapes and it

2          often -- what is often the case, they'll do a

3          hand count of the paper ballots in the ballot

4          box just to make sure that the expected result

5          is the same as the hand recount which is the

6          same as the result tape on the tabulator.

7               And this is a process that --

8               MR. DUFFEY:  When you say expected

9          result, when you put them through the scanner,

10         and you have somebody like me if I put my

11         ballot through the scanner, could you see

12         whether -- what my specific votes were to make

13         sure that they were accurately recorded?

14              MR. POULOS:  Yes, you can.  So, you know,

15         in a simple scenario, if we had a ballot -- if

16         we had a ballot with one contest and four

17         candidates.  A sample test that might be

18         candidate 1, on position 1, we might want four

19         ballots that vote for this candidate 1.  The

20         next candidate we might want three ballots

21         that vote for candidate 2.  Two for candidate

22         3 and one for candidate 4.  So they're all

23         unique.  We would probably want to complete

24         blank ballot, as well, just to be sure and --

25         and then we would feed all those five ballots

1    through the ballot box.  So we should be

2    expecting a result of four, three, two, one on

3    that contest.  And we'll keep it simple, and

4    we'll say it's a one contest election.  And we

5    want to verify that the results tape exactly

6    tells you four, three, two, one.  And then

7    we'll check in the ballot box to make sure

8    that those ballots are, in fact, four, three,

9    two, one.

10        MR. DUFFEY:  And for how many ballot

11   marking devices do you do that sort of

12   testing?

13        MR. POULOS:  Well, they should be done on

14   all of them.  So and at -- at -- at the bare

15   minimum every tabulator needs to be tested in

16   this way in the public to verify that the

17   count is, in fact, accurate.

18        MR. DUFFEY:  And when you say in the

19   public, how do you know -- I'm probably not

20   going to go down and watch the testing.  I

21   mean, how do you know that it's really public

22   as opposed to just being people that work in

23   the -- in the precinct?

24        MR. POULOS:  It's a great question.  It's

25   a key part of the process.  It's a key part of

47

1          the transparency and so that is -- that is
2          certainly a question that needs to be asked in
3          every election, every jurisdiction and
4          encouraged -- the process needs to encouraged
5          because that is a key part of the transparency
6          that shows members of the public not only is -
7          - are the machines accurate.  But also
8          educates those on how the process actually
9          works.
10              MR. DUFFEY:  Do any of the Board members
11         have questions before I get to the attendees'
12         questions?
13              MR. LINDSEY:  I'll have one at the end
14         after the other questions.
15              MR. DUFFEY:  Okay.
16              DR. JOHNSTON:  Thank you so much for
17         being here today and presenting this
18         information.  I have a question.  Do the
19         ballots in the test deck have QR codes on
20         them?
21              MR. POULOS:  In the State of Georgia,
22         currently our certified system does feature QR
23         codes.
24              DR. JOHNSTON:  On the test deck?
25              MR. POULOS:  And that because they're on

1       the ballots, the test deck is a sample of the
2       real ballots in the election.  So, yes, both
3       the test deck would have that.
4               DR. JOHNSTON:  Thank you.  And another
5       question.  How -- how can you demonstrate to
6       the public that the Dominion software reads
7       the QR code accurately?
8               MR. POULOS:  Sure.  This could be done a
9       number of ways.  The simplest and way it could
10      be done is through a risk-limiting audit.  Or
11      any -- any -- any type of hand verification of
12      the paper ballots in the machine.
13              DR. JOHNSTON:  So a risk-limiting audit
14      will verify an accurate QR code?
15              MR. POULOS:  It sure would.  Because the
16      ballots -- ultimately one thing that should be
17      kept in mind is the official cast record is
18      not the QR code.  It never is.  The official
19      cast record -- the official part of that
20      ballot which accurately -- which shows the
21      voter's intent is the text and at the end of
22      the day that is the official cast record.  So
23      the -- the accuracy of the tabulator is
24      actually the easiest thing in the world to
25      double check.  And the way to do that is you -

1          - you -- you can either look at all machines.
2          You can look at one machine.  You can look at
3          a subsec.  So a risk-limiting audit is --
4          refers to a certain process by which a certain
5          percentage of tabulators or ballot boxes are
6          chosen at random.  And each ballot box that is
7          chosen, regardless of what that number is,
8          from more than zero to a 100 percent of the
9          ballot boxes, you pull up the paper ballots,
10         the voter verified paper ballots which is
11         always the official part of the election.
12         Those are the official results.  Those are
13         what can't be hacked, and you hand count them
14         to verify the count on the tabulator.
15              MR. DUFFEY:  Any other questions from the
16         Board?
17              MS. GHAZAL:  I have a question.  Thank
18         you.  Thank you so much for -- for being here
19         and answering our questions.  I have a very
20         simple one.  Can you explain whether or not
21         the security features and passwords are
22         changed from election to election or is it
23         carried through?
24              MR. POULOS:  They should be changed
25         election to election.  That's ultimately

1    something that are -- is done by election

2    jurisdictions.

3         MS. GHAZAL:  Thank you.

4         MR. DUFFEY:  Any other questions from

5    Board members?

6         MR. LINDSEY:  I'll have one at the end,

7    Mr. Chairman.

8         MR. DUFFEY:  Some of these questions are

9    redundant so I'm not going to ask the

10   redundant questions we have an explanation of

11   --

12        MR. POULOS:  I'm -- I'm sorry, Chairman,

13   I can't hear what you're saying.  I'm not sure

14   if that was directed at me, but I -- I could

15   barely make it out.

16        MR. DUFFEY:  That's because my mic wasn't

17   on.  Now it is.

18        MR. POULOS:  Okay.

19        MR. DUFFEY:  All right.  So I'm going

20   through the questions that have been submitted

21   to me are -- I'm taking out those questions

22   which I believe have already been answered and

23   there are some that are redundant.  So here's

24   -- here's one:  Does the QR code assign a

25   unique number to each ballot?

1        MR. POULOS:  No.  Absolutely not.

2        MR. DUFFEY:  Here are two questions I'm

3    going to ask it in a more general way that --

4    what is -- what is the function of Dominion

5    techs?  What do they do on election day?  What

6    is their purpose?

7        MR. POULOS:  Their purpose -- their

8    primary purpose is to be available to ask any

9    questions.  And -- and provide help to

10   election -- election officials who have any --

11   any kind of need for troubleshooting.  It

12   really could be a number of things.  A very

13   common one, believe it or not, is, you know,

14   the power -- the power seems to be on battery

15   power even though the unit it plugged in.  And

16   a Dominion tech might come.  They're --

17   they're instructed never to perform in any

18   official duty that is the accountability of

19   the poll official.  But you'd be surprised at

20   how often this one happened to where it's

21   plugged into an outlet in a precinct that is

22   not live and, you know, that -- that type of

23   thing is where a Dominion tech is sometimes

24   helpful for jurisdictions.

25       MR. DUFFEY:  Do your machines use blue

```
 1        tooth or other technology that would allow it
 2        to be accessed by somebody using the internet?
 3             MR. POULOS:  No.  They are specifically
 4        designed as per federal statute or federal
 5        certification standards to not have that
 6        capability and that is what they are tested
 7        against.
 8             MR. DUFFEY:  Thank you.  And do your
 9        machines have any blue tooth, wi-fi chip sets?
10             MR. POULOS:  No.  To the extent that any,
11        like, our tabulator, for example, absolutely
12        does not and to the extent that any other
13        devices that we would have.  So, for example,
14        if we supplied a Windows PC for a central
15        location, that -- that PC is an off the shelf
16        product.  And -- and they change all the time
17        so typically we use Dell computers and the
18        Dell models keep changing as whatever Dell
19        brings up new versions and so there is a
20        specific hardening procedure that is approved
21        by the certification bodies where any
22        functionality that might have been on a -- a
23        PC that perhaps does some ballot rendering at
24        a central location, that that functionality is
25        disabled in the appropriate way.
```

1          MR. DUFFEY:  When the audiences can
2     control themselves, I'll proceed.  Or -- or if
3     you can't, you might want to step out.
4          There's a question asking him to
5     interpret Georgia statutes.  I'm not going to
6     -- I'm not going to ask him to do that because
7     he -- that's not why he's here.  This question
8     I don't understand.  It's -- it has one
9     incomplete sentence.  I'll ask, is there any
10    circumstance where a -- a scanner has to be
11    reset?  And how do you do that?
12         MR. POULOS:  I'm sorry, Chairman.  Is the
13    -- the tabulator?  The digital scanner that
14    sits at the top of the ballot box?
15         MR. BALBONA:  Yeah.
16         MR. DUFFEY:  The scanner that sits on top
17    of the ballot box?
18         MR. POULOS:  If it needs to be reset?
19         MR. DUFFEY:  Yeah.  Or start -- there are
20    circum -- what might have scanners had to be
21    reset and if so, how's that done?
22         MR. BALBONA:  For the count.
23         MR. POULOS:  I can't think of -- I can't
24    think of anything sitting here right now why
25    it would need to be reset.  I mean, sometimes

1    I've seen ballot jams where a ballot is
2    inserted for whatever reason the ballot has a
3    torn -- a torn corner to it.  Or there's --
4    but you typically don't see that in precinct
5    voting because the ballot -- it -- it doesn't
6    travel very far.  It goes from the marking
7    area.  The voter takes and looks at it.  So
8    really, I can't think of anywhere -- any time
9    where it would have to be reset.
10       MR. BALBONA:  But can it.
11       MR. DUFFEY:  Well, if -- if there is an
12    instance say, for example, where there's a
13    turned up corner and it jams --
14       MR. POULOS:  Yes.
15       MR. DUFFEY:  How do you -- what is the
16    assurance that everything was counted after
17    that including that jammed ballot is tabulated
18    and included in the count?
19       MR. POULOS:  Oh, okay.  So if the ballot
20    has not been read -- is not able to go through
21    the scanner as -- as you say, it does not go
22    in and fall -- and cast into the ballot box.
23    The -- the -- the tabulator -- ballot
24    tabulator will prompt the poll official with
25    an instruction to clear that -- that ballot

1          jam.  And if the ballot is torn in a way that
2          makes it unscannable, the poll official will
3          direct that voter to create another paper
4          ballot.  They have supplementary counting
5          procedures to make sure that that torn ballot
6          is properly accounted for that outside of the
7          Dominion system.  Because the Dominion
8          tabulator that sits atop of the ballot box
9          only counts the number of ballots that poll
10         officials allow voters to feed in.  So in the
11         course of a day, if it's 100 ballots, the --
12         the tabulator has no idea who the voters are.
13         The tabulator has no idea how they've been
14         verified.  But all -- the only thing it's
15         accountable for is to make sure that the
16         ballots that have gone through that tabulator
17         have been accurately counted for and not only
18         in number of separate ballots, but also the
19         interpretation of every -- of every vote on
20         every contest.  And that's -- that's -- that's
21         the part that is verified independently
22         through the use of hand count audits and hand
23         recounts.
24              MR. BALBONA:  I can give you a
25         hypothetical scenario if you want.  It's

1       pretty nuanced.

2           MR. DUFFEY:  This is a question about

3       training of local officials.  But he is not

4       here to talk about how local officials were

5       trained so I'm not going to ask that.  This is

6       a question about something that happened at a

7       local precinct, so I won't ask that.  I mean,

8       this is another question having to do with

9       connection of machines to the internet.  Can

10      you go, I guess, could you go over again

11      looking at your whole system.  And the ballot

12      marking devices and the scanners.  If

13      anything, else that is -- that is associated I

14      have, in addition to that, with your system as

15      opposed to some -- some supplemental process

16      at the local election office.  Is -- which

17      devices have any ability to access the

18      internet through blue tooth, wi-fi or any

19      other technology.

20          MR. POULOS:  Sure.  Well, our ballot

21      marking devices do not have that capability.

22      And -- and that's what they're tested for.

23      Not only by the jurisdiction, but by

24      certification agencies.  But -- but, again, a

25      ballot marking device is a screen and a

1    printer.  It doesn't store votes.  It doesn't
2    in any way.  It has nothing to do with the
3    tabulation process.  It's a -- it provides a
4    voter with a paper ballot to be verified.
5         On the scanner you have -- you -- you
6    have a -- a scanner that is designed by
7    federal requirements to operate in a -- in a -
8    - in a -- in a air-gapped manner without
9    connectivity.  So at no point during -- after
10   voting is there any capability of that device
11   being connected to anything.  It is -- it is a
12   complete stand-alone system.
13        Now, the -- the tabulator is configured
14   in some jurisdictions by law and Georgia is
15   not one of those to be able to attach an
16   external device to transmit unofficial results
17   after the polls close.  This is a process that
18   requires breaking a physical seal and
19   connecting something that's quite large.  That
20   -- that is -- that dongles out of that
21   tabulator that is easily viewed.  It's
22   designed to be easily viewed by any poll
23   watcher in that precinct.  Be the -- be it a
24   poll worker, a bi-partisan poll watcher or
25   just a member of the public.  And, again, the

1       most important point here is that Georgia is

2       not one of these jurisdictions.  So there --

3       there are absolutely no ways of connecting

4       that we -- we haven't sold this device in

5       Georgia.  Georgia doesn't have this device.

6       And so in Georgia that locked port that is

7       both locked and sealed never gets opened.

8            I will also add Chairman, that in other

9       jurisdictions and these are typically

10      jurisdictions that for geographical reasons

11      takes several hours to physically transport

12      everything.  And they're looking to be

13      transparent by -- by offering unofficial

14      results.  But I will say is that even in those

15      limited jurisdictions, which is just a few

16      percent, I think now, it's rapidly declining

17      in my view.  It's going down to zero.  But the

18      physical device does not connect through the

19      internet.  It's through a private cellular

20      network.  And those results that are

21      transmitted are only unofficial.  They are

22      never part of the official results record.

23           MR. DUFFEY:  This question is about

24      something happened in another jurisdiction and

25      what caused it.  He's not here to talk about

1  that.  And I'm not going to ask that question.

2    Is there any -- does your system work in

3  a way that a counter can erase a scanned

4  ballot?

5    MR. POULOS:  I -- I don't understand.

6  Erase -- erase a ballot that is in the box or

7  erase an image that's on one of the memory

8  cards?

9    MR. BALBONA:  On the counter on the -- on

10  the scanner.  The ballot scanner, the counter,

11  it's kind of like the mileage is there any

12  scenario where that number is adjusted?

13    MR. POULOS:  I'm sorry, Chairman.  I

14  couldn't hear his question.

15    MR. DUFFEY:  In your -- that -- that is

16  not the question that you asked on this piece

17  of paper.  This is not a open forum for people

18  to ask.  If you want to ask a question, I will

19  ask the question and determine whether or not

20  it's appropriate.

21    We -- we asked for him to address certain

22  things and I think it's unfair for the

23  audience to expand this to ask questions that

24  are not related to the way these machines

25  work.  And I think he's been generous and fair

1          in addressing the questions.  And I've been
2          fairly liberal in asking him things that I
3          thought you wanted to know.
4               MR. BALBONA:  It was just a clarification
5          of that question.
6               MR. DUFFEY:  Pardon me.
7               MR. BALBONA:  It was just a clarification
8          of that exact same question.
9               MR. DUFFEY:  Well, I would disagree with
10         that.  What's the purpose of air-gap
11         connectivity?  And is the air-gap --
12              MR. POULOS:  Air-gap means no
13         connectivity.
14              MR. DUFFEY:  What -- tell me what air-gap
15         -- tell me what air-gap is.
16              MR. POULOS:  Air-gap means if -- if,
17         Chairman, if you're holding a device that set
18         to be air-gaped, I can see that device from
19         the other side of the room.  I know it's not
20         connected to any other device because I can
21         see that there's no -- there's no wires.  I
22         can actually see that with my own eyes.  And -
23         - and -- and there's no connectivity through
24         any means of electromagnetic communication
25         such as wi-fi; such as blue tooth -- such as

1    some of these technology that you asked me

2    earlier.

3        MR. DUFFEY:  This is a question about his

4    response to a report that is in litigation in

5    the Curland case.  Some of which has not been

6    disclosed by the court so I'm not going to ask

7    that question.  And he was not here to respond

8    to Mr. Halderman report.

9        Any further questions from the Board?

10       MR. LINDSEY:  Yes, Mr. Chairman.  If I

11   may.  I think you need to turn me on.  While I

12   do not want you to -- to discuss anything

13   that's particularly regarding the Curland

14   report and -- and regarding the Curland

15   litigation.  Nor I want you to and I want to

16   make sure you understand where I'm going here.

17   Nor do I want you to reveal anything that is

18   presently under seal.  Please make sure that

19   you understand that.  However, I do think it's

20   important for the -- for the Board and for the

21   general public to know that there was a -- a

22   analysis done by an independent cyber security

23   company called MITA that was submitted to the

24   court in response to the Halderman report.

25   Were you aware of that?

1           MR. POULOS:  Yes, I am.

2           MR. LINDSEY:  Yeah.  And you're aware

3      that presently that Mitre report is under

4      seal.  But there have been requests that it be

5      unsealed so that the general public can see

6      the analysis that took place by the Mitre

7      folks in response to the Halderman

8      allegations, correct?

9           MR. POULOS:  I believe that report is

10     under seal, correct.  I think that was your

11     question.

12          MR. LINDSEY:  Yeah.  It is under seal.

13     And -- and Dominion has asked for that to be

14     made public, correct?

15          MR. DUFFEY:  Well, that's -- that's a

16     question --

17          MR. LINDSEY:  I mean, it is -- well, let

18     me put it this way:  From a review of the

19     records, it appears that Dominion has

20     requested that report.  And be made public and

21     -- and the also that the State Election Board

22     has made that request to be made public.  I

23     just wanted to know if you were aware of that

24     fact.

25          MR. POULOS:  Yes, I'm aware of that.

1        MR. LINDSEY:  Yeah.  Okay.  I'll discuss

2     that further later, Mr. Chairman.  Okay.  Oh,

3     one other question.  Mr. Chairman, if I may.

4        You're -- are you aware that the United

5     States Election Assistance Commission?

6        MR. POULOS:  Yes, I am.

7        MR. LINDSEY:  You -- you are, you are.

8     And -- and has your Dominion system been

9     tested and reviewed by that commission that's

10     being used to (inaudible).

11        MR. POULOS:  Yes.  Yes, it has.

12        MR. LINDSEY:  And has it been approved by

13     the -- by this commission?

14        MR. POULOS:  Yes, it has.

15        MR. LINDSEY:  Could you just briefly tell

16     the public and the Board generally what the US

17     Election Assistance Commission is?

18        MR. POULOS:  It is a bi-partisan

19     commission that was created in -- in the years

20     following the 2000 general -- general

21     election.  And it sought to create a list of

22     definitive standards by which any voting

23     system should adhere to.  And the current

24     certification guidelines I believe are

25     thousands of pages long.  That they tell you

1       exactly how a system should work.  The types
2       of security mechanisms that must be part of
3       that system.  And any company that wishes to
4       market an election system in the -- in the
5       United States submits their system for that
6       testing.
7           That testing is done independently by any
8       entity that -- that has applied and attained
9       its own certification and accreditation by
10      that same agency.  And so really what that
11      process does it -- it demonstrates that a
12      testing lab is independent.  The testing lab
13      understands election protocols.  And is able
14      to independently test and verify compliance to
15      EAC, the Election Assistance Commission
16      standards.  So typically, that process can
17      take -- it's -- it's not uncommon for it to
18      take years and it is very thorough.  It
19      involves any manufacturer, such as Dominion,
20      to submit its entirety of the source code for
21      a line-by-line code review.  The entirety of
22      its hardware platform for review.  A list of
23      manufacturing partners on the supply chain for
24      any and all hardware parts.  And ultimately at
25      the end if certified that certified version

1       which is made up of the entirety of all of the

2       hardware pieces that have been submitted and

3       reviewed by that agency and its independent

4       test labs.  And the source code is deemed the

5       certified version.  So at any point in the

6       future if a further change is required in any

7       way, be it hardware, or even one line of

8       source code, the entire package goes back to

9       the Election Assistance Commission for another

10      review and if deemed appropriate and compliant

11      following certification.

12          MR. LINDSEY:  And once again, has the

13      Dominion system utilized here in Georgia been

14      certified and approved by the commission?

15          MR. POULOS:  Absolutely, yes.

16          MR. LINDSEY:  Thank you.

17          MS. PRETTYMAN:  Did you -- are you able

18      to ask the question on the archived data?

19          MR. DUFFEY:  And your name -- tell me

20      your name.

21          MS. PRETTYMAN:  Amanda Prettyman.  Sorry,

22      my handwriting is messy.

23          MR. DUFFEY:  But there are two questions.

24      Nothing says --

25          MS. PRETTYMAN:  Primarily the archived

1          one -- archived data.

2               MR. DUFFEY:  These questions both have to

3          do with what Dominion testing and --

4               MS. PRETTYMAN:  But there's no

5          (inaudible).

6               MR. DUFFEY:  In your system, Mr. Poulos,

7          what is it within the system that archives

8          data?  If there is more than one place --

9               MR. POULOS:  I'm -- I'm sorry, Chairman.

10         I'm having difficulty hearing that question.

11         Can you repeat that?  Maybe it's the mic

12         problem again?

13              MR. DUFFEY:  You're catching on.  In your

14         system, in what places is data archived?

15              MR. POULOS:  Great question.  So I'll --

16         I'll start with the -- the ballot box which is

17         obviously a critical piece of it.  So the

18         voter verified paper ballots is where -- the

19         most important part of the election.  And that

20         is under locked and sealed -- physically

21         locked and sealed ballot box.  In addition to

22         that, we now have images of every ballot and

23         scanned image as it went through the

24         tabulator.  Immediately following that

25         independent voter verified review of their

1    paper ballot.  That is done in triplicate

2    form.  So on the tabulator we have three

3    pieces of -- we have three discreet pieces of

4    electronic memory that hold that information

5    for every ballot cast in that ballot box on

6    election day.

7         At the close of that election, so if you

8    bear with me, I'm working from immediate close

9    of election.  Back to reporting official

10   results.  On that tabulator as I said we have

11   three discreet pieces of memory.  One that is

12   -- so that they are separately locked and

13   sealed in full view of the public.  And on as

14   far as how they're stored digitally on the

15   electronic media, they are both signed --

16   digitally signed and digitally encrypted per

17   Election Assistance Commission's standards the

18   so called BBSG standards.

19        At the close of election, we print

20   multiple copies of the results tape.  So now

21   we at this -- at this immediate point maybe a

22   minute following all polls closed, probably

23   less.  We have the physical ballots in the

24   ballot box.  We have three discreet copies all

25   digitally signed and encrypted that -- that

1       have to -- that each set of results.  So an

2       independent copy of each of the ballots.  And

3       now we have multiple print -- print tapes that

4       show the accumulated results of what's in the

5       ballot box.  So if there's a 100 ballots,

6       it'll say there's a 100 ballots cast in the

7       ballot box that can be independently verified.

8       And then the results by candidate by contest

9       for the entirety of the election that is

10      sitting in that ballot box.

11          It's typical that you might have four or

12      five copies of that.  So one publicly posted.

13      One given to parties perhaps another if

14      there's -- if there's a bi-partisan poll

15      watcher that happens to request a copy.  And

16      then a copy goes back with the ballot box.

17      With the tabulator and with the ballot box

18      that has the locked and sealed ballots.

19          When that; however, some jurisdictions do

20      it differently, but ultimately one of the

21      memory cards that sits in that tabulator is

22      removed.  So in -- in a -- in a -- in an open

23      and transparent process, in front of poll

24      watchers, the seal is physically cut and

25      unlocked and that -- that memory card is

1     removed and then read into a central computer.

2     And while it forms the basis of -- of results

3     becoming official, through a very exhaustive

4     process called canvas.  It is just one part of

5     it.  So if anyone even has the allegation that

6     the -- from the time that memory card is

7     removed from the digital scanner and put into

8     the computer.  Or if there's an allegation

9     that the computer somehow is -- has been

10    corrupted, the chain of custody has been

11    breached, you always can -- so not only do you

12    have that version that sits there.  And even

13    the allegation is -- is -- is -- is a case

14    worthy to discuss here because we still have

15    the other memory card that is still locked and

16    is still sealed and remains in the secure

17    chain of custody of that jurisdiction.  And up

18    to at least a minimum of -- at least 24

19    months.  And sometimes more if there's any

20    kind of dispute.  And above and beyond that,

21    we have the physical print tapes that -- as a

22    -- as a matter of protocol in the canvass

23    process is they are compared.

24         And ultimately the last and, again, the

25    most important part are the -- the actual

1       paper ballot that have been voter verified and

2       locked and sealed in -- in the secure chain of

3       custody of that election official.  So by my

4       count you have at least one being the paper

5       ballots.  You have two and three are the

6       removable memory cards.  The fourth one would

7       be the other memory card that is -- that is

8       yet another -- provides another copy of the

9       tabulator and five would be the -- the print

10      tape, which is actually five a, b, c, d, e

11      because you have multiple copies that have

12      been printed immediately following the poll

13      close.  And then distributed to candidates.

14      To poll watchers and publicly posted.

15          MR. DUFFEY:  All right.  Thank you.

16          MS. PRETTYMAN:  Can you ask him to verify

17      if -- if it's not safe for the compact flash

18      drive --

19          MR. DUFFEY:  Excuse me -- are you a

20      lawyer?

21          MS. PRETTYMAN:  No.  I'm not.

22          MR. DUFFEY:  Are you a litigant in a

23      case?

24          MS. PRETTYMAN:  No.  I'm a citizen.  And

25      it's an issue in my county and that's what

1      we're trying to figure out because Dominion
2      told us this.  So I -- so I appreciate
3      (inaudible).  I'm just trying to determine --
4      because I didn't quite catch the heart of the
5      matter which is -- the records that are
6      missing because they weren't safe from the
7      compact flash drive, we were told by Dominion
8      that they're archived --
9          MR. DUFFEY:  Well, that's -- that's --
10         MS. PRETTYMAN:  -- irretrievable.
11         MR. DUFFEY:  Because that's -- because
12     that's specific to you, this presentation is
13     not for specific questions about specific
14     election offices.  It's generally his
15     description of the process and I think that he
16     has -- he has --
17         MS. PRETTYMAN:  It could be other places,
18     like I said, if we're wondering if --
19         MR. DUFFEY:  Well, what could be and is,
20     you know, if you want to, you can send me in
21     this dedicated email, send your question.
22         MS. PRETTYMAN:  Okay.
23         MR DUFFEY:  And I'll send it to them to
24     see if he and, I mean, because they are
25     involved in a lot of litigation too.  I'll see

1    if they're able to answer that.  I think

2    that's the best way to handle that.  Okay.

3         UNKNOWN SPEAKER:  But, we're interested

4    too.

5         MR. DUFFEY:  Well, I know there are a lot

6    of interesting things that you're interested

7    in, but the purpose of this meeting is

8    informational.  It's not about what's

9    happening in specific election offices or

10   specific counties or specific precincts.  The

11   purpose of this is to give you and I think

12   he's actually been generous and going beyond

13   what the explanation is of the system.  And

14   every question I've gotten that relates to the

15   system, I've asked.  But this --

16        MS. BRADSHAW:  I did ask about the poll

17   pads being count -- they're -- they were --

18   there was poll pads that was wrong, had the

19   wrong precinct on it.

20        MR. DUFFEY:  Yeah.  One particular

21   precinct, correct?

22        MS. PRETTYMAN:  Yeah.  But in general --

23        MR. DUFFEY:  Because he has -- he doesn't

24   -- his system doesn't include poll pads.

25        MS. PRETTYMAN:  Pardon?

1          MR. DUFFEY:  Does the Dominion system is

2     a poll pad part of that system?

3          MS. PRETTYMAN:  Yes.  That's -- that's

4     how you -- the person comes in.  They give you

5     their driver's license.  And it -- it checks

6     if they're a registered voter.  And all that

7     works together.

8          MR, DUFFEY:  Okay.  We're going to take a

9     10-minute break and we'll be back at quarter

10    till.

11         MR. POULOS:  Thank you very much,

12    Chairman.  I appreciate the opportunity.

13         MR. DUFFEY:  Thank you, Mr. Poulos.

14    Appreciate you being here and thank you for

15    your answers.

16         MR. POULOS:  Have a great day.  Bye.

17         MR. DUFFEY:  You too.  Thank you.

18         (Break taken.)

19         MR. DUFFEY:  Can everybody please take

20    their seats.  Sorry, would everyone please

21    take their seats.  Seats are those pieces of

22    furniture that are in front of the desks.

23         The next is to give you a brief update on

24    the Coffee County investigation.  This is a

25    little hard to do because there are really two

```
 1        issues.  So it might sound as if things are
 2        not being presented in chronological order.
 3        They're not exactly in chronological order
 4        because -- but I will tell you when something
 5        that comes up that's not in chronological
 6        order, why it's not in chronological order
 7        because what happened and when it was
 8        discovered are two different tracks.  So I'll
 9        do my best on doing that.
10             As you -- and you inevitably know there
11        is a ongoing criminal investigation and while
12        I have -- I know who the investigators are,
13        the GBI, and -- and the Secretary of State's
14        Office investigators who are assigned to us to
15        investigate and have great confidence in them.
16        It is still a criminal investigation.  When I
17        was a United States attorney it was our policy
18        that whenever anybody asked about where we
19        were in the investigative process, you don't
20        disclose that.  For one principle reason is
21        that investigations have to be conducted
22        according to the investigative approach that
23        the people that are actually responsible for
24        the investigation want to take.  And there are
25        lots of reasons why they follow the path that
```

1       they follow in an investigation, and if we
2       were give you an update as far as who's being
3       interviewed.  When they're being interviewed.
4       What are the topics.  They would -- they would
5       lose the -- what the design of their
6       investigative strategy which is to find out
7       what happened and who is responsible for it.
8            So almost everything that I'm going to
9       tell you although hopefully it'll be somewhat
10      more of a coherent fashion than the reporting
11      that there has been on it.  But when things
12      went -- at one time were not known the fact
13      that they are now known and have been publicly
14      disclosed and there -- and there's been very
15      little objection by anybody or correction as
16      to what happened.  I -- I think you'll find --
17      what I hope is a more coherent presentation to
18      give you an idea of what happened, when --
19      when people knew about it and -- and who was
20      involved in a -- in a broad sense.
21           To the extent that there might be
22      information that I've learned, and if I can't,
23      you know, somebody might say, well, who's
24      that.  And if I can't determine that, I'm not
25      going to say.  Because I don't -- I'm not

1       going to express to you anything where I am

2       not confident that the information is known

3       and verifiable.

4           I will say that what has been reported by

5       the national and local press, aligns with what

6       I learned out -- outside the criminal

7       investigation.  And I think the conduct is --

8       is fairly clear and that you'll see where

9       Coffee County fits in a broader picture.

10          The conduct in Coffee County is similar

11      to the conduct in Atrium County, Michigan and

12      Clark County, Nevada.  It's not entirely

13      clear, there's been a fair amount of reporting

14      on who was responsible for, you know, the

15      orchestration of the conduct.  But I think it

16      is unclear as to who had specific

17      responsibilities within the organization and -

18      - and for our purposes what happened is what's

19      relevant.  And not who was behind it.  Because

20      what I want you to know is what happened in

21      Coffee County.  So the focus of this review is

22      going to be not of Michigan or Nevada.  It

23      will be on Coffee County, Georgia.

24          So the facts show that in March of 2021 a

25      phone call was disclosed in federal court

1      litigation was that a person by the name of

2      Scott Hall stated that he had arranged for a

3      plane to travel to Coffee County.  To image

4      hard drive information from voting equipment

5      in Coffee County.  In the call, Mr. Hall

6      claimed that he received permission from

7      officials in Coffee County to do so.  And that

8      Coffee County officials allowed people to

9      enter the office to obtain hard information on

10     hard drives.

11          The Secretary of State's Office became

12     aware of Mr. Hall's telephone remarks in

13     February 2022.  So although that was

14     available, it was not known to the Secretary

15     of State's Office until February of 2022.  And

16     the Secretary of State's Office reached a

17     conclusion a couple of months later that based

18     upon Mr. Hall's telephone conversation which

19     was had a lot of other information that he was

20     passing along in this call, only a part of

21     which dealt with this trip to Coffee County

22     and based upon what was known at that time,

23     the Secretary of State's Office concluded in

24     April of 2022 that there had not been a breach

25     of any equipment.  Okay.  So I just talked

1        about what somebody learned in February 2022.

2             Now, let me go back to 2021.  In June of

3        2021, which, of course, was after the 2020

4        election, when the new Coffee County Elections

5        Director became responsible for the Coffee

6        County Elections Office.  Because the prior

7        director whose name is Mr. Campton was no

8        longer working there.  And the circumstances

9        of that are unclear to me about why that

10       happened.  There's been some reporting on it

11       but I don't have any independent information

12       about that.

13            But anyway, when this new elections

14       director came in, they were unable to access a

15       computer server because of password had been

16       changed.  They tried to -- with the -- with

17       the help of one Dominion employee they -- they

18       tried to bypass the new password to get access

19       to the -- to that server but couldn't.  So a

20       decision was made that the Secretary of

21       State's Office would take possession of the

22       server.  Bring it back to Atlanta.  Maintain

23       it in Atlanta and to replace the server that

24       was taken to Atlanta with a new server.

25       Again, that's in June 2021.  In August of

1 2022, so now we're back into the current year,

2 information became publicly available showing

3 that on January 7th of 2021 a -- an Atlanta

4 firm that does forensic work and consulting by

5 the name of Sullivan|Strickler entered into a

6 retainer agreement to perform work to image

7 information on various types of devices in

8 Coffee County's election office.

9   Further, in -- in recent months there has

10 been video footage that -- that shows that

11 Coffee -- Coffee County permitted people to

12 enter the elections office and those same

13 videos, and some still pictures show that

14 Sullivan|Strickler employees were in the

15 Coffee County election office with local

16 officials.  The images show Sullivan|Strickler

17 employees working in front of computers in the

18 office.  Don't know exactly what they were

19 doing.  But that's something that you -- that

20 you can see in these images.

21   And there -- and there were video depict

22 -- there were depictions -- visual depictions

23 of -- of hard and thumb drives tagged and

24 lying on the table.  It looked like they had

25 been laid there in a orderly way.  In -- so

1    now, on July 28th -- so now we're before

2    August of 2022, so I'm going back in time a

3    bit.  This is a disclosure when -- when people

4    found out about what happened in Coffee

5    County.  But on July 28th, before any evidence

6    of the activities that I just described was

7    known to State officials.  I was advised that

8    evidence showed that the server retrieved from

9    Coffee County in 2021 and maintained by the

10   Secretary of State's Office had been

11   forensically examined.  And there was evidence

12   the data on it was downloaded to an external

13   hard drive.

14        I required this information to be

15   reported to the federal judge provided over

16   the federal litigation I mentioned.  And --

17   and to be given detail about what was known

18   about -- about the attachment of a hard drive

19   to the -- to the computer in Coffee County.

20   The Board and the Secretary of State requested

21   that a criminal investigation be opened

22   immediately and that occurred.

23        The investigation is currently being

24   conducted for the Board by the investigations

25   of the division of the Georgia Bureau of

1        Investigation with help from investigators in
2        the Secretary of State's Office assigned to
3        the Board.  Because the conduct in Coffee
4        County paralleled conduct in other states, we
5        requested the Federal Bureau of Investigations
6        Office in the Southern District of Georgia to
7        participate in the investigation.  Because the
8        request involves an election, it has to be
9        processed through channels that probably
10       ultimately decided (inaudible) justice in
11       Washington, D.C.  I've called to get an update
12       on that and have not received it yet.  Which
13       I'll just say from experience that doesn't
14       mean that the FBI isn't doing something maybe
15       in other states.  So they could be involved,
16       but I don't know.  I don't know what they're
17       doing, if anything, with respect to Coffee
18       County.
19            There's more recent -- so now I'll move
20       forward from July, there's more recent
21       information that has been disclosed that shows
22       that a different forensic firm visited the
23       Coffee County offices on January 26th of 2021
24       and were allowed into the offices by local
25       official, election officials.  What happened

1      inside the office or what the firm did inside

2      the offices in Coffee County is uncertain.

3           One final thing which doesn't directly

4      relate to Coffee County, but I wanted you to

5      know about it.  On September 20th of 2022, I

6      received documents from an individual who had

7      obtained them through a Georgia open records

8      request, and they involved Spalding County.

9      These documents show communications between

10     Sullivan|Strickler and Spalding County Board

11     of Elections in August of 2021.  And there is

12     an unexecuted engagement agreement for

13     forensic collection preservation of Spalding

14     County Elections Managing Systems.  And

15     another Spalding County iPhone forensic

16     collections preservation engagement letter.

17          The purpose of the imaging is not clear,

18     but it could have well have related to -- to

19     Spalding County's desire to -- to have

20     available information at the time of this

21     collection was made because there might have

22     been either issued or could be issued an order

23     from a court requiring the information be

24     preserved and it could be that they wanted to

25     have an image because they thought they had a

1      legal obligation to do that.  But we're

2      investigating these communications and the

3      relationship to see -- to understand why

4      Sullivan|Strickler, a name which is now

5      familiar to us, was the firm that was talking

6      to them about that to see and assure us -- or

7      to disclose to us how it related, if at all,

8      to what happened in Coffee County or to -- or

9      to assure that it was totally different and

10     there for a different purpose.

11          As I said, a criminal investigation,

12     while I don't know the details of it.  I can

13     tell you it is active and it's ongoing.  I

14     can't tell you when it will be done, but the

15     purpose is to ultimately determine whether or

16     not there has been conduct that warrants

17     further review and then if necessary

18     prosecution.

19          Now, you can ask questions, but I've told

20     you everything I know.  So I want to now go to

21     the risk-limiting audits.  I'm going to ask

22     Blake Evans who's the Secretary of State's

23     Elections Director for the State to explain --

24     this is (inaudible) information to explain

25     what a risk-limiting audit is.  What place

1        they play in elections in Georgia?  And while
2        you can submit to me questions, I'm going to
3        tell you that it has to pertain only to risk-
4        limiting audits and how they work.  Thank you
5        for coming. This is Blake Evans.
6              MR. EVANS:  All right.  Thank you, Judge.
7        Does it sound okay?  Can everybody hear me?
8              THE AUDIENCE:  Turn the volume up.
9              MR. DUFFEY:  Try that.
10             MR. EVANS:  Testing.  There we go.
11             THE AUDIENCE:  That's good.
12             MR. EVANS:  So I think what I would --
13       what I would like to do to start off the
14       discussion on risk-limiting audits is to take
15       kind of a -- of a little bit of a broad
16       approach on what audits are in elections.  And
17       talk a little bit about how risk-limiting
18       audits came to be part of our practice in
19       Georgia.  And then transition from that to the
20       risk-limiting audit that we have coming up
21       after November and talk about how that will be
22       conducted.
23             MR. DUFFEY:  I think that's a good plan.
24             MR. EVANS:  So why perform post-election
25       audits period, at all?  And a big reason why

1    we perform them is because we as election
2    officials we want to catch errors.  We want to
3    -- we want to make sure that the outcome that
4    was certified was correct.  To make sure that
5    the person that was -- that was indicated as
6    having won the election by the machine count
7    was the correct person.
8         And so typically when we talk about a
9    post-election audit whether it be a risk-
10   limiting audit or otherwise, you're looking at
11   a paper verifiable or a human readable
12   -- human readable text on a ballot.  And
13   you're coming up with a hand tally that you
14   can then compare to the machine count.  And
15   that's auditing the machines.  You can't
16   really audit machines with those same
17   machines.  That wouldn't be an audit.  You do
18   it separately, you do it with humans.  You do
19   it with eyes looking at ballots and the text
20   on the ballot.
21        And then the other reason why we do it,
22   obviously, we want to catch errors, we want to
23   confirm the count.  But we want to increase
24   public confidence in the election.  And -- and
25   to me, you know, doing this, of course, we

1     started it in 2020, but the public confidence
2     side of it, it's a little bit kind of
3     exercising.  It's doing it consistently over a
4     long period of time that builds that habit.
5     And that -- and that creates kind of that
6     culture of auditing in Georgia elections.  And
7     I think that's important.
8          The objective is to verify that the
9     machine count resulted in the correct winner,
10    and this is done by reading human readable
11    text that is on the ballot and coming up with
12    a tally using that text.  Post-election audits
13    in the United States typically consist of
14    sampling some number of ballots after the
15    election to audit -- to audit the machine
16    count.
17         There are typically two categories, we're
18    talking about ballot audits that are used in
19    the United States.  One is a -- what most
20    people call a traditional audit which is the
21    method that's been used by many jurisdictions
22    for -- for quite some time.  And typically,
23    that will come with -- with some kind of a --
24    a random selection of a fixed percentage of
25    ballots or precincts.  For example, I've been

1          in a jurisdiction before in another state
2          where we would select about two percent.  We'd
3          pull a couple of precincts out of a hat.  And
4          those would be the precincts that -- that we
5          would audit.  And that was a fixed percentage.
6          It was about two percent of the total number
7          of precincts.
8               And then there's the risk-limiting audit.
9          So you have kind of the traditional and then
10         you have the risk-limiting audit.  So the
11         risk-limiting audit you may hear me refer to
12         it using the acronym RLA throughout the
13         presentation because that's commonly what it's
14         referred to as.  But the RLA relies on
15         statistics and mathematics to determine the
16         number of ballots to be audited and whether
17         the outcome of the audits supports the outcome
18         of the machine count with a high degree of
19         confidence.
20              So one way to think about it is if it's
21         one of the things that impacts the number of
22         ballots to be audited greatly, is the margin
23         of victory in the contest.  So if it's a wide
24         margin, you're only sampling a relatively
25         small number of ballots.  If it's a small

1      margin, you're sampling a very large number of

2      ballots.  So one of the good things about RLAs

3      is they do adapt to the margin that you're

4      trying to audit in the county you're trying to

5      audit.

6           And just to provide a little bit of

7      background, my experience, when I first got

8      into elections working for a county office, it

9      was in Pensacola, Florida.  And I can remember

10     after the first election that -- that I was

11     there for, it would have been in 2016.  We had

12     paper ballots.  And we did that fixed

13     percentage audit that I mentioned, and we did

14     that after every, every single election.

15          When I came to Georgia in 2019, of

16     course, our State was on the verge of getting

17     a new voting system with paper ballots that

18     would have human readable text.  That could

19     then be audited.  And so part of that process

20     was, and I wasn't necessarily a part of it,

21     but what Georgia was going through at that

22     time and the legislature and in the Secretary

23     of State's Office and the counties was

24     preparing for that new system.  Preparing for

25     those paper ballots and the legislature passed

1     a law to put in place audits to audit the --

2     the machines.

3          And that law is O.C.G.A. 21-2-498.  And

4     that Code section clearly defined what risk-

5     limiting audits were.  And talked through some

6     other things.  And so what I'm going to do is

7     there are a few portions of that law that I

8     want to highlight.  So 21-2-498, as soon as

9     possible, but no later than November 2020

10    general election, the local election

11    superintendents shall conduct pre-

12    certification tabulation audits for any

13    federal or state general election in

14    accordance with the requirements set forth by

15    rule or regulation by the State Election

16    Board.  Audits under this Code section shall

17    be conducted by manual inspection of random

18    samples of the paper official ballots.

19          In conducting each audit, the local

20    election superintendent shall complete the

21    audit prior to the final certification of the

22    contest.  Ensure that all types of ballots are

23    included in the audit.  This is important.  So

24    whether they were cast in person, by absentee

25    ballot, advanced voting, provisional ballots

1       or otherwise.  Then provide a report of the
2       unofficial final tabulated vote provided for
3       the unofficial final tabulated vote results
4       for the contest to the public prior to the
5       conduct of the audit.  Complete the audit in
6       public view.  That's extremely important.
7       Audits are -- are a very, very important part
8       of the election system.  I'll talk about it in
9       a few minutes what we did in 2020.  What we're
10      doing upcoming to make sure that they can be
11      viewed by the public.  Provide details of the
12      audit to the public within 48 hours of
13      completion.  And then it goes on to talk about
14      in the law, the State Election Board
15      promulgate rules.  The Secretary of State
16      shall conduct a risk-limiting audit pilot
17      program with the risk limit not greater than
18      10 percent.  And that the ending of the law
19      states that if such risk-limiting audit is
20      successful in achieving the specified
21      confidence level within five business days
22      following the election for which it was
23      conducted, then all audits performed by the
24      Code section shall be similarly conducted,
25      beginning not later than November 1st, 2024.

1          So one of the things (unintelligible) the law
2     was that we the State were to be working
3     towards risk-limiting audits.
4          So that law was put in place, and I can
5     remember when I came to Georgia, I
6     participated in a pilot risk-limiting audit at
7     the county level before coming to the
8     Secretary of State's Office.  And then after I
9     came to the Secretary of State's Office, I
10    participated in a pilot from the Secretary of
11    State's side.  And it became clear that one of
12    the things that -- that we could do is instead
13    of training election officials on traditional
14    audits, and then down the road transitioning
15    to risk-limiting audits, which was what the
16    law wanted us to be at by 2024.  That we could
17    start out at -- with doing risk-limiting
18    audits.
19         And so we -- we decided that that's what
20    we're going to train on.  That's what we
21    wanted to do.  And the State Elections Board
22    drafted a rule, and that rule is 183-1-15-.04.
23    And I'm going to highlight a few sections of
24    that.
25         It starts with following the November

1          general elections in even numbered years, each
2          county shall participate in statewide risk-
3          limiting audit with a risk limit of not
4          greater than 10 percent.  I'm going to pause
5          there.
6               So just to -- I want to define and
7          clarify what a risk limit is.  And so when
8          you're -- when you're talking about auditing,
9          and you're talking about risk limits, you have
10         to designate for the algorithms that are going
11         to tell you how many -- how many ballots you
12         have to sample.  A -- a risk limit and because
13         that will help determine how many ballots that
14         you have to pull.  And so the risk limit if
15         it's 10 percent that means, essentially, would
16         you be satisfied with a 90 percent confidence
17         level at the end of your audit?  And if the
18         answer's yes, then you can set 10 percent risk
19         limit you're auditing fewer ballots.  If you
20         would be satisfied with a 95 percent
21         confidence level, then you can set it at five
22         percent risk limit.  You're going to be
23         auditing a few more ballots but -- but you're
24         going to have a higher degree of confidence in
25         the outcomes of the audit.

1            And generally, what will happen is that
2        is to kickstart the process and then at the
3        end of the audit you'll have a report, and it
4        will tell you what your actual risk limit was
5        in the audit.  For example, I remember one of
6        the audits that we conducted after the
7        Presidential preference primary in Fulton
8        County.  I remember that one specifically.  I
9        think it was a 10 percent risk limit or a five
10       percent risk limit.  And the actual risk limit
11       after we audited the ballots was under one
12       percent.  And we had that in the report
13       afterwards.
14            So going back to the State Election Board
15       rule, prior to county certification the
16       election superintendent of each county shall
17       prepare a ballot manifest.  So a ballot
18       manifest is a document that lists all the
19       ballot containers following the election and
20       the number of ballots that are in each
21       container.  Another word for container could
22       be batch.  So a batch of ballots.
23            Going back to the rule, the contested
24       audit shall be selected by the Secretary of
25       State.  The Secretary of State shall set a

1       date, time, and location after the November
2       general election in even numbered years to
3       select which contest to audit.  Such meeting
4       shall be open to the public.  After selecting
5       the contest to audit, the Secretary of State
6       shall publicly announce which contest will be
7       audited and published the selected contest on
8       Secretary of State webpage.
9            In selecting the contest to audit, the
10      Secretary of State shall consider the below
11      criteria:  The closeness of the reported
12      tabulation outcomes.  The geographical scope
13      of the contest because we wanted it to be a
14      statewide audit, so it needed be a contest
15      across all counties.  The number of ballots
16      counted in the contest.  Any calls for concern
17      regarding the accuracy of the reported
18      tabulation outcome of the contest.  Any other
19      benefits that may result in auditing certain
20      contests or the ability of the county to
21      complete the audit before the State
22      certification deadline.
23           And then another key part that was
24      reiterated in the State Election Board rule,
25      was that the audit shall be open to the public

1        and public notice of the date, time and

2        location of the audit must be posted on the

3        county election office's website or if the

4        county election's office does not have a

5        website, in another prominent location.   So

6        that was the first half of the rule.

7            The next half of the rule got into the

8        actual conduct of the audit.   So the audit

9        shall be open to the view of public and press,

10       but no person except the persons designated by

11       the election superintendent or the

12       superintendent's authorized deputy shall touch

13       the ballot or ballot container.   Each election

14       superintendents shall create audit teams

15       comprised of at least two sworn designees, so

16       they have to take an oath, and have to take an

17       oath, to assist with the audit.   Chain of

18       custody for each ballot shall be maintained at

19       all times during the audit, including but not

20       limited to, a log of the seal numbers on the

21       ballot containers.   Before and after

22       completing the manual audit.

23            For ballots marked by electronic ballot

24       markers, the auditors shall rely on the

25       printed text on the ballot to determine the

1       voter's selection.  For ballots marked by
2       hand, the auditor shall rely on the choices
3       indicated by the voter filling in the oval
4       adjacent to the candidate or question.  So
5       there are other parts of the rule.  Those are
6       the parts that I wanted to highlight.
7            And so with -- with the law and the --
8       and the State Election Board rule being set
9       and with -- with -- with those in mind, and
10      knowing that we wanted to move forward in 2020
11      with a risk-limiting audit.  We had to select
12      a system or a vendor that could do a couple of
13      things for us.  One, we needed from a
14      statistical and mathematic side, we needed a
15      system that can consume ballot manifests from
16      159 different entities.  And so, for example,
17      Bartow County might have a ballot manifest
18      with 200 batches of ballots in it.  This
19      system had to consume his ballot manifest
20      along with that of every other county and
21      create one long list.  The total number of
22      batches in the 2020 election was somewhere
23      right around just -- just over 40,000 batches
24      in the State.
25           And so the system had to do that and then

1          the system had to be able to run the

2          algorithms to determine, okay, how many

3          ballots based on the contest that's selected

4          need to be audited so that we have a

5          statistically significant sample and so that

6          when we do the hand tally, the outcome will

7          achieve the -- the confidence level that we

8          want.

9              And -- and going back to 2020, obviously,

10         the margin was very, very close.  So what I

11         said earlier, the narrower the margin, the

12         more ballots there were to be sampled.  So the

13         number of ballots to be sampled was so large,

14         well over two million ballots that it became

15         much more simpler and faster to hand count all

16         ballots statewide then to try randomly sample

17         2.5 million or however many ballots it was but

18         right around that number.

19              So what that does, when you're not

20         sampling anymore, your risk limit goes to zero

21         because you're literally counting all ballots.

22         So you have no risk limit set at that point.

23         Typically audits are samples.  This was not.

24         The risk limit was set at zero.

25              Going back to the system that we use.

1          That system that we chose was through a

2          company called Voting Works and the system

3          that was used was called ARLO.  In Voting

4          Works some of the funding came from DHS and

5          CISA in order to create the ARLO tool which

6          they used in our jurisdiction as part of the

7          pilot program that they were doing in

8          cooperation with CISA and then a few other

9          jurisdictions, as well.

10          So we trained counties.  Counties went

11          through and they -- there were 41,881 ballots

12          that they hand tallied over the span of about

13          six days, and they hand tallied those.  The

14          error rate in the hand count can typically be

15          a little over one percent, around two percent.

16          The error rate when compared to the original

17          machine count that we had in 2020, was .73

18          percent so we were well under that.  We

19          confirmed that outcome of the election through

20          that.

21          And so if we fast forward to today -- so

22          to be clear, that was according to the law,

23          the -- the one and only time that counties,

24          since the law was put into place, were

25          required to conduct a risk-limiting audit.

1       The next election where they would be required

2       to conduct a risk-limiting audit is this

3       upcoming November 2022 election.  There are

4       some counties that have conducted

5       risk-limiting audits since then.  One of them

6       is in the room, Joseph Kirk in the back, he

7       conducts an audit after every single election

8       that he has.  And that's a typical but I think

9       it is an excellent practice he's been able to

10      earn a lot of public confidence that way.

11          So fast forward to today, and thinking

12      about lessons that we've learned in 2020, and

13      what we plan to do in 2022.  So we're still

14      using Voting Works.  We're still using ARLO.

15      And we will be conducting a batch comparison

16      risk-limiting audit.  Here's what that means:

17      After the election, the Secretary of State

18      will follow the State Election Board rule to

19      select whatever contest it is that will be

20      selected to audit.  The counties will upload

21      their ballot manifests so their list of their

22      batch containers.  Their list of ballots into

23      ARLO.  And we'll -- we'll select a risk limit

24      because that's one of the things that we have

25      to do.  Typically other jurisdictions -- I'll

1        use Colorado for example, because they have

2        been using this style of audit for a while.

3        They set their risk limit around four to five

4        percent.  We'll set it at probably at least

5        that, around five percent.  We -- we may

6        decide to get higher.  But that's something we

7        can discuss.

8             And then what counties will get is

9        instead of getting back a list of specific

10       ballots that they have to go pull, like we

11       were training for in 2020, we're using a

12       different style of risk-limiting audit.  What

13       they will get is a list of batches that they

14       have to go pull.  And they will be hand

15       tallying complete batches.  Here's the good

16       thing about that.  Is let's say that Appling

17       County gets told, go pull the batch from

18       precinct one in Appling County and do a hand

19       tally for that.  Appling County will go,

20       they'll pull election day batch one.  They'll

21       hand tally those ballots.  They'll have the

22       results at the end.  They can put the results

23       of their hand tally into ARLO.

24            And then at the end of the audit, once

25       all the counties have counted their batches,

1      we'll publish all that information on our

2      website.  We did that in 2020, but it will be

3      a report of the results of every batch in the

4      hand audit.  And so anybody that wants to can

5      go and they can look and they can find the

6      batch from Appling County election day

7      precinct one.  This is what the hand tally

8      was.  They can look at scanner tapes, look at

9      something that was produced by the machines

10     themselves.  And they can compare the results

11     by candidate.  And so they can do that for

12     every -- any batch that's audited in the batch

13     comparison risk-limiting audit that we're

14     doing.

15          And so every county will be audited.

16     I'll go ahead and tell you that before I go

17     into more detail, we all know that the

18     election is on November the 8th, Tuesday,

19     November the 8th.  Counties have to certify by

20     November the 15th.  The start of the audit is

21     going to be Thursday, November the 17th and

22     then all counties have to be finished by

23     Tuesday, November the 22nd.  So including the

24     start and end dates that's six days that they

25     have to complete the audit.

1          Following that, we have all the results

2     we, again, just like we did in 2020, because

3     we want to be as transparent as possible,

4     we're going to put all that information, all

5     the batch sheets, all the tally sheets, all

6     the reports produced on the website so anybody

7     can go and look at it.  All ballot types will

8     be audited.  Every county will be auditing

9     during that timespan so every county will be -

10    - will have batches to audit.  The audit will

11    be open to the public.  There will be audit

12    monitors.  One of the things that I will

13    highlight specifically and then we'll probably

14    be doing something very similar this time

15    around.  But if we go back in how we trained

16    counties in 2020 and how we're training again.

17    One of the official election bulletins that

18    was put out by the Director of Elections for

19    our office at that time in 2020, spoke

20    specifically to public access and political

21    party monitors.

22          And I'm going to read you some exert of

23    that.  The audit shall be open to the public

24    and the press.  But no persons except the

25    persons designated by the superintendent shall

1       touch any ballot or container.  The
2       superintendent shall designate a viewing area
3       from which members of the public and press may
4       observe the audit for the purpose of good
5       order in maintaining the integrity of the
6       audit.  The superintendent may also choose to
7       make the audit proceeding available via
8       livestream or webcast.
9            And then if I fast forward to another
10      official election bulletin that was put out
11      just a couple days after that one.  We put out
12      an addendum that clarified that as an addendum
13      to the rules of political parties monitors and
14      because transparency should be a guiding
15      principle throughout this process.  If the
16      election superintendent can safely allow --
17      because this was in the time of COVID -- if
18      election superintendents can safely allow more
19      than the minimum number of designated
20      political party monitors, consistent with
21      maintaining an orderly process, space
22      limitations and social distancing, public
23      health guidelines if you should.  Please allow
24      as much transparency as you can while
25      maintaining a secure, orderly process in

1       abiding your public health regulations.

2            So that's going to be the message again.

3       As much transparency during the audit process

4       as we can possibly get.  It's going to be a

5       little bit easier this year because of things

6       related to the pandemic.  But that's going to

7       be our message again and has been our message

8       so far.

9            So in order to start the audit, as

10      randomly as possible.  Because we don't want

11      anybody to think that any of this was planned

12      out or that we knew what batches were coming.

13      As I mentioned, counties upload their ballot

14      manifest into ARLO.  And then the algorithm

15      that runs has to have a -- has a random number

16      generator that is used to select the -- the

17      batches randomly.

18           But it's a little bit of fun thing, in

19      order for that to happen, the random number

20      generator needs to 20-digit number put into

21      that.  And so as part as -- of the kickoff

22      process there will be 20, I think it's 10-

23      sided, 10-sided dice or die, that will be

24      rolled.  So if -- Mark (unintelligible) is in

25      the room, I know you asked about that last

1     week, I think.  We have public in that
2     process, you know, we'll probably invite a few
3     people up.  They can take a dice, they can
4     roll it, and the first number is three, the
5     first number that -- of the 20 digit number
6     will be three.  And we'll go on until we have
7     a 20-digit number.  We'll put that into the
8     system.  ARLO will kickoff and that's when the
9     counties will be given the -- their list of
10    batches to go audit.
11        Then counties take their individual lists
12    notating which ballots they must pull to be
13    audited.  Each county will have the number of
14    audit teams they think they need to complete
15    the audit.  So we're giving counties six days.
16    We're telling them prepare for a slim margin.
17    And in the event that you have to count a lot
18    of ballots, make sure you can complete in that
19    timespan.  And once counties receive the list
20    to be audited, they will begin on November the
21    17th.
22        So when the audit begins, let's say it's
23    the start of -- it's the start of the audit.
24    Everybody's starting on November 17th.  If --
25    any county that you go into, you should see

1      that their ballots are securely stored.  They
2      have their batch sheet.  So what they'll do is
3      they'll bring their ballots out of storage
4      with the proper chain of custody paperwork.
5      They'll take their ballots in their batch to a
6      check-in table, keep in mind every county,
7      will do this a little bit differently
8      depending on the size of the county.  But
9      essentially, they'll take it to a check-in
10     table.  A team at the check-in table will
11     check the seal on the -- on the batch.  And
12     then that batch will be -- the -- the seal
13     will be broken.  The batch taken to an audit
14     board team that's sworn an oath and then the
15     audit board team will hand tally the batch.
16     And they'll have results and then the results
17     will ultimately be put in ARLO.
18          Once the batch has finished being
19     audited, it will go to a check-out team.  That
20     check-out team will make sure that the ballots
21     are stored in the batch.  They'll seal it
22     back.  They'll record the seal number and then
23     the batch will be returned to secure storage.
24     If there are questionable marks or anything
25     like that a ballot that needs to be looked at.

1       There will be -- counties will have vote

2       review panels which are comprised just the

3       same way vote review panels are comprised for

4       any election.  So the party nominees and the

5       election superintendent.

6           So at the end, counties will enter their

7       batch totals into ARLO.  We will get the

8       reports under results of batches with the

9       batch names.  One of the things I want to note

10      at this time, is that the batch names, because

11      I know a lot of folks like to go, they like to

12      look at the batches.  And they want to try to

13      compare those to the machine tallies.  So we

14      heard that feedback from 2020.  The batch

15      names that are produced by ARLO should be very

16      close to the same or the exact same as what

17      comes out of the Dominion system.  Again, that

18      makes it possible for anybody that wants to go

19      and compare what a Dominion machine got for

20      the count to what humans got for the count.

21      They can do that.  So that makes that

22      possible.

23          So, again, after -- it'll be the Tuesday

24      before Thanksgiving that the audit will

25      conclude and then we will release the reports

1          following that.  Make them publicly available.

2          The 2020 documents are still on our website.

3          The Secretary of State's Election Division.

4          You can go -- click on the election results,

5          scroll down to the bottom, you'll see a link

6          to risk-limiting audit 2020.  You can click

7          there and see all the documents.

8               We'll also start the process -- we'll

9          immediately make the reports available for

10         people go look at.  And we'll also start the

11         process of collecting the batch sheets that

12         the counties use for -- because each

13         individual batch has its own tally, and it

14         goes on its own batch sheet, we'll work on

15         collecting those and then posting those again.

16              So, again, the -- what we're -- what

17         we're striving for goes back to -- we want to

18         catch any errors, if there are any.  We want

19         to confirm the outcome of the contest.  We

20         want to build public confidence.  That's what

21         we want to do.  And I think doing that

22         consistently over -- over a period of time is

23         -- is the way to do that.  We're -- we're

24         doing the audit in November.  I know that I've

25         heard from multiple county election officials

1          that there's a lot of interest even if the law

2          doesn't require it to do an audit following

3          the run-off as I mentioned Joseph in the back

4          from Bartow County does an audit after every

5          election, but audits are an extremely useful

6          tool.  Building public confidence.  Auditing

7          the machine.  Being able to say that you

8          looked at the human readable text and you

9          confirmed the outcome based on that.  It's

10         important.

11              So with that I'll take any -- any

12         questions that you have.

13              MR. DUFFEY:  Well, I'm a little still

14         unclear about what a batch is.

15              MR. EVANS:  Yeah.  Good question.  So a

16         batch.  So the question was essentially what

17         is -- what is a batch?

18              And so there are different types of

19         voting methods.  So you have election day.

20         You have absentee.  And then you have advance

21         voting.  For election day, typically, what a

22         batch will refer to is however many ballots

23         that were counted by a scanner.  And so upon

24         election day, you had one scanner at your

25         polling place, 500 people came and voted, cast

1        their ballot through the scanner, the ballots

2        drop into a ballot box.  Then that batch for

3        the election day precinct will be 500.

4            If your election day precinct had two

5        scanners, then your election day precinct

6        would have two batches.  Because each

7        scanner's going to print out its own

8        individual results -- results tape and you

9        want to be able to compare the results from

10       the batch to the tape.

11          For advanced voting, similar concept.  If

12       you had over the course of three weeks, a

13       scanner that takes 5,000 ballots, then that

14       batch for that advanced voting location is

15       going to have 5,000 ballots in it.

16          For absentee, let's say a county gets in

17       2,000 absentee batches (sic), they can have --

18       generally what counties will do is they'll --

19       they'll cap their batches --

20          MR. DUFFEY:  You -- you mean 2,000 -- you

21       mean 2,000 absentee ballots?  You said

22       batches.

23          MR. EVANS:  Yes, I'm sorry.  2,000 --

24       2,000 absentee batches (sic) beginning back in

25       2020 territory.  I don't think we're going to

1        quite hit that.  But -- but 2,000 absentee

2        ballots -- generally what a county will do is

3        they'll cap each batch at about 50.  And so

4        they'll take 50 ballots, they'll run those

5        through the scanner.  That'll be batch --

6        that'll be absentee batch one.  They'll take

7        the next 50 and run those through the scanner,

8        absentee batch two.  And so on until they

9        complete the process.

10           And then a similar process with

11       provisionals.  So if there are 25 provisionals

12       after the election, that are to be counted,

13       oftentimes those will be in their own batch.

14       Counties will run those through.  That'll be

15       provisional batch one.

16           MR. DUFFEY:  So the question is:  Are the

17       actual ballots, which I assume are the paper

18       ballots?  Is that what you're talking about?

19       Isn't this your -- is this your question?

20           MS. BRADSHAW:  Mine, yes.

21           MR. DUFFEY:  When you say actual ballot,

22       you mean the paper ballots that are --

23           MS. BRADSHAW:  The paper ballots that go

24       into the ballot box.

25           MR. DUFFEY:  Right.  Are they used for --

1      are those the ballots used for the audit?

2          MR. EVANS:  Yes.  Yes.  Those are the --

3      the ballots that the audit teams are doing the

4      hand tally --

5          MS. BRADSHAW:  And do people just tally

6      or are those ballots run through the scanners

7      again?

8          MR. EVANS:  So the -- the audit will be -

9      - that's a good question -- so the question

10     was:  Do people tally or are the batches --

11     are the ballots ran through the scanner?  The

12     audit would be conducted completely separate

13     from the machines.  And so it will be

14     generally what -- what folks will do is what

15     we call sort and stack method.

16         And so if it's candidate A and candidate

17     B, and they have a batch of 50, the first

18     thing they'll do when they get that batch of

19     50 is they'll sort into candidate A, candidate

20     A, candidate A, candidate B.  And then once

21     they've sorted the ballots that way, they'll

22     count the pages.  They'll count the ballots.

23     And that's how they come up with their tally.

24         MR. DUFFEY:  Well, this question, Mr.

25     Balbona, wants us to know whether or not

1       there's a specific article authored by a

2       fellow by the name of Phillip Stark.  I'm

3       going to say this.  I have read so much I

4       don't know who wrote what.  So I couldn't

5       answer that question.  I may have.  I may not

6       have.

7            MR. BALBONA:  That was a personal letter.

8       He's the creator of Risk Limiting Audits and

9       gave a letter to Brad Raffensperger and talks

10      about us using RLAs with the Dominion

11      (inaudible).  I just wondering if everyone up

12      there on the podium has read it.

13           UNKNOWN SPEAKER:  Is that the --

14           UNKNOWN SPEAKER:  Could you speak into

15      the microphone, please?

16           MR. BALBONA:  He says it's election

17      (inaudible).

18           MR. DUFFEY:  I'm -- I'm going to say the

19      same thing.  I get so much paper and there

20      have been a number of letters, I mean, I don't

21      remember that.  But I'm not saying -- and I'm

22      going to say -- and I'm not going to make

23      everybody else do this memory test about what

24      they had --

25           MR. BALBONA:  I mean, he's literally the

1      creator of Risk Limiting Audits he -- he came

2      up with it.

3            MR. DUFFEY:  Oh, I understand that.

4            The question is whether or not -- and who

5      wrote this?  This tiny little one.

6            MS. DUFORT:  I'm sorry.

7            MR. DUFFEY:  And your name, please?

8            MS. DUFORT:  Jeanne DuFort.  Jeanne

9      DuFort.

10           MR. DUFFEY:  Has a decision been made as

11     to how many statewide contests are going to be

12     audited?

13           MR. EVANS:  So the -- the plan right now

14     as the -- the law requires is to audit one

15     contest statewide following November.  And

16     then as I -- as I mentioned, I have heard

17     feedback from county election officials that

18     there's interest in -- in auditing a contest

19     following the runoff.  And -- and I'll say

20     again, I think the -- the best way to be able

21     to -- to build public confidence by using

22     audits is to do it consistently over a period

23     of time.  And so I think it's a very good idea

24     in the future for us to look at ways how to

25     audit after every contest similar to how

115

1      Joseph does.  Similar to what, you know, other
2      -- other county election officials are
3      starting to do because there's -- there's a
4      lot of county election officials that see the
5      significance and the importance of audits.
6      But to go back to the original question.
7      Looking at one contest following November.
8           MR. DUFFEY:  And where does the -- how do
9      you determine what the confidence rate that
10     you're seeking is -- is going to be.  Then how
11     do you determine whether it's met or not.
12          MR. EVANS:  Yeah.  That's a good
13     question.  So that -- that goes back to the --
14     the risk limit that -- that we were talking
15     about.  So the law says that it needs to be a
16     minimum -- or that it they cannot be any
17     higher than 10 percent.  And then once you
18     complete the audit, based on the -- the
19     results of the hand tally.  The report will --
20     will tell you what you're actual risk limit
21     was.  So initially, the -- the number that
22     you're selecting is to help kickoff the
23     process.  To help determine how many ballots
24     you want to start auditing.  It's not
25     necessarily based on what the hand tally is,

1       what's your risk limit will end up being.

2            But, again, if we look at other

3       jurisdictions, and what they typically do,

4       with risk-limiting audits, ranges from four or

5       five to 10 percent.  So we might do something

6       in lines with that.  But what we want to do is

7       we want to make sure that every county is --

8       that we're auditing enough ballots and that

9       every county's participating in the audit.  We

10      want to make sure that as the State Election

11      Board rule and the law says, we're auditing

12      every type of ballot, (unintelligible)

13      ballots, absentee, hand marked ballots.

14           And so then -- then at the end once we do

15      that and then like I said, we'll get that

16      report that says what the actual risk limit

17      was.

18           MR. DUFFEY:  And when you quoted this 10

19      percent figure, you referred to a law.  What

20      law is that?  Where's that law at?

21           MR. EVANS:  So at the end of O.C.G.A. 21-

22      2-498.  It says the Secretary of State shall

23      conduct a risk-limiting -- and this is talking

24      about the pilot programs.  But conduct a risk-

25      limiting audit pilot program with a risk of

1          not greater than 10 percent.  And so that's

2          typically what we used for the audit.  And

3          then if you go to the State Election Board

4          rule 183-1-15-.04, following November general

5          elections in even numbered years each county

6          shall participate in a statewide risk-limiting

7          audit with the risk limit of not greater than

8          10 percent as set forth in this rule prior to

9          the certification by the Secretary of State.

10              MR. DUFFEY:  Who -- how do you determine

11         who's going to be on an audit team?

12              MR. EVANS:  So how do you determine who's

13         going to be on an audit team?  So counties

14         usually use that State Election Board rule

15         that I referenced to be their -- their guide

16         for who they could ask.  And I'll read from

17         that rule.

18              The election superintendent shall create

19         audit teams comprised of at least two sworn

20         designees to assist with the audit.  The

21         superintendent may designate non-employees to

22         assist with the audit process.  All persons

23         who the superintendent designates to assist

24         with the audit shall take and sign an oath

25         that they will conduct the audit accurately

1      and securely prior to assisting with the

2      audit.  And I know one of the things the

3      county do in practice is they'll reach out to

4      the poll workers first and give them the

5      opportunity.

6           MR. FERGUSON:  There's follow-up part to

7      that question, sir.

8           MR. DUFFEY:  It's a repeat question about

9      Phillip Stark.  He's here to explain how the

10     audit process works.

11          MR. FERGUSON:  No.  If there is no --

12          MR. DUFFEY:  Excuse me it's not --

13          MR. FERGUSON:  -- if there is public

14     access, can it be stated at the public can be

15     placed on it and actually see what is going

16     on.  Like Fulton County won't let you within

17     30 feet.

18          MR. EVANS:  Yes, for sure, that's what's

19     outlined in the rule is that and it's -- put

20     the official election bulletin was that

21     everybody should have access to be able to see

22     what's going on.  Now, if it's, you know, and

23     I say that knowing that where we were at in

24     2020.  And having the audits of the ballots,

25     if you have 75 audit teams and you're --

1      you're standing watching one audit team, you
2      may not be able to see what the audit team way
3      over on the other side of the room is doing.
4      But if you find yourself in a position where
5      you do not have access to be able to see -- to
6      be able to see audit teams.  Be able to see
7      the audit, that is something our office would
8      -- would want to know.
9           MR. DUFFEY:  What have you done to ensure
10     that these audits will, in fact, work in the
11     Dominion system?
12          MR. EVANS:  So the question was:  What
13     have you done to make sure they'll work with
14     the Dominion system.
15          So work with Voting Works the ballots
16     have human readable text.  And so the audit
17     itself, is conducted separate from any machine
18     or equipment company period.  So as long as
19     there's a human -- human readable text that
20     you have an audit team look at the ballot.
21     See what the choices are and tally -- hand
22     count that way.  The audit would work with any
23     kind of system.
24          MR. DUFFEY:  So the -- the audit is
25     really taking the produced paper ballot which

1          is reviewed by the elector who puts it into

2          the scanner.  Then you compare that paper

3          ballot against the machine count?

4               MR. EVANS:  Correct.

5               MR. LINDSEY:  Quick question sort of

6          leading part of the question that was asked a

7          moment ago.  If -- if there is a question that

8          a -- that an authorized observer has regarding

9          a county's compliance with public access, how

10         do they get ahold of the Secretary of State's

11         Office to have that addressed?  And I think

12         it'd be important for folks to know that.

13              MR. EVANS:  Yes.  So we do have our --

14         and one -- one of the easiest ways to do it is

15         just as far as what we put in public

16         communication, is to go to our website and on

17         our online form there.  But we do have our --

18         I'm going to call him out real quick.  Nic

19         what is our --

20              MR. LINDSEY:  You can call a friend if

21         you need to.

22              MR. EVANS:  Yeah -- yeah.  So -- so

23         elections@sos.ga.gov that would be a great way

24         to reach us that way.  But, I mean, if you're

25         having an issue with meaningful access at a --

```
 1        at an audit location, the best thing to do is
 2        to talk to the superintendent -- the election
 3        superintendent there.  And to -- to address --
 4        to try to address it that way.  Because a lot
 5        of times if they know about it, they'll
 6        resolve it.
 7             MR. LINDSEY:  But if they don't, how do
 8        they get ahold of the Secretary of State's
 9        Office?
10             MR. EVANS:  Yeah.  A great way to do that
11        would be call us.
12             UNKNOWN SPEAKER:  What's the number?
13             MR. EVANS:  You can call us.  And then
14        there's elections@sos.ga.gov.
15             MR. NORTHEN:  There's also a really
16        convenient contact us form on our website.
17        And it is staffed, and those submissions do
18        get circulated amongst our team and sent over
19        to either investigations or our team will
20        contact a county official based on, you know,
21        an inquiry that was submitted that way.  So
22        there's -- there's a few -- a few ways to do
23        it.  Like, Blake mentioned, calling us.  But -
24        - but that -- that form on our website
25        immediately triggers an email to multiple
```

1       members of the election staff.  So it's kind

2       of the -- the best way to reach multiple folks

3       at once, if you will.

4              MR. LINDSEY:  Thank you.

5              MR. FERGERSON:  What's the time limit?

6              MR. NORTHEN:  sos.ga.gov.

7              MR. EVANS:  Yeah.  Okay.  What was the

8       question?

9              MR. FERGERSON:  The question dealt with a

10      timely response.  What you're talking about

11      will take a month.

12             MR. EVANS:  I wouldn't say that.  I get -

13      - we get stuff that comes to our office pretty

14      -- pretty quickly.  And if it's, I mean, if

15      it's -- we respond to it as fast as we can.

16      And if there's something that needs an urgent

17      response like we're in the middle of an audit,

18      and there are people that can't get access,

19      which is something that qualifies as needing

20      an urgent response.  We'll get somebody on it.

21             MR. DUFFEY:  So this question is about

22      the photography rule which Judge Brouillette

23      struck down.  I don't think he struck it down.

24             MR. BALBONA:  He said it was too broad.

25             MR. DUFFEY:  I think he struck it down.

1        Well, first of all, I don't remember in the

2        opinion how he described who -- what?

3            MR. BALBONA:  He said it was too broad.

4            MR. DUFFEY:  Well, what I'm saying is, I

5        think the details of what he struck down --

6            MR. BALBONA:  What he struck down was

7        saying that you could never take a picture of

8        any -- or video any ballot that's been cast.

9        But there's no identifying information on the

10       ballot or there shouldn't be.  So it makes no

11       sense.

12           MR. DUFFEY:  Well -- well, you'll have to

13       take that up with Judge Brouillette.

14           MR. BALBONA:  My point is that the county

15       won't do it and even when I handed DeKalb

16       County the printout of the ruling, they still

17       wouldn't let me.

18           MR. DUFFEY:  I don't want to argue about

19       your desire to video.  But has that happened

20       since Judge Brouillette's ruling which was

21       really pretty recently?

22           MR. BALBONA:  That was after.  It was

23       after.

24           MR. DUFFEY:  What election was that?

25           MR. BALBONA:  That was the (inaudible).

1      It was the democratic recount in DeKalb

2      County.

3          MR. DUFFEY:  What I would do is I would

4      talk to DeKalb County and ask why they did

5      that in light of Judge Brouillette's ruling.

6          MR. BALBONA:  I have, and I asked them if

7      they could cite what O.C.G.A they are using

8      (inaudible) and I said, you're not just

9      pulling it out of your butt?  And she said,

10     yes.  We're just pulling it out of our butt.

11     And I have it on tape if you want to hear it.

12         MR. DUFFEY:  Did you file a complaint on

13     them?

14         MR. BALBONA:  I did.  And if Sarah

15     (inaudible) was here maybe she could tell me

16     the status of that.  But apparently the system

17     that SOS uses can't look up complaints per

18     complainant.

19         MR. DUFFEY:  Yeah.

20         MR. BALBONA:  That seems very archaic.

21         MR. DUFFEY:  I'll talk to her and see

22     where your complaint stands.

23         MR. BALBONA:  Thank you.

24         MR. DUFFEY:  Sara you wanted to ask a

25     question?

1          MS. GHAZAL:  Thank you, yes.  I wanted to

2     clarify that batch is not necessarily equal

3     precinct, correct?  So in the case of -- of

4     election day voting, a batch of ballots may or

5     may not be the total for the precinct if a

6     precinct has more than one scanner it could be

7     just one scanner.  But in a case of early

8     voting and absentee voting, those could be

9     from any and all precincts across the county;

10    that's correct, right?

11         MR. EVANS:  Correct.  So to -- to go back

12    to the first part.  If you have two scanners

13    at an election day location, and you each --

14    one scanner took in 600 ballots and the other

15    scanner took 400 ballots those are two

16    separate batches.  So the 400 batch ballot --

17    ballot batch gets selected to be audited, then

18    the results from that -- will -- can be

19    compared for the scanner tape for that one

20    scanner, but it wouldn't be the -- the entire

21    polling locations.

22         MS. GHAZAL:  Right.

23         MR. EVANS:  Same thing with absentees.

24    There are reports.  It's -- there are reports

25    that break it out -- that break out results by

1     batch.  And so somebody could take a report
2     like that in the Dominion system and compare
3     the results that way.  If -- if they wanted to
4     for the absentee batch.
5          MS. GHAZAL:  Thank you.  I just wanted to
6     make sure that folks understand that it's not
7     going to be a one to one comparison between
8     what they find on the Secretary of State's
9     website which reports by precinct versus
10    reporting by a batch.  Those are different
11    groups of ballots and it's possible to make
12    that comparison.  But it -- it could be
13    confusing if you're not -- if you don't
14    understand what you're --
15         MR. EVANS:  Correct.
16         MR. DUFFEY:  This risk limitation audit
17    you find some discrepancy, what's the process
18    for addressing a discrepancy?
19         MR. EVANS:  That's a good question.  So
20    you have the initial sample of ballots.  So
21    ARLO has given each county a list of batches
22    to go and look at.  And to report the results
23    from.  If when those results are put into
24    ARLO, if -- if they don't align with the
25    results from the machine count, what ARLO will

1    tell you is we're going to a second round of

2    auditing.  We're going to audit more batches.

3    And you will continue that process if you

4    continue to find errors and discrepancies

5    until you have audited all ballots.  And if

6    you audit -- if you get to that point where

7    you have audited all ballots, and you find

8    there was an issue with the election, then it

9    is before a State certification.  So the

10   counties who find errors could re-certify.

11   And ensure that the State can certify the

12   correct results.

13        MS. PRETTYMAN:  I suppose is that what

14   you're recommending for the discrepancies in

15   hand counts ballots for the primary?  Do you

16   recommend counties pursue that?

17        MR. EVANS:  What was that -- I could not

18   hear.

19        MS. PRETTYMAN:  My question:  In -- in

20   the primary there had been hand counts that

21   had discrepancies.  And so, I guess, what

22   you're recommending is that we pursue that

23   further and count more?

24        MR. EVANS:  You said there was a hand

25   count that had discrepancies?

1          MS. PRETTYMAN:  Yes.  Multiple counties

2     and it hasn't been dealt with --

3          MR. EVANS:  Hand -- hand counts are

4     generally less reliant than machine counts.

5     And so I wouldn't be surprised if they had

6     discrepancies.

7          MS. PRETTYMAN:  No.  They were

8     (inaudible) --

9          MR. DUFFEY:  I'm going to let you take

10    that up.  That's not about generally, Risk

11    Limitation Audits, that's a complaint you have

12    with respect to a specific election.  So your

13    option is to bring that to the attention of

14    whomever you want to.  But this is not the

15    place.

16         This -- this is -- your question has

17    nothing to do with risk limitation audit so

18    I'm not going to ask if it's a complaint about

19    past elections.

20         MS. PRETTYMAN:  Well, that --

21         MR. DUFFEY:  It -- it says here, from

22    previous elections and push back.  So I'm not

23    going to ask that question.  But if you -- you

24    also have options, if you want to be more

25    precise about what your concern is, you can

1        submit to the dedicated email address, and

2        I'll see that if it's -- it makes sense to

3        have a response that will get in the hands of

4        the right person.

5             Who asked this question?

6             MS. STEVENS:  I believe that's mine, sir.

7             MR. DUFFEY:  And your name?

8             MS. STEVENS:  Nan Stevens.

9             MR. DUFFEY:  This is a question of how --

10       how -- well, I'll read it to you -- it's what

11       is the use of the QR code in auditing if we're

12       -- if the written ballot is being used to

13       verify the vote.

14            MR. EVANS:  So really the QR code is not

15       used for anything in an audit.  You're using

16       the human readable text.

17            MS. STEVENS:  So why do we even have it

18       on the ballot?

19            MR. EVANS:  So the machine reads the QR

20       code.  And then you audit to audit the machine

21       count to confirm you've got the right outcome.

22            MS. STEVENS:  Both you and the previous

23       presenter have always stated that you're going

24       to go back to written readable text when doing

25       an audit.  So my question is:  Because they

1      make machines that can read readable text.
2      What is the purpose of the QR code?
3           MR. EVANS:  So our scanners can read the
4      ballots.
5           MS. STEVENS:  So the scanners --
6           MR. DUFFEY:  Excuse me.
7           MS. STEVENS:  -- are not reading the
8      readable text, they're only reading the QR
9      code?
10          MR. EVANS:  The scanners read the QR
11     codes.
12          MS. STEVENS:  Thank you, sir.
13          UNKNOWN SPEAKER:  In violation of the
14     law.
15          MS. STEVENS:  And both you and the other
16     fellow --
17          MR. DUFFEY:  Excuse me.  Excuse me.  This
18     is not your chance to argue with the
19     presenter.
20          MS. STEVENS:  Yes, sir.
21          MR. DUFFEY:  If you want to do something
22     that's more elaborate or make your point
23     again, you can do it in writing and submit it
24     to the website.
25          MS. STEVENS:  Yes, sir.

1          MR. DUFFEY:  Thank you.  Can counties do

2      other kinds of audits if they so desire?

3          NR, EVANS:  Yes.  Yeah.  There have been

4      counties that have gone -- like Bartow but

5      many others, I just say, Joseph because he's

6      in the room, who can conduct audits.  The --

7      the preference especially if you're -- you're

8      auditing a -- if you're auditing a state

9      contest, like for counties that may have

10      conducted audits in -- in May is to complete

11      the audit before State certification.  But I

12      think, I don't know, Ryan, if you want to say

13      anything more to that.  But -- but, yes,

14      counties can go above and beyond the rule that

15      is written.

16          MR. DUFFEY:  And who wrote the little

17      note with the butterfly?

18          MS. CRUZ:  That's my question.

19          MR. DUFFEY:  And your name is?

20          MS. CRUZ:  Victoria Cruz, Athens,

21      Georgia.

22          MR. DUFFEY:  Thank you.  In case you

23      haven't gotten the drift here your name should

24      be on your question.

25          MS. CRUZ:  I'm sorry.  I didn't

1      (inaudible).

2          MR. DUFFEY:  Okay.  Any -- any other

3      questions from the Board?

4          DR. JOHNSTON:  Yes.  So thank you so very

5      much for this presentation.  I think audits

6      are the important piece of an election these

7      days to confirm that the outcome is correct.

8      And also, to provide some confidence in the

9      outcome.  There are -- there are some

10     assumptions and requirements for RLAs that we

11     -- we need to all be aware of and one of

12     course is correct tabulation by the machines.

13     We also need to make sure that all the results

14     are complete and in and frozen and unchanged

15     throughout the audit process.  So that

16     counties can't go back and rearrange their

17     data.  There needs to be an -- an accurate and

18     trustworthy paper trail with proper and

19     documented chain of custody for every step of

20     the way involving the ballot -- all the

21     ballots.  Like you said, thank you, are

22     included in the audit and very important is

23     the ballot manifest and we need to make sure

24     that all counties have an accurate ballot

25     manifest or the RLA will fail.  So things to

1    be aware of.  I would encourage bi-partisan

2    participation in witnessing of the chain of

3    custody of the ballots even to the point of

4    retrieval of the ballots from the secure

5    storage brought to the audit table.  I think

6    there are plenty of willing bi-partisan folks

7    that would sign up to be a part of that team.

8    Not to touch the ballots, but just to witness

9    the transfer.  And I would encourage

10   livestream video of the audit.

11        In the medical -- in the science world,

12   statistical significance is generally agreed

13   upon to be the point (inaudible) level .05

14   percent -- .05 which is a five percent max on

15   as far as a risk limit.  So I would be -- I

16   would expect a -- a RLA to be that at least or

17   better.  And also, what do you see in the

18   future, if you had a perfect world as far as

19   audits?  What would you recommend for -- for

20   Georgia?

21        MR. EVANS:  That's a big question.  I

22   didn't know I was going to get that.  I want

23   to see audits after every election.  I think

24   that's something we've discussed in our -- our

25   office.  And I think we -- I think we all like

134

1         that idea.  I think it's good for -- for

2         counties.  I think one thing to keep in mind

3         with this particular audit that we have coming

4         up is for -- for many counties the -- the law

5         is written such that the audit is conducted

6         after even year general elections, so for many

7         counties they have not conducted an audit

8         since two years ago.  And that audit was

9         different because it was a full hand recount.

10        So this is the first time that many of them

11        will conduct kind of that sampling audit.  So

12        there -- we're training on them.  We're --

13        we're training on the audits.  We're -- we're

14        very confident.  But it will be the -- the

15        first time they've conducted an audit like

16        this.  So I think we should keep that in mind.

17        But I think also going forward I think we need

18        to look for ways to expand audits.  A way to

19        have audits after every election.  Because it

20        is -- it's good practice.  It confirms the

21        outcome.  And it -- it builds public

22        confidence.

23            MR. DUFFEY:  Okay.  Just one last

24        question.  In an RLA audit, how are

25        adjudicated ballots treated and handled?

1          MR. EVANS:  So the question was:  In a

2     risk-limiting audit how are adjudicated

3     ballots handled.  So if it was a ballot that

4     went through the adjudication process.  So

5     there was a teams of vote review panel

6     initially in the original count that had to

7     look at a ballot.  Maybe it was -- maybe there

8     was an error in a mark or for some reason had

9     to look at the ballot and try to make a

10    decision of voter intent.  We see those on

11    hand marked paper ballots.  There are also

12    vote review panels that are part of a

13    risk-limiting audit process.  And so if

14    there's a ballot that needs to be

15    quote/unquote adjudicated in a risk-limiting

16    audit, it can also go to a vote review panel

17    for a decision to be made on it.

18         MR. DUFFEY:  There is one more question

19    about why don't you transfer calls better in

20    your office.  But I'm going to let that person

21    talk to you.

22         MR. EVANS:  Working on it.  I mean, we

23    have a dedicated group of individuals that I'm

24    very proud to work with them.  You know, I

25    think there's not many of us.  We've got 20

1           full-time staff in our election division.  You
2           can look at North Carolina.  They've got over
3           60.  You know, there's not many of us.  We
4           serve the counties.  And there's a lot of
5           dedicated county election officials too that
6           do a darn good job.  And I know, you know, one
7           was mentioned earlier and on the agenda.  That
8           is -- I do want to say publicly that we've got
9           a lot of very dedicated, very good county
10          election officials that have -- many of them
11          who have dedicated their whole lives to public
12          service.  And they -- they want public
13          confidence.  The elections are at their heart.
14          And they serve the public as best they can.
15          So I want to say that.
16                MS. BRADSHAW:  Could I say something else
17          about the adjudicated?  I know like in Fulton
18          County in the 2020 election, Richard whatever
19          his last name was, said there were 106,000
20          adjudicated ballots?
21                MR. EVANS:  He was wrong.
22                MS. BRADSHAW:  Okay.  Well, that's good.
23          But -- but do you get the -- the ballot image
24          that someone came and revoted for them, or do
25          you get the original ballot in a risk-limiting

1       audit?

2            MR. EVANS:  The -- you get -- you're

3       looking at the original ballot.  You're

4       looking at the original ballot to make your

5       own determination as part of the audit.

6            MR. DUFFEY:  All right.  The last agenda

7       item is a discussion amongst the members of

8       the Board based upon any observations or

9       insights that you had during the course of the

10      presentations today.  One thing I would like

11      to know is was this exercise worthwhile?  It

12      took a fair amount of time to put it together.

13      But -- but one of the things that we're trying

14      to do for the Board and since all our meetings

15      are open.  I think ultimately, it's also a

16      benefit to the public.  But so I'd like --

17      like that insight.  And I'd also would like to

18      know what your thinking is.  Your insight you

19      had as a result of what we've heard.  I guess,

20      let's start with -- somebody suggested that we

21      start from the least senior to the most

22      senior, except I'm taking myself out, even

23      though I'm very least senior.  Using my

24      prerogative to wait until I hear everybody

25      else.  So that would be you, Dr. Johnston.

1          DR. JOHNSTON:  Are you talking about age

2     senior?

3          MR. DUFFEY:  No, tenure on the Board.  I

4     would still beat you on age senior, too.

5          DR. JOHNSTON:  I don't know about that.

6     Well, I -- this is certainly I think a

7     positive and gathering together to have this

8     type of meeting and the presentations and I

9     thank you for -- for organizing this and --

10     and pulling it together.  And I think

11     everybody that's here that has questions and,

12     I mean, maybe seem to have comments.  My goal,

13     as always, is election integrity.  And

14     whatever it takes to achieve that, and I think

15     that's true of everybody here on the Board.  I

16     take this meeting as a maybe a springboard for

17     us to have further discussions of things that

18     we might do to make suggestions to the

19     Assembly -- the legislature in the future.

20     And to work with maybe some formulation of

21     some new rules that would -- would help

22     clarify areas that are maybe unclear.  And

23     I'll look forward to that process.  Is

24     everything perfect?  No.  Could it be better?

25     Yes.  Are we all working very hard toward

1       that?  Yes.  And once again, I thank you.

2            MR. DUFFEY:  Thank you.  Mr. Lindsey,

3       you're next.

4            MR. LINDSEY:  I guess the next one falls

5       to me, Mr. Chairman.  A few comments here, if

6       I may.  We've discussed here today how the

7       machines are supposed to work and how the

8       system is supposed to work.  But there are

9       somethings that we're going to need the public

10      here.  And I want to reach beyond just the

11      group here in this room.  I think the group

12      here in this room is pretty good at

13      monitoring.  Based on my observations and

14      based on the emails that I get.  But I want to

15      sort of reach out to the folks beyond just

16      this room to -- to encourage them to -- to let

17      us know.  And let the Secretary of State's

18      Office know during the election process if you

19      see something that is not correct to let us

20      know as soon as possible so that it can be

21      corrected.  That's why I asked the question a

22      moment ago on how to -- how folks should best

23      get ahold of the Secretary of State's Office.

24      During the audit process or any other part of

25      the election process.  So it's incumbent upon

1       all of us in the state of Georgia to make sure
2       that the system that's been setup on how it
3       ought to run, actually, does run.  We need
4       your help.  All the way down to quite frankly
5       looking at your ballot when it's printed out.
6       I saw one, on (unintelligible) study not too
7       long ago on the fact that a large number of
8       people don't look at the ballots before they
9       turn it in to the -- to the machine.  And I
10      find that appalling because there are a lot of
11      us who have been advocating for that paper
12      backup for a long time.  I think I signed when
13      I was serving the legislature.  I believe it
14      was 2006 was the first time I signed a bill
15      asking for that paper backup.  So the paper
16      backup, which actually has now been raised to
17      the paper ballot period.  Is the -- the
18      voter's best chance to make sure that his or
19      her ballot is -- is accurate before it's
20      submitted into the ballot box.  So I'm going
21      to encourage everyone to read the ballots.
22      And then I'm going to encourage each of us if
23      you see something at the polling places or at
24      the counting station or at the audit process,
25      to alert the Secretary of State's Office as

1      quickly as possible.  And if it can't be

2      rectified there, to file a complaint with us

3      so that we can then deal with it.  Because I

4      think all of us together are necessary to make

5      sure that the system as it should work, does

6      work.

7           Secondly, Mr. Chairman, I want to sort of

8      -- sort of talk about a concern that I have,

9      and I raised it first with the gentleman from

10     Dominion.  And I want to raise it again to the

11     Board here today.  And also, to the general

12     public.

13          There have been detailed studies that

14     have been taken regarding our security of our

15     election system.  The latest one by -- called

16     Mitre.  And for those of you who aren't

17     familiar.  It is a extremely well regarded a

18     National Election security laboratory that's

19     independent.  That has reviewed a lot of the

20     allegations that contain both by the Federal

21     Government and by other folks in lawsuits.

22     And I'll tell you right now, we've had a

23     chance to read it but we can't tell you what's

24     in it.  Because -- because there is a gag

25     order presently in place and it's secure.

1          I'm not comfortable with that.  And I

2      want to see that Federal Judge who has placed

3      that restriction.  While she reviews the

4      reports to release it.  If necessary, redact

5      any parts that would compromise cybersecurity.

6      But I want to see that report out as soon as

7      possible.  So that folks like you and the

8      general public can have greater confidence in

9      the system.  Or can at least evaluate your

10     level of confidence in the system.  And so,

11     Mr. Chairman, at the appropriate time I want

12     to make a motion that I want this -- this

13     Board to be on record asking that the Federal

14     -- respectfully asking because I'm a trial

15     lawyer too.  Respectfully, asking that the

16     trial court expedite the release of those

17     reports so that the general public can see and

18     evaluate for themselves.  I think that's the

19     best way to ensure confidence.  And so, Mr.

20     Chairman, at the appropriate time, I'll make

21     that motion.

22         MR. DUFFEY:  I'd say, while we're on the

23     subject. Does anybody else want to say

24     anything about the requesting Judge Totenberg

25     to allow, appropriately so, because there --

1    there could well be information that everybody
2    contends would -- would be improper to
3    disclose generally.  I don't think there's
4    much of that.  I think most of it is the
5    evaluation.  But I do think that we ought to
6    ask the Court whether it's -- gag orders where
7    you can't talk about something in public is
8    actually a protective order.  But I think that
9    that should be lifted.
10       MR. LINDSEY:  I didn't mean gag order as
11   a colloquial phrase but basically, it's
12   underneath the restriction right now.  And I
13   think that -- and I've got a gentleman of the
14   press over here.  And I know some other
15   members of the press too.  How about going
16   back and talk to your lawyers and having them
17   file a motion to be -- be part of that attempt
18   -- will you do that for me, Mark?
19       UNKNOWN SPEAKER:  I'd love to see it.
20       MR. LINDSEY:  All right.  Good.  Didn't
21   mean to put you on the spot.  But at the
22   appropriate time, Mr. Chairman, I would move
23   that the -- that the Mitre report or any other
24   reports that are presently before Judge
25   Totenberg that are under seal be released to

1          the general public subject to any needed

2          redactions for cybersecurity reasons.  So that

3          we can have the public evaluate and have

4          confidence in our election system.  As we

5          approach the November 8th, 2022 elections.

6          That's my motion, Mr. Chairman.

7               MR. DUFFEY:  Is there a second?

8               MS. GHAZAL:  Second.

9               MR. DUFFEY:  So it's been moved and

10          seconded that the Board ask Judge Totenberg,

11          who's the presiding judge in the Curling case

12          where these two reports exist for her to

13          release any report having to do with

14          cybersecurity and the Dominion system.

15               MR. LINDSEY:  Correct, Mr. Chairman.

16               MR. DUFFEY:  But that the -- that the

17          Court in her discretion, she believes that

18          there is sensitive information that should not

19          be released to the public that she redact only

20          those provisions and release the rest.

21               So if -- it's a little recast.

22               MR. LINDSEY:  Yes.

23               MR. DUFFEY:  But any discussion on the

24     motion?

25               (no response)

1           MR. DUFFEY:  All right.  They're not

2     being any discussion.  All of those in favor

3     say aye.

4           THE BOARD MEMBERS:  Aye.

5           MR. DUFFEY:  Opposed?  No.

6           (no response)

7           MR. DUFFEY:  Passes.  Thank you, Mr.

8     Lindsey.  Next, Ms. Ghazal.

9           MS. GHAZAL:  Thank you, Judge Duffey, for

10     the opportunity to share my thoughts and to my

11     fellow Board members and our presenters today

12     for taking the time and effort.  It helps to

13     understand the issues that we're facing.

14           AUDIENCE MEMBERS:  Microphone, please.

15     Microphone.  We can't hear.  Turn all of them

16     up.

17           MS. GHAZAL:  Thank you.  We are already

18     well underway with the 2022 general election.

19     Voting is already happening.  I also

20     appreciate that so many members of the public

21     are here.  You're demonstrating your interest

22     in making sure that every eligible voter is

23     able to cast their ballot.  And every ballot

24     is counted accurately.  This meeting of the

25     State Election Board was called to evaluate

1      what, if anything, could be done by this body

2      in light of the very serious allegations

3      emanating from Coffee County.  Namely, that it

4      appears that unauthorized persons may have

5      been granted broad and extend -- extended

6      access to every component of the voting system

7      there.

8          The outcome of the election in 2020 is

9      not in dispute by any reputable source.  The

10     only issue at hand today is what steps would

11     be appropriate to ensure that every vote in

12     the 2022 general election is cast according to

13     the will of the voter and counted as cast

14     given what we believe likely happened in

15     Coffee County.  So I want to start with my

16     conclusion which is that Georgia law does not

17     authorize the State Election Board to

18     unilaterally change the -- the system of

19     voting in person from machine marked paper

20     ballots to hand marked paper ballots.  But I

21     also want to make clear that even if for the

22     sake for argument, I did believe that we had

23     the authority to change our statewide system

24     of voting, I would not do so today.  We've

25     heard this morning from some of the experts

1       who are in charge of ensuring that our

2       elections are secure.  They detailed all the

3       ways in which our votes are safeguarded and

4       the overlap in security measures that would

5       very quickly made apparent if there were

6       nefarious actors or actions attempting to

7       change the outcome of our elections.  The most

8       critical measures built into our system

9       include logic and accuracy testing which is

10      ongoing right now and is available and open to

11      public observation.  Documentation of chains

12      of custody, our reconciliation and canvassing

13      procedures, and most importantly the paper

14      ballots and the pre-certification audits

15      conducted with them.

16          Counties have heavy responsibility to

17      implement and document these procedures and

18      voters have a responsibility to verify that

19      their ballots are accurate and reflect their

20      choices.  And to that end, a rule is already

21      in place that requires counties to assign poll

22      officers whose sole job is to remind voters to

23      verify that their ballot is correct.  This

24      step is more important than ever, and I

25      encourage counties to reinforce this reminder

1       to voters.

2            Make no mistake, the allegations

3       regarding Coffee County and the damage that

4       has been done to public confidence are very

5       serious.  Knowingly allowing unauthorized

6       persons to access our voting system, our

7       varied votes is a massive violation of the

8       public trust and possibly state and federal

9       law.  I want to see every effort given to

10      ensuring that law -- the law enforcement

11      investigation is thorough, and justice is

12      administered.  Any party considering engaging

13      in such serious violations of the public trust

14      needs to understand that these actions will

15      not be tolerated in Georgia.

16           A successful election must take into

17      account three sometimes competing interests

18      security, accessibility, and efficient

19      administration.  If the system neglects any

20      one of these or if it's out of balance, then

21      either the voter or the vote will suffer.

22      Georgia system reflects an attempt to balance

23      these issues and interests.  I have trust in

24      our election officials and in our voters to

25      ensure that our elections will proceed

1     smoothly and securely, and that the outcome

2     will reflect the will of the voters.  Thank

3     you.

4          MR. DUFFEY:  Thank you very much.  Mr.

5     Mashburn?

6          MR. MASHBURN:  Thank you.  Thank you,

7     Judge Duffey.  If you could turn my mic on,

8     please.

9          I'd like to thank you, Judge, for putting

10    all your hard work and putting this meeting

11    together today is -- is an incredible amount

12    of work.  I don't -- I don't think you

13    understood the word retirement.  Because of

14    the incredible number of hours that you put

15    into this.  So I appreciate all your -- all

16    your diligence and I thought this was very

17    helpful.  I thought the presenters were very

18    kind with their time and their expertise.  And

19    I appreciated -- appreciated that very much.

20    I promise -- promise every citizen of Georgia,

21    I will protect your vote.  Everyone here on --

22    every person on this Board is going to protect

23    your vote.  If I see something wrong, I

24    promise you I will raise it.  Okay.  If I

25    don't see something wrong, I'll also tell you

1    that.  But I promise you we will protect your

2    vote.  I promise you that.  I will protect

3    your vote.  This Board will protect your vote.

4    The only way we cannot protect it is if you do

5    not cast it.  So don't let anybody tell you

6    you shouldn't vote for whatever reason they

7    give you.  All right.  And with that, I use my

8    seniority to say I have nothing further to

9    add.

10        MR. DUFFEY:  You know, one -- one of the

11    privileges in life is -- is to work with

12    people who are bright, bring different

13    perspectives to -- to an issue.  Who are

14    hardworking.  And do it not for any

15    renumeration.  They do it because they think

16    that what we do in the form of voting is the

17    most principle elementary participation of a

18    citizen in their governments.  And while it's

19    -- that was nice to say how much time has been

20    -- and that I've been spending.  I tell a lot

21    of people that this work has invigorated me

22    because I think it's important.  And it's

23    totally in line with my values that I -- but

24    we -- like everybody has said, we need your

25    help and here are some specific things.  You

1          know when I opened with this description about

2          what happened in Florida and the -- the

3          fundamental principles to be they have to

4          understand the law and they have to understand

5          the facts.  What's -- what overlays all of

6          that is if we are -- we are trying to do that

7          collectively, there's a productive way of

8          helping us and a productive way of us

9          communicating with you.  And then there's an

10         unproductive way.

11              The productive way is that if you think

12         you have information that is important for us

13         to look at, and not just us, but the Secretary

14         of State's Office.  Then you ought to give it

15         to us as soon as you have it.  And not wait

16         until there's -- there's some maybe a time

17         that you think is more calculated or at a time

18         that's more convenient to you.  It's easier

19         even when you're not done with your analysis,

20         to tell us what the analysis is so that we can

21         see whether or not we can give you input to

22         allow you to focus on the things that are --

23         that would be important to us.  As opposed to

24         what you think is important to you.

25              So at some point this has to become not

1        adversarial, us against you, it has to be

2        collegial.  Which is if we want to work

3        together, there's got to be respectful

4        communication.  And there's got to be this --

5        this overlay which -- which I have -- which I

6        regret a lot.  And this overlay of suspicion

7        of each other has to stop.  You could disagree

8        with us.  If we could disagree with you.  But

9        if we don't communicate honestly, we will

10       never know what we disagree about.  And it's

11       important to define those things.

12            The other thing I said, is we -- we need

13       to know facts so that we can apply them to the

14       law.  I began our session with that -- with

15       that discussion.  You need to know facts

16       before you apply it to the law.  I know we've

17       even had a couple of instances here where

18       there's been a -- a -- an unequivocal

19       statement about something that was wrong.  And

20       it's on us that one of those unequivocal

21       statements made was about the status of the

22       case heard by Judge Adams that it's not on

23       appeal, it is on appeal.

24            I know that it's fully briefed on appeal.

25       It's an appeal that's before the Court of

1     Appeals.  And when I -- and I have been a

2     lawyer and I've been amazed at how well courts

3     can ultimately evaluate a decision in our

4     system to have a decision that then gets

5     reviewed by another.  It's sort of like an

6     audit, looking at -- at an election to

7     determine whether or not the count was

8     correct.  That we need to let the court system

9     work.  And then when the court system does

10    work, we need to respect and trust it rather

11    than saying the court got it wrong.

12          So for that, you know, and for any other

13    misstatement, I just want us all the backup

14    and say, when we make an expression of

15    something, let's be -- let's be more certain

16    about it.  One way of building trust is -- and

17    -- and one thing that we are putting into

18    place is -- and if anybody has emailed me in

19    the last four or five days and a lot of you

20    have, there are a lot of you outside have.

21    Except for somebody who just makes a

22    statement, anybody who talks to me about the

23    Board and what it should do, I think everyone

24    of those emails I've answered.

25          And a lot of it is because I think that

1          if we're the government, you have a right to
2          hear from your government.  There's -- there's
3          no -- I don't have a little mailbox that says
4          this is an email.  I really don't have time
5          for it.  I'm uncompensated so therefore I'm
6          going to put it -- put it somewhere and let
7          somebody else deal with it.  Or they had their
8          say.  I'm not going to respond.  And we are --
9          you will have our emails, if they're not
10         already on the website, they should be on the
11         website.  Meaghan, are they restored to the
12         SEB -- SEB website?  So you have a way of
13         communicating with us.  And we will our best -
14         - what we're going to try to do without
15         inconsistencies by looking at it in a
16         centralized way and then we will respond.
17              And the last is, I would just encourage
18         you -- there -- there are a number of people
19         who send things that are mean spirited to us
20         personally and veil threats.  I didn't stop
21         sending emails when I got those, and I won't.
22         But I wish that all of you who are inclined to
23         do that, would cease sending them.
24              This is too important to get my hackles
25         up about somebody who doesn't exercise great

1          discretion in their communications because I

2          want everybody to say, this guy, these women,

3          or these men, got an email and they -- and

4          they didn't -- what's the current term --

5          ghost you.  I'm not sure that's right, but

6          it's kind of the spirit of it.  But we need to

7          work more collectively rather than

8          uncollectively.  During -- during -- I'm going

9          to talk to the Secretary of State's Office

10         that I am concerned about -- and I had these

11         concerns even in my work when we had a big

12         investigation, that we would -- we had a way

13         where we had a group of people that if

14         somebody saw something that needed to be

15         responded to quickly, we had a place where

16         that would go that was distinguished from the

17         regular communication systems.

18              You know, I have seen at least in the

19         last couple of days a couple of really

20         troubling things which we will open an

21         investigation on, or, at least, I think we

22         have.  That's the sort of thing that needs to

23         be addressed right now and it can't go into

24         some file and be put in line with other things

25         that are not as critical.  And I think during

1        an election year, he's had to deal with the
2        upcoming election.  We need to have a way to
3        respond more -- more quickly and promptly to
4        stop something that if it's not stopped in its
5        infancy might develop into something that is
6        more mature and thus more threatening to the
7        election process.  So I'll talk to the
8        Secretary of State's Office about that.  You
9        know, Blake and Ryan and everybody at the
10       Secretary of State's Office -- the one thing
11       I've known for a while and one of the things
12       we're going -- we're going to recommend to the
13       General Assembly is we can't operate this
14       State with as many people as we have with just
15       20 people in the elections division.  That
16       we've got to be more thoughtful about the
17       priorities we have and where we staff.
18            Now, will -- will that happen?  You know,
19       sometimes it doesn't happen when the first
20       time you -- you talk about it.  It happens in
21       successive years, but those are the sort of
22       things that we're going to try to do to make
23       the Secretary of State's Office have the
24       capacity to respond to it.  But I agree with
25       Matt and with Edward that we need -- every

```
 1        time you hear something that you think is
 2        going to impact an election and it's happening
 3        right now, we need to know.  We're going to
 4        find a way to do that.  If nothing else, you
 5        can send us an email.  Send them to Mr.
 6        Lindsey.  I don't mind those at all.  And, in
 7        fact, I'm learning so much about this process
 8        by getting them.  So I thank you for being
 9        here.  I thank you for those that are
10        watching.  We are a citizen democracy and we -
11        - and we appreciate very much your attention.
12             We're going to close out the meeting as
13        we normally do with citizen comments.  And --
14        but -- but let's take -- this is going to be
15        true this time.  It's going to be a five-
16        minute break, but it's going to be a real five
17        minutes as opposed to the 15-minute break that
18        turned into a 20-minute break.  We -- so five
19        minutes.  And we'll be back with your
20        comments, and then we will be done.
21             (Break taken.)
22             MR. DUFFEY:  All right.  Let's everybody
23        take their seats.  Please, would everybody
24        please take their seats.
25             This is the public comment section.  I
```

1    will call you up as you're listed with the
2    exception of Cindy Battles who has to catch an
3    airplane.  I'm going to let her go first.
4         MS. BATTLES:  Thank you so much for
5    moving me up and to outing me to everybody.
6         MR. DUFFEY:  Well, that's okay.  So long
7    as -- and so long as you remember it's a two-
8    minute time limit.  It's a two-minute time
9    limit.
10        MS. BATTLES:  I do remember.
11        MR. DUFFEY:  And I --
12        MS. BATTLES:  And I'm very good with my
13   time limit as a matter of fact.  Believe it or
14   not.  My name is Cindy Battles, and I am the
15   Policy and Engagement Director for the Georgia
16   Coalition for the People's Agenda.  I
17   appreciate the effort that y'all have made
18   with this meeting.  I don't know if it changes
19   hearts or minds.  I think that the time to
20   have inoculated misinformation and
21   disinformation was when it first started
22   instead Georgia Assembly gave it a platform.
23   Which I think is why we're still trying to put
24   out a dumpster fire with a teaspoon.
25        However, what I would like to ask about

1        is specifically something to do with SB-202

2        and State Election Board rules.  A few months

3        ago you revised several -- 183-1-14-.12 which

4        is the eligibility of application for an

5        absentee ballot.  And your revised rule states

6        that quote:  Any application for an absentee

7        ballot sent to any voter by any person or

8        entity except applications sent by the

9        election superintendent or registrar at the

10       request of the elector shall display the

11       following disclaimer.

12            The rule goes on to describe the

13       disclaimer but what we're asking is what is

14       sent mean?  Does that mean mailed?  Does it

15       also include delivery in person?  We're asking

16       because there's not enough guidance as to what

17       an absentee ballot application forms

18       volunteers should be using or what sent means.

19            We've got a number of people who have

20       often helped people get absentee ballot

21       requests.  And just because Georgia is Georgia

22       these days, I'm specifying we are helping

23       people get absentee ballot requests not

24       absentee ballots.  Specifically, we have gone

25       into Fulton County jails, not only registering

1        eligible voters to vote, but also helping them
2        get absentee ballot requests.  And with the
3        ambiguity and the language, we're concerned
4        that we're violating rules.  So I understand
5        that the State Election Board doesn't normally
6        add -- answer questions, but we would love to
7        have some sort of guidance on that definition.
8        Thank you.
9             MR. DUFFEY:  Tell me the rule number
10       again, just so I have it in my notes.
11            MS. BATTLES:  The rule number again?
12       Hold on one second.  It is 183-1-14-.12.
13            MR. DUFFEY:  Thank you very much.
14            MS. BATTLES:  Thank you.  Have a good
15       evening.
16            MR. DUFFEY:  Have a good safe flight.
17            MS. BATTLES:  Let's hope so.
18            MR. DUFFEY:  Mr. Balbona?
19            MR. BALBONA:  I'll try to be quick.  I'm
20       George Balbona from Cobb County.  The
21       Secretary of State's Office is moving money
22       around from different POs, RPOs and VARs to
23       pay for various items such as VM cloud-based
24       services.  SOS is also paying IT vendors that
25       are not on Merritt Beavers IT vendors list.

1       Just a couple of months ago, on July 19th,

2       2022, Merritt Beaver SOS CIO sent an email

3       entitled:  No more presidio to the SOS agency

4       procurement officer.  Merritt explained before

5       processing any new PO to presidio, please let

6       Eric and myself know as we are moving all of

7       these to CDW.  She replied, I was going to ask

8       a question because I saw that presidio for

9       200K and the purchase of Haiku Neutronics

10      licensed for CDW for 28K.  Merritt responded

11      there is one more presidio RPO left out there

12      for neutronics that we are working on now to

13      move to another.  The other two Haiku and VM

14      we moved to CDW, end quote.

15          Is this legal?  I thought that when a

16      purchase order was approved, those funds were

17      to be used only for the purposes stated.

18      Also, SOS is blatantly playing games with my

19      open records request.  SOS combined three of

20      my open records requests into a single cost

21      estimate.  (Unintelligible) were ridiculously

22      inflated from 832 to 2,921 in the processing

23      cost estimated rocketed -- sky-rocketed from

24      $235.77 to $1,008.00.  SOS made me resubmit my

25      ORs and these numbers are for the exact same

1    open records requests.  SOS bundled five of my

2    other ORs into a single open records request.

3    This is not how SOS normally processes open

4    records requests.  SOS has deemed my open

5    records requests abandoned because they will

6    not do as I have requested.  Which is simply

7    process my open records requests properly.

8         The reason I'm concerned about VM is

9    because it was started by two Russians Veeam.

10   They're now billionaires.  I can give you

11   their names.  It's right here:  Ratmir

12   Timasher and Andrei Baronoff.  And in Forbes

13   it says they're in estimated 1,000 plus US

14   companies in Russia including household names

15   like Apple, iHerb and the entirety of the back

16   office of VM software.

17        The reason that's important is because

18   SOS has decided it would be a great idea to

19   put all of our Georgia voter registration up

20   on the Cloud.  Guess who has the contract?

21   Yeah, VM.  And I don't care if Nick Ayers,

22   Mike Pence's former chief of staff is on the

23   board.  Who wrote the software were Russians.

24        MR. DUFFEY:  Thank you, Mr. Balbona.  Mr.

25   Favorito?

1          MR. FAVORITO:  Mr. Chairman, I'm the co-
2     founder of Voter GA and we're plaintiffs in
3     representative Phillip Singleton case that
4     seeks relief against Dominion's QR code voting
5     system.  I needed to correct a few problems
6     after the public comments today.  The -- just
7     to give you a little background, this QR code
8     issue was adjudicated in Curling v.
9     Raffensperger by Judge Totenberg, and she
10     reviewed the most comprehensive set of
11     evidence ever assembled in a Georgia election
12     integrity case to my knowledge.  And she
13     issued three -- two orders totaling 300 pages
14     the stating orders that apparently the State,
15     among other things, the Secretary of State's
16     Office was "not credible".  Specifically, she
17     found in regards to the QR code says, if a
18     Dominion system "does not produce an elector
19     verifiable paper ballot and the elector's
20     choices are not in a format readable by the
21     elector.  That's because they're accumulated
22     in the QR code.
23          So she found that the system does not --
24     does none of these things that are required by
25     Georgia law.  The Secretary of State's Office

1     appealed the decision.  And -- or at least

2     part of it, and the Eleventh Circuit heard the

3     decision, but has not made a ruling yet.  So

4     the Secretary of State was able to use the

5     system again in 2022.  That's the background.

6     And the bottom line or the take away the

7     background is that the system that was issued

8     to conduct in the 2020 election was found to

9     be illegal by the United States District Court

10    as not (unintelligible) or voter Georgia

11    talking.

12         But now to -- with that background, we

13    filed a case seeking relief not to re-

14    adjudicate what had already been adjudicated,

15    extraordinarily, by Judge Totenberg.  And our

16    judge, Judge Adams, never received any

17    discovery evidence whatsoever.  Never

18    adjudicated anything.  Her first task was to

19    rule on the sufficiency of our complaint.  And

20    instead, she dismissed that on the same day

21    that a hand count audit proved the dominion

22    system picked the wrong winners in the -- in

23    DeKalb County District Attorney --

24         MR. DUFFEY:  Mr. Favorito, you need to

25    wrap up.

1           MR. FAVORITO:  -- commission race.

2           MR. DUFFEY:  You need to wrap up.

3           MR. FAVORITO:  Okay.  Sure.  So that

4      audit in 2022, found that the third place

5      candidate was shorted 3,000 votes.  The first

6      place candidate received 1,400 unearned votes

7      and 1,800 votes the system failed to count all

8      together.

9           MR. DUFFEY:  All right.  Thank you very

10     much.  I appreciate your comments.  Tamara

11     Seymoor?

12          MS. SEYMOOR:  Thank you.  I'm following

13     up on May 17th, 2022 letter that asked you to

14     make SEB rules compliant with federal and

15     state retention law and the Board still has

16     taken no action on that.  When SB-202 made

17     ballot images public record, Voter GA

18     submitted open records requests statewide for

19     the original 2020 ballot images and found that

20     56 counties admitted destroying them and

21     another 14 refused to legally comply with the

22     ORR.  We also found that 102 counties

23     destroyed their drop box surveillance videos

24     for 181,507 ballots received from those boxes.

25          When we pointed out that they violated

1          the state and federal election record

2          retention laws, the counties blamed SEB rule

3          that permitted destruction of those election

4          records in defiance of O.C.G.A. 21-2-73 and

5          U.S.C. 20701.  Voter GA's letter simply asked

6          you to make SEB rules comply with federal and

7          state law.  And to instruct the counties to

8          preserve the original ballots in lieu of the

9          images until all current litigation is

10         resolved.  After four months the Board has

11         taken no action.

12              While I realize that the Board

13         composition is new, this lack of action is

14         giving us the impression that the newly

15         structured Board has no concern for election

16         integrity, transparency, and fraud prevention.

17         You can demonstrate your concern by

18         immediately adjusting these two rules in

19         question and requesting the counties to

20         preserve the 2020 election ballots before the

21         24-month retention period expires in November.

22              Otherwise, Voter GA must file suit in

23         October to force you to comply with the law

24         and to preserve the ballots from the most

25         controversial election in Georgia's history.

1       Thank you.
2            MR. DUFFEY:   Thank you very much.
3       William Quinn?
4            MR. QUINN:   Good afternoon, I believe
5       it's afternoon.  All right.  I always try to
6       make my comments match or meet something that
7       was said during your hearing.  I'm going to
8       try to do that today.  Let me start with this
9       week someone that I admire greatly said that
10      our country is in trouble.  It can be saved.
11      But some very important things have to happen
12      and they have to happen very soon for it to
13      avoid going over the precipice.  Perhaps it's
14      fitting that another Georgia is in the news
15      this week.  Giorgia Meloni who Italy just
16      selected as their Prime Minister.
17           Her base looked to her for guidance in
18      terms of the fundamentals they should be
19      worried about.  And they were three things:
20      God, family and country.  I think you're going
21      to find that as this country gets more and
22      more focused on the problems that we're
23      facing, that you heard about through many of
24      the things today, they are going to drop back
25      to exactly those things.  Because that, at the

1       end of the day, are the fundamentals that we

2       all have to worry about.  God, family and

3       country.  Truth is sometimes difficult, but

4       it's enduring.  We will see people try to

5       paint it with various things they may call

6       facts.  But over time, information as it comes

7       out will make that cheap paint crack off and

8       the truth is going to be revealed.

9            One of the things I heard today is gosh,

10      the counties and this Board can't take action

11      absent law change.  The fact is you've done it

12      in the past.  You did it in April 2020 by

13      approving drop boxes.  The problem is you

14      didn't have the power of the law to do it.

15      Right now, you say, well, we could act in an

16      emergency.  You have an emergency.  It was

17      just extended by the White House on September

18      7th.  A National emergency with respect to

19      foreign interference in and undermining public

20      confidence in the United States elections.  So

21      you haven't taken action.  I understand.  I

22      see you're resting on, we can't.  Let me tell

23      you how the people are going to fix this.

24           MR. DUFFEY:  Okay.  You need to wrap up

25      here.

1          MR. QUINN:  We need to -- we will vote

2     like we have never voted before.

3          MR. DUFFEY:  Excuse me.

4          MR. QUINN:  We will help other people get

5     out and vote.  And we will inform them why it

6     works, and we will focus on things like what

7     happened with Carrie Lake in Arizona and we

8     will focus on our own future.

9          MR. DUFFEY:  Thank you.

10         MR. QUINN:  Thank you.  Remember, God,

11    family, country.

12         MR. QUINN:  JoEllen Shiver?

13         MS. SHIVER:  Hello.  I just wanted to say

14    that I do have a lack of confidence in the

15    Dominion machines.  And that it's based on

16    what I saw happen in the 2020 elections and

17    even in the most recent primaries.  I found a

18    lot of the the results to be questionable and

19    one example I want to cite is the -- that race

20    in DeKalb County where there were three

21    candidates and one candidate had -- came up

22    with zero votes and demanded a recount, a hand

23    recount.  And she ended up winning and I found

24    this very troubling as to how many more errors

25    were there like this in how many races?  How

1       many did we not catch?  Is this human error?

2       I've heard it was human error.  But that

3       concerns me that we would have machines that

4       would, you know, have human error.  But also,

5       what other intervention can the machines get.

6       If it's not just human error, what is -- what

7       other human intervention can they get?  My

8       concern is also the software.  Had we not --

9       can we not audit the software?  Can software

10      not take one vote and equate it to .76 percent

11      of a vote or 101 percent of a vote or flip

12      votes?  That's part of my concern.  So I just

13      would say I would love to get rid of these

14      machines.  Thank you.

15          MR. DUFFEY:  Thank you, Ms. Shiver.

16      Ginger Bradshaw?

17          MS. BRADSHAW:  Hi.  I just want to say

18      that I learned a lot today which means that

19      I've got a lot more to do on -- on my plate.

20      But and some of the things I ask, you may not

21      have control over, but I just think it would

22      be good for you as the State Board being over

23      all of Georgia and election to, I'm sure you

24      know about it, but I just want you to let it -

25      - let you know it's a concern of mine.  The

1      representative from the Secretary of State's
2      Office, I thought did a great job on talking
3      about the -- the audits and how open and how
4      transparent they were.  But I know we were in
5      several counties that was set up to do a hand
6      recount of the votes.  And the strong --
7      strong arm from somebody came in and said, oh,
8      no you can't do that.  Well, part of the law,
9      and everybody's been talking about the law
10     today, why are we maintaining the ballots for
11     24 months if we can't get access to them?  I
12     know Garland has been in -- in a lawsuit that
13     has just been pushed off, pushed off, pushed
14     off.  And then finally the Judge said, I'm
15     going to dismiss it.  So that's what gives us
16     a bad taste in our mouth, the dishonesty.  If
17     everything is so open and apparent, give us
18     the ballots and prove us wrong.  So I don't
19     know how much power y'all have over there, but
20     you do have -- you do talk to people and
21     whatever.
22          And the other thing, on another vote, I
23     was a poll manager in the last couple of
24     elections and the girl that I worked with
25     worked for Fulton County on the registration

1     side and she told me the redistricting updates
2     weren't even done.  And my school board race,
3     like, a guy, Phil Chan, ran I think, and I
4     live in 7B and 7C which is not in his district
5     had his race on it.  Nobody did anything about
6     it.  So somebody, somewhere has got to lay the
7     law down and get -- and -- and you talk about
8     following our laws, but we're not following
9     them.  And somebody needs to do something
10    about it.  Thank you.
11         MR. DUFFEY:  Thank you very much.  Tom
12    Talbot?  Mr. Talbot?
13         UNKNOWN SPEAKER:  What's the name?
14         MR. DUFFEY:  Talbot.  T-A-L-B-O-T.  He's
15    not here.  Mr. Nally?
16         MR. NALLY:  Good afternoon, Your Honor,
17    ladies and gentlemen.  I'm a little bit
18    disappointed in this body.  Not you, Your
19    Honor, you came along a little too late to get
20    included.  Back in April I filed a complaint
21    concerning over 20 elected public officials
22    who were held to be by our constitutional
23    language of our Constitution not qualified to
24    hold their offices by reason of being
25    illegally in possession of public funds.  In

1          May, I filed an inquiry.  In June, I'm sorry.

2      I didn't file, I emailed an inquiry.  And in

3      June emailed again.  I haven't emailed since

4      because I have been ignored from the very

5      first filing.  It would be nice if someone had

6      the decency to pick up a phone, drop me an

7      email.  Let the citizen know that the law is

8      going to be complied with or it is going to be

9      ignored.  I'd just like to know which.

10          Now, that was my first comment.  My

11     second comment is that the -- it is my opinion

12     that it is for a judge to determine whether or

13     not a contract is void.  The rest of us refer

14     to it as being void or not -- or not voidable.

15     The Dominion State of Georgia contract is

16     void, as a matter of law.  And as a matter of

17     fact.  I thank you, ladies and gentlemen.

18          MR. DUFFEY:  Thank you, Mr. Nally.

19     Jeanne `DuFort?

20          MS. DUFORT:  Thank you for this

21     remarkable meeting.  I -- I can't think of a

22     meeting in the last 20 years that's had so

23     much interaction from Board members.  And I

24     really want you to know, and the public, and I

25     want you to know we noticed and I'm not the

174

1         only one that appreciates it.  So thank you.
2             Mr. Poulos' presentation reminds me of
3         your story, Judge, about the witness who
4         described perfectly a wedding.  But the
5         wedding was on the wrong day.  If you review
6         the substantial record in Curling v.
7         Raffensperger.  Since, let's call it August of
8         2019 when it started to focus on the BMP,
9         their expert declarations, their transcript of
10        hearings.  And there's the writings of Judge
11        Totenberg herself that would challenge the
12        rosy picture painted by Mr. Poulos.  I would
13        encourage you all to take a look at it from
14        the perspective.
15            Nearly six months ago, as Vice Chair of
16        the Morgan County Dems, I joined Salleigh
17        Grubbs from the Cobb County GOP and Ryan
18        Graham from the Libertarian party of Georgia
19        and dozens of candidates to ask you act to
20        minimize risk to our elections in a manner
21        consistent with existing law.  Not to make new
22        law.  As the evidence mounts of what happened
23        and compromise our State's voting system,
24        starting in Coffee County, I'm going to
25        refrain from saying, I told you so and simply

1          ask if not now, when?  What would it take?  If
2          Georgia's elections software being pirated and
3          distributed widely to well-funded characters
4          from the Stop the Steal Movement.  If that
5          didn't scare you, what will?  If CISA
6          confirming the findings of Alex Halderman
7          isn't sufficient, what would it take?  If the
8          urgent advice of 13 of our most well respected
9          experts in the elections space, if that isn't
10         compelling, what would you find compelling?
11         And not one, not two, not three, but eight
12         different days unauthorized individuals were
13         in the Coffee County election office.  An
14         investigator was in the office with one of the
15         perks and didn't bother to check his name as
16         far as we know.  So I'm asking you again,
17         please use your authority under existing law,
18         not new law to find the theft of our election
19         software to be an emergency rising to the
20         sufficiency to command the emergency paper
21         ballot system.  Thank you.
22              MR. DUFFEY:  Thank you.  Mr. Ferguson,
23         Earl Ferguson?
24              MR. FERGUSON:  Earl Ferguson, a Fulton
25         County victim.  I'm -- two years ago in

1          October of 2021 there was a ruling in the

2          District Court of the Northern District of

3          Georgia case is Curling v. Raffensperger and

4          that investigated the security and

5          capabilities of the Dominion machine.  174

6          pages of testimony.  I read it all.  And it

7          indicated that there were several issues that

8          even Dominion agreed with that required

9          action.  Two years later there has been no

10         attempt by the Secretary of State or -- or

11         Dominion to correct those problems.  I would

12         really like to know why?  Thank you very much.

13              MR. DUFFEY:  Thank you.  Susie

14         Thotochanel?  Is that right?

15              MS. THOTOCHANEL:  Yes.

16              MR. DUFFEY:  Close, right.

17              MS. THOTOCHANEL:  I would like to start

18         by thanking the Board for their work

19         especially in these thankless times.  My name

20         is Susie Thotochanel and I am a current

21         resident and voter in Fulton County.  I've

22         lived in Georgia my entire life.  And I have

23         voted in every election in which I was

24         eligible.  But for me it has always been easy.

25         My career, my family, my location.  The

1          environment in which I lived always made it

2          easy.  It's not always been easy for others.

3          Their jobs, their communities and

4          unfortunately the restrictions sometimes set

5          by the State made it difficult.  Voting in

6          Georgia in 2020 was finally made a little

7          easier for those who wanted to vote, but

8          couldn't always make it work.  And security

9          and accuracy of the 2020 election in Georgia

10         has been confirmed over and over and over

11         again.  It is time to move on.  Reasonable

12         people throughout Georgia, throughout our

13         State agree that all eligible voters should be

14         able to go to the polls and vote without fear

15         or intimidation.  And that all eligible voters

16         should have equal access to the polls.  It

17         should be just as easy for any eligible voter

18         to vote as it has always been for me.  I'm

19         asking the Secretary of State and the State

20         Election Board to focus your attention on the

21         current election by providing all counties and

22         election administrators the assistance they

23         need now to run free and fair elections.

24         Despite increased restrictions let's make sure

25         that easy access to the polls is available for

1     anyone.  Thank you so much.

2          MR. DUFFEY:  Thank you very much.  Joseph

3     Kirk?

4          MR. KIRK:  Hello.  My name is Joseph

5     Kirk.  I'm the election supervisor from Bartow

6     County.  A lot has been said today, but I want

7     to briefly summarize what I think matters most

8     to election integrity as an election

9     administrator with a history of secure

10    transparent elections.  First is pre-election

11    testing.  We have to test and verify not only

12    the content, (unintelligible) ballots.  But

13    the hardware that we're going to use functions

14    properly and accurately.  And then we have the

15    chain of custody.  We need chain of custody

16    for credible items as election technology, the

17    blank, and most importantly voted ballots.

18    And incidentally chain of custody for blank

19    paper does not do a whole lot to increase

20    election security.  Third, reconciliation

21    procedures.  We should be constantly

22    reconciling how many legal voters applied for

23    ballots against how many have been issued,

24    received and counted, both in person, as well

25    as mail in ballots.  And for bust canvassing

1    and consolidation procedures which happens
2    election night and then the re-certification
3    meeting.  And that's the process of verifying
4    that all and only legal votes have been
5    counted and they have been reported accurately
6    at all levels.  Then finally, tabulation
7    audits.  We heard about today which are hand
8    count procedures to compare results reported
9    by the voting system to be human readable text
10   on the ballots.  And when done properly, these
11   can and will detect issues with the voting
12   system.  We have to use election technology to
13   facilitate our voting process.  Hand counting
14   is not nearly accurate or efficient enough to
15   tabulate Georgia elections.  But please know I
16   do not mention how the ballot was marked or
17   who makes that technology.  Hand marked
18   ballots are not a silver bullet that
19   guarantees election integrity.  Voters do, in
20   fact, verify their ballots prior to casting
21   them.  Our system does count our votes
22   accurately.  And all these steps must happen
23   no matter how the ballot is marked.  I also
24   wanted to mention -- was maintenance.  It's a
25   constant plus every county goes through to

1    keep our risk clean.  Eric helps a lot with

2    this.  We -- we get information from our State

3    and other states and it's worth noting that

4    Eric does not add or delete voters just gives

5    us information.  And the last thing I want to

6    mention is transparency and the importance of

7    poll watchers.  A well-trained poll watcher is

8    incredibly important to this process.  They

9    have to be prioritized and valued.  They are

10   volunteering their time to observe a tedious

11   and mountainous process.  They should be

12   thanked for their service.  We should focus on

13   things that truly matter if we want rebuild

14   public confidence in our elections.  Thank you

15   very much.

16        MR. DUFFEY:  Thank you very much.

17        MS. GHAZAL:  Judge, may I break protocol

18   and ask Mr. Kirk a couple of questions simply

19   because he's not just a member of the public.

20   But also an election supervisor?

21        MR. DUFFEY:  Yes.

22        MS. GHAZAL:  Thank you.  Mr. Kirk, can

23   you tell us a little bit more --

24        AUDIENCE MEMBER:  (Inaudible)

25        MS. GHAZAL:  Can us more about the

1        audits?  The pre-certification audits that
2        you've been conducting since 2020?  How -- how
3        do you conduct them?  Have you identified any
4        discrepancies?  How many ballots are you using
5        in -- in those exercises?
6            MR. KIRK:  Absolutely.  And I'll try to
7        be brief.  I use the same procedures we used
8        in 2020 for every election that I've conducted
9        since then.  I -- I advertise the audit.  I
10       invite the parties to come as observers.  I
11       have an observation area.  I have auditing
12       teams of two people that sort and stack the
13       ballots and counting the stacks of ten.  Then
14       count those stacks of ten.  The nice thing is
15       is with a little bit of practice it gets
16       faster, it gets cheaper.  The public has more
17       confidence in the result.  So and we actually
18       count every ballot cast in Bartow County for a
19       single race for every single election.  To
20       give you an example, we audited the
21       gubernatorial from this year and -- and had a
22       .1 percent.  So .001 margin of error.  And I
23       have gone back in the past, not with that
24       audit, but previous audits to confirm that the
25       errors were made on the part of the auditors,

1           not the voting system.  So I have a hell of a
2           confidence in our system.  Any major
3           discrepancies would have been noticed in the
4           audit both in the number of ballots cast as
5           well as the -- the vote totals.  And I've
6           never seen anything question the results of
7           the reported voters.
8                MS. GHAZAL:  Thank you.
9                MR. DUFFEY:  Thank you.
10                MR. KIRK:  Thank you.
11                MR. DUFFEY:  Victoria Cruz?
12                MS. CRUZ:  Hello, my name is Victoria
13           Cruz.  I'm from Athens, Georgia.  And a lot of
14           people have already mentioned some of the
15           things that I wanted to talk about.  I -- I do
16           want to tell you, Judge, I was very impressed
17           by the story you were telling about your time
18           in Florida.  Because I was driving through
19           Atlanta traffic trying to get here on time.  I
20           was listening to you.  And, yes, you do have
21           to delve deeper.  Back then, you made a phone
22           call.  Now, we have access to the internet.
23           You all have access to the internet.  So
24           there's no reason why you can't research and
25           get information everyone can.  And -- and this

```
 1          is where we are right now and why we distrust.
 2          It seems like the mainstream media is telling
 3          one story, Dominion is telling one story, the
 4          Secretary of State's Office is telling one
 5          story.  But there are other stories out there
 6          and how do you decide which one you're going
 7          to listen to?  Obviously, you trusted the
 8          wedding coordinator because he brought the
 9          goods.  We need to delve a little bit deeper,
10          especially, with regard to the Coffee County
11          case.  Because I don't think you're getting
12          all the information you need from the
13          mainstream media.  My last thing, because the
14          previous speaker brought it up, is Eric our
15          voter registration system.  You need to delve
16          further into that too.  Eric violates HAVA and
17          the data that it collects because it asks for
18          the States to give them all those people who
19          decline to register to vote.  That is a
20          person's right.  If they decline to register
21          to vote, why does Eric need that data?  What
22          legal authority does Eric have to get that
23          data?  And how is that data being used?  And
24          it's being collected from all the places, not
25          just the DMV, that do the registration of
```

```
1       voters.  From social services.  From fishing
2       licenses.  There are people who choose not to
3       vote.  Who choose not to share their
4       information with Eric and I think it's
5       incumbent upon the Board to find out what Eric
6       is doing with that information and why they
7       need it.  Thank you.
8            MR. DUFFEY:  Thank you very much.  Ann
9       O'Mara?  O'Mara?
10           MS. O'MARA:  O'Mara.  Good afternoon, my
11      name is Ann O'Mara.  I'm from Cherokee County.
12      I've been speaking to our county Board of
13      Commissioners and Board of Elections since
14      January of 2022 to try and convince them to
15      move to hand marked paper ballots.  They
16      listen but continue to point me to this Board
17      saying our best recourse is through the State
18      officials who plainly have the authority to do
19      what is being asked of them.  According to
20      O.C.G.A. 21-2-344 and 366, our two Boards do
21      have the authority to use hand marked paper
22      ballots and direct the use of this optimal
23      scanning voting systems.  Every President
24      since Harry Truman who created the National
25      Security Counsel in 1947 has been a concern
```

1    for national security.  On October 26, 2001,
2    the Patriot Act was signed into law.  Here
3    critical infrastructure was defined.  Systems
4    and assets whether physical or virtual so
5    vital to the United States that the incapacity
6    or destruction of such systems and assets
7    would have a debilitating impact on security,
8    national economic security, national public
9    health or safety or any combination of these
10   matters.  In 2002, the US Department of
11   Homeland Security was signed into law.  From
12   2001 forward, the critical infrastructure
13   continued to be strengthened and protected.
14   On January 6, 2017, election infrastructure
15   was designated as a critical infrastructure
16   subsection.  This allowed election
17   infrastructure to fall under the umbrella of
18   DHS.  In September of 2018, then President
19   Trump signed Executive Order 13848 a lengthy
20   Executive Order titled Imposing Certain
21   Sanctions in the Event of Foreign Interference
22   in the US election.  In 2018, CISA was created
23   in the same agency that just found nine
24   vulnerabilities in the Dominion systems in an
25   article published in June.  Finally, on

1          September 7th of 2002 (sic) Joe Biden signed a

2          continuation of Trump's Executive Order titled

3          Notice on Continuation of the National

4          Emergency with respect to foreign interference

5          in or undermining the public confidence in the

6          US elections.  So we have been under a

7          national state of emergency for four years

8          regarding the security of our elections.  If

9          the two most recent Presidents believe that

10         the vulnerability of our election

11         infrastructure is threatened, I believe the

12         State of Georgia should, as well.  Get rid of

13         the machines and move to hand marked paper

14         ballots for this upcoming election.  Thank

15         you.

16              MR. DUFFEY:  Thank you.  Vesu Abhiraman?

17              MR. ABHIRAMAN:  Thank you, Judge Duffey,

18         for this meeting and esteemed members of the

19         Board.  My name is Vesu Abhiraman.  I'm senior

20         policy counsel with the ACLU of Georgia.  I'm

21         also a Georgian native.  I'm a former software

22         and telecommunications engineer.  So I'm

23         interested in the subject matter.  And I'm a

24         proud poll worker I've worked about ten

25         elections in the last three years since the

1    rollout of new equipment.  And a poll manager,

2    as well.  My biggest beef with the current

3    equipment is the power supplies are the

4    heaviest things that I've ever carried.  If I

5    throw my back out, I'm going to come for the

6    State of Georgia on a worker's comp claim.

7         Mr. Lindsey and Ms. Ghazal, you -- both

8    of you talk about voter verification, for the

9    ballots.  And I will say it doesn't feel like

10   the most natural part of the process now.  I

11   believe there are things that can be done with

12   more prominent signage encouraging voter

13   verification of the ballots.  Doing everything

14   we can to take it from voter verifiable to

15   voter verified, I think that's pretty

16   important.

17        In general, I want to talk about the

18   effect of persistent misinformation around

19   elections that we've seen over the past couple

20   of years.  Our local election officials are

21   bearing the brunt of it.  We believe in the

22   rule of law where things like the voter

23   challenge procedure or open records the

24   counties have had to deal with.  We believe

25   that what we're seeing right now is local

1          election officials having to deal with these

2          laws and allowances being used in a way that

3          they weren't intended to be -- to be used for.

4          And we hope that is Board can stand with local

5          elections officials like Joseph Kirk.  Hats

6          off to them.  Or if it's Joseph Kirk, hats on

7          to -- to Joseph Kirk.  Right now, there's a

8          holy trinity going on in our election system.

9          Low pay, long hours, misinformation at best

10         and threats of political violence, at worst.

11         We encourage you to do everything you can to

12         stand up for our local elections officials.

13         We hope people take advantage of all the

14         opportunities of public observation.  Like

15         with many other things that Mr. Kirk was

16         talking about.  So if there's more correct

17         information about what's going on in the

18         system.

19              A couple of concerns I have going

20         forward.  The week before early voting,

21         elections officials have to send out all

22         outstanding absentee ballots.  They have to

23         process all the outstanding registrations in

24         the three days after the deadline.  And then

25         they also have to prepare for early vote the

1    next week.  Which is the -- the method of

2    choice for Georgia voters.  And then in the

3    four weeks between the election and the

4    runoff, they'll have to deal with so much, as

5    well.  We hope you stand with these election

6    officials and do whatever you can to make

7    their lives easier.  Thank you so much.

8        MR. DUFFEY:  Thank you very much.  Anne-

9    Gray Herring?

10       MS. HERRING:  Hi, my name is Anne-Gray

11   Herring.  I'm the policy analyst at Common

12   Cause Georgia.  And I want to thank the Board

13   and Mr. Evans for the presentation on the

14   risk-limiting audits.  We completely agree

15   that these audits are only going to serve to

16   help our elections and further the public

17   trust in the election results.  We would

18   support, as was mentioned, an RLA after the

19   runoff in addition to after the general

20   election in November.  And would even

21   encourage the State and counties to strive to

22   audit more statewide races then the one that's

23   required, you know, two or more could be

24   audited.  But we acknowledge that that's

25   difficult for counties and would encourage the

1          State Board and Secretary of State's Office to
2          provide as much support and guidance to
3          counties as possible on their role in the RLA
4          process.  And help them better plan and
5          prepare for that.  And while we think that a
6          risk-limiting audits are an important step
7          that can help dispel misplaced suspicions
8          about our election.  We do want to acknowledge
9          that it's not a solution for all the problems
10         that exist in our State and point out some
11         things the risk-limiting audit cannot do.  It
12         won't resolve voter confusion or mask unfair
13         challenges to individual voters.  It won't
14         resolve discriminatory practices and the
15         results do not show the effects of voting
16         barriers, like long lines, closed polling
17         places and relocated precincts and ballot
18         drops -- drop boxes.  Nor can the RLA measure
19         the desperate impact of heightened voter ID
20         requirements and ballot rejections.  Thank
21         you.
22              MR. DUFFEY:  Thank you very much.  Ted
23         Metz?
24              MR METZ:  I am Ted Metz.  I am a Cobb
25         County voter.  And I would just like to ask

1       the Board to encourage precincts and -- and

2       voting centers to actually hand count the

3       ballots that are being produced by the ballot

4       marking device.  And post those results before

5       the go into the scanner.  Then that's the best

6       way to test the scanners to see if the

7       scanners are actually creating accurate

8       results.  That way we also have a record of --

9       of the votes, the voter intent from the paper

10      ballot which is, you know, legally considered

11      evidence of voter intent.  And that will

12      restore confidence.  If the numbers match,

13      then we can put the whole thing to rest.  But

14      we need to do this every election.  So that is

15      something I'm asking of you is to make sure

16      that at the county level, the precinct level

17      that they are encouraged to actually do a hand

18      count.  We've got plenty of volunteers that

19      are willing to sit and count the ballots by

20      hand using old fashioned tally sheets and --

21      and that, again, having a record of what the

22      votes are cast, voter intent before they go in

23      the -- in the scanners.  And then comparing

24      that the hand count to the scanner count that

25      those numbers are equal, everybody's good.  If

1      they're not, then we know that there's a

2      problem and -- and we need to solve the

3      problem which is probably by getting rid of

4      the ballot tabulators made by Dominion because

5      we know that they can be hacked in about 37

6      different ways.  The only other thing I would

7      ask is that we actually restore some higher

8      level of signature verifications for absentee

9      ballots.  And with that I yield.

10         MR. DUFFEY:  Thank you very much.  Amanda

11     Pettyman?  Prettyman?

12         MS. PRETTYMAN:  Amanda Prettyman from

13     Bibb County.  Thank you Board members for

14     having this meeting today allowing public

15     comment.  A famous communist said, it's not

16     who cast the vote, it's who counts the vote.

17     And in the State of Georgia, who counts the

18     vote is the Secretary of State's Office and a

19     private company, Dominion.  Maybe that's not

20     communist, maybe it's more fascist.  But the

21     count is -- while casting the vote is done in

22     localities and in precincts.  The count is

23     actually highly centralized so it may look

24     like it's not, but it's all a façade.  Because

25     the programming is done for counting and then

1        it's -- it's shrouded in secrecy.  We have no

2        ability to check the code to make sure it's

3        one person, one vote.  How is that vote being

4        counted?  And you might refer to audits, but

5        Phillip Stark in reading his paper in Curling

6        versus Raffensperger has, first count audit

7        and re-count differ substantially with the

8        2020 risk-limiting audit.  And with the

9        roughly 3,200 precincts in Georgia, three to

10       four votes changed in each precinct.  It can

11       change the outcome of the statewide election.

12       And yet with a five percent or less, when you

13       look at just these spot checks, you just have

14       a few off, you -- no one does anything about

15       it.  They say, well, that's within reason.

16       But if you don't look statewide, and you don't

17       make sure that those ballots are -- are a true

18       voter and a number of other things, then you

19       don't really have a true audit.  And so I

20       don't have confidence in our system.  And I --

21       I would very much prefer that we hand count.

22       If you can't get rid of the system for this

23       election, at least add full hand counting.  Go

24       beyond the risk-limiting audit.  In -- in Bibb

25       County there were 26 in one precinct from the

1          primary in the Secretary of State's race.  And
2          the hand count was accurate.  It was counted
3          three times with the same results.  And no one
4          has done anything.  So we've asked to look
5          more to see if that problem extends further
6          into other precincts or if it's isolated to
7          that one, and then from there determine what
8          the cause is.  But no one will do it and part
9          of it is because they are scared of the
10         Secretary of State.  I would prefer more, I
11         guess, more curiosity and let's just find the
12         truth instead of being so scared.  Thank you.
13              MR. DUFFEY:  Thank you.  David Cross?
14              MR. CROSS:  Mr. Lindsey, I understand you
15         missed me last time.
16              MR. LINDSEY:  I always miss you, Mr.
17         Cross.  Good to see you.
18              MR. CROSS:  That's weird it didn't count
19         all the votes.  Those words were spoken by an
20         election worker last October in Williamson
21         County, Tennessee.  An election observer there
22         learned that two precinct scanners did not
23         tabulate the votes properly.  One tabulator
24         had 163 ballots in it, but only recorded 79
25         votes.  The other tabulator had 167 ballots,

1          but only 19 votes were counted.  Williamson

2          County, Tennessee contacted the Tennessee

3          Secretary of State.  He conducted an

4          investigation and found that seven of their 18

5          scanners did not count ballots accurately.

6          The Tennessee Secretary of State contacted the

7          United States government's Election Assistance

8          Commission to investigate.  The government

9          conducted their own tests with Pro V&V, S&L

10         Compliance and Dominion all present.  After

11         scanning the ballots, they got the same

12         miscount of the ballots.  Investigators

13         reviewed the system log files which is nothing

14         more than a diary that the machine keeps of

15         every interaction it has with a person or a

16         piece of paper.  It showed multiple instances

17         of an error called a QR code signature

18         mismatch with a warning message of ballot

19         format or ID is unrecognizable.  Testers

20         noticed that the machines counted the votes

21         properly until the error was triggered.  After

22         the error was triggered, every current ballot

23         in the machine was not counted and every

24         ballot after it was not counted until the

25         machine was reset.  The EAC Dominion Pro V&V

1          and S&L compliance report the cause as
2          inconclusive.  After a month Dominion informed
3          the government that the cause was an error in
4          the scanner software.  The government asked
5          Dominion to fix it and a patch was made.  As
6          part of the government's investigation, two
7          other states that used the same software were
8          notified of the problem, Alaska and Iowa.  The
9          EAC tells us there were no other reports of
10         this problem.  It is isolated in Tennessee.  I
11         remember seeing that exact same error code in
12         Gwinnett County's 2020 primary files when I
13         was researching suspect results for Judge
14         Kathy Schrader.  Those Gwinnett finals from
15         2020 showed 84 instances of the Williamson
16         error.  We, the election oversight group,
17         asked the US government if the Williamson
18         error was found in any other states or
19         counties.  The author, please give me another
20         moment.  The author told us there were no
21         reports of the Williamson error anywhere else
22         in the United States.  The election oversight
23         group placed open records requests for scanner
24         history files from all 159 counties.  Judge,
25         you wanted us to present this -- this

1        information sooner, but we were unlawfully
2        blocked and significantly delayed by Ryan
3        German and Blake Evans.  As of today, we have
4        only files from 66 of 159 counties.  So far 64
5        of the 66 counties reporting have the
6        Williamson error.  That's 97 percent of the
7        Georgia files.
8               MR. DUFFEY:  You need to wrap up, Mr.
9        Cross.
10              MR. CROSS:  I'll get there.  The software
11       causing the error was originally written 2018.
12       The software has not been updated on any
13       Georgia scanners.  The bottom line is is our
14       work indicates the precinct scanners in
15       Georgia have not counted ballots accurately
16       since they were installed.  The Secretary of
17       State announced that he's going to be removing
18       QR codes from the ballots.  That will do
19       nothing --
20              MR. DUFFEY:  Mr. Cross.
21              MR. CROSS:  -- to correct the issue.
22              MR. DUFFEY:  Mr. Cross, honor the time
23       limit please.
24              MR. CROSS:  I'm sorry?
25              MR. DUFFEY:  Honor the time limit.

1           MR. CROSS:  I hope the press will take a

2       look at this.  I sent you files.  Mark, I hope

3       you will report on it.

4           UNKNOWN SPEAKER:  They won't.

5           MR. DUFFEY:  If those are all the public

6       comments, on behalf of the Board and behalf of

7       everybody who presented today who provided

8       information, I hope you found it valuable.

9       For those that are watching, I appreciate your

10      time and attention.  And we look forward to

11      seeing you at our next meeting.  We'll be

12      adjourned.

13          (Whereupon, the proceeding concluded at

14      1:47 p.m.)

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

STATE OF GEORGIA
COUNTY OF GWINNETT

        I, Rebecca, Certified Court Reporter, hereby certify that
the foregoing pages numbered 3 through 199 constitute a true,
correct, and accurate transcript of the testimony heard before
me, an officer duly authorized to administer oaths, and was
transcribed under my supervision.

        I further certify that I am a disinterested party to
this action and that I am neither of kin nor counsel to
any of the parties hereto.

        In witness whereof, I hereby affix my hand on this,
the 19th day of October 2022.


                    _____
                    Rebecca Barr
                    My commission expires April 1, 2023.

200