# EXHIBIT 20




List Elections

# Election List
## Election Night Reporting

Filter by: ALL

## 2023

| | |
|---|---|
| January 31, 2023 - Special Election | 1/31/2023 |
| January 3, 2023 GA House District 7 - Special Election | 1/3/2023 |

## 2022

| | |
|---|---|
| December 20, 2022 GA House District 129 - Special Election | 12/20/2022 |
| December 6, 2022 - General Election Runoff | 12/6/2022 |
| November 8, 2022 - General/Special Election | 11/8/2022 |
| June 21, 2022 - General Primary -Nonpartisan General Election Runoff | 6/21/2022 |
| May 24, 2022 - US Congressional District 10 (Dem) Primary Recount | 6/10/2022 |
| May 24, 2022 - General Primary -Nonpartisan General Election | 5/24/2022 |
| May 3rd, 2022 Special Election Runoff | 5/3/2022 |
| April 5th, 2022 - Special Election | 4/5/2022 |

## 2021

| | |
|---|---|
| November 2, 2021 - General Election | 11/2/2021 |
| July 13, 2021 - Special Election Runoff | 7/13/2021 |
| June 15, 2021- Special Election | 6/15/2021 |
| March 9, 2021 - Special Primary Election Runoff | 3/9/2021 |

| | |
|---|---|
| February 9, 2021- Special Election | 2/9/2021 |
| January 5, 2021 Federal Runoff | 1/5/2021 |

## 2020

| | |
|---|---|
| December 1, 2020 Special Election Runoff | 12/1/2020 |
| December 1st 2020 State Runoff | 12/1/2020 |
| November 3rd General Election Recount | 11/16/2020 |
| November 3,2020-General Election | 11/3/2020 |
| August 11, 2020 - General Primary – Nonpartisan General Election Runoff | 8/11/2020 |
| Presidential Preference Primary – General Primary – Nonpartisan General Election – Special Election | 6/9/2020 |
| March 24, 2020 Presidential Preference Primary | 3/24/2020 |
| March 3, 2020 SD 13 Special Election Runoff | 3/3/2020 |
| February 4, 2020 SD 13 Special Election | 2/4/2020 |
| January 28, 2020 HD 171 Special Election | 1/28/2020 |