IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.<br><br>Plaintiff,<br><br>vs.<br><br>BRAD RAFFENSPERGER, et al.<br><br>Defendant. | CIVIL ACTION FILE NO.: 1:17-cv-2989-AT |

### DECLARATION OF RICARDO DAVIS

**RICARDO DAVIS** hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. I am a Cherokee County voter. My home precinct is the Air Acres precinct in Woodstock, Georgia. That has been my home precinct for 23 years.

3. I make every effort to participate in all elections for which I am eligible to vote.

4. Attached at Exhibit 1 is a true and correct copy of my voter participation history as it appears on my MVP page of the SOS website today.

5. My history of participation at Exhibit 1 accurately shows that I generally vote by mail ballot. However, I voted in person on Election Day on December 6, 2022 on the BMD system, as is shown on the SOS record.

6. My long-standing practice has been to vote by mail ballot rather than voting on insecure touchscreen machines, despite the planning and ballot monitoring efforts I must undertake to ensure that my mail ballot is issued, returned and accepted for counting on a timely basis. For example, to ensure that my ballot is received timely and securely, I hand deliver my mail ballot in almost every election requiring a round trip drive of approximately 8 miles. This requires my leaving my office during business hours to hand deliver the ballot.

7. I am very politically active and spend hundreds of hours each year to encourage voting, recruiting candidates, supporting campaigns, and supporting election oversight activities. My strong preference would be to vote at a neighborhood polling place with my friends and neighbors and be seen setting the example of civic engagement of voting if the voting method were secure.

8. However, this association with other voters in the polling place is unfortunately something I give up so I can vote with a more secure and private ballot—a mail absentee ballot.

9. Until such time as I can vote a private and secure hand marked paper ballot in the polling place, my plans will be to continue to cast as many of my votes by mail ballot as possible.

Executed on this date, January 30, 2023

_Ricardo Davis_ (signature)
Ricardo Davis

3