# EXHIBIT 1

## Voter Participation History

Your voting and petition history as shown in our system

 Information on Georgia's My Voter Page will reflect your local Elections & Registration Office's database within 24 hours of an update by a county official.

**Election Name**
12/06/2022 GENERAL/SPECIAL ELECTION RUNOFF

**Date Voted**
12/6/2022

**Election Type**
General Election runoff

**Ballot Type**
Regular

**Election Name**
11/08/2022 GENERAL/SPECIAL ELECTION

**Date Voted**
11/8/2022

**Election Type**
General

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| 05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 5/24/2022 | General Primary |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 1/4/2021 | General Election runoff |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 11/2/2020 | General |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| AUGUST 11, 2020 GEN. PRI. RO/GEN. NP R0/SPEC. RO EL | 8/10/2020 | General Primary runoff |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 6/6/2020 | General Primary |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| DECEMBER 4, 2018 STATE AND LOCAL ELECTION RUNOFF | 11/27/2018 | General Election runoff |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 11/2/2018 | General |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| JULY 24, 2018 GEN. PRI. RO/GEN. NP R0/SPEC. RO EL | 7/24/2018 | General Primary runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| MAY 22, 2018 GEN. PRI./GEN. NP/SPEC. ELECTION | 5/21/2018 | General Primary |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 7, 2017 GENERAL/SPECIAL ELECTION | 11/7/2017 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 11/7/2016 | General |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| MARCH 1, 2016 PPP/SPECIAL ELECTION | 3/1/2016 | PPP |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GEN._SPEC. ELECTION | 11/4/2014 | General |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| GEN. PRI. RUNOFF_GEN. NP RUNOFF_SPEC RUNOFF ELEC. | 7/18/2014 | General Primary runoff |

**Ballot Type**
Early In-Person

| Election Name | Date Voted | Election Type |
|---|---|---|
| GEN. PRI._GEN. NP_SPEC ELECTION | 5/16/2014 | General Primary |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 2/5/2013 | Special Election |

**Ballot Type**

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 11/6/2012 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 8/21/2012 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 7/31/2012 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 11/8/2011 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY RUN-OFF | 8/10/2010 | General Primary runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY | 7/20/2010 | General Primary |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL RUN-OFF | 12/2/2008 | General Election runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL | 11/4/2008 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 7/15/2008 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| PRESIDENTIAL PRIMARY | 2/5/2008 | PPP |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL | 11/7/2006 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY RUN-OFF | 8/8/2006 | General Primary runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY | 7/18/2006 | General Primary |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY RUN-OFF | 8/10/2004 | General Primary runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY | 7/20/2004 | General Primary |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| PRESIDENTIAL PRIMARY | 3/2/2004 | PPP |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL | 11/5/2002 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY RUN-OFF | 9/10/2002 | General Primary runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY | 8/20/2002 | General Primary |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 1/22/2002 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 9/18/2001 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL RUN-OFF | 11/28/2000 | General Election runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL | 11/7/2000 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY | 7/18/2000 | General Primary |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| PRESIDENTIAL PRIMARY | 3/7/2000 | PPP |

**Ballot Type**
Regular

| Petition Name | Petition Type | County Name |
|---|---|---|
| 9/17/21 SOS RAFFENSPERGER RECALL APP | Recall Application | CHEROKEE |

**Date Accounted**
9/4/2021