# EXHIBIT A

# Office of the Secretary of State | Elections Division

## General Guidance and Best Practices

O.C.G.A 21-2-483(f) – If it appears that a ballot is so torn, bent or otherwise defective that it cannot be processed by the tabulating machine, the superintendent, in his or her discretion, may order the proper election official at the tabulating center or precinct to prepare a true duplicate copy for processing with the ballots of the same polling place, which shall be verified in the presence of a witness. All duplicate ballots shall be clearly labeled by the word "duplicate," shall bear the designation of the polling place, and shall be given the same Code as the defective ballot. The defective ballot shall be retained.  A duplication panel must be formed.  In a partisan election, the duplication panel members are composed of one designee of each political party and one designee of the election superintendent. In the case of a nonpartisan election involving the presentation of a question to voters, the panel shall be composed of one elector appointed by the election superintendent and two electors appointed by the chief judge of the superior court.

### _Manual Duplication of Damaged, UOCAVA EBD, or RCV Ballot_

To ensure that the integrity of the original ballot is maintained, the duplicated ballot and the original ballot must be identified using an identical Code so they can be rematched in the event they become separated during tabulation.  Pull a blank ballot for the proper precinct and use the following process:

- All three members of the duplication panel must be present anytime a ballot is duplicated.
- At the top of the blank ballot in the area printed "Official Ballot" use red ink to write the word "Duplicate" and the code assigned to the series.
- At the top of the damaged, UOCAVA EBD, or Ranked Choice ballot in the area printed "Official Ballot" use red ink to write the word "Original" and the code assigned to the series.
- Record the code of the series onto the Ballot Duplication Log.  All three duplication panelists should initial the entry made into the log
- *Best practice is to precede the duplication code with a letter indicating the type of ballot, for example, the Code for the first duplicated <u>Democratic absentee ballot for Precinct 1</u> would read <u>AB 01 - Precinct 1 - Dem</u>, Provisionals would begin with a P, and so on

    - Member 1 - Looking at the original ballot, one person should call out the name of the candidate/s that are marked
    - Member 2 - Using the blank ballot, one person should use a black ink pen to complete the oval beside each of the candidate's names as it is called out
    - Member 3 – Looking at the blank ballot, one person should watch the process to ensure that the name of the candidate called from the original ballot has been properly marked on the blank ballot.
    - *Review both ballots together when the duplication process has been completed.
    - *Rotate your team members so that each member has an opportunity to participate in each step of the process

G:\2022 Elections\General Guidelines and Best Practices\Ranked Choice Voting General Ballot Processing Guidelines 2022.docx
FORM#GUIDE_RANKED_CHOICE_PROCESS_22

PAGE 2

**Office of the Secretary of State | Elections Division**

## General Guidance and Best Practices

- When the duplication of a ballot has been completed, the original and duplicate ballots shall be clipped together and returned to the tabulation area. The duplicate will be scanned through the ballot scanner and then re-clipped to the original and kept with the other ballots for that precinct.

    Electronic Duplication of Damaged, UOCAVA EBD, or Ranked Choice Ballot using a BMD

Duplication of ballots may also be done using a BMD with some very basic modifications to the instructions for manual duplication. First:

- Designate a BMD for ballot duplication – the printer must be connected
- Use a Poll Worker Card and a list of Access Codes to access the appropriate precinct ballot

To ensure that the integrity of the original ballot is maintained, the duplicated ballot generated by the BMD and the original ballot must be identified using an identical Code so that they can be rematched in the event they become separated during tabulation using the following process:

- All three members of the duplication panel must be present anytime a ballot is duplicated.
- At the top of the damaged, UOCAVA EBD, or Ranked Choice ballot in the area printed "Official Ballot" use red ink to write the word "Original" and the Code assigned to the series.
- Record the Code of the series onto the Ballot Duplication Log. All three duplication panelists should initial the entry made into the log
- *Best practice is to precede the ballot Code with a letter indicating the type of ballot, for example, the Code for the first duplicated Democratic absentee ballot for Precinct 1 would read AB 01 - Precinct 1 - Dem, Provisionals would begin with a P, and so on

    - Member 1 - Looking at the original ballot, one person should call out the name of the candidate that is marked
    - Member 2 - Using the BMD, one person should touch the oval beside each of the candidate's names as it is called out
    - Member 3 – Looking at the on-screen ballot, one person should watch the process to ensure that the name of the candidate called from the original ballot is the name of the candidate marked on the blank ballot.
    - *Review both ballots together when the replacement ballot comes off the printer.
    - *Rotate your team members so that each one has an opportunity to participate in each step of the process

- Once the duplicated ballot has printed, at the top of the duplicated ballot in the area printed "Official Ballot" use red ink to write the word "Duplicate" and the Code assigned to the series.
- When the duplication of a ballot has been completed, the original and duplicate ballots shall be clipped together and returned to the tabulation area. The duplicate will be scanned through the Ballot scanner and then re-clipped to the original and kept with the other ballots for that precinct.

G:\2022 Elections\General Guidelines and Best Practices\Ranked Choice Voting General Ballot Processing Guidelines 2022.docx
FORM#GUIDE_RANKED_CHOICE_PROCESS_22