# EXHIBIT B

Screen Print of a portion of the Cast Vote Record CVR from Morgan County, November 2022 Election

