# EXHIBIT C

Return envelope for Mail Absentee Ballot, May 2022 Primary

**Voter Oath**

I, the undersigned, do swear (or affirm) that
- I am a citizen of the United States and of the State of Georgia.
- I am not currently serving a sentence for conviction of a felony.
- I reside at the address where I am registered to vote.
- I am eligible to vote by absentee ballot.
- I have not marked or mailed any other absentee ballot, nor shall I vote in person.
- I have marked and sealed this ballot in private and have not allowed any unauthorized person to observe me voting or how the ballot was voted.
- I will not give this ballot to any person not authorized by law to deliver or return ballots.

I understand the instructions and that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law.

**You must personally sign this oath.** Signing this oath on behalf of another voter and/or providing false information on this envelope violates Georgia law and is punishable by a fine up to $100,000, imprisonment for up to 10 years, or both.

Voter, sign here

X _____

Printed name of the voter

_____

**Voter Identification**
Print carefully. This information will be used to verify your identity before counting your ballot.

My date of birth (MM/DD/YYYY) _____

Number of my Georgia driver's license or state identification card issued by the Department of Driver Services

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

OR ☐ I do not have a Georgia driver's license or ID. The last 4 digits of my Social Security No. are ☐ ☐ ☐ ☐

OR ☐ I do not have a Georgia driver's license or ID or a Social Security Number AND I have placed in this envelope a copy of one of the forms of identification listed in the absentee ballot instructions.

Completed voter oath and voter identification

Jeanne Dufort Mail Absentee Ballot, May 2022 Primary

Personal Information blurred

