# EXHIBIT D

May 2022 Democratic Primary Ballot

Dufort


