# EXHIBIT E

## MORGAN COUNTY
303-C Morgan, 315-C Morgan, 317-C Morgan, 318-C Morgan

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
OF THE STATE OF GEORGIA
NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "**Spoiled**" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]

---

**For President of the United States**
(Vote for One)

- ☑ **Donald J. Trump** - President
  **Michael R. Pence** - Vice President
  (Incumbent) Republican

- ○ **Joseph R. Biden** - President
  **Kamala D. Harris** - Vice President
  Democrat

- ○ **Jo Jorgensen** - President
  **Jeremy "Spike" Cohen** - Vice President
  Libertarian

- ○ _____
  Write-in

**For United States Senate**
(Vote for One)

- ○ **David A. Perdue**
  (Incumbent) Republican

- ○ **Jon Ossoff**
  Democrat

- ○ **Shane Hazel**
  Libertarian

- ○ _____
  Write-in

---

**SPECIAL ELECTION**

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ○ **Al Bartell**
  Independent

- ○ **Allen Buckley**
  Independent

- ☑ **Doug Collins**
  Republican

- ○ **John Fortuin**
  Green

- ○ **Derrick E. Grayson**
  Republican

- ○ **Michael Todd Greene**
  Independent

- ○ **Annette Davis Jackson**
  Republican

- ○ **Deborah Jackson**
  Democrat

- ○ **Jamesia James**
  Democrat

- ○ **A. Wayne Johnson**
  Republican

- ○ **Tamara Johnson-Shealey**
  Democrat

- ○ **Matt Lieberman**
  Democrat

- ○ **Kelly Loeffler**
  (Incumbent) Republican

- ○ **Joy Felicia Slade**
  Democrat

- ○ **Brian Slowinski**
  Libertarian

- ○ **Valencia Stovall**
  Independent

- ○ **Ed Tarver**
  Democrat

- ○ **Kandiss Taylor**
  Republican

- ○ **Raphael Warnock**
  Democrat

- ○ **Richard Dien Winfield**
  Democrat

- ○ _____
  Write-in

---

**For Public Service Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

- ○ **Jason Shaw**
  (Incumbent) Republican

- ○ **Robert G. Bryant**
  Democrat

- ☑ **Elizabeth Melton**
  Libertarian

- ○ _____
  Write-in

**For Public Service Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ☑ **Lauren Bubba McDonald, Jr.**
  (Incumbent) Republican

- ○ **Daniel Blackman**
  Democrat

- ○ **Nathan Wilson**
  Libertarian

- ○ _____
  Write-in

**For U.S. Representative in 117th Congress From the 10th Congressional District of Georgia**
(Vote for One)

- ☑ **Jody Hice**
  (Incumbent) Republican

- ○ **Tabitha Johnson-Green**
  Democrat

- ○ _____
  Write-in

**For State Senator From 25th District**
(Vote for One)

- ☑ **Burt Jones**
  (Incumbent) Republican

- ○ **Veronica Brinson**
  Democrat

- ○ _____
  Write-in

**For State Representative in the General Assembly From 112th District**
(Vote for One)

- ☑ **Dave Belton**
  (Incumbent) Republican

- ○ _____
  Write-in

---

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



**For District Attorney of the Ocmulgee Judicial Circuit**
(Vote for One)

☑ T. Wright Barksdale
Republican

○ _____
Write-in

**For Clerk of Superior Court**
(Vote for One)

☑ Jody Milford Higdon
(Incumbent) Republican

○ _____
Write-in

**For Sheriff**
(Vote for One)

○ Robert Markley
(Incumbent) Republican

☑ Kenny Stewart
Write-in

**For Tax Commissioner**
(Vote for One)

☑ Wendy Coe
Republican

○ Sheila Terrell Sanders
Democrat

○ _____
Write-in

**For Coroner**
(Vote for One)

☑ Adam E. Carter
(Incumbent) Republican

○ _____
Write-in

**For County Commissioner District 4**
(Vote for One)

☑ Philipp Von Hanstein
(Incumbent) Republican

○ _____
Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

☑ YES
○ NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

☑ YES
○ NO

**STATEWIDE REFERENDUM**

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

☑ YES
○ NO

**SPECIAL ELECTION MORGAN COUNTY**

**ESPLOST**
(Vote for One)

Shall a one percent sales and use tax for educational purposes of the Morgan County School District be reimposed within Morgan County, upon the termination of the one percent sales and use tax for educational purposes presently in effect, for a maximum period of time of twenty (20) calendar quarters, for the purpose of raising not more than $27,000,000 of net proceeds by said tax, which shall go to the School District for the purpose of (i) paying a portion of the principal and interest due on outstanding Morgan County School District (Georgia) General Obligation Bonds, Series 2017 and 2018, the maximum amount of total debt service to be paid shall not exceed $20,400,000; (ii) adding to, renovating, repairing, improving, and equipping existing school buildings and other buildings and facilities useful or desirable in connection therewith, (iii) acquiring technology improvements for existing schools, including safety and security improvements, computer technology, hardware and software, (iv) acquiring school buses, maintenance vehicles and equipment, (v) acquiring any necessary property therefor, both real and personal, (vi) acquire band instruments, textbooks and instructional materials, and (vii) to pay expenses incident to accomplishing the foregoing?

○ YES
☑ NO

**Turn Ballot Over To Continue Voting**

Scanned on: ICC  Tabulator: 170  Batch: 7
Ballot ID: 15

President of the United States
  Donald J. Trump (I) (Rep)
US Senate (Perdue)
  BLANK CONTEST
US Senate (Loeffler) - Special
  Doug Collins (Rep)
Public Service Commission District 1
  Elizabeth Melton (Lib)
Public Service Commission District 4
  BLANK CONTEST
US House District 10
  Jody Hice (I) (Rep)
State Senate District 25
  Burt Jones (I) (Rep)
State House District 112
  Dave Belton (I) (Rep)
District Attorney - Ocmulgee
  T. Wright Barksdale (Rep)
Clerk of Superior Court
  Jody Milford Higdon (I) (Rep)
Sheriff
  Write-in
Tax Commissioner
  Wendy Coe (Rep)
Coroner
  Adam E. Carter (I) (Rep)
County Commission District 4
  Philipp Von Hanstein (I) (Rep)
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES
ESPLOST - Special
  NO

Adjudicated at 9:22 PM on 11/3/2020 by emsadmin

President of the United States
  Donald J. Trump (I) (Rep) (47%)
US Senate (Perdue)
  BLANK CONTEST
US Senate (Loeffler) - Special
  Doug Collins (Rep) (34%)
Public Service Commission District 1
  Elizabeth Melton (Lib) (35%)
Public Service Commission District 4
  *Adjudicated* Vote for Lauren Bubba McDonald, Jr. (I) (Rep) (100%)
US House District 10
  Jody Hice (I) (Rep) (27%)
State Senate District 25
  Burt Jones (I) (Rep) (41%)
State House District 112
  Dave Belton (I) (Rep) (26%)
District Attorney - Ocmulgee
  T. Wright Barksdale (Rep) (29%)
Clerk of Superior Court
  Jody Milford Higdon (I) (Rep) (34%)
Sheriff
  *Adjudicated* Write-In Rejected: Not Qualified/Declared
Tax Commissioner
  Wendy Coe (Rep) (35%)
Coroner
  Adam E. Carter (I) (Rep) (25%)
County Commission District 4
  Philipp Von Hanstein (I) (Rep) (38%)
Constitutional Amendment #1
  YES (28%)
Constitutional Amendment #2
  YES (34%)
Statewide Referendum A
  YES (29%)
ESPLOST - Special
  NO (42%)