# EXHIBIT F

# MORGAN COUNTY
300-NE Morgan, 308-NE Morgan, 309-NE Morgan, 310-NE Morgan, 311-NE Morgan, 312-NE Morgan

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

---

**For President of the United States**
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

● Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○
_____
Write-in

**For United States Senate**
(Vote for One)  "Spoiled"

⊗ David A. Perdue
(Incumbent) Republican

● Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○
_____
Write-in

---

**SPECIAL ELECTION**

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

● Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○
_____
Write-in

---

**For Public Service Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

● Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○
_____
Write-in

**For Public Service Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

● Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○
_____
Write-in

**For U.S. Representative in 117th Congress From the 10th Congressional District of Georgia**
(Vote for One)

○ Jody Hice
(Incumbent) Republican

● Tabitha Johnson-Green
Democrat

○
_____
Write-in

**For State Senator From 25th District**
(Vote for One)

○ Burt Jones
(Incumbent) Republican

● Veronica Brinson
Democrat

○
_____
Write-in

**For State Representative In the General Assembly From 112th District**
(Vote for One)

○ Dave Belton
(Incumbent) Republican

○
_____
Write-in

---

Turn Ballot Over To Continue Voting

Copyright © 2020 Dominion Voting Inc All Rights Reserved

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

### For District Attorney of the Ocmulgee Judicial Circuit
(Vote for One)

○ T. Wright Barksdale
  Republican

○ _____
  Write-in

### For Clerk of Superior Court
(Vote for One)

○ Jody Milford Higdon
  (Incumbent) Republican

○ _____
  Write-in

### For Sheriff
(Vote for One)

● Robert Markley
  (Incumbent) Republican

○ _____
  Write-in

### For Tax Commissioner
(Vote for One)

○ Wendy Coe
  Republican

● Sheila Terrell Sanders
  Democrat

○ _____
  Write-in

### For Coroner
(Vote for One)

● Adam E. Carter
  (Incumbent) Republican

○ _____
  Write-in

### For County Board of Education District 1
(Vote for One)

● Cheryl Bland
  (Incumbent) Democrat

○ _____
  Write-in

### PROPOSED CONSTITUTIONAL AMENDMENTS

#### - 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

○ YES
○ NO

#### - 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES
○ NO

### STATEWIDE REFERENDUM

#### - A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

### SPECIAL ELECTION MORGAN COUNTY

#### ESPLOST
(Vote for One)

Shall a one percent sales and use tax for educational purposes of the Morgan County School District be reimposed within Morgan County, upon the termination of the one percent sales and use tax for educational purposes presently in effect, for a maximum period of time of twenty (20) calendar quarters, for the purpose of raising not more than $27,000,000 of net proceeds by said tax, which shall go to the School District for the purpose of (i) paying a portion of the principal and interest due on outstanding Morgan County School District (Georgia) General Obligation Bonds, Series 2017 and 2018, the maximum amount of total debt service to be paid shall not exceed $20,400,000; (ii) adding to, renovating, repairing, improving, and equipping existing school buildings and other buildings and facilities useful or desirable in connection therewith, (iii) acquiring technology improvements for existing schools, including safety and security improvements, computer technology, hardware and software, (iv) acquiring school buses, maintenance vehicles and equipment, (v) acquiring any necessary property therefor, both real and personal, (vi) acquire band instruments, textbooks and instructional materials, and (vii) to pay expenses incident to accomplishing the foregoing?

○ YES
○ NO

**Turn Ballot Over To Continue Voting**

Scanned on: ICC  Tabulator: 170  Batch:  4
Ballot ID:  1

President of the United States
  Joseph R. Biden (Dem)
US Senate (Perdue)
  OVER-VOTE
  David A. Perdue (I) (Rep) (NOT COUNTED)
  Jon Ossoff (Dem) (NOT COUNTED)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 10
  Tabitha Johnson-Green (Dem)
State Senate District 25
  Veronica Brinson (Dem)
State House District 112
  BLANK CONTEST
District Attorney - Ocmulgee
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  Robert Markley (I) (Rep)
Tax Commissioner
  Sheila Terrell Sanders (Dem)
Coroner
  Adam E. Carter (I) (Rep)
Board of Education District 1
  Cheryl Bland (I) (Dem)
Constitutional Amendment #1
  BLANK CONTEST
Constitutional Amendment #2
  BLANK CONTEST
Statewide Referendum A
  YES
ESPLOST - Special
  BLANK CONTEST

```
Adjudicated at 9:15 PM on 11/3/2020 by emsadmin

President of the United States
    Joseph R. Biden (Dem) (98%)
US Senate (Perdue)
    *Adjudicated* Mark removed for David A. Perdue (I) (Rep)
    Jon Ossoff (Dem) (86%)
US Senate (Loeffler) - Special
    Raphael Warnock (Dem) (82%)
Public Service Commission District 1
    Robert G. Bryant (Dem) (85%)
Public Service Commission District 4
    Daniel Blackman (Dem) (94%)
US House District 10
    Tabitha Johnson-Green (Dem) (74%)
State Senate District 25
    Veronica Brinson (Dem) (77%)
State House District 112
    BLANK CONTEST
District Attorney - Ocmulgee
    BLANK CONTEST
Clerk of Superior Court
    BLANK CONTEST
Sheriff
    Robert Markley (I) (Rep) (94%)
Tax Commissioner
    Sheila Terrell Sanders (Dem) (87%)
Coroner
    Adam E. Carter (I) (Rep) (93%)
Board of Education District 1
    Cheryl Bland (I) (Dem) (89%)
Constitutional Amendment #1
    BLANK CONTEST
Constitutional Amendment #2
    BLANK CONTEST
Statewide Referendum A
    YES (96%)
ESPLOST - Special
    BLANK CONTEST
```

Case 1:17-cv-02989-AT   Document 1593-6   Filed 02/08/23   Page 5 of 10
Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# MORGAN COUNTY
304-Beth/Springfield

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

| To Vote | Warning |
|---|---|
| 1. Use black or blue ink to mark the ballot | Do **NOT** use red ink or felt tip pen to mark ballot |
| 2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote | Do **NOT** circle, underline or mark through choices |
| | Do **NOT** use check marks or X to mark ballot |
| 3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided | Do **NOT** mark more choices per race than allowed |
| | Do **NOT** sign, cut, tear or damage the ballot |

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

---

**For President of the United States**
(Vote for One)

- ✓ **Donald J. Trump** - President
  **Michael R. Pence** - Vice President
  (Incumbent) Republican

- ● **Joseph R. Biden** - President
  **Kamala D. Harris** - Vice President
  Democrat

- ○ **Jo Jorgensen** - President
  **Jeremy "Spike" Cohen** - Vice President
  Libertarian

- ○ _____
  Write-in

**For United States Senate**
(Vote for One)

- ○ **David A. Perdue**
  (Incumbent) Republican

- ● **Jon Ossoff**
  Democrat

- ○ **Shane Hazel**
  Libertarian

- ○ _____
  Write-in

---

**SPECIAL ELECTION**

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ○ **Al Bartell** — Independent
- ○ **Allen Buckley** — Independent
- ○ **Doug Collins** — Republican
- ○ **John Fortuin** — Green
- ○ **Derrick E. Grayson** — Republican
- ○ **Michael Todd Greene** — Independent
- ○ **Annette Davis Jackson** — Republican
- ○ **Deborah Jackson** — Democrat
- ○ **Jamesia James** — Democrat
- ○ **A. Wayne Johnson** — Republican
- ○ **Tamara Johnson-Shealey** — Democrat
- ○ **Matt Lieberman** — Democrat
- ○ **Kelly Loeffler** — (Incumbent) Republican
- ○ **Joy Felicia Slade** — Democrat
- ○ **Brian Slowinski** — Libertarian
- ○ **Valencia Stovall** — Independent
- ○ **Ed Tarver** — Democrat
- ○ **Kandiss Taylor** — Republican
- ● **Raphael Warnock** — Democrat
- ○ **Richard Dien Winfield** — Democrat
- ○ _____
  Write-in

---

**For Public Service Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

- ○ **Jason Shaw** — (Incumbent) Republican
- ● **Robert G. Bryant** — Democrat
- ○ **Elizabeth Melton** — Libertarian
- ○ _____
  Write-in

**For Public Service Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ○ **Lauren Bubba McDonald, Jr.** — (Incumbent) Republican
- ● **Daniel Blackman** — Democrat
- ○ **Nathan Wilson** — Libertarian
- ○ _____
  Write-in

**For U.S. Representative in 117th Congress From the 10th Congressional District of Georgia**
(Vote for One)

- ○ **Jody Hice** — (Incumbent) Republican
- ● **Tabitha Johnson-Green** — Democrat
- ○ _____
  Write-in

**For State Senator From 25th District**
(Vote for One)

- ○ **Burt Jones** — (Incumbent) Republican
- ● **Veronica Brinson** — Democrat
- ○ _____
  Write-in

**For State Representative In the General Assembly From 112th District**
(Vote for One)

- ○ **Dave Belton** — (Incumbent) Republican
- ○ _____
  Write-in

---

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc All Rights Reserved

### For District Attorney of the Ocmulgee Judicial Circuit
(Vote for One)

○ T. Wright Barksdale
  Republican

○ _____
  Write-in

### For Clerk of Superior Court
(Vote for One)

○ Jody Milford Higdon
  (Incumbent) Republican

○ _____
  Write-in

### For Sheriff
(Vote for One)

○ Robert Markley
  (Incumbent) Republican

○ _____
  Write-in

### For Tax Commissioner
(Vote for One)

○ Wendy Coe
  Republican

● Sheila Terrell Sanders
  Democrat

○ _____
  Write-in

### For Coroner
(Vote for One)

○ Adam E. Carter
  (Incumbent) Republican

○ _____
  Write-in

### For County Commissioner District 5
(Vote for One)

○ Bill Kurtz
  Republican

○ _____
  Write-in

### PROPOSED CONSTITUTIONAL AMENDMENTS

#### - 1 -

**Authorizes dedication of fees and taxes to their intended purposes by general state law.**

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

#### - 2 -

**Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.**

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES
○ NO

### STATEWIDE REFERENDUM

#### - A -

**Establishes a tax exemption for certain real property owned by charities.**

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

### SPECIAL ELECTION MORGAN COUNTY

#### ESPLOST
(Vote for One)

Shall a one percent sales and use tax for educational purposes of the Morgan County School District be reimposed within Morgan County, upon the termination of the one percent sales and use tax for educational purposes presently in effect, for a maximum period of time of twenty (20) calendar quarters, for the purpose of raising not more than $27,000,000 of net proceeds by said tax, which shall go to the School District for the purpose of (i) paying a portion of the principal and interest due on outstanding Morgan County School District (Georgia) General Obligation Bonds, Series 2017 and 2018, the maximum amount of total debt service to be paid shall not exceed $20,400,000; (ii) adding to, renovating, repairing, improving, and equipping existing school buildings and other buildings and facilities useful or desirable in connection therewith, (iii) acquiring technology improvements for existing schools, including safety and security improvements, computer technology, hardware and software, (iv) acquiring school buses, maintenance vehicles and equipment, (v) acquiring any necessary property therefor, both real and personal, (vi) acquire band instruments, textbooks and instructional materials, and (vii) to pay expenses incident to accomplishing the foregoing?

● YES
○ NO

**Turn Ballot Over To Continue Voting**

0017 00019 000068 ttca 11248 90-A.02 on 10/27/20

Scanned on: ICC  Tabulator: 170  Batch: 10
Poll ID:   11  Ballot ID: 10

President of the United States
  OVER-VOTE
  Donald J. Trump (I) (Rep) (NOT COUNTED)
  Joseph R. Biden (Dem) (NOT COUNTED)
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Raphael Warnock (Dem)
Public Service Commission District 1
  Robert G. Bryant (Dem)
Public Service Commission District 4
  Daniel Blackman (Dem)
US House District 10
  Tabitha Johnson-Green (Dem)
State Senate District 25
  Veronica Brinson (Dem)
State House District 112
  BLANK CONTEST
District Attorney - Ocmulgee
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  Sheila Terrell Sanders (Dem)
Coroner
  BLANK CONTEST
County Commission District 5
  BLANK CONTEST
Constitutional Amendment #1
  YES
Constitutional Amendment #2
  YES
Statewide Referendum A
  YES
ESPLOST - Special
  YES

```
Adjudicated at 9:30 PM on 11/3/2020 by emsadmin

President of the United States
    *Adjudicated* Mark removed for Donald J. Trump (I) (Rep)
    Joseph R. Biden (Dem) (98%)
US Senate (Perdue)
    Jon Ossoff (Dem) (97%)
US Senate (Loeffler) - Special
    Raphael Warnock (Dem) (100%)
Public Service Commission District 1
    Robert G. Bryant (Dem) (100%)
Public Service Commission District 4
    Daniel Blackman (Dem) (100%)
US House District 10
    Tabitha Johnson-Green (Dem) (97%)
State Senate District 25
    Veronica Brinson (Dem) (95%)
State House District 112
    BLANK CONTEST
District Attorney - Ocmulgee
    BLANK CONTEST
Clerk of Superior Court
    BLANK CONTEST
Sheriff
    BLANK CONTEST
Tax Commissioner
    Sheila Terrell Sanders (Dem) (100%)
Coroner
    BLANK CONTEST
County Commission District 5
    BLANK CONTEST
Constitutional Amendment #1
    YES (99%)
Constitutional Amendment #2
    YES (100%)
Statewide Referendum A
    YES (97%)
ESPLOST - Special
    YES (100%)
```

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# MORGAN COUNTY
### 303-Clacks Chapel

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
- Do **NOT** use red ink or felt tip pen to mark ballot
- Do **NOT** circle, underline or mark through choices
- Do **NOT** use check marks or X to mark ballot
- Do **NOT** mark more choices per race than allowed
- Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "**Spoiled**" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

---

### For President of the United States
(Vote for One)

- ○ Donald J. Trump - President / Michael R. Pence - Vice President (Incumbent) Republican
- ● Joseph R. Biden - President / Kamala D. Harris - Vice President Democrat
- ○ Jo Jorgensen - President / Jeremy "Spike" Cohen - Vice President Libertarian
- ● *Joseph R. Biden / Kamala D. Harris* Write-In

### For United States Senate
(Vote for One)

- ○ David A. Perdue (Incumbent) Republican
- ● Jon Ossoff Democrat
- ○ Shane Hazel Libertarian
- ● *Jon Ossoff* Write-In

### SPECIAL ELECTION
### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ○ Al Bartell — Independent
- ○ Allen Buckley — Independent
- ○ Doug Collins — Republican
- ○ John Fortuin — Green
- ○ Derrick E. Grayson — Republican
- ○ Michael Todd Greene — Independent
- ○ Annette Davis Jackson — Republican
- ○ Deborah Jackson — Democrat
- ○ Jamesia James — Democrat
- ○ A. Wayne Johnson — Republican
- ○ Tamara Johnson-Shealey — Democrat
- ○ Matt Lieberman — Democrat
- ○ Kelly Loeffler (Incumbent) Republican
- ○ Joy Felicia Slade — Democrat
- ○ Brian Slowinski — Libertarian
- ○ Valencia Stovall — Independent
- ○ Ed Tarver — Democrat
- ○ Kandiss Taylor — Republican
- ● Raphael Warnock — Democrat
- ○ Richard Dien Winfield — Democrat
- ● *Raphael Warnock* Write-In

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

- ○ Jason Shaw (Incumbent) Republican
- ● Robert G. Bryant — Democrat
- ○ Elizabeth Melton — Libertarian
- ● *Robert G. Bryant* Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ○ Lauren Bubba McDonald, Jr. (Incumbent) Republican
- ● Daniel Blackman — Democrat
- ○ Nathan Wilson — Libertarian
- ● *Daniel Blackman* Write-in

### For U.S. Representative in 117th Congress From the 10th Congressional District of Georgia
(Vote for One)

- ○ Jody Hice (Incumbent) Republican
- ● Tabitha Johnson-Green — Democrat
- ● *Tabitha Johnson-Green* Write-in

### For State Senator From 25th District
(Vote for One)

- ○ Burt Jones (Incumbent) Republican
- ● Veronica Brinson — Democrat
- ● *Veronica Brinson* Write-in

### For State Representative In the General Assembly From 112th District
(Vote for One)

- ○ Dave Belton (Incumbent) Republican
- ○ Write-in

**Turn Ballot Over To Continue Voting**

## For District Attorney of the Ocmulgee Judicial Circuit
(Vote for One)

○ **T. Wright Barksdale**
Republican

○ _____
Write-in

## For Clerk of Superior Court
(Vote for One)

○ **Jody Milford Higdon**
(Incumbent) Republican

○ _____
Write-in

## For Sheriff
(Vote for One)

○ **Robert Markley**
(Incumbent) Republican

○ _____
Write-in

## For Tax Commissioner
(Vote for One)

○ **Wendy Coe**
Republican

● **Sheila Terrell Sanders**
Democrat

● *Sheila Terrell Sanders*
Write-in

## For Coroner
(Vote for One)

○ **Adam E. Carter**
(Incumbent) Republican

○ _____
Write-in

## For County Commissioner District 4
(Vote for One)

○ **Philipp Von Hanstein**
(Incumbent) Republican

○ _____
Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

● YES
○ NO

### - 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

● YES   *yes*
~~○ NO~~  *Change my mind. This is a yes*

## STATEWIDE REFERENDUM

### - A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

● YES
○ NO

## SPECIAL ELECTION MORGAN COUNTY

### ESPLOST
(Vote for One)

Shall a one percent sales and use tax for educational purposes of the Morgan County School District be reimposed within Morgan County, upon the termination of the one percent sales and use tax for educational purposes presently in effect, for a maximum period of time of twenty (20) calendar quarters, for the purpose of raising not more than $27,000,000 of net proceeds by said tax, which shall go to the School District for the purpose of (i) paying a portion of the principal and interest due on outstanding Morgan County School District (Georgia) General Obligation Bonds, Series 2017 and 2018, the maximum amount of total debt service to be paid shall not exceed $20,400,000; (ii) adding to, renovating, repairing, improving, and equipping existing school buildings and other buildings and facilities useful or desirable in connection therewith, (iii) acquiring technology improvements for existing schools, including safety and security improvements, computer technology, hardware and software, (iv) acquiring school buses, maintenance vehicles and equipment, (v) acquiring any necessary property therefor, both real and personal, (vi) acquire band instruments, textbooks and instructional materials, and (vii) to pay expenses incident to accomplishing the foregoing?

○ YES
● NO

**Turn Ballot Over To Continue Voting**

Scanned on: ICC  Tabulator: 170  Batch: 16
Poll ID:    8  Ballot ID:  16

    President of the United States
      OVER-VOTE
      Joseph R. Biden (Dem) (NOT COUNTED)
      Write-in (NOT COUNTED)
    US Senate (Perdue)
      OVER-VOTE
      Jon Ossoff (Dem) (NOT COUNTED)
      Write-in (NOT COUNTED)
    US Senate (Loeffler) - Special
      OVER-VOTE
      Raphael Warnock (Dem) (NOT COUNTED)
      Write-in (NOT COUNTED)
    Public Service Commission District 1
      OVER-VOTE
      Robert G. Bryant (Dem) (NOT COUNTED)
      Write-in (NOT COUNTED)
    Public Service Commission District 4
      OVER-VOTE
      Daniel Blackman (Dem) (NOT COUNTED)
      Write-in (NOT COUNTED)
    US House District 10
      OVER-VOTE
      Tabitha Johnson-Green (Dem) (NOT COUNTED)
      Write-in (NOT COUNTED)
    State Senate District 25
      OVER-VOTE
      Veronica Brinson (Dem) (NOT COUNTED)
      Write-in (NOT COUNTED)
    State House District 112
      BLANK CONTEST
    District Attorney - Ocmulgee
      BLANK CONTEST
    Clerk of Superior Court
      BLANK CONTEST
    Sheriff
      BLANK CONTEST
    Tax Commissioner
      OVER-VOTE
      Sheila Terrell Sanders (Dem) (NOT COUNTED)
      Write-in (NOT COUNTED)
    Coroner
      BLANK CONTEST
    County Commission District 4
      BLANK CONTEST
    Constitutional Amendment #1
      YES
    Constitutional Amendment #2
      OVER-VOTE
      YES (NOT COUNTED)
      NO (NOT COUNTED)
    Statewide Referendum A
      YES
    ESPLOST - Special
      NO

Adjudicated at 9:38 PM on 11/3/2020 by emsadmin

President of the United States
   Joseph R. Biden (Dem) (100%)
     *Adjudicated* Write-In Rejected: Not Qualified/Declared
US Senate (Perdue)
   Jon Ossoff (Dem) (99%)
     *Adjudicated* Write-In Rejected: Not Qualified/Declared
US Senate (Loeffler) - Special
   Raphael Warnock (Dem) (100%)
     *Adjudicated* Write-In Rejected: Not Qualified/Declared
Public Service Commission District 1
   Robert G. Bryant (Dem) (99%)
     *Adjudicated* Write-In Rejected: Not Qualified/Declared
Public Service Commission District 4
   Daniel Blackman (Dem) (95%)
     *Adjudicated* Write-In Rejected: Not Qualified/Declared
US House District 10
   Tabitha Johnson-Green (Dem) (100%)
     *Adjudicated* Write-In Rejected: Not Qualified/Declared
State Senate District 25
   Veronica Brinson (Dem) (100%)
     *Adjudicated* Write-In Rejected: Not Qualified/Declared
State House District 112
   BLANK CONTEST
District Attorney - Ocmulgee
   BLANK CONTEST
Clerk of Superior Court
   BLANK CONTEST
Sheriff
   BLANK CONTEST
Tax Commissioner
   Sheila Terrell Sanders (Dem) (100%)
     *Adjudicated* Write-In Rejected: Not Qualified/Declared
Coroner
   BLANK CONTEST
County Commission District 4
   BLANK CONTEST
Constitutional Amendment #1
   YES (100%)
Constitutional Amendment #2
   YES (100%)
     *Adjudicated* Mark removed for NO
Statewide Referendum A
   YES (100%)
ESPLOST - Special
   NO (100%)