# EXHIBIT G

**From:** scrutineersus@gmail.com,
**To:** jdufort@aol.com,
**Subject:** Georgia Runoff: Nonpartisan Vote Groups to Check Vote Tallies in Real Time
**Date:** Mon, Dec 5, 2022 3:12 pm




MEDIA ADVISORY

For Immediate Release

December 5, 2022

For more information, contact:
Marilyn Marks, Coalition for Good Governance
704-292-9802
Marilyn@uscgg.org

Jeanne Dufort, Coalition for Good Governance
(706) 343-8006

Emily Levy, Scrutineers
(408) 827-5242
Media.team@Scrutineers.org

**SENATE RUNOFF: ELECTION WATCHDOG GROUPS LAUNCH EFFORT TO ENSURE EACH PRECINCT'S VOTES ARE COUNTED ONCE AND ONLY ONCE**

*Nonpartisan election transparency advocates aim to build voter confidence by ensuring errors similar to the missing memory card in the midterms in Cobb County are quickly detected and counties are alerted*

ATLANTA, GEORGIA – While election workers in each of Georgia's 159 counties process election results for tomorrow's Senate runoff election, two nonpartisan groups focused on fair and transparent elections will be checking the numbers for apparent anomalies in real time. Recent discoveries of precincts whose votes weren't all counted, such as in Cobb County in the November 8 election and in DeKalb County in the May 24 primary, have brought attention to the need for additional real-time checks on the voting system pre-certification reporting.

Scrutineers.org and Coalition for Good Governance are teaming up for this project, which they say will reveal very quickly whether significant numbers of votes from any precincts have failed to upload properly, have been double-counted, or show irregularities.

"We know that county election workers are doing their best under very difficult conditions," says Scrutineers Executive Director Emily Levy. "Unfortunately, the computers aggregating votes from the precincts don't always alert the operator if an inserted memory card cannot be read. It's also easy to overlook missing precinct memory cards in the rush of election night."

"A thorough election audit would include auditing election processes," says Coalition Executive Director Marilyn Marks. "Until the State of Georgia mandates routine process audits and basic ballot accounting, the public simply must step up to oversee and protect our elections."

The groups will review publicly available data in real time as results iterations are reported by the counties and quickly analyze precinct-level results from throughout the state, using automated tools developed by Scrutineers. The iterative records preserved will help debunk any false claims by those who would disrupt the election with sensational assertions about flipped or manipulated votes.

Any significant findings or anomalies will be made available to election and campaign officials and the media. Members of the media who wish to be notified of results directly can sign up at https://scrutineers.org/media/scrutineers-media-kit/

###

Coalition for Good Governance is a 501(c)(3) nonprofit advocating for nonpartisan citizen engagement for self-governance through fair and transparent elections. CGG is the plaintiff in Curling v Raffensperger. Learn more at https://coalitionforgoodgovernance.org/

Scrutineers is a national nonpartisan online community working for fair, secure, accessible, and transparent elections in the U.S. through advocacy and public oversight. Scrutineers is a sponsored project of Netroots Foundation, a 501(c)(3) nonprofit. Learn more at https://scrutineers.org