# EXHIBIT 1

My Registration Information | My Voting Location | Voter Participation History | Absentee Ballot Portal | My Elected Officials

# Voter Participation History

ℹ️ Information on Georgia's Voter Page will show your vote history & registration. Official disclaimer while it may or an update by a county official.

| Election Name | Date Voted | Election Type | Ballot Style |
|---|---|---|---|
| 11/08/2022 GENERAL/SPECIAL ELECTION RUNOFF | 12/1/2022 | General Election Runoff | |
| Ballot Type<br>Absentee by mail | | | |
| 11/08/2022 GENERAL/SPECIAL ELECTION | 11/1/2022 | General | |
| Ballot Type<br>Absentee by mail | | | |
| 06/21/2022 JUNE 21, 2022 GEN. PRI. SPECIAL RUNOFF | 6/19/2022 | General Election Runoff | |
| Ballot Type<br>Absentee by mail | | | |
| 05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 5/19/2022 | General Primary | |
| Ballot Type<br>Absentee by mail | | | |
| 01/05/2021 GENERAL/SPECIAL ELECTION RUNOFF | 11/30/2021 | Special Election Runoff | |
| Ballot Type<br>Regular | | | |
| NOVEMBER 3, 2021 GENERAL/SPECIAL ELECTION RUNOFF | 10/29/2021 | General | |
| Ballot Type<br>Absentee by mail | | | |
| JANUARY 5, 2021 GENERAL RUNOFF ELECTION | 12/30/2020 | General Election Runoff | |
| Ballot Type<br>Absentee by mail | | | |
| NOVEMBER 3, 2020 STATE GENERAL/SPECIAL RUNOFF | 11/1/2020 | General | |
| Ballot Type<br>Absentee by mail | | | |
| NOVEMBER 1, 2020 GENERAL/SPECIAL RUNOFF | 11/1/2020 | Special Election Runoff | |
| Ballot Type<br>Regular | | | |
| NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 10/31/2020 | General | |
| Ballot Type<br>Absentee by mail | | | |
| SEPTEMBER 29, 2020 SPECIAL ELECTION | 9/29/2020 | Special Election | |
| Ballot Type<br>Absentee by mail | | | |
| JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 6/9/2020 | General Primary | |
| Ballot Type<br>Absentee by mail | | | |
| DECEMBER 4, 2018 STATE AND LOCAL ELECTIONS RUNOFF | 12/4/2018 | General Election Runoff | |
| Ballot Type<br>Early In-Person | | | |
| NOVEMBER 6, 2018 GEN. PRI. RUNOFF | 11/1/2018 | General | |
| Ballot Type<br>Early In-Person | | | |
| JULY 24, 2018 GEN. PRI. RUNOFF, NP RUNOFF, SPEC | 7/24/2018 | General Primary | |
| Ballot Type<br>Regular | | | |
| MAY 22, 2018 GEN. PRI./GEN. NP/SPEC. ELECTION RUNOFF | 5/18/2018 | General Primary | |
| Ballot Type<br>Early In-Person | | | |
| DECEMBER 5, 2017 GENERAL/SPECIAL ELECTION RUNOFF | 12/5/2017 | General Election Runoff | |
| Ballot Type<br>Regular | | | |
| NOVEMBER 7, 2017 GENERAL/SPECIAL ELECTION | 11/3/2017 | General | |
| Ballot Type<br>Early In-Person | | | |
| NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/31/2016 | General | |
| Ballot Type<br>Early In-Person | | | |
| JULY 26, 2016 GEN. PRI. RUNOFF / NP RUNOFF / SPEC | 7/26/2016 | General Primary Runoff | |
| Ballot Type<br>Regular | | | |
| MAY 24, 2016 GEN. PRI./GEN. NP/SPEC. ELECTION | 5/13/2016 | General Primary | |
| Ballot Type<br>Early In-Person | | | |
| 2016 03/01/2016 PPP/SPECIAL ELECTION | 2/25/2016 | PPP | |
| Ballot Type<br>Regular | | | |
| GEN., SPEC. ELECTION | 11/4/2014 | General | |
| Ballot Type<br>Regular | | | |
| GEN., GEN. NP, SPEC ELECTION | 5/20/2014 | General Primary | |
| Ballot Type<br>Regular | | | |
| NOV. 6, 2013 - GENERAL MUNICIPAL | 10/26/2013 | Special Non-Partisan | |
| Ballot Type<br>Early In-Person | | | |
| GENERAL | 11/6/2012 | General | |
| Ballot Type<br>Regular | | | |
| SPECIAL | 7/31/2012 | Special Election | |
| Ballot Type<br>Regular | | | |
| PRESIDENTIAL PRIMARY | 3/6/2012 | PPP | |
| Ballot Type<br>Regular | | | |
| SPECIAL | 11/8/2011 | General | |
| Ballot Type<br>Regular | | | |
| GENERAL | 11/2/2010 | General | |
| Ballot Type<br>Regular | | | |
| GENERAL PRIMARY RUNOFF | 8/10/2010 | General Primary Runoff | |
| Ballot Type<br>Regular | | | |
| GENERAL PRIMARY | 7/20/2010 | General Primary | |
| Ballot Type<br>Regular | | | |
| SPECIAL | 12/1/2009 | Special Election | |
| Ballot Type<br>Regular | | | |
| SPECIAL | 11/3/2009 | General | |
| Ballot Type<br>Regular | | | |
| GENERAL RUNOFF | 12/2/2008 | General Election Runoff | |
| Ballot Type<br>Regular | | | |
| GENERAL | 11/4/2008 | General | |
| Ballot Type<br>Regular | | | |
| GENERAL PRIMARY RUNOFF | 8/5/2008 | General Primary Runoff | |
| Ballot Type<br>Regular | | | |
| GENERAL PRIMARY | 7/15/2008 | General Primary | |
| Ballot Type<br>Regular | | | |
| PRESIDENTIAL PRIMARY | 2/5/2008 | PPP | |
| Ballot Type<br>Regular | | | |
| GENERAL | 11/7/2006 | General | |
| Ballot Type<br>Regular | | | |
| SPECIAL | 11/8/2005 | Special Election | |
| Ballot Type<br>Regular | | | |
| GENERAL | 11/2/2004 | General | |
| Ballot Type<br>Regular | | | |
| GENERAL PRIMARY | 7/20/2004 | General Primary | |
| Ballot Type<br>Regular | | | |





Georgia Voter ID
More about Georgia voter identification Requirement

Stop Voter Fraud
Do your part to ensure secure and fair Georgia elections.

New Elections Divisions
Georgia Secretary of State's Elections Division

Georgia's Votefile
More about Georgia's Votefile Project

Office of Voter Registration
News and Announcements
Elections
Contact Us

214 State Capitol
Atlanta, Georgia 30334
(404) 656-2871

© 2023 Georgia Secretary of State