# EXHIBIT 1



Georgia
**Online Voter Registration**
Secretary of State Brad Raffensperger

MARGARET MISSETT

My Registration Information

My Voting Location

Voter Participation History

Absentee Ballot Portal

My Districts & Elected Officials

| First Name | Middle Name | Last Name |
|---|---|---|
| MARGARET | G | MISSETT |
| **Gender** | **Registration Date** | **Race** |
| Female | 10/7/1996 | White |
| **Voter Registration Number** | **Status** | |
| 03920731 | Active | |

## Address

### Residence Address

| Street # | Street Name | Apt#/Lot#/Unit# |
|---|---|---|
| [redacted] | [redacted] | |
| **Postal City** | **County** | **State** |
| ATLANTA | FULTON | GEORGIA |

### Mailing Address

| Street # | Street Name | Apt#/Lot#/Unit# |
|---|---|---|
| [redacted] | [redacted] | |
| **Postal City** | **Country** | **State** |
| ATLANTA | UNITED STATES OF AMERICA | GEORGIA |


Privacy - Terms

Georgia
**Online Voter Registration**
Secretary of State Brad Raffensperger

MARGARET MISSETT 

# Voter Participation History

Your voting and petition history as shown in our system

Information on Georgia's My Voter Page will reflect your local Elections & Registration Office's database within 24 hours of an update by a county official.

**Election Name**
12/06/2022 GENERAL/SPECIAL ELECTION RUNOFF

**Date Voted**
12/2/2022

**Election Type**
General Election runoff

**Ballot Type**
Early In-Person

**Election Name**
11/08/2022 GENERAL/SPECIAL ELECTION

**Date Voted**
10/24/2022

**Election Type**
General

**Ballot Type**
Early In-Person

**Election Name**
06/21/2022 JUNE 21, 2022 GEN. PRI./SPECIAL RUNOFF

**Date Voted**
6/21/2022

**Election Type**
General Primary

**Ballot Type**
Regular

**Election Name**
05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION

**Date Voted**
5/24/2022

**Election Type**
General Primary

**Ballot Type**

Regular



Georgia
**Online Voter Registration**
Secretary of State Brad Raffensperger

MARGARET MISSETT

| Election Name | Date Voted | Election Type |
|---|---|---|
| 05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 5/24/2022 | General Primary |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 30, 2021 GENERAL/SPECIAL ELECTION RUNOFF | 11/30/2021 | General Election runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 2, 2021 GENERAL/SPECIAL ELECTION | 11/2/2021 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 12/24/2020 | General Election runoff |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 10/29/2020 | General |

**Ballot Type**
Absentee by mail





Georgia
**Online Voter Registration**
Secretary of State Brad Raffensperger

MARGARET MISSETT

| Election Name | Date Voted | Election Type |
|---|---|---|
| SEPTEMBER 29, 2020 SPECIAL ELECTION | 9/29/2020 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| AUGUST 11, 2020 GEN. PRI. RO/GEN. NP R0/SPEC. RO EL | 8/11/2020 | General Primary runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 6/5/2020 | General Primary |

**Ballot Type**
Early In-Person

| Election Name | Date Voted | Election Type |
|---|---|---|
| MARCH 24, 2020 PPP/SPECIAL ELECTION | 3/9/2020 | PPP |

**Ballot Type**
Early In-Person

| Election Name | Date Voted | Election Type |
|---|---|---|
| DECEMBER 4, 2018 STATE AND LOCAL ELECTION RUNOFF | 11/30/2018 | General Election runoff |

**Ballot Type**
Early In-Person



Georgia
**Online Voter Registration**
Secretary of State Brad Raffensperger

MARGARET MISSETT

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 10/31/2018 | General |

**Ballot Type**
Early In-Person

| Election Name | Date Voted | Election Type |
|---|---|---|
| JULY 24, 2018 GEN. PRI. RO/GEN. NP R0/SPEC. RO EL | 7/24/2018 | General Primary runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| MAY 22, 2018 GEN. PRI./GEN. NP/SPEC. ELECTION | 5/18/2018 | General Primary |

**Ballot Type**
Early In-Person

| Election Name | Date Voted | Election Type |
|---|---|---|
| DECEMBER 5, 2017 GENERAL/SPECIAL ELECTION RUNOFF | 12/5/2017 | General Election runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 7, 2017 GENERAL/SPECIAL ELECTION | 10/27/2017 | General |

**Ballot Type**
Early In-Person







Georgia
**Online Voter Registration**
Secretary of State Brad Raffensperger

MARGARET MISSETT

**Election Name**
NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION
**Date Voted**
11/3/2016
**Election Type**
General
**Ballot Type**
Early In-Person

**Election Name**
MARCH 1, 2016 PPP/SPECIAL ELECTION
**Date Voted**
3/1/2016
**Election Type**
PPP
**Ballot Type**
Regular

**Election Name**
GENERAL
**Date Voted**
11/6/2012
**Election Type**
General
**Ballot Type**
Regular

**Election Name**
GENERAL
**Date Voted**
11/2/2010
**Election Type**
General
**Ballot Type**
Regular

**Election Name**
SPECIAL
**Date Voted**
12/1/2009
**Election Type**
Special Election
**Ballot Type**
Regular



Georgia
**Online Voter Registration**
Secretary of State Brad Raffensperger

MARGARET MISSETT

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 11/3/2009 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL RUN-OFF | 12/2/2008 | General Election runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL | 11/4/2008 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| PRESIDENTIAL PRIMARY | 2/5/2008 | PPP |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL | 11/7/2006 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY | 7/18/2006 | General Primary |





Georgia
**Online Voter Registration**
Secretary of State Brad Raffensperger

MARGARET MISSETT

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY | 7/18/2006 | General Primary |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 11/8/2005 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL | 11/2/2004 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL | 11/5/2002 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 11/27/2001 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 11/6/2001 | Special Election |





Georgia
**Online Voter Registration**
Secretary of State Brad Raffensperger

MARGARET MISSETT

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 11/6/2001 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL | 11/7/2000 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL | 11/3/1998 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 3/18/1997 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL | 11/5/1996 | General |

**Ballot Type**
Regular



Privacy - Terms