# EXHIBIT 1

Exhibit 1
Pages from SOS training material (Doc. 716-3 at 11-13) showing recommended room arrangements.

Page 2

Page 3





Page 4



Exhibit 1 page 2
Throop mark up of SOS training material showing sightlines of voters and poll workers toward BMD screens. Bold arrows added by declarant.





