# EXHIBIT 2

Exhibit 2
Cartersville Polling Place

