# EXHIBIT 3

Exhibit 3 page 1
Press photo of polling place at Gwinnett Elections office, 455 Grayson Highway, Lawrenceville



Exhibit 3 page 2
Description of equipment arrangement at Gwinnett polling place

Poll watching for Early Voting for PPP March 5, 2020
Liz Throop

On Thursday, March 5, 2020, I observed the polling place at Gwinnett County Elections office on Grayson Highway about 5:15 pm. I was permitted to stand behind the guard rail in the voting area. It was arranged with four banks of six BMDs, plus two more BMDs in the southwest corner (26 BMDs). The two banks in the center faced one another, about 10 feet apart. There was a half-wall dividing these two banks of BMDs, but it was low enough that it did not block the views from one group of machines to the other. The BMDs in the back of the room faced the back wall – but that wall had windows, allowing views from an administrative office. There wasn't anyone in that office while I was visiting, but workers in that office could watch people voting from less than ten feet away, and probably without voters even noticing.

All the BMDs had blue plastic privacy panels around them, but these would do nothing to obscure views of voters' touchscreen choices from one machine to another, or from the nearby office, or from people walking behind other voters going to and from their voting stations. The machines facing the room along the south wall were perpendicular to the others and might have had the very least privacy. If there were many voters around, there would not have been any private spot to vote.

There were two scanners at the front of the room, between the door and the BMDs. A voter would have had to turn his back to the door to put a printout into a scanner, and people walking in the door would be only a few feet away. Two poll workers stood between the door and the scanners. If they had wanted to observe machine tampering or see the counts on the machines, they would have needed to walk up and down the aisles.

An adjoining room seemed to have 14 Poll Pads, but I couldn't get a good view from my assigned spot.

Exhibit 3 page 3
Floor plan of Gwinnett Elections Office polling place made March 5, 2020.

