# EXHIBIT 4

Exhibit 4
Memorial Drive #2 polling place

