EXHIBIT

1

**Nakamura Exhibit 1:**
Sandy Springs Library polling place, March 9, 2020

