EXHIBIT

2

**Nakamura Exhibit 2:**
Sandy Springs Library polling place, August 11, 2020

