EXHIBIT

3

**Nakamura Exhibit 3:**
Fulton County BMD carriers as shown in AJC article of January 26, 2023

