EXHIBIT

4

**Nakamura Exhibit 4:**
Photo through gym door at North Springs High School on Nov 8, 2022

