EXHIBIT

5

**Nakamura Exhibit 5:**
Photo from outside door at Ison Springs Elementary School, Jan. 5, 2021

