EXHIBIT 6

**Nakamura Exhibit 6:**
Photo from outside a Sandy Springs Library window, Nov 8, 2022.

