EXHIBIT

7

**Nakamura Exhibit 7:**
November 14, 2019 Fulton County BRE Meeting with Shea Roberts and BMD mockups

