EXHIBIT

8

**Nakamura Exhibit 8:**
Nextdoor App Screen Shot

