EXHIBIT 9

**Nakamura Exhibit 9:**
My diagram of Dorothy Benson Community Center voting area, Nov. 30, 2022.

