EXHIBIT 10

**Nakamura Exhibit 10:**
June 9, 2020 Fulton County Democratic Primary Sample Ballot

