EXHIBIT

11

**Nakamura Exhibit 11:**
June 9, 2020 Fulton County Republican Primary Sample Ballot


