EXHIBIT

12

**Nakamura Exhibit 12:**
June 9, 2020 Fulton County Non-Partisan Primary Sample Ballot

