EXHIBIT

14

**Nakamura Exhibit 14:**
MVP Screenshots showing missing votes for June 2020 and August 2020 Elections



| | | |
|---|---|---|
| **Election Name** | **Date Voted** | **Election Type** |
| NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 10/28/2020 | General |
| **Ballot Type** | | |
| Absentee by mail | | |
| **Election Name** | **Date Voted** | **Election Type** |
| MARCH 24, 2020 PPP/SPECIAL ELECTION | 3/9/2020 | PPP |
| **Ballot Type** | | |
| Early In-Person | | |



| | | |
|---|---|---|
| **Election Name** | **Date Voted** | **Election Type** |
| NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 10/28/2020 | General |
| **Ballot Type** | | |
| Absentee by mail | | |
| **Election Name** | **Date Voted** | **Election Type** |
| NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 10/18/2018 | General |
| **Ballot Type** | | |
| Absentee by mail | | |