EXHIBIT

15

**Nakamura Exhibit 15:**
Press release on the Scrutineers/CGG joint 'Accurate Uploads' project



**MEDIA ADVISORY**

For Immediate Release

December 5, 2022

For more information, contact:
Marilyn Marks, Coalition for Good Governance
704-292-9802
Marilyn@uscgg.org

Jeanne Dufort, Coalition for Good Governance
(706) 343-8006

Emily Levy, Scrutineers
(408) 827-5242
Media.team@Scrutineers.org

**ELECTION WATCHDOG GROUPS LAUNCH EFFORT TO ENSURE EACH PRECINCT'S VOTES ARE COUNTED ONCE AND ONLY ONCE IN SENATE RUNOFF**

*Nonpartisan election transparency advocates aim to build voter confidence by ensuring errors similar to the missing memory card in the midterms in Cobb County are quickly detected and counties are alerted*

ATLANTA, GEORGIA – While election workers in each of Georgia's 159 counties process election results for tomorrow's Senate runoff election, two nonpartisan groups focused on fair and transparent elections will be checking the numbers for apparent anomalies in real time. Recent discoveries of precincts whose votes weren't all counted, such as in Cobb County in the November 8 election and in DeKalb County in the May 24 primary, have brought attention to the need for additional real-time checks on the voting system pre-certification reporting.

Scrutineers.org and Coalition for Good Governance are teaming up for this project, which they say will reveal very quickly whether significant numbers of votes from any precincts have failed to upload properly, have been double-counted, or show irregularities.

"We know that county election workers are doing their best under very difficult conditions," says Scrutineers Executive Director Emily Levy. "Unfortunately, the computers aggregating votes from the precincts don't always alert the operator if an inserted memory card cannot be read. It's also easy to overlook missing precinct memory cards in the rush of election night."