IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

**DECLARATION OF DONNA PRICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

DONNA PRICE, declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. My name is Donna Price. I am an elector of the State of Georgia and a resident of DeKalb County. I have personal knowledge of the facts in this declaration and, if called to testify as a witness, I would testify under oath to these facts.

2. I applied to receive an absentee ballot for the August 11, 2020 primary runoff election.

3. I never received my ballot for the August 11, 2020 primary runoff

1

election. Because I did not want to cast my vote on a BMD, I was therefore unable to vote in that election.

4. I wanted to vote in the August 11, 2020 primary runoff election, and if I had received my absentee ballot, I would have voted in that election.

5. Voting absentee has resulted in my vote not being counted.

6. Voting using a paper absentee ballot by mail presents numerous burdens and does not guarantee my avoidance of the BMD system. I am concerned that, if my absentee ballot is damaged in the mail or during processing, election workers will duplicate my choices onto a BMD ballot as is standard practice. *See* Dufort Decl. ¶¶ 11-13, Ex. A. If this were to happen, I would be forced to use a BMD machine without my knowledge or consent. I would not have an opportunity to review the BMD ballot or even know that it exists.

I declare under penalty of the perjury laws of the State of Georgia and the United States that the foregoing is true and correct and that this declaration was executed this 9th day of February, 2023 in Stone Mountain, Georgia.

DocuSigned by:
*D. Price*
7D361DDE57004E9...

DONNA PRICE