Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION
3
DONNA CURLING, ET AL.,        )
4                             )
      Plaintiffs,             )
5                             )  Civil Action
vs.                           )
6                             )  No. 1:17-CV-2989-AT
BRAD RAFFENSPERGER, ET AL., )
7                             )
      Defendants.             )
8
9
10       VIRTUAL VIDEOTAPED 30(b)(6) DEPOSITION OF
11    FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS
12                      THROUGH
13                 DERRICK GILSTRAP
14            Friday, January 21, 2022
15                   11:40 a.m.
16
17        Robin K. Ferrill, CCR-B-1936, RPR
18
19
20
21
22
23
24
25

```
 1              APPEARANCES OF COUNSEL
 2  On behalf of the Plaintiffs Donna Curling, Donna
    Price & Jeffrey Schoenberg
 3  ADAM M. SPARKS, Esquire
    HALSEY G. KNAPP, JR., Esquire
 4       Krevolin & Horst, LLC
         1201 West Peachtree Street, N.W., Suite 3250
 5       Atlanta, Georgia  30309-3470
         404.888.9700
 6       sparks@khlawfirm.com
         hknapp@khlawfirm.com
 7
 8
 9  On behalf of the Plaintiffs Donna Curling, Donna
    Price & Jeffrey Schoenberg
10  REEMA S. SHOCAIR ALI, Esquire
    LOGAN WREN, Esquire
11  SONJA SWANBECK, Esquire
         Morrison & Foerster LLP
12       2100 L STREET, NW
         Suite 900
13       Washington, D.C. 20037
         202.887.1550
14       rali@mofo.com
         lwren@mofo.com
15       sswanbeck@mofo.com
16
17  On behalf of the Fulton County Defendants
    DAVID R. LOWMAN, Esquire
18  CHERYL M. A. RINGER, Esquire
         Fulton County Attorney's Office
19       141 Pryor Street, S.W., Suite 4038
         Atlanta, Georgia  30303-3468
20       404.612.0246
         david.lowman@fultoncountyga.gov
21       cheryl.ringer@fultoncountyga.gov
22
23
24
25
```

Page 3

```
 1              APPEARANCES OF COUNSEL CONTINUED
 2   On behalf of the State Defendants
     DIANE F. LaROSS, Esquire
 3   CAREY MILLER, Esquire
     BRYAN B. TYSON, Esquire
 4       Taylor English Duma
         1600 Parkwood Circle SE
 5       Suite 400
         Atlanta, Georgia  30339
 6       678.336.7162
         dlaross@taylorenglish.com
 7       cmiller@taylorenglish.com
         btyson@taylorenglish.com
 8
 9
10   On behalf of the Defendants
     CAREY MILLER, Esquire
11       Robbins Alloy Belinfante Littlefield LLC
         500 14th Street, NW
12       Atlanta, Georgia  30318
         cmiller@robbinsfirm.com
13
14
15   On behalf of Coalition for Good Governance
     CARY ICHTER, Esquire
16       Ichter Davis, LLC
         3340 Peachtree Road, NE
17       Suite 1530
         Atlanta, GA 30326
18       404.869.5243
         cichter@ichterdavis.com
19
20
21   ALSO PRESENT:
22       MARILYN MARKS, Executive Director
            Coalition for Good Governance
23       Krishan Patel, Videographer
24
25
```

Page 4

1                           INDEX
2           VIRTUAL VIDEOTAPED 30(b)(6) DEPOSITION OF
3       FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS
4                           THROUGH
5                       DERRICK GILSTRAP
6                   Friday, January 21, 2022
7    EXAMINATION BY                                  PAGE
8    Mr. Sparks                                         7
9

                     DESCRIPTION OF EXHIBITS
10

     EXHIBIT              IDENTIFICATION             PAGE
11

12   Exhibit 4   Document entitled, Fulton County      55
13               Recount of the Presidential
14               Contest, Bates stamped
15               State-Defendants-00113529 - 113530
16   Exhibit 5   E-mail string to Watson from         130
17               Harvey, 6/9/2020, Bates stamped
18               State-Defendants-00108790 -
19               00108791
20   Exhibit 6   E-mail string to Germany and other   134
21               from Houk, 8/11/2020, Bates
22               stamped State-Defendants-00110732
23               - 00110734
24
25

Page 5

1                          INDEX CONTINUED

2                       DESCRIPTION OF EXHIBITS

3       EXHIBIT                IDENTIFICATION              PAGE

4       Exhibit 7   E-mail string to Brower and others    138

5                   from Cummings, 10/22/2020, Bates

6                   stamped State-Defendants-00169113

7                   - 00169114

8

9

10

11             (Original exhibits attached to the Original

12          transcript.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    VIRTUAL DEPOSITION OF

2                      DERRICK GILSTRAP

3                 Friday, January 21, 2022

4            THE VIDEOGRAPHER:  Today's date is

5      January 21st, 2022, and the time is 11:40 a.m.

6      This will be the 30(b)(6) videotaped deposition

7      of Fulton County Board of Registration &

8      Elections given by Derrick Gilstrap.  Will

9      counsel please introduce themselves and any

10     objection to the witness being sworn in

11     remotely.

12            MR. SPARKS:  Good morning.  This is Adam

13     Sparks, Krevolin & Horst, for the Curling

14     Plaintiffs.  And with me in the room is Halsey

15     Knapp, also with Krevolin & Horst for Curling

16     Plaintiffs.

17            MS. RINGER:  Good morning.  Cheryl Ringer

18     on behalf of Fulton County Board of Registration

19     & Elections and Fulton County defendants with

20     the office of the Fulton County attorney.

21            MS. LaROSS:  Good morning.  My name is

22     Diane LaRoss and I represent the state

23     defendants.

24            THE VIDEOGRAPHER:  Would the court reporter

25     please swear in the witness.

Page 7

1   DERRICK GILSTRAP,

2            called as a witness, having been duly sworn

3   by a Notary Public, was examined and testified as

4   follows:

5   EXAMINATION

6   BY MR. SPARKS:

7        Q.   Good morning, Mr. Gilstrap.  My name is

8   Adam Sparks.  I'm an attorney for the Curling

9   Plaintiffs in this matter.  My first question is a

10  very important one:  Is that a World Series Champion

11  Atlanta Braves banner I see behind you in your

12  office, presumably?

13       A.   Yes, it is.

14       Q.   I'm very glad to see it.  Thank you for

15  brightening my day just a little bit.

16            Now, Mr. Gilstrap, have you been deposed

17  before?

18       A.   No, this is my first time.

19       Q.   Okay.

20       A.   My first deposition.

21       Q.   I'm sorry.  Go ahead.

22       A.   I have been to depositions but this is my

23  first time being deposed.

24       Q.   Okay.  Well, welcome to the party.  I'll go

25  over a few sort of rules of the road to help us speak

Page 8

1    with each other a little bit more clearly today.  So

2    a few requests.  As you might have just seen,

3    particularly with these remote depositions, there's

4    sometimes a chance that we will talk over one

5    another.  So for the sake of the court reporter and

6    the record and each other, I'm going to ask that we

7    try not to do so and that you let me finish a

8    question before responding.  By the same token, I

9    will try to let you finish responding before I follow

10   up with anything else.  Is that okay?

11       A.   That's okay.

12       Q.   Okay.  Sure.  And it sounds like I can hear

13   you pretty well, but do be sure to speak clearly into

14   the microphone when responding.  Is that all right?

15       A.   That's okay.  That's fine.

16       Q.   And for the sake of the record and the

17   court reporter, we are going to need your responses

18   to be verbal.  Shaking your head is fine, I can see

19   you, but it's not reflected on the record.  So please

20   speak when responding.  Is that all right?

21       A.   That's all right.  Okay.

22       Q.   It's fine to take a break when you need

23   one.  I expect we will have at least one while we are

24   talking here today, but I just ask that you not ask

25   for a break or take a break in the middle of a

Page 9

1    question or while a question is still pending.   Is

2    that okay?

3          A.    That's okay.

4          Q.    Okay.   And I want my questions to be clear.

5    I have been told from time to time that I speak too

6    quickly or I'm also capable of asking a question that

7    doesn't make a whole lot of sense.   So you should let

8    me know if you don't understand my question.

9    Conversely, if you answer a question, I'm going to

10   assume that you understood it as I asked it.   Is that

11   all right?

12         A.    That's all right.

13         Q.    Now, is there anyone else in the room

14   physically with you right now?

15         A.    No.

16         Q.    Do you have any e-mail, social media or

17   messaging or communication applications open right

18   now?

19         A.    No, only thing I have open is the -- is the

20   shared exhibits.   Exhibit Share.

21         Q.    Okay.   I appreciate that.   And I presume

22   you have a phone of some sort on you.   I'm sure you

23   may not be able to stop calls coming in from a

24   landline but with regards to your cell phone or any

25   applications that might be open on that, if you could

1   put it away while we're talking, I would appreciate

2   it.

3        A.   Okay.  I think I can put my phone on

4   vibrate.

5        Q.   Sure.  I'm actually going to make sure I'm

6   on do not disturb as well.  Just tell me when you are

7   ready.

8        A.   I'm ready.  Can I lock my office door just

9   so I won't be disturbed?

10        Q.   I think that's up to you.

11        A.   Yes, let me do that.

12        Q.   Probably for the best.  Sure.  Okay.  Are

13   you ready?

14        A.   I am ready.

15        Q.   Okay.  If you have the Exhibit Share marked

16   exhibits folder in front of you, you should find an

17   exhibit that's been marked as Exhibit 1.  I'm also

18   going to share my screen so you can see it up here.

19        A.   Okay.

20        Q.   So this has been previously marked as

21   Exhibit 1.  Can you see that it's titled, Curling

22   Plaintiffs' Third Amended Notice of Deposition of

23   Fulton County Defendants?

24        A.   Yes, I can.

25        Q.   Have you seen this document before?

1      A.   Yes, I have.

2      Q.   So this deposition is a little different

3  from depositions where the witness is testifying to

4  things purely in their personal knowledge, personal

5  capacity.  Do you understand that you have been

6  designated to testify on behalf of Fulton County

7  Board of Registration & Elections on certain topics

8  included in this Exhibit 1?

9      A.   Yes.

10     Q.   And so you further understand that you and

11 your attorneys had an obligation to make sure you

12 were prepared to testify on certain topics today.  Is

13 that right?

14     A.   Yes, that is correct.

15     Q.   Okay.  Can you tell me which topics on

16 which you have been designated to testify for the

17 Fulton County Board of Registration & Elections?

18     A.   I mean, the topics are any topics related

19 to equipment, the server.

20     Q.   We are going to go through them so you will

21 have a chance to refresh your recollection, but I

22 didn't know if you knew from memory or if you wanted

23 to review this document to confirm which topics on

24 which you have been designated.

25     A.   No, I don't know them from memory in

Page 12

```
 1   regards to the document.
 2        Q.   Okay.  Let me represent to you that my
 3   understanding, from prior conversations with Ms.
 4   Ringer and Mr. Lowman is that you have been
 5   designated to testify on topics one, two, three,
 6   four, six, seven, eight, nine, 11, 12, 13, 14, 15,
 7   and 17.  Now, this isn't a memory test, so I'm not
 8   going to ask you to repeat that back to me, but I
 9   will be going through each of those topics.  And if
10   you are confused or you think you were not designated
11   to talk about those things, then we should clear that
12   up at the time before getting into it.  Does that
13   sound like a fine way to proceed to you?
14        A.   Yes.
15             MR. SPARKS:  Counsel, any objection to
16        going through in that way?
17             MS. RINGER:  No objection.
18        Q.   (By Mr. Sparks) Mr. Gilstrap, what's your
19   understanding of the claims and defenses that are
20   made in this case?
21        A.   Can you repeat that for me?
22        Q.   Yes.  And I will make it a slightly simpler
23   question.  What do you understand this case to be
24   about?
25        A.   I'm understanding to be -- the case to be
```

1    about the integrity of the voting system.  And also,

2    voting in regard to the system in regards to the

3    November 2020 election.

4         Q.   And I just want to make sure you understand

5    that I'm an attorney representing some of the

6    plaintiffs, often called the Curling Plaintiffs that

7    have brought constitutional challenges to certain

8    components of Georgia's election system.  Do you

9    understand that?

10        A.   Yes.

11        Q.   So let's start at the beginning, a very

12   fine place to start.

13             I'm going to scroll down, and I'm still

14   sharing my screen because I want to make sure that

15   you can read at least the first few topics along with

16   me.  And I can pull this back up at any time if your

17   Exhibit Share is not working as well as you would

18   like.  So concerning topic Number 1:  Any efforts

19   made to, quote, "air gap," unquote, any components of

20   Georgia's current election system as used in Fulton

21   County, and the success or failure of any such

22   efforts.  Did I read that correctly?

23        A.   Yes, you did.

24        Q.   I'm going to refer to that as topic 1.  Are

25   you designated to testify on behalf of Fulton County

Page 14

1    Board of Registration & Elections concerning topic 1?

2         A.   Yes.

3         Q.   I may refer to the Fulton County Board of

4    Registration & Elections as Fulton County.  I know

5    that it's not the whole county.  I trust that you

6    know it's not the whole county, but to save the court

7    reporter's fingers and -- yeah, for that reason

8    alone, I may refer to it as Fulton County.  Is that

9    okay with you?

10        A.   Yes, it is.

11        Q.   In preparing to testify about topic 1

12   today, tell me what research you have done.

13        A.   None.

14        Q.   Whom did you talk to about topic 1 to

15   prepare to testify about it today?

16        A.   Only the county attorneys and the witnesses

17   that are testifying today.

18        Q.   By witnesses, do you mean Mr. Olomo and

19   Ms. Williams?

20        A.   I mean -- yes.

21        Q.   Did you speak to anyone else?

22        A.   No.

23        Q.   And when you spoke with Mr. Olomo, was the

24   county attorney present?

25        A.   Yes.

1     Q.    And when you spoke with Ms. Williams, was

2    the county attorney present?

3     A.    Yes.

4     Q.    In that case, I don't want to know the

5    particulars of what you talked about.  But broadly

6    speaking, just to confirm, did you speak about topic

7    1 in preparing to testify today?

8     A.    Yes.

9     Q.    Did you review any documents preparing to

10   testify about topic 1 today?

11    A.    No documents.

12    Q.    Are you relying on any other sources for

13   your testimony about topic 1 today?

14    A.    No other sources.

15    Q.    Do you have background experience regarding

16   efforts made to air gap any components of Georgia's

17   current election system as used in Fulton County?

18    A.    No.

19    Q.    Okay.  So what do you know about this

20   topic?

21    A.    According to the question, I have no

22   knowledge of that as far as air gap.  I just know

23   what air gap is, but other than that.

24    Q.    Okay.  Let's start there.  What does air

25   gap mean?

1      A.    Air gap is a computer or server that's not

2  connected to the internet or any system that's

3  connected to the internet.

4      Q.    Do you mean not connected at the time it's

5  being used?

6      A.    I mean, not -- it could -- it could be --

7  from as much understanding as I know, it could be --

8  it could be being used or not being used.

9      Q.    Okay.  So when you say "air gap," you mean

10  a computer or other piece of electronic equipment

11  that is not connected to the internet, whether it's

12  in use or not?

13      A.    Yes.

14      Q.    Is that what you mean?

15      A.    Yes.

16      Q.    Just so I know, if there's a piece of

17  equipment, I'll just say a computer, for an example,

18  that was at one time connected to the internet and is

19  later disconnected from it and maintained in a

20  disconnected state, would that computer be air gapped

21  or not?

22      A.    If it's maintained in a disconnected state,

23  yes.

24      Q.    So as long as it's maintained in a

25  disconnected state, you are contending that the

Page 17

```
 1   computer or other device, what have you, is air
 2   gapped.  Is that right?
 3        A.    Correct.
 4        Q.    What components of Georgia's current
 5   election system as used in Fulton County are air
 6   gapped as a matter of policy?
 7        A.    According to my understanding of air
 8   gapped, I'm saying all components are.
 9        Q.    Okay.  As a matter of practice, is it any
10   different?  You can have a policy to have something
11   one way and then in practice, maybe corners are cut
12   or things are a little different to make things
13   easier.  So I'm asking -- I understand you to say as
14   a matter of policy, all components of Georgia's
15   current election system as used in Fulton County are
16   air gapped.  I'm asking if that's any different in
17   practice?
18        A.    No different in practice.
19        Q.    Are there certain efforts that Fulton
20   County has to make to ensure that those components
21   remain air gapped?
22        A.    No, not to my knowledge.
23        Q.    Okay.  Where does the voting equipment come
24   from?
25        A.    The voting equipment comes from Dominion
```

1    Voting Systems.

2         Q.    I don't want to interrupt you.  You looked

3    like you had something else to say.  Were you done?

4         A.    No, I was done.  I was done.

5         Q.    Okay.  When you receive the equipment from

6    Dominion Voting Systems, is it air gapped already?

7         A.    Yes, it is.

8         Q.    How do you know?

9         A.    I mean, it's not connected to any internet

10   access.

11        Q.    Right.  How do you know that?  Is it

12   because Dominion tells you?

13        A.    No.  It's not connected to our internet

14   access.

15        Q.    And to your knowledge, the equipment has

16   not been used elsewhere previously before Fulton

17   County receives it.  Is that right?

18        A.    To my knowledge, yes.

19        Q.    Are there any other efforts that Fulton

20   County takes to make sure that the equipment remains

21   air gapped?  I can give you an example if that's

22   helpful.

23        A.    Yes, please.

24        Q.    Sure.  So I can imagine that Fulton County

25   might have a policy or practice of training its staff

1    that equipment received through Dominion Voting

2    Systems should never be connected to the internet.

3    I'm not saying there is or is not a policy.  But

4    that's an example of an effort that Fulton County

5    might take.  So with that as an example only, what

6    efforts, if any, does Fulton County take to ensure

7    that components of Georgia's current election system,

8    as used in Fulton County, remain air gapped?

9         A.   I'm not -- it's not -- as what my

10   knowledge, I know it is, by a policy from the

11   Secretary of State, we know that we are not supposed

12   to connect it.  But no efforts, of my knowledge, are

13   being used.

14        Q.   So there's a policy from the Secretary of

15   State that Fulton County follows?

16        A.   Yes.

17        Q.   Does Fulton County have any of its own

18   policies on this point?

19        A.   I don't know.  Not to my knowledge.

20        Q.   Are any of the components of Georgia's

21   current election system manufactured or configured in

22   such a way that they cannot connect to the internet?

23        A.   No, not to my knowledge.

24        Q.   Okay.  So it's possible, for example, for a

25   Dominion ICX ballot-marking device to be connected to

Page 20

1  the internet.  Is that right?

2       A.   Can you repeat that?

3       Q.   Yes.  I understood your last answer to be

4  that none of the components of Georgia's current

5  election system are manufactured and configured in

6  such a way to prevent them from being able to be

7  connected to the internet at all.

8            I cannot connect this pen to the internet.

9  It has no capacity.  There is no technical way for me

10  to do so.  Silly example, but it was right in front

11  of me.  I understood your answer to be that the

12  components of Georgia's current election system are

13  not like that; that, in theory, one could connect

14  them to the internet, given sufficient authority,

15  access, time, resources, know-how, what have you.

16            MS. RINGER:  Objection to the form of the

17       question.

18            MR. SPARKS:  I don't think I have asked one

19       yet.

20            MS. RINGER:  No.  The characterization of

21       his testimony.  I'm sorry.

22            MR. SPARKS:  I see.  Fair enough.

23       Q.   (By Mr. Sparks) So what I'm asking is

24  whether it's possible for, for example, a Dominion

25  ICX ballot-marking device to be connected to the

1    internet.  I'm not asking you whether they are or

2    they are not.  I'm not asking you about policy.  I'm

3    asking whether it's technically possible, if you

4    know.  Do you know?

5          A.   I don't -- I don't know because I follow

6    the policy.  I have never looked to see if it was.

7          Q.   When you say you follow the policy, again,

8    I just want to remind you, you are speaking for

9    Fulton County.  So that's one reason I wanted to ask

10   if Fulton County had its own policy for maintaining

11   the air-gap state of these components.  Does Fulton

12   County have such a policy?

13         A.   I have -- I have no knowledge of it.

14         Q.   Is Fulton County's policy to follow the

15   Secretary of State of Georgia's policy?

16         A.   Yes, it is.

17         Q.   Relatedly, Mr. Gilstrap, I'm scrolling down

18   on Exhibit 1 now.  I wanted to direct your attention

19   to topic 3.  Topic 3 reads, Any use of removable

20   media with Georgia's current Election System as used

21   in Fulton County, including any Communications with

22   counties and/or Dominion regarding the same.  Did I

23   read that correctly?

24         A.   Yes, you did.

25         Q.   Have you been designated to testify on

Page 22

1    topic 3 for Fulton County in this deposition?

2        A.    Yes.

3        Q.    So similar questions as topic 1.  What

4    research have you done about topic 3 to prepare to

5    testify today?

6        A.    No research.

7        Q.    What documents did you review, if any?

8        A.    No document.

9        Q.    Did you talk with anyone about topic 3 to

10   prepare for this deposition?

11       A.    Yes.

12       Q.    Was it also Mr. Olomo, Ms. Williams and the

13   county attorney?

14       A.    Yes.

15       Q.    Did you speak with anyone else?

16       A.    No.

17       Q.    About how long did you speak with the

18   county attorney, Mr. Olomo and Ms. Williams?

19       A.    One hour.

20       Q.    Was that all in one session?

21       A.    Yes.

22       Q.    Were there any other sessions?

23       A.    In regards to this topic?

24       Q.    Yes.  Thank you.

25             Were there any other sessions in regard to

Page 23

1    this topic?

2         A.    No.

3         Q.    Were there any other sessions in regards to

4    testifying as a 30(b)(6) witness for Fulton County at

5    this deposition?

6         A.    Yes.

7         Q.    How many other sessions were there?

8         A.    It was one other session.

9         Q.    When was that?

10        A.    That was -- the other session was last

11   Friday when I was alerted that I was testifying.

12        Q.    You were alerted you were testifying last

13   Friday?

14        A.    Yes.

15        Q.    About how long did this session last Friday

16   last?

17        A.    Not long.  Not long.  About 30 minutes.

18   Thirty minutes, 45 minutes.

19        Q.    Who else participated in that session?

20   There's a better way to ask that.  Who else did you

21   speak with during that session?

22        A.    It was all the witnesses, witnesses that

23   are testifying as well as the county attorney.

24        Q.    We are turning back to topic 3.  Are you

25   relying on any other sources of information for your

Page 24

1   testimony about topic 3 here today?

2        A.   No.

3        Q.   What can you tell me about the use of

4   removable media with Georgia's current election

5   system as used in Fulton County?

6        A.   Removable -- media is used to -- as far

7   as -- it's used as far as to collect -- to collect

8   results for tabulation.

9        Q.   I don't want to cut you off.

10       A.   Yes.  I'm -- I mean, it's -- it's basically

11   used as far as -- as far as collecting the results

12   and for tabulation.

13       Q.   How is removable media used to collect

14   results?

15       A.   Where removable -- the media is programmed

16   for a particular voting site.  It's placed into our

17   ICX scanner and once someone votes, they print their

18   ballot and then they insert it into the scanner,

19   which immediately collects the results.

20       Q.   Okay.  So if I hear you correctly,

21   removable media is inserted into the precinct-based

22   scanner.  It's programmed to the particular site that

23   precinct-based scanner is at, and it's used to

24   collect the results that are obtained by voters

25   scanning ballots generated by electronic BMDs into

Page 25

1  the scanner?

2      A.   Yes.

3      Q.   What about for tabulation?  What can you

4  tell me about the use of removable media regarding

5  tabulation?

6      A.   The media is taken from the scanner and

7  it's inserted into a reader that reads it into the

8  server, which tabulates the results from each voting

9  site.

10     Q.   I'm not quite following.  I'm sorry.

11     A.   Okay.  Once the election day is over, we

12  remove the compact flash card, the removable media,

13  from the -- from the scanner at each polling site and

14  that memory card is inserted into our server to read

15  the results from that particular polling location or

16  precinct.

17     Q.   How are the media, the removable media

18  transported from -- let me start that question over.

19  Forgive me.

20          During the 2020 election cycle, how were

21  the removable media from the various precincts or

22  polling places transported to wherever tabulation was

23  happening after the polls had closed on election day?

24     A.   The removable -- the media was transported

25  by two polling officials from the polling site to our

1    check-in -- one of our check-in locations.  From our

2    check-in location, it was then transported to our

3    elections preparation center in a locked bag whereby

4    it was locked at the check-in center and it could

5    only be opened when it got here.  We had -- we had

6    the keys here at the -- at the nexus preparation

7    center where the server is, and we unlocked it when

8    it got here.  But it was transported from the

9    check-in center by either a Fulton County sheriff or

10   Fulton County police to the nexus preparation center

11   where the server is.  And we unlocked it here, and

12   then that's when we placed it -- placed it into the

13   reader to read it into the server.

14        Q.   You said placed it into the reader into the

15   server?

16        A.   Yes, the server -- you know how -- it

17   had -- where the server has a compact flash card

18   reader connected to it in order to read that

19   particular compact flash card.

20        Q.   This process for using removable media

21   whether to collect results or for tabulation, is that

22   developed by Fulton County?

23        A.   Yes.

24        Q.   Does Fulton County consult with anyone else

25   on how those procedures are developed?

Page 27

1      A.    I do not -- I do not know.

2      Q.    Has Fulton County discussed procedures for

3   using removable media with the Georgia current

4   election system with other county election directors

5   or boards?

6      A.    I do not know.  I do not know.  I wouldn't

7   be one -- I wouldn't be the one that does that.

8      Q.    Okay.  I'm just looking at topic 3 where it

9   says, including any communications with counties

10  and/or Dominion regarding the same.  But that's not

11  something about which you can testify today?

12     A.    Yes.

13     Q.    Okay.  Does that hold true for any

14  communications with Dominion about the use of

15  removable media as well?

16     A.    Yes.

17     Q.    Sitting here today, do you have any idea

18  who would be able to testify about those subjects for

19  Fulton County?

20     A.    No.

21     Q.    Mr. Gilstrap, can removable media be

22  inserted into electronic ballot-marking devices?

23     A.    No.

24     Q.    You understand what I mean by --

25     A.    Oh, yes, it can.  Yes, it can.

1    Q.    Okay.

2    A.    I was -- yes.  I was just thinking about

3    flash cards, but yes, removed.  It can be inserted

4    into ballot-marking devices.

5    Q.    That's all right.  You said previously you

6    were thinking about flash cards, correct?

7    A.    Yes.

8    Q.    So can any other kind of removable media be

9    inserted into electronic ballot-marking devices?

10    A.    Yes.  A USB, USB -- a USB drive can be

11    inserted into the ballot-marking devices.

12    Q.    A USB drive is sometimes globally called a

13    thumb drive, right?

14    A.    Correct.

15    Q.    Okay.  So under what circumstances would

16    Fulton County allow a USB drive, a thumb drive to be

17    inserted into a BMD machine?

18    A.    Once we receive the election project from

19    the center of election systems, we have to put that

20    project onto a USB drive or thumb drive in order to

21    program and place it into the ballot-marking device,

22    the BMD, in order to program that ballot-marking

23    device for the current elections.

24    Q.    And how is that done?

25    A.    That is done in our -- during our L&A

1    process, our logic and accuracy process, whereby

2    where we are doing a voting location, we insert the

3    thumb drive into the BMD to load the current election

4    onto each BMD.

5        Q.   You said you received the election project

6    package from CES, did I hear you right?

7        A.   Yes.

8        Q.   Is CES the center for election systems?

9        A.   Yes, it is.

10       Q.   Is that currently part of the office of the

11   Georgia Secretary of State?

12       A.   Yes, it is.

13       Q.   Is Fulton County involved in how those

14   election project packages are generated and

15   distributed to Fulton County, among others?

16       A.   We are -- we are involved in verifying that

17   the information is correct in regards to ballots.

18   That's it.

19       Q.   You may have said this already, and I

20   apologize if I'm asking you to repeat yourself, but

21   regarding the election project packages being put

22   onto USB drives to program the BMDs during logic and

23   accuracy testing -- do I have that right so far?

24       A.   Yes.

25       Q.   -- I'm unclear on whether Fulton County is

1   receiving the election project packages in some other

2   way from CES and then placing them on USB drives

3   themselves or whether Fulton County is receiving USB

4   drives that already have the election project

5   packages in question loaded onto them.  Is it one of

6   those two things or is it something else?

7          A.   It's one of those two things.  We --

8          Q.   Which one?

9          A.   We receive the -- we receive the removable

10  media and USB drive from -- from CES in a sealed

11  envelope.

12         Q.   So CES puts the election project package or

13  packages -- I'm unclear if it's one or more.  Is it

14  one or more?  Per election?

15         A.   It's according to how many -- how many --

16  how many election we are having, but usually, it's

17  just one.

18         Q.   Okay.  Thank you.  So Fulton County

19  receives the election project package or packages on

20  one or more USB drives by receiving a sealed envelope

21  from the center for election systems.  Do I have that

22  right?

23         A.   Yes.  Correct.

24         Q.   Does it follow that Fulton County has no

25  role in determining where the USB drives come from or

1    otherwise procuring other removable media for use of
2    the ballot-marking devices?
3         A.   To my knowledge.  To my knowledge.
4         Q.   Has Fulton County ever gone out and
5    purchased USB drives of its own to use with
6    ballot-marking devices?
7         A.   No.
8         Q.   What about for any other component of the
9    election system?
10        A.   No.
11        Q.   Does Fulton County -- I'm sorry, I --
12   Fulton County has not gone out and purchased
13   removable media of its own to use with Georgia's
14   election system.  Is that right?
15        A.   I mean, as far as we have purchased
16   additional flash cards, flash cards that -- that were
17   brand-new from Dominion to be used.
18        Q.   Flash cards from Dominion to be used?
19        A.   Yes.  These flash cards that we use in
20   regards to programming the scanners and getting them
21   ready for an election.
22        Q.   Okay.  Any other purchases of removable
23   media from Dominion or otherwise that Fulton County
24   makes with regards to components of Georgia's current
25   election system?

Page 32

1      A.    No, not that -- not of my knowledge.  The

2  only thing I can think of is that we are required to,

3  at the beginning of the election, send an image from

4  the server to the Secretary of State, and we have to

5  put that on a thumb drive.

6      Q.    Tell me more about that, please.

7      A.    Once we complete an election and certify

8  it, we are asked to provide them with a file of their

9  present election package, the total election package

10  file to the Secretary of State.

11      Q.    Did any of those policies or practices

12  regarding removable media change with regard to the

13  audit of the 2020 Presidential election results?

14      A.    I have no knowledge of it.  No, not to my

15  knowledge.

16      Q.    Thanks for bearing with me.  I'm muddling

17  my way through the technology.  Okay.  I'm going to

18  share my screen with you again.  I'm going back to

19  Exhibit 1, the Third Amended Notice of Deposition to

20  ask you about another topic.  All right.  If you are

21  relying on me, you can read that.

22          So topic 2 in this notice reads, "Any

23  connections, direct or internet -- excuse me --

24  direct or indirect interactions or other actual or

25  potential exchanges of software or data between

Page 33

1   Georgia's current Election System as used in Fulton

2   County and any other computer system or device via

3   the internet, telephone lines, cable lines,

4   satellites or other third-party system network

5   equipment or devices.

6          Did I read that correctly with that one

7   hiccup?

8       A.   Yes.

9       Q.   Do you understand yourself to be designated

10   to testify about this topic 2 today?

11       A.   Yes.

12       Q.   Have you done any research about topic 2 to

13   prepare to testify today?

14       A.   No.

15       Q.   Did you review any documents to prepare to

16   testify about topic 2 today?

17       A.   No.

18       Q.   Did you speak with anyone to prepare to

19   testify about topic 2 today?

20       A.   Yes.

21       Q.   Who is that?

22       A.   Mr. -- Mr. Olomo and Ms. Williams and the

23   county attorney.

24       Q.   Did you speak with anyone else to prepare

25   to testify about topic 2?

1      A.   No.

2      Q.   Are you relying on any other sources for

3  your testimony about topic 2 today?

4      A.   No.

5      Q.   Okay.  So Mr. Gilstrap, please tell me what

6  you know about connections, interactions, or other

7  exchanges of software or data between Georgia's

8  current election system as used in Fulton County and

9  any other computer systems or devices.  And if you

10  would like to start at a high level, I would

11  understand.

12      A.   I have no knowledge of any connections with

13  any other software in Georgia with the current

14  election system.

15      Q.   Okay.  Let me ask about a couple of

16  examples then, just to make sure.  So we were talking

17  about the use of removable media to tabulate election

18  results a little earlier, right?

19      A.   Yes.

20      Q.   Okay.  Does Fulton County send those

21  results to the Georgia Secretary of State's Office or

22  any other state agency?

23      A.   Yes, they do.

24      Q.   Okay.  Is that the Georgia Secretary of

25  State's Office?  Do I have that right?

Page 35

1      A.   Yes, we send it to the Georgia Secretary of

2   State's Office.

3      Q.   Is that to CES within that office or just

4   to the Secretary's Office generally or to some other

5   subagency?

6      A.   I'm not sure.  I couldn't answer that

7   question.  I just know that we send them, Georgia

8   Secretary of State's Office received them.  I'm not

9   sure who's -- who's over that.

10      Q.   That's fine.  What can you tell me about

11   how those results are transferred from Fulton County

12   to the office of the Georgia Secretary of State?

13      A.   Okay.  Those results are transferred by

14   removable media.  That is taken from our server and

15   it's placed into a designated computer that has the

16   election night reporting software on that computer.

17   Once we place it into that computer, we do log -- we

18   do connect with the Secretary of State through the

19   election night reporting software.  And it is

20   transferred to them.  It is transferred via internet.

21      Q.   Okay.  So just to break that down, the

22   results are tabulated on a server in possession of

23   Fulton County, yes?

24      A.   Yes.

25      Q.   Okay.  And then there's another computer

 1   with election night reporting software on it, also in

 2   the possession of Fulton County?

 3        A.   Yes.

 4        Q.   Okay.  How do the results get from the

 5   tabulation server to the ENR computer?

 6        A.   It is given to me by Mr. Olomo and I take

 7   it and place it into the designated computer.

 8        Q.   And what is "it"?

 9        A.   The -- it's a USB drive.  A thumb drive.

10        Q.   So the USB drive is inserted into the

11   tabulation server?

12        A.   Yes, it is inserted into the tabulation

13   server.  Once it's inserted into the tabulation

14   server, the file, the election night reporting file

15   is copied onto that USB drive.  And then once it's

16   copied, it's taken from -- from the server to the

17   designated computer whereby we log in to election

18   night reporting and upload the results from that.

19        Q.   Thank you.  That USB drive that's inserted

20   into the tabulation server, does that come from the

21   Georgia Secretary of State?

22        A.   Yes, it does.  It came -- it came when we

23   received the equipment.

24        Q.   But is it used for any other purpose?

25        A.   No, it's not used for any other purpose.

Page 37

1      Q.    Okay.  And what happens to it after it's
2   inserted into the ENR computer again?
3      A.    Once it's -- once we -- once we transfer
4   the results to the Secretary of State, that -- all
5   files on that USB are deleted and then that thumb
6   drive is reformatted to be used again.
7      Q.    So after the results are transferred out
8   from the ENR computer to the Secretary of State, the
9   USB drive is reformatted so it can be used again.
10  Did I hear that right?
11     A.    Not for that election.
12     Q.    Okay.
13     A.    We would never use it for that election,
14  but as far as moving forward.
15     Q.    Okay.  So Fulton County holds onto the
16  reformatted thumb drive or is it sent somewhere else?
17     A.    No, it would be still in our possession.
18     Q.    What would it be used for?  If you don't
19  mind my asking.
20     A.    I mean, it would never be used again until
21  it's been -- all files have been deleted and it's
22  been reformatted.  And then it could be used -- it
23  could be used as far as to load -- as a thumb drive,
24  we may load it with a file to load the BMD -- our
25  project onto the BMDs or something like that.  Or it

```
 1   can be used -- once it's deleted and reformatted, it
 2   can be used again as far as to -- to load results to
 3   be used for ENR again on another election day.
 4        Q.   What about software updates?
 5        A.   No, not -- no.  None of our -- none of our
 6   removable media has ever been used for software
 7   updates.
 8        Q.   How do software updates happen?  If there's
 9   a better way to ask that.  Do the election system
10   components Fulton County has sometimes need software
11   updates?
12        A.   No, not to my knowledge.  I mean, if
13   there's a software update, I'm pretty sure that it
14   will come from -- we will be notified by the
15   Secretary of State.
16        Q.   How would that work?
17        A.   Well, basically more than likely notify the
18   director and then we would be notified on how the
19   process would be taking place.
20        Q.   Can you give me an example of a software
21   update where the Secretary of State notified Fulton
22   County that it needed to take place?
23        A.   Yes.  We had one -- we have only had one
24   and that was done in October of 2020.  But we were
25   notified that -- we were notified that all of the
```

Page 39

1    BMDs had to be updated to an updated version and that

2    we -- that it was going to be done by Dominion.

3        Q.   Okay.  Did Dominion, in fact, conduct the

4    software update in October of 2020?

5        A.   Yes, they did.

6        Q.   I should be more clear.  When I say

7    "Dominion," I mean contractors or employees of

8    Dominion Voting Systems as opposed to Fulton County

9    employees acting under their direction.  Do you know

10   which one it was?

11       A.   Yes, it was totally Dominion contractors

12   and employees that actually did the update.  We did

13   help them put the machines on the table, but none of

14   our guys were authorized to do the updates.

15       Q.   Okay.  So Dominion -- I don't know if it

16   was contractors or employees, so I will just say so

17   Dominion was physically on-site with the equipment to

18   which they were providing software updates.  Is that

19   right?

20       A.   Yes, they were basically on the site.  They

21   brought the USB drives and then they also had the

22   contractors or employees to do the update on our

23   ballot-marking devices.

24       Q.   Did Fulton County have any role with

25   ensuring the software update worked properly?

Page 40

1      A.    I mean, no, not to my knowledge.  Only

2    thing, we just -- we could look at the screen and

3    tell the new update because it had different numbers.

4    We could tell that the new update was -- was done on

5    that particular BMD.

6      Q.    What about whether the software update had

7    worked properly?  I may have just said that.  I

8    apologize if I did.

9          Did Fulton County have any other role with

10   ensuring the software update was performed properly,

11   was appropriately certified, or any other -- this is

12   a terrible question, and I apologize.  I'm going to

13   have to break for coffee soon.  Did Fulton County

14   play any role in ensuring the software update was

15   certified and worked the way it was supposed to work

16   aside from seeing that it was actually being

17   installed on a BMD?

18     A.    No.

19     Q.    Those portions were all at the direction of

20   the Secretary of State's Office or Dominion, one of

21   the two?

22     A.    Yes.

23     Q.    Did Fulton County conduct acceptance

24   testing after the software was installed in

25   October 2020?

Page 41

1        A.    No.

2        Q.    Forgive me.  I don't think you said about

3   when in October of 2020 this would have been.  Do you

4   remember if it was before or after advanced voting

5   started?

6        A.    I can't -- I can't totally recall.

7        Q.    It's all right if you don't remember.

8        A.    I'm not particularly sure.  I can't -- I

9   can't give an answer on that, but I believe it was

10  before early voting.

11       Q.    We talked through a couple of examples just

12  now about connections, interactions or other actual

13  or potential exchanges of software or data between

14  Georgia's current election system, as used in Fulton

15  County, and other computer systems or devices,

16  internet, telephone lines, cable lines, satellites,

17  however it's done.  We talked about tabulation result

18  transfer and then we talked about software updates.

19  Does anything else come to mind that you can tell me

20  about everything I just said, which should be in

21  topic 2 of the notice of deposition?

22       A.    No, I can't think of anything else.

23            MR. SPARKS:  Can we go off the record for a

24       moment?

25            THE VIDEOGRAPHER:  The time is 12:41 p.m.

Page 42

1      we are off the record.

2           (WHEREUPON, a luncheon recess was taken,

3      12:41 - 1:20 p.m.)

4           THE VIDEOGRAPHER:  The time is 1:20 p.m.

5           We are on the record.

6      Q.   (By Mr. Sparks) Mr. Gilstrap, welcome back.

7      A.   Thanks.

8      Q.   Can you still hear me okay?

9      A.   Yes, I can.

10     Q.   I had a couple additional questions on the

11  removable media issues I just wanted to follow up on.

12  First, going back to tabulation of -- if I understand

13  correctly, of compact flash cards used in polling

14  places throughout Fulton County being physically

15  transported to the election processing center and

16  loaded into a tabulation server.  And I know that's a

17  colloquial term, but what I mean is the machine that

18  is used to tabulate the results.  Are you with me so

19  far?

20     A.   Yes.

21     Q.   What does Fulton County do to make sure

22  that no given flash card has its results uploaded

23  twice on the tabulation server?

24     A.   Well, once it's uploaded into the election

25  management system, to my knowledge, it cannot be

Page 43

1    uploaded again to the same card.  It would give an

2    error message if it is uploaded a second time.

3         Q.    So Fulton relies on the software used in

4    the election management server to notify the user of

5    an error message if a flash card with results that

6    had already been uploaded is attempted to be uploaded

7    again?

8         A.    Yes.

9         Q.    And what about Fulton County's efforts to

10   ensure that no flash card that should have its

11   results uploaded is somehow missed, what does Fulton

12   do to attempt to ensure that that does not happen?

13        A.    Well, what we do is that we created our own

14   checks and balances in regards to we created a

15   spreadsheet that we use.  Once that that memory card

16   has been tabulated, it is put onto the spreadsheet as

17   has been tabulated.  And then we also use the report

18   from the election management system, like statements

19   of votes had, we'd go and make sure that all

20   precincts that are involved in that election have

21   results.

22        Q.    I'm a lawyer.  I like checks and balances.

23   I'm happy to hear you say that.  Can you tell me a

24   little bit more about the spreadsheet?

25        A.    Basically what the spreadsheet has is it

Page 44

1    has the amount of flash cards that were sent out for

2    a particular location and each and every location

3    on -- from election day on the spreadsheet and it

4    then has the amount of flash cards that we sent out.

5    So once we receive a flash card from a particular

6    precinct, we upload it and then we have someone that

7    notates it on the spreadsheet.

8        Q.   Is there a certain person in charge of

9    ensuring the spreadsheet is correct and up to date?

10       A.   Yes, that's Mr. Olomo.

11       Q.   And is the spreadsheet something that is

12   created by the EMS software or something else

13   provided by a vendor?

14       A.   No.

15       Q.   This is just your standard Microsoft Excel

16   spreadsheet?

17       A.   It's a standard Microsoft Excel

18   spreadsheet.

19       Q.   And is it saved on Fulton County's own IT

20   servers?

21       A.   No, it's -- no, it's not.

22       Q.   Okay.  Where is it saved?

23       A.   It's basically saved -- we basically save

24   that on our personal -- our laptop that we have here

25   at the EPC.  It's just -- it's one of the things that

1    we noticed when we got the system, that checks and

2    balances, we -- we did not like, as far as how checks

3    and balances were in regards to making sure, I mean,

4    coming from the old GEMS system, it alerted you when

5    you received all the memory cards.  The new system

6    does not.  So we expressed our concern to Dominion,

7    and that's when we collaborated with Dominion to

8    create -- we created this spreadsheet from our

9    election project and, you know, that's what we use in

10   order to -- that's one of our checks and balances to

11   make sure we receive every memory card.

12        Q.   So the EMS report you mentioned from

13   Dominion's system, it didn't alert you to when all

14   memory cards the system expected had been uploaded?

15        A.   I mean, we -- we definitely check.  We have

16   to check it ourselves.  It doesn't alert you.  As you

17   know, how many we have had in the past with other --

18   other election systems.

19        Q.   So what does the EMS report contain then?

20        A.   I mean, the EMS file, it contains -- I

21   mean, you can go ahead and check and see if that

22   precinct has been uploaded.  But it will definitely

23   alert you if it hadn't been, if you try to upload it

24   a second time.  But as far as the first initial

25   assignment, does not.

Page 46

1      Q.    I want to turn back to Exhibit 1 for a

2   moment, Exhibit 1 being the same Amended Notice of

3   Deposition we turned back to a few times.  I want to

4   scroll down to topics 6, 7, and 8.  Let's see if I

5   can get all of this on there.  Maybe not all of it.

6   All right.

7           So topic 6 reads, Practices and policies

8   for creating ballot definition files and Election

9   Project Packages for Fulton County 2020 or 2021

10  elections, including when, where, how and by whom

11  such files were created and transmitted for use in

12  any such election.  Did I read that right?

13     A.    Yes.

14     Q.    And to your knowledge, are you testifying

15  for Fulton County regarding topic 6 as I just read

16  it?

17     A.    Yes.

18     Q.    Okay.  Topic 7 reads, Procedures and

19  instructions for Fulton County's review and approval

20  of the election project packages.  Did I read that

21  right?

22     A.    Yes, you did.

23     Q.    And are you testifying on behalf of Fulton

24  County regarding topic 7 today?

25     A.    Yes, I am.

1      Q.   Topic 8 reads, Practices and policies for

2   transferring scanned ballot data, tabulation data or

3   information for Georgia 2020 or 2021 elections to

4   Georgia's Secretary of State, including when, how,

5   and by whom such data or information was collected or

6   transmitted.  Did I read that right?

7      A.   Yes, you did.

8      Q.   And are you testifying on behalf of Fulton

9   County regarding topic 8 here today?

10      A.   Yes, I am.

11      Q.   I read those together because I think we've

12   touched on pieces of these in our prior conversations

13   centered on earlier topics.  And I wanted to make

14   sure that we weren't straying outside the bounds of

15   your designation in that prior testimony.  Would you

16   agree that you were within your competency to testify

17   for Fulton County when talking about these subjects

18   earlier today?

19      A.   Yes.

20      Q.   Okay.  So regarding topic 6, Practices

21   and -- I won't read the whole thing again, but

22   regarding ballot definition files and election

23   project packages, tell me what research you did on

24   this topic to prepare to testify about it today.

25      A.   None.

Page 48

1      Q.    Did you review any documents?

2      A.    No.

3      Q.    Did you talk to anyone to prepare to

4   testify about this topic?

5      A.    Yes.

6      Q.    Was it also Mr. Olomo, Ms. Williams and the

7   county attorney?

8      A.    Yes.

9      Q.    And were these in the same two sessions

10  that we discussed earlier?

11     A.    Yes, it was.

12     Q.    Are you relying on any other sources for

13  your testimony about this topic?

14     A.    No.

15     Q.    Let's go ahead and do the same for topic 7.

16  What research did you do, if any, to prepare to

17  testify about topic 7 today?

18     A.    None.

19     Q.    Did you review any documents to prepare to

20  testify about that topic today?

21     A.    No.

22     Q.    Did you talk to county attorney, Mr. Olomo

23  and Mr. Williams to prepare to testify about this

24  topic today?

25     A.    Yes.

Page 49

1      Q.   Did you speak to anyone else?

2      A.   No, I didn't.

3      Q.   And these were the same two sessions we

4  discussed earlier.  Is that right?

5      A.   Yes, it was.

6      Q.   Are you relying on any other sources for

7  your testimony about this topic?

8      A.   No.

9      Q.   Well, just looking at the two of these

10  together -- and we will start with topic 6.  What can

11  you tell me about how ballot definition files were

12  created for Fulton County for the 2020 or 2021

13  elections?

14      A.   I can say I was not responsible for it, but

15  creating ballot definition files, that would more

16  than likely be a question for Mr. Olomo.

17      Q.   Well, Mr. Olomo wasn't designated to talk

18  about that today for Fulton County.  You were.

19  That's why I'm asking you.

20      A.   Okay.

21      Q.   Is there anything you can tell me about

22  that?

23      A.   Only thing I can tell you is that I know we

24  do create the ballot definition files.  That's --

25  that's about it.  And we have talked about the

Page 50

1   election project packages that we received from the
2   CES, but I think Dennis Stentis, he would be the one
3   who could get more extensive with that.
4       Q.   Okay.  We talked a little bit earlier about
5   from where Fulton County received the election
6   project packages.  Do you remember that?
7       A.   I can't -- I can't hear you.
8       Q.   I'm sorry.  I'll try to speak up.  I
9   believe we talked earlier about where the election
10  project packages come from to Fulton County from the
11  Georgia Secretary of State.  Am I remembering that
12  correctly?
13      A.   I'm not able to hear you.
14          THE VIDEOGRAPHER:  Would you like to go off
15      the record?
16          MR. SPARKS:  Can anyone hear me?
17          MS. RINGER:  I can hear you.
18          THE WITNESS:  I can hear you now.
19      Q.   (By Mr. Sparks) Okay.  Okay.  Hopefully,
20  that was a momentary hiccup.
21          Mr. Gilstrap, I was asking whether if you
22  also recalled that we talked a bit about how Fulton
23  County receives election project packages.
24      A.   Yes.
25      Q.   And I recall your testimony being that they

Page 51

1    came from the Georgia Secretary of State's Office on

2    USB drives in sealed envelopes.   Is that right?

3         A.   Yes, they come from the center of election

4    systems in sealed envelopes, yes, sir.

5         Q.   So what more can you tell me about the

6    procedures and instructions for Fulton County's

7    review and approval of those election project

8    packages once they arrive?

9         A.   Okay.   Well, before we even -- before we

10   even get the election packet, all the races and

11   candidates and all ballots have to be approved, and

12   those are particularly approved by the election chief

13   and her staff.

14        We at the warehouse, we definitely take a

15   look at the location, precinct locations to make sure

16   all precinct locations are on the list of project

17   packages through what we call a tabulator report.

18   And we look at those and make sure that all precincts

19   are on the packets that are supposed to be for that

20   election.   If not, we will definitely let them know

21   that -- that we are missing any, if we are.

22        Other than that, that is our only -- that's

23   our only tact in regards to verifying the election

24   packages.   So once all ballots are verified, all

25   candidates are correct -- I mean, all races are

1    correct and then that's when we -- we receive the

2    sealed USB drive with the election package on it to

3    prepare for L&A, our logic and accuracy testing.

4        Q.    Thank you.  So the only task for verifying

5    the data that Fulton County does upon receiving the

6    election project packages -- I should say tasks --

7    are, one, to ensure the ballots are correct; two, to

8    ensure the races have the correct candidates; and

9    three, to ensure that all of Fulton County's

10   precincts have a ballot style as shown in the

11   tabulator report.  Is that right or did I say

12   something that needs to be corrected?

13       A.    That is correct.  Well, what I was saying

14   is make sure the ballots are correct.  That's one of

15   the things, you want to make sure that the ballot

16   styles are correct and that you have the correct

17   ballot styles for each precinct.  So that's part

18   of -- that's part of verifying all of the ballots,

19   you know.  You've got to make sure all the races are

20   in correct districts.  All of that is involved in

21   verifying the ballots and verifying the races.  Then

22   you got to make sure all the candidates' names are

23   correct on each -- for each race.  All of that is

24   involved in that, part of verification.

25       Q.    That verification does not include whether

Page 53

1  individual voters are assigned to the correct

2  precincts, right?

3      A.   No, that -- that verification -- well, I

4  can't answer that question because that's part of the

5  executive chief and her staff.  I cannot answer that

6  question.  I don't want -- I don't have the knowledge

7  on that.  You know, so I'm not sure they are doing

8  that or not.

9      Q.   That's fine.  I'm sorry.  You said those

10  were on whose staff, so you didn't want to intrude?

11      A.   That would be a question for Nadine

12  Williams and her staff in regards to verifying the

13  ballots.

14      Q.   Does the term "election project package"

15  also refer to the file Fulton County uploads to the

16  Secretary of State after election votes have been

17  certified?

18      A.   Yes, it's the same project package.  It's

19  completed with our tabulated results.

20      Q.   Does that mean it's the same file type?

21      A.   I'm -- I -- I don't know on that.

22      Q.   Yes.  I'm not trying to play gotcha with

23  that question.  What I'm asking is what you mean.

24  I'm trying to ask whether it's the same type of file

25  or if election project package is a name that's

Page 54

1  applied to any of these complex packages that are

2  sent from the Secretary of State to Fulton County or

3  vice versa?

4       A.   I mean, it's the exact same package, so I'm

5  assuming it's the same file.  I mean, I'm not -- I'm

6  not 100 percent on -- 100 percent knowledge on that.

7  I mean, but it is the -- I mean, we send them the

8  project package that they sent us.

9       Q.   So in terms of how election project

10  packages are reviewed and approved for sending from

11  Fulton County to the Georgia Secretary of State after

12  results are certified, does that process change at

13  all on Fulton's end?

14       A.   No.  Not -- no, not as I know of.  I am --

15  not to my knowledge.  I mean, it's the same.  It's

16  the same.  We just take a copy of the project package

17  and send it to them.

18       Q.   So there's nothing extra that's done after

19  the election project package is created from the

20  certified results before it's sent off to the

21  Secretary of State?

22       A.   No, not -- not of my knowledge.

23       Q.   I'm going to mark an exhibit for your

24  review, Mr. Gilstrap.  Just give me one moment.

25            MR. SPARKS:  I have just put a document in

1      your marked exhibits folder that's marked as

2      Exhibit 4.  I'll try to bring it up on my screen

3      as well, but you may have -- the text is a

4      little small.  You may have better luck looking

5      at it in your marked exhibits folder.

6           (Exhibit 4, Document entitled, Fulton

7      County Recount of the Presidential Contest,

8      Bates stamped State-Defendants-00113529 -

9      113530, marked for identification.)

10          MS. RINGER:  You might have to refresh to

11     pull it up, Derrick.

12     A.   Okay.  I got it.

13     Q.   (By Mr. Sparks) Once you have it in front

14 of you, if you'd just take a moment to review the

15 document.

16          Just let me know when you're ready, please.

17     A.   Okay.  I'm ready.

18     Q.   Sure.  Do you recognize this document?

19     A.   No, this is the first time I've seen this

20 document.

21     Q.   Okay.  Do you know who wrote it?

22     A.   No, I do not.  Like I said, it's the first

23 time I'm seeing this document.

24     Q.   Is the information in the document at all

25 familiar to you?

1      A.    So yes, some of it is.  I mean, I'm not

2  sure how much is a hundred percent correct.

3      Q.    Do you see at the top of Page 1 where it

4  says, Fulton County Recount of the Presidential

5  Contest?

6      A.    Yes.

7      Q.    And the first date appears to read

8  November 24th, 2020.  Do you see that?

9      A.    Yes, I do.

10      Q.    And then according to this document,

11  apparently Thanksgiving day was on December 26th,

12  2020.  I suspect that was a scrivener's error, but I

13  can't speak to that.

14          Anyway, what I wanted to ask you about is

15  this paragraph that breaks from bottom of the first

16  page to the top of the second page.  It's actually

17  a -- I see the name Dominic Olomo somewhere in the

18  paragraph, maybe the sixth line.  And what I wanted

19  to ask about is the sentence that breaks from the

20  bottom of the first page to the top of the second

21  that reads, His plan was to make a copy of the

22  election project on the Express Server and load that

23  copy into EED on the Standard Server and then upload

24  the USB drives from Provisional Ballots and Advanced

25  In Person ballots to the Standard Server.  Do you see

Page 57

1    that sentence?

2         A.    Yes.

3         Q.    So in the context of trying to understand

4    what procedures and instructions Fulton County has

5    for the approval of its election project packages.

6    First off, can you speak to what the author of this

7    document was talking about at all in terms of Fulton

8    policies' creation and uploading of express project

9    packages?

10        A.    No, can you explain the question?

11        Q.    I'm wondering what you can tell me about

12   the assertion at the bottom of that paragraph,

13   breaking from Page 1 to Page 2, is there anything you

14   can tell me about what's being described here?

15        A.    I mean, as far as if it was a policy or

16   not?

17        Q.    Well, sure.  Let's start there.  Does

18   that -- is that reflective of any policies and

19   procedures at Fulton County?

20        A.    No.  I mean, I don't think it was any

21   policies at all.  This is the first time this more

22   than likely have happened in this station, as far as

23   the election system server crash.

24        Q.    Can you tell me more about that?

25        A.    Only thing I can tell you that the express

1  server that we had on-site for the recount, that

2  server, prior to malfunctioning, therefore, we could

3  not upload any results onto that server.  And that's

4  when the plan to upload to the standard server came

5  about.

6      Q.   So was this -- is it fair to say this was

7  an ad hoc response to a new situation?

8      A.   Yes, sir.  Yes.

9      Q.   Was Fulton County making decisions about

10  how to deal with that ad hoc situation?  I should

11  phrase that differently.  Was it Fulton County that

12  developed the ad hoc solution to this new situation?

13      A.   I mean, I -- I mean, I was as far as not

14  directly involved in making that decision, so I

15  couldn't answer -- I couldn't answer that.  That

16  would more than likely be a question for Mr. Barron,

17  the director or Mr. Olomo to answer that question.

18      Q.   Okay.  But to your knowledge, this does not

19  reflect any Fulton County procedures or policies

20  concerning the approval of election project packages

21  for uploading?

22      A.   To my knowledge, it doesn't.

23      Q.   I'm going to go back to topic 8 now.  I'm

24  just pulling up the notice so I can see it.  Would

25  you like me to share Exhibit 1 on my screen again,

Page 59

1    Mr. Gilstrap?

2         A.    Yes, please.

3         Q.    Concerning topic 8, what research on this

4    topic did you do to prepare to testify today?

5         A.    None.

6         Q.    Did you review any documents to prepare to

7    testify on topic 8 today?

8         A.    No.

9         Q.    Did you speak with anyone about topic 8 to

10   prepare to testify on it today?

11        A.    Yes.

12        Q.    And who was that with?

13        A.    That was with Mr. Olomo, Ms. Williams and

14   the county attorney.

15        Q.    Did you speak to anyone else to prepare to

16   testify about topic 8 today?

17        A.    No.

18        Q.    Are you relying on any other sources for

19   your testimony about topic 8 today?

20        A.    No.

21        Q.    Acknowledging that we have already spoken a

22   bit about the transfer of tabulation data or

23   information for Georgia 2020 or 2021 elections to the

24   Georgia Secretary of State's Office, what else can

25   you tell me about Fulton's practices and policies for

Page 60

1  transferring scanned ballot data or tabulation data?

2       A.   No other policies I can tell you other than

3  what we talked about earlier.

4       Q.   So scanned ballot data, what does that

5  mean?  That's my topic.  I should do a better job of

6  explaining it.  We talked a little bit about the

7  collection of election results, bringing them

8  together to the Fulton EPC and the tabulation server.

9  Do you remember that?

10       A.   (Witness nodded head affirmatively.)

11       Q.   Okay.  Regarding scanned ballot data, are

12  the results the only thing that increasing optical

13  scanners capture?

14       A.   We have scanned ballot data that could be

15  the scanning -- the scanning of not only election-day

16  ballots but absentee by mail as well as provisional

17  ballot.

18       Q.   What about ballot images, do optical

19  scanners capture ballot images as they pass through?

20       A.   Yes.  Ballot images are captured in

21  regards -- and you are talking about in regards to

22  paper ballots, yes.

23       Q.   Well, let's back up a level.  What is a

24  ballot image?

25       A.   Ballot image is an image of the ballot that

1    was scanned through either the high-speed scanner or

2    one of the election-day scanners or the early voting

3    scanner.

4         Q.   In 2020 elections in Fulton County, did

5    Fulton County preserve ballot images in any of those

6    2020 elections?

7         A.   Yes, we did.  We did as far as -- as far as

8    we were not told to make images of election-day

9    ballots until the -- until the re- -- I mean until

10   the runoff.

11        Q.   Who told you that?

12        A.   I mean, that was part of the -- that was

13   part of the -- I guess the policies of the Secretary

14   of State because that's when they asked us, after the

15   election, to provide ballot images.

16        Q.   After which election?

17        A.   The January 2021 runoff.  We've been

18   providing them ever since.

19        Q.   Before the Secretary of State's Office

20   asked you to retain ballot images, if that is your

21   testimony, concerning the election-day ballots for

22   the January 5th, 2021 runoff elections, prior to

23   that, did Fulton County have any policy, practice,

24   procedure or other method of preserving ballot images

25   after the close of the polls in a given election?

Page 62

1        A.    No, we didn't.

2        Q.    Did I hear you right that current policy

3   allows for preservation of those ballot images after

4   the polls close?

5              MS. RINGER:   Object to the form of the

6         question.   Go ahead and answer.

7        A.    Yes.

8        Q.    (By Mr. Sparks) Okay.   And how are they

9   preserved?

10       A.    They are preserved on the election project,

11  the same election projects which we are now permitted

12  to -- to provide to the Secretary of State after each

13  election.

14       Q.    Are you permitted to provide them to the

15  Secretary of State or are you required to provide

16  them to the Secretary of State?

17       A.    Required.   We are required to provide them.

18       Q.    Okay.   I may come back to that, but I want

19  to move off for the moment to topic 9.   I'll warn you

20  in advance it's a long one.   But you may want to read

21  along with me as I ask some questions about topic 9.

22  So topic 9 reads, Any testing, examination,

23  reexamination, evaluation, study, analysis,

24  investigation or assessment of the security,

25  integrity, reliability, accuracy or transparency of

1    Georgia's current Election System or its prior

2    GEMS/DRE election system, including, a, acceptance

3    testing of any component of the current Election

4    System, the results thereof, and any steps or

5    measures contemplated or taken in response to any

6    such testing; b, Logic and Accuracy Testing of the

7    current voting equipment, the results thereof, and

8    any steps or measures contemplated or taken in

9    response to any such testing; c, any reports,

10   findings or conclusions regarding any potential or

11   actual security concerns, breaches or vulnerabilities

12   involving any aspect of Georgia's current or prior

13   Election System; d, documentation -- including

14   research, reports, assessments, findings, studies,

15   publications, memoranda and communications --

16   regarding the security, integrity, reliability,

17   accuracy or transparency of any component of

18   Georgia's current Election System. Did I read that

19   mouthful correctly?

20        A.   (Witness nodded head affirmatively.)

21        Q.   And do you understand that you are

22   designated to testify on behalf of Fulton County

23   regarding topic 9?

24        A.   Yes.

25        Q.   Do you regret that choice now? You don't

Page 64

```
 1   have to answer that.  I'm joking.  I apologize.  I
 2   know it's long, but there are important reasons why
 3   that topic stretches to that extent.  So I'm going to
 4   ask you a few of the same more general questions I
 5   have asked about earlier topics and then perhaps we
 6   can break it down a little bit.
 7        A.   Okay.
 8        Q.   So Mr. Gilstrap, what research, if any,
 9   have you done about topic 9 in preparing to testify
10   about it today?
11        A.   None.
12        Q.   Have you reviewed any documents to prepare
13   to testify about topic 9 today?
14        A.   No.
15        Q.   Did you also speak with Mr. Olomo,
16   Ms. Williams and the county attorney in preparing to
17   testify about topic 9 today?
18        A.   Yes.
19        Q.   Did you speak to anyone else?
20        A.   No.
21        Q.   And in those conversations that you did
22   have, are we still referring to the two sessions you
23   described earlier in your testimony?
24        A.   Yes.
25        Q.   Are you relying on any other sources of
```

Page 65

1    information or knowledge for your testimony about

2    topic 9 today?

3        A.    No.

4        Q.    Okay.  So let's break it up a little bit.

5              Let's start with acceptance testing.  I'm

6    looking at subsection a of topic 9.  What else can

7    you tell me about acceptance testing of any component

8    of the current election system?

9        A.    Well, what I can tell you is that all new

10   equipment has to go through acceptance testing.  And

11   acceptance testing is done by the CES, the center of

12   election systems, which is part of the Secretary of

13   State's Office.  Anytime we receive new equipment, it

14   goes through acceptance testing to meet the standards

15   that it can use in a Georgia election.  Any broken

16   equipment that has been repaired, it has to be

17   acceptance tested before we are able to use it again.

18   Those are the items that I'm -- that's the only

19   things that I can think of that goes through

20   acceptance testing.  And I can't tell you exactly

21   what's the acceptance tests.  I have never -- I have

22   never actually been in an acceptance test or been a

23   part of an acceptance test.  I just know that they

24   come and do acceptance tests here or with new

25   equipment, they do it before we receive it.  And in

Page 66

1    this -- and once this acceptance test received a

2    state seal that is put on the piece of voting

3    equipment to certify that it has been acceptance

4    tested and that's how we know.  They use that -- that

5    state seal, then it's date stamped, time and date --

6    I mean, not time stamped, but date stamped.

7         Q.   Are Fulton County elections employees

8    observing while the acceptance testing is going on

9    on-site in Fulton County?

10        A.   I mean, yes, to -- I mean, yes, to a

11   certain extent.  We -- we don't -- we don't know

12   exactly what they are acceptance testing it.  We just

13   know that acceptance testing is being taken place on

14   the unit.

15        Q.   And for any given components, you know that

16   it's passed acceptance testing due to the presence of

17   a date-stamped seal.  Do I have that right?

18        A.   Yes.

19        Q.   When an election is approaching, were

20   Fulton County to find equipment that lacks that seal,

21   what does Fulton County do in response?

22        A.   We would call the -- we would call CES and

23   ask them to come and certify such equipment.

24        Q.   How long does that typically take?

25        A.   By that, they would set up -- usually set

1  up an appointment.  I mean, usually they make -- if

2  it's close to an election, it would probably be the

3  next day or no more than two days later.  If it -- if

4  it -- if it, say, like we -- if the election is

5  approaching and we need such equipment, they would

6  come as soon as possible.  Otherwise, you know, we

7  would have to set up an appointment if it's not an

8  election time.

9      Q.   In describing this acceptance testing of

10 election system components, does that apply to

11 Dominion-manufactured equipment?

12     A.   Yes, it does.

13     Q.   Does it apply to equipment that's not

14 manufactured by Dominion?

15     A.   No, it's -- no, it's applied to all the --

16 all the equipment used in an election.  So I will

17 have to possibly -- I mean, yes, it would probably --

18 any -- any equipment that's used in an election has

19 to be acceptance tested by the Secretary of State's

20 Office.

21     Q.   That includes the off-the-shelf printers

22 that I understand are used as part of Georgia's

23 election system?

24     A.   Yes, it does.

25     Q.   Okay.  And that's all done by the Secretary

Page 68

1  of State's Office?  Do I understand correctly?

2       A.   Yes, yes.

3       Q.   And you don't know the content or the

4  procedure or how that's done?

5       A.   No, I don't know the content or procedure

6  of how --

7       Q.   And I'm sorry, I didn't mean to cut you

8  off.

9       A.   No, I was just saying I don't know the

10  content and procedure of how it's done.

11       Q.   And is that because Fulton County does not

12  have a role in acceptance testing beyond checking to

13  ensure the seals have been applied?

14       A.   Yes, we don't have a role in acceptance

15  testing.

16       Q.   Regarding topic b, logic and accuracy

17  testing of current voting equipment, the results

18  thereof and steps or measures contemplated or taken

19  in response to any such testing.  I think I dropped

20  one more there.  I apologize.  What else can you tell

21  me about logic and accuracy testing that Fulton

22  undertakes on voting equipment?

23       A.   Logic and accuracy testing is done by

24  Fulton County.  It's -- we do the logic and accuracy

25  testing based on the procedures, the standard

Page 69

```
1    procedures that were provided by the Secretary of
2    State.  And to make sure the equipment is working
3    properly and all the election package and -- is
4    loaded on to all equipment and make sure that it
5    works properly and is ready to be voted on by a voter
6    on either early voting or election day.
7         Q.   And who, either which person or what
8    office -- may be a different response, I'm realizing,
9    as I ask this -- who is responsible for logic and
10   accuracy testing for Fulton County right now?
11        A.   Right now?  The logic and accuracy testing
12   is part of the election systems.  So it's part of the
13   elections office.  It's headed by Mr. Olomo, who is
14   the head -- he's the head manager of L&A testing as
15   well as any election systems that are done.
16        Q.   And for prior elections, let's say, 2021,
17   was it also Mr. Olomo?
18        A.   No, I was -- I was -- 2021, I was in charge
19   of logic and accuracy testing and my staff.
20        Q.   Can you speak to how logic and accuracy
21   testing works on the prior GEMS/DRE election system?
22        A.   Yes, I can.
23        Q.   Can you tell me a little bit about that
24   and, in particular, I'm interested in how it -- the
25   procedures differed from the way they do for the
```

Page 70

1    current election system components.

2         A.    Okay.  Well, with the logic and accuracy

3    testing on the GEM system, basically we still went

4    through -- we went by the standard procedures of

5    Secretary of State.  We -- we basically did

6    diagnostic tests on all of the test screen units.  We

7    made sure that the count, moved it -- made sure that

8    it had a zero count before we started voting on each

9    unit.  And then we went by as far as our voting on

10   each unit, make sure that each unit can vote.  The

11   older units, I mean, the -- what we call the DRE

12   units, they had -- all of these steps were printed

13   out on a tape that was a part of the DRE unit.  So we

14   voted on it, made sure that the votes were counted on

15   and -- on the tape, and then we also, once we voted

16   on the tape, we took the memory card from the unit

17   and made sure that it could tabulate into the server.

18   And once we did that, we put the memory card back

19   into the DRE unit and made sure that the votes were

20   cleared out and the count was zero.  But once we did

21   that, we set it for what we call -- we set it for

22   election, and that's when we shut it down and it was

23   ready to be voted on on either advanced voting or

24   election day.

25        Q.   This may sound like a silly question but is

1   logic and accuracy testing of Georgia's election

2   system components important?

3        A.   Very important.

4        Q.   Why?

5        A.   Because if we don't do logic and accuracy

6   testing, we will not know whether -- well, first and

7   most important thing is that we want to make sure

8   that it can -- that all of the equipment can tabulate

9   results.  If it cannot tabulate results, then we

10  would have a problem on election night.  So that's

11  one -- that's the major reason why we want to do

12  logic and accuracy testing.  Another reason is that

13  we want to make sure all of the equipment work right

14  and work right for that precinct.  So, I mean, with

15  the DR -- with the DREs, each of them were assigned

16  to a specific precinct.  So if -- and it had its own

17  memory card.  So if that memory card was -- if

18  that -- if all of the DREs were not correct, then --

19  and it could not be tabulated on the server, then if

20  it's voted on then, we would not be able to -- well,

21  we would not be able to get the results from that

22  memory card.  So I mean, so logic and accuracy

23  testing is our way of verifying that the equipment

24  that goes out to be voted on is accurate, that we

25  will be able to get tabulated results from that

Page 72

1   equipment, and all the equipment is functioning

2   properly.

3       Q.   And Fulton County follows the Secretary of

4   State's Office's instructions for how to perform

5   logic and accuracy testing.  Is that right?

6       A.   Yes, we do.

7       Q.   So Fulton County would not have the

8   authority to alter those instructions or the

9   performance of logic and accuracy testing, I suppose,

10  if it thought it needed to be changed in any way?

11      A.   No, we would not.

12      Q.   Mr. Gilstrap, are you aware of any reports

13  or findings or conclusions regarding any potential or

14  actual security concerns, breaches or vulnerabilities

15  having to do with Georgia's current election system?

16      A.   No, not to my knowledge.

17      Q.   Do you have any reason to think that your

18  knowledge would differ from that of Fulton County on

19  whose behalf you are testifying here today?

20      A.   No.

21      Q.   Are you aware of any reports or findings or

22  conclusions regarding any potential or actual

23  security concerns, breaches or vulnerabilities

24  regarding Georgia's prior election system?

25      A.   Not -- not that I can think of.  No.

Page 73

1      Q.    And again, I'll ask, do you have any reason

2   to think or believe that your knowledge would differ

3   from that of Fulton County, on whose behalf you are

4   testifying here today?

5      A.    No.

6      Q.    Do you have any knowledge of any

7   documentation regarding the security or reliability

8   or accuracy of Georgia's current election system?

9      A.    No, not to --

10     Q.    I just want -- I'm sorry.  I didn't mean to

11  cut you off.

12     A.    No, not to my -- not to my knowledge, no, I

13  don't.

14     Q.    Okay.  So to be clear, you don't know of

15  any studies, any assessments, any findings, nothing

16  of that nature --

17     A.    No.

18     Q.    -- regarding the security, reliability,

19  accuracy of Georgia's election system?

20     A.    No, not -- not to my knowledge, no.

21           MR. SPARKS:  Can we go off the record for a

22      moment?

23           THE VIDEOGRAPHER:  The time is 2:20 p.m.

24           We are off the record.

25           (WHEREUPON, a recess was taken.)

1          THE VIDEOGRAPHER:  The time is 2:33 p.m.

2     We are on the record.

3          Q.   (By Mr. Sparks) Mr. Gilstrap, I want to

4     talk now about topic 11 and topic 12 of the 30(b)(6)

5     deposition notice.  I'll bring it back up again so

6     you can review.  So topic 11 of the Third Amended

7     Notice of Deposition reads, Dominion's role and

8     responsibilities in any 2020 and 2021 Fulton County

9     elections including, a, any oversight Dominion

10    exercises over technicians or other election workers

11    in any such election; b, any access any Dominion

12    Worker had to any components of the election system

13    used in any such election after Fulton County took

14    possession of the component or components whether

15    (and, if so, how, when and by whom) that access was

16    exercised by any Dominion Worker and the reasons for

17    any such access; c, any changes that any Dominion

18    Worker made to any components of the Election System

19    (including servers and any software, firmware or data

20    on the equipment) used in any such election after

21    Fulton County took possession of component or

22    components, including how, when, why and by whom any

23    such changes were made.  Did I read that correctly?

24    I cannot hear you, Mr. Gilstrap.

25         A.   Yes, you did.  Can you hear me?

Page 75

1      Q.   I can hear you now.

2      A.   Okay.

3      Q.   And do you understand that you are

4   designated to testify for Fulton County on topic 11

5   today?

6      A.   Yes.

7      Q.   So tell me what research, if any, you have

8   done on topic 11 to prepare to testify to it today.

9      A.   None.

10     Q.   Did you review any documents to prepare to

11  testify on topic 11?

12     A.   No.

13     Q.   Did you speak with anyone to prepare to

14  testify on topic 11?

15     A.   Yes.

16     Q.   Was that Mr. Olomo, Ms. Williams and the

17  county attorney?

18     A.   Yes.

19     Q.   And were those the two sessions that we

20  talked about earlier?

21     A.   Yes, it was.

22     Q.   Did you speak to anyone else to prepare?

23     A.   No.

24     Q.   And are you relying on any other sources

25  for your testimony about topic 11 today?

Page 76

1      A.    No.

2      Q.    So starting with subsection a -- and we may

3  come back to the umbrella role and responsibilities.

4  I think we discussed a little bit about that today

5  already.  Starting with subsection a, what oversight

6  does Dominion exercise over technicians or other

7  election workers in a Fulton County election in 2020

8  or 2021?  And I will direct you that if it is

9  different or if it has changed at some point, please

10  let me know how and when.

11      A.    I mean, other than when we were assigned

12  Dominion techs, I mean, that's -- I mean, that's the

13  only exercise over technicians that I'm aware of in

14  regards to any such election.

15      Q.    Okay.  So what roles and responsibilities

16  would a Dominion tech have in any given Fulton County

17  election over the past two years?

18      A.    A Dominion tech would -- I'm not sure

19  exactly what Dominion asked of a Dominion tech.  I

20  just know that they -- that Dominion technicians were

21  assigned to help us out in regards to with the --

22  with the election system and as far as helping us in

23  regards to L&A when we first received the equipment.

24      Q.    Who assigned the Dominion techs to Fulton

25  County?

1      A.    They were assigned by Dominion, I mean,
2   through Secretary of State.
3      Q.    About how many were assigned in 2020?
4      A.    In 2020, we had four Dominion techs
5   assigned.
6      Q.    Is that referring to the general election
7   or any -- the 2021 runoff or any other subcomponent?
8   2020 primary, for example?
9      A.    Yes, that -- I mean, it started with the
10  primary and continued throughout all elections in
11  2020.
12     Q.    So Dominion assigned four techs to Fulton
13  County for each of the 2020 primary, 2020 primary
14  runoff, 2020 general and spilled over to 2021 and --
15     A.    Yes, yes, they did.  I mean, as I can
16  count.  Now, we did not have the same Dominion techs
17  for each election.  So you know, we were assigned
18  different Dominion techs.  I think it was mainly due
19  to the pandemic.  I mean, certain techs were not able
20  to return, that we were assigned different techs.
21          We were assigned four techs for the primary
22  and now that I'm thinking, we were only assigned
23  three techs for the other elections.
24     Q.    Did you say they assisted with logic and
25  accuracy testing?

1      A.    I mean, yes.  I mean, they assisted and
2  they helped with our -- our staff remained the ones
3  doing the logic and accuracy testing.  But if we had
4  any problems with any of the equipment, they assisted
5  us with that.
6      Q.    How so?
7      A.    I couldn't hear you.
8      Q.    How so?  How else did they help with any
9  other equipment?
10      A.    I mean, if we have, I guess, a situation
11  where we may have a piece of equipment that is not
12  working properly, our printer may not be able to
13  print, you may have a -- what we call UPS,
14  uninterrupted power source.  It may not have been
15  able to come on.  We -- we will ask them to help us
16  out in regards to equipment.  And also, I mean, if we
17  have -- we were having any problems with any issues
18  with the server, with the election management system,
19  we would -- we would refer to Dominion as far as with
20  that as well.
21      Q.    So walk me through how that would happen.
22  How would a Dominion tech -- I'll come back to
23  whether there were any other Dominion workers that
24  helped, but how would any Dominion tech assigned to
25  Fulton County gain access to a component of the

Page 79

1    election system?  Would you first ask Dominion for

2    help?  And by "you," I mean Fulton County.

3         A.    Yes.  We would refer -- ask them for

4    help -- and we would -- we would -- whatever the

5    problem, which piece of equipment that it was

6    involved with, we would show them and give them the

7    access in order to fix it.

8         Q.    So absent Fulton County asking for

9    assistance, a Dominion tech would or would not have

10   access to any component of the election system?

11        A.    Can you repeat that question?

12        Q.    Yes.  And I will try to improve it,

13   actually.

14        A.    Okay.

15        Q.    Unless Fulton County asked for assistance

16   from Dominion, could a Dominion tech access any

17   component of the election system?

18        A.    Not without us asking for help.

19        Q.    Okay.  So a Dominion tech couldn't have

20   seen a problem and decided to fix it of their own

21   volition without Fulton County asking for it first?

22        A.    No, not -- no.

23        Q.    How do you know that?

24        A.    I would know that because I would either

25   have myself or one of the supervisors around the

1    equipment at all times.  So that's how I would

2    definitely know that that did not happen.

3        Q.   Could an assigned Dominion tech to Fulton

4    County access any of the election system components

5    remotely; that is, without being present in the same

6    space as the equipment in question?

7        A.   No, not -- no, not that I'm aware of, no.

8        Q.   What about an employer -- employee or

9    contractor of Dominion that was not an assigned tech

10   to Fulton County, would that person have -- is

11   there -- this is a terrible question.  I will

12   restart.  I apologize.

13       A.   Okay.

14       Q.   Could a Dominion contractor or an employee

15   that is not one of the assigned techs to Fulton

16   County access any component of the reelection system

17   remotely?

18       A.   No.  No.  No.  Never in such a way have we

19   had any of our equipment been able to be accessed

20   remotely, the Dominion System or the system before

21   Dominion.

22       Q.   Okay.  Are you aware of any instance in

23   which a Dominion contractor or employee has accessed

24   a component of the election system remotely.

25       A.   No, I'm not aware of it, no.

1     Q.   Is there any reason your knowledge would

2  diverge from that of Fulton County on whose behalf

3  you are testifying today?

4     A.   No.

5     Q.   Has anyone from Dominion ever represented

6  to Fulton County that they could access any election

7  system component remotely?

8     A.   No, not of my knowledge.

9     Q.   Okay.  And again, is there any reason that

10  your knowledge would diverge from that of Fulton

11  County on whose behalf you are testifying today?

12     A.   No.

13     Q.   So at some point in your 2020 or 2021

14  elections, is it fair to say that Fulton County told

15  a Dominion tech, Hey, we have got a problem or we

16  have got something broken and we need your help to

17  fix it?  That did happen at least once, right?

18     A.   Yes, it did.

19     Q.   Okay.  So procedurally, a Fulton County

20  employee would be with the Dominion tech while that

21  repair was occurring?  Is that right?

22     A.   Yes.  Most definitely, yes.

23     Q.   And did -- I'm sorry.  I didn't mean to cut

24  you off.

25     A.   Yes.  Yes, sir.  Yes, most definitely.

1    Q.   After that happened, did Fulton County have

2  any policy or procedure by which it checked the

3  repaired equipment for proper performance, compliance

4  with election regulations?  Put another way, was

5  there any sort of mini acceptance testing that Fulton

6  County implemented after a Dominion tech had repaired

7  the problem?

8    A.   No, not to my knowledge.  No.

9    Q.   Policy or procedure aside, are you aware of

10 any steps that were taken anytime something was

11 repaired to ensure that everything was in good

12 working order?

13   A.   I know that we had the Secretary of State

14 come out and do an acceptance test.

15   Q.   Are you thinking of an incident in

16 particular?

17   A.   Yes, we did have an incident in regards

18 with our server -- our server -- our main server not

19 working correctly.

20   Q.   Does this relate to the Exhibit 4 I showed

21 you earlier today?

22   A.   No, this is not -- this is not related to

23 that exhibit.

24   Q.   Oh.  Okay.  Can you tell me a little more

25 about that?

1      A.   We had -- we had an issue in regards to our

2   server not working properly.  I know, you know, we

3   had an issue regards to the server.  It was -- it

4   was -- it was not working properly in regards to

5   pulling up the election management system.  We had

6   Dominion -- we had a Dominion tech on hand and he

7   alerted Dominion.  He alerted Dominion with the type

8   of problem.  Dominion took a look at the computer

9   connected to the server, put the election management

10  system on it.  Once that was done, we alerted --

11  once -- well, I'm going to put it like this.  They

12  tried to -- they tried to fix the election management

13  system on-site.  It was not able to be fixed.  The

14  Dominion tech -- I guess the tech supervisor asked

15  him to bring the computer to Dominion.  Once it was

16  taken to Dominion, it was brought back and once it

17  was hooked back up, working properly via -- asked the

18  center -- center of election systems to come out.

19  And they had to acceptance test our server -- they

20  had to do an acceptance test on our server to make

21  sure everything was working correctly.

22      Q.   Did Dominion explain to Fulton what the

23  nature of the problem was?

24      A.   I was not -- they did not explain to -- no,

25  I don't think they did.  I mean, I was not -- I

Page 84

1   didn't have any knowledge of that.

2       Q.   When was this?

3       A.   I couldn't hear you.

4       Q.   When was this?

5       A.   It was during the -- it was -- it was

6   during one of the primary elections in 2020.

7       Q.   When you say "the server," can you be a bit

8   more specific about which server you are describing?

9       A.   Well, actually, it was the main server that

10  we have here.  And that server is connected to a

11  computer that contains the elections management

12  system on it.  And basically that is the same

13  computer that the project, the election projects are

14  uploaded to.  It has the election management system

15  on that computer.  And it's connected to our server.

16      Q.   Thank you.  I may come back to that, but

17  for the moment, I'm going to shift gears and ask you

18  to talk a little bit about the vendors for Fulton

19  County that are not Dominion.  Just scrolling down in

20  Exhibit 1 with these long ones, I'm trying to keep it

21  up on the screen just so you are -- have some frame

22  of reference.  If you find that bothersome, I'm happy

23  to take it down, just let me know.

24      A.   Okay.

25      Q.   Topic 12 listed in the notice reads, The

1   roles and responsibilities of any vendor other than
2   Dominion with access to BMDs, printers, scanners,
3   Electronic Pollbooks, computers or servers used to
4   administer elections, including tabulating votes in
5   any 2020 and 2021 Fulton County elections, including,
6   a, any oversight such a vendor or its employees
7   exercise over technicians or other election workers
8   in any such election; b, any access such as a vendor
9   or its employees had to any components of the
10  Election System or Electronic Pollbooks used in any
11  such election after Fulton County took possession of
12  the components, whether (and, if so, how and by whom)
13  that access was exercised by the vendor and the
14  reasons for gaining such access; c, any changes such
15  a vendor or its employees made to any component of
16  the election system (including any software, firmware
17  or data on the equipment) or Electronic Pollbooks
18  used in any such election after Fulton County took
19  possession of the components, including how, when,
20  why and by whom new such changes were made.
21  Notwithstanding the couple of typos I see in there,
22  did I read it correctly?
23       A.   You read it correctly.
24       Q.   Do I understand correctly that you
25  understand you are designated to testify as to topic

Page 86

1    12 on behalf of Fulton County today?

2         A.   Yes.

3         Q.   All right.  So tell me what, if any,

4    research you did to testify about topic 12?

5         A.   None.

6         Q.   Did you review any documents to prepare to

7    testify about this topic?

8         A.   No.

9         Q.   Whom did you talk to about this topic to

10   prepare to testify about it?

11        A.   No -- I talked to Mr. Olomo, Ms. Williams,

12   and the county attorney.

13        Q.   And those were the two sessions we talked

14   about earlier in this deposition?

15        A.   Yes.

16        Q.   Did you speak to anyone else?

17        A.   No.

18        Q.   And are you relying on any other sources

19   for your testimony about topic 12 today?

20        A.   No.

21        Q.   Does Fulton County work with a vendor

22   called KNOWiNK, K-n-o-w-i-n-k?

23        A.   Yes, we do.

24        Q.   Okay.  And what is KNOWINK's role in Fulton

25   County elections?  In 2020 and 2021 and going

Page 87

1  forward?

2      A.    KNOWiNK, they are a vendor in which we

3  receive the electronic pollbooks or what we call the

4  poll pads from.  Basically these poll pads are used

5  to create -- create voter cards used -- or create

6  voter cards that are given to the voters to use to

7  vote.  Also, these poll pads for election day have

8  the data for each and every voter of the county --

9  well, actually, for each and every voter of the State

10  of Georgia.

11      Q.    I heard some excess noise in the

12  background.  I didn't know if you were done with your

13  question.

14      A.    Yes, I was done.  I was done.

15      Q.    I'm trying to think of a diplomatic way to

16  ask this question.

17          Has Fulton County run into any problems

18  working with KNOWiNK to administer its elections in

19  the last couple of years?

20      A.    No, not that I can think of.  Not to my

21  knowledge.

22      Q.    What about with the poll pads specifically,

23  has Fulton County had any problems programming or

24  deploying them in administering elections over the

25  past couple of years?

Page 88

1          A.    Only thing I can think of is that we had a

2    problem at an early voting site as far as our poll

3    pads were not working properly at one of our early

4    voting sites for the first day of November 2020.

5    KNOWiNK came out and they -- they were able to fix it

6    very quickly.

7          Q.    So does KNOWiNK deploy technicians to

8    Fulton County as well for these elections?

9          A.    Yes, they do.

10          Q.    And similar to our discussion about

11    Dominion just now, do KNOWiNK technicians have any

12    access to components of the election system, such as

13    poll pads, without Fulton County expressly asking for

14    their assistance?

15          A.    Yes, they do.

16          Q.    They do?

17          A.    As far as they're -- but we do have staff

18    on hand that work hand in hand with KNOWiNK.  I mean,

19    not as far as working by themselves.

20          Q.    So is this a situation where KNOWiNK

21    technicians fix problems when they spot them or do

22    they come in to fix problems when Fulton County asks

23    for assistance or is it some combination of those two

24    things?

25          A.    It's some combination of those two things

1   because they are working hand in hand with the

2   Secretary of State, especially on election day

3   because they may get -- they may get a notice from

4   Secretary of State that a poll pad is down.  And they

5   have technicians on hand that may go and fix it.

6   That's the only situation I can think of where they

7   are fixing problems as far as without the

8   notification of the county.

9        Q.   So how does that work exactly?  Does -- and

10  by that, I mean does a KNOWiNK technician assigned to

11  Fulton County need physical access to an election

12  system component, be it an electronic pollbook or

13  poll pad or a server of some sort in order to address

14  any concern?

15       A.   They would never need access to the server.

16  They would have to ask for access to a poll -- to a

17  pollbook, a poll pad.  They -- I mean, once poll pads

18  are out for an election, they are able to see at --

19  in conjunction with the Secretary of State, they are

20  able to see if the poll pads are working correctly or

21  not.  We at the county, from my recollection, any

22  county does not have access to that.

23       Q.   During advanced voting, poll pads are

24  connected to some form of the internet, be it

25  wireless or otherwise, right?

Page 90

1      A.   No, poll pads are not -- they are never

2   connected to the internet for advanced voting.  For

3   advanced voting, they do not have the registration

4   voter file on them.

5      Q.   Well, thank you for clarifying.  During

6   advanced voting, there is some sort of check-in

7   system --

8      A.   Yes.

9      Q.   -- that voters use to check in, correct?

10     A.   Yes, they use -- they use the state system

11  in order to check in voters.  And once they check in

12  voters, then they just -- then they can create a card

13  on the poll pad.

14     Q.   Okay.  What am I thinking of that Fulton

15  County used to check in voters during advanced

16  voting?

17     A.   It is called ElectioNet, the state voter

18  registration system.

19     Q.   Yes.  I understand ElectioNet.  I suppose

20  I'm thinking of the physical check-in computer or

21  tablet-like device?

22     A.   Well, they -- ElectioNet is on laptops,

23  which are connected to some form of internet access.

24     Q.   Okay.

25     A.   To WiFi network connection.

1     Q.    Okay.  Thank you.  I appreciate your

2  clarifying that for me.

3         So KNOWiNK technicians wouldn't have any

4  cause to prepare or address problems on those laptops

5  during advanced voting, is that --

6     A.    No.

7     Q.    -- an accurate statement?

8     A.    No, they wouldn't.  No, they wouldn't have

9  any -- any reason to -- to do that.

10    Q.    But if there were a problem with the poll

11 pad device specifically, that's where they would have

12 some authority to intervene, if requested?

13    A.    Yes.

14    Q.    Okay.  What other vendors does Fulton

15 County work with to administer elections in 2020,

16 2021 or currently?

17    A.    No other vendors of my knowledge.

18    Q.    Just Dominion and KNOWiNK?

19    A.    Yes.

20    Q.    And how does Fulton County monitor any

21 changes or repairs that KNOWiNK makes to components

22 of the election system?

23    A.    Well, I would change -- changes that is

24 already been approved by the Secretary of State.  I

25 mean, only other -- only other changes will be if we

1   have a broken poll pad that we sent to be repaired

2   and then that has to be acceptance tested by the

3   Secretary of State before it can be used.

4        Q.   So it's fair to say that Fulton County

5   takes its direction from the Secretary of State with

6   regards to KNOWiNK and poll pads?

7        A.   Yes.

8        Q.   Are there any other examples or are there

9   any other forms of access that vendors other than

10  Dominion would have to portions of Georgia's current

11  election system as used by Fulton County?

12       A.   No, not to my knowledge.

13       Q.   Mr. Gilstrap, I want to skip now to topic

14  15.  Topic 15, as noticed, reads, Any vulnerabilities

15  involving the security, integrity, reliability or

16  accuracy of Georgia's current election system as used

17  in Fulton County, including, a, potential or actual

18  remote access to any component of Georgia's current

19  Election System; b, policies and practices regarding

20  securing components of Georgia's current Election

21  System, including but not limited to removable media

22  used with the system (and any other equipment or

23  devices used with any such media) and equipment

24  stored overnight in early voting places; c, wireless

25  connections involving any components of Georgia's

Page 93

1   current Election System, including Electronic

2   Pollbooks.  Did I read that right?

3        A.   Yes, you did.

4        Q.   Do you understand yourself to have been

5   designated to testify about topic 15 on behalf of

6   Fulton County today?

7        A.   Yes.

8        Q.   So a checklist.  Tell me what, if any,

9   research you have done about this topic to prepare to

10   testify about topic 15 today?

11        A.   None.

12        Q.   Did you review any documents to prepare to

13   testify about topic 15 today?

14        A.   No.

15        Q.   Did you speak with anyone to prepare to

16   testify about topic 15 today?

17        A.   Yes.

18        Q.   Was that Mr. Olomo, Ms. Williams and county

19   attorney?

20        A.   Yes.

21        Q.   Was that only in the two sessions that we

22   have already discussed in your prior testimony today?

23        A.   Yes, it was.

24        Q.   Did you speak with anyone else to prepare

25   to testify about topic 15?

Page 94

1      A.    No.

2      Q.    Are you relying on any other sources for

3  your testimony about topic 15?

4      A.    No.

5      Q.    And I can see in reading topic 15, that it

6  mentions removable media used with the system in

7  subsection b, wireless connections involving any

8  components of the election system in subsection c.

9  And we have touched on these topics a little bit

10  already today.  Is that right?

11      A.    Yes, we have.

12      Q.    Okay.  I'll try not to plow too much in the

13  way of new earth then, but I do have a few questions

14  here.  So first off, tell me about any

15  vulnerabilities which Fulton County is aware

16  involving the security, integrity, reliability or

17  accuracy of Georgia's current Election System as used

18  in Fulton County.  What do you know?

19      A.    I don't know of any.  None, to my

20  knowledge.

21      Q.    Are you familiar with a term "cyber attack

22  vulnerable"?

23      A.    A little.

24      Q.    What do you know about it?

25      A.    I'm thinking cyber attack, I'm thinking

1    it's connected to internet, that it's been a form of

2    hacking, hacking into a system.

3        Q.   Okay.  And I mean, are you aware of any

4    actual hacks into the Georgia election system as used

5    in Fulton County?

6        A.   No.

7        Q.   Are you aware of any actual hacks into the

8    Georgia election system outside of Fulton County?

9        A.   No.  Not to my knowledge.

10       Q.   What do you know about remote access to

11   Georgia's election system generally?  I know we have

12   talked about it a little bit in the context of

13   vendors.  But more broadly speaking, what can you

14   tell me about remote access capability to Georgia's

15   election system components?

16       A.   I don't know of any -- I don't know of

17   anything about any remote access.  Only thing I know

18   is that you can't remote access if you are not

19   connected.  So that's -- you know, that's --

20   that's -- like I was saying before, that's state

21   policy.  That's policy --

22       Q.   I'm sorry.  I couldn't hear you.

23       A.   I said, you know, I just know with -- all I

24   know -- I said nothing from my knowledge, the only

25   thing I can say is that -- that I know that you can't

1  remote access if you are not connected to the

2  network.  And that's the state policy, that -- that

3  the voting equipment is connected.  So I don't know

4  anything in regards to remote access and connection

5  equipment of election system.

6       Q.   But as we have discussed, there are various

7  types of removable media that are used with

8  components in Georgia's election system in the

9  ordinary functioning of that system, correct?

10      A.   Correct.

11      Q.   Okay.  What can you tell me about security

12  policies and practices concerning the storage of

13  equipment?  Let's start with the Fulton County

14  warehouse.  Does Fulton County have a policy to

15  secure equipment in the warehouse?

16      A.   Yes.  I'm --

17      Q.   I'm not asking you for the details of the

18  policy right now, to be clear.  I'm just asking

19  whether there is a policy.

20      A.   I'm not -- I'm not -- I don't know about as

21  far as what the policy, but I know that we could

22  definitely secure -- according to the Election Code,

23  we secure all of our equipment, our equipment is

24  secured and it's secured by alarm.

25      Q.   Okay.  What about policies and practices

1  securing components of the election system when they

2  are stored overnight at early voting locations?  Are

3  there policies that Fulton County uses to secure that

4  equipment?

5       A.   To be honest, beyond the policy that I'm

6  aware of in regards to storing equipment overnight in

7  the early voting polling places, would be making sure

8  the equipment is locked, making sure that it is --

9  all equipment is sealed.  Each and every night after

10  early voting site is closed, it is required that they

11  seal all equipment.  That's --

12       Q.   Mr. Gilstrap, I'm sorry I interrupted you.

13  Please continue.

14       A.   I was just going to say that's all I have.

15       Q.   Mr. Gilstrap, in preparing for your

16  testimony and in preparing for your testimony today,

17  have you read any of the expert reports filed in this

18  litigation?

19       A.   No, I haven't.

20       Q.   Are you familiar with Dr. Alex Halderman?

21       A.   Not really.  No, I'm trying to think if I

22  heard that name.

23       Q.   So you have heard the name, but you

24  wouldn't say you are familiar with it?

25       A.   I'm not familiar.  I'm definitely not

Page 98

1    familiar.

2         Q.   Okay.  Are you aware he's been hired as an

3    expert on election security by the -- some of the

4    plaintiffs in this case?

5         A.   No, I'm not.

6         Q.   Okay.  So are you aware that he's analyzed

7    voting equipment that's used in Georgia elections,

8    and specifically I'm talking about the ICX electronic

9    ballot-marking device and ICP scanner and the printer

10   that's used in Georgia's elections to assess its

11   reliability and security?

12        A.   No, I'm not aware of that.

13        Q.   Does Fulton County have the responsibility

14   to address cyber attack vulnerabilities were they to

15   be discovered in Georgia's election system

16   components?

17        A.   I'm pretty sure that we would notify the

18   Secretary of State if something like that happened.

19   That's the only thing that I could -- I could think

20   of that would happen.  If we had any inkling of a

21   cyber attack or any type of vulnerability, that we

22   would notify the Secretary of State and follow their

23   lead in regards to that.

24        Q.   So given that, does Fulton County have the

25   authority to seek out cyber attack vulnerabilities

Page 99

1   that may be present in the Georgia election system?

2        A.   I don't know about that.  I couldn't answer

3   that question.  I don't know if they have the

4   authority or not.

5        Q.   Okay.  So given that you are saying that

6   Fulton would -- let me back up.

7             Is it fair to say that Fulton County relies

8   on the Georgia --

9             MR. SPARKS:  I'm sorry, I'm hearing -- is

10            someone objecting or asking a question?

11            THE WITNESS:  No, it's my phone.

12            MR. SPARKS:  Okay.

13            MS. RINGER:  Derrick, could you turn the

14            volume off or whatever you had done earlier so

15            you wouldn't be disturbed.

16            THE WITNESS:  Yes.  We had power outage and

17            my phone, the voice command on my phone is -- it

18            comes on now and they cannot fix it.  I'm sorry

19            about that.

20            MR. SPARKS:  That's okay.  These things

21            happen.

22        Q.   (By Mr. Sparks) So do I understand that

23   Fulton County would notify the Secretary of State's

24   Office if it became aware of a cyber attack

25   vulnerability?  You understand that, right?

Page 100

1     A.    Yes, I'm pretty sure.  But like I say, I

2  have no knowledge of that because we have never -- I

3  have never -- we never had that situation.

4     Q.    Okay.  But does Fulton County look for

5  cyber attack vulnerabilities in Georgia's election

6  system components as they are used in Fulton County?

7     A.    No, not -- not -- no.

8     Q.    So they look for -- I'm sorry, go ahead.

9     A.    I said no, not to my knowledge.  No.

10     Q.    Okay.  So regarding cyber attack

11  vulnerabilities, Fulton County looks to Georgia

12  Secretary of State's Office for guidance?  Is that

13  right?

14     A.    Yes, we do.

15     Q.    And they would look to the Secretary of

16  State's Office for guidance on implementing any

17  measures that were necessary to address cyber attack

18  vulnerabilities in Georgia's election system.  Is

19  that also right?

20     A.    Yes.

21     Q.    Okay.  And to be clear with the disturbance

22  earlier, Fulton County has not assessed or examined

23  the Georgia election system for cyber attack

24  vulnerabilities.  Is that a correct statement?

25     A.    Yes.

1    Q.   And it follows that Fulton County is not

2  taking any measures to eliminate or remediate any

3  cyber attack vulnerabilities in the Georgia election

4  system.  Is that also right?

5    A.   I think -- I mean, yes, that's correct.  I

6  mean, we -- yes.

7    Q.   So if there were a significant

8  vulnerability that were discovered, say, for example,

9  that a BMD could be hacked in a way to alter QR codes

10  so they don't reflect what the voter actually says,

11  you would look to the Secretary of State's Office for

12  guidance on that?

13    A.   Yes, most definitely.

14    Q.   And you would look to the Secretary of

15  State's Office to remediate that vulnerability.  Is

16  that also right?

17    A.   Yes.

18    Q.   Regarding wireless connections involving

19  components of Georgia's current election system, are

20  you aware of any vulnerabilities related to

21  low-security WiFi and how they affect those

22  components generally?

23    A.   With the KNOWiNK poll pads, we do have to

24  upload the file via WiFi.  By being a statewide voter

25  registration file, it is a pretty big file.  Only

1   thing I can say is that it takes -- it takes quite a

2   while to download each and every poll pad.  But other

3   than that, that's the only thing that we would have a

4   wireless connection.

5        Q.   With regard to that process regarding the

6   downloading file for the poll pads, are you aware of

7   any service security vulnerabilities related to that

8   process?

9        A.   I'm not aware of any.  No, I'm not aware of

10   any.

11        Q.   Do you know who Angelos Keromytis is?

12        A.   No, I don't.

13        Q.   Is Fulton County aware of claims that

14   someone made a successful hacking attempt into Fulton

15   County voting machines via remote WiFi towards the

16   end of 2020?

17        A.   No, I don't know any -- I don't have any

18   knowledge on that.  I don't know anything about that.

19        Q.   Are you aware of any other claims of access

20   to Georgia election system components as used in

21   Fulton County via wireless access?

22        A.   No.

23        Q.   Mr. Gilstrap, I'm going to back up for a

24   moment and ask you to, if you are so designated, to

25   talk about topic 13.  I have just scrolled on

Page 103

1    Exhibit 1, which is still on the screen, to topic 13,

2    which reads, Policies and practices for hiring,

3    training and overseeing technicians and other

4    election workers, including volunteers for 2020 and

5    2221 Fulton County elections, including regarding any

6    background checks, confidentiality requirements or

7    other security measures implemented or contemplated

8    for any such workers.  Did I read that right?

9         A.   Yes, you did.

10        Q.   Do you understand that you have been

11   designated to testify about topic 13 on behalf of

12   Fulton County today?

13        A.   Yes.

14        Q.   What research, if any, did you do to

15   prepare to testify about topic 13 today?

16        A.   None.

17        Q.   Did you review any documents to prepare to

18   testify about this topic?

19        A.   No.

20        Q.   Did you also speak with Mr. Olomo,

21   Ms. Williams and the county attorney in preparation

22   to testify about topic 13?

23        A.   Yes, I did.

24        Q.   The same two sessions that we have

25   discussed earlier today?

Page 104

1       A.    Yes.

2       Q.    Did you speak to anyone else?

3       A.    No.

4       Q.    Are you relying on any other sources for

5   your testimony about topic 13 today?

6       A.    No.

7       Q.    Fulton County has -- let me just ask.  Does

8   Fulton County have policies and procedures for how to

9   train election employees it hires on a permanent

10  basis?

11      A.    I don't know about the policies.  I know

12  that we provide training.

13      Q.    Okay.  And does Fulton County provide

14  training for temporary and part-time workers that it

15  hires for election administration?

16      A.    Yes.

17      Q.    What about for volunteers, does it provide

18  training for them as well?

19      A.    I don't -- I don't -- I can't answer that

20  question.  I don't know -- I don't know the answer to

21  that question.  I have -- I don't work with the

22  volunteers.

23      Q.    What can you tell me about what Fulton

24  County does to train its election workers, be they

25  permanent or temporary?

1      A.   We have -- we have trained -- we provide

2  training in regards to what they are -- like for

3  workers, whatever they are -- whatever they are hired

4  to do, we provide the training to show them the

5  process.  And then for poll workers, we have poll

6  worker training where we go through the step-by-step

7  process for what they need to do on election day or

8  for early voting.

9      Q.   Well, tell me about poll worker training a

10  little bit.  Are they trained for both early or

11  advanced voting and for election day voting at the

12  same time?

13      A.   No, they are not.  Advanced voting

14  trainings is a different training than election day

15  poll worker training.

16      Q.   Are they separate polls for the most part

17  or is there some overlap between those two groups?

18      A.   Can you repeat that?

19      Q.   Sure.  If the training is different, I'm

20  wondering if the workers assigned to advanced voting

21  versus election day voting to administer the

22  election, if those are two separate pools of

23  employees or if it's all one big group and they just

24  have two sets of training or if there's some overlap,

25  then there's some folks who just do election day or

 1  maybe some folks who just do advanced voting.  If you

 2  can tell me how that lines up, and you can use 2020

 3  and 2021 examples, if you like.

 4       A.   Well, I don't know about that.  That would

 5  be more of a question for the election chief, Nadine

 6  Williams.  I am not -- I am not that extensively

 7  involved in the poll worker training.  We just would

 8  buy equipment, if needed.

 9       Q.   What's the most important thing to Fulton

10  County in training its election workers?

11       A.   I mean, as far as -- I mean, it would more

12  than likely be procedures in which to do the job that

13  they are brought on to do.

14       Q.   And how does Fulton County accomplish that?

15  Or to be fair, how does Fulton County seek to

16  accomplish that?

17       A.   They provide training for each and every

18  worker, extensive training.

19       Q.   What about required background checks, are

20  there any currently in place for Fulton County prior

21  to hiring?

22       A.   Where we are -- when we are -- we are --

23            MS. RINGER:  Hold on a second.  Adam, can

24       you clarify which subject are you questioning?

25            MR. SPARKS:  Yes, I'm asking about topic

1        13.   Would it help to pull up the notice again?

2              MS. RINGER:  I have it.  I'm just --

3              MR. SPARKS:  Okay.  Sure.

4              MS. RINGER:  Okay.  Okay.

5              MR. SPARKS:  So --

6              MS. RINGER:  Yes.  Our designation for

7        Mr. Gilstrap with respect to this was really

8        with respect to technicians.

9              MR. SPARKS:  Oh, okay.

10             MS. RINGER:  He's referred you to Ms.

11       Nadine Williams, who is the elections chief on a

12       couple occasions.  Just not sure the degree to

13       which he might be able to speak to some of this.

14       Go ahead with your questioning.

15             MR. SPARKS:  Well, sure.  Well, given that,

16       why don't we talk about technicians now and then

17       we will take a break, and then you and I can

18       discuss in a little more detail.

19       Q.    (By Mr. Sparks) Mr. Gilstrap, let me ask

20  you, what does Fulton County do regarding background

21  checks for election technicians that are assigned to

22  it by outside vendors or otherwise employed by Fulton

23  County elections?

24       A.    Well, what we do is we provide the vendors

25  our requirements in regards to skills, in regards to

1    experience.  As far as with the background checks,

2    that -- those -- all of that is provided by the

3    outside vendors.  That's all I can basically tell you

4    in regards to that.

5         Q.   Okay.  So just so I understand, which parts

6    do Fulton County -- which parts do Fulton County do

7    on its own and which parts does Fulton County refer

8    to the vendors on?

9         A.   Basically we provide what our needs are to

10   the outside vendors and then they handle all of the

11   background checks, the human resources aspects of it.

12   You know, we just want -- we just give them:  We need

13   technicians that are skilled in certain areas that

14   have a certain amount of experience, and then they

15   take care of the rest.

16        Q.   And does Fulton County take any independent

17   measures to ensure the security of its election

18   system equipment and data above and beyond whatever

19   the vendors do?

20        A.   No, I mean, the only thing, they know

21   the -- once they begin work with us, they know the

22   policy of the Secretary of State in regards to as far

23   as with security and quality and that aspect.

24        Q.   Has Fulton County ever experienced a

25   problem with a technician either revealing

Page 109

1    information or data that they shouldn't or otherwise

2    proving ill fitting for the job to which they were

3    assigned?

4         A.   From technician side, I have no knowledge

5    of that.  I have no knowledge of anyone -- that --

6              MR. SPARKS:  May be a good signal it's good

7         for a break.

8              THE WITNESS:  I'm sorry.  I turned the

9         volume all the way down and it's still talking.

10             MR. SPARKS:  That's okay.  Can we go off

11        the record, please?

12             THE VIDEOGRAPHER:  The time is 3:34 p.m.

13        We are off the record.

14             (WHEREUPON, a recess was taken.).

15             THE VIDEOGRAPHER:  The time is 3:48 p.m.

16        We are on the record.

17        Q.   (By Mr. Sparks) Mr. Gilstrap, I wanted to

18   ask you about topic 14 now.  If you will give me a

19   moment, I'll try to pull up the notice again.  This,

20   hopefully, disappeared from my screen.  All right.

21   Can you see that, the exhibit on my screen?

22        A.   Yes.

23        Q.   Okay.  This is still Exhibit 1, the Third

24   Amended Notice of Deposition.  Topic 14 reads,

25   "Policies and practices for scanning and tabulating

1    paper ballots, specifically, a, functionality and

2    operation (including equipment settings) of Georgia's

3    current Election System as used in Fulton County

4    (including software and firmware) for scanning paper

5    ballots, whether generated by BMD or marked by hand

6    or some other means; b, functionality and operation

7    of Georgia's current Election System as used in

8    Fulton County, including software and firmware for

9    adjudicating marks on paper ballots for tabulation;

10   c, any policies and practices contemplated or adopted

11   to try to ensure accurate tabulation of voter

12   selections reflected on paper ballots; d, training

13   and oversight of technicians and other election

14   workers and/or counties on such policies, practices

15   and equipment," did I read that correctly?

16        A.   Yes, you did.

17        Q.   All right.  And do you understand yourself

18   to be designated to testify on behalf of Fulton

19   County for topic 14?

20        A.   Yes.

21        Q.   Okay.  A follow-up to that, given your

22   counsel's prior representation about who trains

23   nontechnician election workers, does that part of

24   topic 14 also fall within your designation or would

25   that fall under another designated component?

Page 111

1      A.   You are talking about training
2   nontechnician?
3      Q.   Training election technicians, I
4   understand, would fall within your designation?
5      A.   Yes, it would.
6      Q.   Okay.  Training other election workers?
7           MS. RINGER:  Right.
8      Q.   (By Mr. Sparks) Does that fall within your
9   designation as well or within someone else?
10      A.   Someone else.
11      Q.   Okay.  I will presume unless your attorney,
12   the county attorney, corrects me that that someone
13   else is Ms. Williams and training with regard to
14   election workers that are not technicians would fall
15   within her designation for purposes of topics 13 and
16   14.
17           MR. SPARKS:  Counsel is nodding, which I
18        presume means it's at least in the ballpark of
19        correct?
20           MS. RINGER:  That's correct.  I'm making a
21        note for myself.
22           MR. SPARKS:  All right.  Great.  Thank you.
23        Thank you both.
24      Q.   (By Mr. Sparks) So let's talk about
25   technician training, Mr. Gilstrap.  You have already

1   talked a bit about the vetting process that they go

2   through in topic 13, but what training do election

3   technicians receive from Fulton County, if any?

4        A.   Well, for training election technicians, we

5   train them on the functionality of the equipment.  We

6   train them on the L&A, logic and accuracy testing,

7   and the procedures that are provided by the Secretary

8   of State.  And basically they are also trained on as

9   far as how to close out, the opening and closing of

10  the equipment for troubleshooting purposes on

11  election day and early voting.

12       Q.   Okay.  Anything else?

13       A.   No.

14       Q.   And I had previously understood you to say

15  that technicians for Dominion and KNOWiNK were

16  present to assist with repairing problems that arose,

17  and there were some differences there that I won't

18  parse right now.  But I had understood that they were

19  on call to assist with problems in the components in

20  the election system.  Do I understand you correctly

21  to say that they were also trained on how to operate

22  the equipment during elections or am I

23  misunderstanding what you are saying?

24       A.   Well, they were not trained by Fulton

25  County.  They were trained by their vendors.  So I

Page 113

1   couldn't talk about what they were trained on.   I

2   know that they were trained to handle issues that

3   come up in regards to the equipment, all voting

4   equipment.

5           Q.   Okay.   So you are saying that the training

6   was actually done by vendors but Fulton County could

7   see that it had been done because they were able to

8   resolve problems with scanning and tabulating paper

9   ballots.   Is that a fair encapsulation?

10          A.   That is a fair -- that is correct.

11          Q.   Did Fulton County contribute to how they

12  were trained or what they learned about the equipment

13  from the vendors themselves?

14          A.   No, we didn't have any contribution in how

15  they were trained or how they learned.

16          Q.   Walk me through -- let's start at a

17  high-level generality.   Walk me through how paper

18  ballots are scanned in Fulton County elections.   If

19  you need to separate it by electronic BMD ballots and

20  hand-marked paper ballots, that's fine.   If you need

21  to separate it by elections within a given year,

22  that's also fine.   But at a general level, walk me

23  through how that works.

24          A.   Okay.   Now, as far as BMD ballots, those

25  ballots are scanned using RCA scanning -- it's

1   scanned by RCA scanners that are basically at the

2   precinct or polling location.  Once a voter makes the

3   selections on the ballot-marking device, it prints

4   out a ballot on our -- from the printer that is

5   connected to that ballot-marking device, BMD, and

6   then that ballot is taken -- it's taken to the

7   scanner by the voter and inserted into the scanner by

8   the voter and that's how those ballots are scanned.

9   And as far as absentee-by-mail ballots, those are

10  scanned through a high-speed scanner.  And those

11  are -- our technicians are -- do not scan those

12  ballots.  Those are basically scanned by -- the

13  absentee by mail, by the registration office.  And

14  those are scanned through a high-speed scanner and

15  once those ballots are scanned, they are basically --

16  it's basically -- basically taken from that.  It's

17  a -- we have a -- a high-speed scanner is connected

18  to a PC whereby you will be able to see the ballots

19  being scanned.  Once all the ballots are scanned from

20  that scanner, we upload from that PC using -- using a

21  USB that had -- that had been programmed to that

22  scanner.  And that USB is taken to our server and

23  that's when the results are uploaded and tabulated.

24      Q.   Okay.  I apologize, there are sirens

25  outside our window.  So I think I heard most of that.

1          Discussing the scanning of the BMD ballots,

2     in particular, are there standard equipment settings

3     for the scanners in use in polling places in Georgia?

4          A.   I mean, yes, they are -- all scanners

5     are -- all scanners are -- basically have the same

6     settings except for with the memory card inside the

7     scanners, they are -- that's the only difference.

8     The election meeting inside the scanner, they are set

9     to their specific polling location.

10         Q.   And how are the scanning settings

11    themselves determined for these scanners?

12         A.   These -- the scanner settings are already

13    set inside the scanner.  Once they do acceptance

14    testing, we do not change the setting.  Mainly what

15    we do is we make sure that the time is correct, if

16    not, we change the time.  But other than that, all

17    the settings have already been pre-selected.

18         Q.   I thought I heard you say we do not manage

19    the scanner.  Did I hear that correctly?

20         A.   No, I didn't say that.

21         Q.   So who determines what the settings should

22    be -- let me start back.

23         Let me move to vote-by-mail ballots for a

24    minute because I think that makes a little more

25    intuitive sense.  Now, how are those settings

Page 116

1    established, the high-speed scanners that scan

2    hand-marked paper ballots that come in through

3    absentee voting?

4         A.   Those settings are established through the

5    Secretary of State.  The standard procedure that we

6    do for logic and accuracy for the other equipment, we

7    also do for the high-speed scanner.

8         Q.   So those settings are checked and

9    established during the logic and accuracy process --

10        A.   Yes, they are.

11        Q.   -- is that correct?  And those settings are

12   determined centrally by the Secretary of State's

13   Office.  Is that right?

14        A.   Yes, yes, they are.

15        Q.   Okay.  Does Fulton County have any

16   troubleshooting policies or other policies to address

17   problems in scanning paper ballots?

18        A.   We don't have our own policies.  We go by

19   the policies of the Secretary of State.

20        Q.   So Fulton doesn't have anything of its own

21   that it directs its workers or technicians to do if

22   there's a problem, but, rather, it relies on policies

23   obtained from Georgia Secretary of State's Office?

24        A.   Yes, we rely on the policies obtained from

25   Georgia Secretary of State's Office.

1    Q.   What about when it comes to tabulation of

2    ballots after the scanning process?  We talked a

3    little bit about tabulation earlier, but I would like

4    to ask whether there are any policies or practices

5    adopted by Fulton County to try to secure accuracy in

6    the tabulation?

7    A.   There's no policies that I'm aware of.  For

8    that as well, we rely on the Secretary of State in

9    regards to their policies.

10   Q.   Is there anything specific to Fulton County

11   that Fulton County uses to ensure accurate

12   tabulation?

13   A.   Nothing that's not where -- as far as what

14   the Secretary of State wants us to do.  Nothing

15   specific, just for Fulton County, no.

16   Q.   Well, I ask because you mentioned a

17   spreadsheet earlier that it sounds as though Fulton

18   County had developed to ensure that all of the memory

19   cards that should be included in tabulation were.

20   But that was not provided by the Dominion-provided

21   iteration of the election management system.  Am I

22   remembering that correctly?

23   A.   Yes, you are.

24   Q.   Okay.  Do you consider that a practice that

25   was adopted to try to ensure accurate tabulation?

Page 118

1      A.   Yes, I am -- I do.  I do consider that a
2   practice that we use to make sure that all memory
3   cards are tabulated from election day, yes.
4      Q.   Okay.  Is there anything else like that
5   that Fulton County has done to ensure accurate
6   tabulation of results?
7      A.   No.  Not that I'm aware of.
8      Q.   Okay.  What about the way that Georgia's
9   election system is used in Fulton County, can you
10  tell me about how that practice functions for
11  adjudicating ballots that go through the panel
12  adjudication process tabulation?
13          That's not a very good question.  Let me
14  try a different one.
15          Can you walk me through how Fulton County
16  adjudicates paper ballots when required?
17     A.   Okay.  Okay.  If we have paper ballots
18  that -- well, the adjudication process is basically
19  we scan all paper ballots through our high speed
20  scanner.  If ballots are located that they are not
21  read in any type of way or the State, I guess,
22  determines the level of -- of, I guess, accuracy or
23  adjudication in regards to if a ballot is being read
24  correctly or not.
25          Once we upload the ballots to our server,

Page 119

1   we upload through the adjudication part of the
2   election management system.  All ballots that are
3   determined that needs to be adjudicated are selected
4   and those are the ballots that we adjudicate using a
5   selected vote review panel.  I cannot tell you how
6   the vote review panel is selected.  That would be a
7   question of our -- that you can ask our election
8   chief.  He has that responsibility.
9        Q.   Sure.  And I'm actually asking more about
10   the technical side of things.
11        A.   Okay.
12        Q.   I understand.
13        A.   Okay.  Once the ballots are -- once all
14   ballots are uploaded and the ballots are selected to
15   be adjudicated, then we have the adjudicated process
16   where we have a vote review panel that comes in and
17   takes a look at those ballots and determine whether
18   they can be accepted or not accepted.  And if they
19   are accepted, then they are, I guess, added into --
20   they are added into a -- the tabulation.
21        Q.   And the setting for determining which
22   ballots need to go through an adjudication panel,
23   those are determined at Fulton County or by the
24   Georgia Secretary of State or by some other party?
25        A.   The degree -- I know from adjudication

Page 120

1    training is we was told that it was determined by the

2    Secretary of State.

3         Q.    And it follows, as with the prior testimony

4    in this topic, that the Secretary of State-determined

5    settings for the machines is implemented through

6    logic and accuracy testing for the scanners.  Is that

7    right?

8         A.    Yes.

9         Q.    That was a bit convoluted.  Thank you for

10   staying with me.

11         Mr. Gilstrap, I don't think I went through

12   our litany on topic 14.  So if you will indulge me,

13   I'm going to do that really quickly.  If we are doing

14   it twice, then I apologize to you, the court reporter

15   and our audience here today.  Can you tell me what

16   research you have done to testify in preparation to

17   discuss topic 14 today?

18         A.    None.

19         Q.    And what documents did you review, if any,

20   to prepare to testify on this topic?

21         A.    No documents.

22         Q.    Did you speak with anyone to prepare to

23   testify on topic 14?

24         A.    Yes.

25         Q.    Was that Mr. Olomo, Ms. Williams and the

Page 121

1    county attorney?

2         A.   Yes.

3         Q.   And those were the two sessions that we

4    talked about throughout today?

5         A.   Yes.

6         Q.   Are there any other sources on which you're

7    relying for your testimony about topic 14?

8         A.   No.

9         Q.   I'm going to scroll down a couple of topics

10   here.  So let's talk about topic 16.  Topic 16 of the

11   notice reads, "Voting data from Fulton County for

12   2020 or 2021 elections or copies or images of voting

13   equipment used in Fulton County for 2020 or 2021

14   elections taken or received by third parties, the

15   location or locations of any such information or

16   materials, and your response to any such incident.

17   Did I read that right?

18        A.   Yes.

19        Q.   And I understand from discussions with your

20   counsel that you are now designated to testify about

21   topic 16 on behalf of Fulton County.  Do I understand

22   that correctly?

23        A.   Yes.

24        Q.   Okay.  What research, if any, have you done

25   to prepare to testify about topic 16 today?

Page 122

1      A.   None.

2      Q.   Did you review any documents to prepare to

3  testify about this topic?

4      A.   No.

5      Q.   Did you also speak with Mr. Olomo,

6  Ms. Williams and the county attorney to prepare to

7  testify about topic 16?

8      A.   Yes.

9      Q.   And those were the two sessions that we

10  have discussed throughout the day?

11      A.   Yes.

12      Q.   Did you speak with anyone else to prepare

13  to testify about topic 16?

14      A.   No.

15      Q.   Are you relying on any other sources for

16  your testimony about topic 16?

17      A.   No.

18      Q.   Do you know of any voting data, copies or

19  images of voting equipment used in Fulton County for

20  2020 and 2021 elections that was taken or received by

21  third parties?

22      A.   No, not to my knowledge.

23      Q.   Had a third party taken copies or images of

24  voting equipment used in those elections or voting

25  data in those elections, would that be a concern to

1    Fulton County?

2         A.   Yes, I would think so.

3         Q.   And why would you think so -- excuse me,

4    why would Fulton County think so?  Is a better way.

5         A.   I mean -- I mean, any -- I mean, as far as

6    personally, any data -- I mean, I'm -- I just believe

7    that all data -- all data, it should be discreet and

8    secure, I mean, unless it is authorized to be given.

9         Q.   If a third party took or received data or

10   copies or images of equipment as described in this

11   topic, would that violate cybersecurity policies that

12   Fulton County uses in its elections?

13        A.   I don't know.  I can't answer that.  I

14   have -- I have no knowledge of that.  I can't answer

15   that.

16        Q.   Is that because Fulton County follows

17   Secretary of State guidance on such security

18   policies?

19        A.   Yes, I mean, yes, we -- definitely, we

20   would follow -- we would alert Secretary of State and

21   follow their -- their response to that.

22        Q.   And I understand you to say that you are

23   not aware of any such incidents as described here.

24   Am I understanding correctly?

25        A.   Yes.

1    Q.   Okay.  My next question is a little

2  different.  Is Fulton County aware of even the

3  potential incidence that anything like this has

4  occurred to whence voting data, copies or images of

5  voting equipment that's being taken or received by

6  third parties?

7    A.   No, I have no knowledge of it.

8    Q.   And there's no reason that your knowledge

9  would diverge from that of Fulton County concerning

10  your testimony today, correct?

11    A.   Correct.

12    Q.   Topic 17 is just below topic 16 in this

13  notice, and topic 17 reads, Any changes to any

14  software or firmware used on any component of

15  Georgia's current Election System as used in Fulton

16  County since September 1, 2020, including when, how,

17  why and by whom any such changes were made and

18  approved.  Did I read that correctly?

19    A.   Yes, you did.

20    Q.   And do you understand yourself to be

21  designated to testify as to topic 17 on behalf of

22  Fulton County today?

23    A.   Yes.

24    Q.   Mr. Gilstrap, did you do any research to

25  prepare to testify on topic 17 today?

Page 125

1      A.   No.

2      Q.   Did you review any documents to prepare to

3  testify on topic 17?

4      A.   No.

5      Q.   Did you discuss with Mr. Olomo,

6  Ms. Williams and the county attorney topic 17 in an

7  effort to prepare to testify on it today?

8      A.   No -- yes, I mean yes.  Sorry.  Yes, I did.

9      Q.   And those were in the two sessions that we

10 have talked about throughout today's testimony?

11     A.   Yes, it is, yes.

12     Q.   Are you relying on any other sources of

13 information for your testimony about topic 17?

14     A.   No.

15     Q.   What changes to software on ballot-marking

16 devices in Georgia as used in Fulton County have

17 occurred since September 1st, 2020?

18     A.   As I said earlier, we had updates from

19 software, firmware on the ballot-marking devices

20 which was a statewide update, whereas Dominion did an

21 update to those ballot-marking devices.  That's the

22 only update that we had on the current election

23 system.

24     Q.   What about any other component of the

25 system which you're aware, including printers,

Page 126

1    scanners, any election servers used by Fulton County,

2    have there been any changes to the software on those

3    devices since September 1st, 2020?

4         A.   No, none that I'm aware of.

5         Q.   What about to the firmware of any of those

6    components, have there been any changes to that on

7    these components or any of them since September 1st,

8    2020?

9         A.   No, not that I'm aware of.

10        Q.   Does Fulton County have -- has Fulton

11   County communicated with the election systems

12   commission about the certification of any of these

13   components of the election system?

14        A.   Can you state -- can you restate that

15   question again?

16        Q.   Yes.  I think I should.

17             Has Fulton County talked to the election

18   assistance commission at any point about software or

19   firmware changes to any of the components of Georgia

20   election system as used in Fulton County?

21        A.   No, nothing that I'm aware of.

22        Q.   So Fulton County would not have information

23   about election assistance commission certification of

24   any software or firmware changes to any component of

25   Georgia's election system since September 1st, 2020?

1        A.    No, I don't have any knowledge of that.

2        Q.    Okay.  Is there any reason that your

3   knowledge would diverge from that of Fulton County

4   for purpose of today's testimony?

5        A.    No.

6        Q.    I'm going to scroll all the way back to

7   topic 4.  Topic 4 reads, Any execution or operational

8   issues or challenges with Georgia's current Election

9   System involving any Fulton County 2020 or 2021

10  elections, any solutions or other measures

11  implemented, planned, or contemplated to resolve or

12  mediate, mitigate or otherwise address any such

13  issues or challenges and the success or failure of

14  any such efforts.  Did I read that correctly?

15       A.    Yes, you did.

16       Q.    And do you understand yourself to be

17  designated to testify about topic 4 on behalf of

18  Fulton County today?

19       A.    Yes.

20       Q.    I'm sorry, was that a, yes?

21       A.    Yes.  Yes.

22       Q.    Now, Mr. Gilstrap, what research, if any,

23  did you do to prepare for your testimony about topic

24  4 today?

25       A.    None.

Page 128

```
 1        Q.    Did you review any documents to prepare to
 2   testify about topic 4?
 3        A.    No.
 4        Q.    With whom did you talk to about topic 4 to
 5   prepare for this deposition?
 6        A.    Mr. Olomo, Ms. Williams and the county
 7   attorney.
 8        Q.    Were those in the two sessions that we have
 9   talked about throughout today's deposition?
10        A.    Yes.
11        Q.    Did you talk to anyone else to prepare to
12   testify about topic 4?
13        A.    No.
14        Q.    And are you relying on any other sources
15   for your testimony about topic 4?
16        A.    No.
17        Q.    So let's talk a little bit about the 2020
18   primary.  Were there any unprecedented challenges
19   with running the election, the primary election in
20   June of 2020?
21        A.    Are you -- are you talking about involving
22   the election system or --
23        Q.    Well, I'm talking about execution or
24   operational issues or challenges with the system
25   involving any elections over 2020 and 2021.  And so
```

Page 129

1    I'm offering you an invitation to point out any

2    particular issues or challenges that might have

3    popped up for the primary in 2020 that maybe Fulton

4    County had not faced.

5         A.    I mean, no execution or operational issues

6    I'm aware of.  Now, as far as planning through the

7    pandemic, that provided a challenge for us as far as

8    the primary election in 2020.

9              MR. SPARKS:  Can we go off the record for a

10        moment?

11             THE VIDEOGRAPHER:  The time is 4:23 p.m.

12        We are off the record.

13             (WHEREUPON, a recess was taken.).

14             THE VIDEOGRAPHER:  The time is 4:33 p.m.

15        We are on the record.

16        Q.    (By Mr. Sparks) Mr. Gilstrap, I want to

17   clarify something with regards to topic 4.  I

18   understand that you are prepared to testify to topic

19   4 with the proviso that it includes the operation of

20   the Georgia election system as we have been

21   discussing today, which is somewhat -- which is a bit

22   more cabined than might be useful really.  So we are

23   talking about, you know, the EMS server and marking

24   devices and optical scanners and poll pads and things

25   of that nature, but that things that may have caused

1   a challenge for certain elections in 2020, such as

2   absentee ballot applications, are -- and their

3   downstream effects are not something about which you

4   are prepared to testify for Fulton County today.  So

5   with that understanding, unless you understand

6   differently from me, we will proceed with discussion

7   about that constrained topic 4, and it may be that

8   Fulton County needs to designate an additional

9   witness for portions of topic 4 outside those

10  systems.

11       A.   Okay.

12            MR. SPARKS:  I wanted to make sure any

13       testimony we got was actually on behalf of

14       Fulton County is all.  So it was worth the

15       clarification.

16            All right.  So going back to topic 4 and I

17       have got an exhibit I want to show you but I

18       have to find it.

19            (Exhibit 5, E-mail string to Watson from

20       Harvey, 6/9/2020, Bates stamped

21       State-Defendants-00108790 - 00108791, marked for

22       identification.)

23       Q.   (By Mr. Sparks) All right.  I have just

24  added what's been marked as Exhibit 5 to your marked

25  exhibits folder, Mr. Gilstrap.  I'll do my best to

1    put it up on the screen as well.  All right.  And

2    here's Exhibit 5.  It's about three pages consisting

3    of an e-mail thread from June 9th, 2020, if you want

4    to take a moment and review it.

5         A.   Okay.  I reviewed it.

6         Q.   Okay.  Do you know what election protection

7    is?

8         A.   No, I don't know exactly -- no, I don't

9    know.  I don't know.

10        Q.   Sure.  I'll represent to you that it's a

11   nonpartisan organization that often acts to assist

12   voters during elections, ensuring that registered

13   voters eligible to vote are able to get their ballots

14   cast.  So this is an e-mail sent in to Fulton County

15   and Secretary of State personnel on June 9th,

16   regarding problems they reported this morning and

17   there's a number of problems further down the list

18   that were recorded.  You can see right here at the

19   8:20 a.m. e-mail towards the bottom of the Page 2 of

20   the exhibit, about Thicket Elementary, 11 C, has

21   extremely long lines, was reported did not open

22   either.  Do you see that?

23        A.   Yes, I do.

24        Q.   Sure.  And then down on Page 3, there's

25   some additional precincts about which election

1    protection, this author of the e-mail, claims to have

2    received concerning, quote, locations are not open

3    and that there were no machines and voters are not

4    being given paper ballots at a couple of the

5    additional locations.  Do you see that as well?

6         A.   Yes, I do.

7         Q.   Right.  So is it fair to describe some of

8    the problems with precinct openings and the

9    unavailability of emergency paper ballots on June 9th

10   as execution or operational issues or challenges for

11   Georgia's election system?

12        A.   Yes, from these e-mails, yes.

13        Q.   And how did Fulton County go about

14   attempting to resolve these problems and any others

15   like them in the June 2020 primary?

16        A.    If it was a technical issue, then -- and if

17   it was reported to the -- to the election preparation

18   center, we would contact the poll manager and make

19   sure that -- that the equipment is working correctly.

20   I know I'm looking at some of these things as they

21   are logistics, which I am not over logistics, in

22   regards to making sure that the -- I'm not over the

23   delivery of the equipment.  I'm not over as far as

24   paper ballots are at the location on election day.

25   So I couldn't -- I couldn't respond to these at the

Page 133

1   time.

2          Q.    Okay.

3          A.    This is the first time I saw these e-mails.

4          Q.    Well, I understand this may be the first

5   time you have seen some of these e-mails.  Is it the

6   first time you have been made aware of these problems

7   from the June 2020 primary?

8          A.    I know I was aware of the -- the long lines

9   and precincts not opening.  I'm not -- I was not

10  aware of which precincts right offhand.  If I was

11  called with a -- if a -- situation where the -- where

12  they were having problems with the equipment, then my

13  staff would troubleshoot, and if we couldn't handle

14  it over the phone, then we could go to a particular

15  polling place and make sure all the voting equipment

16  was working properly and the poll is up and running.

17         Q.    When you say "we," do you mean Fulton

18  County election employees --

19         A.    Yes.

20         Q.    -- or --

21         A.    I mean Fulton County election technicians.

22         Q.    Election technicians.  And these are

23  distinct from Dominion or KNOWiNK technicians that we

24  have talked about earlier?

25         A.    Yes.  Now, if it was a KNOWiNK situation

1  with a poll pad, we did have KNOWiNK technicians on

2  hand that went out to those locations that had poll

3  pad issues.  Other than that, it was mainly -- well,

4  for this election, we did have Dominion techs that

5  also went out when we had issues with equipment.

6  This was the primary.

7       Q.   Yes.  What kind of issues?  Go ahead.

8       A.   We have issues with -- we have issues with

9  BMD or a scanner, if we had those issues, and we had

10  a Dominion tech in the warehouse on election day,

11  we -- we -- we would have sent them to that site,

12  including with our own techs from Fulton County.

13  Mainly, the techs, they work with logic and accuracy

14  testing.

15       Q.   Sure.  Of course, this is happening after

16  the logic and accuracy testing and once the election

17  is running, correct?

18       A.   Correct.

19       Q.   Okay.  There should be an Exhibit 6 in your

20  marked exhibits file now, Mr. Gilstrap.  You may want

21  to refresh and pull it up.  I'll also put it up on

22  the screen.

23            (Exhibit 6, E-mail string to Germany and

24        other from Houk, 8/11/2020, Bates stamped

25        State-Defendants-00110732 - 00110734, marked for

1       identification.)

2       Q.   (By Mr. Sparks) And this is another

3  three-page e-mail just to read.  My question concerns

4  the e-mail starting on Page 2.

5       A.   Okay.  I read it.

6       Q.   Yes.  So on Page 2, Attorney Houk, who you

7  can see in the first paragraph of this e-mail to

8  Mr. Germany and Mr. Harvey.  First paragraph talks

9  about the lawyers committee convening the national

10 election protection program.  The second paragraph

11 concerns voting machines, poll pad issues in Floyd,

12 Chatham, Fulton and Gwinnett Counties.  Quote, Some

13 of the reports indicate a problem with "decoders"

14 that are preventing the printing of ballot access

15 cards or other machine-related issues.  And you can

16 see that the date of this e-mail is August 11, 2020,

17 correct?

18      A.   Correct.

19      Q.   So this was the primary runoff in 2020,

20 right?

21      A.   Yes.

22      Q.   Okay.  Can you tell me anything more about

23 this asserted problem with poll pad issues in Fulton

24 County concerning decoders?

25      A.   With poll pad issues concerning decoders,

1  this was -- it was not a major issue.  I know with

2  those decoders, they have -- any pull or tug to the

3  cord can easily pull it out of the poll pad.  Once

4  it's reinserted and established again, it works -- it

5  works just fine.  From my recollection of the issue,

6  it was a very minor issue.  We was able to -- to let

7  the poll manager know to make sure the -- that

8  nothing is pulling the cord from the decoders and,

9  also, make sure that they're all the way pushed in

10  and connected properly and so once you put in the

11  voter access card, it will be able to work.  It will

12  create the card.  I cannot recollect if we had -- we

13  had to send a KNOWiNK tech out to any of these sites,

14  but from my recollection, it wasn't a major issue in

15  our county.

16        Q.   And who was first up to deal with problems

17  like this with the poll pads as they were reported?

18  Was that Fulton County?  Was that KNOWiNK?  Was that

19  the Secretary of State's Office, or was it someone

20  else or a combination of these?

21        A.   Well, you'd see, like I had said before,

22  usually they have a dashboard, the Secretary of State

23  and KNOWiNK, so even before we find out that a

24  situation is being -- it's been reported, they know.

25  They alert KNOWiNK, the Secretary of State does, and

1   then KNOWiNK alerts the technician in that county.

2   Once he's there alerting the county, they sometimes

3   contact the poll manager if you haven't already found

4   out about the situation, they contact them.  They

5   contact the poll manager and if there's a serious

6   problem that they cannot handle on the phone, they go

7   out to the site and the problem.

8          Q.   So sometimes even when it's the county

9   technician or the poll manager that addresses the

10  problem on the ground, the first notice of the

11  problem and/or what to do about it will actually come

12  from the vendor or the Secretary of State's Office?

13         A.   Yes.  There's the dashboard that is -- that

14  is around election day that the county do not have

15  privilege of seeing, that -- of all the polling

16  places that basically KNOWiNK provides poll pads to,

17  and if it's a poll pad issue, it can definitely be

18  notified before we find out about it.

19         Q.   When you say the dashboard, is that

20  something set up by KNOWiNK?

21              A better question might be is the dashboard

22  setup to or accessible by Fulton County?

23         A.   No.  We wish we could access the dashboard

24  but we are not able to.

25         Q.   Is that still true today?

Page 138

```
 1        A.    That is true through today.
 2        Q.    So for the next upcoming election in 2022,
 3   Fulton County won't have access to a dashboard like
 4   that?
 5        A.    As of the present time, we do not have
 6   access to those dashboards.
 7        Q.    Have problems like this one that's
 8   described with the decoder, have they occurred since
 9   the August 11th election in 2020?
10        A.    Yes, they have.
11        Q.    Can you tell me how often and generally
12   whether that's frequent or occasional or almost never
13   or always?
14        A.    I would say occasional.
15        Q.    Occasional?
16        A.    Uh-huh.
17              MR. SPARKS:  Take that down.  All right.
18        Now I just added what's been marked as Exhibit 7
19        to your marked exhibits file as well,
20        Mr. Gilstrap.  I'll try to pull it up here.
21              (Exhibit 7, E-mail string to Brower and
22        others from Cummings, 10/22/2020, Bates stamped
23        State-Defendants-00169113 - 00169114, marked for
24        identification.)
25        Q.    (By Mr. Sparks) All right.  This is a
```

1   two-page e-mail thread.  If you could let me know

2   when you have reviewed it.

3          A.   Okay.  I read it.

4          Q.   Okay.  Do you recognize this e-mail,

5   Mr. Gilstrap?

6          A.   Yes, I do.

7          Q.   And that's your e-mail address on some, but

8   not all, of the e-mails in the thread, correct?

9          A.   Correct.

10          Q.   Okay.  And so you see that this e-mail

11   thread is about a ballot that printed with two QR

12   codes on it?

13          A.   Yes.

14          Q.   Now, had you heard of that issue prior to

15   receiving this e-mail in October of 2020?

16          A.   No, I hadn't heard of that issue prior to

17   receiving -- I received the call from the election

18   site in the early voting election site.  And that was

19   the first that I heard of the double QR code.  At

20   that present time, I reached out to the Secretary of

21   State and the Center of Election Systems about the

22   issue.  They said they were going to call me back,

23   but they never did.  I then reached out to the

24   election chief at that time, Mr. Dwight Brower, and

25   let him know the situation.  And also, Ms. Benjamin,

1   who was my -- who was the supervisor at the time, and

2   also she was over early voting, she's over early

3   voting.  And told them I'm waiting on the Secretary

4   of State to get back with me with the resolution to

5   the situation.  Once I didn't get a resolution,

6   that's when I contacted the poll manager for that

7   early voting site and let them know what was

8   happening.  And that's when, the next day, they

9   e-mailed Mr. Brower to try to find out because the

10  voter -- the voter was waiting on a response.  And

11  that's when Mr. Brower e-mailed Michael Barnes who is

12  the director of the center of election systems and

13  from the e-mail, he reached out to Dominion and

14  that's where he got the response there in this

15  e-mail.

16       Q.   Yes, I see Mr. Barnes's response here

17  regarding what Dominion has told us, that when a

18  voter enters a number of write-in selections, the BMD

19  will produce a second QR code, and then he suspects

20  that might be why this ballot held two.  Do you see

21  that?

22       A.   Yes, uh-huh.

23       Q.   And then Mr. Brower and Mr. Cummings each

24  respond, Well, what about L&A?  Shouldn't this be

25  duplicated in L&A?  And Mr. Collins said we have had

1    it happen at least once during L&A.  So that means

2    that wouldn't just be a one-off issue if it had

3    happened before, correct?

4         A.    Well, at the present time, I didn't -- I

5    had no -- I was not notified that it did happen at

6    L&A.  And I was not in that conversation about the

7    double QR code.  So I did not -- did not see it in

8    L&A.  Mr. Cummings said he had discussed it with

9    Dominic.  So from his -- from the e-mail, this

10   e-mail, it did happen at least once during L&A.

11        Q.    So it follows that L&A didn't necessarily

12   prevent this incident from occurring.  If it happened

13   once then but also happened again during advanced

14   voting, correct?

15        A.    Yes.

16        Q.    Has Fulton County sought to alter or change

17   its L&A procedures in any way as a result of this

18   incident?

19        A.    No.  No, we still go by the procedures that

20   are -- that are the policies and procedures of the

21   State of Georgia and the Secretary of State's Office.

22   If a situation like this comes about, we take it to

23   the Secretary of State or if any type of irregular

24   situation.  I know once I -- once I found out about

25   it, that's exactly where I go with the situation.  I

Page 142

1   ask them, do they know anything about it and what's

2   the resolution to this situation?

3        Q.   So straight to the Secretary of State then?

4        A.   Yes.

5             MR. SPARKS:  Could we go off the record for

6        a moment, please.

7             THE VIDEOGRAPHER:  The time is 5:03 p.m.

8        We are off the record.

9             (WHEREUPON, a recess was taken.).

10            THE VIDEOGRAPHER:  The time is 5:13 p.m.

11       We are on the record.

12       Q.   (By Mr. Sparks) Thank you for bearing with

13   us, Mr. Gilstrap, just a couple more questions.  And

14   these actually concern logic and accuracy testing.  I

15   wanted to ask if Fulton County, in elections for 2020

16   and 2021, aside from the double QR code incident

17   reflected in Exhibit 7 that we just read, aside from

18   that one, has Fulton County found errors during logic

19   and accuracy testing in elections in either of the

20   preceding two years?

21       A.   No other incidents that I can think of;

22   that was the only one.

23       Q.   Okay.  So when I say "errors," to be clear,

24   I don't just mean significant errors.  Like, I don't

25   know, an BMD catch on fire or something.  That would

Page 143

1    be a significant error.  I also mean fairly minor

2    ones that could be corrected with fairly minimal

3    effort.  Is it Fulton's position that there's been no

4    errors caught in logic and accuracy testing aside

5    from that one in the past two years?

6         A.   Nothing I can think of at this time.  Only

7    other -- I'm not sure if it's an error, but as far as

8    if you have a registration -- if you have a

9    registration issue in an election that -- involving a

10   precinct, then it's -- it's a possibility that it

11   could show up in L&A in regards to our tabulated and

12   uploading to the server for L&A.

13        At this case, in that situation, the

14   election probably cannot be changed.  So we would

15   have to -- basically what happens is that the

16   voter -- the voter registration would be changed in

17   regards to the poll pad in order to work for that

18   election.

19        Q.   And how would that error relay to you and

20   present itself in logic and accuracy testing?

21        A.   For instance, if we have a polling place

22   change, a last-minute polling place change, whereby

23   polling places are combined, then when the center of

24   elections is created, the project -- that revision

25   may have not been updated yet in ElectioNet.  So when

Page 144

1   that happens, either two things that we can do.  We
2   can -- basically what we usually do is the voters
3   would all be assigned to one precinct, the precinct
4   that's already in the election project.  Other than
5   that, I haven't really experienced, but that -- that
6   also happened before we got the new system.  That was
7   an L&A circumstance that happened with the previous
8   system as well.
9       Q.   When you say "the previous system," you
10  mean what someone called the DRE GEMS system?
11      A.   GEMS system.
12      Q.   Do you remember about when that was, what
13  year maybe?
14      A.   No, I don't -- I mean -- I mean, it was
15  something that we -- we had to take occasionally.
16          MR. SPARKS:  Mr. Gilstrap, I think I'm done
17      with you for today.
18          THE WITNESS:  Okay.
19          THE VIDEOGRAPHER:  This concludes the
20      deposition.  The time is 5:19 p.m. and we are
21      off the record.
22          (WHEREUPON, there was a discussion off the
23      record.)
24          THE VIDEOGRAPHER:  The time is 5:23 p.m.
25      We are on the record.

Page 145

```
 1            MR. SPARKS:  Welcome back to the record,
 2       everyone.  At this time, Curling Plaintiffs are
 3       going to suspend the Rule 30(b)(6) deposition of
 4       Fulton County defendants to resume on Monday,
 5       January 31st.  It's Curling Plaintiffs' position
 6       that the testifying witnesses, though generous
 7       with their time, were unprepared on, at minimum,
 8       portions of certain topics for which they were
 9       designated.  Counsel also understands that
10       certain portions of those topics will need to be
11       redesignated to various deponents.  So without
12       relinquishing its right to examine any of the
13       designated deponents for time remaining as
14       permitted under the Federal Rules of Civil
15       Procedure, Curling Plaintiffs are going to
16       suspend the deposition at this time and
17       correspondence will follow concerning the
18       particulars of its concerns as stated today.  So
19       with that, I want to thank the court reporter,
20       the videographer, counsel, witnesses and
21       everyone here for your patience and your
22       participation today.  Thank you for your work.
23            MS. RINGER:  I just wanted to add one
24       thing.  So to the extent that we may need some
25       clarification on behalf of Fulton County
```

Page 146

1        defendants with respect to terminology -- I

2        think that was one issue that we had with the

3        designation -- then we will follow up and make

4        sure we are clear before the 31st.

5              MR. SPARKS:  Understood.

6              MS. RINGER:  Okay.  Thank you.

7              MR. SPARKS:  All right.  Thank you all.

8              THE VIDEOGRAPHER:  This suspends the

9        deposition.  The time is 5:25 p.m. and we are

10       now off the video record.

11             (Whereupon, the proceedings were concluded

12       at 5:29 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 147

1                      C E R T I F I C A T E

2    STATE OF GEORGIA   )

3                       ) ss.:

4    FULTON COUNTY      )

5

6        I,  Robin Ferrill, Certified Court Reporter

7    within the State of Georgia, do hereby certify:

8              That Derrick Gilstrap, the witness whose

9    deposition is hereinbefore set forth, was duly sworn

10   by me and that such deposition is a true record of

11   the testimony given by such witness.

12             I further certify that I am not related to

13   any of the parties to this action by blood or

14   marriage; and that I am in no way interested in the

15   outcome of this matter.

16              IN WITNESS WHEREOF, I have hereunto set

17   my hand this 9th day of February, 2022.

18

19

20

21

22

23

24        ROBIN K. FERRILL, RPR

25

Page 148

1   To: Ms. Ringer
    Re: Signature of Deponent Derrick Gilstrap
2   Date Errata due back at our offices:
3   Greetings:
    This deposition has been requested for read and sign
4   by the deponent.  It is the deponent's responsibility
    to review the transcript, noting any changes or
5   corrections on the attached PDF Errata.  The deponent
    may fill out the Errata electronically or print and
6   fill out manually.
7   Once the Errata is signed by the deponent and
    notarized, please mail it to the offices of Veritext
8   (below).
9   When the signed Errata is returned to us, we will
    seal and forward to the taking attorney to file with
10  the original transcript.  We will also send copies of
    the Errata to all ordering parties.
11
    If the signed Errata is not returned within the time
12  above, the original transcript may be filed with the
    court without the signature of the deponent.
13
14  Please send completed Errata to:
15  VeritextProduction Facility
16  20 Mansell Court
17  Suite 300
18  Roswell, GA 30076
19  (770) 343-9696
20
21
22
23
24  ERRATA for ASSIGNMENT # 5043361
25

```
 1    ERRATA for ASSIGNMENT # 5043361
 2    I, the undersigned, do hereby certify that I have
 3    read the transcript of my testimony, and that
 4    ____ There are no changes noted.
 5    ____ The following changes are noted:
 6
      Pursuant to Rule 30(7)(e) of the Federal Rules of
 7    Civil Procedure and/or OCGA 9-11-30(e), any changes
      in form or substance which you desire to make to your
 8    testimony shall be entered upon the deposition with a
      statement of the reasons given for making them.  To
 9    assist you in making any such corrections, please use
      the form below.  If additional pages are necessary,
10    please furnish same and attach.
11    Page _____ Line _____ Change _____
12    _____
13    Reason for change _____
14    Page _____ Line _____ Change _____
15    _____
16    Page _____ Line _____ Change _____
17    _____
18    Reason for change _____
19    Page _____ Line _____ Change _____
20    _____
21    Page _____ Line _____ Change _____
22    _____
23    Reason for change _____
24    Page _____ Line _____ Change _____
25    _____
```

Page 150

1    Page _____ Line _____ Change _____

2    _____

3    Reason for change _____

4    Page _____ Line _____ Change _____

5    _____

6    Page _____ Line _____ Change _____

7    _____

8    Reason for change _____

9    Page _____ Line _____ Change _____

10   _____

11   Page _____ Line _____ Change _____

12   _____

13   Page _____ Line _____ Change _____

14   _____

15   Reason for change _____

16   Page _____ Line _____ Change _____

17   _____

18

19

20              _____

                     DERRICK GILSTRAP

21   Sworn to and subscribed before me this ___ day of

22   _____, _____.

23   _____

     NOTARY PUBLIC

24

25   My Commission Expires:_____