Page 1

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF GEORGIA

3

4      -----------------------------x

5      DONNA CURLING, et al.,         :

6                    Plaintiffs,     :

7          vs.                       : Civil Action No.

8      BRAD RAFFENSPERGER, et al.,    : 1:17-cv-02989-AT

9                    Defendants.     :

10     -----------------------------x

11

12           VIDEOTAPED VIRTUAL DEPOSITION OF

13                BLAKE EDWARD VOYLES

14                 Atlanta, Georgia

15           Wednesday, November 16, 2022

16                    9:52 a.m.

17

18

19     Job No:  5584994

20     Pages 1 - 196

21     Reported by:  Cappy Hallock, RPR, CRR

Page 2

1

2          Videotaped Virtual Deposition of BLAKE

3    EDWARD VOYLES, held by Zoom.

4

5

6          Pursuant to Notice, the Videotaped

7    Virtual Deposition of BLAKE EDWARD VOYLES was

8    taken commencing at 9:52 a.m. on Wednesday,

9    November 16, 2022 before Cappy Hallock, Registered

10   Professional Reporter, Certified Realtime

11   Reporter, and Notary Public in and for the State

12   of Maryland.

13

14

15

16

17

18

19

20

21

```
                                              Page 3

 1      APPEARANCES:

 2

 3           ON BEHALF OF PLAINTIFFS:

 4                BRUCE P. BROWN, ESQUIRE

 5                Bruce P. Brown Law, LLC

 6                1123 Zonolite Road, NE, Suite 6

 7                Atlanta, Georgia 30306

 8                404-386-6856

 9                bbrown@brucebrownlaw.com

10

11           ON BEHALF OF STATE DEFENDANTS:

12                DANIELLE HERNANDEZ, ESQUIRE

13                Robbins Ross Alloy Belinfante

14                Littlefield

15                500 14th Street, NW

16                Atlanta, Georgia 30318

17                678-701-9381

18                dhernandez@robinsfirm.com

19                -and-

20

21
```

Page 4

1     APPEARANCES:   (Continued)

2

3                DIANE FESTIN LaROSS, ESQUIRE

4                BRYAN F. JACOUTOT, ESQUIRE

5                BRYAN P. TYSON, ESQUIRE

6                Taylor English Duma, LLP

7                1600 Parkwood Circle, Suite 200

8                Atlanta, Georgia 30339

9                770-434-6868 (P)    770-434-7376 (F)

10               bjacoutot@taylorenglish.com

11               btyson@taylorenglish.com

12               dlaross@taylorenglish.com

13

14         ON BEHALF OF THE WITNESS:

15               SCOTT R. GRUBMAN, ESQUIRE

16               Chilivis Grubman, LLP

17               1834 Independence Square

18               Dunwoody, Georgia 30338

19               404-233-4171

20               sgrubman@sglawfirm.com

21

1    APPEARANCES:   (Continued)

2

3    Also Present:   Jenna Conaway

4                    Philip Stark

5                    Duncan Buell

6                    Donna Curling

7                    Kevin Skogluna

8                    Susan Greenhalgh

9                    Ernestine Thomas-Clark

10

11

12

13

14

15

16

17

18

19

20    Videographer:   Ira Lawrence

21    Reporter:   Cappy Hallock, RPR, CRR

Page 6

1                    I N D E X

2          Deposition of BLAKE EDWARD VOYLES

3                 November 16, 2022

4

5     EXAMINATION BY:                          PAGE

6        Mr. Brown                             16

7                    -o0o-

8

9

10                  E X H I B I T S

11    VOYLES                                   PAGE

12    Exhibit 1   Subpoena to Produce Documents,   20

13                Information, or Objects or to

14                Permit Inspection of Premises

15                in a Civil Action

16    Exhibit 2   Ed Voyles November 2020 Election 23

17                Office Visits

18    Exhibit 3   11-10-20 Coffee County Board of   33

19                Elections and Registration

20                Monthly Board Meting, Bates Nos.

21                CGG20220001857 to 858

Page 7

1    EXHIBITS: (Continued)

2

3    VOYLES                                         PAGE

4    Exhibit 4   1-8-21 e-mail, Voyles to Holmes, 38

5                with attachment

6    Exhibit 5   11-16-20 e-mail, Hampton to      40

7                Voyles, with attachments

8    Exhibit 6   12-16-20 e-mail, redacted to     46

9                bemardkerik, et al., with

10               attachment

11   Exhibit 7   12-21-20 e-mail, to Voyles,      49

12               with attachment, Bates Nos.

13               CGG20220002128 to 211

14   Exhibit 8   Secretary of State's Office      53

15               Opens Investigation into

16               Coffee County's Handling of

17               Recount

18   Exhibit 9   12-15-20 e-mail, to Marks,       74

19               CGG20220002034 to 035

20   Exhibit 10  1-7-21 12:54 p.m. photographs    85

21   Exhibit 11  1-7-21 2:39 p.m. photographs     93

1    EXHIBITS: (Continued)

2

3    VOYLES                                             PAGE

4    Exhibit 12  1-7-21 non-timestamped         96

5                photographs

6    Exhibit 13  Rule 183-1-12-.05, Security of  103

7                Voting System Components at

8                County Elections Office or

9                Designated County Storage Area

10   Exhibit 14  3-8-21 text message, Voyles to  108

11               Marks

12   Exhibit 15  2-19-21 combined text messages  121

13               folder

14   Exhibit 16  12-16-20 e-mail, Voyles to      163

15               Chaney, with attachments

16   Exhibit 17  1-4-21 text message, Thomas,    166

17               et al.

18   Exhibit 18  1-7-21 2:19 p.m. photographs    173

19   Exhibit 19  12-7-20 10:28 a.m. photographs  175

20   Exhibit 20  12-8-20 e-mail, Voyles to       183

21               Foskey, with attachment

1    EXHIBITS: (Continued)

2

3    VOYLES                                        PAGE

4    Exhibit 21  1-6-21 4:17 p.m. photographs    184

5    Exhibit 22  1-8-21 e-mail, Voyles to Holmes, 186

6                with attachments

7    Exhibit 23  12-8-20 e-mail, Summers to       188

8                Voyles

9    Exhibit 24  12-8-20 e-mail, Voyles to Carden 189

10               with attachments

11

12                        -o0o-

13

14

15

16

17

18

19

20

21

1                    P R O C E E D I N G S

2                         - - - - - -

3                    THE VIDEO OPERATOR:  Good morning.  We        09:51:42

4         are going on the record at 9:52 a.m. on November      09:51:54

5         16th, 2022.  Please note that this deposition is      09:52:01

6         being conducted virtually.  Quality of recording      09:52:06

7         depends on the quality of camera and internet         09:52:10

8         connection of participants.  What is seen from the    09:52:14

9         witness and heard on screen is what will be           09:52:17

10        recorded.  Audio and video recording will continue    09:52:20

11        to take place unless all parties agree to go off      09:52:23

12        the record.                                           09:52:27

13                    This is Media Unit 1 of the video         09:52:28

14        recorded deposition of Blake Edward Voyles taken      09:52:32

15        by counsel for the plaintiffs in the matter of        09:52:36

16        Donna Curling, et al. versus Brad Raffensperger,      09:52:40

17        et al., filed in the United States District Court     09:52:48

18        for the Northern District of Georgia, Case Number     09:52:52

19        1-17-cv-02989-AT.                                     09:52:58

20                    This deposition is being conducted        09:53:10

21        remotely using virtual technology.  My name is Ira    09:53:11

Page 11

1    Lawrence representing Veritext and I am the           09:53:16

2    videographer.  The court reporter is Cappy Hallock   09:53:21

3    from the firm Veritext.                              09:53:26

4            I'm not authorized to administer an          09:53:28

5    oath.  I'm not related to any party in this action   09:53:31

6    nor am I financially interested in the outcome.      09:53:34

7    If there are any objections to proceeding, please    09:53:37

8    state them at the time of your appearance.           09:53:40

9            Counsel and all present, including           09:53:44

10   remotely, will now state their presence and          09:53:47

11   affiliations for the record.                         09:53:50

12           MR. BROWN:  Bruce Brown representing          09:53:52

13   the plaintiffs and the Coalition.                    09:53:53

14           MR. GRUBMAN:  Scott Grubman                   09:53:59

15   representing the witness, Ed Voyles.                 09:54:01

16           MS. LaROSS:  Diane LaRoss representing        09:54:05

17   the State Defendants.                                09:54:08

18           MR. TYSON:  Brian Tyson also                  09:54:10

19   representing the State Defendants.                   09:54:11

20           MR. JACOUTOT:  Bryan Jacoutot also            09:54:13

21   representing the State Defendants.                   09:54:15

Page 12

```
 1                 THE VIDEO OPERATOR:  Will the court      09:54:21

 2      reporter please swear in the witness and then       09:54:23

 3      counsel may proceed.                                09:54:25

 4                 MR. GRUBMAN:  Before the swearing in I    09:54:28

 5      need to get something on the record.                09:54:29

 6                 We are sitting here at 9:54 a.m.          09:54:31

 7      Mr. Brown sent out the deposition notice for 9      09:54:37

 8      a.m.  It is November 16th, 2022.  Every lawyer on   09:54:40

 9      this Zoom has taken probably two dozen Zoom         09:54:45

10      depositions between March of 2020 and November of  09:54:48

11      2022, yet it took over 45 minutes for Mr. Brown to 09:54:51

12      send a valid working link in this case.            09:54:56

13                 My client is a nonparty witness who      09:54:58

14      had to sit here on my dime for over 45 minutes     09:55:01

15      because Mr. Brown could not be bothered to test    09:55:05

16      the links last night or this morning.  Now, after  09:55:09

17      9:45, I have been informed for the first time by   09:55:14

18      someone who spoke, I wasn't sure who, that this    09:55:18

19      Zoom deposition, just the Zoom, doesn't involve    09:55:22

20      the exhibits, which every other Zoom deposition I  09:55:26

21      have ever taken since the beginning of Covid have. 09:55:29
```

Page 13

```
 1    But apparently we now have to download something      09:55:33

 2    separate which I clicked the link which I just got    09:55:36

 3    this morning and it said I have to create an          09:55:40

 4    account.                                              09:55:43

 5             So now I have to go back off the             09:55:44

 6    record.  I have to create two accounts because me     09:55:46

 7    and Mr. Voyles are on different computers.  And I     09:55:49

 8    want to state for the record that Mr. Brown's         09:55:51

 9    unprofessionalism has caused my client to pay         09:55:54

10    unnecessary legal fees.  Mr. Voyles reserves the      09:55:56

11    right to file a motion requiring Mr. Brown to         09:56:00

12    reimburse him for said legal fees.                    09:56:00

13             We will now go off the record.  I will       09:56:04

14    download two more programs that I was just            09:56:06

15    informed of.                                          09:56:08

16             Mr. Brown, you have been practicing a        09:56:09

17    long time.  I recommend moving forward, when you      09:56:13

18    are dealing with a witness who is not a party to a    09:56:14

19    litigation, you do everything in your power to        09:56:16

20    make sure that that witness' time and his             09:56:20

21    counsel's time is not wasted.  You have failed to     09:56:22
```

Page 14

1    do that now.  We are going to reserve our right to        09:56:26

2    seek sanctions against you personally.                    09:56:30

3              So now we will go off the record.  I           09:56:30

4    will download this new link, and I will come back        09:56:31

5    on.  I will also note that I am considering this          09:56:33

6    deposition to have started at 9 a.m. when                 09:56:36

7    Mr. Brown noticed it for.  He is on the clock.            09:56:40

8              MR. BROWN:  And with that we will go            09:56:45

9    off the record and let Mr. Grubman get the link           09:56:45

10   that we always use to share exhibits in this case.        09:56:52

11             THE VIDEO OPERATOR:  The time on the            09:57:04

12   monitor is 9:57 a.m. and we are off the record.           09:57:05

13             (Recess taken -- 9:57 a.m.)                     09:57:09

14             (After recess -- 9:59 a.m.)                     09:57:15

15             THE VIDEO OPERATOR:  Stand by.                  10:00:03

16             The time on the monitor is 10 a.m. and          10:00:04

17   we are on the record.                                     10:00:09

18             MR. BROWN:  Please swear in the                 10:00:14

19   witness.                                                  10:00:15

20             THE REPORTER:  I do have a brief                10:00:15

21   stipulation to read into the record before we             10:00:15

Page 15

```
 1    start.                                              10:00:15

 2                MR. BROWN:  Please.                     10:00:15

 3                THE REPORTER:  Will the attorneys       10:00:15

 4    participating in this deposition acknowledge that  10:00:15

 5    I am not physically present in the deposition      10:00:15

 6    room, and that I will be reporting this deposition 10:00:15

 7    remotely.  Will they further acknowledge that in   10:00:15

 8    lieu of an oath administered in person, I will     10:00:15

 9    administer the oath remotely.                      10:00:15

10                And will the parties further agree      10:00:15

11    that if the witness is testifying from a state     10:00:15

12    where I am not a notary that the witness may be    10:00:15

13    sworn in by an out-of-state notary.                10:00:15

14                Do all parties present agree?          10:00:15

15                MR. BROWN:  Yes.                        10:00:53

16                MR. GRUBMAN:  Agreed.                   10:00:55

17                MS. LaROSS:  That's agreeable.          10:00:59

18                THE REPORTER:  Thank you.               10:01:00

19                And Mr. Voyles, if I could please ask   10:01:00

20    you where you are right now, city and state.       10:01:00

21                THE WITNESS:  Atlanta, Georgia.         10:01:00
```

Page 16

1              THE REPORTER:  Say it again, please?      10:01:00

2              THE WITNESS:  Atlanta, Georgia.           10:01:00

3              THE REPORTER:  Thank you.                 10:01:00

4    WHEREUPON,                                          10:01:00

5                   BLAKE EDWARD VOYLES,                 10:01:00

6         A Witness called for examination, having      10:01:00

7    been first duly sworn, was examined and testified  10:01:00

8    as follows:                                         10:01:00

9                      EXAMINATION                       10:01:38

10   BY MR. BROWN:                                       10:01:38

11        Q    Please state your name for the record.   10:01:39

12        A    Blake Edward Voyles, and everybody       10:01:42

13   just calls me Ed.                                   10:01:44

14        Q    Mr. Voyles, my name is Bruce Brown.  I   10:01:46

15   represent the Coalition plaintiffs in this case.   10:01:49

16   You said you were in Atlanta now; is that right?   10:01:52

17        A    Correct.                                  10:01:55

18        Q    Are you there with your lawyer?           10:01:55

19        A    I am, in his office.                      10:01:57

20        Q    And what is your home address?            10:01:59

21        A    ███████████████, Douglas,                10:02:03

```
 1    Georgia.                                        10:02:08

 2         Q    I need to ask this just as a          10:02:12

 3    formality, but are you under any drugs or       10:02:14

 4    medication that would have an impact upon your  10:02:17

 5    ability to give accurate testimony today?       10:02:19

 6         A    No.                                   10:02:22

 7         Q    Mr. Voyles, you are a former member of 10:02:27

 8    the Coffee County Board of Elections; is that   10:02:31

 9    right?                                          10:02:37

10         A    Correct.                              10:02:38

11         Q    What years were you on the board?     10:02:39

12         A    Oh, jeez.  That's years ago.  I don't 10:02:41

13    know.  I was on there for quite a number of years. 10:02:45

14    I have been off several years.  I'm not exactly  10:02:48

15    sure.                                           10:02:51

16         Q    You were off the board by the time of 10:02:52

17    the 2020 general election; is that fair to say? 10:02:54

18         A    Correct.                              10:02:57

19         Q    How much before, like a year, couple  10:02:58

20    months, do you recall?                          10:03:00

21         A    So here, here is how I would remember 10:03:02
```

1    it.  I think it was the first term when Secretary        10:03:06

2    of State Raffensperger was running and there was a       10:03:11

3    runoff.  That's when I resigned.                         10:03:17

4         Q    Was there a reason why you resigned            10:03:19

5    but you had just spent enough time doing it?             10:03:21

6         A    Yeah.  I had spent enough time, that's         10:03:25

7    for sure.  I disagreed with the -- I don't even          10:03:28

8    know what it was called, but counting the votes          10:03:35

9    that came in by mail after close of election             10:03:39

10   consent order maybe, close of election on the            10:03:42

11   Tuesday evening.  So we were to count them through       10:03:48

12   the remainder of the week and I just decided I           10:03:52

13   didn't need to be on the board anymore so I              10:03:56

14   resigned.                                                10:03:58

15        Q    For what election was that again that          10:04:00

16   that problem arose?                                      10:04:03

17        A    It was the runoff for, if I'm not              10:04:06

18   mistaken, it was the runoff for Secretary                10:04:08

19   Raffensperger's first term.                              10:04:14

20        Q    It would have been 2018?                       10:04:17

21        A    I don't know.                                  10:04:19

```
 1          Q     After you resigned from the board,      10:04:20

 2    what was your involvement generally with elections   10:04:24

 3    in Coffee County?                                     10:04:28

 4          A     Not a lot.  I would drop in               10:04:31

 5    occasionally and see and talk to people.              10:04:33

 6          Q     I mean, what was your purpose of          10:04:37

 7    dropping in?                                          10:04:39

 8          A     I mean, small town.  South Georgia.       10:04:40

 9    See people, catch up.                                 10:04:46

10          Q     Did you start visiting the office more    10:04:54

11    around the 2020 election?                             10:04:56

12          A     I think I did, yes.                       10:04:59

13          Q     Why?                                      10:05:01

14          A     A lot of activity and things going on,    10:05:04

15    asking questions and just catching up on              10:05:07

16    everything.                                           10:05:10

17          Q     You were there as a private citizen?      10:05:10

18          A     Yes, sir.                                 10:05:13

19          Q     You did not have an official role with    10:05:14

20    the Board of Elections, right?                        10:05:17

21          A     No, sir.                                  10:05:21
```

Page 20

| | | |
|---|---|---|
| 1 | MR. BROWN:  If we could -- I should | 10:05:23 |
| 2 | have asked this earlier but if we could mark as | 10:05:27 |
| 3 | Exhibit 1 the subpoena, which is Tab 0. | 10:05:30 |
| 4 | Are you able to see that exhibit? | 10:05:41 |
| 5 | THE WITNESS:  Would you show me how to | 10:05:44 |
| 6 | pull it up? | 10:05:45 |
| 7 | MR. GRUBMAN:  Where are we supposed to | 10:06:18 |
| 8 | be seeing it?  I don't see it on -- Exhibit Share? | 10:06:18 |
| 9 | MR. BROWN:  Exhibit Share.  So just | 10:06:18 |
| 10 | click on there, click on Accounts. | 10:06:19 |
| 11 | All right, he can see it. | 10:06:24 |
| 12 | (Voyles Deposition Exhibit No. 1 was | 10:06:24 |
| 13 | marked for identification.) | 10:06:24 |
| 14 | BY MR. BROWN: | 10:06:26 |
| 15 | Q    Mr. Voyles, you were served with a | 10:06:26 |
| 16 | subpoena to testify today, right? | 10:06:28 |
| 17 | A    Yes, sir. | 10:06:30 |
| 18 | Q    You were also served with a document | 10:06:30 |
| 19 | subpoena to ask you to produce documents; is that | 10:06:33 |
| 20 | right? | 10:06:35 |
| 21 | A    Yes, sir. | 10:06:36 |

Page 21

| | | |
|---|---|---|
| 1 | Q      And you have been collecting documents | 10:06:36 |
| 2 | with your attorney and produced some yesterday, | 10:06:38 |
| 3 | correct? | 10:06:41 |
| 4 | A      Yes, sir. | 10:06:41 |
| 5 | Q      And can you tell me just in general | 10:06:42 |
| 6 | what you did to find -- up to this point.  I know | 10:06:44 |
| 7 | your work is going to be continuing, but up to | 10:06:49 |
| 8 | this point what you have done to collect | 10:06:52 |
| 9 | documents? | 10:06:55 |
| 10 | A      I screen shot text messages and | 10:06:58 |
| 11 | printed them. | 10:07:03 |
| 12 | Q      What else did you do? | 10:07:09 |
| 13 | A      Perused my phone for any of the | 10:07:11 |
| 14 | information that I was asked for. | 10:07:14 |
| 15 | Q      You said you perused it?  Did you | 10:07:17 |
| 16 | collect -- | 10:07:21 |
| 17 | A      Pardon me? | 10:07:22 |
| 18 | Q      Did you look carefully? | 10:07:23 |
| 19 | A      As carefully as I could, yes. | 10:07:24 |
| 20 | Q      And did you look at your e-mails also? | 10:07:27 |
| 21 | A      Yes, sir. | 10:07:29 |

Page 22

| | | |
|---|---|---|
| 1 | Q   And you use text messages, right, just | 10:07:34 |
| 2 | on your phone? | 10:07:39 |
| 3 | A   Yes, sir. | 10:07:40 |
| 4 | Q   You use Signal also? | 10:07:40 |
| 5 | A   At one point I had, a little, very | 10:07:42 |
| 6 | little. | 10:07:45 |
| 7 | Q   And at what point was that? | 10:07:46 |
| 8 | A   After someone had me download it.  I | 10:07:50 |
| 9 | don't remember when that would have been. | 10:07:53 |
| 10 | Q   Was that right around the 2020 | 10:07:56 |
| 11 | election? | 10:07:58 |
| 12 | A   Most likely, yes. | 10:07:59 |
| 13 | Q   And were you able to recover any | 10:08:00 |
| 14 | Signal messages? | 10:08:02 |
| 15 | A   I was not. | 10:08:04 |
| 16 | Q   Did you check -- did you try? | 10:08:05 |
| 17 | A   I had deleted that app sometime.  I | 10:08:06 |
| 18 | don't even know when or how to check to see when | 10:08:11 |
| 19 | it was deleted. | 10:08:16 |
| 20 | MR. BROWN:  Okay.  Let me mark as | 10:08:18 |
| 21 | Exhibit 2 Tab 1. | 10:08:20 |

Page 23

| | | |
|---|---|---|
| 1 | (Voyles Deposition Exhibit No. 2 was | 10:08:39 |
| 2 | marked for identification.) | 10:08:39 |
| 3 | BY MR. BROWN: | 10:08:40 |
| 4 | Q    Do you see that, sir? | 10:08:40 |
| 5 | A    Yes, sir. | 10:08:42 |
| 6 | Q    I will represent to you, and you do | 10:08:42 |
| 7 | not have to accept this representation as true, | 10:08:44 |
| 8 | but I will represent to you that we have compiled | 10:08:48 |
| 9 | based on the security video in the Coffee County | 10:08:50 |
| 10 | election office the dates and times where you went | 10:08:58 |
| 11 | in and out of the election office.  And what we | 10:09:01 |
| 12 | have found is shown in Exhibit 2.  And as you will | 10:09:03 |
| 13 | see, the different columns, the month and the day, | 10:09:07 |
| 14 | the time you arrived and the time you leave. | 10:09:13 |
| 15 | Do you see that? | 10:09:16 |
| 16 | A    Yes. | 10:09:18 |
| 17 | MR. GRUBMAN:  Hold on one second, Mr. | 10:09:19 |
| 18 | Voyles.  I am going to object -- | 10:09:20 |
| 19 | MR. BROWN:  Mr. Grubman, Mr. Grubman, | 10:09:41 |
| 20 | Mr. Grubman, we can't -- | 10:09:41 |
| 21 | MR. GRUBMAN:  You wait until I am done | 10:09:43 |

Page 24

1    objecting.                                        10:09:43

2             THE REPORTER:  Excuse me.  I'm the --    10:09:43

3             MR. BROWN:  No one can hear you,          10:09:43

4    Scott.  No one can hear you.  That's why I'm       10:09:44

5    objecting.  No one can hear you.  You sound like   10:09:44

6    you are under water.  So I don't know what sort of 10:09:45

7    professional --                                    10:09:46

8             MR. GRUBMAN:  I don't know what to do     10:09:48

9    about that, Bruce.  This is, again -- can you hear 10:09:51

10   me now?                                            10:09:52

11            MR. BROWN:  I'm not going to take         10:09:53

12   responsibility for the quality of your microphone, 10:09:54

13   Mr. Grubman.  If we can't hear you --              10:09:56

14            MR. GRUBMAN:  Bruce, it is your           10:09:59

15   deposition.  Stop, Bruce, you are going to have to 10:10:00

16   stop.  This is your deposition.  Your deposition.  10:10:02

17   Okay?  Stop Bruce.  Stop Bruce.  Don't interrupt   10:10:04

18   me again.                                          10:10:10

19            I'm going to object on Mr. Brown's        10:10:11

20   last question.  It assumes facts in evidence and   10:10:12

21   it was also testimony by counsel in the guise of a 10:10:17

Page 25

| | | |
|---|---|---|
| 1 | question.  I will object. | 10:10:20 |
| 2 | If you have seen this document, | 10:10:22 |
| 3 | Mr. Voyles, you can testify to it.  If you have | 10:10:24 |
| 4 | not I'm going to instruct you not to speculate and | 10:10:27 |
| 5 | just tell Mr. Brown you have never seen this | 10:10:30 |
| 6 | document before, which has not been shared with us | 10:10:34 |
| 7 | prior to this deposition. | 10:10:36 |
| 8 | Go ahead, Mr. Voyles, if you can. | 10:10:38 |
| 9 | THE WITNESS:  What was the question? | 10:10:40 |
| 10 | MR. GRUBMAN:  I didn't hear a | 10:10:42 |
| 11 | question.  I heard testimony, so maybe Mr. Brown | 10:10:44 |
| 12 | could pose a question to you now. | 10:10:47 |
| 13 | What is your question, Mr. Brown?  Do | 10:10:51 |
| 14 | you have one? | 10:10:53 |
| 15 | MR. BROWN:  I do. | 10:10:55 |
| 16 | MR. GRUBMAN:  Okay, ask it then. | 10:10:56 |
| 17 | BY MR. BROWN: | 10:10:57 |
| 18 | Q    Do you recall going to the Coffee | 10:10:58 |
| 19 | County elections office on 11-16 at around 1:59 | 10:11:00 |
| 20 | p.m.? | 10:11:08 |
| 21 | A    I don't remember dates and times like | 10:11:09 |

Page 26

1    that, but I'm not saying I did or did not.  I just        10:11:11

2    don't remember that.                                       10:11:14

3           Q     That would not be inconsistent with          10:11:15

4    your recollection, correct?                                10:11:18

5               MR. GRUBMAN:  Objection.                        10:11:20

6               Mr. Voyles, if you don't remember it,          10:11:25

7    just repeat that and Mr. Brown can ask you the            10:11:27

8    same question over and over if you like.                  10:11:30

9               Go ahead.                                       10:11:33

10          A     I don't remember.                             10:11:34

11          Q     Here is the thing is that if you were,       10:11:36

12   say, out of the country then you would say no.            10:11:38

13   This is wrong.  I could not have been there.  So          10:11:43

14   what I'm saying is that is this inconsistent with         10:11:46

15   your recollection?                                         10:11:49

16              MR. GRUBMAN:  Mr. Brown, he answered           10:11:51

17   your question which is he doesn't remember.               10:11:53

18              You can now ask your next question.            10:11:56

19          Q     So if the video shows you arriving on        10:11:58

20   November 16 at 1:59 p.m. --                                10:12:00

21              MR. GRUBMAN:  I will object again.             10:12:07

Page 27

```
 1    Mr. Voyles has answered twice now that he does not    10:12:09

 2    remember and Mr. Brown continues to reference         10:12:12

 3    evidence that has not been shared with us prior to    10:12:15

 4    this deposition and is not in evidence in this        10:12:19

 5    deposition.  I would strongly suggest that if         10:12:21

 6    Mr. Brown has a video he would like to question       10:12:25

 7    Mr. Voyles on that Mr. Brown put up that video.       10:12:27

 8    Otherwise, the question has been answered.            10:12:31

 9            You can now move on to your next              10:12:33

10    question, Mr. Brown.                                  10:12:36

11        Q    What were you doing in the elections         10:12:38

12    office on November 16?                                10:12:40

13        A    I do not remember.                           10:12:42

14        Q    Going down on Exhibit 2 you will see         10:12:45

15    that this shows a number of visits for many, many     10:12:54

16    hours in the month of December.                       10:12:58

17            MR. GRUBMAN:  Objection to the                10:13:03

18    characterization of many, many hours.                 10:13:04

19            Is there a question on the table,             10:13:09

20    Mr. Brown?                                            10:13:11

21            MR. BROWN:  I can't remember because          10:13:12
```

Page 28

1    you objected right in the middle of it.          10:13:13

2              MR. GRUBMAN:  You paused.  We got to   10:13:16

3    get this thing moving, Bruce.  You were an hour  10:13:18

4    late so just trying to get it to move.           10:13:22

5              MR. BROWN:  Mr. Grubman, you are       10:13:26

6    making a record yourself.  I am trying --        10:13:27

7              MR. GRUBMAN:  Yes, I am, because when  10:13:29

8    I file a motion for sanctions against you        10:13:30

9    personally, I want this record.  So let's ask your 10:13:32

10   questions and move on so we are not wasting      10:13:37

11   Mr. Voyles' precious time as a nonparty in this  10:13:40

12   case.                                            10:13:44

13        Q    Why did you spend so much time in the  10:13:44

14   Coffee County elections office in December of    10:13:46

15   2020?                                            10:13:48

16        A    Talking to people.                     10:13:52

17        Q    About what?                            10:13:55

18        A    Whatever is in the text messages I     10:14:00

19   suppose.                                         10:14:04

20        Q    Now, I'm talking about when you were   10:14:06

21   there in person.  What were you talking -- what  10:14:08

Page 29

```
 1    were you doing there?                          10:14:12

 2              MR. GRUBMAN:  Mr. Brown, is there a   10:14:14

 3    date that you are asking about or do you want him 10:14:15

 4    to summarize every conversation he had for a    10:14:19

 5    month?  I am very confused by your line of      10:14:22

 6    questioning.  Are you asking about a date, a    10:14:25

 7    particular conversation, or do you want Mr. Voyles 10:14:25

 8    to summarize every conversation that he had in the 10:14:27

 9    month of December 2020?                          10:14:31

10              MR. BROWN:  I didn't even ask about   10:14:33

11    communications.  I said what was he doing in    10:14:34

12    December in the Coffee County elections office,  10:14:37

13    December 3, 4th, 7th, 8th, 9th, 10th, 14th and  10:14:42

14    31st.                                            10:14:50

15         A    If I could remember every one of those 10:14:52

16    things I could certainly tell you.  I would tell 10:14:54

17    you.  I don't exactly remember what I was doing  10:14:59

18    there every day.  I'm sure I was talking to      10:15:01

19    people, asking questions, trying to figure out   10:15:04

20    what was going on in elections.  I know there was 10:15:06

21    some -- there were things going on with the state 10:15:09
```

1    hearings about the elections.  I was talking to          10:15:15

2    people about those hearings.  I don't know               10:15:19

3    exactly.                                                 10:15:28

4         Q     And so as a private citizen you were          10:15:32

5    going to the elections office frequently to talk         10:15:36

6    about how the election office was handling the           10:15:39

7    2020 election, right?                                    10:15:44

8              MR. GRUBMAN:  Objection,                       10:15:46

9    mischaracterizes testimony.  Objection as to             10:15:46

10   frequently and other testimony by counsel.               10:15:49

11             You may answer if you can, Mr. Voyles.         10:15:52

12        A     I don't know.                                 10:16:02

13        Q     So in December of 2020 after the              10:16:03

14   general election, isn't it true that you made            10:16:05

15   frequent visits, some for as long as three hours,        10:16:11

16   to the Coffee County election office to talk about       10:16:20

17   the election?                                            10:16:24

18             MR. GRUBMAN:  Objection to the                 10:16:25

19   characterization of Mr. Voyles' visits being             10:16:26

20   frequent.  I would ask opposing counsel to tone          10:16:28

21   down his testimony.                                      10:16:32

Page 31

1          You can answer if you can, Mr. Voyles.     10:16:33

2     A     If the video shows that I was there,      10:16:39

3     then I would have been there.  I haven't seen the    10:16:42

4     videos.  I don't know.                          10:16:45

5          Q     Do you recall being there for extended    10:16:47

6     periods of time throughout December?            10:16:49

7     A     I do recall being there a good number     10:16:51

8     of times, yes, sir.                             10:16:54

9          Q     Thank you.                            10:16:55

10          Let me take you back to the November       10:17:12

11     2020 general election.  Coffee County didn't have    10:17:14

12     any trouble counting the votes initially with the    10:17:21

13     2020 general election, right?                   10:17:25

14     A     Are you telling me that?                  10:17:36

15          Q     I'm asking.  I'm asking you.          10:17:37

16     A     I suppose you are correct.  I don't       10:17:41

17     know.                                           10:17:42

18          Q     Do you recall any trouble that Coffee    10:17:44

19     County had with the original count of the 2020    10:17:45

20     general election?                               10:17:50

21     A     I don't think I was there on election     10:18:01

Page 32

1    night to know.  I could have been but I don't          10:18:03

2    think I was.                                            10:18:05

3         Q     Fair enough.                                 10:18:06

4               Do you recall that Coffee County had         10:18:08

5    to do a hand count or an audit of the general          10:18:10

6    election?                                               10:18:18

7         A     I know there was a recount, yes.             10:18:18

8         Q     And there were two, depending on how         10:18:23

9    you count it, but one was by hand; is that right?       10:18:25

10        A     I believe that's correct.                    10:18:29

11        Q     To the best of your recollection, did        10:18:30

12   the hand count match the original election              10:18:32

13   results?                                                10:18:37

14        A     Geez, I don't remember but I don't           10:18:40

15   think it did.  I wasn't positive about that.            10:18:43

16        Q     Do you recall it being just one vote         10:18:56

17   off?                                                    10:18:57

18        A     I mean that very well could be               10:19:04

19   correct.  It very well could be.                        10:19:07

20              MR. BROWN:  I'm going to mark as              10:19:14

21   Exhibit 3 Tab 14.                                       10:19:16

Page 33

1          (Voyles Deposition Exhibit No. 3 was      10:19:18

2     marked for identification.)                    10:19:18

3     BY MR. BROWN:                                   10:19:33

4          Q     Do you have that in front of you, sir?  10:19:33

5              MR. GRUBMAN:  We do not.  All we see   10:19:37

6     in front of us is Exhibit 1 and Exhibit 2.     10:19:39

7              Okay, now, it's showing up.  All       10:19:44

8     right, he can see it.                           10:19:53

9     BY MR. BROWN:                                   10:19:59

10         Q     Mr. Voyles, Exhibit 3 is entitled    10:20:00

11    Coffee County Board of Elections and Registration  10:20:03

12    Monthly Board Meeting November 10, 2020.       10:20:06

13             Do you see that?                        10:20:08

14         A     Yes, sir.                             10:20:09

15         Q     And do you see down a couple of lines  10:20:10

16    that you were a guest?                           10:20:12

17         A     Yes, sir.                             10:20:13

18         Q     And what was your role in that        10:20:14

19    meeting, if any, if you recall?                 10:20:22

20         A     Give me a moment to read the minutes  10:20:29

21    here.                                            10:20:31

Page 34

```
 1        Q     You are free to read the whole thing,    10:20:38

 2   and I encourage you to if you like.  I would also,   10:20:40

 3   in sensitivity to Mr. Grubman's time and expense,    10:20:43

 4   direct your attention to Paragraph 10 on Page 2 of   10:20:52

 5   Exhibit 3.                                           10:21:00

 6        A     Okay.                                     10:21:08

 7        Q     And do you see where you suggested or,    10:21:08

 8   I'm sorry, Ms. Martin suggested that you draft a     10:21:12

 9   letter to Secretary Raffensperger expressing the     10:21:16

10   concerns of the board with the system?              10:21:25

11        A     Yes, sir.                                 10:21:27

12        Q     And do you recall, sitting here today,    10:21:29

13   what those concerns were?  And this is just a,       10:21:30

14   pretty sure this is November 10, 2020.  What were    10:21:35

15   the concerns at that time that the board had with    10:21:43

16   the Dominion system?                                 10:21:46

17        A     I am sure we could look at the letter,    10:21:48

18   but as I recall there were, during what I think      10:21:50

19   they called the adjudication process now, if         10:21:55

20   you're not actually able to view the computer        10:21:59

21   screen you can't tell exactly what is being          10:22:03
```

Page 35

1    changed with the votes.  I think I recall you          10:22:06

2    being able to change a bunch of votes.  I can't         10:22:12

3    remember what the other issues were.  I'm sure we       10:22:19

4    could look at the letter and it would outline them      10:22:22

5    because I did the following day, I think it was         10:22:25

6    the following day, go in and draft a letter.  And       10:22:27

7    I think I did it pen and paper and left it for          10:22:33

8    them to make their own, and then approve it at the      10:22:38

9    next meeting, a called meeting.                         10:22:44

10        Q    Was the -- you mentioned a problem            10:22:53

11   with the adjudication.  Can you explain for the         10:22:57

12   record what your understanding of adjudication          10:23:00

13   means in this context?                                  10:23:05

14        A    So I'm more familiar with the older           10:23:06

15   Diebold system than I am this system.  But from         10:23:08

16   what I understood, if there are stray marks on the      10:23:12

17   papers or if I had voted for two people in the          10:23:20

18   same race, then that ballot would have to be            10:23:27

19   adjudicated.  The old system, it would have been        10:23:32

20   done by hand with a representative from each party      10:23:39

21   and a board member, and they would have then voted      10:23:44

Page 36

1    the intent of the voter as those three could          10:23:50

2    determine on a new ballot.  So if I'm correct, and    10:23:55

3    I may not be, I think that's what was going on         10:23:59

4    here.  But on the ones that are run through the        10:24:01

5    machinery.                                             10:24:04

6        Q    The county did not have any specific         10:24:09

7    problems with its own election related to the          10:24:14

8    adjudication, did it?                                  10:24:19

9        A    I'm not sure I understand the                10:24:21

10   question.                                              10:24:23

11       Q    Well, you express the view, which is         10:24:23

12   explained about the functioning of the system,         10:24:28

13   but, to your knowledge, did that have any impact       10:24:33

14   upon the accuracy of Coffee County's votes for the     10:24:36

15   2020 election?                                         10:24:42

16       A    I don't really know but I don't think        10:24:43

17   so.  I don't know that for sure.  I think these        10:24:45

18   were things that they discovered during the            10:24:52

19   election when they were going through the              10:24:56

20   processing.  Do you have the letter also?              10:25:01

21       Q    Yes.  I'm going to show that to you in       10:25:05

Page 37

```
 1    a second when I get the number.                  10:25:08

 2              Did Ms. Martin, who is Ms. Hampton,     10:25:12

 3    right?  Misty Martin, Ms. Hampton, same person,   10:25:16

 4    correct?                                          10:25:20

 5        A    Yes.                                      10:25:21

 6        Q    Did she --                                10:25:21

 7        A    I didn't remember if it was her or if    10:25:22

 8    it was Mr. Wendell Stone who had made the motion. 10:25:24

 9    I don't remember.  For some reason, in the back of 10:25:29

10    my head I thought it might have been him.  But the 10:25:31

11    minutes are there, so ...                         10:25:35

12        Q    Did Ms. Hampton make a video that        10:25:38

13    described the adjudication issue that you are     10:25:42

14    explaining?                                        10:25:45

15        A    Yes.  Someone did.  I can't remember     10:25:47

16    exactly who did.  I know -- so, as I said, I wrote 10:25:49

17    out the letter for them to tweak and make their   10:25:57

18    own at their request.  Then there was a called    10:26:02

19    board meeting I suppose the following day, and at  10:26:07

20    that called meeting during the review of the      10:26:13

21    letter -- I was actually present sitting there -- 10:26:17
```

Page 38

```
 1    they started discussing at the board and said,      10:26:21

 2    someone said we need to be sure about every one of   10:26:26

 3    these things before we send this letter.  And so     10:26:30

 4    if my recollection is correct, they decided to do    10:26:35

 5    a short mock election to verify, and at that point   10:26:43

 6    someone was videoing the processes that they were    10:26:51

 7    going through.                                        10:26:58

 8              MR. BROWN:  We will mark as Exhibit 4       10:27:07

 9    Tab 43.                                               10:27:09

10              (Voyles Deposition Exhibit No. 4 was       10:27:11

11    marked for identification.)                           10:27:11

12    BY MR. BROWN:                                         10:27:31

13         Q    And if you turn to Page 28 --              10:27:31

14              MR. GRUBMAN:  Hold on.  It hasn't come     10:27:35

15    up on our screen yet.                                 10:27:36

16              It is on his screen.                        10:27:51

17         A    What am I looking for?                      10:27:53

18         Q    You are looking for, I believe it is       10:27:54

19    Exhibit 7 in that pdf.  It should be on about the    10:27:55

20    28th page of that pdf.                                10:28:01

21              MR. GRUBMAN:  All right, we are there.     10:28:18
```

Page 39

```
 1          Q     Just for the record, what do you see      10:28:19

 2     in front of you?                                     10:28:21

 3          A     A letter from the board to Brad           10:28:22

 4     Raffensperger.                                       10:28:26

 5          Q     What is the date of that letter?          10:28:28

 6          A     November the 11th.                        10:28:31

 7          Q     Is that the letter that you, the final    10:28:32

 8     version of the letter that you drafted by hand       10:28:35

 9     after the November 10 meeting?                       10:28:38

10          A     I believe that is correct, yes.           10:29:02

11          Q     Do you know Robert Sinners?               10:29:07

12          A     I do not.                                 10:29:12

13          Q     Do you recall having any conversations    10:29:22

14     with him or communicating with him?                  10:29:23

15          A     No, sir.                                  10:29:26

16          Q     Do you know who he is?                    10:29:27

17          A     I'm not exactly sure, no.                 10:29:32

18                MR. BROWN:  Let me mark as Exhibit 4,     10:29:40

19     Tab 15.                                              10:29:45

20                MR. GRUBMAN:  All right, it's up.         10:30:05

21                                                          10:30:06
```

Page 40

```
 1              (Voyles Deposition Exhibit No. 5 was    10:30:18

 2     marked for identification.)                      10:30:18

 3     BY MR. BROWN:                                     10:30:20

 4         Q    Okay.                                    10:30:21

 5              Do you see the first page of Exhibit 4   10:30:21

 6     is from Misty Hampton to you, or is that your     10:30:24

 7     wife?                                             10:30:28

 8         A    The E is me, Blake Edward.               10:30:29

 9         Q    And do you see where she says, "I air    10:30:33

10     dropped the video to Ed Voyles."                  10:30:36

11              Do you see that?                          10:30:39

12         A    Correct.                                  10:30:40

13         Q    Do you recall Ms. Hampton air dropping   10:30:41

14     the video of the board meeting to you?            10:30:44

15         A    Yes.                                      10:30:49

16         Q    And did you ask her to do that?          10:30:52

17         A    I had filed an open records request      10:30:54

18     for that video.                                   10:30:58

19         Q    And why did you submit an open records   10:31:02

20     request for that video?                           10:31:07

21         A    To see it and review it.                 10:31:09
```

Page 41

1          Q     And what did you -- what did you do      10:31:13

2     with it?  Did you send it out to other people?      10:31:15

3          A     I'm quite sure I did.  Who, I could      10:31:18

4     not even begin to tell you at this point.           10:31:24

5          Q     Let me direct your attention to the      10:31:29

6     second page of Exhibit 4.                           10:31:39

7               THE REPORTER:  Excuse me, Mr. Brown.      10:31:42

8     I believe that's Exhibit 5.                         10:31:44

9               MR. BROWN:  Sorry, Mr. Grubman.  Bear     10:31:49

10    with me.                                            10:31:51

11              THE WITNESS:  It says Exhibit 5 there.    10:31:55

12              MR. BROWN:  What was Exhibit 4?           10:31:57

13              MR. GRUBMAN:  A 39-page document          10:32:11

14    titled letter to Blackmon.                          10:32:12

15              MR. BROWN:  Sorry about that.             10:32:15

16    BY MR. BROWN:                                       10:32:28

17         Q     I apologize, Mr. Voyles.                 10:32:28

18              Exhibit 5 is the -- the first page of     10:32:30

19    Exhibit 5 is the e-mail from Missy Hampton to you   10:32:35

20    dated November 16th.  The second page of that       10:32:39

21    exhibit, do you see that?                           10:32:42

Page 42

```
 1        A     Yes.                                    10:32:50

 2        Q     And do you see that that is an e-mail   10:32:50

 3    from Georgia EDO, donaldtrump.com to Ms. Hampton  10:32:54

 4    in which Mr. Sinners asked for the audio of the   10:33:05

 5    November 10 meeting?                              10:33:09

 6        A     I do see that.                          10:33:12

 7        Q     And was Mr. Sinners' request for the    10:33:15

 8    audio related to your request for the audio?      10:33:18

 9              MR. GRUBMAN:  Objection, calls for      10:33:23

10    speculation.                                      10:33:23

11        A     I have no idea.                         10:33:26

12              MR. GRUBMAN:  Talk up a little bit so   10:33:30

13    they can hear you.                                10:33:31

14        A     I have no idea about that.  I would     10:33:33

15    not know.                                         10:33:35

16        Q     Were you asked by the Donald Trump for  10:33:36

17    President to obtain the video of the meeting?     10:33:40

18        A     No, sir.                                10:33:43

19        Q     And you don't recall what you did with  10:33:45

20    the video?                                        10:33:47

21        A     I'm pretty sure I sent a copy.  I       10:33:52
```

Page 43

1    would have to go back and figure out but I may        10:33:55

2    have sent one to VoterGA.                             10:33:58

3         Q    To who?                                     10:34:02

4         A    There is a guy in Atlanta, and I think      10:34:04

5    the name of his company was VoterGA -- what is his    10:34:06

6    name?  Oh, Garland Favorito.  I very well probably    10:34:12

7    sent it to him.                                       10:34:22

8         Q    And why did you do that?                    10:34:24

9         A    I don't recall.  I'm sure we were           10:34:31

10   having discussions if I did send it to him.           10:34:34

11        Q    Were your discussions about the             10:34:38

12   Dominion system generally?                            10:34:40

13        A    Generally I would think they were           10:34:43

14   about the election and the system, yes.               10:34:44

15        Q    And was he involved in a lawsuit about      10:34:49

16   the Dominion system at that time or did that come     10:34:53

17   later?                                                10:34:57

18        A    I don't know the answer to that             10:34:58

19   question.  I'm not sure.                              10:34:59

20        Q    Did Mr. Favorito contact you to get         10:35:01

21   the video or did you contact him?                     10:35:04

Page 44

1        A     I don't recall.                          10:35:09

2        Q     When you did first speak with --          10:35:12

3        A     I really don't even remember how I        10:35:15

4    ended up initially contacting him or talking to    10:35:17

5    him.  I can't recall how that occurred.            10:35:26

6        Q     You don't know what the connection was    10:35:28

7    between you and him?                                10:35:30

8        A     I really don't.  There may have been      10:35:31

9    others I sent the video to also.  I don't know.  I  10:35:33

10   would have to figure out how to find that out.      10:35:37

11       Q     Is it fair to say -- well, let me back     10:35:40

12   up a second.  Strike that.                          10:35:42

13             You were concerned about the              10:35:45

14   reliability of the Dominion system at this time,    10:35:47

15   correct?                                            10:35:52

16       A     Of the issues that were in the letter.    10:35:54

17       Q     And you are referring to your November    10:35:59

18   11 letter?                                          10:36:02

19       A     Yes, sir.                                 10:36:03

20       Q     Did you have a concern about the          10:36:13

21   accuracy of the votes or simply as a general        10:36:15

Page 45

1    matter the quality and the security and the        10:36:19

2    reliability of the Dominion system, or both?       10:36:23

3         A    Would you repeat that, please, so I      10:36:27

4    could --                                           10:36:28

5         Q    Let me back up and try to do a better    10:36:29

6    job with that.                                     10:36:31

7         A    Okay.                                    10:36:33

8         Q    This is November 2020.  Okay?            10:36:34

9         A    Okay.                                    10:36:37

10        Q    The issues with Dominion predated the    10:36:38

11   2020 election, correct?  Did you have problems     10:36:42

12   with the Dominion system prior to the 2020         10:36:45

13   election?                                          10:36:49

14        A    Personally I never used the Dominion     10:36:49

15   system.  I was only on the board during the use of 10:36:53

16   the Diebold system.                                10:36:56

17        Q    Okay.  In this time frame were your      10:36:59

18   concerns about the Dominion system related to the  10:37:02

19   accuracy of the 2020 election specifically or was  10:37:06

20   it a general problem with how the Dominion system  10:37:08

21   worked?                                            10:37:12

```
 1          A     My concerns were with, at that point   10:37:14
 2     in time were with what I put in the letter.       10:37:16
 3     That's what I knew.                                10:37:19
 4          Q     After -- do you recall any follow-up    10:37:27
 5     with Mr. Favorito about the board meeting minutes  10:37:30
 6     or video?                                          10:37:36
 7          A     I don't -- I don't remember.  There     10:37:39
 8     could have been but I just don't remember.  It's   10:37:40
 9     quite a while ago to try to remember everything    10:37:52
10     like that.                                         10:37:55
11          Q     I understand.                           10:37:55
12                And so your testimony is, and I just    10:37:58
13     need to be sure, but you do not recall any         10:38:00
14     communications, texts, e-mail with Robert Sinners; 10:38:02
15     is that correct?                                   10:38:10
16          A     No, sir, I don't.  And I searched my    10:38:11
17     phone to see if there had been and I found none.   10:38:14
18                MR. BROWN:  Let me mark Tab 23 as       10:39:07
19     Exhibit 6.                                         10:39:10
20                (Voyles Deposition Exhibit No. 6 was    10:39:11
21     marked for identification.)                        10:39:11
```

Page 47

```
 1    BY MR. BROWN:                                10:39:36

 2         Q     Do you have that in front of you?   10:39:37

 3               MR. GRUBMAN:  Yes, we have it now.  10:39:43

 4         Q     If you scroll down to the second page  10:39:45

 5    and following you will see that this appears to be  10:39:48

 6    draft executive orders for President Trump.  Have   10:39:52

 7    you seen these before?                        10:39:57

 8         A     I don't know that I have.          10:40:09

 9         Q     Did you know that Coffee County had  10:40:12

10    been featured in a draft executive order that was  10:40:16

11    presented to the president?                   10:40:20

12         A     I didn't.  I don't think that I did.  10:40:23

13    I don't recall that.  If I did know it, I sure  10:40:27

14    don't remember it.                            10:40:30

15         Q     And do you recall who, if anybody,  10:40:31

16    from Coffee County was involved in presenting to  10:40:33

17    the president an executive order that mentioned  10:40:39

18    Coffee County?                                10:40:46

19         A     I do not.                          10:40:46

20         Q     Do you recall a hearing in connection  10:40:55

21    with Coffee County's certification of the result,  10:40:57
```

Page 48

1    that the fact that Coffee County was having            10:41:01

2    difficulty certifying its result was presented to      10:41:07

3    the president?                                          10:41:11

4         A    Could you repeat that once more?             10:41:14

5         Q    Did you know anything about any              10:41:16

6    information given to President Trump about Coffee       10:41:18

7    County's difficulty in certifying the results?         10:41:21

8         A    No, I did not, and I don't know how it       10:41:25

9    would have gotten there.  I wasn't involved in         10:41:27

10   anything like that.                                    10:41:30

11        Q    Do you know Cathy Latham?                    10:41:35

12        A    Yes, sir, I do.                              10:41:38

13        Q    And who is she?                              10:41:40

14        A    Cathy has been in Douglas for quite a        10:41:42

15   number of years.  She worked at the high school as     10:41:45

16   a teacher and I know she was a member of the GOP.      10:41:48

17        Q    I believe this was probably covered by       10:42:04

18   a prior question, but do you have any reason to        10:42:07

19   believe that she was involved in getting Coffee        10:42:10

20   County's name in front of the president in the         10:42:12

21   form of draft executive orders?                        10:42:15

Page 49

```
 1         A    I don't know if she had anything to do    10:42:18

 2    with that or not.                                     10:42:21

 3              MR. BROWN:  If we could mark as             10:42:49

 4    Exhibit 7, Tab 9.                                     10:42:51

 5              (Voyles Deposition Exhibit No. 7 was        10:42:53

 6    marked for identification.)                           10:42:53

 7    BY MR. BROWN:                                         10:43:22

 8         Q    Do you have that in front of you?           10:43:23

 9         A    Yes.                                        10:43:25

10         Q    And you see that this is a December 21      10:43:28

11    e-mail to you?                                        10:43:31

12         A    Yes, I do see that, from Marilyn            10:43:40

13    Marks.                                                10:43:43

14         Q    And when is the first time that you --      10:43:50

15    is this the first time you saw the lawsuit that       10:43:53

16    was brought by Shawn Still?                           10:43:56

17         A    I suppose it would have been.               10:44:00

18         Q    And did you know anything about the         10:44:05

19    filing of that suit before it was filed, that it      10:44:06

20    was coming?                                           10:44:09

21         A    That it was coming?                         10:44:11
```

Page 50

```
 1        Q    Yes, that they were going to sue you.    10:44:13

 2        A    That they were going to sue me?          10:44:17

 3        Q    No, not you but Coffee County.           10:44:19

 4        A    Oh.  Oh.  I don't know that I did.       10:44:22

 5        Q    And do you recall sending a copy of      10:44:30

 6   that lawsuit to Marilyn Marks first, before this   10:44:32

 7   e-mail?                                            10:44:36

 8        A    I don't recall that.  Did I or could I   10:44:46

 9   have?  It would have been in my e-mail or text     10:44:49

10   messages if I had.                                 10:44:53

11        Q    And do you recall how you got a copy     10:45:01

12   of this lawsuit that wasn't stamp filed?  This one 10:45:02

13   doesn't have a stamp file on it, Exhibit 7.        10:45:07

14             Do you see that, Page 2?                 10:45:10

15        A    What does that mean, stamp file?         10:45:13

16             MR. GRUBMAN:  He doesn't understand      10:45:15

17   what you mean by stamp file.                       10:45:17

18        Q    If you look at this lawsuit there is     10:45:19

19   no indication at the top that it has been filed    10:45:21

20   with the court.  Do you recall getting, like, an   10:45:24

21   early copy of the lawsuit before it was filed?     10:45:30
```

Page 51

```
 1          A       Honestly I don't remember, and if I      10:45:37
 2     did I don't remember how I would have.               10:45:40
 3          Q       Did you know prior to December 21st      10:45:54
 4     that Shawn Still and others were planning on suing   10:46:00
 5     Coffee County over the 2020 election?                10:46:06
 6          A       I don't recall.  I mean, I certainly     10:46:12
 7     don't -- I certainly don't remember if I knew it     10:46:15
 8     or not.                                              10:46:18
 9          Q       Did you talk to Tony Rowell about the    10:46:29
10     lawsuit?                                             10:46:33
11          A       If I did I would have more than likely   10:46:34
12     sent a text to him or he would have sent to me.      10:46:36
13          Q       Apart from the written record you        10:46:42
14     don't recall speaking to him?                        10:46:44
15          A       I don't remember.  I'm not saying that   10:46:47
16     we didn't.  I'm just saying that I don't remember.   10:46:50
17          Q       Do you recall speaking to anybody        10:47:14
18     about a lawsuit being filed against Coffee County    10:47:16
19     relating to the 2020 election?                       10:47:19
20          A       I don't have a recollection of it.  I    10:47:28
21     mean, could I have?  I very well could have if I     10:47:30
```

Page 52

```
 1      had known about it, but I just don't remember.      10:47:33

 2            Q     Do you recall Eric Chaney collecting     10:47:38

 3      affidavits from voters in Coffee County that were    10:47:46

 4      used in the lawsuit against Coffee County?           10:47:51

 5            A     I don't.                                 10:47:54

 6            Q     Do you recall anybody on the board or    10:47:58

 7      you giving any information to the plaintiffs or      10:47:59

 8      the plaintiffs' lawyers relating to this lawsuit?    10:48:05

 9            A     And the plaintiffs' lawyers are?         10:48:17

10            Q     Kurt Hilburt.                            10:48:19

11            A     I don't see that.                        10:48:21

12            Q     I'm telling you that is who it is.       10:48:23

13      Did you give any information to Kurt Hilburt?        10:48:25

14            A     I don't know that name so I would        10:48:29

15      say -- I would say no.  I certainly don't recall     10:48:31

16      doing anything like that.                            10:48:36

17            Q     You wouldn't give information to         10:48:38

18      people that were fixing to sue Coffee County,        10:48:40

19      would you?                                           10:48:43

20            A     I can't imagine why I would.             10:48:45

21            Q     And you don't remember doing so, do      10:48:48
```

Page 53

| | | |
|---|---|---|
| 1 | you? | 10:48:50 |
| 2 | A    I don't think I did. | 10:48:51 |
| 3 | MR. BROWN:  Let me mark as the next | 10:49:09 |
| 4 | exhibit Tab 13. | 10:49:11 |
| 5 | (Voyles Deposition Exhibit No. 8 was | 10:49:19 |
| 6 | marked for identification.) | 10:49:19 |
| 7 | MR. BROWN:  I believe that's | 10:49:27 |
| 8 | Exhibit 8, Ms. Hallock. | 10:49:28 |
| 9 | MR. GRUBMAN:  All right, we got it. | 10:49:48 |
| 10 | BY MR. BROWN: | 10:49:51 |
| 11 | Q    Mr. Voyles, just in your own words, do | 10:49:51 |
| 12 | you recall what was going on with the | 10:49:54 |
| 13 | certification of the 2020 election in Coffee | 10:49:55 |
| 14 | County? | 10:49:59 |
| 15 | A    I know the recount, the machine | 10:50:06 |
| 16 | recount didn't match election night.  And I | 10:50:13 |
| 17 | remember in discussions with board members and | 10:50:25 |
| 18 | maybe even the attorney, Tony Rowell, how do you | 10:50:28 |
| 19 | certify a different number, how do you certify two | 10:50:32 |
| 20 | numbers? | 10:50:39 |
| 21 | You certify election night numbers, | 10:50:40 |

Page 54

1    right, and then how do you certify another number.    10:50:44

2    I remember that.  And I remember -- I remember    10:50:48

3    being in the office with Mr. Rowell looking at    10:50:56

4    those numbers and kind of working up some type of    10:51:07

5    spreadsheet or something for those numbers.    10:51:12

6         Q    And this was -- I'm not suggesting    10:51:16

7    anything wrong with it but this was in your    10:51:20

8    capacity as a private citizen, correct?    10:51:22

9         A    That is correct.    10:51:26

10        Q    And do you recall --    10:51:27

11        A    I was not on the board anywhere at    10:51:29

12   this point in time.    10:51:32

13        Q    And looking at Exhibit 8, do you    10:51:34

14   recall that press release being issued by    10:51:37

15   Mr. Harvey?    10:51:40

16        A    I have not seen this press release    10:51:43

17   that I'm aware of.  I have certainly not seen it    10:51:46

18   on the letterhead or anything like this.    10:51:49

19        Q    Do you recall Chris Harvey or someone    10:51:52

20   from the Secretary of State calling Ms. Hampton in    10:51:54

21   the election office urging her to complete the    10:51:58

Page 55

```
 1    recount and certification as soon as possible?      10:52:03

 2              MS. LaROSS:  Object to the form of the     10:52:10

 3    question.                                            10:52:11

 4              This is Diane LaRoss.                       10:52:11

 5         Q    Go ahead.                                   10:52:16

 6         A    So you rephrase the question or             10:52:21

 7    what --                                              10:52:22

 8              MR. GRUBMAN:  These are just                10:52:23

 9    objections for the record, so unless I instruct      10:52:24

10    you not to answer you can answer to the best of      10:52:26

11    your ability.                                        10:52:29

12              THE WITNESS:  Okay.                         10:52:31

13         A    I remember being told, and I'm not          10:52:32

14    sure if it was Misty or others, board members or     10:52:35

15    Mr. Rowell, but I remember being told that they      10:52:40

16    were receiving pressure to go ahead and certify.     10:52:44

17    And once again, I mean, I said exactly what I did.    10:52:47

18    How do you certify two different numbers and they    10:52:53

19    both be correct?  So that was a big discussion       10:52:56

20    that was going on, and while I was there -- I know   10:52:59

21    I was there, I know Mr. Rowell was there.  I can't   10:53:02
```

Page 56

1   remember who all else, but --                    10:53:05

2       Q    And you're saying there.  You were       10:53:12

3   there in the election office, right?             10:53:15

4       A    Yes, sir.  Yes, sir.                     10:53:18

5       Q    And what was being done by the Coffee    10:53:19

6   County to try to certify the election?  What were 10:53:21

7   they actually doing?  Were they recounting or     10:53:24

8   running the machines again?  What were they doing? 10:53:28

9       A    I think they actually did count          10:53:32

10  multiple times trying to figure out what the      10:53:33

11  issues were.  I think that's correct.             10:53:36

12      Q    Trying to get a repeatable --            10:53:39

13      A    It probably shows on the spreadsheet     10:53:42

14  if there were more than one count because I       10:53:47

15  remember -- I don't know, I just remember the     10:53:49

16  spreadsheet and the numbers.  I don't remember the 10:53:52

17  numbers but I remember sitting there with Tony and 10:53:54

18  looking at it and putting together a spreadsheet.  10:53:58

19      Q    And the spreadsheet shows the            10:54:03

20  different outcomes of the various counts; is that  10:54:04

21  right?                                            10:54:08

Page 57

```
 1          A     Yes.  That's the way I recall it in my    10:54:09

 2     mind's eye.                                           10:54:12

 3          Q     Do you know why Coffee County just         10:54:24

 4     didn't at that time count everything by hand to       10:54:26

 5     certify it, 15,000 votes?                             10:54:31

 6          A     I don't.                                   10:54:36

 7          Q     Were you aware of any efforts to try       10:54:38

 8     to slow down the certification of Coffee County's     10:54:41

 9     election results?                                     10:54:45

10          A     By whom?                                   10:54:47

11          Q     By anybody.                                10:54:48

12          A     No.                                        10:54:50

13          Q     Did you have any communications with       10:54:54

14     anybody about efforts to slow down the                10:54:56

15     certification?                                        10:55:03

16          A     No, sir.  I don't understand why you       10:55:05

17     would so ...                                          10:55:07

18          Q     Well, one reason would be if you were      10:55:10

19     trying to buy time to challenge the election          10:55:12

20     results, right?                                       10:55:17

21              MR. GRUBMAN:  Mr. Voyles, don't ask          10:55:22
```

Page 58

```
 1    him questions, answer his questions.              10:55:23

 2              MR. BROWN:  I don't know what that       10:55:27

 3    was.  I guess that was an objection.              10:55:28

 4              MR. GRUBMAN:  That was an instruction    10:55:31

 5    to my client who is sitting there.  So you can ask 10:55:32

 6    the next question.                                10:55:38

 7              MR. BROWN:  Can you repeat the           10:55:40

 8    question, court reporter?                         10:55:41

 9              (The record was read as requested.)     10:55:58

10              MR. GRUBMAN:  Objection.  Badgering      10:55:59

11    the witness.                                      10:56:02

12        Q    Mr. Voyles, do you feel badgered?        10:56:06

13              MR. GRUBMAN:  Don't answer that          10:56:08

14    question.                                         10:56:09

15              You can ask the next question,           10:56:10

16    Mr. Brown.  You can stop laughing, too.  This is a 10:56:12

17    very serious matter and we take it very seriously 10:56:16

18    and Mr. Voyles takes it very seriously.           10:56:19

19    Apparently you don't take it very seriously.  But 10:56:21

20    I would ask you to stop laughing, stop badgering  10:56:24

21    the witness.  And I would ask you to continue to  10:56:28
```

| | | |
|---|---|---|
| 1 | ask your questions until the conclusion of this | 10:56:30 |
| 2 | deposition. | 10:56:32 |
| 3 | This isn't a friendly conversation, | 10:56:33 |
| 4 | Mr. Brown, based on how you have acted since the | 10:56:36 |
| 5 | moment you sent those subpoenas.  This isn't | 10:56:39 |
| 6 | something we are going to pal around with you. | 10:56:41 |
| 7 | That's not why we are here.  Ask your questions. | 10:56:44 |
| 8 | Mr. Voyles is going to answer to the best of his | 10:56:47 |
| 9 | ability and we will go home. | 10:56:47 |
| 10 | MR. BROWN:  Do you have any other | 10:56:48 |
| 11 | self-serving rubbish to put on the record? | 10:56:50 |
| 12 | MR. GRUBMAN:  You can ask a question | 10:56:54 |
| 13 | to Mr. Voyles or we can go ahead and end this | 10:56:55 |
| 14 | deposition.  You can explain to Judge Totenberg | 10:56:58 |
| 15 | why you think this behavior is appropriate.  Up to | 10:57:04 |
| 16 | you.  I'm totally good with either one, Bruce. | 10:57:07 |
| 17 | MR. BROWN:  I am, too. | 10:57:10 |
| 18 | MR. GRUBMAN:  Okay, well, let's do | 10:57:11 |
| 19 | that then.  If you don't want to continue asking | 10:57:11 |
| 20 | questions, if you would rather call Judge | 10:57:11 |
| 21 | Totenberg, happy to. | 10:57:14 |

Page 60

```
 1   BY MR. BROWN:                                     10:57:18

 2        Q    Mr. Voyles, I asked you a question      10:57:19

 3   about whether you knew anything about any delay   10:57:20

 4   and you asked me why would anybody want a delay.  10:57:23

 5   Then I said one reason --                         10:57:27

 6        A    I did not know anything about a delay.  10:57:29

 7        Q    One way or the other, right?            10:57:32

 8        A    I do not.                               10:57:34

 9        Q    Thank you.                              10:57:38

10        A    Yes, sir.                               10:57:40

11             MR. GRUBMAN:  And Mr. Brown's           10:57:43

12   objection to me instructing my client, I would    10:57:45

13   once again instruct my client not to ask Mr. Brown 10:57:47

14   questions, to answer questions unless I tell you  10:57:51

15   not to.                                           10:57:54

16             MR. BROWN:  Mr. Voyles, I do not        10:57:56

17   disagree with those instructions.  Those are      10:57:57

18   totally appropriate.                              10:58:00

19             And thank you, Scott, for that          10:58:02

20   injunction.                                       10:58:04

21
```

Page 61

```
 1    BY MR. BROWN:                                    10:58:08

 2         Q    Mr. Voyles, in the November 3rd to     10:58:09

 3    January 7 time frame -- November 3rd is the      10:58:11

 4    election date, January 7 is the day that the     10:58:15

 5    people came from Sullivan|Strickler and copied the  10:58:19

 6    election equipment -- during that time frame did    10:58:24

 7    you communicate with Sydney Powell?              10:58:26

 8         A    No, sir.                               10:58:30

 9         Q    Did you communicate during that time   10:58:31

10    frame with Rudy Giuliani?                        10:58:34

11         A    No, sir.                               10:58:37

12         Q    Did you communicate at that time frame 10:58:37

13    with Dave Shaffer?                               10:58:39

14         A    No, sir.                               10:58:43

15         Q    Do you know David Shaffer?             10:58:44

16         A    I do not know him.  I know who he is.  10:58:46

17    He has held different positions, elected         10:58:49

18    positions, I think.  And I believe he was chair of  10:58:51

19    the Republican party or some role in the         10:58:54

20    Republican party.                                10:58:57

21         Q    But you do not recall communicating    10:58:59
```

with him between November 3rd and January 7th, correct? 10:59:01 10:59:05
A I do not. 10:59:05
Q Do you recall communicating with a gentleman named Scott Hall during that time frame? 10:59:09 10:59:10
A I do not. I know the name. 10:59:14
Q How do you know the name? 10:59:16
A I've heard it. 10:59:19
Q And what did you hear about him? 10:59:21
A That he was a bail bondsman. 10:59:24
Q And what else? 10:59:28
A They were to come and meet with Misty. 10:59:35
Q And who told you that? 10:59:39
A I think it was Misty. 10:59:40
Q When did she tell you that? 10:59:43
A Oh, jeez. I don't know. 10:59:45
Q Was it before he did? 10:59:48
A I expect it was. 10:59:50
Q And so let me fast forward to January 7th. 10:59:53 11:00:03
Were you in the elections office on 11:00:04

Page 63

| | | |
|---|---|---|
| 1 | January 7 when people came to the elections office | 11:00:07 |
| 2 | to make copies of the election software? | 11:00:13 |
| 3 | A    I went to the office at some point | 11:00:23 |
| 4 | during that time.  I may have gone and left and | 11:00:26 |
| 5 | gone back.  I don't know for sure.  I haven't seen | 11:00:29 |
| 6 | the videos to know. | 11:00:32 |
| 7 | Q    Well, you were there.  I'm not asking | 11:00:36 |
| 8 | about what you saw on the videos. | 11:00:38 |
| 9 | Do you recall being there?  You do, | 11:00:40 |
| 10 | right? | 11:00:44 |
| 11 | A    Yes.  I went in the office during that | 11:00:44 |
| 12 | time frame, some time during that time frame. | 11:00:47 |
| 13 | Q    Let me refer you back to Exhibit 2. | 11:00:59 |
| 14 | A    Okay. | 11:01:13 |
| 15 | Q    And if you would turn to the second | 11:01:13 |
| 16 | page of Exhibit 2 and look at the rows for January | 11:01:15 |
| 17 | 7th.  Are you with me? | 11:01:18 |
| 18 | MR. GRUBMAN:  I'm going to say, you | 11:01:24 |
| 19 | are showing this document that I guess you made by | 11:01:25 |
| 20 | looking at the video.  What are you asking him to | 11:01:31 |
| 21 | do?  This is a highly objectionable document that | 11:01:35 |

| | | |
|---|---|---|
| 1 | he knows nothing about.  You keep showing it to | 11:01:39 |
| 2 | him as though it means that he was there this day. | 11:01:42 |
| 3 | Where does this come from, Bruce?  You need to | 11:01:46 |
| 4 | give context before you ask about it.  Is this | 11:01:49 |
| 5 | something that you created based on your review of | 11:01:51 |
| 6 | a surveillance video? | 11:01:56 |
| 7 | MR. BROWN:  Yes.  Not me personally | 11:02:00 |
| 8 | but our team did, yes. | 11:02:00 |
| 9 | MR. GRUBMAN:  Well, I will instruct | 11:02:00 |
| 10 | Mr. Voyles this does not mean that this is | 11:02:01 |
| 11 | accurate. | 11:02:04 |
| 12 | This is a document that him and his | 11:02:04 |
| 13 | team made.  If you can answer questions about this | 11:02:07 |
| 14 | document you have never seen before, be my guest. | 11:02:09 |
| 15 | Otherwise, feel free to explain to Mr. Brown that | 11:02:12 |
| 16 | you have never seen this document. | 11:02:15 |
| 17 | I don't understand why you think you | 11:02:18 |
| 18 | can create notes about a video that you or your | 11:02:19 |
| 19 | team apparently looked at and believe you have | 11:02:23 |
| 20 | identified the exact times that Mr. Voyles has | 11:02:25 |
| 21 | come and gone and then use it as though it is some | 11:02:29 |

Page 65

```
 1     sort of authority on where he was.              11:02:33

 2            I mean, this would never -- this would   11:02:35

 3     never be admissible in court so I can't imagine 11:02:39

 4     why it would be admissible in a deposition.  But 11:02:43

 5     if you want to ask him questions about it I assume 11:02:47

 6     his answer will be that he has never seen this   11:02:49

 7     document before and he can't speak to it.        11:02:52

 8     BY MR. BROWN:                                    11:02:55

 9        Q    Mr. Voyles, I would never ask you if     11:02:55

10     you have seen this document because that would be 11:02:57

11     silly because we prepared it for this deposition 11:03:00

12     to aid your testimony.  Do you not assume it's   11:03:09

13     correct?  Are you with me?  Scott, you got       11:03:10

14     anything else?                                   11:03:11

15            MR. GRUBMAN:  I mean you are putting      11:03:12

16     up a document and now you are saying don't assume 11:03:13

17     it is correct.                                   11:03:16

18            MR. BROWN:  I do it all the time.  I      11:03:18

19     do it all the time.  So do you.                  11:03:19

20            MR. GRUBMAN:  I don't, Bruce.             11:03:22

21     Actually, I don't.  I don't know what they teach 11:03:23
```

Page 66

| | | |
|---|---|---|
| 1 | you, you used to clerk down on the Supreme Court. | 11:03:24 |
| 2 | I certainly wasn't there, but in trial law this | 11:03:27 |
| 3 | would never be an admissible document unless you | 11:03:29 |
| 4 | were friends with the judge.  This isn't something | 11:03:33 |
| 5 | I have ever done, Bruce.  I have never done this | 11:03:36 |
| 6 | in my career, I can assure you of that. | 11:03:36 |
| 7 | MR. BROWN:  You are aware that I am | 11:03:42 |
| 8 | not introducing this into evidence, are you not? | 11:03:43 |
| 9 | MR. GRUBMAN:  You are asking my | 11:03:47 |
| 10 | witness questions about it and now you are | 11:03:47 |
| 11 | admitting that you made it up and it might not be | 11:03:47 |
| 12 | accurate.  I think that's a violation of the | 11:03:47 |
| 13 | ethical rules.  I think we need to move on from | 11:03:48 |
| 14 | this document, Bruce. | 11:03:50 |
| 15 | MR. BROWN:  Are you familiar with | 11:03:51 |
| 16 | demonstrative evidence? | 11:03:53 |
| 17 | MR. GRUBMAN:  Bruce, you just | 11:03:56 |
| 18 | explained that this might be an inaccurate | 11:03:57 |
| 19 | document.  I think you need to move on from this | 11:04:00 |
| 20 | document. | 11:04:03 |
| 21 | MR. BROWN:  I did not say -- I did not | 11:04:04 |

```
                                                Page 67

 1    say anything.                                 11:04:04

 2              MR. GRUBMAN:  You said don't assume --  11:04:05

 3    Madam Court Reporter, please read back Mr. Brown's  11:04:07

 4    colloquy.                                     11:04:10

 5              MR. BROWN:  You don't need to.      11:04:11

 6              MR. GRUBMAN:  If we want to continue 11:04:11

 7    this deposition, Bruce, Madam Court Reporter -- 11:04:13

 8              MR. BROWN:  I have not asked -- I have 11:04:15

 9    not asked the witness a question for the last, I 11:04:16

10    don't know, $300 in attorneys fees, so if you  11:04:17

11    would let me ask a question maybe we could move on 11:04:21

12    before we need talk to Judge Totenberg about this. 11:04:24

13    Okay?                                         11:04:27

14              MR. GRUBMAN:  Mr. Voyles, I instruct 11:04:28

15    you not to answer any further questions about this 11:04:29

16    document that Mr. Brown admitted on the record and 11:04:33

17    now will not allow me to ask the court reporter to 11:04:36

18    read back, it could contain inaccuracies and he is 11:04:37

19    no -- he is not saying that it is accurate.   11:04:41

20              So now we can move on, Bruce.  Go   11:04:42

21    ahead, ask your next question.                11:04:45
```

Page 68

```
 1    BY MR. BROWN:                                  11:04:47

 2         Q    Mr. Voyles, do you recall being in the   11:04:48

 3    election office four times on January 7th?     11:04:50

 4         A    I don't know how many times I was      11:04:56

 5    there.  I know I was there.                    11:04:58

 6         Q    And you were there for --             11:04:59

 7         A    I was --                             11:04:59

 8         Q    I'm sorry, I interrupted you.        11:05:00

 9              And you were there for several hours   11:05:02

10    probably over the course of the day?          11:05:05

11              MR. GRUBMAN:  Objection.  The document   11:05:08

12    is not in evidence.                           11:05:11

13              You can answer if you can.           11:05:13

14         A    I very well may have been there.  I   11:05:14

15    don't remember the length of times that I was   11:05:17

16    there.                                        11:05:19

17         Q    When you were there did you know what   11:05:21

18    the people from Sullivan|Strickler were doing   11:05:24

19    there?                                        11:05:28

20         A    When I was there?  I was introduced to   11:05:30

21    the folks, which was the first time I had ever met   11:05:36
```

Page 69

| | | |
|---|---|---|
| 1 | anyone, any one of them.  I don't know what I was | 11:05:39 |
| 2 | told as far as what they were doing or why they | 11:05:45 |
| 3 | were doing it. | 11:05:48 |
| 4 | Q    Did you ask? | 11:05:52 |
| 5 | A    I don't remember if I asked or not. | 11:05:53 |
| 6 | Q    Did you wonder why four or five people | 11:05:56 |
| 7 | were in the elections office with a bunch of | 11:06:00 |
| 8 | equipment? | 11:06:04 |
| 9 | A    I'm sure I did wonder. | 11:06:06 |
| 10 | Q    And when you wondered what did you -- | 11:06:10 |
| 11 | did you resolve that question in your mind? | 11:06:13 |
| 12 | A    I don't have an answer.  I don't know | 11:06:19 |
| 13 | what I did at that point in time. | 11:06:21 |
| 14 | Q    So for the record, you're saying that | 11:06:23 |
| 15 | you don't know what they were doing? | 11:06:25 |
| 16 | MR. GRUBMAN:  Objection, asked and | 11:06:28 |
| 17 | answered. | 11:06:28 |
| 18 | You can answer it again if you want | 11:06:33 |
| 19 | to, Mr. Voyles.  I object to things, but unless I | 11:06:36 |
| 20 | instruct you not to answer just answer it one more | 11:06:45 |
| 21 | time and then he will move on. | 11:06:49 |

Page 70

```
 1          A     I know I was there.  I saw them.  I      11:06:51

 2    met them.  I don't know what assumptions I made      11:06:54

 3    about what they were doing at this point in time.    11:06:56

 4    I don't recall where my mind was as far as that      11:06:58

 5    goes.                                                11:07:02

 6          Q     What did you think they were doing to     11:07:02

 7    the best of your recollection?                       11:07:04

 8                MR. GRUBMAN:  Objection, asked and        11:07:07

 9    answered.                                            11:07:07

10                You can answer if you can.               11:07:08

11          Q     What did you think they were doing?      11:07:19

12          A     I know they were going over equipment.   11:07:21

13    For what purpose and for whom, I don't know.         11:07:23

14          Q     Before you went to the Coffee County     11:07:27

15    offices on January 7th did you know that they were   11:07:31

16    going to be there?                                   11:07:34

17          A     I do not believe that I knew             11:07:36

18    Sullivan|Strickler would be there, no.               11:07:38

19          Q     Did you know that someone was going to   11:07:41

20    be there to make copies of the election equipment?   11:07:44

21          A     I think I knew that Scott Hall was       11:07:48
```

Page 71

```
 1    coming to meet with Misty that day, and I don't       11:07:50

 2    remember much other than that.                        11:07:54

 3         Q    Did you know what the purpose of Scott       11:07:58

 4    Hall's visit with Misty was going to be?              11:08:00

 5         A    To meet with her?  I don't know the         11:08:04

 6    exact intent or whatever from that, no.               11:08:06

 7         Q    Did you know that it was for the            11:08:11

 8    purpose of copying the election equipment?            11:08:12

 9         A    I don't recall knowing that.               11:08:16

10         Q    When did you first learn that the          11:08:19

11    election equipment had been copied on January 7?     11:08:22

12         A    I guess I would assume I knew              11:08:31

13    something was going on when I was there.             11:08:34

14         Q    And as a former member of the board        11:08:47

15    did you have any questions in your own mind about    11:08:52

16    whether it was appropriate or legal for them to be   11:08:59

17    there making copies of the election equipment?       11:09:02

18    Election software, sorry.                            11:09:04

19         A    Well, my assumption would be that they     11:09:09

20    were there with approval of the board members.  I    11:09:16

21    mean, there was a board member there.  There were    11:09:24
```

Page 72

```
 1    employees there.                                   11:09:28

 2         Q     Did the -- the board member was Eric    11:09:34

 3    Chaney; is that right?                             11:09:38

 4         A     Yes, sir.                               11:09:39

 5         Q     And Misty Hampton also was there,       11:09:41

 6    correct?                                           11:09:44

 7         A     Yes, sir.                               11:09:45

 8         Q     Were there other board members other    11:09:46

 9    than Mr. Chaney there?                             11:09:47

10         A     I don't recall any.  I really,          11:09:50

11    honestly I don't remember.                         11:09:53

12         Q     Do you recall any discussions with      11:10:00

13    Mr. Chaney about what Sullivan|Strickler was doing 11:10:01

14    or the purpose of what they were doing?            11:10:05

15         A     I don't recall any conversations.       11:10:08

16         Q     Do you recall any conversations with    11:10:12

17    Ms. Hampton about the purpose of what they were    11:10:15

18    doing?                                             11:10:20

19         A     I don't remember.                       11:10:22

20         Q     So looking back today you believe you   11:10:28

21    knew that they were copying the election software  11:10:30
```

Page 73

1    pursuant to the -- some kind of authorization from    11:10:36

2    either the board or someone in authority, right?    11:10:41

3         A    Would you repeat the question, please?    11:10:46

4         Q    Well, let me just reframe.  It was a    11:10:49

5    terrible question.    11:10:51

6              So to the best of your recollection    11:10:52

7    today, it was your understanding at the time that    11:10:55

8    the people from Sullivan|Strickler had    11:10:59

9    authorization from someone in authority at Coffee    11:11:03

10   County to do what they were doing?    11:11:07

11        A    Yes.    11:11:11

12        Q    And at the time did you think there    11:11:18

13   was anything inappropriate about the board or    11:11:20

14   Ms. Hampton giving Sullivan|Strickler the    11:11:26

15   authority to make copies of Coffee County's    11:11:30

16   election software?    11:11:35

17        A    Could you repeat that, please?    11:11:40

18        Q    At the time did you have any question    11:11:41

19   about whether it was appropriate for the board or    11:11:44

20   Ms. Hampton to give Sullivan|Strickler access to    11:11:48

21   the voting software?    11:11:55

Page 74

```
 1          A     I don't remember what I was thinking    11:12:01

 2     at that point in time.                             11:12:02

 3               MR. BROWN:  I'm going to mark as         11:12:20

 4     Exhibit 9, Tab 7.                                  11:12:22

 5               (Voyles Deposition Exhibit No. 9 was     11:12:30

 6     marked for identification.)                        11:12:30

 7               MR. GRUBMAN:  All right, we got it.      11:12:51

 8     BY MR. BROWN:                                      11:12:52

 9          Q     Let me direct your attention to the     11:12:52

10     official election bulletin dated November 7, 2020 11:12:54

11     that appears on the first page of Exhibit 9.       11:13:00

12               Do you see that?                         11:13:02

13          A     Yes.                                    11:13:09

14          Q     And you received a copy of this, I      11:13:10

15     take it, from Garland Favorito?                    11:13:13

16          A     I don't remember how I got it.          11:13:18

17          Q     Do you see -- I understand you don't    11:13:20

18     remember.  You see the e-mail there from Garland   11:13:22

19     Favorito to you, correct?                          11:13:25

20          A     Yes, I do.                              11:13:28

21          Q     And that is dated December 15; is that  11:13:29
```

Page 75

1    right?                                            11:13:31

2         A    Yes.                                    11:13:32

3         Q    So that was several weeks before        11:13:32

4    January 7 when Sullivan|Strickler made the copies  11:13:35

5    of the election equipment, right?                 11:13:38

6         A    Yes.                                    11:13:41

7         Q    Do you recall Mr. Harvey's election     11:13:53

8    bulletin alerting counties to the possibility that 11:13:55

9    people would be trying to get copies of original   11:14:01

10   software for the voting equipment?                11:14:04

11        A    Until seeing this I don't remember it,  11:14:09

12   but I'm sure I saw it at that point in time,       11:14:13

13   that's for sure.                                   11:14:16

14        Q    Right, you saw it at that time but      11:14:17

15   then a couple weeks later Coffee County is doing   11:14:25

16   just what Mr. Harvey said not to do, right?        11:14:28

17             MR. GRUBMAN:  Objection.  I think that  11:14:35

18   mischaracterizes this document.                    11:14:36

19        Q    You can answer.                         11:14:41

20        A    What was the question?                  11:14:52

21        Q    Didn't Coffee County do exactly what   11:14:54

Page 76

| | | |
|---|---|---|
| 1 | Mr. Harvey said not to do, and that is give a | 11:14:56 |
| 2 | third party access to their election software? | 11:15:00 |
| 3 | MR. GRUBMAN:  I'm going to state that | 11:15:04 |
| 4 | Mr. Brown is misquoting this document, and I would | 11:15:06 |
| 5 | encourage you to read this memo in its entirety | 11:15:09 |
| 6 | before you answer that question. | 11:15:14 |
| 7 | That's not what this document said, | 11:15:15 |
| 8 | Bruce, and I think you know that.  This has to do | 11:15:18 |
| 9 | with Open Records Act, which is not what was | 11:15:21 |
| 10 | happening.  And you have a duty of candor to a | 11:15:21 |
| 11 | witness and I think you violated that right here. | 11:15:23 |
| 12 | MR. BROWN:  Absolutely right, and the | 11:15:26 |
| 13 | objection is so good I'm going to withdraw the | 11:15:28 |
| 14 | question. | 11:15:32 |
| 15 | MR. GRUBMAN:  Good. | 11:15:33 |
| 16 | Q     Sullivan|Strickler had not submitted | 11:15:34 |
| 17 | an Open Records Act request, had they? | 11:15:37 |
| 18 | A     I do not know. | 11:15:39 |
| 19 | Q     So they came in -- to the best of your | 11:15:40 |
| 20 | knowledge they came in there to make copies of the | 11:15:41 |
| 21 | software without even making an Open Records Act | 11:15:44 |

Page 77

```
 1    request, correct?                                11:15:50

 2        A    I do not know.                          11:15:51

 3        Q    And Mr. Harvey says if someone goes to  11:15:52

 4    the trouble of making an Open Records Act request, 11:15:57

 5    as Mr. Grubman noted, that the county should not  11:15:59

 6    give them a copy of original software of the      11:16:06

 7    voting equipment, right?                          11:16:09

 8        A    I wasn't on the board.  I don't know    11:16:15

 9    what arrangements were made.  I don't know        11:16:15

10    anything about what would have transpired prior to 11:16:17

11    their getting there.                              11:16:20

12        Q    I'm just following up on Mr. Grubman's  11:16:21

13    helpful objection.  He points out that the memo is 11:16:23

14    directed to people who go to the trouble of making 11:16:27

15    an Open Records Act request.  And if they do,     11:16:30

16    counties are not supposed to turn over copies of  11:16:33

17    original software.                                11:16:36

18            My question is since                      11:16:38

19    Sullivan|Strickler did not even go to the trouble 11:16:39

20    of making an Open Records Act request, to the best 11:16:42

21    of your knowledge, how is it appropriate and      11:16:45
```

Page 78

```
1    consistent with Mr. Harvey's memo for Coffee      11:16:46

2    County to let Sullivan|Strickler have a copy of    11:16:51

3    your election equipment?                           11:16:55

4              MR. GRUBMAN:  Objection, that calls      11:16:57

5    for a legal conclusion.                            11:16:57

6              If you can give that legal conclusion,   11:16:59

7    feel free, and if not you can tell Mr. Brown.      11:17:00

8         A    I don't know.                            11:17:05

9         Q    Did you have any recollection of this    11:17:05

10   memo when you were sitting there watching          11:17:07

11   Sullivan|Strickler make copies of the original     11:17:09

12   software in the voting equipment?                  11:17:12

13        A    I suppose I did.                         11:17:18

14        Q    Did you discuss with Mr. Chaney or       11:17:21

15   Ms. Hampton whether the Secretary of State would   11:17:24

16   approve or disapprove of Coffee County allowing    11:17:31

17   Sullivan|Strickler to make a copy of the software  11:17:35

18   for the voting equipment?                          11:17:40

19        A    Would you repeat that once again?  Did   11:17:45

20   I?                                                 11:17:49

21        Q    Did you discuss with Ms. Hampton or      11:17:50
```

Page 79

| | | |
|---|---|---|

1    Mr. Chaney whether the Secretary of State would        11:17:52

2    approve or disapprove of Coffee County allowing         11:17:55

3    Sullivan|Strickler to make copies of the Coffee        11:17:58

4    County election software?                               11:18:04

5         A    I don't recall if we had any                 11:18:06

6    discussions about it.                                   11:18:07

7         Q    Do you know if anybody told the              11:18:08

8    Secretary of State that Sullivan|Strickler had         11:18:10

9    made copies of the software?                            11:18:13

10        A    I do not know.                               11:18:15

11        Q    Did you?  You didn't, did you?              11:18:17

12        A    No, sir.                                      11:18:19

13        Q    You didn't view there was anything           11:18:20

14   wrong with what Sullivan|Strickler was doing, did     11:18:23

15   you?                                                    11:18:27

16             MR. GRUBMAN:  Objection, asked and           11:18:28

17   answered.                                               11:18:28

18             MR. BROWN:  I have not asked it but if       11:18:30

19   I did, let me ask it again.                             11:18:32

20        Q    Did you think there was anything wrong       11:18:34

21   with Sullivan|Strickler making copies of Coffee        11:18:36

Page 80

1     County's --                                    11:18:39

2              MR. GRUBMAN:  Objection, asked and    11:18:43

3     answered.                                      11:18:43

4              You can answer it again if you can.   11:18:43

5        Q     -- original software for the voting   11:18:45

6     equipment?                                     11:18:47

7        A     I didn't know who had arranged it or  11:18:48

8     who had approved it.                           11:18:50

9        Q     Did you think there was anything wrong 11:18:56

10    with Sullivan|Strickler copying the equipment? 11:18:58

11             MR. GRUBMAN:  Objection, asked and    11:19:02

12    answered now for the third time.               11:19:02

13             You can answer one more time and then 11:19:04

14    Mr. Brown will move on.  Go ahead.  He doesn't 11:19:06

15    like your answer so he keeps asking it but you can 11:19:09

16    answer it the same way.                        11:19:13

17             MR. BROWN:  Mr. Grubman.  Mr. Grubman 11:19:15

18    and Mr. Voyles, let me just say that that is   11:19:16

19    wrong.  I asked a different question, but it was 11:19:22

20    close, and so I don't want to trick you.       11:19:26

21       Q     Before -- Mr. Grubman, try to follow. 11:19:33

Before I asked whether -- 11:19:33

MR. GRUBMAN: Let me -- 11:19:33

THE REPORTER: Excuse me -- 11:19:33

(Reporter seeks clarification.) 11:19:38

Q The county -- the first question I 11:19:38
asked, okay -- 11:19:38

MR. GRUBMAN: If you ask better 11:19:39
questions I will be able to follow. Just ask 11:19:39
another question. I'm not the deponent. You will 11:19:39
never depose me, Bruce. Okay? So ask the next 11:19:40
question and then we can come to a conclusion of 11:19:44
this deposition in a reasonable time period. If 11:19:46
you have arguments with me, you can send me a 11:19:49
letter later and we can handle that off the 11:19:52
record. 11:19:54

MR. BROWN: I have -- 11:19:55

MR. GRUBMAN: So go ahead and ask 11:19:55
Mr. Voyles the next question. 11:19:57

MR. BROWN: I have no argument with 11:19:59
you, Scott. 11:20:01

MR. GRUBMAN: Next question, please. 11:20:03

Page 82

1              MR. BROWN:  Let me get to the one that        11:20:04

2       I was asking when you interrupted.                  11:20:05

3              MR. GRUBMAN:  Okay, with an objection.        11:20:07

4       Okay, got it.                                       11:20:10

5              MR. BROWN:  If you will object after I        11:20:11

6       ask it, it will go faster.                          11:20:13

7              Mr. Voyles, your attorney may object         11:20:16

8       to this after I ask it so don't answer until you    11:20:17

9       hear his objection, okay?                           11:20:21

10      BY MR. BROWN:                                        11:20:22

11          Q    Mr. Voyles, I'm going to ask two           11:20:23

12      different questions.  Do you think there was        11:20:24

13      anything wrong with giving, whether it was by the   11:20:26

14      board or by Ms. Hampton, Sullivan|Strickler the     11:20:31

15      authority to make the election copies?              11:20:36

16              MR. GRUBMAN:  Same objection.                11:20:40

17              But you may answer.                          11:20:42

18          A    I'm not one hundred percent sure who       11:20:49

19      approved them coming there so I don't -- I would    11:20:51

20      be speculating, wouldn't I, if I told you that?     11:20:56

21          Q    But as far as you know, there was          11:21:03

Page 83

```
 1    nothing wrong with what was happening on January   11:21:05

 2    7th, correct?                                      11:21:07

 3              MR. GRUBMAN:  Objection, asked and       11:21:10

 4    answered.                                          11:21:10

 5              You may answer again if you can.         11:21:11

 6         A    I don't know who approved it.  I don't   11:21:19

 7    know.  If it were just the board I suppose you     11:21:20

 8    would be correct.                                  11:21:25

 9         Q    So if the board approved it, in your     11:21:25

10    view it would be okay?  Right?  I'm not suggesting 11:21:27

11    that it was wrong but in your view if the board    11:21:29

12    approved it then it was okay, right?               11:21:32

13         A    I don't -- I don't -- I don't know.      11:21:42

14         Q    Do you know if the board officially      11:21:46

15    approved it?                                       11:21:48

16         A    I do not know.                           11:21:50

17              MR. GRUBMAN:  All right, Bruce at this   11:21:51

18    point we are going to take a five-minute comfort   11:21:52

19    break.  So we will be back on the record in five   11:21:56

20    minutes.  Thank you.                               11:21:58

21              MR. BROWN:  Mr. Grubman, you can break   11:22:02
```

Page 84

1    at any time you want.  That's fine.  Thank you.    11:22:03

2                THE VIDEO OPERATOR:  The time on the    11:22:07

3    monitor is now 11:22 a.m. and we are off the    11:22:08

4    record.    11:22:12

5                (Recess taken -- 11:22 a.m.)    11:22:13

6                (After recess -- 11:29 a.m.)    11:22:18

7                THE VIDEO OPERATOR:  Stand by.    11:30:12

8                The time is --    11:30:19

9                MR. BROWN:  Are we back on the record?    11:30:27

10               THE VIDEO OPERATOR:  We are good.    11:30:29

11               The time on the monitor is 11:30 a.m.    11:30:30

12   and we are on the record.    11:30:33

13   BY MR. BROWN:    11:30:35

14        Q    Mr. Voyles, let me get you back to    11:30:36

15   Exhibit 9.    11:30:38

16               Do you recall why you forwarded that    11:30:43

17   official election bulletin to Mr. Chaney and    11:30:44

18   Ms. Hampton and Ms. Latham?    11:30:50

19        A    I do not recall.    11:30:55

20               MR. BROWN:  We will mark as    11:31:18

21   Exhibit 10, Tab 3.    11:31:19

Page 85

1          (Voyles Deposition Exhibit No. 10 was    11:31:21

2     marked for identification.)                    11:31:21

3              MR. BROWN:  That is some photographs.  11:31:40

4     It may take some time to upload so let me know 11:31:42

5     when you can see them, Mr. Grubman and Mr. Voyles. 11:31:45

6              MR. GRUBMAN:  Okay.                    11:31:48

7              I keep pressing refresh so I will let  11:32:21

8     you know when it comes up.                      11:32:24

9              MR. BROWN:  Thank you.                 11:32:26

10             MR. GRUBMAN:  All right.  He got it.   11:32:49

11    BY MR. BROWN:                                   11:32:53

12        Q    You see the photograph that is the    11:32:53

13    first page of Exhibit 10?                       11:32:55

14        A    Yes.                                   11:33:01

15        Q    And can you -- are you shown in that   11:33:02

16    photograph?                                     11:33:07

17        A    Yes, sir.                              11:33:08

18        Q    And where are you in that photograph?  11:33:10

19    Right in the middle?                            11:33:15

20        A    I'm in the tan shirt with sunglasses   11:33:17

21    on my head.                                     11:33:19

Page 86

```
 1          Q     And who is that to your right, sitting    11:33:25
 2    at the desk?                                          11:33:30
 3          A     That's Cathy Latham.                      11:33:31
 4          Q     And who is to your left standing at       11:33:33
 5    the desk?                                             11:33:35
 6          A     I do not know.                            11:33:36
 7          Q     And do you know who the person who you    11:33:38
 8    are facing is who is on the laptop?                   11:33:40
 9          A     I do not know.                            11:33:43
10          Q     Is the person to your left standing at    11:33:45
11    the window, the office window, is that Mr. Chaney?    11:33:49
12          A     With the camo jacket on?                  11:33:54
13          Q     Yes.                                      11:33:58
14          A     Yes, I believe it is.                     11:33:58
15          Q     And do you know who the gentleman is      11:34:00
16    who is entering the frame on the right?               11:34:03
17          A     I do not.                                 11:34:06
18          Q     Do you believe that might be someone      11:34:07
19    from Sullivan|Strickler or you just don't recall?    11:34:10
20          A     I don't know who that is.  Do you have    11:34:16
21    another picture of him?                               11:34:19
```

Page 87

| | | |
|---|---|---|
| 1 | Q     I might.  And this is the election | 11:34:20 |
| 2 | office, correct? | 11:34:22 |
| 3 | A     It is. | 11:34:23 |
| 4 | Q     And the time stamp at the top of the | 11:34:25 |
| 5 | photo says January 7, 2021, 12:54. | 11:34:27 |
| 6 | Do you see that? | 11:34:31 |
| 7 | MR. GRUBMAN:  I'm sorry.  We have to | 11:34:38 |
| 8 | maximize the screen here.  Hold on one second. | 11:34:39 |
| 9 | I'm trying to make it so that he can see you and | 11:34:43 |
| 10 | the screen at the same time.  Okay, that might | 11:34:45 |
| 11 | work. | 11:34:48 |
| 12 | Okay, so there you go. | 11:34:52 |
| 13 | THE WITNESS:  Okay. | 11:34:54 |
| 14 | MR. GRUBMAN:  He asked about the time | 11:34:59 |
| 15 | and the date. | 11:35:01 |
| 16 | Do you see that? | 11:35:01 |
| 17 | A     I can see the time and the date, yes. | 11:35:02 |
| 18 | Q     And I believe you testified before | 11:35:05 |
| 19 | that you do recall being at the election office on | 11:35:07 |
| 20 | that date, right? | 11:35:10 |
| 21 | A     Yes, sir. | 11:35:11 |

Page 88

| | | |
|---|---|---|
| 1 | Q    And what were you doing there again? | 11:35:12 |
| 2 | A    I don't know.  I just pop in | 11:35:19 |
| 3 | occasionally. | 11:35:21 |
| 4 | Q    If you would, scroll down to the | 11:35:27 |
| 5 | second page of Exhibit 10. | 11:35:31 |
| 6 | Do you see that? | 11:35:44 |
| 7 | A    Yes. | 11:35:46 |
| 8 | Q    That's you on the right; is that | 11:35:46 |
| 9 | right? | 11:35:49 |
| 10 | A    Correct. | 11:35:50 |
| 11 | Q    And do you know who is sitting at the | 11:35:52 |
| 12 | table besides Ms. Latham? | 11:35:56 |
| 13 | A    I don't know any names.  No, I do not | 11:36:01 |
| 14 | know those two people. | 11:36:04 |
| 15 | Q    Do you believe that those are two of | 11:36:06 |
| 16 | the people from Sullivan|Strickler? | 11:36:07 |
| 17 | A    I expect they would be, yes, sir. | 11:36:10 |
| 18 | Q    And you see the time stamp there is | 11:36:14 |
| 19 | 5:48 p.m.? | 11:36:17 |
| 20 | A    Yes, sir. | 11:36:21 |
| 21 | Q    If you go to the third page, I don't | 11:36:26 |

Page 89

```
 1    have any questions on the third page.              11:36:34

 2                If you go down to the fourth page.      11:36:36

 3         A    I'm there.                                11:36:55

 4         Q    And do you see the time stamp there is    11:36:56

 5    7:42 p.m.?                                          11:37:00

 6         A    Yes, sir.                                 11:37:02

 7         Q    And do you know who the women are who     11:37:06

 8    are embracing there?                                11:37:10

 9         A    I know, I'm pretty sure the blue shirt    11:37:14

10    would be Misty.  I don't know the names of the      11:37:18

11    other people.                                       11:37:23

12         Q    Do you know the gentleman who is to       11:37:25

13    Misty's left who is walking, looks like he is       11:37:27

14    walking out?                                        11:37:32

15         A    I don't know who he is, no, sir.  I       11:37:34

16    can only assume but --                              11:37:40

17         Q    That's okay.                              11:37:43

18                If you would scroll down to the fifth   11:37:49

19    photograph.                                         11:37:52

20         A    Yes, sir.                                 11:37:58

21         Q    Is that you leaving the election          11:37:59
```

Page 90

```
 1   office at 8:43 p.m.?                                11:38:01

 2        A    Yes, sir.                                 11:38:05

 3        Q    And after looking at these               11:38:07

 4   photographs, does that refresh your recollection   11:38:10

 5   about what you were doing or what you knew was      11:38:12

 6   happening?                                          11:38:17

 7        A    I just know I was there.                  11:38:21

 8        Q    And you don't recall any more            11:38:28

 9   information, knowing what they were doing?          11:38:31

10        A    Well, obviously they were looking at      11:38:35

11   equipment and going through equipment but I don't   11:38:38

12   know for sure.                                      11:38:40

13        Q    Do you recall the purpose of their        11:38:42

14   looking at the equipment?                           11:38:44

15        A    I wasn't involved in setting any of       11:38:54

16   that up, to have them come or to be there, or any   11:38:57

17   of that, so I don't know.                           11:39:00

18        Q    So we have seen photographs of you        11:39:04

19   being there throughout the afternoon and evening.   11:39:07

20   And is it your testimony that you don't recall the  11:39:11

21   purpose of Sullivan|Strickler being there?          11:39:15
```

```
 1                MR. GRUBMAN:  Objection, asked and      11:39:20

 2      answered.                                         11:39:20

 3                You can answer.                         11:39:21

 4          A     As I said, I didn't set them up to      11:39:22

 5      come.  I don't know all the details there so ...  11:39:25

 6          Q     I didn't ask about details.  Just       11:39:36

 7      generally do you know why they were there?        11:39:40

 8          A     Like I said, I did not schedule them.   11:39:47

 9      I didn't set them up.  I didn't arrange it.  I     11:39:49

10      went there.  I was there for a while.  I don't     11:39:53

11      know all the details.  I don't know.              11:39:55

12          Q     I'm not asking about details.  Do you   11:39:59

13      know generally why they were there?               11:40:03

14          A     I'm assuming they were there looking    11:40:05

15      at the equipment.                                 11:40:07

16          Q     Was it to fix the equipment, to copy    11:40:08

17      the equipment, to bug the equipment, or any of the 11:40:11

18      above?                                            11:40:13

19          A     I didn't arrange it.  I don't know.     11:40:14

20          Q     So they might have been there to bug    11:40:17

21      the equipment for all you know, right?            11:40:19
```

Page 92

```
1          A     I don't know.                        11:40:23

2                MR. GRUBMAN:  I don't know that there  11:40:26

3     is any good faith basis for that question, Bruce,  11:40:27

4     so you might want to move on to the next one     11:40:30

5     there.                                           11:40:33

6                MR. BROWN:  I'm trying to see what he  11:40:34

7     remembers.                                       11:40:35

8                MR. GRUBMAN:  Okay.  I mean, it's     11:40:36

9     possible that they were there to commit a murder,  11:40:37

10    too, but, you know, there is a limit on the      11:40:41

11    assumptions a lawyer can make behind a question  11:40:43

12    and I think you have hit that limit so we can move  11:40:47

13    on to the next question, please.                 11:40:50

14         Q     Do you recall bringing any equipment  11:40:53

15    to the Coffee County election office on January  11:40:55

16    7th?                                             11:40:59

17         A     I don't.                              11:41:01

18         Q     Do you recall bringing a scanner into  11:41:03

19    the office?                                      11:41:06

20         A     I don't.                              11:41:08

21                MR. BROWN:  I'm going to mark as     11:41:36
```

Page 93

```
1    Exhibit 11, Tab 29.                                  11:41:37

2               (Voyles Deposition Exhibit No. 11 was     11:41:39

3    marked for identification.)                          11:41:39

4               MR. GRUBMAN:  While we are letting         11:42:03

5    this load I was hoping, Bruce, you would ask about    11:42:04

6    that dog, you know, I want to know what the flip      11:42:07

7    that dog was doing there.  You got to everyone but    11:42:10

8    him.                                                  11:42:13

9               MR. BROWN:  The dog was there for the      11:42:17

10   crushed ice.                                          11:42:19

11              MR. GRUBMAN:  Probably.  All right, we     11:42:21

12   have 11 up.                                           11:42:22

13              Can you see that?                          11:42:23

14              THE WITNESS:  Yes.                         11:42:25

15   BY MR. BROWN:                                         11:42:31

16        Q    Mr. Voyles, do you see Number 11?          11:42:32

17        A    I do.                                       11:42:34

18        Q    And is that you carrying something          11:42:35

19   back into the election office?                        11:42:37

20        A    It is.                                      11:42:40

21        Q    What is it?                                 11:42:41
```

Page 94

```
 1        A     I don't know.                      11:42:43

 2        Q     You don't remember?                11:42:45

 3        A     No.                                11:42:46

 4        Q     Do you remember what you are carrying?   11:42:46

 5        A     I don't.                           11:42:51

 6        Q     Do you recall that it might have been   11:42:53

 7   a scanner?                                     11:42:55

 8        A     I suppose it could have been.      11:42:59

 9        Q     Do you recall bringing a scanner from   11:43:02

10   Ms. Latham's church back into the election office   11:43:04

11   on January 7th?                               11:43:09

12        A     I really don't remember but it very   11:43:10

13   well looks that way.                          11:43:12

14        Q     And do you recall the purpose of   11:43:14

15   bringing a scanner back into the election office   11:43:15

16   on January 7th at about 2:39?                 11:43:20

17        A     I don't know exactly what they were   11:43:24

18   scanning.  I don't remember.  I assume they were   11:43:26

19   scanning documents.                           11:43:29

20        Q     Did you see them scanning anything?   11:43:30

21        A     I don't remember.  I mean, I -- I   11:43:34
```

Page 95

1    would have to see the video to know if I did or          11:43:38

2    not.                                                     11:43:42

3         Q    Do you recall someone asking you to go         11:43:42

4    get the church scanner, the church's scanner?            11:43:44

5         A    I do not recall that but it very well          11:43:49

6    could have been the case.  I could have been asked       11:43:52

7    to go get it.                                            11:43:55

8         Q    Do you recall going to go get it?              11:43:57

9         A    I truly don't recall that, but I'm in          11:43:59

10   the picture there.                                       11:44:02

11        Q    Were they scanning ballots, do you             11:44:10

12   know?                                                    11:44:15

13        A    As I said, I don't recall.  They               11:44:16

14   surely could have been.                                  11:44:22

15        Q    Do you know why they were not using            11:44:29

16   the scanner that was already in the election             11:44:31

17   office?                                                  11:44:34

18        A    I don't.  I don't know if it's                 11:44:36

19   functioning or what.  I have no idea.                    11:44:39

20             MR. BROWN:  I'm going to mark as                11:45:08

21   Exhibit 12, Tab 4.                                       11:45:09

Page 96

```
 1              (Voyles Deposition Exhibit No. 12 was    11:45:11

 2    marked for identification.)                        11:45:11

 3              MR. GRUBMAN:  Mr. Voyles, by this time   11:45:16

 4    you should be able to do this.  All you have to do 11:45:18

 5    is press backwards and refresh.                    11:45:20

 6              Okay, all right.  That's why you pay     11:45:25

 7    me the big bucks.                                  11:45:27

 8              THE WITNESS:  You got me sitting here.   11:45:28

 9              MR. GRUBMAN:  That's true.  That's       11:45:42

10    true.  Hold on one second, Bruce.  We are          11:45:42

11    reloading.                                         11:45:46

12              Bruce, I ordered lunch and I'm happy     11:45:48

13    just to eat it while you all go, like, in about    11:45:50

14    15, 20 minutes.  So either, it's up to you, we can 11:45:52

15    take a lunch break -- Mr. Voyles didn't order      11:45:54

16    lunch -- or I can just turn off my camera while    11:45:55

17    I'm eating and eat it while you go.  You decide.   11:45:58

18    We can talk about it a little after noon.          11:46:02

19              MR. BROWN:  Sure.  We will take a        11:46:06

20    break.  What is the optimal time for you, Scott?   11:46:07

21              MR. GRUBMAN:  Like 12, 12:15.  Next 30   11:46:12
```

Page 97

1    minutes or so.  Is that good for you?          11:46:16

2                  THE WITNESS:  That's fine with me.    11:46:21

3                  MR. GRUBMAN:  All right, we have 12.   11:46:23

4    BY MR. BROWN:                                   11:46:26

5         Q    And you see the first photograph in   11:46:26

6    12?                                             11:46:28

7         A    It's a picture of me sitting there,   11:46:32

8    leaning back.                                   11:46:36

9         Q    That's correct.                       11:46:37

10        A    Yes, sir.                             11:46:38

11        Q    Now, I will represent to you that     11:46:39

12   these are photographs that were produced by     11:46:41

13   Sullivan|Strickler.  Does that -- you don't have  11:46:44

14   to believe me, of course.  Does that appear to be  11:46:48

15   a photograph taken on January 7th, the same day  11:46:52

16   that Sullivan|Strickler was there?              11:46:57

17        A    I have on the same clothes and Eric   11:47:00

18   does also, so I would assume so.                11:47:02

19        Q    If you would, scroll down two pages to  11:47:16

20   Page 3 of Exhibit 12.                           11:47:19

21        A    Okay.                                 11:47:26

Page 98

1      Q    Did you see Sullivan|Strickler doing    11:47:27

2   what is depicted here?                          11:47:29

3      A    I do not remember.  I mean, you saw --   11:47:37

4   you saw where I was sitting so I don't know if I  11:47:42

5   could see this from there or not.              11:47:45

6      Q    Fair enough.                           11:47:47

7      A    I don't think I could.                 11:47:48

8      Q    If you scroll down a couple more        11:47:50

9   pages --                                       11:47:53

10          THE WITNESS:  What page is this?  It    11:48:00

11   says 12 of 12.                                11:48:03

12          MR. GRUBMAN:  No, that's the files so   11:48:05

13   -- that's the page right there.               11:48:05

14          THE WITNESS:  Page 4?                   11:48:09

15      Q    Go down one more to Page 5.  I have a   11:48:10

16   question for you that's not related to the     11:48:13

17   photographs in particular.                     11:48:16

18          But in the election office are you      11:48:18

19   familiar with what they call the GEMS room?    11:48:20

20      A    Yes.                                   11:48:26

21      Q    And were the Sullivan|Strickler people  11:48:27

Page 99

1    in the GEMS room also doing whatever they were          11:48:30

2    doing?                                                  11:48:34

3         A     I don't know.  I know the previous           11:48:34

4    picture appeared to be Misty's office but I don't       11:48:37

5    know.                                                   11:48:40

6         Q     If you look at Page 5 of Exhibit 12 --       11:48:42

7         A     Yes, sir.                                    11:48:46

8         Q     -- do you recall seeing                      11:48:47

9    Sullivan|Strickler lay out a bunch of memory cards      11:48:49

10   and mark them like this?                                11:48:53

11        A     I don't recall that.                         11:48:55

12        Q     Do you recall Sullivan|Strickler            11:49:35

13   making images from the January 6 election that had      11:49:36

14   just been completed?                                    11:49:41

15        A     I truly don't know what they were            11:49:42

16   imaging or doing.                                       11:49:45

17             MR. BROWN:  Scott, this is a pretty           11:50:10

18   good break time for me.  If this is a good time         11:50:11

19   for you, we can break if that's all right.              11:50:15

20             MR. GRUBMAN:  Sounds good.                    11:50:19

21             When do you want us to come back?             11:50:21

```
                                                  Page 100

1              MR. BROWN:  12:30.                  11:50:24

2              MR. GRUBMAN:  That sounds good.     11:50:26

3              MR. BROWN:  Okay, thank you.        11:50:29

4              THE VIDEO OPERATOR:  The time on the 11:50:31

5    monitor is 11:50 a.m. and we are off the record. 11:50:32

6              (Recess taken -- 11:50 a.m.)        11:50:37

7              (After recess -- 12:31 p.m.)        12:31:46

8              THE VIDEO OPERATOR:  Stand by.      12:31:55

9              The time on the monitor is 12:32 p.m. 12:32:27

10   and we are on the record.                    12:32:31

11   BY MR. BROWN:                                 12:33:06

12        Q    If I could have you turn back to    12:33:06

13   Exhibit 4, which was Tab 43.                  12:33:08

14             MR. GRUBMAN:  All right, we are there. 12:33:12

15        Q    Can you go to the 21st page of that 12:33:18

16   pdf, please?                                  12:33:22

17             MR. GRUBMAN:  All right.            12:33:39

18        Q    And do you see the December 10 letter 12:33:40

19   there?                                        12:33:43

20             THE REPORTER:  I can't hear the     12:33:45

21   witness.                                      12:33:45
```

Page 101

```
 1        A     I see the December 4.  Let's see.      12:33:46

 2        Q     Right.                                  12:33:49

 3              MR. GRUBMAN:  I think maybe he just     12:33:52

 4   misspoke.  Go back.                                12:33:53

 5              THE WITNESS:  There's a December 11      12:34:02

 6   letter.                                            12:34:02

 7              MR. GRUBMAN:  That's November 11.  Go    12:34:02

 8   back to where he asked you to be.                  12:34:02

 9              What page was that?                      12:34:03

10              MR. BROWN:  Page 21 of that pdf.         12:34:05

11              MR. GRUBMAN:  All right, there you go.   12:34:10

12              THE WITNESS:  Okay.                      12:34:12

13   BY MR. BROWN:                                      12:34:13

14        Q     What do you see there, just to make     12:34:14

15   sure we are looking at the same thing?             12:34:15

16        A     Yes.  December 4 letter to Brad         12:34:17

17   Raffensperger from Coffee Board of Elections.      12:34:21

18        Q     Right, and do you see the attachments   12:34:27

19   to that?                                           12:34:29

20        A     Yes, sir.                               12:34:33

21        Q     Do you recall your testimony that you   12:34:34
```

Page 102

```
 1    were referring to different data about --          12:34:35

 2          A     Yes.  The spreadsheet.                 12:34:39

 3          Q     The spreadsheets?                      12:34:41

 4          A     Yes, sir.                              12:34:42

 5          Q     Is that the document that contains     12:34:43

 6    those spreadsheets?                                12:34:45

 7          A     Yes, sir.                              12:34:46

 8          Q     That's what I wanted to connect up     12:34:46

 9    with you.  Thank you.                              12:34:51

10          A     Thank you.                             12:34:52

11          Q     And you helped the team put those      12:34:53

12    numbers together; is that right?                   12:34:56

13          A     Yes.  I was there and I think -- I      12:34:59

14    think Mr. Rowell was kind of making sure it all    12:35:02

15    came together.                                     12:35:07

16          Q     And Mr. Rowell was the county          12:35:09

17    attorney?                                          12:35:11

18          A     Yes, sir.                              12:35:12

19                MR. BROWN:  I would like to mark as    12:35:14

20    Exhibit 13 --                                      12:35:16

21                THE REPORTER:  14.                     12:35:25
```

Page 103

```
 1              MR. BROWN:  I didn't mark this last      12:35:27

 2     one.  It was already an exhibit, that's why.  So   12:35:28

 3     to clarify, Ms. Hallock, the document that I was    12:35:32

 4     just referring to had previously been marked as    12:35:36

 5     Exhibit 4, and so the next one will be Exhibit 13.  12:35:40

 6              THE REPORTER:  Thank you.                 12:35:44

 7              MR. BROWN:  And that is Tab 8.            12:35:46

 8     BY MR. BROWN:                                      12:36:11

 9         Q    Do you see Exhibit 13, Mr. Voyles?       12:36:11

10              MR. GRUBMAN:  Not yet.                    12:36:19

11              MS. CONAWAY:  Mr. Brown, I don't have     12:36:22

12     a Tab 8.  Could you send it to me?                12:36:25

13              MR. BROWN:  Why don't we skip that        12:36:29

14     one.                                               12:36:30

15              All right, we will mark as Exhibit 13,   12:37:08

16     Tab 5.                                             12:37:10

17              (Voyles Deposition Exhibit No. 13 was    12:37:12

18     marked for identification.)                        12:37:12

19              MR. GRUBMAN:  All right, we got it.      12:37:41

20     BY MR. BROWN:                                      12:37:44

21         Q    Mr. Voyles, in your capacity as a        12:37:45
```

Page 104

| | | |
|---|---|---|
| 1 | board member of the Coffee County Board of | 12:37:49 |
| 2 | Elections in years previous, were you familiar | 12:37:52 |
| 3 | generally with the regulations that the state | 12:37:56 |
| 4 | issued relating to security of voting system | 12:38:00 |
| 5 | components? | 12:38:06 |
| 6 | A    Yes. | 12:38:07 |
| 7 | Q    And if you look at Exhibit 13, do you | 12:38:10 |
| 8 | see Paragraph 1? | 12:38:13 |
| 9 | A    Yes. | 12:38:21 |
| 10 | Q    It says, "Software security."  It | 12:38:23 |
| 11 | says, "The software contained in electronic ballot | 12:38:29 |
| 12 | markers," et cetera, "shall not be modified, | 12:38:33 |
| 13 | upgraded or changed in any way without the | 12:38:35 |
| 14 | specific prior approval of the Secretary of | 12:38:39 |
| 15 | State." | 12:38:41 |
| 16 | Do you see that? | 12:38:44 |
| 17 | A    I do see that. | 12:38:44 |
| 18 | Q    Is it your understanding that | 12:38:46 |
| 19 | Sullivan|Strickler was there to modify, upgrade or | 12:38:48 |
| 20 | change in any way the software? | 12:38:53 |
| 21 | A    I don't know that. | 12:38:55 |

Page 105

```
 1        Q     You don't know that one way or the      12:38:56

 2   other?                                             12:38:58

 3        A     I don't, correct.                       12:38:58

 4        Q     And you were not aware of any prior     12:39:00

 5   approval by the Secretary of State for any of      12:39:05

 6   that, were you?                                    12:39:09

 7        A     I don't know.                           12:39:10

 8        Q     You're not aware of any approval --     12:39:14

 9   people at Coffee County didn't run this past the   12:39:18

10   Secretary of State before Sullivan|Strickler got   12:39:21

11   there, right; fair to say?                         12:39:24

12        A     I would not know that.                  12:39:28

13        Q     Let me turn to Paragraph 3 of           12:39:40

14   Exhibit 13, the first page.                        12:39:43

15        A     Yes, sir.                               12:39:48

16        Q     Do you see "Where the election          12:39:49

17   management system is located should be locked at   12:39:51

18   all times when the system is not directly under    12:39:54

19   the supervision of the election superintendent"?   12:39:57

20        A     I do see that.                          12:40:00

21        Q     Did Coffee County, from your            12:40:02
```

Page 106

```
 1    perspective, follow that instruction?              12:40:04

 2         A     At what point in time?                  12:40:13

 3         Q     The whole day.                          12:40:15

 4         A     Well, the election superintendent and   12:40:18

 5    designees were there.                              12:40:22

 6         Q     Was she there the entire time that you  12:40:28

 7    saw?                                               12:40:31

 8         A     Geez, I don't know.                     12:40:32

 9         Q     Did you ever hear that                  12:40:39

10    Sullivan|Strickler's purpose to being there was to 12:40:40

11    fix the problems that Coffee County was having     12:40:44

12    with the scanner?                                  12:40:48

13         A     I don't know that answer.  I don't      12:40:50

14    know if that was why they were there or not.  I    12:40:52

15    don't know.                                        12:40:57

16         Q     Did Misty Hampton ever tell you that    12:41:01

17    that was why they were there, to address problems  12:41:04

18    that she was having with the scanner?              12:41:08

19         A     I don't know.  Very well could have, I  12:41:11

20    just don't remember.                               12:41:13

21         Q     I believe you testified to this, and    12:41:52
```

Page 107

```
 1     Mr. Grubman, I apologize if this is asked and      12:41:54
 2     answered, but are you aware of anybody at Coffee    12:41:58
 3     County or anybody else informing the Secretary of   12:42:01
 4     State that Sullivan had been there to have access   12:42:04
 5     to Coffee County's election equipment?             12:42:07
 6          A     I'm not aware.                          12:42:10
 7          Q     Who did you tell, if anybody, that      12:42:12
 8     people had been in the election office in Coffee    12:42:17
 9     County in early January with access to Coffee       12:42:21
10     County's election equipment?                       12:42:25
11          A     I don't recollect telling anyone.       12:42:29
12          Q     Did you keep it a secret or did you     12:42:33
13     just not have occasion to tell anybody?            12:42:35
14          A     I had no reason to tell anyone, no      12:42:38
15     occasion.                                          12:42:40
16          Q     Do you know who was paying             12:43:04
17     Sullivan|Strickler to do their work?               12:43:05
18          A     I don't.                                12:43:09
19          Q     Did you believe or do you know if       12:43:13
20     Coffee County was paying Sullivan|Strickler?       12:43:15
21          A     I do not know.                          12:43:18
```

Page 108

```
 1        Q     Did you ever ask?                    12:43:19

 2        A     No, I did not.                       12:43:21

 3        Q     Were you curious?                    12:43:23

 4        A     I don't recall.                      12:43:26

 5        Q     I mean, there is four professionals  12:43:26

 6   going in there to do a lot of work.  You never  12:43:30

 7   thought about who is paying for this to happen? 12:43:35

 8             MR. GRUBMAN:  Objection, asked and    12:43:39

 9   answered.                                       12:43:39

10             You can answer if you can.            12:43:42

11        A     I don't recall if I thought about it 12:43:46

12   or not.                                         12:43:48

13        Q     Do you know if anybody in Coffee     12:43:55

14   County was paid to allow Sullivan|Strickler to  12:43:57

15   have access to the county election equipment?   12:44:00

16        A     I do not know if they were or not.   12:44:03

17             MR. BROWN:  I'm going to mark as      12:44:17

18   Exhibit 14, Tab 18.                             12:44:19

19             (Voyles Deposition Exhibit No. 14 was 12:44:25

20   marked for identification.)                     12:44:25

21
```

```
 1    BY MR. BROWN:                                  12:44:57

 2         Q     Do you have Exhibit 14 in front of   12:44:58

 3    you?                                           12:45:00

 4         A     It's coming up.                      12:45:01

 5               MR. GRUBMAN:  I got it.              12:45:09

 6         Q     Do you recall this as being a text   12:45:10

 7    exchange between you and Marilyn Marks?        12:45:12

 8         A     I believe it was, yes.              12:45:31

 9         Q     And it is dated, or the first text is 12:45:37

10    March 8, 2021, correct?                        12:45:39

11         A     Yes.                                12:45:42

12         Q     And in the second message Ms. Marks  12:45:45

13    says, "A guy named Scott Hall called me last night 12:45:49

14    saying that he paid for (part or all) of an effort 12:45:53

15    that obtained image of server and a bunch of other 12:45:56

16    machines in Coffee County and that the full board 12:46:02

17    had approved the imaging of the equipment."    12:46:06

18               Do you know if that is true?  Do you 12:46:09

19    see that?                                      12:46:12

20         A     I do see that.                      12:46:12

21         Q     And your answer was, "Question mark, 12:46:13
```

Page 110

```
 1    who did he pay?"                                 12:46:17

 2             Do you see that?                        12:46:18

 3        A    Yes, sir.                               12:46:19

 4        Q    And the response is, "I don't know."    12:46:21

 5    And then if you scroll down you say, "Everybody is  12:46:28

 6    mum but I know county manager has had it out for  12:46:37

 7    her for years."                                  12:46:41

 8             Do you see that?                        12:46:43

 9        A    I do see that.                          12:46:44

10        Q    That's referring to the termination of  12:46:45

11    Misty Hampton; is that right?                    12:46:47

12        A    Yes, sir.                               12:46:49

13        Q    And just, apart from this exhibit let   12:46:52

14    me ask you some questions on that.               12:46:54

15             Were you aware that she was terminated  12:46:56

16    in February of 2021?                             12:46:58

17        A    Yes, sir.                               12:47:01

18        Q    And are you familiar with the          12:47:02

19    circumstances of her termination?               12:47:04

20        A    I was told it was over time, time      12:47:08

21    cards.                                           12:47:12
```

Page 111

```
 1        Q    Did you know or believe that to be a      12:47:16

 2    genuine reason for her termination?              12:47:18

 3        A    Do I know for certain?  I can't know     12:47:24

 4    for certain but I actually talked to Misty and   12:47:28

 5    that's what I was told.                          12:47:35

 6        Q    And Misty told you she was terminated    12:47:39

 7    because of the time sheets?                      12:47:41

 8        A    I believe that's correct.               12:47:44

 9        Q    Do you see where Ms. Marks says, "That   12:47:55

10    sounded odd to me, too"?  And then you say, "I   12:47:58

11    wondered if Dominion threatened county with suit." 12:48:04

12             Do you see that?                        12:48:12

13        A    Yes.                                     12:48:13

14        Q    And what did you mean by that, if you    12:48:14

15    recall?                                          12:48:16

16        A    Geez.  I really don't know.  It has      12:48:18

17    been quite a while ago for that context to be    12:48:23

18    clear to me.                                     12:48:26

19        Q    But are you aware of any threatened      12:48:31

20    suit by Dominion?                                12:48:35

21        A    No, I wasn't that I'm aware of.  I       12:48:37
```

Page 112

```
 1    mean, you can't get the -- you can't get numbers      12:48:40

 2    to match when you run them time after time you        12:48:44

 3    start to wonder what's going on.  I can't really      12:48:47

 4    speak to that at this point in time.  I don't         12:48:51

 5    know.                                                 12:48:55

 6         Q    But you don't -- you don't have any         12:48:57

 7    facts -- well, let me back up a second.               12:48:59

 8              You don't recall any specific or even       12:49:03

 9    general threats that Dominion made against the        12:49:06

10    county, do you?                                       12:49:09

11         A    No, sir, I don't know of any.               12:49:10

12         Q    Okay.                                       12:49:12

13              Do you know if Dominion was informed        12:49:13

14    of the fact that Sullivan|Strickler had access to    12:49:19

15    Coffee County's election equipment in early          12:49:23

16    January 2021?                                         12:49:25

17         A    I have no idea, no.                         12:49:27

18         Q    Did you ever have any communications        12:49:29

19    with anybody from Dominion after --                   12:49:31

20         A    No.                                         12:49:35

21         Q    -- after you terminated from the            12:49:35
```

Page 113

1    board?                                          12:49:38

2         A    No, sir.  Dominion -- when I was on   12:49:39

3    the board Dominion was not the system in use.   12:49:43

4         Q    If you go down, back to Exhibit 14,   12:49:48

5    Ms. Marks says, "But Scott Hall said that he    12:49:56

6    didn't get his images and files?"  And then she 12:50:01

7    says, "Do you think that someone actually got an 12:50:06

8    image?"  And then your response is, "I don't    12:50:10

9    know."                                          12:50:14

10              Do you see that?                     12:50:14

11        A    Yes, sir.                             12:50:15

12        Q    At that time, though, you did know    12:50:16

13   that Sullivan|Strickler had been in there getting 12:50:18

14   images, right?                                  12:50:21

15        A    I knew Sullivan|Strickler was there,  12:50:23

16   yes.                                            12:50:26

17        Q    But you didn't know if they were      12:50:27

18   getting images.  Is that what you're saying?    12:50:29

19        A    I'm not exactly sure everything that  12:50:32

20   they did do.  I don't know everything that they 12:50:35

21   did.                                            12:50:38

Page 114

```
 1          Q     But just for the record, you didn't      12:50:39

 2    disclose to Ms. Marks that you were there, that      12:50:42

 3    you saw them there, correct?                         12:50:45

 4          A     No, I did not.                           12:50:47

 5          Q     And you didn't disclose that to her      12:50:49

 6    either in this text or in the telephone call or in   12:50:52

 7    any other fashion, correct?                          12:50:56

 8          A     No, sir.                                 12:50:58

 9          Q     Do you know what Eric Chaney's role      12:51:11

10    was in making arrangements for Sullivan|Strickler    12:51:13

11    to have access to the Coffee County election         12:51:18

12    equipment?                                           12:51:21

13          A     No, sir, I don't know.                   12:51:23

14          Q     Do you know if he had one at all?        12:51:26

15          A     I don't know.                            12:51:28

16          Q     Same question for Cathy Latham.  Do      12:51:30

17    you know what her role was?                          12:51:33

18          A     I don't know.                            12:51:36

19          Q     Do you know what she was doing there     12:51:36

20    on January 7th?                                      12:51:38

21          A     I don't know.  Just she was there, I     12:51:48
```

Page 115

```
 1     do know that.  I know I was there.                    12:51:51

 2           Q     Was she checking to make sure the work    12:51:53

 3     was getting done?                                     12:51:57

 4           A     I have no idea.                           12:51:58

 5           Q     What was your understanding of Scott      12:52:02

 6     Hall's role in making arrangements for                12:52:04

 7     Sullivan|Strickler to be there?                       12:52:08

 8           A     I don't know what his role would have     12:52:11

 9     been at that point.  I knew -- to the best of my      12:52:12

10     recollection, I knew he had talked to Misty and I    12:52:16

11     thought he was coming to meet with her, so I don't   12:52:20

12     know what his role was past that.                    12:52:24

13           Q     And he is a bail bondsman?               12:52:27

14           A     That was my understanding.               12:52:31

15           Q     And you don't know why he was meeting    12:52:33

16     with the elections director of Coffee County?        12:52:35

17           A     I don't recall if I did.  I don't        12:52:38

18     know.                                                12:52:40

19           Q     When you learned that a bail bondsman    12:52:42

20     was meeting with the elections director of Coffee    12:52:45

21     County, did you ask why?                             12:52:48
```

Page 116

```
 1          A      I may have.  I just do not recall all    12:52:55

 2      the details about all this.                         12:52:58

 3          Q      Now, you are aware that Scott Hall was    12:53:04

 4      meeting with Missy Hampton for the purpose of        12:53:06

 5      obtaining a forensic copy of the election           12:53:10

 6      equipment, right?                                    12:53:14

 7          A      I knew he was meeting with her.  The      12:53:15

 8      purpose I don't think I knew.  I mean, it            12:53:17

 9      certainly could have been about the election.        12:53:26

10      I -- I --                                            12:53:29

11          Q      And do you know who Alex Cruce is?        12:53:33

12          A      No, sir.                                  12:53:39

13          Q      Do you recall a gentleman who came        12:53:40

14      with Mr. Hall to Coffee County?                      12:53:43

15          A      I don't.  I don't know that I met         12:53:45

16      Mr. Hall.  I may have.  I just don't know.           12:53:50

17          Q      And did you know that he came in on an    12:53:53

18      airplane, his own airplane?                          12:53:55

19          A      Well, I mean some of the text messages    12:53:59

20      say that, right?                                     12:54:02

21          Q      And did you know that at the time?        12:54:03
```

Page 117

```
 1        A    It seems like -- it seems like a text      12:54:12

 2   message from Misty might have said he was flying     12:54:14

 3   in.  I don't know if it was his own plane, a         12:54:17

 4   rented plane.  I don't know.                         12:54:20

 5        Q    But he was flying in and                   12:54:22

 6   Sullivan|Strickler people were coming in but your    12:54:25

 7   testimony today is still that you really weren't     12:54:27

 8   sure what any one of them were doing there, right?   12:54:30

 9        A    That's the best of my recollection.        12:54:35

10        Q    I believe your testimony was that no       12:54:53

11   one from Coffee County that you were aware of told   12:54:57

12   the Secretary of State that Sullivan|Strickler had   12:55:01

13   access to the election equipment.  This is a         12:55:06

14   little bit different question.                       12:55:08

15             MR. GRUBMAN:  I object to, asked and       12:55:11

16   answered.                                            12:55:14

17             But Mr. Voyles, you can answer.            12:55:14

18        Q    When did you first hear that the           12:55:17

19   Secretary of State had become aware of the copying   12:55:19

20   of the voting system in Coffee County in January     12:55:24

21   of 2021?                                             12:55:27
```

Page 118

```
1          A      Geez.  I don't know.              12:55:29

2          Q      Do you recall any discussions with  12:55:49

3    Tony Rowell about the legality of allowing      12:55:52

4    Sullivan|Strickler to have access to Coffee     12:55:58

5    County's election system?                       12:56:00

6          A      I do not.                           12:56:02

7          Q      Did you know one way or the other  12:56:06

8    whether Sullivan|Strickler's work was related to  12:56:07

9    other litigation anywhere in the country or in  12:56:12

10   Georgia?  Did you hear that?                    12:56:18

11         A      No, sir, I wouldn't know.          12:56:20

12         Q      Do you know James, the technician from  12:56:30

13   Dominion?                                        12:56:33

14         A      Seems like I have heard that name but  12:56:35

15   I don't know the person.                        12:56:37

16         Q      Were you aware of any efforts by    12:56:39

17   Ms. Hampton or anyone else to make sure that no  12:56:41

18   one from Dominion was in the Coffee County       12:56:45

19   election offices on January 7th?                12:56:48

20         A      Oh, I don't know.                   12:56:53

21         Q      Were you aware that in mid-January, I  12:57:02
```

Page 119

1    think it was the 18th, that Doug Logan and Jeff        12:57:04

2    Lamberg came to the Coffee County election office?      12:57:11

3         A    No, sir.                                      12:57:15

4         Q    And do you know who Doug Logan is?            12:57:16

5         A    I've heard the name but that's about          12:57:20

6    it.  I think my wife has mentioned that name to me     12:57:22

7    before on something she had seen on the internet       12:57:25

8    but I don't know him.                                   12:57:30

9         Q    Are you familiar -- Doug Logan is the         12:57:33

10   founder, I will just say to you, it might refresh       12:57:36

11   your recollection, Doug Logan's company is called       12:57:40

12   Cyber Ninjas.  Have you heard of that company?          12:57:45

13        A    I don't know the company but I have           12:57:50

14   heard the name, yes, after all of this, through         12:57:51

15   news and feeds or whatever.                             12:57:56

16        Q    But you were not aware at the time,           12:57:59

17   that is mid-January, January 18-19, in that time        12:58:01

18   frame, that Mr. Logan and Mr. Lamberg were in the       12:58:04

19   offices of the Coffee County elections?                 12:58:09

20        A    No.  I very well could have been in           12:58:15

21   Colorado at that point and not in Douglas so I          12:58:18

Page 120

```
 1    don't think I would have known that they were      12:58:22

 2    there.                                             12:58:23

 3         Q    Did you learn what they were doing       12:58:29

 4    there at any point in time?                        12:58:31

 5         A    No.  Like I said, I didn't know that     12:58:33

 6    they were there, that I'm aware of.                12:58:36

 7         Q    Was it your understanding that when      12:58:39

 8    Sullivan|Strickler left on January 7th, that they  12:58:41

 9    had finished the work that they came to do?        12:58:44

10         A    Not exactly sure.  I remember -- I       12:58:50

11    remember someone asking me about a scanner.        12:58:54

12         Q    Who --                                   12:59:00

13         A    It would have been after that.  And it   12:59:01

14    may have been -- I would have to go back through   12:59:05

15    all the text messages I just printed.  It could    12:59:10

16    have been Misty that called me and asked me about  12:59:14

17    a scanner.                                         12:59:17

18         Q    Did you know that, did you ever learn    12:59:24

19    that Mr. Lamberg and Mr. Logan were making a video 12:59:26

20    inside the Coffee County election office?          12:59:30

21         A    I'm not aware.                           12:59:34
```

```
                                               Page 121

 1          Q     Did you know that, did you learn that   12:59:40

 2     when Mr. Lamberg was there at the same time that    12:59:43

 3     an investigator from the Secretary of State was    12:59:47

 4     there?  Did you know that?                          12:59:50

 5          A     After I read some of the news feeds,     12:59:53

 6     yes, but not at the time.  I did not know that.     12:59:55

 7                MR. BROWN:  If you would pull up         01:00:08

 8     Exhibit 33 and mark that as 15.                     01:00:10

 9                (Voyles Deposition Exhibit No. 15 was    01:00:16

10     marked for identification.)                         01:00:16

11                MR. BROWN:  This will need to load up.   01:00:33

12     Hang on a second.                                   01:00:35

13                MS. MARKS:  Bruce, which tab did you     01:00:53

14     say?                                                01:00:55

15                MR. BROWN:  33.                          01:00:56

16                MS. MARKS:  That will take a minute to   01:01:00

17     load because it is big.                             01:01:03

18                MR. GRUBMAN:  Okay, we got it.           01:01:54

19                MR. BROWN:  If you would, turn to        01:01:56

20     Page 106 of that pdf.                               01:01:58

21                MR. GRUBMAN:  All right.                 01:02:57
```

Page 122

1    BY MR. BROWN:                                      01:03:02

2         Q    If you look at the bottom, the shaded   01:03:02

3    messages, are those from you or from Ms. Latham?  01:03:04

4         A    I think those are from me.              01:03:26

5         Q    And do you recall when you were         01:03:29

6    producing the documents seeing the e-mail that you 01:03:34

7    sent to Ms. Latham around the 15th?               01:03:37

8         A    I don't remember finding that e-mail    01:03:41

9    or if I did or did not.                            01:03:42

10        Q    If you would, scroll down to Page 109.  01:03:53

11        A    Yes, sir.                               01:04:19

12        Q    The exchange, I think Ms. Latham says   01:04:19

13   can you send me the lawsuit from SOS about Coffee. 01:04:22

14             Do you see that?                        01:04:30

15        A    Yes, sir.                               01:04:31

16        Q    Do you recall what she was talking      01:04:32

17   about?                                             01:04:34

18        A    At this point I don't.                  01:04:35

19        Q    Do you know if that was the Shawn       01:04:37

20   Still lawsuit against Coffee County?              01:04:40

21        A    I don't know.                           01:04:42

Page 123

```
1          Q    On the next page she referenced, "I        01:04:43
2     also sent you a recording of what SOS said about    01:04:51
3     Coffee," I think, "at today's hearing."             01:04:55
4               Do you see that?                           01:04:59
5          A    Yes.                                       01:05:01
6          Q    And you say that you have been            01:05:01
7     watching it most.  Do you recall what that was      01:05:04
8     about?                                              01:05:07
9          A    Oh, gosh.  I don't recall what it was.    01:05:09
10    It has been a while.                                01:05:15
11         Q    Next she says, "Shawn is an amazing       01:05:21
12    guy.  Wow.  I didn't know he was part of this.  He  01:05:25
13    is trying so hard to get to the bottom of this,"    01:05:28
14    exclamation mark.                                   01:05:32
15              Do you see that?                           01:05:35
16         A    I do see that.                            01:05:36
17         Q    That would have been Shawn Still,         01:05:43
18    right?                                              01:05:45
19         A    I don't know.  I assume it would be       01:05:45
20    from now, from our conversations today.             01:05:47
21         Q    And do you know him?                      01:05:50
```

```
 1          A     I do not know him.                01:05:51

 2          Q     If you look at Page 111, she asks you,  01:06:03

 3     "Are you calling Robert?"                     01:06:13

 4                Do you see that?                   01:06:15

 5          A     Yes, sir.                          01:06:16

 6          Q     Is that Robert Sinners?            01:06:17

 7          A     I would think that is Robert Preston.  01:06:20

 8          Q     Robert Preston is a local journalist?  01:06:23

 9          A     Right.  Yes.                       01:06:28

10          Q     She then says, "We have Jimmy      01:06:31

11     Kitchens' support."                           01:06:35

12                Do you see that?                   01:06:37

13          A     I do.                              01:06:38

14          Q     Do you recall what he was supporting?  01:06:39

15          A     At this point I sure don't.        01:06:44

16          Q     If you go down to 119.             01:06:57

17          A     Yes, sir.                          01:07:14

18          Q     You see on January 4th Cathy Latham  01:07:15

19     says, "You want to join the suit to sue the   01:07:18

20     Secretary of State?  Trump lawyer is filing to sue  01:07:22

21     Secretary of State in Coffee County.  I'll have a  01:07:25
```

Page 125

```
 1    copy of suit today."                              01:07:28

 2              Do you see that?                         01:07:32

 3         A    I do.                                    01:07:32

 4         Q    Did you ever receive a copy of that      01:07:33

 5    lawsuit?                                           01:07:35

 6         A    I don't recall receiving it.             01:07:36

 7         Q    Do you know if it ever happened?         01:07:38

 8         A    You mean if I received it?               01:07:41

 9         Q    No.  If the Trump lawyer ever filed a    01:07:43

10    suit suing the Secretary of State in Coffee        01:07:46

11    County.                                            01:07:50

12         A    Oh, I have no idea.                       01:07:50

13         Q    If you turn to Page 123 --               01:08:01

14         A    Yes, sir.                                01:08:07

15         Q    -- my question there is that that        01:08:08

16    appears to be the last text message to Cathy       01:08:23

17    Latham.                                            01:08:26

18              Do you see that?                         01:08:27

19         A    Yes, sir.                                01:08:28

20         Q    And do you recall finding newer ones     01:08:29

21    after May 13?                                      01:08:34
```

Page 126

```
 1        A     I don't think so.  I think I gave you       01:08:37
 2   everything that I could find that was relevant          01:08:38
 3   that, within the date ranges you gave me.  Not          01:08:43
 4   even relevant but every single thing.                   01:08:46
 5        Q     Okay.                                         01:08:49
 6              If you would scroll down to Page 133.         01:09:05
 7        A     Yes, sir.                                     01:09:23
 8        Q     These are text messages between you          01:09:23
 9   and Misty Hampton; is that correct?                     01:09:25
10        A     Yes, sir.                                     01:09:28
11        Q     If you look at the, sort of toward the       01:09:30
12   top on November 19th, 2020 you reference                01:09:33
13   votergeorgia.org.                                        01:09:41
14              Do you see that?                              01:09:44
15        A     Yes, sir, I do.                               01:09:45
16        Q     It is your recollection that is             01:09:46
17   Garland Favorito's organization or his e-mail           01:09:48
18   address?                                                 01:09:53
19        A     Correct.                                      01:09:54
20        Q     And you encouraged Ms. Latham to call        01:09:54
21   him; is that right?                                      01:09:58
```

Page 127

```
 1        A     Misty?                                  01:10:01

 2        Q     I'm sorry, Misty.  Yes.  My bad.        01:10:02

 3        A     Well, she said, "I so want to talk to   01:10:20

 4   this guy." so I said yes, call him.                01:10:21

 5        Q     And do you recall what the purpose of   01:10:24

 6   communicating with Mr. Favorito was at that time?  01:10:26

 7        A     Oh, boy.  I'm sure it was about the     01:10:31

 8   election data and all that stuff.  I don't know    01:10:37

 9   the particular details, though.                    01:10:41

10        Q     And do you recall him telling you, and  01:10:43

11   I don't mean you specifically, it might have been  01:10:46

12   in a group text or something, that Dominion's      01:10:50

13   software had been accessed in other states, like   01:10:54

14   in Michigan and maybe out west.  Do you recall     01:10:57

15   that?                                              01:11:00

16        A     It very well might be there but I       01:11:03

17   don't remember it at this point.                   01:11:05

18        Q     Right.  Do you recall discussions       01:11:06

19   amongst you all to the effect that well, if these  01:11:08

20   other states are getting copies of Dominion        01:11:13

21   software we should get it here in Georgia?         01:11:17
```

Page 128

| | | | |
|---|---|---|---|
| 1 | A | No, I don't. | 01:11:21 |
| 2 | Q | Nothing like that? | 01:11:22 |
| 3 | A | No, sir, I don't recall that. | 01:11:24 |
| 4 | | MR. BROWN:  Hang on just one second. | 01:12:34 |
| 5 | | I got to reload this. | 01:12:36 |
| 6 | Q | If you go to 149, on December 3rd | 01:13:41 |
| 7 | | Ms. Hampton says, "I think I would like to rescan | 01:13:56 |
| 8 | | all the ballots and see what we get." | 01:14:00 |
| 9 | | Do you see that? | 01:14:05 |
| 10 | A | Yes. | 01:14:06 |
| 11 | Q | Do you recall what that was about? | 01:14:07 |
| 12 | | MR. GRUBMAN:  Objection, calls for | 01:14:10 |
| 13 | | speculation. | 01:14:11 |
| 14 | | You may answer if you can. | 01:14:11 |
| 15 | A | I'm not sure exactly what it was | 01:14:16 |
| 16 | | about.  I don't know at this point. | 01:14:18 |
| 17 | Q | Let me direct your attention to | 01:14:30 |
| 18 | | Page 151. | 01:14:33 |
| 19 | A | Yes, sir. | 01:14:43 |
| 20 | Q | There is a clip, I think.  Hard to | 01:14:44 |
| 21 | | know whether you clipped it or she did, but it | 01:14:46 |

Page 129

```
 1    says, "Breaking:  Trump team now has a Dominion       01:14:48

 2    machine from Ware County, Georgia with evidence of    01:14:53

 3    Trump votes being switched to Biden."                 01:14:56

 4              Do you see that?                            01:14:59

 5         A    I do see that.                              01:15:00

 6         Q    Do you know anything more about that        01:15:01

 7    incident than what is shown here?                     01:15:04

 8         A    There should be some more text that         01:15:09

 9    responds to it, I would imagine, because before I     01:15:13

10    sent that to anyone I wanted to know if it was        01:15:18

11    correct or not.                                       01:15:21

12         Q    Did you figure it out one way or the        01:15:22

13    other?                                                01:15:24

14         A    I don't recall.                             01:15:26

15         Q    If you go down to Page 158 on December      01:16:08

16    7th, do you see where she says, "I know you are       01:16:19

17    probably asleep but I just e-mailed you what I'm      01:16:22

18    sending to the attorney and wanted you to read it     01:16:27

19    first."                                               01:16:29

20              Do you see that?                            01:16:30

21         A    I do see that.                              01:16:31
```

Page 130

```
 1        Q     Do you recall what that was about?       01:16:32
 2        A     I don't remember.  I know she was -- I   01:16:36
 3   don't remember what it was but I know I just        01:16:41
 4   corrected a couple of little errors in syntax or    01:16:44
 5   spelling or something on it and sent it right back  01:16:47
 6   to her.                                             01:16:50
 7        Q     And what was it about?                   01:16:51
 8        A     I would have to pull up that document    01:16:53
 9   or find that document and try to read it to         01:16:54
10   remember.                                           01:16:57
11        Q     Do you recall seeing it when you were    01:16:58
12   collecting the documents that you produced?         01:17:03
13        A     Yes, sir.  Just in passing I do          01:17:06
14   remember.                                           01:17:08
15        Q     Okay.  Bear with me.  I'm trying to      01:17:09
16   finish this as fast as I can.                       01:17:22
17        A     Okay.                                    01:17:24
18        Q     I think I know the answer to this.       01:17:25
19   Let me ask it anyway.  On Page 162, December 8,     01:17:27
20   the Robert that you refer to is Robert Preston, or  01:17:31
21   that she refers to is Robert Preston; is that       01:17:35
```

Page 131

1    right?                                                    01:17:40

2         A    I'm pretty sure that would be correct.   01:17:40

3         Q    And then on Page 163, the top message    01:17:57

4    from you, it says, "Since Robert, Dominic called   01:18:01

5    like you had and he wants to come maybe five if we  01:18:05

6    can get Eric and Matthew."                          01:18:10

7              Do you see that?                          01:18:14

8         A    I do see that.                            01:18:15

9         Q    And that's Robert Preston; is that        01:18:16

10   correct?                                            01:18:18

11        A    It would be, I'm quite sure.              01:18:19

12        Q    And then who is Dominic?                  01:18:21

13        A    LaRiccia.                                 01:18:24

14        Q    And who is he?                            01:18:26

15        A    He was our state representative at        01:18:29

16   that point.                                         01:18:31

17        Q    And Eric would be Eric Chaney?            01:18:34

18        A    Yes, sir.                                 01:18:37

19        Q    And Matthew is the board member; is       01:18:37

20   that right?                                         01:18:40

21        A    I would imagine that's who, yeah,         01:18:41

Page 132

```
 1    McCullough.                                    01:18:44

 2         Q    And can you recall what you were     01:18:49

 3    meeting about?                                 01:18:52

 4         A    No, sir, I don't.                    01:18:53

 5         Q    On Page 166 there is a clipping from 01:19:20

 6    WALB.                                          01:19:23

 7              Do you see that?  Secretary of State 01:19:24

 8    opens investigation into how Coffee County handled 01:19:27

 9    recount.                                       01:19:30

10              Do you see that?                     01:19:31

11         A    I do.                                01:19:32

12         Q    And I can't quite tell what the date 01:19:33

13    of the text is.  Hang on one second.  Sometime 01:19:35

14    before December 10th.                          01:19:40

15              Do you recall discussing the Secretary 01:19:43

16    of State opening the investigation, just       01:19:45

17    generally?                                     01:19:47

18         A    Generally?                           01:19:55

19         Q    Yes.                                 01:19:57

20         A    With whom?                           01:19:58

21         Q    Well, the Secretary of State in      01:20:00
```

Page 133

1    December was -- said it was opening an                    01:20:01

2    investigation into Coffee County, right?                  01:20:05

3         A    Um-hmm.                                          01:20:07

4         Q    And do you recall what they did                 01:20:08

5    pursuant to that investigation, if anything?              01:20:09

6         A    Well, pretty sure they sent                     01:20:18

7    representatives there.                                     01:20:22

8         Q    And did you meet, did you meet with             01:20:24

9    them?                                                      01:20:27

10        A    No, sir.                                        01:20:28

11        Q    Do you know what they did when they             01:20:31

12   were there?                                               01:20:32

13        A    I'm trying to remember.  I know there           01:20:36

14   was some investigators came to go through, I'm            01:20:42

15   assuming they recounted the ballots.  I'm pretty          01:20:49

16   sure, if this is that particular time, that they          01:20:54

17   counted all the ballots by hand.  And Tony Rowell,        01:20:56

18   I see his name down there lower on the page, he           01:20:58

19   would have kind of orchestrated that whole                01:21:03

20   counting.                                                 01:21:07

21        Q    So that was the third count I guess,            01:21:08

Page 134

| | | |
|---|---|---|
| 1 | the one that finally led to certification; is that | 01:21:11 |
| 2 | right? | 01:21:15 |
| 3 | A    Geez, I don't remember which count it | 01:21:16 |
| 4 | would have been.  I'm not sure. | 01:21:18 |
| 5 | Q    If you look at Page 172 you will see a | 01:21:30 |
| 6 | reference to DOJ.  Do you know what that is about? | 01:21:44 |
| 7 | A    I really don't.  I really don't | 01:21:56 |
| 8 | remember what that is about.  I'm assuming they | 01:21:59 |
| 9 | would have called me since she told me about it. | 01:22:09 |
| 10 | I'm not -- I can only speculate there.  I don't | 01:22:12 |
| 11 | know. | 01:22:16 |
| 12 | Q    Scroll down to 174.  You will see what | 01:22:19 |
| 13 | looks like a screen shot of a text from Cathy. | 01:22:26 |
| 14 | Do you see that? | 01:22:31 |
| 15 | A    I do.  I can see -- | 01:22:32 |
| 16 | Q    Do you recall -- | 01:22:32 |
| 17 | A    I can only see one side of the | 01:22:32 |
| 18 | conversation. | 01:22:39 |
| 19 | Q    Do you recall what that was about? | 01:22:42 |
| 20 | A    I'm sorry, I don't. | 01:22:46 |
| 21 | Q    If you scroll down to Page 178 -- | 01:23:21 |

Page 135

```
 1        A      Yes, sir.                              01:23:31

 2        Q      -- Ms. Hampton said, "If they were to  01:23:32

 3    come after me personally Tony would not be able to 01:23:34

 4    represent me because he represents the county,"    01:23:38

 5    correct?                                           01:23:40

 6             Do you see that?                          01:23:42

 7        A      Yes, sir.                              01:23:43

 8        Q      Do you know who Ms. Hampton was         01:23:44

 9    concerned was coming after her?                    01:23:47

10        A      I'm not sure.  I'm wondering if this    01:23:56

11    might have been after the investigators, the state 01:23:58

12    investigators were there.  It's hard without the   01:24:01

13    context to know that point in time exactly.        01:24:09

14        Q      The next page is 179.  There is a --    01:24:14

15        A      Yes, sir.                              01:24:19

16        Q      You say, "That is awesome to have a     01:24:20

17    backup plan."  Just read your text and then let me 01:24:24

18    know what that was about.                          01:24:28

19        A      Well, when I read down there about      01:24:46

20    Tony almost wants the SOS to start something, it   01:24:48

21    must have been about them coming and everything    01:24:52
```

Page 136

| | | |
|---|---|---|
| 1 | they were doing.  I don't know where that -- where | 01:24:55 |
| 2 | she got that law firm there from.  I guess she was | 01:24:58 |
| 3 | looking for someone else -- up there didn't she | 01:25:09 |
| 4 | say she wasn't sure -- and I told her I think if | 01:25:12 |
| 5 | it was in your capacity as a county employee, he | 01:25:17 |
| 6 | would have to -- and I think we are talking about | 01:25:21 |
| 7 | represent her there. | 01:25:24 |
| 8 |     Q    If you look at Page 185 at the top do | 01:25:36 |
| 9 | you see the quote from TheSharpEdge Arizona? | 01:25:39 |
| 10 |     Do you see that? | 01:25:53 |
| 11 |     A    Yes, sir. | 01:25:54 |
| 12 |     Q    You see where reference was made that | 01:25:54 |
| 13 | there was going to be a full forensic audit in | 01:25:55 |
| 14 | Arizona. | 01:26:05 |
| 15 |     Do you see that? | 01:26:06 |
| 16 |     A    I do. | 01:26:11 |
| 17 |     Q    And is that where you all got the idea | 01:26:14 |
| 18 | to make a copy of the Coffee County election | 01:26:17 |
| 19 | system, from the work that was being done in | 01:26:22 |
| 20 | Michigan and Arizona? | 01:26:24 |
| 21 |     A    You all? | 01:26:32 |

Page 137

1          Q      Well, Coffee County.                    01:26:35

2          A      I can't -- I don't know.  I don't know   01:26:37

3      what -- I don't know.                                01:26:39

4          Q      If you go down to Page 212.              01:27:10

5          A      Okay.                                     01:27:38

6          Q      If you look at January 7 at 6 a.m. you   01:27:38

7      text Ms. Hampton, "Finally talked to Eric later     01:27:43

8      last night.  He has new employee starting this      01:27:51

9      a.m. and said he could meet me there at 11."         01:27:54

10             Do you see that?                             01:27:59

11         A      Yes, sir.                                 01:28:00

12         Q      Was that to meet at the county           01:28:00

13     elections office?                                    01:28:03

14         A      I would assume that is correct.          01:28:05

15         Q      And then Ms. Hampton says, "Did y'all    01:28:06

16     discuss what I am doing today?"                      01:28:12

17             Do you see that?                             01:28:15

18         A      I do.                                     01:28:16

19         Q      And at that time you knew what she was   01:28:17

20     going to be doing on the 7th, correct?               01:28:19

21         A      My response is no so I would say I did   01:28:22

Page 138

1    not.                                          01:28:26

2        Q    If you did not you would say what are  01:28:27

3    you talking about.                             01:28:29

4        A    It was a question.                     01:28:30

5             MR. GRUBMAN:  Hold on.  Hold on.  Hold  01:28:31

6    on.                                            01:28:33

7             Mr. Brown, that was not an appropriate 01:28:34

8    question.  That was you arguing, badgering the 01:28:38

9    witness and making a closing argument.  So why 01:28:41

10   don't you repeat that question in a form that's an 01:28:45

11   appropriate question for a witness.           01:28:45

12            MR. BROWN:  I think it's appropriate  01:28:45

13   but let me ask it a different way.             01:28:48

14            MR. GRUBMAN:  Okay.                    01:28:52

15   BY MR. BROWN:                                   01:28:53

16       Q    The question was, did you discuss with 01:28:53

17   Eric, right?  Isn't that the question?         01:28:55

18       A    The question says did you all discuss  01:28:59

19   what I'm doing today and my answer was no.     01:29:01

20       Q    And at that time did you know what she 01:29:05

21   was doing that day?                            01:29:08

Page 139

```
 1        A    My answer was no.                    01:29:11

 2        Q    Your answer was no to the question of  01:29:20

 3    whether you and Eric discussed it.            01:29:23

 4        A    If I had known, wouldn't I say yes?  01:29:27

 5        Q    Well --                              01:29:29

 6             THE WITNESS:  Sorry.                 01:29:31

 7             MR. GRUBMAN:  Hold on.  I'm talking to  01:29:33

 8    him.  I understand that Mr. Brown's tone and   01:29:34

 9    demeanor could be off-putting but you have to do  01:29:38

10    your best not to argue with him.  Let me do that.  01:29:42

11    You see I have done a good job of that because he  01:29:45

12    does not intimidate me with that type of question,  01:29:49

13    and you just answer the question, okay?  That's  01:29:51

14    why you pay me.  I'll do that.               01:29:51

15             You can repeat that question,       01:29:53

16    Mr. Brown.                                    01:29:54

17             MR. BROWN:  I was just pausing to    01:29:56

18    reflect on your statement.                    01:29:57

19             MR. GRUBMAN:  Yes, I hope you do.    01:30:01

20    This way you can hopefully make this move a little  01:30:02

21    quicker moving forward.                       01:30:05
```

Page 140

```
 1              MR. BROWN:  I'm learning a lot,        01:30:08

 2    Mr. Grubman.                                      01:30:10

 3              MR. GRUBMAN:  Good.                      01:30:13

 4    BY MR. BROWN:                                      01:30:14

 5       Q    There is two issues here.  I'm not        01:30:15

 6    suggesting this is hugely important but let me    01:30:19

 7    finish this up.  There is two issues here.  The   01:30:20

 8    first is whether you talked with Eric about what  01:30:22

 9    Misty was doing and your answer was no, correct?  01:30:26

10              MR. GRUBMAN:  Go ahead.                  01:30:33

11       A    I would say that is correct.             01:30:38

12       Q    Did you, apart from talking to Eric       01:30:41

13    about it, did you know what Ms. Hampton was doing? 01:30:45

14       A    I knew she was meeting with Scott         01:30:48

15    Hall.                                             01:30:50

16       Q    Is that all you knew about what she       01:30:52

17    was doing that day?                               01:30:55

18       A    That's all I recollect knowing at this    01:30:56

19    point.                                            01:30:58

20       Q    Then at 9 a.m. that morning she texts    01:31:07

21    you, "The people are almost in Douglas."          01:31:10
```

Page 141

```
 1              Do you see that?                      01:31:17

 2       A     I do.                                  01:31:18

 3       Q     "The guy, Scott Hall, has landed."     01:31:18

 4              Do you see that?                       01:31:21

 5       A     Yes, sir.                              01:31:23

 6       Q     And you say, "Okay, can we call this   01:31:23

 7  girl to see what she really wants?"               01:31:26

 8              Do you see that?                       01:31:28

 9       A     Yes, I do.                             01:31:29

10       Q     Who is that girl?                      01:31:30

11       A     I have no idea what that is.  I don't  01:31:32

12  know.                                             01:31:34

13       Q     And can you -- I just can't read.  I'm 01:31:36

14  not suggesting that there is anything to it, but  01:31:39

15  can you read the, I guess it is the screen shot   01:31:44

16  right beneath that.                               01:31:47

17       A     I can see it but I can't tell          01:31:49

18  anything.  Tommy somebody, something about CBD or 01:31:52

19  something.  I can't ...                           01:31:58

20       Q     Then on the 13th it looks like you     01:32:21

21  were Signaling with Misty Hampton, is that        01:32:24
```

Page 142

1    correct, sending messages by Signal?                01:32:28

2         A    What page is that?                        01:32:33

3         Q    I'm sorry, it's Page 215.                 01:32:34

4         A    Yes, sir.                                 01:32:37

5         Q    And she says, "Check Signal."             01:32:41

6              Do you see that?                           01:32:44

7         A    I do see that.                            01:32:44

8         Q    And at or about this time were you        01:32:45

9    using Signal to communicate with Misty from time    01:32:47

10   to time?                                            01:32:50

11        A    I must have downloaded it.  I don't       01:32:51

12   really recall ever using it.  If I did, it wasn't   01:32:56

13   very much.                                          01:33:01

14        Q    Do you know what she was referring to     01:33:06

15   on January 19 when she says, "Please pray right     01:33:08

16   now that the truth will be found"?                  01:33:12

17             MR. GRUBMAN:  Objection, calls for        01:33:17

18   speculation.                                        01:33:18

19        A    I don't know.                             01:33:20

20        Q    Did you have an understanding at the      01:33:30

21   time why Ms. Hampton needed a scanner, if you look  01:33:32

Page 143

```
 1    down at the bottom of Page 215?                    01:33:37

 2         A    For whatever she was scanning in the     01:33:52

 3    office.  I'm not exactly sure at this point.       01:33:55

 4         Q    She was scanning ballots; is that        01:33:58

 5    right?                                             01:34:00

 6         A    I don't know.  I wasn't there when she   01:34:01

 7    was scanning.                                      01:34:03

 8         Q    If you go down to Page 222, who is TJ?   01:34:16

 9    Do you know?                                       01:34:24

10         A    What is his last name?  He was -- is     01:34:32

11    it TJ Hall?  I can't exactly remember but he was   01:34:34

12    going to -- he was interested in running for       01:34:39

13    Secretary of State.                                01:34:44

14         Q    Okay.                                    01:34:45

15         A    He was one of the county --             01:34:46

16         Q    Is it TJ Hudson?                         01:34:48

17         A    Hudson, that's it.                       01:34:51

18         Q    He was going to run for Secretary of     01:34:52

19    State?                                             01:34:54

20         A    I think that was what all this was       01:34:55

21    about.  I believe so.                              01:34:58
```

```
                                              Page 144
1         Q    On Page 227 she says to you on the     01:35:26
2    24th, "I'm on the phone with chairman of the     01:35:33
3    government oversight, Mr. Harbin."               01:35:41
4              Do you see that?                        01:35:44
5         A    Yes, sir.                               01:35:45
6         Q    And that's -- is that some state       01:35:46
7    oversight committee?                             01:35:50
8         A    I'm thinking this was during the time  01:35:53
9    they were rewriting a bunch of the laws.         01:35:57
10        Q    The Georgia legislature?               01:36:09
11        A    Yes, sir.                               01:36:12
12        Q    Okay.                                   01:36:12
13        A    I'm thinking that's what that was all  01:36:12
14   about.                                           01:36:14
15        Q    And the inquiry from Harbin might have 01:36:15
16   related to the changes to the election laws?     01:36:18
17        A    That would be my best guess.           01:36:23
18        Q    Do you recall what the big news was    01:36:28
19   that she was going to convey to you that day?    01:36:30
20        A    No, sir, I don't.  There's no telling. 01:36:33
21        Q    If you go to the next page, on         01:36:47
```

Page 145

Page 228.                                              01:36:50

1    A    Yes, sir.                                     01:36:51

2    Q    You see there is a reference to --           01:36:51

3    there is a screen shot of a message from Curt     01:36:55

4    Olsen.                                            01:36:57

5         Do you see that?                             01:37:00

6    A    I do see it.                                  01:37:00

7    Q    And Curt Olsen is the lawyer for Mike        01:37:02

8    Lindell, did you know that?                       01:37:07

9    A    I did not.                                   01:37:11

10   Q    You know who Mike Lindell is?                01:37:12

11   A    Yes, sir.  The pillow --                     01:37:17

12   Q    The MyPillow guy?                            01:37:18

13   A    Yes, sir.                                    01:37:21

14   Q    Were you aware of contacts between           01:37:21

15   Misty Hampton directly or indirectly with         01:37:24

16   Mr. Lindell?                                      01:37:27

17   A    I knew there was one where I think she       01:37:30

18   was going to talk to her or meet her about the    01:37:36

19   possibility of hiring her at one point.           01:37:38

20   Q    Hiring her to work at MyPillow?              01:37:46

Page 146

```
 1        A    I don't know.                            01:37:52

 2        Q    Explain that to me.  He owns the         01:37:54

 3   company.  Why would he be calling -- do you know   01:37:56

 4   why he would be calling Misty about working at     01:38:00

 5   MyPillow?                                          01:38:04

 6             MR. GRUBMAN:  Objection, calls for       01:38:06

 7   speculation.                                       01:38:06

 8        Q    What was the relationship, if any,       01:38:09

 9   between the copying that Sullivan|Strickler did in 01:38:11

10   January and meeting with Mr. Lindell or talking to 01:38:15

11   Mr. Lindell in February?                           01:38:17

12        A    I know of none.  I don't know.           01:38:21

13        Q    And did you talk to Misty about          01:38:24

14   Mr. Olsen calling her or talking to her at or      01:38:33

15   about February 24?                                 01:38:37

16        A    If I did I sure don't remember it.       01:38:43

17        Q    And did you know that day or the next    01:38:45

18   that Mr. Lindell flew into Douglas, Georgia?       01:38:47

19        A    I think I did know that he flew there,   01:38:51

20   yes.                                               01:38:54

21        Q    And do you know why he did?              01:38:55
```

Page 147

```
 1        A     All I know is that he was going to      01:38:57

 2   meet with her and I thought it was about hiring     01:39:00

 3   her.  I don't know.  Other than that, that's        01:39:02

 4   pretty much all I know.                             01:39:05

 5        Q     And who told you that it was about       01:39:07

 6   hiring her?                                         01:39:09

 7        A     I thought Misty did.  She may not        01:39:10

 8   have, but that's the best of my recollection.       01:39:13

 9   That's what I remember.                             01:39:15

10        Q     And so Mr. Lindell flew in from          01:39:17

11   Mar-a-Lago on his private jet to Douglas to speak   01:39:21

12   with Misty Hampton about hiring her; is that        01:39:26

13   right?                                              01:39:28

14        A     I don't --                               01:39:29

15              MR. GRUBMAN:  Hold on.                    01:39:31

16              Objection, assumes facts not in          01:39:31

17   evidence, and I will note for the record, I am      01:39:33

18   sure Mr. Brown will disagree, but based on all the  01:39:35

19   answers thus far he knows pretty well that          01:39:38

20   Mr. Voyles had absolutely no clue what jet the CEO  01:39:43

21   of mypillow.com flew in and where he flew from.     01:39:47
```

Page 148

```
 1              But if you do know you are more than    01:39:51
 2     welcome to answer.                                01:39:54
 3         Q    Do you know where he flew in from?       01:39:55
 4         A    No, sir, I don't know.                   01:39:58
 5         Q    And tell me everything that Misty told   01:40:00
 6     you about Mr. Lindell.                            01:40:02
 7         A    Pretty much I have already told you.     01:40:06
 8     I don't remember anything else.                   01:40:08
 9         Q    Did you talk with anyone else about      01:40:09
10     Mr. Lindell being in Douglas on the 24th or 25th? 01:40:13
11         A    No.                                      01:40:18
12         Q    I may have asked this and I apologize,   01:40:19
13     you didn't talk to Mr. Lindell or anyone else     01:40:23
14     associated with Mr. Lindell, did you?             01:40:26
15         A    No, sir.                                 01:40:28
16         Q    All right, and then in the same page,    01:40:33
17     on Page 228-229 you spoke with Misty about her    01:40:40
18     termination, correct?                             01:40:45
19         A    Yes, sir.                                01:40:47
20         Q    I believe you testified to that          01:40:48
21     before.                                           01:40:49
```

Page 149

```
 1        A     Yes, sir.                          01:40:50

 2        Q     And then you congratulate her on    01:41:05

 3   getting a new job, right?                      01:41:08

 4        A     Where is that?                      01:41:12

 5        Q     That's the next page.              01:41:13

 6        A     Yes.                               01:41:23

 7        Q     Let me direct you to Page 232.     01:41:52

 8        A     Yes, sir.                          01:41:57

 9        Q     Focus on your text to Misty.  It says,  01:42:05

10   "Garland Favorito left me message asking what the  01:42:08

11   deal is with you.  I believe he thinks Dominion    01:42:12

12   threatening lawsuits pushed county to ask for your  01:42:16

13   resignation.  Would you like to call him to        01:42:20

14   control narrative?"                            01:42:24

15            Do you see that?                     01:42:27

16        A     Yes, sir, I see it.                01:42:28

17        Q     Did Mr. Favorito indicate in his   01:42:41

18   message or in any other way what the basis was for  01:42:45

19   his belief that Dominion's threatening lawsuits     01:42:50

20   pushed the county to ask for Ms. Hampton's          01:42:51

21   resignation?                                  01:42:51
```

Page 150

```
 1          A      Basis?  I don't know.  I obviously        01:42:55

 2     felt that he thought that was a component but I        01:42:59

 3     don't know.                                            01:43:02

 4          Q      But you don't know if he was just          01:43:03

 5     making that up or he had some information or what,     01:43:05

 6     right?                                                 01:43:08

 7          A      I don't know.                              01:43:09

 8          Q      Did you ever learn anything more after     01:43:09

 9     this period of time about Dominion threatening a       01:43:11

10     lawsuit relating to Misty Hampton's resignation?       01:43:15

11          A      Not that I'm aware of, no.                 01:43:20

12          Q      Not that you recall?                       01:43:23

13          A      No.  That's correct.                       01:43:24

14          Q      Let me direct you to Page 240.             01:44:19

15          A      Yes, sir.                                  01:44:28

16          Q      Did Mr. Favorito ever do a Podcast         01:44:29

17     about Misty Hampton, to your knowledge?                01:44:33

18          A      I don't know.                              01:44:37

19          Q      Beginning at Page 243, these are texts     01:45:09

20     between you and Eric Chaney; is that correct?          01:45:15

21          A      Yes, sir.  It appears that way, yes.       01:45:23
```

Page 151

```
 1          Q     Bear with me.  I'm trying to find the   01:46:29

 2     dates on some of these.  Some of these strings are  01:46:31

 3     pretty long.                                        01:46:35

 4          A     Yes, I agree.                            01:46:37

 5          Q     If you look on Page 252, I believe       01:46:39

 6     it's a text dated November 18, if you scroll up.    01:46:45

 7     That looks like the last date.                      01:46:48

 8          A     252?                                     01:46:50

 9                MR. GRUBMAN:  You can see the last       01:47:01

10     date up here.                                       01:47:02

11                Do you see that?                         01:47:03

12                THE WITNESS:  Oh, yes.                   01:47:05

13          A     Yes.                                     01:47:06

14          Q     And you say I just sent to both         01:47:08

15     Dominic -- I'm sorry, just sent to Dominic --       01:47:14

16     strike that.                                        01:47:14

17                "Just sent both to Dominic and said I   01:47:15

18     want Vernon as my rep.  Go get minutes of Coffee    01:47:16

19     election board.  Open your eyes.  Now I bet you he  01:47:22

20     ignores me."                                        01:47:26

21                What were you referring to?             01:47:28
```

1        A      The video above.                        01:47:33

2        Q      And what video was that?                01:47:40

3        A      The one that says Georgia State Rep      01:47:42

4    Exposes Massive Election Fraud.  Those were just,   01:47:46

5    they are sensational headlines.  I just had told    01:47:49

6    Dominic I think I would prefer to have him as my    01:47:53

7    rep instead of Dominic just because he was taking   01:48:02

8    action.                                             01:48:05

9        Q      Wait.  Who would you prefer as your      01:48:06

10   representative?                                      01:48:09

11       A      I think it's Vernon Jones in that        01:48:09

12   thing.                                               01:48:12

13       Q      Okay.                                    01:48:13

14              Let me direct your attention to          01:48:30

15   Page 254.                                            01:48:32

16       A      Yes, sir.                                01:48:34

17       Q      You said, "I did an open records         01:48:36

18   request last week and watched video that Misty did  01:48:39

19   showing how ballots could be scanned multiple       01:48:43

20   times and changed during adjudication."             01:48:46

21              Do you see that?                         01:48:50

Page 153

```
 1        A     Yes.  That is Dominic.              01:48:51

 2        Q     And then you say my eyes are wide    01:49:00

 3   open?                                           01:49:02

 4        A     That's not -- that is, I copied what 01:49:03

 5   Dominic sent me and that's what that is.        01:49:06

 6        Q     I see.  This is a copy of what Dominic 01:49:09

 7   said, not what you said, correct?              01:49:13

 8        A     Correct.                             01:49:15

 9        Q     And do you know what Dominic was     01:49:16

10   referring to when he says, "We are ready to    01:49:18

11   action."                                        01:49:21

12        A     I don't.                             01:49:23

13        Q     If you go to 255 at the bottom --    01:49:38

14        A     Yes, sir.                            01:49:43

15        Q     -- you say, "We are meeting again    01:49:43

16   Friday to discuss our options on changes including 01:49:45

17   voting machines and mail-in ballots."          01:49:50

18        A     Again, that's once again, that's     01:49:53

19   Dominic, a copy of what Dominic sent me.  During 01:49:55

20   this point in time I'm on his case on text       01:49:58

21   messages and phone calls urging him to work on  01:50:03
```

Page 154

```
 1    election issues, like early voting, mail-in          01:50:13

 2    ballots, all those kinds of things, opening          01:50:16

 3    mail-in ballots early, which I totally disagree      01:50:21

 4    with.  So we were going over all those types of      01:50:24

 5    things at this point in time.                        01:50:28

 6         Q    How can you -- I'm not doubting you at     01:50:33

 7    all, I'm just looking at a piece of paper.  How      01:50:36

 8    can you tell that that is a quote from Dominic.      01:50:39

 9    Is it the font or that color?                        01:50:42

10         A    I'm just pretty sure I wouldn't have       01:50:55

11    written it.                                          01:50:57

12         Q    I see.                                     01:50:58

13         A    Because I don't know the legal             01:51:08

14    advisors to the governor, Loeffler or Perdue.       01:51:10

15         Q    If you look at Page 276, you see where     01:52:28

16    you texted Chris Harvey's November 17th, 2020        01:52:31

17    message to Eric Chaney?                              01:52:35

18              Do you see that?                           01:52:36

19         A    27 ...                                     01:52:37

20         Q    276.                                       01:52:41

21         A    I do.                                      01:52:46
```

Page 155

```
 1        Q     Why did you do that at that time?        01:52:47

 2        A     I have no clue.                          01:52:49

 3        Q     If you look on Page 288, do you see a    01:53:29

 4   forward, I guess, from Eric Chaney?  It says,       01:53:35

 5   "Board members, I was unable to get information     01:53:42

 6   from the Secretary of State's office that I         01:53:45

 7   wanted."                                            01:53:47

 8              Do you know if Mr. Chaney was the        01:53:48

 9   author of that or who was?                          01:53:51

10        A     I'm not sure.                            01:54:08

11        Q     I'm just curious.  On 289, what is       01:54:16

12   that a picture of?                                  01:54:20

13        A     It looks like the first frame in a       01:54:29

14   video.                                              01:54:32

15        Q     Do you know what the video was about?    01:54:35

16        A     I think it's in Eric's truck and I       01:54:37

17   think we had ridden through where the election was  01:54:40

18   and it was, you know, people had signs and things   01:54:49

19   like that out.  I think that's -- I would have to   01:54:55

20   go back and play it to tell you.                    01:54:59

21        Q     If you go down to 294 --                 01:55:44
```

Page 156

```
 1          A     Yes, sir.                           01:55:51

 2          Q     -- this is on January 7 at 7 p.m.   01:55:52

 3                Do you see that?                     01:55:55

 4          A     Yes, sir.                            01:55:56

 5          Q     Mr. Chaney says, "Let's switch to    01:55:57

 6    Signal."                                         01:56:00

 7                Do you see that?                     01:56:01

 8          A     I do.                                01:56:02

 9          Q     And do you recall what the information 01:56:02

10    was that was being conveyed on Signal?           01:56:05

11          A     No, sir, I don't recall.             01:56:08

12          Q     Was it about Sullivan|Strickler's    01:56:09

13    visit that day?                                  01:56:15

14          A     I do not know.                       01:56:17

15          Q     If you go to 297, there is a text    01:56:42

16    dated February 19th.                             01:56:47

17          A     Yes, I see that.                     01:56:59

18          Q     What lawsuit are you referring to    01:57:01

19    there with Olivia against Misty?                 01:57:04

20          A     To the best of my memory Olivia      01:57:12

21    Pearson was voting and there was some issues with 01:57:15
```

Page 157

1    her and the machinery or helping someone vote or          01:57:21

2    something.  There was something she was doing in          01:57:25

3    there that Misty escorted her out or had her              01:57:27

4    escorted out or something, and I think she brought        01:57:31

5    a suit against Misty.  I would have to --                 01:57:35

6         Q     And who was she?  She was a voter?             01:57:39

7         A     Yes.  She was a voter but she was also         01:57:44

8    a city commissioner.                                      01:57:48

9         Q     A Douglas city commissioner?                   01:57:50

10        A     Yes, sir.  I think she is still on             01:57:53

11   there.                                                    01:58:00

12        Q     If you go to Page 303, those are texts         01:58:25

13   with Tony Rowell; is that right?                          01:58:36

14        A     Yes, sir.                                      01:58:39

15        Q     I can't see the --                             01:58:42

16        A     Yes, sir.  Yes.                                01:58:43

17        Q     If you look at the bottom of Page 303          01:59:05

18   you tell Mr. Rowell, "K headed to election office         01:59:08

19   to see if it was the same."                               01:59:12

20              What were you referring to?                    01:59:15

21        A     I'm not sure unless it was a recount           01:59:19

Page 158

```
1    or something.  I don't know.  I really don't       01:59:22

2    remember on that one.                               01:59:34

3         Q     Okay.                                    01:59:36

4              If you look at the next page, why are     01:59:39

5    you asking him, "Okay, you be at board meeting      01:59:52

6    tomorrow at 8:30"?                                  01:59:57

7              Do you see that?                           01:59:59

8         A     On which page?                            02:00:01

9         Q     306.                                      02:00:03

10        A     I don't know.  Is that the date of the    02:00:15

11   letter?  I don't know.                               02:00:16

12        Q     I don't want you to speculate.  It's      02:00:25

13   all right.                                           02:00:28

14        A     I don't know.                             02:00:29

15        Q     On Page 309, Mr. Rowell is talking        02:01:19

16   about Bob.  Do you know who he is referring to       02:01:23

17   there?                                               02:01:26

18        A     Bob Schermer, a friend of mine that I     02:01:27

19   hunt with, and his wife, Tony's wife, Melissa,       02:01:31

20   family is from Florida and they actually know each   02:01:38

21   other, so just personal stuff.                       02:01:42
```

Page 159

```
 1          Q     They went to Davidson, which is a good   02:01:51

 2     thing.                                              02:01:54

 3          A     Good school.                             02:01:55

 4          Q     Page 321, you text Tony Rowell the       02:02:56

 5     clip from Arizona about a full forensic audit.      02:03:01

 6                Do you see that?                          02:03:09

 7          A     Yes.  That was the -- we just looked     02:03:13

 8     at this somewhere else, didn't we?                  02:03:17

 9          Q     Yes, that's the same article, I think,   02:03:21

10     right?                                              02:03:23

11          A     I think it is, yes, sir.                 02:03:23

12          Q     Let me direct your attention to          02:04:22

13     Page 328.  It looks like a December 15 text.  You   02:04:24

14     tell Mr. Rowell, "I heard from source in Atlanta    02:04:33

15     today that Coffee was to get letter today from      02:04:35

16     Secretary of State telling them to release nothing  02:04:41

17     to anyone."                                         02:04:43

18                Do you see that?                          02:04:45

19          A     I do.                                    02:04:46

20          Q     What were you --                         02:04:49

21          A     Boy, I don't -- I don't recall.          02:04:51
```

Page 160

```
 1          Q     You don't recall what this is about?      02:04:54

 2          A     No, sir.                                  02:04:57

 3          Q     Do you recall getting a letter from       02:04:59

 4    the Secretary of State telling you to release         02:05:01

 5    nothing to anyone?                                    02:05:03

 6          A     No, sir.                                  02:05:05

 7          Q     Or seeing a letter to the county to       02:05:06

 8    that effect?                                          02:05:08

 9          A     No, sir, I don't.  I don't recall         02:05:09

10    that.                                                 02:05:10

11          Q     I'm not suggesting that there were        02:06:19

12    any, but looking through this there is no texts       02:06:20

13    between you and Tony in January of 2021.  Do you      02:06:23

14    recall any communications with him during that        02:06:27

15    time frame?                                           02:06:30

16          A     No, I don't.  I mean, and I -- I          02:06:30

17    screen shotted every single one so there are none     02:06:34

18    that are missing.  I guarantee you.                   02:06:38

19          Q     Okay.  I appreciate that.                 02:06:41

20          A     Yes, sir.                                 02:06:44

21          Q     Okay.                                     02:07:11
```

Page 161

```
 1              MR. BROWN:  I'm done with that        02:07:21

 2    exhibit, and let's take a ten-minute break if    02:07:22

 3    that's all right with you.                       02:07:25

 4              MR. GRUBMAN:  All right, thank you.     02:07:26

 5              THE VIDEO OPERATOR:  The time on the    02:07:28

 6    monitor is 2:07 p.m. and we are off the record.  02:07:29

 7              (Recess taken -- 2:07 p.m.)            02:07:34

 8              (After recess -- 2:38 p.m.)            02:07:38

 9              THE VIDEO OPERATOR:  Stand by.          02:38:23

10              The time on the monitor is now 2:39    02:38:47

11    p.m. and we are on the record.                   02:38:51

12              MR. BROWN:  If we could go back to     02:38:54

13    Exhibit 15, which is the long one.               02:38:57

14              MR. GRUBMAN:  We got it.               02:39:04

15    BY MR. BROWN:                                    02:39:05

16        Q    And if you could go to Page, let's      02:39:06

17    see, 106.                                        02:39:10

18              MR. GRUBMAN:  106?                      02:39:12

19              MR. BROWN:  Yes.                        02:39:14

20              MR. GRUBMAN:  All right, hold on.       02:39:15

21              Whoever designs this software should   02:39:21
```

Page 162

```
 1    take, I have some suggestions for them after this    02:39:25

 2    is over.                                             02:39:28

 3              Right, maybe you can type in the page.     02:39:30

 4    I don't know.  I haven't figured it out.             02:39:33

 5              MR. BROWN:  I haven't either.              02:39:36

 6              MR. GRUBMAN:  Seems like a pretty easy     02:39:38

 7    addition for them.                                   02:39:41

 8              All right, 106.  All right, we are         02:39:44

 9    there.                                               02:39:46

10              MR. BROWN:  Are we back on the record,     02:40:01

11    Mr. Lawrence?                                        02:40:03

12              THE VIDEO OPERATOR:  We are on the         02:40:05

13    record.                                              02:40:06

14    BY MR. BROWN:                                        02:40:07

15         Q    On December 15th, the text message to      02:40:07

16    Cathy says, "I believe the three Secretary of        02:40:11

17    State investigators and two Dominion reps that       02:40:12

18    Preston said were there for vote count should be     02:40:14

19    included in lawsuit."                                02:40:21

20              What were you referring to?                02:40:22

21         A    I -- I really do not remember.             02:40:28
```

Page 163

```
 1          Q     What was the context for your        02:40:34

 2    December --                                       02:40:36

 3          A     If I had some more context I could    02:40:38

 4    probably recall that, but that is not really      02:40:40

 5    related.  I don't know.                           02:40:48

 6                I'm sorry, I don't have an answer.  I 02:40:51

 7    wish I did.                                        02:40:55

 8          Q     Okay.                                  02:40:56

 9                MR. BROWN:  If we could mark Tab 31 as 02:41:02

10    Exhibit 16, please.                                02:41:05

11                (Voyles Deposition Exhibit No. 16 was  02:41:07

12    marked for identification.)                        02:41:07

13                MR. GRUBMAN:  All right, we got it.    02:41:29

14    BY MR. BROWN:                                      02:41:35

15          Q     Mr. Voyles, this is an e-mail.  We may 02:41:36

16    have seen pieces of this before but bear with me.  02:41:39

17    This is the Found the Memo e-mail, and you will    02:41:44

18    see this one may be the same one that we looked at 02:41:52

19    before.  It has a copy of the Chris Harvey memo.   02:41:55

20                Do you see that?                       02:42:02

21                MR. GRUBMAN:  There is some, as you    02:42:15
```

Page 164

1    see, Bruce, he is just pointing out some, like,        02:42:15

2    those Xs under Garland's name and those are just        02:42:20

3    things where I think the computer couldn't pick up      02:42:24

4    the image.  Obviously ignore that but review the        02:42:27

5    rest of it.                                             02:42:31

6        A    Am I supposed to see the actual memo          02:42:32

7    or something?                                           02:42:35

8        Q    Yes.                                           02:42:39

9             MR. GRUBMAN:  If you look, it's the           02:42:41

10   next page.  So go down one more page.  Go down.        02:42:43

11   Keep going.  There it is.                              02:42:46

12            THE WITNESS:  Oh.                              02:42:49

13            MR. GRUBMAN:  All right.                       02:42:51

14       A    Yes.  Okay, I see that.                        02:42:51

15       Q    Now, what was the concern -- was there        02:42:59

16   a concern between you and Eric Chaney and               02:43:03

17   Ms. Hampton about whether Coffee County was in         02:43:09

18   danger of violating this memo?                          02:43:15

19       A    Geez, I do not recall at this time.           02:43:21

20   I'm sorry.  I don't remember what all that was         02:43:23

21   about.                                                  02:43:26

Page 165

```
 1        Q    Did Mr. Rowell ever express to you any    02:43:38

 2   concern about Coffee County doing its own forensic   02:43:41

 3   audit?                                               02:43:46

 4        A    I don't know that he and I have ever       02:43:51

 5   had a discussion about any of that.                  02:43:53

 6        Q    Do you recall having a conversation        02:43:56

 7   with Ms. Chaney or -- Mr. Chaney or Ms. Latham       02:43:59

 8   about doing a forensic audit in Coffee County?       02:44:05

 9        A    I don't have a recollection of it, no.     02:44:09

10        Q    Did you or, to your knowledge, the         02:44:13

11   others who were there in Coffee County on January    02:44:15

12   7 in the election office refer to what               02:44:19

13   Sullivan|Strickler was doing as a forensic audit?    02:44:23

14        A    I -- not -- geez, I don't remember any     02:44:30

15   of that, no.                                         02:44:32

16        Q    Do you remember any discussion about       02:44:34

17   whether Sullivan|Strickler was there to fix          02:44:36

18   something that was broken with the system?           02:44:38

19             MR. GRUBMAN:  I have a very good            02:44:46

20   memory so I am going to object on asked and          02:44:47

21   answered.                                            02:44:49
```

Page 166

```
 1              But it has been a while, Mr. Voyles,    02:44:49

 2    so you can answer if you can.                     02:44:53

 3        Q    Did I get an -- I don't know if I got    02:45:01

 4    an answer.                                        02:45:03

 5        A    I don't recall any.                      02:45:04

 6        Q    Thank you.  Sorry about that.            02:45:05

 7              Do you remember sending Chris Harvey's  02:45:13

 8    memo to Tony Rowell?                              02:45:16

 9        A    It looks like I did there, but as far    02:45:22

10    as remembering it, I don't.                       02:45:24

11        Q    So you don't remember why you would      02:45:25

12    have either; is that right?                       02:45:28

13        A    No, sir, I sure don't.  But I see it     02:45:29

14    there that I did.                                 02:45:34

15              MR. BROWN:  If we could make Tab 20.    02:45:38

16              MR. GRUBMAN:  17, right?                02:45:41

17              THE REPORTER:  I think you mean 17.     02:45:54

18              MR. BROWN:  17, thank you.              02:45:57

19              (Voyles Deposition Exhibit No. 17 was   02:45:58

20    marked for identification.)                       02:45:58

21              MR. GRUBMAN:  There you go.  We got     02:46:32
```

Page 167

```
 1   it.                                          02:46:33

 2   BY MR. BROWN:                                02:46:33

 3        Q    I'm not sure this is the right exhibit   02:46:50

 4   for this, but do you recall the board discussing   02:46:53

 5   or do you recall learning that the board, in   02:46:55

 6   February of 2021, discussing threatened litigation   02:46:58

 7   against Coffee County?                       02:47:03

 8        A    I don't.                           02:47:06

 9        Q    Did you know of any threatened     02:47:14

10   litigation against Coffee County in February of   02:47:17

11   2021?                                        02:47:20

12        A    Not that I'm aware of.  I just don't   02:47:22

13   recall any.                                  02:47:27

14        Q    I may have asked you about e-mails and   02:47:33

15   things like that but let me ask you again about   02:47:36

16   Garland Favorito.  Did you ever talk to      02:47:39

17   Mr. Favorito about doing a forensic audit in   02:47:43

18   Coffee County?                               02:47:47

19        A    I don't believe so.               02:47:48

20        Q    Do you recall having discussions with   02:47:49

21   him in general?                              02:47:51
```

Page 168

1     A     Yes.  Yes.                              02:47:53

2     Q     And --                                  02:47:57

3     A     I mean, other discussions, what they    02:47:58

4  were about ...                                    02:48:01

5     Q     Did you talk with him about what you    02:48:03

6  could do in Coffee County?                        02:48:05

7     A     What do you mean what you can do?       02:48:07

8     Q     What actions you can take in Coffee     02:48:10

9  County in terms of investigation or lawsuit or    02:48:12

10 anything like that.                               02:48:14

11    A     I'm not sure I really understand the    02:48:16

12 question.                                         02:48:18

13    Q     Mr. Favorito was in Atlanta, right,     02:48:18

14 and he was pursuing litigation in Atlanta,        02:48:21

15 correct?                                          02:48:25

16    A     Yes.  I know he did.                     02:48:25

17    Q     And did you have any discussions with   02:48:27

18 him about Coffee County's election system?        02:48:29

19    A     I think -- I think my discussions with  02:48:34

20 him were more along the lines of the spreadsheet  02:48:37

21 that we looked at earlier.  You know, the numbers 02:48:40

Page 169

```
 1    not being the same.  Oh, geez, I don't -- as far     02:48:44

 2    as litigation, I don't think so.                     02:48:50

 3         Q    Did you have any discussions with          02:48:52

 4    Mr. Favorito about the possibility of making         02:48:53

 5    copies or forensic copies of the Coffee County       02:48:57

 6    system?                                              02:49:00

 7         A    I don't think so.                          02:49:01

 8         Q    If you can go back to, this is             02:49:06

 9    skipping back a little bit, but Coffee County was    02:49:07

10    the last county to certify the 2020 election,        02:49:12

11    correct?                                             02:49:15

12         A    Okay.                                      02:49:17

13         Q    I mean, you recall that as being the       02:49:18

14    case?                                                02:49:20

15         A    I think it was because I think I           02:49:22

16    remember seeing some stuff on television about       02:49:24

17    that, like Gabriel or somebody.                      02:49:29

18         Q    You recall discussion about why Coffee     02:49:34

19    County didn't just simply immediately count the      02:49:36

20    ballots by hand when it was having all those         02:49:41

21    scanner problems?                                    02:49:46
```

Page 170

```
 1          A     Oh, I -- no, I don't recall discussing      02:49:47

 2     about it.                                              02:49:50

 3          Q     Were you aware of whether                   02:50:06

 4     Sullivan|Strickler copied images from the January      02:50:08

 5     6th election?                                          02:50:13

 6          A     I don't know exactly what they were.        02:50:16

 7     No, I don't know.                                      02:50:18

 8          Q     Did you ever speak or communicate with      02:50:34

 9     Mr. Rowell about Sullivan|Strickler's work in          02:50:37

10     Coffee County in January of 2021?                      02:50:40

11          A     I don't think so.                           02:50:43

12          Q     Do you know Harry McDougland?               02:51:14

13          A     I don't think so.                           02:51:20

14          Q     He was an attorney for Cathy Latham.        02:51:23

15     Do you recall talking to him?                          02:51:27

16          A     I don't.                                    02:51:29

17          Q     Did you speak with Cathy Latham about       02:51:39

18     her meetings at the Willard Hotel in December of       02:51:42

19     2020?                                                  02:51:45

20          A     The Willard Hotel?  I don't believe         02:51:46

21     so.                                                    02:51:49
```

Page 171

```
 1        Q     Did you talk to her about her meeting   02:51:49

 2   with Julianni or Michael Flynn or Sidney Powell?   02:51:51

 3        A     I don't recall it if I did.  I don't    02:52:01

 4   think I did.                                        02:52:04

 5        Q     Do you know if any members of the        02:52:04

 6   general assembly were told about                    02:52:07

 7   Sullivan|Strickler's work in Coffee County?         02:52:09

 8        A     I do not know.                           02:52:12

 9        Q     Do you know if Mr. Ligom, Bill Ligom     02:52:14

10   was aware or had been told about it?                02:52:17

11        A     I don't know.                            02:52:23

12        Q     What about Burt Jones?                   02:52:23

13        A     I don't know.                            02:52:27

14        Q     Are you aware of other counties where    02:52:28

15   voting systems were imaged or forensic data         02:52:31

16   collected?                                          02:52:35

17        A     I'm not.                                 02:52:36

18        Q     Did you talk with anyone about --        02:52:48

19   well, before Ms. Hampton was terminated did you     02:52:50

20   talk with anybody about her termination?            02:52:53

21        A     In that recent time frame prior to her   02:52:58
```

Page 172

1    being terminated, I don't think so.                  02:53:01

2         Q    Do you know James Barnes?                   02:53:18

3         A    James Barnes?                               02:53:21

4         Q    Well, let me just say --                    02:53:23

5         A    Was there a Mr. Barnes that used to         02:53:27

6    work for the state years ago?                         02:53:29

7         Q    Yes, that's Michael Barnes.  James          02:53:31

8    Barnes was Misty Hampton's replacement.  Do you       02:53:35

9    recall him?                                           02:53:39

10        A    I don't think I ever met him.               02:53:40

11        Q    Did you know that in June of 2021 the       02:53:42

12   Secretary of State replaced Coffee County's EMS       02:53:46

13   server and ICC scanner?                               02:53:51

14        A    I read that on some threads online.         02:53:56

15        Q    Is that when it happened or more            02:53:58

16   recently?                                             02:54:00

17        A    I don't know.  It may have been             02:54:03

18   Marilyn's threads that were posted that I read        02:54:05

19   that on.                                              02:54:08

20        Q    Do you know anything about why they         02:54:10

21   did that or the circumstances?                        02:54:11

Page 173

```
 1         A     I don't know anything about it.        02:54:14

 2         Q     Other than what you read on Twitter or  02:54:17

 3    something, do you know anything about it at all?   02:54:19

 4         A     No.                                     02:54:21

 5         Q     Did you speak with anybody associated   02:54:27

 6    with Coffee County after learning about the EMS    02:54:29

 7    server being replaced?                             02:54:32

 8         A     No, sir.                                02:54:37

 9              MR. BROWN:  I will mark Tab 26 as the    02:54:41

10    next exhibit.  It should be 18.                    02:54:43

11              Wait a minute.  Whoa.  That's wrong.     02:54:48

12              I'm sorry, let me mark Tab 28 as the     02:55:16

13    next exhibit, which I think is Exhibit 18.         02:55:19

14              (Voyles Deposition Exhibit No. 18 was    02:55:30

15    marked for identification.)                        02:55:30

16    BY MR. BROWN:                                      02:55:51

17         Q     Let me just ask another question.  I    02:55:52

18    didn't ask it very well before, and if this is     02:55:53

19    duplicative, I'm sorry.                            02:55:57

20              Did you know that Ms. Hampton was        02:55:59

21    going to be terminated before the board meeting in 02:56:01
```

Page 174

1    which the board decided to terminate her?                    02:56:04

2          A    No, sir.                                           02:56:07

3          Q    You first learned of her termination              02:56:08

4    from who?                                                     02:56:10

5          A    From her.                                          02:56:11

6          Q    Looking at Exhibit 18, do you see that            02:56:17

7    photograph?                                                   02:56:20

8          A    With the gentleman in a blue shirt and            02:56:22

9    blue hat?                                                     02:56:25

10         Q    Yes.                                               02:56:26

11         A    Yes, sir.                                          02:56:27

12         Q    Who is that?                                       02:56:27

13         A    I do not know.                                     02:56:28

14              MR. BROWN:  Let me make Tab 27                      02:56:35

15    Exhibit 19.                                                  02:56:37

16              MS. CONAWAY:  Mr. Brown, I don't think            02:56:58

17    I have a Tab 27.                                             02:57:01

18              MR. BROWN:  Okay.  I do have a Tab 27             02:57:04

19    so if you could ...                                          02:57:22

20              Okay, we will skip that one.  We will             02:57:35

21    skip 19.  That was a fake exhibit.                          02:57:37

Page 175

```
 1              If you will take a look at Tab 26.     02:58:30

 2     I'm going to mark Tab 26 as Exhibit 19, I think.  02:59:02

 3              (Voyles Deposition Exhibit No. 19 was   02:59:08

 4     marked for identification.)                       02:59:08

 5              MR. GRUBMAN:  All right, we got it.      02:59:10

 6     BY MR. BROWN:                                     02:59:19

 7         Q    Who is the man standing in the          02:59:20

 8     doorway?  Well, there is actually two men there  02:59:22

 9     but who is the man on the right standing in the  02:59:24

10     doorway?                                          02:59:28

11         A    I think that's me in the red shirt      02:59:28

12     leaning on the counter.  And that appears to be  02:59:31

13     Jimmy Kitchens in the door.  And it looks like   02:59:34

14     Tony Rowell with the cup of coffee.              02:59:40

15         Q    And who is Mr. Kitchens?                02:59:44

16         A    He is a county commissioner.            02:59:46

17         Q    And the date of this is December 7,     02:59:56

18     2020; is that right?                              02:59:59

19         A    That's what it shows on the picture up  03:00:02

20     there, yes, sir.                                  03:00:05

21         Q    Was Mr. Kitchens aware of the desire    03:00:11
```

Page 176

| | | |
|---|---|---|
| 1 | to bring in a forensic team to have access to the | 03:00:14 |
| 2 | election equipment? | 03:00:18 |
| 3 | A    I have no idea. | 03:00:20 |
| 4 | Q    Do you know if any of the board of | 03:00:22 |
| 5 | commissioners was aware of that effort? | 03:00:24 |
| 6 | A    I have no idea. | 03:00:27 |
| 7 | Q    Have you been contacted by the | 03:00:45 |
| 8 | Secretary of State as a part of any investigation | 03:00:49 |
| 9 | into the copying in January of 2021? | 03:00:53 |
| 10 | A    No, sir. | 03:01:02 |
| 11 | Q    Anything about it at all.  I mean, not | 03:01:05 |
| 12 | just specifically Sullivan\|Strickler but anything | 03:01:08 |
| 13 | related to the copying or access to the election | 03:01:11 |
| 14 | equipment in Coffee County.  Nothing at all? | 03:01:15 |
| 15 | A    No, sir. | 03:01:19 |
| 16 | Q    Same question for the state election | 03:01:20 |
| 17 | board.  Have they contacted you about the events | 03:01:23 |
| 18 | of January 7th in Coffee County? | 03:01:27 |
| 19 | A    No, sir. | 03:01:29 |
| 20 | Q    Same question for GBI. | 03:01:30 |
| 21 | A    I received a phone call. | 03:01:33 |

Page 177

| | | | |
|---|---|---|---|
| 1 | Q | From the GBI? | 03:01:37 |
| 2 | A | Yes, sir. | 03:01:38 |
| 3 | Q | When did you receive a phone call from | 03:01:39 |
| 4 | the GBI? | | 03:01:40 |
| 5 | A | I would have to look up the date but | 03:01:42 |
| 6 | it has probably been a month ago. | | 03:01:52 |
| 7 | Q | A month ago? | 03:01:55 |
| 8 | A | That's a wild guess. | 03:01:55 |
| 9 | Q | That is all right, but within the last | 03:01:59 |
| 10 | couple of months, fair to say? | | 03:02:00 |
| 11 | A | Yes, sir. | 03:02:02 |
| 12 | Q | Have you been contacted by the Fulton | 03:02:03 |
| 13 | DA? | | 03:02:07 |
| 14 | A | No, sir. | 03:02:07 |
| 15 | Q | Did you speak in substance with the | 03:02:08 |
| 16 | GBI or give an interview or give them some | | 03:02:10 |
| 17 | information? | | 03:02:14 |
| 18 | A | No, sir. | 03:02:15 |
| 19 | Q | Did you set up a time to meet with | 03:02:16 |
| 20 | them to talk in greater detail or what was the | | 03:02:18 |
| 21 | substance of your discussion? | | 03:02:20 |

Page 178

```
 1        A      I gave them my attorney's name and        03:02:22

 2   number.                                               03:02:24

 3        Q      Is that it?                               03:02:25

 4        A      Yes, sir.                                 03:02:26

 5        Q      What about the FBI?  Have you been        03:02:30

 6   contacted by the FBI?                                 03:02:33

 7        A      No, sir.                                  03:02:35

 8        Q      Have you turned over any documents to     03:02:36

 9   the GBI, the FBI, the state election board or the     03:02:37

10   Secretary of State relating to the Coffee County      03:02:44

11   elections?                                            03:02:46

12        A      No, sir.                                  03:02:47

13        Q      Are you aware of anyone else in Coffee    03:02:50

14   County being interviewed by or spoken to by the       03:02:52

15   GBI, Secretary of State, state election board or      03:02:57

16   the FBI?                                              03:03:01

17        A      No, sir, I'm not aware.                   03:03:03

18        Q      Do you know Mickey or Micci Ellis?        03:03:12

19        A      I do know Micci Ellis.                    03:03:17

20        Q      And is it a she?                          03:03:19

21        A      It is, yes.                               03:03:22
```

Page 179

```
 1        Q      Who is she?                          03:03:24

 2        A      Micci is -- she is a concerned citizen  03:03:27

 3     that lives in Douglas that I used to live in the  03:03:31

 4     same neighborhood.  She is the spouse of Will      03:03:35

 5     Ellis, a friend of mine.                          03:03:38

 6        Q      And have you spoken with her about     03:03:42

 7     Coffee County elections?                          03:03:45

 8        A      No.  Not in the context of any of      03:03:48

 9     this, no.                                          03:03:52

10        Q      And then you know Cathy Latham,         03:03:54

11     correct?                                           03:03:58

12        A      Yes, sir.                              03:03:59

13        Q      And just in general, did you at any    03:04:03

14     point learn Cathy Latham's role in setting up or  03:04:07

15     following through with Sullivan|Strickler's work?  03:04:13

16        A      I don't know.                          03:04:18

17        Q      Do you know David Bossie?              03:04:21

18        A      No, sir.                               03:04:24

19        Q      Do you know, have you ever spoken to   03:04:25

20     David Bossie?                                      03:04:29

21        A      Not that I'm aware of.                 03:04:31
```

Page 180

| | | | |
|---|---|---|---|
| 1 | Q | Do you know Preston Haliburton? | 03:04:33 |
| 2 | A | No, sir. | 03:04:37 |
| 3 | Q | Do you know Alex Kaufman? | 03:04:49 |
| 4 | A | No, sir. | 03:04:52 |
| 5 | Q | Do you recall ever meeting with Alex | 03:04:53 |
| 6 | Kaufman in Coffee County in December of 2020? | | 03:04:54 |
| 7 | A | I do not. | 03:05:00 |
| 8 | Q | Do you recall meeting with, I may have | 03:05:07 |
| 9 | asked this, but do you recall ever meeting with | | 03:05:10 |
| 10 | Mr. Sinners? | | 03:05:12 |
| 11 | A | I do not. | 03:05:14 |
| 12 | Q | Do you know Cleta Mitchell? | 03:05:17 |
| 13 | A | I do not. | 03:05:21 |
| 14 | Q | Do you know or have you ever | 03:05:22 |
| 15 | communicated with Russell Ramsland? | | 03:05:23 |
| 16 | A | No, sir. | 03:05:28 |
| 17 | Q | Have you ever communicated with Phil | 03:05:28 |
| 18 | Waldron? | | 03:05:30 |
| 19 | A | No, sir. | 03:05:33 |
| 20 | Q | Have you ever communicated with James | 03:05:33 |
| 21 | Penrose? | | 03:05:36 |

Page 181

```
 1        A     No, sir.                              03:05:37

 2        Q     Have you ever communicated with       03:05:42

 3    Stephanie Lambert?                              03:05:43

 4        A     No, sir.                              03:05:46

 5        Q     Have you ever communicated with Conan 03:05:48

 6    Hayes?                                          03:05:52

 7        A     Not that I'm aware of, no.            03:05:54

 8        Q     How about Peter Sharar, S-h-a-r-a-r?  03:05:56

 9        A     No, sir, not that I'm aware of.       03:06:01

10        Q     And I believe you already testified   03:06:03

11    that you do not know Alex Cruce, correct?       03:06:04

12        A     Correct.                              03:06:12

13        Q     And you do not know what role, if any,03:06:12

14    he had in setting up or doing the work with     03:06:14

15    Sullivan|Strickler, right?                      03:06:17

16        A     I do not.                             03:06:19

17        Q     We looked at some meeting minutes that03:07:13

18    had you as a guest to the November board meeting.03:07:15

19    Were you a guest speaker or did you just attend 03:07:18

20    the meeting?                                    03:07:21

21        A     Just attended.  I was in town, went to03:07:22
```

Page 182

```
1    the meeting.                                        03:07:25

2         Q     Have you ever communicated with Kurt     03:07:40

3    Hilbert?                                            03:07:41

4         A     Who?                                     03:07:45

5         Q     Kurt Hilbert.  He is a lawyer in         03:07:46

6    Atlanta.                                            03:07:49

7         A     Not that I'm aware of, no, sir.          03:07:51

8         Q     Have you ever communicated with Lin      03:07:53

9    Wood?                                               03:07:56

10        A     No, sir.                                 03:08:01

11        Q     Have you ever communicated with          03:08:01

12   Charles Bundren, B-u-n-d-r-e-n?                     03:08:03

13        A     No, sir.                                 03:08:07

14        Q     Do you know Curt Olsen?                  03:08:07

15        A     In that one thing that we saw on the     03:08:09

16   screen shot.  That's all I have ever heard of him.  03:08:12

17        Q     Have you ever spoken with or do you      03:08:16

18   know Kevin Moncla, M-o-n-c-l-a?                     03:08:19

19        A     No, sir.                                 03:08:24

20        Q     I believe you testified that you had     03:08:36

21   not spoken with Burt Jones about the Coffee County  03:08:38
```

Page 183

1    voting system and the need for a forensic audit?          03:08:45

2          A     No, sir, not about that.  I have             03:08:48

3    spoken to him on the phone one time in my life            03:08:50

4    that I'm aware of.                                        03:08:54

5                MR. BROWN:  I'm going to make Tab 39          03:09:18

6    the next exhibit.  I think it is Exhibit 20; is           03:09:20

7    that correct?                                             03:09:34

8                THE REPORTER:  Yes.                           03:09:35

9                (Voyles Deposition Exhibit No. 20 was         03:09:35

10   marked for identification.)                               03:09:35

11               THE WITNESS:  Could I go to the               03:09:40

12   restroom while you do that?                               03:09:40

13               MR. GRUBMAN:  Let's just take a               03:09:40

14   two-minute break.                                         03:09:41

15               MR. BROWN:  I am winding up so let's          03:09:43

16   take ten and I will try to wrap it up.  Thanks.           03:09:45

17               MR. GRUBMAN:  Okay, thanks.                   03:09:49

18               THE WITNESS:  Thank you.                      03:09:51

19               THE VIDEO OPERATOR:  The time on the          03:09:52

20   monitor is 3:10 p.m. and we are off the record.           03:09:53

21               (Recess taken -- 3:10 p.m.)                   03:09:58

Page 184

1              (After recess -- 3:22 p.m.)                03:10:03

2              THE VIDEO OPERATOR:  Stand by.             03:21:37

3              All right, the time on the monitor is      03:22:04

4       3:22 p.m. and we are on the record.               03:22:06

5              MR. BROWN:  We are back on the record      03:22:11

6       and I would like to mark Tab 27 as Exhibit 21.  If  03:22:12

7       you could take a quick look at this.              03:22:22

8              THE REPORTER:  Excuse me, Mr. Brown.       03:22:37

9       We have no Exhibit 20 in the folder.              03:22:39

10             MR. BROWN:  Okay, then this is             03:22:45

11      Exhibit 20.  My apologies.                        03:22:46

12             MS. CONAWAY:  Mr. Brown, I think there     03:22:50

13      was a glitch in the upload, so Exhibit 20 is Tab   03:22:57

14      39 and Exhibit 21 is Tab 27.                      03:23:01

15             MR. BROWN:  Okay.  Yes, I switched the     03:23:08

16      sequence of this, Jenna, I apologize.  So let's    03:23:14

17      look at Exhibit 21 which is Tab 27.               03:23:17

18             MR. GRUBMAN:  All right, we got that.      03:23:21

19             (Voyles Deposition Exhibit No. 21 was      03:23:22

20      marked for identification.)                       03:23:22

21

```
 1    BY MR. BROWN:                                  03:23:24

 2         Q    Do you recognize the man in this     03:23:24

 3    photograph?                                    03:23:27

 4         A    No, sir.                             03:23:29

 5         Q    And just for the record, that is a   03:23:31

 6    January 6, 2021 photograph, it appears.        03:23:33

 7         A    That's what it says on there, yes,   03:23:38

 8    sir.                                           03:23:40

 9         Q    Let's turn to what has previously been  03:23:48

10    marked as Exhibit 20, which is Tab 39.         03:23:51

11              MR. GRUBMAN:  Got it.                03:23:59

12         Q    Go ahead.  Mine is frozen.  Hang on.  03:24:07

13              Exhibit 20 is an e-mail from you to  03:24:24

14    Judy Foskey.  Do you know who that is?         03:24:29

15         A    She used to work at the election     03:24:36

16    office long ago.                               03:24:38

17         Q    And do you see if you go down, do you  03:24:39

18    see your e-mail to Lin Wood?                   03:24:41

19         A    Yes, sir.                            03:24:43

20         Q    What prompted you to write Mr. Wood?  03:24:50

21         A    I guess because he was so active in  03:24:54
```

```
1    the whole case thing.                        03:24:57

2         Q    What was the connection between    03:25:01

3    Mr. Wood and efforts by Sullivan|Strickler in 03:25:02

4    January, if any?                             03:25:07

5         A    I have no idea.                     03:25:09

6         Q    Do you know who found              03:25:13

7    Sullivan|Strickler to be the contractors to come 03:25:17

8    in there and do that work?                   03:25:20

9         A    No, sir.                            03:25:22

10        Q    Did you have any other communications 03:25:29

11   with Mr. Wood?                               03:25:30

12        A    No, sir.  No replies either.        03:25:31

13             MR. BROWN:  We are going to mark    03:25:43

14   Tab 37 as Exhibit 22.                        03:25:44

15             (Voyles Deposition Exhibit No. 22 was 03:25:47

16   marked for identification.)                  03:25:47

17   BY MR. BROWN:                                03:26:11

18        Q    Do you have that in front of you?   03:26:12

19        A    Yes, sir.                           03:26:14

20        Q    If you scroll down you will see an  03:26:15

21   e-mail from you to blake@tilleryfirm.        03:26:17
```

Page 187

```
 1              Do you see that?                    03:26:21

 2        A     Is it on the first page of -- oh, yes,  03:26:24

 3   I see it.                                      03:26:30

 4        Q     Who is blake@tilleryfirm?          03:26:31

 5        A     Blake Tillery.  I think he is a    03:26:34

 6   senator.                                      03:26:37

 7        Q     Georgia Senator?                   03:26:41

 8        A     Yes, sir.                          03:26:44

 9        Q     Do you recall the purpose of that  03:26:45

10   communication?                                03:26:47

11        A     What is the date there, December 29?  03:26:49

12   I think this is when they were having the     03:26:51

13   hearings.                                     03:26:53

14        Q     The hearing, the State of Georgia  03:26:58

15   hearings?                                     03:27:02

16        A     Yes, sir.  And I was trying to just  03:27:03

17   make people aware of the vulnerabilities so they  03:27:06

18   could correct deficiencies, I suppose.        03:27:15

19        Q     And at the top of that exhibit is an  03:27:18

20   e-mail from you to John Holmes.               03:27:21

21              Do you see that?                    03:27:23
```

Page 188

1          A     Yes, sir.                          03:27:24

2          Q     And who is John Holmes?            03:27:24

3          A     He is someone I grew up with.  He is a  03:27:27

4    few years younger than me.  His mother is Susan  03:27:31

5    Holmes.  I think she is a state rep.           03:27:34

6          Q     Was that for the same purpose, related  03:27:40

7    to the hearings?                               03:27:43

8          A     Yes.  As far as I can recall, yes.  03:27:44

9               MR. BROWN:  Okay, let's mark Tab 41 as  03:27:50

10   Exhibit 23.                                    03:27:53

11              (Voyles Deposition Exhibit No. 23 was  03:27:54

12   marked for identification.)                    03:27:54

13              MR. GRUBMAN:  We have it.           03:28:19

14   BY MR. BROWN:                                  03:28:21

15         Q     Exhibit 23 shows an e-mail from Carden  03:28:22

16   Summers to you dated December 8.               03:28:28

17              Do you see that?                    03:28:33

18         A     Yes.                               03:28:47

19         Q     And do you know what the signed letter  03:28:48

20   he is referring to is?                         03:28:50

21         A     I'm not positive but I'm thinking that  03:28:51

Page 189

```
1    it might have been the one that we drafted.  I     03:28:57
2    can't remember if it was before or after that.    03:29:00
3         Q    And who is Carden Summers?              03:29:03
4         A    He is a state representative also.  I   03:29:06
5    think representative.                              03:29:11
6              MR. BROWN:  We are going to mark         03:29:13
7    Tab 42 as the next exhibit, I think Exhibit 24.    03:29:15
8              (Voyles Deposition Exhibit No. 24 was    03:29:19
9    marked for identification.)                        03:29:19
10             MR. GRUBMAN:  Got it.                    03:29:37
11   BY MR. BROWN:                                      03:29:37
12        Q    And this is an e-mail to you from, is    03:29:38
13   it senator or representative Carden?  I can't      03:29:43
14   remember.                                          03:29:45
15        A    I can't remember either.                03:29:49
16        Q    And you are forwarding to him the        03:29:50
17   meeting minutes; is that right?                    03:29:52
18        A    Yes, sir, that's what it says there.     03:29:54
19        Q    Was this also for the purpose of         03:29:56
20   explaining the vulnerability of the system?        03:30:00
21        A    Yes, sir.                                03:30:07
```

Page 190

```
 1        Q     After the access was given to          03:30:20

 2   Sullivan|Strickler in January, I take it you       03:30:27

 3   didn't hear much about that for a while until it    03:30:31

 4   came out in the news much later, right?             03:30:34

 5        A     Correct.                                 03:30:37

 6        Q     When did you first come across it in     03:30:38

 7   the news?                                           03:30:40

 8        A     Geez, I have no idea.                    03:30:42

 9        Q     Were you surprised that it was a         03:30:46

10   newsworthy, or apparently a newsworthy event?       03:30:48

11        A     I don't -- I don't remember how I        03:30:54

12   would have reacted at the time.                     03:30:55

13        Q     Okay.                                    03:30:59

14        MR. BROWN:  That's all the questions           03:31:02

15   that I have at this time.  Thank you for your       03:31:02

16   cooperation today.                                  03:31:06

17        And Mr. Grubman, I will be back in             03:31:09

18   touch with you about the documents after we have a  03:31:11

19   better chance to review what we got and what we     03:31:14

20   need.                                               03:31:17

21        MR. GRUBMAN:  Thanks.                          03:31:18
```

```
 1              MR. BROWN:  I do not know if others    03:31:20

 2    have questions, so don't leave yet.           03:31:21

 3              THE REPORTER:  And I will also need a 03:31:27

 4    few spellings.                                03:31:29

 5              MR. BROWN:  Do you want that from me  03:31:36

 6    or from the witness?                          03:31:37

 7              THE REPORTER:  Witness.              03:31:39

 8              MS. LaROSS:  Can you guys hear me?    03:31:43

 9              MR. BROWN:  Yes.                     03:31:46

10              MS. LaROSS:  It's Diane LaRoss.  Can  03:31:46

11    you guys hear me?                             03:31:48

12              MR. BROWN:  Yes.                     03:31:51

13              MS. LaROSS:  So we don't have any    03:31:53

14    questions.                                    03:31:55

15              Mr. Voyles, thank you for your time  03:31:56

16    today.                                        03:31:58

17              THE VIDEO OPERATOR:  We are off the  03:32:05

18    record at 3:32 p.m., and this concludes today's 03:32:06

19    testimony given by Blake Edward Voyles.  The total 03:32:10

20    number of media used was three and will be    03:32:14

21    retained by Veritext.                         03:32:17
```

```
                                              Page 192
 1              MR. BROWN:  Thank you, Mr. Voyles.    03:32:40
 2    You all be safe.                                03:32:40
 3              THE REPORTER:  The first question that 03:32:40
 4    I have, is there anyone who wants a copy of this 03:32:40
 5    transcript?                                      03:32:40
 6              MR. BROWN:  Yes.                        03:32:40
 7              MS. LaROSS:  We would like to read and 03:32:40
 8    sign.  Yes, we would like a copy for the         03:32:42
 9    defendants.                                      03:32:46
10              THE REPORTER:  All right.  Anyone       03:33:00
11    else?                                            03:33:00
12              And does anyone want rough draft on     03:33:01
13    this?                                            03:33:03
14              MR. BROWN:  We don't.                    03:33:04
15              MS. LaROSS:  Hang on for just a         03:33:12
16    second.  I will check, Cappy.                    03:33:13
17              THE REPORTER:  All right.  Thank you.   03:33:14
18              (Thereupon, signature having not been   03:33:14
19    waived, the examination of BLAKE EDWARD VOYLES was 03:33:14
20    concluded at 3:42 p.m.)                          03:33:14
21              -      -      -      -      -      -    03:33:14
```

Page 193

1        UNITED STATES OF AMERICA )

2        STATE OF MARYLAND          )

3

4                  I, CAPPY HALLOCK, the reporter before

5        whom the foregoing deposition was taken, do hereby

6        certify that the witness whose testimony appears

7        in the foregoing deposition was sworn by me; that

8        said deposition is a true record of the testimony

9        given by said witness.

10                 I further certify that I am neither

11       counsel for, related to, nor employed by any of

12       the parties to the action in which this deposition

13       was taken; and further that I am not a relative or

14       employee of any attorney or counsel employed by

15       the parties hereto, or financially or otherwise

16       interested in the outcome of this action.

17

18

19       _____

20                 Cappy Hallock, RPR, CRR

21       My Commission expires January 19, 2025

Page 194

1    Scott Grubman, Esquire

2    sgrubman@sglawfirm.com

3                        December 2, 2022

4    RE:    Curling, Donna  v. Raffensperger, Brad

5        11/16/2022, Blake Edward Voyles (#5584994)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-midatlantic@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

Page 195

1    Curling, Donna  v. Raffensperger, Brad

2    Blake Edward Voyles (#5584994)

3                  E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Blake Edward Voyles                          Date

25

Page 196

1    Curling, Donna  v. Raffensperger, Brad

2    Blake Edward Voyles (#5584994)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Blake Edward Voyles, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Blake Edward Voyles                        Date

13   *If notary is required

14                     SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                     _____ DAY OF _____, 20___.

16

17

18                     _____

19                     NOTARY PUBLIC

20

21

22

23

24

25