# EXHIBIT 1

Percentage Hand Marked Paper Ballots November 2020

| | | | | | |
|---|---|---|---|---|---|
| **To conservatively estimate % of disabled voters who may have used BMDs in cases where BMDs are only used for accessibility, I used 13% which is percentage of voters who are disabled.** <br> **ABOUT 13% of voters have disabilities per p3 of EAC fact sheet accessed at** <br> **https://www.eac.gov/sites/default/files/document_library/files/Fact_sheet_on_disability_and_voter_turnout_in_2020_0.** | | | | | |
| **Jurisdiction** | total of all ballots | # BMD ballots | total HMPB | % HMPB | source links |
| **LA County (CA)** | 4,338,191 | 21.06% in person | VBM 3,424,426 | > 78.94% | https://results.lavote.gov/#year=2020&election=4193 |
| **Cook County (IL)** | 1,188,017 | est. 94,605 | est. 1,093,412 | > 98% | https://www.cookcountyclerkil.gov/sites/default/files/pdfs/Post-Election%20Report%20%20-%20%20110320.pdf |
| **Maricopa County (AZ)** | 2,089,563 | est. less than 13% of in-person voters | est. | > 87% | https://elections.maricopa.gov/asset/jcr:f0e64083-5801-4077-8675-07a8ba475c43/11-03-2020-0%20Canvass%20COMPLETE%20NOV2020.pdf https://www.azmirror.com/blog/arizonas-polling-infrastructure-is-all-paper-ballots-even-for-those-with-disabilities/ |
| **San Diego County (CA)** | 1,627,753 | 189,593 | 1438160 (VBM) | > 88% | https://www.livevoterturnout.com/SanDiego/LiveResults/en/Index_10.html |
| **Dallas County (TX)** | 926,518 | 847, 558 = 118,670 ED + 728,888 early in-person. (most in person voters use new ES&S BMD) | VBM 78,147; 813 provisional | < 8.5% | https://assets01.aws.connect.clarityelections.com/Assets/Connect/RootPublish/dallas-tx.connect.clarityelections.com/ElectionDocuments/2020/201103%20General%20Joint/Dallas%20County%20Final%20Canvass%20Cum%20WOverUnder%20Total.pdf |
| **Riverside County (CA)** | 1,016,896 | 109,028 | 907,868 (VBM) | > 89.28% | download VBM data at https://www.sos.ca.gov/elections/voter-registration/vote-mail/vbm-nov2020-general-election#hist |