# EXHIBIT 3

Exhibit 3

