# EXHIBIT 4

Screenshots of November 3, 2020 Presidential Election Original Vote Count and Recount Sec. of State' Election Results Website as of February 8, 2023



https://results.enr.clarityelections.com/GA/107231/web.264614/#/summary



https://results.enr.clarityelections.com/GA/105369/web.264614/#/summary