| | |
|---|---|
| **Message** | |
| From: | Vernetta Keith Nuriddin [vernettanuriddin@live.com] |
| Sent: | 7/28/2020 4:31:19 PM |
| To: | Barron, Richard L. [Richard.Barron@fultoncountyga.gov]; Dr. Kathleen Ruth [drkayruth@icloud.com]; Mary Cooney [mccooney@mindspring.com]; Mark Wingate [wingate01md@gmail.com]; aaronvjohnson@yahoo.com |
| CC: | Harvey, Chris [/O=SOS/OU=GASOS/cn=Recipients/cn=wharvey]; Anderson, Dick [Dick.Anderson@fultoncountyga.gov]; Robb Pitts [robb.pitts@fultoncountyga.gov] |
| Subject: | Fulton County, Ga-Privacy Issues with the BMD |

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Director Barron:

Thank you for your response. Were poll workers trained to look out for voters tampering with the BMDs? If so, that would explain why a poll worker at my poll attempted to watch me vote on the BMD on June 9th. Currently, this board has received many public comments and email complaints about the privacy issues with voting on BMDs in Fulton. Specifically, that the BMD screens are set up in a manner that makes many of the screens CLEARLY visible to polling staff and other voters waiting in line up to 20 feet away.

Rick, I don't mean to speak out of turn but it is important to me that the SOS and county leaders know that the decision to disallow voters to cast a private ballot in Fulton was deliberate and done without BRE knowledge. All other Georgia counties found effective solutions that ensure that each voter cast a private ballot except Fulton County. The enormous costly cases that Fulton's BMDs are housed in may be the problem. Because of those cases, casting a private ballot is impossible for our voters. Sir, I know your job is difficult. I am hopeful that together can we find a balance between conducting transparent elections and enforcing all election laws.

*Vernetta Keith Nuriddin*
vernettanuriddin@live.com
404-437-2122

---

**From:** Barron, Richard L. <Richard.Barron@fultoncountyga.gov>
**Sent:** Tuesday, July 28, 2020 10:02 AM
**To:** Vernetta Keith Nuriddin <vernettanuriddin@live.com>; Dr. Kathleen Ruth <drkayruth@icloud.com>; Mary Cooney <mccooney@mindspring.com>; Mark Wingate <wingate01md@gmail.com>; aaronvjohnson@yahoo.com <aaronvjohnson@yahoo.com>
**Subject:** RE: Privacy Issues with the BMD

The curtains won't allow us to be able to see whether someone tries to tamper with the equipment. The sneeze guards have been ordered but won't be ready until the November election. Those will help.

---

From: Vernetta Keith Nuriddin [vernettanuriddin@live.com]

Sent: Monday, July 27, 2020 3:32 PM
To: Dr. Kathleen Ruth; Mary Cooney; Mark Wingate; aaronvjohnson@yahoo.com; Barron, Richard L.
Subject: Privacy Issues with the BMD

Leaders:

I expressed my concerns about the privacy issue specifically at State Farm to Director Barron. This was the weekend before EV begun. I ask about the privacy screens and privacy curtains. He stated his reason to me as to why he believed that the privacy curtains weren't a good idea. I reminded Rick of Ms. McNamara and Ms. Robert's continued concerns about privacy with the BMDs. I am not sure what else could be said or done.

Vernetta Keith Nuriddin
vernettanuriddin@live.com
404-437-2122


From: Dr. Kathleen Ruth <drkayruth@icloud.com>
Sent: Monday, July 27, 2020 2:55 PM
To: Mary Cooney <mccooney@mindspring.com>; Mark Wingate <wingate01md@gmail.com>; Vernetta Nuriddin <vernettanuriddin@live.com>; aaronvjohnson@yahoo.com <aaronvjohnson@yahoo.com>; Richard L. Barron <Richard.Barron@fultoncountyga.gov>
Subject: Voting

Before August ED and November ED it is imperative that poll workers knows the process for cancelling an absentee ballot. Also, were privacy protectors ordered for machines? Voter privacy is very important and we need to resolve this so every voter feels protected when casting their vote.

This was posted on a private Facebook group today about a voter's experience at Northside Library:

> Went today to Northside Library to vote. No line. But the room is small, hot, and there are about 8 poll workers in there. Two comments: (1) if you have already received an Absentee Ballot but prefer not to use it, be prepared to wait to vote in person while the poll workers figure out how to cancel your Absentee Ballot; and (2) the two automated machines were positioned such that all of the poll workers could see the voting screens. You should stand VERY CLOSE to the screens in order to cast your vote in privacy.

Confidential

STATE-DEFENDANTS-00089581
STATE-DEFENDANTS-00089580