**Subject:** Open Records Request received 12/2/22
**Date:** Wednesday, December 7, 2022 at 2:48:44 PM Eastern Standard Time
**From:** Vickers, Tracie
**To:** Marilyn Marks, Jennifer Dorminey Herzog

Good Afternoon Ms. Marks,

Coffee County has received your open records request requesting "a copy of the security video record beginning November 28, 2022 at 5am and continuing through November 29 at 11:59 pm for the early voting room." Coffee County provides the following response:

For video recording beginning November 28, 2022 at 5am and continuing through November 29 at 11:59 p.m. for the early voting room, there is an interior camera angle that shows the rooms for the advanced voting room of which will not be produced without a subpoena or court protective order under the authority of OCGA § 21-2-568.2 which prevents photographic or other electronic monitoring or recording devices of electronic ballot marker, voted ballot, etc. The video angle may contain footage of the advance voting room and thereby contain footage of voters voting which is why it cannot be produced without a court order.

Tracie Vickers
County Clerk / Open Records Custodian


*Tracie Vickers*
*County Clerk*
*Coffee County Commissioners*
*101 South Peterson Avenue*
*Douglas, GA  31533*
*912-384-4799*
*912-393-7108  Direct Line*