**Subject:** RE: Open records request ---SOS guidance on ballot secrecy on touchscreens
**Date:** Thursday, January 26, 2023 at 9:20:34 AM Eastern Standard Time
**From:** Rachel Roberts
**To:** Marilyn Marks
**CC:** Vickers, Tracie

Marilyn,

We have not received any guidance from the Secretary of State's office concerning how to protect ballot secrecy on the touchscreens from visibility of voter selections by others in the polling place.

Thanks
Rachel

**From:** Marilyn Marks <Marilyn@USCGG.org>
**Sent:** Wednesday, January 25, 2023 9:00 AM
**To:** Vickers, Tracie <Tracie.Vickers@coffeecounty-ga.gov>
**Cc:** Rachel Roberts <Rachel.Roberts@coffeecounty-ga.gov>
**Subject:** Open records request ---SOS guidance on ballot secrecy on touchscreens

Tracie,
 This is a public records request for any guidance or policy the Secretary of State's office has issued to the counties since March 1, 2020 concerning how to protect ballot secrecy on the touchscreens from visibility of voter selections by others in the polling place.  (I am not aware of any that has been issued, but wanted to make sure that I have current information.) Please provide a copy of such guidance if Coffee County elections department has received such information.

Please let me know if you have questions.
 Thank you. .


Marilyn Marks
Executive Director
Coalition for Good Governance
Cell: ███████
Marilyn@USCGG.org
Follow me @MarilynRMarks1