Copyright © 2020 Dominion Voting Inc. All Rights Reserved

## FULTON COUNTY
826-03A

### OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL, SPECIAL DEMOCRATIC PRIMARY, AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do NOT use red ink or felt tip pen to mark ballot
Do NOT circle, underline or mark through choices
Do NOT use check marks or X to mark ballot
Do NOT mark more choices per race than allowed
Do NOT sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across the ballot and across the return envelope
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

---

**For President of the United States**
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

⊘ Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○ _____
Write-in

**For United States Senate**
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

⊘ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○ _____
Write-in

---

**SPECIAL ELECTION**

**For United States Senate**
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

○ Deborah Jackson
Democrat

○ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

○ Tamara Johnson-Shealey
Democrat

○ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

○ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

○ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

⊘ Raphael Warnock
Democrat

○ Richard Dien Winfield
Democrat

○ _____
Write-in

---

**For Public Service Commissioner**
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

○ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○ _____
Write-in

**For Public Service Commissioner**
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

⊘ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○ _____
Write-in

**For U.S. Representative in 117th Congress From the 5th Congressional District of Georgia**
(Vote for One)

○ Angela Stanton-King
Republican

⊘ Nikema Williams
Democrat

○ _____
Write-in

**SPECIAL DEMOCRATIC PRIMARY**

**For State Senator From 39th District**
(Vote for One)

○ Zan Fort

○ Sonya Halpern

○ Jo Anna Potts

⊘ Linda Pritchett

---

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved



**For State Representative in the General Assembly From 56th District** (Vote for One)
- ✓ Mesha Mainor — Democrat
- ○ Write-in

**For District Attorney of the Atlanta Judicial Circuit** (Vote for One)
- ○ Fani Willis — Democrat
- ✓ Write-in

**For Clerk of Superior Court** (Vote for One)
- ○ Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○ Write-in

**For Sheriff** (Vote for One)
- ○ Patrick "Pat" Labat — Democrat
- ✓ Write-in

**For Tax Commissioner** (Vote for One)
- ✓ Arthur E. Ferdinand — (Incumbent) Democrat
- ○ Write-in

**For Surveyor** (Vote for One)
- ✓ Write-in

**For Solicitor-General of State Court of Fulton County** (Vote for One)
- ✓ Keith E. Gammage — (Incumbent) Democrat
- ○ Write-in

**For Fulton County Commissioner From District No. 4** (Vote for One)
- ✓ Barbara J. Gresham — Republican
- ○ Natalie Hall — (Incumbent) Democrat
- ○ Write-in

**For Fulton County Soil and Water Conservation District Supervisor** (Vote for One)
- ✓ Alan Toney — (Incumbent)
- ○ Write-in

## PROPOSED CONSTITUTIONAL AMENDMENTS

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"
- ✓ YES
- ○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"
- ○ YES
- ✓ NO

## STATEWIDE REFERENDUM

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"
- ✓ YES
- ○ NO

## SPECIAL ELECTION CITY OF ATLANTA

**City of Atlanta Homestead Exemption** (Vote for One)

"Shall the Act be approved which provides a new homestead exemption from City of Atlanta ad valorem taxes for municipal purposes in the amount of $30,000.00 for each resident of the City of Atlanta who holds real property subject to a written lease having an initial term of not less than 99 years with a landlord that is an entity exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and who owns all improvements located on the real property?"
- ✓ YES
- ○ NO

**Turn Ballot Over To Continue Voting**

Scanned on: ICC  Tabulator: 5176  Batch:  5
Poll ID:   350  Ballot ID: 339

President of the United States
   BLANK CONTEST
US Senate (Perdue)
   BLANK CONTEST
US Senate (Loeffler) - Special
   BLANK CONTEST
Public Service Commission District 1
   BLANK CONTEST
Public Service Commission District 4
   BLANK CONTEST
US House District 5
   BLANK CONTEST
State Senate District 39 - Special Democratic Primary
   BLANK CONTEST
State House District 56
   BLANK CONTEST
District Attorney - Atlanta
   BLANK CONTEST
Clerk of Superior Court
   BLANK CONTEST
Sheriff
   BLANK CONTEST
Tax Commissioner
   BLANK CONTEST
Surveyor
   BLANK CONTEST
Solicitor General
   BLANK CONTEST
County Commission District 4
   Barbara J. Gresham (Rep)
Soil and Water - Fulton County
   BLANK CONTEST
Constitutional Amendment #1
   BLANK CONTEST
Constitutional Amendment #2
   BLANK CONTEST
Statewide Referendum A
   BLANK CONTEST
Atlanta Homestead Exemption - Special
   YES

```
Adjudicated at 1:48 AM on 11/7/2020 by emsadmin04

President of the United States
    BLANK CONTEST
US Senate (Perdue)
    *Adjudicated* Vote for Jon Ossoff (Dem) (100%)
US Senate (Loeffler) - Special
    *Adjudicated* Vote for Raphael Warnock (Dem) (100%)
Public Service Commission District 1
    BLANK CONTEST
Public Service Commission District 4
    *Adjudicated* Vote for Daniel Blackman (Dem) (100%)
US House District 5
    *Adjudicated* Vote for Nikema Williams (Dem) (100%)
State Senate District 39 - Special Democratic Primary
    *Adjudicated* Vote for Linda Pritchett (100%)
State House District 56
    *Adjudicated* Vote for Mesha Mainor (Dem) (100%)
District Attorney - Atlanta
    BLANK CONTEST
Clerk of Superior Court
    BLANK CONTEST
Sheriff
    BLANK CONTEST
Tax Commissioner
    *Adjudicated* Vote for Arthur E. Ferdinand (I) (Dem) (100%)
Surveyor
    BLANK CONTEST
Solicitor General
    *Adjudicated* Vote for Keith E. Gammage (I) (Dem) (100%)
County Commission District 4
    Barbara J. Gresham (Rep) (29%)
Soil and Water - Fulton County
    *Adjudicated* Vote for Alan Toney (I) (100%)
Constitutional Amendment #1
    *Adjudicated* Vote for YES (100%)
Constitutional Amendment #2
    *Adjudicated* Vote for NO (100%)
Statewide Referendum A
    *Adjudicated* Vote for YES (100%)
Atlanta Homestead Exemption - Special
    YES (42%)
```

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# FULTON COUNTY
### 826-03A

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

**OFFICIAL GENERAL, SPECIAL DEMOCRATIC PRIMARY, AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA**
**NOVEMBER 3, 2020**

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
- Do **NOT** use red ink or felt tip pen to mark ballot
- Do **NOT** circle, underline or mark through choices
- Do **NOT** use check marks or X to mark ballot
- Do **NOT** mark more choices per race than allowed
- Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

---

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
  Michael R. Pence - Vice President
  (Incumbent) Republican

⊘ Joseph R. Biden - President
  Kamala D. Harris - Vice President
  Democrat

○ Jo Jorgensen - President
  Jeremy "Spike" Cohen - Vice President
  Libertarian

○ _____
  Write-in

### For United States Senate
(Vote for One)

○ David A. Perdue
  (Incumbent) Republican

⊘ Jon Ossoff
  Democrat

○ Shane Hazel
  Libertarian

○ _____
  Write-in

---

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
  Independent

○ Allen Buckley
  Independent

○ Doug Collins
  Republican

○ John Fortuin
  Green

○ Derrick E. Grayson
  Republican

○ Michael Todd Greene
  Independent

○ Annette Davis Jackson
  Republican

○ Deborah Jackson
  Democrat

○ Jamesia James
  Democrat

○ A. Wayne Johnson
  Republican

○ Tamara Johnson-Shealey
  Democrat

○ Matt Lieberman
  Democrat

○ Kelly Loeffler
  (Incumbent) Republican

○ Joy Felicia Slade
  Democrat

○ Brian Slowinski
  Libertarian

○ Valencia Stovall
  Independent

○ Ed Tarver
  Democrat

○ Kandiss Taylor
  Republican

⊘ Raphael Warnock
  Democrat

○ Richard Dien Winfield
  Democrat

○ _____
  Write-in

---

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
  (Incumbent) Republican

○ Robert G. Bryant
  Democrat

○ Elizabeth Melton
  Libertarian

○ _____
  Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
  (Incumbent) Republican

⊘ Daniel Blackman
  Democrat

○ Nathan Wilson
  Libertarian

○ _____
  Write-in

### For U.S. Representative In 117th Congress From the 5th Congressional District of Georgia
(Vote for One)

○ Angela Stanton-King
  Republican

⊘ Nikema Williams
  Democrat

○ _____
  Write-in

### SPECIAL DEMOCRATIC PRIMARY

### For State Senator From 39th District
(Vote for One)

○ Zan Fort

○ Sonya Halpern

○ Jo Anna Potts

⊘ Linda Pritchett

---

**Turn Ballot Over To Continue Voting**



**For State Representative in the General Assembly From 56th District**
(Vote for One)

☑ Mesha Mainor
Democrat

○ _____
Write-in

**For District Attorney of the Atlanta Judicial Circuit**
(Vote for One)

○ Fani Willis
Democrat

☑ _____
Write-in

**For Clerk of Superior Court**
(Vote for One)

○ Cathelene "Tina" Robinson
(Incumbent) Democrat

○ _____
Write-in

**For Sheriff**
(Vote for One)

○ Patrick "Pat" Labat
Democrat

☑ _____
Write-in

**For Tax Commissioner**
(Vote for One)

☑ Arthur E. Ferdinand
(Incumbent) Democrat

○ _____
Write-in

**For Surveyor**
(Vote for One)

☑ _____
Write-in

**For Solicitor-General of State Court of Fulton County**
(Vote for One)

☑ Keith E. Gammage
(Incumbent) Democrat

○ _____
Write-in

**For Fulton County Commissioner From District No. 4**
(Vote for One)

☑ Barbara J. Gresham
Republican

○ Natalie Hall
(Incumbent) Democrat

○ _____
Write-in

**For Fulton County Soil and Water Conservation District Supervisor**
(Vote for One)

☑ Alan Toney
(Incumbent)

○ _____
Write-in

**PROPOSED CONSTITUTIONAL AMENDMENTS**

- 1 -

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

☑ YES
○ NO

- 2 -

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

○ YES
☑ NO

**STATEWIDE REFERENDUM**

- A -

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

☑ YES
○ NO

**SPECIAL ELECTION CITY OF ATLANTA**

City of Atlanta Homestead Exemption
(Vote for One)

"Shall the Act be approved which provides a new homestead exemption from City of Atlanta ad valorem taxes for municipal purposes in the amount of $30,000.00 for each resident of the City of Atlanta who holds real property subject to a written lease having an initial term of not less than 99 years with a landlord that is an entity exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and who owns all improvements located on the real property?"

☑ YES
○ NO

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

05174_00010_000081.tif scanned at: 14:34:09 on 12/02/20.

Scanned on: ICC   Tabulator: 5174   Batch: 10
Poll ID:   350   Ballot ID:  339

President of the United States
  BLANK CONTEST
US Senate (Perdue)
  BLANK CONTEST
US Senate (Loeffler) - Special
  BLANK CONTEST
Public Service Commission District 1
  BLANK CONTEST
Public Service Commission District 4
  BLANK CONTEST
US House District 5
  BLANK CONTEST
State Senate District 39 - Special Democratic Primary
  BLANK CONTEST
State House District 56
  BLANK CONTEST
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
County Commission District 4
  Barbara J. Gresham (Rep)
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  BLANK CONTEST
Constitutional Amendment #2
  BLANK CONTEST
Statewide Referendum A
  BLANK CONTEST
Atlanta Homestead Exemption - Special
  YES

# FULTON COUNTY
781-RW07A

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "Spoiled" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

---

### For President of the United States
(Vote for One)

- ✓ **Donald J. Trump** - President
  **Michael R. Pence** - Vice President
  **(Incumbent)** Republican

- ○ **Joseph R. Biden** - President
  **Kamala D. Harris** - Vice President
  Democrat

- ○ **Jo Jorgensen** - President
  **Jeremy "Spike" Cohen** - Vice President
  Libertarian

- ○ _____
  Write-in

### For United States Senate
(Vote for One)

- ○ **David A. Perdue**
  **(Incumbent)** Republican

- ✓ **Jon Ossoff**
  Democrat

- ○ **Shane Hazel**
  Libertarian

- ○ _____
  Write-in

### SPECIAL ELECTION

### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

- ○ **Al Bartell**
  Independent

- ○ **Allen Buckley**
  Independent

- ○ **Doug Collins**
  Republican

- ○ **John Fortuin**
  Green

- ○ **Derrick E. Grayson**
  Republican

- ○ **Michael Todd Greene**
  Independent

- ○ **Annette Davis Jackson**
  Republican

- ✓ **Deborah Jackson**
  Democrat

- ○ **Jamesia James**
  Democrat

- ○ **A. Wayne Johnson**
  Republican

- ○ **Tamara Johnson-Shealey**
  Democrat

- ✓ **Matt Lieberman**
  Democrat

- ○ **Kelly Loeffler**
  **(Incumbent)** Republican

- ○ **Joy Felicia Slade**
  Democrat

- ○ **Brian Slowinski**
  Libertarian

- ○ **Valencia Stovall**
  Independent

- ○ **Ed Tarver**
  Democrat

- ○ **Kandiss Taylor**
  Republican

- ○ **Raphael Warnock**
  Democrat

- ○ **Richard Dien Winfield**
  Democrat

- ○ _____
  Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

- ✓ **Jason Shaw**
  **(Incumbent)** Republican

- ○ **Robert G. Bryant**
  Democrat

- ○ **Elizabeth Melton**
  Libertarian

- ○ _____
  Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

- ○ **Lauren Bubba McDonald, Jr.**
  **(Incumbent)** Republican

- ✓ **Daniel Blackman**
  Democrat

- ○ **Nathan Wilson**
  Libertarian

- ○ _____
  Write-in

### For U.S. Representative in 117th Congress From the 6th Congressional District of Georgia
(Vote for One)

- ✓ **Karen Handel**
  Republican

- ○ **Lucy McBath**
  **(Incumbent)** Democrat

- ○ _____
  Write-in

### For State Senator From 56th District
(Vote for One)

- ✓ **John Albers**
  **(Incumbent)** Republican

- ○ **Sarah Beeson**
  Democrat

- ○ _____
  Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting - All Rights Reserved

## For State Representative In the General Assembly From 48th District
(Vote for One)

- ○ Betty Price — Republican
- ⊘ Mary Robichaux — (Incumbent) Democrat
- ○ Write-In

## For District Attorney of the Atlanta Judicial Circuit
(Vote for One)

- ⊘ Fani Willis — Democrat
- ○ Write-In

## For Clerk of Superior Court
(Vote for One)

- ⊘ Cathelene "Tina" Robinson — (Incumbent) Democrat
- ○ Write-In

## For Sheriff
(Vote for One)

- ⊘ Patrick "Pat" Labat — Democrat
- ○ Write-In

## For Tax Commissioner
(Vote for One)

- ⊘ Arthur E. Ferdinand — (Incumbent) Democrat
- ○ Write-In

## For Surveyor
(Vote for One)

- ○
- Write-In

## For Solicitor-General of State Court of Fulton County
(Vote for One)

- ⊘ Keith E. Gammage — (Incumbent) Democrat
- ○ Write-In

## For Fulton County Soil and Water Conservation District Supervisor
(Vote for One)

- ⊘ Alan Toney — (Incumbent)
- ○ Write-In

## PROPOSED CONSTITUTIONAL AMENDMENTS

### - 1 -
Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

- ⊘ YES
- ○ NO

### - 2 -
Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

- ○ YES
- ⊘ NO

## STATEWIDE REFERENDUM

### - A -
Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

- ○ YES
- ⊘ NO

**Turn Ballot Over To Continue Voting**

Scanned on: ICC  Tabulator: 788   Batch: 47
Poll ID:   571   Ballot ID:   1009

President of the United States
  BLANK CONTEST
US Senate (Perdue)
  Jon Ossoff (Dem)
US Senate (Loeffler) - Special
  Deborah Jackson (Dem)
Public Service Commission District 1
  BLANK CONTEST
Public Service Commission District 4
  BLANK CONTEST
US House District 6
  Karen Handel (Rep)
State Senate District 56
  John Albers (I) (Rep)
State House District 48
  BLANK CONTEST
District Attorney - Atlanta
  BLANK CONTEST
Clerk of Superior Court
  BLANK CONTEST
Sheriff
  BLANK CONTEST
Tax Commissioner
  BLANK CONTEST
Surveyor
  BLANK CONTEST
Solicitor General
  BLANK CONTEST
Soil and Water - Fulton County
  Alan Toney (I)
Constitutional Amendment #1
  BLANK CONTEST
Constitutional Amendment #2
  NO
Statewide Referendum A
  NO

```
Adjudicated at 9:01 AM on 12/2/2020 by emsadmin04

President of the United States
    *Adjudicated* Vote for Donald J. Trump (I) (Rep) (100%)
US Senate (Perdue)
    Jon Ossoff (Dem) (21%)
US Senate (Loeffler) - Special
    AMBIGUOUS VOTE
    Deborah Jackson (Dem) (53%)
Public Service Commission District 1
    BLANK CONTEST
Public Service Commission District 4
    BLANK CONTEST
US House District 6
    Karen Handel (Rep) (33%)
State Senate District 56
    John Albers (I) (Rep) (24%)
State House District 48
    BLANK CONTEST
District Attorney - Atlanta
    BLANK CONTEST
Clerk of Superior Court
    BLANK CONTEST
Sheriff
    BLANK CONTEST
Tax Commissioner
    BLANK CONTEST
Surveyor
    BLANK CONTEST
Solicitor General
    BLANK CONTEST
Soil and Water - Fulton County
    Alan Toney (I) (21%)
Constitutional Amendment #1
    BLANK CONTEST
Constitutional Amendment #2
    NO (30%)
Statewide Referendum A
    NO (25%)
```

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

# LOWNDES COUNTY
770-RW, 781-RW, 825-RW, 865-RW, 867-RW

## OFFICIAL ABSENTEE/PROVISIONAL/EMERGENCY BALLOT

### OFFICIAL GENERAL AND SPECIAL ELECTION BALLOT
### OF THE STATE OF GEORGIA
### NOVEMBER 3, 2020

**INSTRUCTIONS:**

**To Vote**
1. Use black or blue ink to mark the ballot
2. Completely fill in the empty oval to the left of the candidate name or choice in all races you wish to vote
3. If voting for a Write-In candidate, completely fill in the empty oval to the left of the Write-In selection, then write the name of the write-in candidate in the space provided

**Warning**
Do **NOT** use red ink or felt tip pen to mark ballot
Do **NOT** circle, underline or mark through choices
Do **NOT** use check marks or X to mark ballot
Do **NOT** mark more choices per race than allowed
Do **NOT** sign, cut, tear or damage the ballot

**If you make a mistake or change your mind on a selection:**

A. Do not attempt to mark through the selection or attempt to erase. Write "**Spoiled**" across **the ballot and across the return envelope**
B. Mail or return the spoiled ballot and envelope to your county board of registrars; a new official absentee ballot will be mailed to you

**If you decide to vote in-person:** Surrender the ballot to the poll manager of an early voting site within your county or the precinct to which you are assigned. You will then be permitted to vote a regular ballot

*"I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes an act of voter fraud and is a felony under Georgia law." [O.C.G.A. 21-2-284(e), 21-2-285(h) and 21-2-383(a)]*

### For President of the United States
(Vote for One)

○ Donald J. Trump - President
Michael R. Pence - Vice President
(Incumbent) Republican

⊗ Joseph R. Biden - President
Kamala D. Harris - Vice President
Democrat

○ Jo Jorgensen - President
Jeremy "Spike" Cohen - Vice President
Libertarian

○ _____
Write-in

### For United States Senate
(Vote for One)

○ David A. Perdue
(Incumbent) Republican

⊗ Jon Ossoff
Democrat

○ Shane Hazel
Libertarian

○ _____
Write-in

### SPECIAL ELECTION
### For United States Senate
(To Fill the Unexpired Term of Johnny Isakson, Resigned)
(Vote for One)

○ Al Bartell
Independent

○ Allen Buckley
Independent

○ Doug Collins
Republican

○ John Fortuin
Green

○ Derrick E. Grayson
Republican

○ Michael Todd Greene
Independent

○ Annette Davis Jackson
Republican

⊗ Deborah Jackson
Democrat

⊗ Jamesia James
Democrat

○ A. Wayne Johnson
Republican

⊗ Tamara Johnson-Shealey
Democrat

⊗ Matt Lieberman
Democrat

○ Kelly Loeffler
(Incumbent) Republican

⊗ Joy Felicia Slade
Democrat

○ Brian Slowinski
Libertarian

○ Valencia Stovall
Independent

⊗ Ed Tarver
Democrat

○ Kandiss Taylor
Republican

⊗ Raphael Warnock
Democrat

⊗ Richard Dien Winfield
Democrat

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Jason Shaw)
(Vote for One)

○ Jason Shaw
(Incumbent) Republican

⊗ Robert G. Bryant
Democrat

○ Elizabeth Melton
Libertarian

○ _____
Write-in

### For Public Service Commissioner
(To Succeed Lauren Bubba McDonald, Jr.)
(Vote for One)

○ Lauren Bubba McDonald, Jr.
(Incumbent) Republican

⊗ Daniel Blackman
Democrat

○ Nathan Wilson
Libertarian

○ _____
Write-in

### For U.S. Representative in 117th Congress From the 8th Congressional District of Georgia
(Vote for One)

○ Austin Scott
(Incumbent) Republican

⊗ Lindsay Holliday
Democrat

○ _____
Write-in

### For State Senator From 8th District
(Vote for One)

○ Russ Goodman
Republican

⊗ Treva Gear
Democrat

○ _____
Write-in

### For State Representative in the General Assembly From 177th District
(Vote for One)

⊗ Dexter L. Sharper
(Incumbent) Democrat

○ _____
Write-in

**Turn Ballot Over To Continue Voting**

Copyright © 2020 Dominion Voting Inc. All Rights Reserved

**For District Attorney of the Southern Judicial Circuit**
(Vote for One)

○ Brad Shealy
(Incumbent) Republican

○ _____
Write-in

**For Clerk of Superior Court**
(Vote for One)

○ Beth Copeland Greene
(Incumbent) Republican

○ _____
Write-in

**For Sheriff**
(Vote for One)

✓ Ashley Paulk
(Incumbent) Democrat

○ _____
Write-in

**For Tax Commissioner**
(Vote for One)

○ Rodney V. Cain
(Incumbent) Republican

○ _____
Write-in

**For Coroner**
(Vote for One)

○ Austin Fiveash
(Incumbent) Republican

✓ John Hogan
Democrat

○ _____
Write-in

**For Solicitor-General**
(Vote for One)

○ Justin Cabral
(Incumbent) Republican

○ _____
Write-in

**For County Commission Chairman**
(Vote for One)

○ Bill Slaughter
(Incumbent) Republican

○ _____
Write-in

**For County Commissioner District 5**
(Vote for One)

○ Clay Griner
(Incumbent) Republican

○ _____
Write-in

---

**PROPOSED CONSTITUTIONAL AMENDMENTS**

**- 1 -**

Authorizes dedication of fees and taxes to their intended purposes by general state law.

House Resolution 164
Act No. 597

"Shall the Constitution of Georgia be amended so as to authorize the General Assembly to dedicate revenues derived from fees or taxes to the public purpose for which such fees or taxes were intended?"

✓ YES
○ NO

**- 2 -**

Waives state and local sovereign immunity for violation of state laws, state and federal constitutions.

House Resolution 1023
Act No. 596

"Shall the Constitution of Georgia be amended to waive sovereign immunity and allow the people of Georgia to petition the superior court for relief from governmental acts done outside the scope of lawful authority or which violate the laws of this state, the Constitution of Georgia, or the Constitution of the United States?"

✓ YES
○ NO

**STATEWIDE REFERENDUM**

**- A -**

Establishes a tax exemption for certain real property owned by charities.

House Bill 344
Act No. 149

"Shall the Act be approved which provides an exemption from ad valorem taxes for all real property owned by a purely public charity, if such charity is exempt from taxation under Section 501(c)(3) of the federal Internal Revenue Code and such real property is held exclusively for the purpose of building or repairing single-family homes to be financed by such charity to individuals using loans that shall not bear interest?"

✓ YES
○ NO

Turn Ballot Over To Continue Voting

```
                    Scanned on: ICC   Tabulator: 180   Batch:  1
                    Ballot ID: 51

            President of the United States
                BLANK CONTEST
            US Senate (Perdue)
                Jon Ossoff (Dem)
            US Senate (Loeffler) - Special
                OVER-VOTE
                Deborah Jackson (Dem) (NOT COUNTED)
                Tamara Johnson-Shealey (Dem) (NOT COUNTED)
                Matt Lieberman (Dem) (NOT COUNTED)
                Ed Tarver (Dem) (NOT COUNTED)
                Raphael Warnock (Dem) (NOT COUNTED)
                Richard Dien Winfield (Dem) (NOT COUNTED)
            Public Service Commission District 1
                Robert G. Bryant (Dem)
            Public Service Commission District 4
                BLANK CONTEST
            US House District 8
                Lindsay Holliday (Dem)
            State Senate District 8
                Treva Gear (Dem)
            State House District 177
                BLANK CONTEST
            District Attorney - Southern
                BLANK CONTEST
            Clerk of Superior Court
                BLANK CONTEST
            Sheriff
                Ashley Paulk (I) (Dem)
            Tax Commissioner
                BLANK CONTEST
            Coroner
                BLANK CONTEST
            Solicitor General
                BLANK CONTEST
            County Commission Chair
                BLANK CONTEST
            County Commission District 5
                BLANK CONTEST
            Constitutional Amendment #1
                YES
            Constitutional Amendment #2
                YES
            Statewide Referendum A
                YES


Adjudicated at 9:50 AM on 11/25/2020 by emsadmin

President of the United States
    *Adjudicated* Vote for Joseph R. Biden (Dem) (100%)
US Senate (Perdue)
    Jon Ossoff (Dem) (22%)
US Senate (Loeffler) - Special
    OVER-VOTE
    Deborah Jackson (Dem) (NOT COUNTED) (27%)
    Tamara Johnson-Shealey (Dem) (NOT COUNTED) (21%)
    Matt Lieberman (Dem) (NOT COUNTED) (25%)
    Ed Tarver (Dem) (NOT COUNTED) (21%)
    Raphael Warnock (Dem) (NOT COUNTED) (21%)
    Richard Dien Winfield (Dem) (NOT COUNTED) (34%)
Public Service Commission District 1
    Robert G. Bryant (Dem) (22%)
Public Service Commission District 4
    BLANK CONTEST
US House District 8
    Lindsay Holliday (Dem) (31%)
State Senate District 8
    Treva Gear (Dem) (22%)
State House District 177
    BLANK CONTEST
District Attorney - Southern
    BLANK CONTEST
Clerk of Superior Court
    BLANK CONTEST
Sheriff
    Ashley Paulk (I) (Dem) (21%)
Tax Commissioner
    BLANK CONTEST
Coroner
    BLANK CONTEST
Solicitor General
    BLANK CONTEST
County Commission Chair
    BLANK CONTEST
County Commission District 5
    BLANK CONTEST
Constitutional Amendment #1
    YES (24%)
Constitutional Amendment #2
    YES (24%)
Statewide Referendum A
    YES (35%)
```