**Subject:** Open Records Request received November 28, 2022
**Date:** Friday, December 2, 2022 at 9:57:45 AM Eastern Standard Time
**From:** Vickers, Tracie
**To:** Marilyn Marks, Rachel Roberts

Good Morning Marilyn,

Coffee County has received your open records request for the following records and we provide the following responses.

I'm sure all is busy as you open up early voting. When you get a chance, I have a couple of questions about the paper back up for the poll books as referenced in SOS training manuals.  (There seem to be differing sets of practices across the state.)  If you can just answer the questions, no need to go through the ORR process. But some counties require all questions to go through ORR, so we can do it either way. I will start with the questions--

1) Do you receive a printed pollbook listing of voters from the SOS before every election? If so, do you know when you will get the one for the current runoff? <span style="color:red">We receive a list for the regular elections not the runoffs</span>

2) Is the listing already printed when it gets to Coffee or do you have to print it from a file? <span style="color:red">Already printed</span>

3) Do you update the list for early voting or mail ballot voting before sending it to the polls for election day? <span style="color:red">Those voters are marked on the poll pads already</span>

4) If the PollPads are down or not operating properly, do you issue the voters a provisional ballot or a regular ballot based on the pollbook backup?  <span style="color:red">Regular Ballot based on the Computer system</span>

5) Did you get a new voter list printout from the SOS for the June 21, 2022 primary runoff? If so, when did you receive it? <span style="color:red">No</span>


Have a great holiday season!
Tracie

*Tracie Vickers*
*County Clerk*
*Coffee County Commissioners*
*101 South Peterson Avenue*
*Douglas, GA  31533*
*912-384-4799*
*912-393-7108  Direct Line*



*Tracie Vickers*

*County Clerk*
*Coffee County Commissioners*
*101 South Peterson Avenue*
*Douglas, GA  31533*
*912-384-4799*
*912-393-7108  Direct Line*