**To:**     Bailey, Brigitte; Gabriel Sterling; Brower, Dwight
**From:**   Barron, Richard L.[Barron, Richard L.]
**Sent:**   Thur 9/10/2020 4:15:27 PM (UTC+01:00)
**Subject:** RE: Fulton Advance Voting Issue

Gabe:

I believe this is another example of why the counties need access to ePulse. We confirmed with DeKalb County and Clayton County that on Monday they had the same issues. I'm unsure if you are aware, and I think you should know to get out in front of it, as the anger amongst the counties regarding the Poll Pads is palpable. An undercurrent of concern I've never seen before was expressed in detail at a meeting we hosted last week with seven counties. We're all nervous about them going into November. We feel that KnowInk's support is less than ideal, almost flippant.

We have even purchased enough to bring our inventory of Poll Pads to 1300 from the 662 that were allotted by the SOS at the beginning of this process. You can see that we are invested in this system and the Poll Pads, but my warehouse guys feel as though they need to come out of the dark, as they describe the process of verifying status on Poll Pads as flying blind. For the third or fourth time, I am requesting that we be given access to ePulse. The vendor having control over that valuable tool seems counterintuitive to efficiency.

You indicate below what is on that report, but what is stated below by Derrick Gilstrap and Timothy Cummings directly contradicts the KnowInk report. This following statement is from my Systems Manager and the Asst Systems Manager:

"We found an issue with the poll pads on 8/29/2020. I sent an email to David detailing the problem and later that day he replied with the cause (wrong configuration file) and asked us to do a hard reset on all of the poll pads assigned to early voting. We did a hard reset on all of the poll pads and tested them again to make sure that they worked. I'm at the point that I don't trust anything KnowiNk tells us, and I really don't know if we can trust the reports that they give us because we can't confirm their accuracy."

My guys were adamant to me that they reset all of the Poll Pads and tested them again when I spoke to them by phone yesterday and again today after seeing this report. With ePulse we could verify the status on everything in real time rather than awaiting the slow response of KnowInk.

We use the Manual Activation the ICX-BMD to train for manual activation on the BMD. We gave them the activation code when they had an issue because we don't want poll managers to have that code unless it is necessary for security purposes. The poll manager at Buckhead misunderstood her instruction, which caused further delay in that early voting site.

In addition, when Blake was here, he and Chris Harvey struck a deal for us to print ballots from the BMDs in order for us to avoid having paper ballots of every style as emergency/provisional ballots in all of our polling places.

If you want to talk about these items offline, I'm happy to discuss them.

Regards,
Rick

_____

From: Bailey, Brigitte
Sent: Thursday, September 10, 2020 10:33 AM
To: Gabriel Sterling; Barron, Richard L.; Brower, Dwight
Cc: Anderson, Dick
Subject: FW: Fulton Advance Voting Issue

Hi Gabe. Thanks for sending this over. I've copied Rick and Dwight on this email as his team would need

to review and address if there are any concerns.  Thanks again.


[cid:image001.png@01D6875D.DCF60FB0]

Brigitte Bailey, MPA, CPM
Director, Customer Experience and Solutions
Fulton County Government, Office of the County Manager
141 Pryor Street, Suite 10058
Atlanta, GA 30303
404-612-7018 (office)
404-612-0646 (fax)
Connect with Fulton County:
Website<http://www.fultoncountyga.gov/> | Facebook<https://www.facebook.com/FultonInfo> | Twitter<https://www.twitter.com/FultonInfo> | Instagram<https://www.instagram.com/FultonInfo> | FGTV<http://www.fultoncountyga.gov/pl-watch-fgtv> | #OneFulton E-News<http://www.fultoncountyga.gov/subscribe-to-fc-news>


From: Gabriel Sterling [mailto:sterlinginnovative@gmail.com]
Sent: Thursday, September 10, 2020 8:38 AM
To: Bailey, Brigitte <Brigitte.Bailey@fultoncountyga.gov>
Subject: Fwd: Fulton Advance Voting Issue

Please see the email below and the attached spreadsheet on the PollPad encoders being used for Advanced Voting.

Let us know if you have any questions.

Gabriel
---------- Forwarded message ---------
From: David Greenwalt <david@knowink.com<mailto:david@knowink.com>>
Date: Thu, Sep 10, 2020 at 8:28 AM
Subject: Fulton Advance Voting Issue
To: Gabriel Sterling <SterlingInnovative@gmail.com<mailto:SterlingInnovative@gmail.com>>
Cc: Tom Feehan <tom.feehan@dominionvoting.com<mailto:tom.feehan@dominionvoting.com>>, Scott Tucker <scott.tucker@dominionvoting.com<mailto:scott.tucker@dominionvoting.com>>

Good morning Gabe,
On Tuesday I went to the seven Advance voting locations in Fulton County and pulled devices logs from the 35 deployed Poll Pads. Attached is a spreadsheet of when they last synced settings based on data in the logs.
The timeline -
Fulton County reported an issue at 12:15 PM on Saturday 8/29
I responded at 12:33 PM the issue had been resolved with instructions to reset the Poll Pads and relaunch the app.
At 12:40 I followed up with the County to confirm the Poll Pads were behaving correctly
At 1:19 the County responded "I just came in from picking up lunch were resetting them now"

About the attached spreadsheet: From the logs, I extracted the following -
Green = Last sync after 12:33 PM on 8/29, 13 Poll Pads
Red = Was not powered on after 8/27, 11 Poll Pads
Yellow = last sync was before 12:33 PM on 8/29, 11 Poll Pads
Of the seven locations only College Park did not have at least one correctly loaded unit.

David Greenwalt | Southeast Election Director
KNOWiNK│2111 Olive St.<https://urldefense.proofpoint.com/v2/url?u=https-3A__maps.google.com_-3Fq-3D2111-2BOlive-2BSt.-2B-25E2-2594-2582-2B-25C2-25A0St.-2BLouis-2C-2BMO-2B63103-26entry-3Dgmail-26source-3Dg&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=dSzVcbvrZAM5YYH_YMRr3umglQLBs-S-tXtRYyzqRhYrCGymmiQ5PjrGqqlpTv5A&m=MpwOrLnx-55Kke2rTaPM6el0y7G-soF_tGvQjXLq7Po&s=e5fqGQl2a8MJ1pCa-tfM9HN_fNGmKl0d0unIeN0YjAo&e=>│<https://urldefense.proofpoint.com/v2/url?u=https-3A__maps.google.com_-3Fq-3D2111-2BOlive-2BSt.-2B-25E2-2594-2582-2B-25C2-25A0St.-2BLouis-2C-2BMO-2B63103-26entry-3Dgmail-26source-3Dg&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=dSzVcbvrZAM5YYH_YMRr3umglQLBs-S-tXtRYyzqRhYrCGymmiQ5PjrGqqlpTv5A&m=MpwOrLnx-55Kke2rTaPM6el0y7G-soF_tGvQjXLq7Po&s=e5fqGQl2a8MJ1pCa-tfM9HN_fNGmKl0d0unIeN0YjAo&e=> St. Louis, MO 63103<https://urldefense.proofpoint.com/v2/url?u=https-3A__maps.google.com_-3Fq-3D2111-2BOlive-2BSt.-2B-25E2-2594-2582-2B-25C2-25A0St.-2BLouis-2C-2BMO-2B63103-26entry-3Dgmail-26source-3Dg&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=dSzVcbvrZAM5YYH_YMRr3umglQLBs-S-tXtRYyzqRhYrCGymmiQ5PjrGqqlpTv5A&m=MpwOrLnx-55Kke2rTaPM6el0y7G-soF_tGvQjXLq7Po&s=e5fqGQl2a8MJ1pCa-tfM9HN_fNGmKl0d0unIeN0YjAo&e=> | 855-POLL PAD
KNOWiNK Georgia│7000 Highlands Parkway, SE  Suite 160 | Smyrna, GA 30082<https://urldefense.proofpoint.com/v2/url?u=https-3A__goo.gl_maps_pK8gDYgt9GYpRHer7&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=dSzVcbvrZAM5YYH_YMRr3umglQLBs-S-tXtRYyzqRhYrCGymmiQ5PjrGqqlpTv5A&m=MpwOrLnx-55Kke2rTaPM6el0y7G-soF_tGvQjXLq7Po&s=pBLZQXQmObL7S768zOtuULn2q99LJGxoHZSmASknWiQ&e=>
Direct: 314.410.6785  |  Cell: 770.330.1229  |  Email: david@knowink.com<mailto:david@knowink.com>
KNOWiNK Technical Support: support@knowink.com<mailto:support@knowink.com> | 855.765.5723 ext.3
[https://docs.google.com/a/knowink.com/uc?id=0B1D1t8my4pZ7dmswdk5MZ0wxRTg&export=download]         [https://i.imgbox.com/W6DoeIq5.png] <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.knowink.com_&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=dSzVcbvrZAM5YYH_YMRr3umglQLBs-S-tXtRYyzqRhYrCGymmiQ5PjrGqqlpTv5A&m=MpwOrLnx-55Kke2rTaPM6el0y7G-soF_tGvQjXLq7Po&s=RRVd259-W3bYSDsqnROVDT54CEAWuAfcp1iNTXGDYKQ&e=>   [https://i.imgbox.com/X0Pl0og3.png] <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_knowink_&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=dSzVcbvrZAM5YYH_YMRr3umglQLBs-S-tXtRYyzqRhYrCGymmiQ5PjrGqqlpTv5A&m=MpwOrLnx-55Kke2rTaPM6el0y7G-soF_tGvQjXLq7Po&s=KFFKPqC6JleaB8t9tXyR5U0UbjByWtxED8SI9ayoQgr8&e=>   [https://i.imgbox.com/3XyC0Da9.png] <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.twitter.com_pollpad&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=dSzVcbvrZAM5YYH_YMRr3umglQLBs-S-tXtRYyzqRhYrCGymmiQ5PjrGqqlpTv5A&m=MpwOrLnx-55Kke2rTaPM6el0y7G-soF_tGvQjXLq7Po&s=jPoTOqQoKoX6BjsJOP2pW8ZeIAUe10zuexCWF82IZZQ&e=>   [https://i.imgbox.com/vEe8AtYg.png] <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.linkedin.com_company_know-2Dink_about_&d=DwMFaQ&c=HPJvcKF4Kk5Wqru1T_u_fOsw8NVQVa3gp0ReMdlciXw&r=dSzVcbvrZAM5YYH_YMRr3umglQLBs-S-tXtRYyzqRhYrCGymmiQ5PjrGqqlpTv5A&m=MpwOrLnx-55Kke2rTaPM6el0y7G-soF_tGvQjXLq7Po&s=sn9NUyczSXujAS9ooOZkq0FQvL39Dno86zE-mOpZwkc&e=>

STATEMENT OF CONFIDENTIALITY: This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. The information contained in this electronic message and any attachments thereto are intended for the exclusive use of the addressees and may contain confidential and/or privileged information. If you are not the intended recipient, please inform the sender immediately via telephone, fax or reply e-mail and delete all copies of this message and all attachments from your system.

KNOWiNK provides election technology. This email involves communication related to election security and may be protected from disclosure during any public records request. Before releasing this email you are required to notify KNOWiNK at FOIA@knowink.com<mailto:FOIA@knowink.com>. We will respond within one (1) business day.