EXHIBIT

1

# Georgia asks judge to uphold voting system in election security case



Credit: JOHN SPINK / AJC

POLITICS

By **Mark Niesse**, The Atlanta Journal-Constitution

Jan 10, 2023