EXHIBIT

2

| | |
|---|---|
| **Subject:** | Emergency Elector's List |
| **Date:** | Sunday, December 4, 2022 at 4:09:11 PM Eastern Standard Time |
| **From:** | Elections Division - Do Not Reply |
| **To:** | Black, Josh, Davenport, Angela, Deering, Amanda, Golden, Tyrell |
| **CC:** | Evans, Blake, Harris, Jesse, Combs, Leigh, Northen, Nicolas, Anglin, Rebecca, Simmons, Rachell |
| **Attachments:** | image001.jpg |

Dear County Election Officials,

Your Emergency Backup List has been placed on Filezilla (County FTP folder – SOS COMMS) for you to retrieve, print and distribute to all your polling locations. This list contains all data on the county electors list by precinct, additionally denotes voters who **have** voted AIP or was issued an ABM.

It is critical you distribute these in the event a polling location should experience an emergency.

Thank you,

Nick Northen, Election Systems and Data Manager
Georgia Secretary of State
**Elections Division**
Main Office: 404-656-2871
sos.ga.gov



This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

--
This message has been checked by Libraesva ESG and is found to be clean.
Mark it as spam
Blacklist sender