# EXHIBIT 11

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., | : |
| Plaintiff, | : Civil Action No.: 1:17-cv-2989-AT |
| vs. | : |
| BRAD RAFFENSPERGER, ET AL., | : |
| Defendant. | : |

### DECLARATION OF MICHAEL BARNES

Pursuant to 28 U.S.C. § 1746, I, Michael Barnes, make the following declaration:

1.

I am over twenty-one years of age and am under no legal disability that would prevent me from making this declaration.

2.

I currently am the Director of the Center for Election Systems, Office of Secretary of State – Brad Raffensperger ("CES"). I was formerly Director of the Center for Election Systems at Kennesaw State University ("KSU"), which was an outside contractor with the Office of the Secretary of State, from 2010 until December 31, 2017. Beginning on January 1, 2018, all elections functions that were previously performed at KSU were moved to an internal department in the Office of the Secretary of State. I first began working at CES KSU in 2005. Prior to that time, I was the Assistant Director of Elections for the Georgia Secretary of State, and in that position I directed the State of Georgia's transfer to a uniform system of voting, i.e., direct-recording electronic voting machines ("DREs").

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of July, 2019.

_____
Michael Barnes