# EXHIBIT 17

## Michael Barnes

**From:** Merle Steven King
**Sent:** Monday, August 29, 2016 11:06 AM
**To:** Michael L. Barnes
**Subject:** Re: Follow Up from earlier email regarding security of elections.kennesaw.edu

Well said. Thanks

--

Merle S. King
Executive Director
Center for Election Systems
3205 Campus Loop Road; MD#5700
Kennesaw State University
Kennesaw, GA 30144
Voice: 470-578-6900
Fax: 470-578-9012

On Aug 29, 2016, at 11:04 AM, Michael Barnes <mbarne28@kennesaw.edu> wrote:

> Stephen,
> In retrospect, I need to pull back my request that you include Logan Lamb or his associated organization Bastille Threat Research Team (www.bastille.net) on a black list of ip addresses. My request was an over-reaction on my part. The quick security assessment they provided us, though unsolicited, did highlight an issue we needed to resolve with our website. To black list them for helping us would be inappropriate.
> Leading up to this election, where the question of whether or not someone can hack election systems is so in the forefront, we will need your team will help us continually analyze our online systems and inspect for any openings that need to be sealed. Our IT staff will be in touch today to let you know what enhancements we have made and will request that your team ping our system to see if you all find other issues.
> Thanks in advance for your help,
> Michael Barnes
> Director
> Center for Election Systems
> Kennesaw State University
> 3205 Campus Loop Road
> Kennesaw, GA 30144
> ph: 470-KSU-6900
> fax: 470-KSU-9012

1