# EXHIBIT 19

| | |
|---|---|
| **From:** | Michael L. Barnes |
| **To:** | Stephen Craig Gay |
| **Cc:** | Steven Jay Dean; Merle Steven King; Lectra Lawhorne |
| **Subject:** | RE: Request for data retrieval |
| **Date:** | Friday, March 17, 2017 9:10:57 AM |

Stephen,

Thank you. Steven and Jason will be available first thing Monday to assist.

Michael Barnes
Director
Center for Election Systems
Kennesaw State University
3205 Campus Loop Road
Kennesaw, GA 30144
ph: 470-KSU-6900
fax: 470-KSU-9012
-----Original Message-----
From: Stephen C. Gay [mailto:sgay@kennesaw.edu]
Sent: Friday, March 17, 2017 9:09 AM
To: Michael Barnes <mbarne28@kennesaw.edu>
Cc: Steven Dean <sdean29@kennesaw.edu>; Merle King <mking@kennesaw.edu>; Lectra Lawhorne <llawhorn@kennesaw.edu>
Subject: Re: Request for data retrieval

Michael,

I have contacted the Federal investigators and they have agreed to return the server. I will be meeting with them late this afternoon to receive it and then secure it within ISO Secure Storage. I have asked the team to make this a top priority and to work with Steven and Jason on the request data retrieval 1st thing on Monday.

Please let me know if you have any questions or if I can assist further in any way, Stephen

----- Original Message -----
From: "Michael Barnes" <mbarne28@kennesaw.edu>
To: "Stephen C Gay" <sgay@kennesaw.edu>
Cc: "Steven Dean" <sdean29@kennesaw.edu>, "Merle King" <mking@kennesaw.edu>
Sent: Wednesday, March 15, 2017 1:41:25 PM
Subject: Request for data retrieval

Stephen,

As discussed earlier today, we would like to retrieve certain records from elections.kennesaw.edu that support our daily office activities, items such as inventory records, workflow databases used during our ballot building efforts, and operation manuals. These data are located in the cesuser user directory at /home/cesuser. We would like to retrieve the entire cesuser directory, if possible.

Thanks,

Michael Barnes
Director
Center for Election Systems
Kennesaw State University
3205 Campus Loop Road
Kennesaw, GA 30144
ph: 470-KSU-6900
fax: 470-KSU-9012

| | |
|---|---|
| **From:** | Ware, William D. II (AT) (FBI) |
| **To:** | Stephen Craig Gay |
| **Subject:** | RE: Request for data retrieval |
| **Date:** | Thursday, March 16, 2017 7:44:15 PM |

How about a little after 4 pm?


--


-------- Original message --------
From: "Stephen C. Gay" <sgay@kennesaw.edu>
Date: 03/16/2017 3:15 PM (GMT-05:00)
To: "Ware, William D. II (AT) (FBI)" <William.Ware@ic.fbi.gov>
Subject: Re: Request for data retrieval

Agent Ware,

Thank you for the response. I'm open 12:30pm - 1:30pm, 2:30pm - 3:00pm, and after 4pm if any of those work for you?

Stephen
----- Original Message -----
From: "Ware, William D. II (AT) (FBI)" <William.Ware@ic.fbi.gov>
To: "Stephen C Gay" <sgay@kennesaw.edu>
Sent: Thursday, March 16, 2017 12:00:13 PM
Subject: RE: Request for data retrieval

Hi Stephen,

We have a forensic image of the server so we can just give you the server back so you guys can do what you want. Are you around tomorrow so I can bring it back?

Davey


--


-------- Original message --------
From: "Stephen C. Gay" <sgay@kennesaw.edu>
Date: 03/15/2017 1:51 PM (GMT-05:00)
To: "Ware, William D. II (AT) (FBI)" <William.Ware@ic.fbi.gov>
Subject: Fwd: Request for data retrieval

Agent Ware,

We received the request below from the Center for Election Systems regarding data contained on the seized server which they do not have a backup of. What is the possibility of having the data extracted and us picking it up?

Thank you for your consideration of this request.
Stephen

----- Forwarded Message -----
From: "Michael Barnes" <mbarne28@kennesaw.edu>
To: "Stephen C Gay" <sgay@kennesaw.edu>
Cc: "Steven Dean" <sdean29@kennesaw.edu>, "Merle King" <mking@kennesaw.edu>
Sent: Wednesday, March 15, 2017 1:41:25 PM
Subject: Request for data retrieval

Stephen,

As discussed earlier today, we would like to retrieve certain records from elections.kennesaw.edu that support our daily office activities, items such as inventory records, workflow databases used during our ballot building efforts, and operation manuals. These data are located in the cesuser user directory at /home/cesuser. We would like to retrieve the entire cesuser directory, if possible.

Thanks,

Michael Barnes
Director
Center for Election Systems
Kennesaw State University
3205 Campus Loop Road
Kennesaw, GA 30144
ph: 470-KSU-6900
fax: 470-KSU-9012