# EXHIBIT 20

Monday, October 23, 2017 at 2:50:44 PM Eastern Daylight Time

**Subject:** Fwd: FedEx Shipment 779560905340 Delivered
**Date:** Thursday, July 6, 2017 at 12:04:33 PM Eastern Daylight Time
**From:** Scott Holcomb
**To:** Bryan Ward, Matt Hickman, Marvin Lim, Mr Aaron Wright, Marilyn Marks, Donna Price Studio, Donna Curling

FYI—delivered to the State Election Board (Brian Kemp, as Chair), in accordance with the statute.

Scott Holcomb
Holcomb + Ward, LLP



3399 Peachtree Road NE, Suite 400
Atlanta, Georgia 30326
404-601-2803 (Main)
404-387-0373 (Direct)
404-393-1554 (Fax)
scott@holcombward.com
www.holcombward.com

---------- Forwarded message ----------
From: <TrackingUpdates@fedex.com>
Date: Thu, Jul 6, 2017 at 11:35 AM
Subject: FedEx Shipment 779560905340 Delivered
To: scott@holcombward.com



# Your package has been delivered

Tracking # 779560905340

**Ship date:**
Wed, 7/5/2017

**Bryan M. Ward**
Holcomb + Ward, LLP
ATLANTA, GA 30326
US

Delivered

**Delivery date:**
Thu, 7/6/2017 11:30 ar

**Secretary Kemp, Chairman**
State Election Board
214 STATE CAPITOL SW
ATLANTA, GA 30334
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 779560905340 |
| Status: | Delivered: 07/06/2017 11:30 AM Signed for By: L.OFLER |
| Signed for by: | L.OFLER |
| Delivery location: | ATLANTA, GA |

Page 1 of 2

EXHIBIT "B" TO COALITION PLAINTIFFS' HEARING BRIEF ON EVIDENTIARY PRESUMPTION ARISING FROM SPOLIATION OF EVIDENCE

| | |
|---|---|
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Box |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 7/6/2017 by 3:00 pm |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:35 AM CDT on 07/06/2017.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination a ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2017 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. a international law. Review our privacy policy. All rights reserved.

Thank you for your business.