# EXHIBIT 21

| | |
|---|---|
| **From:** | Christopher Dehner |
| **To:** | Davide Gaetano |
| **Cc:** | Casey Darrow; Stephen Gay; Chris Gaddis |
| **Subject:** | RE: CES Network Assessment Meeting Notes 6/26 |
| **Date:** | Wednesday, July 19, 2017 1:29:00 PM |
| **Attachments:** | CES Network surplus milestones.xlsx |

Davide,

I think we're ready to make the final push on closing the CES AAR recommendations. All we have left is the imaging and transference of services of the two Dell PowerEdge R630s (both in CES private network data center) and the replacement of the UPSs. Per our conversations, one server is for DC/NAS and the other for Epic. I checked with Steven Dean and both servers not running any services so we can begin as soon as possible without impacting their services. The UPSs were ordered last week and we are waiting on delivery. I've included the project milestones and suggested due dates. If these due dates are not feasible, please provide alternative dates. If you have any questions, please feel free to reach out.

Regards,

Chris


**From:** Christopher Michael Dehner
**Sent:** Friday, July 7, 2017 11:16 AM
**To:** Davide Gaetano <dgaetano@students.kennesaw.edu>
**Cc:** Casey Darrow <cdarrow@kennesaw.edu>; Stephen Craig Gay <sgay@kennesaw.edu>; James Christopher Gaddis <jgaddis6@kennesaw.edu>
**Subject:** Fw: CES Network Assessment Meeting Notes 6/26

Davide,

I am reseeding this email because for some reason, it was sent to a dgaetano@students.kennesaw.edu account.

Per your instructions regarding the reimaging and installation of the CES server, we DBAN'd the hard drives and delivered the server to TS023. The server is a Dell PowerEdge R610 (Asset Tag: 103019). When it is ready for racking in the CES private network, please let me know and I'll coordinate with the Steven Dean.

Regards,

Chris

**From:** Christopher Michael Dehner
**Sent:** Tuesday, June 27, 2017 5:22 PM
**To:** Stephen Craig Gay; Nickolaus E Hassis; Jason Stephen Figueroa; Steven Jay Dean; Michael L. Barnes; Davide F Gaetano
**Subject:** CES Network Assessment Meeting Notes 6/26

CES Network Assessment
6/27/17 4:00PM-5:15PM
Attendees:
Nick Hassis, Stephen Gay, Jason Figuero, Steven Dean, Michael Barns, Davide Gaetano

Notes:

CES – is most secure network at KSU, making it more secure
9/10 AAR items closed - Final item: Private Network Inventory

Goal: Reduce number of devices on private network

IMI Card Duplicators also act as data extractor to private network NAS

Reconciled Windows XP devices not captured by network scan

GEMS services dependent on .NET version found on WinXP

Davide – Can GEMS services be virtualized to work on Win7 or Win10?
Steven – Not certain

Stephen: Can we use local authentication instead of domain controller?
Davide: Put domain controllers on Epic and NA

Cellular dialer to send syslog, environment, arpwatch alerts & GPS updates for time keeping.
New Epic and New NAS servicers will also be domain controllers
Cycle hard drive backups to fireproof safe in Secure Storage

Davide suggestions:
- Physically label computers if on private network
- Add distance between private and public network devices
- Replace wifi access point, create new ssid for only CES
- Arpwatch box for public and private networks to prevent network crossovers
- Put CES behind a firewall – force denial and whitelist

Action Items:

CES IT
- Confirm printer has unnecessary services disabled
- Work with vendor on upgrading Epic to more current version of Windows Server

UITS
- Build new XP image
- Windows 10 build for audio box

- Migrate data from Poweredge 1900 to Server TBD and decommission box
- Spin up new servers
- Collaborate with CES on transferring services to new servers
- Chris: Connect with Jonathan on new APCs
- Chris: Wipe R610 server, deliver to Davide & Casey for install
- Chris Schedule update meetings for CES Network Updates (include Casey, Jonathan, and GJ)

---

Christopher Dehner, CISA
IT Security Professional III
Information Security Office
University Information Technology Services (UITS)
Kennesaw State University
Technology Services Bldg, Room 027
1075 Canton Pl, MB #3503
Kennesaw, GA  30144
Phone:  470-578-6620
Fax:  470-578-9050
cmd9090@kennesaw.edu