# EXHIBIT 22

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA CURLING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CA No. |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN KEMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

**To:** The Judges of the United States District Court for the Northern District of Georgia, Atlanta Division.

**COME NOW** Defendants Brian P. Kemp, David J. Worley, Rebecca N. Sullivan, Ralph F. Simpson, Seth Harp, the State Election Board, Merle King, and the Center for Election Systems at Kennesaw State University (hereafter "State Defendants"), and pursuant to 28 U.S.C. §§1441 and 1446, and with the consent of all Defendants served in this action and within the time prescribed by law, file this Notice of Removal. Defendants appear specially to file this notice subject to and without waiving any defenses available under state and federal law. Defendants respectfully show the following:

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served the within and foregoing **NOTICE OF REMOVAL** prior to filing the same, by depositing a copy thereof, postage prepaid, in the United States Mail, properly addressed upon:

Bryan Ward
Marvin Lim
Holcomb + Ward LLP
3399 Peachtree Rd NE, Suite 400
Atlanta, GA 30326
Bryan.Ward@holcombward.com
Marvin@holcombward.com

Daniel W. White
Haynie, Litchfield, Crane & White, PC
222 Washington Avenue
Marietta, Georgia 30060
dwhite@hlclaw.com

Overtis Hicks Brantley
Bennett D. Bryan
DeKalb County Law Department
1300 Commerce Drive 5th Floor
Decatur, GA 30030
Email: bdbryan@dekalbcountyga.gov

Patrise M. Perkins-Hooker
Kaye Burwell
Cheryl Ringer
Fulton County Attorney's Office
141 Pryor Street SW Suite 4038
Atlanta, GA 30303
Facsimile:  (404) 730-6324
Email:  cheryl.ringer@fultoncountyga.gov

Rep. Karen Handel
U.S. Congressional District 6
85C Mill Street
Suite 300
Roswell, GA  30076

Jon Ossoff
Candidate for Congress
1580 Holcomb Bridge Road #24
Roswell, GA  30076

This 8th day of August, 2017.

/s/Cristina Correia
Cristina Correia
Ga. Bar No. 188620
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
404-463-8850

13