# EXHIBIT 23

| | |
|---|---|
| **From:** | Christopher Dehner |
| **To:** | Stephen Gay |
| **Cc:** | Michael Barnes; Steven Dean; Jason Figueroa |
| **Subject:** | Re: CES server surplus |
| **Date:** | Wednesday, August 9, 2017 3:54:39 PM |

Stephen,

I'm happy to report that the remaining two servers on the AAR were delivered to ITIM and the hard drives were degaussed three times. Additionally, I followed up with Jonathan on replacing the old UPSs with the new ones.

Regards,

Chris

---

**From:** Stephen Gay
**Sent:** Wednesday, August 9, 2017 11:32 AM
**To:** Christopher Dehner; Steven Dean; Jason Figueroa
**Cc:** Michael Barnes; Lectra Lawhorne
**Subject:** Re: CES server surplus

Chris,

This is fantastic news. Great work to all parties on closing the final recommendation from the incident after action report.

In your service,
Stephen.

Sent from Nine

**From:** Christopher Dehner
**Sent:** Aug 9, 2017 11:24 AM
**To:** Steven Dean; Jason Figueroa
**Cc:** Michael Barnes; Stephen Gay
**Subject:** CES server surplus

Fellas,

I will arrive at the center around 1:30 today to pick up the old DC.  I will also get the old unicoi server from secure  storage.  Additionally, I sent in a service ticket for this request.

Regards,

Chris

Get Outlook for Android