# EXHIBIT 26

```
                 IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION


DONNA CURLING, ET AL.,          :
                                :
         PLAINTIFFS,             :
vs.                             :   DOCKET NUMBER
                                :   1:17-CV-2989-AT
BRIAN P. KEMP, ET AL.,           :
                                :
         DEFENDANTS.             :
```

**TRANSCRIPT OF EVIDENTIARY HEARING PROCEEDINGS**

**BEFORE THE HONORABLE AMY TOTENBERG**

**UNITED STATES DISTRICT JUDGE**

**SEPTEMBER 12, 2018**

**10:16 A.M.**

*MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED*

*TRANSCRIPT PRODUCED BY:*

*OFFICIAL COURT REPORTER:*      *SHANNON R. WELCH, RMR, CRR*
                                *2394 UNITED STATES COURTHOUSE*
                                *75 TED TURNER DRIVE, SOUTHWEST*
                                *ATLANTA, GEORGIA  30303*
                                *(404) 215-1383*

# I N D E X   T O   P R O C E E D I N G S

**ELEVENTH AMENDMENT ISSUES REGARDING IMMUNITY AND STANDING**

                                                                                                **PAGE**

ARGUMENT

    by Mr. McGuire                                               16
    by Ms. Bentrott                                            20
    by Mr. Salter                                                 22
    by Mr. McGuire                                             31

RULING

    by The Court                                                 32

**HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

OPENING STATEMENT

    by Mr. Cross                                                 35
    by Mr. Manuso                                            40
    by Mr. Brown                                               44
    by Mr. Salter                                             48
    by Ms. Burwell                                          62
    by Mr. Cross                                             66
    by Mr. Brown                                               70

**WITNESS**                                                               **PAGE**

J. ALEX HALDERMAN, Ph.D.

    Direct Examination
      by Ms. Chapple                                     73
    Cross-Examination
      by Mr. Barnes                                      96
    Cross-Examination
      by Ms. Burwell                                  118

RICHARD DeMILLO, Ph.D.

    Direct Examination
      by Mr. McGuire                                  130
    Direct Examination
      by Mr. Cross                                       143

(...cont'd...)

```
 1   (...cont'd...)

 2       WITNESS                                           PAGE

 3       Cross-Examination
            by Mr. Salter                                   148
 4       Redirect Examination
            by Mr. Cross                                    160
 5
     CHRIS HARVEY
 6
         Cross-Examination
 7          by Mr. Cross                                    163
         Cross-Examination
 8          by Mr. McGuire                                  176
         Direct Examination
 9          by Mr. Salter                                   185
         Recross-Examination
10          by Mr. Cross                                    195
         Recross-Examination
11          by Mr. McGuire                                  200

12   MICHAEL BARNES

13       Direct Examination
            by Mr. Salter                                   205
14       Cross-Examination
            by Mr. Brown                                    217
15       Cross-Examination
            by Mr. Cross                                    225
16       Redirect Examination
            by Mr. Salter                                   234
17
     CECILIA HOUSTON-TORRENCE
18
         Direct Examination
19          by Ms. Burwell                                  236
         Cross-Examination
20          by Mr. Brown                                    241

21   RICHARD BARRON

22       Direct Examination
            by Ms. Burwell                                  243
23       Cross-Examination
            by Mr. Cross                                    265
24       Cross-Examination
            by Mr. McGuire                                  271
25
                                                (...cont'd...)
```

6

```
 1  (...cont'd...)

 2      WITNESS                                          PAGE

 3      Redirect Examination
           by Ms. Burwell                                272
 4

 5  CATHY COX

 6      Direct Examination
           by Mr. Salter                                 275
 7      Cross-Examination
           by Mr. Cross                                  296
 8      Cross-Examination
           by Mr. McGuire                                305
 9
                            * * *
10
    CERTIFICATE                                          323
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   **Q.**   **(BY MR. BARNES)**   Well, let me ask you one last question:
2   Do you know where the Big Chicken is?
3       Now, let me ask you this:  The gold standard in your mind
4   is a paper ballot; correct?
5   **A.**   Yes.
6   **Q.**   All right.  And did you ever vote on a paper ballot?
7   **A.**   I have, yes.
8   **Q.**   Old paper ballot where you mark an X?
9   **A.**   Where you fill in the bubble, yes.
10  **Q.**   No, I'm not talking about a bubble.  We are over the
11  optical scanners.  I'm talking about an old paper ballot.
12  **A.**   I'm sorry.  I am referring to optical scan paper ballots,
13  the type used in Georgia.
14  **Q.**   I'm talking about old paper ballots.  Just, you know, you
15  mark; isn't that right?  Have you ever voted on one of those?
16  **A.**   I don't believe so.
17  **Q.**   Yeah.  Well, I have.
18      Now, you have to -- when you -- when you are counting the
19  paper ballot, every person that is on the list you have to
20  count -- for example, governor, you go through and you
21  count two stacks on Stacey Abrams and Brian Kemp for governor.
22  And then you go through all the governors.  Then you go back
23  and count the same ballot again to lieutenant governor, then
24  secretary of state.
25      Isn't that the way you do it?

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

| | |
|---|---|
| 1 | authenticate it, that is fine.  But this witness -- |
| 2 |       THE COURT:  Well, I'm just asking you under the |
| 3 | circumstances of a preliminary injunction hearing -- you know, |
| 4 | we could be here for days and get it properly authenticated. |
| 5 | If you could ask your -- obviously this witness can make a |
| 6 | phone call and determine if it is what it purports to be. |
| 7 |       Okay? |
| 8 |       MR. McGUIRE:  I have less than a minute left, so I |
| 9 | will be very brief. |
| 10 | **Q.**   **(BY MR. McGUIRE)**  So you spoke in your initial examination |
| 11 | by Mr. Cross about the KSU server being used to communicate |
| 12 | with the counties.  Do you remember that? |
| 13 | **A.**   The KSU web server, yes. |
| 14 | **Q.**   So I think I wrote this down.  You say the KSU server was |
| 15 | used to communicate to the counties? |
| 16 | **A.**   That is correct. |
| 17 | **Q.**   What do you mean by communicate to the counties? |
| 18 | **A.**   Send information to the counties. |
| 19 | **Q.**   Okay.  So counties were receiving election information |
| 20 | presumably that was sent from that server? |
| 21 | **A.**   Yes.  Some election information. |
| 22 | **Q.**   That server is the server that was wide open to the world |
| 23 | for at least six months from August 2016 to March of 2017? |
| 24 | **A.**   My understanding is that was a communication server that |
| 25 | was improperly configured and exposed, yes. |

| | |
|---|---|
| 1 | **Q.** And is it not the source of the pollbook data that the |
| 2 | counties download to use in their own election operations? |
| 3 | **A.** It is not currently. |
| 4 | **Q.** At the time though it was? |
| 5 | **A.** I'm -- I don't -- I don't believe that is correct.  But |
| 6 | I'm not 100 percent sure, Your Honor. |
| 7 | **Q.** Is it not true that the counties -- that the Secretary of |
| 8 | State's office would send out Tweets to the counties saying |
| 9 | your e-pollbook information is ready to download? |
| 10 | **A.** There were -- there was some information that would come |
| 11 | that way.  For example, the bulk update, which is -- at the end |
| 12 | of advanced voting, you take the data for everybody who has |
| 13 | advanced voted and you send the counties the registration |
| 14 | numbers of those individuals so that they can go in and mark |
| 15 | them as having already voted so that if they try to show up on |
| 16 | election day they will be shown as voted.  That was the kind of |
| 17 | information that was sent across that server. |
| 18 | I don't believe that more sensitive information like the |
| 19 | ExpressPoll logs or the ExpressPoll data would have been sent |
| 20 | across that.  But I'm not the best person to give you an exact |
| 21 | answer on that. |
| 22 | **Q.** So you are not in a position to contradict Logan Lamb's |
| 23 | affidavit, for example, in which he suggests that that kind of |
| 24 | data was on the KSU server? |
| 25 | **A.** There was some data that was on the server.  I don't |

```
 1  know -- I don't know.
 2  Q.   And, finally, last question, you would agree with me that
 3  the e-pollbook is part of the certified DRE system that Georgia
 4  uses to conduct its election?
 5  A.   It is part of the voting system.
 6            MR. McGUIRE:  No further questions.  Thank you.
 7            MR. SALTER:  May I, Your Honor?
 8            THE COURT:  Yes.  Proceed.
 9            MR. SALTER:  May it please the Court.
10                         DIRECT EXAMINATION
11  BY MR. SALTER:
12  Q.   Mr. Harvey, once the plaintiffs filed their lawsuit, did
13  the Secretary of State reexamine the DRE system?
14  A.   We did.
15  Q.   And what was the recommendation that was made to the
16  Secretary of State by the team that conducted that
17  reexamination in 2017?
18  A.   That the DREs in the voting system in the three counties
19  we examined performed flawlessly, recorded and reported every
20  vote as cast.
21            (There was a brief pause in the proceedings.)
22            MR. SALTER:  Your Honor, I would like to tender a
23  copy of the official certification.  And if I could approach
24  the witness with that.
25            THE COURT:  Yes.
```

```
 1   save that information back to that internal server.
 2          And then the third server was the one that was used to
 3   build the ExpressPoll data sets.  Those are the -- those are
 4   the electors' list that reside on the ExpressPolls that are
 5   used on election day.
 6   Q.   Were the problems -- which servers did the problems that
 7   Mr. Logan Lamb call to your attention affect?
 8   A.   The web server.
 9   Q.   Any of the other two?
10   A.   No, sir.
11            THE COURT:  I'm sorry.  The third server uses --
12   creates the ExpressPoll data sets; right?
13            THE WITNESS:  Correct.
14            THE COURT:  And is that linked to something?
15            THE WITNESS:  It is not.  It is also in the
16   air-gapped system.  It is not linked to anything external.
17            THE COURT:  But this is -- so I'm just trying to
18   understand the impact of it.  When we go and go to our precinct
19   and try to vote and they say, you are not listed here.  I don't
20   know who you are, and you insist that you are there, this is
21   the information they have?  They are working off of that?
22            THE WITNESS:  Correct.  The data set that is --
23            THE COURT:  That is worst case scenario.  I know
24   exactly who you are.  Yes, go ahead.  I have seen you a hundred
25   times.
```

1    THE WITNESS: The data set that is on ExpressPoll --
2    that is a data file that has been generated and built and
3    replicated. We replicate that data file about 6000 times. It
4    is placed on compact flash memory cards that are then
5    hand-delivered to the elections offices in each individual
6    county.
7         Then those data sets are placed into the
8    ExpressPolls. Basically it is an electronic electors' list.
9    It contains not only the information for the polling location
10   that the device is assigned to, but it also has the polling
11   information for all other polling locations in use on that
12   election.
13   **Q.  (BY MR. SALTER)** All right. What, if anything, about this
14   web server issue in 2016 makes the election that would occur on
15   November the 6th less safe?
16        MR. CROSS: Objection, Your Honor. Speculation.
17   Foundation.
18        MR. SALTER: He has got a foundation. He makes --
19        THE COURT: I think --
20        MR. SALTER: He makes the memory cards.
21        THE COURT: You need to make your question a lot more
22   specific than that. I'm sorry.
23        MR. SALTER: He understands the whole system. He has
24   actually -- actually has the actual factual knowledge, and this
25   is the issue. We have had a lot of talk and a lot of talk to

```
 1        And it is very easy to give out the incorrect ballot.
 2   That was always the Number 1 complaint that we had in Texas.
 3   And it just -- it was -- it was amazing no matter what you did
 4   how many times you would get that complaint.
 5   Q.   Okay.  So if given that, how would you handle early voting
 6   in terms of numbers of locations and places?  What do you think
 7   you would need to do?
 8   A.   I don't think I -- I would probably cut the number of
 9   early voting sites down to a minimum.  Either just have it at
10   the government center or maybe have it at our annexes as well.
11   But no more than three places.  I just don't -- there are too
12   many headaches.
13   Q.   What about training for an election using paper ballots?
14   A.   We have already begun our online training.  Our poll
15   workers go through online training, as well as in-person
16   training.  The online training has already started.  As far as
17   the -- we're going to begin soon the in-person training.
18        We would have to rewrite all of our procedures.  And the
19   manuals -- we try to get those printed before training.  I just
20   don't see that it is -- at this point at this late date, I
21   don't see how it is reasonable to expect any of the counties to
22   do that.
23   Q.   Would you need ballot boxes at each precinct if you went
24   to paper ballots?
25   A.   Yes.
```

| | |
|---|---|
| 1 | **Q.** Do you know how many ballot boxes you would need? |
| 2 | **A.** Well, we are going to need at least -- it depends on -- we |
| 3 | have 183 polling places, 377 precincts. So you are talking -- |
| 4 | we would need at least 250 to 300 ballot boxes. Some of them |
| 5 | are going to -- it just depends on the turnout. I mean, we are |
| 6 | going to have to have extra ballot boxes out there because some |
| 7 | of them are going to overflow. And they would have to be |
| 8 | sealed during the day, and we would have to open up a new one. |
| 9 | Now, if we had precinct counters in some of them, we |
| 10 | could -- I don't even know if the optical scan units can mount |
| 11 | on to -- they can mount on to like a big huge box where the |
| 12 | ballots drop in to that. I don't know if those are available. |
| 13 | **Q.** For purchase for use? |
| 14 | **A.** Correct. |
| 15 | **Q.** What impact would having a few -- how many early voting |
| 16 | locations are you expecting to have currently using DRE |
| 17 | machines? |
| 18 | **A.** We have 20. And then we're going to have up to two |
| 19 | outreach locations per day going. |
| 20 | **Q.** So if you cut that down to three locations, what impact |
| 21 | will that have on election day? |
| 22 | **A.** We're going to have -- the lines are going to be -- we're |
| 23 | going to have longer lines. It usually takes longer to vote a |
| 24 | paper ballot from what I have witnessed over 19 years because |
| 25 | it just -- people are coloring those ovals in. It takes longer |

```
 1  than it does to press -- press the screen and scroll through a
 2  screen.
 3  Q.   Are you required to keep track of all paper ballots?
 4  A.   Yes.  You have to do -- we would have to design some
 5  new -- I mean, it would basically be an accounting -- like an
 6  accounting sheet.  You know, it is not going to be that hard to
 7  design it.  But you have to make sure that you account for all
 8  of the unvoted ballots, the voted ballots, any ballots that are
 9  spoiled during the day if the voter makes a mistake,
10  provisional ballots.
11          MS. BURWELL:  I have nothing further, Your Honor.
12          MR. SALTER:  Nothing from the state, Your Honor.
13          THE COURT:  All right.  Can you-all possibly
14  consolidate your questions -- the sides -- or have you already
15  divided territory?
16          MR. CROSS:  We have divided these up.
17              (There was a brief pause in the proceedings.)
18                        CROSS-EXAMINATION
19  BY MR. CROSS:
20  Q.   Mr. Barron, you talked about dealing with the election
21  results from the April 2017 sixth district special election;
22  right?
23  A.   Yes.
24  Q.   You said you had to modem the results in; is that right?
25  A.   Yes.
```

| | |
|---|---|
| 1 | **Q.** And by modem, you mean a computer modem?  Just sending the |
| 2 | results in over the internet; right? |
| 3 | **A.** No.  It is an old analog -- they are analog phone lines. |
| 4 | **Q.** So what does the modem connect to? |
| 5 | **A.** They go from our -- from -- all of the machines that we |
| 6 | have, we have card readers up at our check-in centers.  Those |
| 7 | go into a phone line that we have at the check-in centers. |
| 8 | They are assigned phone numbers -- modem phone numbers into our |
| 9 | server. |
| 10 | **Q.** They are assigned phone numbers into the GEMS server? |
| 11 | **A.** The GEMS server. |
| 12 | **Q.** Mr. Barron, do you honestly not understand that hackers |
| 13 | can get into the GEMS server through the phone modem? |
| 14 | **A.** That is extraordinarily difficult to do. |
| 15 | **Q.** You are not a computer scientist, are you? |
| 16 | **A.** No.  But I have asked people with the expertise about it. |
| 17 | And it would take an extraordinary effort to even do that. |
| 18 | **Q.** You've never heard of hackers -- okay.  It is fine. |
| 19 | But your GEMS server is connected to phone lines?  We're |
| 20 | clear about that. |
| 21 | **A.** These are analog phone lines. |
| 22 | **Q.** All right.  So it is not air-gapped?  Let's just be clear. |
| 23 | Correct? |
| 24 | **A.** Yes, it is. |
| 25 | **Q.** You think a GEMS server that is connected to phone lines |

1  is air-gapped?  That is your understanding of air-gapped; is
2  that right, sir?
3  **A.**   Yes.
4  **Q.**   Thank you.  You mentioned something about you got error
5  messages from the election night reporting system that were
6  gobbledygook; is that right?
7  **A.**   Uh-huh (affirmative).
8  **Q.**   Yes?
9  **A.**   Yes.
10 **Q.**   Thank you.  You talked about the challenge of poll workers
11 handing out the right paper ballot.  But poll workers have to
12 figure out which electronic ballot voters use on a DRE;
13 correct?
14 **A.**   Yeah.  They do that on the ExpressPoll.
15 **Q.**   Right.  So -- but because there is no hard copy of the
16 ballot that is voted by any particular voter on a DRE, we
17 actually have no idea how often a voter gets the wrong ballot
18 on a DRE; right?
19 **A.**   Usually -- I mean, we do get -- we do get complaints here
20 and there about that, yes.
21 **Q.**   On the DRE?
22 **A.**   Yes.  It is just that over 19 years when you get -- use a
23 paper system the number of complaints go way up.
24 **Q.**   Mr. Barron, you actually have concerns about the existing
25 electronic system because of the age of the software; correct?

```
 1                    C E R T I F I C A T E
 2
 3   UNITED STATES OF AMERICA
 4   NORTHERN DISTRICT OF GEORGIA
 5
 6        I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of
 7   the United States District Court, for the Northern District of
 8   Georgia, Atlanta Division, do hereby certify that the foregoing
 9   322 pages constitute a true transcript of proceedings had
10   before the said Court, held in the City of Atlanta, Georgia, in
11   the matter therein stated.
12        In testimony whereof, I hereunto set my hand on this, the
13   15th day of September, 2018.
14
15
16
17   _____
     SHANNON R. WELCH, RMR, CRR
18   OFFICIAL COURT REPORTER
     UNITED STATES DISTRICT COURT
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT