# EXHIBIT 37

**PROVISIONALLY FILED UNDER SEAL**