# EXHIBIT 38

## PROVISIONALLY FILED UNDER SEAL