# EXHIBIT 39

**PROVISIONALLY FILED UNDER SEAL**