# EXHIBIT 40

# PROVISIONALLY FILED UNDER SEAL