# EXHIBIT 41

## PROVISIONALLY FILED UNDER SEAL