# EXHIBIT 44

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
 2                          ATLANTA DIVISION

 3

 4   DONNA CURLING, ET AL.,          :
                                     :
 5           PLAINTIFFS,             :
     vs.                             :   DOCKET NUMBER
 6                                   :   1:17-CV-2989-AT
     BRAD RAFFENSPERGER, ET AL.,     :
 7                                   :
             DEFENDANTS.             :
 8

 9

10     TRANSCRIPT OF HEARING ON PRELIMINARY INJUNCTION PROCEEDINGS

11                 BEFORE THE HONORABLE AMY TOTENBERG

12                     UNITED STATES DISTRICT JUDGE

13                            JULY 26, 2019

14                              9:37 A.M.

15                            VOLUME 2 OF 2

16

17

18

19

20

21   MECHANICAL STENOGRAPHY OF PROCEEDINGS AND COMPUTER-AIDED

22                         TRANSCRIPT PRODUCED BY:

23
     OFFICIAL COURT REPORTER:       SHANNON R. WELCH, RMR, CRR
24                                  2394 UNITED STATES COURTHOUSE
                                    75 TED TURNER DRIVE, SOUTHWEST
25                                  ATLANTA, GEORGIA  30303
                                    (404) 215-1383
```

Case 1:17-cv-02989-AT   Document 1628-44   Filed 02/13/23   Page 3 of 8

151

| | |
|---|---|
| 1 | **Q.** And you would agree with me that the National Academy of |
| 2 | Sciences report on election systems, Securing the Vote, agrees |
| 3 | that ballot marking devices that generate paper ballots are |
| 4 | acceptable for use because they provide independent auditing; |
| 5 | correct? |
| 6 | **A.** I think that is what it says. I don't have it in front of |
| 7 | me. |
| 8 | **Q.** In your declaration in May, you stated that the only |
| 9 | practical way to safeguard Georgia's upcoming elections was to |
| 10 | require the use of optical scan ballots with auditing. Do you |
| 11 | recall that statement? |
| 12 | **A.** I do. |
| 13 | **Q.** Isn't that contrary to what the National Academy of |
| 14 | Sciences says? Because they also say that a ballot marking |
| 15 | device system is an appropriate method of security as long as |
| 16 | it generates a paper ballot. |
| 17 | **A.** So there has been new research since the National -- |
| 18 | **Q.** Answer my question first and then explain. That is not |
| 19 | consistent with what the National Academy of Sciences report |
| 20 | says; correct? |
| 21 | **A.** Yes. Because there has been new research since the |
| 22 | National Academy's result -- report that in my mind does call |
| 23 | into question the security of ballot marking devices. |
| 24 | But -- does that answer your question? |
| 25 | **Q.** Yes. |

UNITED STATES DISTRICT COURT
OFFICIAL CERTIFIED TRANSCRIPT

| | | |
|---|---|---|
| 1 | **A.** | No. If I said that, then I said that. |
| 2 | **Q.** | Mr. Barron, there was a runoff election in December of |
| 3 | | 2018; is that correct? |
| 4 | **A.** | Uh-huh (affirmative). |
| 5 | **Q.** | And at least the Life Center Ministries polling station |
| 6 | | had to use provisional ballots for a portion of that runoff |
| 7 | | election; is that correct? |
| 8 | **A.** | I don't remember. |
| 9 | | MR. MANOSO: If I may approach, Your Honor, I will |
| 10 | | hand the witness Exhibit 14. |
| 11 | **Q.** | **(BY MR. MANOSO)** Are you with me, Mr. Barron? |
| 12 | **A.** | Yes. |
| 13 | **Q.** | You see that this is a news article from December 4, 2018? |
| 14 | **A.** | Uh-huh (affirmative). |
| 15 | **Q.** | And this is about two Fulton precincts remaining open |
| 16 | | later due to early morning issues. |
| 17 | **A.** | Yes. |
| 18 | **Q.** | As it says, the Life Center Ministries polling place |
| 19 | | stayed open an hour later because a polling manager lost a |
| 20 | | stack of voter access cards? |
| 21 | **A.** | Yes. That is what this says, yes. |
| 22 | **Q.** | Do you recall that that occurred in the 2018 runoff |
| 23 | | election? |
| 24 | **A.** | Yeah. Vaguely, yes. |
| 25 | **Q.** | You have no reason to believe that that didn't occur, do |

1  you?
2  **A.**   No.
3  **Q.**   As a result of lost voter access cards, there was no
4  voting for approximately one hour; is that correct?
5  **A.**   Well, they would have started voting provisionally.
6  **Q.**   And if those ran out, there would have been no voting;
7  correct?
8  **A.**   Correct.
9  **Q.**   I'm glad you mentioned the provisional ballots because it
10 is true that once the voter access cards were lost provisional
11 ballots is what were used until those cards could be replaced;
12 correct?
13 **A.**   Yes.
14 **Q.**   And as this indicates, your office had to print more
15 ballots to be used?
16 **A.**   Correct.
17 **Q.**   Those hand-marked ballots were -- they were collected?
18 Voters were able to use them; correct?
19 **A.**   Yeah.  They had to go through the provisional process to
20 vote.  But yes.
21 **Q.**   But those hand-marked ballots were counted; correct?
22 **A.**   Yes.
23         MS. RINGER:  Objection, Your Honor.  This is outside
24 the scope of direct examination.
25         THE COURT:  Overruled.

1  that?
2  **A.**   I do.
3  **Q.**   All right.  And he did not refuse that question; correct?
4  **A.**   As I recall, he followed up the email with a phone call
5  and discussed that he was capable of doing the number -- the
6  volume.  But I don't remember if he ever answered, and I'm
7  pretty sure he did not.
8  **Q.**   As part of this cost analysis, you at some point were
9  directed by your board to ask the Secretary of State whether
10 Morgan County could conduct elections using hand-marked paper
11 ballots; correct?
12 **A.**   Correct.
13 **Q.**   And they told you no; right?
14 **A.**   Yes, they did.
15 **Q.**   All right.  And you understand that to apply to all
16 elections that Morgan County conducts; correct?
17 **A.**   Correct.
18 **Q.**   You mentioned the DHS physical assessment for --
19             **(There was a brief pause in the proceedings.)**
20 **Q.**   **(BY MR. SPARKS)**  You mentioned a DHS physical assessment
21 that Morgan County accepted from the federal government;
22 correct?
23 **A.**   Correct.
24 **Q.**   And that assessment did not include any recommendations or
25 guidance concerning cybersecurity; correct?

1  **A.**   No.  It was purely a physical assessment.
2  **Q.**   Okay.  Forgive me.  I'm skipping along, as well, given the
3  hour.
4         Are you testifying that you take files from an FTP site
5  that is internet facing and put them into ExpressPoll?
6  **A.**   Correct.
7  **Q.**   You testified earlier that there is a USB stick that you
8  move back and forth between the county level GEMS server and
9  your internet-facing computer; is that right?
10 **A.**   Yes.  But it is locked when it is in my work computer.
11 **Q.**   Yes.  I understand.
12        You have described a number of policies and procedures
13 concerning the administration of elections tonight; correct?
14 **A.**   Yes.
15 **Q.**   I'm sorry?
16 **A.**   Yes.
17 **Q.**   And if this Court orders relief in this case concerning
18 how ballots are cast and counted, you will cause Morgan County
19 elections to follow that order; correct?
20 **A.**   Yes.
21        MR. SPARKS:  No further questions at this time.
22 Thank you.
23                         CROSS-EXAMINATION
24 BY MR. BROWN:
25 **Q.**   Hi, Ms. Doran.  Good to see you again.  Bruce Brown.

```
 1                    C E R T I F I C A T E
 2
 3    UNITED STATES OF AMERICA
 4    NORTHERN DISTRICT OF GEORGIA
 5
 6         I, SHANNON R. WELCH, RMR, CRR, Official Court Reporter of
 7    the United States District Court, for the Northern District of
 8    Georgia, Atlanta Division, do hereby certify that the foregoing
 9    379 pages constitute a true transcript of proceedings had
10    before the said Court, held in the City of Atlanta, Georgia, in
11    the matter therein stated.
12         In testimony whereof, I hereunto set my hand on this, the
13    2nd day of August, 2019.
14
15
16
17    _____
          SHANNON R. WELCH, RMR, CRR
18        OFFICIAL COURT REPORTER
          UNITED STATES DISTRICT COURT
19
20
21
22
23
24
25
```