# EXHIBIT 46

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, *et al*.

    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, *et al.*,

    *Defendants*.

CIVIL ACTION

FILE NO. 1:17-cv-2989-AT

## STATE DEFENDANTS' RESPONSE TO COURT'S QUESTIONS ON NEW ELECTION SYSTEM VENDOR CONTRACT

After the State announced its selection of Dominion Voting Systems as the vendor to replace its current voting machines, this Court requested printed copies of the contract and other documents related to the procurement from the State. Following that review, the Court directed State Defendants to respond to two questions related to Section 10.8 of the Master Solution Purchase and Services Agreement by 1:00 p.m. on July 30, 2019: "(i) confirm whether Section 10.8 indicates that the State contemplates or intends to import data from the existing GEMS Server and GEMS database for use with the new Dominion election management system software and programming of ballots to be used by the Ballot Marking Devices; and (ii) identify a representative from the Secretary of State's

office with knowledge of the contract negotiation process and content of the Agreement who can provide testimony regarding the intent of this provision if necessary." This document provides the requested information.

1. **Import of data from existing election systems.**

As has been discussed extensively in this challenge to the use of DREs, the State is purchasing a new voting system that creates a voter-verifiable paper audit trail using ballot-marking devices, as recommended by the National Academy of Sciences and others.  This new system replaces the entirety of the existing DRE system, including the GEMS servers, DREs, and ExpressPoll units.

The new system from Dominion **will not import any data from the current GEMS Server or GEMS Databases**.  Dominion's new Election Management System ("EMS") completely replaces the existing GEMS system and the systems cannot communicate with one another.  State Defendants will not be importing any information from the existing GEMS system into the new EMS.

The portion of Section 10.8 referenced by the Court refers to how other election data that is unrelated to the existing GEMS system will be brought into the new EMS.  As this Court will recall, precinct data and various district splits form "ballot combos" that dictate the ballot style for a particular voter is stored in the state's voter registration database (a ballot combo is all the races that a voter is

eligible to vote in based on their residency). That information is required for building ballots, because ballot builders must know how many ballot styles to create.

The database that is referred to in Section 10.8 is the **voter registration database**. The voter registration database creates a flat, delimited text export file that contains no executable code and includes precinct and ballot combo information for import into the EMS.

Pursuant to the requirements of H.B. 392 and Ga. Comp. R. & Regs. 590-8-3-.01(b)(2), that text file must be scanned "with anti-malware software" before it can be imported into the new EMS. The only alternative to importing the information is to enter it by hand, which would be time consuming and error-prone.

State Defendants confirm that they will not be utilizing or importing any part of the existing GEMS Databases or GEMS Servers into the new EMS.

**2.   Person with knowledge.**

The person in the Secretary of State's office with the most knowledge of the contract negotiation process and content of the Agreement is Ryan Germany, the Secretary of State's General Counsel.

Respectfully submitted this 30th day of July, 2019.

*/s/ Vincent R. Russo*
Vincent R. Russo

Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Kimberly Anderson
Georgia Bar No. 602807
kanderson@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Brian E. Lake
Georgia Bar No. 575966
blake@robbinsfirm.com
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone:  (678)336-7249

*Counsel for State Defendants*