# EXHIBIT 48

## PROVISIONALLY FILED UNDER SEAL