# EXHIBIT 50

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, *et al.*,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:17-cv-2989-AT |

## STATE DEFENDANTS' RESPONSES TO CURLING PLAINTIFFS' FIRST REQUESTS FOR ADMISSION

In accordance with Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendants Brad Raffensperger, Rebecca N. Sullivan, Sara Tindall Ghazal, Anh Le, and Matthew Mashburn (collectively, the "State Defendants"), by and through their counsel of record, hereby respond and object to Curling Plaintiff's First Requests for Admission.

### PRELIMINARY STATEMENT

State Defendants do not waive, intentionally or otherwise, any attorney-client privilege, work-product immunity, joint defense or common-interest privilege or any other privilege, immunity, or other protection that may be asserted to protect information from disclosure. Any admissions made herein, particularly as to the

one or more components of the DRE system.

**RESPONSE:** State Defendants object to this request as it seeks responses pertaining to claims that Plaintiffs now admit are moot. State Defendants object to this request as vague and ambiguous regarding what is meant by removable media "connected at some point" and the term "components" as it pertains to the eNet System and DRE System. As such, State Defendants cannot truthfully admit or deny this request as phrased. As State Defendants have already stated, eNet is separate from the DRE system.

65. Admit that security deficiencies or vulnerabilities identified by Fortalice with the eNet System have not been fully mitigated.

**RESPONSE:** State Defendants object to this request as outside the scope of Rule 36 because it does not pertain to the truth of any matter relevant to Curling Plaintiffs' claims in this case, and thus is an improper use of a request for admission.

66. Admit that in some jurisdictions in Georgia, the same County IT infrastructure is being used to copy data in and out of the new Dominion EMS system as was used with the GEMS System.

**RESPONSE:** State Defendants object on the basis that the request itself

Defendants further object to this request as outside the scope of Rule 36 because it does not pertain to the truth of any matter relevant to Curling Plaintiffs' claims in this case, and thus is an improper use of a request for admission. State Defendants deny this request.

Submitted this 23rd day of November, 2021.

/s/ *Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Carey A. Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Alexander Denton
Georgia Bar No. 660632
adenton@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381

Bryan P. Tyson
Georgia Bar No. 515411
btyson@taylorenglish.com
Jonathan D. Crumly
Georgia Bar No. 199466
jcrumly@taylorenglish.com
James A. Balli
Georgia Bar No. 035828

jballi@taylorenglish.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: 678-336-7249

Counsel for State Defendants