IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br> Defendants. | Civil Action No. 1:17-CV-2989-AT |

## COALITION PLAINTIFFS' EXHIBITS SUBMITTED IN RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT

Pursuant to the Court's instructions, Coalition Plaintiff file documents relied upon in Response to the Defendants' Motions for Summary Judgment. The index to the exhibits is attached to this pleading.

This collection of exhibits includes excerpts of the documents cited in the brief (Doc. 1624), with the exception of those documents that are submitted in connection with the Plaintiffs' Joint Response to the Defendants' Statement of Undisputed Facts and Plaintiffs' Joint Statement of Additional Facts.

1

Coalition Plaintiffs note that Exhibit 14, the Declaration of Kevin Skoglund (Doc. 1561), was filed under seal by the State Defendants and is the subject of their Motion to Seal (Doc. 1575). It is according not included as an exhibit. Coalition Plaintiffs anticipate filing a redacted declaration on the public record.

Coalition Plaintiffs also note a citation error in its brief at Doc. 1624 at 44. The third bullet should cite to "1594 (Decl. Martin ¶¶ 20, 22," not "1619 (Decl. Marks) ¶ 31)."

This 13th day of February, 2023.

/s/ Bruce P. Brown
Bruce P. Brown
Georgia Bar No. 064460
BRUCE P. BROWN LAW LLC
1123 Zonolite Rd. NE
Suite 6
Atlanta, Georgia 30306
(404) 386-6856

s/ Russell T. Abney
Russell T. Abney
Georgia Bar No. 000875
WATTS GUERRA, LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
(404) 670-0355

/s/ Robert A. McGuire, III
Robert A. McGuire, III
Admitted Pro Hac Vice
 (ECF No. 125)
ROBERT MCGUIRE LAW FIRM
113 Cherry St. #86685
Seattle, Washington 98104-2205
(253) 267-8530

*Counsel for Coalition for Good Governance*

*/s/ Cary Ichter*
Cary Ichter
Georgia Bar No. 382515
ICHTER DAVIS LLC
3340 Peachtree Road NE
Atlanta, Georgia 30326
(404) 869-7600

*Counsel for William Digges III, Laura Digges, Ricardo Davis & Megan Missett*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on February 13, 2023, I served a copy of the foregoing upon counsel for the Defendants via CM/ECF and that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1, using font type of Times New Roman and a point size of 14.

/s/Bruce P. Brown
Bruce P. Brown

Coalition Plaintiffs' Exhibit Index

| Exhibit Number | Description | Docket Number | Pages Excerpted (Docket Page) |
|---|---|---|---|
| 1 | Brown Declaration | 1621 | all |
| 2 | Clark Declaration | 258-1 | all |
| 3 | Coomer Declaration | 658-2 | 1, 5, 6 |
| 4 | Davis Declaration | 1591 | all |
| 5 | DeMillo Declaration | 277 | 52-62 |
| 6 | Dufort Declaration | 1593 | all |
| 7 | Forney Declaration | 1592 | all |
| 8 | Marks Declaration | 1071-2 | 2-32 |
| 9 | Marks Declaration | 1590 | all of 1590; 1590-1; 1590-6;1590-10 |
| 10 | Martin Declaration | 1594 | all |
| 11 | Missett Declaration | 1595 | all |
| 12 | Nakamura Declaration | 1071-5 | 2, 9, 10 |
| 13 | Nakamura Declaration | 1597 | all |
| 14 | Skoglund Declaration | 1561 | filed under seal |
| 15 | Stark Declaration | 1569-44 | all |
| 16 | Stark Declaration | 1589 | all |
| 17 | Throop Declaration | 1596 | all |
| 18 | Wasson Declaration | 1071-7 | 2, 6 |
| 19 | Wasson Declaration | 1617 | all |
| 20 | Lenberg Deposition | 1613 | 1, 71, 72 |
| 21 | Twenty-Four Experts' Letter | 419-1 | all |
| 22 | NAS Report | 1569-54 | 2, 100 |