IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA CURLING, et al.<br><br>Plaintiff,<br><br>vs.<br><br>BRAD RAFFENSPERGER, et al.<br><br>Defendant. | CIVIL ACTION FILE<br>NO.: 1:17-cv-2989-AT |

## DECLARATION OF BRUCE P. BROWN

**Bruce P. Brown** hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. I represent the Coalition Plaintiffs in this case.

3. Attached as Exhibit 1 is a screenshot of a photograph that accompanied an Atlanta Journal Constitution article by Mark Niesse dated January 10, 2023.

4. Attached as Exhibit 2 is a true and correct copy of a December 4, 2022 memo from the Election Division to county election officials. Coalition Plaintiffs received this document in response to an Open Records Act request.

1

5. The following is a link to a February 4, 2023 Associate Press article on the growing concern over the security of electronic pollpads.

https://apnews.com/article/arizona-united-states-government-2022-midterm-elections-donald-trump-los-angeles-651d0e923973daf28ff3b9d6105b4d74.

This 10th day of February, 2023.

Bruce P. Brown

EXHIBIT

1

# Georgia asks judge to uphold voting system in election security case



Credit: JOHN SPINK / AJC

POLITICS

By Mark Niesse, The Atlanta Journal-Constitution

Jan 10, 2023

EXHIBIT

2

| | |
|---|---|
| **Subject:** | Emergency Elector's List |
| **Date:** | Sunday, December 4, 2022 at 4:09:11 PM Eastern Standard Time |
| **From:** | Elections Division - Do Not Reply |
| **To:** | Black, Josh, Davenport, Angela, Deering, Amanda, Golden, Tyrell |
| **CC:** | Evans, Blake, Harris, Jesse, Combs, Leigh, Northen, Nicolas, Anglin, Rebecca, Simmons, Rachell |
| **Attachments:** | image001.jpg |

Dear County Election Officials,

Your Emergency Backup List has been placed on Filezilla (County FTP folder – SOS COMMS) for you to retrieve, print and distribute to all your polling locations. This list contains all data on the county electors list by precinct, additionally denotes voters who **have** voted AIP or was issued an ABM.

It is critical you distribute these in the event a polling location should experience an emergency.

Thank you,

Nick Northen, Election Systems and Data Manager
Georgia Secretary of State
**Elections Division**
Main Office: 404-656-2871

sos.ga.gov



This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

--
This message has been checked by Libraesva ESG and is found to be clean.
Mark it as spam
Blacklist sender