**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, et al.**<br>**Plaintiff,**<br>**vs.**<br>**BRAD RAFFENSPERGER, et al.**<br>**Defendant.** | **CIVIL ACTION FILE NO.: 1:17-cv-2989-AT** |

**DECLARATION OF RICARDO DAVIS**

**RICARDO DAVIS** hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would testify competently thereto.
2. I am a Cherokee County voter. My home precinct is the Air Acres precinct in Woodstock, Georgia. That has been my home precinct for 23 years.
3. I make every effort to participate in all elections for which I am eligible to vote.
4. Attached at Exhibit 1 is a true and correct copy of my voter participation history as it appears on my MVP page of the SOS website today.

5. My history of participation at Exhibit 1 accurately shows that I generally vote by mail ballot. However, I voted in person on Election Day on December 6, 2022 on the BMD system, as is shown on the SOS record.

6. My long-standing practice has been to vote by mail ballot rather than voting on insecure touchscreen machines, despite the planning and ballot monitoring efforts I must undertake to ensure that my mail ballot is issued, returned and accepted for counting on a timely basis. For example, to ensure that my ballot is received timely and securely, I hand deliver my mail ballot in almost every election requiring a round trip drive of approximately 8 miles. This requires my leaving my office during business hours to hand deliver the ballot.

7. I am very politically active and spend hundreds of hours each year to encourage voting, recruiting candidates, supporting campaigns, and supporting election oversight activities. My strong preference would be to vote at a neighborhood polling place with my friends and neighbors and be seen setting the example of civic engagement of voting if the voting method were secure.

8. However, this association with other voters in the polling place is unfortunately something I give up so I can vote with a more secure and private ballot—a mail absentee ballot.

9. Until such time as I can vote a private and secure hand marked paper ballot in the polling place, my plans will be to continue to cast as many of my votes by mail ballot as possible.

Executed on this date, January 30, 2023

Ricardo Davis

# EXHIBIT 1

# Voter Participation History

Your voting and petition history as shown in our system

Information on Georgia's My Voter Page will reflect your local Elections & Registration Office's database within 24 hours of an update by a county official.

| Election Name | Date Voted | Election Type |
|---|---|---|
| 12/06/2022 GENERAL/SPECIAL ELECTION RUNOFF | 12/6/2022 | General Election runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| 11/08/2022 GENERAL/SPECIAL ELECTION | 11/8/2022 | General |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| 05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 5/24/2022 | General Primary |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 1/4/2021 | General Election runoff |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 11/2/2020 | General |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| AUGUST 11, 2020 GEN. PRI. RO/GEN. NP R0/SPEC. RO EL | 8/10/2020 | General Primary runoff |

**Ballot Type**
Absentee by mail

**Election Name**
JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION

**Date Voted**
6/6/2020

**Election Type**
General Primary

**Ballot Type**
Absentee by mail

**Election Name**
DECEMBER 4, 2018 STATE AND LOCAL ELECTION RUNOFF

**Date Voted**
11/27/2018

**Election Type**
General Election runoff

**Ballot Type**
Absentee by mail

**Election Name**
NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION

**Date Voted**
11/2/2018

**Election Type**
General

**Ballot Type**
Absentee by mail

**Election Name**
JULY 24, 2018 GEN. PRI. RO/GEN. NP R0/SPEC. RO EL

**Date Voted**
7/24/2018

**Election Type**
General Primary runoff

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| MAY 22, 2018 GEN. PRI./GEN. NP/SPEC. ELECTION | 5/21/2018 | General Primary |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 7, 2017 GENERAL/SPECIAL ELECTION | 11/7/2017 | General |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 11/7/2016 | General |

**Ballot Type**
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| MARCH 1, 2016 PPP/SPECIAL ELECTION | 3/1/2016 | PPP |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GEN._SPEC. ELECTION | 11/4/2014 | General |

Ballot Type
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| GEN. PRI. RUNOFF_GEN. NP RUNOFF_SPEC RUNOFF ELEC. | 7/18/2014 | General Primary runoff |

Ballot Type
Early In-Person

| Election Name | Date Voted | Election Type |
|---|---|---|
| GEN. PRI._GEN. NP_SPEC ELECTION | 5/16/2014 | General Primary |

Ballot Type
Absentee by mail

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 2/5/2013 | Special Election |

Ballot Type

Election Name
SPECIAL

Date Voted
11/6/2012

Election Type
Special Election

Ballot Type
Regular

Election Name
SPECIAL

Date Voted
8/21/2012

Election Type
Special Election

Ballot Type
Regular

Election Name
SPECIAL

Date Voted
7/31/2012

Election Type
Special Election

Ballot Type
Regular

Election Name
SPECIAL

Date Voted
11/8/2011

Election Type
Special Election

Ballot Type
Regular

Election Name
GENERAL PRIMARY RUN-OFF

Date Voted
8/10/2010

Election Type
General Primary runoff

Ballot Type
Regular

| Election Name | Date Voted | Election Type |
| --- | --- | --- |
| GENERAL PRIMARY | 7/20/2010 | General Primary |

Ballot Type
Regular

| Election Name | Date Voted | Election Type |
| --- | --- | --- |
| GENERAL RUN-OFF | 12/2/2008 | General Election runoff |

Ballot Type
Regular

| Election Name | Date Voted | Election Type |
| --- | --- | --- |
| GENERAL | 11/4/2008 | General |

Ballot Type
Regular

| Election Name | Date Voted | Election Type |
| --- | --- | --- |
| SPECIAL | 7/15/2008 | Special Election |

Ballot Type
Regular

**Election Name**
PRESIDENTIAL PRIMARY

**Date Voted**
2/5/2008

**Election Type**
PPP

**Ballot Type**
Regular

**Election Name**
GENERAL

**Date Voted**
11/7/2006

**Election Type**
General

**Ballot Type**
Regular

**Election Name**
GENERAL PRIMARY RUN-OFF

**Date Voted**
8/8/2006

**Election Type**
General Primary runoff

**Ballot Type**
Regular

**Election Name**
GENERAL PRIMARY

**Date Voted**
7/18/2006

**Election Type**
General Primary

**Ballot Type**
Regular

**Election Name**
GENERAL PRIMARY RUN-OFF

**Date Voted**
8/10/2004

**Election Type**
General Primary runoff

**Ballot Type**
Regular

**Election Name**
GENERAL PRIMARY

**Date Voted**
7/20/2004

**Election Type**
General Primary

**Ballot Type**
Regular

**Election Name**
PRESIDENTIAL PRIMARY

**Date Voted**
3/2/2004

**Election Type**
PPP

**Ballot Type**
Regular

**Election Name**
GENERAL

**Date Voted**
11/5/2002

**Election Type**
General

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY RUN-OFF | 9/10/2002 | General Primary runoff |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL PRIMARY | 8/20/2002 | General Primary |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 1/22/2002 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| SPECIAL | 9/18/2001 | Special Election |

**Ballot Type**
Regular

| Election Name | Date Voted | Election Type |
|---|---|---|
| GENERAL RUN-OFF | 11/28/2000 | General Election runoff |

**Ballot Type**
Regular

**Election Name**
GENERAL

**Date Voted**
11/7/2000

**Election Type**
General

**Ballot Type**
Regular

**Election Name**
GENERAL PRIMARY

**Date Voted**
7/18/2000

**Election Type**
General Primary

**Ballot Type**
Regular

**Election Name**
PRESIDENTIAL PRIMARY

**Date Voted**
3/7/2000

**Election Type**
PPP

**Ballot Type**
Regular

**Petition Name**
9/17/21 SOS RAFFENSPERGER RECALL APP

**Petition Type**
Recall Application

**County Name**
CHEROKEE

**Date Accounted**
9/4/2021