E
X
H
I
B
I
T

B

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA CURLING, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION FILE** |
| **vs.** ) | **NO.: 1:17-cv-2989-AT** |
| ) | |
| **BRAD RAFFENSPERGER, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>SUPPLEMENTAL DECLARATION OF MARILYN MARKS</u>

**I, MARILYN MARKS,** hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  I have personal knowledge of all facts stated in this declaration and, if called to testify, I could and would testify competently thereto.

2.  I am the Executive Director of Coalition for Good Governance ("CGG"). I am over the age of 18.

**CGG Activities and Diversion of Resources**

3.  Coalition for Good Governance, (formally known as Rocky Mountain Foundation) was founded in 2008 as a non-profit non-partisan corporation under the laws of Colorado. The current management of CGG undertook the management of the organization in 2014 with

1

primary work focused on election integrity and transparency in Colorado elections. Public records confirm that, at that time, current management brought approximately $700,000 in funding to CGG to address the organization's goals.

4.  After I moved to North Carolina in late 2015, CGG's work began to transition to more geographically diverse projects, including election security projects in North Carolina, South Carolina, and Tennessee and national projects with other non-profits.

5.  CGG's work in 2015 in North Carolina involved a significant project to undertake administrative challenges to the lack of a secret ballot in early voting statewide. CGG challenged Charlotte-Mecklenburg County's failure to conduct a required post-election audit on the 2016 presidential election.

6.  In early 2017, national election integrity groups urged me to expand CGG's reach to Georgia, which was known in national election integrity circles as having the least secure elections in the nation. After I watched the April 18, 2017 Fulton County election returns in the "jungle primary," where Fulton's server failed and anomalous results were reported, I began to redirect resources and time to focus on Georgia's election security issues.

7. CGG's first efforts in 2017 in Georgia were in petitioning then Secretary Kemp for a reexamination of the DRE voting system.  CGG filed a lawsuit in Fulton County Superior Court in May 2017 seeking to remove DRE from use in the Ossoff/Handle Congressional District 6 runoff. In July 2017 this Curling lawsuit was filed, initially to challenge the outcome of that runoff, and then seeking to halt the use of the DRE system.

8. CCG organized other lawsuits in Georgia related to election matters including challenging the excess rejections of absentee ballots (2018), COVID-related voting infrastructure improvements (2020), and an election contest (2018), all of which commanded significant resources of CGG's volunteers' and management's time and CGG's modest budget.

9. The unpredicted complexity and protracted time requirements and expenses of this litigation has required CGG to consistently redirect resources of funding and management and volunteer time away from other desired projects that are of great interest to our board members, members, and donors.

10. I have had to reduce my active involvement in several important efforts that CGG supports because of the time demands of this litigation, and CGG has had to curtail and decline numerous organization activities.

Some examples include: inability to participate in the EAC's current process of accepting comments on the controversial pending Voluntary Voting System Standards; sharply reducing active involvement in Election Verification Network (a national organization of election experts); declining most speaking invitations on the topic of election security; ceased active involvement in State Audit Working Group (experts focused on developing election auditing standards); ceased activity in weekly meetings of Election Cybersecurity Working Group (a group proposing VVSG standards to NIST); ceased work in on-going drive-up voting project CGG initiated in North Carolina; became inactive in working with other North Carolina election transparency groups on voter education and transparency efforts in Wake County;  reduced collaboration with North Carolina NAACP on voter education on election security; stopped participation in meetings of the North Carolina State Board of Elections; stopped participation in Charlotte-Mecklenburg Board of Elections meetings; lacked resources to provide requested consulting support for another non-profit organization's North Carolina state court case on ballot marking devices;  abandoned CGG's plans to file a lawsuit in North Carolina against the use of ballot marking devices; deferred plans to file a lawsuit in North Carolina on the violations of

secret ballot laws;  limiting CGG's involvement in the current effort to educate the New York State Board of Elections on the problems in using Ballot Marking Devices; declining request of Colorado members to help educate the Boulder Colorado City Council on problems with Instant Runoff Voting; declining the request of Georgia members to conduct voter education or author an opinion piece on the difficulties with Ranked Choice Voting; cancel plans for candidate forum on election security prior to the November election; cancel plans to conduct a meeting regarding Georgia needed election law changes with a group of Georgia lawmakers; delayed preparation of education materials for Georgia election officials regarding HB270; and failing to keep our website, fundraising efforts and donor communications current.

11. The examples of more current resource diversions listed above are similar to the activities and resource diversions detailed in June 2018 in Coalitions' Plaintiffs' TAC (Doc. 226 ¶¶142-143) which were true and correct at that time.

**Batch Management-Tabulation Software Problem**

12. During the November 3, 2021 election, Harri Hursti and I visited Gwinnett County Elections for several hours on multiple days as they were having significant problems with the Dominion server processing

5

certain batches of scanned ballot images uploaded on precinct scanner memory cards. County officials disclosed in public announcements that several thousand ballots (tens of thousands of votes) in the batches could not be processed.  Mr. Hursti and I watched  Dominion technicians make repeated unsuccessful efforts to process the ballots.

13. A Dominion technical expert, David Moreno, was flown in from Denver to attempt to remedy the vote tabulation problem,County spokesman Joe Sorenson repeated explained that ballots were simply failing to be processed by the system, and that thousands of ballots were caught up in the failure.

14. Based on contemporaneous discussions with Mr. Hursti, who was watching Mr. Moreno's actions and computer screens, it appeared that that Mr. Moreno made software code changes in real time to circumvent the problem to force the system to process most, but not all, of the uncounted ballots. After most of the ballots were processed and counted, Gwinnett quickly closed and certified the election.  I estimated that at the time the election was certified at least 1,600 ballots remained uncounted. I asked county officials repeatedly, in emails and on site, for an accounting of these ballots, but received no response.

15. A few days later a statewide hand count audit of the presidential race was conducted.  I was an authorized monitor of the audit process in several counties including Gwinnett.  According to the audit summary published by the Secretary of State, attached hereto as Exhibit 1,  during the audit Gwinnett discovered 1,642 more ballots than were originally counted.   This confirmed my belief that over 1,600 ballots had not been counted even after Dominion made real time software changes and the Gwinnett Board of Elections certified the result.

16. CGG has Gwinnett-based members, but I do not have adequate information to know whether the uncounted ballots and discrepancies either before or after the Mr. Moreno's system adjustments affected the precinct counts in which our Gwinnett members vote. The change certainly affected the county vote tallies. Gwinnett has withheld production of documents in objection to CGG's document subpoena, which was issued in order to learn more about this software and vote counting problem. A joint discovery dispute is in front of the Court (Doc.1057) related to some of the documents sought to research the tabulation errors.

17. The ballot batch management problem apparently has been experienced in several counties, across several elections since at least August 11,

2020 when Harri Hursti first observed indications of this problem on

Election Night in Fulton County. (Doc. 809-3 ¶ 41-43).

18. Rockdale County detailed their ballot batch management problem in a

series of emails to the Secretary of State's Office and Dominion.  These

emails are attached as Exhibit 1.  Ms. Willingham's description (Exhibit

1 at 2, 6-7) of the problem is consistent with information we have

obtained concerning this software and tabulation problem.

19. We have no reason to believe that the vote count discrepancies created by

the batch management software problem were significant enough to

change the result of the presidential election. In fact, the hand count audit

found that both the manual tabulation of ballots and the machine count of

the ballots showed President Biden with highest number of votes.

**Tabulation Discrepancies and Audit Failure**

20. After the counties' certification of their election results, the Secretary of

State ordered a full manual count of the ballots in the Presidential contest

and called it a "Risk Limiting Audit" with a "Risk Limit of Zero."

(timestamp 1:22. https://www.rev.com/blog/transcripts/georgia-press-

conference-on-election-recount-updates-transcript-november-18 )

Voting Works was engaged to manage the audit process and conduct the

tabulation and consolidation of the manual counts using their software "Arlo."

21. CGG had approximately 6 authorized audit monitors observing the hand count at various times across approximately 12 counties. Harri Hursti and I worked as a team and observed audit operations in Gwinnett, Clayton, DeKalb, Fulton and Cobb counties.

22. Based my knowledge of auditing principles and election audit processes, and my observations of the processes employed in Georgia, the audit procedures employed were not standard, not transparent, and violated fundamental election audit procedures. Count data was concealed from the public during the audit and entered into Voting Works applications in a process that monitors were not permitted to watch in many counties.

23. I fielded numerous calls from our monitors and election integrity and election auditing experts from other states complaining about the unusual audit practices and lack of transparency. Harri Hursti and I conferred with Professor Philip Stark multiple times each day during the audit regarding Voting Works's and the Secretary's non-standard procedures that were generating widespread dissatisfaction with the audit process.

24. Based on my discussions with Professor Stark and Harri Hursti during several times that they were studying Voting Works' publicly published source code, my understanding is that the source code was apparently being frequently updated in real time while the audit was being conducted and the data input and preliminary results were being concealed from the public.

25. The Secretary did not permit the counties to disclose the manual counts as they were being conducted and required that results be confidential until after his office reviewed and disclosed them. This practice is in violation of standard election auditing practices of end-to-end transparency.  O.C.G.A. § 21-2-498(c)(4) requires that election audits be conducted in view of the public. The audit was not in public view as counts were hidden from observers.

26. As one example of such audit transparency failure, as I was reading a batch sheet of tallies on a box of counted ballots at the DeKalb audit facility in my role as a monitor, the Chairman of the DeKalb County Board of Elections told me that I was not permitted to see the vote tallies on the batch sheets. When I asked why, he screamed at me, "Because I said so." I encountered similar obstruction at some other counties as well.

On the other hand, Gwinnett County's auditing process was quite transparent, and monitors, the press and the public were permitted to see the necessary documents and tallying processes. The lack of standard minimum requirements for transparency of the audit process demonstrated to me that Georgia's audit processes cannot be relied on to produce reliable audit information.

27. Exhibit 2 is a true and correct copy of one the audit summaries released by the Secretary of State in his press release concerning the audit findings. (https://sos.ga.gov/index.php/elections/historic_first_statewide_audit_of_paper_ballots_upholds_result_of_presidential_race ) CGG will investigate some of the anomalous-appearing discrepancies when discovery documents become available from counties. For example, Exhibit 2 shows that Bartow County found 52 fewer ballots in the audit than machine count, but President Biden gained 66 votes. Clayton County's manual audit found 360 fewer ballots than the machine count, yet former President Trump gained 145 votes. These are two of many such anomalous appearing county audit results, suggesting that error rates are higher than implied by the Secretary's office. The summary and our initial work on details that are available indicate that there were

numerous offsetting errors in the machine vote counts compared to the audited tabulations, raising questions about the quality of the tabulation software.  (Despite the large number of errors, they were generally offsetting.)

28. After the hand count audit, an official statewide recount was conducted by rescanning all ballots. There were a number of  discrepancies between machine counts that tallied the same ballots, although no outcome-changing discrepancies were detected. Exhibit 3 is a worksheet prepared by CGG analyst under my supervision that shows discrepancies in gray highlight between the precinct results for the machine recount compared to the original machine count precinct results for some of our members' home precincts in Fulton County. The data was obtained from published reports of the results and recount reports obtained  through public records requests. The hand count audit results are not available in the public records except in the case of Rhonda Martin's precinct 08H. The member's precincts listed on the worksheet are Megan Missett, Virginia Forney, Rhonda Martin, Aileen Nakamura, and Shea Roberts. The precincts in which the CGG members live is confirmed in public record.

29. For example, in Rhonda Martin's O8H precinct, the BMD early voting vote count for President Biden was 574 in the original machine count and

569 in the machine recount.  In Aileen Nakamura's SS06 precinct, the mail vote count for President Biden changed from 288 to 284 in the machine recount. In Plaintiff Megan Missett's 06J precinct, the original machine early vote count for President Biden was 1,036 and the machine recount was 1,033.

30. I monitored the Secretary's press conferences and public announcements concerning the hand count audit and the official machine recount. The Secretary and Gabe Sterling, a spokesperson for the Secretary, repeatedly minimized the discrepancies and offsetting errors that were detected in the audit, implying that there were only rare discrepancies. On December 23, 2020 testifying before the Georgia House of Representatives Governmental Affairs Committee, Secretary Raffensperger stated that the audit proved that the machines "did not flip votes," going on to say, "But what we've shown is that the machines are accurately tabulating." (timestamp 2:53:00

https://www.youtube.com/watch?v=gCjbPJLBI7c&feature=youtu.be )

31. Public records document the fact that the machines were not "accurately tabulating," despite the fact that discrepancies did not have an impact on the outcome of the election -- President Biden's vote count was higher. CGG is in the initial stages of conducting discovery on the audit reports,

recount reports and discrepancies and does not yet have enough

information to determine the cause of the apparent discrepancies.

**Ballot Secrecy**

32.  I have observed dozens of Georgia's polling places since the pilot BMD

election in November 2019 through the November 2020 election. In the

several hundred BMD's I have seen installed in the polling places,

including in polling places where some CGG members have voted, I have

seen less than 20 BMDs that protected the privacy of the voters' choices,

which was only possible in a very large polling place facility deploying a

small number of machines.

33. As reflected in the Summary of Evidence, Exhibit A to this filing, CGG

has collected numerous reports covering the entire 17-month period of

BMD use.  Over the last year, our reports from members and observers

show no meaningful improvement in ballot secrecy statewide. Although

the Secretary issued guidance to the counties one year ago (Doc. 716-3 at

8, 10-13), CGG members' and observers' and my previous declarations

show that Secretary's recommended arrangement was ineffective in

protecting ballot secrecy.

34. Based on my personal observations, the suggested arrangement of

equipment requires more floor space than is available in many polling

places and does not effectively obscure sightlines to the touchscreens by people in the polling place.  This reality is in conflict with the Secretary of State's order of March 31, 2020. (Doc. 809-1 at 20). The Secretary's order was a result of a Help America Vote Act complaint filed by CGG in to address the violation of ballot secrecy that appears to be impractical to resolve given the design of the Dominion BMD units.

Executed on this date, February 12, 2021

Marilyn Marks

15

EXHIBIT

1

| County | Risk-Limiting Audit Full Hand Count | | | | | Original Reporting | | Margin Diff | | Total Count Diff | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Trump | Biden | Jorgensen | Total | Margin | Total Votes | Margin | Raw # | % | Raw # | % |
| APPLING | 6570 | 1785 | 36 | 8,391 | +4,785 Trump | 8,341 | +4,747 Trump | +38 Trump | +0.456% Trump | 50 | 0.599% |
| ATKINSON | 2300 | 825 | 30 | 3,155 | +1,475 Trump | 3,155 | +1,475 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| BACON | 4018 | 625 | 25 | 4,668 | +3,393 Trump | 4,668 | +3,393 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| BAKER | 897 | 652 | 6 | 1,555 | +245 Trump | 1,555 | +245 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| BALDWIN | 8906 | 9139 | 207 | 18,252 | +233 Biden | 18,251 | +237 Biden | +4 Trump | +0.022% Trump | 1 | 0.005% |
| BANKS | 7796 | 931 | 74 | 8,801 | +6,865 Trump | 8,801 | +6,863 Trump | +2 Trump | +0.023% Trump | 0 | 0.000% |
| BARROW | 26804 | 10453 | 664 | 37,921 | +16,351 Trump | 37,921 | +16,351 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| BARTOW | 37615 | 12099 | 701 | 50,415 | +25,516 Trump | 50,467 | +25,582 Trump | +66 Biden | +0.131% Biden | -52 | -0.103% |
| BEN HILL | 4111 | 2393 | 60 | 6,564 | +1,718 Trump | 6,560 | +1,718 Trump | +0 Biden | +0.000% Biden | 4 | 0.061% |
| BERRIEN | 6419 | 1269 | 55 | 7,743 | +5,150 Trump | 7,743 | +5,150 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| BIBB | 26617 | 43412 | 749 | 70,778 | +16,795 Biden | 70,802 | +16,883 Biden | +88 Trump | +0.124% Trump | -24 | -0.034% |
| BLECKLEY | 4328 | 1311 | 67 | 5,706 | +3,017 Trump | 5,706 | +3,017 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| BRANTLEY | 7001 | 690 | 57 | 7,748 | +6,311 Trump | 7,746 | +6,292 Trump | +19 Trump | +0.245% Trump | 2 | 0.026% |
| BROOKS | 4261 | 2790 | 50 | 7,101 | +1,471 Trump | 7,100 | +1,470 Trump | +1 Trump | +0.014% Trump | 1 | 0.014% |
| BRYAN | 14240 | 6739 | 355 | 21,334 | +7,501 Trump | 21,340 | +7,505 Trump | +4 Biden | +0.019% Biden | -6 | -0.028% |
| BULLOCH | 18387 | 11248 | 455 | 30,090 | +7,139 Trump | 30,084 | +7,143 Trump | +4 Biden | +0.013% Biden | 6 | 0.020% |
| BURKE | 5400 | 5208 | 75 | 10,683 | +192 Trump | 10,684 | +191 Trump | +1 Trump | +0.009% Trump | -1 | -0.009% |
| BUTTS | 8405 | 3272 | 91 | 11,768 | +5,133 Trump | 11,771 | +5,132 Trump | +1 Trump | +0.008% Trump | -3 | -0.025% |
| CALHOUN | 911 | 1264 | 12 | 2,187 | +353 Biden | 2,194 | +337 Biden | +16 Biden | +0.729% Biden | -7 | -0.319% |
| CAMDEN | 15262 | 7969 | 470 | 23,701 | +7,293 Trump | 23,688 | +7,284 Trump | +9 Trump | +0.038% Trump | 13 | 0.055% |
| CANDLER | 3132 | 1270 | 30 | 4,432 | +1,862 Trump | 4,431 | +1,864 Trump | +2 Biden | +0.045% Biden | 1 | 0.023% |
| CARROLL | 37476 | 16238 | 760 | 54,474 | +21,238 Trump | 54,474 | +21,238 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| CATOOSA | 25168 | 6931 | 494 | 32,593 | +18,237 Trump | 32,593 | +18,235 Trump | +2 Trump | +0.006% Trump | 0 | 0.000% |
| CHARLTON | 3419 | 1105 | 44 | 4,568 | +2,314 Trump | 4,566 | +2,316 Trump | +2 Biden | +0.044% Biden | 2 | 0.044% |
| CHATHAM | 53248 | 78316 | 1912 | 133,476 | +25,068 Biden | 133,420 | +25,017 Biden | +51 Biden | +0.038% Biden | 56 | 0.042% |
| CHATTAHOOCHEE | 880 | 667 | 35 | 1,582 | +213 Trump | 1,582 | +213 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| CHATTOOGA | 8064 | 1854 | 132 | 10,050 | +6,210 Trump | 10,050 | +6,210 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| CHEROKEE | 99590 | 42787 | 2450 | 144,827 | +56,803 Trump | 144,830 | +56,793 Trump | +10 Trump | +0.007% Trump | -3 | -0.002% |
| CLARKE | 14482 | 36006 | 842 | 51,330 | +21,524 Biden | 51,333 | +21,602 Biden | +78 Trump | +0.152% Trump | -3 | -0.006% |
| CLAY | 637 | 790 | 7 | 1,434 | +153 Biden | 1,434 | +153 Biden | +0 Biden | +0.000% Biden | 0 | 0.000% |
| CLAYTON | 15714 | 95232 | 1038 | 111,984 | +79,518 Biden | 112,344 | +79,663 Biden | +145 Trump | +0.129% Trump | -360 | -0.320% |
| CLINCH | 2105 | 747 | 12 | 2,864 | +1,358 Trump | 2,864 | +1,358 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| COBB | 165114 | 221816 | 6515 | 393,445 | +56,702 Biden | 393,746 | +56,387 Biden | +315 Biden | +0.080% Biden | -301 | -0.076% |
| COFFEE | 10578 | 4511 | 125 | 15,214 | +6,067 Trump | 15,214 | +6,067 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| COLQUITT | 11778 | 4189 | 119 | 16,086 | +7,589 Trump | 16,083 | +7,590 Trump | +1 Biden | +0.006% Biden | 3 | 0.019% |
| COLUMBIA | 50043 | 29197 | 1346 | 80,586 | +20,846 Trump | 80,579 | +20,777 Trump | +69 Trump | +0.086% Trump | 7 | 0.009% |
| COOK | 4900 | 2059 | 76 | 7,035 | +2,841 Trump | 7,035 | +2,841 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| COWETA | 51494 | 24219 | 1089 | 76,802 | +27,275 Trump | 76,799 | +27,291 Trump | +16 Biden | +0.021% Biden | 3 | 0.004% |
| CRAWFORD | 4428 | 1615 | 59 | 6,102 | +2,813 Trump | 6,102 | +2,813 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| CRISP | 4991 | 2989 | 66 | 8,046 | +2,002 Trump | 8,039 | +2,001 Trump | +1 Trump | +0.012% Trump | 7 | 0.087% |

| County | Risk-Limiting Audit Full Hand Count | | | | | Original Reporting | | Margin Diff | | Total Count Diff | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Trump | Biden | Jorgensen | Total | Margin | Total Votes | Margin | Raw # | % | Raw # | % |
| **DADE** | 6066 | 1261 | 107 | 7,434 | +4,805 Trump | 7,434 | +4,805 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **DAWSON** | 13398 | 2486 | 197 | 16,081 | +10,912 Trump | 16,081 | +10,912 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **DECATUR** | 6758 | 4779 | 90 | 11,627 | +1,979 Trump | 11,627 | +1,978 Trump | +1 Trump | +0.009% Trump | 0 | 0.000% |
| **DEKALB** | 58438 | 308769 | 4236 | 371,443 | +250,331 Biden | 370,711 | +249,771 Biden | +560 Biden | +0.151% Biden | 732 | 0.197% |
| **DODGE** | 5843 | 2172 | 56 | 8,071 | +3,671 Trump | 8,070 | +3,672 Trump | +1 Biden | +0.012% Biden | 1 | 0.012% |
| **DOOLY** | 2160 | 1910 | 35 | 4,105 | +250 Trump | 4,105 | +248 Trump | +2 Trump | +0.049% Trump | 0 | 0.000% |
| **DOUGHERTY** | 10412 | 24656 | 280 | 35,348 | +14,244 Biden | 35,305 | +14,127 Biden | +117 Biden | +0.331% Biden | 43 | 0.122% |
| **DOUGLAS** | 25446 | 42814 | 838 | 69,098 | +17,368 Biden | 69,097 | +17,358 Biden | +10 Biden | +0.014% Biden | 1 | 0.001% |
| **EARLY** | 2709 | 2451 | 28 | 5,188 | +258 Trump | 5,187 | +285 Trump | +27 Trump | +0.521% Trump | 1 | 0.019% |
| **ECHOLS** | 1256 | 167 | 18 | 1,441 | +1,089 Trump | 1,441 | +1,089 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **EFFINGHAM** | 23359 | 7713 | 492 | 31,564 | +15,646 Trump | 31,570 | +15,638 Trump | +8 Trump | +0.025% Trump | -6 | -0.019% |
| **ELBERT** | 6229 | 2878 | 66 | 9,173 | +3,351 Trump | 9,171 | +3,347 Trump | +4 Trump | +0.044% Trump | 2 | 0.022% |
| **EMANUEL** | 6556 | 2888 | 66 | 9,510 | +3,668 Trump | 9,501 | +3,667 Trump | +1 Trump | +0.011% Trump | 9 | 0.095% |
| **EVANS** | 2888 | 1324 | 35 | 4,247 | +1,564 Trump | 4,247 | +1,564 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **FANNIN** | 12170 | 2568 | 110 | 14,848 | +9,602 Trump | 14,850 | +9,598 Trump | +4 Trump | +0.027% Trump | -2 | -0.013% |
| **FAYETTE** | 38024 | 33111 | 975 | 72,110 | +4,913 Trump | 71,993 | +4,887 Trump | +26 Trump | +0.036% Trump | 117 | 0.163% |
| **FLOYD** | 28687 | 11853 | 512 | 41,052 | +16,834 Trump | 38,588 | +16,926 Trump | +92 Biden | +0.238% Biden | 2,464 | 6.385% |
| **FORSYTH** | 85142 | 42158 | 1995 | 129,295 | +42,984 Trump | 129,305 | +42,919 Trump | +65 Trump | +0.050% Trump | -10 | -0.008% |
| **FRANKLIN** | 9072 | 1589 | 102 | 10,763 | +7,483 Trump | 10,765 | +7,476 Trump | +7 Trump | +0.065% Trump | -2 | -0.019% |
| **FULTON** | 137620 | 381179 | 6494 | 525,293 | +243,559 Biden | 524,659 | +243,904 Biden | +345 Trump | +0.066% Trump | 634 | 0.121% |
| **GILMER** | 13429 | 2932 | 164 | 16,525 | +10,497 Trump | 16,525 | +10,497 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **GLASCOCK** | 1402 | 155 | 8 | 1,565 | +1,247 Trump | 1,566 | +1,248 Trump | +1 Biden | +0.064% Biden | -1 | -0.064% |
| **GLYNN** | 25630 | 15868 | 490 | 41,988 | +9,762 Trump | 41,984 | +9,737 Trump | +25 Trump | +0.060% Trump | 4 | 0.010% |
| **GORDON** | 19406 | 4383 | 244 | 24,033 | +15,023 Trump | 24,033 | +15,021 Trump | +2 Trump | +0.008% Trump | 0 | 0.000% |
| **GRADY** | 7049 | 3601 | 54 | 10,704 | +3,448 Trump | 10,707 | +3,415 Trump | +33 Trump | +0.308% Trump | -3 | -0.028% |
| **GREENE** | 7068 | 4088 | 91 | 11,247 | +2,980 Trump | 11,247 | +2,980 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **GWINNETT** | 167361 | 242490 | 5656 | 415,507 | +75,129 Biden | 413,865 | +75,414 Biden | +285 Trump | +0.069% Trump | 1,642 | 0.397% |
| **HABERSHAM** | 16636 | 3554 | 235 | 20,425 | +13,082 Trump | 20,432 | +13,074 Trump | +8 Trump | +0.039% Trump | -7 | -0.034% |
| **HALL** | 64246 | 25061 | 1336 | 90,643 | +39,185 Trump | 90,523 | +39,139 Trump | +46 Trump | +0.051% Trump | 120 | 0.133% |
| **HANCOCK** | 1154 | 2975 | 23 | 4,152 | +1,821 Biden | 4,165 | +1,826 Biden | +5 Biden | +0.120% Biden | -13 | -0.312% |
| **HARALSON** | 12331 | 1792 | 125 | 14,248 | +10,539 Trump | 14,248 | +10,539 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **HARRIS** | 14319 | 5456 | 215 | 19,990 | +8,863 Trump | 19,991 | +8,862 Trump | +1 Trump | +0.005% Trump | -1 | -0.005% |
| **HART** | 9466 | 3155 | 106 | 12,727 | +6,311 Trump | 12,727 | +6,307 Trump | +4 Trump | +0.031% Trump | 0 | 0.000% |
| **HEARD** | 4519 | 824 | 51 | 5,394 | +3,695 Trump | 5,391 | +3,692 Trump | +3 Trump | +0.056% Trump | 3 | 0.056% |
| **HENRY** | 48153 | 73359 | 1303 | 122,815 | +25,206 Biden | 122,742 | +25,089 Biden | +117 Biden | +0.095% Biden | 73 | 0.059% |
| **HOUSTON** | 41520 | 32262 | 1059 | 74,841 | +9,258 Trump | 74,823 | +9,302 Trump | +44 Biden | +0.059% Biden | 18 | 0.024% |
| **IRWIN** | 3131 | 1012 | 24 | 4,167 | +2,119 Trump | 4,168 | +2,126 Trump | +7 Biden | +0.168% Biden | -1 | -0.024% |
| **JACKSON** | 29507 | 7639 | 532 | 37,678 | +21,868 Trump | 37,670 | +21,855 Trump | +13 Trump | +0.035% Trump | 8 | 0.021% |
| **JASPER** | 5822 | 1760 | 61 | 7,643 | +4,062 Trump | 7,644 | +4,061 Trump | +1 Trump | +0.013% Trump | -1 | -0.013% |
| **JEFF DAVIS** | 4695 | 1028 | 48 | 5,771 | +3,667 Trump | 5,771 | +3,667 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |

| County | Risk-Limiting Audit Full Hand Count | | | | | Original Reporting | | Margin Diff | | Total Count Diff | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Trump | Biden | Jorgensen | Total | Margin | Total Votes | Margin | Raw # | % | Raw # | % |
| JEFFERSON | 3538 | 4059 | 43 | 7,640 | +521 Biden | 7,642 | +524 Biden | +3 Trump | 0.039% Trump | -2 | -0.026% |
| JENKINS | 2161 | 1266 | 28 | 3,455 | +895 Trump | 3,455 | +895 Biden | +0 Biden | 0.000% Biden | 0 | 0.000% |
| JOHNSON | 2849 | 1222 | 28 | 4,099 | +1,627 Trump | 4,100 | +1,628 Trump | +1 Biden | 0.024% Biden | -1 | -0.024% |
| JONES | 9940 | 4896 | 112 | 14,948 | +5,044 Trump | 14,966 | +5,077 Trump | +33 Biden | 0.220% Biden | -18 | -0.120% |
| LAMAR | 6331 | 2610 | 94 | 9,035 | +3,721 Trump | 9,039 | +3,715 Trump | +6 Trump | 0.066% Trump | -4 | -0.044% |
| LANIER | 2512 | 1016 | 48 | 3,576 | +1,496 Trump | 3,576 | +1,490 Trump | +6 Trump | 0.168% Trump | 0 | 0.000% |
| LAURENS | 14496 | 8071 | 161 | 22,728 | +6,425 Trump | 22,729 | +6,420 Trump | +5 Trump | 0.022% Trump | -1 | -0.004% |
| LEE | 12007 | 4558 | 149 | 16,714 | +7,449 Trump | 16,714 | +7,449 Trump | +0 Biden | 0.000% Biden | 0 | 0.000% |
| LIBERTY | 7960 | 13131 | 331 | 21,422 | +5,171 Biden | 21,389 | +5,140 Biden | +31 Biden | 0.145% Biden | 33 | 0.154% |
| LINCOLN | 3173 | 1431 | 38 | 4,642 | +1,742 Trump | 4,650 | +1,744 Trump | +2 Biden | 0.043% Biden | -8 | -0.172% |
| LONG | 3526 | 2037 | 96 | 5,659 | +1,489 Trump | 5,656 | +1,495 Trump | +6 Biden | 0.106% Biden | 3 | 0.053% |
| LOWNDES | 25727 | 20083 | 547 | 46,357 | +5,644 Trump | 46,355 | +5,574 Trump | +70 Trump | 0.151% Trump | 2 | 0.004% |
| LUMPKIN | 12163 | 3126 | 242 | 15,531 | +9,037 Trump | 15,531 | +9,037 Trump | +0 Biden | 0.000% Biden | 0 | 0.000% |
| MACON | 1799 | 2849 | 22 | 4,670 | +1,050 Biden | 4,662 | +1,074 Biden | +24 Trump | 0.515% Trump | 8 | 0.172% |
| MADISON | 11326 | 3411 | 200 | 14,937 | +7,915 Trump | 14,937 | +7,915 Trump | +0 Biden | 0.000% Biden | 0 | 0.000% |
| MARION | 2275 | 1311 | 38 | 3,624 | +964 Trump | 3,624 | +964 Trump | +0 Biden | 0.000% Biden | 0 | 0.000% |
| MCDUFFIE | 6146 | 4174 | 132 | 10,452 | +1,972 Trump | 10,455 | +2,001 Trump | +29 Biden | 0.277% Biden | -3 | -0.029% |
| MCINTOSH | 4018 | 2610 | 68 | 6,696 | +1,408 Trump | 6,696 | +1,404 Trump | +4 Trump | 0.060% Trump | 0 | 0.000% |
| MERIWETHER | 6524 | 4287 | 66 | 10,877 | +2,237 Trump | 10,877 | +2,237 Trump | +0 Biden | 0.000% Biden | 0 | 0.000% |
| MILLER | 2066 | 747 | 20 | 2,833 | +1,319 Trump | 2,835 | +1,317 Trump | +2 Trump | 0.071% Trump | -2 | -0.071% |
| MITCHELL | 4935 | 3995 | 33 | 8,963 | +940 Trump | 8,963 | +940 Trump | +0 Biden | 0.000% Biden | 0 | 0.000% |
| MONROE | 11058 | 4388 | 152 | 15,598 | +6,670 Trump | 15,592 | +6,676 Trump | +6 Biden | 0.038% Biden | 6 | 0.038% |
| MONTGOMERY | 2960 | 980 | 27 | 3,967 | +1,980 Trump | 3,966 | +1,981 Trump | +1 Biden | 0.025% Biden | 1 | 0.025% |
| MORGAN | 8227 | 3357 | 122 | 11,706 | +4,870 Trump | 11,707 | +4,875 Trump | +5 Biden | 0.043% Biden | -1 | -0.009% |
| MURRAY | 12943 | 2305 | 144 | 15,392 | +10,638 Trump | 15,389 | +10,641 Trump | +3 Biden | 0.019% Biden | 3 | 0.019% |
| MUSCOGEE | 30025 | 49493 | 986 | 80,504 | +19,468 Biden | 80,543 | +19,480 Biden | +12 Trump | 0.015% Trump | -39 | -0.048% |
| NEWTON | 23888 | 29787 | 577 | 54,252 | +5,899 Biden | 54,239 | +5,925 Biden | +26 Trump | 0.048% Trump | 13 | 0.024% |
| OCONEE | 16596 | 8160 | 411 | 25,167 | +8,436 Trump | 25,168 | +8,433 Trump | +3 Trump | 0.012% Trump | -1 | -0.004% |
| OGLETHORPE | 5592 | 2437 | 102 | 8,131 | +3,155 Trump | 8,131 | +3,157 Trump | +2 Biden | 0.025% Biden | 0 | 0.000% |
| PAULDING | 54512 | 29681 | 1154 | 85,347 | +24,831 Trump | 85,385 | +24,821 Trump | +10 Trump | 0.012% Trump | -38 | -0.045% |
| PEACH | 6513 | 5926 | 125 | 12,564 | +587 Trump | 12,545 | +582 Trump | +5 Trump | 0.040% Trump | 19 | 0.151% |
| PICKENS | 14087 | 2816 | 233 | 17,136 | +11,271 Trump | 17,116 | +11,267 Trump | +4 Trump | 0.023% Trump | 20 | 0.117% |
| PIERCE | 7900 | 1099 | 49 | 9,048 | +6,801 Trump | 9,048 | +6,799 Trump | +2 Trump | 0.022% Trump | 0 | 0.000% |
| PIKE | 9127 | 1504 | 88 | 10,719 | +7,623 Trump | 10,720 | +7,622 Trump | +1 Trump | 0.009% Trump | -1 | -0.009% |
| POLK | 13581 | 3647 | 149 | 17,377 | +9,934 Trump | 17,399 | +9,931 Trump | +3 Trump | 0.017% Trump | -22 | -0.126% |
| PULASKI | 2816 | 1231 | 37 | 4,084 | +1,585 Trump | 4,059 | +1,588 Trump | +3 Biden | 0.074% Biden | 25 | 0.616% |
| PUTNAM | 8291 | 3448 | 116 | 11,855 | +4,843 Trump | 11,855 | +4,843 Trump | +0 Biden | 0.000% Biden | 0 | 0.000% |
| QUITMAN | 604 | 497 | 5 | 1,106 | +107 Trump | 1,106 | +107 Trump | +0 Biden | 0.000% Biden | 0 | 0.000% |
| RABUN | 7473 | 1985 | 110 | 9,568 | +5,488 Trump | 9,568 | +5,490 Trump | +2 Biden | 0.021% Biden | 0 | 0.000% |
| RANDOLPH | 1391 | 1671 | 12 | 3,074 | +280 Biden | 3,074 | +280 Biden | +0 Biden | 0.000% Biden | 0 | 0.000% |

| County | Risk-Limiting Audit Full Hand Count | | | | | Original Reporting | | Margin Diff | | Total Count Diff | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Trump | Biden | Jorgensen | Total | Margin | Total Votes | Margin | Raw # | % | Raw # | % |
| **RICHMOND** | 26767 | 59142 | 1111 | 87,020 | +32,375 Biden | 87,016 | +32,343 Biden | +32 Biden | +0.037% Biden | 4 | 0.005% |
| **ROCKDALE** | 13129 | 31120 | 431 | 44,680 | +17,991 Biden | 44,686 | +18,232 Biden | +241 Biden | +0.539% Biden | -6 | -0.013% |
| **SCHLEY** | 1800 | 462 | 13 | 2,275 | +1,338 Trump | 2,275 | +1,338 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **SCREVEN** | 3936 | 2644 | 51 | 6,631 | +1,292 Trump | 6,628 | +1,255 Trump | +37 Trump | +0.558% Trump | 3 | 0.045% |
| **SEMINOLE** | 2613 | 1256 | 19 | 3,888 | +1,357 Trump | 3,884 | +1,357 Trump | +0 Biden | +0.000% Biden | 4 | 0.103% |
| **SPALDING** | 18057 | 11784 | 275 | 30,116 | +6,273 Trump | 30,116 | +6,273 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **STEPHENS** | 9369 | 2385 | 132 | 11,886 | +6,984 Trump | 11,885 | +6,983 Trump | +1 Trump | +0.008% Trump | 1 | 0.008% |
| **STEWART** | 802 | 1181 | 7 | 1,990 | +379 Biden | 1,990 | +381 Biden | +2 Trump | +0.101% Trump | 0 | 0.000% |
| **SUMTER** | 5715 | 6324 | 99 | 12,138 | +609 Biden | 12,150 | +586 Biden | +23 Biden | +0.189% Biden | -12 | -0.099% |
| **TALBOT** | 1392 | 2114 | 16 | 3,522 | +722 Biden | 3,522 | +722 Biden | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **TALIAFERRO** | 360 | 561 | 7 | 928 | +201 Biden | 928 | +201 Biden | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **TATTNALL** | 6055 | 2053 | 76 | 8,184 | +4,002 Trump | 8,183 | +3,992 Trump | +10 Trump | +0.122% Trump | 1 | 0.012% |
| **TAYLOR** | 2420 | 1388 | 34 | 3,842 | +1,032 Trump | 3,839 | +1,031 Trump | +1 Trump | +0.026% Trump | 3 | 0.078% |
| **TELFAIR** | 2822 | 1491 | 21 | 4,334 | +1,331 Trump | 4,333 | +1,338 Trump | +7 Biden | +0.162% Biden | 1 | 0.023% |
| **TERRELL** | 2009 | 2371 | 36 | 4,416 | +362 Biden | 4,416 | +372 Biden | +10 Biden | +0.226% Biden | 0 | 0.000% |
| **THOMAS** | 13027 | 8697 | 190 | 21,914 | +4,330 Trump | 21,853 | +4,246 Trump | +84 Trump | +0.384% Trump | 61 | 0.279% |
| **TIFT** | 10782 | 5323 | 177 | 16,282 | +5,459 Trump | 16,283 | +5,462 Trump | +3 Biden | +0.018% Biden | -1 | -0.006% |
| **TOOMBS** | 7873 | 2941 | 104 | 10,918 | +4,932 Trump | 10,914 | +4,933 Trump | +1 Biden | +0.009% Biden | 4 | 0.037% |
| **TOWNS** | 6385 | 1549 | 45 | 7,979 | +4,836 Trump | 7,979 | +4,834 Trump | +2 Trump | +0.025% Trump | 0 | 0.000% |
| **TREUTLEN** | 2101 | 952 | 24 | 3,077 | +1,149 Trump | 3,077 | +1,149 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **TROUP** | 18146 | 11582 | 328 | 30,056 | +6,564 Trump | 30,049 | +6,565 Trump | +1 Biden | +0.003% Biden | 7 | 0.023% |
| **TURNER** | 2349 | 1410 | 33 | 3,792 | +939 Trump | 3,792 | +939 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **TWIGGS** | 2366 | 2048 | 31 | 4,445 | +318 Trump | 4,444 | +326 Trump | +8 Biden | +0.180% Biden | 1 | 0.023% |
| **UNION** | 12652 | 2801 | 109 | 15,562 | +9,851 Trump | 15,560 | +9,850 Trump | +1 Trump | +0.006% Trump | 2 | 0.013% |
| **UPSON** | 8613 | 4199 | 96 | 12,908 | +4,414 Trump | 12,905 | +4,407 Trump | +7 Trump | +0.054% Trump | 3 | 0.023% |
| **WALKER** | 23155 | 5770 | 412 | 29,337 | +17,385 Trump | 29,354 | +17,405 Trump | +20 Biden | +0.068% Biden | -17 | -0.058% |
| **WALTON** | 37858 | 12612 | 570 | 51,040 | +25,246 Trump | 51,095 | +25,160 Trump | +86 Trump | +0.168% Trump | -55 | -0.108% |
| **WARE** | 9902 | 4174 | 117 | 14,193 | +5,728 Trump | 14,192 | +5,654 Trump | +74 Trump | +0.521% Trump | 1 | 0.007% |
| **WARREN** | 1168 | 1466 | 16 | 2,650 | +298 Biden | 2,651 | +303 Biden | +5 Biden | +0.189% Biden | -1 | -0.038% |
| **WASHINGTON** | 4670 | 4743 | 65 | 9,478 | +73 Biden | 9,459 | +67 Biden | +6 Biden | +0.063% Biden | 19 | 0.201% |
| **WAYNE** | 10001 | 2661 | 104 | 12,766 | +7,340 Trump | 12,778 | +7,300 Trump | +40 Trump | +0.313% Trump | -12 | -0.094% |
| **WEBSTER** | 749 | 639 | 3 | 1,391 | +110 Trump | 1,390 | +109 Trump | +1 Trump | +0.072% Trump | 1 | 0.072% |
| **WHEELER** | 1583 | 689 | 13 | 2,285 | +894 Trump | 2,285 | +894 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **WHITE** | 12222 | 2411 | 183 | 14,816 | +9,811 Trump | 14,816 | +9,811 Trump | +0 Biden | +0.000% Biden | 0 | 0.000% |
| **WHITFIELD** | 25666 | 10677 | 443 | 36,786 | +14,989 Trump | 36,746 | +14,966 Trump | +23 Trump | +0.063% Trump | 40 | 0.109% |
| **WILCOX** | 2403 | 861 | 16 | 3,280 | +1,542 Trump | 3,281 | +1,541 Trump | +1 Trump | +0.030% Trump | -1 | -0.030% |
| **WILKES** | 2822 | 2161 | 47 | 5,030 | +661 Trump | 5,029 | +663 Trump | +2 Biden | +0.040% Biden | 1 | 0.020% |
| **WILKINSON** | 2667 | 2067 | 31 | 4,765 | +600 Trump | 4,770 | +589 Trump | +11 Biden | +0.231% Biden | -5 | -0.105% |
| **WORTH** | 6829 | 2398 | 60 | 9,287 | +4,431 Trump | 9,285 | +4,435 Trump | +4 Biden | +0.043% Biden | 2 | 0.022% |

| County | Risk-Limiting Audit Full Hand Count | | | | | | Original Reporting | | | Margin Diff | | | Total Count Diff | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Trump | Biden | Jorgensen | Total | Margin | | Total Votes | Margin | | Raw # | % | | Raw # | % |
| **TOTALS** | **2,462,857** | **2,475,141** | **62,587** | **5,000,585** | **+12,284 Biden** | | **4,995,323** | **+12,780 Biden** | | **+496 Trump** | **+0.0099% Trump** | | **5,262** | **0.1053%** |

EXHIBIT

2

**Cynthia Willingham**

| | |
|---|---|
| **From:** | Cynthia Willingham |
| **Sent:** | Tuesday, June 02, 2020 12:24 PM |
| **To:** | Scott Tucker |
| **Cc:** | Chris Harvey; Rayburn, Kevin |
| **Subject:** | Problems Scanning Election Ballots |
| **Attachments:** | icc error message.jpg |

## URGENT ASSISTANCE NEEDED

**Good Day All, your immediate help is needed with addressing the error we're getting in Scanning the Ballots on the ICC.  The Invalid Ballot Error Message is attached.**

**We have made several attempts in calling Dominion with no resolution.  It is imperative that someone timely be available to assist Counties with addressing issues with the New Voting System.  This problem was not experienced during L&A.  We have tried, re-loading the tabulator files , re-creating the files, to no avail.**

**We have no choice but to await a response from Dominion on resolving this problem; however, it is disappointing regarding the response time we have received.  It should not take several hours to get a response.**

**Thanks and you may contact me on my cellphone at (404) 409.7955.**

**Cynthia Willingham, Supervisor of Elections**
**Rockdale County Board of Elections**
**Ph. (770) 278-7333**
**Fax (770) 785-5932**
**"Your Voice...Your Choice...Your Vote"**

1

Rockdale000919

**Cynthia Willingham**

| | |
|---|---|
| **From:** | Cynthia Willingham |
| **Sent:** | Tuesday, June 09, 2020 10:11 PM |
| **To:** | Scott Tucker; Chris Harvey; Rayburn, Kevin |
| **Cc:** | Hill, Brian |
| **Subject:** | Production of Election Results |

**Hello all, I wish I could say good day….Since just after 7pm, we have been attempting to pull over the By Mail Ballots to RTR to no avail…The Regional Manager has been here on site for at least 2 hours and still no results.  I have observed the Regional Manager speaking with Mitch…still no results…NOW I am reaching out to you…Everyone is asking where are the results for mail ballots…I have no answers…I'm sending this email out to you, praying you will be able to assist.  You may call me on my cellphone 404.409.7955.**

**Cynthia Willingham, Supervisor of Elections**
**Rockdale County Board of Elections**
**Ph. (770) 278-7333**
**Fax (770) 785-5932**
**"Your Voice…Your Choice…Your Vote"**

1

2

Rockdale000920

**Cynthia Willingham**

| | |
|---|---|
| **From:** | Cynthia Willingham |
| **Sent:** | Wednesday, June 10, 2020 12:53 AM |
| **To:** | Cynthia Willingham |
| **Cc:** | Aldren Sadler, Sr.; gerald barger; Karen James (karenjames2507@yahoo.com) |
| **Subject:** | Rockdale Election Results |
| **Attachments:** | ROCKDALE UNOFFICIAL_INCOMPLETE ELECTION RESULTS  6_9_20 Election.pdf |

Hello Everyone, the Board of Elections and I would like to again thank you for your patience as we work through issues, at no fault of ours, in producing election results of the June 9th election.  We are committed to getting you results as soon as they are available to us.

Attached is the latest of what we have been able to pull from the tabulation system.  These results includes, Dem+Rep+NP Votes (see the last page of the results) as follows:  7,895 Election Day Votes; 5,516 Advance In-Person Votes; and 2,906 Absentee By Mail Votes (this is just a portion of the Absentee by Mail Votes).  Total Votes so far – 16,317 Votes.

We are still unable to produce all of the By Mail Votes.  We will try again tomorrow.

Thanks again.


Cynthia Willingham, Supervisor of Elections
Rockdale County Board of Elections
Ph. (770) 278-7333
Fax (770) 785-5932
"Your Voice...Your Choice...Your Vote"

3

Rockdale000921

**Cynthia Willingham**

| | |
|---|---|
| **From:** | Cynthia Willingham |
| **Sent:** | Wednesday, June 10, 2020 1:32 AM |
| **To:** | Cynthia Willingham |
| **Cc:** | Aldren Sadler, Sr.; gerald barger; Karen James (karenjames2507@yahoo.com) |
| **Subject:** | Rockdale Election Results |
| **Attachments:** | ROCKDALE COUNTY UNOFFICIAL AND INCOMPLETE ELECTION RESULTS 6_9_20.pdf |

Hello Again Everyone, FINALLY…WE HAVE SOME NUMBERS.  PLEASE NOTE, THESE NUMBERS ARE UNOFFICIAL UNTIL THEY ARE RECONCILED AND CERTIFIED BY THE BOARD OF ELECTIONS.  ALSO, WE STILL HAVE MORE ABSENTEE BY MAIL BALLOTS THAT HAVE TO BE VALIDATED BEFORE THEY CAN BE ACCEPTED AND COUNTED (APPROXIMATELY 600).  PROVISIONAL BALLOTS WILL BE VALIDATED BEGINNING TOMORROW (WEDNESDAY) AND COUNTED ON FRIDAY, JUST 12TH.

AS IT STANDS RIGHT NOW, WE HAVE LOCAL RUNOFF ELECTIONS FOR:  CLERK OF COURTS AND BOARD OF EDUCATION POST 5.

THANK EACH OF YOU…AND CONGRATS TO ALL!

Cynthia Willingham, Supervisor of Elections
Rockdale County Board of Elections
Ph. (770) 278-7333
Fax (770) 785-5932
"Your Voice…Your Choice…Your Vote"

4

Rockdale000922

**Cynthia Willingham**

| | |
|---|---|
| **From:** | Cynthia Willingham |
| **Sent:** | Wednesday, June 10, 2020 1:40 AM |
| **To:** | Cynthia Willingham |
| **Cc:** | Elsie Roy; Renee Phifer; Samantha Roseberry; 'Linda James Rockdale County Elections'; 'kamekegrahamrockdalecounty@gmail.com' |
| **Subject:** | Rockdale June 9 2020 Election Results |
| **Attachments:** | ROCKDALE COUNTY UNOFFICIAL AND INCOMPLETE ELECTION RESULTS 6_9_20.pdf |

Good Morning Everyone, as you all know, there were delays in producing the Election Results from the June 9th General Primary/Nonpartisan/Special and PPP Elections.  Well, after several hours, we finally have numbers, per the attached.  Please note, these results are unofficial and incomplete.  We still have approximately 600 absentee by mail ballots to validate, military ballots and an unknown number of provisional ballots to validate.  We will do a final count of votes on Friday, June 12th.  We will let you know the time as soon as it is determined.

As of this email, there are two local potential runoff elections: Clerk of Courts and Board of Education Post 5.

Thanks to each of you for your patience and understanding, while we work through learning the new voting system.  Please let us know if you have any questions.

# To confirm your voter registration and where to vote visit:
- **Secretary of State My Voter Page: www.mvp.sos.ga.gov**
- **Download the Georgia Votes App: GA Votes**
- **Contact the Rockdale Board of Elections Office:**
**1261 Commercial Drive, SW, Suite B, Phone: (770) 278-7333**
**Website: www.rockdalecountyga.gov**

Thank you in advance for your part in making voting in our County a SUCCESS!  Should you have any questions, please do not hesitate to contact us.

**NOTE:  IF YOU WISH TO BE REMOVED FROM THIS LIST, PLEASE LET US KNOW.**

**Cynthia Willingham, Supervisor of Elections**
**Rockdale County Board of Elections**
**Ph. (770) 278-7333**
**Fax (770) 785-5932**
**"Your Voice…Your Choice…Your Vote"**

5

Rockdale000923

**Cynthia Willingham**

| | |
|---|---|
| **From:** | Cynthia Willingham |
| **Sent:** | Thursday, June 11, 2020 1:31 PM |
| **To:** | Scott Tucker; Chris Harvey; Rayburn, Kevin |
| **Cc:** | Aldren Sadler, Sr.; gerald barger; Karen James (karenjames2507@yahoo.com) |
| **Subject:** | Additional Training Needed - Tech and Regional Manager |

**Good Day All, I will be brief, I am not sure if you are aware of the problem experienced in Rockdale County in producing by mail election results on Election Night.  Immediately at 7pm on Election Night our tech, Allan, attempted to pull the by mail ballots scanned from ICC over into RTR...it did not work.  For some unknown reason, all batches were not coming over into RTR.  Allan contacted Stephanie, the Regional Manager, she attempted to assist via text and phone, to no avail.  Stephanie arrived at our office to further assist (I am not sure of the time but it was before 8pm).  At one point, early on, I saw Allan facetiming with Mitch.  The problem was not resolved until 1:00am, by this time, out of frustration, all candidates had left except one.  It should not have taken 6 hours to produce these results...but it did...why?  I spoke with Scott on Saturday, June 6th, I again expressed concerns and were given assurances by Scott that the Tech would have all that is needed to support us on Election Night...that did not happen.**

**I sent an email to each of you on June 2nd expressing my concerns with scanning of ballots; I sent an email to each of you Election Night requesting assistance, no response to my email.**

**I am making the following request, with hopes that I will get a timely response.  REQUEST:  The Rockdale Board of Elections and I are requesting that the Tech and Regional Manager be immediately provided with additional training on the ICC and RTR.  This training needs to be provided prior to us beginning the L&A preparations for the Runoff Election, so that we can practice the procedures in preparation for the runoff election (ensuring we are prepared and ready on Election Night).  As Scott knows, during the scanning of the by mail ballots last week, our Tech, purged the scanned ballots, not once, but twice on two different days.  We had to start over and rescan**

6

Rockdale000924

the ballots, because our Tech, did not know to back up the scanned batches.  This is primarily due to a lack of training.  I requested from Scott, a checklist that the Techs should follow, so that I can ensure that we are doing what's needed to be able to produce results timely on Election Night.  This is our reason for stating more training is needed to prevent these issues from reoccurring for the runoff election.

Chris, per your Buzz request this morning, at a later date, I will be providing a detailed report of things that went well and those we can improve upon.

We just want to ensure that we are all doing all we can to ensure elections are successful in Rockdale County and our great State.

Thank each of you and I look forward to your response to this request.

Cynthia Willingham, Supervisor of Elections
Rockdale County Board of Elections
Ph. (770) 278-7333
Fax (770) 785-5932
"Your Voice...Your Choice...Your Vote"

7

Rockdale000925

EXHIBIT

3

Fulton  Nov. 3

### Election Day

| Precinct | Trump | | | Biden | | | Jorgensen | | |
|---|---|---|---|---|---|---|---|---|---|
| | Original Machine Count | Recount Machine Count | Hand Count Audit | Original Machine Count | Recount Machine Count | Hand Count Audit | Original Machine Count | Recount Machine Count | Hand Count Audit |
| 06J/ Missett | 46 | 46 | Not available | 73 | 72 | not available | 7 | 7 | not available |
| 06L1/ Forney | 24 | 24 | Not available | 27 | 27 | not available | 2 | 2 | not available |
| 08H/ Martin | 90 | 90 | 90 | 42 | 42 | 42 | 5 | 5 | 5 |
| SS06/ Nakamura | 51 | 51 | Not available | 38 | 38 | not available | 2 | 2 | not available |
| SS11D/ Roberts | 21 | 21 | not available | 6 | 6 | not available | 0 | 0 | not available |

### Early Voting

| Precinct | Trump | | Biden | | Jorgensen | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Original Machine Count | Recount Machine Count | Original Machine Count | Recount Machine Count | Original Machine Count | Recount Machine Count | | | |
| 06J/ Missett | 198 | 198 | 1036 | 1033 | 15 | 15 | | | |
| 06L1/ Forney | 96 | 96 | 366 | 365 | 6 | 6 | | | |
| 08H/ Martin | 654 | 653 | 574 | 569 | 6 | 6 | | | |
| SS06/ Nakamura | 401 | 399 | 413 | 412 | 7 | 7 | | | |
| SS11D/ Roberts | 94 | 94 | 93 | 93 | 4 | 4 | | | |

### Mail Ballots

| Precinct | Trump | | Biden | | Jorgensen | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Original Machine Count | Recount Machine Count | Original Machine Count | Recount Machine Count | Original Machine Count | Recount Machine Count | | | |
| 06J/ Missett | 85 | 85 | 785 | 789 | 8 | 8 | | | |
| 06L1/ Forney | 42 | 43 | 232 | 234 | 2 | 2 | | | |
| 08H/ Martin | 224 | 224 | 483 | 478 | 1 | 1 | | | |
| SS06/ Nakamura | 147 | 147 | 288 | 284 | 7 | 7 | | | |
| SS11D/ Roberts | 30 | 29 | 73 | 74 | 4 | 4 | | | |