SKOGLUND DECLARATION

FILED UNDER SEAL

SEE DOCUMENT 1561