# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONNA CURLING, ET AL.,
Plaintiffs,

v.

BRIAN KEMP, ET AL.,
Defendants.

Civil Action No. 1:17-CV-2989-AT

## DECLARATION OF B. JOY WASSON

B. Joy Wasson declares, under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. My name is B. Joy Wasson.
2. I am over the age of 18 and competent to testify if called on to do so. I have personal knowledge of the facts reported herein.
3. This Declaration supplements my previous declaration of July 30, 2020 (Doc. 755, Ex. 2).
4. I am a registered voter in DeKalb County, Georgia, and a member of the Coalition for Good Governance.

Absentee Ballots Necessary but Problematic

certain disadvantages of voting by mail ballot on an auditable ballot and deposit it in a drop box close to Election Day.

15. One of the serious disadvantages of voting by mail ballot is the legal prohibition on voting a mail ballot on Election Day. In fact the balloting materials I receive in the mail from DeKalb County contain a warning notice (Exhibit 1) in red capital letters saying:

> "ALTHOUGH GEORGIA LAW PROHIBITS ANYONE FROM VOTING AN ABSENTEE BALLOT ON PRIMARY OR ELECTION DAY, IT DOES NOT PROHIBIT A PERSON FROM MAILING AN ABSENTEE BALLOT WHICH HAS ALREADY BEEN VOTED ON THAT DAY;"

Not being permitted to vote a mail ballot with the most current information is a disadvantage I must accept to vote an auditable hand marked paper ballot.

16. Another disadvantage of voting by mail is the necessity of tracking my ballot through the process on my MVP page, to determine if my application has been received, accepted, ballot issued, and then received once I return it. Ballot issuance and receipt accounting has been delayed and error prone in DeKalb County quite frequently based on my personal observations, so I carefully monitor the progress of my ballot, making the effort to review my MVP record multiple times. Unfortunately, applications are not always processed timely and ballots are not always issued as I have seen often and experienced firsthand for the Dec 1st run off. Voting in my neighborhood polling place on Election Day would be far less trouble.