# EXHIBIT 53

Message

| | |
|---|---|
| **Sent**: | 12/30/2020 5:41:04 PM |
| **To**: | Chris Harvey [wharvey@sos.ga.gov] |
| **Subject**: | FW: 2020 Rule 590-8-3 Attestation and Assessment v 3.2 |
| **Attachments**: | Voter Registration Certificate.pdf |

--

**C. Ryan Germany**
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
rgermany@sos.ga.gov



------------------------------------------------------------------------------------
This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Thompson, Tori <tthompson@sos.ga.gov>
**Sent:** Wednesday, December 30, 2020 11:54 AM
**To:** Germany, Ryan <rgermany@sos.ga.gov>
**Subject:** RE: 2020 Rule 590-8-3 Attestation and Assessment v 3.2

Here is the attached signed certificate with a Georgia seal as well.

**Tori Thompson**
*Executive Assistant*
*Georgia Secretary of State – Brad Raffensperger*
214 State Capitol
Atlanta, GA  30334
Office: 470-312-2801
Cell: 470-572-7793
tthompson@sos.ga.gov



**From:** Germany, Ryan <rgermany@sos.ga.gov>
**Sent:** Wednesday, December 30, 2020 7:14 AM
**To:** Thompson, Tori <tthompson@sos.ga.gov>
**Subject:** FW: 2020 Rule 590-8-3 Attestation and Assessment v 3.2

Tori—can you autopen this today and send me the signed version?

Exhibit 0016

Confidential

STATE-DEFENDANTS-00153091

Thanks,
Ryan

--

**C. Ryan Germany**
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
rgermany@sos.ga.gov



---------------------------------------------------------------------------------------

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Raffensperger, Brad <brad@sos.ga.gov>
**Sent:** Tuesday, December 29, 2020 4:42 PM
**To:** Germany, Ryan <rgermany@sos.ga.gov>
**Cc:** Fuchs, Jordan <jfuchs@sos.ga.gov>; Gabe_ Sterling <sterlinginnovative@gmail.com>; Thompson, Tori <tthompson@sos.ga.gov>; Beaver, Merritt <mbeaver@sos.ga.gov>
**Subject:** Re: 2020 Rule 590-8-3 Attestation and Assessment v 3.2

Approved

Get Outlook for iOS

---

**From:** Germany, Ryan <rgermany@sos.ga.gov>
**Sent:** Tuesday, December 29, 2020 4:14:21 PM
**To:** Raffensperger, Brad <brad@sos.ga.gov>
**Cc:** Fuchs, Jordan <jfuchs@sos.ga.gov>; Gabe_ Sterling <sterlinginnovative@gmail.com>; Thompson, Tori <tthompson@sos.ga.gov>; Beaver, Merritt <mbeaver@sos.ga.gov>
**Subject:** FW: 2020 Rule 590-8-3 Attestation and Assessment v 3.2

Mr. Secretary,

See attached and below. Dave Hamilton (our Chief Information Security Officer), Merritt, and I agree that we are in compliance with the rule regarding security of the voter registration system. If you approve, we will get the attached certification signed.

Thanks,
Ryan

--

**C. Ryan Germany**
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230

rgermany@sos.ga.gov



---------------------------------------------------------------------------------------

This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Beaver, Merritt <mbeaver@sos.ga.gov>
**Sent:** Tuesday, December 29, 2020 2:28 PM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Fuchs, Jordan <jfuchs@sos.ga.gov>
**Cc:** Gabe_ Sterling <sterlinginnovative@gmail.com>
**Subject:** RE: 2020 Rule 590-8-3 Attestation and Assessment v 3.2

I have reviewed and am OK that we comply with the rule 590-8-3 and the Secretary can signoff on this years assessment

S. Merritt Beaver
*Chief Information Officer*
*Georgia Secretary of State*
*Office (470) 312-2727  Mobile: (770)330-0016*
mbeaver@sos.ga.gov

**From:** Hamilton, Dave <dhamilton@sos.ga.gov>
**Sent:** Sunday, December 27, 2020 1:31 PM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Beaver, Merritt <mbeaver@sos.ga.gov>
**Cc:** Fuchs, Jordan <jfuchs@sos.ga.gov>; Gabe_ Sterling <sterlinginnovative@gmail.com>
**Subject:** Re: 2020 Rule 590-8-3 Attestation and Assessment v 3.2

Here is the latest 3.2 version, as more data and artifacts have become available since the initial version.   The "Final 3.1" version can be trashed.

Regards,
Dave


**David Hamilton –** CISSP, C|CISO, CISM, CDPSE, CRISC, HCISPP
*Chief Information Security Officer*
Office of Georgia Secretary of State
2 Martin Luther King Jr. Dr. SE,
Atlanta, GA  30334
P: 470.312.2649
C:404-229-7830
**dhamilton@sos.ga.gov**



**From:** "Germany, Ryan" <rgermany@sos.ga.gov>
**Date:** Friday, December 25, 2020 at 3:18 PM
**To:** David Hamilton <dhamilton@sos.ga.gov>, "Beaver, Merritt" <mbeaver@sos.ga.gov>
**Cc:** "Fuchs, Jordan" <jfuchs@sos.ga.gov>, Gabe_ Sterling <sterlinginnovative@gmail.com>
**Subject:** RE: 2020 Rule 590-8-3 Attestation and Assessment

Good to talk to both of you today and Merry Christmas! Once y'all both give me the okay, I am going to ask the Secretary to sign the attached certification (with updated dates). As Dave and I discussed, the legal standard we are certifying to is that the system "is being maintained in a manner consistent with" the rule. The fact that there are things on that list where we are making improvements to ensure continued and full compliance means that we are maintaining the system in a manner consistent with the rule. That is the case even if there are things we need to improve. In fact—that's the point of the rule—ensuring continuing improvements. Thanks again to both of you for everything you are doing to ensure the security of all of our systems.

Thanks,
Ryan

--

C. Ryan Germany
*Georgia Secretary of State*
Direct: 470-312-2808
Cell: 678-672-9230
rgermany@sos.ga.gov



-----------------------------------------------------------------------------------------
This message is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Germany, Ryan <rgermany@sos.ga.gov>
**Sent:** Friday, December 25, 2020 1:34 PM
**To:** Hamilton, Dave <dhamilton@sos.ga.gov>; Beaver, Merritt <mbeaver@sos.ga.gov>
**Subject:** Re: 2020 Rule 590-8-3 Attestation and Assessment

We need to discuss this ASAP. Last year, IT told us we met all of these items. Not acceptable to go backwards.

—
Ryan Germany
678-672-9230

---

**From:** Hamilton, Dave <dhamilton@sos.ga.gov>
**Sent:** Thursday, December 24, 2020 6:56:44 PM

**To:** Beaver, Merritt <mbeaver@sos.ga.gov>; Germany, Ryan <rgermany@sos.ga.gov>
**Subject:** 2020 Rule 590-8-3 Attestation and Assessment

Civix just got me the last two artifacts for this, I dislike that fact that they "self-assessed" but it is what it is – they apparently have never completed a Security Risk Assessment – at least not for this PCC division.   We need to obviously have to get them to produce proof of adherence for 2021, I put Calvin on notice I was coming on-site in 2021 – he understands why.

Hope this suffices – I did my level best to Meet all of these items, not sure how James ever signed this with a straight face.  But it's more important to be transparent and know where we really are – so next year we can hit all the marks without fail.

Let me know if this looks ok – or if there is content I need to add.

Merry Christmas !!!!

Regards,
Dave


**David Hamilton –** CISSP, C|CISO, CISM, CDPSE, CRISC, HCISPP
*Chief Information Security Officer*
Office of Georgia Secretary of State
2 Martin Luther King Jr. Dr. SE,
Atlanta, GA  30334
P: 470.312.2649
C:404-229-7830
dhamilton@sos.ga.gov

