# EXHIBIT 55

## PROVISIONALLY FILED UNDER SEAL