# EXHIBIT 58

| | |
|---|---|
| **From:** | Cathi Smothers |
| **To:** | Election Center |
| **Subject:** | RE: Muscogee Help Please RE: [EXTERNAL] RE: Database Corrections |
| **Date:** | Thursday, April 2, 2020 5:36:00 PM |
| **Attachments:** | |

You know what – I guess these two combos really don't get either district. I looked back at the 2018 GEMS db and they are the only two in there with no assignments to the County Council or School Board.

I thought that was a mistake or reporting error but I guess not. So I'm going to move ahead and remove the district assignments.

**From:** Election Center <ElectionCenter@sos.ga.gov>
**Sent:** Thursday, April 2, 2020 5:11 PM
**To:** Cathi Smothers <cathi.smothers@dominionvoting.com>
**Cc:** Election Center <ElectionCenter@sos.ga.gov>
**Subject:** RE: Muscogee Help Please RE: [EXTERNAL] RE: Database Corrections

I tried to call the county, no answer. I will send them an email and hopefully we can get an answer in the morning.

Denise

**From:** Cathi Smothers [mailto:cathi.smothers@dominionvoting.com]
**Sent:** Thursday, April 2, 2020 5:00 PM
**To:** Election Center <ElectionCenter@sos.ga.gov>
**Subject:** Muscogee Help Please RE: [EXTERNAL] RE: Database Corrections

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Can you tell me what Council and School Board districts combos 232 and 233 belong in for Muscogee?

| County Name | Precinct Name | Combo # | Vote Center ID | CONG | SEN | HOUSE | JUD | COM | SCH | MUN |
|---|---|---|---|---|---|---|---|---|---|---|
| MUSCOGEE | OUR LADY OF LOURDES | 00232 | 106061 | 002 | 015 | 136 | CHAT | | | 000 |
| MUSCOGEE | OUR LADY OF LOURDES | 00233 | 106061 | 002 | 015 | 135 | CHAT | | | 000 |
| MUSCOGEE | MT PILGRIM | 00205 | 106063 | 002 | 015 | 136 | CHAT | 4 | 4 | 000 |
| MUSCOGEE | MT PILGRIM | 00206 | 106063 | 002 | 015 | 136 | CHAT | 4 | 4 | 000 |

**From:** Election Center <ElectionCenter@sos.ga.gov>
**Sent:** Tuesday, March 31, 2020 11:21 AM
**To:** Cathi Smothers <cathi.smothers@dominionvoting.com>
**Cc:** Election Center <ElectionCenter@sos.ga.gov>
**Subject:** FW: [EXTERNAL] RE: Database Corrections

Corrections for Muscogee County

**From:** Nancy Boren <NBoren@columbusga.org>
**Sent:** Tuesday, March 31, 2020 11:19 AM
**To:** Election Center <ElectionCenter@sos.ga.gov>
**Subject:** Re: [EXTERNAL] RE: Database Corrections

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

School Board 7 should appear:

Columbus Tech 107 - Combo 202

Cusseta 110 - Combo 202

Epworth 124 - Combo 202

First African 122 - Combo 202

Dominion027284

Gallops 125 - Combo 202
Our Lady of Lourdes 112 - Combo 202
Wynnton 101 - Combo 202
Epworth 124 - Combo 216
Also in the associated "9" combos


Council 4 should appear:
Canaan 115 - Combo 206
Mt. Pilgrim 113 - Combo 206
St John 103 - Combo 206
Canaan 115 - Combo 214
Faith 114 - Combo 214
Holsey 116 - Combo 214
Also in the associated "9" combos


School Board 7 is not in combo 202, 232, 216, 207, 211 (associated "9" combos also)
School Board 3 or 7 does not appear in combo 233 or 232 (associated "9" combos also)


Nancy

---

**From:** Election Center <ElectionCenter@sos.ga.gov>
**Sent:** Tuesday, March 31, 2020 10:46 AM
**To:** Nancy Boren <NBoren@columbusga.org>
**Subject:** [EXTERNAL] RE: Database Corrections

It will be easier for us if you can tell us the Combos/precincts that need SB Dist 7 and which one do not.

Which ones need City County 4 and which do not

Who doesn't need SB Dist 3

---

**From:** Nancy Boren <NBoren@columbusga.org>
**Sent:** Tuesday, March 31, 2020 10:44 AM
**To:** Election Center <ElectionCenter@sos.ga.gov>
**Subject:** Database Corrections

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Database corrections:

Ballot 6: Missing School District 7
Ballot 7: Missing School District 7
Ballot 8: Missing School District 7
Ballot 12: Combo 9233 is not in District 3
Ballot 13: Combo 9233 is not in District 3
Ballot 14: Combo 9233 is not in District
Ballot 17: Missing School District 7 (combo 9232 doesn't get school 7)
Ballot 18: Missing School District 7 (combo 9232 doesn't get school 7)
Ballot 19: Missing School District 7
Ballot 23: Add Council District 4
Ballot 30: Add Council District 4
Ballot 31: Add Council District 4
Ballot 32: Add Council District 4

Ballot 34: Add Council District 4
Ballot 35: Add Council District 4
Ballot 36: Add Council District 4
Ballot 38: Delete School District 7
Ballot 39: Delete School District 7
Ballot 47: Delete School District 7
Ballot 48: Delete School District 7
Ballot 49: Delete School District 7
Ballot 61: Delete School District 7
Ballot 62: Delete School District 7
Ballot 63: Delete School District 7
Ballot 64: Delete School District 7
Ballot 69: Add Council District 4
Ballot 70: Add Council District 4
Ballot 124: Add School District 7
Ballot 127: Add School District 7
Ballot 128: Add School District 7

Please let me know if you have any questions.

Nancy

Nancy Boren

Director

Elections and Registration

nboren@columbusga.org

706-653-4392 (Office)

706-225-4394 (Fax)

Dominion027286