# EXHIBIT 60

| | |
|---|---|
| **Message** | |
| **From:** | Harvey, Chris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3F1F603CA29F4E62874AD7949BCD384B-HARVEY, CHR] |
| **Sent:** | 11/13/2020 5:44:31 PM |
| **To:** | Evans, Blake [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a09e743410f9426790ae196aa7f44db8-Evans, Blak] |
| **Subject:** | RE: |

Yes.

## Chris Harvey
*Elections Director*
Georgia Secretary of State

**Main**
**Cell**



---

**From:** Evans, Blake <bevans@sos.ga.gov>
**Sent:** Friday, November 13, 2020 10:49 AM
**To:** Harvey, Chris <wharvey@sos.ga.gov>
**Cc:** Watson, Frances <fwatson@sos.ga.gov>
**Subject:** RE:

You mean Carter?

## Blake Evans
*Deputy Elections Division Director*
Georgia Secretary of State

**Direct**
**Cell:**



---

**From:** Harvey, Chris <wharvey@sos.ga.gov>
**Sent:** Friday, November 13, 2020 10:17 AM
**To:** Evans, Blake <bevans@sos.ga.gov>
**Cc:** Watson, Frances <fwatson@sos.ga.gov>
**Subject:** FW:

Can we get Jason to make sure these ballots were accounted for?

## Chris Harvey
*Elections Director*
Georgia Secretary of State

Main
Cell



**From:** Watson, Frances <fwatson@sos.ga.gov>
**Sent:** Thursday, November 12, 2020 4:19 PM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Barron, Richard L. <Richard.Barron@fultoncountyga.gov>; Fuchs, Jordan <jfuchs@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Subject:**

-----Original Message-----
From: ElectionsComplaintAlerts@sos.ga.gov [mailto:ElectionsComplaintAlerts@sos.ga.gov]
Sent: Wednesday, November 11, 2020 3:34 PM
To: electionscomplaints <electionscomplaints@sos.ga.gov>
Subject: Elections Complaint from Michael D Hunckler

Name:  Michael D Hunckler
Phone:
Address:
City:  Atlanta
State:  GA
Zip Code:  30308
E-mail:
Complaint Type: Poll Worker Problem
Election Date:
County: Fulton
City:

Description of Complaint:  I was a poll worker (clerk) at ML03 & ML07A/B precinct on November 3, 2020. During a severely delayed and protracted closing of our precinct, we did not have the keys to the main scanner and we could not access the ballots inside the scanner. The scanner contained about 400-500 ballots and was unsecured and left at the precinct. Our manager said she would report the incident to Fulton County, but upon follow-up with her, she said she did not report the ballots. To my knowledge, the ballots may still be inside the scanner. Also, while attempting to transport all materials (provisional ballots, scanned ballots, etc) from our precinct to the county office on election night, she could not fit many of the suitcases into her car, so we loaded the remainder of the suitcases (about 5) into my truck. She refused to provide me the address that we were going to and instead asked me to follow her. Instead of going to the county office as she told me, she drove home instead to clean up and to my knowledge, take a shower. I arrived at her home and insisted that we go to the county office, but we were there for 15 minutes while ballots were unsecured in my truck and her car. She asked me to carry a large box of food from her car into her house, which I did. Her mother was also present in the car and walked into the house with me. While I do not have reason to suspect anything happened to the ballots, I am concerned by the disregard for ballot safety and transport. After 15 minutes, we finally left their house and proceeded to the county office to submit the materials.


Frances Watson

*Chief Investigator*
*Investigations Division*
*Georgia Secretary of State*
Main
Cell:



Confidential

STATE-DEFENDANTS-00101384
STATE-DEFENDANTS-00101382