# EXHIBIT 61

Message

| | |
|---|---|
| **From:** | Nick Salsman (Basecamp) [notifications@3.basecamp.com] |
| **Sent:** | 8/14/2020 8:45:33 PM |
| **To:** | Hamilton, Dave [/o=SOS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1f184986d45c4fc1be9d3ea7a3bb068c-Hamilton, Dave] |
| **Subject:** | (Elections Center- Infrastructure Server ) Proposed changes |

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

MicroSemi NTP server racked but powered off – comment made that the "private" domain is off an hour – sometimes two : ( must wreak havoc with apps and SQL

NTP device is now functional

-       Access to environment is simple username and password – no MFA – strongly recommended – however finesse in implementation due to it's isolation requirement

RSA tokens have been ordered and received to be able to facilitate 2FA when ready.

-       Legacy 1998 Application – Gems – now defunct. Now supported by Dominion

Will stay in place

-       New "Democracy Suite" – Dominion – Windows 10 based client, unsure about supporting backend requirements other than SQL Server 2005?? – confirm version build level

Supports SQL Express in Win10 client config, this planned config. SQL Express installs per Win10 VM.

-       Windows 10 running XP guest to access old system.

Will continue to be able to provide legacy needs until further notice

-       Server Host – VMWare 5.5 – all on private

New server host is ESXi 6.0 U3, max version supported by server hardware due to age

-       No history of patching anything

Confidential

STATE-DEFENDANTS-00158640
STATE-DEFENDANTS-00158640

New server is on the maximum supported build of ESXi and firmware of host.


-       Need to trace, label and identify private station cables – Has Cisco L3 capabilities to provide NAC protection – or just disconnect at the patch panel to prevent inadvertent connections to private by unknown clients


Threat will be mitigated by introducing a Cisco 24  port switch which then feeds into a Palo Alto 820 Firewall. Users will have to VPN through the FW to gain access to servers.


-       Need to be able to scan every USB attached storage device connected prior to use.  Cannot ensure USB is free from malware, keylogging, etc.  Should not impose a unreasonable delay in use to impact workflow.


We're proposing the use of DataLocker secure USB drives. This will give us phone home capabilities along with live AV scanning built in.

---



You can reply to this email or respond in Basecamp.

This message was sent to Dave Hamilton, KRobertson, Nick Salsman, Ronnell Spearman, and Terrence Reese.

Unsubscribe • Change your notification settings

Get the Basecamp app for iPhone or Android!

 

.

Confidential                                                                 STATE-DEFENDANTS-00158641
                                                                                      STATE-DEFENDANTS-00158640