# EXHIBIT 62

## PROVISIONALLY FILED UNDER SEAL