# EXHIBIT 63

Page 1

1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
2                     ATLANTA DIVISION

3

DONNA CURLING, ET AL.,          )
4                                )
        Plaintiffs,              )
5                                )  Civil Action
vs.                              )
6                                )  No. 1:17-CV-2989-AT
BRAD RAFFENSPERGER, ET AL., )
7                                )
        Defendants.              )
8

9

10        VIRTUAL VIDEOTAPED 30(b)(6) DEPOSITION OF
11    FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS
12                       THROUGH
13                  DERRICK GILSTRAP
14              Friday, January 21, 2022
15                     11:40 a.m.
16

17        Robin K. Ferrill, CCR-B-1936, RPR
18

19

20

21

22

23

24

25

1   computer or other device, what have you, is air

2   gapped.  Is that right?

3        A.    Correct.

4        Q.    What components of Georgia's current

5   election system as used in Fulton County are air

6   gapped as a matter of policy?

7        A.    According to my understanding of air

8   gapped, I'm saying all components are.

9        Q.    Okay.  As a matter of practice, is it any

10  different?  You can have a policy to have something

11  one way and then in practice, maybe corners are cut

12  or things are a little different to make things

13  easier.  So I'm asking -- I understand you to say as

14  a matter of policy, all components of Georgia's

15  current election system as used in Fulton County are

16  air gapped.  I'm asking if that's any different in

17  practice?

18       A.    No different in practice.

19       Q.    Are there certain efforts that Fulton

20  County has to make to ensure that those components

21  remain air gapped?

22       A.    No, not to my knowledge.

23       Q.    Okay.  Where does the voting equipment come

24  from?

25       A.    The voting equipment comes from Dominion

Page 36

1  with election night reporting software on it, also in
2  the possession of Fulton County?
3      A.   Yes.
4      Q.   Okay.  How do the results get from the
5  tabulation server to the ENR computer?
6      A.   It is given to me by Mr. Olomo and I take
7  it and place it into the designated computer.
8      Q.   And what is "it"?
9      A.   The -- it's a USB drive.  A thumb drive.
10     Q.   So the USB drive is inserted into the
11 tabulation server?
12     A.   Yes, it is inserted into the tabulation
13 server.  Once it's inserted into the tabulation
14 server, the file, the election night reporting file
15 is copied onto that USB drive.  And then once it's
16 copied, it's taken from -- from the server to the
17 designated computer whereby we log in to election
18 night reporting and upload the results from that.
19     Q.   Thank you.  That USB drive that's inserted
20 into the tabulation server, does that come from the
21 Georgia Secretary of State?
22     A.   Yes, it does.  It came -- it came when we
23 received the equipment.
24     Q.   But is it used for any other purpose?
25     A.   No, it's not used for any other purpose.

Page 37

1      Q.    Okay.   And what happens to it after it's
2  inserted into the ENR computer again?
3      A.    Once it's -- once we -- once we transfer
4  the results to the Secretary of State, that -- all
5  files on that USB are deleted and then that thumb
6  drive is reformatted to be used again.
7      Q.    So after the results are transferred out
8  from the ENR computer to the Secretary of State, the
9  USB drive is reformatted so it can be used again.
10 Did I hear that right?
11     A.    Not for that election.
12     Q.    Okay.
13     A.    We would never use it for that election,
14 but as far as moving forward.
15     Q.    Okay.   So Fulton County holds onto the
16 reformatted thumb drive or is it sent somewhere else?
17     A.    No, it would be still in our possession.
18     Q.    What would it be used for?   If you don't
19 mind my asking.
20     A.    I mean, it would never be used again until
21 it's been -- all files have been deleted and it's
22 been reformatted.   And then it could be used -- it
23 could be used as far as to load -- as a thumb drive,
24 we may load it with a file to load the BMD -- our
25 project onto the BMDs or something like that.   Or it

1   can be used -- once it's deleted and reformatted, it

2   can be used again as far as to -- to load results to

3   be used for ENR again on another election day.

4        Q.   What about software updates?

5        A.   No, not -- no.  None of our -- none of our

6   removable media has ever been used for software

7   updates.

8        Q.   How do software updates happen?  If there's

9   a better way to ask that.  Do the election system

10   components Fulton County has sometimes need software

11   updates?

12        A.   No, not to my knowledge.  I mean, if

13   there's a software update, I'm pretty sure that it

14   will come from -- we will be notified by the

15   Secretary of State.

16        Q.   How would that work?

17        A.   Well, basically more than likely notify the

18   director and then we would be notified on how the

19   process would be taking place.

20        Q.   Can you give me an example of a software

21   update where the Secretary of State notified Fulton

22   County that it needed to take place?

23        A.   Yes.  We had one -- we have only had one

24   and that was done in October of 2020.  But we were

25   notified that -- we were notified that all of the

Page 72

1  equipment, and all the equipment is functioning

2  properly.

3      Q.   And Fulton County follows the Secretary of

4  State's Office's instructions for how to perform

5  logic and accuracy testing.  Is that right?

6      A.   Yes, we do.

7      Q.   So Fulton County would not have the

8  authority to alter those instructions or the

9  performance of logic and accuracy testing, I suppose,

10  if it thought it needed to be changed in any way?

11      A.   No, we would not.

12      Q.   Mr. Gilstrap, are you aware of any reports

13  or findings or conclusions regarding any potential or

14  actual security concerns, breaches or vulnerabilities

15  having to do with Georgia's current election system?

16      A.   No, not to my knowledge.

17      Q.   Do you have any reason to think that your

18  knowledge would differ from that of Fulton County on

19  whose behalf you are testifying here today?

20      A.   No.

21      Q.   Are you aware of any reports or findings or

22  conclusions regarding any potential or actual

23  security concerns, breaches or vulnerabilities

24  regarding Georgia's prior election system?

25      A.   Not -- not that I can think of.  No.

1     A.    No.

2     Q.    Are you relying on any other sources for

3  your testimony about topic 15?

4     A.    No.

5     Q.    And I can see in reading topic 15, that it

6  mentions removable media used with the system in

7  subsection b, wireless connections involving any

8  components of the election system in subsection c.

9  And we have touched on these topics a little bit

10  already today.  Is that right?

11     A.    Yes, we have.

12     Q.    Okay.  I'll try not to plow too much in the

13  way of new earth then, but I do have a few questions

14  here.  So first off, tell me about any

15  vulnerabilities which Fulton County is aware

16  involving the security, integrity, reliability or

17  accuracy of Georgia's current Election System as used

18  in Fulton County.  What do you know?

19     A.    I don't know of any.  None, to my

20  knowledge.

21     Q.    Are you familiar with a term "cyber attack

22  vulnerable"?

23     A.    A little.

24     Q.    What do you know about it?

25     A.    I'm thinking cyber attack, I'm thinking

1  securing components of the election system when they

2  are stored overnight at early voting locations?  Are

3  there policies that Fulton County uses to secure that

4  equipment?

5        A.   To be honest, beyond the policy that I'm

6  aware of in regards to storing equipment overnight in

7  the early voting polling places, would be making sure

8  the equipment is locked, making sure that it is --

9  all equipment is sealed.  Each and every night after

10  early voting site is closed, it is required that they

11  seal all equipment.  That's --

12       Q.   Mr. Gilstrap, I'm sorry I interrupted you.

13  Please continue.

14       A.   I was just going to say that's all I have.

15       Q.   Mr. Gilstrap, in preparing for your

16  testimony and in preparing for your testimony today,

17  have you read any of the expert reports filed in this

18  litigation?

19       A.   No, I haven't.

20       Q.   Are you familiar with Dr. Alex Halderman?

21       A.   Not really.  No, I'm trying to think if I

22  heard that name.

23       Q.   So you have heard the name, but you

24  wouldn't say you are familiar with it?

25       A.   I'm not familiar.  I'm definitely not

Page 98

1    familiar.
2        Q.    Okay.  Are you aware he's been hired as an
3    expert on election security by the -- some of the
4    plaintiffs in this case?
5        A.    No, I'm not.
6        Q.    Okay.  So are you aware that he's analyzed
7    voting equipment that's used in Georgia elections,
8    and specifically I'm talking about the ICX electronic
9    ballot-marking device and ICP scanner and the printer
10   that's used in Georgia's elections to assess its
11   reliability and security?
12       A.    No, I'm not aware of that.
13       Q.    Does Fulton County have the responsibility
14   to address cyber attack vulnerabilities were they to
15   be discovered in Georgia's election system
16   components?
17       A.    I'm pretty sure that we would notify the
18   Secretary of State if something like that happened.
19   That's the only thing that I could -- I could think
20   of that would happen.  If we had any inkling of a
21   cyber attack or any type of vulnerability, that we
22   would notify the Secretary of State and follow their
23   lead in regards to that.
24       Q.    So given that, does Fulton County have the
25   authority to seek out cyber attack vulnerabilities

Page 100

1          A.   Yes, I'm pretty sure.  But like I say, I
2     have no knowledge of that because we have never -- I
3     have never -- we never had that situation.
4          Q.   Okay.  But does Fulton County look for
5     cyber attack vulnerabilities in Georgia's election
6     system components as they are used in Fulton County?
7          A.   No, not -- not -- no.
8          Q.   So they look for -- I'm sorry, go ahead.
9          A.   I said no, not to my knowledge.  No.
10          Q.   Okay.  So regarding cyber attack
11     vulnerabilities, Fulton County looks to Georgia
12     Secretary of State's Office for guidance?  Is that
13     right?
14          A.   Yes, we do.
15          Q.   And they would look to the Secretary of
16     State's Office for guidance on implementing any
17     measures that were necessary to address cyber attack
18     vulnerabilities in Georgia's election system.  Is
19     that also right?
20          A.   Yes.
21          Q.   Okay.  And to be clear with the disturbance
22     earlier, Fulton County has not assessed or examined
23     the Georgia election system for cyber attack
24     vulnerabilities.  Is that a correct statement?
25          A.   Yes.

1    Q.   And it follows that Fulton County is not

2    taking any measures to eliminate or remediate any

3    cyber attack vulnerabilities in the Georgia election

4    system.  Is that also right?

5    A.   I think -- I mean, yes, that's correct.  I

6    mean, we -- yes.

7    Q.   So if there were a significant

8    vulnerability that were discovered, say, for example,

9    that a BMD could be hacked in a way to alter QR codes

10   so they don't reflect what the voter actually says,

11   you would look to the Secretary of State's Office for

12   guidance on that?

13   A.   Yes, most definitely.

14   Q.   And you would look to the Secretary of

15   State's Office to remediate that vulnerability.  Is

16   that also right?

17   A.   Yes.

18   Q.   Regarding wireless connections involving

19   components of Georgia's current election system, are

20   you aware of any vulnerabilities related to

21   low-security WiFi and how they affect those

22   components generally?

23   A.   With the KNOWiNK poll pads, we do have to

24   upload the file via WiFi.  By being a statewide voter

25   registration file, it is a pretty big file.  Only

1    thing I can say is that it takes -- it takes quite a

2    while to download each and every poll pad.  But other

3    than that, that's the only thing that we would have a

4    wireless connection.

5         Q.   With regard to that process regarding the

6    downloading file for the poll pads, are you aware of

7    any service security vulnerabilities related to that

8    process?

9         A.   I'm not aware of any.  No, I'm not aware of

10   any.

11        Q.   Do you know who Angelos Keromytis is?

12        A.   No, I don't.

13        Q.   Is Fulton County aware of claims that

14   someone made a successful hacking attempt into Fulton

15   County voting machines via remote WiFi towards the

16   end of 2020?

17        A.   No, I don't know any -- I don't have any

18   knowledge on that.  I don't know anything about that.

19        Q.   Are you aware of any other claims of access

20   to Georgia election system components as used in

21   Fulton County via wireless access?

22        A.   No.

23        Q.   Mr. Gilstrap, I'm going to back up for a

24   moment and ask you to, if you are so designated, to

25   talk about topic 13.  I have just scrolled on

1      A.    None.

2      Q.    Did you review any documents to prepare to

3  testify about this topic?

4      A.    No.

5      Q.    Did you also speak with Mr. Olomo,

6  Ms. Williams and the county attorney to prepare to

7  testify about topic 16?

8      A.    Yes.

9      Q.    And those were the two sessions that we

10 have discussed throughout the day?

11     A.    Yes.

12     Q.    Did you speak with anyone else to prepare

13 to testify about topic 16?

14     A.    No.

15     Q.    Are you relying on any other sources for

16 your testimony about topic 16?

17     A.    No.

18     Q.    Do you know of any voting data, copies or

19 images of voting equipment used in Fulton County for

20 2020 and 2021 elections that was taken or received by

21 third parties?

22     A.    No, not to my knowledge.

23     Q.    Had a third party taken copies or images of

24 voting equipment used in those elections or voting

25 data in those elections, would that be a concern to

1   Fulton County?

2          A.   Yes, I would think so.

3          Q.   And why would you think so -- excuse me,

4   why would Fulton County think so?  Is a better way.

5          A.   I mean -- I mean, any -- I mean, as far as

6   personally, any data -- I mean, I'm -- I just believe

7   that all data -- all data, it should be discreet and

8   secure, I mean, unless it is authorized to be given.

9          Q.   If a third party took or received data or

10  copies or images of equipment as described in this

11  topic, would that violate cybersecurity policies that

12  Fulton County uses in its elections?

13         A.   I don't know.  I can't answer that.  I

14  have -- I have no knowledge of that.  I can't answer

15  that.

16         Q.   Is that because Fulton County follows

17  Secretary of State guidance on such security

18  policies?

19         A.   Yes, I mean, yes, we -- definitely, we

20  would follow -- we would alert Secretary of State and

21  follow their -- their response to that.

22         Q.   And I understand you to say that you are

23  not aware of any such incidents as described here.

24  Am I understanding correctly?

25         A.   Yes.

1    put it up on the screen as well.  All right.  And

2    here's Exhibit 5.  It's about three pages consisting

3    of an e-mail thread from June 9th, 2020, if you want

4    to take a moment and review it.

5         A.   Okay.  I reviewed it.

6         Q.   Okay.  Do you know what election protection

7    is?

8         A.   No, I don't know exactly -- no, I don't

9    know.  I don't know.

10        Q.   Sure.  I'll represent to you that it's a

11   nonpartisan organization that often acts to assist

12   voters during elections, ensuring that registered

13   voters eligible to vote are able to get their ballots

14   cast.  So this is an e-mail sent in to Fulton County

15   and Secretary of State personnel on June 9th,

16   regarding problems they reported this morning and

17   there's a number of problems further down the list

18   that were recorded.  You can see right here at the

19   8:20 a.m. e-mail towards the bottom of the Page 2 of

20   the exhibit, about Thicket Elementary, 11 C, has

21   extremely long lines, was reported did not open

22   either.  Do you see that?

23        A.   Yes, I do.

24        Q.   Sure.  And then down on Page 3, there's

25   some additional precincts about which election

1   protection, this author of the e-mail, claims to have

2   received concerning, quote, locations are not open

3   and that there were no machines and voters are not

4   being given paper ballots at a couple of the

5   additional locations.  Do you see that as well?

6        A.   Yes, I do.

7        Q.   Right.  So is it fair to describe some of

8   the problems with precinct openings and the

9   unavailability of emergency paper ballots on June 9th

10  as execution or operational issues or challenges for

11  Georgia's election system?

12       A.   Yes, from these e-mails, yes.

13       Q.   And how did Fulton County go about

14  attempting to resolve these problems and any others

15  like them in the June 2020 primary?

16       A.    If it was a technical issue, then -- and if

17  it was reported to the -- to the election preparation

18  center, we would contact the poll manager and make

19  sure that -- that the equipment is working correctly.

20  I know I'm looking at some of these things as they

21  are logistics, which I am not over logistics, in

22  regards to making sure that the -- I'm not over the

23  delivery of the equipment.  I'm not over as far as

24  paper ballots are at the location on election day.

25  So I couldn't -- I couldn't respond to these at the

Page 133

1    time.

2         Q.    Okay.

3         A.    This is the first time I saw these e-mails.

4         Q.    Well, I understand this may be the first

5    time you have seen some of these e-mails.  Is it the

6    first time you have been made aware of these problems

7    from the June 2020 primary?

8         A.    I know I was aware of the -- the long lines

9    and precincts not opening.  I'm not -- I was not

10   aware of which precincts right offhand.  If I was

11   called with a -- if a -- situation where the -- where

12   they were having problems with the equipment, then my

13   staff would troubleshoot, and if we couldn't handle

14   it over the phone, then we could go to a particular

15   polling place and make sure all the voting equipment

16   was working properly and the poll is up and running.

17        Q.    When you say "we," do you mean Fulton

18   County election employees --

19        A.    Yes.

20        Q.    -- or --

21        A.    I mean Fulton County election technicians.

22        Q.    Election technicians.  And these are

23   distinct from Dominion or KNOWiNK technicians that we

24   have talked about earlier?

25        A.    Yes.  Now, if it was a KNOWiNK situation

1   with a poll pad, we did have KNOWiNK technicians on

2   hand that went out to those locations that had poll

3   pad issues.  Other than that, it was mainly -- well,

4   for this election, we did have Dominion techs that

5   also went out when we had issues with equipment.

6   This was the primary.

7        Q.   Yes.  What kind of issues?  Go ahead.

8        A.   We have issues with -- we have issues with

9   BMD or a scanner, if we had those issues, and we had

10  a Dominion tech in the warehouse on election day,

11  we -- we -- we would have sent them to that site,

12  including with our own techs from Fulton County.

13  Mainly, the techs, they work with logic and accuracy

14  testing.

15       Q.   Sure.  Of course, this is happening after

16  the logic and accuracy testing and once the election

17  is running, correct?

18       A.   Correct.

19       Q.   Okay.  There should be an Exhibit 6 in your

20  marked exhibits file now, Mr. Gilstrap.  You may want

21  to refresh and pull it up.  I'll also put it up on

22  the screen.

23            (Exhibit 6, E-mail string to Germany and

24       other from Houk, 8/11/2020, Bates stamped

25       State-Defendants-00110732 - 00110734, marked for

1          identification.)

2          Q.   (By Mr. Sparks) And this is another

3     three-page e-mail just to read.  My question concerns

4     the e-mail starting on Page 2.

5          A.   Okay.  I read it.

6          Q.   Yes.  So on Page 2, Attorney Houk, who you

7     can see in the first paragraph of this e-mail to

8     Mr. Germany and Mr. Harvey.  First paragraph talks

9     about the lawyers committee convening the national

10    election protection program.  The second paragraph

11    concerns voting machines, poll pad issues in Floyd,

12    Chatham, Fulton and Gwinnett Counties.  Quote, Some

13    of the reports indicate a problem with "decoders"

14    that are preventing the printing of ballot access

15    cards or other machine-related issues.  And you can

16    see that the date of this e-mail is August 11, 2020,

17    correct?

18         A.   Correct.

19         Q.   So this was the primary runoff in 2020,

20    right?

21         A.   Yes.

22         Q.   Okay.  Can you tell me anything more about

23    this asserted problem with poll pad issues in Fulton

24    County concerning decoders?

25         A.   With poll pad issues concerning decoders,

1  this was -- it was not a major issue.  I know with

2  those decoders, they have -- any pull or tug to the

3  cord can easily pull it out of the poll pad.  Once

4  it's reinserted and established again, it works -- it

5  works just fine.  From my recollection of the issue,

6  it was a very minor issue.  We was able to -- to let

7  the poll manager know to make sure the -- that

8  nothing is pulling the cord from the decoders and,

9  also, make sure that they're all the way pushed in

10  and connected properly and so once you put in the

11  voter access card, it will be able to work.  It will

12  create the card.  I cannot recollect if we had -- we

13  had to send a KNOWiNK tech out to any of these sites,

14  but from my recollection, it wasn't a major issue in

15  our county.

16      Q.   And who was first up to deal with problems

17  like this with the poll pads as they were reported?

18  Was that Fulton County?  Was that KNOWiNK?  Was that

19  the Secretary of State's Office, or was it someone

20  else or a combination of these?

21      A.   Well, you'd see, like I had said before,

22  usually they have a dashboard, the Secretary of State

23  and KNOWiNK, so even before we find out that a

24  situation is being -- it's been reported, they know.

25  They alert KNOWiNK, the Secretary of State does, and

1  then KNOWiNK alerts the technician in that county.

2  Once he's there alerting the county, they sometimes

3  contact the poll manager if you haven't already found

4  out about the situation, they contact them.  They

5  contact the poll manager and if there's a serious

6  problem that they cannot handle on the phone, they go

7  out to the site and the problem.

8       Q.   So sometimes even when it's the county

9  technician or the poll manager that addresses the

10  problem on the ground, the first notice of the

11  problem and/or what to do about it will actually come

12  from the vendor or the Secretary of State's Office?

13       A.   Yes.  There's the dashboard that is -- that

14  is around election day that the county do not have

15  privilege of seeing, that -- of all the polling

16  places that basically KNOWiNK provides poll pads to,

17  and if it's a poll pad issue, it can definitely be

18  notified before we find out about it.

19       Q.   When you say the dashboard, is that

20  something set up by KNOWiNK?

21            A better question might be is the dashboard

22  setup to or accessible by Fulton County?

23       A.   No.  We wish we could access the dashboard

24  but we are not able to.

25       Q.   Is that still true today?

1      A.    That is true through today.

2      Q.    So for the next upcoming election in 2022,

3  Fulton County won't have access to a dashboard like

4  that?

5      A.    As of the present time, we do not have

6  access to those dashboards.

7      Q.    Have problems like this one that's

8  described with the decoder, have they occurred since

9  the August 11th election in 2020?

10     A.    Yes, they have.

11     Q.    Can you tell me how often and generally

12  whether that's frequent or occasional or almost never

13  or always?

14     A.    I would say occasional.

15     Q.    Occasional?

16     A.    Uh-huh.

17          MR. SPARKS:  Take that down.  All right.

18          Now I just added what's been marked as Exhibit 7

19          to your marked exhibits file as well,

20          Mr. Gilstrap.  I'll try to pull it up here.

21              (Exhibit 7, E-mail string to Brower and

22          others from Cummings, 10/22/2020, Bates stamped

23          State-Defendants-00169113 - 00169114, marked for

24          identification.)

25     Q.    (By Mr. Sparks) All right.  This is a

1   two-page e-mail thread.  If you could let me know

2   when you have reviewed it.

3        A.   Okay.  I read it.

4        Q.   Okay.  Do you recognize this e-mail,

5   Mr. Gilstrap?

6        A.   Yes, I do.

7        Q.   And that's your e-mail address on some, but

8   not all, of the e-mails in the thread, correct?

9        A.   Correct.

10       Q.   Okay.  And so you see that this e-mail

11   thread is about a ballot that printed with two QR

12   codes on it?

13       A.   Yes.

14       Q.   Now, had you heard of that issue prior to

15   receiving this e-mail in October of 2020?

16       A.   No, I hadn't heard of that issue prior to

17   receiving -- I received the call from the election

18   site in the early voting election site.  And that was

19   the first that I heard of the double QR code.  At

20   that present time, I reached out to the Secretary of

21   State and the Center of Election Systems about the

22   issue.  They said they were going to call me back,

23   but they never did.  I then reached out to the

24   election chief at that time, Mr. Dwight Brower, and

25   let him know the situation.  And also, Ms. Benjamin,

1   who was my -- who was the supervisor at the time, and

2   also she was over early voting, she's over early

3   voting.  And told them I'm waiting on the Secretary

4   of State to get back with me with the resolution to

5   the situation.  Once I didn't get a resolution,

6   that's when I contacted the poll manager for that

7   early voting site and let them know what was

8   happening.  And that's when, the next day, they

9   e-mailed Mr. Brower to try to find out because the

10  voter -- the voter was waiting on a response.  And

11  that's when Mr. Brower e-mailed Michael Barnes who is

12  the director of the center of election systems and

13  from the e-mail, he reached out to Dominion and

14  that's where he got the response there in this

15  e-mail.

16       Q.   Yes, I see Mr. Barnes's response here

17  regarding what Dominion has told us, that when a

18  voter enters a number of write-in selections, the BMD

19  will produce a second QR code, and then he suspects

20  that might be why this ballot held two.  Do you see

21  that?

22       A.   Yes, uh-huh.

23       Q.   And then Mr. Brower and Mr. Cummings each

24  respond, Well, what about L&A?  Shouldn't this be

25  duplicated in L&A?  And Mr. Collins said we have had

Page 141

1  it happen at least once during L&A.  So that means

2  that wouldn't just be a one-off issue if it had

3  happened before, correct?

4       A.   Well, at the present time, I didn't -- I

5  had no -- I was not notified that it did happen at

6  L&A.  And I was not in that conversation about the

7  double QR code.  So I did not -- did not see it in

8  L&A.  Mr. Cummings said he had discussed it with

9  Dominic.  So from his -- from the e-mail, this

10  e-mail, it did happen at least once during L&A.

11       Q.   So it follows that L&A didn't necessarily

12  prevent this incident from occurring.  If it happened

13  once then but also happened again during advanced

14  voting, correct?

15       A.   Yes.

16       Q.   Has Fulton County sought to alter or change

17  its L&A procedures in any way as a result of this

18  incident?

19       A.   No.  No, we still go by the procedures that

20  are -- that are the policies and procedures of the

21  State of Georgia and the Secretary of State's Office.

22  If a situation like this comes about, we take it to

23  the Secretary of State or if any type of irregular

24  situation.  I know once I -- once I found out about

25  it, that's exactly where I go with the situation.  I

Page 142

1    ask them, do they know anything about it and what's

2    the resolution to this situation?

3         Q.    So straight to the Secretary of State then?

4         A.    Yes.

5              MR. SPARKS:   Could we go off the record for

6         a moment, please.

7              THE VIDEOGRAPHER:   The time is 5:03 p.m.

8         We are off the record.

9              (WHEREUPON, a recess was taken.).

10             THE VIDEOGRAPHER:   The time is 5:13 p.m.

11        We are on the record.

12        Q.    (By Mr. Sparks) Thank you for bearing with

13   us, Mr. Gilstrap, just a couple more questions.   And

14   these actually concern logic and accuracy testing.   I

15   wanted to ask if Fulton County, in elections for 2020

16   and 2021, aside from the double QR code incident

17   reflected in Exhibit 7 that we just read, aside from

18   that one, has Fulton County found errors during logic

19   and accuracy testing in elections in either of the

20   preceding two years?

21        A.    No other incidents that I can think of;

22   that was the only one.

23        Q.    Okay.   So when I say "errors," to be clear,

24   I don't just mean significant errors.   Like, I don't

25   know, an BMD catch on fire or something.   That would

Page 147

```
 1                 C E R T I F I C A T E

 2    STATE OF GEORGIA   )

 3                       ) ss.:

 4    FULTON COUNTY      )

 5

 6       I,  Robin Ferrill, Certified Court Reporter

 7    within the State of Georgia, do hereby certify:

 8            That Derrick Gilstrap, the witness whose

 9    deposition is hereinbefore set forth, was duly sworn

10    by me and that such deposition is a true record of

11    the testimony given by such witness.

12            I further certify that I am not related to

13    any of the parties to this action by blood or

14    marriage; and that I am in no way interested in the

15    outcome of this matter.

16            IN WITNESS WHEREOF, I have hereunto set

17    my hand this 9th day of February, 2022.

18

19

20

21

22

23

24       ROBIN K. FERRILL, RPR

25
```