# EXHIBIT 64

| | |
|---|---|
| **From:** | Barnes, Michael |
| **To:** | Scott Tucker |
| **Subject:** | [EXTERNAL] RE: L&A Export to State |
| **Date:** | Wednesday, January 15, 2020 10:07:58 AM |

They can use the USB that the state has previously provided. However, I do expect us to be providing another drive in the future.

**From:** Scott Tucker <scott.tucker@dominionvoting.com>
**Sent:** Wednesday, January 15, 2020 9:44 AM
**To:** Barnes, Michael <mbarnes@sos.ga.gov>
**Subject:** FW: L&A Export to State

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Michael, is the state providing new USB drives for the counties to send their L&A exports and E-Day exports to you on or should they use the USB drive they have from the previous system?

Scott Tucker  - CRM, GA
Scott.Tucker@dominionvoting.com
440.242.7451

GAsupport@dominionvoting.com
1-844-271-5371

**From:** Dedrick Smith <dedrick.smith@dominionvoting.com>
**Sent:** Wednesday, January 15, 2020 09:41
**To:** Scott Tucker <scott.tucker@dominionvoting.com>
**Subject:** L&A Export to State

Hello,

   I was wondering if you could ask the state if there is a special usb they are supposed to be sending out to the counties to submit their L&A exports and the exports for election day. They have a usb that they normally send the export files on, but they are old. So we need to know if they can use those or if the state will be sending new usbs out.

Thanks,
Dedrick Smith

Exhibit 0004

Dominion001889