# EXHIBIT 65

| | |
|---|---|
| Message | |
| From: | Rayburn, Kevin [/O=SOS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D20FAA4E37C493C884B6DDAAA5B7140-RAYBURN, KEVIN] |
| Sent: | 6/2/2020 5:21:25 PM |
| To: | Veronica Johnson [vjohnson@lee.ga.us]; Carbone, Dennis [/o=SOS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7781447de62a43559d8cd410d543b4c0-Carbone, Dennis]; Barnes, Michael [/o=SOS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d4f658ed134c4a6d91a27f28a0572934-Barnes, Michael] |
| Subject: | RE: ENR L&A Test Upload |

Veronica,

That sounds likely to be the solution, but I have a call with Dominion in 9 minutes and will get clarity for you.

**Kevin Rayburn**
*Deputy Elections Director and Deputy General Counsel*
*Georgia Secretary of State*
Main: 404-656-2871
Direct: 470-312-2752



**From:** Veronica Johnson [mailto:vjohnson@lee.ga.us]
**Sent:** Tuesday, June 2, 2020 11:17 AM
**To:** Carbone, Dennis <dcarbone@sos.ga.gov>; Rayburn, Kevin <krayburn@sos.ga.gov>; Barnes, Michael <mbarnes@sos.ga.gov>
**Subject:** RE: ENR L&A Test Upload

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Quick question….
My dominion tech told me he received an email with the "fix" for the ENR reporting problem. He said the files need to be put on a jump drive from his laptop and then transferred to the EMS. I just need verification from someone on the state level that this is ok, because everything we have been taught for 18+ years is nothing goes into the EMS that does not come secure from CES. Please advise.

Thanks,

**Veronica M. Johnson, CERA**
Lee County Board of Elections and Registration
100 Starksville Avenue, North, Suite C
P. O. Box 326
Leesburg, GA 31763
229-759-6002
229-759-3348 fax

Exhibit 0012

Confidential                                    STATE-DEFENDANTS-00124842

**From:** Carbone, Dennis [mailto:dcarbone@sos.ga.gov]
**Sent:** Tuesday, June 02, 2020 9:28 AM
**Subject:** FW: ENR L&A Test Upload

Here is the update from CES.

**From:** Rayburn, Kevin
**Sent:** Tuesday, June 2, 2020 9:27 AM
**To:** Hill, Brian <bhill@sos.ga.gov>; Carr, Robin <rcarr@sos.ga.gov>; Combs, Leigh <lcombs@sos.ga.gov>; Carbone, Dennis <dcarbone@sos.ga.gov>
**Cc:** Harvey, Chris <wharvey@sos.ga.gov>; Thomas, Breanna <bthomas@sos.ga.gov>; Phifer, Brandon <bphifer@sos.ga.gov>
**Subject:** RE: ENR L&A Test Upload

Here is an update from Michael Barnes regarding this:

Counties are supposed to be using the "GA Export by Precinct" format when generating their export file from RTR. For the PPP, we had asked counties to use the "GA Export by Precinct Portion" format. The "GA Export by Precinct" format it the newest format and the one we used to test and pre-populate the ENR page.

Counties will need to use the GA Export by Precinct format for both the PPP and the GP election data sets. The GP election data set arrived at the county loaded with the GA Export by Precinct format. The GA Export by Precinct format will need to the added to the PPP dataset. Before generating the export file, the proper format needs to the selected in RTR and any other formats de-selected. Once this is done once in the election data set the format will be selected and in place moving forward.

Dominion has sent multiple emails out this morning instructing the local techs on the proper steps to take.

## Kevin Rayburn

*Deputy Elections Director and Deputy General Counsel*
*Georgia Secretary of State*
Main: 404-656-2871
Direct: 470-312-2752



**From:** Rayburn, Kevin
**Sent:** Tuesday, June 2, 2020 8:49 AM
**To:** Hill, Brian <bhill@sos.ga.gov>; Carr, Robin <rcarr@sos.ga.gov>; Combs, Leigh <lcombs@sos.ga.gov>; Carbone, Dennis <dcarbone@sos.ga.gov>
**Cc:** Harvey, Chris <wharvey@sos.ga.gov>; Thomas, Breanna <bthomas@sos.ga.gov>; Phifer, Brandon <bphifer@sos.ga.gov>
**Subject:** RE: ENR L&A Test Upload

We have been made aware of a formatting issue with the county ENR extract for the June 9th Election. Dominion and CES are working on a solution.

## Kevin Rayburn

*Deputy Elections Director and Deputy General Counsel*


*Georgia Secretary of State*
Main: 404-656-2871
Direct: 470-312-2752



---

**From:** Rayburn, Kevin
**Sent:** Monday, June 1, 2020 4:42 PM
**To:** Hill, Brian <bhill@sos.ga.gov>; Carr, Robin <rcarr@sos.ga.gov>; Combs, Leigh <lcombs@sos.ga.gov>; Carbone, Dennis <dcarbone@sos.ga.gov>
**Cc:** Harvey, Chris <wharvey@sos.ga.gov>; Thomas, Breanna <bthomas@sos.ga.gov>; Phifer, Brandon <bphifer@sos.ga.gov>
**Subject:** ENR L&A Test Upload

Please send the below to your counties. I just made a buzz post. I've attached the reference ENR training materials that you should review so you can assist your counties (and provide if they have trouble finding the document of firefly).
-----
Election Officials,

The Election Night Reporting (ENR) website for the 6/9/2020 Presidential Preference Primary – General Primary Nonpartisan General Election – Special Election is now ready for your county to submit a test upload that contains L&A data.  Registered voters do not need to be entered into your EMS for this, but we would like L&A data if you still have an export that contains test data. This will allow us to test the website functionality.  If you do not have L&A data, please notify your Liaison and submit a test upload without vote totals (also known as a zero upload).  Uploading a zero file is still a useful test of the system.

Please review your county specific ENR page after the upload to ensure that all races are displaying correctly, that all candidates are present, and the votes are assigned to the correct candidates.  Once you have completed this review, remember to publish the upload.  If you do not publish the upload, we cannot see the work that you have done.  Let your Liaison know if you experience an error or notice any display settings that need to be adjusted when attempting your upload. For this election, we will be using the Georgia Export.  Please complete this upload as soon as possible, but no later than end of business on Tuesday, June 2nd.

The ENR login portal can be accessed through the following link:
https://admin.enr.clarityelections.com/GA_Login.aspx

If you are unfamiliar with the ENR upload process, training materials can be found on Firefly by searching for "Scytl Updated ENR User Guide 2020" or by navigating to Training > ENR Resources and selecting the PDF document titled "Scytl Updated ENR User Guide 2020."

Once we have completed the testing, we will send another message asking you to do a zero upload to clear the L&A data from the site. We will also ask you later in the week to submit zero files for the March PPP election as well.


**Kevin Rayburn**
*Deputy Elections Director and Deputy General Counsel*
*Georgia Secretary of State*
Main: 404-656-2871

Direct: 470-312-2752



Confidential                                                                                                    STATE-DEFENDANTS-00124845