# EXHIBIT 66

## PROVISIONALLY FILED UNDER SEAL